UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
DEAN AND DAWN AMATO, ET AL. V. LIBERTY MUTUAL INSURANCE CO., ET AL., CASE NO. 10-cv-0932

## DEFENDANT, BANNER SUPPLY CO. PORT ST. LUCIE, L.L.C.'S, MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant, BANNER SUPPLY CO. PORT ST. LUCIE, L.L.C. ("Banner"), pursuant to Rule 12(b)(2), Fed.R.Civ.P., Rule 12(b)(6), Fed.R.Civ.P., Rule 23(a)(3), Fed.R.Civ.P., 28 U.S.C. §1406(a), and 28 U.S.C. §1391(c), moves to dismiss the Complaint (the "Complaint") filed by Plaintiffs, DEAN AMATO and DAWN AMATO, et al. ("Plaintiffs").  Banner states the following in support of this Motion:

1. This Court lacks in personal jurisdiction over Banner pursuant to Rule 12(b)(2), Fed.R.Civ.P.

2. Plaintiffs have failed to state a cause of action against Banner pursuant to Rule 12(b)(6), Fed.R.Civ.P.

3. Plaintiffs fail to meet the typicality requirement of Rule 23(a)(3), Fed.R.Civ.P.

4. Venue is improper pursuant to 28 U.S.C. §1406(a) and 28 U.S.C. §1391(c).

5. Banner incorporates by reference its Memorandum in Support of its Motion to Dismiss Plaintiffs' Complaint herein, as well as the Affidavit of Scott Giering attached thereto as Exhibit "A."

WHEREFORE, Defendant, BANNER SUPPLY CO. PORT ST. LUCIE, L.L.C., respectfully requests that this Court enter an Order: (1) dismissing the Complaint for lack of personal jurisdiction in accordance with Rule 12(b)(2), Fed.R.Civ.P.; (2) dismissing the Complaint for failure to state a claim pursuant to Rule 12(b)(6), Fed.R.Civ.P.; (3) in the alternative, transferring venue of this action to the United States District Court for the Middle District of Florida; and (4) for such other and further relief that this Court deems just and proper.

Respectfully submitted,

PETERSON & ESPINO, P.A.
Attorneys for Banner Supply Co. Port St.
 Lucie, LLC
10631 Southwest 88th Street, Suite 220
Miami, Florida  33176
Telephone:	(305) 270-3773
Facsimile:	(305) 275-7410
mpeterson@petersonespino.com

By:	/s/ Michael P. Peterson,
	Florida Bar No. 982040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6, on this 19th day of August, 2010.

I FURTHER CERTIFY that the foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing an accordance with the procedures established by in MDL 2047, on this 19th day of August, 2010.

/s/ Michael P. Peterson
Michael P. Peterson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
DEAN AND DAWN AMATO, ET AL. V. LIBERTY MUTUAL INSURANCE CO., ET AL., CASE NO. 10-cv-0932

STATE OF FLORIDA         )
                         ) ss:
COUNTY OF MIAMI-DADE     )

## AFFIDAVIT OF SCOTT GIERING

1. My name is Scott Giering. I am the Controller of Banner Supply Co. Port St. Lucie, LLC ("Banner PSL"). I am over the age of eighteen (18) years, of sound mind and otherwise *sui juris*. I have personal knowledge of the matters and facts contained in this Affidavit.

2. I make this Affidavit on behalf of Banner PSL in connection with the lawsuit styled <u>Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Co., et al.</u>, Case No. 10-cv-0932 (hereinafter the "Lawsuit") filed in the United States District Court for the Eastern District of Louisiana as Civil Action 2:10-cv-0932-EFF-JCW, and assigned MDL No. 09-2047 Section L.

3. Banner PSL is a Florida corporation and maintained its only place of business in Port St. Lucie, Florida.

4. Banner PSL is a building materials supplier.

5. Banner PSL has never conducted business outside of Florida.



6. Banner PSL has never sold or delivered drywall to Dean Amato, Dawn Amato, or to any other person or entity in Louisiana.

7. Banner PSL has never sought a business license in Louisiana.

8. Banner PSL has never been licensed to conduct business in Louisiana.

9. Banner PSL has never maintained a business listing, telephone number, or business address in Louisiana.

10. Banner PSL has never owed any real property in Louisiana.

11. Banner PSL has never maintained or operated any factories, warehouses, or offices in Louisiana.

12. Banner PSL has never advertised its business in Louisiana.

13. Banner PSL has never marketed or promoted the sale of any products in Louisiana.

14. Banner PSL has never sold any products in Louisiana.

15. Banner PSL has never maintained a bank account in Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

BANNER SUPPLY CO. PORT ST. LUCIE, L.L.C.

By: _____
Scott Giering, as Controller

The foregoing instrument was acknowledged before me on this 19 day of August, 2010, by Scott Giering, as Controller of BANNER SUPPLY CO. PORT ST. LUCIE, L.L.C. who is <u>personally known to me</u>, or who has produced _____ as identification and who did take an oath.

_____
Notary Public, State of Florida
My Commission Expires:

2