IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN and DAWN AMATO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO.: CV-2010-932 |
| | * | |
| LIBERTY MUTUAL INSURANCE, et al., | * | |
| | * | |
| Defendants. | * | |

### ORDER GRANTING MOTION TO WITHDRAW
### AS COUNSEL FOR QBE INSURANCE CORPORATION

For good cause shown, the motion filed by C. Richard Wilkins to withdraw as counsel of record for QBE Insurance Corporation is GRANTED.

New Orleans Louisiana, this the ____ day of _____, 2010

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

{00430200.DOC-1}