IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN and DAWN AMATO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO.: CV-2010-932 |
| | * | |
| LIBERTY MUTUAL INSURANCE, et al., | * | |
| | * | |
| Defendants. | * | |

MOTION TO WITHDRAW

COMES NOW E. L. McCafferty, III of the law firm of Vickers, Riis, Murray and Curran, L.L.C. and files this Motion to Withdraw as counsel for Defendant QBE Insurance Corporation. As grounds for said Motion, the undersigned would show that Donald Armand, Jr. and Stephan Michael Cooper of the law firm of Pettiette, Armand, Dunkelman, Woodley, Byrd & Cromwell, LLP have appeared as counsel for Defendant QBE Insurance Corporation.

Respectfully submitted,

BY: /s/ E. L. McCafferty, III
E. L. McCafferty, III (MCCAE6710)
C. Richard Wilkins (WILKC8408)
VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
56 St. Joseph Street
11th Floor
Mobile, Alabama 36602
Telephone: (251) 432-9772
Facsimile:  (251) 432-9781
Attorney for Defendant QBE Insurance Corporation

{00429943.DOC-1}

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of August, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all parties of record:

                                        /s/ E. L. McCafferty, III
                                        E. L. McCafferty, III (MCCAE6710)
                                        C. Richard Wilkins (WILKC8408)
                                        Attorney for Defendant QBE Insurance Corporation