IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN and DAWN AMATO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO.: CV-2010-932 |
| | * | |
| LIBERTY MUTUAL INSURANCE, et al., | * | |
| | * | |
| Defendants. | * | |

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR QBE INSURANCE CORPORATION**

For good cause shown, the motion filed by E. L. McCafferty, III to withdraw as counsel of record for QBE Insurance Corporation is GRANTED.

New Orleans Louisiana, this the ____ day of _____, 2010

 

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

{00430203.DOC-1}