IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L
 :
This Documents Relates to : JUDGE FALLON
 : MAG. JUDGE WILKINSON

**ORDER ON PLAINTIFFS', ADA BROWN AND HILLARY BROWN, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

IT IS HEREBY ORDERED that Plaintiffs' ADA BROWN and HILLARY BROWN, Notice of Voluntary Dismissal is hereby, and in all things DENIED AS MOOT on the basis that the listed Defendant is not a named party in the above captioned matter.

New Orleans, Louisiana, this 18th day of August, 2010.

_____
HONORABLE ELDON E. FALLON