UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Mary Anne Benes et al. v. Knauf Gips, KG, et. al., Case No. 09-6690 | |

### ALLIE AND JEANIE JONES' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, BURAS CONSTRUCTION, L.L.C.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Allie and Jeanie Jones, hereby dismiss without prejudice all of their claims against Defendant Buras Construction, L.L.C., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Allie and Jeanie Jones shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.

                                            Respectfully submitted,

Dated:   August 19, 2010        /s/ Russ M. Herman_____
                                            Russ M. Herman, Esquire (Bar No. 6819)
                                            Leonard A. Davis, Esquire (Bar No. 14190)
                                            Stephen J. Herman, Esquire (Bar No. 23129)
                                            HERMAN, HERMAN, KATZ & COTLAR, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            LDavis@hhkc.com
                                            *Plaintiffs' Liaison Counsel*
                                            *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of August, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047