UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>**Dean and Dawn Amato, et. al. v. Liberty Mutual Insurance Company., et al**<br><br>**Case No. 10-932 (E.D. La.)** | MDL NO.: 2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE

An appearance is hereby filed by Thomas P. Anzelmo of the law firm of McCranie, Sistrunk, Anzelmo, Hardy, McDaniel & Welch, as counsel of record for Defendant, Allied World Assurance Company, Ltd. (incorrectly named as "Allied World Assurance Company"), in the above captioned matter.  Allied World Assurance Company, Ltd. expressly reserves all rights and defenses to this action, including objections concerning service of process, venue, and/or jurisdiction.

Respectfully submitted,

____/s/ Thomas P. Anzelmo_____
THOMAS P. ANZELMO
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MCDANIEL & WELCH
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492
ATTORNEYS FOR DEFENDANT,
ALLIED WORLD ASSURANCE COMPANY, LTD.

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of August, 2010.

     _/s/ Thomas P. Anzelmo___