# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN and DAWN AMATO, Individually, and on behalf of all others similarly situated, ET AL., | § § § § | CASE NO.: 2:10-cv-00932 |
| | § | SECTION: L |
| Plaintiffs, | § § | JUDGE FALLON |
| v. | § § | MAG: JUDGE WILKINSON |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL., | § § § | |
| Defendants. | § § | |

## WITHDRAWAL OF ATTORNEY APPEARANCE AND REQUEST TO BE DELETED FROM PANEL ATTORNEY SERVICE LIST

An appearance was filed herein on May 26, 2010 [Document 3278] by John C. Tollefson of the law firm Tollefson Bradley Ball & Mitchell, L.L.P., as attorney of record for Defendant, "Royal & SunAlliance Insurance Agency, Inc." The filing of this Attorney Appearance Form was done pursuant to MDL 2047 Pre-Trial Orders 11 and 12. The appearance was filed in error. John C. Tollefson and Tollefson Bradley Ball & Mitchell, L.L.P., do not represent "Royal & SunAlliance Insurance Agency, Inc." Therefore, pursuant to Pretrial Order #1 filed in MDL 2047, John C. Tollefson and Tollefson Bradley Ball & Mitchell, L.L.P. request that their names be deleted from the Panel Attorney Service List, and request that the Clerk of this Court do so.

Dated:  August 20, 2010    Respectfully submitted,

/s/ John C. Tollefson
John C. Tollefson
LBN 12848
Tollefson Bradley Ball & Mitchell, LLP
2811 McKinney Avenue, Suite 250 West
Dallas TX 75204
Telephone:    214.665.0100
Facsimile:    214.665.0199
johnt@tbbmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties that are currently on the list to receive e-mail notices of this case.

/s/ John C. Tollefson
John C. Tollefson
LBN 12848
Tollefson Bradley Ball & Mitchell, LLP
2811 McKinney Avenue, Suite 250 West
Dallas TX 75204
Telephone:    214.665.0100
Facsimile:    214.665.0199
johnt@tbbmlaw.com

1010-050.10963.doc