UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET:  2047<br><br>SECTION:  L |
| THIS DOCUMENT RELATES TO<br>AMATO, et al.<br>vs.<br>LIBERTY MUTUAL INSURANCE COMPANY, et al.<br>CASE NO. 10-cv-0932<br>_____/ | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the HONORABLE JUDGE, Eldon E. Fallon, one of the Judges of the above-styled Court, at the United States District Court Court, 500 Poydras Street, Room C-456, New Orleans, Louisiana, on **Thursday, September 16, 2010 at 9:00 A.M.**, or as soon thereafter as same may be heard:

**Defendant, Banner Supply Co. Port St. Lucie, LLC's, Motion to Dismiss Plaintiffs' Complaint**

                                            Respectfully submitted,

                                            PETERSON & ESPINO, P.A.
                                            Attorneys for Banner Supply Co. Port St.
                                             Lucie, LLC
                                            10631 Southwest 88th Street, Suite 220
                                            Miami, Florida   33176
                                            Telephone:     (305) 270-3773
                                            Facsimile:      (305) 275-7410
                                            mpeterson@petersonespino.com

                        By:     /s/ Michael P. Peterson,
                                      Florida Bar No. 982040

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6, on this 20th day of August, 2010.

I FURTHER CERTIFY that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing an accordance with the procedures established by in MDL 2047, on this 20th day of August, 2010.

/s/ Michael P. Peterson
Michael P. Peterson