UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Counsel contacted the Court to inform it of a dispute which had arisen during the Federal Rule of Civil Procedure 30(b)(6) deposition of a certain witness on this date. The Court heard from counsel concerning the dispute, considered their arguments, and now issues the following orders. IT IS ORDERED that counsel are not to disclose the testimony or content of this deposition until the deposition is completed or the Court orders otherwise. IT IS FURTHER ORDERED that this witness is to return to the United States to continue the deposition sometime within the next 60 days, at a time convenient for the witness and counsel. This witness shall retain documentation of his or her expenses related to this second deposition, and present this documentation to the Court. Thereafter, the Court will make a decision as to the cost-shifting for the second deposition.

New Orleans, Louisiana, this 19th day of August 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE