UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| This document relates to: ) ) | JUDGE FALLON |
| *David and Amanda Kessler v. GMI Construction, Inc., ABC Insurance Company, MNO Insurance Company, Interior Exterior Building Supply, ASI Lloyds and HBW Insurance Services, LLC.* ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |
| Case No. 09-CV-6072 ) ) | |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that Plaintiffs' Motion to Dismiss Certain Defendants Without Prejudice is hereby

_____. Plaintiffs' Motion for Leave to File An Amended and Superceding Complaint is

hereby _____.

New Orleans, Louisiana this \_\_\_\_\_ day of _____, 2010.

_____
**HONORABLE JUDGE ELDON FALLON**