UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This document relates to: | JUDGE FALLON |
| *David and Amanda Kessler v. GMI Construction, Inc., ABC Insurance Company, MNO Insurance Company, Interior Exterior Building Supply, ASI Lloyds and HBW Insurance Services, LLC.* Case No. 09-CV-6072 | MAG. JUDGE WILKINSON |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that Plaintiffs' Motion for Leave to File Supplemental Memorandum in Response to Defendant, ASI Lloyds', Motion for Judgment on the Pleadings is hereby GRANTED, and Plaintiffs are hereby permitted to file their Supplemental Memorandum in Response to Defendant's Motion for Judgment on the Pleadings.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
**HONORABLE JUDGE ELDON FALLON**