UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION: L |
| RELATES TO: | * * | JUDGE ELDON FALLON |
| NO. 10-CV-01828<br>(*Catalanotto*) | * * * | MAGISTRATE WILKINSON |

*************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO SEVER CLAIMS AGAINST DEFENDANT, STANDARD FIRE INSURANCE COMPANY, AND FOR LEAVE TO FILE AMENDED AND SUPERCEDING COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiff submits this memorandum of law and argument in support of her Motion to Sever Claims Against Defendant, Standard Fire Insurance Company ("Standard Fire"), and for Leave to File Amended and Superceding Complaint, and respectfully avers as follows:

### BACKGROUND

After discovering that the renovations to her home following Hurricane Katrina included Chinese manufactured drywall, the effects of which caused damage to her home, Plaintiff filed a Petition for Damages in state court against the contractors who performed the renovations to her home, the installer who installed the drywall during the renovations and her homeowner's insurance carrier, Standard Fire. Although her claims against the contractor defendants sound in tort while claims against the homeowner insurer are based on a contract or policy of insurance, Plaintiff included all of her claims against these Defendants in one Complaint.

On June 25, 2010, Standard Fire filed a Notice of Removal (Doc. 1, Case 2:10-cv-01828-EEF-JCW, attached hereto as Exhibit "A"), effectively removing the above captioned case from Division "B" of Civil District Court of Orleans, State of Louisiana. Standard Fire removed on the basis of diversity jurisdiction stating that "...the claims against Standard Fire are fraudulently and/or improperly joined with Plaintiff's claims against the other defendants named in the Petition." (*Please see* Notice of Removal, p. 2, attached hereto as Exhibit "A").

Plaintiff now brings this Motion to Sever the Claims against Standard Fire and for leave to file an amended and superceding complaint to properly reflect allegations only against Standard Fire.

## LAW

Federal Rule of Civil Procedure 21 provides in pertinent part:

> On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party.

## ARGUMENT

Standard Fire states that in its Notice of Removal that "[t]here is no allegation, nor could there be, that the Construction Defendants participated in the insurance claim adjustment by Travelers giving rise to this separate and unrelated cause of action." (*Please see* Notice of Removal, Attachment A, p. 2, attached hereto as Exhibit "A"). In essence, Standard Fire argues that the insurance claims sounding in contract and the liability claims sounding in tort are unrelated. Plaintiff agrees that the claims against Standard Fire should be brought separately.

Plaintiff respectfully submits that severing the claims against Standard Fire and granting Plaintiff leave to amend its complaint to plead allegations only against Standard

Fire is consistent with Standard Fire's arguments in its Notice of Removal and, consequently, will not prejudice Standard Fire.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that for the reasons set forth in the above memorandum of law and argument, this Honorable Court grant Plaintiff's Motion Motion to Sever claims against Standard Fire and allow Plaintiff leave to amend its complaint to plead allegations only against Standard Fire.

Dated: August 20, 2010                               Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzales,
Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20$^h$ day of August, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com