**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | | SECTION: L |
| RELATES TO: | * * | JUDGE ELDON FALLON |
| NO. 10-CV-01828 (*Catalanotto*) | * * * | MAGISTRATE WILKINSON |

*********************************************************

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that Plaintiff's Motion to Sever the claims against Defendant, Standard Fire Insurance Company, is hereby GRANTED, and Plaintiff is hereby granted leave of court to file the attached Amended and Superceding Complaint.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
**HONORABLE JUDGE ELDON FALLON**