UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>JUDGE FALLON |
| This document relates to: ) ) | MAG. JUDGE WILKINSON |
| *Mary Ann Catalanotto v. S.A. Weber Construction, L.L.C., Maranatha Construction, Inc., Lighthouse Construction, L.L.C. and Martinez Drywall and Painting, L.L.C.* ) ) ) ) ) | |
| Case No. 10-CV-01828 ) ) | |

### PLAINTIFF'S AMENDED AND SUPERCEDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, MARY ANN CATALANOTTO, who is the age of majority and is domiciled in this State and Parish, who based upon information and belief, respectfully assert as follows:

1.

Made Defendant in this action is THE STANDARD FIRE INSURANCE COMPANY, a company authorized and doing business in Louisiana, who insures Plaintiff for homeowners insurance that covers subject property for losses such as this.

2.

Jurisdiction is proper in this Court pursuant to 28 U.S.C. 1332.

3.

Venue is proper in this Court pursuant to 28 U.S.C. §1391.

-1-

4.

Plaintiff purchased a homeowners insurance policy from Defendant, providing coverage for, among other things, her dwelling, contents and loss of use of the property.

5.

On or around May 2009, Plaintiff discovered that her home was constructed using Chinese manufactured drywall, which caused and continues to cause physical loss and damage to Plaintiff's home and contents. The Chinese drywall emits compounds that cause rapid sulfidation of air-conditioner coils, copper tubing, electrical wiring, computer wiring and other household items.

6.

On September 25, 2009, Defendant was notified of a covered loss and of Plaintiff's claim under her homeowners policy.

7.

On February 18, 2010, Defendant denied Plaintiff's claim and failed to remit payments owed to Plaintiff under the policy within the prescribed time lines set forth in La. R.S. 22:1892 and 22:1973.

8.

Plaintiff has complied with all of her obligations under the policy.

9.

A valid contract of insurance exists between Plaintiff and Defendant providing coverage for the loss and damage caused by the Chinese drywall.

10.

Plaintiff has paid all premiums due under her policy of insurance with Defendant and has materially performed her obligations under the policy.

11.

The damage and loss sustained by Plaintiff was caused by the presence of Chinese drywall in Plaintiff's home; yet, Defendant has failed to meet its obligations under the policy of insurance and has failed and/or refused to cover the loss sustained by Plaintiff.

12.

Defendant has breached its policy by unjustifiably denying Plaintiff's claim for covered damages.

13.

As a direct and proximate result of the breach by Defendant, Plaintiff was deprived of the benefit of insurance coverage for which Defendant was paid substantial premiums, and, accordingly, Plaintiff has suffered and will suffer substantial economic damage, particularly associated with her remediation efforts.

14.

Defendant breached its duty of good faith and fair dealing that it owes to Plaintiff in denying Plaintiff's claim.

15.

Defendant violated La. R.S. 22:1973 and La. R.S. 22:1892 by failing to properly adjust and pay Plaintiff's claim.

16.

Plaintiff demands a trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that Defendant be served with process, and that after due proceedings are had, a judgment be entered in favor of Plaintiff and against Defendant for (I) damages, (ii) attorneys fees, (iii) costs, (iv) post-judgment and pre-judgment interest at the maximum rate allowable at law, (v) treble and/or punitive damages in an amount to be determined at trial, (vi) all statutory damages, (vii) attorneys fees and costs, and (viii) any and all other just and equitable relief that this Court determines just and equitable under state and federal law.

Dated: August 20, 2010                    Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

| | |
|---|---|
| James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com | Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of August, 2010.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com