UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | | |
| **DRYWALL PRODUCTS LIABILITY** | * | **MDL 2027** |
| **LITIGATION** | * | |
| | * | **SECTION "L"** |
| | * | |
| **This document relates to:** | * | **JUDGE FALLON** |
| **David Gross, et al. v.** | * | |
| **Knauf Gips KG, et al.** | * | |
| **Civ. No. 09-6690** | * | **MAG. JUDGE WILKINSON** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## TOTAL COMMUNITY ACTION

Pursuant to Pre-Trial Orders 1(F) and 1(G), notice is hereby given that undersigned counsel appears on behalf of Total Community Action, defendant in the *David Gross, et. al. v. Knauf Gips, KG, et. al.,* civil action No. 09-6690 via Plaintiff Mary Ann Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) (Rec. Doc. 2187). Total Community Action requests that it be served with all documents through its counsel of record.

Respectfully submitted,

   /s/Joanne Rinardo
JOANNE RINARDO (#24201)
jrinardo@dkslaw.com
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130-3672
Telephone:  (504) 581-5141
Facsimile:   (504) 566-1201
**Attorney for Defendant,**
**Total Community Action**

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Notice of Appearance has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System this **20th day of August, 2010.**

   /s/Joanne Rinardo