UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2:09-md-02047 |
| | * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |
| This document relates to: Jude Marullo v. Louisiana Citizens. et al | * | |
| Case No.  10-2067 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REMAND

NOW INTO COURT, come Plaintiff, Jude Marullo, through undersigned counsel, who submit the following Motion to Remand.  As more fully explained in Plaintiff's Memorandum in Support, this Court is without jurisdiction to hear the instant matter, thereby mandating that this matter be remanded to state court.  There has been no fraudulent misjoinder or improper cumulation of actions.  The citizenship of all named Defendants is relevant for jurisdictional purposes.  There is a lack of federal diversity in the instant action, because Plaintiff's, and at least one of the Defendants, Louisiana Citizens Property Insurance Corporation  are both residents of Louisiana.

Therefore, Plaintiffs request that this Honorable Court Remand this matter to state court, specifically, the Civil District Court for the Parish of Orleans.

Respectfully Submitted,

**MARTZELL & BICKFORD**

*/s/ Lawrence J. Centola, III*

**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)

**COUNSEL FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Memorandum in Support of Motion to Remand has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  20st  day of   August  , 2010.

                                                           */s/ Lawrence J. Centola, III*

F:\Clients\CHINESE DRYWALL\CLIENTS\MARULLO, JUDE DAVID\FED CT PLEADINGS\mtn to remand.wpd