UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO.  2:09-md-02047 |
| | * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |
| This document relates to: Jude Marullo v. Louisiana Citizens. et al | * | |
| Case No.  10-2067 | * | |

\* * * * * * * * * * * * *

### O R D E R

Considering the foregoing Motion to Remand:

**IT IS ORDERED** that the Motion to Remand is GRANTED and the instant case is remanded back to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this _____ day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE