UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO.  2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | | |
| LITIGATION | * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |
| **This document relates to:** | | |
| **Jude Marullo v. Louisiana Citizens. et al** | * | |
| **Case No.  10-2067** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that Plaintiffs shall bring the foregoing Motion to Remand for hearing on September 8, 2010 at 9:30 a.m. before the Honorable Eldon E. Fallon, United States District Judge.

Respectfully Submitted,

**MARTZELL & BICKFORD**

*/s/ Lawrence J. Centola, III*
_____
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)

**COUNSEL FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this   20th   day of   August   , 2010.

*/s/ Lawrence J. Centola, III*

F:\Clients\CHINESE DRYWALL\CLIENTS\MARULLO, JUDE DAVID\FED CT PLEADINGS\Notice of Hearing on Motion to Remand.wpd