UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:  ALL CASES**


## <u>ORDER</u>

Considering the Application for Appointment of Joe Cyr and Richard C. Stanley to the

Defendants' Steering Committee,

IT IS HEREBY ORDERED that Joe Cyr of Hogan Lovells US LLP and Richard C.

Stanley of Stanley, Reuter, Ross, Thornton & Alford, LLC are hereby appointed to the

Defendants' Steering Committee, as lead counsel for Taishan defendants, Taishan Gypsum Co., Ltd.
and Taian Taishan Plasterboard Co., Ltd.

New Orleans, Louisiana this 20th day of _____August_____, 2010.

Honorable Eldon E. Fallon
United States District Judge

1