01/28/2006
4:36:12 PM

## CONVENTIONAL PURCHASE AGREEMENT

Tallow Creek, L.L.C. hereinafter called "SELLER", and Kelly Poz and Shelly Gil hereinafter called "BUYER", agree as follows:

SELLER agrees to sell and BUYER agrees to buy the property located at Lot 224, Phase 6A, Tallow Creek Subdivision bearing the municipal address 663 Solomon Drive Covington, LA 70433, together with all improvements thereon, or to be constructed thereon, including Charleston I (Addendum may show alt. elev.) house type in accordance with plans and specifications. Said house is to be built under the supervision of and according to the approved plans and specifications, including any specific changes as may be required by any authorized Federal, State, City or other public body and by the builder, should it become necessary.

PURCHASE PRICE-$241,638.00. - Up to $2,000 of closing costs (excluding pre-paids and/or discount points) will be paid on behalf of Buyer by Seller and Lender provided Buyer uses Southern Advantage Mortgage as their Lender.

This sale is conditioned upon BUYER obtaining a CONVENTIONAL Loan through Southern Advantage Mortgage in the amount of $235,451.14 for 30 years. BUYER agrees to make loan application within three (3) business days from date of agreement and further agrees to make every reasonable attempt to obtain loan approval, including supplying all information requested by Southern Advantage Mortgage.

As of 01/25/2006, BUYER has deposited a total of $5,186.38 to be applied to the purchase price and agrees to pay the balance in cash at the time of closing. BUYER hereby acknowledges and agrees that the deposit will be held by SELLER and not by SELLER's Broker/Agent. THIS DEPOSIT IS NON-REFUNDABLE.

BUYER has deposited with SELLER a five percent (5%) NON-REFUNDABLE option deposit for BUYER's selected options. This deposit shall be NON-REFUNDABLE in the event the Purchase Agreement does not result in a closing for any reason whatsoever. If applicable, at closing, BUYER will receive a credit for its NON-REFUNDABLE portion of the deposit as well as the deposit referred to in the preceding paragraph.

SELLER shall have the right to demand specific performance of this agreement, and if BUYER fails to comply with this agreement, SELLER may retain the deposit as liquidated damages in lieu of specific performance and, in addition, BUYER shall be liable to SELLER for all expenses incurred as well as attorney's fees and costs. If, for any reason whatsoever, the sale is not consummated, the liability of SELLER to BUYER shall be limited to the return of the deposit.

The price includes the following. See Option Addendum No. 1 attached hereto and made a part hereof which SELLER and BUYER have reviewed and BUYER acknowledges said Addendum and BUYER has thoroughly reviewed the Addendum and agrees to be bound by all the options/selections contained therein.

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications on file with the St. Tammany Parish.

Real estate taxes are to be prorated between BUYER and SELLER as of the closing date. Notwithstanding the foregoing, SELLER and BUYER acknowledge that taxes are paid in arrears and therefore the proration is based on the previous years' taxes, which is an estimate only. BUYER and SELLER agree that at such time as the actual tax bill is received, BUYER and SELLER will adjust the pro-rations upon ten (10) day notice by either party. Upon receipt of the notice, said party shall have five (5) days to remit any amounts due as a result of said adjustment.

SELLER shall furnish a merchantable title and conveyance of said real estate will be made free and clear of all liens, but subject to all restrictions of record.

BUYER acknowledges receipt of the restrictive covenants for the subdivision. _____ (BUYER'S INITIALS) No recreational facilities whatsoever will be provided by SELLER.

BUYER shall have possession of premises upon act of sale. BUYER agrees to take title to the property immediately upon notification by SELLER of completion of the house at the offices of SELLER'S notary.

BUYER recognizes that time is of the essence.

This sale is further conditional upon obtaining a conventional appraisal acceptable to Southern Advantage Mortgage of not less than the purchase price.

BUYER acknowledges receipt of the mold disclosure statement provided by SELLER and has read and understands the information and recommendations in said mold disclosure statement.

BUYER agrees to contact Southern Homes immediately if abnormal amounts of moisture accumulate in BUYER's home once BUYER takes possession of the premises.

SELLER warrants the premises in accordance with FHA/VA standards, the 2-10 Home Buyer's Warranty and Tallow Creek, L.L.C.'s limited warranty. BUYER acknowledges that said warranties exclude certain items and damages including, but not limited to, (1) any damage to the extent it has caused or made worse by dampness or condensation due to BUYER's failure to adequately maintain ventilation, caulking, flashing or gutters; (2) the costs of shelter, transportation, food, moving, storage, or other incidental expenses related to relocation during repair or any other costs due to loss of use, convenience or annoyance; (3) bodily or personal injury of any kind (including physical or mental pain and suffering and emotional distress), medical, hospital,

1

Initials _____ Date _____
Initials _____ Date _____

EXHIBIT A

01/28/2006
3:30:12 PM

rehabilitation of either incidental or consequential expenses; damage to personal property, or damage to any property of other; and (4) any loss or damage which BUYER has not taken appropriate action to minimize as soon as practicable.

BUYER recognizes that the exclusions listed herein and the other exclusions contained within the warranties afforded to BUYER exclude any and all claims related to and/or caused by mold on the property.

BUYER acknowledges that Santiago Realty, Inc. is SELLER's Broker/Agent and represents the interests of the SELLER.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, the deposit is to be refunded to BUYER without cost or obligation.

It is expressly agreed that all terms and conditions are included herein and that there have been no verbal agreements of any kind.

Dated this day of 01/28/2006, Slidell, LA.

I acknowledge receipt of the
deposit of $45,186.50

_____  1-28-06
Kelly Puzz                Date

_____  1-28-06
Shelly                    Date

_____
For Tallow Creek, L.L.C.
We accept the above offer, subject to the terms and conditions set forth above.

_____
Tallow Creek, L.L.C.

Initials _____  Date _____
Initials _____  Date _____

01/28/2006
4:00:18 PM



# Option Addendum #4

Name: Kelly Parr and Shelly Gil
Address: 663 Solomon Drive Covington, LA 70433
Floorplan: Charleston 1 (Addendum may show alt. elev.) CHAR0000    Lot Number: 224

This addendum is made to the Purchase Agreement between Kelly Parr and Shelly Gil (Buyers) and Southern Homes (Seller), dated 01/28/2006. The parties agree to amend:

| | 10200 - Your Home Selection | | | | | |
|---|---|---|---|---|---|---|
| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
| CHAR0000 | Elevation 2 | 1 | | C | $4,000.00 | $4,000.00 |

| | 13100 - Audio Systems | | | | | |
|---|---|---|---|---|---|---|
| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
| CHAR0122 | Surround Sound Speaker Prewire - Family Room (4 Outlets) | 1 | | F | $150.00 | $150.00 |

| | 15000 - Garage | | | | | |
|---|---|---|---|---|---|---|
| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
| CHAR0060 | Electric Garage Door Opener w/ Two Transmitters | 1 | | F | $400.00 | $400.00 |

| | 15000 - Lawn & Landscape | | | | | |
|---|---|---|---|---|---|---|
| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
| CHAR0010 | Centipede Sod (per pallet) - There are approximately 50 square yards (SY) or 450 square feet (SF) of sod per pallet. | 7 | | F | $150.00 | $1,050.00 |

| | 15000 - Lighting & Electrical | | | | | |
|---|---|---|---|---|---|---|
| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
| CHAR1905 | Lighting Upgrade 2- Foyer, Dining, Breakfast - If Standard Community Features includes a "Family Room Fan" and "Master Bedroom Fan" then the fans will become the same color as the color chosen for this option. Color chosen for this option will also apply to Sun Room fan in all communities. | 1 | Color: TOASTED ALMOND | F | $290.00 | $290.00 |
| CHAR10050 | Lighting Upgrade - Bathrooms | 1 | | F | $170.00 | $170.00 |

| | 60100 - Roofing | | | | | |
|---|---|---|---|---|---|---|
| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
| CHAR2001 | TechShield Roof Decking (Elevation 2) - TechShield is a radiant barrier applied to the roof deck. It prevents up to 97% of radiant heat in the panel from radiating into the attic resulting in up to a 30% energy savings. | 1 | | F | $1,500.00 | $1,500.00 |
| CHAR2030 | Upgrade to Dimensional Roof Shingles (Elevation 2) | 1 | Color: GEORGETOWN GRAY | F | $0.00 | $0.00 |

| Description | Color/Location |
|---|---|
| No Design Center items have been set up for this community. | |

Initials: _____ Date: 1/28/06
Initials: _____ Date: 1/28/06

1

```
St. Tammany Parish 1804
Instrmnt #: 1588051
Registry #: 1667166 ICV
11/03/2006 9:25:00 AM
MB    CB X MI    UCC
```

## CASH SALE
## STATE OF LOUISIANA

On 27th day of October, 2006, before me, Notary Public for the above state and residing therein, and in the presence of the subscribing witnesses, personally appeared:

**TALLOW CREEK, L.L.C.** (TIN:72-1171449), a Louisiana limited liability company, duly organized, validly existing and in good standing under the laws of the State of Louisiana, appearing herein through its duly authorized agent.

Mailing Address: 2053 GAUSE BLVD., EAST, STE 200, SLIDELL, LA 70461

herein called SELLER, who declared that for the price and sum of **TWO HUNDRED FORTY ONE THOUSAND SIX HUNDRED THIRTY AND 00/100 DOLLARS ($241,630.00)** cash, receipt of which is acknowledged, SELLER hereby sells and delivers with full warranty of title and subrogation to all rights and actions of warranty SELLER may have, unto:

**KELLY GRANT PARR** (SSN: ***-**-*954), a person of the full age of majority, resident of and domiciled in the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, that he has never been married and is presently living and residing as single.

AND

**SHELLEY LYNN GIL**, a person of the full age of majority, resident of and domiciled in the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, that she has been married but once and then unto Troy Borne from whom she was divorced and she has not since remarried and is presently living and residing as single.

Mailing Address: 683 SOLOMON DRIVE, COVINGTON, LA 70433

herein called BUYER, resident(s) of and domiciled in State of Louisiana, here present and accepting, purchasing for themselves, their heirs and assigns, the following described property, the possession and delivery of which BUYER acknowledges:

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in Section 1, Township 7 South, Range 10 East, St. Tammany Parish, Louisiana, as per map and plat of Tallow Creek, Phase 1H, by Randall W. Brown & Associates, Inc., dated September 9, 2005, recorded October 27, 2005 in Clerks Map File 4067 of the records of St. Tammany Parish, Louisiana, as follows, to-wit:

Being LOT 224, PHASE 1H, TALLOW CREEK, all as more fully described on individual surveys by Randall W. Brown & Associates, Inc. dated January 6, 2006 and February 23, 2006, attached to and made part of an act at CIN# 1548705.

*FOR INFORMATIONAL PURPOSES ONLY:*

*Being a portion of the same property or the same property acquired by vendor herein by act dated April 24, 2006 and registered at COB Instrument Number 1548705 of the official records of the Clerk of Court in the Parish of St Tammany, Louisiana.*

The improvements on said property bear the Municipal No. 683 SOLOMON DRIVE.


EXHIBIT B

THIS SALE IS SUBJECT TO THE FOLLOWING:

1. Any restrictions, covenants, easements, rights of way, servitudes, setback lines recorded in the official records of the Parish of St Tammany and restrictions recorded on plan of subdivision and in CIN# 1381072; amended in CIN# 1421443; CIN# 1478842; CIN# 1487642; CIN# 1506317, but omitting any covenants or restrictions, if any, based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

2. Subdivision Map Number 4067.

3. Servitude agreement with CLECO, recorded in Instrument Number 1398399.

4. Per Plan of Subdivision: Building set back lines of: Front 25 feet; Sides 5 feet; and Rear 25 feet and Front 10 feet utility servitude.

Mortgage and Conveyance Certificates are waived by the parties hereto, who hereby exonerate me, Notary, from any and all liability on account of non-production of same.

The parties acknowledge that no survey has been done in connection with this sale and hereby release and relieve me, Notary, from any and all liability in connection with any.

All taxes assessed against the property herein conveyed have been paid as per the parish tax records. Taxes for the year 2006 are pro-rated and will paid by purchaser when due.

All agreements and stipulations herein, and all the obligations herein assumed shall inure to the benefit of and be binding upon the heirs, successors, and assigns of the respective parties, and the BUYER, his heirs and assigns shall have and hold the described property in full ownership forever.

DONE AND PASSED by the parties at my office in *Slidell*, Louisiana on the hereinabove stated date and in the presence of me, Notary, and the undersigned competent witnesses who have signed in the presence of the parties and me, Notary.

WITNESSES:                                                                 TALLOW CREEK, L.L.C.

Print Name: Dasha Savell                                             By: Deborah Bindy

Print Name: Adrianne A. Matthews                       KELLY GRANT PARR

                                                                                        SHELLEY LYNN GIL

                                                                                        NOTARY PUBLIC
                                                                                        Tiffany S. Bilica
                                                                                        #60720

*Mahony Title Services LLC (Slidell)*
*59101 Amber Street*
*Slidell, LA 70461*
*985-690-9809*
*OUR FILE #0610640MDS*

Print Date:  11/27/2006           BUILDER COPY

## 2-10 Home Buyers Warranty
## Certificate of Warranty Coverage
### Warranty   LA036570



**Home Owner:**

KELLY AND SHELLY PARR

683 SOLOMON DRIVE
COVINGTON, LA 70433

**Builder:**

TALLOW CREEK, LLC

2053 GAUSE BLVD EAST #200
SLIDELL, LA 70461

Insured by:
National Home Insurance Company (A Risk Retention Group)

Your builder,   TALLOW CREEK, LLC                HBW Builder #    8800-4959
has completed the enrollment process. Your home has now been enrolled in the following
warranty program with an effective date of warranty of 10/27/06

**One Year Workmanship/Two Year Systems /Ten Year Structural.**
**Warranty Limit: $241,630.00**

The Address and legal description of the home which has been accepted for enrollment is:

683 SOLOMON DRIVE                    224

COVINGTON, LA 70433                  TALLOW CREEK SUBDIVISION

The Home Buyers Warranty Limited Warranty Booklet enclosed is dated         1/17/2006 HBW 307

The Builder Application for Home Enrollment that you signed with your Builder prior to your home
being enrolled in the HBW program, this Certificate of Warranty Coverage and the enclosed
Home Buyers Warranty Limited Warranty Booklet make up your warranty contract. No Party will
be bound by any other representations or agreements made by any persons.

**Notice:** Any modifications, alterations or revisions made to this document will void the
warranty coverage.

**EXHIBIT C**

HBW 320 5/03





**Design is the Difference**™

# Southern Homes, L.L.C.

2053 Gause Boulevard East
Suite 200
Slidell, LA 70461

(985) 643-0123
toll free (800) 660-0123
fax (985) 643-6364
info@southernhomes.com
www.SouthernHomes.com

April 13, 2009

Dear Valued Southern Homes Homeowner,

Like you, we are aware of a growing concern about Chinese drywall, which has recently gained attention through local news stories. Our drywall supplier has informed us that the questionable drywall was installed in homes from February 1, 2006 through December 31, 2006 or January 1, 2007 through March 31, 2007. It is important to understand that if your home was built during this time, it does not mean you have bad drywall. Southern Homes has always made every attempt to require that its suppliers avoid Chinese drywall, due to long standing quality concerns. However, we cannot guarantee where your drywall was manufactured. Rest assured, if you any concerns about health risks associated with your drywall, Southern Homes will inspect your home and take steps to remedy any problems caused as a direct result of bad drywall installed by Southern Homes. If you have any questions, feel free to contact our Warranty Department at (800) 349-1910.

Sincerely,

Chris Kornman, Ph.D.
Vice President

