UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

In consideration of this Court's previous Order of August 19, 2010, Rec. Doc. No. 5278, IT IS ORDERED that Plaintiffs' Liaison Counsel, Russ Herman, and counsel for the Knauf defendants, Jay Mayesh, are to instruct the court reporter who took the Federal Rule of Civil Procedure 30(b)(6) deposition on August 19, 2010, not to prepare a transcript of the partial testimony taken during that deposition until the deposition is completed or unless otherwise ordered by the Court.

New Orleans, Louisiana, this 20th day of August 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE