UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CANDACE HAKENJOS WIFE OF/AND TODD HAKENJOS | CIVIL ACTION NO.:10-2579 |
| Plaintiffs | SECTION: "B" |
| VERSUS | JUDGE: LEMELLE |
| TALLOW CREEK, ET AL Defendants | MAGISTRATE: CHASEZ |

## RESPONSE TO REMOVAL ORDER UNDER 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through undersigned counsel, comes defendant, Republic Fire and Casualty Insurance Company ("Republic"), and in response to the removal order issued by this Honorable Court on August 12, 2010, and in accordance with 28 U.S.C. § 1447(b), responds as follows:

1.

The parties named and remaining in the action are as follows:

**PLAINTIFFS:**

1.      Todd Hakenjos

2.      Candace Hakenjos

**DEFENDANTS:**

1. Tallow Creek, LLC

2. Southern Homes, LLC

3. Graf's Drywall, LLC

4. Interior Exterior Building Supply, LP

5. Interior Exterior Enterprises, LLC

6. South Cortez, LLC

7. First Financial Insurance Company

8. Western World Insurance Company

9. Republic Fire and Casualty Insurance Company

**THIRD-PARTY PLAINTIFFS:**

1. Tallow Creek, LLC

2. Graf's Drywall, LLC

3. Interior Exterior Building Supply, LP

4. Interior Exterior Enterprises, LLC

5. South Cortez, LLC

**THIRD-PARTY DEFENDANTS:**

1. Graf's Drywall, LLC

2. Interior Exterior Building Supply, LP

3. Interior Exterior Enterprises, LLC

4. South Cortez, LLC

5. Bankers Insurance Company

6.      First Financial Insurance Company

7.      Western World Insurance Company

8.      Palm Coast Masonry Construction, Inc.

9.      D.T.R. Construction Group, Inc.

10.     Ortiz Construction Group, Inc.

11.     T.A.G. Drywall, Inc.

12.     S.B. Construction Group, Inc.

13.     Knauf Insulation Gmbh

14.     Knauf Gips KG

15.     Knauf International Gmbh

16.     Knauf Plasterboard Tianjin Co., Ltd.

2.

Copies of all pleadings filed in state court prior to removal were previously provided and attached to the *Notice of Removal* as Exhibit "A."  Please also find a complete copy of the record filed in state court since the Notice of Removal was filed attached hereto as Exhibit "A".

3.

Copies of the returns of service of process filed into the state court record were previously provided and attached as Exhibit "A" to the *Notice of Removal* as follows: Part 1, pp. 18-21; Part 4, pp. 24-26 and 28-29; Part 6, pp. 1-4; Part 14, pp. 34-37; Part 15, pp. 1-6, 29, 33 and 37.

Respectfully submitted,

**LARZELERE PICOU WELLS**
    **SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:  (504) 834-6500
Fax:  (504) 834-6565

BY:      */s/  Angie Arceneaux Akers*
       **JAY M. LONERO, T.A. (No. 20642)**
         **jlonero@lpwsl.com**
       **ANGIE ARCENEAUX AKERS (No. 26786)**
         **aakers@lpwsl.com**


**ATTORNEYS FOR DEFENDANT, REPUBLIC
FIRE AND CASUALTY INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

      */s/ Angie Arceneaux Akers*