

01/28/2006
4:30:18 PM

## CONVENTIONAL PURCHASE AGREEMENT

Tallow Creek, L.L.C. hereinafter called "SELLER", and Kelly Pris and Shelly Gill hereinafter called "BUYER", agrees as follows:

SELLER agrees to sell and BUYER agrees to buy the property located at Lot 22A, Phase 6B, Tallow Creek Subdivision bearing the municipal address 683 Solomon Drive Covington, LA 70433 together with all improvements thereon, or to be constructed thereon, including Charleston 1 (Addendum may show alt, elev.) house type in accordance with plans and specifications. Said house to be built under the supervision of and according to the approved plans and specifications, including any specific changes as may be required by any authorized Federal, State, City or other public body and by the builder, should it become necessary.

PURCHASE PRICE: $241,618.00 - Up to $2,000 of closing costs (excluding pre-paids and/or discount points) will be paid on behalf of Buyer by Seller and Lender provided Buyer uses Southern Advantage Mortgage as their lender.

This sale is conditioned upon BUYER obtaining a CONVENTIONAL loan through Southern Advantage Mortgage in the amount of $236,581.18 for 30 years. BUYER agrees to make loan application within three (3) business days from date of agreement and further agrees to make every reasonable attempt to obtain loan approval, including supplying all information requested by Southern Advantage Mortgage.

As of 01/25/2006, BUYER has deposited a total of $5,186.18 to be applied to the purchase price and agrees to pay the balance in cash at the time of closing. BUYER hereby acknowledges and agrees that the deposit will be held by SELLER and not by SELLER's Broker/Agent. THIS DEPOSIT IS NON-REFUNDABLE.

BUYER has deposited with SELLER a five percent (5%) NON-REFUNDABLE option deposit for BUYER's selected options. This deposit shall be NON-REFUNDABLE in the event the Purchase Agreement does not result in a closing for any reason whatsoever. If applicable, at closing, BUYER will receive a credit for its NON-REFUNDABLE portion of the deposit as well as the deposit referred to in the preceding paragraph.

SELLER shall have the right to demand specific performance of this agreement, and if BUYER fails to comply with this agreement, SELLER may retain the deposit as liquidated damages in lieu of specific performance and, in addition, BUYER shall be liable to SELLER for all expenses incurred as well as attorney's fees and costs. If, for any reason whatsoever, the sale is not consummated, the liability of SELLER to BUYER shall be limited to the return of the deposit.

The price includes the following. See Option Addendum No. 1 attached hereto and made a part hereof which SELLER and BUYER have reviewed and BUYER acknowledges said Addendum and BUYER has thoroughly reviewed the Addendum and agrees to be bound by all the options/selections contained therein.

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications on file with the St. Tammany Parish.

Real estate taxes are to be prorated between BUYER and SELLER as of the closing date. Notwithstanding the foregoing, SELLER and BUYER acknowledge that taxes are paid in arrears and therefore the proration is based on the previous years' taxes, which is an estimate only. BUYER and SELLER agree that at such time as the actual tax bill is received, BUYER and SELLER will adjust the pro-rations upon ten (10) day notice by either party. Upon receipt of the same, said party shall have five (5) days to remit any amount due as a result of said adjustment.

SELLER shall furnish a merchantable title, and conveyance of said real estate will be made free and clear of all liens, but subject to all restrictions of record.

BUYER acknowledges receipt of the restrictive covenants for the subdivision. _____ (BUYER'S INITIALS). No recreational facilities whatsoever will be provided by SELLER.

BUYER shall have possession of premises upon act of sale. BUYER agrees to take title to the property immediately upon notification by SELLER of completion of the house at the offices of SELLER'S notary.

BUYER recognizes that time is of the essence.

This sale is further conditional upon obtaining a conventional appraisal acceptable to Southern Advantage Mortgage of not less than the purchase price.

BUYER acknowledges receipt of the mold disclosure statement provided by SELLER and has read and understands the information and recommendations in said mold disclosure statement.

BUYER agrees to contact Southern Homes immediately if abnormal amounts of moisture accumulate in BUYER's home once BUYER takes possession of the premises.

SELLER warrants the premises in accordance with FHA/VA standards, the 2-10 Home Buyer's Warranty and Tallow Creek, L.L.C.'s limited warranty. BUYER acknowledges that said warranties exclude certain items and damages including, but not limited to, (1) any damage to the extent it has caused or made worse by dampness or condensation due to BUYER's failure to adequately maintain ventilation, caulking, flashing or gutters; (2) the costs of shelter, transportation, food, moving, storage, or other incidental expenses related to relocation during repair or any other costs due to loss of use, convenience or annoyance; (3) bodily or personal injury of any kind (including physical or mental pain and suffering and emotional distress), medical, hospital

Initials _____ Date _____
Initials _____ Date _____

EXHIBIT A

01/28/2006
3:30:18 PM

rehabilitation or other incidental or consequential expenses, damage to personal property, or damage to any property of others; and (4) any loss or damage which BUYER has not taken appropriate action to minimize as soon as practicable.

BUYER recognizes that the exclusions listed herein and the other exclusions contained within the warranties afforded to BUYER, exclude any and all claims related to and/or caused by mold on the property.

BUYER acknowledges that Southern Realty, Inc. is SELLER's Broker/Agent and represents the interests of the SELLER.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, the deposit is to be refunded to BUYER without cost or obligation.

It is expressly agreed that all terms and conditions are included herein and that there have been no verbal agreements of any kind.

Dated this day of 01/28/2006, Slidell, LA.

I acknowledge receipt of the deposit of $5,186.50

_____  1-28-06
Kelly Putt                         Date

_____  1-28-06
Shelly                             Date

_____
For Tallow Creek, LLC.
We accept the above offer, subject to the terms and conditions set forth above.

_____
Tallow Creek, LLC.

Initials _____  Date _____
Initials _____  Date _____

01/28/2006
4:30:18 PM



## Option Addendum #1

Name: Kelly Parr and Shelly Gil
Address: 963 Solomon Drive Covington, LA 70433
Floorplan: Charleston 1 (Addendum may show alt. elev.) CHAR0001    Lot Number: 224

This addendum is made to the Purchase Agreement between Kelly Parr and Shelly Gil (Buyers) and Southern Homes (Seller), dated 01/28/2006. The parties agree to amend:

### 10200 - Other Items & Options

| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| CHAR10005 | Elevation 2 | 1 | | C | $4,000.00 | $4,000.00 |

### 13500 - Audio & Video

| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| CHAR40523 | Surround Sound Speaker Prewire - Family Room (4-Outlets) | 1 | | F | $150.00 | $150.00 |

### 10800 - Garage

| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| CHAR50000 | Electric Garage Door Opener w/Two Transmitters | 1 | | F | $400.00 | $400.00 |

### 2000 - Site & Landscaping

| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| CHAR89910 | Complete Sod (per pallet) - There are approximately 80 square yards (SY) or 480 square feet (SF) of sod per pallet. | 7 | | F | $160.00 | $1,120.00 |

### 13000 - Lighting & Fixtures

| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| CHAR19945 | Lighting Upgrade 1- Foyer, Dining, Breakfast - If Standard Community Features includes a "Family Room Fan" and "Master Bedroom Fan" then the fans will become the same color as the color chosen for this option. Color chosen for this option will also apply to Sun Room fan in all communities. | 1 | Color: TOASTED ALMOND | F | $590.00 | $590.00 |
| CHAR19950 | Lighting Upgrade - Bathrooms | 1 | | F | $170.00 | $170.00 |

### 2000 - Roofing

| Code | Description | Qty | Color/Location | C/F | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| CHAR29011 | TechShield Roof Decking (Elevation 2) - TechShield is a radiant barrier applied to the roof deck. It prevents up to 97% of radiant heat in the panel from radiating into the attic resulting in an up to 30% energy savings. | 1 | | F | $1,500.00 | $1,500.00 |
| CHAR29020 | Upgrade to Dimensional Roof Shingles (Elevation 2) | 1 | Color: GEORGETOWN GRAY | F | $0.00 | $0.00 |

### Description    11.0000 Lot Info 2000

No Design Center Items have been set up for this community.

Initials   Date 1/28/06
Initials _____  Date 1/28/06

