```
St. Tammany Parish 1804
Instrmnt #: 1588051
Registry #: 1667166 ICV
11/03/2006 9:25:00 AM
MB   CB X MI    UCC
```

## CASH SALE
## STATE OF LOUISIANA

On 27th day of October, 2006, before me, Notary Public for the above state and residing therein, and in the presence of the subscribing witnesses, personally appeared:

> TALLOW CREEK, L.L.C. (TIN:72-1171449), a Louisiana limited liability company, duly organized, validly existing and in good standing under the laws of the State of Louisiana, appearing herein through its duly authorized agent.

> Mailing Address: 2053 GAUSE BLVD., EAST, STE 200, SLIDELL, LA 70461

herein called SELLER, who declared that for the price and sum of TWO HUNDRED FORTY ONE THOUSAND SIX HUNDRED THIRTY AND 00/100 DOLLARS ($241,630.00) cash, receipt of which is acknowledged, SELLER hereby sells and delivers with full warranty of title and subrogation to all rights and actions of warranty SELLER may have, unto:

> KELLY GRANT PARR (SSN: ***-**-*954), a person of the full age of majority, resident of and domiciled in the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, that he has never been married and is presently living and residing as single.

> AND

> SHELLEY LYNN GIL, a person of the full age of majority, resident of and domiciled in the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, that she has been married but once and then unto Troy Borne from whom she was divorced and she has not since remarried and is presently living and residing as single.

> Mailing Address: 683 SOLOMON DRIVE, COVINGTON, LA 70433

herein called BUYER, resident(s) of and domiciled in State of Louisiana, here present and accepting, purchasing for themselves, their heirs and assigns, the following described property, the possession and delivery of which BUYER acknowledges:

> THAT CERTAIN PIECE OR PORTION OF GROUND, together with all buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in Section 1, Township 7 South, Range 10 East, St. Tammany Parish, Louisiana, as per map and plat of Tallow Creek, Phase 1H, by Randall W. Brown & Associates, Inc., dated September 9, 2005, recorded October 27, 2005 in Clerks Map File 4067 of the records of St. Tammany Parish, Louisiana, as follows, to-wit:

> Being LOT 224, PHASE 1H, TALLOW CREEK, all as more fully described on individual surveys by Randall W. Brown & Associates, Inc. dated January 6, 2006 and February 23, 2006, attached to and made part of an act at CIN# 1548705.

> FOR INFORMATIONAL PURPOSES ONLY:

> *Being a portion of the same property or the same property acquired by vendor herein by act dated April 24, 2006 and registered at COB Instrument Number 1548705 of the official records of the Clerk of Court in the Parish of St Tammany, Louisiana.*

The improvements on said property bear the Municipal No. 683 SOLOMON DRIVE.



EXHIBIT B

THIS SALE IS SUBJECT TO THE FOLLOWING:

1. Any restrictions, covenants, easements, rights of way, servitudes, setback lines recorded in the official records of the Parish of St Tammany and restrictions recorded on plan of subdivision and in CIN# 1381072; amended in CIN# 1421443; CIN# 1478842; CIN# 1487642; CIN# 1506317, but omitting any covenants or restrictions, if any, based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

2. Subdivision Map Number 4067.

3. Servitude agreement with CLECO, recorded in Instrument Number 1398399.

4. Per Plan of Subdivision: Building set back lines of: Front 25 feet; Sides 5 feet; and Rear 25 feet and Front 10 feet utility servitude.

Mortgage and Conveyance Certificates are waived by the parties hereto, who hereby exonerate me, Notary, from any and all liability on account of non-production of same.

The parties acknowledge that no survey has been done in connection with this sale and hereby release and relieve me, Notary, from any and all liability in connection with any.

All taxes assessed against the property herein conveyed have been paid as per the parish tax records. Taxes for the year 2006 are pro-rated and will paid by purchaser when due.

All agreements and stipulations herein, and all the obligations herein assumed shall inure to the benefit of and be binding upon the heirs, successors, and assigns of the respective parties, and the BUYER, his heirs and assigns shall have and hold the described property in full ownership forever.

DONE AND PASSED by the parties at my office in *Slidell,* Louisiana on the hereinabove stated date and in the presence of me, Notary, and the undersigned competent witnesses who have signed in the presence of the parties and me, Notary.

WITNESSES:                                         TALLOW CREEK, L.L.C.

Print Name: Dana Savell

By Deborah Gindey

Print Name: Adrianne A. Matthews

KELLY GRANT PARR

SHELLEY LYNN GIL

NOTARY PUBLIC
Tiffany S. Bilica
#60720

*Mahony Title Services LLC (Slidell)*
*59101 Amber Street*
*Slidell, LA 70461*
*985-690-9809*
*OUR FILE #0610640MDS*