Print Date:  11/27/2006          BUILDER COPY

# 2-10 Home Buyers Warranty
# Certificate of Warranty Coverage
### Warranty  LA036570



**Home Owner:**

KELLY AND SHELLY PARR

683 SOLOMON DRIVE
COVINGTON, LA 70433

**Builder:**

TALLOW CREEK, LLC

2053 GAUSE BLVD EAST #200
SLIDELL, LA 70461

Insured by:
National Home Insurance Company (A Risk Retention Group)

Your builder,  **TALLOW CREEK, LLC**            HBW Builder #    8800-4959

has completed the enrollment process. Your home has now been enrolled in the following warranty program with an effective date of warranty of **10/27/06**

**One Year Workmanship/Two Year Systems /Ten Year Structural.**
**Warranty Limit: $241,630.00**

The Address and legal description of the home which has been accepted for enrollment is:

**683 SOLOMON DRIVE**                     **224**

**COVINGTON, LA 70433**            **TALLOW CREEK SUBDIVISION**

The Home Buyers Warranty Limited Warranty Booklet enclosed is dated        1/17/2006 HBW 307

The Builder Application for Home Enrollment that you signed with your Builder prior to your home being enrolled in the HBW program, this Certificate of Warranty Coverage and the enclosed Home Buyers Warranty Limited Warranty Booklet make up your warranty contract. No Party will be bound by any other representations or agreements made by any persons.

**Notice: Any modifications, alterations or revisions made to this document will void the warranty coverage.**

EXHIBIT C

HBW 320 5/03