

**Design is the Difference**™

# Southern Homes, L.L.C.

2053 Gause Boulevard East
Suite 200
Slidell, LA 70461

(985) 643-0123
toll free (800) 660-0123
fax (985) 643-6364
info@southernhomes.com
www.SouthernHomes.com

April 13, 2009

Dear Valued Southern Homes Homeowner,

Like you, we are aware of a growing concern about Chinese drywall, which has recently gained attention through local news stories. Our drywall supplier has informed us that the questionable drywall was installed in homes from February 1, 2006 through December 31, 2006 or January 1, 2007 through March 31, 2007. It is important to understand that if your home was built during this time, it does not mean you have bad drywall. Southern Homes has always made every attempt to require that its suppliers avoid Chinese drywall, due to long standing quality concerns. However, we cannot guarantee where your drywall was manufactured. Rest assured, if you any concerns about health risks associated with your drywall, Southern Homes will inspect your home and take steps to remedy any problems caused as a direct result of bad drywall installed by Southern Homes. If you have any questions, feel free to contact our Warranty Department at (800) 349-1910.

Sincerely,

Chris Kornman, Ph.D.
Vice President

