Sep.18. 2009  7:43AM    Southern Homes                              7004   No.7822   P. 1/1   3663

**Tallow Creek, L.L.C.**
2053 Gause Blvd. East, Ste. 20
Slidell LA 70461

August 19, 2009

Kelly and Shelly Parr
683 Solomon Drive
Covington LA 70433

Dear Mr. and Mrs. Parr,

As you know, our recent inspection of your property appears to indicate potential damage due to Chinese drywall. We truly empathize with your situation. The personal home of our owner himself was built during the same time period and may have the same problems. We therefore are victims, just like you, both as a company and individually.

We certainly were unaware that our supplier was using Chinese drywall and were further unaware of any problems associated with its use before installation in any of our projects.

Now we are at the mercy of both state and federal governmental agencies who are trying to craft the appropriate remedy to resolve the problem, and we await such formal guidelines as to what course of action is recommended. We are in the process of trying to obtain answers, and we wanted to give you an update as to where we are.

We have also tendered your claims to our insurance companies, and we await their response as well as to any future action.

We value you as a customer, and we take great pride in the quality of the homes that we build. We [...] you informed of any signif[...]

If you have any additional [...]

Sincerely,

Tallow Creek, L.L.C.

EXHIBIT E