UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.* Case No.: 10-00178 | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

**PLAINTIFFS' CONSENT MOTION
FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL**

Plaintiffs, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC and Centerline Homes, Inc. (hereinafter "Centerline"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Centerline an extension of time to file a motion to compel pursuant to this Court's Order. See DE #4873. Centerline only intends to file a motion to compel, if necessary, as to Mid-Continent Casualty Company's objections to Centerline's 30(b)(6) deposition notice. Centerline needs a brief extension in order to evaluate Mid-Continent's objections and meet and confer with counsel for Mid-Continent regarding same. The undersigned conferred with counsel for Mid-Continent, Ronald L. Kammer, who has indicated that Mid-Continent does not object to the relief sought herein.

WHEREFORE, Plaintiffs, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC and Centerline Homes, Inc., respectfully request that this Court grant Centerline an extension of time, through and including August 25, 2010, in order to file a motion to compel regarding Mid-Continent's 30(b)(6) objections, if necessary.

2

Dated August 23, 2010							Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
    PETER R. GOLDMAN
    Florida Bar No. 860565
    VANESSA M. SERRANO
    Florida Bar No. 51555
    BROAD AND CASSEL
    100 S.E. Third Ave., Ste. 2700
    Fort Lauderdale, FL 33394
    Ph:   (954) 764-7060
    Fax: (954) 761-8135
    pgoldman@broadandcassel.com
    vserrano@broadandcassel.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Consent Motion for Extension of Time to File Motion to Compel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of August, 2010.

    __/s/ Vanessa M. Serrano_____
    Vanessa M. Serrano

4834-8459-3159.1
34720/0086

3