UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Pate v. American International Specialty Lines Insurance Company, et. al.*,  Case No. 2:09-cv-07791 (E.D.La.);<br><br>*Van Winkle Sr. v. Knauf Gips, et al.*, Case No. 2:09-cv-4378 (E.D.La).  | |

**JOINT MOTION TO COMPEL OF THE PLAINTIFFS' STEERING COMMITTEE AND ROBERT C. PATE IN ACCORDANCE WITH THE COURT'S SCHEDULING ORDERS DATED JULY 1, 201O AND AUGUST 5, 2010**

The Plaintiffs' Steering Committee and Robert C. Pate (collectively "Movants"), Trustee for the Chinese Drywall Trust, through counsel, move that the Court compel all insurance providers who have filed motions to dismiss pursuant to the Courts scheduling orders dated July 1, 2010 (document # 4301) and August 5, 2010 (document # 4873), provide full and complete responses to the Movants' written discovery.  Movants are also seeking an order approving its proposed topics for notices of corporate representative depositions.  Finally, Movants request that all insurance providers who have not stipulated to personal jurisdiction be ordered to identify witnesses who will provide testimony on each of the topics for notices of depositions.

For the reasons set forth in detail in the memorandum of law filed in conjunction herewith, Movants respectfully request that the Court grant its motion to compel.

1

                          Respectfully submitted,

Dated: August 23, 2010                  /s/ Russ M. Herman
                                              Russ M. Herman, Esquire (Bar No. 6819)
                                              Leonard A. Davis, Esquire (Bar No. 14190)
                                              Stephen J. Herman, Esquire (Bar No. 23129)
                                              HERMAN, HERMAN, KATZ & COTLAR, LLP
                                              820 O'Keefe Avenue
                                              New Orleans, Louisiana 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              LDavis@hhkc.com
                                              *Plaintiffs' Liaison Counsel*
                                              *MDL 2047*

                                              Arnold Levin (On the Brief)
                                              Fred S. Longer (On the Brief)
                                              Matthew C. Gaughan (On the Brief)
                                              Levin, Fishbein, Sedran & Berman
                                              510 Walnut Street, Suite 500
                                              Philadelphia, PA 19106
                                              215-592-1500 (phone)
                                              215-592-4663 (fax)
                                              Alevin@lfsblaw.com
                                              *Plaintiffs' Lead Counsel*
                                              *MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler (On the Brief)
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020   bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055   Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com


James Robert Reeves

Lumpkin & Reeves  
160 Main Street  
Biloxi, MS 39530  
Phone: (228) 374-5151  
Fax: (228) 374-6630  
jrr@lumpkinreeves.com  

Christopher Seeger  
Seeger Weiss, LLP  
One William Street  
New York, NY 10004  
Phone: (212) 584-0700  
Fax: (212) 584-0799  
cseeger@seegerweiss.com  

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis  
HAUSFELD LLP  
1700 K Street, N.W  
Suite 650  
Washington, DC 20006  
Phone: (202) 540-7200  
Fax: (202) 540-7201  
rlewis@hausfeldllp.com  

Jeremy W. Alters  
Alters, Boldt, Brown, Rash & Culmo, P.A.  
4141 N.E. 2nd Avenue  
Suite 201  
Miami, FL 33137  
Phone: (305) 571-8550  
Fax: (305) 571-8559  
jeremy@abbrclaw.com  

Daniel K. Bryson  
Lewis & Roberts  
3700 Glenwood Avenue, Suite 410  
Raleigh, NC 27612  
Phone: (919) 981-0191  
Fax: (919) 981-0431  
dkb@lewis-roberts.com  

Richard J. Serpe, Esquire  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
rserpe@serpefirm.com  

### INDIVIDUAL COUNSEL FOR PLAINTIFF, ROBERT C. PATE, TRUSTEE FOR THE CHINESE DRYWALL TRUST

Robert M. Horkovich  
Anna M. Piazza (On the Brief)  
Anderson Kill & Olick, P.C.  
1251 Avenue of the Americas  
New York, New York 10020  
P: 212-278-1000  
F: 212-278-1733  
rhorkovich@andersonkill.com  
apiazza@andersonkill.com  

Burton LeBlanc  
Baron & Budd, P.C.  
9015 Bluebonnet Blvd.  
Baton Rouge, LA 70810  
Phone: (225) 927-5441  
Fax: (225) 927-5449  
bleblanc@baronbudd.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Compel of the Plaintiffs' Steering Committee and Robert C. Pate in Accordance with the Court's Scheduling Orders Dated July 1, 2010 and August 5, 2010 has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of August, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*