# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | JUDGE FALLON |
| This Document Relates to Pate v. American International Specialty Lines Insurance Company, et al. (09-7791) | MAGISTRATE JUDGE WILKINSON |

## PLAINTIFF ROBERT C. PATE'S INTERROGATORIES CONCERNING JURISDICTION AND VENUE

Pursuant to Federal Rules of Civil Procedure 33 and 26, Plaintiff Robert C. Pate, as Trustee of the Chinese Drywall Trust, hereby requests that Defendant respond to the following interrogatories by Thursday, July 29, 2010 in light of the Court's July 1, 2010 Order.

## INSTRUCTIONS

The following instructions apply to the interrogatories contained herein:

1. If any interrogatory cannot be or is not fully answered, either because of the lack of information, a claim of privilege, or any other reason, the interrogatory should be answered to the fullest extent possible, and that part of the interrogatory which is not answered should be identified together with the reason for the lack of a complete answer, including the basis for any claim of privilege.

2. This set of interrogatories shall be deemed to be continuing and, accordingly, you must supplement to the extent Federal Rules of Civil Procedure 26 and 33 require.

3. The singular shall be construed to include the plural, and vice versa, to make the request inclusive rather than exclusive.

NYDOCS1-949611.6

## DEFINITIONS

As used herein, the following terms are defined as follows:

1. "Any" means any and all or each and every, to make it inclusive rather than exclusive.

2. "Communication" means oral or written communications of any kind, such as electronic, facsimile, telephone, correspondence, exchanges of written or recorded information, or face-to-face meetings.

3. "Defendant" or "Defendants" means any of the following insurance companies that you represent in the above captioned matter: American Guarantee and Liability Insurance Company, Amerisure Insurance Company, Amerisure Mutual Insurance Company, Auto-Owners Insurance Company, Chartis Specialty Insurance Company, FCCI Commercial Insurance Company, FCCI Insurance Company, Hartford Accident & Indemnity Company, Hermitage Insurance Company, Illinois Union Insurance Company, Landmark American Insurance Company, Lexington Insurance Company, Mid-Continent Casualty Company, National Union Fire Insurance Company of Pittsburgh, P.A., NGM Insurance Company, Ohio Casualty Insurance Company, Owners Insurance Company, Scottsdale Insurance Company, Steadfast Insurance Company, and West American Insurance Company.

4. "Document" means the original and all non-identical copies of all writings, whether handwritten, typed, printed or otherwise produced. This definition also includes letters, correspondence, memoranda, legal pleadings, calendars, diaries, travel records, summaries, records of telephone conversations, telegrams, notes, reports, compilations, notebooks, work papers, graphs, charts, blueprints, books, pamphlets,

brochures, circulars, manuals, instructions, ledgers, drawings, sketches, photographs, videotapes, film and sound reproductions, sales, advertising and promotional literature, agreements or minutes of meetings. This definition includes electronically stored information.

5. "Identify" when referring to a person means to state the person's full name, business and residence addresses and telephone numbers, job title or position, and the relation such person had or has to you.

6. "Identify" when referring to a corporation, partnership, or legal entity other than a natural person, means to state its full name, form of organization, and present or last known address or principal place of business.

7. "Identify" when referring to a document means to specifically describe the document, including its date and author, so that the document can readily be obtained by using your description. In identifying a document that was, but no longer is, in your possession, custody, or control, describe the contents of the document; state the date it ceased to be in your possession, custody, or control; and identify the current custodian of the document.

8. "Identify" when referring to litigation means to state the case name, the case number, the filing date, and the court in which it was filed.

9. "Identify" when referring to an act, occurrence, transaction, decision, or statement, means to briefly summarize or describe the event(s) which constitute it, to state where and when it happened, and to Identify the persons, Documents, and Communications involved.

10. "Plaintiff" means Robert C. Pate, as Trustee for the Chinese Drywall Trust, and any of his agents, attorneys, or representatives.

11. "State" or "describe" means to set forth fully and in detail all factual information and data that are in any way related to the subject matter of the particular request seeking such statement or description.

12. "You," "Your," or "Your Company" means any of the following entities that you represent in this matter – American Guarantee and Liability Insurance Company, Amerisure Insurance Company, Amerisure Mutual Insurance Company, Auto-Owners Insurance Company, Chartis Specialty Insurance Company, FCCI Commercial Insurance Company, FCCI Insurance Company, Hartford Accident & Indemnity Company, Hermitage Insurance Company, Illinois Union Insurance Company, Landmark American Insurance Company, Lexington Insurance Company, Mid-Continent Casualty Company, National Union Fire Insurance Company of Pittsburgh, P.A., NGM Insurance Company, Ohio Casualty Insurance Company, Owners Insurance Company, Scottsdale Insurance Company, Steadfast Insurance Company, and West American Insurance Company - and includes that entity(ies)'s respective agents, principals, employees, directors, officers, representatives, affiliates, departments, divisions, and parent and subsidiary corporations.

## INTERROGATORIES

1. Do any of your subsidiary or parent corporations sell insurance – directly or indirectly – to Louisiana residents or entities? If so, for each, identify: its headquarters; your percent ownership in it or its percent ownership in you; any officers or directors common to you and the subsidiary or parent; and whether you and the subsidiary or parent maintain separate accounting systems.

2. Identify all offices that You[1] maintain, own, lease, and/or occupy in Louisiana, and for each state the address and the entity maintaining, owning, leasing, and/or occupying the office.

3. Identify all offices in Louisiana at or through which insurance policies are sold by You or on Your behalf.

4. Identify all periods of time during which You were qualified to do business in Louisiana and Identify all periods of time during which You were licensed to sell insurance in Louisiana.

5. Identify any tax returns You have filed in Louisiana during the past ten years, including the filer of the tax return, its address, and the year it was filed.

6. During the past ten years, have You sold or marketed insurance policies to persons located in Louisiana, including but not limited to sales by Your subsidiaries, parents, affiliates, or agents? If so, identify the entity selling or marketing the insurance policies, the kind of insurance policies it sold, and the number of insurance policies of each kind it sold each year.

7. Identify the number of insurance claims You have processed in Louisiana in the past ten years, identifying in your answer the names of the entities processing the claims and their relation to You.

8. Identify all assets, including but not limited to real estate, bank accounts, financial instruments, or securities that You own or have owned in Louisiana in the past ten years, including the type of asset, the owner of the asset, and the dollar value of the asset.

---

[1] As defined, the terms "You" or "Your" include your parent and subsidiary corporations.

9. For each of the past ten years, and for you and each of your subsidiary or parent corporations, Identify any revenue originating from Louisiana; the percent that revenue constitutes of your or your subsidiary or parent corporation's total annual revenue; and the percent of that annual revenue that originates from insurance premium payments by Louisiana residents or entities.

10. During the past ten years, have You been a party to any judicial or administrative proceeding in Louisiana? If so, state the name of the proceeding, the index or other identifying number of the proceeding, and describe of the nature of the proceeding.

11. Identify all the lawsuits or administrative proceedings in which You have been involved during the past 10 years in which the court applied Louisiana law.

12. Identify all locations at which You maintain any documents in Louisiana and identify the categories of documents (ex. policies, underwriting files, or claims files).

13. Identify the number of claims that You have paid to Louisiana residents or entities in the past 10 years and the total amount of those claims.

14. Identify all witnesses relevant to this case who reside or work in Louisiana.

15. Identify each type of business that You have transacted in Louisiana, the entity transacting the business, and the time period during which You transacted the business.

16. Identify each type of service or thing that You have contracted to supply in Louisiana, the entity supplying the service or thing, and the time period during which You supplied the service or thing.

17. Identify all manners in which You solicit business or advertise to Louisiana residents or entities, including but not limited to catalogs, brochures, and internet advertisements, and when such soliciting or advertising took place.

18. Identify the number of employees who work for You in Louisiana or work for You elsewhere but reside in Louisiana.

19. During the past ten years, have You possessed an ownership interest in any corporation or business that is located in Louisiana? If so, identify the corporation, any subsidiaries, affiliates, or agents of that corporation, and describe the nature of the business in which the corporation, and any of its subsidiaries, affiliates, or agents, are or were engaged.

20. During the past ten years, has any company located in Louisiana served as an agent, affiliate, or representative for You with regard to sales of insurance policies? If so, identify the company, along with any parents, subsidiaries, affiliates, or agents of the company and describe the business in which the company and any of its parents, subsidiaries, affiliates, or agents are or were engaged.

21. During the past ten years, have any of your officers, directors, employees, representatives, or agents visited Louisiana for the purposes of conducting business or engaging in any business activity relating to the sale of insurance? If so, identify the relevant officers, directors, employees, representatives, or agents, the dates and lengths of their visit(s) to Louisiana, any persons or corporations they met during their visit(s) and describe briefly the purpose of their visit(s).

22. During the past ten years, have You ever financed or made contributions of capital to any corporation, subsidiary, affiliate or agent located in Louisiana? If so,

identify all such transactions, including but not limited to any inter-company loans, advances of funds, costs sharing agreements, or extensions of credit.

23. Identify all financial investors You have that reside in Louisiana.

24. Identify Your state of incorporation and principal place of business.

25. For each of the insurance policies that You sold that are at issue in this proceeding, identify where the insurance policy was counter-signed and where the last act of contracting with regard to that insurance policy took place.

26. Identify Your managing general agent in Louisiana.

27. Identify Your brokers in Louisiana.

28. Identify all retail agents through which You have sold insurance in Louisiana in the past 10 years.

29. Identify the total amount of premiums that You collected each year for the past ten years from Louisiana clients.

July 21, 2010                                                ANDERSON KILL & OLICK, P.C.


By: *Anna M. Piazza* (signature)
Robert M. Horkovich
Anna M. Piazza
1251 Avenue of the Americas
New York, New York 10020
P: 212-278-1000
F: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

*Plaintiff's Lead Counsel*

Burton LeBlanc (#20491)
Baron & Budd, P.C.
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810

NYDOCS1-949611.6

P: 225-927-5441
F: 225-927-5449
bleblanc@baronbudd.com

Renée Melançon
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
P: 214-521-3605
F: 214-520-1181
RMelanco@baronbudd.com

*Plaintiff's Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail on July 22, 2010, and upon all counsel of record by Federal Express on this 21st day of July, 2010.


Anna M. Piazza