# EXHIBIT C

ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Anna M. Piazza, Esq.
Apiazza@andersonkill.com
(212) 278-1307

August 9, 2010

***Via E-Mail and U.S. Mail***

H. Minor Pipes, III, Esq.
Barrasso Usdin Kupperman Freeman
& Sarver, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112

Re: MDL 2047

Dear Mr. Pipes:

In accordance with paragraph 4 of Judge Fallon's August 5, 2010 Order, enclosed please find a list of topics for corporate representative depositions. These topics apply to the Pate case and are also adopted and propounded by the Plaintiffs' Steering Committee.

Very truly yours,

Anna M. Piazza

Anna M. Piazza

AMP:ljc
Enclosure
cc: Fred Longer, Esq.
Bruce Steckler, Esq.
Cayce Peterson, Esq.
Hugh Lambert, Esq.

NYDOCS1-950992.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
|---|---|

**DEPOSITION TOPICS FOR CORPORATE REPRESENTATIVES**

**Definitions and Instructions**

1. "Communication" means every manner or type of disclosure, transfer, documentation, or exchange of information, whether written or oral, whether in person, by telephone, e-mail, mail, personal delivery or otherwise.

2. "Document" means anything written down or recorded in any form, whether on paper or electronically, including, in particular, written communications in any form.

3. "Insurance related products" refers to any contract which You have entered as an insurer, indemnitor, or surety.

4. "Person" or "Person(s)" mean any individual, corporation, proprietorship, partnership, trust, association, or any other entity.

5. "Pertaining to" means regarding, referring to, relating to, mentioning or addressing.

6. "Related Entity" means your subsidiary and parent corporations, affiliates, or agents.

7. "The State of Louisiana" refers to any governmental agency of the State of Louisiana, including, but not limited to, the Louisiana Department of Insurance.

8. "You," "Your," or "Your Company" means any of the entities that you represent in this matter, including but not limited to: American Guarantee and Liability Insurance Company, Amerisure Insurance Company, Amerisure Mutual Insurance Company, Auto-Owners Insurance Company, Chartis Claims, Inc., Chartis Specialty Insurance Company, FCCI Commercial Insurance Company, FCCI Insurance Company, Hartford Accident & Indemnity Company, Hermitage Insurance Company, Illinois Union Insurance Company, Landmark American Insurance Company, Lexington Insurance Company, Mid-Continent Casualty Company, National Union Fire Insurance Company of Pittsburgh, P.A., NGM Insurance Company, Ohio Casualty Insurance Company, Owners Insurance Company, Scottsdale Insurance Company, Steadfast Insurance Company, and West American Insurance Company – and includes that entity(ies)'s respective agents, principals, employees, directors, officers, representatives, affiliates, departments, divisions, and parent and subsidiary corporations.

9. Unless otherwise specified, the time frame for these requests is from January 1, 2004 to the present.

**Areas of Testimony**

1. The date when You were first authorized and/or licensed to do business in Louisiana, the status of Your authorization and/or license to do business in Louisiana, and whether You are still doing business in Louisiana.

2. Your efforts to solicit, market, or advertise insurance related products in Louisiana.

3. When You first began to solicit, market, or advertise insurance related products in Louisiana and, if applicable, when you ceased doing so.

4. When You first sold any insurance related products in Louisiana.

5. When and whether You ceased selling any insurance related products in Louisiana.

6. The types of insurance related products You have sold to insureds in Louisiana (including insureds who are resident in or who do business in Louisiana) and the types of coverage applicable to said insureds.

7. The information You provided to the State of Louisiana pertaining to Your providing or selling insurance related products in the Louisiana.

8. The Person(s) employed or working for You who are responsible for soliciting, marketing or advertising Your insurance related products in Louisiana, where those persons are located, and the manner in which they solicit, market, or advertise Your insurance related products in Louisiana.

9. The Person(s) who have actually sold Your insurance related products in Louisiana, where those Person(s) are located, and the manner in which they sold Your insurance related products in Louisiana.

10. The number of times that You have sued or have been sued in any state or federal court in Louisiana in which You alleged that You are authorized to do business in Louisiana and in fact were doing business in Louisiana.

11. The Person(s) employed by or working for You who are responsible for administering claims related to insurance products You sold in Louisiana, where those Person(s) are located, and the manner in which they administered claims related to insurance products You sold in Louisiana.

12. Any of Your marketing or strategic plans which mention or address Louisiana.

13. Any of Your insurance policies (including endorsements thereto) which mention or reference Louisiana.

14. The bases and facts supporting the statements made in any affidavit annexed to Your motion to dismiss in the above referenced action.

15. Whether any of Your officers, directors, employees, representatives, or agents have traveled to Louisiana for the purposes of conducting business or engaging in any business activity related to insurance products in Louisiana. If so, the names of the individuals, the dates of their visit(s) to Louisiana, and the purpose of their visit(s).

16. Any offices You maintain, own, lease, and/or occupy in Louisiana.

17. Any offices in Louisiana at or through which insurance policies are sold by You or on Your behalf.

18. Any offices outside of Louisiana at or through which insurance policies are sold by You or on Your behalf to Person(s) that reside in or do business in Louisiana.

19. Your sale of insurance related products in Louisiana, including to Person(s) that reside in or do business in Louisiana.

20. Your relationship to any subsidiary or parent corporation that sells insurance to Person(s) that reside in or do business in Louisiana.

21. Your filing of any tax returns in Louisiana.

22. Your processing of insurance claims in Louisiana.

23. Any assets You maintain, own, lease, or otherwise hold in Louisiana and the value of any such assets.

24. Any ownership interest You possess(ed) in any entity that is located in or does business in Louisiana.

25. Any of Your revenue that originates in Louisiana, including insurance premium payments by Person(s) that reside in or do business in Louisiana.

26. Your storage of any documents in Louisiana.

27. Any business You have transacted in Louisiana or service or thing that You have contracted to supply in Louisiana.

28. Any companies located in Louisiana that serve as Your agents, affiliates, or representatives with regard to the sale of insurance policies.

29. Your financing or contribution of capital to any corporation, subsidiary, affiliate, or agent located in Louisiana.

30. Your state of incorporation and principal place(s) of business.

31. The insurance policies that You sold that are at issue in this proceeding, including their place of counter-signature and last act of contracting.

32. Your managing general agent in Louisiana.

33. Your brokers in Louisiana.

34. Your retail agents in Louisiana.

35. All legal proceedings in which: (1) the issue of a state or federal court's personal jurisdiction over You in Louisiana was raised and (2) the court determined that it, in fact, had personal jurisdiction over You.

36. Your corporate structure, including your relationship to Related Entities.

37. Your board of directors, officers, and organizational structure.

38. The board of directors, officers, and organizational structure of any Related Entity that does business in Louisiana.

39. Any distribution or transfer of cash or assets between You and a Related Entity that does business in Louisiana.

40. Any inter-company loans, advances of funds, or cost sharing between You and a Related Entity that does business in Louisiana.

41. Any guarantees or similar assurances by You to financial institutions on behalf of any Related Entity that does business in Louisiana.

42. The preparation and approval by You of annual and longer-term business plans, marketing plans, and budgets for any Related Entity that does business in Louisiana.

43. The existence of any combined financial statements for You and any Related Entity that does business in Louisiana.

44. The existence and number of any of Your employees, independent contractors, or leased personnel whom You employ, lease, or otherwise engage the services of in Louisiana or who live in Louisiana.

45. Your authorization of an agent to receive service of process or notice of proceedings in Louisiana.

46. Any lobbying performed by You or on Your behalf in Louisiana.

47. Any losses that took place in Louisiana and related to which You sold insurance.