# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Pate v. American International Specialty Lines Insurance Company, et. al.*, Case No. 2:09-cv-07791 (E.D.La.);<br><br>*Van Winkle Sr. v. Knauf Gips, et al.*, Case No. 2:09-cv-4378 (E.D.La). | |

## ORDER

AND, NOW, this _____ day of _____, 2010, upon consideration of the Joint Motion to Compel of the Plaintiffs' Steering Committee and Robert C. Pate ("Movants") in Accordance with the Court's Scheduling Orders Dated July 1, 201O and AUGUST 5, 2010, it is hereby ORDERED, ADJUDGED AND DECREED, that said motion is GRANTED. It is Further ORDERED as follows:

(1) All parties filing motions to dismiss pursuant to the scheduling orders of July 1, 2010 [document # 4301] and August 5, 2010 [document # 4873] are ORDERED to provide full and complete responses to Movants' discovery concerning venue.

(2) All parties filing motions to dismiss pursuant to the scheduling orders of July 1, 2010 [document # 4301] and August 5, 2010 [document # 4873] and who have not stipulated to personal jurisdiction in the Eastern District of Louisiana, are ORDERED to provide full and complete responses to Movants' discovery concerning both personal jurisdiction and venue.

(3) Movants' proposed topics for notices of corporate representative depositions are hereby approved.

(4)     All parties filing motions to dismiss pursuant to the scheduling orders of July 1, 2010 [document # 4301] and August 5, 2010 [document # 4873] and who have not stipulated to personal jurisdiction in the Eastern District of Louisiana, are ORDERED to identify witnesses who will provide testimony on each of the topics for notices of depositions within two days of the dates designated for the corporate representative depositions.

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE