UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Pate v. American International Specialty Lines Insurance Company, et. al.*, Case No. 2:09-cv-07791 (E.D.La.);<br><br>*Van Winkle Sr. v. Knauf Gips, et al.*, Case No. 2:09-cv-4378 (E.D.La). | |

**O R D E R**

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Steering Committee and Robert C. Pate (collectively "Movants");

IT IS ORDERED BY THE COURT that the Movants are granted leave of court to file its Memorandum in Support of Motion to Compel in Accordance with the Court's Scheduling Orders Dated July 1, 2010 and AUGUST 5, 2010, which is in excess of the page limits directed by the Court.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE