UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURERED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.) | |

**BERLYN AND ELAINE BIRKHOLZ' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT(S) MERCEDES HOMES, LLC,**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), BERLYN AND ELANE BIRKHOLZ, hereby dismisses without prejudice all of their claims against MERCEDES HOMES, LLC, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. BERLYN AND ELAINE BIRKHOLZ shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Darren R. Inverso, Esq., counsel for BERLYN AND ELAINE BIRKHOLZ, dated July 27, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: August 25, 2010		/s/ Russ M. Herman
				Russ M. Herman, Esquire (Bar No. 6819)
				Leonard A. Davis, Esquire (Bar No. 14190)
				Stephen J. Herman, Esquire (Bar No. 23129)
				HERMAN, HERMAN, KATZ & COTLAR, LLP
				820 O'Keefe Avenue
				New Orleans, Louisiana 70113
				Phone: (504) 581-4892
				Fax: (504) 561-6024
				LDavis@hhkc.com
				*Plaintiffs' Liaison Counsel*
				*MDL 2047*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of August, 2010.

                                   /s/ Leonard A. Davis_____
                                   Leonard A. Davis, Esquire
                                   Herman, Herman, Katz & Cotlar, LLP
                                   820 O'Keefe Avenue
                                   New Orleans, Louisiana 70113
                                   Phone: (504) 581-4892
                                   Fax: (504) 561-6024
                                   LDavis@hhkc.com
                                   Plaintiffs' Liaison Counsel
                                   MDL 2047