# Norton ∎ Hammersley
Norton, Hammersley, Lopez & Skokos, P.A.

1819 Main Street, Suite 610
Sarasota, FL 34236
Telephone: 941.954.4691
Telecopier: 941.954.2128
www.nhlslaw.com

John W. Chapman, Jr.
Board-Certified
Business Litigation
Certified Circuit
Court Mediator

John M. Compton
Also licensed in Alabama

Philip N. Hammersley
Certified Circuit
Court Mediator

Michael P. Infanti

Darren R. Inverso

Nicholas P. Kapiotis
Also licensed in New York

E. John Lopez
Board-Certified Wills,
Trusts & Estates
Board-Certified Taxation

J. Derrick Maginness

Sam D. Norton
Board-Certified
Real Estate

Burton M. Romanoff
Also licensed in Pennsylvania

Peter Z. Skokos

dinverso@nhlslaw.com

July 28, 2010

Russ M. Herman

Re:   Berlyn and Elaine Birkholz

Dear Mr. Herman:

Please allow this correspondence to serve as notification that Berlyn and Elaine Birkholz have notified me that they hereby wish to dismiss their claims in the Chinese Drywall matter, Case No. 09-6690.

Sincerely,

Darren R. Inverso, Esq.

DRI/jlh

{8819-1 00506414.DOC;1 7\26\2010}

