# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

        Case No: 2:10-cv-00384

    Plaintiffs,

        Judge: Fallon

v.

        Magistrate: Wilkinson

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

    Defendants.
_____/

## EXPARTE/CONSENT MOTION TO WITHDRAW AND/OR STRIKE PREVIOUSLY FILED MOTIONS FOR EXTENSION OF TIME

Defendant GENERAL FIDELITY INSURANCE COMPANY ("GENERAL FIDELITY") files its ExParte/Consent Motion to Withdraw and/or Strike its Previously Filed Motions for Extension of Time filed August 10, 2010 [Doc. No. 5067] and August 16, 2010 [Doc. No. 5212] in MDL 2047, Civil Action No.: 2:10-cv-00384. GENERAL FIDELITY no longer seeks the relief sought in these motions because the issues have been resolved.

Respectfully submitted:

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
srawls@butlerpappas.com
RYAN K HILTON, ESQ.
Florida Bar No.: 0304610
rhilton@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

and

ANDREW L. PLAUCHÉ, JR., ESQ.
LA Bar. No. 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3880
New Orleans, LA 70139-3800
(504) 582-1142
(504) 582-1172 (fax)
Trial Counsel for General Fidelity Insurance Co.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Exparte/Consent Motion to Withdraw and/or Strike its Previously Filed Motions for Extension of Time and proposed Order has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of August, 2010.

                                            s/ R. Steven Rawls
                                            R. STEVEN RAWLS, ESQ.