UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: "L" (2) |
| PERTAINS TO:<br><br>*AMATO, et. al, v. LIBERTY MUTUAL INSURANCE COMPANY, et. al.*<br>Civil Action No.: 10-932 | JUDGE: FALLON<br><br>MAGISTRATE: WILKINSON |

## NOTICE OF APPEARANCE

The undersigned hereby appears as counsel of record for defendants *Hanover Insurance Company* and *The Hanover American Insurance Company*.

This filing does not constitute consent to jurisdiction or venue in the United States District Court for the Eastern District of Louisiana, nor does this filing constitute a waiver of any rights and/or defenses.

/s/ John P. Malloy
John P. Malloy
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-8200
Fax: (860) 275-8299
jmalloy@rc.com

Attorneys for Defendants Hanover
Insurance Company and Hanover
American Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by first-class mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of August, 2010.

/s/ John P. Malloy
John P. Malloy