UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL No. 2047<br>Section L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON<br><br>**Rule 7.1 Statement** |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT CONTINENTAL CASUALTY COMPANY**

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Continental Casualty Company (a non-governmental corporate party) certifies the following:

Continental Casualty Company is a corporation.  Continental Casualty Company is a wholly-owned subsidiary of The Continental Corporation. The Continental Corporation is a New York corporation and is a wholly-owned subsidiary of CNA Financial Corporation.  CNA Financial Corporation is a Delaware corporation and is publicly traded.  Of the outstanding common shares of CNA Financial Corporation, 90.1% are owned by Loews Corporation, which is also publicly traded.

Continental Casualty Company owns all or a substantial part of:

    Columbia Casualty Company

    National Fire Insurance Company of Hartford

{N2194787.1}                                     1

        Transportation Insurance Company

        Continental Assurance Company

        American Casualty Company of Reading, Pennsylvania

        The Continental Insurance Company

        CNA Surety Corporation

        North Rock Insurance Company Ltd.

        CNA Europe Holdings Ltd

        CNA Claim Plus, Inc.

        CNA National Warranty Corporation

        CNA Investor Services, Inc.

        CNA Realty Corp.

        Foothill & Mountain Center, Inc.

        CNA Real Estate Services, Inc.

        Los Lunas Center, Inc.

        E.G. Company

Dated:  August 25, 2010

Respectfully Submitted,

*/s/  Glenn G. Goodier*
Glenn G. Goodier, Bar No. 6130
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone:     504.582.8174
Facsimile:      504.589.8174
E-mail:  ggoodier@joneswalker.com
*Counsel for Defendant CONTINENTAL CASUALTY COMPANY*