**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 24, 2010**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Counsel for the Knauf defendants and members of the Plaintiffs' Steering Committee participated. The conference was transcribed by Ms. Jodi Simcox, Official Court Reporter. Counsel may contact Ms. Simcox at (504) 589-7780 to request a copy of the transcript.

The conference was scheduled to discuss discovery and deposition issues. The Court encouraged the parties to schedule a Federal Rule of Civil Procedure 16 conference to discuss these issues and thereafter inform the Court of any resolution or remaining issues. Additionally, the Court directed the Knauf defendants to produce the requested discovery documents by October 1, 2010; but, in the case there are problems with meeting this deadline, the Court directed the defendants to contact the Court. Furthermore, the Court found the Knauf defendants' suggested deposition schedule to be reasonable and appropriate. Finally, the Court directed the parties to work towards an agreement involving translation of discovery documents.

JS10(00:20)