UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 AUG 23  PM 3: 13

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JOYCE W. ROGERS, individually and on behalf of other similarly situated, | CASE NO. 10-362<br>SECT L. Mag 2 |
| Plaintiffs,<br>v. | **SUGGESTION OF BANKRUPTCY** |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., PRINCETON HOMES, INC., and additional Defendants, | |
| Defendants.<br>_____/ | |

**SUGGESTION OF BANKRUPTCY**

COMES NOW the Defendant, PRINCETON HOMES, INC., by and through undersigned bankruptcy counsel, and files this Suggestion Of Bankruptcy in the above-entitled proceeding and states:

1. On September 15, 2010, a Voluntary Petition for relief under Chapter 11, Title 11, of the United States Bankruptcy Code was filed by the Defendant, Princeton Homes, Inc., in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 10-31773-EPK.

2. That pursuant to the Bankruptcy Code, Section 362, the above styled cause is hereby automatically stayed.

3. The filing of this Suggestion of Bankruptcy is not intended to be a Notice of Appearance by the undersigned.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 20 day of August, 2010, to all parties listed below.

          FURR AND COHEN, P.A.
          Attorney for Debtor
          2255 Glades Road, #337W
          Boca Raton, FL 33431
          (561) 395-0500/(561)338-7532 -fax

By _____
          ROBERT C. FURR, ESQ.
          Florida Bar No. 210854
          E-Mail: rfurr@furrcohen.com

Russ M. Herman, Esq.
Leonard A. Davis
Herman Herman Katz & Cotlar
Plaintiff's Liaison Counsel
820 O'Keefe Ave
New Orleans, Louisiana 70113

Arnold Levin, Esq.
Fred S. Longer
Levin, Fishbein, Sedran & Berman
Plaintiff's Lead Counsel
510 Walnut St #500
Philadelphia, PA 19106

Jeremy W. Alters, Esq.
Alters, Boldt, Brown Rash & Culmo
Atty for Daniel & Joan Campbell
4141 NE 2 Ave, Suite 201
Miami, FL 33137

Jeremy W. Alters, Esq.
Alters, Boldt, Brown Rash & Culmo
Atty for Frank Gumina
4141 NE 2 Ave, Suite 201
Miami, FL 33137

Kerry J. Miller, Esq.
Frilot LLC
Defedants' Liaison Counsel
1100 Poydras ST
New Orleans, LA 70163

Jeremy W. Alters, Esq.
Alters, Boldt, Brown Rash & Culmo
Atty for Pau & Lisa Myers
4141 NE 2 Ave, Suite 201
Miami, FL 33137


Frank Gumina
503 N.W. Ashton Way
Pt St Lucie, FL 34983

Daniel & Joan Campbell
372 NW Stratford Lane
Pt St Lucie, FL 34983

Paul & Lisa Myers
376 NW Sheffield Cir
Port St Lucie, FL 34983