UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID & AMANDA KESSLER | * | CIVIL ACTION |
| | * | THIS DOCUMENT RELATES TO |
| VERSUS | * | NO: 09-6072 |
| | * | |
| | * | JUDGE: |
| GMI CONSTRUCTION, INC., ABC | * | ELDON E. FALLON |
| INSURANCE COMPANY, MNO | * | |
| INSURANCE COMPANY, INTERIOR | * | MAGISTRATE: |
| EXTERIOR BUILDING SUPPLY, | * | JOSEPH C. WILKINSON, JR. |
| ASI LLOYDS and HBW INSURANCE | * | |
| SERVICES LLC | * | IN RE: CHINESE-MANUFACTURED |
| | * | PRODUCTS LIABILITY LITIGATION |
| | * | MDL No. 2047 |
| | * | |
| | * | SECTION "L" (2) |

*************************************

## MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE

MAY IT PLEASE THE COURT:

    Defendant, ASI Lloyds ("ASI"), respectfully submits this Memorandum in Opposition to the Plaintiffs' Motion for Leave to File Supplemental Response to ASI's Rule 12 (c) Motion for Judgment on the Pleadings, and in support thereof, states as follows:

1

"No responses to the motions are due until two weeks before the hearing date set by the Court." (emphasis in original) The hearing on ASI's 12(c) Motion is set for September 2, 2010. The Plaintiffs' Supplemental Response was filed less than two weeks prior to the subject hearing date. Consequently, under the Court's Pre-Trial Order, Plaintiffs' proposed Supplemental Response is untimely and motion for leave to file it should, therefore, be denied.

## I. PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE SHOULD BE DENIED FOR FAILURE TO SUBSTANTIVELY ADDRESS ASI'S MOTION.

Moreover, Plaintiffs' Supplemental Response does not address the substantive issues addressed in ASI's Motion for Judgment on the Pleadings. Rather, it appears to be an attempt to circumvent the hearing on ASI's Motion by indicating their intent to file an amendment to the Complaint. This type of attempt has been heard by this Court and summarily denied in its ruling dated August 12, 2010, where the Court clearly held that the Plaintiffs were unable to simply dismiss the Complaint with respect to ASI.

ASI respectfully suggests that the Plaintiffs should be denied any further oppositions and/or responses to ASI's 12 (c) Motion. No less than twenty-one (21) lawyers' names appears on the signature section for the Plaintiffs' Steering Committee on each of the first two "Responses" to ASI's Motion. The Plaintiffs cannot reasonably argue that they have not had the time, opportunity or manpower to formulate a meaningful opposition to ASI's Motion.

Conveniently, the Plaintiffs state in their Supplemental Response, "Plaintiffs specifically reserve all rights to address substantive issues should Plaintiffs' procedural efforts be denied by this Honorable Court."[1] The Plaintiffs then attempted to set this matter for hearing on the

---

[1] See p. 2 of Plaintiffs' Supplemental Response, Document # 5280-2.

2

morning of the oral argument set for ASI's Motion and all of the other pending insurer motions such that they can then request that they have additional time to respond after that date if this Court denied their relief on their "procedural efforts." This is nothing more than a transparent attempt by the Plaintiffs to attempt to gain additional time to file a substantive response, the time for which has long since expired, as noted above. There is absolutely no excuse for this type of dilatory conduct.

Accordingly, this Court should deny the Plaintiffs any further opportunity to file any opposing memoranda as to the substantive issues raised by ASI's Motion. They have had multiple chances already to address ASI's Motion that has been pending now for over a month. The Plaintiffs have apparently made a decision to avoid addressing the substance of ASI's Motion. Therefore, Plaintiffs' Supplemental Response should not be allowed and the Plaintiffs' should not be allowed to file any subsequent responses.

WHEREFORE, for the foregoing reasons, the Defendant, ASI Lloyds, respectfully requests this Honorable Court to enter an Order denying the Plaintiffs' Motion for Leave to File Supplemental Response to ASI's Rule 12 (c) Motion for Judgment on the Pleadings, and granting such further relief deemed just, necessary and proper by the Court.

RESPECTFULLY SUBMITTED:

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____
JASON P. FOOTE (#25050), T.A.
BRITTANY M. COURTENAY (#31846)
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3827
Facsimile: (504) 836-9579
*Attorneys for Defendant, ASI Lloyds*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum in Opposition to Plaintiffs' Motion to Dismiss has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 26th day of August, 2010.

_____
JASON P. FOOTE