**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ------------------------------------------------- X | | ------------------------------------------------- |
| | X | |
| DEAN and DAWN AMATO, individually and | X | CASE NO: 10-932 Section L Mag 2 |
| on behalf of all others similarly situated | X | |
| | X | |
| v. | X | |
| | X | |
| | X | |
| LIBERTY MUTUAL INS, et al. | X | |
| | X | |
| ------------------------------------------------- X | X | ------------------------------------------------- |

**DEFENDANT, F. VICINO AND COMPANY, INC.'S CONSENT MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO THE PROFILE FORM**

COMES NOW, Defendant, F. VICINO AND COMPANY, INC., by and through its undersigned counsel and files this, its Consent Motion for Extension of Time to Respond to the Profile Form and hereby states the following:

1.      Defendant, F. VICINO AND COMPANY, INC., was served with Plaintiffs' Complaint on July 9, 2010.

2.      The profile forms for this Defendant are due on September 7, 2010.

3.      However, F. VICINO AND COMPANY, INC., has been diligently collecting the information needed to file the installer profile forms, but has not yet received all of the information needed from third party sources.

4.      Specifically, the profile forms call for information specific to each property that F. VICINO AND COMPANY, INC. performed work on. However, F. VICINO AND COMPANY, INC., needs further time in order to review its records and ascertain which specific properties they performed work on, in order to adequately respond to the profile forms.

5.      Thus, the Court in its discretion may order the period discussed in this Motion enlarged.

6.      On August 23, 2010 counsel for F. VICINO AND COMPANY, INC., contacted opposing counsel to secure consent; and opposing counsel agreed to the extension of thirty (30) days from September 7, 2010.

7.      Therefore, defendant, F. VICINO AND COMPANY, INC., would hereby request an extension of 30 days to complete the Installer Profile Forms for the aforementioned reasons.

8.      Thereby making this Defendant's Installer Profile Forms due on October 7, 2010.

9.      This extension of the Installer Profile Form will not prejudice any of the parties.

WHEREFORE, Defendant, F. VICINO AND COMPANY, INC., hereby requests this Honorable Court to grant this motion and any other relief the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to E.D. La. L.R. 7.9, undersigned counsel certifies that on August 25, 2010 undersigned counsel called Plaintiffs' Liason Counsel to secure consent.

2

Respectfully Submitted,

*Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

Attorneys for Defendant F. VICINO AND
COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served upon

all parties by electronically uploading the same to LexisNexis File & Serve in accordance with

Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of

the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of August, 2010.

_Robert V. Fitzsimmons_
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

Attorneys for Defendant F. VICINO AND COMPANY, INC.

1132284