IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------- x | | ---------------------------------------------- |
| | x | |
| DEAN and DAWN AMATO, individually and | x | CASE NO: 10-932 Section L Mag 2 |
| on behalf of all others similarly situated | x | |
| | x | |
| v. | x | |
| | x | |
| | x | |
| LIBERTY MUTUAL INS, et al. | x | |
| | x | |
| ------------------------------------------------------- | x | ---------------------------------------------- |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to the Profile Form, filed herein by F. VICINO AND COMPANY, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Form be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant F. VICINO AND COMPANY, INC. shall be granted until October 7, 2010 within which to respond to the Profile Form served in the above-captioned matter, Civil Action No. 10-932, Section L Mag 2 (within MDL No. 2047).

New Orleans, Louisiana, this _____ day of August, 2010.

_____
United States District Judge

1135481