UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Gross, et al. V. Knauf GIPS KG, et al., Case No. 2:09-cv-06690 (E.D.La.) | |

### WILLIAM AND CHARLOTTE WEEKLEY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, HERITAGE HOMES, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, William and Charlotte Weekley, hereby dismiss without prejudice all of their claims against Heritage Homes, Inc., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. William and Charlotte Weekley shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Ben W. Gordon, Jr., counsel for William and Charlotte Weekley, dated August 12, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: August 26, 2010        /s/ Russ M. Herman
                                                   Russ M. Herman, Esquire (Bar No. 6819)
                                                   Leonard A. Davis, Esquire (Bar No. 14190)
                                                   Stephen J. Herman, Esquire (Bar No. 23129)
                                                   HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                   820 O'Keefe Avenue
                                                   New Orleans, Louisiana 70113
                                                   Phone: (504) 581-4892
                                                   Fax: (504) 561-6024
                                                   LDavis@hhkc.com
                                                   *Plaintiffs' Liaison Counsel*
                                                   *MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of August, 2010.

/s/_Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047