

| | | | |
|---|---|---|---|
| SCOTT C. BARNES | MARTIN H. LEVIN | MIKE PAPANTONIO | OF COUNSEL: |
| BRIAN H. BARR | ROBERT M. LOEHR | MARK J. PROCTOR | ROBERT F. KENNEDY, JR. |
| M. ROBERT BLANCHARD | KATHERINE McFARLAND | TROY A. RAFFERTY | (LICENSED ONLY IN NEW YORK) |
| VIRGINIA M. BUCHANAN | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | BEN W. GORDON, JR. |
| WILLIAM F. CASH, III | Wm. JEMISON MIMS, JR. | AMANDA SLEVINSKI | |
| STEPHEN H. ECHSNER | CLAY MITCHELL | W. CAMERON STEPHENSON | LEFFERTS L. MABIE, JR. (1925-1996) |
| RACHAEL R. GILMER | R. LARRY MORRIS | MEGHAN M. TANS | D.L. MIDDLEBROOKS (1926-1997) |
| KRISTIAN KRASZEWSKI | K. LEA MORRIS | LEO A. THOMAS | DAVID H. LEVIN (1928-2002) |
| KIMBERLY R. LAMBERT | PETER J. MOUGEY | BRETT VIGODSKY | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | TIMOTHY M. O'BRIEN | CHRISTOPHER M. VLACHOS | |
| | | AARON L. WATSON | |

August 12, 2010

Russ M. Herman
Herman, Herman, Katz & Cotler, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

RE: Notice of Voluntary Dismissal

Dear Russ:

Please find enclosed a Notice of Voluntary Dismissal Without Prejudice of Defendant, Heritage Homes, Inc.. At this time we request that you file the enclosed document on behalf of our clients, William and Charlotte Weekley.

Sincerely,

Ben W. Gordon, Jr.

BWG/cac
Enclosure