UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Payton v. Knauf Gips KG, et al.<br>Case No. 09-7628 | |

**WALTER AND TRACEY BILSKI'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, WELLINGTON DRYWALL, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Walter and Tracey Bilski, hereby dismisses without prejudice all of their claims against DEFENDANT Wellington Drywall, Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Walter and Tracey Bilski shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Parker Waichman Alonso LLP, counsel for Walter and Tracey Bilski dated August 10, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: August 26, 2010		/s/ Russ M. Herman_____
				Russ M. Herman, Esquire (Bar No. 6819)
				Leonard A. Davis, Esquire (Bar No. 14190)
				Stephen J. Herman, Esquire (Bar No. 23129)
				HERMAN, HERMAN, KATZ & COTLAR, LLP
				820 O'Keefe Avenue
				New Orleans, Louisiana 70113
				Phone: (504) 581-4892
				Fax: (504) 561-6024
				LDavis@hhkc.com
				*Plaintiffs' Liaison Counsel*
				*MDL 2047*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of August, 2010.

                        /s/ Leonard A. Davis
                        Leonard A. Davis, Esquire
                        Herman, Herman, Katz & Cotlar, LLP
                        820 O'Keefe Avenue
                        New Orleans, Louisiana 70113
                        Phone: (504) 581-4892
                        Fax: (504) 561-6024
                        LDavis@hhkc.com
                        Plaintiffs' Liaison Counsel
                        MDL 2047