

Parker | Waichman | Alonso LLP
A NATIONAL LAW FIRM

REPLY TO: FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

August 10, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   **In re: Chinese Manufactured Drywall Products Liability Litigation
Payton v. Knauf Gips KG, et al. Case No. 09-7628**

Dear Russ and Lenny:

My clients, Walter and Tracey Bilski, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Wellington Drywall, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Parker Waichman Alonso LLP

By: _____
April S. Goodwin, Esq.

ASG/jp