**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 25, 2010**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Liaison Counsel and Lead Counsel of the Steering Committees participated. The conference was scheduled to discuss establishing a system for setting the numerous, pending motions in MDL 2047 for hearing. The Court stated that it is now an appropriate time in the MDL to focus on setting these motions for hearing. The Court directed counsel to group the motions in a sensible manner, such as by similar issues, facts, or parties, and then submit recommendations to the Court regarding which groups of motions should be set for hearing and when. Thereafter, the Court will post these recommendations on the Court's Chinese drywall MDL website and invite input from all interested parties. Finally, the Court will consider the recommendations and input, and establish an appropriate briefing and hearing schedule. The Court appointed Leonard Davis, Dorothy Wimberly and Kyle Spaulding to a Motions Committee to carry out this plan. The Court directed the Committee to first meet and confer with one another, thereafter elicit information from their respective groups, and begin to work towards

JS10(00:20)

producing a recommendation to the Court on the motions that should be set for hearing consistent with the above plan.

Additionally, the Court and counsel discussed the insurance motions already set for hearing. The Insurers' Steering Committee and certain members of the Plaintiffs' Steering Committee informed the Court that there are ten homeowners' insurers' motions and the PSC's motion to compel set for hearing on September 2, 2010, at 9:00 a.m. Counsel informed the Court that these motions share similar issues, and stated that they would provide to the Court, prior to the hearing, a list of these issues.