UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| *Centerline Homes Construction, Inc., et al.* v. | : | MAG. JUDGE WILKINSON |
| *Mid-Continent Casualty Co., et al.* Case No.: 10-00178 | : |  |

**ORDER ON PLAINTIFFS' CONSENT MOTION
FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL**

Upon consideration of Plaintiffs, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC and Centerline Homes, Inc.'s Consent for Extension of Time to File Motion to Compel, and having been advised of an agreement between counsel,

IT IS HEREBY ORDERED that Plaintiffs' Consent Motion is GRANTED. Plaintiffs shall have up to and including August 25, 2010, in order to file a motion to compel regarding Mid-Continent's 30(b)(6) objections, if necessary.

New Orleans, Louisiana this 25th day of August 2010.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**