UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| *Catalanotto*, No. 10-CV-01828 | * | |
| | * | MAG. WILKINSON |

**************************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

**NOW INTO COURT**, comes The Standard Fire Insurance Company ("Standard Fire"), which moves this Honorable Court for an order granting it leave to file its Reply Memorandum in Further Support of its Motion to Dismiss so that Standard Fire may adequately respond to the Plaintiff's belatedly filed Supplemental Memorandum in Response [Rec. Doc. 5282-2] to Standard Fire's Motion to Dismiss [Rec. Doc. 4467] such that Standard Fire may adequately respond to the arguments presented by the plaintiffs for the first time in the Plaintiff's supplemental memorandum.

**WHEREFORE**, Standard Fire respectfully requests that this Honorable Court grant this motion and permit them leave to file its reply memorandum.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**LaDonna G. Wilson, La. Bar No. 29102**
Lugenbuhl, Wheaton, Peck,
   Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
e-mail:  rhubbard@lawla.com
   sschmeeckle@lawla.com
   lwilson@lawla.com

**And**

**Of Counsel**
**STEPHEN E. GOLDMAN**
**DANIEL F. SULLIVAN**
**WYSTAN M. ACKERMAN**
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:  (860) 275-8200
Facsimile:  (860) 275-8299
e-mail:  sgoldman@rc.com
   wackerman@rc.com
   gdwyer@rc.com

**Counsel for The Standard Fire Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Reply Memorandum has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of August, 2010.

    /s/*Seth A. Schmeeckle*_____

2

3

**Seth A. Schmeeckle, La. Bar No. 27076**