IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, et al., | * |
| Plaintiffs, | * |
| v. | *   CASE NO.: CV-2010-932 |
| LIBERTY MUTUAL INSURANCE, et al., | * |
| Defendants. | * |

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR QBE INSURANCE CORPORATION**

For good cause shown, the motion filed by E. L. McCafferty, III to withdraw as counsel of record for QBE Insurance Corporation is GRANTED.

New Orleans Louisiana, this the 25th day of August, 2010

*/s/ Eldon E. Fallon*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

{00430203.DOC-1}