IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DEAN and DAWN AMATO, et al.,          *
                                      *
          Plaintiffs,                 *
                                      *
v.                                    *      CASE NO.: CV-2010-932
                                      *
LIBERTY MUTUAL INSURANCE, et al.,     *
                                      *
          Defendants.                 *


**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR QBE INSURANCE CORPORATION**


For good cause shown, the motion filed by C. Richard Wilkins to withdraw as counsel of

record for QBE Insurance Corporation is GRANTED.

New Orleans Louisiana, this the 25th day of ___August___, 2010


ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


{00430200.DOC-1}