UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | JUDGE FALLON |
| This document relates to: | MAG. JUDGE WILKINSON |
| *Cantalanotto* Case No. 10-CV-01828 | |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that Plaintiff's Motion for Leave to File Supplemental Memorandum in Response to Defendant, Standard Fire Insurance Company's, Motion to Dismiss is hereby GRANTED, and Plaintiff is hereby permitted to file her Supplemental Memorandum in Response to Defendant's Motion to Dismiss.

New Orleans, Louisiana this 25th day of August, 2010.

_____
**HONORABLE JUDGE ELDON FALLON**