UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *David Gross, et al. v. Knauf Gips KG, et al.*, **Case no. 09-6690**

## ORDER

Considering defendant Space Coast Truss, LLC's Motion for Extension of Time to Comply with Pretrial Requirements and to Respond to Plaintiff's Complaint, Rec. Doc. No. 4832, IT IS ORDERED that this Motion is GRANTED.

New Orleans, Louisiana, this  26th   day of August, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE