# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *   JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> *   MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

**************************************************

## ORDER GRANTING CHARTIS SPECIALTY'S JOINDER TO CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO <u>THE MIDDLE DISTRICT OF FLORIDA</u>

Considering the foregoing Chartis Specialty's Joinder to Certain Defendants' Joint Motion to Dismiss the First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to The Middle District of Florida;

IT IS ORDERED that Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) as alleged insurer of Beta Drywall LLC be and it is hereby permitted to join in the relief sought in CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American International Specialty Lines Insurance Company) and LEXINGTON INSURANCE COMPANY'S Motion to Dismiss for Improper Venue or, in the

alternative, to transfer to the Middle District of Florida [Doc. No. 2157], as supplemented on July 19, 2010 in accordance with the Court's July 1, 2010 Order [Doc. No. 4301].

New Orleans, Louisiana this __25th__ day of _____August_____, 2010.

_____
JUDGE