## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

        Case No: 2:10-cv-00384

    Plaintiffs,

        Judge: Fallon

v.

        Magistrate: Wilkinson

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

    Defendants.
_____/

### ORDER

Considering the foregoing Exparte/Motion for Extension of Time within which to stipulate to personal jurisdiction in MDL 2047, Civil Action No.: 2:10-cv-00384.

**IT IS ORDERED** that Defendant, GENERAL FIDELITY INSURANCE COMPANY is hereby **GRANTED** an additional thirty (30) days, through and including September 9, 2010, within which to stipulate to personal jurisdiction in MDL 2047, Civil Action No.: 2:10-cv-00384.

New Orleans, Louisiana, this 25th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE