UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *The Mitchell Company, Inc. v. Knauf Gips KG, et al.*, **Case no. 09-4115**

## ORDER

Considering plaintiff The Mitchell Company, Inc.'s Motion to Substitute Declaration of Ray Phillips, Rec. Doc. No. 5009, IT IS ORDERED that this Motion is GRANTED.

New Orleans, Louisiana, this 26th day of August 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE