UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| *Centerline Homes Construction, Inc., et al.* v. | : | MAG. JUDGE WILKINSON |
| *Mid-Continent Casualty Co., et al.* Case No.: 10-00178 | : |  |

**PLAINTIFFS CENTERLINE HOMES CONSTRUCTION, INC.,
CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC.,
AND COMPLETED COMMUNITIES II, LLC'S MOTION TO COMPEL**

Plaintiffs, Centerline Homes Construction, Inc., Centerline Homes at Georgetown, LLC, Centerline Homes, Inc., and Completed Communities II, LLC (collectively "Centerline"), by and through its undersigned counsel and pursuant to this Court's Orders dated July 1, 2010 (document # 4301) and August 5, 2010 (document # 4873), request that the Court overrule Mid-Continent Casualty Company's objections to Centerline's 30(b)(6) deposition topics and grant Centerline's motion to compel for the reasons set forth in the attached Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that this Court grant Centerline's Motion and grant such other and further relief as this Court deems just and proper.

Dated August 25, 2010

Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
PETER R. GOLDMAN
Florida Bar No. 860565
VANESSA M. SERRANO
Florida Bar No. 51555
BROAD AND CASSEL
100 S.E. Third Ave., Ste. 2700
Fort Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile:  (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of August, 2010.

                                                       __/s/ Vanessa M. Serrano_____
                                                        Vanessa M. Serrano

4817-1499-1367.1
34720/0086