UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| *Galloway*, No. 10-CV-688 | * | |
| | * | MAG. WILKINSON |

**************************************************

## ORDER

Before this Honorable Court is Property & Casualty Insurance Company of Hartford's Motion for Leave to File Reply Memorandum in Further Support of its Motion for Judgment on the Pleadings.

The motion is hereby granted.

New Orleans, Louisiana this  25th  day of ____August____, 2010.

_____
UNITED STATES DISTRICT JUDGE

1