UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civil Action No. 2:10-cv-00932 | |

## ORDER

AND NOW, on this __25th__ Day of __August__, 2010, upon consideration of Defendants Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company Motion to Join in ISOP's and Certain Insurance Defendants' Responses in Opposition to the Plaintiffs' Steering Committee's Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana, this 25th day of August.

By the Court,

*[signature]*

HONORABLE ELDON E. FALLON
U.S. District Judge