UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court entered an Order on July 1, 2010, permitting the filing of homeowners' insurance coverage dispute motions and setting these motions for hearing on September 2, 2010. *See* Rec. Doc. No. 4300.  This Order grants oral argument on all motions filed.  *See id.*  The Court received the following requests for oral argument on these motions: Rec Doc. Nos. 3254, 4460, 4463, 4465, 4469, 4474, 4485,  4495, 4504, 4516.  Since the Court has already granted oral argument, IT IS ORDERED that these requests are likewise GRANTED.

New Orleans, Louisiana, this 26th  day of August 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE