UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

**DEFENDANTS THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA F/K/A THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, ST. PAUL FIRE & MARINE INSURANCE COMPANY, AND THE STANDARD FIRE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company (collectively "Travelers"), through their undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E, hereby disclose the following:

**The Travelers Indemnity Company of Connecticut:**

The Travelers Indemnity Company of Connecticut is a wholly owned subsidiary of The Travelers Indemnity Company, which is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc. Travelers Insurance Group Holdings, Inc. is a wholly owned subsidiary of Travelers Property Casualty Corp., which in turn, is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded company. No single entity or person owns more than ten percent of The Travelers Companies, Inc.

1

**Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois:**

Travelers Property Casualty Company of America is formerly known as The Travelers Indemnity Company of Illinois.  Travelers Property Casualty Company of America is a wholly owned subsidiary of The Travelers Indemnity Company, which is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc.  Travelers Insurance Group Holdings, Inc. is a wholly owned subsidiary of Travelers Property Casualty Corp., which in turn, is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded company.  No single entity or person owns more than ten percent of The Travelers Companies, Inc.

**St. Paul Fire & Marine Insurance Company:**

St. Paul Fire & Marine Insurance Company is a wholly owned subsidiary of The Travelers Indemnity Company, which is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc.  Travelers Insurance Group Holdings, Inc. is a wholly owned subsidiary of Travelers Property Casualty Corp., which in turn, is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded company.  No single entity or person owns more than ten percent of The Travelers Companies, Inc.

**The Standard Fire Insurance Company:**

The Standard Fire Insurance Company is a wholly owned subsidiary of The Travelers Indemnity Company, which is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc.  Travelers Insurance Group Holdings, Inc. is a wholly owned subsidiary of Travelers Property Casualty Corp., which in turn, is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded company.  No single entity or person owns more than ten percent of The Travelers Companies, Inc.

Respectfully submitted by,

/s/Seth A. Schmeeckle_____ __
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**LaDonna G. Wilson, La. Bar No. 29102**
Lugenbuhl, Wheaton, Peck
      Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195
e-mail:   rhubbard@lawla.com
        sschmeeckle@lawla.com
        lwilson@lawla.com

And

**Donna J. Vobornik**
**Daniel E. Feinberg**
**Anthony T. Eliseuson**
SONNENSCHEIN NATH & ROSENTHAL LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone: (312) 876-8000
Fax:  (312) 876-7934
dvobornik@sonnenschein.com
dfeinberg@sonnenschein.com
aeliseuson@sonnenschein.com

*Attorneys for Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Corporate Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>27</u>th day of August, 2010.

                                            /s/Seth A. Schmeeckle\
                                          **Seth A. Schmeeckle, La. Bar No. 27076**