## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * * JUDGE FALLON |
| **This document relates to:** | * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (2:09-cv-07791) (E.D. La.) | * * MAGISTRATE WILKINSON * * * * * |

**********************************************

## MOTION FOR LEAVE TO FILE A THIRD SUPPLEMENTAL MEMORANDUM TO CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

NOW INTO COURT, through undersigned counsel, through undersigned counsel, comes Scottsdale Insurance Company ("Scottsdale"), and moves this Honorable Court to grant leave to file a third supplemental memorandum to its Joinder to Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida.

WHEREFORE, Scottsdale Insurance Company, prays that this Motion for Leave to File a Third Supplemental Memorandum to its Joinder to Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Virginia Y. Trainor*
       H. Alston Johnson III, Bar Roll No. 7293
       Virginia Y. Trainor, Bar Roll No. 25275
       II City Plaza
       400 Convention Street • Suite 1100
       Baton Rouge, Louisiana 70802-5618
       P.O. Box 4412
       Baton Rouge, Louisiana 70821-4412
       Telephone: (225) 346-0285
       Telecopier: (225) 381-9197
       Email: johnsona@phelps.com
             trainorg@phelps.com

AND

       Jay Russell Sever, Bar Roll No. 23935
       Charlotte Jane Sawyer, Bar Roll No. 28493
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130
       Email: severj@phelps.com
             sawyerc@phelps.com

**ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion for Leave to File a Third Supplemental Memorandum to Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative to Transfer Action to the Middle District of Florida* has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of August, 2010.

*/s/ Virginia Y. Trainor*
Virginia Y. Trainor