# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047<br>*<br>*<br>*<br>* JUDGE FALLON |
| **This document relates to:** | *<br>* |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust<br>v.<br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | *<br>* MAGISTRATE WILKINSON<br>*<br>*<br>*<br>*<br>* |

************************************************

## ORDER

Considering Scottsdale Insurance Company's Motion for Leave to File a Third Supplemental Memorandum to its Joinder to Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida;

IT IS HEREBY ORDERED that the Motion for Leave to File a Third Supplemental Memorandum to its Joinder to Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida is hereby GRANTED.

_____
JUDGE