UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al.,<br>Case No. 2:09-cv-6690 (E.D. La.) | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION TO DISMISS RAY HORVATH DRYWALL, INC.
UNDER F.R.C.P. 12b(2) FOR LACK OF PERSONAL JURISDICTION**

COMES NOW the defendant, Ray Horvath Drywall, Inc., and moves this Court to dismiss this action under F.R.C.P. 12b(2) for lack of personal jurisdiction. This defendant would show unto the Court the following:

1. The plaintiff, Greg Foster, who has sued Ray Horvath Drywall, Inc., is a Florida resident and the house at issue is in Florida (see Complaint).

2. Ray Horvath Drywall, Inc. is a Florida corporation that has never done business in the State of Louisiana (Exh. 1; Ray Horvath Affidavit).

3. Ray Horvath Drywall, Inc. does not have minimum contacts with the State of Louisiana (Exh. 1; Ray Horvath Affidavit).

4. The entire transaction between Ray Horvath Drywall, Inc. and the plaintiff, Greg Foster, took place in the State of Florida.

5. Ray Horvath Drywall, Inc. has not submitted to, and is not subject to, jurisdiction in this Court.

1853530 v1

6. In the absence of any contact between Ray Horvath Drywall, Inc. and the State of Louisiana, this Court does not have personal jurisdiction over Ray Horvath Drywall, Inc. on claims that arise from real property located in the State of Florida.

WHEREFORE, this defendant requests that this case against Ray Horvath Drywall, Inc. be dismissed under F.R.C.P. 12b(2) and for all the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

    s/ S. Greg Burge
S. Greg Burge (AL Bar# ASB-0558-B37S)
gburge@burr.com

Attorney for Defendant
RAY HORVATH DRYWALL, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of August, 2010.

    s/ S. Greg Burge
OF COUNSEL