IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION )))) | |
| ) | MDL Docket No. 2047 |
| This Document Relates to: ) David Gross, Cheryl Gross, and Louis Velez, ) individually, and on behalf of all others similarly ) situated v. Knauf Gips KG, et al., ) Case No. 2:09-cv-6690 (E.D. La.) ) ) | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES ) | |

## AFFIDAVIT OF RAY HORVATH

STATE OF FLORIDA        )

COUNTY OF OKEECHOBEE    )

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, Ray Horvath, who states under oath as follows:

1. My name is Ray Horvath. I am over the age of twenty-one years, and I am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth in this affidavit, and all such facts are true to the best of my knowledge.

2. I am a natural person currently residing in the State of Florida at 10155 N.E. 101st Street, Okeechobee, FL 34972.

3. I was in the drywall business for over twenty (20) years. I operated Ray Horvath Drywall, Inc., which was a Florida corporation. That corporation was dissolved in December 2009.

4. Ray Horvath Drywall, Inc. always maintained its business at 10155 N.E. 101st Street, Okeechobee, FL 34972.

1851454 v1

5. Ray Horvath Drywall, Inc. was in the business of installing drywall by hanging, spackling and taping drywall in Florida residences.

6. Ray Horvath Drywall, Inc. has never installed drywall in a home in Louisiana, contracted or subcontracted with businesses in Louisiana, conducted or sought to conduct any business in Louisiana, advertised in Louisiana, or in any way targeted their activities toward Louisiana.

7. Ray Horvath Drywall, Inc. has never been licensed or registered to do business in Louisiana, nor has Ray Horvath Drywall, Inc. ever had any offices, headquarters or any other facilities, or employees in Louisiana.

8. Ray Horvath Drywall, Inc. does not have an agent for service of process in Louisiana.

9. Ray Horvath Drywall, Inc. does not have any bank accounts in Louisiana or own any property in Louisiana.

10. Ray Horvath Drywall, Inc. has never maintained a telephone line or kept a post office box or otherwise received mail in Louisiana.

11. Ray Horvath Drywall, Inc. has never received any business from any contacts in Louisiana.

12. Ray Horvath Drywall, Inc. has no contacts with the State of Louisiana that support the exercise of jurisdiction in Louisiana, nor did it ever anticipate it would be haled into court in Louisiana.

13. The only plaintiff in this case who alleges that Ray Horvath Drywall, Inc. put Chinese drywall in his house is Gregg Foster of 615-617 Memorial Drive, Sebring, FL 33870. This house is located in the State of Florida.

14. The drywall installed in this plaintiff's residence was purchased and delivered to the residence by Seacoast of Tampa.

15. The work products of Ray Horvath Drywall, Inc. are stationary and stay fixed to the house on the real estate on which they are built.

16. The work product of Ray Horvath Drywall, Inc. involved purchasing the drywall from a supplier and bringing it to the job site. Ray Horvath Drywall, Inc. purchased as much drywall as it needed for a job and did not store any drywall on site, or at any other location.

17. Ray Horvath Drywall, Inc. was never involved in the manufacture of drywall, the distribution of drywall, or the storage of drywall.

18. This entire transaction took place in the State of Florida and has no relationship to the State of Louisiana.

**FURTHER AFFIANT SAYETH NOT.**

DATED: 8-10-10

By _____
Ray Horvath

I, Lavada Huff, a Notary Public in and for said County in said State, hereby certify that Ray Horvath, whose name is signed to the foregoing AFFIDAVIT OF RAY HORVATH, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal, this 10 day of August, 2010.

_____
NOTARY PUBLIC

[SEAL]

LAVADA HUFF
Notary Public - State of Florida
My Comm. Expires Dec 13, 2012
Commission # DD 837972
Bonded Through National Notary Assn.

My Commission Expires: Dec 13, 2012

1851454 v1

3