UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al.,<br>Case No. 2:09-cv-6690 (E.D. La.) | )<br>)<br>)<br>)<br>) MDL NO. 2047<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE WILKINSON<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 22nd day of September, 2010, at 9:00 a.m., before Judge Eldon E. Fallon, United States District Judge, United States District Court for the Eastern District of Louisiana, the attached Motion to Dismiss will be brought for hearing.

        Respectfully submitted,

        s/ S. Greg Burge
        S. Greg Burge (AL Bar# ASB-0558-B37S)
        gburge@burr.com

        Attorney for Defendant
        RAY HORVATH DRYWALL, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1857375 v1

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Notice of Hearing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at <u>drywall@hhkc.com</u>, and Defendants' Liaison Counsel, Kerry Miller at <u>kmiller@frilot.com</u>, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of August, 2010.

                <u>s/ S. Greg Burge</u>
                OF COUNSEL