UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>*Amato v. Liberty Mutual Insurance Company*<br>(C.A. No. 10-932) | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

### EX PARTE MOTION OF MID-CONTINENT CASUALTY COMPANY FOR EXTENSION OF TIME TO SUBMIT INSURER PROFILE FORM AND INSURANCE POLICY

**NOW INTO COURT,** through undersigned counsel, comes defendant, Mid-Continent Casualty Company ("Mid-Continent"), and hereby respectfully moves this Honorable Court for the entry of an Order granting Mid-Continent a brief extension of time of seven days to submit the Insurer Profile Form and any policy of insurance required by Pretrial Order No. 23 in the case of *Amato v. Liberty Mutual Insurance Co.*, C.A. 10-932. In support of this motion, Mid-Continent respectfully submits that a brief extension of time is necessary so that it can produce all policies of insurance pursuant to which coverage is alleged to exist on behalf of parties claiming to be additional insureds under the Mid-Continent policies. Mid-Continent further

submits that this Motion is not submitted to delay this proceeding. Consequently, Mid-Continent respectfully requests that the current deadline for the submission of this defendant's Insurer Profile Form and any policy of insurance required by Pretrial Order No. 23 be extended from August 27, 2010 to September 3, 2010.

In requesting this relief, Mid-Continent Casualty Company reserves all objections to jurisdiction, venue and joinder in the MDL proceeding.

**WHEREFORE,** defendant, Mid-Continent Casualty Company, respectfully prays that this court grant this defendant an extension of time, through and including September 3, 2010, in which to submit its Insurer Profile Form and any policy of insurance required by Pretrial Order No. 23.

                Respectfully submitted,
                **LARZELERE PICOU WELLS**
                     **SIMPSON LONERO, LLC**
                Two Lakeway Center - Suite 1100
                3850 North Causeway Boulevard
                Metairie, Louisiana 70002
                Telephone: (504) 834-6500
                Facsimile: (504) 834-6565

**BY:**   */s/ Lee M. Peacocke*
             **MORGAN J. WELLS, JR. (La. No. 18499)**
                mwells@lpwsl.com
             **LEE M. PEACOCKE (La. No. 18374)**
                lpeacocke@lpwsl.com

             **AND**

HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)
rkammer@hinshawlaw.com
PEDRO E. HERNANDEZ (Fl. No. 30365)
phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida  33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063
**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing EX PARTE MOTION OF MID-CONTINENT CASUALTY COMPANY FOR EXTENSION OF TIME TO SUBMIT INSURER PROFILE FORM AND INSURANCE POLICY has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of August 2010.

/s/ Lee M. Peacocke
LEE M. PEACOCKE