UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>*Amato v. Liberty Mutual Insurance Company* (C.A. No. 10-932) | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

### ORDER

Considering the foregoing Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant, Mid-Continent Casualty Company, is granted an extension of time, through and including September 3, 2010, to submit the Insurer Profile Form and any policy of insurance required by Pretrial Order No. 23 in the case of *Amato v. Liberty Mutual Insurance Co.,* Civil Action No. 10-932.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA