UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-02047 |
| | | SECTION: "L" |
| | * | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | * * | MAG. JUDGE WILKINSON |

**MOTION FOR EXTENSION OF TIME TO
SUBMIT INSURER PROFILE FORM**

Defendant RLI Insurance Company ("RLI"), pursuant to Rule 7.9 of the Local Rules of the U.S. District Court of the Eastern District of Louisiana, moves this Honorable Court for an extension of time by which it must serve Insurers' Liaison Counsel with the Insurer Profile Form in the above captioned matter, and in support thereof, states the following:

1.   On May 27, 2010, the Court entered pre-trial Order No. 1G requiring defendants to submit appropriate Profile Forms within forty (40) days after service of process.

2.   On July 19, 2010, the Louisiana Secretary of State was served with the Summons for RLI in the above captioned matter.

3.   On August 6, 2010, RLI appeared by counsel in this matter.

4.   Since appearing for RLI in the above-captioned matter, counsel has diligently endeavored to obtain the information necessary to complete the Insurer Profile Form.

546037.1

5. This extension will neither prejudice any of the parties, nor delay this matter. RLI has not previously requested an extension of time and good cause exists for granting the Motion.

WHEREFORE, defendant, RLI Insurance Company, respectfully requests that this Court grant it an extension of time until September 24, 2010 to serve the Insurer Profile Form on Insurers' Liaison Counsel.

Respectfully submitted,

TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

By: /s/ John Allain Viator
W. Shelby McKenzie (#10020)
John Allain Viator (#25915)
L. Adam Thames (#32722)
P.O. Box 2471
Baton Rouge, LA 70821
Phone: 225-387-3221
Fax: 225-346-8049
E-mail:
shelby.mckenzie@taylorporter.com
john.viator@taylorporter.com
adam.thames@taylorporter.com

## - CERTIFICATE OF SERVICE -

I hereby certify that the above and foregoing **Motion for Extension of Time to Submit Insurer Profile Form** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison counsel, Kerry Miller, and Insurers' Liaison Counsel, Judy Y. Barrasso, by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send

546037.1

a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of August, 2010.

/s/ John Allain Viator

546037.1