UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| *This Document Relates To:* | JUDGE FALLON |
| | MAG. WILKINSON |
| *Amato v. Liberty Mutual Insurance Company* (C.A. No. 10-932 | 2010-00932 |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

NOW COMES, Bryan J. Haydel, Jr. of the law firm of Porteous, Hainkel and Johnson, L.L.P., and hereby files this Notice of Appearance as counsel on behalf of Defendant, Endurance American Specialty Insurance Company. It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel at the law firm set forth below in connection with this action.

Respectfully submitted:

/s/ Bryan J. Haydel, Jr.
**JAMES ERIC JOHNSON (LSBR NO.: 23800)**
**BRYAN J. HAYDEL, JR. (LSBR NO.: 27500)**
PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA 70801-1309
Telephone: (225) 383-8900
Fax: (225) 337-8700
ejohnson@phjlaw.com
bhaydel@phjlaw.com
*Counsel for Endurance American Specialty Ins. Co.*

BJH FILE NO.: 3000.0002/gls

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30TH day of August, 2010.

/s/ Bryan J. Haydel, Jr.