UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| **DAVID GROSS,** et al | * | |
| v. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG., et al | * | |
| **Case No. 2:09-CV-6690** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### INFINITY HOMES, INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY THE PROCEEDINGS AGAINST IT PENDING ARBITRATION

Comes now defendant, Infinity Homes Inc., an Alabama Corporation, and moves the Court to grant this Motion to Compel Arbitration and to Stay the Proceedings against it Pending Arbitration on the grounds that the plaintiffs, John and Monica Burk, and the defendant, Infinity Homes, Inc. have contracted for binding arbitration, but the plaintiffs, John and Monica Burk, failed to arbitrate the matter in dispute before filing the present action in this Court. Infinity Homes, Inc. specifically invokes the "Federal Arbitration Act," 9 U.S.C. 1, et seq..

Respectfully submitted,

*/s/ Frank G. Taylor*
Elias J. Saad (AL Bar No. ASB-8614-D51E)
ej.saad@atchisonlaw.com
Frank G. Taylor (AL Bar No. ASB-3380-Y88F)
Frank.taylor@atchisonlaw.com
THE ATCHISON FIRM, P. C.
3030 Knollwood Drive
Mobile, AL 36693
Tel: 251.665.7200
Fax: 251.665.7250
*Attorneys for Defendant Infinity Homes, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Compel Arbitration and to Stay the Proceedings Against it Pending Arbitration has been served on Plaintiffs' Liaison Counsel, Russ Herman at Drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder's and Installers'Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 30th day of August, 2010

/s/Frank G. Taylor