UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| **DAVID GROSS,** et al | * | |
| v. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG., et al | * | |
| **Case No. 2:09-CV-6690** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, at the monthly status conference on September 16, 2010, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an Order on the Defendant, Infinity Homes, Inc.'s Motion to Compel Arbitration and to Stay the Proceedings Against It Pending Arbitration and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

*/s/Frank G. Taylor*
Elias J. Saad (AL Bar No. ASB-8614-D51E)
Ejsaad@atchisonlaw.com
Frank G. Taylor (AL Bar No. ASB-3380-Y88F)
Frank.taylor@atchisonlaw.com
THE ATCHISON FIRM, P. C.
3030 Knollwood Drive
Mobile, AL  36693
Tel:  251.665.7200
Fax:  251.665.7250
*Attorneys for Defendant Infinity Homes, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman at Drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder's and Installers'Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 30th day of August, 2010

/s/Frank G. Taylor