

**DEFENDANT'S EXHIBIT 1**



# CONSTRUCTION CONTRACT

This contract is between Infinity Homes, Inc., hereinafter referred to as "Builder, and *John & Monica Burk* hereinafter referred to as "Owner." If there is more than one owner they shall be collectively referred to as "Owner."

1. GENERAL DESCRIPTION: Builder agrees to build a house for the Owner. Owner agrees to pay for the house. The Owner must complete the process described under either Section 4.H. or Section 4.I., as the case may be, for paying for construction of the house and must complete the requirements under Section 5 C, D, E and H within one hundred and twenty (120) days of the Effective Date of this contract or this contract is voidable at the sole option of the Builder anytime prior to the completion of the process described in either Section 4.H or Section 4.I., as the case may be, and the completion by the owner of the requirements under Section 5 C, D, E and H. Further details of this contract are in other sections of this document.

2. LOCATION: The house will be built on this lot:

   A. Legal Description: *See Survey*

   B. Street Address:

   If the street address and the legal description above do not match, then the legal description controls.

3. BLUEPRINTS AND SPECIFICATIONS: The blueprints to be used for construction and the specifications upon being signed by Owner become part of this contract. The blueprints and specifications, and all other drawings and plans are and shall remain the exclusive property of the Builder. They are not to be used by the Owner in any manner whatsoever, nor is the Owner permitted to share the plans, specifications, drawings, or information acquired therefrom with any third parties, without the prior written consent of the Builder.

4. PRICE AND PAYMENT: *Biscayne II w/garage*

   A. The building contract price is: $ *159,410*

   B. CLOSING COSTS: The Owner will pay all closing cost.

   C. PREPAID ITEMS: The Owner will pay all prepaid items.

   D. NO REBATE, NO SIDE DEAL: There is no side deal. There will be no rebate, kickback, or anything else of this subject.

1 of 7

Rev. 09/20/05

Alabama: 5208 Hwy. 90 West • Mobile, AL 36619 • (251) 665-0021 • (251) 662-0072 Fax
Mississippi: 979 Tommy Monro Dr. • Biloxi, MS 39530 • (228) 385-5225 • (228) 385-5227 Fax

Owners Initials: _____

www.HomesByInfinity.com

E. CHANGE ORDERS: The only way to change anything in this contract is by written change order, signed by both the Owner and the Builder. If the change order increases the price, the increase shall be due and payable immediately.

F. BUILDING CODE CHANGES: Any change in the plans and or specifications or building codes required by the government or inspector, which increase the cost of construction, will be an additional cost and will be paid by the Owner. Any order of any government prohibiting or stopping construction will excuse the obligation of the Builder to complete work. If the entry of the government order was not fault of the Builder, Owner will pay to the Builder the amount due for the work performed at the time of the government order.

G. INCREASE IN COST OF BUILING MATERIALS.

The building contract price has been calculated based on the current prices for building materials, including, but not limited to, lumber, roofing and sheetrock. The market for these building materials is volatile and sudden price increases can occur.

Should the costs of one or more building materials increase more than five percent (5%) between the Effective Date of this contract and the comparison date described below, the Builder may adjust the building contract price to cover the increase(s), subject to the Owner's right to terminate the contract, as described below. For owners paying the amount due under this contract with cash, as described in Section 4.H. below, the comparison date shall be the date five days prior to the date the cashiers check is delivered to the "escrow agent." For owners financing the amount due under this contract, as described in Section 4.I. below, the comparison date shall be the date five days prior to the closing date of the construction loan.

**Owner shall give Builder seven days written notice of the date the cashiers check will be delivered to the escrow agent or of the closing date of the loan, as the case may be.** Builder shall provide written notice to Owner of its election to increase the building contract price no later than three days after the comparison date. Upon receipt of a notice of an increase in the building contract price, Owner must, in writing, either agree to the increase or terminate the contract. If the Owner agrees to the increase, the amounts required under Section 4.H. or Section 4.I., as the case may be, must be increased to reflect the increased building contract price. If Owner elects to terminate the contract, Owner must reimburse Builder for all costs incurred by Builder in the performance of this contract.

H. MORTGAGE DEAL: If the Owner is financing the amount due under this contract, the Owner agrees to obtain a construction loan for an amount equal to or greater than the building contract price. As the construction progresses, Owner will periodically deliver to Builder payments from the construction loan in accordance with the draw schedule agreed to by both parties. Owner agrees to deliver these payments to the Builder when due, and failure of Owner to do so may result in a delay in the completion of construction.

I. CASH DEALS: If the Owner is paying the full amount in cash for the construction of the house, the Owner and Builder will enter into an escrow agreement. The Owner pays 25% of the building contract price directly to the Builder. The Owner pays the full price, less the 25% down payment; by cashiers check to a neutral party called the "escrow agent" which will be determined at that time. The money will be placed in an interest bearing escrow account, and the escrow agent will make occasional

2 of 7

Rev. 09/20/05                                                                                          Owners Initials:
Alabama: 5208 Hwy. 90 West • Mobile, AL 36619 • (251) 665-0021 • (251) 662-0072 Fax        www.HomesByInfinity.com
Mississippi: 979 Tommy Monro Dr. • Biloxi, MS 39530 • (228) 385-5225 • (228) 385-5227 Fax

payments to the Builder as set forth in the escrow agreement executed by the parties hereto. Interest will accrue to Owner. Construction shall not begin until both payments have been made as provided above and the escrow agreement is completed. Owner agrees to facilitate the payments to Builder when due, and failure of Owner to do so may result in a delay in the completion of construction.

5. CONSTRUCTION:

   A. Builder will furnish all labor and materials, and in doing so, is authorized to enter into subcontracts for any or all of the work.

   B. Builder will build the house in general conformity with the plans and specifications.

   C. The house site is to be cleared by the Owner so that it is suitable for building a house. Owner agrees to provide the Builder with a level lot, and to pay for any additional costs incurred as a result of building on a lot that is not level or is otherwise unsuitable. Any such additional cost shall be agreed upon prior to the commencement of said construction.

   D. Builder will place the house on the lot as directed by the Owner or a representative of the Owner, and Owner releases Builder from any loss resulting from the incorrect placement of the house on the lot in accordance with the directions of the Owner or a representative of the Owner, including non-compliance with building set back requirements. Owner acknowledges that Builder has recommended that Owner obtain a stake-out survey to insure the proper placement of the house in conformance with all applicable rules and regulations.

   E. Owner agrees to provide a driveway suitable for trucks to make deliveries to and around the site. Owner aggress to pay all cost associated with an unsuitable driveway.

   F. Builder will have a temporary power pole set. Owner agrees to have power connected to the temporary pole in Owner's name and to have water available on site prior to commencement of construction and to pay the costs of such utilities.

   G. Owner agrees to have permanent water, sewer, and electrical power service constructed and completed by the time the house is ready for final inspection. Owner understands that this is a requirement of the Builder's final payment in the contract price and, if the water, sewer and power system is not completed at the time the house is ready for final inspection, Builder, at its discretion, may install those systems and the Owner agrees that all cost incurred will be paid by the Owner. If this happens, the contract price will increase by the amount of such cost and an adjustment will be made at closing for Owner to repay the Builder for all costs incurred.

   H. Owner shall procure and maintain "all risk" insurance against loss of or damage to all work performed and materials delivered to the house including, but not limited to, losses caused by fire, theft, vandalism, and malicious mischief, in the amount of the total cost of the work, to insure the parties and the mortgagee, if any, as their interests may appear. A certificate of such insurance and a copy of the insurance policy shall be furnished to the Builder.

   I. Builder will provide a dumpster on the job site. This container is only for debris from the construction of the house. Owner agrees not to place any items in dumpster that are not specifically

3 of 7

Rev. 09/20/05                                                                                   Owners Initials: _____

Alabama: 5208 Hwy. 90 West • Mobile, AL 36619 • (251) 665-0021 • (251) 662-0072 Fax                www.HomesByInfinity.com
Mississippi: 979 Tommy Monro Dr. • Biloxi, MS 39530 • (228) 385-5225 • (228) 385-5227 Fax

from construction of the house. Builder will pay for two dumps only. Owner is responsible for the cost of additional dumps.

6. PAYMENT RESPONSIBILTY:

The Builder will pay for the following items:

- building permit
- building fees
- temporary power pole
- dumpster and two dumps

The Owner shall be responsible for all remaining items, including, but not limited to the following:

- insurance
- water meter
- water meter and sewer connection fees
- any fill dirt required on the lawn
- grading of the lot
- removal of trees, vegetation, or excess dirt
- underground electrical services or telephone service
- water and sewer lines to house
- water service, water well, pump and related equipment

- washer, dryer and refrigerator
- floodlights
- expenses caused by underground concrete, springs, sinkholes, or contamination.
- landscaping
- driveways, walks, aprons or ramps
- septic tank
- surveys and engineering reports

7. POSSESSION: Owner cannot take possession of the house, occupy it or move anything into it until after closing.

8. FORCE MAJEURE CLAUSE: Builder shall not be responsible for delays due to acts of God, inclement weather, strikes, lockouts, material shortages, lack of availability of utility services, fire, storm, theft, vandalism, or other causes beyond the Builder's control.

9. COMPLETION AND CERTIFICATE OF OCCUPANCY: The Owner agrees that on completion of inspections and issuance of a Certificate of Occupancy by the proper governmental authority, the house shall be deemed complete and the final payment shall be due and payable to Builder, provided, however, that as an additional condition precedent to the acceptance of the house as being complete, the Builder shall furnish to the Owner and the Owner's Mortgagee completed lien waivers if requested by them.

10. ADDITIONAL WORK AUTHORIZATION: Owner cannot do any work of any kind on the house prior to closing without the written permission from the Builder, and even if done with permission, such work is done at Owner's risk and expense. Any work done that must be removed to cure a latent defect or is damaged as a result of a latent defect under the warranty will be replaced at the sole expense of the Owner. Builder will not be responsible for any work done by the Owner.

11. TREES: Builder shall not be held liable for the removal, damage, or life of any tree or trees before, during, or after construction, and the Builder may remove or request that the owner remove any tree or trees, if in its judgment it is necessary for the proper construction of the single-family dwelling or driveway or for surface drainage.

4 of 7

Rev. 09/20/05

Alabama: 5208 Hwy. 90 West • Mobile, AL 36619 • (251) 665-0021 • (251) 662-0072 Fax
Mississippi: 979 Tommy Munro Dr. • Biloxi, MS 39530 • (228) 385-5225 • (228) 385-5227 Fax

Owners Initials:

www.HomesByInfinity.com

12. **NO "SIDE DEAL"**: This is the complete contract, including the plans and specifications and any later written change orders. There is no side deal, meaning there are no unwritten parts to the contract.

13. **NO SALE BY OWNER**: The Owner shall not sell, transfer, convey or encumber the property on which the house is being constructed without the written consent of the Builder until the Owner has fulfilled all of Owner's duties under the contract.

14. **SUSPENSION OF SERVICES**: If the Owner fails to pay to the Builder any amount payable pursuant to this contract within seven calendar days' after it becomes due, the Builder may, by giving notice to the Owner, as provided in Section 20, suspend its services under this contract and stop work on the house until all past-due payments have been received by it under the terms of this contract. The remedies provided for in this section shall not prevent the Builder from exercising its rights under the mechanics' lien laws of the state in which the house is located.

15. **INTERSTATE COMMERCE**: The Builder and the Owner acknowledge that this contract necessarily involves interstate commerce by virtue of the materials contained in the dwelling.

16. **GOVERNING LAW**: It is expressly agreed and stipulated to that all questions concerning the validity, interpretation, or performance of any of the terms or provisions of this contract, or any rights or obligations of the parties hereto, shall be governed by and resolved in accordance with the laws of the State of Alabama. Venue and jurisdiction shall be proper only in the federal and state courts located in Mobile, Alabama.

17. **PARAGRAPH HEADINGS**: The paragraph headings are inserted in this contract only for convenience, and shall have no effect on the construction of this contract.

18. **HEIRS AND ASSIGNS**: This contract shall be binding on and inure to the benefit of the parties and their respective heirs, personal representatives, devisees, legatees, successors, and assigns.

19. **ASSIGNMENT**: This contract may not be assigned by Owner without the written consent of Builder. Unless specifically stated to the contrary in a written consent of an assignment, no assignment will release or discharge the Owner from any duty or responsibility under this contract.

20. **NOTICES**: Any notice, demand, or other communication required or desired to be given under this contract ("Notice") shall be in writing and shall be deemed to have been sufficiently given or served, for all purposes, if sent by certified or registered mail, return receipt required, postage prepaid, to the following addresses:

> Builder: Infinity Homes, Inc.
> 5208 Highway 90 West
> Mobile, Alabama 36619
>
> Owner: John & Monica Burk
> 9246 Greenleaf Dr
> Spanish Fort, AL 36527

Any party may change the address to which a Notice is to be sent by Notice in writing to the other parties as provided above.

5 of 7

Rev. 09/20/05                                                                                       Owners Initials: MB  JB

Alabama: 5208 Hwy. 90 West • Mobile, AL 36619 • (251) 665-0021 • (251) 662-0072 Fax                 www.HomesByInfinity.com
Mississippi: 979 Tommy Munro Dr. • Biloxi, MS 39530 • (228) 385-5225 • (228) 385-5227 Fax

21. NO WAIVER OF RIGHTS: Failure by the Builder to insist on or enforce any of its rights shall not constitute a waiver of those rights by the Builder, and nothing shall constitute a waiver of the Builder's right to insist on strict compliance with the provisions of this contract.

22. SUPERSEDES ALL PREVIOUS AGREEMENTS: This contract supersedes any and all previous agreements, either oral or in writing, between the parties with respect to the subject matter of this contract. This contract may be amended only by an instrument in writing signed by the parties hereto.

23. LEGAL CONSTRUCTION: Should any one or more of the provisions contained in this contract for any reason be held to be invalid, illegal, or unenforceable in any respect, this invalidity, illegality or unenforceability shall not effect any of the other provisions of this contract, and this contract shall be construed as if the invalid, illegal, or unenforceable provision had never been contained in it. Any ambiguities in this contract, or any amendment or exhibit hereto, shall not be resolved against the drafter but shall be construed in accordance with their fair meaning. The Owner acknowledges that the Owner and the counsel of Owner have had the opportunity to review this contract.

24. INTERPRETATION OF PRONOUNS: Whenever in this contract, words, including pronouns, are used in the masculine, they shall be read and construed in the feminine or neuter where applicable; and wherever in this contract, words, including pronouns, are used in the singular or plural, they shall be read and construed in the plural or singular, respectively, where applicable.

25. JOINT AND SEVERAL LIABILITY: In the event there is more than one Owner, then each shall be jointly and severally liable for the duties and obligations under the terms of this contract.

26. EXPRESS LIMITED WARRANTY: Owner is being furnished with an express limited warranty administered by Residential Warranty Corporation ("RWC").

Owner has been provided a sample warranty book and has read and understands the ten year limited warranty administered by Residential Warranty Corporation. Validation of the Warranty is not guaranteed, but is conditioned on the satisfactory completion of any required inspections, upon Builder's compliance with all of RWC's enrollment procedures, and upon Builder remaining in good standing in the RWC Program. Owner understands and agrees that if the above Warranty is validated, it is provided by Builder in lieu of all other warranties, verbal agreements or representations to the extent permitted by law; and Builder makes no warranty, express or implied, as to quality, fitness for a particular purpose, merchantability, habitability or otherwise, except as is expressly set forth in the Program or as required by law. Owner understands and agrees the warranties of all appliances and other consumer products installed in the house are those of the manufacturer or supplier and same are assigned to Owner, effective on the date of closing. In any event, Builder shall not be liable for any personal injury or other consequential or secondary damages and/or losses which may arise from or out of any and all defects. Except for purchases of FHA or VA financed houses, Owner acknowledges and understands that the Warranty includes a provision requiring all disputes that arise under the Warranty to be submitted to binding arbitration.

Owner's initials _____

Rev. 09/20/05

Owners Initials: _____

Alabama: 5208 Hwy. 90 West • Mobile, AL 36619 • (251) 665-0021 • (251) 662-0072 Fax
Mississippi: 979 Tommy Munro Dr. • Biloxi, MS 39530 • (228) 385-5225 • (228) 385-5227 Fax
www.HomesByInfinity.com

27. **RIGHT TO CURE:** Before undertaking any repair himself or instituting any action under Section 28, Owner shall give the Builder notice, as provided in Section 20, advising Builder of all defects and giving the builder a reasonable opportunity to comply with the provisions of this contract.

Owner's initials _____

28. **DISPUTE RESOLUTION:** Except as expressly provided herein, any controversy or claim between or among the parties hereto related in any way to this contract or the construction of the house, whether sounding in tort or contract, which is not covered by Section 26 and the warranty described therein shall be resolved as provided in this section. If a dispute arises from any controversy or claim between or among the parties hereto related in any way to this contract or the construction of the house, whether sounding in tort or contract, which is not covered by Section 26 and the warranty described therein, and if the dispute cannot be settled through direct discussions, the parties agree to endeavor first to settle the dispute by mediation administered by the American Arbitration Association under its Construction Industry Mediation Procedures before resorting to arbitration. The mediation shall take place in Mobile, Alabama unless otherwise agreed to by all parties hereto. Any unresolved controversy or claim between or among the parties hereto related in any way to this contract or the construction of the house, whether sounding in tort or contract, which is not covered by Section 26 and the warranty described therein, and which can not be settled by mediation as described above, shall be settled by arbitration administered by the American Arbitration Association in accordance with its Construction Industry Arbitration Rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. The arbitration proceeding shall be conducted before one neutral arbitrator and shall take place in Mobile, Alabama unless otherwise agreed to by all parties hereto. The prevailing party shall be entitled to an award of reasonable attorney fees. If the parties agree, a mediator involved in the parties' mediation may be asked to serve as the arbitrator. A party shall be entitled to reasonable attorney fees and expenses incurred in enforcing this section or Section 26.

Owner's initials _____

The parties hereto execute this contract effective the _18_ day of _February_, 200_6_ (the "Effective Date").

**FOR OWNER(S):**

_____

_____

**FOR BUILDER:**

_____

_VP_
Title

Rev. 09/20/05

Alabama: 5208 Hwy. 90 West • Mobile, AL 36619 • (251) 665-0021 • (251) 662-0072 Fax
Mississippi: 979 Tommy Monro Dr. • Biloxi, MS 39530 • (228) 385-5225 • (228) 385-5227 Fax

www.HomesByInfinity.com

Owners Initials _____