# LIMITED NEW HOME WARRANTY

This Agreement made this 29th day of November, 20 06, by and between Infinity Homes (BUILDER) of 5208 Hwy 90 W (BUILDERS' ADDRESS) and John + Monica Burk (PURCHASER) of 31920 Bugbee Lane (HOME/PROPERTY ADDRESS).

WHEREAS, Builder has caused to be built for sale to Purchaser or under contract with Purchaser a Home situated on land located in the County of Baldwin, State of Alabama, at the above property address; and

WHEREAS, Builder does hereby agree to give a limited warranty on the Home located at the above property for a period of one (1) year following closing or occupancy by the Purchaser, whichever event shall first occur, upon the following condition.

NOW, THEREFORE, in consideration of the payment of the purchase price of the Home, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and the premises and agreements hereinafter set forth, the parties hereby agree as follows:

1. Not later than thirty (30) days after closing or occupancy, whichever event shall first occur, the Purchaser shall deliver a written list of any minor omissions or malfunctions not previously made known in writing to the Builder. To the extent that such items are a normal Builder responsibility or not otherwise excluded hereunder, corrections or adjustments will be made by the Builder.

2. Builder warrants the above Home to be free from latent defects for a period of one (1) year following closing or occupancy, whichever event shall first occur. The liability of Builder is strictly limited to the obligation to repair, replace, or pay the reasonable cost of repairing or replacing any such item, and any right that the Purchaser might have to recover any other or additional damages is hereby waived and excluded. Builder acknowledges that the sole remedy available to the Purchaser hereunder is the right to require Builder to repair, replace, or pay the reasonable cost of repairing or replacing any such item.

A latent defect in construction is herein defined as a defect not apparent at time of occupancy or closing, but which becomes apparent within one (1) year from date of closing or occupancy, whichever event shall first occur, and such defect has been directly caused by Builder's failure to construct in accordance with the standards of construction prevailing in the geographical areas of the Home. It is stressed, however, that normal characteristic behavior of building materials, wear and tear, general maintenance, and like items, will not constitute a latent defect.

PROCEDURE: Should it appear that a possible latent defect (non-emergency nature) has developed, Purchaser shall outline pertinent details in writing, and deliver same to Builder. Following receipt of such notice, Builder will make an inspection. If a latent defect exists, the Builder will (at Builder's sole option) either (1) repair, (2) replace, or (3) pay to Purchaser the reasonable cost of such repair or replacement due to such latent defects(s); however, Builder shall not be obligated to spend more than the purchase price of the Home less the value of the land upon which the Home is situated.

NOTWITHSTANDING ANYTHING TO THE CONTRARY STATED HEREIN, THIS WARRANTY DOES NOT COVER ANY APPLIANCE, PIECE OF EQUIPMENT, OR ITEM WHICH IS A CONSUMER PRODUCT FOR PURPOSES OF THE MAGNUS ON-MOSS WARRANTY ACT (15 U.S.C., § 2301 THROUGH 2312.

THIS WARRANTY IS GIVEN IN LIEU OF ANY AND ALL OTHER WARRANTIES, EITHER EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, HABITABILITY AND WORKMANSHIP, EXCEPT, IF APPLICABLE, SUCH WARRANTY AS SPECIFICALLY STATED IN ANY REQUIRED VA/FHA WARRANTY DELIVERED SIMULTANEOUSLY HEREWITH, AND IS ALSO IN LIEU OF ANY CLAIMS FOR CONSEQUENTIAL DAMAGES, MENTAL ANGUISH OR DISTRESS, AND FOR DAMAGES BASED UPON NEGLIGENCE, AND THE BUYER HEREBY EXPRESSLY WAIVES AND DISCLAIMS ANY SUCH WARRANTIES AND CLAIMS WITH RESPECT TO BOTH THE DWELLING AND THE REAL PROPERTY UPON WHICH THE DWELLING HAS BEEN CONSTRUCTED.

THE BUYER ACKNOWLEDGES THAT THE BUYER HAS READ, UNDERSTOOD AND ACCEPTED THE FOREGOING.

DEFENDANT'S EXHIBIT 2

3. The Builder shall not be liable under the Agreement unless written notice of the latent defect shall have been given by Purchaser to Builder within the one (1) year warrant period. Steps taken by the Builder to correct any defect or defects shall not act to extend the warranty period described hereunder.

action hereunder.

5. Builder hereby assigns to Purchaser all of Builders' rights, if any, under manufacturers' warranties on appliances and items of equipment included in the Home. Builder assumes no responsibility for such manufacturers' warranties and Purchaser should follow the procedures in these warranties if defects appear in such appliances and items of equipment.

6. Builder does not assume responsibility for any of the following, all of which are expressly excluded from coverage under this Limited Warranty:
   (a) Defects in appliances and pieces of equipment which are covered by manufacturer's warranties.
   (b) Incidental, consequential, or secondary damages caused by a breach of this warranty.
   (c) Defects which are the result of characteristics common to the materials used, such as (but not limited to) warping and deflection of wood; mildew and fading, chalking, and checking of paint due to sunlight; cracks due to drying and curing of concrete, stucco, plaster, bricks, and masonry; drying, shrinking and cracking of caulking and weather-stripping.
   (d) Conditions resulting from condensation on, or expansion of, contraction of, materials.
   (e) Defective design or materials supplied by Purchaser or installed under his direction; or defects in, or caused by anything not built into, or installed in the Home pursuant to contract between Builder and Purchaser.
   (f) Damages due to ordinary wear and tear, abusive use, or lack of proper maintenance of the Home.
   (g) Loss or injury due to the elements.
   (h) Landscaping or any portion thereof is hereby expressly excluded from this warranty including sodding, seeding, shrubs, trees and plants.
   (i) Insect damage of any nature whatsoever.
   (j) Non-uniformity of appearance of used or simulated used brick
   (k) Chips, scratches, or mars in tile, woodwork, walls, porcelain, brick, plumbing fixtures, Formica and glass not expressly identified to Builder prior to closing.
   (l) Dripping faucets and toilet adjustments after the initial thirty (30) day warranty period described herein.
   (m) Utility service lines installed by developer, municipality or service company and back filling or slumping thereof.
   (n) Deterioration or defects in asphalt paving.
   (o) Movement, shifting, expansion or plasticity of the soils beneath the home and changes in the underground water table and subsurface soil structures beyond Builder's control.
   (p) The presence of mildew, mold, spores, fungi, or other moisture-related conditions.
   (q) Defects resulting from failure to perform general maintenance, including but not limited to the presence or growth of mildew, mold, spores, fungi, or other moisture-related conditions.

7. All warranty work shall be scheduled during normal weekday working hours except in emergencies.

8. This warranty is extended only to the Purchaser named herein. It is not transferable to subsequent purchasers of the home.

9. Should any term of this Agreement be deemed by a Court of competent jurisdiction to be unenforceable, such determination shall not affect the enforceability of the remaining provisions.

10. Use of one gender shall include all other genders; use of the singular shall include the plural; and use of the plural shall include the singular; all as may be appropriate.

11. Arbitration. Any controversy, claim, or dispute arising out of our relating to any obligation of Builder to repair, replace, or pay to Purchaser the reasonable cost of repairing or replacing any Latent Defect covered under this Limited Warranty Agreement shall be settled by binding arbitration pursuant to the Federal Arbitration Act, 9 USC § 1, et seq., and shall be administered in accordance with the applicable rules of the Better Business Bureau of Mobile, Alabama. Purchaser and Builder acknowledge and agree that this Limited Warranty Agreement substantially affects interstate commerce by virtue of the materials and components contained in the Dwelling. The Builder and the Purchaser agree to be bound by the decision of the arbitrator with respect to any dispute submitted to arbitration pursuant to the provisions of this paragraph. Judgment on the award rendered by the arbitrators may be entered in any court having jurisdiction thereof.

_____ Purchaser Initial _____ Builder Initial
_____ Purchaser Initial

12. This Agreement shall be governed by and construed in accordance with the laws of the State of Alabama.
IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and year first above written.

BUILDER:                                                  PURCHASER:

_____        BY _____
   (Name of Builder)
BY: _____        BY _____

(Rev. July 2006)
* This warranty was developed and designed for the exclusive use by builder members of the Home Builders Association