UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton v. Knauf Gips KG, et al.<br>Case No. 09-7628 | |

## STELLA AND KEVIN COOGAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, WELLINGTON DRYWALL, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Stella and Kevin Coogan, hereby dismisses without prejudice all of their claims against DEFENDANT Wellington Drywall, Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Stella and Kevin Coogan shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Parker Waichman Alonso LLP, counsel for Stella and Kevin Coogan dated August 10, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: August 30, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of August, 2010.

                                              /s/ Leonard A. Davis  
                                              Leonard A. Davis, Esquire  
                                              Herman, Herman, Katz & Cotlar, LLP  
                                              820 O'Keefe Avenue  
                                              New Orleans, Louisiana 70113  
                                              Phone: (504) 581-4892  
                                              Fax: (504) 561-6024  
                                              LDavis@hhkc.com  
                                              Plaintiffs' Liaison Counsel  
                                              MDL 2047

# EXHIBIT "A"

 **Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

August 10, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   **In re: Chinese Manufactured Drywall Products Liability Litigation
      Payton v. Knauf Gips KG, et al. Case No. 09-7628**

Dear Russ and Lenny:

My clients, Stella and Kevin Coogan, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Wellington Drywall, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Parker Waichman Alonso LLP

By: _____
April S. Goodwin, Esq.

ASG/ip