UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| *   *   *   *   *   *   *   * | | MAG. JUDGE WILKINSON |

**THIS DOCUMENTS RELATES TO:**
RONNIE VAN WINKLE SR. et al, No. 09-4378

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Nautilus Insurance Company, defendant in the above numbered and entitled cause of action, who requests of this Court that Kelly F. Walsh, of the firm of Hebbler & Giordano, L.L.C., be allowed to enroll as additional counsel of record on behalf of defendant.

Respectfully submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: _____
GEORGE P. HEBBLER, JR. (6722) (T.A.)
Email: hebbler@hebblergiordano.com
KELLY F. WALSH (31352)
Email: walsh@hebblergiordano.com
Attorney for Defendant
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll As Additional Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of August, 2010.

George R. Hebbler, LSBA #6722