UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2047 SECTION: L JUDGE FALLON |
| * * * * * * * * | | MAG. JUDGE  WILKINSON |

**THIS DOCUMENTS RELATES TO:**
RONNIE VAN WINKLE SR. et al, No. 09-4378

## O R D E R

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that Kelly F. Walsh, of the firm of Hebbler & Giordano,

L.L.C. be and she is hereby enrolled as additional counsel of record on behalf of defendant,

Nautilus Insurance Company, in the above numbered and entitled cause.

New Orleans, Louisiana, this _____ day of _____, 2010

_____
J U D G E