UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2047 |
| : | |
| : | SECTION:  L |
| THIS DOCUMENT RELATES TO: : | |
| <u>Amato, *et al.,* vs. Liberty Mutual Ins. Co., *et al.,*</u> : | JUDGE FALLON |
| U.S. District Court (E.D. La.), Case No. 10-932 : | MAG. JUDGE WILKINSON |
| : | |
| _____/ | |

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, **Eric G. Belsky, Esq.,** and the law firm of **Johnson, Leiter & Belsky, P.A.,** will appear as counsel-of-record for the Defendant, **OLD DOMINION INSURANCE COMPANY,** in the above-styled action,

And that copies of all papers and pleadings, etc., filed hereafter should be served upon the undersigned in accordance with Rule 5, Fed.R.Civ.P., and the Court's <u>Pretrial Order No. 6</u>,

And that by entering this limited appearance Defendant expressly reserves all objections and defenses to the above-styled action including, but not limited to, the right to contest propriety of venue, service of process, and the exercise of jurisdiction over Defendant in this action.

                            Respectfully submitted,
                            ***Johnson, Leiter & Belsky***
                            Blackstone Building, Third Floor
                            707 Southeast Third Avenue
                            Fort Lauderdale, Florida 33316
                                954.462.3116  Telephone
                                954.761.8990  Facsimile
                            ebelsky@jlblaw.com
                            Attorneys for Defendant,
                            Old Dominion Insurance Company

                       By:   ***/s/  Eric G. Belsky, Esq.***
                                Eric G. Belsky, Esq.
                                Fla. Bar No. 994340

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been served on the following Liaison Counsel by ☒ U.S. Mail and e-mail, or by ☐ Hand-delivery and e-mail, on this 30th day of August, 2010:

☒ **Plaintiffs' Liaison Counsel:**
**Russ M. Herman, Esq.**
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue, Suite 100
New Orleans, LA  70113
 504.581.4892  Telephone
 504.561.6024  Facsimile
 rherman@hhke.com

☒ **Defendants' Liaison Counsel:**
**Kerry J. Miller, Esq.**
*Frilot, LLC*
1100 Poydras Street, Suite 3700
New Orleans, LA  70130
 504.599.8194  Telephone
 504.599.8145  Facsimile
 kmiller@frilot.com

☒ **Homebuilders & Installers Liaison Counsel:**
**Phillip A. Wittmann, Esq.**
*Stone, Pigman, Walther, Wittmann, LLC*
546 Carondelet Street
New Orleans, LA 70130
 504-581-3200  Telephone
 504-581-3361  Facsimile
 pwittmann@stonepigman.com

☒ **Insurance Liaison Counsel:**
**Judy Y. Barrasso, Esq.**
*Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC*
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
 504-589-9700  Telephone
 504-589-9701  Facsimile
 jbarrasso@barrassousdin.com

And that a true and correct copy of the foregoing has been ☒ served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and has been ☒ electronically filed with the Clerk of the U.S. District Court, Eastern District of Louisiana, by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047.

 Respectfully submitted,
 ***Johnson, Leiter & Belsky***
 Blackstone Building, Third Floor
 707 Southeast Third Avenue
 Fort Lauderdale, Florida 33316
  954.462.3116  Telephone
  954.761.8990  Facsimile
  ebelsky@jlblaw.com
 Attorneys for Defendant,
 Old Dominion Insurance Company

 By: */s/  Eric G. Belsky, Esq.*
  Eric G. Belsky, Esq.
  Fla. Bar No. 994340