UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Payton v. Knauf Gips KG, et al. Case No. 09-7628 | |

## DAVID DISHAUZI'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, WELLINGTON DRYWALL, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, David Dishauzi, hereby dismisses without prejudice all of his claims against DEFENDANT Wellington Drywall, Inc., in Plaintiffs' Omnibus Complaints, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. David Dishauzi shall continue to pursue his claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Parker Waichman Alonso LLP, counsel for David Dishauzi dated August 10, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: August 30, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

# CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of August, 2010.

                                      /s/ Leonard A. Davis
                                      Leonard A. Davis, Esquire
                                      Herman, Herman, Katz & Cotlar, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      LDavis@hhkc.com
                                      Plaintiffs' Liaison Counsel
                                      MDL 2047

# EXHIBIT "A"



**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

| LONG ISLAND | NEW JERSEY | NEW YORK CITY | |
|---|---|---|---|
| 6 Harbor Park Drive | 2300 Woodridge Avenue | 111 John Street, 14th Floor | www.yourlawyer.com |
| Port Washington, New York | Edison, New Jersey 08817 | New York, New York 10038 | 800.LAW.INFO (529.4636) |
| 11050-4647 | P 732.985.8888 | 973.297.1020 | P 212.267.6700 | |
| P 516.466.6500 | | | |
| F 516.466.6665 | | | |

August 10, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation
Payton v. Knauf Gips KG, et al. Case No. 09-7628

Dear Russ and Lenny:

My client, David Dishauzi authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendant Wellington Drywall, Inc. in the above matter, reserving his rights and claims against any and all other defendants therein.

Very truly yours,

Parker Waichman Alonso LLP

By: _____
April S. Goodwin, Esq.

ASG/ip