UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 :  |
| | : SECTION: L |
| THIS DOCUMENT RELATES TO: | : |
| Amato, *et al.*, vs. Liberty Mutual Ins. Co., *et al.*, | : JUDGE FALLON |
| U.S. District Court (E.D. La.), Case No. 10-932 | : MAG. JUDGE WILKINSON |
| _____ / | |

**CORPORATE DISCLOSURE STATEMENT
OF OLD DOMINION INSURANCE COMPANY**

COMES NOW the Defendant, OLD DOMINION INSURANCE COMPANY, by and through its undersigned counsel, and pursuant to Rule 7.1, Fed.R.Civ.P., provides the following corporate disclosure:

1. Old Dominion Insurance Company, a Florida insurance corporation with its principal place of business at 4601 Touchton Road East, Suite 3400, Jacksonville, Florida 32246, is a wholly owned subsidiary of Main Street America Group, Inc., a domestic insurance holding company with its principal place of business at 4601 Touchton Road East, Suite 3400, Jacksonville, Florida 32246.

2. Main Street America Group Mutual Holdings, Inc., is a Florida not-for-profit mutual insurance holding company which owns 94.2% of Main Street America Group, Inc.  The remaining shares of Main Street America Group, Inc., are owned by White Mountains Insurance Group (4.9%), a financial services holding company with its primary place of business in Hanover, New Hampshire, and by Newco Financial Holdings (0.9%), a financial services holding company with its primary place of business in Grand Rapids, Michigan.

3. No publicly held corporation owns 10% or more of the stock of Old Dominion Insurance Company, Main Street America Group, Inc., or Main Street America Group Mutual Holdings, Inc.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing Corporate Disclosure Statement has been served on the following Liaison Counsel by ☒ U.S. Mail and e-mail, or by ☐ Hand-delivery and e-mail, on this 30th day of August, 2010:

| | |
|---|---|
| ☒ **Plaintiffs' Liaison Counsel:** | ☒ **Defendants' Liaison Counsel:** |
| **Russ M. Herman, Esq.** | **Kerry J. Miller, Esq.** |
| *Herman, Herman, Katz & Cotlar, LLP* | *Frilot, LLC* |
| 820 O'Keefe Avenue, Suite 100 | 1100 Poydras Street, Suite 3700 |
| New Orleans, LA  70113 | New Orleans, LA  70130 |
|  504.581.4892  Telephone |  504.599.8194  Telephone |
|  504.561.6024  Facsimile |  504.599.8145  Facsimile |
|  rherman@hhke.com |  kmiller@frilot.com |
| ☒ **Homebuilders & Installers Liaison Counsel:** | ☒ **Insurance Liaison Counsel:** |
| **Phillip A. Wittmann, Esq.** | **Judy Y. Barrasso, Esq.** |
| *Stone, Pigman, Walther, Wittmann, LLC* | *Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC* |
| 546 Carondelet Street | 909 Poydras Street, 24th Floor |
| New Orleans, LA 70130 | New Orleans, Louisiana 70112 |
|  504-581-3200  Telephone |  504-589-9700  Telephone |
|  504-581-3361  Facsimile |  504-589-9701  Facsimile |
|  pwittmann@stonepigman.com |  jbarrasso@barrassousdin.com |

  And that a true and correct copy of the foregoing has been ☒ served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and has been ☒ electronically filed with the Clerk of the U.S. District Court, Eastern District of Louisiana, by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047.

        Respectfully submitted,
        ***Johnson, Leiter & Belsky***
        Blackstone Building, Third Floor
        707 Southeast Third Avenue
        Fort Lauderdale, Florida 33316
         954.462.3116  Telephone
         954.761.8990  Facsimile
         ebelsky@jlblaw.com
        Attorneys for Defendant,
        Old Dominion Insurance Company

       By:  ***/s/  Eric G. Belsky, Esq.***
         Eric G. Belsky, Esq.
         Fla. Bar No. 994340