UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO 2047

JUDGE: FALLON

MAG: WILKINSON

This Document relates to
Wiltz, Kenneth and Barbara 10-361

---

### ENTRY OF APPEARANCE

---

Jonathan Lemann from the firm Couhig Partners, LLC hereby enters his appearance as counsel of record for American Building Materials, Inc.

Respectfully submitted,
**Couhig Partners, LLC**

_____
Robert E. Couhig, Jr., Bar No. 4439
Jonathan P. Lemann, Bar No. 26380
Jason A. Cavignac, Bar No. 27990
Claire E. Pontier, Bar No. 32025
643 Magazine Street, Suite 300
New Orleans, Louisiana 70130
Telephone: (504) 588-1288
Facsimile: (504) 588-9750

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance of American Building Materials, Inc. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of August, 2010.

/s/ Jonathan Lemann
Jonathan Lemann

4825-2993-1271, v. 1