UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | MDL No. 2047 |
| LITIGATION | * | |
| | * | Section L |
| This pleading applies to: | * | |
| *Pate v. American International* | * | Judge Fallon |
| *Specialty Lines Insurance* | * | |
| *Company, et al.* | * | Magistrate Judge Wilkinson |
| USDC, EDLA No. 09-7791 | * | |
| * * * * * * * * * * * * * * * * * | | |

**HARTFORD DEFENDANTS' JOINDER IN CERTAIN DEFENDANTS' OPPOSITION TO THE JOINT MOTION TO COMPEL OF THE PLAINTIFFS' STEERING COMMITTEE AND ROBERT C. PATE IN ACCORDANCE WITH THE COURT'S SCHEDULING ORDERS DATED JULY 1, 2010 AND AUGUST 5, 2010**

Hartford Fire Insurance Company and Hartford Casualty Insurance Company, incorrectly sued as Hartford Accident & Indemnity Company (collectively, "Hartford"), by their undersigned attorneys, oppose the joint motion to compel ("Motion") [Doc. # 5293] filed by Robert C. Pate ("Pate"), as Trustee for the Chinese Drywall Trust, and the Plaintiffs' Steering Committee ("PSC") (collectively, "Movants"). Hartford joins in the contemporaneously filed opposition ("Certain Defendants' Opposition") filed by Chartis Specialty Insurance Company and Lexington Insurance Company.

Hartford points out that Movants have never identified any deficiencies in the Hartford Defendants' Motion to Dismiss First Amended Complaint or, in The Alternative, to Transfer Venue. [Doc. # 4452]

Attached as Exhibit A hereto is Hartford's letter of August 10, 2010, stipulating to personal jurisdiction in this action for the sole purpose of avoiding responding to all of the

1

discovery propounded on it on July 21, 2010. It was not until August 19, 2010, nine days later, that Movants for the first time identified certain interrogatories and requests for production of documents allegedly relating to venue, asserting that Hartford somehow should have divined this fact and responded to those specific discovery requests. *See* Certain Defendants' Opposition, Ex. 8.

Movants' reading of the Order [Doc. # 4873] is objectively unreasonable, and is contrary to the negotiations leading up to the Order, as described in Certain Defendants' Opposition. The Court should deny the Motion.[1] Hartford incorporates by reference Certain Defendants' Opposition for further background and argument.

        Respectfully Submitted,

        */s/ Seth A. Schmeeckle*
        **Ralph S. Hubbard III, La. Bar No. 7040**
        **Seth A. Schmeeckle, La. Bar No. 27076**
        **Heather N. Sharp, La. Bar No. 29987**
        601 Poydras Street, Suite 2775
        New Orleans, LA 70130
        Telephone: (504) 568-1990
        Facsimile: (504) 310-9195
        e-mail: rhubbard@lawla.com
                sschmeeckle@lawla.com
                hsharp@lawla.com

        **AND**

---

[1] In the unlikely event that the Court should grant the Motion as to Hartford, Hartford would request a reasonable time (14 days) to provide responses.

                                      **Lee H. Ogburn**
                                      **Steven M. Klepper**
                                        One South Street, Suite 2600
                                        Baltimore, MD 21202
                                        Telephone: (410) 752-6030
                                        Facsimile: (410) 539-1269
                                        e-mail: logburn@kg-law.com
                                                        sklepper@kg-law.com
                              **Attorneys for Hartford Fire Insurance Company and**
                              **Hartford Casualty Insurance Company, incorrectly**
                              **sued as Hartford Accident & Indemnity Company**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Joinder in Certain Defendants' Opposition to the Joint Motion to Compel of the Plaintiffs' Steering Committee and Robert C. Pate in Accordance with the Court's Scheduling Orders dated July 1, 2010 and August 5, 2010 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>30</u>th day of August, 2010.

                                                              _/s/*Seth A. Schmeeckle*_____
                                                              **Seth A. Schmeeckle, La. Bar No. 27076**