**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Seth A. Schmeeckle
Tel: (504) 568-1990, ext. 419
Direct: (504) 310-9118

Fax: (504) 310-9195
e-mail: sschmeeckle@lawla.com

August 10, 2010

*Via E-Mail*

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Frederick S. Longer, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Stree, Suite 500
Philadelphia, Pennsylvania 19106-3697

RE:  *Chinese Drywall Litigation – MDL No. 2047*
 *Gloria Arthur, et al. v. Standard Fire Insurance Company, et al.*
 Re:  *Pate v. American International Specialty Lines Insurance Co., et al.*,
 E.D. La. No. 09-7791 (MDL 2047)

Dear Counsel:

Pursuant to ¶ 3 of the Court's Order of August 5, 2010 [Doc. #4873], I write on behalf of Hartford Fire Insurance Company and Hartford Casualty Insurance Company, incorrectly sued as Hartford Accident & Indemnity Company (collectively, "Hartford"). Solely with respect to the action entitled *Pate v. American International Specialty Lines Insurance Company, et al.*, E.D. La. No. 09-7791 (MDL 2047) ("the *Pate* Action"), Hartford waives any objection that it might have to the assertion of personal jurisdiction in the Eastern District of Louisiana. Hartford therefore stipulates that, pursuant to such waiver, Hartford is subject to personal jurisdiction in the Eastern District of Louisiana with respect to *Pate*.

Hartford so stipulates solely to avoid responding to the jurisdictional discovery requests propounded upon it. This waiver and stipulation is without prejudice to Hartford Defendants' Motion to Dismiss First Amended Complaint or, in the Alternative, to Transfer Venue [Doc. #4452], or to Hartford's right to contest personal jurisdiction in any case other than *Pate*, within or without MDL 2047.

With best regards, I am

Sincerely,

*Seth A. Schmeeckle*

Seth A. Schmeeckle

SAS/laj
cc:   H. Minor Pipes, Esq. (via e-mail)

**EXHIBIT A**