UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED** | * | |
| **DRYWALL PRODUCTS LIABILITY** | * | **MDL No. 2047** |
| **LITIGATION** | * | |
| | * | **Section L** |
| This pleading applies to: | * | |
| *Pate v. American International* | * | **Judge Fallon** |
| *Specialty Lines Insurance* | * | |
| *Company, et al.* | * | **Magistrate Judge Wilkinson** |
| *USDC, EDLA No. 09-7791* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joinder [Rec. Doc. 5367] filed by Defendant, Hartford Fire Insurance Company and Hartford Casualty Insurance Company, incorrectly sued as Hartford Accident & Indemnity Company (collectively, "Hartford") in which Hartford seeks to join in Certain Defendants' Opposition to the Joint Motion to Compel of the Plaintiffs' Steering Committee and Robert C. Pate in Accordance with the Court's Scheduling Orders dated July 1, 2010 and August 5, 2010 [Rec. Doc. 5370] ;

**IT IS HEREBY ORDERED** that Hartford be and is hereby permitted to join in the Certain Defendants' Opposition to the Joint Motion to Compel of the Plaintiffs' Steering Committee and Robert C. Pate in Accordance with the Court's Scheduling Orders dated July 1, 2010 and August 5, 2010 [Rec. Doc. 5370].

New Orleans, Louisiana this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE