IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047<br><br>Section L |
| THIS DOCUMENT RELATES TO: Case Nos. 09-CV-05871; 09-CV-05869; 09-CV-04657; 09-CV-06538; 09-CV-06534;: 09-CV-06545; 09-CV-06547; 09-CV-06737;: 09-CV-06546; 09-CV-06533; 09-CV-06532 : | : : : | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BLACK BEAR GYPSUM SUPPLY, INC.

Plaintiffs, ANA MARIA PLAZA (Case No. 09-CV-05871), CINDY GOLDSTEIN (Case No. 09-CV-05869), BRYSON ROYAL (Case No. 09-CV-04657), JUSTIN METZL (Case No. 09-CV-06538), VERNON CAREY and LATAVIA CAREY (Case No. 09-CV-06534), STEPHANIE STEINER (Case No. 09-CV-06545), STEVEN DIFILIPPO and KATHLEEN DIFILIPPO (Case No. 09-CV-06547), RICHARD W. FULKS and BONNIE J. FULKS (Case No. 09-CV-06737), ELLEN DECARLO (Case No. 09-CV-06546), CHRISTOPHER DAVY (Case No. 09-CV-06533), and ED BELFOUR (Case No. 09-CV-06532), individually and on behalf of all others similarly situated, hereby file this notice of voluntary dismissal without prejudice of the following party from the above-referenced actions: BLACK BEAR GYPSUM SUPPLY INC.

Respectfully submitted,

*/s/ Robert B. Brown III*
Robert B. Brown III
Fla. Bar No. 621609
Baron & Budd, P.C.
2665 South Bayshore Dr.
Suite 220
Miami, Florida 33133
Telephone: (786) 837-5444
Facsimile: (786) 837-5445

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of August, 2010.

/s/ Robert B. Brown III
Robert B. Brown III