## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2:09-md-02047 <br> * <br> * <br> * |
| | *   JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> *   MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * <br> * |
| *********************************************** | * |

### DEFENDANTS STEADFAST INSURANCE COMPANY'S AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY'S JOINDER TO CERTAIN DEFENDANTS' OPPOSITION TO THE JOINT MOTION TO COMPEL OF THE PLAINTIFFS' STEERING COMMITTEE AND ROBERT C. PATE IN ACCORDANCE WITH THE COURT'S SCHEDULING ORDERS DATED JULY 1, 2010 AND AUGUST 5, 2010

**NOW INTO COURT**, through undersigned counsel, come AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY ("AGLIC") and STEADFAST INSURANCE COMPANY ("Steadfast") to oppose the Joint Motion to Compel of the Plaintiffs' Steering Committee and Robert C. Pate in Accordance with the Court's Scheduling Orders Dated July 1, 2010 and August 5, 20101 [D.E. 5293].  The discovery sought by the Plaintiffs is irrelevant to the pending Motion to Dismiss or Transfer this Action filed by AGLIC and Steadfast [D.E. 2244].  Further, the Motion contradicts an agreement between the steering committees.  For more specific support of this opposition, AGLIC and Steadfast incorporate by reference the arguments made in the Opposition filed on behalf of Chartis Specialty Insurance Company, Lexington Insurance Company, and the "Stipulating CGL Providers" (a group which includes AGLIC and Steadfast).

Respectfully submitted:

**STEPHEN BERRY, Trial Attorney**
**J. RANDOLPH EVANS**
**McKENNA LONG & ALDRIDGE LLP**
303 Peachtree St., NE, Suite 5300
Atlanta, Georgia  30308
Phone: 404-527-4000  Fax:  404-527-4198
Email: sberry@mckennalong.com
Lead counsel for Steadfast Insurance
Company and American Guarantee Liability
Insurance Company

s/Wade A. Langois, III
**THOMAS L. GAUDRY, JR. T.A.  (# 5980)**
**WADE A. LANGLOIS, III  (# 17681)**
**GAUDRY, RANSON, HIGGINS &**
**GREMILLION, LLC**
401 Whitney Avenue, Suite 500
Gretna, Louisiana  70056
Phone:  504-362-2466  Fax:  504-362-5938
E-mail:  tgaudry@grhg.net
          wlanglois@grhg.net
Local Counsel for Steadfast Insurance
Company and American Guarantee Liability
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing filing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of August, 2010.

s/Wade A. Langlois, III

**THOMAS L. GAUDRY, JR. T.A.  (# 5980)**
**WADE A. LANGLOIS, III  (# 17681)**
**GAUDRY, RANSON, HIGGINS &**
**GREMILLION, LLC**
401 Whitney Avenue, Suite 500
Gretna, Louisiana  70056
Phone:  504-362-2466  Fax:  504-362-5938
E-mail:  tgaudry@grhg.net
           wlanglois@grhg.net
Local Counsel for Steadfast Insurance
Company and American Guarantee Liability
Insurance Company