# EXHIBIT 1

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Anna M. Piazza, Esq.
Apiazza@andersonkill.com
(212) 278-1307

July 21, 2010

**Via Federal Express**

Warren Lutz, Esq.
Jackson & Campbell, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C. 20036

Re: Robert C. Pate v. American International Specialty Lines Insurance Company, et al.
09-7791

Dear Mr. Lutz:

Our records indicate that you have not fully complied with Pre-Trial Order No. 6, Pre-Trial Order No. 23, and/or the Court's July 1, 2010 Order on account of improper filing, improper service, deficiencies regarding your Insurer Profile Form, and/or inadequate disclosure of information as required by the Court. In light of these deficiencies, we are not obligated to respond to your pending motion.

Very truly yours,

*Anna M. Piazza*

Anna M. Piazza

AMP:ljc
Enclosure

cc: Fred S. Longer
Bruce Steckler
Hugh P. Lambert

RECEIVED
JUL 2 2 2010
JACKSON & CAMPBELL

NYDOCS1-950067.1

New York ■ Greenwich ■ Newark ■ Philadelphia ■ Ventura ■ Washington, D.C.