# EXHIBIT 2

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Anna M. Piazza, Esq.
Apiazza@andersonkill.com
(212) 278-1307

By Federal Express

July 22, 2010

Erin Fury Parkinson, Esq.
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130

Re: Pate v. American International Specialty Lines Insurance Company, et al.
Client/Matter No. 101591-chi02

Dear Ms. Parkinson:

Please disregard our letter dated July 21, 1010 regarding failure to comply with Pre-Trial Order No. 6, Pre-Trial Order No. 23, and/or the Court's July 1, 2010 Order. We will, in fact, be responding to Chartis Specialty Insurance Company's motion.

Sincerely,

Anna M. Piazza

AMP:AMP

NYDOCS1-950158.1