# EXHIBIT 7

# H. Minor Pipes

| | |
|---|---|
| From: | Piazza, Anna M. [Apiazza@andersonkill.com] |
| Sent: | Tuesday, August 10, 2010 9:58 AM |
| To: | wlutz@jackscamp.com |
| Subject: | Pate: today's phone conversation |

Hi Warren,

This email confirms our conversation that the discovery requests were intended to apply to Chartis Claims, Inc. as well as to your other clients (Lexington and American International Specialty Lines). You mentioned that you anticipated being able to provide stipulations, which will obviate the need for you to respond to these discovery requests.

Thanks,
Anna

 **Anna M. Piazza**
Attorney

*Settle for Everything*®

**ANDERSON KILL & OLICK, P.C.**

1251 Avenue of the Americas - New York, NY 10020
Apiazza@andersonkill.com - www.andersonkill.com
T: 212-278-1307 - F: 212-278-1733
Biography

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
************************************************************ IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.