# EXHIBIT 8

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Anna M. Piazza, Esq.
NY, MA, RI
Apiazza@andersonkill.com
(212) 278-1307

<u>By Federal Express and Electronic Mail</u>

August 19, 2010

H. Minor Pipes, III, Esq.
Barrasso Usdin Kupperman Freeman
  & Sarver, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112

Re:   <u>Venue discovery</u>

Dear Attorney Pipes:

We are in receipt of your stipulation concerning personal jurisdiction. While your stipulation addresses the Plaintiff's jurisdictional discovery requests, it does not obviate the need for you to respond to venue discovery. *See Aug. 4, 2010 Order*, at ¶ 3.

Accordingly, please provide responses forthwith to the document requests and interrogatories reproduced below, all of which pertain to the issue of venue.

### Venue Interrogatories

12. Identify all locations at which You maintain any documents in Louisiana and identify the categories of documents (ex. policies, underwriting files, or claims files).
14. Identify all witnesses relevant to this case who reside or work in Louisiana.
24. Identify Your state of incorporation and principal place of business.
25. For each of the insurance policies that You sold that are at issue in this proceeding, identify where the insurance policy was counter-signed and where the last act of contracting with regard to that insurance policy took place.
26. Identify Your managing general agent in Louisiana.
27. Identify Your brokers in Louisiana.
28. Identify all retail agents through which You have sold insurance in Louisiana in the past 10 years.[1]

---

[1] Plaintiff has agreed to limit this request to the past 6 years.

NYDOCS1-951653.1

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Ventura, CA ■ Washington, DC ■ Greenwich, CT

**Anderson Kill & Olick, P.C.**

August 19, 2010
Page 18

Venue Document Requests

27. Documents concerning Your storage or maintenance of any documents or things in Louisiana.
28. Documents sufficient to identify Your managing general agent in Louisiana.
29. Documents sufficient to identify Your brokers in Louisiana.
30. Documents sufficient to identify the retail agents through which You have sold insurance in Louisiana in the past 10 years.[2]

Sincerely,

*Anna M. Piazza* (signature)

Anna M. Piazza

AMP:AMP

Cc: Robert M. Horkovich, Esq.
    Matthew C. Gaughan, Esq.
    Hugh P. Lambert, Esq.
    Frederick S. Longer, Esq.
    Bruce Steckler, Esq.

---

[2] Plaintiff has agreed to limit this request to the past 6 years.

NYDOCS1-951653.1