# EXHIBIT 9

## H. Minor Pipes

| | |
|---|---|
| From: | H. Minor Pipes |
| Sent: | Friday, August 20, 2010 11:52 AM |
| To: | Coca, Lori |
| Cc: | Piazza, Anna M.; Bruce Steckler |
| Subject: | RE: Sent on behalf of Anna Piazza, Esq. -- Anderson Kill & Olick, P.C. |

Anna- I received your attached fax and must object. The Insurers had a very extensive negotiation with the PSC in which you participated. The final agreement was that your written discovery would be withdrawn as to any carrier that stipulated to personal jurisdiction in your case. This obviously applies to this venue discovery since the carriers involved only had venue motions. Moreover, this issue was presented to the court, and Judge Fallon issued an order confirming that the stipulating carriers did not need to respond to the discovery. Your attempt now to renegotiate the agreement and conduct withdrawn discovery is unacceptable. Moreover, the discovery is completely misplaced, since the carriers involved have stipulated to personal jurisdiction and their venue argument is simply that there is not personal jurisdiction over all defendants in the EDLA (specifically- there is not jurisdiction over the 5 carriers objecting to personal jurisdiction). For all of these reasons, my clients and the other insurers will not be responding to this discovery and if needed will address this matter with the court on September 2nd.

```
H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras St., Suite 2400
New Orleans, LA 70112
Direct:  (504) 589-9726
Fax:     (504) 589-9701
Email:   mpipes@barrassousdin.com
```

**From:** Coca, Lori [mailto:Lcoca@andersonkill.com]
**Sent:** Thursday, August 19, 2010 5:10 PM
**To:** H. Minor Pipes
**Cc:** Piazza, Anna M.
**Subject:** Sent on behalf of Anna Piazza, Esq. -- Anderson Kill & Olick, P.C.

Please see attached.

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

1