# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: **DAVID GROSS,** et al v. KNAUF GIPS, DG., et al **Case No. 2:09-CV-6690** | * * * * * | JUDGE FALLON  MAG. JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Infinity Homes, Inc., who, pursuant to Local Rule 78.1E, respectfully request oral argument on its Motion to Compel Arbitration and Stay the Proceedings Against It Pending Arbitration. The Motion request a hearing on September 16, at 9:00 a.m. (or as soon thereafter as Counsel can be heard) before Honorable Judge Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. Infinity Homes, Inc. asserts that the Motion to Compel Arbitration and Stay the Proceedings Against It Pending Arbitration presents unique issues that need to be discussed in open court.

Respectfully submitted,

/s/ Frank G. Taylor
Elias J. Saad (AL Bar No. ASB-8614-D51E)
EJSaad@atchisonlaw.com
Frank G. Taylor (AL Bar No. ASB-3380-Y88F)
Frank.Taylor@atchisonlaw.com
THE ATCHISON FIRM, P. C.
3030 Knollwood Drive
Mobile, AL  36693
Tel:  251.665.7200
Fax:  251.665.7250
*Attorneys for Defendant Infinity Homes, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman at Drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder's and Installers' Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 30th day of August, 2010

/s/ Frank G. Taylor