

# DK&S
## DEUTSCH, KERRIGAN & STILES

755 Magazine Street
New Orleans, LA 70130
*Direct* (504) 593-0689
*Main* (504) 581-5141
*Fax* (504) 566-4022
mswabacker@dkslaw.com
www.dkslaw.com

**MELISSA M. SWABACKER**
*Counselor at Law*

August 12, 2010

**Via Facsimile and US Mail**

Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1733

Russ Herman
Herman, Herman Katz & Cotlar, LLC
820 O'Keefe Avenue
New Orleans LA 70113
(504) 561-6024

> Re: Pate v. American International Specialty Lines Insurance Co., et al
> In re: Chinese Drywall Multi District Litigation 2009-0470
> E.D. La., 2009-07791
> Our File: 01252-00010

Dear Ms. Piazza and Mr. Herman,

I, along with Jim Hailey, represent Landmark American Insurance Company in the above referenced case. Landmark American Insurance Company is a foreign insurance company authorized to do and is currently doing business within the state of Louisiana. As such, the Federal District Court for the Eastern District of Louisiana has personal jurisdiction over Landmark American Insurance Company with regard to the above mentioned case. Accordingly, there is no need to engage in discovery as to the personal jurisdiction of Landmark American Insurance Company.

**EXHIBIT 3**

August 12, 2010
Page 2

    Please let me know if you have any questions or comments regarding the foregoing.

    With best regards, I am,

    Very truly yours,

    Melissa M. Swabacker

MMS/kp
cc:  H. Minor Pipes, III (via email only)
     James W. Hailey (via email only)