UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2047 <br> * <br> *   JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * <br> * |
| DEAN AND DAWN AMATO, ET AL | *   MAG. WILKINSON <br> * |
| Versus | * <br> *   2010-00932 |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT IN COMPLIANCE WITH FEDERAL RULE
OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE**

**NOW INTO COURT,** through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, and, for the purpose of complying with Federal Rule of Civil Procedure 7.1 and Local Rule 5.6E, respectfully submits the following:

Defendant, State Farm Fire and Casualty Company, is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company, a mutual insurance company having no stock and no stockholders. No publicly held company owns 10% or more of the stock of State Farm Fire and Casualty Company or State Farm Mutual Automobile Insurance Company.

1

Respectfully submitted.

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER ( La.  2861)**
**EMILY S. MORRISON (La. 18351)**
**DARRIN M. O'CONNOR (La. 24582)**
**PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.**
408 North Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Facsimile: (985) 893-1392
abaumgartner@phjlaw.com
emorrison@phjlaw.com
doconnor@phjlaw.com


**CHARLES L. CHASSAIGNAC, IV (La. 20746)**
**PORTEOUS, HAINKEL AND JOHNSON,  L.L.P.**
343 Third Street, Suite 202
Baton Rouge, LA  70801-1309
Telephone:  (225) 383-8900
cchassaignac@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
**PORTEOUS, HAINKEL & JOHNSON, LLP**
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
jnieset@phjlaw.com

**THOMAS W. CURVIN (Ga. 202740)**
**AMY K. AVERILL  (Ga. 029359)**
**SUTHERLAND ASBILL & BRENNAN LLP**
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
Telephone:  (404) 853-8000
tom.curvin@sutherland.com
amy.averill@sutherland.com


**Counsel for State Farm Fire & Casualty Company**

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of August, 2010.

/s/ Adrianne L. Baumgartner