

**Ronald L. Kammer/HC14**
08/26/2010 09:50 AM

To "Bruce Steckler" <bsteckler@baronbudd.com>
cc Apiazza@andersonkill.com
bcc
Subject RE: Discovery

I reviewed your motion to compel and see you are have ongoing discussions to try and resolve issues regarding discovery with FCCI. If you are interested in attempting to do so on a question by question/request by request basis with my client please give me a call. RLK

Ronald L. Kammer
Hinshaw & Culbertson LLP
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Phone: 305-428-5100
Fax: 305-577-1063
e-mail: rkammer@hinshawlaw.com



EXHIBIT A