STATE OF MICHIGAN )
COUNTY OF ~~INGHAM~~ EATON )

## AFFIDAVIT OF SCOTT NORRIS

Before me, the undersigned authority, personally appeared SCOTT NORRIS, who after being by me first duly sworn, did depose and state as follows:

1. My name is Scott Norris. I am over the age of nineteen years and I am a resident of the State of Michigan. I am employed by Auto-Owners Insurance Company as a senior attorney. I have either personal knowledge of the truth of the matters stated herein or the truth of such matters is based upon records prepared, kept and maintained by Auto-Owners Insurance Company and its wholly-owned subsidiaries in the regular course of business.

2. Auto-Owners Insurance Company, the company named as a defendant in the Complaint filed by Robert C. Pate as Trustee for the Chinese Drywall Trust, Case No. 09-7791 in the Eastern District of Louisiana, is an insurance company formed under the laws of the State of Michigan with its principal place of business located in Lansing, Michigan. Auto-Owners Insurance Company is the parent company of several wholly-owned subsidiaries, each of which is separately formed. None of these subsidiaries are formed under the laws of the State of Louisiana; rather, each of the subsidiaries of Auto-Owners Insurance Company is formed under the laws of one of three states: Michigan, Ohio, or Indiana.

3. Auto-Owners Insurance Company is not licensed by the State of Louisiana to write policies of insurance in the state, nor does Auto-Owners Insurance Company write insurance coverage in the State of Louisiana. The same is true for wholly-owned subsidiaries of Auto-Owners Insurance Company, including Owners Insurance Company.


EXHIBIT A

4.      Auto-Owners Insurance Company does not maintain any offices within the state of Louisiana, and does not have any employees in the state of Louisiana. Auto-Owners Insurance Company does not solicit business from Louisiana residents, and does not advertise for business on any local radio or television outlet or in any publications in the State of Louisiana. Auto-Owners Insurance Company does not collect premiums from Louisiana residents. The same is true for wholly-owned subsidiaries of Auto-Owners Insurance Company, including Owners Insurance Company.

5.      Auto-Owners Insurance Company has not designated a registered agent for service of process within the State of Louisiana. The same is true for wholly-owned subsidiaries of Auto-Owners Insurance Company, including Owners Insurance Company.

6.      The Complaint filed by Robert C. Pate at ¶¶ 44-45 alleges that certain insurance policies were issued by Auto-Owners Insurance Company to Hinkle Drywall, LLC. The subject insurance policies, Policy Nos. 074612-20693161-07, -08, and -09, were issued by a wholly-owned subsidiary of Auto-Owners Insurance Company, Owners Insurance Company, to Hinkle Drywall, LLC in the State of Florida. The aforementioned policies were not issued by Auto-Owners Insurance Company. The subject insurance policy was delivered to Hinkle Drywall, LLC at a Florida address and billing for the policy was sent to a Florida address. At all times that this policy was in force, Hinkle Drywall, LLC maintained with Owners Insurance Company a business address in the state of Florida.

7.      Neither Auto-Owners Insurance Company nor its subsidiary, Owners Insurance Company, solicited Hinkle Drywall's business in the State of Louisiana. The aforementioned policies of insurance issued to Hinkle Drywall, LLC in the State of Florida had no connections with the State of Louisiana, whether in the application for coverage, the billing sent to Hinkle

Drywall, LLC, or the collection of premiums from Hinkle Drywall, LLC. Rather, all of these activities in connection with the policy took place with Hinkle Drywall, LLC in the State of Florida.

8. By making this affidavit, neither I nor Auto-Owners Insurance Company nor its subsidiaries waive or intend to waive application of the attorney-client privilege, and the right to assert such privilege by all such parties is specifically reserved.

Further Affiant sayeth not.

_____
SCOTT NORRIS

Sworn to and subscribed before me this 23rd day of February, 2010.

_____
NOTARY PUBLIC
My Commission Expires: 

ROBERT C. ELLIS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF SHIAWASSEE
My Commission Expires Oct. 29, 2014
Acting in the County of Eaton

3