**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION: L<br>JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** | MAG. JUDGE WILKINSON |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust,<br>v.<br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL.<br> **(2:09-cv-07791)** (E.D. La.) | |

**DEFENDANT OWNERS INSURANCE COMPANY'S OBJECTIONS TO PLAINTIFF ROBERT C. PATE'S AND PSC'S SCHEDULE OF TOPICS FOR 30(B)(6) DEPOSITION NOTICE CONCERNING JURISDICTION AND VENUE**

COMES NOW, Owners Insurance Company ("Owners") through its undersigned counsel

and provide the following objections to Plaintiff Robert C. Pate's and the Plaintiffs' Steering

Committee's schedule of topics for 30(b)(6) deposition notice for Owners' representative(s) sent

August 9, 2010 as follows:



Owners Insurance Company[1] ("Owners") objects to Plaintiff's Deposition Topics for Corporate Representative on the grounds that each Area of Testimony is overly broad, unduly burdensome and non-specific to Owners, and without waiving objections thereto, Owners adopts and further incorporates by reference as if copied herein, *in extenso,* each and every one of Owners' Responses and Objections to Plaintiff's Interrogatories and Requests for Production of Documents.

### Owners Insurance Company's Specific Objections to Plaintiff's Areas of Testimony

36.     Your corporate structure, including your relationship to Related Entities.

**Objection**:   See Owners' responses and objections to Plaintiff's Interrogatories and Requests for Production of Documents on this same topic.

37.     Your board of directors, officers, and organizational structure.

**Objection**:   See Owners' responses and objections to Plaintiff's Interrogatories and Requests for Production of Documents on this same topic.

38.     The board of directors, officers, and organizational structure.

**Objection**:   See Owners' responses and objections to Plaintiff's Interrogatories and Requests for Production of Documents on this same topic.

39.     Any distribution or transfer of case or assets between You and a Related Entity that does business in Louisiana.

---

[1] These Responses and Objections are filed only on behalf of Owners Insurance Company as Plaintiff erroneously identified Auto-Owners Insurance Company ("Auto-Owners") in Paragraph 8 of Plaintiff's Definitions and Instructions.  Auto-Owners is not a party to the Pate litigation as the First Supplemental and Amending Petition replaced Auto-Owners Insurance Company with Owners Insurance Company as the alleged insurer.  Therefore, Auto-Owners Insurance Company has effectively been dismissed from the Pate litigation.

**Objection**:   See Owners' responses and objections to Plaintiff's Interrogatories and Requests for Production of Documents on this same topic.

40.     Any inter-company loans, advances of funds, or cost sharing between You and a Related Entity that does business in Louisiana.

**Objection**:   See Owners' responses and objections to Plaintiff's Interrogatories and Requests for Production of Documents on this same topic.

41.     Any guarantees or similar assurances by You to financial institutions on behalf of any Related Entity that does business in Louisiana.

**Objection**:    See Owners' responses and objections to Plaintiff's Interrogatories and Requests for Production of Documents on this same topic.

42.     The preparation and approval by You of annual and longer-term business plans, marketing plans, and budgets for any Related Entity that does business in Louisiana.

**Objection**:   See Owners' responses and objections to Plaintiff's Interrogatories and Requests for Production of Documents on this same topic.

43.     The existence of any combined financial statement for You and any Related Entity that does business in Louisiana.

**Objection**:   See Owners' responses and objections to Plaintiff's Interrogatories and Requests for Production of Documents on this same topic.

47.     Any losses that took place in Louisiana and related to which You sold insurance.

**Objection**:   See Owners' responses and objections to Plaintiff's Interrogatories and Requests for Production of Documents on this same topic.

Further responding to the Court's Order of August 4, 2010 (Rec. Doc. 4873) counsel for Owners offers the following three (3) dates for Owners' corporate deposition to be held in New Orleans, Louisiana: September 8, 2010, September 17, 2010 or September 28, 2010.  Any appearance for this deposition will not constitute a waiver of jurisdiction and/or venue.

This 16th day of August, 2010.

Respectfully submitted:

**LEAKE & ANDERSSON, LLP**

*/s/ Amanda W. Vonderhaar*

JERRY L. SAPORITO, T.A.  (#11717)
E-mail:  jsaporito@leakeandersson.com
AMANDA W. VONDERHAAR (#31350)
E-mail:  avonderhaar@leakeandersson.com
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Tel:  (504) 585-7500
Fax: (504) 585-7775

-AND-

**MORROW, ROMINE & PEARSON P.C.**

*/s/ Roger S. Morrow*

ROGER S. MORROW (AL Bar No. 4980-M60R)
E-mail:  rsmorrow@mrplaw.com
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742

***Attorneys for Owners Insurance Company, Defendant***

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

      ( )    Hand Delivery      ( )    Prepaid U.S. Mail

      ( )    Facsimile      ( )    Federal Express

      ( )    Electronic mail      ( X )    Lexis Nexis File & Serve

New Orleans, Louisiana this 16th day of August, 2010.

*/s/ Amanda W. Vonderhaar*

                              _____

AMANDA W. VONDERHAAR

Cp:/39862/Objections to Pate & PSC Schedule of Topics for 30b6 Deposition Notice.doc#3216

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 32696968 |
| **Submitted by:** | Natalie Nunley, Leake & Andersson LLP |
| **Authorized by:** | Amanda W Vonderhaar, Leake & Andersson LLP |
| **Authorize and file on:** | Aug 16 2010 6:36PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Chinese Drywall |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Products Liability-Chinese Drywall |
| **Case Type:** | Chinese Drywall |
| **Case Number:** | 2:09cv07791 |
| **Case Name:** | Pate et al vs American International Specialty Lines Insurance Co et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 3768/39862 |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**1 Document(s)**
**Attached Document, 5 Pages   Document ID: 32182648**                    PDF Format | Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Discovery Response | Public | $0.00 | |

**Document title:**
Objections to Pate & PSC Schedule of Topics for 30(B)(6) Deposition Notice

Expand All

⊟ **Sending Parties (1)**

| **Party** | **Party Type** | **Attorney** | **Firm** | **Attorney Type** |
|---|---|---|---|---|
| Owners Insurance Co | Defendant | Vonderhaar, Amanda W | Leake & Andersson LLP | Attorney in Charge |

⊞ **Recipients (781)**

⊞ **Service List (781)**

⊟ **Additional Recipients (0)**

⊞ **Case Parties**

[ Close ]

 **LexisNexis** | About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2010 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.