# EXHIBIT 2

Smolinsky, Paul D.

From: H. Minor Pipes [mpipes@barrassousdin.com]
Sent: Friday, July 23, 2010 6:24 PM
To: Lutz, Warren
Subject: Fwd: CDW - Insurance Motion

Can you call me on my cell- 504-453-8528

Sent from my iPhone

Begin forwarded message:

> From: "Fred Longer" <FLonger@lfsblaw.com>
> To: "H. Minor Pipes" <mpipes@barrassousdin.com>
> Cc: "Horkovich, Robert M.'" <Rhorkovich@andersonkill.com>, "'Bruce Steckler'"
> <bsteckler@baronbudd.com>, "Lambert, Hugh" <hlambert@lambertandnelson.com>,
> "Lenny Davis" <LDAVIS@hhkc.com>, "Arnold Levin" <ALevin@lfsblaw.com>,
> "Matthew Gaughan" <MGaughan@lfsblaw.com>
> **Subject: CDW - Insurance Motions**
>
>
> Minor,
> The PSC intends to adopt the jurisdictional discovery propounded two days ago by Bob
> Horkovich (attached). I will call to discuss this discovery shortly.
> In addition, in response to the charts provided in your letter today, I would like to advise
> you of those motions we deem moot for several reasons, i.e., Doc Nos. 1342, 1501, 2205,
> 1321, 1701, 3054, 1289, 1346, 1335, 1422, and 0763. There are other motions in your
> charts that we do not believe are subject to the Court's scheduling order because they
> address issues other than jurisdiction and venue, e.g., 2641, 2174, 1328, 4508, 1280, 2148,
> 1345, 4446, and 2155. Then, there are motions that involve deficiencies on the insurers' part
> that we have previously outlined, e.g., 4427, 4456, 4487, 4497, 4502 and 4505. There are
> two motions we need to investigate further, e.g., 4480 and 4423. Those motions addressed
> to builders we do not intend to prepare a response. What remains, is that the PSC is
> committed to respond to 4452, 4478, 3174, 4454 and 4481. Thank you. FSL
>
>
>
>
> Fred S. Longer
> LEVIN, FISHBEIN, SEDRAN & BERMAN
> 510 Walnut Street
> Suite 500
> Philadelphia, PA 19106
> (215) 592-1500
> (215) 592-4663 - fax
> www.lfsblaw.com

8/24/2010

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

This communication is from a law firm and may be privileged and confidential. It is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, any review, copying, or dissemination of this email and its attachments, in whole or in part, is prohibited. This email is for informational purposes only. The sender's name is not an electronic signature. If you have received the email in error, please notify the sender by reply email immediately and delete the email from your system.

Thank you.

Disclaimer added by CodeTwo Exchange Rules
www.codetwo.com

8/24/2010