# EXHIBIT 3



CHARLOTTE J. SAWYER
(504) 584-9389
charlotte.sawyer@phelps.com

19963-1598

August 30, 2010

**VIA E-MAIL AND U.S. REGULAR MAIL**

Ms. Anna M. Piazza
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

Mr. Bruce Steckler
3102 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219

      Re:    *Robert C. Pate v. American International Specialty, et al.;*
               USDC Eastern District of Louisiana, Case No.: 09-07791

Dear Anna and Bruce,

      As you aware, we represent Scottsdale Insurance Company ("Scottsdale") in connection with the above-referenced case. On August 25, 2010, Jay Sever of this office left a voice mail message for Anna to discuss Scottsdale admitting to minimum contacts in lieu of responding to the discovery requests addressing the minimum contacts issue. On August 26, 2010, I sent an email to Bruce inquiring as to whether he was amenable to such a discussion. Bruce advised that he would be willing to speak with counsel for Scottsdale today. The purpose of this letter is to memorialize the teleconference this morning regarding Scottsdale's attempt to resolve the discovery issues raised in your Joint Motion to Compel as to Scottsdale.

      As discussed during the call, Scottsdale admits that is subject to being sued in Louisiana in connection with policies issued to Louisiana insureds and in connection with policies that cover Louisiana risks and Scottsdale admits that that it has purposefully availed itself of the benefits and protections of Louisiana by establishing minimum contacts with Louisiana. Therefore, Pate's discovery requests addressing the sole issue of Scottsdale's minimum contacts with Louisiana are not necessary, overly burdensome and are not relevant. You were not amenable to Scottsdale's minimum contact admission in lieu of discovery responses addressing the minimum contacts issue.

COUNSELORS AT LAW

Canal Place | 365 Canal Street, Suite 2000 | New Orleans, Louisiana 70130-6534 | 504-566-1311 | 504-568-9130 Fax | phelpsdunbar.com
PD.4154547.1

Ms. Anna M. Piazza
Mr. Bruce Steckler
August 30, 2010
Page 2

                                                 Very truly yours,

                                                 Charlotte J. Sawyer

CJS/gcp
Enclosures

cc:      Kerry Miller, Esq. *(via e-mail regular mail)*
          Russ Herman, Esq. *(via e-mail regular mail)*
          H. Minor Pipes, III *(via e-mail)*

PD.4154547.1