AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

In Re: Chinese-Manufactured Drywall Products Liability Litigation

This Document Relates to:
Richard Jordan, Susan Jordan, Nathan Jordan, Colby Jordan and Florette Nickens
)
Plaintiff    2:09-cv-07750-EEF-JCW )
)
v.  )    Civil Action No.  MDL NO. 09-2047
Knauf Gips KG, et al.  )
)
Defendant  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Farmer's Insurance Exchange/Farmers Insurance Group
Through It's Agent For Service of Process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hymel Davis & Petersen, L.L.C.
Attn: L. J. Hymel
10602 Coursey Blvd.
Baton Rouge, LA 70816
(225) 298-8118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 26 2010

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL NO. 09-2047

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Farmer's Insurance Exchange / Farmer's Insurance Group
was received by me on *(date)* 8/31/10.

☑ I personally served the summons on the individual at *(place)* Secretary of State - Legal Department - Julie Nesbitt on *(date)* 8/31/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/31/10

Jennifer Boyt
*Server's signature*

Jennifer Boyt   Legal Assistant
*Printed name and title*

10602 Coursey Blvd, B.R., LA 70816
*Server's address*

Additional information regarding attempted service, etc: