UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| *Centerline Homes Construction, Inc., et al.* v. | : | MAG. JUDGE WILKINSON |
| *Mid-Continent Casualty Co., et al.* Case No.: 10-00178 | : | |

**NOTICE OF HEARING ON PLAINTIFFS CENTERLINE HOMES CONSTRUCTION, INC., CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC., AND COMPLETED COMMUNITIES II, LLC'S MOTION TO COMPEL[1]**

Plaintiffs, Centerline Homes Construction, Inc., Centerline Homes at Georgetown, LLC, Centerline Homes, Inc., and Completed Communities II, LLC (collectively "Centerline"), by and through its undersigned counsel and pursuant to this Court's Order August 5, 2010 (document # 4873), hereby give notice that Centerline will bring its Motion to Compel before the Honorable Judge Eldon. E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United Stated Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on September 2, 2010 at 9:00 a.m. or as soon thereafter that it may be heard.

---

[1] This Motion was timely filed on August 25, 2010. However, it was stricken by the Clerk for failure to submit a Notice of Hearing. It is now being re-filed.

Dated August 31, 2010					Respectfully submitted,

							By: __/s/ Vanessa M. Serrano_____
								PETER R. GOLDMAN
								Florida Bar No. 860565
								VANESSA M. SERRANO
								Florida Bar No. 51555
								BROAD AND CASSEL
								100 S.E. Third Ave., Ste. 2700
								Fort Lauderdale, FL 33394
								Telephone: (954) 764-7060
								Facsimile:  (954) 761-8135
								pgoldman@broadandcassel.com
								vserrano@broadandcassel.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of August, 2010.

                                                                    __/s/ Vanessa M. Serrano_____
                                                                      Vanessa M. Serrano

4817-1499-1367.1
34720/0086