UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton v. Knauf Gips KG, et al.<br>Case No. 09-7628 | |

### JOHN AND ROSE MARIE DISHAUZI'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, WELLINGTON DRYWALL, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, John and Rose Marie Dishauzi, hereby dismisses without prejudice all of their claims against DEFENDANT Wellington Drywall, Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. John and Rose Marie Dishauzi shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Parker Waichman Alonso LLP, counsel for John and Rose Marie Dishauzi dated August 10, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: August 31, 2010                /s/ Russ M. Herman
                                      Russ M. Herman, Esquire (Bar No. 6819)
                                      Leonard A. Davis, Esquire (Bar No. 14190)
                                      Stephen J. Herman, Esquire (Bar No. 23129)
                                      HERMAN, HERMAN, KATZ & COTLAR, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      LDavis@hhkc.com
                                      *Plaintiffs' Liaison Counsel*
                                      *MDL 2047*

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of August, 2010.

               /s/ Leonard A. Davis
               Leonard A. Davis, Esquire
               Herman, Herman, Katz & Cotlar, LLP
               820 O'Keefe Avenue
               New Orleans, Louisiana 70113
               Phone: (504) 581-4892
               Fax: (504) 561-6024
               LDavis@hhkc.com
               Plaintiffs' Liaison Counsel
               MDL 2047

# EXHIBIT "A"



**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

August 10, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      Payton v. Knauf Gips KG, et al. Case No. 09-7628

Dear Russ and Lenny:

My clients, John and Rose Marie Dishauzi, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Wellington Drywall, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Parker Waichman Alonso LLP

By: _____
April S. Goodwin, Esq.

ASG/jp