Hinkle Drywall, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
|------|-----------|-------------------|--|--|
| | | General Liability | Umbrella | Excess |
| 01/29/2009 - 01/29/2010 | 20693161-09 | Auto Owners Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT

tabbies

1