UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| *Joshua C. Price and Kimberlea Price* | * | |
| *v. USAA Casualty Insurance Co.* | * | MAG. JUDGE WILKINSON |
| Case No. 10-CV-01420 (E.D. La.) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO ENROLL
ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes defendant, USAA Casualty Insurance Company ("USAA-CIC"), to respectfully move this Court for an Order permitting Christopher W. Martin (Bar No. 13057620) of the law firm Martin, Disiere, Jefferson & Wisdom, L.L.P.,  808 Travis Street, Suite 1800, Houston, Texas 77002, Telephone (713) 632-1700, Facsimile (713) 222-0101, to enroll as additional counsel in the above-captioned matter.

Date:  August 31, 2010

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By:      *s/Jennifer McNamara*
         AMELIA W. KOCH (2186)
         STEVEN F. GRIFFITH, JR., T.A. (27232)
         JENNIFER McNAMARA (23946)
         KATHRYN B. COOPER (32404)
         201 St. Charles Ave., Suite 3600
         New Orleans, Louisiana  70170
         Telephone:  (504) 566-5200
         Facsimile:  (504) 636-4000
         E-mail:  akoch@bakerdonelson.com
                  sgriffith@bakerdonelson.com
                  jmcnamara@bakerdonelson.com
                  kcooper@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
USAA CASUALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of August, 2010.

                             *s/Jennifer McNamara*
                             JENNIFER MCNAMARA