U.S.

# ZHEJIANG PROVINCE

## WENZHOU CITY INTERMEDIATE PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Zhejiang Province Wenzhou City Intermediate People's Court]

*Judicial Association No. SX-10-110*
*(2010) Zhejiang Wenzhou Court/Intn'l Assistance No.6*

| | |
|---|---|
| Cause of Action | Judicial Assistance |
| Document Served and Number | The Supreme Court Law Association (2010) No. 180 correspondence; Provincial Superior Court (2010) Zhejiang Superior Court International Assistance No. 26 correspondence; Summons, Complaint, Certificate of Service and Translation. |
| Servee/Recipient | Taishan Gypsum (Wenzhou) Co., Ltd. |
| Address for Service | Inside Wenzhou Power Co., Ltd., Panshi Town, Leqing City, Wenzhou, (Zhejiang, China). |
| Signature or seal by Recipient | Date       Year |
| Substitute Recipient | Date       Year |
| Date of Receipt | Date       Year |
| Servers | Xie, Di Di    Zhong, Xia |
| Notes | On May 14, 2010, staff of this court went to the above address to execute the requested service. The head of the company General Manager Yang was not in so the head of the company's integrated service department contacted General Manager Yang by phone and Yang responded that the servee is a subsidiary of Taishan Gypsum Co., Ltd. and the parent company had directed them not to receive and sign any process service document. So the company staff refused to accept the document. This court then attempted to execute the service via mail but the documents for service were returned (See attached copy of a photo). The contact information of the parent company can be found on "China Building Materials Web". We have found the following telephone numbers:<br>0577-62847081 (Integrated Service Department)<br>0577-62847085 (......General Manager Yang)<br>509244 (......number)<br><br>                              Xie, Di Di<br>                                       May 2010<br>                         Zhong, Xia<br>                                       May 2010 |

| Issuer | Xie, Di Di |
|---|---|

*Note:*
1. *If the recipient proper is not in, hand the documents to an adult family member for receiving in substitution.*
2. *In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.*
3. *If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient. The service is then deemed as executed.*

Return   Wenzhou

# CERTIFICATE FOR AUTHORIZING RETURNING OF LEGAL INSTRUMENTS

Leqing City People's Court:

We are returning the mail to you. The mail is undeliverable due to the following reasons:

1. Our search shows that there is no such recipient at the address for service.

2. The recipient and his/her adult family members who reside at the abode were long-term out. The local village or neighborhood committee was able to issue certificate to prove his/her unavailability and the situation was verified to be true.

3. The recipient and his/her adult family members who reside at the abode were long-term out. The local village or neighborhood committee refused to issue certificate to prove his/her unavailability, but the postmen working in pair from this Post Office certified that the situation was real.

4. The recipient and his/her adult family members refused to receive the legal instruments and the service failed due to the fact that the mail was undeliverable. Or

5. Others:


1st delivery:   The company leader refused to receive the instruments.


2nd delivery:


Telephone contact:


Courier:  Qian, Yue Cheng           Supervisor:  Zhang, Shan Long

Day Postmark: [Zhejiang Province Leqing City/ May 21, 2010  06/ North Baixiang Street / Delivery 02]

Institution: (Official Seal)  North Baixiang Post Office.

[Photo]


[The white company sign on blue background:]


**TAISHAN GYPSUM (WENZHOU) CO., LTD.   TAISHAN GYPSUM (WENZHOU) CO., LTD.**

LEQING POSTAL SERVICE

**EMS®**  *Global Express Mail Service*

NATIONAL EXPRESS MAIL SERVICE DELIVERY FORM

Barcode ★ E Y 2 4 2 2 5 4 9 6 0 C N ★

| ORIGINAL OFFICE: | ACCEPTED DATE: May 14, 2010 | | |
|---|---|---|---|
| Sender's Name:<br>ZHEJIANG PROVINCE WENZHOU CITY INTERMEDIATE PEOPLE'S COURT<br>CIVIL DEPARTMENT<br>[Postmark: Zhejiang (Leqing) May 17, 2010 17:00 Courier (......)] | | Recipient's Name: | Mobile Phone No.:<br>Home Phone No.: 0577-6284708<br>Office Phone No.:      -62847085 |
| Receipt and Feedback Address: Archive and Record Office of the Post Express Service<br>Court Mail Special Delivery | | Company Name: TAISHAN GYPSUM (WENZHOU) COMPANY LIMITED. | |
| Telephone: 0577-88018128     Postal Code: 325027 | | Address: ., Inside Wenzhou Powser LLC, 76 Tinhui Road, Panshi Town, Leqing City, Wenzhou, (Zhejiang, China). | Postal Code: |
| Name of Document:<br>Case No.: (2010) Zhejiang Province Wenzhou Court/International Assistance No.: 6 | | Weight (Kilogram): | Postage (RMB): |
| ☐ Notice Acceptance of a Case  ☐ Corporate Personality     ☐ Notice of Court Appearance<br>☐ Notice of Answer to a Case    Qualification Form               ☐ Civil Ruling Paper<br>☐ Copy of Complaint or         ☐ Certificate of Corporate       ☐ Civil Judgment Paper<br>☐ Duplicate of Pleadings          Capacity                              ☐ Civil Mediation Paper<br>☐ Notice of Adducing Evidence ☐ Public Notice                      ☐ Miscellaneous<br>☐ Summons                                ☐ Address Verification         X☐ Service of documents<br>                                                                                                     from a foreign country | | Recipient or Substitute's signature: | Name of ID Paper: |
| | | Relationship between Substitute Recipient and named recipient: | No. of ID Paper: |
| [logo] | | Recipient Entity's Seal: Nobody signed and received      Refused to accept. | |
| | | Mail Receiving Date: | Delivery Person's Signature: |
| Delivery (signature): Xie, Di Di | Manager (signature): Xie, Di Di | This form only used for the express delivery of court special mail.<br>Please press hard filling this form. | Service Phone No.: 11185<br>Cell Phone Message Inquiry No.: 10665185 |
| E Y 2 4 2 2 5 4 9 6 0 C N | | | |

After signing and receiving, please check the enclosed documents. If you have any doubt, you must raise it to the court who mailed the documents within two days.