APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | PRÄSIDENTIN DES OBERLANDESGERICHTS MÜNCHEN<br>Prielmayerstraße 5<br>80097 München<br>Germany<br><br>[Stamp: Der Präsident des Oberlandesgerichts München  Eing. 3 0. APR. 2010  ......Akt ......Heft ......Bell. ......Abdr. Nr. 9341 a 6 - 107/10] |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Knauf Gips KG
                           Am Bahnhof 7, D-97343 Iphofen, Germany
                           Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Order to Appoint Special Process Service<br>Summons in a Civil Action<br>Plaintiffs Omnibus Class Action Complaint (I)<br>Exhibits "A" - "D"<br>Schedule 1<br>Schedule 2<br>Schedule 3<br>Schedule 4<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.,  the 4/28/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)         (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Payton v. Knauf Gips KG
Defendant: Knauf Gips KG
Court Case No.: 09-7628

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* July 2, 2010
   - at (place, street, number)
   - *à (localité, rue numéro)* Kitzingen, Friedenstr. 3a

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [xx] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* Daniel Gabel

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
      Employee of the addressee

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Order to Appoint Special Process Service, Summons in a Civil Action, Plaintiffs Omnibus Class Action Complaint (I), Exhibits "A" - "D", Schedule 1, Schedule 2, Schedule 3, Schedule 4, Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

The document "Summary of the documents to be served" was delivered.
(with translation)

| | |
|---|---|
| **Done at** | **, the** |
| *Fait à* Kitzingen | *, le* July 5, 2010 |
| **In appropriate cases, documents establishing the service:** | |
| *Le cas échéant, les documents justificatifs de l'exécution:* | **Signature and/or stamp.** |
| The documents "Order to Appoint a Special Process Service", | *Signature et/ou cachet.* |
| "Summons in a Civil Action", "Plaintiff's Omnibus Class Action | Court Seal   Signature |
| Complaint (I)", "Exhibits A-D", "Schedule 1,2,3,4", each with | Hamm |
| translations were served. | Judicial Official |

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2