**CT Corporation**

111 Eighth Avenue  
New York, NY 10011

212 894 8940 tel  
212 590 9180 fax  
www.ctlegalsolutions.com

August 20, 2010

Office of the Clerk  
U S District Court  
Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA  70130

RE:    HomeDevco, LLC  (DE)

Title of Action: Kenneth and Barbara Wiltz, Pltfs. vs. Beijing New Building Materials Public Ltd. Co., et al. including Home DevCo LLC, Dfts.  Case # 10-361

Dear Sir:

We are returning documents served/received for the above company by our Wilmington office.

According to our records our statutory representation services were discontinued and all processes sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

*A. Coleman*  
SOP Support

Arnold Levin, Atty.  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street  
Suite 500  
Philadelphia, PA  19106-3697

AC/te