UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL DOCKET: 2047
SECTION: L

THIS DOCUMENT RELATES TO
CASE NO. 2:09cv-07628

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

TAYLOR MORRISON SERVICES, INC., a
foreign corporation, and TAYLOR
WOODROW COMMUNITIES AT
VASARI, LLC, a Florida limited liability
company,

      Defendants/Cross-claim Plaintiffs,

v.

KNAUF GIPS KG, a German corporation,
KNAUF PLASTERBOARD (TIANJIN) CO.,
LTD., a Chinese limited liability corporation,
BANNER SUPPLY CO., a Florida
corporation, RESIDENTIAL DRYWALL,
INC., a Florida corporation, NU WAY
DRYWALL, LLC, a Florida limited liability
company, FLORIDA STYLE SERVICES,
INC., a Florida corporation,

Cross-claim Defendants,

COTHERN CONSTRUCTION COMPANY,
a Florida corporation,
Third-Party Defendant,

_____/

**DEFENDANT BANNER SUPPLY CO.'S MOTION FOR LEAVE TO AMEND CROSS-
CLAIMS AGAINST KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD.,**

**ROTHCHILT INTERNATIONAL LTD., LA SUPREMA TRADING, INC., AND LA SUPREMA ENTERPRISE, INC.**

Defendant, Banner Supply Co., a Florida Corporation ("Banner"), by and through the undersigned counsel, hereby requests leave of Court to amend its Cross-claim against Knauf Gips, KG, Knauf Plasterboarrd Tianjin Co., Ltd., Rothchilt International Ltd., La Suprema Trading, Inc. and La Suprema Enterprise, Inc. for the reasons set forth in the accompanying memorandum.

Respectfully submitted this 31st day of August, 2010,

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Shubhra R. Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number:  475388
smashelkar@wwhgd.com
3344 Peachtree Road
Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
***Counsel for Banner Supply Company***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to Amend Cross-Claims has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, in accordance with the procedures established in MDL 2047, on this 31st day of August, 2010.

*/s/ Shubhra R. Mashelkar*
**SHUBHRA R. MASHELKAR**