UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:09cv-07628 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____/

TAYLOR MORRISON SERVICES, INC., a foreign corporation, and TAYLOR WOODROW COMMUNITIES AT VASARI, LLC, a Florida limited liability company,

  Defendants/Crossclaim Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., a Chinese limited liability corporation, BANNER SUPPLY CO., a Florida corporation, RESIDENTIAL DRYWALL, INC., a Florida corporation, NU WAY DRYWALL, LLC, a Florida limited liability company, FLORIDA STYLE SERVICES, INC., a Florida corporation,

Crossclaim Defendants,

COTHERN CONSTRUCTION COMPANY, a Florida corporation,
Third-Party Defendant,

_____/

1

### BANNER SUPPLY CO.'S MOTION TO DISMISS CROSS-CLAIM OF TAYLOR MORRISON SERVICES, INC. F/K/A MORRISON HOMES, INC. AND CROSS-CLAIM AND THIRD PARTY CLAIM OF TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C.

COMES NOW Defendant, Banner Supply Co., a Florida Corporation ("Banner"), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss the Cross-Claim of Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. and Cross-Claim and Third Party Claim of Taylor Woodrow Communities at Vasari, L.L.C. (collectively referred to as "the Taylor Entities") on the basis that the Taylor Entities have failed to state a claim against Banner upon which relief may be granted. This Motion is based on the allegations made in the Taylor Entities' Cross-Claim and Banner's Memorandum of Law in Support of Motion to Dismiss Cross-Claim of Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. and Cross-Claim and Third Party Claim of Taylor Woodrow Communities at Vasari, L.L.C., filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons and as discussed more fully in the accompanying Memorandum of Law, Banner respectfully requests that this Motion be granted and that the Taylor Entities' claims against it be dismissed with prejudice.

Respectfully submitted this 31st day of August, 2010,

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        */s/ Shubhra R. Mashelkar*
        **SHUBHRA R. MASHELKAR, ESQUIRE**
        Georgia Bar Number: 475388
        smashelkar@wwhgd.com
        3344 Peachtree Road
        Suite 2400
        Atlanta, GA 30326
        Telephone (404)876-2700
        ***Counsel for Banner Supply Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Banner Supply Co's Motion to Dismiss Cross-Claim of Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. and Cross-Claim and Third Party Claim of Taylor Woodrow Communities at Vasari, L.L.C. has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, in accordance with the procedures established in MDL 2047, on this 31st day of August, 2010.

/s/ Shubhra R. Mashelkar
**SHUBHRA R. MASHELKAR**