UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:09cv-07628 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____/

TAYLOR MORRISON SERVICES, INC., a foreign corporation, and TAYLOR WOODROW COMMUNITIES AT VASARI, LLC, a Florida limited liability company,

      Defendants/Cross-claim Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., a Chinese limited liability corporation, BANNER SUPPLY CO., a Florida corporation, RESIDENTIAL DRYWALL, INC., a Florida corporation, NU WAY DRYWALL, LLC, a Florida limited liability company, FLORIDA STYLE SERVICES, INC., a Florida corporation,

Cross-claim Defendants,

COTHERN CONSTRUCTION COMPANY, a Florida corporation,
Third-Party Defendant,

_____/

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Defendant, Banner Supply Co., shall bring the foregoing Motion to Dismiss Cross-Claims of Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. and Cross-Claim and Third Party Claim of Taylor Woodrow Communities at Vasari, L.L.C. for hearing on September 22, 2010 at 9:30 a.m. before the Honorable Eldon E. Fallon, United States District Judge

Respectfully submitted this 31st day of August, 2010,

> **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
>
> */s/ Shubhra R. Mashelkar*
> **SHUBHRA R. MASHELKAR, ESQUIRE**
> Georgia Bar Number: 475388
> smashelkar@wwhgd.com
> 3344 Peachtree Road
> Suite 2400
> Atlanta, GA 30326
> Telephone (404)876-2700
> *Counsel for Banner Supply Company*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, in accordance with the procedures established in MDL 2047, on this 31st day of August, 2010.

> */s/ Shubhra R. Mashelkar*
> **SHUBHRA R. MASHELKAR**