**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL No. 2047** |
| **THIS DOCUMENT RELATES TO:** | * * | **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **David Gross, Cheryl Gross and Louis Velez, individually, and on behalf of all others similarly situated, v. Knauf Gips KG, et al. Case No. 2:09-cv-6690** | * * * * * * | |

********************************************************************************

**DEFENDANT GREAT WESTERN BUILDING MATERIALS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Great Western Building Materials, in response to the Class Action Complaint filed on behalf of Plaintiffs, David Gross, Cheryl Gross and Louis Velez, which moves this Court pursuant to Federal Rule of Civil Procedure 12(b) for an Order dismissing the claims against Great Western Building Materials. As set forth in the accompanying Memorandum of Law in support of this Motion, Defendant, Great Western Building Materials lacks any contacts with this jurisdiction and it is not within the personal jurisdiction of this Court.[1]

WHEREFORE, Great Western Building Materials respectfully requests that this Court issue an Order dismissing Plaintiffs' claims against Great Western Building Materials for lack of

[1] Defendant, Great Western Building Materials, has also filed a Motion for More Definite Statement requesting that this Court require Plaintiffs' to provide a more definite statement regarding their claims against Great Western Building Materials. [Rec. Doc. 1596]

personal jurisdiction, together with such order and further relief that this Court deems just, appropriate and fair.

Respectfully submitted,

**DEGAN, BLANCHARD & NASH**

*/s/ Laura M. Mayes*

Foster P. Nash, III, Esq. (#19079)
Laura M. Mayes, Esq. (#32197)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337

*Attorneys for Defendant, Great Western Building Materials*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Unopposed Motion for Extension of Time has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of August, 2010.

/s/ Laura M. Mayes
LAURA M. MAYES

L:\360\7008\Doc\10 Mtn to Dismiss for Lack of PJ.doc