360-7008

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION: L JUDGE FALLON |
| David Gross, Cheryl Gross and Louis Velez, individually, and on behalf of all others similarly situated, v. Knauf Gips KG, et al. Case No. 2:09-cv-6690 | * * * * * * | MAG. JUDGE WILKINSON |

************************************************************************

## AFFIDAVIT OF LARRY ROGERS

COUNTY OF Ventura

STATE OF California

**BEFORE ME**, the undersigned authority personally came and appeared, LARRY ROGERS, who, upon being sworn, states as follows:

1. That I am the President of Great Western Building Materials, an Arizona corporation.

2. In this capacity, I am familiar with the business, including the general and day to day operations, of Great Western Building Materials.

3. That Great Western Building Materials is an Arizona corporation with its principal place of business located at 3652 E. Miami Avenue, Phoenix, Arizona.

4. That Great Western Building Materials has one facility for professional contractors to purchase materials located in Phoenix, Arizona.

1


EXHIBIT A

5. That Great Western Building Materials does not maintain any other office, store, headquarters, shop, warehouse, distribution center, or any other facility other than the Phoenix, Arizona location.

6. That Great Western Building Materials does not conduct any business, nor is it authorized to do business, other than in the state of Arizona.

7. That Great Western Building Materials has not, and has never been, authorized to do business in the State of Louisiana.

8. That Great Western Building Materials does not, and has not at any time, maintained a registered agent for service of process within the State of Louisiana.

9. That Great Western Building Materials does not, and has not at any time, marketed its business or advertised within the State of Louisiana.

10. That Great Western Building Materials does not, and has not at any time, owned any property in the State of Louisiana.

11. That Great Western Building Materials does not, and has not at any time, maintained an office, store, headquarters, shop, warehouse, distribution center, or any other facility in the State of Louisiana.

12. That Great Western Building Materials does not, and has not at any time, maintained a bank account in the State of Louisiana.

13. That Great Western Building Materials does not, and has not at any time, entered into any contracts with entities located in the State of Louisiana.

14. That Great Western Building Materials does not, and has not at any time, solicited any business in the State of Louisiana.

15. That Great Western Building Materials does not, and has not at any time, negotiated contracts with entities located in the State of Louisiana.

16. That Great Western Building Materials did not sell any products at the request of any customer to the State of Louisiana from September 2005 through the present.

17. That I am not aware, personally or in my professional capacity as President of Great Western Building Materials, that any drywall or drywall products sold by Great Western Building Materials to any individual or entity within the State of Louisiana.

18. That I am not aware, personally or in my professional capacity as President of Great Western Building Materials, that any drywall or drywall products sold by Great Western Building Materials were installed in any building, home, or other structure in the State of Louisiana.

THUS DONE AND SIGNED, in the presence of the following competent witnesses and Notary Public, in the County of __Ventura__, State of California, this __24th__ day of 2010.

_____
NOTARY PUBLIC
Printed Name: KATHY JACOBSON
Number: 1871020

KATHY JACOBSON
Commission # 1871070
Notary Public - California
Ventura County
My Comm. Expires Dec 8, 2013

WITNESSES:**

_____

_____

_____
LARRY ROGERS, President
Great Western Building Materials

**Printed names of witnesses must appear below signature

3