360-7008

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION: L |
| | * | JUDGE FALLON |
| David Gross, Cheryl Gross and Louis | * | MAG. JUDGE WILKINSON |
| Velez, individually, and on behalf of | * | |
| all others similarly situated, v. Knauf | * | |
| Gips KG, et al. | * | |
| Case No. 2:09-cv-6690 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF LARRY ROGERS

COUNTY OF _Ventura_

STATE OF _California_

**BEFORE ME**, the undersigned authority personally came and appeared, LARRY ROGERS, who, upon being sworn, states as follows:

1.      That I am the President of Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc., a California corporation.

2.      In this capacity, I am familiar with the business, including the general and day to day operations, of Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc.

3.      That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. is a California corporation with its principal place of business location of 301 Lombard Street, Oxnard, California.

4.      That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. has three facilities for professional contractors to purchase materials located in Oxnard, California; Riverside, California and Pico Rivera, California.



EXHIBIT

B

5.      That Oxnard Building Material, Inc. d/b/a Great Western Building Materials, Inc. does not maintain any other office, store, headquarters, shop, warehouse, distribution center, or any other facility other than the Oxnard, California, Riverside, California and Pico Rivera, California locations.

6.      That Oxnard Building Material, Inc. d/b/a Great Western Building Materials, Inc. does not conduct any business, nor is it authorized to do business, other than in the state of California.

7.      That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. has not, and has never been, authorized to do business in the State of Louisiana.

8.      That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. does not, and has not at any time, maintained a registered agent for service of process within the State of Louisiana.

9.      That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. does not, and has not at any time, marketed its business or advertised within the State of Louisiana.

10.     That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. does not, and has not at any time, owned any property in the State of Louisiana.

11.     That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. does not, and has not at any time, maintained an office, store, headquarters, shop, warehouse, distribution center, or any other facility in the State of Louisiana.

12.     That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. does not, and has not at any time, maintained a bank account in the State of Louisiana.

2

13.     That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. does not, and has not at any time, entered into any contracts with entities located in the State of Louisiana.

14.     That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. does not, and has not at any time, solicited any business in the State of Louisiana.

15.     That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. does not, and has not at any time, negotiated contracts with entities located in the State of Louisiana.

16.     That Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. did not sell any products at the request of any customer to the State of Louisiana from September 2005 through the present.

17.     That I am not aware, personally or in my professional capacity as President of Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. that any drywall or drywall products sold by Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. to any individual or entity within the State of Louisiana.

18.     That I am not aware, personally or in my professional capacity as President of Great Western Building Materials, that any drywall or drywall products sold by Oxnard Building Materials, Inc. d/b/a Great Western Building Materials, Inc. were installed in any building, home, or other structure in the State of Louisiana.

3

THUS DONE AND SIGNED, in the presence of the following competent witnesses and

Notary Public, in the County of _____VenturA_____, State of California, this

____24th____ day of 2010.

_____
NOTARY PUBLIC
Printed Name: KATHY JACOBSON
Number: 1871070

KATHY JACOBSON
Commission # 1871070
Notary Public - California
Ventura County
My Comm. Expires Dec 8, 2013

WITNESSES:**

_____

_____


_____
LARRY ROGERS, President
Great Western Building Materials

**Printed names of witnesses must appear below signature

4