CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

No. 2010-5013   DIVISION: D-16

JUDE MARULLO

-VERSUS-

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

FILED: _____    _____
                                       DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff Jude Marullo, who, for his Petition for Damages respectfully state as follows:

1

Plaintiff Jude Marullo, is a person of full age and majority, domiciled in the Parish of Orleans, State of Louisiana, residing at 5401 Bancroft Drive, New Orleans, Louisiana

2

Defendant Louisiana Citizens Property Insurance Corporation is a Louisiana insurance corporation authorized to do and is doing business in Louisiana, located in Baton Rouge, Louisiana.

3

Venue is proper in this Court pursuant to articles 74, 76 and 76 1 of the Louisiana Code of Civil Procedure

4.

Plaintiff purchased a homeowners insurance policy from Defendant, providing coverage for, among other things, their dwelling, contents and loss of use of the property.

5

In June 2009, Plaintiff discovered that his home was constructed using Chinese manufactured drywall, which caused and continues to cause physical loss and damage to Plaintiff's home and contents. The Chinese drywall emits odorous gases that cause corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items and causes personal injury to Plaintiff and his family.



EXHIBIT A

...
...

6.

Plaintiff's policy issued by Defendant is an all-risk policy, providing coverage for all risks of direct physical loss or damage to the home, contents and other permanent structures unless an exclusion applies

7.

On September 3, 2009, Plaintiff, through undersigned counsel, provided notice of Plaintiff's claim relating to the presence of Chinese drywall in Plaintiff's home to Defendant.

8

Defendant notified Plaintiff that it was denying coverage for Plaintiff's damage caused by the Chinese drywall

9

Plaintiff has complied with all of his obligations under the policy.

10

A valid contract of insurance exists between Plaintiff and Defendant providing coverage for the loss and damage caused by the Chinese drywall

11

Plaintiff has paid all premiums due under their policy of insurance with Defendant and has materially performed their obligations under the policy

12.

The damage and loss sustained by Plaintiff was caused by the presence of Chinese drywall in Plaintiff's home, yet, Defendant has failed to meet its obligations under the policy of insurance and has failed and/or refused to cover the loss sustained by Plaintiff.

13.

Defendant has breached its policy by unjustifiably denying Plaintiff's claim for covered damages.

14.

As a direct and proximate result of the breach by Defendant, Plaintiff was deprived of the benefit of insurance coverage for which Defendant was paid substantial premiums, and, accordingly, Plaintiff has suffered and will suffer substantial economic damage, particularly associated with their remediation efforts

15.

Defendant breached its duty of good faith and fair dealing that it owes to Plaintiff in denying Plaintiff's claim

16.

Defendant misrepresented the policy provisions, including the exclusions, in denying Plaintiff's claim under the policy

17.

Defendant violated La. R.S. 22:1973 and La R.S 22:1892 by failing to properly adjust and pay Plaintiff's claim.

WHEREFORE, Plaintiff Jude Marullo respectfully pray that their Petition for Damages be deemed good and sufficient, and that Defendant Louisiana Citizens Property Insurance Corporation be duly served and cited with a copy of this Petition for Damages and that it be made to appear and answer same within the delays allowed by law, and that after all due and legal proceedings are had herein, for the reasons set forth herein, that there be judgment entered in favor of Plaintiff Jude Marullo, and against Defendant Louisiana Citizens Property Insurance Corporation in an amount that is reasonable under the premises, and together with all costs of these proceedings, for penalties and attorney fees, for legal interest from the date of judicial demand until paid, and for all general and equitable relief.

Respectfully submitted,

**MARTZELL & BICKFORD**

**SCOTT R. BICKFORD T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

**PLEASE SERVE**.

Louisiana Citizens Property Insurance Corporation
through the Louisiana Secretary of State

3