## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

BE IT KNOWN, that on the ___31st___ day of ___August___, 2010, before me, the undersigned Notary, personally came and appeared

### VIJAY RAMACHANDRAN

To me personally known, and who, being duly sworn did depose and state:

1. He is employed by Louisiana Citizens Property Insurance Corporation ("LCPIC") as the Vice President of Staff Operations. In this position, he is engaged in process of the depopulation of LCPIC and/or the transfer of LCPIC insurance policies to other insurance companies, including Southern Fidelity Insurance Company ("SFIC");

2. In order to bring new insurance companies into Louisiana for the purpose of making insurance more readily available and to reduce the number of properties insured by LCPIC, the Louisiana Legislature enacted La. R.S. § 23:2361 *et. seq.*, the "Insure Louisiana Incentive Program;

3. Pursuant to the policy set forth in the Insure Louisiana Incentive Program, LCPIC transferred several of its insurance policies to other insurance companies. This process is described as the depopulation of LCPIC via the transfer of insurance policies to other insurance companies, such as SFIC;

4. In this case, SFIC expressed interest in accepting insurance policies from LCPIC and requested transfer of the insurance policy, Policy No. FH 20072400332 01, of Jude Marullo for the property located at 5401 Bancroft Drive, New Orleans, Louisiana 70122 ("Policy");

5. As the insurance agent of Mr. Marullo, Insurance Underwriters, Ltd., had the authority to act on behalf of Mr. Marullo, including consenting to the transfer of his insurance policy from one insurance company to another insurance company;

6. The Policy was transferred from LCPIC to SFIC prior to alleged Chinese drywall loss discovered by Mr. Marullo in June 2009 and reported on or about September 3, 2009. See Certificate of Assumption, attached hereto as Exhibit "A";

7. Mr. Marullo was notified of the transfer of his insurance policy from LCPIC to SFIC and provided with a copy of the Certificate of Assumption by SFIC, which



EXHIBIT C

is attached hereto as Exhibit "A". See Letter to Insured, attached hereto as Exhibit "B";

8. He does hereby swear that he has read the above foregoing statements and hereby verifies that the information contained herein is accurate, true, and correct. Further, he has made the statement contained in this Affidavit freely, voluntarily, and based upon his personal knowledge.

_____
VIJAY RAMACHANDRAN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _31_ DAY
OF AUGUST, 2010.

_____
Darren Patin, Bar No. 23244
Notary Public, Notary No. 47558
My Commission is for Life.