

PO BOX 60730
NEW ORLEANS, LA 70160
PHONE (504) 831-6930
WWW.LACITIZENS.COM

433 METAIRIE ROAD
SUITE 400
METAIRIE, LA 70005
FAX (504) 831-6676

May 21, 2008

**NOTICE OF INSURANCE COVERAGE TRANSFER TO A NEW CARRIER:**

**Dear Policyholder:**

Your property insurance policy written through the Louisiana Citizens Property Insurance Corporation is being transferred to XYZ Insurance Company. The reason for this change is Act 447 of the 2007 Louisiana Regular Session (codified at LSA-R.S. 22:3301 et seq. and set forth in, Regulation 82 promulgated by the Louisiana Department of Insurance), which is intended to bring new insurance carriers to Louisiana for the purpose of making standard insurance available to Louisiana policyholders. If you want more information on this change or want to continue your coverage through Citizens Insurance, contact your agent immediately.

On June 1, 2008 at 12:01 AM, your property insurance policy currently with Louisiana Citizens Property Insurance Corporation will be assumed by XYZ Insurance Company. Your agent has instructed this change. The change is part of a program created by the Louisiana Legislature to reduce the number of properties insured by Louisiana Citizens Property Insurance Corporation. Your current Louisiana Citizens Property Insurance Corporation policy will be assumed by XYZ Insurance Company and will remain in effect until a replacement policy is issued. If your policy renews before October 1, 2008, your renewal policy will be issued and managed by Louisiana Citizens Insurance Corporation until your 2009 renewal policy is issued by XYZ Insurance Company. Provided that you continue to pay your policy premiums, there will be no interruption in coverage.

**IMPORTANT CLAIMS REPORTING INFORMATION:**

   For claims on losses on or <u>after</u> 12:01 AM June 1, 2008 – Call **XYZ Insurance Company at 123-456-7890.**

**TO REQUEST POLICY SERVICE AND FOR OTHER QUESTIONS:**

   **Contact your LCPIC agent.**


Policyholder Copy



EXHIBIT
C-B