## AFFIDAVIT

**STATE OF FLORIDA**

**COUNTY OF LEON**

BE IT KNOWN, that on the 31st day of August, 2010, before me, the undersigned Notary, personally came and appeared

### THERESA KRUEGER

To me personally known, and who, being duly sworn did depose and state:

1. That she is of the full age of majority and a resident of Wakulla County, State of Florida;

2. That she is currently employed as a senior claims adjuster for Southern Fidelity Insurance Company ("SFIC");

3. That as senior claims adjuster for SFIC, she is the custodian of records for and privy to the facts and circumstances surrounding Claim No. 17-8672 filed by Jude Marullo under Policy No. FH 20072400332 01 (the "Policy"). A true and correct copy of the Policy is attached hereto as Exhibit "1";

4. That SFIC acquired the Policy from Louisiana Citizens Property Insurance Corporation ("Citizens") as part of the depopulation plan set forth by the Louisiana Legislature;

5. That SFIC and Citizens entered into an agreement under which SFIC assumed full responsibility for Citizens' obligations under the Policy at issue;

6. That attached hereto as Exhibit "2" is a correct copy of the "Certificate of Assumption" signed by James A. Graganello, CEO of SFIC, dated June 1, 2008, which states in pertinent part, "SFIC has assumed full responsibility for Citizens' obligations under certain policies of insurance by Citizens;"



7. That the "Certificate of Assumption" dated June 1, 2008, which was sent to the insured, Jude Marullo, also states in pertinent part, "SFIC is directly responsible for all covered losses under your Policy;"[1]

8. That attached hereto as Exhibit "3" is the "Notice of Insurance Coverage Transferred to a New carrier," issued by Citizens to the insured, which provides in pertinent part, "On June 1, 2008 at 12:01 a.m., your property insurance policy currently with Louisiana Citizens Property Insurance Corporation will be assumed by the Southern Fidelity Insurance Company. **<u>Your agent has instructed this change.</u>**" (emphasis added);

9. That Jude Marullo's insurance agent, Insurance Underwriters, Ltd., consented to the transfer of the subject Policy from Citizens to SFIC;

10. That Insurance Underwriters, Ltd. had the authority to act on behalf of Jude Marullo as his insurance agent and did so in consenting to the transfer of the Policy from Citizens to SFIC;

11. That SFIC is therefore completely and solely liable for all covered losses under the subject Policy;

12. That the above statements were made freely, voluntarily, and based upon her personal knowledge.

_____
THERESA KREUGER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 31ST DAY
OF AUGUST, 2010.

_____
NOTARY PUBLIC

TRACY GRIGSBY
Comm# DD0612765
Expires 11/7/2010
Florida Notary Assn., Inc

---

[1] See "Certificate of Assumption", Exhibit "2".