

**SFIC**
Southern Fidelity Insurance Company

Date of Notice: June 1, 2008            Policy Number: FH 20072400332 00
                                                              Expiration Date: 9/15/2008

JUDE MARULLO                         Property Address:
5401 BANCROFT DR                    5401 BANCROFT DR
NEW ORLEANS, LA                    NEW ORLEANS, LA
70122                                                                      70122

**Your Agent Information:** Ins. Underwriters LTD
                                (504) 883-2500

# CERTIFICATE OF ASSUMPTION

      **ASSUMPTION** – Southern Fidelity Insurance Company ("SFIC") and Louisiana Citizens Property Insurance Corporation (Citizens) have entered into an agreement under which SFIC has assumed full responsibility for Citizen's obligations under certain policies of insurance issued by Citizens.

      **OBLIGATIONS** – SFIC is directly responsible for all covered losses under your policy, effective with the claim event occurrences beginning March 1, 2008 at 12:01 AM and continuing through the expirations date of your policy listed above.

      For claims occurring prior to 12:01 AM, March 1, 2008 – Contact your agent at the number below.

      For claims occurring on or after 12:01 AM, March 1, 2008 – Contact SFIC at 866-874-7342 or your agent.

SERVICING – Your agent will continue to provide service on your policy. Any policy coverage questions or matters relating to endorsements, policy changes, or cancellations will continue to be handled by your agent.

The Certificate of Assumption should be attached to your Citizens policy.

IN WITNESS WHEREOF, Southern Fidelity Insurance Company has caused this Certificate of Assumption to be executed with an effective date of March 1, 2008 at 12:01 AM.

*James Graganella* (signature)

---
James A. Graganella, CEO

Cc:  Ins. Underwriters LTD
      P O BOX 6738
      (504) 883-2500

Policyholder Copy

P.O. Box 16029 • Tallahassee, FL 32317-6029



EXHIBIT D2