UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION: L |
| | * | JUDGE FALLON |
| David Gross, Cheryl Gross and Louis | * | MAG. JUDGE WILKINSON |
| Velez, individually, and on behalf of | * | |
| all others similarly situated, v. Knauf | * | |
| Gips KG, et al. | * | |
| Case No. 2:09-cv-6690 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Great Western Building Materials, who pursuant to Local Rule 78, 1E, respectfully requests oral argument on its Motion to Dismiss for Lack of Personal Jurisdiction.

Respectfully submitted,

**DEGAN, BLANCHARD & NASH**

/s/ Laura M. Mayes
Foster P. Nash, III, Esq. (#19079)
Laura M. Mayes, Esq. (#32197)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
*Attorneys for Defendant, Great Western Building Materials*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Unopposed Motion for Extension of Time has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  31st  day of   August  , 2010.

                                                                                /s/ Laura M. Mayes
                                                                               LAURA M. MAYES

L:\360\7008\Doc\14 Req for Oral Argument.doc