UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

IT IS ORDERED that the hearing set for Thursday, September 2, 2010, at 9:00 a.m. involving the homeowners insurers' motions and the CGL insurance discovery motions is CONTINUED to that same day, September 2, 2010, at 10:00 a.m.  The conference call information remains the same.  Please see the Court's Chinese drywall website, under the Calendar link, http://www.laed.uscourts.gov/Drywall/Calendar.htm, for the conference call-in information.

New Orleans, Louisiana, this 31st day of August 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE