UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-<br>MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY<br>LITIGATION | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO.:  09-MDL-2047<br><br>SECTION:  L |
| THIS DOCUMENT RELATES TO:<br>Sean and Beth Payton, individually<br>on an behalf of all others similarly<br>situated | *<br>*<br>*<br>*<br>* | MAG.  WILKINSON |
| v. | *<br>* | |
| KNAUF GIPS KG, et al<br>Civil Action No. 09-07628 | *<br>*<br>* | |

**************************************************************************

**<u>ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO<br>SUBMIT DEFENDANT PROFILE FORM</u>**

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for

Defendant, Kelley Drywall, Inc., to submit its Profile Form to Plaintiffs' Liaison Counsel is

extended through and including September 20, 2010.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

4