UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Kenneth and Barbara Wiltz, individually, and on behalf of others similarly situated | * * * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| v. | * * | |
| Beijing New Building Materials Public Limited Co., et al Civil Action No. 10-00361 | * * * * | |

**************************************************************************

## SECOND EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Defendant, D & A Construction Services, Inc. ("D & A"), by and through undersigned counsel and fully reserving any and all defenses, respectfully moves this Honorable Court for additional time in which to submit its Profile Form to Plaintiffs' Liaison Counsel, and in support thereof states as follows:

1.  On March 9, 2010, the Court entered Pre-Trial Order No. 1F requiring Defendant to submit appropriate Profile Form within forty (40) days after service of process.

1

2. The undersigned has been working diligently to obtain all information necessary to complete the appropriate Profile Form. Additional time is needed, however, to gather the information required and to confirm its accuracy.

3. An extension will neither prejudice any of the parties, nor delay this matter.

4. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant, DMH Development, Co., prays for an extension of time through and including September 25, 2010 to submit its Profile Form as required by the Court.

                                              Respectfully submitted,

                                              s/ Glenn B. Adams
                                              GLENN B. ADAMS (2316)
                                              DENIA S. AIYEGBUSI (31549)
                                              Porteous, Hainkel & Johnson, L.L.P.
                                              704 Carondelet Street
                                              New Orleans, LA  70130
                                              Telephone:  (504) 581-3838
                                              Email: gadams@phjlaw.com
                                              Email: daiyegbusi@phjlaw.com

                                              *Attorneys for D & A Construction Services, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that D & A Construction Services, Inc.'s above and foregoing Second Ex Parte Motion for Extension of Time to Submit Defendant Profile Form has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of September, 2010.

                                                        s/ Glenn B. Adams
                                                        GLENN B. ADAMS
                                                        DENIA S. AIYEGBUSI