UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CIVIL ACTION NO.: <br><br> 09-MDL-2047 |
| | * * | SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Kenneth and Barbara Wiltz, individually, and on behalf of others similarly situated | * * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| v. | * * | |
| Beijing New Building Materials Public Limited Co., et al <br> Civil Action No. 10-00361 | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, D & A Construction Services, Inc. to submit its Profile Form to Plaintiffs' Liaison Counsel is extended through and including September 25, 2010.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2010.

---

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

4