UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Kenneth and Barbara Wiltz | * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| v. | * * | |
| Beijing New Building Materials Public Ltd., Co., et al Civil Action No. 10-361 | * * * | |

****************************************************************************

### ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, South Florida Custom Trim to submit its Profile Form to Plaintiffs' Liaison Counsel is extended through and including September 30, 2010.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

3