UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *This Document Relates to:* | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL.,<br><br>Defendants. | CASE NO. 2:09-CV-7791 "L" |

## DEFENDANT HERMITAGE INSURANCE COMPANY'S JOINDER TO CERTAIN DEFENDANTS' OPPOSITION TO THE JOINT MOTION TO COMPEL OF THE PLAINTIFFS' STEERING COMMITTEE AND ROBERT C. PATE IN ACCORDANCE WITH THE COURT'S SCHEDULING ORDERS DATED JULY 1, 2010 AND AUGUST 5, 2010

COMES NOW the Defendant, HERMITAGE INSURANCE COMPANY ("Hermitage"), by and through undersigned counsel, and files this, its Joinder to Certain Defendants' Opposition to the Joint Motion to Compel of the Plaintiffs' Steering Committee and Robert C. Pate in Accordance with the Court's Scheduling Orders Dated July 1, 2010 and August 5, 2010, and would state:

1. Hermitage adopts the arguments contained within the Certain Defendants' Opposition as though fully restated herein.

2. Attached as Exhibit "1" hereto is a copy of a letter, stipulating to personal jurisdiction in the Eastern District of Louisiana, for purposes of this action, which Hermitage was advised would be accepted in lieu of responding to the discovery propounded by Pate.

WHEREFORE, for the reasons stated in this Joinder, and in the Certain Defendants' Opposition to the Joint Motion to Compel, Hermitage requests that this Honorable Court enter an Order denying the Joint Motion to Compel.

/s/ John E. Herndon, Jr.
John E. Herndon, Jr.
Florida Bar No. 199702
CONROY SIMBERG GANON
KREVANS ABEL LURVEY MORROW
& SCHEFER, P.A.
Atrium Building, Suite 105
325 John Knox Road
Tallahassee, FL  32303
Telephone:  (850) 383-9103
Facsimile:  (850) 383-9109
eherndon@conroysimberg.com

Isaac H. Ryan (23925)
Deutsch Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 593-0718
Facsimile:  (504) 566-1201
iryan@dkslaw.com

*CO-COUNSEL FOR DEFENDANT
HERMITAGE INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joinder to Certain Defendants' Opposition to the Joint Motion to Compel of the Plaintiffs' Steering Committee and Robert C. Pate in Accordance with the Court's Scheduling Orders has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of September, 2010.

/s/ John E. Herndon, Jr.
John E. Herndon, Jr.
Isaac H. Ryan