CONROY, SIMBERG, GANON, KREVANS, ABEL,
LURVEY, MORROW & SCHEFER, P.A.

THOMAS W. CONROY
BRUCE F. SIMBERG
NEAL L. GANON
SCOTT D. KREVANS
JONATHAN C. ABEL
JOHN A. LURVEY
JOHN L. MORROW
ALISON J. SCHEFER
LEE W. JENNE
THOMAS R. CRISS
JOHN E. HERNDON, JR.
DALE L. FRIEDMAN
LOUIS A. CAPUTO
PHILIP T. HOFFMAN, JR.
HINDA KLEIN
MICHAEL J. PARIS
ESTHER ZAPATA RUDERMAN
RONALD L. BUSCHBOM
SETH R. GOLDBERG
KATHERINE G. LETZTER
LISA TORRON-BAUTISTA
STUART F. COHEN
MILLARD L. FRETLAND
MICHAEL K. WILENSKY
EDWARD N. WINITZ
MARC J. GUTTERMAN
MICHAEL KRAFT
RODNEY C. LUNDY
JEFFREY A. BLAKER
JACQUELINE M. GREGORY
JOHN A. HOWARD
THOMAS J. McCAUSLAND
LAWRENCE S. GORDON
CHRISTIAN PETRIC
JAYNE A. PITTMAN
DANIEL J. SIMPSON
CHRISTOPHER A. TICE
CHRISTOPHER T. CORKRAN

DAVID M. ABOSCH
MANUEL F. ALVAREZ
DEBRAH L. ANTELL
BRETT R. BLOCH
MICHAEL J. BONFANTI
CARLOS D. CABRERA
JOSHUA C. CANTON
CRISTOBAL A. CASAL
R. SCOTT CLAYTON
JOSHUA N. CLIBURN
KRISTAN SMITH COAD
HILLARY B. COHEN
NICOLE CONTE
MEREDYTH S. COOPER
MATTHEW J. CORKER
MARC M. CRUMPTON, JR.
CHRISTOPHER J. DeLORENZO
BARRY A. DUBINSKY
JAMES M. ECKHART
TODD M. FELDMAN
LOURDES E. FERRER
ODELSA FLORES-DICKMAN
JOANNA E. FRANKEL
MICHAEL J. GALLAGHER
DANNI LYNN GERMANO
MARC A. GREENSTEIN
CHRISTOPHER J. GRUNDORF
SANDRA GUZMAN

MICHAEL G. HAIRE, JR.
HEATHER L. HATCH
KARINA HAYCOOK
WILLIAM M. HEFLEY
SHARON W. HENDON
CHAD B. HESS
MARISSA M. HOFFMAN
BLAIR J. HYMAN
JULIE CLARK IRELAND
NEIL M. KAHN
MICHAEL S. KAST
LORI D. KEMP
SCOTT E. KLOTZMAN
SHAWN C. LAYMAN
MELISSA M. LEWIS
JESSIKA X. LORIE
DEAN R. MALLETT
KIRSTEN H. MATTHIS
ROBERT J. MAYER
MELISSA G. McDAVITT
STARLENE D. McGORY
ROBERT H. McLEAN
CRYSTALIN C. MEDEIROS
RACHEL H. MINETREE
KATHERINE A. MOCKLER
MICHAEL R. MORLEY
KERRI H. O'BRIEN
JENNIFER L. PARKER

JASON J. PIECZONKA
BRYAN S. RESNICK
ASHLEY D. ROBERTS
STEPHANIE A. ROBINSON
NICOLE E. ROERO
MARNI ROGALSKY
DAVID S. ROTHENBERG
MICHAEL D. RUEL
WILLIAM A. SABINSON
KELLY BENNISON SCHAET
BRAM L. SCHARF
STEPHANIE A. SELIGMAN
JOSEPH M. SETTE
KENDRA F. SHAW
ELISSA W. SIMBERG
MICHAEL S. SPEROUNES
JOHN S. STEVENS
DARLENE STOSIK
WILTON H. STRICKLAND
STEPHEN W. STUKEY
RICHARD L. TRUITT
DAMARY VALLE
JONATHAN E. WALKER
I. DAVID WEISS
ROBERT R. WILDER

325 John Knox Road
Atrium Building
Suite 105
Tallahassee, Florida 32303
TEL (850) 383-9103
FAX (850) 383-9109

E-mail Address: csg@conroysimberg.com
Website Address: www.conroysimberg.com

August 13, 2010

Anna M. Piazza, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

    Re:    PATE, ROBERT C., as Trustee for the CHINESE DRYWALL TRUST V. HERMITAGE INSURANCE COMPANY, et al.
           Suit File No.:    MDL 2047
           Our File No.:    106653

Dear Ms. Piazza:

    On July 23, 2010, we were served with jurisdictional discovery requests from your office. In a Court Order dated July 1, 2010, the Court ordered that anyone stipulating to jurisdiction of the Court could avoid jurisdictional discovery.

    In accordance with that Court Order, our client, Hermitage Insurance Company, stipulates, solely for purposes of this Robert C. Pate, as Trustee of the Chinese Drywall Trust, litigation, in MDL Case Number 2047, that it is subject to jurisdiction in the Eastern District of Louisiana. We will not be responding to any jurisdictional discovery which has been served upon Hermitage Insurance Company, pursuant to this stipulation.

    Further, our Motion to Dismiss, on grounds of improper venue and *forum non conveniens*, will proceed as scheduled on November 3, 2010. As agreed, this stipulation will not be utilized as a waiver, abandonment, or concession of the arguments set forth in that Motion to Dismiss, or in any of Hermitage's joinders in the other Motions to Dismiss for improper venue or *forum non conveniens*.

    Should you have any questions or concerns regarding any of the foregoing, please do not hesitate to contact our office.

**EXHIBIT 1**

HOLLYWOOD   WEST PALM BEACH   ORLANDO   FORT MYERS   MIAMI   PENSACOLA   TAMPA   JACKSONVILLE
Phone (954) 961-1400   Phone (561) 697-8088   Phone (407) 649-9797   Phone (239) 337-1101   Phone (305) 940-4821   Phone (850) 436-6605   Phone (813) 273-6464   Phone (904) 296-6004
Fax (954) 967-8577   Fax (561) 697-8664   Fax (407) 649-1968   Fax (239) 334-3383   Fax (954) 967-8577   Fax (850) 436-2102   Fax (813) 273-6465   Fax (904) 296-6008

Anna M. Piazza, Esquire
PATE, ROBERT C., as Trustee for the CHINESE DRYWALL TRUST V. AMERICAN IN'L SPECI
August 13, 2010
Page 2

                        Very truly yours,

                        *Kirsten Matthis*

                        Kirsten H. Matthis

cc:    John E. Herndon, Jr.

       Peter Caçe
       Tower Group Companies
       \*\*VIA EMAIL\*\*

LTR001.MTR