UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

*************************************************

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO FILE SUBSTITUTE EXHIBIT

**May it Please the Court:**

On August 30, 2010 Owners filed its Opposition to Plaintiffs' Steering Committee and Robert C. Pate's Motion to Compel. (Rec. Doc. 5381). In order to preserve its ability to file the signed document, Owners attached as Exhibit "D" an unsigned affidavit of Owners Senior Attorney, Kathleen Lopilato, because Owners was unable to obtain the signature of the affiant in advance of the deadline for filing its opposition brief. Owners now moves this honorable Court for leave to supplement Exhibit "D" of its Opposition to Plaintiffs' Motion to Compel with the signed affidavit of Kathleen Lopilato. Owners avers there is no prejudice to the parties because the executed affidavit is of the same form and substance as the unsigned version attached to the originally filed brief.

Accordingly, Owners proposes to substitute and file Exhibit "D" herein to Owners Opposition Memorandum and respectfully requests that the Court enter the attached Order granting leave to file this as an Exhibit. Counsel for Pate does not oppose this substitution, which, again, only involves the replacement of the signature page. The content of the affidavit otherwise is the same.

    Respectfully submitted:

    **LEAKE & ANDERSSON LLP**

    */s/ Amanda W. Vonderhaar*
    _____
    **JERRY L. SAPORITO, T.A.  (#11717)**
    jsaporito@leakeandersson.com
    **W. PAUL ANDERSSON (#2474)**
    pandersson@leakeandersson.com
    **AMANDA W. VONDERHAAR (#31350)**
    avonderhaar@leakeandersson.com
    1700 Energy Center
    1100 Poydras Street
    New Orleans, Louisiana 70163-1701
    Telephone: (504) 585-7500
    Fax: (504) 585-7775

    **-AND-**

    **MORROW, ROMINE & PEARSON P.C.**

    */s/ Roger S. Morrow*
    _____
    **ROGER S. MORROW** (pro hac vice)
    rsmorrow@mrplaw.com
    Post Office Box 4804
    Montgomery, Alabama 36103-4804
    Telephone: (334) 262-7707
    Fax: (334) 262-7742

    *Attorneys for Owners Insurance Company, Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Memorandum in Support of Unopposed Motion to File Substitute Exhibit** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of September, 2010.

                                                  */s/ Amanda W. Vonderhaar*
                                                  _____
                                                  AMANDA W. VONDERHAAR