# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

**********************************************

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Defendant Owners Insurance Company be granted leave to file the attached Exhibit (signed affidavit of Kathleen Lopilato as Exhibit "D" to Owners' Opposition to Plaintiffs' Steering Committee and Robert C. Pate's Motion to Compel) as a substitute to the original Exhibit "D" (Rec. Doc. 5381).

New Orleans, Louisiana, this _____ day of September, 2010.

_____
HONORABLE ELDON E. FALLON
Judge, United States District Court,
Eastern District of Louisiana