IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>**David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al.,**<br>**Case No. 2:09-cv-6690 (E.D. La.)**<br><br>**THIS DOCUMENT APPLIES TO ALL CASES** | MDL Docket No. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### MOTION TO DISMISS R & H MASONRY CONTRACTOR, INC. UNDER F.R.C.P. 12b(2) FOR LACK OF PERSONAL JURISDICTION

COMES NOW the defendant, R & H Masonry Contractor, Inc., and moves this Court to dismiss this action under F.R.C.P. 12b(2) for lack of personal jurisdiction.  This defendant would show unto the Court the following:

1. The plaintiffs, Herschel and Karen Holt, who have sued R & H Masonry Contractor, Inc., are Florida residents and the house at issue is in Florida (see Complaint).

2. R & H Masonry Contractor, Inc. is a Florida corporation that has never done business in the State of Louisiana (Exh. 1; Harry Harris Affidavit).

3. R & H Masonry Contractor, Inc. does not have minimum contacts with the State of Louisiana (Exh. 1; Harry Harris Affidavit).

4. The entire transaction between R & H Masonry Contractor, Inc. and the plaintiffs, Herschel and Karen Holt, took place in the State of Florida.

5. R & H Masonry Contractor, Inc. has not submitted to, and is not subject to, jurisdiction in this Court.

1857902 v1

6. In the absence of any contact between R & H Masonry Contractor, Inc. and the State of Louisiana, this Court does not have personal jurisdiction over R & H Masonry Contractor, Inc. on claims that arise from real property located in the State of Florida.

WHEREFORE, this defendant requests that this case against R & H Masonry Contractor, Inc. be dismissed under F.R.C.P. 12b(2) and for all the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

                                                    s/ S. Greg Burge
                                                    S. Greg Burge (AL Bar# ASB-0558-B37S)
                                                    gburge@burr.com

                                                    Attorney for Defendant
                                                    R & H MASONRY CONTRACTOR, INC.

HORVATH DRYWALL, INC.
OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of September, 2010.

                                                    s/ S. Greg Burge
                                                    OF COUNSEL