IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL Docket No. 2047 ) |
| This Document Relates to: David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al., Case No. 2:09-cv-6690 (E.D. La.) | ) ) SECTION L ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) ) |
| THIS DOCUMENT APPLIES TO ALL CASES | ) |

### AFFIDAVIT OF HARRY HARRIS

STATE OF FLORIDA          )

COUNTY OF SANTA ROSA      )

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, Harry Harris, who states under oath as follows:

1. My name is Harry Harris. I am over the age of twenty-one years, and I am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth in this affidavit, and all such facts are true to the best of my knowledge.

2. I am a natural person currently residing in the State of Florida at 3909 Andrew Jackson Circle, Pace, Florida 32571.

3. I have been in the contracting business for the last twenty ~~(20)~~ 30 [HC.H.] years. I am the President of R & H Masonry Contractor, Inc. R & H Masonry Contractor, Inc. is a Florida corporation.

4. The business address of R & H Masonry Contractor, Inc. is 3909 Andrew Jackson Circle, Pace, Florida 32571.

5. R & H Masonry Contractor, Inc. is in the general contracting business.

6. In the last twenty (20) years that I have been in the contracting business, R & H Masonry Contractor, Inc. has never installed drywall in a home in Louisiana, contracted or subcontracted with businesses in Louisiana, conducted or sought to conduct any business in Louisiana, advertised in Louisiana, or in any way targeted their activities toward Louisiana.

7. R & H Masonry Contractor, Inc. has never been licensed or registered to do business in Louisiana, nor has R & H Masonry Contractor, Inc. ever had any offices, headquarters or any other facilities, or employees in Louisiana.

8. R & H Masonry Contractor, Inc. does not have an agent for service of process in Louisiana.

9. R & H Masonry Contractor, Inc. does not have any bank accounts in Louisiana or own any property in Louisiana.

10. R & H Masonry Contractor, Inc. has never maintained a telephone line or kept a post office box or otherwise received mail in Louisiana.

11. R & H Masonry Contractor, Inc. has no contacts with the State of Louisiana that support the exercise of jurisdiction in Louisiana, nor did it ever anticipate it would be haled into court in Louisiana.

12. The only plaintiffs in this case who allege that R & H Masonry Contractor, Inc. has anything to do with Chinese drywall are Herschel & Karen Holt. Their home is located at 200 Camp Haverson Lane, Baker, Florida 32571.

13. The drywall in the Holt home was sold to the Holts in the State of Florida and delivered to their home site in the State of Florida by R & H Masonry Contractor, Inc. The sheet rock was installed in the Holt home by Terry Lollie, an independent contractor, hired by the

Holts. R & H Masonry Contractor, Inc. purchased the drywall from Pate Stevedore Company, Inc. in Pensacola, Florida.

14. R & H Masonry Contractor, Inc. was not the general contractor on the Holt home. The Holts contracted the building of the home themselves. R & H Masonry Contractor, Inc. had purchased the drywall to build townhomes on their own behalf. The Holts lived next to the townhomes' site and asked R & H Masonry Contractor, Inc. to sell them approximately 100 [HH] sheets of drywall to build their home. This sale of drywall to the Holts took place in the State of Florida and has no connection to the State of Louisiana.

15. R & H Masonry Contractor, Inc. was never involved in the manufacture of drywall, the distribution of drywall, or the storage of drywall.

**FURTHER AFFIANT SAYETH NOT.**

DATED: August 18, 2010

By _/s/ Harry Harris_
Harry Harris

I, Sharon C. Fleming, a Notary Public in and for said County in said State, hereby certify that Harry Harris, whose name is signed to the foregoing AFFIDAVIT OF HARRY HARRIS, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal, this 18th day of August, 2010.

_/s/ Sharon C. Fleming_
NOTARY PUBLIC

[SEAL]

SHARON C. FLEMING
MY COMMISSION # DD 858931
EXPIRES: March 5, 2013
Bonded Thru Budget Notary Services

My Commission Expires:_____

**PERSONALLY KNOWN TO ME
AND DID NOT TAKE AN OATH**

1851722 v1

3

**R & H Masonry Contractors, Inc.**
3909 Andrew Jackson Circle
Pace, Florida 32571
Ph: 850-994-2242
Fax: 850-994-7252

April 20, 2008

R & H Masonry Contractors, Inc. received from Herschal Holt, Five Hundred and 00/100--------Dollars ($500.00) for a total of 100 sheets of regular drywall for Use in his personal residence.

Signed,

*Harry C. Harris*
Harry C. Harris
President