UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2047 |
| | * | JUDGE: FALLON |
| This Document relates to *Amato v. Liberty Mutual Insurance Company, et al* (10-932) | * * * * | MAG: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COME NOW, the undersigned law firms of LOBMAN, CARNAHAN, BATT, ANGELLE & NADER, PLC, and THOMPSON, COE, COUSINS & IRONS, L.L.P., to hereby file this Notice of Appearance as counsel on behalf of the Defendant, CRUM & FORSTER SPECIALTY INSURANCE COMPANY. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

This 1st day of September, 2010.

                                                        Respectfully submitted,

                                                        ____*/s Eric B. Berger*____
                                                        SIDNEY J. ANGELLE, #1002
                                                        ERIC B. BERGER, #26196
                                                        LOBMAN, CARNAHAN, BATT,
                                                          ANGELLE & NADER
                                                        400 Poydras Street, Suite 2300
                                                        New Orleans, Louisiana  70130
                                                        (504) 586-9292    FAX (504) 586-1290

                                                        -and-

BRIAN S. MARTIN, *pro hac vice*
RODRIGO "DIEGO" GARCIA, JR., *pro hac vice*
SUZANNE M. PATRICK, *pro hac vice*
THOMPSON COE COUSINS & IRONS, L.L.P.
One Riverway
Suite 1600
Houston, TX 77056
(713) 403.8372  Fax: 713.403.8299

**Attorneys for** *Crum & Forster Specialty Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  1st  day of  September , 2010.

  /s Eric B. Berger