UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, INDIVIDUALLY, and on BEHALF of ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>       Defendants. | CLASS ACTION COMPLAINT<br>NO. 10-932<br>SECTION "L"<br>MAG. 2 |

### AFFIDAVIT OF CHARLES I. HADDEN
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

DISTRICT OF COLUMBIA

  Before me, the undersigned authority, a Notary Public in and for the District of Columbia, personally appeared CHARLES I. HADDEN, being duly sworn, did depose and say as follows:

  1. I am a Partner of the Washington, D.C. office of the firm Troutman Sanders, LLP, located at 401 9th Street, N.W., Suite 1000, Washington, D.C. 20004-2134, Telephone Number (202) 662-2025, Facsimile Number (202) 654-5816, E-mail: chuck.hadden@troutmansanders.com,

  2. I am an active member in good standing of the Bar of the District of Columbia and currently eligible to practice law in the following jurisdictions: the United States District Court for the District of Columbia (admitted 1979); the United States District Court for the Western District of Michigan (admitted 1975); the highest Courts for the State of Michigan and

1049796v1

the District of Columbia; the United States Circuit Courts of Appeals for the First, Second, Fourth, Fifth, Seventh, Ninth and Tenth Circuits; the United States Circuit Courts of Appeals for the District of Columbia Circuit; the United States Circuit Courts of Appeals for the Armed Forces and the United States Supreme Court.

2. There are no disciplinary proceedings pending against me.

3. I have not been subject to any disciplinary proceedings.

4. I have never been subject to any suspension proceedings.

5. I have never been suspended from the practice of law before any bar and have never been disciplined by any bar.

3. I DO SOLEMNLY SWEAR that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Uniform Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

4. On the basis of the foregoing, I respectfully request that the Court permit me to appear *pro hac vice* on behalf of Continental Casualty Company in the above-captioned matter.

_____
CHARLES I. HADDEN

Sworn and Subscribed to before me
this 2nd day of September 2010.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES:

JUDY M. HILTON
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires June 30, 2012

1049796v1