UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, INDIVIDUALLY, and on BEHALF of ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>       Defendants. | CLASS ACTION COMPLAINT<br>NO. 10-932<br>SECTION "L"<br>MAG. 2 |

## ORDER OF ADMISSION *PRO HAC VICE*

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Charles I. Hadden, of the law firm of TROUTMAN SANDERS, LLP be and is hereby granted permission to appear and participate *pro hac vice* as co-counsel for Continental Casualty Company in this case.

  DATED this the_____ day of _____, 2010.

                _____
                UNITED STATES DISTRICT JUDGE

1049796v1