IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, INDIVIDUALLY, and on BEHALF of ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>        Defendants. | CLASS ACTION COMPLAINT<br>NO. 10-932<br>SECTION "L"<br>MAG. 2 |

## MOTION FOR ADMISSION *PRO HAC VICE*

**NOW INTO COURT**, comes Movant, Glenn G. Goodier, an attorney, and on behalf of defendant Continental Casualty Company, states:

1. Movant is a member of the law firm of Jones, Walker, Waechter, Poitevent, Carrère and Denègre, and is a member of good standing of the bar of this Court and the State of Louisiana, familiar with the local rules and customs of this court.

2. Movant is counsel for Continental Casualty Company and requests permission from this Court that, although the following attorney does not reside in Louisiana nor is licensed to practice law in Louisiana, he be allowed to appear *pro hac vice* in this matter as additional counsel for Continental Casualty Company:

  Charles A. Jones (District of Columbia Bar # 449127)
  Troutman Sanders, LLP
  401 9th Street, N.W.
  Suite 1000
  Washington, D.C. 20004-2134
  Phone: (202) 662-2074
  Facsimile: (202) 654-5822
  Email: tony.jones@troutmansanders.com

1049969v1

3. Mr. Jones is admitted to and a member in good standing of the United States District Court for the District of Columbia and the District of Columbia Bar as evidenced by the certificate of good standing issued by the Clerk of the Federal District Court for the District of Columbia which is attached to and incorporated into this motion.

4. If Mr. Jones is allowed to appear in this matter, Movant will continue to act as local counsel for defendant. Movant agrees to readily communicate with opposing counsel and the Court regarding the conduct of this matter and to accept papers when served.

**THEREFORE**, it is requested that Charles A. Jones be allowed to appear and participate in this case as co-counsel of record for Continental Casualty Company, and for all other relief as is justified in the premises.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 589-8174
E-mail: ggoodier@joneswalker.com;
*Counsel for Continental Casualty Company*

1049969v1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been forwarded by electronic filing to opposing counsel of record on this 3rd day of September, 2010.

                                          */s/ Glenn G. Goodier*
                                          GLENN G. GOODIER