UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, INDIVIDUALLY, and on BEHALF of ALL OTHERS SIMILARLY SITUATED,<br><br>                        Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>                        Defendants. | CLASS ACTION COMPLAINT<br><br>NO. 10-932<br><br>SECTION "L"<br><br>MAG. 2 |

**AFFIDAVIT OF CLARENCE Y. LEE
IN SUPPORT OF ADMISSION *PRO HAC VICE***

DISTRICT OF COLUMBIA

     Before me, the undersigned authority, a Notary Public in and for the District of Columbia, personally appeared CLARENCE Y. LEE, being duly sworn, did depose and say as follows:

     1.     I am an Associate of the Washington, D.C. office of the firm Troutman Sanders, LLP, located at 401 9th Street, N.W., Suite 1000, Washington, D.C. 20004-2134, Telephone Number (202) 662-2021, Facsimile Number (202) 654-5826, E-mail: clarence.lee@troutmansanders.com,

     2.     I am an active member in good standing of the Bar of the District of Columbia and currently eligible to practice law in the following jurisdictions: the United States District Court for the District of Columbia (admitted November 2005); the United States District Court for the Eastern District of Virginia (admitted April 2005); the highest Courts for the

1049970v1

Commonwealth of Virginia and State of California as well as the District of Columbia; and the United States Circuit Court of Appeals for the Fourth Circuit.

2. There are no disciplinary proceedings pending against me.

3. I have not been subject to any disciplinary proceedings.

4. I have never been subject to any suspension proceedings.

5. I have never been suspended from the practice of law before any bar and have never been disciplined by any bar.

3. I DO SOLEMNLY SWEAR that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession.  I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Uniform Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

1049970v1

4.  On the basis of the foregoing, I respectfully request that the Court permit me to appear *pro hac vice* on behalf of Continental Casualty Company in the above-captioned matter.

_____
CLARENCE Y. LEE

Sworn and Subscribed to before me
this 2nd day of September, 2010.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES:

JUDY M. HILTON
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires June 30, 2012

1049970v1