UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, INDIVIDUALLY, and on BEHALF of ALL OTHERS SIMILARLY SITUATED,<br><br>                         Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>                         Defendants. | CLASS ACTION COMPLAINT<br>NO. 10-932<br>SECTION "L"<br>MAG. 2 |

## ORDER OF ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Clarence Y. Lee, of the law firm of TROUTMAN SANDERS, LLP be and is hereby granted permission to appear and participate *pro hac vice* as co-counsel for Continental Casualty Company in this case.

DATED this the _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

1049970v1