UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          :          2:09-MD-02047
PRODUCTS LIABILITY LITIGATION        :
                                     :          SECTION: L
This Relates to Case: 2:09-cv-7626   :
Payton, et al v. Knauf Gips KG, et al :         JUDGE FALLON
                                     :
                                     :          MAG. JUDGE WILKINSON
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert

and Stephen M. Whitlow enter an appearance in this Court as counsel of record for

BRADFORD LUMBER & SUPPLY, INC.

John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow's

address and firm affiliation are as follows:

Keogh, Cox & Wilson, Ltd.
701 Main Street
Baton Rouge, LA 70802
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
www.kcwlaw.com

Respectfully submitted by:

**KEOGH, COX & WILSON, LTD.**

BY:   <u>s/Christopher K. Jones</u>
          JOHN P. WOLFF, III, T.A., Bar #14504,
          jwolff@kcwlaw.com
          NANCY B. GILBERT, Bar #23095,
          ngilbert@kcwlaw.com
          CHRISTOPHER K. JONES, Bar #28101,
          cjones@kcwlaw.com
          STEPHEN M. WHITLOW, Bar #21945
          swhitlow@kcwlaw.com
          701 Main Street
          Post Office Box 1151
          Baton Rouge, Louisiana  70821
          Telephone:  (225) 383-3796
          Telecopier: (225) 343-9612
          *Counsel for Bradford Lumber & Supply, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 3rd day of September, 2010.

<u>s/Christopher K. Jones</u>
JOHN P. WOLFF, III
NANCY B. GILBERT
CHRISTOPHER K. JONES
STEPHEN M. WHITLOW