UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | 09-6690 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| This Relates to Case: 09-cv-6690 | : | |
| Gross, et al v. Knauf Gips KG, et al | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE WILKINSON |

******************************************************************************

# NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow enter an appearance in this Court as counsel of record for BRADFORD LUMBER & SUPPLY, INC.

John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow's address and firm affiliation are as follows:

> Keogh, Cox & Wilson, Ltd.
> 701 Main Street
> Baton Rouge, LA 70802
> Post Office Box 1151
> Baton Rouge, Louisiana  70821
> Telephone: (225) 383-3796
> Facsimile: (225) 343-9612
> www.kcwlaw.com

Respectfully submitted by:

**KEOGH, COX & WILSON, LTD.**

BY:   s/Christopher K. Jones
       JOHN P. WOLFF, III, T.A., Bar #14504,
       jwolff@kcwlaw.com
       NANCY B. GILBERT, Bar #23095,
       ngilbert@kcwlaw.com
       CHRISTOPHER K. JONES, Bar #28101,
       cjones@kcwlaw.com
       STEPHEN M. WHITLOW, Bar #21945
       swhitlow@kcwlaw.com
       701 Main Street
       Post Office Box 1151
       Baton Rouge, Louisiana 70821
       Telephone: (225) 383-3796
       Telecopier: (225) 343-9612
       *Counsel for Bradford Lumber & Supply, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 3rd day of September, 2010.

       s/Christopher K. Jones
       JOHN P. WOLFF, III
       NANCY B. GILBERT
       CHRISTOPHER K. JONES
       STEPHEN M. WHITLOW