UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Gross, et al. v. Knauf Gips KG, et al.*
2:09-cv-6690 (E.D. La.)

MDL NO. 2047

SECTION L

JUDGE FALLON
MAG. JUDGE WILKINSON

-----------------------------------------------------------------

### ALEXANDER AND IRINA REKHELS' COMBINED ERRATA AND NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT AUBUCHON HOMES, INC.

Plaintiffs Alexander and Irina Rekhels hereby note the following Errata to the complaint in *Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.) (the "Omnibus III Complaint"): Aubuchon Homes, Inc. (paragraph 1135; subclass 69) is mistakenly identified as the builder of Plaintiffs Alexander and Irina Rekhels' home. The actual builder of the Rekhels' home is Aburton Homes, Inc. (paragraph 1123; subclass 55). The Rekhels' shall proceed with their claims against Aburton Homes, Inc. (subclass 55) and are voluntarily dismissing, without prejudice, their claims against Aubuchon Homes, Inc (subclass 69).

Pursuant to Fed.R.Civ.P. 41(a) (1) (A) (i), Plaintiffs Alexander and Irina Rekhels hereby voluntarily dismiss, without prejudice, their claims against Aubuchon Homes, Inc. (paragraph 1135; subclass 69). The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is a correspondence from Pete V. Albanis, Esq., counsel for Alexander and Irina Rekhels, dated August 27, 2010 which specifically authorizing the undersigned to file this Combined Errata and Notice of Voluntary Dismissal.

Respectfully submitted,

September 3, 2010

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liason Counsel
MDL 2047

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of September, 2010.

/s/ Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

# EXHIBIT "A"

IEYS AT LAW

...JTIS V. ALBANIS +
KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
DANESE K. BANKS ∞
H. SCOTT BATES
RICHARD W. BATES
JENNIFER M. BERMEL°
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER †
WILLIAM B. BOWLES, JR.
ANDREW M. BRAGG
CHAD T. BRAZZEAL
ADAM BRUM
DONALD W. BUCKLER ♦
NICHOLAS A. BUONICONTI, III
TUCKER H. BYRD ◊
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ***
BEVERLY A. CARSON ***
KEITH M. CARTER †
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ***
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
CLAY A. DEATHERAGE
JOSEPH M. DEFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
JAMES J. DYE
TYLER B. EVERETT
ALBERT J. FERRERA
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH ¤
PETER B. GEE, JR. ◌
TAMRA C. GIVENS
STEVEN C. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ***
C. DOUGLAS GREEN
JENNIFER J. HALPERN ‡
RYAN J. HAYES
LAUREN C. HEATWOLE
DAVID G. HENRY
MATTHEW I. HETZEL
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN II
WILLIAM P. HOWARD
KATHERINE V. HUNG****
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL §
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
DARRELL W. KROPOG, JR.
GERALD L. KUCIA
RYAN C. KUHL
GRANT A. KUVIN
MARK A. LAMBERT ⏗
ARMANDO T. LAURITANO §
CLINT M. LAVENDER
CARLOS V. LEACH
JARED M. LEE
JASON R. LEONARD **
NANETTE A. LEVI •
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE ✦
BOBBY F. MARTIN, JR. ▢
KATHERINE M. MASSA ✦
BERNARD R. MAZAHERI ■
TODD K. MAZIAR ▣
BRIAN K. McCLAIN
DAVID A. McLAUGHLIN +
J. ANDREW MEYER
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK †◆
BRIAN F. MOES
DAVID B. MOFFETT †
CHARLES T. MOORE
HECTOR A. MORE˙
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIMA D. MORGAN



## MORGAN & MORGAN®
A LIMITED LIABILITY COMPANY

*Attorneys At Law*

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

August 27, 2010

DAVID H. MOSKOWITZ ***
HENRY P. MOWRY
OMAR L. NELSON ****
DANIEL J. NEWLIN △
CHRISTOPHER H. NEYLAND****
KEENAN R.S. NIX †***
A. SCOTT NOECKER
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
FRANK M. PETOSA
RONSON J. PETREE
JOHN M. PHILLIPS Ω
FRANK W. PIAZZA
REYNOLDS E. PITTS, JR.
GREGORY D. PRYSOCK †
CHRISTOPHER V. PULEO
J. CARLOS REAL ^
MICHAEL T. REESE
GARRY J. RHODEN ✳
DAVID I. RICKEY ˙
DARRYL E. ROUSON
PAUL L. SANGIOVANNI ✓
RANDY E. SCHIMMELPFENNIG
JAMES H. SCHMITT
P. CHRIS SCHROEDER
MEGAN D. SEARLS
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
W. BRYAN SMITH ∞
MICHAEL J. SMITH †
DAVID A. SPAIN
DEIRDRE M. STEPHENS-JOHNSON
CRAIG R. STEVENS †
L. CHRIS STEWART ***
MICHAEL F. SUTTON †
JOSEPH M. TARASKA †
J. HOWARD THIGPEN
NICHOLAS R. THOMPSON
HARRAN E. UDELL
BERT E. UEBELE, IV
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC ˙
BILL M. WADE +
SCOTT WM. WEINSTEIN
J. DENNIS WEITZEL †◌
MATTHEW B. WHEELEY
SCOTT M. WHITLEY † ▢
BRADFORD T. WILLARD

OF COUNSEL

MICHAEL ESPY *****
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
ROBERT J. SCANLAN
CLAY M. TOWNSEND
MARK J. PROCTOR

† BOARD CERTIFIED
  CIVIL TRIAL LAWYER
˙ BOARD CERTIFIED
  WORKERS' COMPENSATION
  LAWYER
** ALSO LICENSED IN ARIZONA
*** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ON
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
△ LICENSED IN ILLINOIS
◌ LICENSED IN AL, MS, TN
■ LICENSED IN TEXAS
¤ LICENSED IN NY & NJ
+ LICENSED IN TN & AR
⏗ LICENSED IN TN & MS
✳ LICENSED IN MO & IL
○ LICENSED IN TEXAS ONLY
▢ LICENSED IN TN, AR & MS
∞ LICENSED IN TENNESSEE ON
✦ LICENSED IN ILLINOIS ONLY
※ LICENSED IN AR, TN, MS KY /
◊ LICENSED IN NORTH CAROLI
• ALSO LICENSED IN CALIFORN
▣ ALSO LICENSED IN GEORGIA
◆ ALSO LICENSED IN TENNESS
✤ ALSO LICENSED IN ILLINOIS
§ ALSO LICENSED IN NEW YOR
▢ ALSO LICENSED IN NEW JER:
Ω ALSO LICENSED IN AL & GA
✓ BOARD CERTIFIED
  CONSTRUCTION LAW

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
(1085397)
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, Louisiana 70113

   **Re: Our Clients Alexander and Irina Rekhels**
     *In re: Chinese Manufactured Drywall Products Liability Litig.*
     *Gross, et al. v. Knauf Gips KG, et. al.*, **Case No. 2:09-cv-6690**

Dear Russ & Lenny:

We represent Alexander and Irina Rekhels. We hereby authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to file the enclosed Combined Errata and Notice of Voluntary Dismissal of Claims against Defendant Aubuchon Homes, Inc. The Rekhels' claims against the remaining defendants are to remain in full force and effect.

Very truly yours,

Pete V. Albanis, Esq.

PVA/ah
Enclosure

www.forthepeople.com

JACKSON, MS   DAVIE   ST. PETERSBURG   TAVARES   FT. MYERS   ORLANDO   KISSIMMEE   TAMPA   ATLANTA   JACKSONVILLE   MEMPHIS
(601) 949-3388   (954) 318-0268   (727) 490-2001   (352) 253-2700   (239) 433-6880   (407) 420-1414   (407) 452-6990   (813) 223-5505   (404) 965-8811   (904) 398-2722   (901) 217-7000