UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano et al. v. Taishan Gypsum Co., Ltd.*, *et al.*, **Case No. 09-6687;** *The Mitchell Co., Inc. v. Knauf Gips KG et al.*, **Case No. 09-4115;** *Steiner et al. v. Beijing New Building Material, PLC et al.*, **Case No. 09-06545;** *Gross et al. v. Knauf Gips KG et al.*, **Case No. 09-6990;** *State of Louisiana v. Knauf Gips KG et al.*, **Case No. 10-0340**

## MOTION FOR EXTENSION OF TIME TO SUBMIT MANUFACTURER PROFILE FORMS

Defendants Taishan Gypsum Co. Ltd. ("Taishan") and Taian Taishan Plasterboard Co., Ltd., ("TTP")[1], respectfully move this Honorable Court for an additional extension of time to submit their Defendant Manufacturer Profile Forms to Plaintiff's Liaison Counsel in the above-captioned matters. These forms are currently due on September 3, 2010. However, for the reasons stated in the accompanying memorandum in support, Taishan and TTP hereby request an immediate extension until the date of the next status conference on September 16, 2010 to discuss an appropriate deadline for submission of these MPF forms.

---

[1] TTP joins in this motion solely with respect to *Gross et al. v. Knauf Gips KG et al.*, Case No. 09-6690.

WHEREFORE, Defendants Taishan and TTP respectfully request this Court grant an extension of time until September 16, 2010 to serve the Defendant Manufacturer Profile Forms on Plaintiffs' Liaison Counsel.

                                        Respectfully Submitted,

                                        /s/ Thomas P. Owen, Jr.
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail:  rcs@stanleyreuter.com
       tpo@stanleyreuter.com

Joe Cyr
Frank Spano
Eric Statman
Matthew Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York  10022
Telephone:  212-918-3000
Facsimile:  212-918-3100
E-mail:  joe.cyr@hoganlovells.com
       frank.spano@hoganlovells.com
       eric.statman@hoganlovells.com
       matthew.galvin@hoganlovells.com

**Attorneys for Defendant Taishan Gypsum Co., Ltd.**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion for Extension of Time to Submit Manufacturer Profile Forms has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of September, 2010.

                                                  /s/ Thomas P. Owen, Jr.