UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687;** *The Mitchell Co., Inc. v. Knauf Gips KG et al.*, **Case No. 09-4115;** *Steiner et al. v. Beijing New Building Material, PLC et al.*, **Case No. 09-06545;** *Gross et al. v. Knauf Gips KG et al.*, **Case No. 09-6990;** *State of Louisiana v. Knauf Gips KG et al.*, **Case No. 10-0340**

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME
TO SUBMIT MANUFACTURER PROFILE FORMS**

Defendants Taishan Gypsum Co. Ltd. ("Taishan") and Taian Taishan Plasterboard Co., Ltd., ("TTP")[1], respectfully submit this memorandum in support of their motion for an additional extension of time until September 16, 2010 to submit their Defendant Manufacturer Profile Forms ("MPFs") to Plaintiff's Liaison Counsel in the above-captioned matters.

This Court previously granted an extension of time until September 3, 2010 in order for Taishan and TTP to submit MPFs required under Pretrial Order 1F to Plaintiffs'

---

[1] TTP joins in this motion solely with respect to *Gross et al. v. Knauf Gips KG et al.*, Case No. 09-6690.

1

Liaison Counsel.  Since appearing for Taishan and TTP, counsel has diligently endeavored to obtain the information necessary to complete the MPFs, which included an extensive trip to China in mid-August 2010 to collect additional information necessary to complete these forms.  But as was explained in their previous motions, counsel's investigation of this matter has been slowed by the language and logistical difficulties associated with collecting facts from rural China, and counsel still needs additional time to sort through this information in order to complete the MPFs.

Moreover, Taishan has filed a motion to set aside the default judgment and dismiss the Complaint against Taishan in the *Germano* action and will shortly file motions seeking dismissal from the *Gross*, *Mitchell*, *State of Louisiana* and *Steiner* actions.  TTP will also be moving to be dismissed from the *Gross* action.  The principal ground for dismissal in these cases is that the Court lacks personal jurisdiction over Taishan and TTP, Chinese companies without sufficient contacts with the forum states where the actions were filed for the Court to exercise jurisdiction.  In each of the cases, the relevant jurisdictional facts are straight-forward and not in dispute.  If these motions are successful, neither Taishan nor TTP will be required to complete an MPF as they will no longer be parties in these suits.

Finally, the procedural posture of these cases also lends against requiring Taishan and TTP to submit MPFs at this time.  *First*, because defaults have been entered in *Germano* and *Mitchell*, Taishan should not be subject to discovery in those cases.  *Second*, the PSC has indicated that it is proceeding to serve the Omnibus III Class Action Complaint in Intervention in *Gross* pursuant to the Hague Convention.  Thus, we believe MPFs should not be due in that case until the PSC completes service of its final amended pleading.  *Third*, with respect to the *State of Louisiana* matter, there is a pending motion to remand which should preclude the requirement of

MPF forums until subject matter jurisdiction is determined.  *Fourth*, in *Steiner*, the Plaintiffs have moved to intervene in the *Wiltz* Omnibus II Class Action Complaint, which has not yet been served on Taishan.  Taishan and TTP believe that it may not be appropriate or an efficient use of time to submit MPFs until these procedural issues are resolved.  Accordingly, Taishan and TTP respectfully submit that the best course of action is to grant an extension of time until the next status conference on September 16, 2010 to permit the parties and the Court to further discuss an appropriate time frame as to if and when these MPFs should be due in the context of the procedural posture of these cases.

Respectfully Submitted,

/s/ Thomas P. Owen, Jr.
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail:  rcs@stanleyreuter.com
         tpo@stanleyreuter.com

                        Joe Cyr
                        Frank Spano
                        Eric Statman
                        Matthew Galvin
                        HOGAN LOVELLS US LLP
                        875 Third Avenue
                        New York, New York  10022
                        Telephone:  212-918-3000
                        Facsimile:  212-918-3100
                        E-mail:  joe.cyr@hoganlovells.com
                                    frank.spano@hoganlovells.com
                                    eric.statman@hoganlovells.com
                                    matthew.galvin@hoganlovells.com

**Attorneys for Defendant Taishan Gypsum Co., Ltd.**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Memorandum in Support of the Motion for Extension of Time to Submit Manufacturer Profile Forms has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of September, 2010.

                                                /s/  Thomas P. Owen, Jr.