UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * ** * * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:**  *Germano et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687;** *The Mitchell Co., Inc. v. Knauf Gips KG et al.,* **Case No. 09-4115;** *Steiner et al. v. Beijing New Building Material, PLC et al.,* **Case No. 09-06545;** *Gross et al. v. Knauf Gips KG et al.,* **Case No. 09-6990;** *State of Louisiana v. Knauf Gips KG et al.,* **Case No. 10-0340**

## NOTICE OF HEARING

Please take notice that the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at the monthly status conference on September 16, 2010, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Motion for Extension of Time to Submit Manufacturer Profile Forms filed by Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.

Date: September 3, 2010

>Respectfully submitted,
>
>/s/ Thomas P. Owen, Jr.
>Joe Cyr
>Frank T. Spano
>Eric Statman
>Matthew J. Galvin
>HOGAN LOVELLS US LLP
>875 Third Avenue
>New York, New York 10022
>Email: Joe.cyr@hoganlovells.com
>Frank.spano@hoganlovells.com
>Eric.statman@hoganlovells.com
>matthew.galvin@hoganlovells.com
>Telephone: 212-918-3000
>Facsimile: 212-918-3100
>
>Richard C. Stanley (La. Bar No. 8487)
>Thomas P. Owen, Jr. (La. Bar No. 28181)
>STANLEY, REUTER, ROSS, THORNTON
>& ALFORD, LLC
>909 Poydras Street, Suite 2500
>New Orleans, Louisiana 70112
>Telephone: 504-523-1580
>Facsimile: 504-524-0069
>E-mail: rcs@stanleyreuter.com
>tpo@stanleyreuter.em
>**Attorneys for Taishan Gypsum Co. Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of September, 2010.

/s/ Thomas P. Owen, Jr.