**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated** | **CASE NO.: 2:09-md-02047** |
| | |
| | **CLASS ACTION COMPLAINT** |
| **Plaintiffs,** | |
| | |
| **Versus** | **JURY TRIAL DEMAND** |
| | |
| **LIBERTY MUTUAL INSURANCE COMPANY et al** | |
| | |
| **Defendants.** | |

_____

**MOTION FOR SUMMARY JUDGMENT: ALTERNATIVELY,**
**FOR A MORE DEFINITE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Bituminous Casualty Corporation (referred to in plaintiff's complaint as "Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation") and files this Motion for Summary Judgment (Alternatively, Motion for a More Definite Statement), dismissing plaintiff's claims against Bituminous upon showing that there is no genuine issue as to any material fact and movant is entitled to judgment as a matter of law pursuant to Rule 56. Bituminous submits the attached Memorandum in Support, together with the following exhibits:

Exhibit A – Plaintiff's Amended Omnibus Class Action Complaint (V) (by reference – doc. 3132).

Exhibit B – Affidavit of Christine Kruse, with attachments;

1. Certified copy of Bituminous Casualty Corporation policy no. CLP3130481

2. Certified copy of Bituminous Casualty Corporation policy no. CLP3155825

Exhibit C – Deposition of Clayton Geary and James Geary, joint 30(B)(6) Interior/Exterior Building Supply representatives

In the alternative, and only in the event summary judgment is not granted, defendant requests its Alternative Motion for a More Definite Statement (Rule 12) be granted, ordering each plaintiff to explain in detail the basis on which they could have been exposed to Chinese drywall (imported by Interior/Exterior) during the Bituminous policy period.

WHEREFORE, Bituminous Casualty Corporation prays that the Court grant summary judgment dismissing this defendant from the plaintiff's complaint, with prejudice.

Respectfully submitted,


BY:   /s/ Robert W. Robinson, Jr.
William E. Scott, TA (#11886)
Robert W. Robison, Jr.  (#24630)
WATSON BLANCHE WILSON & POSNER
P. O. Box 2995
505 North Blvd.
Baton Rouge, LA  70821
Telephone:      225-387-5511
Facsimile:      225-387-5972
Email:      wscott@wbwplaw.com
rrobison@wbwplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system and has been sent to all counsel of record via e-mail through the court's electronic filing system on this 3rd day of September, 2010.

/s/ Robert W. Robison, Jr.
ROBERT W. ROBISON, JR.