UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated** | CASE NO.: 2:09-md-02047 |
| Plaintiffs, | CLASS ACTION COMPLAINT |
| Versus | JURY TRIAL DEMAND |
| **LIBERTY MUTUAL INSURANCE COMPANY et al** | |
| Defendants. | |

_____

STATEMENT OF MATERIAL FACTS
IN SUPPORT OF BITUMINOUS CASUALTY CORPORATION'S
MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.1, Bituminous Casualty Corporation ("Bituminous") submits the following Statement of Uncontested Material Facts in support of its Motion for Summary Judgment against all plaintiffs in the above entitled complaint:

**(1)** Plaintiffs have brought this suit as a Class Action pursuant to Rule 23 of the F.R.C.P., and have defined the Direct Action Subclass as "All owners and residents (past or present) of real property located in the State of Louisiana containing Chinese drywall, and all owners and residents (past and present) of real property located in the United States containing Chinese drywall where the policy of insurance sued upon was written or delivered in the State of Louisiana." (Doc. 3132; par. 645, pg. 128)

**(2)** The Insurance Company Defendants allegedly issued policies of insurance under which an Insured Defendant is an insured as set forth in Schedule 2 of the Complaint; and such insurance policies allegedly provided insurance coverage to any Insured Defendant as set forth in Schedule 2. (Doc. 3132, par. 429, pg. 81).

1

**(3)** Bituminous Casualty Corporation (identified as "Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation" in par. 450, pg. 85) has been designated by Plaintiffs as "Subclass #22" (par. 647, pg. 130). Plaintiffs have identified Bituminous as one of seven different insurers who allegedly insured Interior Exterior Building Supply, LP or Interior Exterior Enterprises, LLC (Doc. 3132; Schedule 1, pgs. 10-90)

**(4)** Bituminous Casualty Corporation issued insurance policy number CLP3130481 to Interior Exterior Building Supply, LP and Interior Exterior Enterprises, LLC for the policy period December 31, 2001 to December 31, 2002;

**(5)** Bituminous Casualty Corporation issued insurance policy number CLP3155825 to Interior Exterior Building Supply, LP and Interior Exterior Enterprises, LLC for the policy period December 31, 2002 to December 31, 2003;

**(6)** Bituminous Casualty Corporation did not issue a policy of insurance to Interior Exterior Building Supply, LP nor to Interior Exterior Enterprises, LLC in 2004, 2005, 2006, 2007, or any time thereafter.

    Respectfully submitted,

BY:   /s/ Robert W. Robison, Jr.
    William E. Scott, TA (#11886)
    Robert W. Robison, Jr.  (#24630)
    WATSON BLANCHE WILSON & POSNER
    P. O. Box 2995
    505 North Blvd.
    Baton Rouge, LA  70821
    Telephone:     225-387-5511
    Facsimile:      225-387-5972
    Email:     wscott@wbwplaw.com
           rrobison@wbwplaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Statement of Material Facts in Support of Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system and has been sent to all counsel of record via e-mail through the court's electronic filing system on this 3rd day of September, 2010.

                                  /s/ Robert W. Robison, Jr.
                                ROBERT W. ROBISON, JR.