# AFFIDAVIT

STATE OF IOWA

COUNTY OF SCOTT

BEFORE ME, the undersigned Notary Public in and for the County and State aforesaid, duly commissioned and qualified, personally came and appeared Christine Kruse, being duly sworn, who deposed and declared as follows;

My name is Christine Kruse. I am Underwriting Vice President in employment with the Bituminous Insurance Companies, whose Home Office is located at Rock Island, Illinois. I have access to all underwriting files and insurance policies issued by Bituminous Casualty Corporation and by Bituminous Fire and Marine Insurance Company.

From my own personal knowledge, I certify therewith that Bituminous Casualty Corporation issued policy number CLP3130481 (12/31/01 to 12/31/02) and CLP3155825 (12/31/02 to 12/31/03) to Interior Exterior Building Supply, LP and Interior Exterior Enterprises, LLC. I have attached a certified copy of each of the above referenced insurance policies to this affidavit.

The two policies identified above were the only two policies issued by Bituminous Casualty Corporation to Interior Exterior Building Supply, LP or Interior Exterior Enterprises, LLC. Bituminous Fire and Marine Insurance Company did not issue any insurance policy to either Interior Exterior Building Supply, LP or Interior Exterior Enterprises, LLC.

The above information is based on my own personal knowledge as Underwriting Vice President, Bituminous Insurance Companies.

_____
Christine Kruse
Underwriting Vice President
Bituminous Insurance Companies

THUS SWORN TO AND SUBSCRIBED BEFORE ME, Notary Public, this 21st day of January, 2010.

LORI S. PAULUS
COMMISSION NO. 137048
MY COMMISSION EXPIRES
9-19-12

_____
Notary Public

My Commission Expires: 9/19/12