COMMERCIAL GENERAL LIABILITY
CG 00 54 03 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTION EXCLUSION - EXCEPTION FOR BUILDING HEATING EQUIPMENT

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Subparagraph **(1)(a)** of the **Pollution** exclusion under Paragraph **2., Exclusions** of Bodily Injury And Property Damage Liability Coverage **(Section I - Coverages)** is replaced by the following:

This insurance does not apply to:

**POLLUTION**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

However, Subparagraph **(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building.

Copyright, Insurance Services Office, Inc., 1996

COMMERCIAL GENERAL LIABILITY
CG 00 57 09 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT –
# KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

  **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

  **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

  **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

  **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

  **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Copyright, Insurance Services Office, Inc.,  1998
o

COMMERCIAL GENERAL LIABILITY
CG 01 18 03 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The LEGAL ACTION AGAINST US Condition (Section **IV** - Conditions) is replaced by the following.

**Legal Action Against Us**

A person or organization may bring a "suit" against us including, but not limited to, a "suit" to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

 Copyright, Insurance Services Office, Inc., 1995

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES - INSURING AGREEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **1.a.** of **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability** is replaced with the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** And **B**.

**B.** Paragraph **1.a.** of **Section I - Coverages, Coverage B - Personal And Advertising Injury Liability** is replaced with the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** And **B**.

Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 47 10 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** - Coverages):

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section **I** - Coverages):

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 10 93          Copyright, Insurance Services Office, Inc., 1992

NAMED INSURED: INTERIOR EXTERIOR BUILDING          END. #

POLICY NO. CLP 3 130 481          EFFECTIVE DATE OF ENDORSEMENT: 12-31-01

[ ] BITUMINOUS CASUALTY CORPORATION    [ ] BITUMINOUS FIRE AND MARINE INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

---

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM**

**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

---

### EXCLUSION
(Asbestos)

It is agreed that the insurance does not apply to "bodily injury" or "property damage" arising out of or alleged to have arisen out of the manufacture, production, use, installation, removal, encapsulation, enclosing or disposal of asbestos or any materials containing asbestos.

L-1751a (1-86)

NAMED INSURED: INTERIOR EXTERIOR BUILDING                 END.#

POLICY NO. CLP 3 130 481                 EFFECTIVE DATE OF ENDORSEMENT:  12-31-01

[  ] BITUMINOUS CASUALTY CORPORATION [  ] BITUMINOUS FIRE AND MARINE INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM**

**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

---

**E X C L U S I O N**
(Asbestos-Mississippi)

It is agreed that the insurance does not apply to "bodily injury" or "property damage" arising out of or alleged to have arisen out of the manufacture, production, use, installation, removal, encapsulation, enclosing or disposal of asbestos or any materials containing asbestos.

L-1752a (1-86)

## COUNTERSIGNATURE ENDORSEMENT

END. #

This endorsement, effective          12-31-01          forms a part of policy No. CLP 3 130 481
(12:01 A.M., standard time)

issued to  INTERIOR EXTERIOR BUILDING


by    [X] **BITUMINOUS CASUALTY CORPORATION**          [ ] **BITUMINOUS FIRE AND MARINE INSURANCE COMPANY**

("[X]" designates the insuring company)

**STATE:** ALABAMA


It is agreed that the signature appearing on this endorsement is the signature of a person duly authorized to countersign on behalf of the Company in the state designated above and which is appended hereto in conformity with the insurance laws of that state.


Countersigned _____  _____, at _____ by _____

P4c-AL (8-70)                                                                   Authorized Signature

## COUNTERSIGNATURE ENDORSEMENT

END. #

This endorsement, effective          12-31-01          forms a part of policy No. CLP  3  130  481
                                     (12:01 A.M., standard time)

issued to  INTERIOR EXTERIOR BUILDING


by   [X]  **BITUMINOUS CASUALTY CORPORATION**          ☐  **BITUMINOUS FIRE AND MARINE INSURANCE COMPANY**

        ("  [X]  " designates the insuring company)


**STATE:** MISSISSIPPI



     It is agreed that the signature appearing on this endorsement is the signature of a person
duly authorized to countersign on behalf of the Company in the state designated above and which
is appended hereto in conformity with the insurance laws of that state.



Countersigned _____   _____, at _____   by _____
                                                                            Authorized Signature

P4c-MS (8-70)

PLEASE SIGN AND DATE IN THE INDICATED SPACE BELOW.
PLEASE DETACH AND RETURN.

## COUNTERSIGNATURE ENDORSEMENT

END. #

This endorsement, effective    12-31-01    forms a part of policy No. CLP  3  130  481  B
(12:01 A.M., standard time)

issued to  INTERIOR EXTERIOR BUILDING

by  [X]  **BITUMINOUS CASUALTY CORPORATION**    ☐ **BITUMINOUS FIRE AND MARINE INSURANCE COMPANY**

(" [X] " designates the insuring company)

**STATE:** MISSISSIPPI

It is agreed that the signature appearing on this endorsement is the signature of a person duly authorized to countersign on behalf of the Company in the state designated above and which is appended hereto in conformity with the insurance laws of that state.

Countersigned _____ _____ , at_____ by X _____

Authorized Signature

P4c-MS (8-70)

NEW ORLEANS
BR

POLICY NUMBER:  **CLP 3130481 B**

**INTERLINE**
**IL 12 03 04 98**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOUISIANA POLICY CHANGES

Effective Date of Change:  **12/31/01**

Change Endorsement No.:  **1**

Named Insured:  **INTERIOR EXTERIOR BUILDING**

The following item(s):

| | | | |
|---|---|---|---|
| ☒ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | Covered Property/Located Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

is (are) changed to read **(See Additional Page(s))**:

**NAMED INSURED IS AMENDED TO READ:**

**INTERIOR EXTERIOR BUILDING SUPPLY, L.P.**
**INTERIOR EXTERIOR ENTERPRISES, L.L.C.**
**SOUTH CORTEZ, L.L.C.**

The above amendments result in a change in the premium as follows:

| | | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|
| ☒ NO CHANGES | ☐ TO BE ADJUSTED AT AUDIT | $ | $ |

Countersigned By:

**WILLIS OF LOUISIANA, INC.**

(Authorized Agent)

IL 12 03 04 98

Copyright, Insurance Services Office, Inc., 1998

Page 1 of 2
skc 2/25/02   02250847.DOC/6

Interior Exterior Bilding                        COMMERCIAL GENERAL LIABILITY
Eff. 12/31/01

*King + Co*                    *# 605380  King + Co.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - INTERCOMPANY PRODUCTS SUITS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to any claim for damages by any Named Insured against another Named Insured because of "bodily injury" or "property damage" arising out of "your products" and included within the "products - completed operations hazard."



ACCEPTED: _____          WITNESSED: _____

POLICY NUMBER:   **CLP 3130481 B**

**INTERLINE**
**IL 12 03 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOUISIANA POLICY CHANGES

Effective Date of Change:  **12/31/01**

Change Endorsement No.:  **3**

Named Insured:  **INTERIOR EXTERIOR BUILDING**

The following item(s):

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☒ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | Covered Property/Located Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

is (are) changed to read **(See Additional Page(s))**:

**A REVISED SCHEDULE IS ATTACHED ADDING CG 2503 (3-97).**

> ENDORSEMENT CANCELLED FLAT
> Return
> Premium $  660
> Additional
> Premium $

The above amendments result in a change in the premium as follows:

| ☐ NO CHANGES | ☐ TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM $ 660 | RETURN PREMIUM $ |
|---|---|---|---|
| Countersigned By: **WILLIS OF LOUISIANA, INC.** | | | |

(Authorized Agent)

IL 12 03 04 98        Copyright, Insurance Services Office, Inc., 1998        Page 1 of 2

## BITUMINOUS CASUALTY CORPORATION

# COMMERCIAL GENERAL LIABILITY SCHEDULE

| NAME | EFFECTIVE DATE | POLICY NUMBER |
|------|----------------|---------------|
| INTERIOR EXTERIOR BUILDING | 12-31-01 | CLP 3 130 481 |

**LOCATION OF PREMISES**

Location of All Premises You Own, Rent or Occupy:

**See Designation of Premises Schedule**

| | | RATE | MINIMUM PREMIUM | ADVANCE PREMIUM |
|---|---|---|---|---|
| PREMISES: 001     TERR: 004     STATE: LA CLASS: 10257     PREMIUM BASIS: $   4,775,973 GROSS SALES/NEAREST THOUSAND BUILDING MATERIAL DISTRIBUTORS | | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | | 1.144 | 143 | 5,464 |
| PRODUCTS/COMPLETED OPERATIONS | | .594 | 248 | 2,837 |
| PREMISES: 002     TERR: 003     STATE: AL CLASS: 10257     PREMIUM BASIS: $   6,308,312 GROSS SALES/NEAREST THOUSAND BUILDING MATERIAL DISTRIBUTORS | | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | | 1.278 | 142 | 8,062 |
| PRODUCTS/COMPLETED OPERATIONS | | .589 | 233 | 3,716 |
| PREMISES: 003     TERR: 001     STATE: AL CLASS: 10257     PREMIUM BASIS: $   4,297,814 GROSS SALES/NEAREST THOUSAND BUILDING MATERIAL DISTRIBUTORS | | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | | 1.250 | 142 | 5,372 |
| PRODUCTS/COMPLETED OPERATIONS | | .589 | 233 | 2,531 |
| PREMISES: 004     TERR: 001     STATE: MS CLASS: 10257     PREMIUM BASIS: $   4,738,661 GROSS SALES/NEAREST THOUSAND BUILDING MATERIAL DISTRIBUTORS | | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | | .686 | 143 | 3,251 |
| PRODUCTS/COMPLETED OPERATIONS | | .644 | 248 | 3,052 |
| PREMISES: 005     TERR: 001     STATE: LA CLASS: 10257     PREMIUM BASIS: $   8,578,021 GROSS SALES/NEAREST THOUSAND BUILDING MATERIAL DISTRIBUTORS | | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | | 1.073 | 143 | 9,204 |
| PRODUCTS/COMPLETED OPERATIONS | | .594 | 248 | 5,095 |
| PREMISES: 006     TERR: 003     STATE: LA CLASS: 10257     PREMIUM BASIS: $   1,988,353 GROSS SALES/NEAREST THOUSAND BUILDING MATERIAL DISTRIBUTORS | | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | | .829 | 143 | 1,648 |
| PRODUCTS/COMPLETED OPERATIONS | | .594 | 248 | 1,181 |

# BITUMINOUS CASUALTY CORPORATION

## COMMERCIAL GENERAL LIABILITY SCHEDULE

| NAME | EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| INTERIOR EXTERIOR BUILDING | 12-31-01 | CLP 3 130 481 |

### LOCATION OF PREMISES

Location of All Premises You Own, Rent or Occupy:

**See Designation of Premises Schedule**

|  | RATE | MINIMUM PREMIUM | ADVANCE PREMIUM |
|---|---|---|---|
| PREMISES:     TERR:     STATE: LA<br>CLASS: 44444     PREMIUM BASIS: .02   OF TOTAL PREMOPS/MISC PREMIUM<br>AMENDMENT OF AGGREGATE LIMITS(PER PROJECT)<br><br>     PREMISES OPERATIONS/MISCELLANEOUS |  |  | 660 |
| PREMISES:     TERR:     STATE: LA<br>CLASS: 44444     PREMIUM BASIS:<br>EMPLOYEE BENEFITS LIABILITY<br><br>     PREMISES OPERATIONS/MISCELLANEOUS |  |  | 282 |
| PREMISES:     TERR:     STATE:<br>CLASS:     PREMIUM BASIS: |  |  |  |
| PREMISES:     TERR:     STATE:<br>CLASS:     PREMIUM BASIS: |  |  |  |
| PREMISES:     TERR:     STATE:<br>CLASS:     PREMIUM BASIS: |  |  |  |
| PREMISES:     TERR:     STATE:<br>CLASS:     PREMIUM BASIS: |  |  |  |

POLICY NUMBER: IXC 0204741
Eff. 12/31/01
Interior Exterior Building
End. #4

COMMERCIAL GENERAL LIABILITY
CG 25 03 03 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

"ANY AND ALL PROJECTS/LOCATIONS"

ADDITIONAL PREMIUM (Included)

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE **A** (SECTION **I**), and for all medical expenses caused by accidents under COVERAGE **C** (SECTION **I**), which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

**1.** A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

**2.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under COVERAGE **C** regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under COVERAGE **A** for damages or under COVERAGE **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in this Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

| ENDORSEMENT CANCELLED FLAT |
|---|
| Return Premium $ |
| Additional Premium $ |

cc:  Willis of Louisiana, Inc.

Copyright, Insurance Services Office, Inc., 1996

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE **A** (SECTION **I**), and for all medical expenses caused by accidents under COVERAGE **C** (SECTION **I**), which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

    **1.** Any payments made under COVERAGE **A** for damages or under COVERAGE **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

    **2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Limits Of Insurance (SECTION **III**) not otherwise modified by this endorsement shall continue to apply as stipulated.

Copyright, Insurance Services Office, Inc., 1996

**CG 25 03 03 97**

POLICY NUMBER:  CLP 3130481 B

INTERLINE<br>IL 12 03 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOUISIANA POLICY CHANGES

Effective Date of Change:  **12/31/01**

Change Endorsement No.:  **5**

Named Insured:  **INTERIOR EXTERIOR BUILDING**

The following item(s):

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☒ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | Covered Property/Located Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

is (are) changed to read **(See Additional Page(s)):**

**CG 2504 - DESIGNATED LOCATIONS - GENERAL AGGREGATE LIMIT ENDORSEMENT IS ADDED AND MADE A PART OF THIS POLICY.**

The above amendments result in a change in the premium as follows:

| ☐ NO CHANGES | ☐ TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM $ 100 | RETURN PREMIUM $ |
|---|---|---|---|

Countersigned By:

**WILLIS OF LOUISIANA, INC.**

(Authorized Agent)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED LOCATION(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Designated Location(s):**

ANY AND ALL LOCATIONS          $100 A/P (Incl.)

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE **A** (SECTION I), and for all medical expenses caused by accidents under COVERAGE **C** (SECTION I), which can be attributed only to operations at a single designated "location" shown in the Schedule above:

**1.** A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

**2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under COVERAGE **C** regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under COVERAGE **A** for damages or under COVERAGE **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

CG 25 04 03 97          Copyright, Insurance Services Office, Inc., 1996          Page 1 of 2

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE **A** (SECTION **I**), and for all medical expenses caused by accidents under COVERAGE **C** (SECTION **I**), which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

**1.** Any payments made under COVERAGE **A** for damages or under COVERAGE **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

**2.** Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Limits Of Insurance (SECTION **III**) not otherwise modified by this endorsement shall continue to apply as stipulated.

    Copyright, Insurance Services Office, Inc., 1996    **CG 25 04 03 97**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS,
IF ANY, ISSUED TO FORM A PART THEREOF COMPLETE THIS POLICY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this
policy shall not be valid unless countersigned by our authorized representative.

*Janine Happ* , Secretary                    , President