COMMERCIAL GENERAL LIABILITY
CG 00 55 03 97

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF OTHER INSURANCE CONDITION (OCCURRENCE VERSION)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **4.b.** of the **Other Insurance** Condition - **(Section IV - Commercial General Liability Conditions)** is replaced by the following:

**4. Other Insurance**

  **b. Excess Insurance**

    This insurance is excess over:

    **(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

      **(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

      **(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

      **(c)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of COVERAGE **A** (SECTION **I**).

    **(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under COVERAGES **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

POLICY NUMBER:                                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - VENDORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization (Vendor):**

HOME DEPOT

**Your Products:**

BUILDING MATERIAL SUPPLIES

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as vendor) shown in the Schedule, but only with respect to "bodily injury" or "property damage" arising out of "your products" shown in the Schedule which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

   **a.** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   **b.** Any express warranty unauthorized by you;

   **c.** Any physical or chemical change in the product made intentionally by the vendor;

   **d.** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instruc-

tions from the manufacturer, and then repackaged in the original container;

   **e.** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

   **f.** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   **g.** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

CG 20 15 11 88                Copyright, Insurance Services Office, Inc., 1986, 1988

POLICY NO.: CLP 3 155 825

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EMPLOYEE BENEFITS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In addition to words and phrases contained in the Commercial General Liability Coverage Part, other words and phrases that appear in quotation marks have special meaning.  Refer to Paragraph E. - ADDITIONAL DEFINITIONS of this endorsement.

The definitions of the words and phrases "coverage territory," "insured" and "suit" contained in Paragraph E. apply in place of their definitions stated elsewhere in the policy, but only as respects coverage under this endorsement.

The provisions of this endorsement apply only as respects Employee Benefit Liability Coverage afforded hereunder.

### SCHEDULE

| COVERAGE | LIMITS OF INSURANCE | | ADVANCE PREMIUM |
|---|---|---|---|
| Employee Benefits Programs | $1,000,000 | each employee | |
| | $1,000,000 | aggregate | |

| ESTIMATED NUMBER OF EMPLOYEES | RATE (EACH EMPLOYEE) | | | ESTIMATED PREMIUM |
|---|---|---|---|---|
| | First | 5,000 | .138 | $ SEE SCHEDULE |
| | Next | 5,000 | | $ SEE SCHEDULE |
| | Over | 10,000 | | $ SEE SCHEDULE |
| | **TOTAL** | | | $ SEE SCHEDULE |

## A.  COVERAGE

**1.  Insuring Agreement**

We will pay those sums that the insured becomes legally obligated to pay as damages because of any negligent act, error, or omission of the insured, or of any other person for whose acts the insured is legally liable.  The negligent act, error or omission must be committed in the "administration" of your "employee benefit program" during the policy period.  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS of this endorsement.

The negligent act, error or omission must take place in the "coverage territory."  We will have the right and duty to defend any "suit" seeking those damages.  But:

a.  The amount we will pay for damages is limited as described in Paragraph C. - LIMITS OF INSURANCE.

b.  We may at our discretion, investigate any report of a negligent act, error or omission and settle any claim or "suit" that may result; and

c.  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

**2.  Exclusions**

This insurance does not apply to:

a.  Loss arising out of any dishonest, fraudulent, criminal or malicious act or omission, committed by any insured;

b.  "Bodily injury" or "property damage" or "personal and advertising injury";

c.  Loss arising out of failure of performance of contract by any insurer;

d.  Loss arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program";

e.  Any claim or "suit" based upon:

(1)  failure of any investment to perform as represented by any insured; or

POLICY NO.: CLP 3 155 825

(2) advice given to any person to participate or not to participate in any plan included in the "employee benefit program."

f. Loss arising out of your failure to comply with the mandatory provisions of any law concerning workers compensation, unemployment insurance, social security or disability benefits;

g. Loss for which the insured is liable because of liability imposed on a fiduciary by the Employee Retirement Security Act of 1974, as now or hereafter amended; or

h. Loss or damage for which benefits have accrued under the terms of an employee benefit plan to the extent that such benefits are available from funds accrued by the insured for such benefits or from collectible insurance, notwithstanding the insured's act, error or omission in administering the plan which precluded the claimant from receiving such benefits.

**3. Supplementary Payments**

We will pay with respect to any claim or "suit" we defend:

a. All expenses we incur.

b. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

d. All costs taxed against the insured in the "suit."

e. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance we will not pay any prejudgment interest based on that period of time after the offer.

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

# B. WHO IS AN INSURED

1. If you are designated in the Declarations as:

    a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your directors and stockholders are also insureds, but only with respect to their liability as your directors or stockholders.

2. Each of the following is also an insured:

    a. Each of your partners, executive officers, members, managers and employees who is authorized to administer your "employee benefit program."

    b. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured if there is no other similar insurance available to that organization. However:

    a. Coverage under this provision is afforded only until the 90th day after you acquire, or form the organization or the end of the policy period, whichever is earlier;

    b. Coverage under this provision does not apply to any negligent act, error or omission that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

POLICY NO.: CLP 3 155 825

## C. LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits";

   d. Acts, errors or omissions which result in loss; or

   e. Plans included in your "employee benefit program."

2. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

3. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one employee, including the employee's dependents and beneficiaries, because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

If the policy period is for a term in excess of one year, the Aggregate Limit of Insurance shall apply separately to each consecutive annual period.

## D. DEDUCTIBLE

1. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of $1,000. deductible applicable to "Each Employee." The limits of insurance applicable to "Each Employee" will be reduced by the amount of this deductible. The Aggregate limit shall not be reduced by the application of such deductible amount.

2. The deductible amount applies to all damages sustained by an employee because of an act, error or omission covered by this insurance.

3. The terms of this insurance, including those with respect to:

   a. Our right and duty to defend any "suits" seeking those damages; and

   b. Your duties in the event of an act, error or omission claim, or "suit" apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

## E. ADDITIONAL DEFINITIONS

1. "Administration" means:

   a. Counseling employees, including their dependents and beneficiaries, with respect to the "employee benefit program";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting or terminating any employee's participation in a plan included in the "employee benefit program."

2. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

3. "Employee benefit program" means the following plans:

   a. Group life insurance, group accident or health insurance, "profit sharing plans," pension plans and "stock subscription plans," provided that no one other than an employee may subscribe to such insurance or plans;

   b. Unemployment insurance, social security benefits, workers compensation and disability benefits;

   c. Any other similar plan designated in the Schedule or added thereto endorsement.

4. "Insured" means any person or organization qualifying as such under Paragraph B. - WHO IS AN INSURED.

5. "Profit sharing plans" mean only such plans that are equally available to all full-time employees.

6. "Stock subscription plans" mean only such plans that are equally available to all full-time employees.

7. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

POLICY NO.: CLP 3 155 825

## F. ADDITIONAL CONDITION

Item 2., Duties in the Event of Occurrence, Claim or Suit, Paragraphs a. and b. of SECTION IV. COMMERCIAL GENERAL LIABILITY CONDITIONS are inapplicable to this endorsement and the following shall apply in lieu thereof:

**2.  Duties in the Event of Act, Error or Omission, Claim or Suit**

    a.  You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a claim.  Notice should include:

        (1)  What the act, error or omission was and when it occurred;

        (2)  The names and addresses of any employees who may suffer damages as a result of the act, error or omission.

    b.  If a claim is received by any insured you must:

        (1)  Immediately record the specifics of the claim and the date received; and

        (2)  Notify us as soon as practicable.  You must see to it that we receive written notice of the claim as soon as practicable.

COMMERCIAL GENERAL LIABILITY
CG 01 18 03 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The LEGAL ACTION AGAINST US Condition (Section **IV** - Conditions) is replaced by the following.

**Legal Action Against Us**

A person or organization may bring a "suit" against us including, but not limited to, a "suit" to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

CG 01 18 03 96              Copyright, Insurance Services Office, Inc., 1995                  **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 01 25 08 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES - INSURING AGREEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **1.a.** of **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability** is replaced with the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** And **B.**

**B.** Paragraph **1.a.** of **Section I - Coverages, Coverage B - Personal And Advertising Injury Liability** is replaced with the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** And **B.**

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - INTERCOMPANY PRODUCTS SUITS

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to any claim for damages by any Named Insured against another Named Insured because of "bodily injury" or "property damage" arising out of "your products" and included within the "products - completed operations hazard."

CG 21 41 11 85                Copyright, Insurance Services Office, Inc., 1984

COMMERCIAL GENERAL LIABILITY
CG 21 47 10 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1992

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

  **(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

  **(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 69 01 02

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WAR OR TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War Or Terrorism**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(a)** Physical injury that involves a substantial risk of death; or

**(b)** Protracted and obvious physical disfigurement; or

**(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs **(1)** and **(2),** immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(a)** Physical injury that involves a substantial risk of death; or

**(b)** Protracted and obvious physical disfigurement; or

**(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

© ISO Properties, Inc., 2001
CG 21 69 01 02   □

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs **(1)** and **(2),** immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** Exclusion **h.** under Paragraph **2., Exclusions** of **Section I – Coverage C – Medical Payments** does not apply.

**D.** The following definition is added to the **Definitions** Section:

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

   **a.** Use or threat of force or violence; or

   **b.** Commission or threat of a dangerous act; or

   **c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

   **a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

 © ISO Properties, Inc.,  2001  o

COMMERCIAL GENERAL LIABILITY
CG 26 72 01 02

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOUISIANA CHANGES – PREMIUM AUDIT CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

Paragraph **5.b.** of **Section IV – Conditions** is replaced by the following:

**5. Premium Audit**

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

 © ISO Properties, Inc., 2001     o

COMMERCIAL GENERAL LIABILITY
CG 26 79 05 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES – POLLUTANTS AND HOSTILE FIRE DEFINITIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following are added to the **Definitions** Section:

**1.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**2.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

© ISO Properties, Inc.,  2002

NAMED INSURED: INTERIOR EXTERIOR BUILDING                END. #

POLICY NO. CLP 3 155 825                EFFECTIVE DATE OF ENDORSEMENT: 12-31-02

[ ] BITUMINOUS CASUALTY CORPORATION      [ ] BITUMINOUS FIRE AND MARINE INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

---

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM**

**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

---

**EXCLUSION**
(Asbestos)

It is agreed that the insurance does not apply to "bodily injury" or "property damage" arising out of or alleged to have arisen out of the manufacture, production, use, installation, removal, encapsulation, enclosing or disposal of asbestos or any materials containing asbestos.

L-1751a (1-86)

## COUNTERSIGNATURE ENDORSEMENT

END. #

This endorsement, effective           12-31-02           forms a part of policy No. CLP 3 155 825
(12:01 A.M., standard time)

issued to INTERIOR EXTERIOR BUILDING

by   [X] **BITUMINOUS CASUALTY CORPORATION**        [ ] **BITUMINOUS FIRE AND MARINE INSURANCE COMPANY**

("[X]" designates the insuring company)

**STATE:** MISSISSIPPI

It is agreed that the signature appearing on this endorsement is the signature of a person duly authorized to countersign on behalf of the Company in the state designated above and which is appended hereto in conformity with the insurance laws of that state.

Countersigned ___1-15-03___ , at Natchez, MS , by _____
Authorized Signature

P4c-MS (8-70)

*Ling Co* N 536

Policy Change
End. # 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

GL966f
(07-98)

**GENERAL CHANGE ENDORSEMENT - LIABILITY**

NAMED INSURED:                                    COMPANY:
**INTERIOR EXTERIOR BUILDING**                    **Bituminous Casualty Corporation**

| POLICY NUMBER: | POLICY CHANGES EFFECTIVE: | POLICY EXPIRATION: | AUDIT TYPE: | BRANCH OFFICE: |
|---|---|---|---|---|
| **CLP 3155825 B** | **12/31/02** | **12/31/03** | **A/P** | **NEW ORLEANS** |

In consideration of
- ☐ The payment of premium for which this policy is written,
- ☒ An additional premium of    $_____**774**____, (Pr/Co)_____**308**_____, (Other)_____**466**_____
- ☐ A return premium of:    $_____, (Pr/Co)_____, (Other)_____
- ☐ A premium adjustment at audit.

We agree that the policy is changed as follows:
- ☐ Named Insured:_____
- ☐ Mailing Address:_____
- ☐ Policy Period:  From _____ to _____
- Form of Business:  ☐ Individual  ☐ Partnership  ☐ Joint Venture  ☐ Organization (Other than partnership or joint venture)
- ☐ Location of all premises you own, rent or occupy amended to: _____
  _____
- ☐ Pay Basis:  From _____ to _____
- ☒ Coverage limits, premiums, rates and/or classifications, as respects the below listed coverage form(s) are amended as shown

| Coverage Form No. | Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Premium Pr/Co | Premium All Other |
|---|---|---|---|---|---|---|---|

**A REVISED GENERAL LIABILITY SCHEDULE IS ATTACHED AMENDING PAYROLLS ON CODE 10257 FOR AL, LA & MS.**

| SCHEDULE | LIMITS OF INSURANCE | PREMIUMS | | ☐ Add'l ☐ Return |
|---|---|---|---|---|
| | | Previous | New | |
| Each Occurrence | _____ | $ | $ | $ |
| General Aggregate Limit | _____ | $ | $ | $ |
| Prod.-Comp. Operations Aggregate Limit | _____ | $ | $ | $ |
| Personal & Advertising Injury Limit | _____ | $ | $ | $ |
| Fire Damage Limit | _____ Any One Fire | $ | $ | $ |
| Medical Expense Limit | _____ Any One Person | $ | $ | $ |

- ☐ The following endorsements are added:

- ☐ The following endorsements are deleted:       ☐ Replaced by:

("☒" designates provisions applicable)
AUTHORIZED REPRESENTATIVE:
**WILLIS OF LOUISIANA, INC.**

_____
AUTHORIZED REPRESENTATIVE SIGNATURE

skc 6/26/03   06261238/7

# BITUMINOUS CASUALTY CORPORATION

## DESIGNATION OF PREMISES SCHEDULE

| NAME | EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| INTERIOR EXTERIOR BUILDING | 12-31-02 | CLP 3 155 825 |

| PREM. NO. | BLDG. NO. | DESIGNATED PREMISES (ADDRESS, CITY, STATE, ZIP CODE) | OCCUPANCY |
|---|---|---|---|
| 001 | | 2352 N. LOBDELL BLVD., BATON ROUGE, LA 70806-0000 | |
| 002 | | 3461 HALLS MILL ROAD, MOBILE, AL 36693-0000 | |
| 003 | | 216 S. 12TH STREET, BIRMINGHAM, AL 35215-0000 | |
| 004 | | 12111 INTRAPLEX PARKWAY, GULFPORT, MS 39501-0000 | |
| 005 | | 730 S. SCOTT STREET, NEW ORLEANS, LA 70121-0000 | |
| 006 | | 70161 HWY 59, ABITA SPRINGS, LA 70420-0000 | |

# B.. JMINOUS CASUALTY CORPORATIO. I

## COMMERCIAL GENERAL LIABILITY SCHEDULE

| NAME | EFFECTIVE DATE | POLICY NUMBER |
|---|---|---|
| INTERIOR EXTERIOR BUILDING | 12-31-02 | CLP 3 155 825 |

### LOCATION OF PREMISES

Location of All Premises You Own, Rent or Occupy:

**See Designation of Premises Schedule**

|  | RATE | MINIMUM PREMIUM | ADVANCE PREMIUM |
|---|---|---|---|
| **PREMISES: 001    TERR: 004    STATE: LA**<br>**CLASS: 10257    PREMIUM BASIS: $   6,873,491 GROSS SALES/NEAREST THOUSAND**<br>BUILDING MATERIAL DISTRIBUTORS | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | 1.062 | 140 | 7,300 |
| PRODUCTS/COMPLETED OPERATIONS | .661 | 242 | 4,543 |
| **PREMISES: 002    TERR: 003    STATE: AL**<br>**CLASS: 10257    PREMIUM BASIS: $   5,187,734 GROSS SALES/NEAREST THOUSAND**<br>BUILDING MATERIAL DISTRIBUTORS | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | 1.334 | 147 | 6,920 |
| PRODUCTS/COMPLETED OPERATIONS | .720 | 240 | 3,735 |
| **PREMISES: 003    TERR: 001    STATE: AL**<br>**CLASS: 10257    PREMIUM BASIS: $   4,608,145 GROSS SALES/NEAREST THOUSAND**<br>BUILDING MATERIAL DISTRIBUTORS | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | 1.334 | 147 | 6,147 |
| PRODUCTS/COMPLETED OPERATIONS | .720 | 240 | 3,318 |
| **PREMISES: 004    TERR: 001    STATE: MS**<br>**CLASS: 10257    PREMIUM BASIS: $   6,049,425 GROSS SALES/NEAREST THOUSAND**<br>BUILDING MATERIAL DISTRIBUTORS | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | .708 | 148 | 4,283 |
| PRODUCTS/COMPLETED OPERATIONS | .715 | 255 | 4,325 |
| **PREMISES: 005    TERR: 001    STATE: LA**<br>**CLASS: 10257    PREMIUM BASIS: $   9,066,073 GROSS SALES/NEAREST THOUSAND**<br>BUILDING MATERIAL DISTRIBUTORS | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | .992 | 140 | 8,994 |
| PRODUCTS/COMPLETED OPERATIONS | .661 | 242 | 5,993 |
| **PREMISES: 006    TERR: 003    STATE: LA**<br>**CLASS: 10257    PREMIUM BASIS: $   2,672,245 GROSS SALES/NEAREST THOUSAND**<br>BUILDING MATERIAL DISTRIBUTORS | | | |
| PREMISES OPERATIONS/MISCELLANEOUS | .825 | 140 | 2,205 |
| PRODUCTS/COMPLETED OPERATIONS | .661 | 242 | 1,766 |

## BITUMINOUS CASUALTY CORPORATION

## COMMERCIAL GENERAL LIABILITY SCHEDULE

| NAME | EFFECTIVE DATE | POLICY NUMBER |
|------|----------------|---------------|
| INTERIOR EXTERIOR BUILDING | 12-31-02 | CLP 3 155 825 |

**LOCATION OF PREMISES**

Location of All Premises You Own, Rent or Occupy:
**See Designation of Premises Schedule**

| | | RATE | MINIMUM PREMIUM | ADVANCE PREMIUM |
|---|---|---|---|---|
| PREMISES:  TERR:  STATE: LA<br>CLASS: 49950  PREMIUM BASIS:<br>ADDITIONAL INTEREST: SEE CG 2015<br><br>PREMISES OPERATIONS/MISCELLANEOUS | | | | 100 |
| PREMISES:  TERR:  STATE: LA<br>CLASS: 44444  PREMIUM BASIS:<br>EMPLOYEE BENEFITS<br><br>PREMISES OPERATIONS/MISCELLANEOUS | | | | 276 |
| PREMISES:  TERR:  STATE:<br>CLASS:  PREMIUM BASIS: | | | | |
| PREMISES:  TERR:  STATE:<br>CLASS:  PREMIUM BASIS: | | | | |
| PREMISES:  TERR:  STATE:<br>CLASS:  PREMIUM BASIS: | | | | |
| PREMISES:  TERR:  STATE:<br>CLASS:  PREMIUM BASIS: | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS,
IF ANY, ISSUED TO FORM A PART THEREOF COMPLETE THIS POLICY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this
policy shall not be valid unless countersigned by our authorized representative.


_Janine Happ_ , Secretary                    _[signature]_ , President