1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br>CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS<br>LIABILITY LITIGATION | § MDL NO. 2047<br>§<br>§ SECTION: L<br>§ |
| This document applies<br>to all cases | § JUDGE FALLON<br>§<br>§ MAG. JUDGE WILKINSON<br>§ |

FRIDAY, FEBRUARY 5, 2010

- CONFIDENTIAL -
SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

Videotaped deposition of CLAYTON C.

GEARY and JAMES F. GEARY, SR., AS JOINT

30(B)(6) REPRESENTATIVES OF THE

INTERIOR/EXTERIOR BUILDING SUPPLY, LP, held

at the offices of Frilot, LLC, 3700 Energy

Centre, 1100 Poydras Street, New Orleans,

Louisiana, commencing at 9:15 a.m., on the

above date, before Michael E. Miller,

Certified Court Reporter, Registered

Diplomate Reporter, Certified Realtime

Reporter.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 2

```
 1   CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
                    STATE OF LOUISIANA
 2
     NO. 09-8144                    DIVISION "H-12"
 3

 4      PATRICK DENNIS, M.D., AND WIFE KATHLEEN
     DENNIS, INDIVIDUALLY AND ON BEHALF OF THEIR
 5      MINOR CHILDREN,          DENNIS AND
                           DENNIS
 6
                        -VERSUS-
 7
        INTERIOR EXTERIOR BUILDING SUPPLY, L.P.;
 8   INTERIOR EXTERIOR ENTERPRISES, L.L.C.; RSUI
           INDEMNITY COMPANY; LANDMARK AMERICAN
 9   INSURANCE COMPANY; ARCH INSURANCE COMPANY;
       THE NORTH RIVER INSURANCE COMPANY; LIBERTY
10   MUTUAL FIRE INSURANCE COMPANY; UNITED STATES
       FIRE INSURANCE COMPANY; BITUMINOUS FIRE AND
11   MARINE INSURANCE COMPANY; SAVOIE REAL ESTATE
         HOLDINGS, L.L.C.; SAVOIE REALTY, L.L.C.;
12      CLARENDON AMERICAN INSURANCE COMPANY;
     PRAETORIAN SPECIALTY INSURANCE COMPANY; QBE
13      SPECIALTY INSURANCE COMPANY; COLONIAL
     INSPECTION SERVICES, L.L.C.; SEALS DRYWALL
14         AND HERMITAGE INSURANCE COMPANY

15   _____

16

17

18

19

20

21

22

23

24
```

Page 3

```
 1   A P P E A R A N C E S :

 2      HERMAN, HERMAN, KATZ & COTLAR, LLP
        BY:   STEPHEN J. HERMAN, ESQUIRE
 3            sherman@hhkc.com
        820 O'Keefe Avenue
 4      New Orleans, Louisiana 70113
        (504) 581-4892
 5      Counsel for MDL Plaintiffs

 6
        LUMPKIN, REEVES & MESTAYER, PLLC
 7      BY:   JIM REEVES, ESQUIRE
              jrr@lumpkinreeves.com
 8            TOM BUSBY, ESQUIRE
              twb@lumpkinreeves.com
 9      160 Main Street
        Biloxi, Mississippi 39530
10      (228) 374-5151
        Counsel for MDL Plaintiffs
11

12      LAMBERT AND NELSON, PLC
        BY:   HUGH P. LAMBERT, ESQUIRE
13            hlambert@lambertandnelson.com
        701 Magazine Street
14      New Orleans, Louisiana 70130-3629
        (504) 581-1750
15      Counsel for MDL Plaintiffs

16
        BECNEL LAW FIRM, LLC
17      BY:   DANIEL E. BECNEL, JR., ESQUIRE
              dbecnel@becnellaw.com
18      106 West Seventh Street
        Reserve, Louisiana 70084
19      (985) 536-1186
        Counsel for MDL Plaintiffs
20

21

22

23

24
```

Page 4

```
 1   A P P E A R A N C E S :

 2      LEMMON LAW FIRM, LLC
        BY:   ANDREW A. LEMMON, ESQUIRE
 3            andrew@lemmonlawfirm.com
        550 Poydras Street
 4      Suite 2335
        New Orleans, Louisiana 70130
 5      (504) 581-5644
        Counsel for Plaintiffs
 6

 7      KANNER & WHITELEY, LLC
        BY:   MELISSA M. FUSELIER, ESQUIRE
 8            m.fuselier@kanner-law.com
              CYNTHIA ST. AMANT, ESQUIRE
 9            c.stamant@kanner-law.com
              (via teleconference)
10      701 Camp Street
        New Orleans, Louisiana 70130
11      (504) 524-5777
        Counsel for Dennis Plaintiffs
12

13      GALLOWAY, JOHNSON, TOMPKINS,
        BURR & SMITH
14      BY:   RICHARD G. DUPLANTIER, JR., ESQUIRE
              rduplantier@gjtbs.com
15            LAMBERT J. HASSINGER, JR., ESQUIRE
              jhassinger@gjtbs.com
16      One Shell Square
        701 Poydras Street, 40th Floor
17      New Orleans, Louisiana 70139
        (504) 525-6802
18      Counsel for Interior/Exterior
        Building Supply, LP, et al.
19

20      CARR ALLISON
        BY:   VINCENT A. NOLETTO, ESQUIRE
21            vnoletto@carrallison.com
        6152 Monroe Street
22      Suite 200
        Daphne, Alabama 36526
23      (251) 626-9340
        Counsel for Interior/Exterior
24      Building Supply, LP, et al.
```

Page 5

```
 1   A P P E A R A N C E S :

 2      BAKER & McKENZIE, LLP
        BY:   DOUGLAS B. SANDERS, ESQUIRE
 3            douglas.b.sanders@bakernet.com
        One Prudential Plaza, Suite 3500
 4      130 East Randolph Drive
        Chicago, Illinois 60601
 5      (312) 861-8000
        Counsel for Knauf Plasterboard
 6      Tianjin Company, Ltd.

 7
        FRILOT, LLC
 8      BY:   PAUL C. THIBODEAUX, ESQUIRE
              pthibodeaux@frilot.com
 9      3700 Energy Centre
        1100 Poydras Street
10      New Orleans, Louisiana 70163
        (504) 599-8000
11      Counsel for Knauf Plasterboard
        Tianjin Company, Ltd.
12

13      CUNNINGHAM BOUNDS, LLC
        BY:   STEVEN L. NICHOLAS, ESQUIRE
14            sln@cunninghambounds.com
        1601 Dauphin Street
15      Mobile, Alabama 36604
        (251) 471-6191
16      Counsel for The Mitchell Company

17
        BARRASSO, USDIN, KUPPERMAN,
18      FREEMAN & SARVER, LLC
        BY:   CHRISTY HAROWSKI, ESQUIRE
19            charowski@barassousdin.com
              (via teleconference)
20      909 Poydras Street
        Suite 2400
21      New Orleans, Louisiana 70112
        Phone: (504) 589-9700
22      Counsel for The Mitchell Company

23

24
```

Clayton & James Geary    Confidential – Subject to Further Confidentiality Review    Chinese Drywall MDL
February 05, 2010

---

Page 6

```
 1  A P P E A R A N C E S :

 2     WRIGHT GREEN, PC
       BY:  TIFFANY B. SMITH, ESQUIRE
 3          tiffanysmith@wrightgreen.com
            (via teleconference)
 4     Post Office Box 16818
       Mobile, Alabama 36616-0818
 5     (251) 344-7744
       Counsel for The Mitchell Company
 6

 7     DEUTSCH, KERRIGAN & STILES, LLP
       BY:  JAMES W. HAILEY, III, ESQUIRE
 8          jhailey@dkslaw.com
       755 Magazine Street
 9     New Orleans, Louisiana 70130
       (504) 581-5141
10     Counsel for Landmark American
       Insurance Company
11

12     JONES WALKER, LLP
       BY:  MEGAN E. DONOHUE, ESQUIRE
13          mdonohue@joneswalker.com
       201 St. Charles Avenue
14     New Orleans, Louisiana 70170-5100
       (504) 582-8000
15     Counsel for National Surety
       Insurance Company
16

17     SHARON B. KYLE, APLC
       BY:  STEVEN K. SCHILLING, ESQUIRE
18          SS@KYLELAW.NET
       4960 Bluebonnet Road
19     Suite A
       Baton Rouge, Louisiana 70809-3088
20     (225) 293-8400
       Counsel for Mayeaux Construction
21     Company, Inc.

22

23

24
```

---

Page 7

```
 1  A P P E A R A N C E S :

 2     ADAMS, HOEFER, HOLWADEL & ELDRIDGE, LLC
       BY:  D. RUSSELL HOLWADEL, ESQUIRE
 3          drh@ahhelaw.com
       400 Poydras Street
 4     Suite 2450
       New Orleans, Louisiana 70130
 5     (504) 581-2606
       Counsel for Arch Insurance Company
 6

 7     BARRASSO, USDIN, KUPPERMAN,
       FREEMAN & SARVER, LLC
 8     BY:  JUDY Y. BARRASSO, ESQUIRE
            jbarasso@barassousdin.com
 9     909 Poydras Street
       Suite 2400
10     New Orleans, Louisiana 70112
       (504) 589-9700
11     Counsel for Liberty Mutual Insurance
       Company
12

13     WATSON, BLANCHE, WILSON & POSNER, LLP
       BY:  GARRETT S. CALLAWAY, ESQUIRE
14          gcallaway@wbwplaw.com
       505 North Boulevard
15     Post Office Drawer 2995
       Baton Rouge, Louisiana 70821
16     (225) 387-5511
       Counsel for Bituminous Fire and
17     Marine Insurance Company

18

19     CHOPIN, WAGAR, RICHARD & KUTCHER, LLP
       BY:  JASON P. FOOTE, ESQUIRE
20          jfoote@chopin.com
       Two Lakeway Center, Suite 900
21     3850 North Causeway Boulevard
       Metairie, Louisiana 70002
22     (504) 830-3838
       Counsel for ASI Lloyds, Clarendon
23     American Insurance Company and
       Praetorian Specialty Insurance
24     Company
```

---

Page 8

```
 1  A P P E A R A N C E S :

 2     LOWE, STEIN, HOFFMAN,
       ALLWEISS & HAUVER, LLP
 3     BY:  MAX J. COHEN, ESQUIRE
            mcohen@lshah.com
 4     One Shell Square, Suite 3600
       701 Poydras Street
 5     New Orleans, Louisiana 70139-7735
       (504) 581-2450
 6     Counsel for Rockhill Insurance
       Company
 7

 8     PRINCE, McKEAN, McKENNA & BROUGHTON, LLC
       BY:  DENNIS MCKENNA, ESQUIRE
 9          dm@princemckean.com
       56 St. Joseph Street
10     Suite 1301
       Mobile, Alabama 36602
11     (251) 433-5441
       Counsel for Creola Ace Hardware, Inc.
12

13     JAMES RYAN III & ASSOCIATES, LLC
       BY:  JAMES RYAN, III, ESQUIRE
14          jryan@ryan-law.us
       201 St. Charles Avenue
15     Suite 2420
       New Orleans, Louisiana 70170
16     (504) 599-5990
       Counsel for Hermitage Insurance
17     Company

18     FOWLER WHITE BURNETT, PA
19     BY:  ELIZABETH J. FERRY, ESQUIRE
            eferry@fowler-white.com
20          (via teleconference)
       Espirito Santo Plaza
21     1395 Brickell Avenue, 14th Floor
       Miami, Florida 33131
22     (305) 789-9200
       Counsel for Black Bear Gypsum
23     Supply, Inc. and Smoky Mountain
       Materials, Inc.
24
```

---

Page 9

```
 1  A P P E A R A N C E S :

 2     HUNTON & WILLIAMS, LLP
       BY:  A. TODD BROWN, ESQUIRE
 3          tbrown@hunton.com
            (via teleconference)
 4     Bank of America Plaza
       101 South Tryon Street, Suite 350
 5     Charlotte, North Carolina 28280
       (704) 378-4700
 6     Counsel for Stock Building Supply, LLC
 7

 8     LLOYD, GRAY & WHITEHEAD, PC
       BY:  J. RICK WALLIS, ESQUIRE
 9          rwallis@lgwpc.com
            (via teleconference)
10     2501 20th Place South
       Suite 300
11     Birmingham, Alabama 35223
       (205) 967-8822
12     Counsel for Capstone Partners, LLC

13     PARSONS, LEE & JULIANO, PC
       BY:  DOROTHY A. POWELL, ESQUIRE
14          dpowell@pljpc.com
            (via teleconference)
15     300 Protective Center
       2801 Highway 280 South
16     Birmingham, Alabama 35223
       (205) 326-6600
17     Counsel for George Drywall, Inc.

18

19     ADORNO & YOSS
       BY:  KRISTEN LAKE CARDOSO, ESQUIRE
20          kcardoso@adorno.com
            (via teleconference)
21     888 S.E. 3rd Avenue
       Suite 500
22     Ft. Lauderdale, Florida 33316
       (954) 523-5885
23     Counsel for Banner Supply Company
24
```

---

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 05, 2010

---

**Page 10**

1  A P P E A R A N C E S:

2      FRIEDMAN, LEAK, DAZZIO,
       ZULANAS & BOWLING, PC
3      BY:  CHRISTOPHER J. ZULANAS, ESQUIRE
           czulanas@friedmanleak.com
4          (via teleconference)
       3800 Corporate Woods Drive
5      Birmingham, Alabama 35242
       (205) 278-7000
6      Counsel for Larry Hodge Excavating, LLC

7

8      PHELPS DUNBAR, LLP
       BY:  SUSIE MORGAN, ESQUIRE
9          susie.morgan@phelps.com
           (via teleconference)
10     365 Canal Street
       Suite 2000
11     New Orleans, Louisiana 70130-6534
       (504) 566-1311
12     Counsel for J.W. Allen & Co., Inc.

13     HAYNSWORTH SINKLER BOYD, PA
       BY:  W. DAVID CONNER, ESQUIRE
14         dconner@hsblawfirm.com
           (via teleconference)
15     75 Beattie Place
       11th Floor
16     Greenville, South Carolina 29601-2119
       (864) 240-3200
17     Counsel for L&W Supply Corporation

18

19     PORTEOUS, HAINKEL & JOHNSON, LLP
       BY:  EMILY STICKNEY MORRISON, ESQUIRE
20         emorrison@phjlaw.com
           (via teleconference)
21     408 North Columbia Street
       Covington, Louisiana 70433
22     (985) 893-4790
       Counsel for State Farm Fire &
23     Casualty Company

24

---

**Page 11**

1  A P P E A R A N C E S:

2      PUGH, ACCARDO, HAAS, RADECKER,
       CAREY & HYMEL, LLC
3      BY:  H. PHILIP RADECKER, JR., ESQUIRE
           hpradecker@pugh-law.com
4          (via teleconference)
       1100 Poydras Street
5      Suite 3200
       New Orleans, Louisiana 70163-1132
6      (504) 799-4521
       Counsel for Murphy Bateman Building
7      Supplies, LLC

8

9  VIDEOGRAPHER:

10     WILLIAM GEIGERT,
       Golkow Technologies, Inc.

11

12             - - -

13

14

15

16

17

18

19

20

21

22

23

24

---

**Page 12**

1                   I N D E X
       CLAYTON C. GEARY & JAMES F. GEARY, SR.
2      AS JOINT 30(B)(6) REPRESENTATIVES FOR
          INTERIOR/EXTERIOR BUILDING SUPPLY
3                February 5, 2010

4  APPEARANCES                                    3

5  PROCEEDINGS                                   25

6

7  EXAMINATION OF CLAYTON C. GEARY:

8      BY MR. HERMAN:                            27

9      BY MR. HERMAN:                           114

10     BY MR. REEVES:                           280

11     BY MR. NICHOLAS:                         347

12

13 EXAMINATION OF JAMES F. GEARY, SR.:

14     BY MR. HERMAN:                            54

15     BY MR. HERMAN:                           241

16     BY MR. NICHOLAS:                         382

17

18 CERTIFICATE                                  394

19 ACKNOWLEDGMENT - CLAYTON C. GEARY            395

20 ERRATA - CLAYTON C. GEARY                    396

21 ACKNOWLEDGMENT - JAMES F. GEARY, SR.         397

22 ERRATA - JAMES F. GEARY, SR.                 398

23 LAWYER'S NOTES                               399

24

---

**Page 13**

1              DEPOSITION EXHIBITS
       CLAYTON C. GEARY & JAMES F. GEARY, SR.
2      AS JOINT 30(B)(6) REPRESENTATIVES FOR
          INTERIOR/EXTERIOR BUILDING SUPPLY
3                February 5, 2010

4  NUMBER          DESCRIPTION           MARKED

5  INEX-30b6-1   Supplemental and Amended    28
                 Re-Notice of Oral and
6                Videotaped Deposition

7  INEX-30b6-2   Interior Exterior           28
                 Building Supply
8                Distributor Profile Form

9  INEX-30b6-3   Knauf Plasterboard Wuhu     29
                 Certificate of Origin,
10               INT/EXT00084 -
                 INT/EXT00089
11

12 INEX-30b6-4   Knauf Plasterboard          44
                 Tianjin Mill
13               Certificate,
                 INT/EXT00227 -
14               INT/EXT00231

15 INEX-30b6-5   Knauf Plasterboard          69
                 Tianjin Indicative Price
16               Summary,
                 INT/EXT00659 -
17               INT/EXT00660

18 INEX-30b6-6   Handwritten Notes, "John    71
                 Davis," etc.,
19               INT/EXT00058

20 INEX-30b6-7   Handwritten Notes, "Rick    72
                 Wendel," etc.,
21               INT/EXT00951 -
                 INT/EXT00952

22 INEX-30b6-8   Handwritten Notes,          74
                 "Storage fee at wharf,"
23               etc.,
                 INT/EXT00294
24

---

Page 50

1 A.  Yes.
2 Q.  Okay.  And did those four
3   purchases come on four different ships?
4 A.  Actually, they came on three
5   ships.
6 Q.  Okay.  Do you know which two
7   were shipped together?
8 A.  My recollection is the first
9   one and the second one each came on their own
10   ships, and then the third and fourth came
11   together.
12 Q.  Okay.  And do you know about
13   when each shipment actually arrived in the
14   U.S.?
15 A.  I don't recall exactly, but it
16   is in the documents.
17 Q.  Okay.  Did anything from China
18   get to the U.S. before 2006, to the best of
19   your recollection?
20 A.  No.
21 Q.  Do you know around when in 2006
22   was the first shipment?
23 A.  It was around January 26th.
24 Q.  And was that the first time

Page 51

1   that Interior/Exterior ever received any
2   drywall that was manufactured in China?
3 A.  Yes.
4 Q.  If we go to page 3, we were
5   talking about how there's a separate entry
6   for Knauf Wuhu.  Do you see that?
7 A.  Uh-huh.
8 Q.  And are you --
9 A.  Yes.
10 Q.  Are you the best person to
11   address how that purchase came about?
12 A.  Yes.
13 Q.  How did that purchase come
14   about?
15 A.  My recollection was Knauf
16   Tianjin was having trouble producing enough
17   product, and they gave us an alternative to
18   try and get it from Wuhu.
19 Q.  And when you say "they" gave
20   you an alternative, who was it that actually
21   directed you to Knauf Wuhu, if you remember?
22 A.  Mark Norris was the, I believe,
23   manager, I guess, of Knauf over there; and
24   he's the one that was our main contact as far

Page 52

1   as making decisions.
2 Q.  Do you remember having a
3   specific like phone conversation or something
4   with him, where he might have directed you
5   over to Knauf Wuhu?
6 A.  We had conversations.  I can't
7   remember if it was e-mails, but there was --
8   production was getting tight for them, and
9   they gave us this alternative.
10 Q.  And did Mr. Norris speak
11   English?
12 A.  Yes.
13 Q.  And so you were able to
14   communicate with him directly?  You didn't
15   have to go through a translator?
16 A.  Correct.
17 Q.  Did you ever meet Mr. Norris in
18   person?
19 A.  No.
20 Q.  Did Mr. Norris, to your
21   knowledge, ever come to the United States?
22 A.  Not to my knowledge.
23 Q.  Did you ever go to China?
24 A.  Did not.

Page 53

1 Q.  Okay.  There's a date of
2   purchase in number 4 of July 5th, 2006.  Do
3   you see that?
4 A.  Uh-huh.
5 Q.  Is that a contract date, to the
6   best of your recollection?
7 A.  The best of my recollection,
8   yes.
9 Q.  And would that shipment have
10   come -- or would that purchase have come on a
11   different shipment than the Knauf Tianjin
12   shipments?
13 A.  Yes, it did.
14 Q.  And do you know about when that
15   arrived?
16 A.  I believe September, but I'm --
17   of '06, but I'm not sure.
18 Q.  I understand that the other
19   Mr. Geary is the best person to address the
20   Metro Resource purchases?
21 A.  Yes.
22    MR. HERMAN: If nobody minds,
23   let's just go off the record for one
24   second and we can switch up.

**Page 310**

1 A.  Barry Topple was with Knauf.
2  When we tried to get more board from Knauf,
3  from Jeff Brisley, he, I guess, went up the
4  ladder to Barry Topple to see if Barry could
5  help him.
6 Q.  Carlos Cisneros?
7 A.  I can't remember who that is.
8 Q.  Has Interior/Exterior been
9  involved in any remediation of any properties
10  that have had the Chinese drywall problem?
11 A.  No.
12 Q.  And I was a little unclear:  In
13  terms of the inspections that were being
14  done, when people would call in with the
15  problem, they were referred to Knauf to be
16  handled; is that right?
17    MR. SANDERS: Object to the
18  form.
19 A.  Yes.
20    BY MR. REEVES:
21 Q.  And I was unclear:  Did someone
22  from your company accompany the people with
23  Knauf out to these inspections of these
24  properties?

**Page 311**

1 A.  Did we accompany?
2 Q.  Yeah.
3 A.  To do the inspections?  No.  I
4  think one or two of my guys may have gone to
5  a couple of the houses with them, but not on
6  a regular basis, no.
7 Q.  But they've been to some.  Who
8  would have went?
9 A.  I believe Ben Diano went to
10  one.
11 Q.  Do you know what property?
12 A.  No, I don't.
13 Q.  And Ben is still with the
14  company?
15 A.  Yes, he is.
16 Q.  Who else went on these
17  inspections?
18 A.  I don't know if anybody else
19  did.
20 Q.  I want to talk a little bit
21  about insurance.  Y'all have identified a
22  number of policies in your profile form.
23    Have you been told by any of
24  your insurance companies that you may not

**Page 312**

1  have coverage for these claims?
2    MR. DUPLANTIER: I'm going to
3  object to the form of the question.
4  I'm going to instruct the witness not
5  to answer that question.
6    MR. REEVES: I just asking
7  about communication with his insurance
8  company.
9    MR. DUPLANTIER: I understand
10  that, but to the extent that those --
11  those communications occurred in
12  anticipation of litigation or as a
13  result of litigation or occurred with
14  lawyers, I'm instructing the witness
15  not to answer.  I think you're asking
16  for information that's both privileged
17  and irrelevant to this proceeding.
18    MR. REEVES: Well, we'll
19  disagree; and if we have to address
20  that later, we will.  Okay.
21    BY MR. REEVES:
22 Q.  What types of warranties, if
23  any, did Interior/Exterior provide to those
24  who purchased Chinese drywall from them?

**Page 313**

1 A.  We did not --
2    MR. DUPLANTIER: Object to the
3  form of the question.  You can answer.
4  Go ahead.
5 A.  We did not provide any
6  warranties.
7    BY MR. REEVES:
8 Q.  Okay.  Let me make sure I just
9  kind of understand a few things from a
10  big-picture standpoint.
11    The first shipment that y'all
12  actually received of Chinese drywall was in
13  January of '06; is that right?
14 A.  Yes.
15 Q.  And based upon your best
16  estimation in talking to your branch
17  managers, you sold through the end of that
18  year, maybe early into '07; is that your
19  testimony?
20 A.  Yes.
21 Q.  And I think we've confirmed
22  that you didn't have in place during this
23  time any sort of official complaint procedure
24  or policy to document complaints; is that