UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated** | **CASE NO.: 2:09-md-02047** |
| **Plaintiffs,** | **CLASS ACTION COMPLAINT** |
| Versus | **JURY TRIAL DEMAND** |
| **LIBERTY MUTUAL INSURANCE COMPANY et al** | |
| **Defendants.** | |

_____

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the attached Motion filed by Defendant, Bituminous Casualty Corporation, will be brought for hearing before the Honorable Eldon E. Fallon, on the 22nd day of September, 2010, at 9:00 a.m. at the United States District Courthouse for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130.

Dated this 3rd day of September, 2010.

        Respectfully submitted,

        WATSON BLANCHE WILSON & POSNER
        505 North Boulevard (70802)
        P. O. Box 2995
        Baton Rouge, LA  70821
        Telephone:   225-387-5511
        Facsimile:    225-387-5972

        BY: /s/ Robert W. Robison, Jr.
            WILLIAM E. SCOTT III, TA  (No. 11886)
            ROBERT W. ROBISON, JR. (No. 24630)

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system and has been sent to all counsel of record via e-mail through the court's electronic filing system on this 3rd day of September, 2010.

                <u>/s/ Robert W. Robison, Jr.</u>
                ROBERT W. ROBISON, JR.

I