AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Mary M. Niswonger | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-2734 |
| Interior Exterior Enterprises, LLC, Interior Exterior Building Supply LP and Bankers Insurance Group | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Interior Exterior Enterprises, LLC
through it registered agent
Clayton C. Geary
727 S. Cortez Street
New Orleans, LA  70119


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: __Aug 16 2010__          _____
                              *Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-2734

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Interior Exterior Enterprises LLC (9:00 AM
was received by me on *(date)* through registered agent Clayton C. Geary - 9/1/2010

☒ I personally served the summons on the individual at *(place)* 227 Cortez St, New Orleans, La.
@ 1:34 PM. on *(date)* 9/1/2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robert McCoy , who is
designated by law to accept service of process on behalf of *(name of organization)* Interior Exterior
Enterprise LLC, through registered agent on *(date)* 9-1-2010 ; or
Clayton C Geary

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-1-2010

Rudy Rodriguez
Server's signature

Rudy Rodriguez
Printed name and title

3090 Gause Blvd, Slidell, La
Server's address

Additional information regarding attempted service, etc:

