UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| *Joshua C. Price and Kimberlea Price v. USAA Casualty Insurance Co.* Case No. 10-CV-01420 (E.D. La.) | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing Motion to Enroll Additional Counsel of Record filed by USAA Casualty Insurance Company ("USAA-CIC");

IT IS ORDERED that the foregoing motion be and hereby is GRANTED and that Christopher W. Martin (Bar No. 13057620) of the law firm Martin, Disiere, Jefferson & Wisdom, L.L.P., 808 Travis Street, Suite 1800, Houston, Texas 77002, Telephone (713) 632-1700, Facsimile (713) 222-0101, is enrolled as additional counsel in the above-captioned matter

New Orleans, Louisiana, this 1st day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE