AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Mary M. Niswonger ⟩<br>—————————————— ⟩<br>*Plaintiff* ⟩<br>v. ⟩<br>Interior Exterior Enterprises, LLC, Interior Exterior ⟩<br>Building Supply LP and Bankers Insurance Group ⟩<br>*Defendant* ⟩ | Civil Action No.  10-2734 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Interior Exterior Building Supply, LP
727 S. Cortez Street
New Orleans, LA  70119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date:  __Aug 16 2010__

_____
*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  10-2734

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Interior Exterior Building Supply LP_
was received by me on *(date)* _(5:AM)_____

☑ I personally served the summons on the individual at *(place)* _227 Cortez St._
_New Orleans, La. ④1:34 pm_____ on *(date)* _9-1-2010_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Robert McCay_____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _Interior_____
_Exterior Building Supply LP_ on *(date)* _9-1-2010_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _9-1-2010_

_Rudy Rodriguez_
Server's signature

_Rudy Rodriguez_
Printed name and title

_3080 Gause Blvd #241_
Server's address _Slidell La._

Additional information regarding attempted service, etc:

