UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 |
| | * | SECTION: L |
| THIS DOCUMENT RELATES TO: Sean and Beth Payton, individually on an behalf of all others similarly situated | * * * * * | MAG. WILKINSON |
| v. | * * | |
| KNAUF GIPS KG, et al Civil Action No. 09-07628 | * * * | |

*****************************************************************************

### ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, DMH Development, Co., to submit its Profile Form to Plaintiffs' Liaison Counsel is extended through and including September 20, 2010.

NEW ORLEANS, LOUISIANA this  2nd  day of _____September_____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

4