**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
OFFICE OF THE CLERK

Loretta G. Whyte                                         500 Poydras St., Room C-151
Clerk                                                    New Orleans, LA 70130
                        September 1, 2010

Mr. Charles R. Fulbruge, III, Clerk                      APPEAL NO. *10-30568*
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

IN RE: CHINESE-MANUFACTURED DRYWALL PROD LIABILITY   MD 09-2047 L   c/w   CA 09-6687 L

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

   ___    1) Certified copy of the notice of appeal and docket entries.

   ___    2) Certified copy of notice of a cross-appeal and docket entries.

   ___    3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

   ___    4) This case is proceeding <u>in forma pauperis</u>

   ___    5) Order Appointing Counsel   ___ CJA-20   ___ FPD

   ___    6) District Judge entering the final judgment is _____

   ___    7) Court Reporter assigned to the case _____

   ___    8) If criminal case, number and names of other defendants on appeal _____

   ___    9) This case was decided without a hearing; there will be no transcript.

   ___   10) Spears hearing held.

In connection with this record, the following documents are transmitted.

   _x_    1) **Certified** Copies record on appeal consisting of:

          ___ Volume(s) of record   ___ Volume(s) transcript

          ___ Volume(s) of depositions

          ___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

   ___    2) Supplemental record including,_____

   ___    3) SEALED Docs. _____

   ___    4) Other:_____

                                                             Very truly yours,

                                                         By___Alicia Phelps_____
                                                                Deputy Clerk