UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL DOCKET: 2047
SECTION: L


THIS DOCUMENT RELATES TO
CASE NO. 2:09cv-07628

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

TAYLOR MORRISON SERVICES, INC., a
foreign corporation, and TAYLOR
WOODROW COMMUNITIES AT
VASARI, LLC, a Florida limited liability
company,

       Defendants/Cross-claim Plaintiffs,

v.

KNAUF GIPS KG, a German corporation,
KNAUF PLASTERBOARD (TIANJIN) CO.,
LTD., a Chinese limited liability corporation,
BANNER SUPPLY CO., a Florida
corporation, RESIDENTIAL DRYWALL,
INC., a Florida corporation, NU WAY
DRYWALL, LLC, a Florida limited liability
company, FLORIDA STYLE SERVICES,
INC., a Florida corporation,

Cross-claim Defendants,

COTHERN CONSTRUCTION COMPANY,
a Florida corporation,
Third-Party Defendant,

_____/

**ORDER**

Considering the foregoing Motion for Leave to Amend Cross-claim;

IT IS HEREBY ORDERED that the Motion for Leave to Amend Cross-claim is granted;

IT IS FURTHER ORDERED that the attached Amended Cross-Claim be filed into the record of this proceeding.

NEW ORLEANS, LOUISIANA, this 1st day of September, 2010.

_____
JUDGE ELDON E. FALLON