UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2047 |
| | | SECTION L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |
| **This document relates to:** **Sean and Beth Payton v. Knauf** **(2:09-cv-7628** | * * * | |

### INTERIOR EXTERIOR'S RESPONSE TO R.L.DRYWALL'S RECORDS DEPOSITION

**NOW INTO COURT**, through undersigned counsel, comes Interior Exterior Building Supply, LP, who respectfully submits the following documents responsive to R.L. Drywall, Inc.'s Notice of Records Deposition.

**Request No. 1:**

A certified copy of all records, data, shipping invoices and any and all other documents relating to R.L. Drywall Inc. and/or Richard Lacoste.

**Response to Request No. 1:**

Interior Exterior objects to this request as it is overly broad, unduly burdensome and vague. Subject thereto, see attached invoices for the time period that Interior Exterior sold drywall manufactured in China.

Respectfully submitted:

/s/ Lambert J. Hassinger, Jr.
_____
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Carlina C. Eiselen, #28524

Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 7th day of September, 2010.

_____
 /s/ Lambert J. Hassinger, Jr.