

**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 01/30/06 | 574428-00 |
| PO DATE | P.O. NO. | PAGE # |
| 01/24/06 | CLINTON | 1 |

CUST.#:  7134

**\*\* D U P L I C A T E \*\*\***

SHIP TO:  6930 ANDREW LANE
AVONDALE PLANTATION

CLINTON, LA 70785

REMIT TO:  **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 01/27/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 60 | 0 | 60 | PC | 280.00 | MSF | 806.40 |
| 2 | 541212R<br>54" X 12' X 1/2" REGULAR 54 SF/EA | 102 | 0 | 102 | PC | 320.00 | MSF | 1762.56 |
| 2 | Lines Total | Qty Shipped Total | | 162 | | | Total | 2568.96 |
| | | | | | | | Taxes | 231.21 |
| | | | | | | | Invoice Total | 2800.17 |

Cash Discount  25.69  If Paid By 02/28/06

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|------------|--------------|-----------|
| 000000 | 03/08/06 | 575525-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/01/06 | LAKES AT BELLE TERRE | 1 |

CUST.#:  7134

**  D U P L I C A T E  ***

SHIP TO:  LAKES AT BELLE TERRE
LOT 28
OFF HWY 16
WATSON, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/07/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 541212R | 100 | 0 | 100 | PC | 320.00 | MSF | 1728.00 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 70 | 0 | 70 | PC | 280.00 | MSF | 940.80 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK   48SF/PC | | | | | | | |
| 3 | CT118 | 1 | 0 | 1 | CS | 46.00 | CS | 46.00 |
| | 1 1/8" COARSE THREAD SCREW  10000 PER CASE | | | | | | | |
| 4 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
| | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 4 | Lines Total | Qty Shipped Total | | 172 | | | Total | 2746.80 |
| | | | | | | | Taxes | 233.48 |
| | | | | | | | Invoice Total | 2980.28 |

Cash Discount        27.47  If Paid By 04/06/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/14/06 | 575744-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/08/06 | OLD WEIS ROAD | 1 |

CUST.#:   7134                    ** D U P L I C A T E ***

SHIP TO: LOT 25
OLD WEIS ROAD
DUPLEX
ZACHERY, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: R L DRYWALL
29175 HIGHLAND DRIVE
NEW ORLEANS, LA 70178

WALKER, LA 70785

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/13/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | PUT HALF IN EACH UNIT | | | | | | | |
| 1 | 4858FC | 44 | 0 | 44 | PC | 315.00 | MSF | 443.52 |
| | 4' X 8' X 5/8" F/C GYP. BOARD 32 SF/PC | | | | | | | |
| 2 | 41258FC | 2 | 0 | 2 | PC | 315.00 | MSF | 30.24 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 3 | 41212R | 172 | 0 | 172 | PC | 280.00 | MSF | 2311.68 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 4 | GPSB | 14 | 0 | 14 | PC | 300.00 | MSF | 134.40 |
| | 4' X 8' X 1/2" SOUND BOARD 32 SF/EA 90/LIFT | | | | | | | |
| 5 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
| | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 6 | CT118 | 1 | 0 | 1 | CS | 46.00 | CS | 46.00 |
| | 1 1/8" COARSE THREAD SCREW 10000 PER CASE | | | | | | | |

6 Lines Total          Qty Shipped Total        234

Total          2997.84
Taxes           269.80
Invoice Total  3267.64

Cash Discount    29.98  If Paid By 04/12/06

Last Page                    ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
                             SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/16/06 | 575895-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/14/06 | OAK ALLY LOT 110 | 1 |

CUST.#: 7134

** D U P L I C A T E ***

SHIP TO:
OAK ALLY      LOT 110
DEDICATED BUILDERS
OFF HWY 73
PRARIEVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:
R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/15/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | STOCK ALL MATERIAL DOWNSTAIRS | | | | | | | |
| 1 | 541212R<br>54" X 12' X 1/2" REGULAR 54 SF/EA | 150 | 0 | 150 | PC | 320.00 | MSF | 2592.00 |
| 2 | 4812MR<br>4' X 8' X 1/2" M/R GYP. BD. 32 SF | 30 | 0 | 30 | PC | 345.00 | MSF | 331.20 |
| 3 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 100 | 0 | 100 | PC | 280.00 | MSF | 1344.00 |
| 4 | 41058FC<br>4' X 10' X 5/8" F/C GYP. BOARD 40 SF/PC | 20 | 0 | 20 | PC | 315.00 | MSF | 252.00 |
| 5 | DN138<br>1 3/8" DRYWALL NAILS 50 LB/CS | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
| 6 | CT118<br>1 1/8" COARSE THREAD SCREW  10000 PER CASE | 1 | 0 | 1 | CS | 46.00 | CS | 46.00 |

| 6 | Lines Total | Qty Shipped Total | 302 | | Total | 4597.20 |
|---|---|---|---|---|---|---|
| | | | | | Taxes | 390.76 |
| | | | | | Invoice Total | 4987.96 |

Cash Discount      45.97  If Paid By 04/14/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
**504-488-1998**

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/20/06 | 575961-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/16/06 | OAK ALLEY | 1 |

CUST.#:       7134                          ** D U P L I C A T E ***

SHIP TO:  OAK ALLEY LOT110
          HWY 73

          PRAIRIEVILLE, LA

REMIT TO:   **P.O. BOX 4002**
            **NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

BILL TO:  R L DRYWALL
          29175 HIGHLAND DRIVE          NEW ORLEANS, LA 70178

          WALKER, LA 70785

| INSTRUCTIONS | | TERMS |
|---|---|---|
| SRK | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | GO DOWN AIRLINE HWY TURN RIGHT ON OLD PERKINS. TURN LEFT AT SECOND LIGHT ON OLD PERKINS.. THIS IS BLUFF ROAD. GO TO THE END AN TURN LEFT ON HWY 73. OAK ALLEY IS ON THE RIGHT. | | | | | | | |
| 1 | 41212R | 50 | 0 | 50 | PC | 280.00 | MSF | 672.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 50 | | | Total | 672.00 |
| | | | | | | | Taxes | 57.12 |
| | | | | | | | Invoice Total | 729.12 |

Cash Discount      6.72  If Paid By 04/18/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/22/06 | 575991-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/17/06 | OAK ALLY LOT 49 | 1 |

CUST.#:   7134            ** D U P L I C A T E ***

SHIP TO:  OAK ALLY
LOT 49
OFF HWY 73
PRARIEVILLE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  R L DRYWALL
29175 HIGHLAND DRIVE       NEW ORLEANS, LA 70178

WALKER, LA 70785

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 4812MR<br>4' X 8' X 1/2" M/R GYP. BD. 32 SF | 30 | 0 | 30 | PC | 345.00 | MSF | 331.20 |
| 2 | 41212r<br>4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 120 | 0 | 120 | PC | 280.00 | MSF | 1612.80 |
| 3 | 541212R<br>54" X 12' X 1/2" REGULAR 54 SF/EA | 120 | 0 | 120 | PC | 320.00 | MSF | 2073.60 |
| 4 | DN138<br>1 3/8" DRYWALL NAILS 50 LB/CS | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
| 5 | CT118<br>1 1/8" COARSE THREAD SCREW  10000 PER CASE | 1 | 0 | 1 | CS | 46.00 | CS | 46.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | Lines Total | Qty Shipped Total | | 272 | | Total | 4095.60 |
| | | | | | | Taxes | 348.12 |
| | | | | | | Invoice Total | 4443.72 |

Cash Discount      40.96  If Paid By 04/20/06

Last Page                                      ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/23/06 | 575992-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/17/06 | OAK ALLY LOT 4 | 1 |

CUST.#:  7134          ** D U P L I C A T E ***

SHIP TO:  OAK ALLY
LOT 4
OFF HWY 73
PRARIEVILLE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 280 | 0 | 280 | PC | 280.00 | MSF | 3763.20 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 41058FC | 20 | 0 | 20 | PC | 315.00 | MSF | 252.00 |
| | 4' X 10' X 5/8" F/C GYP. BOARD 40 SF/PC | | | | | | | |
| 3 | 4812MR | 30 | 0 | 30 | PC | 345.00 | MSF | 331.20 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 4 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
| | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 5 | CT118 | 1 | 0 | 1 | CS | 46.00 | CS | 46.00 |
| | 1 1/8" COARSE THREAD SCREW  10000 PER CASE | | | | | | | |

| 5 Lines Total | Qty Shipped Total | 332 | | Total | 4424.40 |
|---|---|---|---|---|---|
| | | | | Taxes | 376.08 |
| | | | | Invoice Total | 4800.48 |

Cash Discount     44.24  If Paid By 04/21/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/31/06 | 576305-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/28/06 | FRENCH SETTLEMENT | 1 |

CUST.#:   7134                    ** D U P L I C A T E ***

SHIP TO:  SANDY RIDGE
OFF BRICKYARD RD

FRENCH SETTLEMENT, LA

**REMIT TO:**   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/31/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 541212R | 40 | 0 | 40 | PC | 320.00 | MSF | 691.20 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 104 | 0 | 104 | PC | 280.00 | MSF | 1397.76 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 4 | 4812R | 40 | 0 | 40 | PC | 280.00 | MSF | 358.40 |
| | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |
| 5 | 4812MR | 26 | 0 | 26 | PC | 345.00 | MSF | 287.04 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 6 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
| | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 7 | CT114 | 1 | 0 | 1 | CS | 38.00 | CS | 38.00 |
| | 1 1/4" COARSE THREAD SCREWS 8000/CS | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 Lines Total | Qty Shipped Total | 212 | | | Total | | 2804.40 |
| | | | | | Taxes | | 224.36 |
| | | | | | Invoice Total | | 3028.76 |

Cash Discount        28.04  If Paid By 04/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/12/06 | 576619-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/07/06 | 6875 JULIAN RD | 1 |

CUST.#:  7134

**\*\* D U P L I C A T E \*\*\***

SHIP TO: 6875 JUBAN AVE
NEAR HI-NEIBOR

BATON ROUGE,

REMIT TO:  **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 04/11/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 198 | 0 | 198 | PC | 305.00 | MSF | 2898.72 |
| 2 | DN138<br>1 3/8" DRYWALL NAILS 50 LB/CS | 2 | 0 | 2 | CS | 32.00 | CS | 64.00 |
| 3 | CT118<br>1 1/8" COARSE THREAD SCREW  10000 PER CASE | 2 | 0 | 2 | CS | 46.00 | CS | 92.00 |
| 3 | Lines Total | Qty Shipped Total | | 202 | | | Total | 3054.72 |
| | | | | | | | Taxes | 274.93 |
| | | | | | | | Invoice Total | 3329.65 |

Cash Discount      30.55  If Paid By 05/11/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/27/06 | 576912-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/17/06 | frost | 1 |

CUST.#:    7134

** D U P L I C A T E ***

SHIP TO:   FROST BUILDERS
STONEHEDGE
LAST BUILDING ON LEFT
BATON ROUGE, LA

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 04/26/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | PLACE IN FRONT BUILDING | | | | | | | |
| 1 | 541212R  54" X 12' X 1/2" REGULAR 54 SF/EA | 120 | 0 | 120 | PC | 350.00 | MSF | 2268.00 |
| 2 | 41212R  4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 60 | 0 | 60 | PC | 305.00 | MSF | 878.40 |
| 3 | 41058FC  4' X 10' X 5/8" F/C GYP. BOARD 40 SF/PC | 80 | 0 | 80 | PC | 340.00 | MSF | 1088.00 |
| 4 | DN138  1 3/8" DRYWALL NAILS 50 LB/CS | 2 | 0 | 2 | CS | 32.00 | CS | 64.00 |
| 5 | CT114  1 1/4" COARSE THREAD SCREWS 8000/CS | 2 | 0 | 2 | CS | 38.00 | CS | 76.00 |
| 5 | Lines Total       Qty Shipped Total | | | 264 | | | | |

Total                4374.40
Taxes                 393.70
Invoice Total         4768.10

Cash Discount      43.74  If Paid By 05/26/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/16/06 | 577523-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/10/06 | LAKES AT ASCENSION | 1 |

CUST.#:   7134        ** D U P L I C A T E ***

SHIP TO: LAKES AT ASCENSION SUBDIVISION
LOTT

WALKER, LA 70785

BILL TO: R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

                     NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| TKC | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 05/15/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 541212R | 150 | 0 | 150 | PC | 350.00 | MSF | 2835.00 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 140 | 0 | 140 | PC | 305.00 | MSF | 2049.60 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 3 | 4812XP | 30 | 10 | 20 | PC | 370.00 | MSF | 236.80 |
| | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |
| 4 | DN138 | 2 | 0 | 2 | CS | 32.00 | CS | 64.00 |
| | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 5 | CT118 | 2 | 0 | 2 | CS | 46.00 | CS | 92.00 |
| | 1 1/8" COARSE THREAD SCREW  10000 PER CASE | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5 Lines Total | Qty Shipped Total | 314 | | Total | 5277.40 |
| | | | | Taxes | 501.36 |
| | | | | Invoice Total | 5778.76 |

Cash Discount      52.77  If Paid By 06/14/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/16/06 | 578426-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/08/06 | GRAYS CREEK LOR 77 | 1 |

CUST.#:   7134                    ** D U P L I C A T E ***

SHIP TO:   GRAYS CREEK
           LOT 77

           DENHAM SPRINGS, LA

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

BILL TO:   R L DRYWALL
           29175 HIGHLAND DRIVE            NEW ORLEANS, LA 70178

           WALKER, LA 70785

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 06/15/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | HWY 16 TO WAX ROAD T/L TO GRAYS CREEK T/L INTO SUBDEVISION TAKE 1ST RIGHT HOUSE DOWN NEAR TRAILOR. PUT 50 PCS 12' AND 10 PCS XP UPSTAIRS and 16 pcs 5/8" | | | | | | | |
| 1 | 541212R 54" X 12' X 1/2" REGULAR 54 SF/EA | 110 | 0 | 110 | PC | 350.00 | MSF | 2079.00 |
| 2 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 120 | 0 | 120 | PC | 305.00 | MSF | 1756.80 |
| 3 | 4812XP 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | 30 | 0 | 30 | PC | 370.00 | MSF | 355.20 |
| 4 | 41258fc 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | 16 | 0 | 16 | PC | 340.00 | MSF | 261.12 |
| 4 | Lines Total | Qty Shipped Total | | 276 | | | Total | 4452.12 |
| | | | | | | | Taxes | 422.95 |
| | | | | | | | Invoice Total | 4875.07 |

Cash Discount    44.52  If Paid By 07/15/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/27/06 | 578834-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/21/06 | 1780 BAYOU PAUL ROAD | 1 |

CUST.#:  7134

\*\* D U P L I C A T E \*\*\*

SHIP TO:  1780 BAYOU PAUL ROAD
  1ST HOUSE ON RIGHT PAST
  R/R TRACKS
  GONZALES, LA

REMIT TO:  **P.O. BOX 4002**
  **NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
  P. O. BOX 4002

BILL TO:  R L DRYWALL
  29175 HIGHLAND DRIVE

  WALKER, LA 70785

  NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1% 29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 06/26/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 541212R | 170 | 0 | 170 | PC | 370.00 | MSF | 3396.60 |
|  | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 70 | 0 | 70 | PC | 325.00 | MSF | 1092.00 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 3 | 4812XP | 38 | 0 | 38 | PC | 390.00 | MSF | 474.24 |
|  | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |
| 4 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
|  | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 5 | CT118 | 1 | 0 | 1 | CS | 46.00 | CS | 46.00 |
|  | 1 1/8" COARSE THREAD SCREW  10000 PER CASE | | | | | | | |

| 5 | Lines Total | Qty Shipped Total | 280 | | Total | 5040.84 |
|---|---|---|---|---|---|---|
| | | | | | Taxes | 428.47 |
| | | | | | Invoice Total | 5469.31 |

Cash Discount    50.41  If Paid By 07/26/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/27/06 | 579334-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/07/06 | AUDUBON TRACE | 1 |

CUST.#:   7134            ** D U P L I C A T E ***

SHIP TO: AUDUBON TRACE
OFF DUNN ROAD

DENHM SPRINGS, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: R L DRYWALL
29175 HIGHLAND DRIVE          NEW ORLEANS, LA 70178

WALKER, LA 70785

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 07/26/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 541212R | 126 | 0 | 126 | PC | 370.00 | MSF | 2517.48 |
|   | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 4812XP | 12 | 0 | 12 | PC | 380.00 | MSF | 145.92 |
|   | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |
| 3 | 41212R | 70 | 0 | 70 | PC | 325.00 | MSF | 1092.00 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 4 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
|   | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 5 | CT114 | 1 | 0 | 1 | CS | 38.00 | CS | 38.00 |
|   | 1 1/4" COARSE THREAD SCREWS 8000/CS | | | | | | | |

| 5 | Lines Total | Qty Shipped Total | | 210 | | | Total | 3825.40 |
|---|---|---|---|---|---|---|---|---|
|   | | | | | | | Taxes | 363.42 |
|   | | | | | | | Invoice Total | 4188.82 |

Cash Discount       38.25  If Paid By 08/25/06

Last Page



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/20/06 | 579405-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/10/06 | OAK ALLY | 1 |

CUST.#:  7134                **D U P L I C A T E ***

SHIP TO: OAK ALLY
LOT 55
HWY 74
DUTCHTOWN, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: R L DRYWALL
29175 HIGHLAND DRIVE        NEW ORLEANS, LA 70178

WALKER, LA 70785

| INSTRUCTIONS | | TERMS |
|---|---|---|
| JHM | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 07/19/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 80 | 0 | 80 | PC | 325.00 | MSF | 1248.00 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 541212R | 120 | 0 | 120 | PC | 360.00 | MSF | 2332.80 |
|  | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 3 | 4812XP | 20 | 0 | 20 | PC | 380.00 | MSF | 243.20 |
|  | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |
| 4 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
|  | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 5 | CT118 | 1 | 0 | 1 | CS | 46.00 | CS | 46.00 |
|  | 1 1/8" COARSE THREAD SCREW  10000 PER CASE | | | | | | | |

| 5 | Lines Total | Qty Shipped Total | | 222 | | | Total | 3902.00 |
|---|---|---|---|---|---|---|---|---|
|  | | | | | | | Taxes | 331.67 |
|  | | | | | | | Invoice Total | 4233.67 |

Cash Discount        39.02  If Paid By 08/18/06

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/13/06 | 579053-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/11/06 | 8018 HWY 941 | 1 |

CUST.#:   7134

** D U P L I C A T E ***

SHIP TO:  8018 HWY 941

GONZALES, LA

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   R L DRYWALL
29175 HIGHLAND DRIVE

NEW ORLEANS, LA 70178

WALKER, LA 70785

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 07/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 264 | 0 | 264 | PC | 325.00 | MSF | 4118.40 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812XP | 38 | 0 | 38 | PC | 380.00 | MSF | 462.08 |
| | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |
| 3 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
| | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 4 | CT118 | 1 | 0 | 1 | CS | 46.00 | CS | 46.00 |
| | 1 1/8" COARSE THREAD SCREW 10000 PER CASE | | | | | | | |
| 4 | Lines Total | Qty Shipped Total | | 304 | | | Total | 4658.48 |
| | | | | | | | Taxes | 395.97 |
| | | | | | | | Invoice Total | 5054.45 |

Cash Discount      46.58  If Paid By 08/11/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/21/06 | 579491-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/14/06 | 5555 GOV'T STREET | 1 |

CUST.#: 7134

\*\* D U P L I C A T E \*\*\*

SHIP TO: 5555 GOV'T STREET
BEHIND SCUBA SHOP NEXT TO
SUPERIOR GRILL
BATON ROUGE, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

| INSTRUCTIONS | TERMS |
|---|---|
| WRG | 1% 29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BATON ROUGE BRANCH | DEL/OUR TRCK | 07/20/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 60 | 0 | 60 | PC | 325.00 | MSF | 936.00 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 541212R | 60 | 0 | 60 | PC | 360.00 | MSF | 1166.40 |
|  | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 3 | 4812XP | 30 | 0 | 30 | PC | 380.00 | MSF | 364.80 |
|  | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |
| 3 | Lines Total | Qty Shipped Total | | 150 | | | Total | 2467.20 |
|  | | | | | | | Taxes | 222.05 |
|  | | | | | | | Invoice Total | 2689.25 |

Cash Discount    24.67  If Paid By 08/19/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/31/06 | 579820-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/24/06 | COPPERMILL # 93 | 1 |

CUST.#:        7134                      ** D U P L I C A T E ***

SHIP TO:  COPPERMILL
          LOT 93

          ZACHERY,

BILL TO:  R L DRYWALL
          29175 HIGHLAND DRIVE

          WALKER, LA 70785

REMIT TO:   **P.O. BOX 4002**
            **NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

                     NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 07/28/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 204 | 0 | 204 | PC | 325.00 | MSF | 3182.40 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | CT114 | 2 | 0 | 2 | CS | 38.00 | CS | 76.00 |
|   | 1 1/4" COARSE THREAD SCREWS 8000/CS | | | | | | | |
| 3 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
|   | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 3 | Lines Total | Qty Shipped Total | | 207 | | | Total | 3290.40 |
|   | | | | | | | Taxes | 296.14 |
|   | | | | | | | Invoice Total | 3586.54 |

Cash Discount      32.90  If Paid By 08/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/31/06 | 579951-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/27/06 | LIFE CENTER | 1 |

CUST #:  7134

** D U P L I C A T E ***

SHIP TO:  LIFE CENTER CHURCH
9010 FLORIDA BLVD

WALKER, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

| INSTRUCTIONS | TERMS |
|---|---|
| WRG | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 07/28/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41058FC | 82 | 0 | 82 | PC | 360.00 | MSF | 1180.80 |
|  | 4' X 10' X 5/8" F/C GYP. BOARD 40 SF/PC |  |  |  |  |  |  |  |
| 2 | 41012R | 60 | 0 | 60 | PC | 325.00 | MSF | 780.00 |
|  | 4' X 10' X 1/2" GYPSUM BOARD 40 SF/EA |  |  |  |  |  |  |  |
| 3 | 41212R | 20 | 0 | 20 | PC | 325.00 | MSF | 312.00 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC |  |  |  |  |  |  |  |
| 4 | TK178 | 1 | 0 | 1 | CS | 62.00 | CS | 62.00 |
|  | 1-7/8" TEK SCREWS 4000/CS |  |  |  |  |  |  |  |
| 4 | Lines Total | Qty Shipped Total |  | 163 |  |  | Total | 2334.80 |
|  |  |  |  |  |  |  | Taxes | 221.80 |
|  |  |  |  |  |  |  | Invoice Total | 2556.60 |

Cash Discount        23.35  If Paid By 08/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/31/06 | 580013-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/28/06 | coppermill 93 | 1 |

CUST.#:        7134

** D U P L I C A T E ***

SHIP TO:   R L DRYWALL
LOT 93
COPPERMILL
ZACHERY, LA

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   R L DRYWALL
29175 HIGHLAND DRIVE

WALKER, LA 70785

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WWT | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 07/31/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 116 | 0 | 116 | PC | 325.00 | MSF | 1809.60 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 116 | | | Total | 1809.60 |
|  | | | | | | | Taxes | 162.86 |
|  | | | | | | | Invoice Total | 1972.46 |

Cash Discount        18.10  If Paid By 08/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/08/07 | 585685-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/07/07 | | 1 |

CUST.#:     7134                    ** D U P L I C A T E ***

SHIP TO:  R L DRYWALL
          RICKY

          BATON ROUGE, LA

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

BILL TO:  R L DRYWALL
          29175 HIGHLAND DRIVE          NEW ORLEANS, LA 70178

          WALKER, LA 70785

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BJS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | CUSTOMER P/U | 03/07/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 12 | 0 | 12 | PC | 244.00 | MSF | 140.54 |
| 1 | Lines Total | Qty Shipped Total | | 12 | | | Total | 140.54 |
| | | | | | | | Taxes | 12.65 |
| | | | | | | | Invoice Total | 153.19 |

Cash Discount      1.41  If Paid By 04/06/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)