UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Gross, et al. vs. Knauf Gips, KG, et al.* Civil Action No. 09-6690 | MAG. JUDGE WILKINSON |

### CORPORATE DISCLOSURE OF CARTER'S CUSTOM HOMES, INC.

NOW INTO COURT, through undersigned counsel, comes Defendant, Carter's Custom Homes, Inc., and files this Corporate Disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6 of the Local Rules:

1.

There are no parent corporations of Carter's Custom Homes, Inc..

2.

No publicly traded company owns 10% or more of Carter's Custom Homes, Inc.'s stock.

Respectfully Submitted,

*[signature]*

PATRICIA A. KREBS (LA #2035)
CHARLOTTE P. LIVINGSTON (LA #26894)
BETH E. ABRAMSON (LA #27350)
KING, KREBS, AND JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone:    (504) 582-3800
Facsimile:    (504) 582-1233
pkrebs@kingkrebs.com
clivingston@kingkrebs.com
babramson@kingkrebs.com

**Attorneys for Defendant
Carter's Custom Homes, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, **or** by hand delivery and email, **and** upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of September, 2010.

*[signature]*
Beth E. Abramson