UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

SECTION "L"

THIS DOCUMENT RELATES TO:

JUDGE FALLON

*Dean and Dawn Amato, et al. vs.*
*Liberty Mutual Insurance Company, et al.*
*Civil Action No. 10-932*

MAG. JUDGE WILKINSON

## NOTICE OF APPEARANCE OF COUNSEL

An appearance is hereby filed by Patricia A. Krebs, Charlotte P. Livingston, and Beth E. Abramson, of the law firm King, Krebs, and Jurgens, P.L.L.C., as attorneys of record for Defendant, Ray Beck, Inc., in the above entitled matter.   Defendant reserves all rights and defenses, including objections to the jurisdiction or venue of this Honorable Court.   Defendant further avers that this Notice does not constitute a waiver of service.   Please direct all future pleadings be served upon undersigned counsel.

{N0386743 -}

1/2

Respectfully Submitted,

_____
PATRICIA A. KREBS (LA #2035)
CHARLOTTE P. LIVINGSTON (LA #26894)
BETH E. ABRAMSON (LA #27350)
KING, KREBS, AND JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone:     (504) 582-3800
Facsimile:     (504) 582-1233
pkrebs@kingkrebs.com
clivingston@kingkrebs.com
babramson@kingkrebs.com

**Attorneys for Defendant
Ray Beck, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of September, 2010.

_____
Beth E. Abramson