UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687**

### TAISHAN GYPSUM CO. LTD.'S *EX PARTE* MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO VACATE THE DEFAULT JUDGMENT AND DISMISS THIS ACTION IN EXCESS OF 25 PAGES

Defendant Taishan Gypsum Co. Ltd. ("Taishan"), through undersigned counsel, respectfully requests leave to file the attached Memorandum in Support of Motion to Vacate the Default Judgment and Dismiss this Action, pursuant to Local Rule 7.8.1E.

On September 3, 2010, Taishan filed its Motion to Vacate and Dismiss the Action. The memorandum in support of that motion had a body that was 25 pages. Prior to filing this motion, Taishan's counsel had his paralegal contact the clerk's office to verify that this filing would satisfy the page limit requirement, even though the other portions of the memorandum, additional to the body of the memorandum itself, made the full filing over 25 pages. The clerk's office responded that the other items are generally not included in the page limit

requirements. However, on September 7, 2010, the motion to vacate was deemed deficient because the caption, table of contents, table of authorities, signature line, and certificate of service associated with the memorandum all counted towards the page limit. Thus, the total length of the memorandum as filed exceeded 25 pages.

Accordingly, Taishan respectfully requests that it be allowed to file the attached memorandum in support, which is the same memorandum that Taishan sought to file last week and which totals 33 pages with the additional items listed above, exclusive of exhibits. Although Taishan has presented its position as succinctly as possible, it respectfully submits that these additional pages are needed in order to properly present its motion to the Court and to comply with the clerk's office filing requirements.

WHEREFORE, Taishan respectfully requests that the Court grant this motion and permit the filing of the attached memorandum.

Date: September 7, 2010

                                                  Respectfully submitted,

                                                  /s/ Thomas P. Owen, Jr.
                                                  Joe Cyr
                                                  Frank T. Spano
                                                  Eric Statman
                                                  Matthew J. Galvin
                                                  HOGAN LOVELLS US LLP
                                                  875 Third Avenue
                                                  New York, New York 10022
                                                  Email: Joe.cyr@hoganlovells.com
                                                  Frank.spano@hoganlovells.com
                                                  Eric.statman@hoganlovells.com
                                                  matthew.galvin@hoganlovells.com
                                                  Telephone: 212-918-3000
                                                  Facsimile: 212-918-3100

3

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.em
**Attorneys for Taishan Gypsum Co. Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Taishan Gypsum Co. Ltd.'s Ex Parte Motion for Leave to File Memorandum in Support of Motion to Vacate the Default Judgment and Dismiss this Action in Excess of 25 Pages has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010.

/s/ Thomas P. Owen, Jr.