UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS ORDER RELATES TO:** *Germano, et. al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687**

## ORDER

Having considered Taishan Gypsum Co. Ltd.'s *Ex Parte* Motion for Leave to File Memorandum in Support of Motion to Vacate the Default Judgment and Dismiss this Action in Excess of 25 Pages,

**IT IS HEREBY ORDERED** that Taishan Gypsum Co. Ltd. is granted leave to file and hereby orders filed the Memorandum in Support of its Motion to Vacate the Default Judgment and Dismiss this Action attached to its motion and which is in excess of twenty-five (25) pages.

New Orleans, Louisiana this _____ day of September, 2010.

 

_____
Honorable Eldon E. Fallon
United States District Judge