UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2:09-md-02047

**This document relates to:**

JUDGE FALLON

AMATO, ET AL. v.
LIBERTY MUTUAL INS. CO., ET AL.

MAGISTRATE WILKINSON

CASE NO. 2:10-cv-00932 (E.D. La.)

## LIMITED NOTICE OF APPEARANCE

Jeffrey A. Rubinton, the law firm of Rubinton & Laufer, P.A., Jason P. Foote and the law firm of Chopin, Wagar, Richard & Kutcher, L.L.P. make an appearance as counsel of record for:

1. American Strategic Insurance Corporation, as the alleged insurer of defendant Vicinity Drywall, Inc.

Appearances on behalf of the above-listed defendant are made reserving all rights to object to jurisdiction, venue and service, and preserving all defenses. Undersigned counsel respectfully request that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

Dated September 8, 2010.

                    Respectfully submitted,

                    **Rubinton & Laufer, P.A.**
                    Emerald Hills Executive Plaza II
                    4651 Sheridan Street, Suite 200
                    Hollywood, Florida 33021
                    Telephone: 954-966-9908
                    Fax: 954-966-9904
                    E-mail: jrubinton@rl-associates.com

                    By: */s/ Jeffrey A. Rubinton*
                        Jeffrey A. Rubinton, Esq.
                        Florida Bar: 821756

                    ***Attorneys for Defendant, American Strategic Insurance Corporation*** (to the extent as noted above)

                    **CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

                    By: */s/ Jason P. Foote*
                    **JASON P. FOOTE (#25050)**
                    3850 N. Causeway Boulevard, Suite 900
                    Metairie, Louisiana 70002
                    Telephone: (504) 830-3827
                    Facsimile: (504) 836-9579
                    E-Mail: jfoote@chopin.com
                    ***Attorneys for Defendant, American Strategic Insurance Corporation*** (to the extent as noted above)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010.

/s/ Jeffrey A. Rubinton
**JEFFREY A. RUBINTON**

/s/ Jason P. Foote
**JASON P. FOOTE**