# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, INDIVIDUALLY, and on BEHALF of ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | CLASS ACTION COMPLAINT<br>NO. 10-932<br>SECTION "L"<br>MAG. 2 |

## ORDER OF ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Clarence Y. Lee, of the law firm of TROUTMAN SANDERS, LLP be and is hereby DENIED permission to appear and participate *pro hac vice* as co-counsel for Continental Casualty Company in this case. Pursuant to Pretrial Order No. 1, paragraph 12, attorneys admitted to practice and in good standing in any United States District Court are admitted pro hac vice in this litigation, and the requirements of Local Rules 83.2.6E and 83.2.7 are waived. Counsel is directed to consult this Court's MDL website at http://www.laed.uscourts.gov/Drywall, specifically the pretrial orders and the FAQs pages, for proper filing guidelines.

New Orleans, Louisiana, this 7th day of September 2010.

_____
U.S. DISTRICT JUDGE

1049970v1