UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELLY PARR, ET AL. | * | CIVIL ACTION NO. 10-2737 |
|     Plaintiff, | * | |
| | * | |
| VERSUS | * | |
| | * | |
| TALLOW CREEK, LLC, ET AL. | * | SECTION "L", MAGISTRATE 2 |
| | * | |
|     Defendants | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## NOTICE OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Defendants and Third-Party Plaintiffs, Tallow Creek, LLC and Southern Homes, LLC ("collectively "Tallow Creek"), who pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby give notice of their voluntary dismissal, without prejudice, of their Third-Party Demand against Bankers Insurance Company as insurer of Graf's Drywall.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER #19589
MARTHA Y. CURTIS #20446
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR SOUTHERN HOMES, LLC; AND TALLOW CREEK, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010.

/s/ James M. Garner
JAMES M. GARNER