UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.*, **Case No. 10-178**

### ORDER

Plaintiffs, Centerline Homes Construction, Inc., Centerline Homes at Georgetown, LLC, Centerline Homes, Inc., and Completed Communities II, LLC, filed a Motion to Compel, Rec. Doc. No. No. 5385, which was heard on oral argument simultaneously with the Plaintiffs' Steering Committee and Robert C. Pate's Joint Motion to Compel, Rec. Doc. No. 5319, at the hearing on September 2, 2010.  *See* Rec. Doc. No. 5450.  The Court ruled from the bench on Plaintiffs' Motion, but omitted this ruling in its Minute Entry from the hearing.  *See* id.  Thus, IT IS ORDERED that Plaintiffs' Motion to Compel is GRANTED IN PART and DENIED IN PART consistent with this Court's ruling on the Plaintiffs' Steering Committee and Robert C. Pate's Joint Motion to Compel as it pertains to Defendant Mid-Continent Casualty.  *See* Rec. Doc. No. 5450.

New Orleans, Louisiana, this 7th day of September 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE