UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted insofar as to the following pending motions:

1. Plaintiffs' Motion to Intervene *Payton* [Document #4346];

2. Plaintiffs' Motion to Intervene *Wiltz* [Document #4347];

3. Plaintiffs' Motion to Intervene *Rogers* [Document #4349];

4. Plaintiffs Motion to Intervene *Gross* [Document #4350].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on each of the above listed motions to intervene for the 16th day of September, 2010, following the monthly status conference, or at a time set by the Court. Any oppositions shall be filed prior to September 14, 2010.

1

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge