UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2:09-md-02047

**This document relates to:**

JUDGE FALLON

AMATO, ET AL. v.
LIBERTY MUTUAL INS. CO., ET AL.

MAGISTRATE WILKINSON

CASE NO. 2:10-cv-00932 (E.D. La.)

## CORPORATE DISCLOSURE STATEMENT OF AMERICAN STRATEGIC INSURANCE COMPANY

COMES NOW the Defendant, AMERICAN STRATEGIC INSURANCE CORPORATION (hereinafter, "ASI"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, respectfully submits the following statement of its corporate interests and affiliations for use by this Court.

1. ASI is a Florida insurance corporation with its principal place of business in St. Petersburg, FL.

2. ASI is a subsidiary of ARX Holding Corp, a Delaware corporation.

3. XL Capital, a Bermuda corporation, is the only publicly held corporation owning 10% or more of ASI's stock.

Respectfully submitted,

**Rubinton & Laufer, P.A.**
Emerald Hills Executive Plaza II
4651 Sheridan Street, Suite 200
Hollywood, Florida 33021
Telephone:   954-966-9908
Fax:             954-966-9904
E-mail:        jrubinton@rl-associates.com


By: */s/ Jeffrey A. Rubinton*
        Jeffrey A. Rubinton, Esq.
        Florida Bar: 821756

*Attorneys for Defendant, American Strategic Insurance Corporation*

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: */s/ Jason P. Foote*
**JASON P. FOOTE (#25050)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana   70002
Telephone:  (504) 830-3827
Facsimile:   (504) 836-9579
E-Mail:  jfoote@chopin.com
*Attorneys for Defendant, American Strategic Insurance Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010.

                                             */s/ Jeffrey A. Rubinton*
                                             **JEFFREY A. RUBINTON**

                                             */s/ Jason P. Foote*
                                             **JASON P. FOOTE**