UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * * * * * * | MAGISTRATE WILKINSON |

******************************************

# EX PARTE MOTION TO ALLOW FILING OF [PROPOSED] ORDER GRANTING NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S JOINDER IN CHARTIS SPECIALTY INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY'S JOINT MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

NOW INTO COURT, through undersigned counsel, comes National Union Fire Insurance Company of Pittsburgh, Pa, which hereby moves this Court for an order allowing it to file its [proposed] order granting its joinder in Chartis Specialty Insurance Company and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue Or, in the Alternative, to Transfer Action to the Middle District of Florida [Doc. No. 2157] as supplemented on July 19, 2010 in accordance with this Court's July 1, 2010 order [Doc. No. 4301].  The purpose of bringing this motion is to remove a "deficiency" notice placed on

Doc. No. 2167, which is National Union Fire Insurance Company of Pittsburgh, Pa's motion for joinder in the aforementioned joint motion [Doc. No. 2157].  It is the understanding of undersigned counsel that the deficiency notice has been placed because the motion, Doc. No. 2167 was not accompanied by a proposed order.  Accordingly, submitted with this motion is an order granting this motion and allowing the filing of the [proposed] order granting the aforementioned joinder [Doc. No. 2167].

    WHEREFORE, National Union Fire Insurance Company of Pittsburgh, Pa prays that this Court grant the relief sought herein.

    New Orleans, Louisiana this _____ day of _____, 2010.

_____
**JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion to Allow Filing of [proposed] Order Granting National Union Fire Insurance Company of Pittsburgh, Pa's Joinder in Chartis Specialty Insurance Company and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue Or, in the Alternative, to Transfer Action to the Middle District of Florida has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010.

    /s/Thomas E. Schwab
ATTORNEYS FOR DEFENDANT,
National Union Fire Insurance Company
of Pittsburgh, Pa