UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * * * * * * * | MAGISTRATE WILKINSON |

******************************************* *

ORDER GRANTING
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S
EX PARTE MOTION TO ALLOW FILING OF [PROPOSED] ORDER
GRANTING JOINDER IN CHARTIS SPECIALTY INSURANCE COMPANY
AND LEXINGTON INSURANCE COMPANY'S JOINT MOTION TO DISMISS
FOR IMPROPER VENUE OR, IN THE ALTERNATIVE,
TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

Considering the foregoing National Union Fire Insurance Company of Pittsburgh, Pa's Ex Parte Motion to Allow Filing of [Proposed] Order Granting Joinder in Chartis Specialty Insurance Company and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida;

IT IS ORDERED that National Union Fire Insurance Company of Pittsburgh, Pa be and it is hereby permitted to file its [Proposed] Order, whereby it will be permitted to join in the relief sought in Chartis Specialty Insurance Company and Lexington Insurance

Company's Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida [Doc. No. 2157] as supplemented on July 19, 2010 in accordance with the Court's July 1, 2010 Order [Doc. No. 4301].

New Orleans, Louisiana this _____ day of _____, 2010.

_____
**JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Order Granting National Union Fire Insurance Company of Pittsburgh, Pa's Ex Parte Motion to Allow Filing of [Proposed] Order Granting Joinder in Chartis Specialty Insurance Company and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue Or, in the Alternative, to Transfer Action to the Middle District of Florida has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010.

       /s/Thomas E. Schwab
ATTORNEYS FOR DEFENDANT,
National Union Fire Insurance Company
of Pittsburgh, Pa