UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Payton, et al. vs. Knauf Gips, KG, et al.*<br>*Civil Action No. 09-7628* | MAG. JUDGE WILKINSON |

### CORPORATE DISCLOSURE OF PALM COAST CONSTRUCTION, LLC

NOW INTO COURT, through undersigned counsel, comes Defendant, Palm Coast Construction, LLC, and files this Corporate Disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6 of the Local Rules:

1.

There are no parent corporations of Palm Coast Construction, LLC.

2.

No publicly traded company owns 10% or more of Palm Coast Construction, LLC's stock.

Respectfully Submitted,

PATRICIA A. KREBS (LA #2035)
CHARLOTTE P. LIVINGSTON (LA #26894)
KING, KREBS, AND JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone:    (504) 582-3800
Facsimile:     (504) 582-1233
pkrebs@kingkrebs.com
clivingston@kingkrebs.com

**Attorneys for Defendant
Palm Coast Construction, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Corporate Disclosure of Palm Coast Construction, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010.

Patricia A. Krebs