Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0647

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Gallery Development Group, LLC, d/b/a
American Gallery Homes
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __20th__ day of __July__, 20 __10__, at __6:59__ o'clock __P__ M

Place of Service: at __1120 Skiff Place__, in __Sanibel, FL 33957__

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
American Gallery Development Group, LLC, d/b/a American Gallery Homes

Person Served, and Method of Service: By __drop serving__ an officer or managing agent whose name and title is: __Kenneth Colter, Managing member__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Brown__; Facial Hair ____
Approx. Age __50-55__; Approx. Height __5'9"__; Approx. Weight __170 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.                                __20th__ day of __July__, 20 __10__

X __Barbara Gray__                                                    __Elena G Alvarado__
Signature of Server #157153                                           Notary Public   (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission...
Expires...

After identifying himself, Kenneth Colter refused to accept service stating that the business has been closed for three years. The server explained that she was going to have to leave the documents anyway and left them on the driveway in front of where Kenneth Colter was standing.

7/10