David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  105955-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L&W Supply Corporation
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** Adam Golden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25 day of August, 20 10, at 04:10 o'clock p M

**Place of Service:** at Corporation Trust Center 1209 Orange St., in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint in Intervention

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**L&W Supply Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: Scott Lascala (Operations Manager)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 35 ; Approx. Height 6'0'' ; Approx. Weight 230lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 25 day of August, 20 10

Notary Public   (Commission Expires)

EXPIRES
JULY 9, 2012

**APS International, Ltd.**