David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mazer's Discount Home Centers, Inc., The Corporation Trust Company
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **DELAWARE** ) ss.
County of: **NEW CASTLE** )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25__ day of __August__, 20 __10__, at __04:10__ o'clock __P__ M

**Place of Service:** at __Corporation Trust Center 1209 Orange St.__, in __Wilmington, DE 19801__

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint in Intervention**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Mazer's Discount Home Centers, Inc., The Corporation Trust Company**
By delivering them into the hands of an officer or managing agent whose name and title is: __Scott Lascala (Operations Manager)__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __35__ ; Approx. Height __6'0"__ ; Approx. Weight __230 lbs__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __25__ day of __August__, 20 __10__

Notary Public (Commission Expires)

APS International, Ltd.

EXPIRES JULY 9, 2012
NOTARY PUBLIC STATE OF DELAWARE