David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Devon Internal Group, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **PA** ) ss.
County of: **Berks** )

Name of Server: **Eric Afflerbach**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24** day of **August**, 20 **10**, at **12:45** o'clock **P** M

Place of Service: at **1100 1st Avenue, Suite 100**, in **King of Prussia, PA  19406**

Documents Served: the undersigned served the documents described as:
**Summons;Complaint in Intervention**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Devon Internal Group, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Robert Mulhern Jr / Counsel**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **brn**; Facial Hair
Approx. Age **60**; Approx. Height **5'7**; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **24** day of **Aug**, 20 **10**

Notary Public           (Commission Expires)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa A. Minzola, Notary Public
Washington Twp., Berks County
My Commission Expires Dec. 5, 2013