David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0025

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Great Western Building Materials, Attention: David Steele
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Arizona** ) ss.
County of: **Maricopa** )

**Name of Server:** **Jim Ortman**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23rd** day of **August**, 20 **10**, at **11:52** o'clock **A** M

**Place of Service:** at **3652 E. Miami St.**, in **Phoenix, AZ 85040**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Great Western Building Materials, Attention: David Steele**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **David Steele, Statutory Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **White**; Facial Hair
Approx. Age **50**; Approx. Height **5'8"**; Approx. Weight **165**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **27th** day of **August**, 20 **10**

JoAnn Romo
Notary Public       (Commission Expires)

OFFICIAL SEAL
JOANN ROMO
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Exp. April 27, 2014