Service of Process by

Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Saturno Construction AB, Inc., c/o Alberto Munoz
Court Case No. 10-932 Section L Mag 2

State of: Florida ) ss.
County of: St. Lucie )

**Name of Server:** A. Roura, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 14-Jul-2010 01:31 pm

**Place of Service:** at 1621 SE Mariner Lane, city of Port Saint Lucie, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Saturno Construction AB, Inc., c/o Alberto Munoz
By delivering them into the hands of an officer or managing agent whose name and title is Alberto Munoz, President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Hispanic ; Hair Color Gray ; Facial Hair N/A
Approx. Age 53 ; Approx. Height 5'07" ; Approx. Weight 165

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 27th day of July, 2010

Notary Public                    (Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File:

NICOLE C. YOUNG
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD807446
Expires 7/20/2012