Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0008

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Brightwater Community #1, LLC, c/o Daniel L. Molloy
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** **SEAN SEGEL**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19** day of **August**, 20 **10**, at **11:05** o'clock **A** M

**Place of Service:** at **325 South Boulevard**, in **Tampa, FL 33606**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Brightwater Community #1, LLC, c/o Daniel L. Molloy**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **June Roman   Legal Assistant Authorized To Accept**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blond**; Facial Hair **—**
Approx. Age **45 yrs**; Approx. Height **5'6"**; Approx. Weight **120 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   CPS

Subscribed and sworn to before me this **20** day of **August**, 20 **10**

Notary Public   (Commission Expires)

**APS International, Ltd.**

JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through
Florida Notary Assn., Inc.