Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern-Owners Insurance Company, through the Chief Financial Officer
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Alol_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _17_ day of _August_, 20 _10_, at _10 15_ o'clock _A_ M

**Place of Service:** at Service of Process Section, in Tallahassee, FL 32399
200 E Gaines St

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Southern-Owners Insurance Company, through the Chief Financial Officer**
By delivering them into the hands of an officer or managing agent whose name and title is: _Lula Freeman — process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Blk_ ; Hair Color _Blk_ ; Facial Hair ____
Approx. Age _38_ ; Approx. Height _5'6_ ; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

8-17-10
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _17_ day of _August_, 20 _10_

_____ Notary Public  (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019