Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   105700-0014

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--JM Interiors, Inc., c/o John J. Morin
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: __Florida__ ) ss.
County of: __Martin__ )

**Name of Server:** __Amy M. Kreyling__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __17__ day of __August__, 20 __10__, at __3:10__ o'clock __P__ M

**Place of Service:** at __2208 SW Abalon Circle__, in __Port Saint Lucie, FL  34953__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**JM Interiors, Inc., c/o John J. Morin**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __John Morin - Registered Agent / President__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair __—__
Approx. Age __40-45__; Approx. Height __5'8"__ ; Approx. Weight __185 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Kreyling__
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __17__ day of __August__, 20 __10__

__BPM__            __7-14-12__
Notary Public     (Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services
NOTARY PUBLIC
STATE OF FLORIDA