IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENTS RELATES TO:<br>Gross, et al vs.<br>Knauf GIPS KG, et al | * * * | JUDGE FALLON |
| Case No. 09-6690 (E.D.LA.)<br>And more particularly, plaintiff,<br>Mary Anne Benes' Substituted and Amended<br>Omnibus Class Action Complaint in<br>Intervention (III). | * * * * * | MAG. JUDGE WILKINSON |

*********************************************

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT-IN-INTERVENTION, KBS CONSTRUCTION COMPANY, INC.

NOW INTO COURT, through undersigned counsel, comes defendant-in-intervention, KBS Construction Company, Inc., (hereinafter "KBS"), who moves this Honorable Court pursuant to Fed. R. Civ. P 12(b)(2) to dismiss all claims brought by the plaintiff-in-intervention, Jessie Sylvester, against KBS in the Benes Omnibus Class Action Complaint in Intervention (III) on the basis that this Court lacks personal jurisdiction over KBS. As more fully set forth in the attached memorandum and affidavit in support, KBS was a small, family-owned corporation in Mississippi that built single family homes only in Mississippi. It never had even minimum contact with the State of Louisiana in order for this Court to exercise personal jurisdiction over it in the matter. Accordingly, KBS is entitled to a dismissal from Benes intervention.

WHEREFORE, KBS prays that this Honorable Court grant this motion to dismiss for lack of personal jurisdiction and that any and all claims brought by the plaintiff-in-intervention, Jessie Sylvester, against KBS in the Benes Omnibus Complaint in Intervention (III) be dismissed pursuant to Fed. R. Civ. P 12(b)(2).

Respectfully submitted

BOGGS, LOEHN & RODRIGUE

_____
ROBERT F. LAKEY (#7927)
CHARLES K. CHAUVIN (#27403)
3616 S. I-10 Service Road W., Suite 109
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
*Attorney for KBS Construction Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and it was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010.

_____
ROBERT F. LAKEY
CHARLES K. CHAUVIN

L:\Rob\KBS Construction Co. (0032010002)\Pleadings\Motion to Dismiss 9-7-10.wpd

-2-