

EXHIBIT
KBS
ExHiB,T # 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENTS RELATES TO: | * * | |
| Gross, et al vs. Knauf GIPS KG, et al  Case No. 09-6690 (E.D.LA.) | * * * | JUDGE FALLON |
| | * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF KATHY SPEIGHTS

STATE OF MISSISSIPPI

COUNTY OF JEFFERSON DAVIS

BEFORE ME, the undersigned authority, personally came and appeared **KATHY SPEIGHTS**, who after being duly sworn, did depose and say:

1. My name is KATHY SPEIGHTS. I was born on April 18, 1958. I am legally competent and have been domiciled in the State of Mississippi for the last 25 years.

2. I have been a officer of KBS Construction Company, Inc. since its incorporation on December 11, 1995. KBS Construction Company, Inc. was a small, family owned corporation that built single family homes in the State of Mississippi. From its inception to 1999 I was Secretary and Assistant Treasurer of this corporation. From 1999 I served as its President. I have personal knowledge of the business activities of KBS and had within my custody and control the business records of KBS Construction Company, Inc. until its voluntary dissolution on November 1, 2007. This followed the death of my husband, Kenneth B. ~~Sprights~~ Speights, the original incorporator, on October 14, 2006.

3. I make this affidavit regarding KBS Construction Company, Inc. in connection with the lawsuit styled, "Gross, et al v. Knauf GIPS KG, et al, United States District Court,

Eastern District of Louisiana, Docket No. 09-6690, and more particularly Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention(III), in which KBS Construction Company, Inc. has been incorrectly identified as Kenneth B. Speights Construction Company, Inc.

4. KBS Construction Company, Inc. was always a Mississippi corporation with its principal place of business located on Walthall Avenue, P. O. Box 187, Carson, Mississippi 39427.

5. KBS Construction Company, Inc. was never authorized to do business in Louisiana and never had a registered or statutory agent for service of process in Louisiana.

6. KBS Construction Company, Inc. had no offices in Louisiana. It had no address or telephone number in Louisiana. It neither owned nor rented any property of any sort in Louisiana.

7. KBS Construction Company, Inc. never had any directors, officers or employees working in the State of Louisiana.

8. KBS Construction Company, Inc. never solicited any business in Louisiana and never transacted any business in the State of Louisiana. It had no contacts with the State of Louisiana nor produced any goods or products that came into Louisiana..

9. KBS Construction Company, Inc. never installed any drywall in any building, home, or other structure in Louisiana, nor did KBS Construction Company, Inc. ever manufacture or distribute drywall.

10. That in the early spring of 2005, KBS Construction Company, Inc. did enter into a contract to build a two bedroom home for Mr. Jessie Sylvester at 314 Sylvester Road, McLain, Mississippi 39456. As part of that contract, KBS Construction Company, Inc. did have installed drywall. This construction contract was fully concluded and the home went to act of sale in April, 2005. Since that date, neither KBS Construction Company, Inc. nor I have had any contact with Jessie Sylvester until this lawsuit.

_____
KATHY SPEIGHTS

The foregoing Affidavit was acknowledged before me this __1__ day of __September__, 2010, by KATHY SPEIGHTS, who is personally known by me or who has produced a Mississippi driver's license as identification, and who did first take an oath to tell the truth in this Affidavit.

_____
NOTARY PUBLIC - State of Mississippi
My Commissions Expires: __07/28/2014__

[Notary Seal: BRIDGET B. LEE, ID # 66252, Commission Expires March 28, 2014, MARION COUNTY, STATE OF MISSISSIPPI]

L:\Rob\KBS Construction Co. (0032010002)\Pleadings\Affidavit of Kathy Speights (8-26-10).wpd