IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION: "L" |
| THIS DOCUMENTS RELATES TO: | * | |
| David Gross, et al vs. Knauf GIPS KG, et al Case No. 2:09-cv-6690 (E.D.LA.) | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |

*********************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant in Intervention, KBS Construction Company, Inc., has filed the attached Motion to Dismiss. **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for hearing on October 6, 2010, at 9:00 a.m., before the Honorable Eldon E. Fallon.

Respectfully submitted

BOGGS, LOEHN & RODRIGUE

_____
ROBERT F. LAKEY (#7927)
CHARLES K. CHAUVIN (#27403)
3616 S. I-10 Service Road W., Suite 109
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
*Attorney for KBS Construction Company, Inc.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the foregoing has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and it was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010.

                 _____
                 ROBERT F. LAKEY
                 CHARLES K. CHAUVIN