UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-02047 SECTION: "L" |
| | * | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | * * | MAG. JUDGE WILKINSON |

### ORDER

Considering RLI Insurance Company's Motion for Extension of Time to Submit Insurer Profile Form:

IT IS HEREBY ORDERED that Defendant, RLI Insurance Company, is hereby granted an extension of time until September 24, 2010 to complete and submit the appropriate Profile Form.

New Orleans, Louisiana, this __8th__ day of __September__, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

546263.1