UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2:09-md-02047 * * * *   JUDGE FALLON * * |
| **THIS DOCUMENT RELATES TO:** Amato, Dean 10-932 | *   MAGISTRATE WILKINSON * |

# INTERSTATE FIRE & CASUALTY COMPANY CORPORATE DISCLOSURE STATEMENT

Interstate Fire & Casualty Company in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement.

1. Interstate Fire & Casualty Company is a wholly owned subsidiary of Fireman's Fund Insurance Company, a California corporation.

2. Fireman's Fund Insurance Company is a wholly owned subsidiary of Allianz Global Risks US Insurance Company, a California corporation.

3. Allianz Global Risks US Insurance Company is a wholly owned subsidiary of Allianz of America, Inc., a Delaware corporation.

4. Allianz of America, Inc. is a wholly owned subsidiary of Allianz SE.

5. Allianz SE is a public held company that indirectly holds 10% or more of Fireman's Fund Insurance Company.

Respectfully submitted,

/S/ Gary J. Russo
GARY J. RUSSO (La. Bar #10828)
MEGAN E. DONOHUE (La. Bar #32429)
*Attorneys for Interstate Fire & Casualty Company*
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
Post Office Drawer 3408
Lafayette, LA  70502-3408
Telephone: (337) 262-9000
Facsimile: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswaker.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Corporate Disclosure Statement of Interstate Fire & Casualty Company* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2010

/S/ Gary J. Russo
GARY J. RUSSO