UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| AMATO V. LIBERTY MUTUAL | * | |
| INSURANCE COMPANY, ET AL | * | |
| CASE NO. 10-932 | * | |
| * * * * * * * * | | |

**EX PARTE MOTION FOR EXTENSION OF TIME
TO SUBMIT DEFENDANT PROFILE FORM**

COMES NOW defendant ACE Fire Underwriters Insurance Company and fully reserving any and all defenses and without waiving any objections to service of process, venue or jurisdiction, respectfully moves this Honorable Court for additional time in which to submit its Profile Form to plaintiff's liaison counsel, and in support thereof states as follows:

1. On May 27, 2010 the Court entered Pre-Trial Order No. 1G requiring defendants to submit Profile Forms within forty days after service of process.

2.	The undersigned has been working diligently to obtain information necessary to complete the appropriate Profile Form.  Additional time is needed, however, to gather the information required and to confirm it to accuracy.

3.	An extension will not prejudice any of the parties nor delay this matter.

4.	This Court has authority to grant the relief requested under Federal Rules of Civil Procedure.

5.	This is mover's first request for an extension of time.

WHEREFORE, defendant, ACE Fire Underwriters Insurance Company prays for an extension of time through and including September 30, 2010 to submit its Profile Form as required by the Court.

    Respectfully submitted,

    Salley, Hite & Mercer, LLC
    **JOHN W. HITE III (T.A. 17611)**
    **SUSAN G.  GUILLOT (29588)**
    One Canal Place
    365 Canal Street, Suite 1710
    New Orleans, LA 70130
    Telephone: 504/566-8800
    Facsimile:  504/566-8828
    jhite@shmnola.com

    **BY:	/s/ John W. Hite III**
        **JOHN W. HITE III**

**JOSEPH A. ZIEMIANSKI**
Texas State Bar No. 00797732
Cozen O'Connor
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
jziemianski@cozen.com
**ATTORNEYS FOR ACE FIRE UNDERWRITERS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that ACE Fire Underwriters Insurance Company's Ex Parte Motion for Extension of Time to Submit Defendant Profile Form has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system, on this 9th day of September, 2010.

                                    /s/ John W. Hite III

G:\daisy\WD\21121\Ext for PF\ACE Motion for Ext to Sub PF.wpd