UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:
CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL DOCKET No: 2:09- mcl -2407

Section L

Judge Fallon

THIS DOCUMENT RELATES
TO THE FOLLOWING CASE:

Magistrate Judge Wilkinson

DEAN & DANWN AMATO
individually and on behalf of
others similarly situated, et al.,
    Plaintiffs,

Case No: 2:10-932

v.
LIBERTY MUTUAL INSURANCE COMPANY,
et. al.
    Defendants.

## NOTICE OF APPEARANCE

Charles M-P George, Esquire, and the law firm of Fullerton George, LLP, give notice of their appearance as counsel of record for NAUTILUS INSURANCE COMPANY, in its capacity as alleged insurer of Southwell Homes, LLC. Nautilus Insurance Company reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this order. Defendant, Nautilus Insurance Company, further avers that this Notice does not constitute a waiver of service.

RESPECTFULLY SUBMITTED:

        Fullerton George, LLP
        *Counsel for Nautilus Insurance Co.*

        By: *//s// Charles M-P George*

CHARLES M-P GEORGE

Florida Bar Number: 996718
2000 Ponce de Leon Boulevard
Suite 501
Coral Gables, Florida 33134
Telephone: 305-421-6391
Fax: 305-569-6664
Email: CGeorge@FullertonGeorge.com

## CERTIFICATE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been duly served on all counsel of record, by email and upon all parties by electronically uploading Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2047, on September 8, 2010.

Fullerton George, LLP
*Counsel for Nautilus Insurance Co.*

By: *//s// Charles M-P George*
CHARLES M-P GEORGE
Florida Bar Number: 996718
2000 Ponce de Leon Boulevard
Suite 501
Coral Gables, Florida 33134
Telephone: 305-421-6391
Fax: 305-569-6664
CGeorge@FullertonGeorge.com