UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:
CHINESE MANUFACTURED DRYWALL              MDL DOCKET No: 2:09-mdl-2407
PRODUCTS LIABILITY LITIGATION

                                          Section L

                                          Judge Fallon

THIS DOCUMENT RELATES                     Magistrate Judge Wilkinson
TO THE FOLLOWING CASE:


DEAN & DANWN AMATO,                       Case No: 2:10-cv-00932
 et al.,
        Plaintiffs,
v.
LIBERTY MUTUAL INSURANCE COMPANY,
et. al.
        Defendants.

EX PARTE MOTION OF NAUTILUS INSURANCE COMPANY
FOR EXTENSION OF TIME TO SUBMIT INSURER PROFILE FORM
AND FILE A RESPONSIVE PLEADING

NAUTILUS INSURANCE COMPANY, through undersigned counsel, respectfully moves this

Honorable Court for the entry of an Order granting a brief extension of time to submit the Insurer

Profile Form and any policy of insurance required by Pretrial Order No. 23 in the case of *Amato v.*

*Liberty Mutual Insurance Co.,* Case No: 10-civ-00932.

1.  In support of this motion, Nautilus Insurance Company respectfully submits that a brief
    extension of time is necessary so that it can produce all policies of insurance pursuant to
    which coverage is alleged to exist on behalf of parties claiming to be insureds.

2.  This Motion is not submitted to delay this proceeding.

3.  Nautilus Insurance Company respectfully requests that the current deadline for the submission of
    this defendant's Insurer Profile Form and any policy of insurance required by Pretrial Order No.
    23 and for filing a responsive pleading be extended to September 20, 2010.

4.  In requesting this relief, Nautilus Insurance Company reserves all objections to jurisdiction, venue and joinder in the **MDL** proceeding.

WHEREFORE, Nautilus Insurance Company respectfully requests that the current deadline for the submission of this defendant's Insurer Profile Form and any policy of insurance required by Pretrial Order No. 23 and for filing a responsive pleading be extended to September 20, 2010.

Respectfully Submitted:

Fullerton George, LLP
*Counsel for Nautilus Insurance Co.*

By: *//s// Charles M-P George*
CHARLES M-P GEORGE

Florida Bar Number: 996718
2000 Ponce de Leon Boulevard
Suite 501
Coral Gables, Florida 33134
Telephone: 305-421-6391
Fax: 305-569-6664
Email: CGeorge@FullertonGeorge.com

## CERTIFICATE

**WE CERTIFY** that a true and correct copy of the foregoing has been duly served on all counsel of record, by email and upon all parties by electronically uploading Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2047, on September 9, 2010.

Fullerton George, LLP
*Counsel for Nautilus Insurance Co.*

By: *//s// Charles M-P George*
CHARLES M-P GEORGE
Florida Bar Number:  996718
2000 Ponce de Leon Boulevard
Suite 501
Coral Gables, Florida  33134
Telephone:  305-421-6391
Fax:  305-569-6664
CGeorge@FullertonGeorge.com

2