UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:

CHINESE MANUFACTURED DRYWALL          MDL DOCKET No: 2:09-mdl-2407
PRODUCTS LIABILITY LITIGATION

                                                              Section L

                                                              Judge Fallon

THIS DOCUMENT RELATES                          Magistrate Judge Wilkinson
TO THE FOLLOWING CASE:

DEAN & DANWN AMATO,                                Case No: 2:10-cv-00932
 et al.,
          Plaintiffs,
v.
LIBERTY MUTUAL INSURANCE COMPANY,
et. al.
          Defendants.
_____/

ORDER GRANTING EX PARTE MOTION OF NAUTILUS INSURANCE COMPANY
FOR EXTENSION OF TIME TO SUBMIT INSURER PROFILE FORM
AND FILE A RESPONSIVE PLEADING


          Upon consideration of the Ex-Parte Motion for Extension of Time to Submit Insurer Profile

Form and File a Responsive Pleading, filed by Defendant, NAUTILUS INSURANCE COMPANY, and

there being no just reason to deny the Motion,

          IT IS HEREBYORDERED AND ADJUDGED as follows:

          Defendant, NAUTILUS INSURANCE COMPANY, shall have until September 20, 2010 to file

the Insurer Profile Form and any insurance policy required by Pretrial Order No. 23 and for filing a

responsive pleading.

          DONE AND ORDERED in Chambers this ____ day of September, 2010.


                                                    _____
                                                    Judge Eldon E. Fallon