USA



# Receipt of service

SX-10-897

| Case | Judicial assistance | Case No. | (2010) J.A. No 874 |
|---|---|---|---|
| Name and number of documents served | Summons documents and translation | | |
| Person served | Knauf Plasterboard (Tianjin) Co. Ltd. | | |
| Location of service | Court | | |
| Signature or stamp of person served | [signature]   [stamp] Knauf Plasterboard (Tianjin) Co. Ltd.<br><br>July 9, 2010 | | |
| Designated recipient and reason for designation | Date: | | |
| Notes | Case No. 2:10-CV-00804-227-JCW | | |

Form completed by                                          Server: [signature] [signature]

*[signature]*

Subscribed and sworn to before
me this  9/3  20 10

Notary Public  *[signature]*

VICKI FARRON
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2012

SX-2010-89

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE PEOPLE'S REPUBLIC OF CHINA<br>Department of Judicial Assistance & Foreign Affairs<br>Ministry of Justice of China<br>No. 10 Chaoyangmen Nandajie<br>Chaoyang District, Beijing, 100020<br>PEOPLE'S REPUBLIC OF CHINA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*) KNAUF PLASTERBOARD TIANJIN CO., LTD.

| North Yinhe Bridge, East Jingjin Road, RC-300400 Tianjin | 可耐福石膏板(天津)有限公司 |
|---|---|
| PEOPLE'S REPUBLIC OF CHINA | 天津市京津路东侧引河桥北 300400 |

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.* ~~Service in accordance with~~
   *(a) selon les formes légales (article 5, alinéa premier, lettre a).*    Chinese law for service of documents in its territory.
                                                               * International Money Order attached. *

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:~~ _____

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
   ~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279).

List of documents
*Enumération des pieces*

| | |
|---|---|
| Executed "Request," in duplicate | Done at Leawood, Kansas, U.S.A., the 27 April 2010 |
| "Certificate" (unexecuted), in duplicate | *Fait à _____, le _____* |
| "Summary," in duplicate | Signature and/or stamp. |
| "Notice," in duplicate | *Signature et/ou cachet.* |
| Summons in a Civil Action, in English and Chinese, in duplicate | Karina Shreefer [signature] |
| Plaintiff's Original Complaint for Damages, in English and Chinese, in duplicate | |

*Delete if inappropriate
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
¹ both of which may still be used)

USM-94
(Est. 11/22/77)

**CERTIFICATE**
*ATTESTATION*

SX-10-897

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* ___July 9th, 2010___
- at (place, street, number)
- *à (locatlité, rue numéro)* ___The Superior People's Court of Tianjin, China___

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
~~☐ (b) in accordance with the following particular method*:~~
  ~~*b) selon la forme particulière suivante:*~~
~~☐ (c) by delivery to the addressee, who accepted it voluntarily.*~~
  ~~*c) par remise simple*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* ___Knauf PlasterBoard (Tianjin) Co., Ltd.___

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* ___personal service___

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

~~*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*~~

Annexes
*Annexes*

Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*

Done at ___Beijing___ , the ___August 5, 2010___
*Fait à*

Signature and / or stamp.
*Signature et / ou cachet.*

中华人民共和国
司法部
司法协助专用章

SX-10-897

## CERTIFICATE

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1) that the document has been served *
   - the (date)   **July 9, 2010**

   - at (place, street, number)   **The Superior People's Court of Tianjin, China**

   - in one of the following methods authorized by article 5-
      ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

      ☐ (b) in accordance with the following particular method*:

      ☐ (c) by delivery to the addressee, who accepted it voluntarily. *

   The documents referred to in the request have been delivered to:
      -(identity and description of person)   **Knauf Plasterboard (Tianjin) Co., Ltd.**

      -relationship to the addressee (family, business, or other):   **Personal service**

2) that the document has not been served, by reason of the following facts*:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes
Documents returned:

In appropriate cases, documents establishing the service:

Done at   **Beijing**   , the   **August 5, 2010**

Signature and / or stamp.

[stamp]

People's Republic of China, Ministry of Justice,
Special Stamp of Judicial Assistance

*[signature]*

Subscribed and sworn to before
me this _9/3_, 20 _10_

Notary Public _[signature]_

**VICKI FARRON**
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2012

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties*:**
*Identité des parties :* D.R. HORTON, INC. – GULF COAST, *Plaintiff*
INTERIOR/EXTERIOR BUILDING SUPPLY, LIMITED PARTNERSHIP; INTERIOR/EXTERIOR SERVICES, L.L.C.; KNAUF GIPS KG; KNAUF INTERNATIONAL, GMBH; **KNAUF PLASTERBOARD TIANJIN CO., LTD**; KNAUF PLASTERBOARD WUHU CO., LTD; KNAUF INSULATION GMBH; *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :* Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must file an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure on the Plaintiff's Attorney (Taylor, Porter, Brooks, & Phillips L.L.P.) Defendant must also file its Answer or Motion with the United States District Court, District of Eastern Louisiana, located at: 500 Poydras Street, Room C151, New Orleans, Louisiana 70130, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment**:**
*Date de la décision :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:* Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must file an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure on the Plaintiff's Attorney (Taylor, Porter, Brooks, & Phillips L.L.P.) Defendant must also file its Answer or Motion with the Court. If Defendant fails to respond, judgment by default will be entered against it for the relief demanded in the Complaint.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* N/A

---

* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
  *Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302