|  | People's Republic of China<br>**Anhui Province Superior People's Court**<br>**Receipt of service**<br>Special Stamp of Judicial Assistance | *USA*<br>*FX: 837*<br>*SX: 720*<br>*SX: 10-720* |

*(2010) Jud. Assist. No. 0021*

| Case | |
|---|---|
| Person served | *Knauf Plasterboard (Wuhu) Co. Ltd.* |
| Location of service | *No. 2 Gang wan Road, Wuhu Economic and Technological Development Zone* |
| Documents served | *Summary of documents served, summons, complaint* |
| Recipient signature or stamp | |
| Date received | D a t e |
| Designated recipient and reason for designation | |
| Served by | |
| Comments | *Knauf refused to sign, we served by leaving the rejected legal processes at the location.*<br>*[signature] [signature]*<br>*June 24, 2010* |

Notes:
1. If the person to be served is not present at time of service, deliver the documents to an adult relative or other responsible party at their workplace.
2. If a designated recipient is needed, the person receiving the documents shall sign or stamp the form in the "recipient signature or stamp" box and make note of their relationship to the person being served.
3. If the recipient or the proxy recipient refuses to accept, sign or place their seal, the server may request a neighbor or other witness to come to the scene, explain to them the situation, and leave the documents at their home. Then on the Certificate of Service of Documents, the reason for refusal and the date of service should be recorded, and the server should sign their name, then the document will be considered to have been served.

[signature]

Subscribed and sworn to before
me this ___9/3___ 20 _10_

Notary Public ___[signature]___

VICKI FARRON
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2012

Civil Action No.: 10-804 L

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

SX-10-720-1

## *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE PEOPLE'S REPUBLIC OF CHINA<br>Department of Judicial Assistance & Foreign Affairs<br>Ministry of Justice of China<br>No. 10 Chaoyangmen Nandajie<br>Chaoyang District, Beijing, 100020<br>PEOPLE'S REPUBLIC OF CHINA |

The undersigned applicant has the honour to transmit –in duplicate– the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

| *(identité et adresse)* | KNAUF PLASTERBOARD WUHU CO. LTD.<br>No. 2, Gang Wan Road, Economic and Technological Development Zone, Wuhu City<br>Anhui Province 241009, PEOPLE'S REPUBLIC OF CHINA | 可耐福石膏板（芜湖）有限公司<br>中国安徽省芜湖市经济技术开发<br>区港湾路2号 241009 |
|---|---|---|

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*   Service in accordance with
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*   Chinese law for service of documents in its territory.
   * International Money Order attached. *

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec
l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279).

List of documents
*Enumération des pieces*

| Executed "Request," in duplicate | |
|---|---|
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A., the 27 April 2010 |
| "Summary," in duplicate | *Fait à _____, le _____* |
| "Notice," in duplicate | Signature and/or stamp. |
| Summons in a Civil Action, in English and Chinese, in duplicate | *Signature et/ou cachet.* |
| Plaintiff's Original Complaint for Damages, in English and Chinese, in duplicate | *[signature: Karina Shp]* |

*Delete if inappropriate
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
¹ both of which may still be used)    USM-94
(Est. 11/22/77)

# CERTIFICATE

SX-10-720

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1) that the document has been served *
   - the (date)   **June 24, 2010**

   - at (place, street, number)   **No. 2 Gang wan Road, Wuhu Economic and Technological Development Zone, Anhui, China**

   - in one of the following methods authorized by article 5-
     ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

     ☐ (b) in accordance with the following particular method*:

     ☐ (c) by delivery to the addressee, who accepted it voluntarily. *

   The documents referred to in the request have been delivered to:
   -(identity and description of person)   **Service by leaving rejected legal processes at the place of abode**

   -relationship to the addressee (family, business, or other):

2) that the document has not been served, by reason of the following facts*:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes
Documents returned:

In appropriate cases, documents establishing the service:

Done at   **Beijing**   , the   **August 5, 2010**

Signature and / or stamp.

[stamp]
**People's Republic of China, Ministry of Justice,
Special Stamp of Judicial Assistance**

[signature]

Subscribed and sworn to before
me this ___9/3___ 20 _10_

Notary Public ___[signature]___
**VICKI FARRON**
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2012

SX-10-720

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- the (date)
- *le (date)* __June 24th, 2010__
- at (place, street, number)
- *à (localtité, rue numéro)* __No. 2 GangWan Road, WuHu Economic & Technological Development Area, AnHui, China__
- in one of the following methods authorised by article 5-
- *-dans une des formes suivantes prévues à l'article 5:*

    ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a) selon les formes légales (article 5, alinéa premier, lettre a).*

    ~~☐ (b) in accordance with the following particular method*:~~
       ~~*b) selon la forme particulière suivante :*~~

    ~~☐ (c) by delivery to the addressee, who accepted it voluntarily. *~~
       ~~*c) par remise simple*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* __service by leaving rejected legal processes at the place of abode__

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

~~*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*~~

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*

Done at __Beijing__ 中华人民共和国 the __August 5, 2010__
*Fait à* _____ 司法部 *le* _____
Signature and / or stamp. 司法协助专用章
*Signature et / ou cachet.*

**SUMMARY OF THE DOCUMENT TO BE SERVED**  
*ELEMENTS ESSENTIELS DE L'ACTE*

Civil Action No.: 10-804 L

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)  
*(article 5, alinéa 4)*

Name and address of the requesting authority:  
*Nom et adresse de l'autorité requérante :*  
Karina Shreefer, Esq.  
LEGAL LANGUAGE SERVICES  
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.  
Tel. 1.913.341.3167

Particulars of the parties*:  
*Identité des parties :*  
D.R. HORTON, INC. – GULF COAST, *Plaintiff*  
INTERIOR/EXTERIOR BUILDING SUPPLY, LIMITED PARTNERSHIP; INTERIOR/EXTERIOR SERVICES, L.L.C.; KNAUF GIPS KG; KNAUF INTERNATIONAL, GMBH; KNAUF PLASTERBOARD TIANJIN CO., LTD; KNAUF PLASTERBOARD WUHU CO., LTD; KNAUF INSULATION GMBH; *Defendants*

**JUDICIAL DOCUMENT****  
*ACTE JUDICIAIRE*

Nature and purpose of the document:  
*Nature et objet de l'acte :*  
To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:  
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil action has been commenced against the Defendant.

Date and place for entering appearance**:  
*Date et lieu de la comparution :* Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must file an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure on the Plaintiff's Attorney (Taylor, Porter, Brooks, & Phillips L.L.P.) Defendant must also file its Answer or Motion with the United States District Court, District of Eastern Louisiana, located at: 500 Poydras Street, Room C151, New Orleans, Louisiana 70130, U.S.A.

Court which has given judgment**:  
*Juridiction qui a rendu la décision :* N/A

Date of judgment**:  
*Date de la décision :* N/A

Time limits stated in the document**:  
*Indication des délais figurant dans l'acte:* Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must file an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure on the Plaintiff's Attorney (Taylor, Porter, Brooks, & Phillips L.L.P.) Defendant must also file its Answer or Motion with the Court. If Defendant fails to respond, judgment by default will be entered against it for the relief demanded in the Complaint.

**EXTRAJUDICIAL DOCUMENT****  
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:  
*Nature et objet de l'acte :* N/A

Time limits stated in the document**:  
*Indication des délais figurant dans l'acte :* N/A

---

* If appropriate, identity and address of the person interested in the transmission of the document.  
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*  
** Delete if inappropriate.  
  *Rayer les mentions inutiles.*

*U.S. Government Printing Office: 1990-262-211/15302

3