UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
   PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**This Document Relates to** *Owners Insurance Co., et al. v. The Mitchell Company, Inc., et al.,* **Case no. 10-1036.**

## ORDER & REASONS

Before the Court is Plaintiffs Owners Insurance Co. and Auto-owners Insurance Co.'s Motion for Suggestion of Remand pursuant to 28 U.S.C. § 1407 and United States Judicial Panel on Multidistrict Litigation Rule of Procedure No. 7.6. Rec. Doc. No. 4588. For the following reasons, this Motion is GRANTED.

On October 22, 2009, Plaintiffs filed the present declaratory judgment action against The Mitchell Company, Inc. and Rightway Drywall, Inc. in the U.S. District Court for the Middle District of Georgia. This action was filed after Rightway sought a defense and indemnity under the commercial liability insurance policies issued to it by the Plaintiffs for claims filed against Rightway in the Northern District of Florida alleging Rightway's liability for Chinese drywall-related damages. The present action was identified as a potential tag-along action to MDL 2047 and a motion to transfer was filed on February 3, 2010. Despite Plaintiffs' opposition to this motion, on April 5, 2010, the Judicial Panel on Multidistrict Litigation entered an order transferring the action to MDL 2047.

The present action was the first insurance declaratory judgment action transferred to MDL 2047 and the last. On June 15, 2010, the Panel entered an order denying the transfer of

three similar declaratory judgment actions, finding insufficient similarity between the issues to be determined, i.e. insurance coverage, and the underlying claims to justify centralization. Thereafter, the Plaintiffs' Steering Committee in MDL 2047 withdrew its Motion for Designation of Potential Tag-Along Actions which named numerous other similar declaratory judgment actions involving insurance coverage issues.

The Court has considered Plaintiffs' Motion and the arguments raised therein. The Court finds that a suggestion of remand is appropriate, not based upon the substantive issues raised, but in order to maintain consistency with the Panel's other orders denying transfer to MDL 2047 in similar declaratory judgment cases involving insurance coverage for Chinese drywall-related damages. Accordingly, Plaintiffs' Motion for Suggestion of Remand is GRANTED and the present action is recommended for remand to the Northern District of Georgia.

New Orleans, Louisiana, this 9th day of September 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE