UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS ORDER RELATES TO:** *Germano, et. al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687**

## ORDER

Having considered Taishan Gypsum Co. Ltd.'s *Ex Parte* Motion for Leave to File Memorandum in Support of Motion to Vacate the Default Judgment and Dismiss this Action in Excess of 25 Pages,

IT IS ORDERED this Motion is DENIED on the basis that the present matter is on appeal, rendering this Court without jurisdiction over the matter.

New Orleans, Louisiana this __9th__ day of September, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge