**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted insofar as to the following pending motions:

1.      Plaintiffs' Motion to Intervene *Payton* [Document #4346];

2.      Plaintiffs' Motion to Intervene *Wiltz* [Document #4347];

3.      Plaintiffs' Motion to Intervene *Rogers* [Document #4349];

4.      Plaintiffs Motion to Intervene *Gross* [Document #4350].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on each of the above listed motions to intervene for the 16th day of September, 2010, following the monthly status conference, or at a time set by the Court.  Any oppositions shall be filed prior to September 14, 2010.

New Orleans, Louisiana, this __9th__ day of _____September_____, 2010.

_____

Eldon E. Fallon
United States District Court Judge