UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED            :   MDL No. 2047
DRYWALL PRODUCTS LIABILITY              :
LITIGATION                              :   SECTION: L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:               :   JUDGE FALLON
                                        :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324, :  MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-7628, 10-cv-0720      :
-----------------------------------------------------------------x
```

## ORDER

On August 3, 2010, the Plaintiffs' Steering Committee filed a Motion for Sanctions and to Compel Production of Knauf Defendant Documents ("Motion to Compel") [Rec. Doc. 4754]. On August 10, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard ("Wuhu") Co., Ltd., and Guangdong Knauf New Building Materials Products Co., Ltd. ("Dongguan") and Knauf Gips KG ("Gips") (collectively the "Knauf Defendants"), filed an opposition to the PSC's Motion to Compel [Rec. Doc. 5022]. The PSC's Motion to Compel came on for hearing on August 12, 2010 and the Court issued a Minute Entry that date [Rec. Doc. 5207] granting in part and denying in part the Plaintiffs' Steering Committee's Motion for the reasons stated on the record on August 12, 2010. The Court also conducted a telephone status conference on August 24, 2010 and issued a Minute Entry [Rec. Doc. 5303]. The Court now deems it appropriate to supplement its prior Order and Minute Entries by adding the following:

Based on Gips's representation that it can obtain the documents upon request of the entities having possession, custody, and control of the documents if compelled to do so, it is ORDERED that Gips shall produce documents responsive to the PSC's document requests and a privilege log in accordance with Pre-Trial Order No. 15 from the custodial files of Isabel Knauf, Thies Knauf, and

Barry Topple, including in the locations where Gips has represented that the documents are located, respectively at (i) Knauf A.S. in Turkey; (ii) Knauf S.A.S. in France; and (iii) Knauf UK GmbH in Great Britain. The objection claiming that such discovery must proceed under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters is overruled.

NEW ORLEANS, LOUISIANA, this 9th day of September, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE