**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED   \*
DRYWALL PRODUCTS LIABILITY   \*
LITIGATION   \*         **MDL No. 2047**
  \*
  \*         **JUDGE: FALLON**
  \*
**This Document relates to:**   \*         **MAG: WILKINSON**
*Amato v. Liberty Mutual Insurance*   \*
*Company, et al* **(10-932)**   \*
  \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CANAL INDEMNITY COMPANY**
**CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Canal Indemnity Company in compliance with Federal Rules of Civil Procedure Rule 7.1, and files this Corporate Disclosure Statement.

1.

Canal Indemnity Company is a surplus lines insurance company organized under the laws of, and domiciled in, the State of Georgia.

2.

Canal Indemnity Company is a closely held corporation with all ownership, shares, and stock controlled by individuals who are not parties to this litigation.

3.

There are no parent or publically held corporations which own 10% or more of Canal Indemnity Company's stock.

Respectfully submitted:

**BURGLASS & TANKERSLEY, LLC**

/s/ Scott O. Gaspard
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220
Fax: (504) 836-2221
dphayer@burglass.com
sgaspard@burglass.com

*Counsel for defendant, Canal Indemnity Company*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Corporate Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of September, 2010.

/s/ Scott O. Gaspard