

**TECHNOLOGIES, INC.**

# CHINESE DRYWALL INSPECTION REPORT

*For:*

**Bloom Residence**
9719 Porta Leona Drive
Boynton Beach, Florida 33472

*Prepared for:*

**SHUTTS & BOWEN, LLP**
300 South Orange Avenue
Suite 1000
Orlando, Florida 32801

*Prepared by:*

**A2L TECHNOLOGIES, INC.**
10220 Harney Road NE
Thonotosassa, Florida 33592
(813) 248-8558
www.a2ltechnologies.com

June 8, 2010
Project #: 090230



EXHIBIT
"A"

## CHINESE DRYWALL INSPECTION REPORT

**PROJECT NUMBER:**          090230

**SUBJECT PROPERTY:**        Bloom Residence
                            9719 Porta Leona Drive
                            Boynton Beach, Palm Beach County, Florida

**DATE(S) OF ASSESSMENT:**   October 2, 2009

**INSPECTION PERSONNEL:**

Kent R. Ward  ASP, LEP
Industrial Hygienist
Vice President

Bloom Residence                                      Chinese Drywall Inspection Report
9719 Porta Leona Drive                                          A2L Technologies, Inc.
Boynton Beach, Palm Beach County, Florida                       Project # 090230

# TABLE OF CONTENTS

**Executive Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**1.0    Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
         1.1 General
         1.2 Scope of Work

**2.0    Sampling Protocol** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
         2.1 Sampling Scheme
         2.2 Parameters and Methodology

**3.0    Site Observations** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
         3.1 Site Inspection
         3.2 XRF Results

**4.0    Sample Results & Interpretation** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
         4.1 Elemental Sulfur Results

**5.0    Conclusions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## APPENDICES

XRF Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix A
Laboratory Analysis Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appendix B

Bloom Residence
9719 Porta Leona Drive
Boynton Beach, Palm Beach County, Florida

Chinese Drywall Inspection Report
A2L Technologies, Inc.
Project # 090230

## EXECUTIVE SUMMARY

▸ On October 2, 2009, *A2L Technologies, Inc,* conducted an inspection of the Bloom Residence within the Verona Lakes community, focusing on the potential presence of defective Chinese drywall. Information pertaining to the subject property was provided by Mr. John Dannecker (Shutts & Bowen, LLP). The intent of the evaluation was to observe the current condition of the residential environment, inspect areas of potential impact, and perform sampling to ascertain the presence of defective Chinese drywall.

▸ The scope of the work included the following: an on-site inspection to visually evaluate conditions of each area which may have been impacted by the presence of defective Chinese drywall, on-site elemental analysis of the drywall with the use of a handheld X-Ray Fluorescence (XRF) Analyzer and the extraction of confirmatory bulk samples for elemental sulfur analysis by High Performance Liquid Chromatography (HPLC).

▸ The on-site inspection included, but was not limited to, the following: any exposed or accessible drywall, "extra" drywall remaining from builder for repairs, interior wall cavities upon removal of wall material, HVAC coils, piping and wiring, representative electrical outlet wiring and breaker box, accessible copper plumbing (bathrooms & kitchen), attic or plenum spaces, and miscellaneous metals within unit (including photo framing, furniture, mirrors, fixtures, etc). Based upon the observations during the inspection, it was established that the electrical outlets, HVAC unit, copper plumbing, and fixtures within the unit have not been adversely impacted due to the presence of defective Chinese drywall.

▸ A Niton XLT 898D XRF Analyzer was used to determine the elemental composition of the drywall present within the unit, more specifically the level of strontium. There are currently no published standards for levels of strontium in drywall. However, extensive testing by A2L has indicated that an XRF reading of approximately 1,000 ppm or greater may be indicative of the presence of defective Chinese drywall due to the elevated concentration of naturally-occurring strontium.  Of the thirty-one (31) first floor samples, none were established to be above 1,000 ppm, while none of the fifty-nine (59) second floor locations sampled exceeded 1,000 ppm.  The XRF test results did not indicate the presence of elevated levels of strontium within the drywall tested.

▸ Certain Chinese drywall contains a naturally occurring allotrope of elemental sulfur - orthorhombic cyclooctasulfur ($S_8$). Samples of suspect drywall were submitted to a certified laboratory for analysis utilizing gas chromatography/mass spectrometery (GC/MS) to identify the presence of elemental sulfur within the sample. Based upon the available test data to date, this sulfur allotrope is a unique and reliable marker to the drywall products causing the irreversible pattern of corrosion. The five (5) samples analyzed did not exhibit elevated levels of elemental sulfur which is indicative of the presence of defective Chinese drywall.

Bloom Residence
9719 Porta Leona Drive
Boynton Beach, Palm Beach County, Florida

Chinese Drywall Inspection Report
A2L Technologies, Inc.
Project # 090230

## 1.0   INTRODUCTION

### 1.1   General

Mr. John Dannecker (Shutts & Bowen, LLP) requested that *A2L Technologies, Inc.* conduct an inspection for the presence of defective Chinese drywall within the Bloom Residence located at 9719 Porta Leona Drive in Boynton Beach, Florida. The inspection and sampling was performed due to an inquiry concerning the potential presence of contaminated Chinese drywall within the unit.

The building material commonly known as "Chinese Drywall" refers to the tainted drywall imported from China which has adversely impacted the plumbing, electrical, and mechanical systems of many structures. The drywall emits a sulfur gas, quite often referred to as a "rotten egg" odor, which is discernable at very low levels. The metals (copper, brass, silver, etc.) within the structures are rapidly oxidizing (black residue) due to the off-gassing of the drywall.

A majority of the tainted drywall was reportedly imported from China between 2004 - 2006 (due to a shortage of US manufactured drywall) during the height of the residential construction boom, as well as the reconstruction of many of the hurricane damaged cities. Interviews with several long-time drywall installation and supply companies indicated that imported Chinese drywall has been installed in US homes since at least the late 1990's. It has been established that the drywall produced in Bejing China does not pose the same problems as that produced at the open pit mines of Tianjin China or the ShanDong Province. The Consumer Product Safety Commission (CPSC) has indicated that a majority of the problem drywall has originated from these latter mines.

A majority of the manufactured drywall consists of a mined gypsum core, surfaced with various types of paper. The initial studies performed by the US Environmental Protection Agency (EPA) and State of Florida Department of Health (DOH) have indicated that the defective Chinese drywall differs from the domestically manufactured product as follows:

- The tainted Chinese drywall contains elevated strontium sulfide inclusions, which have the odor of hydrogen sulfide.
- The Chinese drywall contains a much higher organic content in comparison to US drywall. The higher organic content may provide for higher moisture retention which accelerates the off-gassing of the compounds, as well as the break down of the material by bacteria.
- Sulfur was detected at higher levels within the Chinese drywall samples versus the US manufactured material. Additionally, volatile sulfur compounds (hydrogen sulfide, carbonyl sulfide, and carbon disulfide) are found in the defective Chinese drywall samples, which may contribute to the odor detected.

Additional testing is being performed by the CPSC, EPA, and DOH to further understand the composition of the problem drywall and establish the origins. These agencies are also in the process of establishing guidelines for the inspection, testing and proper remediation of the contaminated material. The State of Florida DOH has developed a self-assessment guide to assist homeowners in establishing if their residence has been adversely impacted by the presence of defective Chinese drywall.

Bloom Residence
9719 Porta Leona Drive
Boynton Beach, Palm Beach County, Florida

Chinese Drywall Inspection Report
A2L Technologies, Inc.
Project # 090230

## 1.2    Scope of Work

A2L Technologies, Inc. conducted an on-site inspection and bulk sampling within the residential unit at the Verona Lakes Townhomes.  The inspection and sampling included:

1) An on-site inspection to visually evaluate conditions of each area which may have been impacted by the presence of defective Chinese drywall.  The inspection included, but was not limited to, the following: any exposed or accessible drywall, "extra" drywall remaining from builder for repairs, interior wall cavities upon removal of wall material, HVAC coils, piping and wiring, representative electrical outlet wiring and breaker box, accessible copper plumbing (bathrooms & kitchen), attic or plenum spaces, and miscellaneous metals within the unit (including photo framing, furniture, mirrors, fixtures, etc).

2) On-site elemental analysis of the drywall with the use of a handheld X-Ray Fluorescence (XRF) Analyzer. Direct read sampling of the wall surfaces for the presence of strontium, a marker which is found to be elevated in defective Chinese drywall.

3) Extraction of confirmatory bulk samples for elemental sulfur analysis by High Performance Liquid Chromatography (HPLC).  Elevated sulfur content serves as a marker for the identification of defective Chinese drywall.

4) Preparation of a final report describing work procedures and conclusions.

## 2.0    SAMPLING PROTOCOL

### 2.1    Sampling Scheme

The sampling was performed by a trained hygienist using sampling techniques applicable to the type of analysis performed.  All samples were analyzed at a state and/or federal accredited laboratory facility.

Phase I of the assessment included:  A review of existing documentation and a visual inspection of the unit.

Phase II of the assessment consisted of bulk sampling based on the information collected during Phase I and consultation with the client.  Contaminants which were sampled for in this investigation included elemental sulfur. The bulk sample was extracted from the north wall of the 2nd floor open area adjacent to the laundry room.

### 2.2    Sampling Parameters and Methodology

X-Ray Fluorescence (XRF) -

A Niton XLT 898D XRF Analyzer was used to determine the elemental composition of the drywall present within the unit.  A minimum of one location was sampled on each accessible wall within the unit. Due to the configuration of the unit and known construction practices,

3

Bloom Residence
9719 Porta Leona Drive
Boynton Beach, Palm Beach County, Florida

Chinese Drywall Inspection Report
A2L Technologies, Inc.
Project # 090230

a low and high location were tested on a single wall at several locations to determine the differences of the installed drywall material. The level of strontium at each location was recorded on a site diagram for inclusion in the report.

Elemental Sulfur ($S_8$) -

Bulk samples were extracted from areas of suspect drywall and analyzed for elemental sulfur - Orthorhombic Cyclooctasulfur ($S_8$). A drywall sample of approximately four (4) square inches was extracted and placed into a 4 mil ziploc sample bag for delivery to the laboratory utilizing the appropriate chain of custody procedures. The sample was then analyzed utilizing gas chromatography/mass spectrometery (GC/MS) to identify the presence of elemental sulfur.

## 3.0    SITE OBSERVATIONS

### 3.1    Site Inspection

An on-site inspection was performed of the areas of concern which may be adversely impacted by the presence of the problem drywall. The inspection included those areas as previously indicated within the scope of work. The inspection checklist prepared by DOH has been completed and included as Appendix B.

The Bloom Residence is located within the Verona Lakes community in Boynton Beach, Florida. The property is improved with a single, two-story townhome within a six unit building. The property is listed by the Palm Beach County Property Appraiser as containing a total area of 1,496 square feet on 0.0617 acre of land. The unit is listed as being constructed in 2002, and contains two bedrooms, two bathrooms, closets, laundry, office area, and HVAC unit on the second floor, while the living room, dining area, bathroom, kitchen, and garage are on the first floor.

The following visual observations were made during the performance of the inspection:

| Area Inspected | Observations |
|---|---|
| HVAC Unit | ▸ located in second floor hallway, observed to be clean.<br>▸ amber and green patina present on coils.<br>▸ wiring observed to be clean. |
| Electrical System | ▸ electric panel is located in the garage.<br>▸ all wiring, connections, and bridging within the main panel observed to be in good condition.<br>▸ the inspected outlets and switches on the first floor were observed to be clean.<br>▸ the inspected outlets and switches on the second floor were observed to be clean. |
| Plumbing | ▸ no corrosion was evident on the copper pipes present under the second floor bathroom sinks.<br>▸ the piping present within the first floor bathroom and kitchen were observed to be clean. |
| General Observations | ▸ fixtures in bedroom and bathroom on 2nd floor were observed to be rusted. |

Bloom Residence
9719 Porta Leona Drive
Boynton Beach, Palm Beach County, Florida

Chinese Drywall Inspection Report
A2L Technologies. Inc.
Project # 090230

### 3.2     X-Ray Fluorescence (XRF) Analyzer Results

A Niton XLT 898D XRF Analyzer was used to determine the elemental composition of the drywall present within the unit.  Each of the elements present within the drywall produce a unique set of characteristic x-rays that are a "fingerprint" for that specific element. The XRF Analyzer determines the chemistry of the material by measuring the spectrum of the characteristic x-rays emitted by the different elements in the sample when it is illuminated by x-rays.   The XRF Analyzer utilizes a miniaturized x-ray tube to excite the unique fluorescent x-ray energy spectrum for each element.  Sample analysis has indicated that elevated levels of strontium are present within the contaminated Chinese Drywall versus US manufactured materials. There are currently no published standards of allowable levels of strontium in drywall, however, extensive testing by A2L has indicated that an XRF reading of approximately 1,000 ppm or greater may be indicative of the presence of defective Chinese drywall.

A minimum of one location was sampled on each accessible wall within the unit.  Due to the configuration of the unit and known construction practices, a low and high location were tested on a single wall at several locations to determine the compositional differences of the installed drywall material.  A total of thirty-one (31) locations were tested on the first floor, while fifty-nine (59) locations were tested on the second floor.  Of the thirty-one (31) first floor samples, none of the locations sampled were established to be above 1,000 ppm. None of the fifty-nine (59) second floor locations sampled exceeded 1,000 ppm.  The XRF test results do not indicate the presence of elevated levels of strontium within the drywall tested, which is commonly found in the defective Chinese drywall.  The results of the testing are present within Appendix A.

## 4.0     SAMPLING RESULTS & INTERPRETATION

Five bulk samples were extracted during the investigation.  The samples collected were for environmental screening purposes only.  However, the samples were used to evaluate the potential presence of defective Chinese Drywall.

### 4.1     Elemental Sulfur ($S_8$)

Sulfur is the tenth most abundant element in the universe.  It is a pale yellow, odorless and brittle material.  There are a large number of allotropes of sulfur (second only to carbon). The defective Chinese drywall contains a naturally occurring allotrope of elemental sulfur - orthorhombic cyclooctasulfur ($S_8$).  Samples of the suspect drywall are submitted to the laboratory for analysis utilizing gas chromatography/mass spectrometery (GC/MS) to identify the presence of elemental sulfur within the sample.  Based upon the available test data to date, this sulfur allotrope is a unique and reliable marker to the drywall products causing an irreversible pattern of corrosion.

Bloom Residence
9719 Porta Leona Drive
Boynton Beach, Palm Beach County, Florida

Chinese Drywall Inspection Report
A2L Technologies, Inc.
Project # 090230

The following are the results of the bulk sampling performed on September 2, 2009:

| Sample # | Location | Concentration (mg/kg) |
|----------|----------|-----------------------|
| 9719-DW-01 | 2nd Floor - South Wall - Master Closet | U |
| 9719-DW-02 | 2nd Floor - South Wall - Master Closet | U |
| 9719-DW-03 | 2nd Floor - East Wall - Guest Room Closet | U |
| 9719-DW-04 | 1st Floor - Bathroom - East Wall | U |
| 9719-DW-05 | 1st Floor - Living Room - West Wall | U |

None of the samples analyzed exhibited levels of elemental sulfur. The levels established are not indicative of the presence of defective Chinese drywall.


## 5.0 CONCLUSIONS

On October 2, 2009, *A2L Technologies, Inc.* performed an inspection and bulk sampling within the Bloom Residence at 9719 Porta Leona Drive, Boynton Beach, Florida. The following conclusions are based on visual observations and the analytical results of testing performed:

- The two-story Bloom Residence is located at the west end of a six-unit building. The property is listed by the Palm Beach County Property Appraiser as containing a total area of 1,496 square feet on 0.0617 acre of land. The unit is listed as being constructed in 2002, and contains two bedrooms, two bathrooms, closets, laundry, office area, and HVAC unit on the second floor, while the living room, dining area, bathroom, kitchen, and garage are on the first floor.

- An on-site inspection was performed of the plumbing, electrical system, and mechanical system for the presence of building materials and components which have been adversely impacted by defective Chinese drywall. Based upon the observations during the inspection, it was established that the HVAC unit, electrical outlets, copper plumbing, and fixtures within the unit have not been adversely impacted due to the presence of defective Chinese drywall.

- The XRF test results indicated that none of the 90 locations tested revealed the presence of elevated levels of strontium, which is not indicative of the presence of defective Chinese drywall.

- The samples of drywall material did not exhibit elevated levels of elemental sulfur. The levels established are not indicative of the presence of defective Chinese drywall.

- Based upon the results of the inspection and testing, it is concluded that no degree of defective Chinese drywall is present within the Bloom residence.

## REPORT QUALIFICATION

These conclusions are the professional opinion of A2L Technologies, Inc. and are based upon observation in conjunction with the results of the parameters tested which are set forth in this report.

Changes in use, owners, work practices and floor plans may alter future findings.  Changes in Federal, State, or Local laws could also alter future findings, and conclusions.  This report should not be construed as the view of any regulatory body or agency.  This report should not be construed as all encompassing in regards to potential environmental/indoor air quality hazards associated with the inspected unit.

Topics not explicitly discussed within this document should not be assumed to have been investigated.  This service does not guarantee current compliance with federal, state, or local regulations.



**Appendix A**

**XRF Data**

LEGEND:
288
1371
Sample Location Number
Strontium Concentration (PPM)
Red Results = > 1,000 ppm
Green Results = < 1,000 ppm
A2L TECHNOLOGIES, INC. TAMPA, FLORIDA
Verona Lakes
9719 Porta Leona
Boynton Beach, Florida
090230
10/2/09
No Scale
XRF Data
Living Room
Kitchen
Garage
Bath
Master Bedroom
Master Bath
Master Closet
Laundry
HVAC
Bedroom
Bedroom
Bath
Closet
149 178-L 150 172-H
165 194-L 166 213-H
167 202-L 168 160-H
163 159-L 164 184-H
157 157-L 158 209-H
159 202-L 160 237-H 155 176-L 156 181-H
161 198-L 162 208-H
176 171-L 177 164-H
153 215-L 154 177-H
152 182
151 181
178 170-L 179 192-H
174 188-L 175 190-H
172 144-L 173 187-H
169 181
170 187-L 171 185-H
189 144-L 190 139-H
185 312-L 186 394-H
182 200-L 183 168-H
180 247-L 181 191-H
191 248-L 192 275-H
193 284-L 194 348-H
195 296-L 196 320-H
197 219-L 198 238-H
187 274-L 188 208-H
184 272
210 178
209 249
211 213
212 163
201 168-L 202 181-H
199 184-L 200 197-H
205 434-L 206 353-H
203 409-L 204 439-H
207 406-L 208 438-H
213 153-L 214 150-H
215 163-L 216 135-H
217 89-L 218 145-H
225 197-L 226 193-H
227 201-L 228 188-H
223 155-L 224 181-H
229 218-L 230 136-H
231 136-L 232 168-H
219 145-L 220 147-H
221 195-L 222 194-H
234 200-L 235 228-H
236 221-L 237 202-H
232 195-L 233 189-H

**Appendix B**

**Laboratory Analysis Report**

# Analytical Report #: 20085

## for

## A2L Technologies, Inc.

**Project Manager: Kent R. Ward, ASP**

**Project Name:  VERONA LAKES**

**Project ID: 090230**

**Project Location: BOYNTON BEACH**

**09-OCT-09**



## LAKELAND
## LABORATORIES

NELAP Certification Number: E84880

**1910 Harden Boulevard, Suite 101**
**Lakeland, Florida 33803-1829**
**Phone: (863) 686-4271**
**Fax: (863) 686-4389**



# LAKELAND
# LABORATORIES

09-OCT-09

**Kent R. Ward, ASP**
**A2L Technologies, Inc.**
10220 Harney Road NE
Thonotosassa, FL 33592

Reference: LAKELAND Work Order No: **20085**
        **VERONA LAKES**
        Project Location: BOYNTON BEACH
        Project Ref No:   090230
        Lab Quote No:

Dear Kent R. Ward, ASP :

The attached Analytical and QC Summaries list the analytical results from the analyses performed on the samples received under the project name referenced above and identified with the Lakeland Laboratories Work Order numbered **20085**.

All work recorded herein has been done in accordance with normal professional standards using accepted testing methodologies and QA/QC procedures. Lakeland Laboratories is limited in liability to the actual cost of the pertinent analysis done. Your samples will be retained by Lakeland Laboratories for a period of 30 days following receipt of the samples. After that time, they will be properly disposed of without further notice, unless there is a pre-arranged contractual arrangement. We reserve the right to return any unused samples, extracts or related solutions to you, if we consider it necessary (e.g., samples identified as hazardous waste, sample sizes exceeding analytical standard practices, controlled substances under regulated protocols, etc).

The validity and integrity of this report will remain intact as long as it is accompanied by this letter and reproduced in full, unless written approval is granted by Lakeland Laboratories. This report will be filed for at least 3 years in our archives after which time it will be destroyed without further notice, unless otherwise arranged with you.

We thank you for selecting Lakeland Laboratories Incorporated to serve your analytical needs. If you have any questions concerning this report, please feel free to contact us at any time.

Sincerely,

**James M. Crawford**
Quality Assurance Officer

1910 Harden Boulevard, Suite 101
Lakeland, Florida 33803-1829
Phone: (863) 686-4271
Fax: (863) 686-4389

LAKELAND LABORATORIES

# Certificate of Analysis Summary 20085
### A2L Technologies, Inc., Thonotosassa, FL
### Project Name: VERONA LAKES

Project Id: 090230
Contact: Kent R. Ward, ASP
Project Location: BOYNTON BEACH

Date Received in Lab: Mon Oct-05-09 04:45 pm
Report Date: 09-OCT-09
Project Manager: Mark A. Alessandrini, PE

| | Lab Id: | 20085-004 | 20085-005 | 20085-006 |
|---|---|---|---|---|
| | Field Id: | 9719-DW-01 | 9719-DW-02 | 9719-DW-03 |
| | Depth: | | | |
| | Matrix: | SOLID/SOLID | SOLID/SOLID | SOLID/SOLID |
| | Sampled: | Oct-02-09 00:00 | Oct-02-09 00:00 | Oct-02-09 00:00 |
| | Extracted: | Oct-06-09 09:50 | Oct-06-09 09:50 | Oct-06-09 09:50 |
| | Analyzed: | Oct-07-09 10:11 | Oct-07-09 10:32 | Oct-07-09 10:53 |
| **Analysis Requested** | Units/RL: | mg/kg    PQL | mg/kg    PQL | mg/kg    PQL |
| | | U      2.00 | U      2.00 | U      2.00 |
| **Elemental Sulfur by HPLC** | | | | |
| Sulfur, mol (s8) | | | | |

LAKELAND
LABORATORIES

# Certificate of Analysis Summary 20085
## A2L Technologies, Inc., Thonotosassa, FL
### Project Name: VERONA LAKES

Project Id: 090230
Contact: Kent R. Ward, ASP
Project Location: BOYNTON BEACH

Date Received in Lab:   Mon Oct-05-09 04:45 pm
Report Date:   09-OCT-09
Project Manager:   Mark A. Alessandroni, PE

| | Lab Id: | 20085-007 | 20085-008 |
|---|---|---|---|
| | Field Id: | 9719-DW-04 | 9719-DW-05 |
| | Depth: | | |
| | Matrix: | SOLID/SOLID | SOLID/SOLID |
| | Sampled: | Oct-02-09 00:00 | Oct-02-09 00:00 |
| | Extracted: | Oct-06-09 09:50 | Oct-06-09 09:50 |
| **Analysis Requested** | Analyzed: | Oct-07-09 11:15 | Oct-07-09 11:36 |
| | Units/RL: | mg/kg     PQL | mg/kg     PQL |
| **Elemental Sulfur by HPLC** | | U   2.00 * | U   2.00 * |
| Sulfur, mol (s8) | | | |



## LAKELAND
## LABORATORIES

### Certificate of Analysis #: 20085

**A2L Technologies, Inc., Thonotosassa, FL**
VERONA LAKES

# LAB DATA FOR OTHER UNITS

| Sample Id: **9719-DW-01** | Matrix: **SOLID/SOLID** | Date Received: **Oct-05-09 16:45** |
|---|---|---|
| Lab Sample Id: **20085-004** | Date Collected: **Oct-02-09 00:00** | % Moisture: **0.000** |
| Sample Depth: | | Basis: **Wet** |

| **Analytical Method:** **Elemental Sulfur by HPLC** | | Prep Method: LL-SULF-P | |
|---|---|---|---|
| Date Analyzed: Oct-07-09 10:11 | Analyst: GARGAR | Date Prep: Oct-06-09 09:50 | Tech: MARALE |
| | Seq Number: 68315 | | |

| Parameter | Cas Number | Result | PQL | MDL | Units | Flag | Dil |
|---|---|---|---|---|---|---|---|
| Sulfur, mol (s8) | 10544-50-0 | U | 2.00 | 1.00 | mg/kg | U | 1 |

*

Results of liquid samples are reported on a wet-weight basis unless otherwise indicated.  Results of solid samples are reported on a dry-weight basis unless otherwise indicated.

Version 1.000



**LAKELAND LABORATORIES**

## Certificate of Analysis #: 20085

**A2L Technologies, Inc., Thonotosassa, FL**

**VERONA LAKES**

| Sample Id: **9719-DW-02** | Matrix: **SOLID/SOLID** | Date Received: **Oct-05-09 16:45** |
|---|---|---|
| Lab Sample Id: **20085-005** | Date Collected: **Oct-02-09 00:00** | % Moisture: **0.000** |
| Sample Depth: | | Basis: **Wet** |

**Analytical Method:  Elemental Sulfur by HPLC**                          Prep Method: LL-SULF-P

Date Analyzed: Oct-07-09 10:32          Analyst: GARGAR          Date Prep: Oct-06-09 09:50          Tech:  MARALE
Seq Number: 68315

| Parameter | Cas Number | Result | PQL | MDL | Units | Flag | Dil |
|---|---|---|---|---|---|---|---|
| Sulfur, mol (s8) | 10544-50-0 | U | 2.00 | 1.00 | mg/kg | U | 1 |

| Sample Id: **9719-DW-03** | Matrix: **SOLID/SOLID** | Date Received: **Oct-05-09 16:45** |
|---|---|---|
| Lab Sample Id: **20085-006** | Date Collected: **Oct-02-09 00:00** | % Moisture: **0.000** |
| Sample Depth: | | Basis: **Wet** |

**Analytical Method:  Elemental Sulfur by HPLC**                          Prep Method: LL-SULF-P

Date Analyzed: Oct-07-09 10:53          Analyst: GARGAR          Date Prep: Oct-06-09 09:50          Tech:  MARALE
Seq Number: 68315

| Parameter | Cas Number | Result | PQL | MDL | Units | Flag | Dil |
|---|---|---|---|---|---|---|---|
| Sulfur, mol (s8) | 10544-50-0 | *U | 2.00 | 1.00 | mg/kg | U | 1 |

| Sample Id: **9719-DW-04** | Matrix: **SOLID/SOLID** | Date Received: **Oct-05-09 16:45** |
|---|---|---|
| Lab Sample Id: **20085-007** | Date Collected: **Oct-02-09 00:00** | % Moisture: **0.000** |
| Sample Depth: | | Basis: **Wet** |

**Analytical Method:  Elemental Sulfur by HPLC**                          Prep Method: LL-SULF-P

Date Analyzed: Oct-07-09 11:15          Analyst: GARGAR          Date Prep: Oct-06-09 09:50          Tech:  MARALE
Seq Number: 68315

| Parameter | Cas Number | Result | PQL | MDL | Units | Flag | Dil |
|---|---|---|---|---|---|---|---|
| Sulfur, mol (s8) | 10544-50-0 | U | 2.00 | 1.00 | mg/kg | U | 1 |

| Sample Id: **9719-DW-05** | Matrix: **SOLID/SOLID** | Date Received: **Oct-05-09 16:45** |
|---|---|---|
| Lab Sample Id: **20085-008** | Date Collected: **Oct-02-09 00:00** | % Moisture: **0.000** |
| Sample Depth: | | Basis: **Wet** |

**Analytical Method:  Elemental Sulfur by HPLC**                          Prep Method: LL-SULF-P

Date Analyzed: Oct-07-09 11:36          Analyst: GARGAR          Date Prep: Oct-06-09 09:50          Tech:  MARALE
Seq Number: 68315

| Parameter | Cas Number | Result | PQL | MDL | Units | Flag | Dil |
|---|---|---|---|---|---|---|---|
| Sulfur, mol (s8) | 10544-50-0 | U | 2.00 | 1.00 | mg/kg | U | 1 |

Results of liquid samples are reported on a wet-weight basis unless otherwise indicated.  Results of solid samples are
reported on a dry-weight basis unless otherwise indicated.


**LAKELAND**
**LABORATORIES**

**Certificate of Analysis #: 20085**

A2L Technologies, Inc.,  Thonotosassa, FL
VERONA LAKES

# LAB DATA FOR OTHER UNITS

*

Results of liquid samples are reported on a wet-weight basis unless otherwise indicated.  Results of solid samples are
reported on a dry-weight basis unless otherwise indicated.


**LAKELAND**
**LABORATORIES**

### Certificate of Analysis #: 20085

A2L Technologies, Inc.,  Thonotosassa, FL
VERONA LAKES

# LAB DATA FOR OTHER UNITS

Results of liquid samples are reported on a wet-weight basis unless otherwise indicated.  Results of solid samples are reported on a dry-weight basis unless otherwise indicated.



LAKELAND
LABORATORIES

## Quality Control Sample Legend

Lakeland Labs Quality Control Sample Legend

This analytical report may include results for various quality assurance/quality control (QA/QC) samples prepared and analyzed as required within various sample preparation and analytical batches. In-house sample identification is based on the Lakeland Labs Work Order No. followed by the Work Order Item No. For example, the second item on Work Order No. 10000 would be assigned Lab Sample ID 10000-002. The QA/QC sample identifications are affixed with suffixes to differentiate them from the actual sample results. For QA/QC samples generated in-house such as method blanks, blank spikes, blank spike duplicates, etc., the preparation or analytical batch number is used instead of the Work Order No. To assist the data reviewer, the following legend provides information on the various QA/QC samples and the suffixes used to denote them:

- BLK    Method Blank. A method blank, also known as a laboratory control blank (LCB), is a sample of a matrix similar to the batch of associated samples (when available) that is free from the analytes of interest and is processed simultaneously with and under the same conditions as samples through all steps of the analytical procedures, and in which no target analytes or interferences are present at concentrations that impact the analytical results for sample analyses.

- BKS    Blank Spike. A blank spike, also known as a calibration verification or laboratory control sample (LCS), is a sample matrix, free from the analytes of interest, spiked with verified known amounts of analytes. It is generally used to establish intra-laboratory or analyst-specific precision and bias (accuracy) or to assess the performance of all or a portion of the measurement system. Successful analysis of the blank spike sample demonstrates an analytical system's ability to accurately measure target analyte concentrations.

- BSD    Blank Spike Duplicate. A blank spike duplicate, also known as a laboratory control sample duplicate (LCSD), is a second blank spike sample, often bracketing a group of samples within a batch. Successful analysis of the blank spike duplicate sample demonstrates not only an analytical system's continuing ability to accurately measure target analyte concentrations, but also, when compared with the blank spike results, the system's precision.

- S    Matrix Spike (MS). A matrix spike is a sample prepared by adding a known mass of target analyte(s) to a specified amount of matrix sample for which an independent estimate of target analyte concentration is available. Matrix spikes are used, for example, to determine the effect of the matrix on a method's recovery efficiency.

- SD    Matrix Spike Duplicate (MSD). A matrix spike duplicate is a second replicate matrix spike prepared in the laboratory and analyzed to obtain a measure of the precision of the recovery for each analyte.

- D    Matrix Duplicate (MD). A matrix duplicate is a second replicate matrix prepared in the laboratory and analyzed to obtain a measure of precision.

- MRL    Method Reporting Limit. A method reporting limit standard is an analyte-free matrix similar to the sample matrices spiked with one or more of the target analytes at a concentration equal to or less than the method reporting limit (also known as the practical quantitation limit or PQL). Successful analysis of the MRL standard demonstrates the analytical system's ability to identify the spiked analytes of interest at the MRL/PQL.


LAKELAND
LABORATORIES

## Flagging Criteria

### FLORIDA Flagging Criteria

Data were reviewed by the Department Supervisor and QA Director

A    Value reported is the mean (average) of two or more determinations. This code shall be used if the reported value is the average of results for two or more discrete and separate samples. These samples shall have been processed and analyzed independently. Do not use this code if the data are the result of replicate analysis on the same sample aliquot, extract or digestate.

B    Results based upon colony counts outside the acceptable range. This code applies to microbiological tests and specifically to membrane filter colony counts. The code is to be used if the colony count is generated from a plate in which the total number of coliform colonies is outside the method indicated ideal range. This code is not to be used if a 100 mL sample has been filtered and the colony count is less than the lower value of the ideal range.

J    Estimated value. A "J" value shall be accompanied by a narrative justification for its use. Where possible, the organization shall report whether the actual value is less than or greater than the reported value. A "J" value shall not be used as a substitute for K, L, M, T, V, or Y, however, if additional reasons exist for identifying the value as estimate (e.g., matrix spiked failed to meet acceptance criteria), the "J" code may be added to a K, L, M, T, V, or Y. The following are some examples of narrative descriptions that may accompany a "J" code: .

      J1: No known quality control criteria exist for the component;

      J2: The reported value failed to meet the established quality control criteria for

        either precision or accuracy (the specific failure must be identified);

      J3: The sample matrix interfered with the ability to make any accurate determination;

      J4: The data are questionable because of improper laboratory or field protocols

Q    Sample held beyond the accepted holding time. This code shall be used if the value is derived from a sample that was prepared or analyzed after the approved holding time restrictions for sample preparation or analysis.

T    Value reported is less than the laboratory method detection limit. The value is reported for informational purposes, only and shall not be used in statistical analysis.

U    Indicates that the compound was analyzed for but not detected. This symbol shall be used to indicate that the specified component was not detected. The value associated with the qualifier shall be the laboratory method detection limit. Unless requested by the client, less than the method detection limit values shall not be reported (see "T" above).

V    Indicates that the analyte was detected in both the sample and the associated method blank. Note: the value in the blank shall not be subtracted from associated samples.

Y    The laboratory analysis was from an unpreserved or improperly preserved sample. The data may not be accurate.

I    The reported value is between the laboratory method detection limit and the laboratory practical quantitation limit.


LAKELAND
LABORATORIES

> **Flagging Criteria**

### FLORIDA Flagging Criteria

\*    Not analyzed due to interference

R    Significant rain in the past 48 hours. (Significant rain typically involves rain in excess of 1/2 inch within the past 48 hours.) This code shall be used when the rainfall might contribute to a lower than normal value.

!    Data deviate from historically established concentration ranges.

+    Analyte falls outside current scope of NELAP accreditation.

X    In our quality control review of the data a QC deficiency was observed and flagged as noted. MS/MSD recoveries were found to be outside of the laboratory control limits due to possible matrix /chemical interference, or a concentration of target analyte high enough to effect the recovery of the spike concentration. This condition could also effect the relative percent difference in the MS/MSD.

D    The sample(s) were diluted due to targets detected over the highest point of the calibration curve, or due to matrix interference. Dilution factors are included in the final results. The result is from a diluted sample.

F    When reporting species: F indicates the female sex. Otherwise it indicates RPD value is outside the acceptable range.

L    Off-scale high. Actual value is known to be greater than value given. To be used when the concentration of the analyte is above the acceptable level for quantitation (exceeds the linear range or highest calibration standard) and the calibration curve is known to exhibit a negative deflection.

H    Value based on field kit determination; results may not be accurate. This code shall be used if a field screening test (i.e., field gas chromatograph data, immunoassay, vendor-supplied field kit, etc.) was used to generate the value and the field kit or method has not been recognized by the Department as equivalent to laboratory methods.


**LAKELAND**
**LABORATORIES**

## Blank Spike Recovery

### Project Name: VERONA LAKES

Work Order #: 20085

| | | |
|---|---|---|
| | **Report Date:** | 09-OCT-09 |
| | **Project ID:** | 090230 |

Lab Batch #: 68315

Date Analyzed: 10/07/2009

Reporting Units: mg/kg

Sample: 27228-1-BKS

Date Prepared: 10/06/2009

Batch #:   1

Matrix: Solid

Analyst: GARGAR

**BLANK /BLANK SPIKE  RECOVERY STUDY**

| Elemental Sulfur by HPLC<br><br>Analytes | Blank Result [A] | Spike Added [B] | Blank Spike Result [C] | Blank Spike %R [D] | Control Limits %R | Flags |
|---|---|---|---|---|---|---|
| Sulfur, mol (s8) | <1.00 | 100 | 94.2 | 94 | 70-130 | |

Blank Spike Recovery [D] = 100*[C]/[B]
All results are based on MDL and validated for QC purposes.

LAKELAND
LABORATORIES

# Form 3 - MS / MSD Recoveries

## Project Name: VERONA LAKES

Work Order # : 20085

**Report Date:** 09-OCT-09

**Project ID:** 090230

Lab Batch ID: 68315
Date Analyzed: 10/07/2009
Reporting Units: mg/kg

| QC- Sample ID: 20085-003 S | **Batch #:** 1 | **Matrix:** Solid/Solid |
| Date Prepared: 10/06/2009 | **Analyst:** GARGAR | |

## MATRIX SPIKE / MATRIX SPIKE DUPLICATE RECOVERY STUDY

| Analytes | Parent Sample Result [A] | Spike Added [B] | Spiked Sample Result [C] | Spiked Sample %R [D] | Spike Added [E] | Duplicate Spiked Sample Result [F] | Spiked Dup. %R [G] | RPD % | Control Limits %R | Control Limits %RPD | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Elemental Sulfur by HPLC** | | | | | | | | | | 30 | |
| Sulfur, mol (s8) | <1.00 | 100 | 96.0 | 96 | 100 | 94.3 | 94 | 2 | 70-130 | | |

Matrix Spike Percent Recovery  [D] = 100*(C-A)/B
Relative Percent Difference   RPD = 200*(C-F)/(C+F)

Matrix Spike Duplicate Percent Recovery  [G] = 100*(F-A)/E

## Sample Duplicate Recovery

△△△
LAKELAND
LABORATORIES

**Project Name: VERONA LAKES**

Work Order #: 20085

          Report Date: 09-OCT-09

    Lab Batch #: 68315

          Project ID: 090230

   Date Analyzed: 10/07/2009        Date Prepared:  10/06/2009         Analyst: GARGAR

   QC- Sample ID: 20085-003 D           Batch #:   1          Matrix: Solid

  Reporting Units: mg/kg

| Elemental Sulfur by HPLC<br><br>Analyte | Parent Sample Result \|A\| | Sample Duplicate Result \|B\| | RPD | Control Limits %RPD | Flag |
|---|---|---|---|---|---|
| Sulfur, mol (s8) | <1.00 | <1.00 | NC | 30 | |

SAMPLE / SAMPLE DUPLICATE RECOVERY

Spike Relative Difference RPD 200 * |(B-A)/(B+A)|
All Results are based on MDL and validated for QC purposes.

# LAKELAND LABORATORIES, LLC

1910 HARDEN BOULEVARD, SUITE 101
LAKELAND, FLORIDA 33803-1829
PHONE: (863) 686-4271   FAX: (863) 686-4389

**Chain of Custody Record**

Work Order # 20065

Florida NELAP Certificate No. E84880

| | |
|---|---|
| Company: | A2L Technologies, Inc. |
| Address: | 10220 Harney Road NE |
| | Thonotosassa, FL 33592 |
| Phone:(813) 248-8558   Fax: | |

| | |
|---|---|
| Project Name: | VERONA LAKES |
| Project #: | 090230 |
| Project Manager: | Kent R. Ward |
| Project Location: | Boynton Beach |
| P.O. #: | 090230 |

DEP Form #: 62-770 900(2)
Form Title: Chain of Custody Record
Effective Date   September 23, 1997
FDEP Facility No.:
Project Name:

Page 1 of

Sampled by (Print Name(s)) / Affiliation: Kent R. Ward / A2L

Sampler(s) Signature(s)

| Item No. | Field ID No. | Sampled Date | Sampled Time | Grab or Composite (see codes) | Matrix (see codes) | Number of Containers | Preservatives (see codes) | Analyses Requested | Remarks | Lab. No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0719-BW-01 | 19 | 10 | G | BULK | 1 | S3 ✓ | | STANDARD | |
| 2 | 0719-BW-02 | 10 | 2 | G | BULK | 1 | ✓ | | | |
| 3 | 0719-BW-03 | 19 | 2 | G | BULK | 1 | ✓ | | | |
| 5 | 0719-BW-01 | 10 | 2 | G | SOIL | 1 | ✓ | | | |
| 6 | 0719-BW-02 | 19 | 2 | G | SOIL | 1 | ✓ | | RUSH | |
| 7 | 0719-BW-04 | 19 | 2 | G | SOIL | 1 | ✓ | | | |
| 8 | 0719-BW-05 | 10 | 2 | G | SOIL | 1 | ✓ | | | |

REQUESTED DUE DATE

8 <= Total Number of Containers

| | Date | Time | | Date | Time |
|---|---|---|---|---|---|
| Relinquished by / Affiliation | 10/2/09 | 16:15 | Accepted by / Affiliation / Lakeland Labs | 10/5/09 | 1615 |

Cooler No.(s) / Temperature(s) ( °C)  ambient °C

Sampling Kit No.

Equipment ID No.

| Shipment Method | | |
|---|---|---|
| Out: / / | Via: | Item No. 1-8 |
| Returned: / / | Via: | |

Additional Comments:

e-mail results to
KentW@A2LTechnologies.com

RUSH

MATRIX CODES:   A = Air   GW = Groundwater   SE = Sediment   SO = Soil   SW = Surface Water   W = Water (Blanks)   O = Other (specify)
PRESERVATIVE CODES:   H = Hydrochloric acid + ice   I = Ice only   N = Nitric acid + ice   S = Sulfuric acid + ice   O = Other (specify)

Page 15 of 15