

JEREMY W. ALTERS
KIMBERLY L. BOLDT
ROBERT B. BROWN III
DAVID C. RASH
THOMAS A. CULMO
BETH T. VOGELSANG
RACHEL F. ALTERS
DEBORAH M. SONOM

# ALTERS | BOLDT | BROWN | RASH | CULMO

### THE LAW FIRM

**VIA CERTIFIED FIRST CLASS MAIL/
RETURN RECEIPT REQUESTED**

October 27, 2009

Pulte Homes
100 Bloomfield Hills Parkway
Suite 300
Bloomfield Hills, MI 48304
**NO. 7008 3230 0000 5399 4180**

Corporation Service Company as registered agent of Pulte Homes
1201 Hays Street
Tallahassee, FL 32301
**NO. 7008 3230 0000 5399 4197**

**Re:** Defective Drywall
See List of Claimants on attached Schedule "A"

To Whom It May Concern:

    Pursuant to Fla. Stat. §627.4137, demand is hereby made for any policies of insurance (including excess policies) which may afford coverage to you in connection with the above-referenced claimants as set forth in the Notice of Claim and Opportunity to Repair served on you pursuant to Chapter 558 of the Florida Statues, including the name of each insurer, the name of each insured, coverage limits, a statement of any policy or coverage defense in which any insurer believes is available, and a copy of the policy or policies. Please furnish these documents to me within thirty (30) days. In addition, please notify your insurer(s) of our clients' claim and forward them a copy of this letter.

    Thank you for your anticipated cooperation.

Very truly yours,

Robert B. Brown III /ajp

ROBERT B. BROWN III

EXHIBIT "B"

www.abbrclaw.com
Miami - Miami Design District, 4141 Northeast 2nd Avenue • Suite 201 • Miami, FL 33137 • Telephone: 305-571-8550  Fax: 305-571-8558
Hollywood - 2028 Harrison Street, Suite 202 • Hollywood, FL 33020 • Telephone: 954-924-5520  Fax: 954-924-1530
Boca Raton - 21 Southeast 5th Street, Suite 200 • Boca Raton, FL 33432 • Telephone: 561-955-0045  Fax: 561-955-1978
Reply to Miami Office

## SCHEDULE "A" TO LETTER DATED 10/26/09

1. Melissa Bell
   9769 Porta Leona Lane
   Boynton Beach FL 33472

2. Amy Bloom
   9717 Porta Leona Lane
   Boynton Beach FL 33472

3. Karl Davis
   9689 Porta Leona Lane
   Boynton Beach FL 33472

4. Ellen DeCarlo and Jerald Nelson ✓
   9651 Lago Drive
   Boynton Beach FL 33472

5. Benjamin and Bonnie Greenberg
   9717 Lago Drive
   Boynton Beach FL 33472

6. Debbie Harris
   9734 Lago Drive
   Boynton Beach FL 33472

