**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(MDL 2047/Chinese Drywall)**

| | | |
|---|---|---|
| David Gross, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.  09-6690 |
| | ) | |
| v. | ) | |
| | ) | |
| Knauf Gips, KG, Pulte Home Corp., *et al.* | ) | This Document Applies to the Lead Case and the Mary Anne Benes' Substituted and Amended Omnibus Complaint in Intervention (III) (Proposed Subclass # 208) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____/. | ) | |

**NOTICE OF FILING ORIGINAL AFFIDAVIT OF JAN KLYM IN SUPPORT OF
PULTE HOME CORP.'S MOTION TO DISMISS THE COMPLAINT FILED BY AMY
BLOOM AS PROPOSED SUBCLASS #208**

Defendant, PULTE HOME CORP., a Michigan corporation ("Pulte"), by and through its

undersigned counsel, hereby gives notice of filing the attached original Affidavit of Jan Klym in

support of its Motion to Dismiss the Complaint Filed by Amy Bloom as Proposed Subclass #208

in the above-styled case.

SIGNED THIS 9th day of September, 2010.

/s/ John H. Dannecker, Esq.
**JOHN H. DANNECKER, ESQ.**
Florida Bar No. 0745030
**AMANDA G. SIMMONS, ESQ.**
Florida Bar No. 0728020
SHUTTS & BOWEN, LLP
300 South Orange Avenue, Suite 1000
Orlando, Florida 32801-5403
Telephone: (407) 423-3200
Facsimile: (407) 849-7291
Email: jdannecker@shutts.com
        asimmons@shutts.com
*Attorneys for Pulte Home Corp.*

ORLDOCS 11963632 1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing <u>Notice of Filing Original Affidavit of Jan Klym in Support of Pulte Home Corp.'s Motion To Dismiss the Complaint Filed by Amy Bloom as Proposed Subclass #208</u> has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047; and U.S. Mail and facsimile to: Robert Brown, III, Esq., *counsel for Subclass #208* and Phillip A. Whittmann, *Liaison Counsel for Homebuilder and Installers* , on this 9th day of September, 2010.

/s/ John H. Dannecker, Esq.\_\_\_\_\_
**JOHN H. DANNECKER, ESQ.**

ORLDOCS 11963632 1