UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(MDL 2047/Chinese Drywall)

| | | |
|---|---|---|
| David Gross, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 09-6690 |
| | ) | |
| v. | ) | |
| | ) | |
| Knauf Gips, KG, Pulte Home Corp., *et al.* | ) | This Document Applies to the Lead Case and the Mary Anne Benes' Substituted and Amended Omnibus Complaint in Intervention (III) (Proposed Subclass # 208) |
| | ) | |
| Defendants. | ) | |
| _____ /. | ) | |

**AFFIDAVIT OF JAN KLYM
IN SUPPORT OF PULTE HOME CORP.'S MOTION TO DISMISS
THE COMPLAINT FILED BY AMY BLOOM AS PROPOSED SUBCLASS #208**

STATE OF MICHIGAN

COUNTY OF OAKLAND

BEFORE ME, the undersigned authority, personally appeared Jan Klym, who being by me first duly sworn, deposes and says:

1. I am over the age of 18 years old and competent to testify to the matters stated herein.

2. I am the Corporate Paralegal employed in the Law Department of PulteGroup, Inc., a publicly traded Michigan corporation and the ultimate parent of Pulte Home Corporation ("Pulte Home"). I have been employed with PulteGroup, Inc. since 2002.

3. I am familiar with Pulte Home's past and present business operations.

ORLDOCS 11939773 1

4. Based on my years of employment with PulteGroup, Inc. and the scope of my job responsibilities, I have acquired specific knowledge as to Pulte Home's business endeavors throughout North America.

5. Pulte Home has never maintained any offices, employees, agents, or representatives in Louisiana.

6. Pulte Home has never sold homes in Louisiana and has never constructed any homes in Louisiana.

7. Pulte Home has never maintained any bank accounts, books, records, telephone listings or other business activities in Louisiana.

8. Pulte Home does not own any portion of any company located in Louisiana.

9. Pulte Home is not registered to do business in Louisiana, nor has it ever been.

10. Pulte Home does not own or lease property in Louisiana, nor has it ever.

11. Pulte Home's advertising does not target Louisiana residents.

FURTHER AFFIANT SAYETH NAUGHT.

PULTE HOME CORPORATION

_____
Signature

Jan M. Klyn
_____
Print Name

9-7-2010
_____
Date

ORLDOCS 11939773 1

## VERIFICATION PAGE

SWORN TO AND SUBSCRIBED before me at <u>Oakland</u> County, State of <u>Michigan</u>, freely and voluntarily and for the purposes contained therein this <u>7th</u> day of <u>August</u>, 2010, <u>Jan M. Klym</u> who did take an oath and who is personally known to me ~~or who produced~~---------------------~~as identification~~.

(Notary Seal)

JULIETTE LAMONICA
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Dec 9, 2011
CTING IN COUNTY OF OAKLAND

*[signature]*
Signature of Notary Public
Commission Number: _____
JULIETTE LAMONICA
Printed Name of Notary
My commission expires: 12-9-2011

ORLDOCS 11939773 1