OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

2010 SEP -9  AM 10: 49

LORETTA G. WHYTE
CLERK

Date: 9/8/10

Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628  Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Francioni Builders, Inc
   (address) 38 Bluebird St., New Orleans, LA 70124

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address _____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.