UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:09cv-07628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**TAYLOR MORRISON ENTITIES' AGREED UPON EX PARTE MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT, BANNER SUPPLY COMPANY'S FIRST REQUEST FOR PRODUCTION**

COMES NOW, Defendants, Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., and Taylor Morrison of Florida, Inc., (collectively "Taylor Morrison") by and through their undersigned counsel respectfully moves this honorable Court for an extension of time for which to file a response to Banner Supply Company's (hereinafter "Banner") First Request for Production served on Taylor Morrison August 20, 2010 and, in support thereof states as follows:

1. Defendants, Taylor Morrison, were served with Defendant, Banner's First Request for Production on August 20, 2010.

2. Counsel for Taylor Morrison is scheduled to appear in a three (3) week trial, in an unrelated case, beginning September 13, 2010.

3. Counsel for Banner has graciously agreed to a twenty (20) day extension for Taylor Morrison to file its response to Banner's First Request for Production served on Taylor Morrison August 20, 2010.

1

WHEREFORE, Defendants, Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., and Taylor Morrison of Florida, Inc., hereby request that this honorable Court grant this agreed upon Motion for an extension of time to file its response to Banner Supply Company's First Request for Production until fifty (50) days from the time of initial service, which was August 20, 2010 and, grant any other such relief the Court deems just and proper.

Respectfully submitted,

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 9, 2010, this document has been served on Banner Supply Company's Counsel, Todd R. Ehrenreich, Esq. Nicholas P. Panayotopoulos, Esq. Michael A. Sexton, Esq. Shubhra R. Mashelkar, Esq. Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 2601 S. Bayshore Drive, Suite 850, Miami, Florida  33130 and 3344 Peachtree Road, Suite 2400, Atlanta, Georgia  30326 and Plaintiffs' Liaison Counsel, Hugh P. Lambert, Esq., and Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/ Neal A. Sivyer
Neal A. Sivyer