**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf GIPS KG, et al.*,<br>Case No. 2:09-cv-07628 | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing motion to Substitute Counsel of Record filed by Plaintiffs, David Ghafari, Tom Rose and Lisa Rose:

IT IS ORDERED that Dawn M. Barrios, Bruce S. Kingsdorf and Zachary L. Wool of the law firm Barrios, Kingsdorf & Casteix, LLP be substituted as counsel of records for Plaintiffs in place of J. Gordon Rudd, Jr. of the law firm Zimmerman Reed, PLLP.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE