# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Rogers, et al. v. Knauf GIPS KG, et al.*, Case No. 2:10-cv-00362 | |
| | MAG. JUDGE WILKINSON |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW COME Plaintiffs, Louis Stoute, Jr. and Patricia Navilhon Stoute, who respectfully move this Honorable Court for an Order substituting Dawn M. Barrios, Bruce S. Kingsdorf and Zachary L. Wool of the law firm Barrios, Kingsdorf & Casteix, LLP as their counsel of record in place of Ewell C. Potts, III of the law firm Potts & Potts, APLC.  The requested substitution of counsel will not delay or interfere with the efficient administration of justice herein.

WHEREFORE, Plaintiffs pray that this motion be granted and that Dawn M. Barrios, Bruce S. Kingsdorf and Zachary L. Wool be substituted as counsel for Louis Stoute, Jr. and Patricia Navilhon Stoute.

Dated:  September 10, 2010

Respectfully Submitted,

| | |
|---|---|
| /s/ Ewell C. Potts, III | /s/ Dawn M. Barrios |
| Ewell C. Potts, III (La Bar Roll #10637) | Dawn M. Barrios (La Bar Roll #2821) |
| pottsandpotts@bellsouth.net | barrios@bkc-law.com |
| POTTS & POTTS, APLC | Bruce S. Kingsdorf (La Bar Roll #7403) |
| 7216 W. Judge Perez Drive | kingsdorf@bkc-law.com |
| Arabi, LA 70032 | Zachary L. Wool (La Bar Roll #32778) |
| Phone: (504) 277-1588 | zwool@bkc-law.com |
| Fax: (504) 277-1589 | BARRIOS, KINGSDORF & CASTEIX, LLP |
| | 701 Poydras Street, Suite 3650 |
| *Former Counsel for Plaintiffs* | New Orleans, LA 70139 |
| | Phone: (504) 524-3300 |
| | Fax: (504) 524-3313 |
| | |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of September, 2010.

/s/ Dawn M. Barrios