# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Rogers, et al. v. Knauf GIPS KG, et al.*, Case No. 2:10-cv-00362 | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing motion to Substitute Counsel of Record filed by Plaintiffs, Louis Stoute, Jr. and Patricia Navilhon Stoute:

IT IS ORDERED that Dawn M. Barrios, Bruce S. Kingsdorf and Zachary L. Wool of the law firm Barrios, Kingsdorf & Casteix, LLP be substituted as counsel of records for Plaintiffs in place of Ewell C. Potts, III, of the law firm Potts & Potts, APLC.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE