UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED | *  MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAGISTRATE JUDGE |
| | *  JOSEPH C. WILKINSON, JR. |
| | * |

* * * * * * * * * * * * ** * * * * * ** * * * * * * * * *

**THIS DOCUMENT RELATES TO:  *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,*
Case No. 09-6687**

<u>**NOTICE OF HEARING**</u>

      Please take notice that the undersigned will move the Court before the Honorable

Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room

C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at the

monthly status conference on September 16, 2010, at 9:00 o'clock a.m., or as soon thereafter as

counsel can be heard, for an order on Defendant Taishan Gypsum Co., Ltd.'s Motion Pursuant to

Rules 12(b)(2), 55(c), 60(b), and 62.1 to Vacate the Default Judgment, Dismiss this Action and

to Seek Remand from the Court of Appeals.

Date: September 10, 2010

Respectfully submitted,

/s/ Thomas P. Owen, Jr.
Joe Cyr
Frank T. Spano
Eric Statman
Matthew J. Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.em
**Attorneys for Taishan Gypsum Co. Ltd.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of September, 2010.

<u>/s/ Thomas P. Owen, Jr.</u>