# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, INDIVIDUALLY, and on BEHALF of ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>       Defendants. | CLASS ACTION COMPLAINT<br>NO. 10-932<br>SECTION "L"<br>MAG. 2 |

## ORDER OF ADMISSION *PRO HAC VICE*

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Charles I. Hadden, of the law firm of TROUTMAN SANDERS, LLP be and is hereby DENIED permission to appear and participate *pro hac vice* as co-counsel for Continental Casualty Company in this case.

Pursuant to Pretrial Order No. 1, paragraph 12, attorneys admitted to practice and in good standing in any United States District Court are admitted pro hac vice in this litigation, and the requirements of Local Rules 83.2.6E and 83.2.7 are waived.

New Orleans, Louisiana, this 9th day of September, 2010.

                  _____
                  UNITED STATES DISTRICT JUDGE

1049796v1