UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  *  *  *  * | MDL No. 2:09-md-02047 |
| * | JUDGE FALLON |
| **This document relates to:**  *  * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust  * v.  * AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL  * **(2:09-cv-07791)** (E.D. La.)  *  * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

| **ORDER GRANTING
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S
JOINDER IN CHARTIS SPECIALTY INSURANCE COMPANY AND
LEXINGTON INSURANCE COMPANY'S JOINT MOTION TO DISMISS FOR
IMPROPER VENUE OR, IN THE ALTERNATIVE,
TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

Considering the foregoing National Union Fire Insurance Company of Pittsburgh, Pa's Joinder in Chartis Specialty Insurance Company and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida [Doc. No. 2167];

IT IS ORDERED that National Union Fire Insurance Company of Pittsburgh, Pa be and it is hereby permitted to join in the relief sought in Chartis Specialty Insurance Company and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue or, in the

Alternative, to Transfer Action to the Middle District of Florida [Doc. No. 2157] as supplemented on July 19, 2010 in accordance with the Court's July 1, 2010 Order [Doc. No. 4301].

New Orleans, Louisiana this 10th day of September, 2010.

Eldon E. Fallon
U.S. DISTRICT **JUDGE**