# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHELLY PARR WIFE OF/AND KELLY PARR** | * | **CIVIL ACTION NUMBER: 10-2737** |
| | * | |
| | * | **JUDGE:** |
| **VERSUS** | * | |
| | * | **MAGISTRATE:** |
| **TALLOW CREEK, L.L.C., SOUTHERN HOMES, L.L.C., ABC INSURANCE COMPANY, XYZ INSURANCE COMPANY, JOHN DOE SUPPLY, JOHN DOE SUBCONTRACTORS, LIBERTY MUTUAL FIRE INSURANCE COMPANY, INTERIOR EXTERIOR BUILDING SUPPLY, LP, INTERIOR EXTERIOR ENTERPRISES, LLC, SOUTH CORTEZ, LLC, GRAF'S DRYWALL, LLC, FIRST FINANCIAL INSURANCE COMPANY AND WESTERN WORLD INSURANCE COMPANY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Shelly Parr Wife of/and Kelly Parr ("Parr"), who submit the following Motion to Remand this matter to 22nd Judicial District State Court of Louisiana. Plaintiff originally filed a Petition for Breach of Contract, Warranty and Damages in State Court naming several Defendants some of which are currently known and others, which are not. As discussed in the accompanying Memorandum, this case presents a dispute between a homeowner and his builder, seller, supplier, homeowner insurer and any of the liability insurers for any other parties to date unknown.

The Defendant has improperly Removed this case alleging Diversity jurisdiction as per 28. U.S.C. § 1332. Although, the jurisdictional amount will exceed the required amount,

diversity is improper because at least one of the defendants is domiciled in Louisiana, the same state of domicile as the Plaintiff. Tallow Creek, L.L.C. is a Louisiana entity, with its principal place of business and at all relevant times doing business in Louisiana, thus striking diversity.

Liberty Mutual's argument that they should be severed from the action to ignore the domicile of the other Defendants is flawed. Severance of Liberty Mutual is not appropriate, and would substantially injure the Plaintiffs, Shelly and Kelly Parr

Plaintiff prays that this Court remand the proceedings back to the state court where forum is proper.

Respectfully Submitted,

 s/ Seth J. Smiley
WOLFE LAW GROUP, LLC
Scott G Wolfe Jr. (30122)
Seth J. Smiley (32693)
4821 Prytania Street
New Orleans, LA 70115
504-894-9653
Fax: 866-761-8934
http://www.wolfelaw.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Remand has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13 day of September, 2010.

s/ Seth J. Smiley
SETH J. SMILEY