UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO: 2047 |
| | * | SECTION: L |
| | * | JUDGE: FALLON |
| This Document relates to: | * * | MAGISTRATE: WILKINSON |
| *Amato v. Liberty Mutual Insurance Company* (C.A. No. 10-932) | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE AS COUNSEL FOR ENDURANCE SPECIALTY INSURANCE LIMITED

James Eric Johnson and Bryan J. Haydel, Jr., and the law firm of Porteous, Hainkel and Johnson, L.L.P., hereby make an appearance as attorneys of record for defendant Endurance Specialty Insurance Limited ("Endurance") in the captioned matter and request that copies of all pleadings be served upon the undersigned. This appearance is for the sole purpose of complying with Pre-Trial Order No. 1F, and Endurance Specialty Insurance Limited, specifically reserves all rights and defenses, including, but without limitation, lack of personal and subject matter jurisdiction, improper venue, insufficiency of service of process, and failure to state a claim upon which relief can be granted. This Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to service of process, venue and/or jurisdiction.

1

Respectfully submitted,

_____
JAMES ERIC JOHNSON (#23800)
BRYAN J. HAYDEL, JR. (#27500)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
Telephone: (225) 383-8900
Facsimile: (225) 383-7900
E-Mail: ejohnson@phjlaw.com
Counsel for Endurance Specialty Insurance Limited

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of September, 2010.

_____
JAMES ERIC JOHNSON (#23800)