UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON
..............................................:

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

    After meeting with Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel regarding the status of recent settlement negotiations, the Court has determined that it is an appropriate time in the MDL to schedule a negotiation in New Orleans, Louisiana with the Plaintiffs' Steering Committee and the Knauf-defendants. Accordingly, IT IS ORDERED that a PSC and Knauf-defendant settlement negotiation, including the Knauf-defendants' counsel, Kerry Miller and Greg Wallance, the Knauf-defendants' representative(s) with authority, and the Plaintiffs' Steering Committee's negotiation team, Russ Herman, Arnold Levin, and Chris Seeger, is scheduled for September 15, 2010, at Herman, Herman, Katz & Cotlar, LLP, in New Orleans, Louisiana.

    New Orleans, Louisiana, this 10th day of September 2010.

                                            _____
                                            ELDON E. FALLON
                                            UNITED STATES DISTRICT JUDGE