UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 SECTION L JUDGE FALLON |
| This document Relates to all cases | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION AND APPLICATION FOR APPOINTMENT OF ADDITIONAL MEMBERS TO INSURER STEERING COMMITTEE**

Insurance Liaison Counsel on behalf of the various insurers in MDL 2047 submits this Consent Motion and Application for Appointment of Additional Members to the Insurer Steering Committee.

**I.     Introduction**

On April 6, 2010, this Honorable Court entered Pre-Trial Order No. 20, creating the Insurer Steering Committee ("ISC"). Since that time, a number of additional insurers have been named as defendants in suits in the MDL and some of the lawyers for the newly named defendant insurers have requested to be added to this committee. The ISC has considered the

165542

various applications, and recommends the following lawyers representing insurers other than those represented by the present ISC members be added as members of the ISC:

Stephen Berry (sberry@mckennalong.com)
Randy Evans (revans@mckennalong.com)
McKenna Long & Aldridge LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308-3265
404/527-4000

John T. "Jack" Culotta (jculotta@hmhlp.com)
Hailey McNamara Hall Larmann & Papale, L.L.P.
One Galleria Boulevard
Suite 1400
Metairie, LA 70001
504/836-6517

Rodrigo "Diego" Garcia, Jr. (DGarcia@thompsoncoe.com)
Thompson Coe Cousins & Irons, LLP
One Riverway
Suite 1600
Houston, TX 77056
713/403-8206

Stephen Marcellino (Stephen.marcellino@wilsonelser.com)
Richard S. Oelsnar (Richard.Oelsner@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407
914/872-7130

Jerry L. Saporito (jsaparito@leakeandersson.com)
Amanda Vonderhaar (Avonderhaar@leakeandersson.com)
Leake & Andersson
1100 Poydras Street
Suite 1700
New Orleans, LA 70163-1701
504/585-7500

Each of these proposed new members has expressed a willingness to serve as a member of the ISC and satisfies all of the Court's and the ISC's expressed criteria for

membership on the ISC. Accordingly, Liaison Counsel submits this application for Appointment to the Insurer Steering Committee of each of these proposed new members.

### A. <u>Willingness and Availability</u>

Each of these proposed members is highly motivated, willing, and able to personally commit his or her time and resources to facilitate the expeditious, economical, and just administration of this litigation. Each of their offices has the resources both in staff and finances to ensure equitable representation. Each is prepared to continue to dedicate his or her personal time and skills to the ISC.

### B. <u>Ability to Work Cooperatively With Others</u>

Each applicant is dedicated to continue to work cooperatively with others. Each is currently working with other insurers and the Insurer Steering committee on insurance matters in this litigation.

### C. <u>Personal Experience</u>

Each applicant possesses the necessary experience to warrant membership on the ISC, and has the training and expertise needed for this assignment.

### D. <u>Willingness to Commit Necessary Resources</u>

Each applicant possesses the resources and the willingness to commit those resources to facilitate the expeditious, economical, and just administration of this litigation.

It is respectfully suggested to this Honorable Court that these applicants all possess the qualifications and exceed the requirements expressed by this Court for appointment

on the ISC. Neither the Plaintiff Steering Committee nor the Defendant Steering Committee opposes this Motion.

**WHEREFORE**, undersigned Liaison Counsel respectfully requests that this Honorable Court grant this Motion and appoint these new members to the Insurer Steering Committee.

Respectfully submitted,

*/s/Judy Y. Barrasso*
Judy Y. Barrasso, 2814
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

*Liaison Counsel on behalf of the various insurers in MDL 2047*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 13th day of September, 2010.

*/s/Judy Y. Barrasso*

165542