UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document Relates to all cases | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Consent Motion and Application for Appointment of Additional Members to Insurer Steering Committee;

**IT IS ORDERED** that the following new members are appointed to the Insurer Steering Committee:

>Stephen Berry (sberry@mckennalong.com)
>Randy Evans (revans@mckennalong.com)
>McKenna Long & Aldridge LLP
>303 Peachtree Street, NE
>Suite 5300
>Atlanta, GA  30308-3265
>404/527-4000

165542

- 2 -

John T. "Jack" Culotta (jculotta@hmhlp.com)
Hailey McNamara Hall Larmann & Papale, L.L.P.
One Galleria Boulevard
Suite 1400
Metairie, LA 70001
504/836-6517

Rodrigo "Diego" Garcia, Jr. (DGarcia@thompsoncoe.com)
Thompson Coe Cousins & Irons, LLP
One Riverway
Suite 1600
Houston, TX 77056
713/403-8206

Stephen Marcellino (Stephen.marcellino@wilsonelser.com)
Richard S. Oelsnar (
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407
914/872-7130

Jerry L. Saporito (jsaparito@leakeandersson.com)
Amanda Vonderhaar (Avonderhaar@leakeandersson.com)
Leake & Andersson
1100 Poydras Street
Suite 1700
New Orleans, LA 70163-1701
504/585-7500

New Orleans, Louisiana, this ____ day of _____, 2010.


_____
JUDGE ELDON E. FALLON

165542