# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACT6URED | * | |
| DRYWALL PRODUCTS LIABILITY | * | MDL NO.:   2047 |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This Document relates to: | * | |
| *Amato v. Liberty Mutual Insurance Company* | * | MAGISTRATE WILKINSON |
| *(C.A. No. 10-932)* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION OF AUTO-OWNERS INSURANCE COMPANY, OWNERS INSURANCE COMPANY AND SOUTHERN OWNERS INSURANCE COMPANY FOR EXTENSION OF TIME TO SUBMIT INSURER PROFILE FORMS AND INSURANCE POLICIES

**NOW INTO COURT**, through undersigned counsel, come defendants, Auto-Owners Insurance Company ("Auto-Owners"), Owners Insurance Company ("Owners") and Southern Owners Insurance Company ("Southern Owners"), and hereby respectfully move this Honorable Court for the entry of an Order granting Auto-Owners, Owners and Southern Owners a brief extension of time of 15 days to submit the Insurer Profile Forms and any policies of insurance required by Pretrial Order No. 23 in the case of *Amato v. Liberty Mutual Insurance Co.*, C.A. 10-932.  In support of this motion, Auto-Owners, Owners and Southern Owners respectfully submit that a brief extension of time is necessary so that they can produce all policies of insurance pursuant to which coverage is alleged to exist on behalf of parties claiming to be an additional insured under the Auto-Owners, Owners and Southern Owners policies.  Auto-Owners, Owners

and Southern Owners submit that this Motion is not submitted to delay this proceeding. Consequently, Auto-Owners, Owners and Sothern Owners respectfully request that the current deadline for the submission of these defendants' Insurer Profile Forms and any policy of insurance required by Pretrial Order No. 23 be extended from September 13, 2010 to September 28, 2010.

In requesting this relief, Auto-Owners, Owners and Southern Owners reserve all objections to jurisdiction, venue and joinder in the MDL proceeding.

**WHEREFORE**, defendants, Auto-Owners, Owners and Southern Owners, respectfully pray that this Court grant these defendants an extension of time, through and including September 28, 2010, in which to submit their Insurer Profile Forms and any policies of insurance required by Pretrial Order No. 23.

Respectfully submitted:

**LEAKE & ANDERSSON, LLP**

*/s/ Amanda Vonderhaar*

_____
JERRY L. SAPORITO, T.A.  (#11717)
E-mail:  jsaporito@leakeandersson.com
AMANDA W. VONDERHAAR (#31350)
E-mail:  avonderhaar@leakeandersson.com
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Tel:  (504) 585-7500
Fax: (504) 585-7775

-AND-

**MORROW, ROMINE & PEARSON P.C.**

*/s/ Roger S. Morrow*

ROGER S. MORROW (AL Bar No. 4980-M60R)
E-mail:  rsmorrow@mrplaw.com
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742

***ATTORNEYS FOR AUTO-OWNERS INSURANCE COMPANY, OWNERS INSURANCE COMPANY, AND SOUTHERN OWNERS INSURANCE COMPANY, DEFENDANTS***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing EX PARTE MOTION OF AUTO-OWNERS INSURANCE COMPANY, OWNERS INSURANCE COMPANY AND SOUTHERN OWNERS INSURANCE COMPANY FOR EXTENSION OF TIME TO SUBMIT INSURER PROFILE FORM AND INSURANCE POLICY has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of September, 2010.

*/s/ Amanda Vonderhaar*

AMANDA W.VONDERHAAR

CP:/39862/Motion for Extension of Time to Submit Insurer Profile Forms and Insurance Policies.doc#4605