UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACT6URED** | * | |
| **DRYWALL PRODUCTS LIABILITY** | * | **MDL NO.:    2047** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This Document relates to:** | * | |
| *Amato v. Liberty Mutual Insurance Company* | * | **MAGISTRATE WILKINSON** |
| *(C.A. No. 10-932)* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendants, Auto-Owners, Owners and Southern Owners, are granted an extension of time, through and including September 28, 2010, to submit the Insurer Profile Forms and any policies of insurance required by Pretrial Order No. 23 in the case of *Amato v. Liberty Mutual Insurance Co.*, Civil Action No. 10-932.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA

CP:/39862/Motion for Extension of Time to Submit Insurer Profile Forms and Insurance Policies.doc#4605