UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  : MDL No. 2047
PRODUCTS LIABILITY LITIGATION  : Section L

This Document Relates to:

DEAN AND DAWN AMATO, ET AL.,
v. LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.
Case No.: 2:10-cv-00932 (E.D.La)  : JUDGE FALLON
  : MAG. JUDGE WILKINSON

## MOTION FOR EXTENSION OF TIME
## TO SUBMIT INSURER PROFILE FORM

Defendant, GENERAL FIDELITY INSURANCE COMPANY ("GENERAL FIDELITY"), pursuant to Rule 7.9 of the Local rules of the U.S. District Court of the Eastern District of Louisiana, moves this Honorable Court for an extension of time by which it must serve Insurers' Liaison Counsel with the Insurer Profile Form in the above captioned matter, and in support thereof, states the following:

1. On May 27, 2010, the Court entered Pre-Trial Order No. 1G requiring defendants to submit appropriate Profile Forms within forty (40) days after service of process.

2. On or around August 3, 2010, the Louisiana Secretary of State was served

with the Summons for GENERAL FIDELITY in the above captioned matter.

3. On August 23, 2010, GENERAL FIDELITY appeared by counsel in this matter.

4. Since appearing for GENERAL FIDELITY in the above captioned matter, counsel has diligently endeavored to obtain the information necessary to complete the Insurer Profile Form for named Defendants, Louran Builders, Inc. and Premier Communities, Inc.

5. This extension will neither prejudice any of the parties, nor delay this matter. GENERAL FIDELITY has not previously requested an extension of time in this matter and good cause exists for granting the Motion.

WHEREFORE, Defendant, GENERAL FIDELITY INSURANCE COMPANY, respectfully requests that this Court grant it an extension of time until October 13, 2010 in which to serve the Insurer Profile Forms on behalf of named insureds, Louran Builders, Inc. and Premier Communities, Inc. upon Insurers' Liaison Counsel.

Respectfully submitted:

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
srawls@butlerpappas.com
RYAN K HILTON, ESQ.
Florida Bar No.: 0304610
rhilton@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

2

and

ANDREW L. PLAUCHÉ, JR., ESQ.
LA Bar. No. 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3880
New Orleans, LA 70139-3800
(504) 582-1142
(504) 582-1172 (fax)
Trial Counsel for General Fidelity Insurance Co.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time to Submit Insurer Profile Form has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of September, 2010.

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.