UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL     : MDL No. 2047
PRODUCTS LIABILITY LITIGATION     : Section L

_____

This Document Relates to:

DEAN AND DAWN AMATO, ET AL.,
v. LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.
Case No.: 2:10-cv-00932 (E.D.La)     : JUDGE FALLON
    : MAG. JUDGE WILKINSON

_____

## ORDER

Considering GENERAL FIDELITY INSURANCE COMPANY'S Motion for Extension

of Time to Submit Insurer Profile Forms regarding named insureds, Louran Builders and

Premier Communities, Inc.:

IT IS HEREBY ORDERED that GENERAL FIDELITY INSURANCE COMPANY is

hereby granted an extension of time until October 13, 2010 to complete and submit the

appropriate Profile Forms.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
The Honorable Eldon E. Fallon
United States District Judge