# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROSANNE WILFER** | * | **CIVIL ACTION NO. 10-2974** |
| **VERSUS** | * | **SECTION L(2)** |
| **ASI LLOYDS** | * | **JUDGE FALLON** |
| * * * * * * * * * * * * * | * | **MAGISTRATE WILKINSON** |

### NOTICE OF COMPLIANCE WITH REMOVAL ORDER, CERTIFICATION OF FILING STATE COURT RECORD AND LIST OF ATTORNEYS

**NOW INTO COURT**, through undersigned counsel, comes defendant, ASI Lloyds, who certifies that in compliance with the attached proposed removal Order, the following is an index and attached are certified copies of the pleadings in the state court proceedings titled "*Rosanne Wilfer v. ASI Lloyds*," brought in the 22nd Judicial District Court for the Parish of St. Tammany and bearing Docket Number 2010-14762, Division "I." Pursuant to the provisions of 28 U.S.C. §1447 (B), ASI Lloyds hereby submits the attached as Exhibit "A" for filing into the record of these proceedings:

1. **Petition For Damages**

2. **Correspondence**

3. **Citations**

Additionally, the following is a list of all attorneys of record known to ASI Lloyds involved in this case and the parties they represent:

1. Hugh P. Lambert, T.A.
   Lambert & Nelson, P.L.C.
   701 Magazine Street
   New Orleans, LA 70130
   **Counsel for Plaintiff, Rosanne Wilfer**

2. Jason P. Foote, T.A.
   Brittany M. Courtenay
   Chopin, Wagar, Richard & Kutcher, L.L.P.
   Two Lakeway Center
   3850 N. Causeway Boulevard, Suite 900
   Metairie, Louisiana 70002
   Telephone: (504) 830-3838
   **Counsel for Defendant, ASI Lloyds**

Respectfully submitted,

**CHOPIN, WAGAR,
RICHARD & KUTCHER, L.L.P.**

By: _____
JASON P. FOOTE (#25050)
BRITTANY M. COURTENAY (#31846)
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: 504-830-3827
Telefax: 504-836-9579
*Attorneys for Defendant, ASI Lloyds*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

JASON P. FOOTE