UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to<br><br>*Pate v. American International Specialty Lines Insurance Co., et al.*<br>E.D. La., C.A. No. 09-7791<br><br>*Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Company, et al.*<br>E.D. La., C.A. No. 10-178<br><br>*Northstar Holdings, Inc. et al.*<br>*v.*<br>*General Fidelity Insurance Co., et al.*<br>E.D. La., C.A. No. 10-384 | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

**MID-CONTINENT CASUALTY COMPANY'S**
**MOTION FOR PROTECTIVE ORDER**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Mid-Continent Casualty Company, and hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 26(c) to preclude Robert C. Pate and the Plaintiff's Steering Committee from taking the depositions of numerous independent insurance agents, the majority of whom are located outside of Louisiana, on the basis that these depositions will result in undue burden and expense.

The reasons in support of this Motion are more fully set forth in the Memorandum filed concurrently with this Motion.

**Respectfully submitted:**

**LARZELERE PICOU WELLS SIMPSON LONERO, LLC**
Two Lakeway Center – Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:  (504) 834-6500
Facsimile:   (504) 834-6565


BY:  s/Lee M. Peacocke
**MORGAN J. WELLS, JR. (La. No. 18499)**
mwells@lpwsl.com
**LEE M. PEACOCKE (La. No. 18374)**
lpeacocke@lpwsl.com

**AND**

**HINSHAW & CULBERTSON LLP**
**RONALD L. KAMMER, T.A.**
(Fla. Bar No. 360859)
rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ**
(Fla. Bar No. 30365)
phernandez@hinshawlaw.com
9155 S. Dadeland Boulevard – Suite 1600
Miami, Florida 33156
Telephone:  (305) 428-5100
Facsimile:   (305) 577-1063
**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Protective Order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of September, 2010.

                                          <u>/s/ Lee M. Peacocke</u>
                                          LEE M. PEACOCKE