UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to<br><br>*Pate v. American International Specialty Lines Insurance Co., et al.*<br>E.D. La., C.A. No. 09-7791<br><br>*Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Company, et al.*<br>E.D. La., C.A. No. 10-178<br><br>*Northstar Holdings, Inc. et al.*<br>*v.*<br>*General Fidelity Insurance Co., et al.*<br>E.D. La., C.A. No. 10-384 | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** defendant, Mid-Continent Casualty Company, will bring Mid-Continent Casualty Company's Motion for Protective Order on for hearing on October 6, 2010 at 9:00 a.m. in the courtroom of United States District Court Judge Eldon E. Fallon, which is located in Room C468 in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

1

         Respectfully submitted,

         **LARZELERE PICOU WELLS**
           **SIMPSON LONERO, LLC**
         Two Lakeway Center - Suite 1100
         3850 North Causeway Boulevard
         Metairie, Louisiana 70002
         Telephone: (504) 834-6500
         Facsimile: (504) 834-6565

BY:  /s/ Lee M. Peacocke
         **MORGAN J. WELLS, JR. (La. No. 18499)**
           mwells@lpwsl.com
         **LEE M. PEACOCKE (La. No. 18374)**
           lpeacocke@lpwsl.com

         AND

         **HINSHAW & CULBERTSON LLP**
         **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
           rkammer@hinshawlaw.com
         **PEDRO E. HERNANDEZ (Fl. No. 30365)**
           phernandez@hinshawlaw.com
         9155 S. Dadeland Blvd., Suite 1600
         Miami, Florida 33156
         Telephone: (305) 428-5100
         Facsimile: (305) 577-1063

         **ATTORNEYS FOR DEFENDANT,**
         **MID-CONTINENT CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of September, 2010.

         /s/ Lee M. Peacocke
         LEE M. PEACOCKE

2