UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document relates to**<br><br>*Pate v. American International Specialty Lines Insurance Co., et al.*<br>E.D. La., C.A. No. 09-7791<br><br>*Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Company, et al.*<br>E.D. La., C.A. No. 10-178<br><br>*Northstar Holdings, Inc. et al.*<br>*v.*<br>*General Fidelity Insurance Co., et al.*<br>E.D. La., C.A. No. 10-384 | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

### EX PARTE MOTION FOR EXPEDITED HEARING ON MID-CONTINENT CASUALTY COMPANY'S MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Mid-Continent Casualty Company, and hereby moves this Honorable Court for an Expedited Hearing on Mid-Continent Casualty Company's Motion for Protective Order.  In support of this Motion, Mid-Continent Casualty Company respectfully submits that the depositions that are the subject of the Motion for Protective Order do not permit consideration of the relief requested in the Motion within the normal deadlines allowed by the local rules of this court with respect to the hearing of motions.

**WHEREFORE,** defendant, Mid-Continent Casualty Company respectfully requests that it be granted an expedited hearing with respect to the Motion for Protective Order.

**Respectfully submitted:**

**LARZELERE PICOU WELLS SIMPSON LONERO, LLC**
Two Lakeway Center – Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565


BY: s/Lee M. Peacocke
_____
**MORGAN J. WELLS, JR. (La. No. 18499)**
mwells@lpwsl.com
**LEE M. PEACOCKE (La. No. 18374)**
lpeacocke@lpwsl.com

AND

**HINSHAW & CULBERTSON LLP**
**RONALD L. KAMMER, T.A.**
(Fla. Bar No. 360859)
rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ**
(Fla. Bar No. 30365)
phernandez@hinshawlaw.com
9155 S. Dadeland Boulevard – Suite 1600
Miami, Florida 33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063
**ATTORNEYS FOR DEFENDANT,**
**MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Ex Parte Motion for Expedited Hearing on Mid-Continent Casualty Company's Motion for Protective Order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of September, 2010.

                                               /s/ Lee M. Peacocke
                                               LEE M. PEACOCKE