UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document relates to**<br><br>*Pate v. American International Specialty Lines Insurance Co., et al.*<br>E.D. La., C.A. No. 09-7791<br><br>*Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Company, et al.*<br>E.D. La., C.A. No. 10-178<br><br>*Northstar Holdings, Inc. et al.*<br>*v.*<br>*General Fidelity Insurance Co., et al.*<br>E.D. La., C.A. No. 10-384 | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

## ORDER

Considering the above and foregoing Motion for Expedited Hearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Expedited Hearing shall be held with respect to Mid-Continent Casualty Company's Motion for Protective Order on _____ at _____. Any opposition to the Motion for Protective Order it is due by _____ at _____.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**
**EASTERN DISTRICT OF LOUISIANA**