UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, ET AL | * | CIVIL ACTION |
| PLAINTIFF | * | NO.: 09-7628 |
| | * | MDL NO.: 09-2047 |
| VS. | * | |
| | * | JUDGE FALLON - SEC.: L |
| KNAUF GIPS KG, ET AL | * | |
| | * | MAG.: JUDGE WILKINSON |
| DEFENDANT | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Total Contracting and Roofing, Inc., defendant in the above-captioned matter, who hereby moves for Guy D. Perrier and Jean E. Lavidalie, Jr. of the law firm of Perrier & Lacoste, L.L.C. to be substituted as counsel of record in place of Gloria Pomerantz of the law offices of Gloria Pomerantz, P.A.

WHEREFORE, defendant, Total Contracting and Roofing, Inc. prays that its Motion to Substitute Counsel of Record be granted and substitution of above-referenced counsel be allowed. This Motion is made *ex parte* and without a supporting memorandum pursuant to District Court Rules 9.9(f)(7) and 9.13(g).

Respectfully submitted,

*S/ Gloria Pomerantz*                                    *S/ Jean E. Lavidalie, Jr.*

_____          _____
**GLORIA POMERANTZ, FL BAR #483192**     GUY D. PERRIER, LA Bar #20323
Law Office of Gloria Pomerantz, P.A.                 JEAN E. LAVIDALIE, JR., LA Bar #27547
2881 East Oakland Park Boulevard,                    Perrier & Lacoste, LLC
The Crexent Business Center, Suite 312               One Canal Place
Fort Lauderdale, Florida 33306                       365 Canal Street, Suite 2550
Telephone: 954-463-1310                              New Orleans, Louisiana 70130
Facsimile: 954-463-7289                              Tel: (504) 212-8820
                                                     Fax: (504) 212-8825
                                                     E-mail: gperrier@perrierlacoste.com
                                                     E-mail: jlavidalie@perrierlacoste.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 4th day of September, 2010, at their last known address of record.

*s/ Jean E. Lavidalie, Jr.*

_____
**JEAN E. LAVIDALIE, JR.**