UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, ET AL | * | CIVIL ACTION |
| PLAINTIFF | * | NO.: 09-7628 |
| VS. | * | MDL NO.: 09-2047 |
| KNAUF GIPS KG, ET AL | * | SECTION "L" (FALLON) |
| DEFENDANT | * | MAG.: JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record filed by defendant, Total Contracting and Roofing, Inc.;

**IT IS HEREBY ORDERED** that Guy D. Perrier and Jean E. Lavidalie, Jr. of the law firm of Perrier & Lacoste, L.L.C., be entered as counsel of record for Total Contracting and Roofing, Inc., in place of Gloria Pomerantz of the law offices of Gloria Pomerantz, P.A.

New Orleans, Louisiana this _____ day of September, 2010.

_____
**DISTRICT JUDGE**