# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Payton, et al. v. Knauf GIPS KG, et al.*, Case No. 2:09-cv-07628 | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing motion to Substitute Counsel of Record filed by Plaintiffs, David Ghafari, Tom Rose and Lisa Rose:

IT IS ORDERED that Dawn M. Barrios, Bruce S. Kingsdorf and Zachary L. Wool of the law firm Barrios, Kingsdorf & Casteix, LLP be substituted as counsel of records for Plaintiffs in place of J. Gordon Rudd, Jr. of the law firm Zimmerman Reed, PLLP.

New Orleans, Louisiana, this 13th day of September, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE