UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687.**

## ORDER

Considering Defendant Taishan Gypsum Co., Ltd.'s Request for Oral Argument, Rec. Doc. No. 5516, on its Motion to Vacate the Default Judgment, Dismiss the Action and to Seek Remand from the Court of Appeals, Rec. Doc. No. 5515, IT IS ORDERED that the Request for Oral Argument is DENIED.

New Orleans, Louisiana, this 13th day of September 2010.

                         ELDON E. FALLON
                         UNITED STATES DISTRICT JUDGE