UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Gross et al. v. Knauf Gips KG et al.,* **Case No. 09-6690**

### TAISHAN GYPSUM CO. LTD.'S AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S RESPONSE TO INTERVENING PLAINTIFFS RUBEN JAEN ET AL.'S MOTION TO INTERVENE

Taishan Gypsum Co. Ltd. ("Taishan") and Taian Taishan Plasterboard Co., Ltd. ("TTP"), through undersigned counsel, respectfully submit to the Court that they currently take no position with respect to the Motion to Intervene of Intervening Plaintiffs Ruben Jaen et al.  However, without waiving any objections to service of process, venue, or jurisdiction in this or any other action, Taishan and TTP expressly reserve any and all available defenses to the claims presented in this intervention, including any applicable objections to jurisdiction, venue, service of process, and the improper joinder of unrelated claims in a single proceeding, should the motion to intervene be granted.

        Respectfully submitted,

        ___/s/ Thomas P. Owen, Jr._____
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail:  rcs@stanleyreuter.com
        tpo@stanleyreuter.com

Joe Cyr
Frank T. Spano
Eric Statman
Matthew J. Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

**Attorneys for Taishan Gypsum Co. Ltd.
and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Response to Intervening Plaintiffs Ruben Jaen et al.'s Motion to Intervene filed by Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of September, 2010.

                                                ___/s/ Thomas P. Owen, Jr._____