UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

### DEFENDANT BAYWOOD CONSTRUCTION, INC.'S
### MOTION TO EXCEED PAGE LIMITATION

Defendant Baywood Construction, Inc. ("Baywood"), pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests that this Court enter an Order allowing Baywood to exceed the twenty-five (25) page limitation for its Motion for the reasons set forth in the attached Memorandum of Law filed in support of this Motion.

WHEREFORE, Defendant Baywood Construction, Inc. respectfully requests that the instant Motion be granted and that an Order be entered permitting Baywood's Motion to exceed the twenty-five (25) page limitation, together with such other and further relief that

the Court deems just and proper under the circumstances.

                                        KREBS, FARLEY & PELLETERI, P.L.L.C.

                                        */s/ Charles B. Long*
                                        CHARLES B. LONG (#22824)
                                        THOMAS H. PEYTON (#32635)
                                        400 Poydras Street, Suite 2500
                                        New Orleans, Louisiana   70130
                                        Telephone:   504-299-3570
                                        Facsimile:   504-299-3582
                                        E-mail:       clong@kfplaw.com
                                        E-mail:       tpeyton@kfplaw.com

                                        ATTORNEYS FOR DEFENDANT
                                        BAYWOOD CONSTRUCTION, INC.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 14th day of September, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                        */s/Charles B. Long*
                                        CHARLES B. LONG