UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

* * * * * * * * * * * * * * * * * *

## PROPOSED AGENDA
## FOR SEPTEMBER 16, 2010 STATUS CONFERENCE

I. PRE-TRIAL ORDERS

II. PROPERTY INSPECTIONS

III. PLAINTIFF AND DEFENDANT PROFILE FORMS

IV. PRESERVATION ORDER

V. STATE/FEDERAL COORDINATION

VI. STATE COURT TRIAL SETTINGS

VII. MOTIONS IN THE MDL

VIII. DISCOVERY ISSUES

IX. FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

X. TRIAL SETTINGS IN FEDERAL COURT

XI. FILINGS IN THE MDL

XII. NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

XIII. INSURANCE ISSUES

XIV. SERVICE OF PLEADINGS ELECTRONICALLY

XV.    MASTER COMPLAINT

XVI.   CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

XVII.  OMNIBUS CLASS ACTION COMPLAINTS

XVIII. SPECIAL MASTER

XIX.   KNAUF GIPS KG PERSONAL JURISDICTION MATTER

XX.    FRE 706 DATABASE MANAGEMENT EXPERT

XXI.   FREQUENTLY ASKED QUESTIONS

XXII.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XXIII. MOTION TO ESTABLISH A PLAINTIFFS' LITIGTION EXPENSE FUND

XXIV.  MEMBERS OF THE DEFENSE STEERING COMMITTEE

XXV.   MEMBERS OF THE PLAINTIFFS' STEEERING COMMITTEE

**NEW ITEMS**

XXVI.  MEMBERS OF THE INSURERS STEERING COMMITTEE

XXVII. MEDIATION

XXVIII. NEXT STATUS CONFERENCE