UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L

This Document Relates to:

DEAN AND DAWN AMATO, ET AL.,
v. LIBERTY MUTUAL INSURANCE COMPANY,
ET AL.
Case No.: 2:10-cv-00932 (E.D.La) : JUDGE FALLON
: MAG. JUDGE WILKINSON

## ORDER

Considering GENERAL FIDELITY INSURANCE COMPANY'S Motion for Extension of Time to Submit Insurer Profile Forms regarding named insureds, Louran Builders and Premier Communities, Inc.:

IT IS HEREBY ORDERED that GENERAL FIDELITY INSURANCE COMPANY is hereby granted an extension of time until October 13, 2010 to complete and submit the appropriate Profile Forms.

New Orleans, Louisiana, this 14th day of September, 2010.

The Honorable Eldon E. Fallon
United States District Judge