IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY           : MDL No. 2047
LITIGATION                                             : Section L
_____/

This Document Relates to:                         : JUDGE FALLON
Payton, 09-7628                                        : MAG. JUDGE WILKINSON

**DEFENDANTS, LA SUPREMA ENTERPRISE, INC.
AND LA SUPREMA TRADING, INC.'S MOTION TO DISMISS
DEFENDANT, BANNER SUPPLY CO'S AMENDED CROSSCLAIM**

Defendants, La Suprema Enterprise, Inc. and La Suprema Trading, Inc. hereby move for dismissal of Counts VII - X of Defendant, BANNER SUPPLY CO'S Amended Crossclaim with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

>                    ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
>                    One Aventura, Suite 600
>                    20900 NE 30th Avenue
>                    Aventura, Florida 33180
>                    Tel:   305-937-0300
>                    Fax:  305-937-1311
>
>                    By: _____
>                           EDUARDO I. RASCO, ESQ.
>                           FLORIDA BAR NO. 646326
>                           STEVE BIMSTON, ESQ.
>                           FLORIDA BAR NO. 179205

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of September, 2010.

ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura, Suite 600
20900 NE 30th Avenue
Aventura, Florida 33180
Tel:    305-937-0300
Fax:   305-937-1311


By:_____
     EDUARDO I. RASCO, ESQ.
     FLORIDA BAR NO. 646326
     STEVE BIMSTON, ESQ.
     FLORIDA BAR NO. 179205