IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY : MDL No. 2047
LITIGATION : Section L
_____/

This Document Relates to:            : JUDGE FALLON
Payton, 09-7628                      : MAG. JUDGE WILKINSON

## NOTICE OF HEARING

Defendants La Suprema Enterprise, Inc. and La Suprema Trading, Inc. hereby give notice that their DEFENDANTS, LA SUPREMA ENTERPRISE, INC. AND LA SUPREMA TRADING, INC.'S MOTION TO DISMISS DEFENDANT, BANNER SUPPLY CO'S AMENDED CROSSCLAIM shall be heard on DECEMBER 15, 2010 AT 9:00 A.M. before the Honorable Eldon E. Fallon.

         ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
         One Aventura, Suite 600
         20900 NE 30th Avenue
         Aventura, Florida 33180
         Tel:   305-937-0300
         Fax:   305-937-1311


         By:_____
            EDUARDO I. RASCO, ESQ.
            FLORIDA BAR NO. 646326
            STEVE BIMSTON, ESQ.
            FLORIDA BAR NO. 179205

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of September, 2010.

>ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
>One Aventura, Suite 600
>20900 NE 30th Avenue
>Aventura, Florida 33180
>Tel:   305-937-0300
>Fax:   305-937-1311
>
>By:_____
>   EDUARDO I. RASCO, ESQ.
>   FLORIDA BAR NO. 646326
>   STEVE BIMSTON, ESQ.
>   FLORIDA BAR NO. 179205

# 173770 - 1