UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, ET AL | * | CIVIL ACTION |
| PLAINTIFF | * | NO.: 09-7628 |
| VS. | * | MDL NO.: 09-2047 |
| KNAUF GIPS KG, ET AL | * | SECTION "L" (FALLON) |
| DEFENDANT | * | MAG.: JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record filed by defendant, Total Contracting and Roofing, Inc.;

**IT IS HEREBY ORDERED** that Guy D. Perrier and Jean E. Lavidalie, Jr. of the law firm of Perrier & Lacoste, L.L.C., be entered as counsel of record for Total Contracting and Roofing, Inc., in place of Gloria Pomerantz of the law offices of Gloria Pomerantz, P.A.

New Orleans, Louisiana this 14th day of September, 2010.

_____
DISTRICT JUDGE