UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Pate v. American International Specialty Lines Insurance Co., et al.,* **Case No.** *09-7791; Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.,* **Case No.** *10-178; Northstar Holdings, Inc., et al. v. General Fidelity Insurance Co., et al.,* **Case No.** *10-384.*

## ORDER

Considering Mid-Continent Casualty Company's ("MCC") Motion for Protective Order, Rec. Doc. No. 5527, IT IS ORDERED that this Motion is GRANTED.  IT IS FURTHER ORDERED that Plaintiff Robert Pate and the Plaintiffs' Steering Committee are limited to taking the depositions of five (5) of MCC's independent agents who are authorized to sell insurance policies for MCC, and three (3) depositions of MCC's independent agents located in Louisiana who are authorized to sell surety bonds for MCC.

Additionally, IT IS FURTHER ORDERED that MCC's Motion to Expedite Hearing on its Motion for Protective Order, Rec. Doc. No. 5528, is GRANTED.

New Orleans, Louisiana, this 14th day of September 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE