IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN and DAWN AMATO, individually and on behalf of all others similarly situated | x | CASE NO: 10-932 Section L Mag 2 |
| v. | x | |
| LIBERTY MUTUAL INS, et al. | x | |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to the Profile Form, filed herein by F. VICINO AND COMPANY, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Form be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant F. VICINO AND COMPANY, INC. shall be granted until September 29, 2010, to respond to the Profile Form served in the above-captioned matter, Civil Action No. 10-932, Section L Mag 2 (within MDL No. 2047).

New Orleans, Louisiana, this 15th day of September, 2010.

_____
United States District Judge

1135481