UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| AMATO V. LIBERTY MUTUAL | * | |
| INSURANCE COMPANY, ET AL | * | |
| CASE NO. 10-932 | * | |
| *   *   *   *   *   *   *   * | | |

**O R D E R**

Considering the foregoing Motion for Extension of Time to Submit Defendant Profile Form;

IT IS ORDERED that the motion is **GRANTED** and that defendant ACE Fire Underwriters Insurance Company is granted through September 30, 2010 to submit its Profile Form.

New Orleans, Louisiana, this 15th  day of ___September_____, 2010.

_____
UNITED STATES DISTRICT JUDGE

G:\daisy\WD\21121\Ext for PF\ACE Order Sub PF.wpd