UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:
CHINESE MANUFACTURED DRYWALL            MDL DOCKET No: 2:09-mdl-2407
PRODUCTS LIABILITY LITIGATION

                 Section L

                 Judge Fallon

THIS DOCUMENT RELATES      Magistrate Judge Wilkinson
TO THE FOLLOWING CASE:

DEAN & DANWN AMATO,      Case No: 2:10-cv-00932
 et al.,
  Plaintiffs,
v.
LIBERTY MUTUAL INSURANCE COMPANY,
et. al.
  Defendants.
_____/

ORDER GRANTING EX PARTE MOTION OF NAUTILUS INSURANCE COMPANY
FOR EXTENSION OF TIME TO SUBMIT INSURER PROFILE FORM
AND FILE A RESPONSIVE PLEADING

  Upon consideration of the Ex-Parte Motion for Extension of Time to Submit Insurer Profile Form and File a Responsive Pleading, filed by Defendant, NAUTILUS INSURANCE COMPANY, and there being no just reason to deny the Motion,

  IT IS HEREBYORDERED AND ADJUDGED as follows:

  Defendant, NAUTILUS INSURANCE COMPANY, shall have until September 20, 2010 to file the Insurer Profile Form and any insurance policy required by Pretrial Order No. 23 and for filing a responsive pleading.

  DONE AND ORDERED in Chambers this 15th day of September, 2010.

                      _____
                      Judge Eldon E. Fallon