UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case no. 09-6687***; The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* **Case no. 09-4115***; Steiner, et al., v. Beijing New Building Material, PLC, et al,* **Case no. 09-6545***; Gross, et al. v. Knauf Gips KG, et al.,* **Case no. 09-6690***; State of Louisiana v. Knauf Gips KG, et al.,* **Case no. 10-340.**

## ORDER

Considering Defendant Taishan Gypsum Co., Ltd.'s Motion for Extension of Time to Submit Manufacturer Profile Forms, Rec. Doc. No. 5438, IT IS ORDERED that this Motion is GRANTED, permitting Taishan an extension until September 16, 2010.  IT IS FURTHER ORDERED that Taishan is to discuss with the Court at the Monthly Status Conference on September 16, 2010, the issues concerning its submission of Manufacturer Profile Forms.

New Orleans, Louisiana, this 15th day of September, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE