UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENTS RELATES TO:**
RONNIE VAN WINKLE SR. et al, No. 09-4378

## ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that Kelly F. Walsh, of the firm of Hebbler & Giordano, L.L.C. be and she is hereby enrolled as additional counsel of record on behalf of defendant, Nautilus Insurance Company, in the above numbered and entitled cause.

New Orleans, Louisiana, this __15th__ day of September, 2010

_____
U.S. DISTRICT JUDGE