UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURERS DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| | JUDGE: FALLON |

**THIS DOCUMENT RELATES TO: Case No.: 09-4117**
**Karin Vickers v. Knauf Gips KG, et al.**

## NOTICE OF APPEARANCE

COMES NOW, PEREZ & RODRIGUEZ, P.A., and enters its appearance on behalf of the Defendant, ATCO INT Corp., and requests that all future pleadings be forwarded to Perez & Rodriguez, P.A., 95 Merrick Way, Suite 600, Coral Gables, Florida 33134.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

PEREZ & RODRIGUEZ, P.A.
Attorneys for ATCO Int Corp.
95 Merrick Way, Suite 600
Coral Gables, Florida 33134
(305) 667-9878


By:_____ /s/ LUIS N. PEREZ_____
       LUIS N. PEREZ
       Florida Bar No.: 438685