UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

### DEFENDANT BAYWOOD CONSTRUCTION, INC.'S
### MOTION TO WITHDRAW PLEADING

Defendant Baywood Construction, Inc. ("Baywood") files this Motion to Withdraw Pleading and respectfully requests that this Court enter an Order allowing Baywood to withdraw its Motion to Exceed Page Limitation for Baywood's Motion to Dismiss (Doc 5535) due to an error in the proposed underlying pleading. Undersigned Counsel for Baywood has conferred with the Court and an order granting the motion to exceed the page limitation has not been entered.

WHEREFORE, Defendant Baywood Construction, Inc. respectfully requests that its Motion to Withdraw Pleading be granted and that an Order be entered permitting Baywood

to withdraw its Motion to exceed the page limitation for Baywood's Motion to Dismiss filed on September 14, 2010 (Doc 5535).

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:       clong@kfplaw.com
E-mail:       tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
BAYWOOD CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of September, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG
