UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

### ORDER GRANTING DEFENDANT BAYWOOD CONSTRUCTION, INC.'S MOTION TO WITHDRAW PLEADING

Considering Defendant Baywood Construction, Inc.'s Motion to Withdraw Pleading (Doc 5535) filed on September 14, 2010,

IT IS ORDERED that the Motion to Withdraw Pleading is GRANTED.

New Orleans, Louisiana, this _____ day of September, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE