UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*All cases.* | |

### ORDER

The Court is in receipt of and has reviewed the attached correspondence from Dr. Arthur S. Kovens. IT IS ORDERED that this correspondence be entered into the record.

New Orleans, Louisiana, this 14th day of September, 2010.

_____
United States District Judge

cc: Dr. Arthur S. Kovens
2011 Burdock Road
Baltimore, Maryland 21209