# DR. AND MRS. ARTHUR S. KOVENS

Telephone 410-484-0480

2011 BURDOCK ROAD
BALTIMORE, MARYLAND   21209



Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, La.  70130

August 29, 2010

Dear Judge Fallon:

My wife and I own a condominium in Villa Lago, a community in Boynton Beach, Florida that was constructed with contaminated Chinese drywall. I am writing to you for several reasons. First and foremost, my wife and I want you to know how deeply appreciative we are that you are expediting the trials to resolve this issue as soon as possible. We purchased this condominium with the hope of spending a good deal of time there as we grow older, and if necessary, using it to supplement our income in retirement. This problem has been difficult for us, both emotionally and financially. We are fortunate that we do not yet live in Villa Lago full time. Most of our neighbors were full time residents who have had to move out of their homes, creating a great financial hardship for them.

While all residents with contaminated drywall face similar challenges, it seems to me that the problems facing residents in buildings such as condominiums are somewhat unique. As an example, rebuilding our unit with new drywall would not solve our problem if the rest of the building still contained contaminated drywall. All the units in the building would need to be rebuilt for everyone to live in a normal environment, and hopefully reduce the financial impact this problem has had on the value of our homes. Please consider this as you go through your deliberations.

Finally, our condominium was built with drywall manufactured by Taishan. We are very concerned that they have not been active participants in the process thus far. We are worried that those of us who have homes built with their drywall will be left out of any settlements. Please do whatever you can legally do to make them and their associates accountable for their actions.

I want to thank you for taking the time to read my letter. I realize that I know little about the law, and I know you are doing everything you can within the law to bring this situation to an appropriate conclusion. My wife and I want to again express our sincere appreciation for all you are doing to try to resolve this unfortunate situation.

Sincerely,

Arthur S. Kovens