UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>:<br>: SECTION: L<br>: JUDGE FALLON<br>: MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Vickers, et al. v. Knauf GIPS KG, et al., Case No. 09-04117 (E.D.La.) | :<br>:<br>:<br>: |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THIRD AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs submit this Memorandum of Law in support of their motion for leave to amend Third Amended Complaint and state as follows:

## BACKGROUND

This case was transferred from the Southern District of Florida at the beginning of this litigation. Since that time, the case has been amended to include a national class action. [D.E. 3400 (5/25/10)]. Many of the substantive motions in MDL 2047 have been argued and litigated through this case.

## MEMORANDUM OF LAW

Plaintiffs seek leave to amend their Third Amended Complaint for the following purposes: a) to include Knauf Gips direct liability for its actions on behalf the other Knauf Entities; b) to add three more Banner Entity defendants, Banner Tampa, Banner Port St. Lucie, and Banner Pompano for their concerted acts and omissions in the sale and distribution of defective Chinese manufactured drywall; c) to add three new class representatives; d) to add two new defendants, Santa Barbara Estates, Inc. (homebuilder/developer) and Atco Interior Corp.

(installer) that correspond to the new class representatives; and e) add new claims against the homebuilder defendants and Defendant Rothchilt.

Federal Rule of Civil Procedure 15(a)(2) provides that after a party has amended a pleading once as of course or the time for amendments has expired, a party may only amend by obtaining leave of court or the adverse parties' written consent. Rule 15(a)(2) provides as follows:

> *Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Rule 15(a) "evinces a bias in favor of granting leave to amend." *Martin's Herend Improts, Inc. v. Diamond & Gem Trading United States of America Co.*, 195 F.3d 765, 770 (5th Cir. 1999); *Lowrey v. Texas A & M University System*, 117 F.3d 242 (5 th Cir. 1997). The Court should consider such factors as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of amendment. *Wimm v. Jack Eckerd Corp.*, 3 F.3d 137, 139 (5th Cir. 1993).

There has been no undue delay, bad faith, or dilatory motive by Plaintiffs to amend their Complaint. Indeed, Plaintiffs appropriately waited until they had a good faith basis to include allegations of Knauf Gips direct liability after having diligently reviewed the document production to date and conducting the first of multiple personal jurisdiction depositions on August 18-19. Plaintiffs also conducted significant discovery on the Banner Entities. Plaintiffs found that all the Banner Entities acted in concert in their distribution of the Chinese drywall and in their failure to warn Plaintiffs and Class Members of the defects by settling their claims with Knauf Plasterboard Tiajin, in exchange for keeping the defects secret.

As to undue prejudice, no defendant is unduly prejudiced. "The inclusion of a claim based on facts already known or available to both sides does not prejudice the non-moving party." *Popp Telecom v. American Sharecom, Inc.* 210 F.3d 928, 943 (8th Cir. 2000). Here, the facts giving rise to the needed amendments to the Complaint were <u>not known</u> to Plaintiffs. As such, no undue prejudice to Defendants exists. Moreover, Rule 15 amendments are not barred simply because they raise new issues of law. *Busam Motor Sales v. Ford Motor Co.,* 203 F.2d 469, 472 (6th Cir. 2001).

## CONCLUSION

WHEREFORE Plaintiffs respectfully request that for the reasons set forth above, this Honorable Court grant Plaintiffs' Motion for Leave to Amend Third Amended Complaint and deem the Fourth Amended Complaint filed as of the date of the entry of the Court's Order.

Respectfully submitted,

Dated: September 17, 2010.

/s/Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663

*Counsel for Individual Representative Plaintiffs and the Class*

Ervin A. Gonzalez
Patrick S. Montoya
COLSON HICKS EIDSON COLSON MATTHEWS
MARTINEZ GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-476-7400
Fax: (305) 476-7444
*Counsel for Individual Representative Plaintiffs and the Class*


Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

*Counsel for Individual Representative Plaintiffs and the Class*


Michael D. Hausfeld, Esquire
Richard S. Lewis, Esquire
James J. Pizzirusso, Esquire
Faris Ghareeb, Esquire
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Counsel for Individual Representative Plaintiffs and the Class*

## OF COUNSEL TO PLAINTIFFS (PLAINTIFFS' STEERING COMMITTEE)

Russ M. Herman
*Liaison Counsel MDL 2047*
Leonard A. Davis
Stephen J. Herman
HERMAN, HERMAN KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

Arnold Levin
*Plaintiffs' Lead Counsel MDL 2047*
Fred S. Longer
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITHCELL,
ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Victor Manuel Diaz
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Hugh P. Lambert
LAMBERT & NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmenunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
jerry@yourlawyer.com

Dawn M. Barrios
BARRIOS, KINGSDORF & CATEIX, LLP
701 Poydras Street, Suie 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (305) 524-3313
barrios@bkc-law.com

Christopher Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@aseegerweiss.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Michael D. Hausfeld, Esquire
Richard S. Lewis, Esquire
James J. Pizzirusso, Esquire
Faris Ghareeb, Esquire
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201

| | |
|---|---|
| Jeremy W. Alters | Daniel K. Bryson |
| Alters Law Firm, P.A. | Lewis & Roberts |
| 4141 NE 2nd Ave., Suite 201 | 3700 Glenwood Avenue, Suite 410 |
| Miami, FL 33137 | Raleigh, NC 27612 |
| Phone: (305) 571-8550 | Phone: (919) 981-0191 |
| Fax: (305) 571-8559 | Fax: (919) 981-0431 |
| jeremy@abbrclaw.com | dkp@lewis-roberts.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2010, Plaintiffs' Memorandum In Support Of Plaintiffs' Motion For Leave To Amend Third Amended Complaint was served on the below parties via First Class mail and by electronically uploading the same to LexisNexis File & Serve on September 17, 2010, in accordance with Pre-Trial Order No. 6. I further certify that all counsel of record have been served via the Court's electronic Notification system.

/s/Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663