UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 <br> : <br> : SECTION: L <br> : JUDGE FALLON <br> : MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : |
| Vickers, et al. v. Knauf GIPS KG, et al., Case No. 09-04117 (E.D.La.) | : <br> : |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THIRD AMENDED COMPLAINT

Before the Court is Plaintiffs' Motion for Leave to Amend Third Amended Complaint (Rec. Doc. No. --). The Court, having reviewed Plaintiffs' Motion and Memorandum of Law and Defendants' responses, IT IS ORDERED that Plaintiffs' Motion for Leave to Amend Third Amended Complaint (Rec. Doc. No. --) is GRANTED. Plaintiffs' Fourth Amended Complaint is deemed filed as of the date of the entry of this Order. Defendants' shall have 10 days to respond to Plaintiffs' Fourth Amended Complaint.

New Orleans, Louisiana, this ___ day of September 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE