UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL | MDL NO: 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

This Document Relates To:

**Kelvin Hayes Robins, Sr., Alecia Robins,
Individually and OBO their Minor Chilren, Janeyah M. Hall
And Kaleb M. Robins and Tylecia M. Ridgley v. Knauf Gips KG, et al.**
       2:09-cv-07551-EEF-JCW

### NOTICE OF APPEARANCE

NOW INTO COURT, through undersigned counsel, comes Farmers Insurance Exchange, who, pursuant to Pre-Trial Oder No. 1F, respectfully notices all counsel herein of its appearance in this matter.

BATON ROUGE, LA, this 17 day of September, 2010.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU, BARGAS & REED**

BY:     S/ VALERIE BRIGGS BARGAS
            **VALERIE BRIGGS BARGAS (#27392)**
            6421 Perkins Road
            Building C, Suite A
            Baton Rouge, LA 70808
            Telephone: (225) 757-0001
            Facsimile: (225) 757-0002

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing Notice has been served on all counsel of record via LexisNexis File & Serve.

Baton Rouge, Louisiana this 17 day of SEPTEMBER, 2010.

S/ VALERIE BRIGGS BARGAS
**VALERIE BRIGGS BARGAS (#27392)**

1