UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

Vickers et al v. Knauf Gips KG et al
EDLA 09-04117
AND
Payton et al v. Knauf Gips KG et al
EDLA 09-07628

Compendium of Exhibits in Support of
Plaintiffs' Motion For Class Certification of a Florida Homeowner
Class For Claims Against Banner Supply Co.

| Ex. # | |
|---|---|
| 1. | *Seifart* Order Denying Defendant Banner Supply Co.'s Motion for Judgment in Accordance with Prior Motion for Directed Verdict or, in the Alternative, for New Trial (July 26, 2010) |
| 2. | *Seifart* Order Denying Defendants Certain Homes and Mandy Drywall Motions to Dismiss Plaintiffs' Second Amended Complaint (March 30, 2010) |
| 3. | *Seifart* Order Denying Defendant Banner Supply Co. and all Similarly Situated Defendants' Motions to Stay, or Alternatively, Motions to Dismiss Plaintiffs' Amended Complaints and Strike Demands for Attorneys' Fees (December 18, 2009) |
| 4. | *Seifart* Verdict Form (June 18, 2010) |
| 5. | Summary of Banner Supply Co. CDW Purchases for Sale Based on Distributor Profile Forms and Banner Supply Co. Distributor Profile Forms (Miami, Pompano, Fort Meyers, Tampa, St Luicie) and Distributor Profile Forms |
| 6. | Confidential Settlement Agreement and Release *Seifart* Plaintiff Exhibit 70, Banner MDL-7993 thru 7401 (January 29, 2007) ("Confidential Agreement") |
| 7. | Summary of La Suprema Invoices to Banner Supply Co. (invoices (SUP TR 004669 …)(2006), *Seifart* Ex. 349, available upon request) |
| 8. | Fed. R. Civ. P. 30(b)(6) Deposition of La Suprema, Salomon H. Adabi (October 9, 2009) at 104(22) – 105(13), 108(20) – 109(17), 199(19) – 201(2). |
| 9. | Banner Invoice (Roberts), Banner MDL-00007925; Banner Invoices (Vickers) Banner HARRELL 0459, 0483, 0536 |
| 10. | Karin Vickers PPF (Docket #168) (August 17, 2009), Product ID Vickers 0041-0060 |
| 11. | Steven and Jennifer Roberts PPF (Docket #168) (August 29, 2009), Product ID |
| 12. | Revised Exporter, Importer, or Broker Defendant Profile Form – La Suprema Enterprise Inc. and La Suprema Trading Inc. (October 14, 2009) |

| 13. | Banner Supply Sales Records (available upon request) |
|---|---|
| 14. | Knauf Defendant Manufacturers' Profile Form (KPT, Wuhu, Gips) (September 2009) |
| 15. | *Turner v. Murphy Oil,* No. 05-4206, Order and Reasons (March 3, 2006), slip op at 3 |
| 16. | *Turner v. Murphy Oil,* No. 05-4206, Order and Reasons, slip op at 13-14 (January 30, 2006) |
| 17. | Interim Guidance – Identification of Homes with Corrosion from Problem Drywall by the Consumer Product Safety Commission and the Department of Housing and Urban Development (January 28, 2010) |
| 18. | Florida Department of Health, Division of Environmental Health (December 18, 2009) |
| 19. | Crawford Inspection Reports (available upon request) |