UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Vickers et al v. Knauf Gips KG et al<br>EDLA 09-04117<br>AND<br>Payton et al v. Knauf Gips KG et al<br>EDLA 09-07628 | |

## PLAINTIFFS' PROPOSED TRIAL PLAN FOR FLORIDA HOMEOWNER CLASS FOR CLAIMS AGAINST BANNER SUPPLY CO.

Plaintiff intends to try this case in two phases: (1) class-wide liability for property damage; and (2) class-wide property damages.

### Phase I – Liability

Phase I is designed to obtain a finding of class-wide liability for property damage. Florida law recognizes property damage claims against manufacturers or sellers of defective products under theories of negligence, strict liability, nuisance, and Consumer Protection Acts. See *Seifart* Orders and Verdict Form.[1]

---

[1] *In re Chinese Manufactured Drywall Products Litigation, Seifart v. Knauf GIPS KG et al,* Case No. 09-38887 CA 01 (42) (Circuit Court of the 11th Judicial District, Miami-Dade County, Florida) (hereinafter "Seifart") Order Denying Defendant Banner Supply Co.'s Motion for Judgment in Accordance with Prior Motion for Directed Verdict or, in the Alternative, for New Trial (July 26, 2010); Order Denying Defendants Certain Homes and Mandy Drywall Motions to Dismiss Plaintiffs' Second Amended Complaint (March 30, 2010); Order Denying Defendant Banner Supply Co. and all Similarly Situated Defendants' Motions to Stay, or Alternatively, Motions to Dismiss Plaintiffs' Amended Complaints and Strike Demands for Attorneys' Fees (December 18, 2009); Verdict Form (June 18, 2010) (*See* Compendium of Exhibits in Support of Plaintiffs' Motion for Certification of a Florida Homeowner Class for Claims Against Banner Supply Co. ("Comp.") Exs. 1-4).

If Banner Supply Co. contests liability, the Plaintiffs will establish Banner's course of conduct and liability through Banner's own documents, the documents of third parties such as La Suprema and Knauf, and fact witnesses from Banner. This evidence will show that Banner sold and distributed a defective product, failed to properly test and monitor its product to assure it was free from defects, failed to warn Plaintiffs and class members of the defective nature of CDW, and actively withheld information concerning the defect from the class. Some of this evidence has already been admitted in the trial of the *Seifart* matter.[2] This evidence of Banner's common course of conduct, as well as Banner's liability defense, if any; will be the same for the class representatives as it is for members of the class. *See* Class Memorandum at 18. A jury verdict on this question as it relates to the class property damage claim will be binding on the class and will eliminate the need for thousands of duplicative trials on this issue.

**Phase II – Class-Wide Property Damage**

If Plaintiffs obtain a finding of liability, the trial will proceed to class-wide property damages. The class does not seek personal injury damages. The available damages under property law for a CDW plaintiff have already been determined under Florida law. *See Seifart* Orders and Verdict Sheet, note 1 *infra*.

In Florida, a plaintiff may recover the cost of repair plus alternative living costs, property diminution, loss of use and enjoyment damages, and personal property damage. *Id, see* Class Memorandum at 18-22. Individualized damages issues to the extent they exist do not defeat class certification and can be dealt with in a claims processing or mini-trials. Alternatively

---

[2] *Seifart* was a state court trial in Florida against Banner Supply, a supplier of Knauf drywall. The evidence will show Knauf and Banner entered into an agreement that required Banner to keep secret knowledge of the Knauf drywall defect from the classes. *See* Confidential Agreement at ¶7 (Comp. Ex.6)

2

damages can be formulaic in nature and amenable to class treatment. For example, Plaintiffs' expert, Ron Wright, has developed a formulaic method of determining repair costs considering national and local data to establish a dollar per square foot cost. See Declaration of Ronald Wright, P.E., ("Wright Dec.") (filed simultaneously herewith) at ¶¶5-6; Class Memorandum at 18-22. The alternative living costs during the remediation have also been determined in the Florida *Seifart* trial, and are amenable to determination by a formulaic method. The property diminution damages can be determined on a percentage diminution basis. The loss of use and enjoyment, and private property damages can be determined on a class-wide basis through the use of a survey instrument of representative class members. *Id.* Individual entitlement to these damages will be determined in the claims process or by mini-trials if necessary. *See* Class Memorandum at 20. The proof of damages, (including expert Ron Wright's formulaic methodology to determine the cost of repair, loss of use and enjoyment, and personal property damages; and a property diminution expert opinion), will be the same for the class representatives and the members of the class. Plaintiffs will establish the class-wide damages at trial through: (1) the expert opinion of RonWright, (2) a property diminution expert, and/or (3) the testimony of the class representatives.

It is anticipated that the class trial described herein will take 10 trial days if Banner contests liability and a shorter time if Banner does not.

**PROPOSED CLASS COUNSEL**

Dated: September 20, 2010          Respectfully submitted,

/s/ Arnold Levin
Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Ervin A. Gonzalez
Patrick Montoya
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

## PROPOSED OF COUNSEL TO CLASS, PLAINTIFFS' STEERING COMMITTEE

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Patrick Montoya
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com


Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com