UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

ORDER GRANTING DEFENDANT BAYWOOD
CONSTRUCTION, INC.'S MOTION TO WITHDRAW PLEADING

Considering Defendant Baywood Construction, Inc.'s Motion to Withdraw Pleading (Doc 5535) filed on September 14, 2010,

IT IS ORDERED that the Motion to Withdraw Pleading is GRANTED.

New Orleans, Louisiana, this 20th day of September, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE