UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY  SECTION: L
LITIGATION

THIS DOCUMENT RELATES TO  JUDGE FALLON
 MAG. JUDGE WILKINSON

Silva et al v. Knauf Gips KG et al
EDLA 09-08034

Compendium of Exhibits in Support of
Plaintiff's Motion For Certification Of A Louisiana Homeowner
Class For Damages And Declaratory Relief

| Ex. # | |
|---|---|
| 1. | Stephen Silva Plaintiff Profile Form (November 5, 2009) and Product Identification Photos |
| 2. | Interior Exterior Distributor Profile Form (September 9, 2009) |
| 3. | Knauf Defendant Manufacturers' Profile Form (KPT, Wuhu, Gips) (September 2009) |
| 4. | Interior Exterior Sales Records (available upon request) |
| 5. | http://www.interiorexterior.net/ INEX_Locations.htm |
| 6. | Fed. R. Civ. P. 30(b)(6) Deposition of Interior Exterior (February 5, 2010) at 51(15-18); 56(12-18); 58(19) – 59(1); 60(9) – 63(2); 63(3) – 64(4). |
| 7. | *Turner v. Murphy,* No. 05-4206, Order and Reasons (March 3, 2006), slip op at 3 |
| 8. | *Turner v. Murphy Oil,* No. 05-4206, Order and Reasons, slip op at 13-14 (January 30, 2006) |
| 9. | Interim Guidance – Identification of Homes with Corrosion from Problem Drywall by the Consumer Product Safety Commission and the Department of Housing and Urban Development (January 28, 2010) |
| 10. | Florida Department of Health, Division of Environmental Health (December 18, 2009) |

4815-7593-0119