# EXHIBIT 1

Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES          JUDGE FALLON
                                             MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Isis Silva, Stephen Silva
Address of Affected Property: 52095 Turnpike Rd, Folsom La. 70437

Is this Property: ☒ Residential ☐ Commercial ☐ Governmental
Name of Person Completing this Form: Stephen Silva
Is above your primary residence? ☒ Yes  ☐ No
Mailing Address (if different):

Phone: (985) 796-3335

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: ☒ Owner-Occupant ☐ Owner Only ☐ Renter-Occupant

Represented By:
Address: Herman Herman Katz & Cotlar LLP
820 O'Keefe Ave
New Orleans, LA 70113
Phone: (504) 581-4892
Case No. /Docket Info: 09-7628

### Section II. Insurance Information

(Homeowner) Renter Insurer:
Policy #: FZD028,744006
Agent: Phil Anderson
Address: PO Box 527, Boutte La 70039
Phone: (985) 785-1525

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Stephen Silva | / / | / / | Ⓜ / F | / / | ◯Yes  No◯ | Owner Occupant |
| Isis Silva | / / | / / | M / Ⓕ | / / | ◯Yes  No◯ | Owner Occupant |
|  | / / | / / | M / F | / / | ◯Yes  No◯ |  |
|  | - / / | / / | M / F | / / | ◯Yes  No◯ |  |
|  | / / | / / | M / F | / / | ◯Yes  No◯ |  |
|  | / / | / / | M / F | / / | ◯Yes  No◯ |  |
|  | / / | / / | M / F | / / | ◯Yes  No◯ |  |
|  | / / | / / | M / F | / / | ◯Yes  No◯ |  |
|  | / / | / / | M / F | / / | ◯Yes  No◯ |  |
|  | / / | / / | M / F | / / | ◯Yes  No◯ |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

SILVA,S 0001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ☒ Yes   No ☐

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Stephen Silva

1.2. When did the inspection take place? 3/19/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☒ Yes   No ☐

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Stephen Silva

2.2. When was this determination made? 3/19/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf Tianjin China | 180 Sheets 12' x 4' |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2800 | | | |
| Estimated Sq. Ft. of Drywall | 11364 | Occupied | | ☒ |
| Height of Interior Walls | 9'-10" | Year-round | | ☒ |
| Number of Bedrooms: | 3 | Summer | | ☒ |
| Number of Bathrooms: | 3 | Winter | | ☒ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ☒ | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | ☒ | | |
| Were repairs made to the plumbing system? | | ✗ | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | ☒ | |
| Switches | | ☒ | |
| Main Panel | | ☒ | |
| 2nd Panel | | ☒ | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 2/12/02 | Completion Date | Not / |
| Move in Date: | Not / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Stephen Silva

Address: 52095 Turnpike Rd.
Folsom La. 70437

Phone: (985) 796-3335

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: Stephen Silva

Address: 52095 Turnpike Rd.
Folsom La. 70437

Phone: (985) 796-3335

### Section X. Drywall Supplier

Drywall Supplier's Name: Interior Exterior Building Supply

Address: 20161 Hwy 59 Suite G
Adita Springs

Phone: (504) 809-7069

Page 2

SILVA,S 0002

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form | | | |
|---|---|---|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| *Stephen Silva* | 11-15-09 | *Lois M. Silva* | 11/15/09 |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

SILVA,S 0003



SILVA,S 0004





SILVA,S 0005

COVERAGE IS PROVIDED IN THE Louisiana Citizens Property Insurance Corporation

COVERAGE IS PROVIDED IN THE Louisiana Citizens Property Insurance Corporation

**LA Citizens FAIR Plan**
P.O. Box 60730
New Orleans, LA 70160

**Dwelling Fire Declaration**

| Policy Number | Policy Period From | To |
|---|---|---|
| FZD 0287440 04 | 06/04/2007 | 06/04/2008 |
| | 12:01 A.M. Standard Time at the described location | |

Service provider: MacNeill Group
P.O. Box 82630
Baton Rouge, LA 70884-2630
(877) 527-4222

Billing Information: STEPHEN SILVA - Quarterly

Transaction: Renewal Policy

Renewal of: FZD 0287440

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| STEPHEN SILVA<br>52095 TURNPIKE RD<br>FOLSOM, LA 70437 | PHIL ANDERSON INS AG INC<br>P O BOX 527<br>BOUTTE, LA 70039<br>Telephone: (985) 785-1525 | 800 4119 |

**Coverage is provided as shown on the declaration page attached for each location covered.**

Locations: 52095 TURNPIKE DR FOLSOM, LA 70437

| | |
|---|---:|
| Total Location Premium: | $1,344.00 |
| Tax Exempt Surcharge: | $40.00 |
| Coastal Market Equalization Charge: | $67.00 |
| FAIR Market Equalization Charge: | $135.00 |
| 2005 LA FAIR Plan Emergency Assessment: | $48.00 |
| Total: | $1,634.00 |

**Forms and Endorsements**

CTZ-U-0187 (01/05) Dwelling Policy Jacket
DWG-1 (01/93) Dwelling Property Basic Form DWG-1
CTZ-U-0174 (01/05) Privacy Policy
DWG-E100 (07/04) Louisiana Amendatory Endorsement
DWG-E290 07 04 Limited Fungi, Wet or Dry Rot or Bacteria Coverage
DWG-E59 (01/93) $500 Special Loss Deductible Clause

Issued Date: 05/26/2007

SILVA,S 0006

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**
**FAIR PLAN**
P.O. Box 60730
New Orleans, LA 70160

Billing Information: STEPHEN SILVA - Quarterly

**Dwelling Fire Declaration**

| Policy Number | Policy Period From | To |
|---|---|---|
| FZD 0287440 06 | 06/04/2009 | 06/04/2010 |
| | 12:01 A.M. Standard Time at the described location | |

Service provider: First Premium Insurance Group
P.O. Box 77
Covington, LA 70434
(888) 741-0088

Transaction: Renewal Policy

Renewal of: FZD 0287440

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| STEPHEN SILVA<br>52095 TURNPIKE RD<br>FOLSOM, LA 70437 | PHIL ANDERSON INS AG INC<br>P O BOX 527<br>BOUTTE, LA 70039<br>Telephone: (985) 785-1525 | 800 4119 |

Coverage is provided as shown on the declaration page attached for each location covered. Coverage is provided where limit of liability and premium is shown. If the loss is caused by a hurricane, the deductible will be 2% of the Coverage A limit of liability.

**Location Address**                                                                                          **Location Premium**
Location 1: 52095 TURNPIKE DR FOLSOM, LA 70437                                                                $940.00

**Annual Charge**

| | |
|---|---|
| Total Annual Premium--All Locations: | $940.00 |
| Tax Exempt Surcharge (3%): | $28.00 |
| 2005 Market Equalization Charge Fair Plan (10%): | $0.00 |
| 2005 Market Equalization Charge Coastal Plan (5%): | $0.00 |
| 2005 LA Fair Plan Emergency Assessment (5%): | $47.00 |
| Application Fee: | $0.00 |
| Total: | $1,015.00 |

Issued Date: 05/14/2009
CTZ-U-0156 (03/09)

*John Wertman*
Authorized Representative

Page 1 of 3

SILVA,S 0007

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**
**FAIR PLAN**
P.O. Box 60730
New Orleans, LA 70160

Billing Information: STEPHEN SILVA - Quarterly

**Dwelling Fire Declaration**

| Policy Number | Policy Period From | To |
|---|---|---|
| FZD 0287440 06 | 06/04/2009 | 06/04/2010 |
| | 12:01 A.M. Standard Time at the described location | |

Service provider: First Premium Insurance Group
P.O. Box 77
Covington, LA 70434
(888) 741-0088

**Forms and Endorsements**

CTZ-U-0187 (01/05)  Dwelling Policy Jacket
DWG-1 (01/93)  Dwelling Property Basic Form DWG-1
CTZ-U-0174 (01/05)  Privacy Policy
DWG-E100 (07/04)  Louisiana Amendatory Endorsement
DWG-E290 07 04  Limited Fungi, Wet or Dry Rot or Bacteria Coverage
DWG-E59 (01/93)  $500 Special Loss Deductible Clause
DWG-E60 (04/01)  Special Hurricane Deductible

COVERAGE IS PROVIDED BY

**Louisiana Citizens Property Insurance Corporation**
FAIR PLAN
P.O. Box 60730
Orleans, LA 70160

Billing Information: STEPHEN SILVA - Quarterly

**Dwelling Fire Declaration**

| Policy Number | Policy Period From | To |
|---|---|---|
| FZD 0287440 06 | 06/04/2009 | 06/04/2010 |
| | 12:01 A.M. Standard Time at the described location | |

Transaction: Renewal Policy

Renewal of: FZD 0287440

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| STEPHEN SILVA<br>52095 TURNPIKE RD<br>FOLSOM, LA 70437 | PHIL ANDERSON INS AG INC<br>P O BOX 527<br>BOUTTE, LA 70039<br>Telephone: (985) 785-1525 | 800 4119 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Legal Address: 52095 TURNPIKE DR Tangipahoa Parish, FOLSOM, LA 70437

| Const. Type | Year Built | Terr. | Prot. Class | Graded Area #/Name | Distance to Fire Station | Distance to Hydrant | # of Families | Occupancy |
|---|---|---|---|---|---|---|---|---|
| Frame | 2003 | 530 | 4 | 530040 - FIRE DIST 2 - AMITE EAST FPT | Less than 7 miles | More than 1,000 feet | 1 | Primary Owner |

Valuations for purposes of determining loss will be at ACTUAL CASH VALUE.
In case of a loss under Section I, we cover only that part of the loss over the deductible:     $500.00     applies to all perils except where otherwise stated. Coverage is provided where limit of liability and premium is shown. If the loss is caused by a hurricane, the deductible will be 2% of the Coverage A limit of liability.

| Section I Coverage | Limit of Liability | Perils Insured Against | Premiums |
|---|---|---|---|
| Coverage A - Dwelling | $150,000.00 | Fire-Building | $512.00 |
| | | Extended Coverage-Building | $428.00 |
| | | V&MM-Building | Not Included |

**Additional Charges:**

| | |
|---|---|
| Location Premium: | $940.00 |
| Location Tax Exempt Surcharge: | $28.00 |
| Location Coastal Market Equalization Charge: | $0.00 |
| Location FAIR Market Equalization Charge: | $0.00 |
| Location Emergency Assessment: | $47.00 |
| Location Total: | $1,015.00 |

**Policy Interests**

First Mortgagee
SAINT TAMMANY HOMESTEAD
205 N COLUMBIA
COVINGTON, LA 70433

**Forms and Endorsements**

CTZ-U-0187 (01/05), DWG-1 (01/93), CTZ-U-0174 (01/05), DWG-E100 (07/04), DWG-E290 07 04, DWG-E59 (01/93), DWG-E60 (04/01)

Issued Date: 05/14/2009
CTZ-U-0156 (03/09)

Page 3 of 3

SILVA,S 0009

**Louisiana Citizens Property Insurance Corporation**
P O Box 60730
New Orleans, LA 70160-0730

pd. 10/6/09
# 2556

Invoice Date: 09/27/2009

**Bill to:**
STEPHEN SILVA
52095 TURNPIKE RD
FOLSOM, LA 70437

**Producer:**
PHIL ANDERSON INS AG INC
P O BOX 527
BOUTTE, LA 70039

Producer Number: 800 4119

Insured Name: STEPHEN SILVA
Policy Number: FZD 0287440 06
Effective Date: 06/04/2009     Expiration Date: 06/04/2010
Loan Number:

| Invoice Due Date | Transaction Description | Amount |
|---|---|---|
| 10/22/2009 | Installment 3.00 - Premium Due | $225.86 |
| 10/22/2009 | Service Fees Install Payments | $6.00 |

Total Policy Premium and Fees: $1,027.00
Balance Due: $457.74
Minimum Due this Invoice: $231.86

You are scheduled for quarterly payments. A service charge of $6.00 will be generated for each installment, beginning with the 2nd installment.

Your payment in the amount of $231.86 is due on or before 10/22/2009
Payable by check or money order only (Temporary checks are not permitted.)
Make checks payable to : LA Citizens FAIR Plan

DETACH ALONG DOTTED LINE BELOW

SILVA,S 0010

COVERAGE IS PROVIDED BY:

Louisiana Citizens Property Insurance Corporation
**FAIR PLAN**
P.O. Box 60730
New Orleans, LA 70160

Billing Information: STEPHEN SILVA - Quarterly

**Dwelling Fire Declaration**

| Policy Number | Policy Period From | To |
|---|---|---|
| FZD 0287440 06 | 06/04/2009 | 06/04/2010 |
| | 12:01 A.M. Standard Time at the described location | |

Service provider: First Premium Insurance Group
P.O. Box 77
Covington, LA 70434
(888) 741-0088

**Transaction:** Renewal Policy

Renewal of: FZD 0287440

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| STEPHEN SILVA<br>52095 TURNPIKE RD<br>FOLSOM, LA 70437 | PHIL ANDERSON INS AG INC<br>P O BOX 527<br>BOUTTE, LA 70039<br>Telephone: (985) 785-1525 | 800 4119 |

Coverage is provided as shown on the declaration page attached for each location covered. Coverage is provided where limit of liability and premium is shown. If the loss is caused by a hurricane, the deductible will be 2% of the Coverage A limit of liability.

**Location Address**                                                                                    **Location Premium**

Location 1: 52095 TURNPIKE DR FOLSOM, LA 70437                                                           $940.00

**Annual Charge**

| | |
|---|---|
| Total Annual Premium~All Locations: | $940.00 |
| Tax Exempt Surcharge (3%): | $28.00 |
| 2005 Market Equalization Charge Fair Plan (10%): | $0.00 |
| 2005 Market Equalization Charge Coastal Plan (5%): | $0.00 |
| 2005 LA Fair Plan Emergency Assessment (5%): | $47.00 |
| Application Fee: | $0.00 |
| Total: | $1,015.00 |

Issued Date: 05/14/2009
CTZ-U-0156 (03/09)

*John Wertman*
Authorized Representative

Page 1 of 3

SILVA,S 0011

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**
**FAIR PLAN**
P.O. Box 60730
New Orleans, LA 70160

Billing Information: STEPHEN SILVA - Quarterly

**Dwelling Fire Declaration**

| Policy Number | Policy Period From | To |
|---|---|---|
| FZD 0287440 06 | 06/04/2009 | 06/04/2010 |
| | 12:01 A.M. Standard Time at the described location | |

Service provider: First Premium Insurance Group
P.O. Box 77
Covington, LA 70434
(888) 741-0088

**Forms and Endorsements**

CTZ-U-0187 (01/05)  Dwelling Policy Jacket
DWG-1 (01/93)  Dwelling Property Basic Form DWG-1
CTZ-U-0174 (01/05)  Privacy Policy
DWG-E100 (07/04)  Louisiana Amendatory Endorsement
DWG-E290 07 04  Limited Fungi, Wet or Dry Rot or Bacteria Coverage
DWG-E59 (01/93)  $500 Special Loss Deductible Clause
DWG-E60 (04/01)  Special Hurricane Deductible

Issued Date:  05/14/2009
CTZ-U-0156 (03/09)

SILVA,S 0012



