# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  : MDL No. 2047
PRODUCTS LIABILITY LITIGATION        : Section L
                                     :

This Document Relates to             : JUDGE FALLON
ALL CASES                            : MAG. JUDGE WILKINSON

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wall board has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

### I. IDENTIFICATION AND CONTACT INFORMATION

A. Distributor's Name: Interior/Exterior Building Supply, L.P.

B. Distributor's Address: 727 South Cortez Street

  New Orleans, Louisiana 70119

F. Headquarters if Foreign: N/A

G. Address of USA Headquarters: 727 South Cortez St., NOLA 70119

H. Name of supervisor at USA Headquarters: Clay Geary and Jim Geary

I. Principal Place of Business in USA: 727 South Cortez Street

  New Orleans, Louisiana 70119

J. Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.

  No.

K. Did Distributor also install Chinese Drywall? If so, describe involvement as installer.

  No.

## II. COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A. Name: Richard G. Duplantier, Jr. #18874; Lambert J. Hassinger, Jr. #21683

B. Address: 701 Poydras Street, Suite 4040 One Shell Square, New Orleans, Louisiana 70139

C. Phone Number: (504) 525-6802

D. Fax Number: (504) 525-2456

E. E-Mail: Rduplantier@gjtbs.com; Jhassinger@gjtbs.com

## III. DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers. Attach additional sheets as necessary.

A. Source: Knauf Plasterboard (Tianjin) Co., Ltd.

1. Name of Chinese Drywall Manufacturer, if known:

   Knauf Plasterboard (Tianjin) Co., Ltd. is the manufacturer.

2. Address of Chinese Drywall Manufacturer, if known:

   Knauf Plasterboard (Tianjin) Co., Ltd.
   North Yinhe Bridge, East Jinglin
   Roar, Beichen District, Tianjin
   300400, P.R. China

3. Name of Chinese Drywall Product, if known:

   STD Board, tapered edge gypsum board.

4. Dates of purchase(s):

   October 21, 2005;

   November 17, 2005;

   December 13, 2005; and

   December 21, 2005.

5. Total Volume of received Chinese Drywall product:

   410,518 pieces of STD Board, each piece measuring 4' x 12' x ½".

6. Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):

   Each piece is marked "KNAUF – TIANJIN – CHINA – ASTM C36" followed by a series of numbers. In one instance "05-12-17" is positioned directly above "20 . 14."

7. List all trademarks of the product, if known: Unknown

8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:

   Knauf Insulation GMBH a/ka Knauf USA
   Shelbyville, Indiana
   Telephone: (317) 398-4434

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following: N/A

A. Source: Knauf Plasterboard (Wuhu) Co., Ltd.

   1. Name of Chinese Drywall Manufacturer, if known:

      Knauf Plasterboard (Wuhu) Co., Ltd.

   2. Address of Chinese Drywall Manufacturer, if known:

      No. 2 Gangwan Road, Development Zone, Wuhu Anhai 241009, P.R. China

   3. Name of Chinese Drywall Product, if known:

      STD Board, tapered edge gypsum board.

   4. Dates of purchase(s):

      July 5, 2006.

   5. Total Volume of received Chinese Drywall product:

      68,000 pieces of STD Board, each piece measuring 4' x 12' x ½".

   6. Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):

      Knauf - Wuhu

   7. List all trademarks of the product, if known:

      Unknown.

   8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:

      Knauf Insulation GMBH a/ka Knauf USA
      Shelbyville, Indiana
      Telephone: (317) 398-4434

   9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following: N/A.

A.  Source: Metro Resources Corporation, 430 Pelissler Street, Windsor, Ontario, N9A4K9.

   1.  Name of Chinese Drywall Manufacturer, if known:

       Taian Taishaan Plasterboard Co.

   2.  Address of Chinese Drywall Manufacturer, if known:

       Unknown.

   3.  Name of Chinese Drywall Product, if known:

       Taihe.

   4.  Dates of purchase(s):

       May 9, 2006 - contract date

           June 20, 2006 – invoice date - 6,600 pieces

           June 26, 2006 – invoice date – 3,300 pieces

           July 2, 2006 – invoice date – 3,300 pieces

           July 30, 2006 – invoice date – 19,800 pieces

   5.  Total Volume of received Chinese Drywall product:

       33,000 pieces of Taihe Board, each piece measuring 4' x 12' x ½".

   6.  Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):

       Made in China, meets or exceeds ASTM C1396-04 Standard.

   7.  List all trademarks of the product, if known: Unknown.

   8.  The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:

       David Zhang
       Metro Resources Corporation
       20700 Civic Drive Center, Suite 170
       Southfield, Michigan 48076

   9.  If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following: N/A.

4

511,518

### IV. DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall? If yes, provide names and/or entities of those to whom you supplied Chinese Drywall. If you cannot track the distribution of Chinese Drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and addresses of persons with knowledge of same.

Interior/Exterior is unable to track the distribution of Chinese Drywall. Interior/Exterior did not assign distinct product codes to Chinese Drywall.

### V. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

1. For each policy, identify the following:

   Insurer: Bituminous Insurance Companies
   Dates policy in effect: 12/31/2002 to 12/31/2003
   Policy Number: CLP3155825B *renewal of* CLP 3130481
   Type of Policy: Commercial General Liability
   Insurance Agent:
   Policy Coverage Limits: $1,000,000 each occurrence
   $2,000,000 general aggregate
   $2,000,000 products
   $1,000,000 personal injury

2. Insurer: American International Specialty Lines Insurance Company
   Dates policy in effect: 12/31/2002 to 12/31/2003
   Policy Number: 6192675 *renewal of* 7413801
   Type of Policy: Commercial Umbrella
   Insurance Agent:
   Policy Coverage Limits: $25,000,000 each occurrence
   $25,000,000 general aggregate
   $25,000,000 products
   $10,000 Self Insured Retention

---

[1] Listing policies does not purport to represent coverage status.

3.  Insurer:                  The North River Insurance Company
    Dates policy in effect:   12/01/2003 to 01/01/2005
    Policy Number:            5530852503
    Type of Policy:           Commercial Umbrella
    Insurance Agent:
    Policy Coverage Limits:   $15,000,000 each occurrence
                              $15,000,000 general aggregate
                              $15,000,000 products
                              $15,000,000 personal injury
                              $15,000,000 occupational disease

    1

4.  Insurer:                  RSUI
    Dates policy in effect:   12/01/2003 to 12/31/2005
    Policy Number:            LHA023499
    Type of Policy:           Commercial Excess Liability
    Insurance Agent:
    Policy Coverage Limits:   $10,000,000 each occurrence
                              $10,000,000 aggregate

    2

5.  Insurer:                  Arch Insurance Company
    Dates policy in effect:   12/31/2003 to 12/31/2004
    Policy Number:            51GPP35913
    Type of Policy:           Commercial General Liability
    Insurance Agent:
    Policy Coverage Limits:   $2,000,000 products
                              $2,000,000 general aggregate
                              $2,000,000 property damage
                              $1,000,000 personal injury

    3

6.  Insurer:                  Arch Insurance Company
    Dates policy in effect:   12/31/2004 to 12/31/2005
    Policy Number:            31GPP2006501
    Type of Policy:           Commercial General Liability
    Insurance Agent:
    Policy Coverage Limits:   $2,000,000 products
                              $2,000,000 general aggregate
                              $1,000,000 property damage

    4

6

$1,000,000 personal injury

7.     Insurer: RSUI
       Dates policy in effect: 01/01/2005 to 01/01/2006
       Policy Number: LHA028424 *renewal of* LHA023499
       Type of Policy: Commercial Excess Liability
       Insurance Agent:
       Policy Coverage Limits: $10,000,000 each occurrence
       $10,000,000 aggregate

8.     Insurer: Arch Insurance Company
       Dates policy in effect: 12/31/2005 to 12/31/2006
       Policy Number: 31GPP2067202
       Type of Policy: Commercial General Liability
       Insurance Agent:
       Policy Coverage Limits: $2,000,000 products
       $2,000,000 general aggregate
       $1,000,000 occurrence
       $1,000,000 personal injury

9.     Insurer: The North River Insurance Company
       Dates policy in effect: 01/01/2005 to 01/01/2006
       Policy Number: 5530868073 *renewal/replacement of* 5330852503
       Type of Policy: Commercial Umbrella
       Insurance Agent:
       Policy Coverage Limits: $15,000,000 each occurrence
       $15,000,000 general aggregate
       $15,000,000 products
       $15,000,000 personal injury
       $15,000,000 occupational disease

10.    Insurer: The North River Insurance Company
       Dates policy in effect: 01/01/2006 to 01/01/2007
       Policy Number: 5530881951 *renewal/replacement of* 5530868073
       Type of Policy: Commercial Umbrella
       Insurance Agent:
       Policy Coverage Limits: $15,000,000 each occurrence

        $15,000,000 general aggregate
        $15,000,000 products
        $15,000,000 personal injury
        $15,000,000 occupational disease

11. Insurer: RSUI Group, Inc.
   Dates policy in effect: 01/01/2006 to 01/01/2007
   Policy Number: LHA033068 renewal of LHA028424
   Type of Policy: Commercial Excess Liability
   Insurance Agent:
   Policy Coverage Limits: $10,000,000 per occurrence
        $10,000,000 total aggregate

12. Insurer: Arch Insurance Company
   Dates policy in effect: 12/31/2006 to 12/31/2007
   Policy Number: 31GPP2115003
   Type of Policy: Commercial General Liability
   Insurance Agent:
   Policy Coverage Limits: $2,000,000 products
        $2,000,000 general aggregate
        $1,000,000 occurrence
        $1,000,000 personal injury

13. Insurer: The North River Insurance Company
   Dates policy in effect: 01/01/2007 to 01/01/2008
   Policy Number: 5530894695 renewal/replacement of 5530881951
   Type of Policy: Commercial Umbrella
   Insurance Agent:
   Policy Coverage Limits: $15,000,000 each occurrence
        $15,000,000 general aggregate
        $15,000,000 products
        $15,000,000 personal injury
        $15,000,000 occupational disease

14. | Insurer: | Fireman's Fund Insurance Companies
    | Dates policy in effect: | 01/01/2007 to 01/01/2008
    | Policy Number: | SHX00099073488
    | Type of Policy: | Excess Liability
    | Insurance Agent: |
    | Policy Coverage Limits: | $10,000,000 per occurrence
    | | $10,000,000 aggregate (beyond the North River Insurance underlying policy)

15. | Insurer: | The North River Insurance Company
    | Dates policy in effect: | 01/01/2008 to 01/01/2009
    | Policy Number: | 5530907502 *renewal/replacement of* 5530894695
    | Type of Policy: | Commercial General Liability
    | Insurance Agent: |
    | Policy Coverage Limits: | $25,000,000 each occurrence
    | | $25,000,000 general aggregate
    | | $25,000,000 products
    | | $25,000,000 personal injury
    | | $25,000,000 occupational disease

16. | Insurer: | Liberty Mutual Insurance Company
    | Dates policy in effect: | 12/31/2007 to 01/01/2009
    | Policy Number: | TB0191448006017
    | Type of Policy: | Commercial General Liability
    | Insurance Agent: |
    | Policy Coverage Limits: | $1,000,000 each occurrence
    | | $1,000,000 personal injury
    | | $2,000,000 general aggregate
    | | $2,000,000 products

17. | Insurer: | The North River Insurance Company
    | Dates policy in effect: | 01/01/2009 to 01/01/2010
    | Policy Number: | 5530919526 renewal/replacement of 5530907502
    | Type of Policy: | Commercial Umbrella
    | Insurance Agent: |
    | Policy Coverage Limits: | $25,000,000 each occurrence
    | | $25,000,000 general aggregate

$25,000,000 products
$25,000,000 personal injury
$25,000,000 occupational disease

18. Insurer: Liberty Mutual Insurance Company
    Dates policy in effect: 01/01/2009 to 01/01/2010
    Policy Number: TB2191448006019
    Type of Policy: Commercial General Liability
    Insurance Agent:
    Policy Coverage Limits: $1,000,000 each occurrence
    $1,000,000 personal injury
    $2,000,000 general aggregate
    $2,000,000 products

## CERTIFICATION

I Declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Distributor Profile Form is true and correct to the best of my knowledge.

Date: 9/9/09

Entity: Interior/Exterior Building Supply, L.P.
By: Interior/Exterior Enterprises, LLC, G.P.
By: _____
Its: Member