# EXHIBIT 6

Confidential – Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | |
| CHINESE-MANUFACTURED | § | MDL NO. 2047 |
| DRYWALL PRODUCTS | § | |
| LIABILITY LITIGATION | § | SECTION: L |
| | § | |
| | § | JUDGE FALLON |
| This document applies | § | |
| to all cases | § | MAG. JUDGE WILKINSON |
| | § | |

FRIDAY, FEBRUARY 5, 2010

- CONFIDENTIAL -
SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

Videotaped deposition of CLAYTON C.
GEARY and JAMES F. GEARY, SR., AS JOINT
30(B)(6) REPRESENTATIVES OF THE
INTERIOR/EXTERIOR BUILDING SUPPLY, LP, held
at the offices of Frilot, LLC, 3700 Energy
Centre, 1100 Poydras Street, New Orleans,
Louisiana, commencing at 9:15 a.m., on the
above date, before Michael E. Miller,
Certified Court Reporter, Registered
Diplomate Reporter, Certified Realtime
Reporter.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 50

1    A.    Yes.
2    Q.    Okay.  And did those four
3  purchases come on four different ships?
4    A.    Actually, they came on three
5  ships.
6    Q.    Okay.  Do you know which two
7  were shipped together?
8    A.    My recollection is the first
9  one and the second one each came on their own
10  ships, and then the third and fourth came
11  together.
12    Q.    Okay.  And do you know about
13  when each shipment actually arrived in the
14  U.S.?
15    A.    I don't recall exactly, but it
16  is in the documents.
17    Q.    Okay.  Did anything from China
18  get to the U.S. before 2006, to the best of
19  your recollection?
20    A.    No.
21    Q.    Do you know around when in 2006
22  was the first shipment?
23    A.    It was around January 26th.
24    Q.    And was that the first time

Page 51

1  that Interior/Exterior ever received any
2  drywall that was manufactured in China?
3    A.    Yes.
4    Q.    If we go to page 3, we were
5  talking about how there's a separate entry
6  for Knauf Wuhu.  Do you see that?
7    A.    Uh-huh.
8    Q.    And are you --
9    A.    Yes.
10    Q.    Are you the best person to
11  address how that purchase came about?
12    A.    Yes.
13    Q.    How did that purchase come
14  about?
15    A.    My recollection was Knauf
16  Tianjin was having trouble producing enough
17  product, and they gave us an alternative to
18  try and get it from Wuhu.
19    Q.    And when you say "they" gave
20  you an alternative, who was it that actually
21  directed you to Knauf Wuhu, if you remember?
22    A.    Mark Norris was the, I believe,
23  manager, I guess, of Knauf over there; and
24  he's the one that was our main contact as far

Page 52

1  as making decisions.
2    Q.    Do you remember having a
3  specific like phone conversation or something
4  with him, where he might have directed you
5  over to Knauf Wuhu?
6    A.    We had conversations.  I can't
7  remember if it was e-mails, but there was --
8  production was getting tight for them, and
9  they gave us this alternative.
10    Q.    And did Mr. Norris speak
11  English?
12    A.    Yes.
13    Q.    And so you were able to
14  communicate with him directly?  You didn't
15  have to go through a translator?
16    A.    Correct.
17    Q.    Did you ever meet Mr. Norris in
18  person?
19    A.    No.
20    Q.    Did Mr. Norris, to your
21  knowledge, ever come to the United States?
22    A.    Not to my knowledge.
23    Q.    Did you ever go to China?
24    A.    Did not.

Page 53

1    Q.    Okay.  There's a date of
2  purchase in number 4 of July 5th, 2006.  Do
3  you see that?
4    A.    Uh-huh.
5    Q.    Is that a contract date, to the
6  best of your recollection?
7    A.    The best of my recollection,
8  yes.
9    Q.    And would that shipment have
10  come -- or would that purchase have come on a
11  different shipment than the Knauf Tianjin
12  shipments?
13    A.    Yes, it did.
14    Q.    And do you know about when that
15  arrived?
16    A.    I believe September, but I'm --
17  of '06, but I'm not sure.
18    Q.    I understand that the other
19  Mr. Geary is the best person to address the
20  Metro Resource purchases?
21    A.    Yes.
22         MR. HERMAN:  If nobody minds,
23  let's just go off the record for one
24  second and we can switch up.

14  (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1       MR. DUPLANTIER: That's fine
2   with me.
3       THE VIDEOGRAPHER: Off the
4   record, 9:39 a.m.
5       (Recess taken, 9:39 a.m. to
6   9:41 a.m.)
7       THE VIDEOGRAPHER: Stand by.
8   Back on the record, 9:41 a.m.
9       JAMES F. GEARY, SR.,
10  having been first duly sworn, testified as
11          follows:
12          EXAMINATION
13  BY MR. HERMAN:
14      Q.    Could you please state your
15  name for the record?
16      A.    James Geary.
17      Q.    And you're also here to testify
18  on behalf of Interior/Exterior?
19      A.    Yes, I am.
20      MR. HERMAN: Just as a
21  preliminary matter, I'll just state
22  for the record that we are optimistic
23  that we will reach a stipulation as to
24  the authenticity of the documents that

Page 55

1   have been produced by
2   Interior/Exterior as business records,
3   and so we're not going to waste time
4   in this deposition trying to
5   authenticate documents, except for
6   maybe some clarifications on
7   handwriting. And if we have to
8   address that, we will later; but
9   hopefully, we'll resolve it by
10  stipulation.
11      MR. DUPLANTIER: That is
12  correct.
13      MR. HERMAN: Okay.
14  BY MR. HERMAN:
15      Q.    How did Interior/Exterior come
16  to start purchasing drywall from China?
17      A.    Shortly after the storm, we
18  were displaced from our offices in
19  New Orleans, and we relocated to our office
20  on the north shore in Mandeville. We have a
21  warehouse, a branch warehouse over there, and
22  we have excess office, so we moved a lot of
23  our corporate people over there.
24      Sometime after the storm, when

Page 56

1   we finally got relocated, I would get
2   periodic calls from some of our vendors,
3   checking in with us, see how we did, see how
4   we were doing since the storm, you know, just
5   asking us how we made out.
6       My recollection is I got a call
7   from -- one day, from Mr. Jeff Brisley with
8   Knauf, who is an insulation vendor of ours.
9   We have bought insulation from Knauf for
10  many, many years, and he was calling to check
11  in with me to see how I was doing.
12      Prior to the storm, there was a
13  nationwide shortage of drywall. In the
14  course of our conversation, he mentioned to
15  me that Knauf overseas had manufacturing
16  facilities that produced drywall, and we then
17  discussed the possibility of us getting some
18  product from them.
19      Q.    Okay.
20      MR. NICHOLAS: I didn't get his
21  last name, Steve. I'm sorry.
22      THE WITNESS: Pardon?
23      MR. DUPLANTIER: Brisley,
24  B-R-I-S-L-E-Y.

Page 57

1       MR. NICHOLAS: Thank you.
2       THE WITNESS: B-R-I-S-L-E-Y.
3       MR. HERMAN: Okay.
4   BY MR. HERMAN:
5       Q.    And so when you say "vendors,"
6   you're talking about organizations that sold
7   product to Interior/Exterior?
8       A.    Correct.
9       Q.    And do you know what company
10  Mr. Brisley was with?
11      A.    Yeah. Mr. Brisley is with
12  Knauf USA.
13      Q.    Okay. And who was it that made
14  the suggestion or recommendation or inquiry
15  that you might seek drywall from China?
16      A.    To the best of my recollection,
17  he did.
18      Q.    Okay. Did you know that
19  drywall was even manufactured in China?
20      A.    I don't know. I had suspicions
21  that it would be, but I don't recall if I did
22  at the time or not.
23      Q.    Okay. Have you ever reviewed
24  any literature or product placement or

15  (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1  advertising or marketing regarding any
2  drywall from China?
3      A.   At the time, no.
4      Q.   Did Mr. Brisley provide you
5  with some?
6      A.   I'm trying to remember. I know
7  he sent us, via an e-mail through his local
8  sales rep, just a communication with some
9  contact information with their people in
10 China, as well as some prices.
11     Q.   Okay. Did you have any
12 concerns about importing drywall from China?
13     A.   No. Did not.
14     Q.   Did you have any concerns that
15 your customers might have concerns about
16 buying drywall that had been manufactured in
17 China?
18     A.   No, we didn't. I did not think
19 that would be an issue, because at the time
20 there was such a severe shortage of drywall,
21 we were having to turn customers down because
22 of our lack of supply. So this was an
23 attempt on us to get additional supply,
24 knowing that, additionally with the storm,

Page 59

1  that there would be additional demand.
2      Q.   Okay. After this phone call
3  with Mr. Brisley, how did either
4  Interior/Exterior follow up or Knauf follow
5  up, in terms of actually providing drywall
6  from China to Interior/Exterior?
7          MR. SANDERS: Object to the
8  form.
9          THE WITNESS: Can you repeat
10 that? I'm not sure if I followed the
11 question.
12 BY MR. HERMAN:
13     Q.   What was the next step after
14 this phone call?
15     A.   The next step is, actually, I
16 kind of handed the ball off to Clay, and he
17 took it from there. And then he had the
18 communications with the Knauf folks in China.
19     Q.   Okay. And my understanding is,
20 if you look at Exhibit 2, which is in front
21 of you --
22     A.   Yeah.
23     Q.   -- if you go to page 4, it
24 says, "Source: Metro Resources Corporation"?

Page 60

1      A.   Yes.
2      Q.   And it's my understanding that
3  you had more involvement in terms of
4  purchasing drywall from Metro Resources?
5      A.   That is correct.
6      Q.   How did that come about, that
7  you started purchasing drywall from Metro
8  Resources Corporation?
9      A.   We came to a time where Knauf,
10 for whatever reason -- I'm trying to remember
11 the particulars, but they essentially told us
12 they could no longer provide us any drywall,
13 and we were still -- the shortage was still
14 very severe. And we were trying to get more
15 product, and so we used Metro to try and get
16 additional product.
17     Q.   Do you know why Knauf couldn't
18 provide you with more?
19     A.   I don't know for sure. My
20 appreciation at the time was that it was just
21 a severe supply-and-demand situation, and
22 overseas as well.
23     Q.   Okay. And it says that the
24 name of the Chinese drywall manufacturer

Page 61

1  is -- I don't know if I'll pronounce it
2  right, but Taian Taishan Plasterboard
3  Company?
4      A.   Right.
5      Q.   Do you have any idea what is
6  that is?
7      A.   It's a manufacturer.
8      Q.   Okay. But do you know any
9  other companies or governments or anything
10 that that might be associated with?
11     A.   No.
12     Q.   Did you have any concern about
13 switching from Knauf drywall to Taian Taishan
14 plasterboard?
15     A.   No, we did not.
16     Q.   It says, "Name of the Chinese
17 drywall product, if known," and I -- Taihe --
18     A.   Taihe is the brand name of the
19 drywall, just as National Gypsum, they
20 probably heard, has -- their brand name is
21 called Gold Bond. So it's a similar deal.
22     Q.   Okay. Had you ever heard of
23 Taihe drywall before the storm?
24     A.   No, sir, I had not.

16  (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1    Q.    It says on number 4, "Dates of
2    Purchase," and it has a contract date and
3    then four different invoice dates. Could you
4    kind of explain the distinction between the
5    contract date and the invoice dates?
6    A.    I believe that the invoice date
7    would -- is the time in which the letter of
8    credit or the transaction on the letter of
9    credit occurs with the bank, but I'm not
10   positive about that.
11   Q.    Okay. Did you get four
12   different shipments of Taihe drywall?
13   A.    Yes, we did.
14   Q.    And those correspond with the
15   four different invoice dates?
16   A.    That would be my understanding,
17   yes.
18   Q.    And do you know around when the
19   Taihe drywall started coming into
20   New Orleans?
21   A.    Taihe drywall -- it's in the
22   documents. I'm trying to recall. It was in
23   the neighborhood of July -- no, August
24   through September.

Page 63

1    Q.    Of 2006?
2    A.    2006, yes.
3    Q.    Okay. And at the time you
4    started selling Taihe drywall to your
5    customers, were you completely out of Knauf
6    drywall?
7    A.    No, I believe when we got the
8    Taihe, if my memory serves me right, the last
9    shipment of the Knauf was coming in. So I
10   think that we did have some overlap, not a
11   lot, of having Knauf and Taihe at the same
12   time; but I'm not positive about that.
13   Q.    Do you know around when you ran
14   out of Knauf drywall?
15   A.    Essentially, we're not
16   positive. We're fairly certain we ran out
17   before the end of 2006. To err on the side
18   of caution, we're thinking that maybe we had
19   some in the early parts of 2007.
20   Q.    And do you know around when you
21   ran out of the Taihe drywall?
22   A.    About approximately the same
23   time, although we do think we had a little
24   bit that was -- had some beat-up board that

Page 64

1    was left over that didn't get out until
2    approximately May of '07. This was product
3    that got damaged in either unloading or in
4    shipment.
5    Q.    In the earlier part of the
6    deposition, we looked at a couple of
7    certificates and warranties from the Knauf
8    companies. Did you get a similar set of
9    certificates and warranties from either Metro
10   Resources Corporation or Taian Taishan?
11   A.    Yes, we did.
12   Q.    Okay. And from your point of
13   view as we sit here today, did either Metro
14   or Taian Taishan comply with those
15   warranties?
16   A.    No.
17   Q.    Okay. You mentioned some stuff
18   about some plasterboard that was damaged
19   during the shipment. Do you believe that
20   that's because it was not packaged properly?
21   A.    No. For the most part, it was
22   packaged well. It came in okay. And I think
23   a lot of the damage actually occurred with --
24   the Taihe came in on containers as opposed to

Page 65

1    the break bulk that Knauf did.
2         We had to manually unload those
3    containers, which proved to be a little bit
4    more difficult because it was manually
5    involved. And I think we incurred some
6    damage in that phase of it.
7    Q.    Okay. Was there some claim
8    that was made by Interior/Exterior against --
9    A.    No, there wasn't.
10   Q.    -- a shipper or a marine
11   insurance company or anything like that?
12   A.    Was not.
13   Q.    Okay. When you say that it's
14   your opinion or belief that some of the
15   warranties and certificates were breached
16   with respect to the Taihe drywall, is that
17   the warranty against defective materials and
18   workmanship?
19   A.    Yes.
20   Q.    What about the warranty that it
21   complies with ASTM C36? Do you have any
22   knowledge or information that --
23   A.    I couldn't answer that.
24   Q.    Okay. Is that something, other

17 (Pages 62 to 65)