UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Silva et al v. Knauf Gips KG et al<br>EDLA 09-08034 | |

### PLAINTIFF'S PROPOSED TRIAL PLAN FOR A LOUISIANA HOMEOWNER CLASS FOR DAMAGES AND DECLARATORY RELIEF

Plaintiffs intend to try this case in three phases: (1) class-wide liability for property damage, (2) class-wide property damages, and (3) declaratory relief for insurance coverage.

**Phase I – Liability**

Phase I is designed to obtain a finding of class-wide liability for property damage. Louisiana law recognizes property damage claims against distributors and sellers of defective products under theories of negligence, strict liability, nuisance, and Consumer Protection Acts, warranty law and redhibition. *See Hernandez* FOFCOL (Docket #2713) at 44-47.

Plaintiffs will establish the Defendants' course of conduct and their liability through Interior Exterior's own documents, the documents of third parties, and fact witnesses from Interior Exterior. This evidence will show that Interior Exterior sold and distributed a defective product, failed to properly test and monitor its product to assure it was free from defects, and failed to warn Plaintiffs and class members of the defective nature of the CDW. This evidence of Defendants' common course of conduct, as well as Interior Exterior's liability defense, if any;

1

will be the same for the class representatives as it is for members of the classes. *See* Class Memorandum at 13-14. A jury verdict on this question as it relates to the class property damage claim for the class will be binding on the class and will eliminate the need for hundreds of duplicative trials on this issue.

### Phase II – Class-Wide Property Damage

If Plaintiffs obtain a finding of liability, the trial will proceed to class-wide property damages. The plaintiff class does not seek personal injury damages. The available damages under property law for a CDW plaintiff have already been determined under Louisiana. *See Hernandez* FOFCOL at 44-47.

Plaintiffs may recover the cost of repair plus alternative living costs, property diminution, loss of use and enjoyment damages, and personal property damage. *Id, see* Class Memorandum at 12-18. Individualized damages issues to the extent they exist do not defeat class certification and can be dealt with in a claims processing or mini-trials. Alternatively damages can be formulaic in nature and amenable to class treatment. For example, Plaintiff's expert, Ron Wright, has developed a formulaic method of determining repair costs considering national and local data to establish a dollar per square foot cost. *See* Declaration of Ronald E. Wright, P.E., ("Wright Dec.") (filed simultaneously herewith) at ¶¶5-7; Class Memorandum at 14-18. The alternative living costs during the remediation have also been determined in Louisiana trials, and are amenable to determination by a formulaic method. The property diminution can be determined on a percentage diminution basis. The loss of use and enjoyment, and private property damages can be determined on a class-wide basis through the use of a survey instrument

of representative class members. *Id.* Individual entitlement to these damages will be determined in the claims process or by mini-trials if necessary. *See* Class Memorandum at 15. The proof of damages, (including Ron Wright's formulaic methodology to determine the cost of repair, loss of use and enjoyment, personal property damages; and a property diminution expert), will be the same for the class representative and the members of that class. Plaintiffs will establish the class-wide damages at trial through: (1) the expert opinion of RonWright, (2) a property diminution expert, and/or (3) the testimony of the class representative.

### Phase III – Declaratory Judgment on Insurance Coverage

Under Louisiana law, the class representative and the class are injured parties who may directly sue the tortfeasor's insurer for a declaration of coverage. LA. REV. STAT. 22:1269; *Hood v. Cotter,* 08-215 (La. 12/2/08), 5 So. 3d 819. Such a dispute is likely to concern the applicability of certain coverage exclusions including the "pollution or contamination" exclusion, and others. *Finger v. Audobon Ins. Co.,* 09-8071 (La. Dist. Orleans Parish). Although coverage disputes may require pretrial discovery, *Asten Johnson Inc. v. Columbia Cas. Co.,* 562 F.3d 213, 220 (3d. Cir. 2009), the trial is to a bench trial, *Id.* at 219; *Terrell v. DeConna,* 877 F.2d 1267, 1273 (5th Cir. 1989). The declaratory judgment aspect of the trial is estimated to require an additional three trial days to complete. It is anticipated that the class trial described herein will take between 10 and 15 days.

**PROPOSED CLASS COUNSEL**

Dated: September 21, 2010          Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

## PROPOSED OF COUNSEL TO CLASS,
## PLAINTIFFS' STEERING COMMITTEE

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com