# EXHIBIT 3

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

Dec 18 2009
9:55AM

CHINESE DRYWALL DIVISION

CASE NO. 09-200,000 CA 42

IN RE: CHINESE DRYWALL
LITIGATION

_____/

## ORDER DENYING DEFENDANT BANNER SUPPLY CO. AND ALL SIMILARLY SITUATED DEFENDANTS' MOTIONS TO STAY, OR ALTERNATIVELY, MOTIONS TO DISMISS PLAINTIFFS' AMENDED COMPLAINTS AND STRIKE DEMANDS FOR ATTORNEYS' FEES

THIS CAUSE came before the Court on December 4, 2009, on motions to stay and/or dismiss and strike filed by Banner Supply Co. with regard to the following cases: Case No. 09-38887, Case No. 09-21657, Case No. 09-21660, Case No. 09-46294, Case No. 09-72514, and Case No. 09-08401. The Court having reviewed the memoranda and considered the arguments of counsel finds as follows:

1.  Defendant Banner Supply moves to stay the above-mentioned cases based upon the potential for duplicative and/or conflicting rulings in the Chinese-manufactured drywall multi-district litigation situated in federal court. Banner also moves to dismiss the complaints arguing: 1) they are not pled in accordance with Rule 1.110 of the Florida Rules of Civil Procedure such that Banner can frame a response or calculate a defense; 2) that the drywall in question constitutes a structural improvement for which a product liability action is inappropriate; 3) that the complaints do not contain allegations that the subject drywall is a product; 4) that the plaintiffs have failed to state a cause of action for medical monitoring; 5) that the plaintiffs have not stated valid FDUTPA claims; 6) that the plaintiffs have failed to state a cause of action for private nuisance; 7) that the plaintiffs have failed to join indispensable parties; and 8) that the plaintiffs' tort claims are barred by the economic loss rule. Lastly, Banner moves to strike plaintiffs' demands for attorneys' fees.

2.  Banner's motions to stay and/or to dismiss are denied in their entirety. Banner should refer to this Court's omnibus order on the application of the economic loss rule for a more detailed explanation of how the rule relates to plaintiff homeowners. Banner's motions to strike plaintiffs' demands for attorneys' fees are also denied.

CASE NO. 09-200,000 CA 42

3.  All motions to stay, and/or dismiss and strike filed by any other defendants which challenge a plaintiff's complaint based upon issues referenced in paragraph No. 1 of this order are denied in their entirety as well.

**THEREFORE it is ORDERED and ADJUDGED:**

All such defendants' motions to stay and/or dismiss and motions to strike plaintiffs' demands for attorneys' fees are DENIED. Defendants shall answer the plaintiffs' complaints within twenty (20) days from the date of this order.

DONE and ORDERED in chambers this _18_ day of December, 2009 at Miami-Dade County, Florida.

JOSEPH P. FARINA
CIRCUIT COURT JUDGE

Copies furnished to:
All counsel of record via *LexisNexis*

2