# EXHIBIT 9

**BANNER SUPPLY CO.**
LATH, PLASTER & DRYWALL MATERIALS

660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE: (954) 781-2308 • FAX: (954) 942-4350
101 DAWES AVENUE • WEST PALM BEACH, FLORIDA 33405
PHONE: (561) 832-7998 • FAX: (561) 832-9485
ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4641
www.bannersupply.com

MIAMI     PHONE: (305) 593-2946 • FAX: (305) 477-2715
FT. MYERS PHONE: (239) 938-0162 • FAX: (239) 938-0153
TAMPA     PHONE: (813) 671-0530 • FAX: (813) 671-4241
FORT ST. LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9663

REMIT PAYMENTS TO:
1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069

ACCOUNT NO.: 109070  *DUP* 1099711-001-01
INVOICE NUMBER: *DUP* 1099711-001-01

BILL TO: PRECISION DRYWALL INC
601 N CONGRESS AVE STE 501
DELRAY BCH FL 33445

SHIP TO: POMPANO STONE CREEK J#255
LYONS RD & BB BLVD
C/O NORTH STAR BLDRS
BOYNTON BEACH FL
255 LOT-260W

| QUANTITY ORDERED | QUANTITY SHIPPED | DISC | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $14 P/TRK FUEL SURCHARGE | | | |
| 1 | 1 | P* | NOTES<br>MODEL FAIRFAX<br>1ST FLOOR | EA | | |
| 86 | 86 | P* | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | | |
| 80 | 80 | P* | D58F12<br>5/8" FIRECODE DRYWALL 12'<br>4 X 12 | SF | | |
| 2 | 2 | P* | D14R8<br>1/4" REGULAR DRYWALL 8'<br>4 X 8 | SF | | |
| 24 | 24 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | | |
| 1 | 1 | P* | NOTES<br>2ND FLOOR | EA | | |
| 8 | 8 | P* | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | | |
| 134 | 134 | P* | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | | |
| 40 | 40 | P* | D58F12<br>5/8" FIRECODE DRYWALL 12'<br>4 X 12 | SF | | |
| 3 | 3 | P* | D14R8<br>1/4" REGULAR DRYWALL 8'<br>4 X 8 | SF | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

CONTINUED

DRIVER: JUST GET TICKET SIGNED!
...ERTIFY THAT I DELIVERED
...E MATERIALS LISTED TO
...DRESS SHOWN:

Driver: Chesna
Date: 8/1/06   Truck #: 112   Checked By:
Rec'd in Good Condition   X

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00007295

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO        PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS      PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA          PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE  PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

*REMIT PAYMENTS TO:*
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH – PLASTER & DRYWALL MATERIALS

ACCOUNT NO.: 03800B
1487244-0001-01

INVOICE NUMBER: 1487244-0001-01

BILL TO:
ATCO INT CORP
13870 SW 151 LANE
MIAMI      FL    33186
6998

SHIP TO:
PALM ISLES AT KEYS GATE
2259 SE 19 AVE
LOT 6 BLOCK 4
2ND FLOOR
HOMESTEAD      FL
6998

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1487244-0001-01 | 160 | 03/10/06 | 160 | 6998 | 03/10/06 |

2ND FLOOR                STOCK/COVER                FRT: T   PAGE NO. 1

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV |  |  |  |
| 150 | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF |  |  |
| 4 | 4 | * | D12XP12 NGC XP 1/2" X 4' X 12' MOLD RESISTANT | SF |  |  |
| 5 | 5 | * | D35D 1/2" CEMENT BOARD 3' X 5' 50/PALLET | EA |  |  |

**STOCKED**

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

***SHIP ORDER****SHIP ORDER****

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

DRIVER: MUST GET TICKET SIGNED!
Driver: [signature]
I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Date: 5/13/06
Truck #: 103
Checked By: [signature]
Rec'd In Good Condition X

BANNER-HARRELL000459

```
7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122          POMPANO          PHONE: (954) 781-2399 • FAX: (954) 942-4360
PHONE: (305) 593-2946 • FAX: (305) 477-2775           FT. MYERS        PHONE: (239) 938-0162 • FAX: (239) 938-0163
      TOLL FREE: (888) 511-4004                       TAMPA            PHONE: (813) 671-0530 • FAX: (813) 671-4204
ACCOUNTING AND RELEASE INQUIRIES                      PORT ST LUCIE    PHONE: (772) 466-1311 • FAX: (772) 466-9883
Phone: (305) 593-2946 • Fax: (305) 593-2787           WEST PALM BEACH  PHONE: (561) 832-7998 • FAX: (561) 832-8485
      www.bannersupply.com
                                                                REMIT PAYMENTS TO:
                                                           7195 NW 30TH ST • MIAMI, FL 33122
```

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 03800B | 1488357-0001-01 | 1488357-0001-01 |

BILL TO: ATCO INT CORP
13870 SW 151 LANE
MIAMI              FL   33186
                    7047

SHIP TO: PALM ISLES AT KEYS GATE
2259 SE 19 AVE
LOT 6 BLOCK 4
HOMESTEAD              FL
                    7047

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1488357-0001-01 | 160 | 03/20/06 | 160 | 7047 | 03/20/06 |

| | | | | FRT | PAGE NO. |
|---|---|---|---|---|---|
| 1ST FLOOR | | STOCK/COVER | | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 144 | 144 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 6 | 6 | * | D12XP12 NGC XP 1/2" X 4' X 12' MOLD RESISTANT | SF | | |

**STOCKED**

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

| DRIVER: MUST GET TICKET SIGNED | Driver: | Date: 3/24/06 | Truck #: 108 | Checked By: | SUB TOTAL / MISC CHARGE |
|---|---|---|---|---|---|
| I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN: | Rec'd in Good Condition X | | | | FREIGHT TOTAL / FED./OTHER TAX / STATE TAX / PAYMENT |

BANNER-HARRELL000483

| | | | | |
|---|---|---|---|---|
| 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122 | | POMPANO | PHONE: (954) 781-2399 • FAX: (954) 942-4360 | |
| PHONE: (305) 593-2946 • FAX: (305) 477-2775 | | FT. MYERS | PHONE: (239) 938-0162 • FAX: (239) 938-0163 | |
| TOLL FREE: (888) 511-4004 | | TAMPA | PHONE: (813) 671-0530 • FAX: (813) 671-4204 | |
| ACCOUNTING AND RELEASE INQUIRIES | | PORT ST LUCIE | PHONE: (772) 466-1311 • FAX: (772) 466-9883 | |
| Phone: (305) 593-2946 • Fax: (305) 593-2787 | | WEST PALM BEACH | PHONE: (561) 832-7998 • FAX: (561) 832-8485 | |
| www.bannersupply.com | | | | |

**REMIT PAYMENTS TO:**
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO: 03800B
1496215-0001-01
INVOICE NUMBER: 1496215-0001-01

BILL TO: ATCO INT CORP
13870 SW 151 LANE
MIAMI FL 33186
7294

SHIP TO: PALM ISLES AT KEYS GATE
LOT6BLK4 MODL QUENNB-C
2259 SE 19AVE
HOMESTEAD FL
7294

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1496215-0001-01 | 160 | 05/23/06 | 173 | 7294 | 05/23/06 |

DROP | FRT: T | PAGE NO: 1

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-17-06 THERE WILL BE A $2.00 FUEL SURCHARGE PER INV | | | |
| 1 | 1 | * | NOTES FIRST FLOOR | EA | | |
| 40 | 40 | * | DJC-GP JOINT COMPOUND 61.7LBS GEORGIA PACIFIC-BLUE | EA | | |
| 84 | 84 | * | DDB-9 GALV. DRYWALL BEAD 9' 56 PIECES=504 LFT | LF | | |
| 75 | 75 | * | DDB-69 GALV. DRYWALL BEAD 6' 9" 75 PIECES=507 LFT | LF | | |
| 10 | 10 | * | DDTL 500' DRYWALL TAPE 10/BX | EA | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU
***SHIP ORDER******SHIP ORDER***

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

DRIVER: MUST GET TICKET SIGNED!
Driver:
Date: 5/24/06
Truck #: 1195
Checked By: [signature]

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Rec'd in Good Condition
X

BANNER-HARRELL000536