# EXHIBIT 9

660 S.W. 13TH COURT • POMPANO BEACH, FLORIDA 33069
PHONE: (954) 781-2308 • FAX: (954) 942-4350
101 DAWES AVENUE • WEST PALM BEACH, FLORIDA 33405
PHONE: (561) 832-7998 • FAX: (561) 832-5485
ACCOUNTING AND RELEASE INQUIRIES:
Phone: (954) 781-2399 • Fax: (954) 942-4641
www.bannersupply.com

MIAMI    PHONE: (305) 593-2946 • FAX: (305) 477-2715
FT. MYERS    
TAMPA    PHONE: (239) 938-0162 • FAX: (239) 938-0153
FORT ST. LUCIE    PHONE: (813) 671-0530 • FAX: (813) 671-4204
PHONE: (772) 468-1911 • FAX: (772) 468-9663

REMIT PAYMENTS TO:
1550 S.W. 13TH COURT • POMPANO BEACH, FLORIDA 33069

**BANNER SUPPLY CO.**
LATH, PLASTER & DRYWALL MATERIALS

ACCOUNT NO.: 109070    **DUP**    1099711-0001-01
INVOICE NUMBER: **DUP**    1099711-0001-01

BILL TO:
PRECISION DRYWALL, INC.
601 N CONGRESS AVE STE 501
DELRAY BCH    FL    33445

SHIP TO:
POMPANO / STONE CREEK J#255
LYONS RD. & BB BLVD.
C/O NORTH STAR BLDRS
BOYNTON BEACH    FL

255 LOT-260W    ***    255 LOT-260W    ***

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099711-0001-01 | 132 | 07/27/06 | 117 | 255 LOT-260W | 07/31/06 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DISC | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT. 1, 2005 THERE WILL BE $1.4 P/THV FUEL SURCHARGE | | | |
| 1 | 1 | P* | NOTES MODEL FAIRFAX 1ST FLOOR | EA | | |
| 86 | 86 | P* | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 80 | 80 | P* | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | | |
| 2 | 2 | P* | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | | |
| 24 | 24 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | | |
| 1 | 1 | P* | NOTES 2ND FLOOR | EA | | |
| 8 | 8 | P* | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | | |
| 134 | 134 | P* | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 40 | 40 | P* | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | | |
| 3 | 3 | P* | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

CONTINUED

DRIVER: JUST GET TICKET SIGNED!
...ERTIFY THAT I DELIVERED
...E MATERIALS LISTED TO
...DRESS SHOWN:

Driver: Cherry
Date: 8/1/06    Truck #: 112    Checked By:
Rec'd in Good Condition    X

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00007295

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO        PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS      PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA          PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE  PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 03800B | 1487244-0001-01 | 1487244-0001-01 |

BILL TO: ATCO INT CORP
13870 SW 151 LANE
MIAMI    FL    33186
6998

SHIP TO: PALM ISLES AT KEYS GATE
2259 SE 19 AVE
LOT 6 BLOCK 4
2ND FLOOR
HOMESTEAD    FL
6998

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1487244-0001-01 | 160 | 03/10/06 | 160 | 6998 | 03/10/06 |

2ND FLOOR                STOCK/COVER                FRT: T   PAGE NO. 1

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 150 | 150 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | | |
| 4 | 4 | * | D12XP12<br>NGC XP 1/2" X 4' X 12'<br>MOLD RESISTANT | SF | | |
| 5 | 5 | * | D35D<br>1/2" CEMENT BOARD 3' X 5'<br>50/PALLET | EA | | |

**STOCKED**

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
Driver: [signature]
I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Date: 3/13/06
Truck #: 103
Checked By: [signature]
Rec'd In Good Condition X

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-HARRELL000459

```
7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122        POMPANO         PHONE: (954) 781-2399 • FAX: (954) 942-4360
PHONE: (305) 593-2946 • FAX: (305) 477-2775         FT. MYERS       PHONE: (239) 938-0162 • FAX: (239) 938-0163
TOLL FREE: (888) 511-4004                           TAMPA           PHONE: (813) 671-0530 • FAX: (813) 671-4204
ACCOUNTING AND RELEASE INQUIRIES                    PORT ST LUCIE   PHONE: (772) 466-1311 • FAX: (772) 466-9883
Phone: (305) 593-2946 • Fax: (305) 593-2787         WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485
www.bannersupply.com
                                                    REMIT PAYMENTS TO:
                                                    7195 NW 30TH ST • MIAMI, FL 33122
```

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 03800B | 1488357-0001-01 | 1488357-0001-01 |

BILL TO: ATCO INT CORP
13870 SW 151 LANE
MIAMI          FL    33186
                            7047

SHIP TO: PALM ISLES AT KEYS GATE
2259 SE 19 AVE
LOT 6 BLOCK 4
HOMESTEAD        FL
                            7047

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1488357-0001-01 | 160 | 03/20/06 | 160 | 7047 | 03/20/06 |

| | | | | FRT | PAGE NO |
|---|---|---|---|---|---|
| 1ST FLOOR | | STOCK/COVER | | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 144 | 144 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 6 | 6 | * | D12XP12 NGC XP 1/2" X 4' X 12' MOLD RESISTANT | SF | | |

**STOCKED**

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

DRIVER:
MUST GET TICKET SIGNED

Driver:
Date: 3 JY 06
Truck#: 108
Checked By:

I CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:

Rec'd in Good Condition
X

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-HARRELL000483

| | 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122 | POMPANO | PHONE: (954) 781-2399 • FAX: (954) 942-4360 |
|---|---|---|---|
| | PHONE: (305) 593-2946 • FAX: (305) 477-2775 | FT. MYERS | PHONE: (239) 938-0162 • FAX: (239) 938-0163 |
| | TOLL FREE: (888) 511-4004 | TAMPA | PHONE: (813) 671-0530 • FAX: (813) 671-4204 |
| | ACCOUNTING AND RELEASE INQUIRIES | PORT ST LUCIE | PHONE: (772) 466-1311 • FAX: (772) 466-9883 |
| | Phone: (305) 593-2946 • Fax: (305) 593-2787 | WEST PALM BEACH | PHONE: (561) 832-7998 • FAX: (561) 832-8485 |
| | www.bannersupply.com | | |

**REMIT PAYMENTS TO:**
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO: 03800B
1496215-0001-01

INVOICE NUMBER: 1496215-0001-01

BILL TO: ATCO INT CORP
13870 SW 151 LANE
MIAMI FL 33186
7294

SHIP TO: PALM ISLES AT KEYS GATE
LOT6BLK4 MODL.QUENNB-C
2259 SE 19AVE
HOMESTEAD FL
7294

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1496215-0001-01 | 160 | 05/23/06 | 173 | 7294 | 05/23/06 |

DROP | FRT: T | PAGE NO: 1

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-17-06 THERE WILL BE A $2.00 FUEL SURCHARGE PER INV | | | |
| 1 | 1 | * | NOTES<br>FIRST FLOOR | EA | | |
| 40 | 40 | * | DJC-GP<br>JOINT COMPOUND 61.7LBS<br>GEORGIA PACIFIC-BLUE | EA | | |
| 84 | 84 | * | DDB-9<br>GALV. DRYWALL BEAD 9'<br>56 PIECES=504 LFT | LF | | |
| 75 | 75 | * | DDB-69<br>GALV. DRYWALL BEAD 6' 9"<br>75 PIECES=507 LFT | LF | | |
| 10 | 10 | * | DDTL<br>500' DRYWALL TAPE 10/BX | EA | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU
***SHIP ORDER******SHIP ORDER***

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

DRIVER: MUST GET TICKET SIGNED!
Driver:
Date: 5/24/06
Truck #: 1195
Checked By: BD

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Rec'd in Good Condition X

BANNER-HARRELL000536