# EXHIBIT 10

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number: _____
Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| Field | Value |
|---|---|
| Name Property Owner | Karin Vickers |
| Address of Affected Property | 2259 S.E. 19th Avenue, Homestead, Florida 33035 |
| Is this Property: | Residential [X] Commercial [ ] Governmental [ ] |
| Name of Person Completing this Form | Plaintiff's Counsel |
| Is above your primary residence? | Yes [X] No [ ] |
| Mailing Address (if different) | SAME |
| Phone: | (305) 230-6550 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant [X]   Owner Only [ ]   Renter-Occupant [ ]

| Field | Value |
|---|---|
| Represented By: | Ervin Gonzalez, Esq. |
| Address: | Colson Hicks Eidson, 255 Aragon Avenue, Second Floor, Coral Gables, Florida 33134 |
| Phone: | (305) 476-7400 |
| Case No. /Docket Info: | 09-CV-04117-EEF-JCW (FDLA) |

### Section II. Insurance Information

| Field | Value |
|---|---|
| Homeowner/ Renter Insurer: | Citizens |
| Policy #: | 0617598 |
| Agent: | Larry Collins c/o StateFarm |
| Address: | 7600 West 20 Avenue, Suite 109, Hialeah, Florida 33016-5513 |
| Phone: | (305) 823-0112 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Karin Vickers | 10/1/06 | / / | M/(F) | 2/5/61 | Yes [X] No [ ] | Owner-Occupant |
| Edy Masse | 10/1/06 | / / | (M)/F | 12/29/58 | Yes [X] No [ ] | Occupant |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? Yes ☒ No ☐

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Yanes Security & Investigative Services, Inc. 305-461-5200

1.2. When did the inspection take place? 3 / 20 / 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? Yes ☒ No ☐

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Yanes Security & Investigative Services, Inc. 305-461-5200

2.2. When was this determination made? 3 / 20 / 09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3,200 SF | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☒ | ☐ |
| Height of Interior Walls | | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 6 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 4 | Winter | ☐ | ☐ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☐ | ☐ | ☒ |
| Were repairs made to the plumbing system? | ☐ | ☒ | |

Dates:

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☐ | ☐ | ☒ |
| 2nd Panel | ☐ | ☐ | ☒ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |

Dates:

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date: 10 / 1 / 05  Completion Date: 10 / 1 / 06
Move In Date: 10 / 1 / 06  Date Acquired Home: 10 / 1 / 06

Date Range for Renovations: (Month/Day/Year)
Start Date: / /  Completion Date: / /
Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☒ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☒ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☒ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address: Kieran P. Fallon, Esq.
Registered Agent for South Kendall Construction Corp.
436 SW 8 Street

Phone: (   )    -    

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (   )    -    

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address: Arthur Landers
Registered Agent for Banner Supply Co.
7195 NW 30th Street
Miami, FL 33122

Phone: (   )    -

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| [signature] | 8/31/09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

**CITIZENS PROPERTY INSURANCE CORPORATION, WIND ONLY POLICY**
6676 Corporate Center Parkway, Jacksonville, Florida 32216-0973

**CITIZENS**

INSURED NAME AND ADDRESS
VICKERS, KARIN
2259 SE 19 AVE
HOMESTEAD, FL 33035

THIS IS A DWELLING

POLICY TERM 12/17/2008 TO 12/17/2009   AT 12:01 A.M. (EST)   CITIZENS POLICY NO. 6617598
INCEPTION DATE   EXPIRATION DATE

This is your Policy Declaration Page - This is not a Bill - DO NOT PAY

PAGE 1

| Item No. | Amount of Insurance Building | Contents | Deductibles Hurricane / Other Wind | Territory | Premium |
|---|---|---|---|---|---|
| 1 | 372,000 | 186,000 | $7,440 (2%) / $500 | T-29 | 1,565 |

TWO STORY FRAME 1 UNIT DWELLING LOC:
2259 SE 19TH AVE HOMESTEAD, DADE FL 33035

2 story, Frame, hip roof, Class C shutters and Year Built Verified: Yes -2006

If the above characteristics do not accurately describe your dwelling, contact your agent.

Fungi (Mold) Increased Limit: $50,000   Premium $46

Total Coverage: $558,000   Payment Plan: Quarterly   Total Premium: $1,949

Hurricane Premium $1,580        2005 Florida Hurricane Catastrophe Fund Emergency Assessment $15
Non-Hurricane Premium $32        Catastrophe Reinsurance Surcharge $242
Tax Exempt Surcharge $28         2007 Florida Insurance Guaranty Association Regular Assessment $38
2005 Citizens Emergency Assessment $23

Subject to Form No(s):   CIT W24 05 05   CIT W01 94 10 05
CIT-W04 21   CIT DW2 07 04   CIT W03 33 07 04   CIT W04 90 10 05

Mortgagee/Loss Payee:
COUNTRYWIDE HOME LOANS
ISAOA / ATIMA TPRP 220F9
PO BOX 2962
PHOENIX, AZ 85062-2962
LOAN #177552504

Agent:
LARRY COLLINS 0628
C/O STATE FARM
7600 WEST 20 AVENUE
SUITE 109
HIALEAH, FL 33016-5513
(305) 823-0112

Payor: INSURED
Date: 12/31/2008

06282 Team 3   AGENT COPY   QSY R 40111   112

# KAREN VICKERS

# PHOTOS OF PRODUCT IDENTIFICATION INSPECTION

## 10/20/09

2259 SE 19th AVENUE
HOMESTEAD, FLORIDA

ATTY: ERVIN GONZALEZ
BY: JAVIER YANES

9297 COVER

**YANES SECURITY &
INVESTIGATIVE SERVICES, INC.**

*Private Investigations*

MEMO

Date: October 20, 2009

To: Ervin Gonzalez

From: Javier Yanes

Re: Karen Vickers

## PRODUCT IDENTIFICATION INSPECTION

On October 20, 2009 we traveled to the Vickers residence located at 2259 SE 19th Avenue Homestead, Florida and searched for, located and photographed the KNAUF drywall brand, which was found in the west wall of the kitchen, behind the refrigerator.
Enclosed, please find a CD containing photos of the KNAUF print.

Thank you.

*Javier Yanes*
9-27-102009 KAREN VICKERS

P.O. BOX 145486 • CORAL GABLES, FLORIDA 33114-5486

VICKERS 0041



VICKERS 0042



VICKERS 0043



VICKERS 0044



ViCKERS 0045



VICKERS 0046



VICKERS 0047



VICKERS 0048



VICKERS 0049



VICKERS 0050



VICKERS 0051



VICKERS 0052



VICKERS 0053



VICKERS 0054



VICKERS 0055



VICKERS 0056



VICKERS 0057



VICKERS 0058



VICKERS 0059



VICKERS 0060

KAREN VICKERS     9297
2259 SE 19th AVENUE
HOMESTEAD, FLORIDA
D/O/I: 10/20/09
BY: JAVIER YANES