UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL NO. 2047
DRYWALL PRODUCTS LIABILITY              SECTION: L
LITIGATION

THIS DOCUMENT RELATES TO                JUDGE FALLON
                                        MAG. JUDGE WILKINSON
Vickers et al v. Knauf Gips KG et al
EDLA 09-04117
AND
Payton et al v. Knauf Gips KG et al
EDLA 09-07628

DECLARATION OF ARNOLD LEVIN

I, Arnold Levin, declare as follows:

1.  I am lead counsel in the *In re Chinese-Manufactured Drywall* MDL and am familiar with

the factual and legal issues discussed herein.

2.  The proposed class representative plaintiffs, Ms. Karin Vickers, 2259 S.E. 19th Avenue,

Homestead, FL 33035 and Mr. Dr. Steven Roberts, 10013 Cobblestone Creek Drive, Boynton

Beach, FL 33472, have properly filed a completed Plaintiff Profile Form (PPF) and product

identification photos (Compendium of Exhibits ("Comp. Ex." 10, 11) which provide the product

identification for Knauf CDW in their homes.

3.  Ms. Vickers and Dr. Roberts have retained professionals to inspect their homes.  As a

result of these inspections I have obtained photographic product identification of Knauf CDW in

these homes, and evidence of corrosion damage.

4.  Ms. Vickers and Dr. Roberts report that HVAC, appliances and other electronics have

1

prematurely failed in their homes.

5.   The Omni Complaint filings indicate that over 500 Florida claimant homeowners have CDW in their homes obtained through Banner Supply Co.

6.   The PSC has obtained CDW sale and delivery records and invoices for Florida from various parties including Interior Exterior, Banner Supply and Knauf which document the widespread delivery of CDW between 2005-2008 by Banner for construction of homes in Florida.

7.   Ms. Vickers and Dr. Roberts have fully cooperated with counsel and the Court in this litigation.  Each has completed and filed a PPF and product identification information.  Each has subjected their home to a screening inspection to determine product identification and the fact of corrosion damage.  Each is available for deposition and each understands the responsibilities of a class representative and accepts those responsibilities.

8.   The Curriculum Vitae of proposed class counsel Arnold Levin of Levin, Fishbein, Sedran & Berman;  Ervin Gonzalez, of Colson Hicks Eidson; and Richard Lewis, of Hausfeld LLP are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

9/20/10
_____
Date

_____
Arnold Levin

2

# EXHIBIT 1

### ARNOLD LEVIN

### LEVIN, FISHBEIN, SEDRAN & BERMAN

Levin, Fishbein, Sedran & Berman is a litigation firm specializing in complex litigation on both a local and national level.

Arnold Levin is the senior partner in the law firm of Levin, Fishbein, Sedran & Berman. He graduated from Temple University, B.S., in 1961, and Temple Law School, LLB, in 1964.

The Firm has litigated major antitrust and products liability cases, including: *In Re Commercial Explosives Antitrust Litigation*, *In Re Graphite Electrodes Antitrust Litigation*, *In Re Clozapine Antitrust Litigation*, *In Re Travel Agents Commission Antitrust Litigation*, *In re Three Mile Island Litigation; In Re Orthopedic Bone Screws Product Liability Litigation*, *In Re Diet Drug Product Liability Litigation*, *In Re Rezulin Products Liability Litigation*, *In Re Propulsid Products Liability Litigation*, *In Re PPA Products Liability Litigation*, *In re Vioxx Products Liability Litigation*, and *In Re Chinese-Manufactured Drywall Products Liability Litigation*.

He is admitted to the following Courts: U.S. District Court, Eastern District of Pennsylvania, U.S. Court of Appeals, Third, Fourth, Sixth, Seventh, Ninth and Tenth Circuits and U.S. Supreme Court; 1983, U.S. District Court, Middle District of Pennsylvania and U.S. Claims Court.

He is a member of the following bar associations: Philadelphia (Member: State Judicial Procedure Committee, 1978—; Federal Rules of Civil Procedure Committee, 1978—), Pennsylvania, American (Vice Chairman, Maritime Insurance Law Committee, 1981-1982) and International Bar Associations; Philadelphia Trial Lawyers Association (Member, Board of Directors, 1978-1981); Pennsylvania Association for Justice (Co-Chairman, Antitrust Section, 1977—); American Association for Justice (Secretary, 1977-1978, Vice Chairman, 1978-1979 and Chairman, 1979-1980, Commercial Litigation Section; Member: Amicus Curiae Committee, 1979-1980, 1992-1997;

Trial Subject Advisory Committee, 1979-1980; Chairman, Environmental Law Essay Contest, 1983); Maritime Law Association of the United States.  He is also a Fellow of the International Society of Barristers.

He is listed is The Best Lawyers of America.

Mr. Levin is Co-Lead Counsel of Plaintiffs' Legal Committee and Plaintiffs' Liaison Counsel, *In re Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D. of Pa.) and Co-Lead Counsel of Plaintiffs' Management Committee and Plaintiffs' Liaison Counsel, *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, MDL No. 1203 (E.D. of Pa.).  He is a member of Plaintiffs' Executive Committee, *In re Rezulin Products Liability Litigation*, MDL No. 1348 (S.D. of NY) and was a Member of Plaintiffs' Executive Committee and Lead Trial Counsel, *In Re Asbestos School Litigation*, U.S.D.C., Eastern District of Pennsylvania, Master File No. 83-0268. He is a member of Plaintiffs' Steering Committee in *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D. of Louisiana) and *In re Yasmin and Yaz Marketing, Sales Practices and Relevant Products Liability Litigation,* MDL No. 2100 (S.D. of Illinois).  He is a member of the Plaintiffs' Steering Committee and Plaintiffs' Negotiating Committee in *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. of LA).  He was also a Member of the Plaintiffs' Steering Committee and the Plaintiffs' Negotiating Committee, *Silicone Gel Breast Implants Products Liability Litigation,* Master File No. CV-92-P-10000-S; *In re Telectronics Pacing Systems, Inc. Accufix Artrial "J" Leads Products Liability Litigation*, Case No. MDL-1057 (S.D. Ohio); *In re Baxter Healthcare Corporation Gammagard Products Liability Litigation*, MDL No. 1060-R (C.D. of Calif.); *In re Norplant Product Liability Litigation,* MDL No. 1038 (E.D. of Texas).  He is the Court appointed medical monitoring lead counsel in *In re Human Tissue Products Liability Litigation,* MDL no. 1763 (D. of New Jersey).  Mr. Levin is currently Lead Counsel of Plaintiffs' Steering Committee in *In Re Chinese-Manufactured*

2

***Drywall Products Liability Litigation,*** MDL No. 2047 (E.D. of La.).

In his 46 years of practicing law, Mr. Levin has either been lead counsel of and/or a member of in excess of 100 steering committees in the fields of mass torts, antitrust, and securities class actions and MDL proceedings.  He has lectured extensively before national and state bar associations in complex litigation industry, class actions, and consolidated mass tort actions.

3

**Ervin A. Gonzalez**
Board Certified Trial Lawyer



Ervin A. Gonzalez is board certified as a specialist in civil trial law (personal injury and wrongful death cases) and business litigation law by The Florida Bar and The National Board of Trial Advocacy. He is a partner at the firm of Colson Hicks Eidson, in Coral Gables, Florida.

Gonzalez is a former Governor of The Florida Bar and has served on its executive committee and long range planning committee.  Mr. Gonzalez is a former member of the National Board of Trustees of the National Institute of Trial Advocacy (NITA) and an elected member of the American Board of Trial Advocates (ABOTA). He is Past President of the Dade County Bar Association, Past President of the Dade County Trial Lawyers Association, and a former Director of the Academy of Florida Trial Lawyers.  Gonzalez also served as a member and Subcommittee Chairman for the Florida Bar's Committee on the Rules of Civil Procedure. He is a graduate of the University of Miami School of Law - Juris Doctorate, 1985, cum laude.

Mr. Gonzalez has 27 verdicts in excess of a million dollars – including a $65.1 Million verdict in a wrongful death case and the highest award in a Federal Tort Claims Act - a $61 Million award for Medical Malpractice.  He has settled numerous multi-million dollar cases throughout his career, including a $100 Million Settlement with SCI Corporation for the desecration of graves in a Jewish Cemetery.  Many of his verdicts have ranked in the top verdicts in America.

Mr. Gonzalez is rated "AV" by Martindale-Hubbell, the highest rating available and has the distinction of being ranked as one of America's leading lawyers by various sources including: "*Best Lawyers in America*", "*Chambers and Partners*" "*Leading American Attorneys*" , "*Florida Trend Magazine*" and *South Florida Legal Guide.*

In 2009 Gonzalez received the **Key Partner Award for** Litigation from the *South Florida Business Journal* .  In 2008 Gonzalez was featured on the cover of *Florida Super Lawyers* and in 2009 and 2010 named **Top 10 Lawyers in the State of Florida**.  Additionally has was named **"Top 11 Lawyers in the Nation for 2005"**, by *Lawyer Weekly USA* and received the **"Most Effective Lawyer Award"** for Civil Litigation from *The Daily Business Review* in 2005 and 2006 and was recently named **"Top 500 Litigators in the Nation"** by *Law Dragon.* Mr. Gonzalez has also been rated as one of the **100 Most Influential Hispanics in the Nation** by Hispanic Business Magazine.

Mr. Gonzalez is an adjunct professor at the University of Miami School of Law for the trial skills litigation program.   His published works include:

> Florida Civil Discovery, 2007 Edition
> LexisNexis Practice Guide
>
> Florida Civil Trial Practice, Sixth Edition:  Demonstrative Evidence
> The Florida Bar Continuing Legal Education
> Lexis Nexis, 2007
>
> Florida Civil Trial Preparation Third Edition
> The Florida Bar's FasTrain, CLE Series, 2007 and 2009
>
> Practice Guide:  Florida Personal Injury
> LexisNexis
> Gonzalez, Fine, Kissane, Lambert
> 2007

Breast Cancer, A Practical Guide, Third edition
Orlando E. Silva, MD
Stefano Zurrida, M.D.
Co Author of Chapter 43: "Issues in Breast Cancer Liability"

Practice Guide: Florida Civil Procedure
LexisNexis: 5 Volume Book
Gonzalez, Latimer, Brown, Grimes, Davidson
Mathew Bender and Co.
2005
        Volume 1 – Pretrial
        Volume 2 – Pretrial
        Volume 3 – Discovery
        Volume 4 – Motions
        Volume 5 – Trial & Post-Trial

FasTrain:Florida Civil Trial Preparation
The Florida Bar, 5 Volume Book
CLE Publications
May, 2002
        Book I - Organization
        Book II- Motion Practice
        Book III - Discovery
        Book IV - Evidence
        Book V- Settlement and Alternative Dispute

"Expert Testimony"
Chapter 10 - Florida Evidence
Lawyers Cooperative Practice Guide American Inns of Court
Civil Procedure Series
West Group/West Publishing – 1997

Chapter on "Demonstrative Evidence"
Florida Civil Trial Practice, 6th ed.
The Florida Bar CLE Publications
April, 2001

Advanced Trial Handbook
Dade County Trial Lawyers Association – October, 1996

"Trial Tips" A monthly civil litigation column published in the Dade County Bar Bulletin and
the Daily Business Review. 1992-2002

And numerous articles on legal issues for The Florida Bar Journal, Dade County Bar
Bulletin, Daily Business Review, The Academy of Florida Trial Lawyers and other legal
publications.

Mr. Gonzalez is a frequent lecturer for the American Bar Association, Academy of Florida Trial
Lawyers, The Florida Bar, The Dade County Trial Lawyers, The University of Miami School of
Law, Lorman Education, and other organizations.

---

**Areas of Practice:**

---

Serious Personal Injury & Wrongful Death
Product Liability
Medical Negligence
Aviation Accidents

Trucking Accidents
Business Litigation
General Civil Liability
Construction Litigation
Professional Liability
Insurance Litigation
Class Actions & Mass Torts
Toxic Torts

**Certification/Specialties:**

Certified Civil Trial Specialist, Florida Bar
Certified Civil Trial Specialist, National Board of Trial Advocacy
Business Litigation Specialist, Florida Bar

**Bar Admissions:**

Florida, 1985
District of Columbia, 1988
Texas, 1991
Colorado, 1991
New York, 1992
U.S. Court of Appeals 11th Circuit, 1991
U.S. Court of Appeals 5th Circuit, 1992
U.S. District Court Middle District of Florida, 1986
U.S. District Court Northern District of Florida, 2007
U.S. District Court Southern District of Florida, 1986
U.S. District Court Eastern District of New York, 2002
U.S. District Court Southern District of New York, 2002
U.S. District Court Northern District of Texas, 1991
U.S. District Court Western District of Texas, 1991
U.S. District Court Southern District of Texas, 1992
U.S. District Court District of Arizona, 1992
U.S. District Court District of Colorado, 1992
U.S. District Court Eastern District of Michigan, 1992
U.S. District Court Western District of Michigan, 1992
U.S. Supreme Court, 1991

**Professional & Civic Organizations and Committees:**

**11th Judicial Circuit - Ad Hoc Committee on Business Litigation Division**
Member, September 2006 – 2008

**11th Judicial Circuit Centennial Celebration**
Committee Member, 2009 - Present

***Ad Hoc Advisory Committee on Rules and Procedures of the US District Court, Southern District of Florida*** – 2008-Present

***Alliance for Ethical Government Committee***
Member, 1999 - 2001

Ervin A. Gonzalez – Bio                                            Page 3 of 7

**American Association for Justice (fka Association of Trial Lawyers of America)**
Member, 1986 – Present

**American Bar Association**
  Member, 1986 - Present
  Member of Host Committee - Annual Meeting – 1995
  Vice-Chair of the Trial Techniques Committee - 2003-2005

**American Board of Trial Advocates**
Member, 2002 – Present

**Asbestos Product Liability Omnibus Order Revision Committee**
  Eleventh Judicial Circuit Court
  Member, 1991 - 1997

**Children's Resource Fund Special Counsel**
  1989 – 1995

**Coral Gables Bar Association**
Member, 2001 - Present

**Court Appointed Special Master**
By: Judge Philip Bloom - October, 1991

**Cuban American Bar Association**
Member, 1986 - Present

**Dade County Bar Association**
  President, 2000
  President-Elect, 1999
  Vice President, 1998
  Secretary, 1997
  Treasurer, 1996
  Director, 1990-1 995
  By-Laws Committee Member, 1992 - 1993
    Chairperson, 1993 – 1994
    Co-Chairman, 1992, 1994 - 1995
  Historic Courthouse Lobby Restoration Committee Member, 1997
  Judicial Selection Retention Committee Member, 1999
  Tort Reform Legal Committee: Chairperson, 1998
  Young Lawyers Division: Director, 1987 - 1990
  Member, 1986 - Present

**Federal Bar**
Association Member, 1999 – Present

**Florida Association for Women Lawyers**
Member, 2004 - Present

**Florida Bar**

  Admiralty & Maritime Law Certification Committee: Liaison Member, 2003-2004
  Board of Governors: Member, 2001-Present
  Board of Governors Liaison to the FL Supreme Court Historical Society Board, 2002-2003

Ervin A. Gonzalez – Bio                                      Page 4 of 7

Civil Procedures Standing Committee: Liaison Member, 2004-2005
Code and Rules of Evidence Committee: Liaison 2008-Present
Communications Committee: Member, 2002-2003
Disciplinary Review Committee: Member, 2002-2003
Executive Committee: Member, 2003-2005
FBBE Lawyer Vacancy Screening Committee - 2009
Forum Non Conveniens Subcommittee of Civil Procedure Committee: Chairman, 1996-97
Legislation Committee: Member, 2003-2008
Judicial Nominating Selection Commission:
    Statewide Chair: 2006
    3rd District Member, 2001 and 2007
Program Evaluation Committee:
    Chairman: 2007
    Member, 2003-Present
Rule 1.442; Inapplicability to Class Actions Sub-Committee of Civil Procedure Committee:
    Chairman, 1998
Rules of Civil Procedure Committee: Member, 1994 – 2007; Vice Chair, 2000
Rules Committee: Member, 2008 - Present
Strategic Planning Committee: Member, 2004-2005; 2007
Trial Lawyers Section: Member, 1985 - Present

**Florida Bar Foundation, Miami Fellows Campaign Committee**
Member, 2003

**Florida Justice Association (fka Academy of Florida Trial Lawyers)**
Member, 1986 - Present
Director, 1990 - 1996
Allies Committee: Member, 1995 – 1996
Constitutional Challenge Committee: Member, 1999 - 2000
Continuing Legal Education Committee: Member, 1990 - 2005
Eagle Patron 1991 - Present
Environmental Law Section: Chairman, 1990 - 1993; 1995 - 1996
Hurricane Task Force: Member, 1992 - 1993
Legislative Committee: Member, 1992 - 1993
Speakers' Bureau: Chairman, 1995 - 1997

**Florida Supreme Court Judicial Ethics Advisory Committee**: Member, 2002-2006

**Greater Miami Chamber of Commerce**
America 2000 Education Committee: Co-Chairman, 1991 - 1993
Black/Hispanic Co-Ventures Committee Member, 1992- 1994
Crime Prevention Committee Member, 1993 - 1994
Education Committee Member, 1991 - 1993
Environmental Awareness Committee Member, 1991 - 1994
Hispanic Affairs Committee Member, 1986 – 1994
Judicial Review Committee Member, 1993 – 1994
Leadership Miami, Graduate 1987
Member, 1986, 2001; Trustee, 1990 - 1994
Multi-Cultural Affairs Committee Member, 1987 - 1992

**Immaculata-La Salle Board of Advisors**, 2008 - Present

**Legal Services of Greater Miami, Inc.**
The Campaign for Justice Committee Member, 1995

**Miami Justice Association (fka Dade County Trial Lawyers Association)**
President, 1995
President-Elect, 1994
Treasurer, 1993
Secretary, 1992

Ervin A. Gonzalez – Bio

Director, 1988
Member, 1986 - Present

**National Institute for Trial Advocacy**
Member of Board of Trustees, 2003 - 2007

**Operation Safe Drive**
Immediate Past President - 1996
President, 1994 - 1995
Vice President, 1989 - 1993
Member, 1988 — 2000

**Spanish American League Against Discrimination**
Member, 1986 - 2000

**Spellman- Hoevler Inns of Court**
Member, 1997-Present

**St. Thomas University**
Board of Trustees, 2008 - Present

**University of Miami School of Law**
Adjunct Professor, Litigation Skills, 1992 - Present

**University of Miami School of Law Campaign Fund**
Member, 2003-2004

**University of Miami Citizen's Board**
Member, 2003 – Present
Secretary 2009-2010

**Wilkie D. Ferguson Bar Association** (Formerly Black Lawyers Association)
Member, 1999 - Present

---

**Awards & Recognition:**

---

**Best Lawyers In America**, 2004-Present

**Chambers & Partners:** Named one of America's Leading Lawyers, 2007 - Present

**Dade County Bar Association**

Certificate of Merit as Columnist, Dade County Bar Association Bulletin, 1998 - 2000
Certificate of Merit as Member, Executive Committee, 1998 - 1999
Certificate of Merit as Vice-President, 1998 - 1999
Certificate of Merit, Outstanding and Constructive Service to the Bar, 2008-2009
Certificate of Merit as Treasurer and Member Executive Committee, 1996 - 1997
Certificate of Merit as Co-Chair, Meetings & Luncheons Committee, 1996 - 1997
Pro Bono Honor Roll for Free Legal Services, 1988 - Present
Recognition for Outstanding Service, 1990 - 2000
Recognition for Outstanding Service as Chairman of By-Law Committee, 1993
Service Award, 1997Certificate of Merit, Contributing Author, Bulletin, 2000 – 2001

**Florida Bar CLE Committee Certificate of Appreciation Award for contribution to the Legal Profession as a CLE Author, 2004-2005.**

Ervin A. Gonzalez – Bio

**Florida Justice Association Eagle Hall of Fame**, 2009

**Florida Law & Leading Attorneys**, 1995 – Present

**Florida Legal Elite, Top Lawyers in Florida**, 2004 - Present

**Florida Super Lawyers**
Featured Cover Story, 2008
Top 10 Lawyers 2007, 2009
Top 100 Lawyers 2007, 2008, 2009

**Greater Miami Chamber of Commerce Leadership Miami Graduate**, 1987

**Hispanic Business Magazine's Top 100 Influential Hispanics of 2006**

**Kiwanis Club of Coral Gables, Certificate of Appreciation**, 2001

**Lawdragon 500 Leading Plaintiffs' Lawyers in America**, 2006

**Lawyer's Weekly USA Top Eleven Lawyers of the Year**, 2006

**Leading American Attorneys in Personal Injury Law**, 1997 – Present

**Marquis Who's Who in American Law**, 1989 - Present

**Martindale-Hubbell Legal Directory**
Legal Ability Rating: "AV - Very High to Preeminent"
Ethical Standards Rating: "Very High"

**Outstanding Young Men of America**, 1982

**South Florida Business Journal Key Partner Award for Litigation – 2009**

**South Florida Legal Guide's Top 250 Lawyers in South Florida**, 2003-Present

**St. Thomas University's "Leaders for Life" Award**, 2004

**University of Miami's Iron Arrow Honor Society Member**, 2006 - Present

---

**Contact Information:**

---

Ervin A. Gonzalez
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134

Office:  305-476-7400
E-mail:  Ervin@Colson.com          Web: www.ErvinGonzalez.com

### Richard S. Lewis

Mr. Lewis has been appointed to serve as co-lead counsel in mass tort and product liability class action cases including *In re StarLink Corn Products* (N.D. Ill) (asserting claims by farmers for genetic modification contamination of the U.S. corn supply) and *In re PPA* (asserting claims by users of unsafe over-the-counter medicines). He has also been appointed to the MDL Steering Committee in *In re Prempro Products Liability Litigation* and in *In re Chinese Manufactured Drywall Products Liability Litigation*. In 2010, Mr. Lewis was a member of the trial team that obtained a comprehensive remediation and property damages verdict for seven Virginia homeowners. Furthermore, Mr. Lewis handled various experts in the *Daubert* briefing and argument; and was successful in excluding significant portions of the defense experts' opinions.

In addition, Mr. Lewis served as lead counsel in numerous actions to obtain medical monitoring and property damage relief for communities exposed to toxic chemicals from hazardous waste disposal practices or unsafe drugs. These include *In re Diet Drug Litigation* (Fen-Phen), which resulted in a $4 billion settlement providing medical monitoring in addition to individual personal injury awards, *Farnum v. Shell*, an oil spill pollution case in Barbados against international oil companies, that resulted in a settlement providing property damage compensation for 26 farmers and landowners, and *Harman v. Lipari*, a Superfund case that resulted in a settlement providing medical monitoring for thousands of residents who lived on or played near a landfill. He has litigated both individual and class childhood lead poisoning cases, and is also handling environmental cases in India and South Africa.

Education
- Tufts University, B.A., *cum laude*, 1976
- University of Michigan, M.P.H., 1981
- University of Pennsylvania, J.D., *cum laude*, 1986; *Law Review* comments editor

Bar Admissions
- District of Columbia

Affiliations & Honors
- Law clerk, after law school, for the Honorable Stanley S. Brotman, U.S. District Court for the District of New Jersey
- National Finalist for the 2010 Lawdragon 500, an annual guide to the "500 Leading Lawyers in America"

4851-9739-0855