# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO** | **JUDGE FALLON** |
| Vickers et al v. Knauf Gips KG et al<br>EDLA 09-04117<br>AND<br>Payton et al v. Knauf Gips KG et al<br>EDLA 09-07628 | **MAG. JUDGE WILKINSON** |

## O R D E R

Considering the Motion for Leave to File Brief in Excess of Page Limits filed by Plaintiffs, Ms. Karin Vickers and Dr. Steven Roberts, individually and on behalf of all others similarly situated (collectively "Movants");

IT IS ORDERED BY THE COURT that the Movants are granted leave of court to file their Memorandum in Support of Plaintiffs' Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co., which is in excess of the page limits directed by the Court.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge