# EXHIBIT 2



IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

Mar 30 2010
3:00PM

CHINESE DRYWALL DIVISION

ARMIN G. SEIFART and LISA M. GORE SEIFART,

CASE NO. 09-38887 CA 42

       Plaintiffs,

vs.

KNAUF GIPS KG, et. al.,

       Defendants.
_____/

## ORDER DENYING DEFENDANTS CERTAIN HOMES AND MANDY DRYWALL MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

THIS MATTER came before the Court March 19, 2010, on Defendants' Certain Homes and Mandy Drywall Motions to Dismiss Plaintiffs' Second Amended Complaint, and this Court having considered the Plaintiffs' Response to Defendants' Motions to Dismiss, together with legal argument from counsel for the respective parties, it is

ORDERED that Defendants' Certain Homes and Mandy Drywall Motions to Dismiss Plaintiffs' Second Amended Complaint are DENIED and Defendants Certain Homes and Mandy Drywall shall file an answer within ten (10) days of the date of this order.

DONE and ORDERED in chambers in Miami-Dade County, Florida, this 30 day of March, 2010.

                                                 JOSEPH P. FARINA
                                                 CIRCUIT COURT JUDGE

Copies furnished to:
All counsel of record via *LexisNexis*