EXHIBIT 9

Salomon H. Abadi

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: X | MDL No. 2047 |
| CHINESE-MANUFACTURED X |  |
| DRYWALL PRODUCTS X | SECTION: L |
| LIABILITY LITIGATION X |  |
| X | JUDGE FALLON |
| This document applies X |  |
| to all cases X | MAG. JUDGE WILKINSON |

30(b)(6) VIDEOTAPED DEPOSITION OF

LA SUPREMA ENTERPRISE, INC. and

LA SUPREMA TRADING, INC., by and through

SALOMON H. ABADI

Monday, October 19, 2009

GOLKOW TECHNOLOGIES, INC.

ph 877.370.3377   |   fax 917.591.5672

deps@golkow.com

Salomon H. Abadi

**Page 102**

1  that's bad drywall.
2      MR. HAYDEN: Objection,
3  argumentative as well as the other
4  objection.
5      MR. RASCO: Objection, form.
6  A.  I suppose so. I suppose so.
7  BY MR. GONZALEZ:
8  Q.  And that's why you were willing
9  to reimburse Banner its money?
10 A.  Yes.
11     MR. BACKMAN: Form.
12     MR. HAYDEN: Objection, form.
13 BY MR. GONZALEZ:
14 Q.  Because it was the right thing
15 to do?
16     MR. HAYDEN: Objection, form.
17 A.  Yes.
18 BY MR. GONZALEZ:
19 Q.  And you try to please your
20 customers by providing them quality product.
21 A.  I imagine that's what you try
22 to do with your customers, correct, Counsel?
23 Q.  And that's what you try to do,
24 right?

**Page 103**

1  A.  Yes.
2  Q.  Has Knauf done anything to try
3  to fix the problem with your business as a
4  result of the problems they caused you?
5  A.  No. There's an e-mail that
6  says -- no, there's an e-mail because they
7  have a deposit that they did not want to
8  return to me, and the deposit says that
9  Mr. Norris --
10     MR. GONZALEZ: E-mail.
11     THE WITNESS: No, no, the
12 deposit says that Mr. Norris says that
13 he does not want to do any more
14 business with me whatsoever.  I
15 correct, I correct, I correct.  The
16 e-mail says that Mr. Norris does not
17 want to do any further business with
18 me.
19 BY MR. GONZALEZ:
20 Q.  Do you know why that is?
21     MR. HAYDEN: Objection. Total
22 speculation, hearsay.
23 A.  Ask him. But there, in the
24 e-mail, it says that on my account, they

**Page 104**

1  ended up with some materials they were not
2  able to sell. Why my fault, I did not
3  manufacture that.
4  BY MR. GONZALEZ:
5  Q.  They made it.
6  A.  Of course.
7  Q.  And it was defective, and it
8  caused you to lose money.
9      MR. HAYDEN: Objection, form,
10 foundation.
11 A.  Well, I am now the type of
12 person that cannot deal in any construction
13 material business because I am public enemy
14 no. 1 now.
15 BY MR. GONZALEZ:
16 Q.  Why is that?
17 A.  Because I brought the product.
18 Q.  What product are we referring
19 to?
20 A.  We're talking about Knauf,
21 Knauf's drywall.
22 Q.  Who did you sell the Knauf
23 drywall product to when you brought it in
24 from China? And specifically I'm referring

**Page 105**

1  to the drywall.
2      MR. HAYDEN: And just so I'm
3  clear, because we're going back to
4  Knauf again, KPT, right?
5      MR. GONZALEZ: Knauf Tianjin.
6  A.  99.999 percent was dispatched
7  to all of the Banner yards, Banner Supply
8  yards. And a little bit was dispatched to
9  84 Lumber in Fort Myers.
10 BY MR. GONZALEZ:
11 Q.  What year for each, please?
12 Specifically what years for Banner.
13 A.  2006.
14 Q.  And what about for lumber,
15 84 Lumber?
16 A.  The same.
17 Q.  2006?
18 A.  Yes.
19 Q.  Did 84 Lumber make a complaint
20 to you about the quality of the drywall made
21 by Knauf Tianjin that you sold it?
22 A.  No. Oh, forgive me. I need to
23 go to the boys' room one minute.
24 Q.  Sure, absolutely.

27 (Pages 102 to 105)

Page 106

1  THE VIDEOGRAPHER: Going off
2  the record, it's 2:29.
3  (Recess taken, 2:29 p.m. to
4  2:37 p.m.)
5  THE VIDEOGRAPHER: Please hold.
6  We're back on the record. The time is
7  2:37.
8  BY MR. GONZALEZ:
9  Q.  How much product did you --
10 when I say "product," I'm talking about the
11 drywall -- did you purchase from China from
12 the Beijing company and Pingyi Baier as
13 opposed to Knauf?
14 A.  He's got his -- you have the
15 documents.
16 Q.  I do. Right. What's your
17 understanding, if you were going to say
18 percentagewise and there's three entities,
19 BNB or Beijing, Pingyi Baier and Knauf, more
20 or less?
21 A.  More or less about -- a little
22 bit more than 50 -- a little bit more than
23 50% was purchased from Knauf. One could say
24 that about 30% was -- from whatchamacallit,

Page 107

1  from Beijing Building Materials, and the
2  other 20 from Pingyi Baier. That's -- well,
3  I don't know. I'm guessing here.
4  Q.  An educated estimate?
5  A.  Give-and-take, yeah.
6  Q.  Okay. What distinguishing
7  marks does the Pingyi Baier drywall have on
8  it?
9  A.  None.
10 Q.  Does it say "Pingyi Baier" on
11 it?
12 A.  No.
13 Q.  Does it say "Chinese Drywall"?
14 A.  No.
15 Q.  It has no markings on it at
16 all?
17 A.  Not that I recall.
18 Q.  How about the Beijing product,
19 Beijing Materials?
20 A.  What about it?
21 Q.  What distinguishing marks does
22 it have?
23 A.  None.
24 Q.  It doesn't say BNB, BMB or

Page 108

1  Beijing Materials?
2  A.  It doesn't say -- it doesn't
3  say anything.
4  Q.  How about Knauf? Knauf?
5  A.  Knauf has its -- its
6  whatchamacallit -- its Knauf label.
7  Q.  Okay. Now, in 2006, do you --
8  I'm going to ask you, there's a long list of
9  companies here and I'm going to ask you which
10 ones you remember La Suprema selling to.
11 AC-1 Building, do you remember
12 that?
13 A.  Yes.
14 Q.  Did you sell to them?
15 A.  Yes.
16 Q.  What year did you sell Chinese
17 drywall to them?
18 A.  I believe we could simplify.
19 Everything was sold in 2006.
20 Q.  Okay. Let's do it that way.
21 I'll ask -- I'm going to give you this
22 preface so that you'll know that it's the
23 same question, and the question for all of
24 these will be, do you remember selling

Page 109

1  Chinese drywall to the following companies in
2  2006?
3  A.  That's fine.
4  Q.  AC 1 Building.
5  A.  Yes.
6  Q.  All Steel?
7  A.  Yes.
8  Q.  Banner Miami?
9  A.  Yes.
10 Q.  Banner Fort Myers?
11 A.  Yes.
12 Q.  Banner Pompano?
13 A.  Yes.
14 Q.  Banner Port St. Lucie?
15 A.  Yes.
16 Q.  Banner Supply Company Tampa?
17 A.  Yes.
18 Q.  Black Bear Gypsum?
19 A.  Yes.
20 Q.  Cape Cement and Supply?
21 A.  Yes.
22 Q.  Cape Cement and Supply Company?
23 May be the same one.
24 A.  Well, it's the same, yes.

Salomon H. Abadi

| Page 198 | Page 200 |
|---|---|
| 1  MR. RASCO: That's from<br>2  La Suprema.<br>3  MR. MONTOYA: Correct.<br>4  MR. RASCO: To Banner,<br>5  Port St. Lucie.<br>6  MR. MONTOYA: Correct.<br>7  MR. RASCO: These all appear to<br>8  be La Suprema invoices, we stipulate<br>9  to authenticity.<br>10  MR. MONTOYA: And to business<br>11  records?<br>12  MR. RASCO: That's what my<br>13  stipulation is, yes.<br>14  MR. MONTOYA: Okay. Then<br>15  Exhibit 351 is from La Suprema to<br>16  Banner, Pompano.<br>17  MR. RASCO: Yes, they are, and<br>18  these are invoices created by<br>19  Banner -- I'm sorry, created by<br>20  La Suprema. I stipulate either<br>21  Trading or Enterprise, and I stipulate<br>22  to authenticity as to either.<br>23  MR. MONTOYA: Exhibit 347 is<br>24  from La Suprema to AC-1 or AC-I | 1  MR. RASCO: I stipulate that<br>2  these are all La Suprema documents,<br>3  and therefore we stipulate to their<br>4  authenticity. To the extent that I'm<br>5  making a stipulation and there should<br>6  be a casual or random document not on<br>7  La Suprema Trading or La Suprema<br>8  Enterprises letterhead, then I'm not<br>9  stipulating to that. Every single<br>10  document of La Suprema carries its<br>11  letterhead.<br>12  MR. GONZALEZ: As to those<br>13  documents that may be inadvertently<br>14  within those, we're agreeing that they<br>15  are documents kept within the course<br>16  of business in the box that we've<br>17  previously identified it.<br>18  MR. RASCO: Thus far that's<br>19  been the case, to the best of my<br>20  knowledge. I've not looked at every<br>21  document, but that appears to be the<br>22  case, correct.<br>23  MR. MONTOYA: Exhibit 349,<br>24  La Suprema to Banner, Miami. |

| Page 199 | Page 201 |
|---|---|
| 1  Supply, I'm not sure if it's an "I" or<br>2  a "1."<br>3  MR. RASCO: It's a 1. I<br>4  stipulate to authenticity. These are<br>5  all La Suprema documents.<br>6  MR. MONTOYA: Exhibit 358 is<br>7  from La Suprema to All Steel?<br>8  MR. RASCO: The last one was<br>9  Exhibit 347?<br>10  MR. MONTOYA: Yes.<br>11  MR. RASCO: Okay. Because that<br>12  was out of order.<br>13  MR. MONTOYA: We went from 351<br>14  to 347.<br>15  MR. RASCO: Correct. That's<br>16  why I asked.<br>17  MR. MONTOYA: Exhibit 348, from<br>18  La Suprema to All Steel.<br>19  MR. RASCO: Yes, these --<br>20  Exhibit 348 appears to be La Suprema<br>21  documents. We stipulate to<br>22  authenticity.<br>23  MR. MONTOYA: Exhibit 350 is<br>24  from La Suprema to Banner, Fort Myers. | 1  MR. RASCO: I agree, 349 we'll<br>2  stipulate to authenticity.<br>3  MR. MONTOYA: That's all I have<br>4  for the documents.<br>5  MR. GONZALEZ: Okay. I have a<br>6  series of questions, not many, and<br>7  then I'm going to pass the witness at<br>8  that point.<br>9  BY MR. GONZALEZ:<br>10  Q.  Did you have any contact with<br>11  anybody from Pingyi Baier?<br>12  A.  When -- at the first time that<br>13  I -- we -- yes.<br>14  Q.  Who?<br>15  A.  Mr. Clark.<br>16  Q.  Where is Mr. Clark located?<br>17  A.  At Pingyi Baier.<br>18  Q.  In China?<br>19  A.  In China, of course.<br>20  Q.  What city?<br>21  A.  Don't know. The address is<br>22  there.<br>23  Q.  Did you have contact with him<br>24  one time or more than one? |

51 (Pages 198 to 201)

Golkow Technologies, Inc. - 1.877.370.DEPS