# EXHIBIT 12

BANNER SUPPLY CO.
LATH PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | DUP. 1099711-0001-01 | | INVOICE NUMBER |
|---|---|---|---|---|
| | | | | DUP. 1099711-0001-01 |

PRECISION DRYWALL INC.
BILL TO: 601 N CONGRESS AVE STE 501
DELRAY BCH   FL  33445

SHIP TO: COBBLESTONE CREEK Ph-255
LYONS RD & W BLVD
NORTH STAR BLDRS
BOYNTON BEACH  FL
255 LOT-260W

| INVOICE NUMBER | SLSMN | ORDER DATE | AKER | CUSTOMER ORDER NUMBER | DATE |
|---|---|---|---|---|---|
| 099711-0001-01 | | 07/27/06 | 17 | 40-233-250W | 08/01/06 |

STARTING OCT 1, 2005 THERE WILL BE A $.50 P/TN FUEL SURCHARGE

| QUANTITY | | | CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | * | NOTES MODEL FAIRFAX 1ST FLOOR | EA | | |
| 86 | 86 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 80 | 80 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | | |
| 2 | 2 | * | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | | |
| 24 | 24 | * | DJCU5G JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | | |
| 1 | 1 | * | NOTES 2ND FLOOR | EA | | |
| 8 | 8 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | | |
| 134 | 134 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 40 | 40 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | | |
| 3 | 3 | * | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

CONTINUED

DRIVER: MUST GET TICKET SIGNED
CERTIFY THAT I DELIVERED MATERIALS LISTED TO ADDRESS SHOWN:
Driver: _____ Date 8/1/06  Truck # 112  Checked By ___
Rec'd in Good Condition  X

SUB TOTAL / MISC CHARGE / FREIGHT TOTAL / FED/OTHER TAX / STATE TAX / PAYMENT

BANNER-MDL00007295