UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO<br><br>Payton et al v. Knauf Gips KG et al<br>EDLA 09-07628 | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF PAGE LIMITS**

On motion of Plaintiffs, Mr. Freddie Nunez and Dr. Steven Roberts, individually and on behalf of all others similarly situated (collectively "Movants"), who upon suggesting to the Court that their Memorandum in Support of Plaintiffs' Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class Property Damage Against Knauf is in excess of the page limits directed by the Court; accordingly, the Movants desire and requests leave of court to file a Memorandum in Support of Plaintiffs' Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class Property Damage Against Knauf and to extend the page limits allowed for such brief.

**PROPOSED CLASS COUNSEL**

Dated: September 21, 2010　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**FLORIDA CLASS**

　　　　　　　　　　　　　　　　　　/s/ Arnold Levin_____
　　　　　　　　　　　　　　　　　　Arnold Levin
　　　　　　　　　　　　　　　　　　Fred S. Longer
　　　　　　　　　　　　　　　　　　Levin, Fishbein, Sedran & Berman
　　　　　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-592-1500 (phone)
　　　　　　　　　　　　　　　　　　215-592-4663 (fax)
　　　　　　　　　　　　　　　　　　Alevin@lfsblaw.com
　　　　　　　　　　　　　　　　　　*Plaintiffs' Lead Counsel*
　　　　　　　　　　　　　　　　　　*MDL 2047*

　　　　　　　　　　　　　　　　　　Ervin A. Gonzalez
　　　　　　　　　　　　　　　　　　Colson, Hicks, Eidson, Colson
　　　　　　　　　　　　　　　　　　 Matthews, Martinez, Gonzales,
　　　　　　　　　　　　　　　　　　 Kalbac & Kane
　　　　　　　　　　　　　　　　　　255 Alhambra Circle
　　　　　　　　　　　　　　　　　　CoralS Gables, FL 33134
　　　　　　　　　　　　　　　　　　Phone: (305) 476-7400
　　　　　　　　　　　　　　　　　　Fax: (305) 476-7444
　　　　　　　　　　　　　　　　　　Ervin@colson.com

　　　　　　　　　　　　　　　　　　Richard S. Lewis (On the Brief)
　　　　　　　　　　　　　　　　　　HAUSFELD LLP
　　　　　　　　　　　　　　　　　　1700 K Street, N.W Suite 650
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　Phone: (202) 540-7200
　　　　　　　　　　　　　　　　　　Fax:  (202) 540-7201
　　　　　　　　　　　　　　　　　　rlewis@hausfeldllp.com

**LOUISIANA CLASS**

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*


Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**PROPOSED OF COUNSEL TO CLASS,
PLAINTIFFS' STEERING COMMITTEE**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs Lead Counsel*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

| | |
|---|---|
| Christopher Seeger | Scott Wm. Weinstein |
| Seeger Weiss, LLP | Morgan & Morgan |
| One William Street | 12800 University Drive, Suite 600 |
| New York, NY 10004 | Ft. Meyers, FL 33907 |
| Phone: (212) 584-0700 | Phone: (239) 433-6880 |
| Fax: (212) 584-0799 | Fax: (239) 433-6836 |
| cseeger@seegerweiss.com | sweinstein@forthepeople.com |

| | |
|---|---|
| Bruce William Steckler | James Robert Reeves |
| Baron & Budd, P.C. | Lumpkin & Reeves |
| 3102 Oak Lawn Ave., Suite 1100 | 160 Main Street |
| Dallas, TX 75219 | Biloxi, MS 39530 |
| Phone: (214) 521-3605 | Phone: (228) 374-5151 |
| Fax: (214) 520-1181 | Fax: (228) 374-6630 |
| bsteckler@baronbudd.com | jrr@lumpkinreeves.com |

| | |
|---|---|
| Ervin A. Gonzalez | Gerald E. Meunier |
| Colson, Hicks, Eidson, Colson | Gainsburgh, Benjamin, David, Meunier |
|   Matthews, Martinez, Gonzales, |   & Warshauer, LLC |
|   Kalbac & Kane | 2800 Energy Centre, 1100 Poydras Street |
| 255 Alhambra Circle | New Orleans, LA 70163-2800 |
| Coral Gables, FL 33134 | Phone: (504) 522-2304 |
| Phone: (305) 476-7400 | Fax: (504) 528-9973 |
| Fax: (305) 476-7444 | gmeunier@gainsben.com |
| Ervin@colson.com | |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis (On the Brief) | Daniel K. Bryson |
| HAUSFELD LLP | Lewis & Roberts |
| 1700 K Street, N.W Suite 650 | 3700 Glenwood Avenue, Suite 410 |
| Washington, DC 20006 | Raleigh, NC 27612 |
| Phone: (202) 540-7200 | Phone: (919) 981-0191 |
| Fax:  (202) 540-7201 | Fax: (919) 981-0431 |
| rlewis@hausfeldllp.com | dkb@lewis-roberts.com |

| | |
|---|---|
| Jeremy W. Alters | Richard J. Serpe, Esquire |
| Alters, Boldt, Brown, Rash & Culmo, P.A. | Law Offices of Richard J. Serpe |
| 4141 N.E. 2nd Avenue, Suite 201 | Crown Center, Ste. 310 |
| Miami, FL 33137 | 580 East Main Street |
| Phone: (305) 571-8550 | Norfolk, VA 23510-2322 |
| Fax: (305) 571-8559 | rserpe@serpefirm.com |
| jeremy@abbrclaw.com | |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2010.

      /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com