# EXHIBIT 12

660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE: (954) 781-2308 • FAX: (954) 942-4350
101 DAWES AVENUE • WEST PALM BEACH, FLORIDA 33405
PHONE: (561) 832-7998 • FAX: (561) 832-8485
ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4641
www.bannersupply.com

MIAMI  PHONE: (305) 593-2946 • FAX: (305) 477-2775
FT. MYERS  PHONE: (239) 938-0162 • FAX: (239) 938-0183
TAMPA  PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST. LUCIE  PHONE: (772) 466-1311 • FAX: (772) 466-9883

**BANNER SUPPLY CO.**
LATH, PLASTER & DRYWALL MATERIALS

REMIT PAYMENTS TO:
1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069

ACCOUNT NO.: 1C8070
INVOICE NUMBER: 1099711-0001-01

BILL TO: PRECISION DRYWALL, INC.
601 N CONGRESS AVE STE 501
DELRAY BCH  FL  33445
255 LOT-260W

SHIP TO: CORALSTONE CREEK J#255
LYONS RD & BB BLVD
NORTH STAR BLDRS
BOYNTON BEACH  FL
255 LOT-260W

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1099711-0001-01 | 153 | 07/27/06 | 117 | 255 LOT-260W | 08/01/06 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1, 2005 THERE WILL BE $1.00 P/TRV FUEL SURCHARGE | | | |
| 1 | 1 | P* | NOTES: MODEL FAIRFAX 1ST FLOOR | EA | | |
| 86 | 86 | P* | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 80 | 80 | P* | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | | |
| 2 | 2 | P* | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | | |
| 24 | 24 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | | |
| 1 | 1 | P* | NOTES: 2ND FLOOR | EA | | |
| 8 | 8 | P* | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | | |
| 134 | 134 | P* | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 40 | 40 | P* | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | | |
| 3 | 3 | P* | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

CONTINUED

DRIVER: JUST GET TICKET SIGNED!
CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:

Driver: Chenna
Date: 8/1/06   Truck #: 112   Checked By:
Rec'd in Good Condition  X

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00007295