## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Memorandum in Support of Plaintiffs' Motion for Certification of a Florida Homeowner Class and a Louisiana Homeowner Class and Property Damage Claims Against Knauf; Plaintiff's Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class and Property Damage Claims Against Knauf; Proposed Order Granting Motion for Class Certification; Declaration of Ronald E. Wright, P.E.; Declaration of Arnold Levin; Plaintiffs' Proposed Trial Plan for Florida Homeowner Class and a Louisiana Homeowner Class and Property Damage Claims Against Knauf; and Compendium of Exhibits in Support of Plaintiffs' Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class and Property Damage Claims Against Knauf** has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of September, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047