UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Emergency Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted insofar as to the following pending motions:

1) Plaintiffs' Steering Committee's Rule to Show Cause Why Attorneys Austin Gower, Esq., Don Barrett, Patrick W. Pendley, Dewitt Lovelace, William B. Gaudet, and David P. Matthews Should Not Appear Before the Court Regarding Their Conduct That Interferes With This Court's Continuing Jurisdiction Over This Litigation [Rec. Doc. 5012]

2) Plaintiffs' Steering Committee's Motion to Enjoin Conflicting State Court Proceedings in Muscogee County, Georgia that Interfere With This Court's Continuing Jurisdiction Over this Litigation [Rec. Doc. 5011]

3) Lowe's Home Centers, Inc.'s Opposition to Plaintiffs' Motion to Intervene (Gross) [Rec.Doc. 5069]

4) Plaintiffs' Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co. (Vickers & Payton) [Rec.Doc. 5564]

1

5) Plaintiffs' Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief (Silva) [Rec. Doc. 5567]

6) Plaintiffs' Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Against Knauf (Payton) [Rec.Doc. 5570]

7) Plaintiffs' Motion for Class Certification as to Germano [Rec.Doc. 3293]

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on Plaintiffs' Steering Committee's Rule to Show and Motion to Enjoin Conflicting State Court Proceedings on September/October _____, 2010.

Plaintiffs' Motions for Class Certification and Lowe's Objection shall take place following the monthly status conference on October 14, 2010, or at a time set by the Court.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge