UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

MICHAEL DEVITO

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Baywood Construction, Inc., ("Baywood Construction"), and as such, has personal knowledge of the following based on his review of records maintained by Baywood Construction in the regular course of business.

2. Baywood Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Baywood Construction is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Baywood Construction has never built a residence in the State of Louisiana nor had



any contracts or subcontracts with companies located in Louisiana.

5. Baywood Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Baywood Construction does not have an agent for service of process in Louisiana.

7. Baywood Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Baywood Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Baywood Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Baywood Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Baywood Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Baywood Construction never anticipated it would be haled into court in Louisiana.

_____
MICHAEL DEVITO

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF September, 2010.

_____
NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Kristy Offerman
Commission # DD961598
Expires: FEB. 11, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

2

## Baywood Construction, Inc.
602 SE 16th Place Cape Coral, FL 33990 239-574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763                                    CBC058891

## CONSTRUCTION AGREEMENT

This agreement made this ___14th___ day of ___July___, ___2005___
                         DAY              MONTH        YEAR

___Clarence Rimney and John Harvre___
                NAME

OF: _____
         ADDRESS                              PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter called the "Builder"

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:
   Legal Description: Block 2722 Lots: 58/59

Now THEREFORE, In consideration of the premises:
  1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

  2. The Owner Shall pay the Builder for such construction in the amount of   $ 260,293.00
Payable as Follows:     Upon signing of this agreement             $  2,000.00  D #514
                        10% On or Before                           $ 24,029.30  CO #103 7/11
                        20% When slab is poured                    $ 52,058.60  CO 52,000.00 #106
                        20% When roof sheathing is installed       $ 52,058.60
                        20% When electrical rough is completed     $ 52,058.60
                        20% When drywall is completed              $ 52,058.60
                        10% Upon completion of construction        $ 26,029.30
  3. Contractor is NOT responsible for settlement cracks

BASIC MODEL: Isabella Custom

CUSTOM FEATURES:

   1. See Addendum                                         $  Included
   2. _____                    $ _____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

   1. Water Meters                                         $ Included
   2. Impact Fees                                          $ Included
   3. Survey                                               $ Included
   4. Seawall                                              $ N/A
   5. Pool                                                 $ N/A

TOTAL CONSTRUCTION CONTRACT                                $ 260,293.00

LOT                                                        $ Owners Lot

CONTRACT TOTAL                                             $ 260,293.00

SPECIAL NOTES: Cash Draws

OWNER: _____                Baywood Construction, Inc.

OWNER: _____                BY: _____

EXHIBIT B

## Baywood Construction, Inc.
t. SE 16th Place Cape Coral, FL 33990 2  .574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763                              CBC058891

# CONSTRUCTION AGREEMENT

This agreement made this __19th__ day of __September__, __2005__
                         DAY              MONTH           YEAR

__Larry Schiller and John W. Lester Jr.__
                    NAME

OF: _____  Office 997-4000  Cell 699-1862
        ADDRESS                          PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter called the "Builder"

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:
   Legal Description: Block 2905 Lots: 11/12

Now THEREFORE, In consideration of the premises:
1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

2. The Owner Shall pay the Builder for such construction in the amount of    $ 189,463.00
Payable as Follows:    Upon signing of this agreement                         $   2,000.00
                       10% On or Before                                       $  16,946.30
                       20% When slab is poured                                $  37,892.60
                       20% When roof sheathing is installed                   $  37,892.60
                       20% When electrical rough is completed                 $  37,892.60
                       20% When drywall is completed                          $  37,892.60
                       10% Upon completion of construction                    $  18,946.30

3. Contractor is NOT responsible for settlement cracks

BASIC MODEL: Nese' Model

CUSTOM FEATURES:

   1. See Addendum                                                            $ Included
   2. _____                                                          $ _____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

   1. Water Meters                                                            $ Included
   2. Impact Fees                                                             $ Included
   3. Survey                                                                  $ Included
   4. Seawall                                                                 $ N/A
   5. Pool                                                                    $ N/A

TOTAL CONSTRUCTION CONTRACT                               $ 189,463.00

LOT                                                       $ Owners Lot

CONTRACT TOTAL                                            $ 189,463.00

SPECIAL NOTES: Closing @ JM Title Corp. 549-7434 (Sarah Johnson)
Contract Void after 3 months if Construction Loan has Not Closed

OWNER: _____         Baywood Construction, Inc.

OWNER: _____         BY: _____


EXHIBIT C