UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL | MDL NO: 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

This Document Relates To:

**Richard Jordan, Susan Jordan, Nathan Jordan,
Colby Jordan and Florette Nickens**
     **2:09-cv-07550-EEF-JCW**

### NOTICE OF APPEARANCE

NOW INTO COURT, through undersigned counsel, comes Farmers Insurance Exchange, who, pursuant to Pre-Trial Oder No. 1F, respectfully notices all counsel herein of its appearance in this matter and further requests that service be effectuated on its undersigned counsel.  Filing this Notice of Appearance in this matter does not constitute waiver of any jurisdictional and/or other defenses that defendant may plead in its responsive pleadings to be filed in this matter.

BATON ROUGE, LA, this 21 day of September, 2010.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU, BARGAS & REED**

BY:     S/ VALERIE BRIGGS BARGAS
          **VALERIE BRIGGS BARGAS (#27392)**
          6421 Perkins Road
          Building C, Suite A
          Baton Rouge, LA 70808
          Telephone: (225) 757-0001
          Facsimile: (225) 757-0002

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana b using the CM?ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17 day of September, 2010.

      Baton Rouge, Louisiana this <u>21</u> day of <u>SEPTEMBER</u>, 2010.

                          <u>S/ VALERIE BRIGGS BARGAS</u>
                          **VALERIE BRIGGS BARGAS (#27392)**

**ORIGINAL DOCUMENT ON FILE WITH THE CLERK OF COURT FOR THE EASTERN DISTRICT OF LA.**