**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

**JOYCE W. ROGERS, et al.**

**Plaintiffs,**

**v.**

**KNAUF GIPS KG, et al.**

**CASE NO.: 10-362**

**PLAINTIFFS', KATHLEEN AND MARISS BARBEE, *et. al.*,**
**OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (IV(A))**

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Rogers* plaintiffs and the defendants named in the *Rogers* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Rogers* complaint ¶¶ 1-6, and 529-838 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Rogers*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Rogers* complaint. The *Rogers* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation. Finally, Intervening Plaintiffs assert claims

against Knauf USA for its role in the distribution, delivery, supply, marketing, and sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below. This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| **INTERVENING PLAINTIFFS** | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 1. | Barbee, Kathleen and Marissa | 1948 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group Development, LLC | 39 |
| 2. | Bernstein, John and Rachel **(also being intervened on Omni I)** | 2783 NE 31st Lighthouse Point, FL 33064 | FL | Robert/Charles Builders, Inc. | 142 |
| 3. | Brazezicke, Paul and Mary | 834 SW 4th Avenue Cape Coral, FL 33991 | FL | O'Key Homes, Inc. | 85 |
| 4. | Philias, Roldry | 1802 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group Development, LLC | 39 |
| 5. | Prieshoff, Valerie | 4390 Lazio Way #407 Ft. Myers, FL 33901 | FL | Lennar Homes, LLC<br><br>Robert/Charles Builders, Inc.<br><br>Banner Supply Co. | 72<br><br>142<br><br>2 |
| 6. | Quigley, Shannon | 1954 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group Development, LLC | 39 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 7. | Rivera, Alberto | 2273 SW Crocus LN<br>Port St. Lucie, FL 34953 | FL | Groza Builders, Inc. | 55 |
| 8. | Stewart, Stephen and Joann | 70264 10th Street<br>Covington, LA 70433 | LA | Royal Homes, L.L.C.<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 97<br><br>6<br><br>7 |
| 9. | Labell, Barry<br>**(also being intervened on Omni I)** | 10560 Stephanie Way<br>Unit 206<br>Port St. Lucie, FL | FL | Completed Communities, III, LLC | 36 |
| 10. | Quattrocchi, William A.<br>**(also being intervened on Omni I)** | 10320 SW Stephanie Way<br>Unit 212<br>Port St. Lucie, FL | FL | Completed Communities, III, LLC | 36 |
| 11. | Traina, Richard and Lorraine<br>Cammarato, Joseph and Cathleen<br>**(also being intervened on Omni I)** | 10480 Stephanie Way<br>Unit 3-206<br>Port St. Lucie, FL | NY | Completed Communities, III, LLC | 36 |
| 12. | Warburton, Stacey and Andrew | 3930 SW 52 Avenue<br>Pembroke Park, FL 33023 | FL | Gregan Construction Corp.<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 52<br><br>10<br><br>9 |
| 13. | Godwin, Franklin and Veronica<br>**(also being intervened on Omni I)** | 10440 Stephanie Way #205<br>Port St. Lucie, FL 34987 | MI | Completed Communities, III, LLC | 36 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 14. | Morales, Lionel J. and Carolyn C. | 119 Teddy Lane Picayune, MS 39466 | MS | Berrywood Estates a Senior Coummunity, LLC | 24 |
| 15. | Youssef, Mark and Marian | 445 21st Court SW Vero Beach, FL 32962 | FL | Majestic Homes of Vero Beach, Inc.<br><br>Majestic Homes and Realty SW, LLC<br><br>JPG Enterprises, Inc. d/b/a Majestic Homes | 82<br><br>80<br><br>67 |
| 16. | Zakhary, Bahgat | 430 21st Court SW Vero Beach, FL 32960 | FL | Majestic Homes of Vero Beach, Inc.<br><br>Majestic Homes and Realty SW, LLC<br><br>JPG Enterprises, Inc. d/b/a Majestic Homes | 82<br><br>80<br><br>67 |
| 17. | Klemann, Travis John **(*previously named in Payton)** | 3942 SW Hainlin Street Port Saint Lucia, FL 34953 | FL | Majestic Homes and Realty SW LLC<br><br>JPG Enterprises, Inc. d/b/a Majestic Homes | 80<br><br>67 |
| 18. | Adair, Manciel and Susan **(*previously named in Rogers)** | 597 Ridgefield Way Odenville, AL 35120 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 6<br><br>7 |
| 19. | Burleson, Dorothy **(*previously named in Rogers)** | 5817 Chestnut Trace Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 6<br><br>7 |
| 20. | Fuller, Deandra Charles and Adriann **(*previously named in Rogers)** | 625 Ridgefield Way Odenville, AL 35120 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 6<br><br>7 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 21. | Nabors, S. Jason and Rhonda **(*previously named in Rogers)** | 773 Hampden Place Circle Vestavia Hills, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 6<br><br>7 |
| 22. | Taylor, Beck and Julie **(*previously named in Rogers)** | 4327 Boulder Lakes Circle Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 6<br><br>7 |
| 23. | Virciglio, John and Karen **(*previously named in Rogers)** | 2374 Abbeyglen Circle Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 6<br><br>7 |
| 24. | Caba, Rudy | 236 North West 24th Place Cape Coral, FL 33993 | FL | Cox Lumber Co. | |
| 25. | Clark, Robert and Linda **(also being intervened on Omni I)** | 816 Chapel Avenue Lehigh Acres, FL 33971 | FL | AI Brothers, Inc. | 125 |
| 26. | Joseph, David and Pamela | 514 North West Dover Court Port Saint Lucie, FL 34983 | FL | Princeton Homes, Inc. | 92 |
| 27. | Kauffman, Milo and Carolyn | 3228 Norht East 15th Avenue Cape Coral, FL 33909 | MI | First Home Builders of FL I, LLC | 49 |
| 28. | Pallak, Mark and Tricia | 9254 Estero River Circle Estero, FL 33928 | FL | DeLaCruz Drywall Plastering & Stucco, Inc. | 44 |
| 29. | Sciarrone, Joseph and Ellisa | 402 NW Lyndhurst Court Port Saint Lucie, FL 34983 | FL | Princeton Homes, Inc. | 92 |

## ALLEGATIONS REGARDING DEFENDANT KNAUF USA

1. Defendant Knauf USA is an Indiana corporation with a principal place of business in Shelbyville, Indiana.

2. By information and belief, Knauf USA is a subsidiary of Knauf GIPS KG. Knauf USA acted as an agent for Knauf GIPS KG and other Knauf entities lending assistance and participating in the promotion, distribution, marketing, and sale of the drywall at issue in this litigation to American suppliers. Accordingly, Knauf USA was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold. This conduct by Knauf USA has resulted in harm and damages to Plaintiffs.

3. Upon information and belief, Knauf USA is attempting to flee the jurisdiction of the MDL Court by discontinuing its operations and removing assets from the United States.

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a. an order certifying the case as a class action;

b. an order certifying the Class and each of the Subclasses;

c. an order appointing Plaintiffs as the Class Representatives of the Class;

d. an order appointing undersigned counsel and their firms as counsel for the Class;

e. compensatory and statutory damages;

f. punitive damages as allowed by law;

g. pre and post-judgment interest as allowed by law;

h. injunctive relief;

I. an award of attorneys' fees as allowed by law;

j. an award of taxable costs; and

k. any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: July 9, 2010

/s/ Russ M. Herman

Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel - MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzales,
Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
& Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS[1]**

[1]Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel and pro se plaintiff.

**Alters, Boldt, Brown, Rash & Culmo,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Barbee, Kathleen and Marissa
Bernstein, John and Rachel
Brazezicke, Paul and Mary
Philias, Roldry
Prieshoff, Valerie
Quigley, Shannon
Rivera, Alberto

**Barrios, Kingsdorf & Casteix, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Stewart, Stephen and Joann

**Colson, Hicks, Eidson, Colson Matthews, Martinez, Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/ Hausfeld, LLP and Law Offices of Richard J. Serpe,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Cammarato, Joseph and Cathleen
Godwin, Franklin and Veronica
Labell, Barry
Quattrocchi, William A.
Traina, Richard and Lorraine
Warburton, Stacey and Andrew

**Law Offices of Sidney D. Torres, III,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Morales, Lionel J. and Carolyn C.

**Lewis & Roberts, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Youssef, Mark and Marian
Zakhary, Bahgat

**Matthews & Associates and Pendley, Baudin & Coffin, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Klemann, Travis John

**McCallum, Hoaglund, Cook & Irby**, LLP
*Counsel on Behalf of the Following Individual Plaintiffs*:

Adair, Manciel and Susan
Burleson, Dorothy
Fuller, Deandra Charles and Adriann
Nabors, S. Jason and Rhonda
Taylor, Beck and Julie
Virciglio, John and Karen

**Parker, Waichman, Alonso, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Caba, Rudy
Clark, Robert and Linda
Joseph, David and Pamela
Kauffman, Milo and Carolyn
Pallak, Mark and Tricia
Sciarrone, Joseph and Ellisa