# EXHIBIT A

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* - Case No. 10-361

**Exhibit "A"–Plaintiffs' Counsel Contact Information in Plaintiffs', Kenneth and Cynthia Burke, *et. al.*, Omnibus Class Action Complaint in Intervention (II(A))**

| **PLAINTIFF'S COUNSEL** |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue, Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

| |
|---|
| Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Becnel Law Firm, LLC<br>P.O. Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>mmoreland@becnellaw.com |
| Jeffrey Berniard<br>Berniard Law Firm, LLC<br>643 Magazine Street, Suite 402<br>New Orleans, LA 70130<br>Phone: (504) 527-6225<br>Fax: (504) 617-6300<br>Jeffberniard@laclaim.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br>  & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |

| |
|---|
| Edward Gibson<br>Hawkins, Stracener & Gibson, PLLC<br>544 Main Street<br>Bay St. Louis, MS 39520<br>Phone: (228) 469-0785<br>Fax: (228) 466-9233<br>Egibson@hsglawfirm.net |
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W., Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |
| Russ M. Herman<br>Leonard A. Davis<br>Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax. (504) 561-6024<br>rherman@hhkc.com |
| Joseph M. Bruno<br>The Law Office of Joseph M. Bruno<br>855 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 561-6776<br>Fax: (504) 561-6775<br>stephaniep@jbrunolaw.com |
| Alan Kanner<br>Kanner & Whiteley, L.L.C.<br>701 Camp Street<br>New Orleans, LA 70130<br>Phone: (504) 524-5777<br>C.StAmant@kanner-law.com |

| |
|---|
| Sidney D. Torres, III<br>Roberta L. Burns<br>Law Offices of Sidney D. Torres, III<br>Torres Park Plaza, Suite 303<br>8301 West Judge Perez Dr.<br>Chalmette, LA 70043<br>Phone: (504) 271-8421<br>Fax: (504) 271-1961<br>Pmichon@torres-law.com |
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |
| Ben Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 S. Baylen Street<br>Pensacola, FL 32501<br>Phone: (850) 435-7087<br>Fax: (850) 436-6087<br>bgordon@levinlaw.com |
| Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue, Suite 410 (27612)<br>P.O. Box 17529<br>Raleigh, NC  27619<br>Phone (919) 981-0191<br>Fax: (919) 981-0199<br>akf@lewis-roberts.com |
| Jospeh Lane, Esquire<br>Lowndes, Drosdick, Doster, Kantor & Reed, PA<br>450 South Orange Avenue, Ste. 800<br>Orlando, FL 32801<br>Phone: (407) 843-4600<br>Fax: (407) 843-4444<br>cynthia.doucette@lowndes-law.com |

| |
|---|
| Scott R. Bickford<br>Larry J. Centola<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>ljc@mbfirm.com |
| Douglas M. McIntosh<br>Manuel R. Comras<br>McIntosh, Sawran, Peltz & Cartaya, P.A.<br>1601 Forum Place, Suite 1110<br>West Palm Beach, FL 33401-4025<br>Phone: (561) 682-3202<br>Fax: (561) 682-3206<br>mcomras@mspcesq.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Morris Bart<br>Morris Bart, LLC<br>909 Poydras St., 20th Floor<br>New Orleans, LA 70112<br>Phone: (504) 599-3224<br>morrisbart@morrisbart.com |
| Darren R. Inverso<br>Norton, Hammersley, Lopez & Skokos, P.A.<br>1819 Main Street, Suite 610<br>Sarasota, FL 34236<br>Phone: (941) 954-4691<br>Fax: (941) 954-2128<br>dinverso@nhlslaw.com |

| |
|---|
| Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jchaikin@yourlawyer.com |
| Rick Kriseman<br>Saunders & Walker<br>3491 Gandy Blvd. North, Ste. 200<br>Pinellas Park, FL 33781<br>Phone: (727) 579-4500<br>Fax: (727) 577-9696<br>info@saunderslawyers.com |
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Michael B. Shapiro<br>Allison Grant<br>Shapiro, Blasi, Wasserman & Gora, PA<br>Corporate Centre at Boca Raton<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Phone: (561) 477-7800<br>Fax: (561) 477-7722<br>agrant@sbwlawfirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, Plaintiffs' Motion to Intervene and Memorandum in Support thereof was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison Counsel*

I further certify that all counsel of record have been served via the Court's electronic notification system. I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: July 9, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| A & D Homes, Inc.<br>2109 SE 16th Street<br>Lehigh Acres, FL 33990 |
| Aces Towing Enterprises, L.L.C.<br>205 W. St. Bernard Hwy.<br>Chalmette, LA 70043 |
| Ainslie Group, Inc.<br>4525 South Blvd. - Ste. 300<br>Virginia Beach, VA 23462 |
| All Florida Drywall Supplies, Inc.<br>504 Debuel Rd.<br>Lutz, FL 33549 |
| Alvian Homes, Inc.<br>3812 SW 3rd Terrace<br>Cape Coral, FL 33991 |
| American Building Materials, Inc<br>30427 Commerce Drive<br>San Antonio, FL 33576 |
| American Gallery Development Group, LLC<br>c/o Secretary of State<br>P.O. Box 6327<br>Tallahassee, FL 32314 |
| American Homes<br>25167 North Toledo Blade Blvd. Unit #2<br>North Port, FL 34289 |
| Arizen Homes, Inc.<br>2700 W. Cypress Creek Road - Ste. B-111<br>Fort Lauderdale, FL 33309 |
| Barony Homes, Inc.<br>2508 Del Prado Blvd S<br>Cape Coral, FL 33904 |
| Bass Homes, Inc.<br>34661 Highway 59 South<br>Stapleton, AL 36578 |
| Bay Colony – Gateway, Inc.<br>24301 Walden Center Dr., Ste. 300<br>Bonita Springs, FL 34134 |
| BDG Waterstone, LLC<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| BE Wholesale<br>81 Golden Property Road<br>Bremen, GA 30110 |

| Omni II (Wiltz) |
|---|
| **Defendant** |
| Beijing New Building Materials Public Limited Co.<br>No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |
| Bel-Tex Contracting, Inc.<br>330 Eden Isles<br>Slidell, LA 70458 |
| Beta Drywall, LLC<br>2525 Ponce De Leon Blvd. #400<br>Coral Gables, FL 33134 |
| BREAKWATER HOMES ASSOCIATION<br>1322 SE 17th Street; Fort Lauderdale, FL 33316 |
| Brighton Home Builders, Inc.<br>10300 NW 11th Street<br>Plantation, FL 33322 |
| BRISTOL CORNER, LLC<br>114 S. Fremont Avenue; Tampa, FL 33606 |
| Brothers Properties LA, LLC<br>3440 East St. Bernard Hwy.<br>Meraux, LA 70075 |
| Bush Construction Corp.<br>4029 Ironbound Road - Ste. 200<br>Williamsburg, VA 23185 |
| Cajun Construction & Design, Inc.<br>2310 Perdido Street<br>New Orleans, LA 70119 |
| Calvin P. Williams<br>1020 Red Barn Road<br>Breaux Bridge, LA 70517 |
| CB Creek, Inc.<br>405 SE 31st St.<br>Cape Coral, FL 33904 |
| Chase Construction, Inc.<br>1714 Cape Coral Pkwy East<br>Cape Coral, FL 33904 |
| City Salvage, Inc.<br>804 Lambert Street<br>Laurel, MS 39440 |
| Country Walk Sales, LLC<br>12610 Race Track Road<br>Tampa, FL 33626 |

| Omni II (Wiltz) |
|---|
| **Defendant** |
| Qinhuangdao Taishan Building Material Co. Ltd. a/k/a Qinhuang Dao Taishan Building Material Co., Ltd<br>Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000<br>0335-5919280 (Phone) |
| Crossroad Homes, Inc.<br>2760 Southeast Eagle Drive<br>Port St. Lucie, FL 34984 |
| Curb Appeal Home Builders, Inc.<br>Emmanuel Vces<br>209 Business Park Drive<br>Virginia Beach, VA 23462 |
| Dalessio Drywall & Painting Corporation<br>39406 Rock Ford Avenue<br>Zephyrhills, FL 33542 |
| David Daniels, Individually<br>205 Trade Winds Drive<br>Indian Harbour Beach, FL 32937 |
| Deangelis Diamond Construction, Inc.<br>2375 Tamiami Trail N, Ste. 210<br>Naples, FL 34103 |
| Delgado's Painting<br>422 Terry Parkway<br>Gretna, LA 70056 |
| DELTA-EDEN, INC.<br>21 East Acre Drive, Plantation, FL  33317 |
| Development Co. of Boca, Inc. d/b/a Boca Developers<br>321 E. Hillsboro Blvd.<br>Deerfield Beach, FL 33441 |
| Drive Enterprises, Inc.<br>27 Christopher Court<br>New Orleans, LA 70128 |
| DRYWALL EXPERTS, INC.<br>1513 N. K Street<br>Lake Worth, FL 33460 |
| E.B. Developers, Inc.<br>701 West Cypress Creek Road<br>Third Floor<br>Ft. Lauderdale, FL 33309 |
| ENCHANTED HOMES, INC.<br>11915 King James Court<br>Cape Coral, FL 33991 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| FHBF Partners, LLP, f/k/a First Home Builders of Florida<br>12806 Aston Oaks Drive<br>Ft. Myers, FL 33912 |
| Five Star Drywall, Inc.<br>6901 North Drive<br>Ft. Myers, FL 33905 |
| G. Drywalls Corporation<br>12951 SW 124 Street<br>Miami, FL 33186 |
| G&B Roofing & Construction, Inc.<br>503 Du Monde Drive<br>Westwego, Louisiana 70094 |
| Gryphon Corporation<br>540 Biltmore Way<br>Coral Gables, FL 33134 |
| Harrell's Drywall, Inc.<br>504 Debuel Rd.<br>Lutz, FL 33549 |
| Hinkle Drywall, Inc.<br>1460 Booth Drive<br>Valrico, FL 33594 |
| HLP/GAC International, Inc.<br>1718 Trinity Valley Drive<br>Carrollton, TX 75006 |
| Home DevCo LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street, Wilmington, DE 19801 |
| Inman Construction Services, Inc.<br>618 Central Avenue<br>Jefferson, LA 70121 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Galloway Construction, Inc.<br>1146 Highway 20<br>Interlachen, FL 32148 |
| J. Wade Payne, LLC<br>900 South Bengal Road<br>Metairie, LA 70003 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Jerome Henin, individually<br>228 Annie Street<br>Orlando, FL 32806 |
| Jim Morris & Sons, Inc.<br>561 Rainer Street NE<br>Palm Bay, FL 32907 |
| Jose Lopez<br>1311 Mandeville Street<br>New Orleans, LA 70126 |
| Joseph Jones<br>1838 St. Roch Ave.,<br>New Orleans, LA 70122 |
| Joseph Scott<br>4967 Brittany Court<br>New Orleans, LA 70124 |
| K&B HOMES, INC.<br>1121 Lumsden Trace Circle<br>Valrico, FL 33594 |
| Kensington Woods, LLC<br>701 Town Center Drive Suite 800<br>Newport News, VA 23606 |
| Kevin Burton<br>11120 S. Idlewood Court<br>New Orleans, LA 70128 |
| Lee Harbor Homes, Inc.<br>1708 Lincoln Avenue<br>Leigh Acres FL 33971 |
| Lopez Drywall, Inc.<br>1416 Kingsly Ave.<br>Orange Park, FL 32073 |
| LTL Construction, Inc.<br>4400 Helena St. NE<br>St. Petersburg, FL 33703 |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 |
| MAJESTIC HOMES OF PORT ST. LUCIE, INC<br>4061 Royal Palm Beach Blvd<br>Royal Palm Beach, FL  33411 |
| Mariner Village Townhomes, Inc.<br>7975 NW 154TH Street,<br>Ste. 400<br>Miami Lakes, FL 33016 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| McCAR HOMES, INC.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Merit Homes, Inc.<br>2436 Park Road<br>Lehigh Acres, FL 33971 |
| Mesa Construction Group, Inc.<br>6460 SW 5th Place<br>Margate, FL 33068 |
| Midwest Construction & Development, LLC<br>5984 Senegal Drive<br>Jupiter, FL 33458 |
| Millennium Builders, Inc.<br>310 Pinhurst Street, Suite 3<br>Lafayette, LA 70508 |
| Millennium Homes & Development, Inc.<br>1599 S.W. 21st Street<br>Boca Raton, FL 33486 |
| Monopoly Builders, Inc.<br>1924 SE 13th Street<br>Cape Coral, FL 33990 |
| MW Johnson Construction of Florida, Inc.<br>12801 Commonwealth Drive - Ste. 12<br>Fort Myers, FL 33913 |
| Northstar Holdings at B & A, LLC<br>171 El Pueblo Way<br>Palm Beach, FL 33480 |
| Oscar Jiles d.b.a. JJ Construction<br>108 Jiles Lane<br>Braithwaite, LA 70040 |
| Palm Isles Holdings, LLC<br>436 SW 8th Street<br>Miami, FL 33131 |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br>Dongyang Dianzi Cun (Village),<br> Pingyi Zhen (Town),<br>Pingyi Xian (County),<br>Shandong, China 273300<br>Contact: Mr. Wang,<br>Kaixue<br>Tel: 0539-4181801 |

| Omni II (Wiltz) |
|---|
| **Defendant** |
| Preferred Homes, Inc.<br>P.O. Box 1107<br>Slidell, LA 70458 |
| Premier International Realty d/b/a Henin Realty<br>861 Bonita Drive<br>Winter Park, FL 32789 |
| Ray Turner Drywall, LLC<br>10736 Jacamar Drive<br>New Port Richey, FL 34654 |
| Residential Drywall, Inc.<br>1010 N. Florida Avenue<br>Tampa, FL 33602 |
| Rosen Building Supplies, Inc.<br>3045 Lake Point Place<br>Davie, FL 33328 |
| S. Petersen Homes, Inc.<br>1217 East Cape Coral Parkway<br>Cape Coral, FL 33904 |
| S3 Enterprises, Inc. d/b/a A1Brothers Metal Framing and Drywall<br>3323 SW 8th Street<br>Cape Coral, FL 33991 |
| Safeway Contractors, L.L.C.<br>705 Florida Street<br>River Ridge, LA 70123 |
| Santa Maria Builders, LLC<br>801 Laurel Oak Drive<br>Suite 705<br>Naples, FL 34109 |
| South Kendall Construction Corporation<br>436 SW 8th St.<br>Miami, FL 33130 |
| Southern Community Homes, Inc.<br>3624 Del Prado Blvd. S<br>Cape Coral, FL 33904 |
| Speedy Drywall<br>600 Justice Court<br>Marrero, LA 70072 |
| Stock Building Supply, LLC<br>CT Corporation System<br>123 East Marcy<br>Santa Fe, NM 87501 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Stone Development, LLC<br>303 34th Street - Ste. 5<br>Virginia Beach, VA 23451 |
| Stuart South Group, LC<br>918 Southeast Lincoln Avenue<br>Stuart, FL 34994 |
| Suarez Housing Corporation<br>6522 Gunn Hwy.<br>Tampa, FL 33625 |
| Sunrise Construction, LLC<br>62250 West End Boulevard<br>Slidell, LA 70461 |
| Sunrise Homes<br>643 Magazine Street<br>Suite 300<br>New Orleans, LA 70130 |
| Suntree Homes, Inc.<br>2113 Greenview Cove Drive<br>West Palm Beach, FL 33414 |
| Taian Taishan Plasterboard Co., Ltd.<br>Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271000<br>China |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.<br>Dawenkou Daiyue District<br>East of National Road 104, 25km South<br>Tai'an City<br>271000 Taian, Shandong, China |
| Tapia Brothers Construction, Inc.<br>4289 Lac St. Pierre #205<br>Harvey, LA 70058 |
| Taylor Morrison of Florida, Inc.<br>NRAI Services, Inc.<br>2731 Executive Park Drive Ste. 4<br>Weston, FL 33331 |
| Three J's Remodeling, Incorporated<br>134 Valencia Drive<br>Fort Walton Beach, FL 32548 |
| Timberline Builders, Inc.<br>3618 Del Prado Blvd.<br>Cape Coral, FL 33904 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Tobin Trading, Inc.<br>5008 Gatehouse Way<br>Virginia Beach, VA 23455 |
| Tony Helton Construction, LLC c/o Tony Helton, Sr.<br>Registered Agent<br>230 Black Fin Cove<br>Slidell, LA 70458 |
| Touchstone At Rapallo, Inc.<br>2390 Tamiami Trail N #204<br>Naples, FL 34103 |
| Traderscove Corporation d/b/a the Henin Group<br>228 Annie Street<br>Orlando, FL 32806 |
| TURN KEY HOME BUILDERS, INC.<br>169 Seaview Avenue<br>Palm Beach, FL 33480 |
| United Homes, Inc.<br>7975 NW 154th Street Suite 400<br>Miami Lakes, FL 33016 |
| United Homes International, Inc.<br>7975 NW 154 St.<br>Suite 400<br>Miami Lakes, FL 33016 |
| Upscale Properties, Inc.<br>401 Hooper Drive<br>Kenner, LA 70065 |
| Vasquez Construction Company, LLC<br>806 Young Street<br>Ypsilanti, MI 48198 |
| VENUS STREET, LLC<br>Sandor Genet, Esq.<br>Sandor F. Genet & Assoc, PA<br>99 NE 167th St.<br>North Miami Beach, FL 33162 |
| Vernon Construction Corporation 3<br>201 Bayou Sound<br>Longboat Key, FL 34228 |
| Vet Construction, Inc.<br>709 North Armada Road<br>Venice FL 34285 |
| Vizcaya Custom Homes, Inc.<br>3311 Oakellar Avenue<br>Tampa, FL 33611 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Walker Homes, Inc.<br>141 W. Baffin Drive<br>Venice, FL 33595 |
| Wholesale Direct Lumber, LLC<br>2713 Bienville Street<br>New Orleans, LA 70119<br>504-822-4388 |
| Wolf & Bear Distributors<br>5124 Kirkwood Avenue<br>Spring Hill, FL 34608 |
| Woodside Homes of Southeast Florida, LLC<br>236 East 6 Avenue<br>Tallahassee, FL 32303 |