IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>) | MDL Docket No. 2047 |
| This Document Relates to:<br>David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al.,<br>Case No. 2:09-cv-6690 (E.D. La.)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES   ) | |

### AFFIDAVIT OF DERRILL BOYETTE

STATE OF FLORIDA       )

COUNTY OF BRADFORD   )

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, Derrill Boyette, who states under oath as follows:

1. My name is Derrill Boyette. I am over the age of twenty-one years, and I am competent to testify to the matters set forth herein. I have personal knowledge of the facts set forth in this affidavit, and all such facts are true to the best of my knowledge.

2. I am a natural person currently residing in the State of Florida at 12385 S.W. 46th Trail, Lake Butler, FL 32054.

3. I was in the contracting business for the last eighteen (18) years. I operated S & D Specialties, Inc., which is a Florida corporation, until January 2010, at which time I retired.

4. S & D Specialties, Inc. maintained its business at 12385 46th Trail, Lake Butler, Florida 32054.

5. S & D Specialties, Inc. was in the business of general contracting.

6. S & D Specialties, Inc. has never installed drywall in a home in Louisiana, contracted or subcontracted with businesses in Louisiana, conducted or sought to conduct any business in Louisiana, advertised in Louisiana, or in any way targeted their activities toward Louisiana.

7. S & D Specialties, Inc. has never been licensed or registered to do business in Louisiana, nor has S & D Specialties, Inc. ever had any offices, headquarters or any other facilities, or employees in Louisiana.

8. S & D Specialties, Inc. does not have an agent for service of process in Louisiana.

9. S & D Specialties, Inc. does not have any bank accounts in Louisiana or own any property in Louisiana.

10. S & D Specialties, Inc. has never maintained a telephone line or kept a post office box or otherwise received mail in Louisiana.

11. S & D Specialties, Inc. has never received any business from any contacts in Louisiana.

12. S & D Specialties, Inc. has no contacts with the State of Louisiana that support the exercise of jurisdiction in Louisiana, nor did it ever anticipate it would be haled into court in Louisiana.

13. During the years of operation, I was licensed to do business in Bradford County, Florida; Union County, Florida; and Columbia County, Florida.

14. The only plaintiff in this case that alleges that S & D Specialties, Inc. put Chinese drywall in their house is Sharon McNeil. The drywall in this house, which is not Chinese drywall, was contracted to and installed by Chad Starling, an independent contractor. He purchased the drywall from Contractors Supply in Gainesville, Florida.

15. This house was built under the "SHIP" program which is funded by the State of Florida for low income families. This house contains a type of drywall called "blue board" and it is not Chinese drywall. This house is located in Bradford County, Florida. All the work done on this house by S & D Specialties, Inc. was done in Bradford County, Florida.

16. The work products of S & D Specialties, Inc. are stationary and stay fixed to the house on the real estate on which they are built.

17. S & D Specialties, Inc. made no decision as to what brand of drywall, which manufacturer, or where the drywall installer ordered or purchased drywall.

18. S & D Specialties, Inc. was never involved in the manufacture of drywall, the distribution of drywall, or the storage of drywall.

19. This entire transaction was conducted in the State of Florida and has no connection to the State of Louisiana.

**FURTHER AFFIANT SAYETH NOT.**

DATED: *August 26th 2010*

By *[signature]*
Derrill Boyette

I, *Julia Croft*, a Notary Public in and for said County in said State, hereby certify that Derrill Boyette, whose name is signed to the foregoing AFFIDAVIT OF DERRILL BOYETTE, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal, this 26th day of August, 2010.

*[signature]*
NOTARY PUBLIC
My Commission Expires: _____

[SEAL]
JULIA CROFT
MY COMMISSION # EE 017683
EXPIRES: August 16, 2014
Bonded Thru Notary Public Underwriters

1851244 v1                            3