## M UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al.

          **Plaintiffs,**

   v.

KNAUF GIPS KG, et al.

**CASE NO.: 09-07628**

### PLAINTIFFS', PHILLIP KENNEDY AND LYZET MACHADO-KENNEDY, *et al.*, OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (I(A))

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Payton, et al. v. Knauf GIPS KG, et al.*, Case No. 09-07628 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Payton* plaintiffs and the defendants named in the *Payton* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Payton* complaint ¶¶ 1-5, and 2,073-2,770, as amended, herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Payton*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Payton* complaint. The *Payton* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation. Finally, Intervening Plaintiffs assert claims

against Knauf USA for its role in the distribution, delivery, supply, marketing, and sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below. This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 1. Kennedy, Phillip and Machado-Kennedy, Lyzet | 8055 W. 36th Avenue #1 Hialeah, FL 33018 | FL | | |
| 2. Adolph, Jane | 1617 SE 8th Place Cape Coral, FL 33990 | CA | | |
| 3. Aerts, Michael and Kellee | 3515 NW 14th Court Lauderhill, FL 33311 | GA | | |
| 4. Alzate, Julian and Silva, Patricia | 11210 NW 84st Doral, FL 33178 | FL | | |
| 5. Austin, Gerald and Pam | 210 Shadroe Circle Unit 201 Cape Coral, FL 33991 | MN | C.A. Steelman, Inc.  Banner Supply Co. | 451  6 |
| 6. Barber, Paul and Therese | 405 Fitch Avenue Lehigh Acres, FL 33992 | FL | | |
| 7. Benjoseph, Jonathan and Sarah | 2421 NE 65th Street #611 Ft. Lauderdale, FL 33308 | FL | | |
| 8. Bernstein, John and Rachel (also being intervened on Omni IV) | 2783 NE 31st Lighthouse Point, FL 33064 | FL | Morgan Homes, Inc.  L&W Supply Corporation d/b/a Seacoast Supply | 299  28 |
| 9. Blue Water Condominium Association | 201 Shadroe Cove Circle Cape Coral, FL 33991 | FL | | |

2

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 10. | Boggess, Joan and Loy, Dawn | 3065 SE Wake Road Port St. Lucie, FL 34984 | FL | | |
| 11. | Botello, Florencio and Maria | 1819 SW 47th Street Cape Coral, FL 33914 | MA | Aranda Homes, Inc. | 67 |
| 12. | Burnett, Marceline | 3594 NW 14 Court Lauderhill, FL 33311 | FL | | |
| 13. | Buxton, Adam and Katherine | 2180 3rd Ln. SW Vero Beach, FL 32962 | FL | Majestic Homes of Port St. Lucie, Inc. | 272 |
| 14. | Casimir, Marie and St. Fleur, Jean | 4377 SW Calah Circle Port St. Lucie, FL 34953 | FL | Majestic Homes of Port St. Lucie, Inc. | 272 |
| 15. | Cason, Lydia | 435 21st Ct. SW Lot #106 Vero Beach, FL 32962 | FL | Majestic Homes of Port St. Lucie, Inc. | 272 |
| 16. | Castro, Francisco and Luz | 3602 NW 13 Street Lauderhill, FL 33311 | FL | | |
| 17. | Centofanti, Gino | 9949 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | | |
| 18. | Chavez, Jorge and Elsa | 17744 SW 47 Street Miramar, FL 33029 | FL | | |
| 19. | Dicker, William and Linda | 355 21st Ct. SW Vero Beach, FL 32962 | FL | Majestic Homes of Port St. Lucie, Inc. | 272 |
| 20. | Dorsainvil, Michelet and Angervil, Marie Denise | 434 Big Black Pl. Kissimmee, FL 34759 | FL | Banner Supply Co. | 6 |
| 21. | Elmore, Benjamin and Juanita | 3610 NW 13th Street Lauderhill, FL 33311 | FL | | |
| 22. | Flood, Brian | 124 Big Black Drive Kissimmee, FL 34759 | NY | | |
| 23. | Francis, Charles and Tanika | 3593 NW 14 Ct. Lauderhill, FL 33311 | FL | | |
| 24. | Gallegos, Porfirio and Maria | 16541 SW 62nd Street Southwest Ranches, FL 33331 | FL | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 25. Hector, Robert and Deborah | 3595 NW 14th Court Lauderhill, FL 33311 | FL | | |
| 26. Hessee, William and Janice | 8220 Sanctuary Drive #1 Naples, FL 34104 | SD | | |
| 27. Jamison, Charlotte | 2301 SE 10th Place Cape Coral, FL 33990 | FL | Aranda Homes, Inc. | 67 |
| 28. Johnson, James and Catherine | 3680 River Point Drive Ft. Myers, FL 33905 | FL | | |
| 29. Julmiste, Carol | 2040 Sugar Terrace Northpoint, FL 34286 | FL | | |
| 30. Kiss, Tom and Kristen | 2781 NE 56th Ct. Unit 2-608 Ft. Lauderdale, FL 33308 | FL | | |
| 31. Lauderdale One Condo Association | 240 NE 65th Street Ft. Lauderdale, FL 33308 **All Units in Building 2** | FL | | |
| 32. Leidig, Milton and Jodie | 240 West End Drive #922 Punta Gorda, FL 33950 | FL | | |
| 33. Magdalena Gardens Condo Association | 240 West End Drive Punta Gorda, FL 33950 | FL | | |
| 34. Malkin, Patrick and Destories, George | 2421 NE 6th Street 2-605 Ft. Lauderdale, FL 33308 | NJ | | |
| 35. Millian, Marc | 2421 NE 65th Street Unit 2-107 Ft. Lauderdale, FL 33308 | FL | | |
| 36. Parks, Saran | 1411 NW 36th Way Lauderhill, FL 33311 | FL | | |
| 37. Petrasek, John | 2421 NE 65th Street #517 Ft. Lauderdale, FL 33308 | FL | | |
| 38. Pettit, Stephen | 5393 Hogan Lane Winter Haven, FL 33884 | FL | | |
| 39. Raphael, Lindsay | 2421 NE 65th Street Unit 2-574 Ft. Lauderdale, FL 33308 | FL | | |

4

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 40. | Ruef, Kristin and Becker, Benjamin | 2421 NE 65 St. #616 Ft. Lauderdale, FL 33308 | FL | | |
| 41. | Santamaria, Michael and Sydnie | 2421 NE 65th Ft. Lauderdale, FL 33308 | NJ | | |
| 42. | Sasser, H. Jearl and Betty | 9311 Scarborough Ct. Port St. Lucie, FL 34986 | OH | Richard Jones Construction Company, Inc.  Banner Supply Co. | 350  6 |
| 43. | Shaikh, Rukhsana, Liaquddih | 3706 Promenade Way Ft. Pierce, FL 34982 | FL | | |
| 44. | Verissimo, Jorge | 1815 SW 47th Street Cape Coral, FL 33914 | MA | Aranda Homes, Inc. | 67 |
| 45. | Von Karaschan, Eric | 2421 NE 65th St. Unit 2407 Ft. Lauderdale, FL 33308 | FL | | |
| 46. | Weiss, Sheldon and Teresa | 8363 Del Prado Drive Delray Beach, FL 33446 | NJ | Tuscan Harvey Estates | 414 |
| 47. | Williams, Louis | 2781 NE 56th Ct. Unit 1-104 Ft. Lauderdale, FL 33308 | FL | | |
| 48. | Kononova, Sergey and Anna | 1102 SW Eleuthera Avenue Port St. Lucie, FL 34953 | FL | Chabot Enterprises, Inc. | 120 |
| 49. | Acevedo, Manuel and Marin, Martha | 8152 N.W. 114 Passage Miami, FL 33178 | FL | LPR Builders, Inc. | 259 |
| 50. | Kenney, Mike | 104 8th Street Chalmette, LA 70043 | LA | | |
| 51. | Dowis, Adam | 3131 North Rampart Street New Orleans, LA 70117 | LA | | |
| 52. | Bertucci, Elizabeth | 5925 Patton Street New Orleans, LA 70118 | LA | | |
| 53. | Fazaro, Dominick E. | 2205 Tarrytown Crossing Drive Conroe, TX 77304 | TX | | |

| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 54. | Pino, Deborah | 3601 NW 14th Court Lauderhill, FL 33311 | FL | | |
| 55. | Elmore, Lillian (*previously named in Payton) | | MS | Bailey Lumber Company & Supply | 5 |
| 56. | Clark, Wayne | 1205 Magnolia Street Ocean Springs, MS | TX | Bailey Lumber Company & Supply | 5 |
| 57. | Niolet, Joseph Scott and Hendick, Jennifer | 920 Bent Tree Court Pass Christian, MS 3971 | MS | | |
| 58. | Milliet, Joel and Pearl | 424 Claymont Court Madisonville, LA 70447 | LA | Interior/Exterior Building Supply, LP   Interior/Exterior Enterprises, L.L.C. | 44   45 |
| 59. | Johnson, Antoinette and Harold | 652 Solomon Drive Covington, LA 70433 | LA | | |
| 60. | Goin, Byron | 2194 South West Idaho Ln. Port St. Lucie, FL 34953 | FL | | |
| 61. | Daboval, John and Rosemary | 6740 Milne Blvd. New Orleans, LA 70124 | LA | Interior/Exterior Building Supply, LP   Interior/Exterior Enterprises, L.L.C. | 44   45 |
| 62. | Haas, Albert and Anne | 62 Marston Lane Mobile, AL 36608 | AL | Interior/Exterior Building Supply, LP   Interior/Exterior Enterprises, L.L.C. | 44   45 |
| 63. | Haas, Albert and Anne | 62 Marston Lane Mobile, AL 36608 | AL | Interior Exterior Building Supply, LP   Interior/Exterior Enterprises, LLC | 44   45 |

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 64. | Redmond, John and Maria | 9231 Greystone Drive Denham Springs, LA 70724 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 65. | Pena, Abraham | 3412 Rosetta Drive Chalmette, LA 70043 | LA | | |
| 66. | Harrell, Mildred | 203 Divot Loop Fairhope, AL 36532 | AL | Prestige Development, Inc. | 331 |
| | | | | Interior/Exterior Building Supply, LP | 45 |
| 67. | Kinler, Gerard and Crystal | 40005 Champion Tree Drive Gonzales, LA 70787 | LA | MI Homes, Inc. | 264 |
| 68. | Martin, Sheldon and Julia | 12303 Hampton Village Avenue Baton Rouge, LA 70818 | LA | Interior/Exterior Building Supply, LP | 44 |
| 69. | Anderson, James | 3624 Afton Lane Avondale, LA 70094 | LA | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| 70. | Calico, Michael and Lisa | 4302 Orleans Avenue New Orleans, LA 70119 | LA | Interior/Exterior Building Supply, LP | 45 |
| 71. | Parker, John | 2217 A.P. Tureaud Avenue New Orleans, LA | LA | | |
| 72. | Reed, Ernest and Rosie | 7539 Ebbtide Drive New Orleans, LA 70126 | LA | | |
| 73. | Dantagnan, Lloyd and Melanie | 4038 Robin Street Bay St. Louis, MS 39520 | MS | | |
| 74. | McCarthy, Wayne | 261 Old Mill Loop, Lot 37 Pearl River, LA 70452 | LA | | |
| 75. | Keller, Denielle and Jimmy | 3724 Gallo Drive Chalmette, LA 70043 | LA | Interior Exterior Building Supply, LP | 44 |

7

| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |

| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
|---|---|---|---|---|---|
| 76. | Parisi, Mario | 702 NW 38th Place Cape Coral, FL 33993 | OH | Hansen Homes of South FL, Inc.<br><br>Banner Supply Co. Fort Myers | 202<br><br>7 |
| 77. | Sutherland, Jessica, Chad, Ethan Isaiahand Presley Tatum | 755 Ridgefield Way Oldenville, AL 35120 | AL | Lowe's Home Centers, Inc.<br><br>Interior Exterior Building Supply, LP | 30<br><br>23 |
| 78. | Kolaczek, Nicole Lynn Wilhite, Eric and Braxton | 745 Ridgefield Way Odenville, AL 35120 | AL | Interior Exterior Building Supply, LP | 23 |
| 79. | Labor, Brian and Suki | 705 Ridgefield Way Odenville, AL 35120 | AL | Interior Exterior Building Supply, LP | 23 |
| 80. | Howard, Melanie I., Stanley M., Logan S. and Ava S. | 210 Madison Lane Odenville, AL 35120 | AL | Interior Exterior Building Supply, LP | 23 |
| 81. | Wilson, Amira | 1011 Merion Drive Calera, AL 35040 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 82. | Leggett, Melody, Marty, Rachel, Zachary and Joshua | 135 Biggins Circle Pell City, AL 35125 | AL | Interior Exterior Building Supply, LP | 23 |
| 83. | Hawkins, Richard W., Ann G.; Hall, Nick and Elizabeth and Mummert, Michelle | 2371 Chalybe Trail Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 84. | Sisco, Kennety, Kendra Suzanne and Kendall | 1258 Washington Drive Moody, AL 35004 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 85. Quarles, Leah | 2305 Dunbar Circle Moody, AL 35004 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 86. Loggins, Claudia and Joseph | 5241 Creekside Loop Hoover, AL 35244 | AL | Interior Exterior Building Supply, LP | 23 |
| 87. Mitchell, Oneal, Carmen and Kalamena | 2309 Dunbar Circle Moody, AL 35004 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 88. Smith, Joseph, Sharon, Emily and Jacob | 2367 Chalybe Trail Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 89. Vanderver, Kim, Leslie Edward and Adam | 2375 Chalybe Trail Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 90. Young, Malcolm | 275 Shore Front Road Wilsonville, AL 35186 | AL | Interior/Exterior Building Supply, LP | 44 |
| 91. Lambe, Michael A. | 2311 Abbeyglen Circle Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP | 210<br><br>44 |
| 92. Jones, Yolands T.M., Moore, Jonathan T., Moore, Kanaiya, Jones, Nadia S., Jones, Brianna | 804 Twin Ridge Drive Gardendale, AL 35071 | AL | Interior/Exterior Building Supply, LP | 44 |
| 93. Utphall, Harold and Sonja | 807 Brookhaven Drive Odenville, AL 35120 | AL | Interior/Exterior Building Supply, LP | 44 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 94. | Murphy, Derrick and Shenavia | 2285 Abbeyglen Lane Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP | 210<br><br>44 |
| 95. | Parson, Jason, Jessica, Jade and Jori | 314 Timber Ridge Trail Alabaster, AL 35007 | AL | Interior/Exterior Building Supply, LP | 44 |
| 96. | Mason, Howard L. and Glenda S. | 2083 Arbor Hill Parkway Hoover, AL 35244 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP | 210<br><br>44 |
| 97. | Duckworth, Stewart, Michelle and Audrey | 535 Crestview Lane Trussville, AL 35173 | AL | Interior/Exterior Building Supply, LP | 44 |
| 98. | Bennett, Jeremy M. | 2315 Abbeyglen Circle Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP | 210<br><br>44 |
| 99. | Samson, Roland and Susan | 23340 Stablewood Circle Pass Christian, MS 39571 | MS | Interior Exterior Building Supply, LP | 23 |
| 100. | Gagnon, Chad and Amy | 701 Summer Lane Mandeville, LA 70488 | LA | Hallmark Homes, Inc.<br><br>Interior Exterior Enterprises, LLC | 199<br><br>24 |
| 101. | Dorsey, Mark and Shalanda | 39064 Bayou View Estates Gonzales, LA 70737 | LA | Sunrise Construction and Development, LLC<br><br>Interior Exterior Enterprises, LLC | 394<br><br>24 |
| 102. | Foret, Kimber and Ryan | 231 Carriage Pines Lane Covington, LA | LA | Lee Roy Jenkins<br><br>Interior Exterior Enterprises, LLC | 494<br><br>24 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 103. The Sanctuary at Blue Heron, Inc. (contact: Dave Raftis) | 8217 Sanctuary Drive #1 Naples, FL 34104<br><br>8217 Sanctuary Drive #2 Naples, FL 34104<br><br>8220 Sanctuary Drive #1 Naples, FL 34104<br><br>8221 Sanctuary Drive #1 Naples, FL 34104<br><br>8221 Sanctuary Drive #2 Naples, FL 34104<br><br>8224 Sanctuary Drive #1 Naples, FL 34104<br><br>8224 Sanctuary Drive #2 Naples, FL 34104 | FL | Banner Supply Company Fort Myers<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 7<br><br>46<br><br>47 |
| 104. Vega, Luis | 13224 SW 217 Terrace Miami, FL 33170 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 46<br><br>47 |
| 105. Walton, Douglas and Susan F. | 2843 St. Barts Square Vero Beach, FL 32967 | FL | Antilles Vero Beach, LLC<br><br>P.D.C. Drywall Contractors, Inc.<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 66<br><br>504<br><br>46<br><br>47 |
| 106. Bush, Charles and Judy (*previously named in Payton) | 1064 Kings Way Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |

11

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 107. | Camposano, Francisco and Maria del Pilar Paiz | 5721 SW 84th Street Miami, FL | FL | Banner Supply Co. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 6 <br><br> 46 <br><br> 47 |
| 108. | Morales, Claro | 13264 SW 217 Terrace Miami, FL | FL | Banner Supply Co. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 6 <br><br> 46 <br><br> 47 |
| 109. | Penkosky, Helen | 1862 SW Diamond Street Port St. Lucie, FL 34953 | FL | Banner Supply Company Port St. Lucie, Inc. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 9 <br><br> 46 <br><br> 47 |
| 110. | Prynada, Christine | 2068 Zuyder Terrace North Port, FL 34286 | MD | La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 46 <br><br> 47 |
| 111. | Sanchez, Oneida | 13225 SW 218 Terrace Miami, FL | FL | Banner Supply Co. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 6 <br><br> 46 <br><br> 47 |
| 112. | Sherman, Aryn f/k/a Aryn Morris | 3833 Misty Landing Valrico, FL | FL | Banner Supply Co. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 6 <br><br> 46 <br><br> 47 |

| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 113. | Stoner, Charles | 2240 SE 19th Avenue Homestead, FL | FL | Palm Isles Holdings, LLC | 315 |
| | | | | South Kendall Construction Corp. | 373 |
| | | | | Banner Supply Co. | 6 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 114. | Paisley, Cameron and Rachel | 748 Scout Creek Trail Birmingham, AL 35244 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 115. | Ritter, Bill and Elizaberth (*previously named in Payton) | 2267 Abbeygle Circle Birmingham, AL 35266 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 116. | L&M Estates, Inc.(*previously named in Payton and Rogers) | 12430 SW 20 Street Davie, FL 33325 | FL | Banner Supply Company Pompano, LLC | 8 |
| 117. | Courtney, Henry | 506 Loretto Avenue Coral Gables, FL | FL | Ponce Riviera, LLC | 327 |
| | | | | CDC Builders, Inc. | 107 |
| | | | | Mavied Corp. | 498 |
| | | | | Banner Supply Co. | 6 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 118. | Diehl, Scott | 16 NW 12 Pl. Cape Coral, FL 33993 | CA | R. Fry Builders, Inc. | 337 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 119. | Dos Santos, Ana S. and Miguel Bortureira Sanchez | 8415 Nw 113th Place Doral, FL 33178 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 120. | Georgescu, Bogdan and Narcisa | 318 Holiday Drive Hallandale, FL | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 121. | Godwin, Franklin and Veronica (also being intervened on Omni IV) | 10440 Stephanie Way #205 Port St. Lucie, FL 34987 | MI | Centerline Homes at Tradition, LLC | 110 |
| | | | | Centerline Homes Construction, Inc. | 112 |
| | | | | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. FL, Inc. | 502 |
| | | | | | 504 |
| | | | | P.D.C. Drywall Contractors, Inc. | 46 |
| | | | | La Suprema Trading, Inc. | 47 |
| | | | | La Suprema Enterprise, Inc. | |

14

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 122. | Griffin, David | 9801 Cobblestone Creek Dr. Boynton Beach, FL | FL | Northstar Holdings at B and A, LLC | 305 |
| | | | | Precision Drywall, Inc. | 506 |
| | | | | Banner Supply Company Pompano, LLC | 8 |
| | | | | La Suprema Trading, Inc. | 6 |
| | | | | La Suprema Enterprises, Inc. | 47 |
| 123. | Hirshfeld, Joseph and Helaine | 6402 41 Ct. E Sarasota, FL 34243 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 124. | Jones, Larai | 445 Windermere Drive Lehigh Acres, FL | FL | Adams Homes of North West FL, Inc. | 53 |
| | | | | L&W Supply Corporation d/b/a Seacoast Supply | 28 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprises, Inc. | 47 |
| 125. | Kelley, Bray | 34249 Sahalee Loop Dade City, FL 33525 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |

15

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 126. Labell, Barry (also being intervened on Omni IV) | 10560 Stephanie Way Unit 206 Port St. Lucie, FL | FL | Centerline Homes at Tradition, LLC<br><br>Centerline Homes Construction, Inc.<br><br>Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. FL, Inc<br><br>P.D.C. Drywall Contractors, Inc.<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 110<br><br>112<br><br>502<br><br>504<br><br>46<br><br>47 |
| 127. Martinez, Jose V. | 6855 Julia Gardens Drive Coconut Creek, FL 33073 | FL | Standard Pacific Homes of South FL, GP, Inc.<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 381<br><br>46<br><br>47 |
| 128. Matos, Sergio and Gladys | 8519 SW 122 Street Miami, FL 33156 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 46<br><br>47 |
| 129. Miller, Shawn | 338 SW Lacroix Avenue Port St. Lucie, FL 33914 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 46<br><br>47 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 130. | Nail, Anne Marie | 301 North Grooves Road Fort Pierce, FL | FL | Aburton Homes, Inc.<br><br>Gregg Nieberg, Inc.<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 50<br><br>474<br><br>46<br><br>47 |
| 131. | Quattrocchi, William A. **(also being intervened on Omni IV)** | 10320 SW Stephanie Way Unit 212 Port St. Lucie, FL | FL | Centerline Homes at Tradition, LLC<br><br>Centerline Homes Construction, Inc.<br><br>Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. FL, Inc<br><br>P.D.C. Drywall Contractors, Inc.<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 110<br><br>112<br><br>502<br><br>504<br><br>46<br><br>47 |
| 132. | Rador, Marie and Ronald | 11806 SW 48 Street Cooper City, FL 33330 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 46<br><br>47 |
| 133. | Revelles, Juan | 10798 NW 81st Lane Doral, FL | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 46<br><br>47 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 134. | Reyes, Gloria M. | 10786 NW 81 Lane Miami, FL 33178 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 135. | Sims, Robert | 2017 SE 21 Court Homestead, FL 33033 | CA | South Kendall Construction Corp. | 373 |
| | | | | Palm Isles Holdings, LLC | 315 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 136. | Spencer, Edson W. and Valerie C. | 823 Belcher Road Boca Grande, FL | MN | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 137. | Stonecypher, Barbara | 2632 Plymouth Sorrento Road Apopka, FL 32712 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 138. | Traina, Richard and Lorraine Cammarato, Joseph and Cathleen **(also being intervened on Omni IV)** | 10480 Stephanie Way Unit 3-206 Port St. Lucie, FL | NY | Centerline Homes at Tradition, LLC | 110 |
| | | | | Centerline Homes Construction, Inc. | 112 |
| | | | | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. FL, Inc | 502 |
| | | | | | 504 |
| | | | | P.D.C. Drywall Contractors, Inc. | 46 |
| | | | | La Suprema Trading, Inc. | 47 |
| | | | | La Suprema Enterprise, Inc. | |
| 139. | Barrios, Daphne | 9061 Lakeshore Road Bay St. Louis, MS 39520 | MS | | |
| 140. | Bishop, Robert | 100 Ivy Cove Long Beach, MS 35960 | MS | | |
| 141. | Jackson, Annette | 5030 Pecan Street Moss Point, MS 39563 | MS | | |
| 142. | Rouzan, Fernando | 7104 West Issaquena Bay St. Louis, MS 39520 | MS | | |
| 143. | Reynolds, David | 3713 Point Clear Drive Ocean Springs, MS 39564 | MS | | |
| 144. | Saltamacchia, Brian | 11560 Bayou View Drive Bay St. Louis, MS 39520 3721 E. LA State Drive Kenner, LA 70065 | MS | | |
| 145. | Stennis, Olga | 4137 Carroll Street Moss Point, MS 39563 | MS | | |
| 146. | Wannage, Jr., Edward | 7006 West Rankin Street Bay St. Louis, MS 39520 | MS | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 147. | Jenkins, Candice L. | 815 Autumn Place Mandeville, LA 70471 | LA | Interior Exterior Building Supply, LP | 23 |
| 148. | Almasy, Lee | 392 Brown Thraser Loop South Madisonville, LA 70447 | LA | Interior Exterior Building Supply, LP | 23 |
| 149. | Caminita, Michael and Johanna | 110 Gretchen Court Montz, LA 70068 | LA | Interior Exterior Building Supply, LP | 23 |
| 150. | White, John and Harriet | One Harbor Cove Slidell, LA 70458 | LA | Seals Drywall | 517 |
| 151. | Oliver, Gregory and Paycna, Catherine | 3004-3006 Conti Street New Orleans, LA 70119 | LA | Interior Exterior Building Supply, LP | 23 |
| 152. | Skinner, Robert and Louvin | 4959 Saint Roch Avenue New Orleans, LA 70122 | LA | Interior Exterior Building Supply, LP | 23 |
| 153. | Velez, Louis **(original named in Gross - dismissal pending)** | 5427 Paris Avenue New Orleans, LA 70122 | LA | Interior Exterior Building Supply, LP | 23 |
| 154. | White, Taeneia **(*previously named in Payton)** | 828 North Sabine Drive Baton Rouge, LA 70810 | LA | Interior Exterior Building Supply, LP | 23 |
| 155. | Berlier, Greg | 513 Branch Crossing Drive Covington, LA 70435 | LA | Interior Exterior Building Supply, LP | 23 |
| 156. | Copeland, Robert Michael and Nancy Ann | 155 Paul Morgan Road Boothville, LA | LA | Interior Exterior Building Supply, LP | 23 |
| 157. | Wetzler, Melissa | 667 N. Grande Drive Boca Raton, FL 33433 | FL | Banner Supply Co. | 6 |
| 158. | Touart, George & Barbera | 15952 Innerarity Point Road Pensacola, FL 32507  15954 Innerarity Point Road Pensacola, FL 32507 | FL | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 159. | McNesby, Sr., Harry & Nellie | 15948 Innerarity Point Road Pensacola, FL 32507 | FL | | |
| 160. | Rittelmeyer, Kevin & Laura | 15946 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 161. | Rutledge, Jack & Ferrell, George H. | 15934 Innerarity Point Road #64 Pensacola, FL 32507 | AL | | |
| 162. | Miller, Gary | 15926 Innerarity Point Road, #68 Pensacola, FL 32507 | AL | | |
| 163. | Burnett, Brian & Josh Dennis | 16062 Innerarity Point Road #48 Pensacola, FL 32507<br><br>15940 Innerarity Point Road #61 Pensacola, FL 32507 | AL | | |
| 164. | Howell, William & Linda Mary | 15932 Innerarity Point Road Pensacola, FL 32507 | LA | | |
| 165. | Woerner, Donna | 15936 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 166. | Powell, Roderick & Paula | 15942 Innerarity Point Road Pensacola, FL 32507 | GA | | |
| 167. | Schutt, John, Yvonne C. | 16068 Innerarity Point Road #45 Pensacola, FL 32507 | AL | | |
| 168. | Wilkins, David & Angela | 15900 Innerarity Point Road Pensacola, FL 32507 | FL | | |
| 169. | Stewart, Samuel & Kelly Wulf | 15930 Innerarity Point Road Pensacola, FL 32507 | Ohio | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 170. | Lubritz, Ronald & Joy | 15928 Innerarity Point Road #67 Pensacola, FL 32507 | MS | | |
| 171. | Sundance, LLC | 15938 Innerarity Point Road Pensacola, FL 32507  15904 Innerarity Point Road Pensacola, FL 32507  15906 Innerarity Point Road Pensacola, FL 32507  15916 Innerarity Point Road Pensacola, FL 32507  15922 Innerarity Point Road Pensacola, FL 32507  15944 Innerarity Point Road Pensacola, FL 32507  15902 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 172. | Hoeft, Roger & Michele | 16022 Innerarity Point Road Pensacola, FL 32507 | FL | | |
| 173. | Mayes, Jr., Robert & Joanna M. | 15908 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 174. | Cooley, Thomas & Chantell Mayes | 15910 Innerarity Point Road Pensacola, FL 32507 | AL | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 175. | Innerarity Point, LLC c/o Clark Hammond, Esq. | 15918 Innerarity Point Road Pensacola, FL 32507<br><br>15920 Innerarity Point Road Pensacola, FL 32507<br><br>16070 Innerarity Point Road Pensacola, FL 32507<br><br>16074 Innerarity Point Road Pensacola, FL 32507<br><br>16064 Innerarity Point Road Pensacola, FL 32507<br><br>16066 Innerarity Point Road Pensacola, FL 32507<br><br>16072 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 176. | Bass, Donald and Marlene | 5081 Cresent Ridge Drive Kiln, MS 39556<br><br>5081-A Cresent Ridge Drive Kiln, MS 39556 | MS | Bailey Lumber & Supply Company | 5 |
| 177. | Magruder, Ann | 2534 Faulkner Street Ocean Springs, MS 39564 | MS | Bailey Lumber & Supply Company | 5 |
| 178. | Ladner, Brian and Lisa | 522 2nd Street Gulfport, MS 39507 | MS | Interior Exterior Building Supply, LP | 23 |
| 179. | Appling, James D., Sr. and Gwendolyn Co. | 5379 Quail Ridge Road Gardendale, AL 35071 | AL | | |
| 180. | Cummins, Jay and Betty | 1487 West Beach Blvd. Gulf Shores, AL 36542 | LA | | |

23

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 181. Rice, James and Heather | 17062 Euqestrian Lane Fairhope, AL 36532 | LA | | |
| 182. Robertson, James Daniel, III and Victoria Daun | 4614 Benson Road Mobile, AL 36619 | AL | Interior Exterior Building Supply, LP | 23 |
| 183. Stanley, Michael E. | 1155 Hickory Valley Road Trussville, AL 35173 | AL | | |
| 184. Tsi, Shau Chren and Yang, Yan Yun | 9502 Fornock Lane Foley, AL 36536 | AL | | |
| 185. Ung, Kim and Cai, Xiao | 601 Iberville Drive Foley, AL 36535 | AL | | |
| 186. Wilder, Jeffrey J. and Michelle | 2397 Chalybe Trail Hoover, AL 35226 | AL | | |
| 187. Wong, Karen | 2336 Arbor Glen Birmingham, AL 35244 | AL | | |
| 188. Amerson, Trevis Mandel | 3415 Jeanne Lane Hueytown, AL 35023 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 189. Armstrong, Jeremy B. and Heather | 1005 Seminole Place Calera, AL 35040 | AL | | |
| 190. Barker, Jefferey M. and Dana S. | 8240 Shenandoah Trace Semmes, AL 36575 | AL | Interior Exterior Building Supply, LP | 23 |
| 191. Bennick, Charles D. and Patricia A. | 5836 Chestnut Trace Birmingham, AL 35244 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 192. Branch-Binion, Mary Elizabeth | 13472 Addison Avenue Gulfpot, MS 39503 | MS | Great Southern Homes, Inc. | 187 |
| 193. Broussard, Julius T. and Jessica A. | 12680 Woodland Circle D'Iberville, MS 39450 | MS | Bailey Lumber & Supply Company | 5 |

24

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 194. | Callahan, Clifton E., Jr. and Tiffany S. | 1035 Maryanna Road Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 195. | Caraballo, Doris Maclaren and Hernandez, Bismark Enrique | 10357 SW 209 Lane Homestead, FL 33189 | FL | | |
| 196. | Cherry Blossom, LLC | 1690 Renaissance Commons Blvd. - Unit 1304 Boynton Beach, FL 33426 | FL D.C. | | |
| 197. | Cobb, Tommy and Peggy | 6112 Pontiac Drive Kiln, MS 39556 | MS | Interior Exterior Building Supply, LP | 23 |
| 198. | Copello, Victor and Pamela | 1660 Renaissance Commons Blvd. - Unit 2204 Boynton Beach, FL 33426 | NJ | | |
| 199. | Cornelius, Mitchell S. and Katherine E. | 5816 Chestnut Trace Birmingham, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 200. | DeMaio, Edward, Anne Marie and Jonathan | 1660 Renaissance Commons Blvd. - Unit 2127 Boynton Beach, FL 33426 | CT FL | | |
| 201. | Denton, Thomas Wade, II and Angela Marie | 11151 Elysian Circle Daphne, AL 36525 | AL | | |
| 202. | Desai, Hiren and Divya | 2336 Abbeyglen Circle Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 203. | Dowis, Adam | 3131 N. Rampart Street New Orleans, LA 70117 | NY | Interior Exterior Building Supply, LP | 23 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 204. Duncan, Bradley and Lindsay | 17511 Martin Lake Drive Baton Rouge, LA 70816 | LA | | |
| 205. Fallo, Nicholas and Stephanie Ann | 6808 Pinhurst Drive Ocean Springs, MS 39564 | MS | Ocean Springs Lumber Company, LLC | 33 |
| 206. Fayard, Russell and Marilyn | 6034 Vista Circle Gulfport, MS 39507 | MS | | |
| 207. Gillespie, Barbara | 3301 Joy Lane Ocean Springs, MS 39564 | MS | Interior Exterior Building Supply, LP | 23 |
| 208. Groner, Chris and Karen | 6095 Kiowa Street Kiln, MS 39556 | MS | Interior Exterior Building Supply, LP | 23 |
| 209. Grubbs, William E. and Frances | 321 Pecan Ridge Blvd. Fairhope, AL 36532 | AL | | |
| 210. Harrison, Neil and Julia | 16018 Innergrity Point Road - Unit 91 Pensacola, FL 32507 | MS | | |
| 211. Herrington, Steve | 10355 Pin Oak Drive Biloxi, MS 39532 | MS | Interior Exterior Building Supply, LP | 23 |
| 212. Hewes, Charles A. and Dane B. | 1616 2nd Street Gulfport, MS 39501 | MS | Interior Exterior Building Supply, LP<br><br>Bailey Lumber & Supply Company | 23<br><br>5 |
| 213. Hill, Charlie G. and Barbara F. | 15528 Village Drive Biloxi, MS 39532 | MS | Interior Exterior Building Supply, LP | 23 |
| 214. Hooda, Amim R. and Rozina | 5219 Creekside Loop Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 215. James, Anthony and Erica | 174 Silo Hill Road Madison, AL 35758 | AL | | |
| 216. Jones, Reginald D. and Winfred | 1040 Seminole Place Calera, AL 3040 | FL | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 217. | Kellogg, James S. and Donna M. | 1140 Hardwood Cove Road Birmingham, AL 35242 | AL | | |
| 218. | Kolaczek, Joseph S. and Terri B. | 1001 Aronomink Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 219. | Lang, Keith D. | 1499 Vassar Court Mobile, AL 36695 | AL | Interior Exterior Building Supply, LP | 23 |
| 220. | Lausman, Mark B. and Eileen D. | 117 Dunstan Drive Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 221. | Leleaux, Gary and Letha | 5180 Eden Place Biloxi, MS 39532 | MS | Interior Exterior Building Supply, LP | 23 |
| 222. | Madden, Michael P. and Ashley M. | 2356 Chalybe Trail Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 223. | Mayberry, Neil and Shannon | 512 Drake Elm Court Madisonville, LA 70447 | LA | C&C Homebuilders Construction, Inc. | 100 |
| 224. | McLaughlin, Matthew and Shannon | 16189 Cypress Lane Gulfport, MS 39507 | MS | Bailey Lumber & Supply Company | 5 |
| 225. | McLaurin, Charles S. and Donna | 4331 Village Green Way Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 226. | McMann, Thomas G. and Lorraine A. | 5840 Chestnut Trace Birmingham, AL 35244 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 227. MS Investors d/b/a Manor House Apartments | 117 De Montluzin Avenue Bay St. Louis, MS 39520 (71 Apartments) | GA | | |
| 228. Mitchell, Kenneth | 10 Acton Loop Road Moody, AL 35004 | AL | | |
| 229. Nguyen, Minh and Minh Thu | 11 Beau Braun Drive Long Beach, MS 39560 | MS | Interior Exterior Building Supply, LP | 23 |
| 230. Ngwenya, Ovella J. | 3419 Jeanne Lane Hueytown, AL 35023 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 231. Ramsey, Keith | 200 Hamilton Place Birmingham, AL 35215 | AL | | |
| 232. Rice, James L. and Norma E. | 2269 Abeyglen Lane Birmgham, AL 35226 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 233. Robins, Daniel and Elaine | 4211 Sierra Way Gardendale, AL 35071 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 234. Saeed, Answar and Sadiqa Anwar | 5323 Creekside Place Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 235. Sanford, Eleni and Matheos, Kanstantina | 16076 Innergrity Point Road Unit 41 Pensacola, FL 32507 | MS | | |
| 236. Scott, Phillip C., Jr. and Rebecca | 2603 Avenue B Pascagoula, MS 39567 | MS | Interior Exterior Building Supply, LP | 23 |
| 237. Sears, Nana Ruth | 108 Timber Ridge Blvd. Pass Christian, MS 39571 | MS | Interior Exterior Building Supply, LP | 23 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 238. | Shah, Kajal and Rahul A. | 2273 Abbeyglen Lane Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 239. | Shores, Ellen B. | 1221 Savannah Lane Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 240. | Smith, Gregory | 6705 Elder Ferry Road Moss Point, MS 39563 | MS | Interior Exterior Building Supply, LP | 23 |
| 241. | Smith, Kenneth and Sarah | 17512 Martin Lake Drive Baton Rouge, LA 70816 | LA | | |
| 242. | Stephens, Keith Edward and Amy Garmon | 3754 Abbeyglen Way Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 243. | Summers, Tyson and Beth K. | 2355 Chalybe Trail Birmingham, AL 35226 | AL | | |
| 244. | Taylor, Douglas J. | 843 Vanessa Drive Trussville, AL 35173 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 245. | Terry, Nichole | 5235 Gayle Lane Hueytown, AL 35023 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 246. | Thompson, Frank | 320 Hillstone Drive Pell City, AL 35125 | AL | | |
| 247. | Thompson, Heath | 7685 Joe Fountain Road Ocean Springs, MS 39564 | MS | Interior Exterior Building Supply, LP | 23 |
| 248. | Thomson, James V. III | 16384 River Park Road Fairhope, AL 36532 | AL | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | 4 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 249. | Turner, Kile T. and Sara M. | 421 Poincianna Drive Homewood, AL 35209 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 250. | Verner, Greg and Andrea | 10571 Timber Ridge Drive Loxley, AL 36551 | AL | | |
| 251. | Wells, Joyce P. | 30221 Ono Blvd. Orange Beach, FL 36561 | MS | Building Materials Wholesale, Inc. (B.M.W.) | 13 |
| 252. | Whal, Jacquelyn | 28341 Cascade Road Pass Christian, MS 39571 | MS | Interior Exterior Building Supply, LP | 23 |
| 253. | Williams, Scott A. and Kristin S. | 121 Tomrick Circle Daphne, AL 36526 | AL | Interior Exterior Building Supply, LP | 23 |
| 254. | Wilson, Randy and Elizaberth | 9055 Hillside Road Biloxi, MS 39532 | MS | Home Town Lumber & Supply, Inc. | 21 |
| 255. | Winsett, Ataska N. | 3411 Jeanne Lane Hueytown, AL 35023 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 256. | Curran, Lee and Anita | 4133 Palmyra Street New Orleans, LA 70119 | LA | | |
| 257. | Keller, Rene and Margarita | 2908 Alana Lane Marrero, LA 70072 | LA | | |
| 258. | Sander, Karl | 534 Fifth Street Pearl River, LA 70452 | LA | Interior Exterior Building Supply, LP | 23 |
| 259. | Lewis, Chester, Jr. and Tiffany | 200 Dexter Avenue Birmingham, AL 35213 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 260. | Ashmore, John Britton (*previously named in Payton) | 1507 Creekside Drive Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 261. | Bunn, James & Michele (*previously named in Payton) | 2263 Butler Springs Lane Hoover, AL  35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 262. | Chapman, Duane & Sarah (*previously named in Payton) | 129 Dunstan Drive Birmingham, AL  35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 263. | Corley, Kyle & Lorie (*previously named in Payton) | 5220 Creekside Loop Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 264. | Crawford, Gary & Linda (*previously named in Payton) | 1039 Kings Way Birmingham, AL  35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 265. | Daniel, Michael & Monica (*previously named in Payton) | 4142 Ternview Road Vestavia Hills, AL  35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 266. | Ezekiel, David & Suzanne (*previously named in Payton) | 2162 Timberline Drive Calera, AL  35040 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 267. | Fairburn, Tom & Cherie (*previously named in Payton) | 113 Dunstan Drive  Birmingham, AL  35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |

31

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 268. | Farmer, Sherry (*previously named in Payton) | 1049 Little Sorrel Drive Calera, AL  35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 269. | Gilbert, Tony & Ann (*previously named in Payton) | 1076 Maryanna Road Calera, AL  35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 270. | Graham, William & Martha Betty M. Harrod Trust Trust for the Benefit of Martha H. Graham Under the Betty M. Harrod Trust (*previously named in Payton) | 1424 Charleston Court Vestavia Hills, AL  35216 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 271. | Greer, Matthew & Olivia A. (*previously named in Payton) | 2367 Bellevue Terrace Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 272. | Griffith, Alan & Zoe (*previously named in Payton) | 2146 Timberline Drive Calera, AL  35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 273. | Hand, Lincoln & Mimi Wade (*previously named in Payton) | 1514 Crown Point Drive Gardendale, AL  35071 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 274. | Harper, Robert D. (*previously named in Payton) | 1225 Glenstone Place Moody, AL  35004 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 275. Howard, Hillary (*previously named in Payton) | 85 Acton Loop Road Moody, AL 35004 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 276. Howard, James and Carol (*previously named in Payton) | 1084 Dunnavant Place Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 277. Randolph, Michael and Susan (*previously named in Payton) | 2154 Timberline Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 278. Hunter, Thaddeus L. & Pamela R. (*previously named in Payton) | 2375 Abbey Glenn Circle Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 279. Joseph, Booker & Brenda F. (*previously named in Payton) | 1041 Edgewater Lane Chelsea, AL 35043 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 280. Killen, Cindy (*previously named in Payton) | 1420 Charleston Court Vestavia Hills, AL 35216 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 281. Lawrence, Ericka & Cornelius (*previously named in Payton) | 2295 Abbey Glenn Circle Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 282. Loney, Christopher & Rochelle (*previously named in Payton) | 3738 Chalybe Walk Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 283. | Maier, William Craft (*previously named in Payton) | 2090 Timberline Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 284. | Marston, William & Janine (*previously named in Payton) | 3734 Chalybe Walk Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 285. | Milano, Jason & Sarah Bennett (*previously named in Payton) | 1050 Little Sorrell Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 286. | Moore, Victor (*previously named in Payton) | 1004 Maryanna Road Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 287. | Newton, Twnica N. (*previously named in Payton) | 2150 Timberline Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 288. | Noel, Patrick & Jacqueline (*previously named in Payton) | 1009 Wesley Trace Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 289. | Richardson, Cherie & Keith (*previously named in Payton) | 115 Major Circle Riverside, AL 35135 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 290. | Ridley, Arnold Lee & Rada (*previously named in Payton) | 1045 Edgewater Lane Chelsea, AL 35043 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 291. | Rodgers, Jeremy A. (*previously named in Payton) | 1063 Maryanna Road Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 292. | Starnes, Tracey & Vickie (*previously named in Payton) | 7600 Sardis Grove Lane Gardendale, AL 35071 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 293. | Tanis, Donald & Susan (*previously named in Payton) | 3750 Village Lane Birmingham, AL 35223 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 294. | Thompson, Ortis Darren & Susan (*previously named in Payton) | 1105 Taylor's Trail Moody, AL 35004 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 295. | Vincent, Maria & James (*previously named in Payton) | 340 Hillstone Drive Pell City, AL | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 296. | Wilkens, Susan (*previously named in Payton) | 1087 Dunnavant Place Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 297. | Wright, Jeff & Suzanne J. (*previously named in Payton) | 3754 Village Lane Birmingham, AL | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 298. | Yarbrough, Rebecca K. (*previously named in Payton) | 1025 Little Sorrel Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |

| | | | | | |
|---|---|---|---|---|---|
| **INTERVENING PLAINTIFFS** | | | | | |
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 299. | Whittaker, Robin | 3612 NW 13th Street Lauderhill, FL 33311 | FL | Centerline Homes at Georgetown, LLC | 109 |
| 300. | Grant Street-Lawyer, Ltd. | 27991 Largay Way Unit A202 Bonita Springs, FL 32134 | OH | L&W Supply d/b/a Seacoast Supply | 28 |
| 301. | Moore-Walters, Gail | 1181 N.E. 44th Lane Cape Coral, FL 33909 | FL | K. Hovnanian First Homes, LLC | 234 |
| 302. | Paulino, Jhon and Anacelis | 1304 NE 3rd Terrace Cape Coral, FL 33909 | FL | | |
| 303. | Crescibene, Michael | 2860 Cincinnati Street North Port, FL 34286 | FL | | |
| 304. | Angel, Wendel and Dawn | 2051 NW 3rd Terrace Cape Coral, FL 33993 | FL | Hansen Homes of South FL, Inc. | 202 |
| 305. | Oravetz, Michael | 2810 NW 13th Street Cape Coral, FL 33993 | PA | K. Hovnanian First Homes, LLC | 234 |
| 306. | Castillo, Jorge | 128 NE 8th Terrace Cape Coral, FL 33909 | FL | K. Hovnanian First Homes, LLC | 234 |
| 307. | Pierre, Bruno and Beatrice | 4952 NW Manville Drive Port Saint Lucie, FL 34983 | FL | Paramount Quality Homes Corp. | 319 |
| 308. | Wright, Bruce R. | 1159 US Highway 27 South Lake Placid, FL 33852 | CA | L&W Supply Corporation d/b/a Seacoast Supply | 28 |
| 309. | Paoli, Lawrence and Donna | 1821 Bobcat Trail North Port, FL 34288 | FL | Medallion Homes Gulf Coast, Inc. | 287 |
| 310. | Banks, James and Nicholls, Richard | 9162 Estero River Circle Esteror, FL 33928 | OH | Banner Supply Co. | 6 |
| 311. | Caba, Rudy | 236 North West 24th Place Cape Coral, FL 33993 | FL | Signature Series Homes, Inc. | 370 |
| | | | | Cox Lumber Co. d/b/a HD Supply Lumber & Building Materials | 455 |

36

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 312. | Clark, Robert and Linda (also being intervened on Omni IV) | 816 Chapel Avenue Lehigh Acres, FL 33971 | FL | Oyster Bay Homes, Inc. | 313 |
| 313. | Cruz, Abraham and Xiomara | 373 North East 36th Terrace Homestead, FL 33033 | FL | Lennar Corporation | 252 |
| 314. | Day, Terry | 1542 South West Chari Avenue Port Saint Lucie, FL 34953 | FL | Global Homes Builders, LLC | 182 |
| 315. | Duharte, Roxanne and Shannon | 1660 Renaissance Commons Blvd. Unit #2326 Boynton Beach, FL 33426 | FL | | |
| 316. | Fortin, Priscilla | 99 Vivante Blvd. Unit #409 Punta Gorda, FL 33950 | MA | Bove Company

L&W Supply Corporation d/b/a Seacoast Supply | 95

28 |
| 317. | Hernandez, Onelio and Loyda | 210 NW 27th Avenue Cape Coral, FL 33993 | FL | Adams Homes of North West FL, Inc. | 53 |
| 318. | Carlos, Moreno and Montoya, Claudia | 7431 Bristol Circle Naples, FL 34120 | FL | Waterways Joint Venture, IV, LLC | 429 |
| 319. | Nunes, Norberto | 7060 Venice Way Unit 3101 Naples, FL 34119 | FL | | |
| 320. | Parikh, Kirti and Jayesh | 7569 Bristol Circle Naples, FL 34120 | NJ | Waterways Joint Venture, IV, LLC | 429 |
| 321. | Paster, Dea | 2242 South East Friendship Street Port Saint Lucie, FL 34952 | CA | Paramount Quality Homes Corp. | 319 |
| 322. | Peters, Gerald and Mary for Mary L. Peters, Trust | 4904 South West 22nd Place Cape Coral, FL 33914 | FL | Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. | 320 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 323. | Rodriguez, Ramon and Elizabeth | 926 North East 18th Terrace Cape Coral, FL 33909 | FL | K. Hovnanian First Homes, LLC | 234 |
| 324. | Ruiz, Aniceto and Otilia | 15579 South West 182 Lane Miami, FL 33187 | FL | Greystoke Homes at South Point II, LLC Banner Supply Co. | 190 6 |
| 325. | Santana, Silvana | 8709 Pegasus Drive Lehigh Acres, FL 33971 | FL | | |
| 326. | Shutey, Diane | 3972 Cherrybrook Loop Fort Myers, FL 33966 | PA | | |
| 327. | Tellez, Luisa | 818 South West 146th Terrace Pembroke Pines, FL 33027 | FL | Standard Pacific Homes of South FL, GP, Inc. Banner Supply Co. | 381 6 |
| 328. | Templeton, Sherry | 13934 Clubhouse Drive Tampa, FL 33618 | FL | LTL Construction, Inc. Residential Drywall, Inc. | 260 511 |
| 329. | Thomas, Paula | 1275 Washington Drive Moody, AL 35004 | CA | HPH Homes | 209 |
| 330. | Penalba, Ramiro J., Claudia E. and Maria I. | 20317 SW 87th Court Miami, FL 33189 | FL | United Homes International, Inc. (B0 Banner Supply Co. La Suprema Enterprise, Inc. (I) La Suprema Trading, Inc. (I) | 419 6 46 47 |
| 331. | Mulero, Juan | 2730 S.W. 26th Street Miami, FL 33133 | FL | Banner Supply Co. | 6 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 332. Visram, Rahim | 4367 Boulder Lake Circle Birmingham, AL 35242 | AL | LifeScape Builders<br><br>Interior/Exterior Building Supply, LP | 255<br><br>23 |
| 333. Walters, Dan and Stacy | 2363 Schalbe Trail Birmingham, AL 35226 | AL | HPH Properties, LLC | 210 |
| 334. Masreliez, Jonas Maldonado, Michelle | 5337 SW 40 Avenue Dania Beach, FL 33314 | FL | | |
| 335. Cavaretta, Donna | 365 Winchester Circle Mandeville, LA 70448 | LA | | |
| 336. Fyfe, Jody Lee | 2112 Delightful Drive Ruskin, FL 33570 | FL | | |
| 337. Buckentin, Michael and Mary | 4033 Butler Springs Place Hoover, AL 35226 | AL | | |
| 338. Turov, Vlad and Vania | 2211 Tarrytown Crossing Drive Conroe, TX 77304 | TX | Supreme Builders | 397 |
| 339. Brescia, Anthony and Donna | 1015 Fish Hook Cove Bradenton, FL 34212 | TX | | |
| 340. Brown, Zamir | 2116 Unity Village Drive Ruskin, FL 33570 | FL | | |
| 341. Williams, Ahlatisha | 2109 Delilghtful Drive Ruskin, FL 33570 | FL | | |
| 342. Hill, Jamaal and Andria | 2105 Delightful Drive Ruskin FL 33570 | FL | | |
| 343. Gomez, Diana | 2207 Pleasantview Avenue Ruskin, FL 33570 | FL | | |
| 344. Bailey, Elizabeth | 2108 Delightful Drive Ruskin, FL 33570 | FL | | |
| 345. Urso, Christopher | 2120 Delightful Drive Ruskin, FL 33570 | FL | | |
| 346. Roy, Gregory S. | 313 Long Lake Drive Covington, LA 70435 | LA | | |

| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 347. | Moore, Ursula | 2209 Tarrytown Crossing Conroe, TX 77304 | TX | Supreme Builders | 397 |
| 348. | Cunningham, Harold | 2204 Jefferson Crossing Conroe, TX 77304 | TX | Supreme Builders | 397 |
| 349. | Foster, Alan and Alma | 289 Normandy Lane Chelsea, AL 35043 | AL | Interior/Exterior Building Supply | 23 |
| 350. | Sockman, Richard | 8856 E. 98th Avenue Vero Beach, FL 32967 | FL | | |
| 351. | Bergus, Boris | 244 Silver Glen Drive St. Augustine, FL 32092 | MA | L&W Supply Corporation d/b/a Secoast Supply, Inc. | 28 |
| 352. | Hill, Lionel T. | 19402 Dickson Park Drive Spring, TX 77373 | TX | | |
| 353. | Marquez, Angel | 4658 SW Ulster Street Port Saint Lucie, FL 34953 | FL | Midwest Construction & Development, LLC | 295 |
| 354. | Forsyth, Andrew and Jennifer | 2117 Pleasure Run Drive Ruskin, FL 33570 | FL | | |
| 355. | Arrington, Angela | 2113 Delightful Drive Ruskin, FL 33570 | FL | | |
| 356. | Rolfes, June A. | 8 Golfview Drive Pass Christian, MS 39571 | MS | Bailey Lumber & Supply Company  Interior/Exterior Bulding Supply, LP | 5  44 |
| 357. | Carlton, Robert | 814 Clearmont Street Sebastian, FL 32958 | FL | | |
| 358. | Carroll, Gary and Alice | 978 Fern Drive Delray Beach, FL 33483 | FL | | |
| 359. | Davis, Paul and Susan | 2049 County Road 119 Bryceville, FL 32009 | FL | | |
| 360. | Elkin, Ken and Rachel | 7831 Cummings Lane Boca Raton, FL 33433 | FL | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 361. | Gombert, Paul and Aimee | 264 Silver Glen Avenue St. Augustine, FL 32092 | FL | L&W Supply Corporation d/b/a Seacoast Supply | 28 |
| 362. | Marks, Michael and Lynn | 1802 SW 23rd Street Fort Lauderdale, FL 33315 | CA | | |
| 363. | Rahman, Mohammad D. Adnan | 935 Bayshore Drive Terra Ceia, FL 34250 | FL | Residential Drywall, Inc. | 511 |
| 364. | Whitty, Charles A. and Gabriella Kincses | 326 NW La Playa Street Port St. Lucie, FL 34983 | FL | Aburton Homes, Inc.<br><br>Gregg Neiberg, Inc. | 50<br><br>474 |
| 365. | South Dixie Rosaro, LLC | 564 Loretto Avenue - Unit 8 Coral Gables, FL 33134<br><br>520 Loretto Avenue Unit 21 Coral Gables, FL 33134 | FL | CDC Builders, Inc.<br><br>Mavied Corp.<br><br>Banner Supply Co. (D | 107<br><br>498<br><br>6 |
| 366. | McBride Family Properties, LLC | 534 Loretto Avenue Unit 23 Coral Gables, FL 33134<br><br>502 Loretto Avenue Unit 30 Coral Gables, FL 33134 | FL | CDC Builders, Inc.<br><br>Mavied Corp.<br><br>Banner Supply Co. | 107<br><br>498<br><br>6 |
| 367. | Fulford, John and Lillian | 11268 Wren Avenue Fairhope, AL 36532 | AL | | |
| 368. | Henson, Brenda McMillian and McMillian, Paul and Ann | 959 Weatherby Street South Saraland, AL 36571 | AL | | |
| 369. | Epps, Pamela A. | 987 Weatherby St. South Saraland, AL 36571 | AL | | |
| 370. | Staley, Beverly Bates | 1023 Weatherby Street Saraland, AL 36571 | AL | | |
| 371. | Blaylock, Nathan and Margret | 210 Mizel Circle Saraland, AL 36571 | AL | | |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 372. | Dantzler, John and Jelean | 1113 Fourth Avenue Saraland, AL 3671 | AL | | |
| 373. | Mitchell, Ralph and Lisa | 211 Weatherby Street Saraland, AL 36571 | AL | | |
| 374. | Nurmi, John Riverbend Condominiums, Inc. | 1625 Martin Bluff Road Unit 2 Gautier, MS 30553 | MS | | |
| 375. | Riverbend Condominiums, Inc. | 1625 Martin Bluff Road Unit 3 Gautier, MS 30553 | MS | | |
| 376. | Friedland, Gregory Riverbend Condominiums, Inc. | 1625 Marin Bluff Road Units 16 Gautier, MS 30553  1625 Marin Bluff Road Units 25 Gautier, MS 30553  1625 Marin Bluff Road Units 30 Gautier, MS 30553 | AL | | |
| 377. | Denmark, Edwin and April | 21285 Averett Lane Citronelle, AL 36522 | AL | | |
| 378. | Williamson, William | 5220 Old Highway 43 Satsuma, AL 36572 | AL | | |
| 379. | Bang, Huey L. and Meredith B. | 100 Redbud Way Pass Christin, MS 39571 | MS | | |
| 380. | Bang, Terrell and Michelle | 26237 Niolet Road Pass Christian, MS 39571 | MS | | |
| 381. | Felter, Michael and Denise | 25014 Arcadia Farm Road Pass Christian, MS 39571 | MS | | |
| 382. | Burke, Michael and Jennifer | 89 Fairway Drive Pass Christian, MS 39571 | MS | | |
| 383. | Senac, Jacque and Dana (*previously named in Payton) | 696 Timberwood Loop Madisonville, LA 70447 | LA | H & H Custom Home Builders | 197 |

## ALLEGATIONS REGARDING DEFENDANT KNAUF USA

1.      Defendant Knauf USA is an Indiana corporation with a principal place of business in Shelbyville, Indiana.

2.      By information and belief, Knauf USA is a subsidiary of Knauf GIPS KG.  Knauf USA acted as an agent for Knauf GIPS KG and other Knauf entities lending assistance and participating in the promotion, distribution, marketing, and sale of the drywall at issue in this litigation to American suppliers.  Accordingly, Knauf USA was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold.  This conduct by Knauf USA has resulted in harm and damages to Plaintiffs.

3.      Upon information and belief, Knauf USA is attempting to flee the jurisdiction of the MDL Court by discontinuing its operations and removing assets from the United States.

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a.      an order certifying the case as a class action;

b.      an order certifying the Class and each of the Subclasses;

c.      an order appointing Plaintiffs as the Class Representatives of the Class;

d.      an order appointing undersigned counsel and their firms as counsel for the Class;

e.    compensatory and statutory damages;

f.    punitive damages as allowed by law;

g.    pre and post-judgment interest as allowed by law;

h.    injunctive relief;

I.    an award of attorneys' fees as allowed by law;

j.    an award of taxable costs; and

k.    any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: July 9, 2010                    /s/ Russ M. Herman
                                       Russ M. Herman, Esquire (Bar No. 6819)
                                       Leonard A. Davis, Esquire (Bar No. 14190)
                                       Stephen J. Herman, Esquire (Bar No. 23129)
                                       HERMAN, HERMAN, KATZ & COTLAR, LLP
                                       820 O'Keefe Avenue
                                       New Orleans, Louisiana 70113
                                       Phone: (504) 581-4892
                                       Fax: (504) 561-6024
                                       LDavis@hhkc.com
                                       *Plaintiffs' Liaison Counsel*
                                       *MDL 2047*

                                       **PLAINTIFFS' STEERING COMMITTEE**

                                       Arnold Levin
                                       Fred S. Longer
                                       Matthew C. Gaughan
                                       Levin, Fishbein, Sedran & Berman
                                       510 Walnut Street, Suite 500
                                       Philadelphia, PA 19106
                                       Phone: (215) 592-1500
                                       Fax: (215) 592-4663
                                       Alevin@lfsblaw.com
                                       *Plaintiffs' Lead Counsel MDL 2047*

44

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

46

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com
**OF COUNSEL TO PLAINTIFFS' STEERING
COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite  650
Washington, DC 20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
 rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

47

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS**[1]

---

[1]Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel and pro se plaintiff.

**Alters, Boldt, Brown, Rash & Culmo,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Adolph, Jane
Aerts, Michael and Kellee
Alzate, Julian and Silva, Patricia
Austin, Gerald and Pam
Barber, Paul and Therese
Benjoseph, Jonathan and Sarah
Bernstein, John and Rachel
Blue Water Condominium Association
Boggess, Joan and Loy, Dawn
Botello, Florencio and Maria
Burnett, Marceline
Buxton, Adam and Katherine
Casimir, Marie and St. Fleur, Jean
Cason, Lydia
Castro, Francisco and Luz
Centofanti, Gino
Chavez, Jorge and Elsa
Dicker, William and Linda
Dorsainvil, Michelet and Angervil, Marie Denise
Elmore, Benjamin and Juanita
Flood, Brian
Francis, Charles and Tanika
Gallegos, Porfirio and Maria
Hector, Robert and Deborah

Hessee, William and Janice
Jamison, Charlotte
Johnson, James and Catherine
Julmiste, Carol
Kennedy, Phillip and Machado-Kennedy, Lyzet
Kiss, Tom and Kristen
Kononova, Sergey and Anna
Lauderdale One Condo Association
Leidig, Milton and Jodie
Magdalena Gardens Condo Association
Malkin, Patrick and Destories, George
Millian, Marc
Parks, Saran
Petrasek, John
Pettit, Stephen
Raphael, Lindsay
Ruef, Kristin and Becker, Benjamin
Santamaria, Michael and Sydnie
Sasser, H. Jearl and Betty
Shaikh, Rukhsana, Liaquddih
Verissimo, Jorge
Von Karaschan, Eric
Weiss, Sheldon and Teresa
Williams, Louis

**Aronfeld Trial Attorneys PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Acevedo, Manuel and Marin, Martha Aronfeld

**Baron & Budd,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bertucci, Elizabethh
Dowis, Adam
Fazaro, Dominick E.
Kenney, Mike
Pino, Deborah

**Barrett Law Office,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Elmore, Lillian
Clark, Wayne
Niolet, Joseph Scott and Hendick, Jennifer

**Barrios, Kingsdorf & Casteix, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Goin, Byron
Daboval, John and Rosemary
Haas, Albert and Anne
Haas, Albert and Anne
Johnson, Antoinette and Harold
Milliet, Joel and Pearl
Redmond, John and Maria

**Becnel Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Anderson, James
Calico, Michael and Lisa
Dantagnan, Lloyd and Melanie
Harrell, Mildred
Kinler, Gerard and Crystal
Martin, Sheldon and Julia
McCarthy, Wayne
Parker, John
Pena, Abraham (also a client of Morris Bart, LLC)
Reed, Ernest and Rosie

**Berniard Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Keller, Denielle and Jimmy

**Bloomfield Law Office,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Parisi, Mario

**Doyle Law Firm, PC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bennett, Jeremy M.
Duckworth, Stewart, Michelle and Audrey
Hawkins, Richard W., Ann G.; Hall, Nick
and Elizabeth and Mummert, Michelle
Howard, Melanie I., Stanley M., Logan S.
and Ava S.
Jones, Yolands T.M., Moore, Jonathan T.,
Moore, Kanaiya, Jones, Nadia S., Jones,
Brianna
Kolaczek, Nicole Lynn
Wilhite, Eric and Braxton
Labor, Brian and Suki
Lambe, Michael A.
Leggett, Melody, Marty, Rachel, Zachary
and Joshua

Loggins, Claudia and Joseph
Mason, Howard L. and Glenda S.
Mitchell, Oneal, Carmen and Kalamena
Murphy, Derrick and Shenavia
Parson, Jason, Jessica, Jade and Jori
Quarles, Leah
Sisco, Kennety, Kendra Suzanne and
Kendall
Smith, Joseph, Sharon, Emily and Jacob
Sutherland, Jessica, Chad, Ethan Isaiahand
Presley Tatum
Utphall, Harold and Sonja
Vanderver, Kim, Leslie Edward and Adam
Wilson, Amira
Young, Malcolm

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Samson, Roland and Susan

**Gauthier, Houghtaling & Williams,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Dorsey, Mark and Shalanda
Foret, Kimber and Ryan
Gagnon, Chad and Amy

**Colson, Hicks, Eidson, Colson Matthews, Martinez,
Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/
Hausfeld, LLP and Law Offices of Richard J. Serpe,** *Counsel on
Behalf of the Following Individual Plaintiffs*:

Bush, Charles and Judy
Camposano, Francisco and Maria del Pilar
Paiz
Courtney, Henry
Diehl, Scott
Dos Santos, Ana S. and

Miguel Bortureira Sanchez
Georgescu, Bogdan and Narcisa
Godwin, Franklin and Veronica
Griffin, David
Hirshfeld, Joseph and Helaine
Jones, Larai

Kelley, Bray
L&M Estates, Inc.
Labell, Barry
Martinez, Jose V.
Matos, Sergio and Gladys
Miller, Shawn
Morales, Claro
Nail, Anne Marie
Paisley, Cameron and Rachel
Penkosky, Helen
Prynada, Christine
Quattrocchi, William A.
Rador, Marie and Ronald
Revelles, Juan

Reyes, Gloria M.
Ritter, Bill and Elizabethh
Sanchez, Oneida
Sherman, Aryn f/k/a Aryn Morris
Sims, Robert
Spencer, Edson W. and Valerie C.
Stonecypher, Barbara
Stoner, Charles
The Sanctuary at Blue Heron, Inc.
Traina, Richard and Lorraine
Cammarato, Joseph and Cathleen
Vega, Luis
Walton, Douglas and Susan F.

**Hawkins, Stracener & Gibson, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Barrios, Daphne
Bishop, Robert
Jackson, Annette
Rouzan, Fernando
Reynolds, David
Saltamacchia, Brian
Stennis, Olga
Wannage, Jr., Edward

**Herman, Herman, Katz & Cotlar, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Almasy, Lee
Berlier, Greg
Caminita, Michael and Johanna
Jenkins, Candice L.
Oliver, Gregory and Paycna, Catherine
Skinner, Robert and Louvin
Velez, Louis
White, John and Harriet
White, Taeneia

**Hymel, Davis & Petersen, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Copeland, Robert Michael and Nancy Ann

**Law Offices of Brad E. Kelsky, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Wetzler, Melissa

**Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Burnett, Brian & Josh Dennis
Cooley, Thomas & Chantell Mayes
Hoeft, Roger & Michele
Howell, William & Linda Mary
Innerarity Point, LLC
c/o Clark Hammond, Esq.
Lubritz, Ronald & Joy
Mayes, Jr., Robert & Joanna M.
McNesby, Sr., Harry & Nellie
Miller, Gary

Powell, Roderick & Paula
Rittelmeyer, Kevin & Laura
Rutledge, Jack &
Ferrell, George H.
Schutt, John, Yvonne C.
Stewart, Samuel & Kelly Wulf
Sundance, LLC
Touart, George & Barbera
Wilkins, David & Angela
Woerner, Donna

**Lewis & Roberts, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Amerson, Trevis Mandel
Appling, James D., Sr. and Gwendolyn Co.
Armstrong, Jeremy B. and Heather
Barker, Jefferey M. and Dana S.
Bass, Donald and Marlene
Bennick, Charles D. and Patricia A.
Branch-Binion, Mary Elizabeth
Broussard, Julius T. and Jessica A.
Callahan, Clifton E., Jr. and Tiffany S.
Caraballo, Doris Maclaren and Hernandez,
Bismark Enrique
Cherry Blossom, LLC
Cobb, Tommy and Peggy
Copello, Victor and Pamela
Cornelius, Mitchell S. and Katherine E.

Cummins, Jay and Betty
DeMaio, Edward, Anne Marie and Jonathan
Denton, Thomas Wade, II and Angela Marie
Desai, Hiren and Divya
Dowis, Adam
Duncan, Bradley and Lindsay
Fallo, Nicholas and Stephanie Ann
Fayard, Russell and Marilyn
Gillespie, Barbara
Groner, Chris and Karen
Grubbs, William E. and Frances
Harrison, Neil and Julia
Herrington, Steve
Hewes, Charles A. and Dane B.
Hill, Charlie G. and Barbara F.

Hooda, Amim R. and Rozina
James, Anthony and Erica
Jones, Reginald D. and Winfred
Kellogg, James S. and Donna M.
Kolaczek, Joseph S. and Terri B.
Ladner, Brian and Lisa
Lang, Keith D.
Lausman, Mark B. and Eileen D.
Leleaux, Gary and Letha
Madden, Michael P. and Ashley M.
Magruder, Ann
Mayberry, Neil and Shannon
McLaughlin, Matthew and Shannon
McLaurin, Charles S. and Donna
McMann, Thomas G. and Lorraine A.
Mitchell, Kenneth
MS Investors d/b/a Manor House
Apartments
Nguyen, Minh and Minh Thu
Ngwenya, Ovella J.
Ramsey, Keith
Rice, James and Heather
Rice, James L. and Norma E.
Robertson, James Daniel, III and Victoria
Daun
Robins, Daniel and Elaine
Saeed, Answar and Sadiqa Anwar

Sanford, Eleni and Matheos, Kanstantina
Scott, Phillip C., Jr. and Rebecca
Sears, Nana Ruth
Shah, Kajal and Rahul A.
Shores, Ellen B.
Smith, Gregory
Smith, Kenneth and Sarah
Stanley, Michael E.
Stephens, Keith Edward and Amy Garmon
Summers, Tyson and Beth K.
Taylor, Douglas J.
Terry, Nichole
Thompson, Frank
Thompson, Heath
Thomson, James V. III
Tsi, Shau Chren and Yang, Yan Yun
Turner, Kile T. and Sara M.
Ung, Kim and Cai, Xiao
Verner, Greg and Andrea
Wells, Joyce P.
Whal, Jacquelyn
Wilder, Jeffrey J. and Michelle
Williams, Scott A. and Kristin S.
Wilson, Randy and Elizabethh
Winsett, Ataska N.
Wong, Karen

### Martzell & Bickford,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Curran, Lee and Anita
Keller, Rene and Margarita
Sander, Karl

### McCallum, Hoaglund, Cook & Irby, LLP,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Ashmore, John Britton
Bunn, James & Michele
Chapman, Duane & Sarah
Corley, Kyle & Lorie
Crawford, Gary & Linda

Daniel, Michael & Monica
Ezekiel, David & Suzanne
Fairburn, Tom & Cherie
Farmer, Sherry
Gilbert, Tony & Ann

Graham, William & Martha
Betty M. Harrod Trust
Trust for the Benefit of Martha H. Graham
Under the Betty M. Harrod Trust
Greer, Matthew & Olivia A.
Griffith, Alan & Zoe
Hand, Lincoln & Mimi Wade
Harper, Robert D.
Howard, Hillary
Howard, James and Carol
Hunter, Thaddeus L. & Pamela R.
Joseph, Booker & Brenda F.
Killen, Cindy
Lawrence, Ericka & Cornelius
Lewis, Chester, Jr. and Tiffany
Loney, Christopher & Rochelle
Maier, William Craft

Marston, William & Janine
Milano, Jason & Sarah Bennett
Moore, Victor
Newton, Twnica N.
Noel, Patrick & Jacqueline
Randolph, Michael and Susan
Richardson, Cherie & Keith
Ridley, Arnold Lee & Rada
Rodgers, Jeremy A.
Starnes, Tracey & Vickie
Tanis, Donald & Susan
Thompson, Ortis Darren & Susan
Vincent, Maria & James
Wilkens, Susan
Wright, Jeff & Suzanne J.
Yarbrough, Rebecca K.

**McIntosh, Sawran, Peltz & Cartaya, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Whittaker, Robin

**Morgan & Morgan,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Angel, Wendel and Dawn
Castillo, Jorge
Crescibene, Michael
Grant Street-Lawyer, Ltd.
Moore-Walters, Gail
Oravetz, Michael
Paulino, Jhon and Anacelis
Pierre, Bruno and Beatrice

**Morrison, Holden, Derewetzky, Prough,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Wright, Bruce R

**Norton, Hammersley, Lopez & Skokos, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Paoli, Lawrence and Donna

**Parker Waichman, Alonso, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Banks, James and Nicholls, Richard
Caba, Rudy
Carlos, Moreno and Montoya, Claudia
Clark, Robert and Linda
Cruz, Abraham and Xiomara
Day, Terry
Duharte, Roxanne and Shannon
Fortin, Priscilla
Hernandez, Onelio and Loyda
Nunes, Norberto
Parikh, Kirti and Jayesh

Paster, Dea
Peters, Gerald and Mary for Mary L. Peters, Trust
Rodriguez, Ramon and Elizabeth
Ruiz, Aniceto and Otilia
Santana, Silvana
Shutey, Diane
Tellez, Luisa
Templeton, Sherry
Thomas, Paula

**Pita & Del Prado,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Mulero, Juan
Penalba, Ramiro J., Claudia E. and Maria I.

**Pittman, Dutton, Kirby & Hellums, PC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Visram, Rahim
Walters, Dan and Stacy

**Podhurst Orseck, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Masreliez, Jonas
Maldonado, Michelle

**Reich & Binstock, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Arrington, Angela
Bailey, Elizabeth
Bergus, Boris
Brescia, Anthony and Donna
Brown, Zamir
Buckentin, Michael and Mary
Cavaretta, Donna
Cunningham, Harold
Forsyth, Andrew and Jennifer
Foster, Alan and Alma
Fyfe, Jody Lee

Gomez, Diana
Hill, Jamaal and Andria
Hill, Lionel T.
Marquez, Angel
Moore, Ursula
Roy, Gregory S.
Sockman, Richard
Turov, Vlad and Vania
Urso, Christopher
Williams, Ahlatisha

**Law Offices of Robert M. Becnel,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Rolfes, June A.

**Shapiro, Blasi, Waserman & Gora, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Carlton, Robert
Carroll, Gary and Alice
Davis, Paul and Susan
Elkin, Ken and Rachel
Gombert, Paul and Aimee
Marks, Michael and Lynn
Rahman, Mohammad D. Adnan
Whitty, Charles A. and Gabriella Kincses

**Taylor Martino Zarzaur, PC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Blaylock, Nathan and Margret
Dantzler, John and Jelean
Denmark, Edwin and April
Epps, Pamela A.
Friedland, Gregory
Riverbend Condominiums, Inc.
Fulford, John and Lillian

Henson, Brenda McMillian and McMillian,
Paul and Ann
McBride Family Properties, LLC
Mitchell, Ralph and Lisa
Nurmi, John
Riverbend Condominiums, Inc.
Riverbend Condominiums, Inc.

South Dixie Rosaro, LLC                                    Williamson, William
Staley, Beverly Bates

**Vaughn & Bowden, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bang, Huey L. and Meredith B.
Bang, Terrell and Michelle
Burke, Michael and Jennifer
Felter, Michael and Denise

**Williams Law Office, LLC/Richard J. Fernandez, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Senac, Jacque and Dana