# EXHIBIT A

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.* - 09-07628

**Exhibit "A"–Plaintiffs' Counsel Contact Information in
Plaintiffs', Phillip Kennedy and Lyzet Machado-Kennedy, *et al.*,
Omnibus Class Action Complaint in Intervention (I(A))**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134<br>Phone: (305) 441-0440<br>Fax: (305) 441-0198<br>aronfeld@aronfeld.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Don Barrett, P.A.<br>404 Court Square<br>P.O. Box 987<br>Lexington, MS 39095 |

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

Jeffrey Berniard
Berniard Law Firm, LLC
643 Magazine Street
Suite 402
New Orleans, LA 70130
Phone: (504) 527-6225
Fax: (504) 617-6300
Jeffberniard@laclaim.com

Roger E. Bloomfield
Bloomfield Law Office
P.O. Box 1000
Wilder, VT 05088
Phone: (802) 295-3737
bloomfield_law@att.net

Jimmy Doyle, Esquire
Doyle Law Firm, PC
P.O. Box 36445
Birmingham, AL 35236
Phone:  (205) 533-9500
Fax: (205) 332-1362
jvdoyle2@yahoo.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Rajan Pandit
Eric J. O'Bell
Gauthier, Houghtaling & Williams
3500North Hullen Street
Metairie, LA 70002
Phone: (504) 456-8600
Fax: (504) 456-8624

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
Egibson@hsglawfirm.net

Michael D. Hausfeld
Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W.
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

L. J. Hymel
Hymel, Davis & Petersen, L.L.C.
10602 Coursey Blvd.
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119
ljhymel@hymeldavis.com

Brad Kelsky
Law Offices of Brad Kelsky, PA
10189 Cleary Blvd.
Suite 102
Plantation, FL 33324

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner &
Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC 27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

Scott R. Bickford
Larry J. Centola
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
ljc@mbfirm.com

Chip A. McCallum
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
lmarler@mhcilaw.com

Douglas M. McIntosh
Manuel R. Comras
McIntosh, Sawran, Peltz & Cartaya, P.A.
1601 Forum Place
Suite 1110
West Palm Beach, FL 33401-4025
Phone: (561) 682-3202
Fax: (561) 682-3206
mcomras@mspcesq.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Morris Bart
Morris Bart, LLC
909 Poydras St.
20th Floor
New Orleans, LA 70112
Phone: (504) 599-3224
morrisbart@morrisbart.com

Bruce R. Wright
Morrison, Holden, Derewetzky & Prough, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA 94596
Phone: (925) 937-9990
Fax: (925) 937-3272
brw@mhdplaw.com

Darren R. Inverso
Norton, Hammersley, Lopez & Skokos, P.A.
1819 Main Street, Suite 610
Sarasota, FL 34236
Phone: (941) 954-4691
Fax: (941) 954-2128
dinverso@nhlslaw.com

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

H.K. Skip Pita
Pita & Del Prado
9350 South Dixie Hwy, Suite 1200
Miami, FL 33156
Phone: (305) 670-8060
Fax: (305) 670-6666
spita@pdfirm.com

W. Lee Pittman
Booth Samuels
Pittman, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
Birmingham, AL 35203
Phone: (205) 322-8880
Fax: (205) 328-2711
booths@pdkhlaw.com

Victor M. Diaz
Podhurst Orseck, PA
25 W. Flagler St., Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com
jdonner@podhurst.com

Jordan Torry
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dacevedo@reichandbinstock.com

Richard J. Fernandez
Richard J. Fernandez, LLC
3000 West Esplanade Ave.
Suite 200
Metairie, LA 70002
Phone: (504) 834-8500
Fax: (504) 834-1511
rick@rjfernandezlaw.com

Robert M. Becnel
Law Offices of Robert M. Becnel
425 West Airline Higway, Suite B
LaPlace, LA 70068
Phone: (985) 359-6100
Fax: (985) 651-6104
robbbecnel@aol.com

| |
|---|
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Michael B. Shapiro<br>Allison Grant<br>Shapiro, Blasi, Wasserman & Gora, PA<br>Corporate Centre at Boca Raton<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Phone: (561) 477-7800<br>Fax: (561) 477-7722<br>agrant@sbwlawfirm.com |
| Richard Taylor<br>Taylor Martino Zarzaur PC<br>P.O. Box 894<br>Mobile, AL 36601<br>Phone: (251) 433-3131<br>Fax: (251) 405-5080<br>richartaylor@taylormartino.com |
| Thomas Vaughn<br>Vaughn & Bowden, PA<br>P.O. Box 240<br>Gulfport, MS 39502<br>Phone: (228) 863-5656<br>Fax: (228) 863-8962 |
| Eric Williams<br>Williams Law Office, LLC<br>3000 W. Esplanade Ave., Ste. 200<br>Metairie, LA 70002<br>Phone: (504) 832-9898<br>Fax: (504) 834-1511<br>eric@amlbenzene.net |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, Plaintiffs' Motion to Intervene and Memorandum in Support thereof was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison Counsel*

I further certify that all counsel of record have been served via the Court's electronic notification system. I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: July 9, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| 911 Drywall, Inc.<br>141 Kamal Parkway<br>Cape Coral, FL 33904 |
| Ace Drywall<br>22214 Hoffman Road<br>Mandeville, LA 70471 |
| Aced Interior Drywall, Inc.<br>2204 NE 25 Terrace<br>Cape Coral, FL 33909 |
| Adam Carpenter<br>102 Chinchuba Gardens Dr.<br>Mandeville, LA  70471 |
| Alana Development Corporation<br>56 Sandpiper Drive<br>St. Augustine, FL 32086 |
| Alternative Source, Inc.<br>503 S. Holly St.<br>Hammond, LA 70403 |
| Alvin Royes, Jr., LLC<br>226 Simalusa Dr.<br>Covington, LA 70435 |
| American Dream Builders, Inc.<br>4621 LEE BOULEVARD<br>LEHIGH ACRES, FL 33971 |
| American Gallery Development Group, LLC<br>d/b/a American Gallery Homes<br>1120 Skiff Place<br>Sanibel, FL 33957 |
| Anthony F. Marino General Contractor, LLC<br>4800 Sharp Rd.<br>Mandeville, LA 70471 |
| Anthony Raggs<br>10810 NW 19th Avenue<br>Miami, FL 33167 |
| Anthony Skrmetti<br>130 Daniels Way<br>Perkinston, MS  39573 |
| Arizen Homes, Inc.<br>3905 N.W. 122nd Terrace<br>Sunrise, FL 33323 |
| Avalon Preserve Developers, LLC<br>20533 Biscayne Blvd., Unit 494<br>Aventura, FL 33180 |
| B & B Drywall<br>352 Lang Avenue<br>Pass Christian, MS 39571 |

| OMNI I (PAYTON) |
| --- |
| **DEFENDANT** |
| B&W Complete Construction, Inc.<br>5257 NW Gamma St.<br>Port St. Lucie, FL 34986 |
| Bauhaus Solutions Inc.<br>15784 SW 145 TERRACE<br>MIAMI, FL 33196 |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| Belmont Lakes Investments, LLC<br>10100 West Sample Road, Suite 205<br>Coral Springs, FL 33065 |
| Bill Gregory Drywall<br>3775 Creekwood Circle<br>Loganville, GA 30052 |
| Blackhawk Partners, LLC<br>2840 University Drive<br>Coral Springs, FL 33065 |
| BO Builders, LLC<br>1449 Montmartre Street<br>Mandeville, LA 70448 |
| Bonita Beachwalk, LLC<br>1955 Mission Drive<br>Naples, FL 34109 |
| Bove Company<br>c/o Hathaway & Reynolds, PA<br>115 Professional Drive<br>Suite 101<br>Ponte Vedra Beach, FL 32092 |
| Brantly Homes, Inc.<br>128 High Crest Road<br>Pelham, AL 35124-3512 |
| Brian Papania<br>Corner of 603 and I-10<br>Pass Christian, MS 39521 |
| Building Materials Wholesale (B.M.W.)<br>11470 Ashley Drive<br>Panama City, FL 32413 |
| Burnett Construction Co.<br>1407 Hwy. 109<br>Wilsonville, AL 35186 |
| Caribe Central LLC<br>5901 SW 74th St. #411<br>Miami, FL  33143 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Caribe East LLC<br>5901 S.W. 74th ST., Ste. 411<br>Miami, FL 33143 |
| Catalano Custom Homes, LLC<br>510 N. Jefferson Avenue<br>Covington, LA 70433 |
| CDC Builders, Inc.<br>5805 Blue Lagoon Drive, Ste. 480<br>Miami, FL 33126 |
| Central Peninsula Contracting LLC<br>10938 S.E. HIGHWAY 25,<br>BELLEVIEW, FL 34420 |
| Centurion Homes of Louisiana, LLC<br>210 Eydie Lane<br>Slidell, LA 70458 |
| Century Homebuilders, LLC<br>2301 N.W. 87th Avenue, 6th Floor<br>Doral, FL 33712 |
| Chabot Enterprises, Inc.<br>5135 S.E. Manatee Terrace<br>Stuart, FL 34997 |
| Chris Billot<br>70269 7th Street<br>Covington, LA 70433 |
| Chris P. Roberts<br>9536 Evans Road<br>Gulfport, MS 39503 |
| Christopher M. Odom<br>107 Westwood St.<br>Mobile, AL 36606 |
| Craftsmen Builders, Inc.<br>737 E. Atlantic Blvd.<br>Pompano Beach, FL 33060 |
| Crosby Development Company, L.L.C. 311 Rue St. Ann<br>Metairie, LA 70005 |
| CSI Contractor Services, Inc.<br>744 Overriver Drive<br>North Fort Myers, FL 33903 |
| David Ray Gavins<br>Ray Gavins<br>Gavins Construction Company<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| Dedicated Builders, LLC<br>5306 Breckenridge Avenue<br>Baton Rouge, LA 70805 |

## OMNI I (PAYTON)

| **DEFENDANT** |
| --- |
| DeMorgan Homes of Bradenton, Inc., a/k/a Mtn Homes Southwest, Inc.<br>11503 Savannah Lakes Drive<br>Parrish, FL 34219 |
| Derby Homes, Inc.<br>15091 FLIGHTLINE COURT<br>FORT MYERS, FL 33905 |
| Design Contractors, LLC<br>40177 Bordeaux Street<br>Prairieville, LA 70769 |
| Diamond Court Construction Company 2112 SE Bersell Rd.<br>Port Saint Lucie, FL 34952 |
| Dorado Homes Development, Ltd.<br>Registered Agents of Florida, LLC<br>100 SE Second Street<br>Miami, FL  33131 |
| Drywall Service<br>20257 Dan Walker Rd.<br>Saucier, MS 39574 |
| Drywall Service, Inc.<br>306 McSween Road<br>Picaune, MS 39466 |
| E. Jacob Fakouri Construction, Inc.      c/o Elias Jacob Fakouri<br>15735 Florida Blvd., Baton Rouge, LA 70819 |
| E.B. Developers, Inc.<br>Kodsi Law Firm PA<br>701 W. Cypress Creek Road, 3rd Floor<br>F.t Lauderdale, FL 33309 |
| Elite Construction Co. SW Inc.<br>22327 Lowe Davis Road<br>Covington, LA 70435 |
| Elite Home Construction Inc.<br>22521 Lowe Davis Rd.<br>Covington, LA 70435 |
| Empire Construction, LLC<br>112 Spring Dr.<br>Fairhope, AL 36532 |
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 |
| Excel Construction of S.W. Florida, Inc.<br>2217 SW 43rd St.<br>Cape Coral, FL 33914 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Executive Home Builders, LLC<br>12040 Niece Rd.<br>St. Amant, LA  70774 |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 |
| First Construction Corporation<br>1344 Villere St<br>Mandeville, LA  70448 |
| Fisher & Son Contractors, LLC<br>1633 Crossing Blvd<br>Circleville, OH 43113 |
| Florida Style Services, Inc.<br>5309 Cocoa Ct.<br>Cape Coral, FL 33904 |
| Floridian Gulf Coast Homes, Inc.<br>1433 Thistledown Way<br>Ft. Myers, FL 33901 |
| Fortis Construction, LLC 2781 SW Savona Blvd.<br>Port St. Lucie, FL 34953 |
| Francioni Builders, Inc.<br>446 Venus Street<br>New Orleans, LA 70122 |
| Fusion Building Concepts, Inc.<br>1519 Indiana Avenue<br>Winter Park, FL 32789 |
| G. Drywalls Corporation<br>12951 SW 124 STREET,<br>MIAMI, FL 33186 |
| Garram Homes, Inc.<br>999 Ponce De Leon Blvd.  720<br>Coral Gables, FL 33134 |
| Gatco Construction, Inc.<br>16570 Crownsbury Way, Unit 101<br>Fort Myers, FL 33908 |
| Gateway Drywall, Inc.<br>3091 SE Jay Street<br>Stuart, FL 34997 |
| Gavins Construction Company<br>Ray Gavins<br>Gavins Construction Company<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| Genesis Residential Group, Inc<br>133 FIRST STREET<br>NORTH 2<br>SAINT PETERSBURG, FL 33701 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| George Meza<br>4824 Belle Drive<br>Metarie, LA 70006 |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation<br>1600 Sawgrass Corporate Parkway<br>Sutie 230<br>Sunrise, FL 33323 |
| Gooden Homes, LLC<br>201 S. Charles Ave.<br>40th Floor<br>New Orleans, LA 70170 |
| Graf's Drywall, LLC<br>57460 St. Alexander Road<br>Husser, LA 70442 |
| Greystoke Homes at South Point II LLC 11380 Prosperity Farms Road<br>#221E<br>Palm Beach Gardens, FL 33410 |
| Guillermo Permuy<br>521 SW 127 Avenue<br>Miami, FL 33184 |
| Gulfstream Development, LLC<br>3501 Gulf Shores Pkwy, Ste 5,<br>Gulf Shores, AL 36542 |
| Gwen Core<br>44 Park Lane<br>Folsom, LA 70137 |
| H & H Custom Homebuilders<br>312 Primrose Lane<br>Covington, LA 70433 |
| Hallmark Homes, Inc.<br>110 Autumn Wind Lane<br>Mandeville, LA 70471 |
| Hansen Homes, Inc.<br>P.O. BOX 388<br>EL DORADO PARKWAY,<br>CAPE CORAL, FL 32935 |
| Hutchinson Homes, Inc.<br>12 Woodgrove Circle<br>Fairhope, AL 36533 |
| Independent Drywall Distributors, LLC<br>109 S. 6th St.<br>Flagler Beach, FL 32136 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Interior/Exterior Enterprises, LLC<br>727 South Cortez Street<br>New Orleans, LA 70119 |
| Investment Properties Unlimited Inc.<br>2360 Hidden Lake Court, Apt. 1<br>Naples, FL 34112 |
| J&H Distributers<br>832 E. Boston Street, Unit 15<br>Covington, LA 70433 |
| James LeBlanc<br>28055 Gaylord Road<br>Walker, LA 70785 |
| JB Plaster, Inc.<br>26747 Stardust Drive<br>Bonita Springs, FL 34125 |
| Jim Walter Homes, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| JJK&A Holding Corporation<br>61537 Hwy. 11<br>Slidell, LA 70458 |
| JM Interiors, Inc.<br>2208 SW Abalon Circle<br>Port St. Lucie, FL 34953 |
| John Eschete<br>22214 Hofman Road<br>Mandeville, LA 70471 |
| John Paul George d/b/a JPG Enterprises, Inc.<br>2700 Bobcat Village Rd., Unit 200<br>West Palm Beach, FL 33418 |
| John T. Grab, III<br>236 Kissena Park<br>Covington, LA 70435 |
| Jon A. Wilder, Inc.<br>619 John Anderson Hwy<br>Flagler Beach, FL 32136 |
| JP Drywall, LLC<br>100 Wood Rose Lane<br>Wake Forest, NC 27587 |
| JPG Enterprises, Inc.<br>2442 BAY VILLAGE<br>COURT, PALM BEACH GARDENS, FL 33410 |
| JST Properties, LLC of Mississippi<br>229 Leed Street<br>Slidell, LA 70461 |

OMNI I (PAYTON)

| DEFENDANT |
|---|
| Just-Rite Supply<br>Corporation Service Company<br>506 South President Street<br>Jackson, MS 39201 |
| Keith Warrick Drywall, Inc.<br>2690 Settlers Colony Blvd.<br>Gulf Breeze, FL 32563 |
| Kemah Construction, Inc.<br>1254 Chariot Drive<br>Baton Rouge, LA 70816 |
| Ken Roberts<br>2455 Weldwood Drive<br>Baton Rouge, LA 70816 |
| Knauf Gips KG<br>Postfach 10, 97343<br>Iphofen, Germany |
| Guangdong Knauf New Building Materials Products Co., Ltd.<br>No. 2 Xinsha Development Zone, RC-523147, Guangdong, China |
| Knauf Plasterboard (Wuhu) Co. Ltd.<br>No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241009, PR China |
| La Homes, Inc.<br>2922 Oakland Road<br>Lakeland, LA 70726 |
| Land Resources LLC<br>5309 Hidden Harbor Road<br>Sarasota, FL 34242 |
| Las Playas LLC<br>2655 Lejeaune Rd.<br>Suite 514<br>Coral Gables, FL 33134 |
| Last Minute Properties, LLC<br>4431 Iberville St.<br>Mandeville, LA 70471 |
| Lawrence Migliar LLJ Construction<br>4936 W Rafael, Tampa, FL 33629 |
| Lee Harbor Homes of Florida, Inc.<br>1708 Lincoln Avenue<br>Lehigh Acres, FL 33972 |
| Legend Custom Builders, Inc.<br>Forrester Hart Belisle & Whitaker, PL<br>1429 Colonial Boulevard, Ste. 201<br>Fort Myers, FL 33907 |
| Liongate Design Structure, LLC<br>NCG Management LLC<br>232 Andalusia Avenue, Ste. 202<br>Coral Gables, FL 33134 |

| OMNI I (PAYTON) |
| --- |

| DEFENDANT |
| --- |
| Louran Builders, Inc.<br>414 SW D Dalton Circle<br>Port St. Lucie, FL 34953 |
| Louran Gips KG<br>414 SW Dalton Circle<br>Port St. Lucie, FL 34953 |
| Lucra Investments, Inc.<br>750 N. 150 E.<br>Tetonia, ID 83452 |
| M.E. Gibbens, Inc.<br>114 McDonald Lane<br>Bay St. Louis, MS 39520 |
| Majestic Homes & Realty SW LLC<br>2442 BAY VILLAGE<br>COURT, PALM BEACH GARDENS, FL 33410 |
| Majestic Homes, Inc.<br>3741 Southwest 77th Street<br>Ocala, FL 34474 |
| Majestic Homes of Port St. Lucie, Inc.<br>4061 Royal Palm Blvd.<br>West Palm Beach, Fl  33411 |
| Manny's Drywall<br>923 Van Loon Court<br>Kissimmee, FL  34758 |
| Manuel Gonzales Terra Group, Intl.<br>1310 S. Greenway Drive<br>Miami, FL 33134 |
| Master Builders of South Florida, Inc.<br>2500 NW 67th Crt.<br>Ft. Lauderdale, FL 33309 |
| Mayeaux Construction, Inc.<br>14 Carolina Court<br>Covington, LA 70433 |
| MCM Building Enterprise, Inc.<br>5440 Roanoke Blvd.<br>Jacksonville, FL 32208 |
| Methodical Builders, Inc.<br>c/o Vince E. Keith<br>14700 County Rd. 9<br>Summerdale, AL 36580 |
| Midwest Construction & Development, LLC<br>5984 Senegal Drive<br>Jupiter, FL 33458 |
| Millennium Homes and Development, Inc.<br>481 Flamingo Drive<br>Apollo Beach. FL  33572 |

| OMNI I (PAYTON) |
| --- |
| **DEFENDANT** |
| Miller Professional Contracting, Inc.<br>3108 SW 18th Place<br>Cape Coral, FL 33914 |
| Ming K. Wong<br>1355 Francis Harriet Drive<br>Baton Rouge, LA 70815 |
| Morrison Homes, Inc.<br>NRAI Services, Inc., 2731 Executive Park Drive, Ste. 4, Weston, FL 33331 |
| Nathanial Crump<br>2927 Plank Road<br>Baton Rouge, LA 70805 |
| NESLO CONTRACTING<br>C/O RON OLSEN, SR.<br>204A WELDON PARK DRIVE<br>MANDEVILLE, LA 70471 |
| North Palm Estates Homes, Inc.<br>W 25 AVE # 3,<br>HIALEAH, FL 33016 |
| Northeast Drywall<br>3938 Lake Padgett Dr.<br>Land O Lakes, FL 30637 |
| Northstar Homebuilders Inc.<br>5901 SW 74th Street #411<br>Miami, FL 33143 |
| Oak Avenue, LLC<br>411 S. Park Avenue<br>Miami, FL 33172 |
| Oakbrook Building and Design, Inc.<br>6751 N. Federal Hwy., Ste. 301<br>Boca Raton, FL  33496 |
| Ocean Springs Lumber Company, LLC<br>PO Box 1647<br>Ocean Springs, MS 39566 |
| Paradise Builders of SW Florida, Inc.<br>1423 SE 16th Pl #101<br>Cape Coral, FL 33990 |
| PARAGON HOMES CORPORATION<br>772 WEST LUMSDEN ROAD,<br>BRANDON, FL 33511 |
| Paramount Quality Homes Corp.<br>1597 SE Port St. Lucie Blvd., Port St. Lucie, FL  34952 |

## OMNI I (PAYTON)

### DEFENDANT

Parish Home Center
23082 General Gardner
Zachary, LA 70791

Paul Hyde Homes
54 Coronado Avenue
Kennver, LA 70065

Philip Latapie

Pioneer Construction, LLC
15001 Thompson Road
Folsom, LA 70437-3304

Ponce Riviera, LLC
500 S. Dixie Hwy, Ste. 307
Miami, FL 33146

Ponce Siding & Remodeling
20075 Highway 36
Covington, LA 70433

Premier Communities, Inc.
LPS Corporate Services, Inc., 46 North Washington Blvd, #1, Sarasota,
FL 34236

Premier Plastering of Naples
800 Harbour Drive
Naples, FL 34103

Punta Gorda Partners, LLC
354 Royal Tern Road South
Ponte Vedra Beach, FL 32082

R & B CONSTRUCTION OF NORTHWEST FL, INC
7011 Tyler Street
Hollywood, FL 33024

R.J. Homes, LLC
13004 Little Bluff Drive
Vancleave, MS 39565-9723

Rafuls & Associates Construction Co., Inc.
7901 W 25 AVE # 3
HIALEAH, FL 33016

Ray Horvath Drywall Inc.
10155 NE 101st St.
Okeechobee, FL 34972

Reed Builders, LLC
141 Shady Lake Parkway
Baton Rouge, LA 70810

Regency Homes, Inc.
7601 North Federal Highway
165 A
Boca Raton, FL 33487

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Richardson Drywall<br>2128 Hollywood Drive<br>Bay St. Louis, MS 39520 |
| Right Way Finishing, Inc<br>14485 Tiggy Duplessis<br>Gonzales, LA 70737 |
| Rjm Builders North, Inc.<br>15340 Meadowwood Dr.<br>Wellington, FL 33414 |
| Rookery Park Estates, LLC<br>1400 E. Oakland Park Blvd., Ste. 111<br>Oakland Park, FL 33334 |
| Rothchilt International Ltd.<br>N–510 Hsn Bld Annex 96 Chung Shan N. Rd.<br>Sec. 2<br>Taipei, Taiwan<br>R.O.C. |
| Royal Homes (Anthony Marino)<br>288 Bunting Drive<br>Mandeville, LA 70471 |
| SAMPSON DRYWALL, INC.<br>141 Segovia Road<br>St. Augustine, FL 32086 |
| Santa Barbara Estates, Inc<br>**7975 NW 154TH ST.**<br>**STE. 400**<br>**MIAMI LAKES, FL 33016** |
| Saturno Construction AB Inc.          1621 SE Mariner Ln.<br>Port St. Lucie, FL 34983 |
| Scott Colson<br>115 Victory Lane<br>Pass Christian, MS 39571 |
| Sea Coast Construction, LLC<br>8017 Jefferson Hwy, Wolfe's Creek, Ste. B3, Baton Rouge, LA 70809 |
| Signature Series Homes, Inc.<br>1921 SW Third Terrace<br>Cape Coral, FL 33991 |
| Smith and Core, Inc.<br>14373 C. Gotti Road<br>Folsom, LA 70437 |

| OMNI I (PAYTON) |
| --- |
| **DEFENDANT** |
| Southwell Homes, LLC<br>16191 NW 57th Ave.<br>Miami, FL 33014 |
| Southwest Innovations, Inc.<br>11220 Metro Pkwy, Suite 21, Ft. Myers, FL 33966 |
| Star Homes of Florida, LLC<br>146 N. Sewalls Point Rd.<br>Stuart, FL 34996 |
| Stephen Steiner D/B/A Steiner Drywall<br>16344 Three Rivers Road<br>Biloxi, MS 39532 |
| Stephen Shivers<br>375 Teagarden Road<br>Gulfport, MS 39507 |
| Stone Sheetrock<br>1374 Dumaine Ave.<br>Baton Rouge, LA 70810 |
| Stonebrook Homes LLC<br>2840 University Dr.<br>Coral Springs, FL 33065 |
| Summit Homes of La., Inc.,<br>486 Brownswitch Road<br>Slidell, LA 70458 |
| Sundown Development<br>1025 W. Indiantown Road<br>Suite 101<br>Jupiter, FL 33458 |
| Sunrise Custom Homes & Construction, LLC<br>3598 Sligo Road<br>Haughton, LA 71037 |
| Supreme Builders<br>P.O. Box 1259<br>Pinehurst, TX 77362 |
| Tad Brown<br>19450 North 6th St.<br>Citronelle, AL 36522 |
| Tepeyac, LLC<br>5975 Sunset Dr., Ste. 503, South Miami, FL 33143 |
| The New Morning, LLC<br>215 Elk Avenue<br>Crested Butte, CO 81224 |
| Tikal Construction Co.<br>7824 Embassy Blvd.<br>Miramar, FL 33023 |

| OMNI I (PAYTON) |
| --- |
| **DEFENDANT** |
| Total Contracting and Roofing, Inc.<br>5975 NW 72 Ct.<br>Parkland, FL 33067 |
| United Home Builders, Inc.<br>1309 CALOOSA VISTA ROAD<br>FORT MYERS, FL 33901 |
| Velvet Pines Construction, LLC<br>19214 Wymer Rd.<br>Covington, LA 70435 |
| Vicinity Drywall, Inc.<br>5257 NW Gamma St.<br>Port Saint Lucie, FL 34986 |
| Waterways Joint Venture IV, LLC<br>15013 Summit Place Circle<br>Naples, FL 34119 |
| Wellington Drywall, Inc.<br>18 Winchester Road<br>Ormond Beach Fl 32174 |
| Ybarzabal Contractors, LLC<br>200 Oak Island Drive<br>Mandeville, LA 70448 |
| Zamora Corporation<br>260 Palermo Avenue<br>Coral Gables, FL 33134 |
| Hanson Homes, Inc.<br>1050 SE 22nd Avenue<br>Minneapolis, MN 55414 |