UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: "L" (2) |
| PERTAINS TO:<br><br>*AMATO, et. al, v. LIBERTY MUTUAL INSURANCE COMPANY, et. al.*<br>Civil Action No.: 10-932 | JUDGE: FALLON<br><br>MAGISTRATE: WILKINSON |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS HANOVER INSURANCE COMPANY
AND THE HANOVER AMERICAN INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Hanover Insurance Company and The Hanover American Insurance Company make the following dislosure:

1. The Hanover American Insurance Company ("HAIC") is a subsidiary of The Hanover Insurance Company ("HIC").

2. HIC is a subsidiary of Opus Investment Management, Inc. ("Opus").

3. Opus is a wholly-owned subsidiary of The Hanover Insurance Group, Inc., which is a publicly traded company.

Respectfully submitted,

*/s/ John P. Malloy*
John P. Malloy
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-8200
Fax: (860) 275-8299

jmalloy@rc.com

Attorneys for Defendants Hanover
Insurance Company and Hanover
American Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Corporate Disclosure Statement* has been served on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2010.

*/s/ John P. Malloy*
John P. Malloy