UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: "L" (2) |
| PERTAINS TO:<br><br>*AMATO, et. al, v. LIBERTY MUTUAL INSURANCE COMPANY, et. al.*<br>Civil Action No.: 10-932 | JUDGE: FALLON<br><br>MAGISTRATE: WILKINSON |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Defendants Hanover Insurance Company and The Hanover American Insurance Company ("Hanover"), while reserving all rights and defenses and without waiving any objections to service of process, venue or jurisdiction, respectfully moves the Court for an extension of time in which to submit its Profile Form to Plaintiff's Liaison Counsel, and in further support thereof states as follows:

1. On May 27, 2010, the Court entered Pre-Trial Order No. 1G requiring defendants to submit Profile Forms within forty days after service of process.

2. The undersigned is working to obtain the information required to complete the form, however additional time is needed to gather all required information and ensure its accuracy.

3. An extension will neither prejudice any of the parties to this action, nor delay the ultimate resolution of this action.

4. This is Hanover's first request for an extension of time.

WHEREFORE, defendants Hanover Insurance Company and The Hanover American Insurance Company respectfully request that the Court grant them an extension, through and including October 8, 2010, to submit their Profile Form.

Respectfully submitted,

/s/ John P. Malloy
John P. Malloy
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-8200
Fax: (860) 275-8299
jmalloy@rc.com

Attorneys for Defendants Hanover Insurance Company and Hanover American Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Ex Parte Motion for Extension of Time to Submit Defendant Profile Form* has been served on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2010.

/s/ John P. Malloy
John P. Malloy