UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: "L" (2) |
| PERTAINS TO:<br><br>*AMATO, et. al, v. LIBERTY MUTUAL INSURANCE COMPANY, et. al.*<br>Civil Action No.: 10-932 | JUDGE: FALLON<br><br>MAGISTRATE: WILKINSON |

**ORDER GRANTING *EX PARTE* MOTION FOR
EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM**

Upon consideration of the *ex parte* motion of defendants Hanover Insurance Company and The Hanover American Insurance Company ("Hanover"), for an order extending the time for them to submit their Defendant Profile Forms, it is ORDERED that the motion is Granted. Hanover shall submit its Defendant Profile Forms by October 8, 2010.

New Orleans, Louisiana, this ____ day of September, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE