UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *The Mitchell Co., Inc. v. Knauf Gips KG et al.*, **Case No. 09-4115**

### TAISHAN'S MOTION PURSUANT TO RULES 55(C) AND 12(B)(2) TO VACATE THE ENTRY OF DEFAULT JUDGMENT AND DISMISS THIS ACTION

Defendant Taishan Gypsum Co. Ltd. ("Taishan") submits this motion for an order (1) pursuant to Rule 55(c) of the Federal Rules of Civil Procedure vacating the September 23, 2009 order of this Court holding Taishan in preliminary default; and (2) pursuant to Rule 12(b)(2) dismissing this action on the grounds of lack of personal jurisdiction.

As explained in more detail in the attached memorandum, which is incorporated herein as if stated in full, the preliminary default must be vacated and the action dismissed for several reasons. First, it is void because: (a) the Court cannot exercise personal jurisdiction over Taishan consistent with the Florida long-arm statute, § 48.193, or the Due Process Clause of the United States Constitution because Taishan lacks the requisite minimum contacts with Florida, the forum state where Plaintiff filed its original Complaint; and (b) Plaintiff did not properly serve Taishan with its Amended Complaint, on which the default was entered. Further, even assuming

the Court has jurisdiction over Taishan, the default should be vacated because any failure by Taishan to timely respond was excusable under the circumstances.

WHEREFORE, Taishan prays that pursuant to Fed. R. Civ. P. 55(c) and 12(b)(2) this Court vacate the preliminary default order dated September 23, 2009, and dismiss this action because this Court does not have personal jurisdiction over Taishan.

Date: September 21, 2010

Respectfully submitted,

/s/ Thomas P. Owen, Jr.
Joe Cyr
Frank T. Spano
Eric Statman
Matthew J. Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Taishan Gypsum Co. Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion Pursuant to Rules 55(c) and 12(b)(2) to Vacate the Entry of Default and Dismiss This Action has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2010.

/s/ Thomas P. Owen, Jr.