## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| Wiltz, et al. v. Beijing New Building | * | |
| Materials Public Limited Co., et al., | * | MAG. JUDGE WILKINSON |
| | * | |
| CASE NO.: 2:10-cv-00361 | * | JURY TRIAL DEMANDED |
| ************************************** | | |

## ANSWER AND AFFIRMATIVE DEFENSES OF D'ALESSIO DRYWALL & PAINTING

Defendant, D'ALESSIO DRYWALL & PAINTING ("Defendant" or "D'Alessio"), by and through its undersigned counsel, hereby files its Answer and Affirmative Defensesin response to Plaintiffs' Omnibus Class Action Complaint (II) ("Plaintiffs' Complaint") and says:

1.      Paragraph 1 contains legal conclusions to which no response is required and further contains factual allegations which Defendant lacks information sufficient to admit or deny; therefore, Defendant denies the allegations of Paragraph 1 to the extent a response is required. Defendant further states that this lawsuit does not meet the standards for a class action.

2.      Paragraph 2 contains legal conclusions to which no response is required. To the extent a response is required to any factual allegations in Paragraph 2, Defendant denies the allegations. Defendant further states that this lawsuit does not meet the standards for a class action.

3.      Paragraph 3 contains legal conclusions to which no response is required and further contains factual allegations which Defendant lacks information sufficient to admit or deny; therefore, Defendant denies the allegations of Paragraph 3 to the extent a response is required.

4.      Paragraph 4 contains legal conclusions to which no response is required. To the extent a response is required to any factual allegations in Paragraph 4, Defendant denies the

allegations. Defendant further states that this lawsuit does not meet the standards for a class action.

5.      Defendant lacks information sufficient to admit or deny the allegations of Paragraph 5 and, therefore, denies the same.

6-524.   Defendant lacks information sufficient to admit or deny the allegations of Paragraphs 6 through 524 and, therefore, denies the allegations of Paragraphs 6 through 524.

525.    Defendant lacks information sufficient to admit or deny the allegations of Paragraph 525 and, therefore, denies the same. Defendant D'Alessio is a Florida corporation with its headquarters in Zephyrhills, Florida

526-530.   The allegations of Paragraphs 526 through 530 relate to other parties unrelated to Defendant. Defendant lacks information sufficient to admit or deny the allegations of Paragraphs 526 through 530 and, therefore, denies those allegations.

531.    Defendant denies the allegations of Paragraph 531 to the extent that they apply to it. The remaining allegations of Paragraph 531 contain legal conclusions and/or factual allegations regarding other parties that require no response.

532-543.   The allegations of Paragraphs 532 through 543 relate to other parties unrelated to Defendant. Defendant lacks information sufficient to admit or deny the allegations of Paragraphs 532 through 543 and, therefore, denies those allegations.

544 - 560.   The allegations of Paragraphs 544 - 560 relate to other parties, unrelated to Defendant.  Defendant lacks sufficient information to admit or deny the allegations of Paragraphs 544-560 and, therefore denies those allegations.

561.    Defendant admits that D'Alessio is a corporation with its principal place of business at 39406 Rockford Avenue, Zephyrhills, FL 33542.

562-777.   The allegations of Paragraphs 562 through 777 relate to other parties unrelated to Defendant. Defendant lacks information sufficient to admit or deny the allegations of Paragraphs 562 through 777 and, therefore, denies those allegations.

778.   In response to the allegations of Paragraph 778, Defendant admits that drywall it distributes contains gypsum. Defendant lacks information sufficient to admit or deny the allegations relating to drywall sold by other parties.

779.   Defendant denies the allegations of Paragraph 779 to the extent that they apply to it. The remaining allegations of Paragraph 779 contain legal conclusions and/or factual allegations regarding other parties that require no response.

780.   Defendant denies the allegations of Paragraph 780 to the extent that they apply to it.  The remaining allegations of Paragraph 780 contain legal conclusions and/or factual allegations regarding other parties that require no response.

781.   Defendant denies the allegations of Paragraph 781 to the extent that they apply to it. The remaining allegations of Paragraph 781 contain legal conclusions and/or factual allegations regarding other parties that require no response.

782.   Defendant denies the allegations of Paragraph 782 to the extent that they apply to it. The remaining allegations of Paragraph 782 contain legal conclusions and/or factual allegations regarding other parties that require no response.

783.   Defendant denies the allegations of Paragraph 783 to the extent that they apply to it. The remaining allegations of Paragraph 783 contain legal conclusions and/or factual allegations regarding other parties that require no response.

784.   Defendant denies the allegations of Paragraph 784 to the extent that they apply to

it. The remaining allegations of Paragraph 784 contain legal conclusions and/or factual allegations regarding other parties that require no response.

786. Defendant denies the allegations of Paragraph 785 to the extent that they apply to it. The remaining allegations of Paragraph 785 contain legal conclusions and/or factual allegations regarding other parties that require no response.

786. Defendant denies the allegations of Paragraph 786 to the extent that they apply to it. The remaining allegations of Paragraph 786 contain legal conclusions and/or factual allegations regarding other parties that require no response.

787. Defendant denies the allegations of Paragraph 787 to the extent that they apply to it. The remaining allegations of Paragraph 787 contain legal conclusions and/or factual allegations regarding other parties that require no response.

788. Defendant denies the allegations of Paragraph 788 to the extent that they apply to it. The remaining allegations of Paragraph 788 contain legal conclusions and/or factual allegations regarding other parties that require no response.

789. Defendant denies the allegations of Paragraph 789 to the extent that they apply to it. The remaining allegations of Paragraph 789 contain legal conclusions and/or factual allegations regarding other parties that require no response.

790. Defendant denies the allegations of Paragraph 790 to the extent that they apply to it. The remaining allegations of Paragraph 790 contain legal conclusions arid/or factual allegations regarding other parties that require no response.

791. Defendant denies the allegations of Paragraph 791 to the extent that they apply to it. The remaining allegations of Paragraph 791 contain legal conclusions and/or factual allegations

regarding other parties that require no response.

792.     Defendant denies the allegations of Paragraph 792 to the extent that they apply to it. The remaining allegations of Paragraph 792 contain legal conclusions and/or factual allegations regarding other parties that require no response.

793.     Defendant denies the allegations of Paragraph 793 to the extent that they apply to it. The remaining allegations of Paragraph 793 contain legal conclusions and/or factual allegations regarding other parties that require no response.

794.     Defendant denies the allegations of Paragraph 794 to the extent that they apply to it. The remaining allegations of Paragraph 794 contain legal conclusions and/or factual allegations regarding other parties that require no response.

795.     Defendant denies the allegations of Paragraph 795 to the extent that they apply to it. The remaining allegations of Paragraph 795 contain legal conclusions and/or factual allegations regarding other parties that require no response.

796.     Defendant denies the allegations of Paragraph 796 to the extent that they apply to it. The remaining allegations of Paragraph 796 contain legal conclusions and/or factual allegations regarding other parties that require no response.

797.     Defendant denies the allegations of Paragraph 797 to the extent that they apply to it. The remaining allegations of Paragraph 797 contain legal conclusions and/or factual allegations regarding other parties that require no response.

798.     Defendant denies the allegations of Paragraph 798 to the extent that they apply to it. The remaining allegations of Paragraph 798 contain legal conclusions and/or factual allegations regarding other parties that require no response.

799.     In response to Paragraph 799, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 799 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 799, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

800.     The allegations of Paragraph 800 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 800, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

801.     In response to Paragraph 801, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 801 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 801, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

802.     The allegations of Paragraph 802 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 802, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

803.     In response to Paragraph 803, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 803 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 803, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

804.     The allegations of Paragraph 804 contain legal conclusions that require no response.

To the extent any further response is required to the allegations in Paragraph 804, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

805.    In response to Paragraph 805, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 805 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 805, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

806.    The allegations of Paragraph 806 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 806, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

807.    In response to Paragraph 807, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 807 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 807, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

808.    The allegations of Paragraph 808 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 808, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

809.    The allegations of Paragraph 809 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 809, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

810.    The allegations of Paragraph 810 contain legal conclusions that require no response.

To the extent any further response is required to the allegations in Paragraph 810, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

811.    Paragraph 811 and its subparts contain legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 811, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

812.    Paragraph 812 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 812, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

813.    Paragraph 813 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 813, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

814.    Paragraph 814 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 814, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

815.    Paragraph 815 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 815, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

816.    Paragraph 816 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 816, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

817.    Paragraph 817 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 817, Defendant denies the same. Defendant

further states that this lawsuit does not meet the standards for a class action.

818.    Paragraph 818 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 818, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

819. Defendant responds to Paragraph 819 by incorporating herein its responses to Paragraphs 1 through 818.

820.    Paragraph 820 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 820, Defendant denies the same.

821.    Defendant denies the allegations of Paragraph 821.

822.    Defendant denies the allegations of Paragraph 822.

823.    Defendant denies the allegations of Paragraph 823.

824.    Defendant denies the allegations of Paragraph 824.

825.    Defendant denies the allegations of Paragraph 825.

826.    Defendant denies the allegations of Paragraph 826 to the extent that they apply to it. The remaining allegations of Paragraph 826 contain legal conclusions and/or factual allegations regarding other parties that require no response.

827.    Defendant responds to Paragraph 827 by incorporating herein its responses to Paragraphs 1 through 826.

828.    Paragraph 828 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 828, Defendant denies the same.

829.    Defendant denies the allegations of Paragraph 829.

830.    Defendant denies the allegations of Paragraph 830.

831.     Defendant denies the allegations of Paragraph 831.

832.     Defendant denies the allegations of Paragraph 832.

833.     Defendant denies the allegations of Paragraph 833.

834.     Defendant responds to Paragraph 834 by incorporating herein its responses to Paragraphs 1 through 833.

835.     In response to Paragraph 835, Defendant admits that it is a distributor of drywall. Defendant denies the remaining allegations not specifically admitted.

836.     In response to Paragraph 836, Defendant admits that it is a distributor of drywall and that it distributed drywall that was delivered to the homes of one or more named putative class members. Defendant admits that drywall is installed in homes, but Defendant denies that it installs or manufactures drywall. Defendant denies the remaining allegations not specifically admitted.

837.     Defendant incorporates its response to Paragraphs 835 and 836 as its response to Paragraph 837. Defendant denies the allegations of Paragraph 837 not specifically admitted.

838.     Defendant incorporates its response to Paragraphs 835 and 836 as its response to Paragraph 838. Defendant denies the allegations of Paragraph 838 not specifically admitted.

839.     Defendant incorporates its response to Paragraphs 835 and 836 as its response to Paragraph 839. Defendant denies the allegations of Paragraph 839 not specifically admitted.

840.     Defendant incorporates its response to Paragraphs 835 and 836 as its response to Paragraph 840. Defendant denies the allegations of Paragraph 840 not specifically admitted.

841.     Defendant lacks information sufficient to admit or deny the allegations of Paragraph 841 and, therefore, Defendant denies the same.

842.     Defendant denies the allegations of Paragraph 842.

843.     Defendant denies the allegations of Paragraph 843.

844.     Defendant denies the allegations of Paragraph 844.

845.     Defendant denies the allegations of Paragraph 845.

846.     Defendant denies the allegations of Paragraph 846.

847.     Defendant deities the allegations of Paragraph 847.

848.     Defendant denies the allegations of Paragraph 848.

849.     Defendant denies the allegations of Paragraph 849.

850.     Defendant denies the allegations of Paragraph 850.

851.     Defendant denies the allegations of Paragraph 851.

852.     Defendant responds to Paragraph 852 by incorporating herein its responses to Paragraphs 1 through 851.

853.     Defendant denies the allegations of Paragraph 853.

854.     Defendant denies the allegations of Paragraph 854.

855.     Defendant incorporates its response to Paragraphs 835 and 836 as its response to Paragraph 855. Defendant denies the allegations of Paragraph 855 not specifically admitted.

856.     Defendant denies the allegations of Paragraph 856.

857.     Defendant denies the allegations of Paragraph 857.

858.     Defendant denies the allegations of Paragraph 858.

859.     Defendant denies the allegations of Paragraph 859.

860.     Defendant responds to Paragraph 860 by incorporating herein its responses to Paragraphs 1 through 859.

861-889. The allegations of Paragraphs 861 through 889, which relate to Counts V through

VII of Plaintiffs' Complaint seeking relief against defendants other than D'Alessio, contain legal conclusions and/or factual allegations regarding other parties that require no response. To the extent a response is required, Defendant denies the allegations of Paragraphs 861 through 889.

890.    Defendant responds to Paragraph 890 by incorporating herein its responses to Paragraphs 1 through 889.

891.    Defendant denies the allegations of Paragraph 891.

892.    Defendant denies the allegations of Paragraph 892.

893.    Defendant denies the allegations of Paragraph 893.

894.    Defendant denies the allegations of Paragraph 894.

895.    Paragraph 895 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 895, Defendant denies the same.

896.    Defendant denies the allegations of Paragraph 896.

897.    Defendant denies the allegations of Paragraph 897.

898.    Defendant denies the allegations of Paragraph 898.

899.    Defendant denies the allegations of Paragraph 899.

900.    Defendant responds to Paragraph 900 by incorporating herein its responses to Paragraphs 1 through 899.

901.    Defendant denies the allegations of Paragraph 901 to the extent that they apply to it. The remaining allegations of Paragraph 901 contain legal conclusions and/or factual allegations regarding other parties that require no response.

902.    Paragraph 902 contains legal conclusions that require no response. To the extent a

response is required to any allegations in Paragraph 902, Defendant denies the same.

903.    Defendant denies the allegations of Paragraph 903 to the extent that they apply to it, as Defendant is not a manufacturer of drywall. The remaining allegations of Paragraph 903 contain legal conclusions and/or factual allegations regarding other parties that require no response.

904.    Defendant denies the allegations of Paragraph 904 to the extent that they apply to it, as Defendant is not a manufacturer of drywall. The remaining allegations of Paragraph 904 contain legal conclusions and/or factual allegations regarding other parties that require no response.

905.    Defendant denies the allegations of Paragraph 905.

906.    Defendant denies the allegations of Paragraph 906.

907.    Defendant denies the allegations of Paragraph 907.

908.    Defendant denies the allegations of Paragraph 908.

909.    Defendant denies the allegations of Paragraph 909.

910.    Defendant denies the allegations of Paragraph 910.

911.    Defendant denies the allegations of Paragraph 911.

912.    Defendant denies the allegations of Paragraph 912.

913.    Defendant denies the allegations of Paragraph 913.

914.    Defendant responds to Paragraph 914 by incorporating herein its responses to Paragraphs I through 913.

915.    Defendant denies the allegations of Paragraph 915.

916.    Defendant denies the allegations of Paragraph 916.

917.    Defendant denies the allegations of Paragraph 917.

918.    Defendant denies the allegations of Paragraph 918.

919.     Defendant denies the allegations of Paragraph 919.

920.     Defendant denies the allegations of Paragraph 920.

921.     Defendant responds to Paragraph 921by incorporating herein its responses to Paragraphs 1 through 920.

922.     Defendant denies the allegations of Paragraph 922.

923.     Defendant denies the allegations of Paragraph 923.

924.     Defendant denies the allegations of Paragraph 924.

925.     Defendant denies the allegations of Paragraph 925.

926.     Defendant denies the allegations of Paragraph 926.

927.     Defendant denies the allegations of Paragraph 927.

928.     Defendant responds to Paragraph 928 by incorporating herein its responses too Paragraphs 1 through 927.

929.     Defendant denies the allegations of Paragraph 929.

930.     Defendant denies the allegations of Paragraph 930.

931.     Defendant denies the allegations of Paragraph 931.

932.     Defendant responds to Paragraph 932 by incorporating herein its responses to Paragraphs 1 through 931.

933.     Paragraph 933 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 933, Defendant denies the same.

934.     Defendant denies the allegations of Paragraph 934.

935.     Defendant denies the allegations of Paragraph 935.

936.     Defendant denies the allegations of Paragraph 936.

937.   Defendant responds to Paragraph 937 by incorporating herein its responses to Paragraphs 1 through 936.

938.   Defendant denies the allegations of Paragraph 938.

939.   Defendant denies the allegations of Paragraph 939.

940.   The allegations of Paragraph 940 are in the nature of a request for relief and require no response. To the extent a response is required to any allegations in Paragraph 940, Defendant denies the same.

941.   Defendant denies the allegations of Paragraph 941.

942.   Defendant denies the allegations of Paragraph 942.

943.   Defendant denies the allegations of Paragraph 943.

944.   Defendant denies the allegations of Paragraph 944.

945.   Defendant denies the allegations of Paragraph 945.

946.   Defendant denies the allegations of Paragraph 946.

947.   Defendant denies the allegations of Paragraph 947.

948.   Defendant denies the allegations of Paragraph 948.

949.   Defendant denies the allegations of Paragraph 949.

950.   To the extent the Prayer for Relief is deemed to contain any allegations against Defendant, Defendant denies the same.

951.   Any and all allegations, claims, contentions, and/or demands contained in Plaintiffs' Complaint, which are not expressly and specifically admitted, modified, or explained by this Defendant in this Answer, Affirmative Defenses, Cross-Claims, and Third-Party Complaint, are hereby expressly denied, including but not limited to the allegations contained in unnumbered

paragraphs at the beginning of Plaintiffs' Complaint.

## FIRST DEFENSE

952.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

953.     Plaintiffs have failed to state a claim for which relief can be granted.

## SECOND DEFENSE

954.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

955.     Any damages alleged to have been sustained by Plaintiffs were caused in whole or in part by the acts or omissions of persons other than this Defendant over whom this Defendant had and has no control or by superseding intervening causes outside the control of this Defendant.

## THIRD DEFENSE

956.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

957.     Recovery of some or all of the damages alleged to have been sustained by Plaintiffs is barred by the economic loss doctrine or its common law or statutory equivalent.

## FOURTH DEFENSE

958.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

959.     The terms, provisions, and conditions of any and all contracts entered into between Defendant and any other parties, including but not limited to any warranty provisions, operate as a bar to all or part of Plaintiffs' claims.

**FIFTH DEFENSE**

960.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

961.     Plaintiffs' claims are barred, in whole or in part, by their absence of privity with Defendant.

**SIXTH DEFENSE**

962.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

963.     Plaintiffs have failed to reference an applicable statute, or that they are part of the protected class of any applicable statute, sufficient to state a negligence per se cause of action.

**SEVENTH DEFENSE**

964.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

965.     Plaintiffs' Complaint fails to state a claim for class relief under Rule 23 of the Federal Rules of Civil Procedure; further, class relief should be denied under the governing procedural and substantive law.

**EIGHTH DEFENSE**

966.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

967.     Plaintiffs lack standing to bring representative actions under the various "Consumer Protection Acts" of one or more of the States identified in the Plaintiffs' Complaint.

**NINTH DEFENSE**

-17-

968.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

969.     Plaintiffs have failed to mitigate their damages.

## TENTH DEFENSE

970.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

971.     Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations, statutes of repose, prescription periods, or the doctrine of laches.

## ELEVENTH DEFENSE

972.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

973.     Defendant was not aware and could not reasonably have been aware of the existence of any alleged defect, which is expressly denied, at the time that it sold the drywall it distributed in the State of Louisiana. Moreover, Defendant did not hold out as its own any Chinese drywall.

## TWELFTH DEFENSE

974.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

975.     Plaintiff has failed to afford Defendant the opportunity to repair any alleged redhibitory defect.

## THIRTEENTH DEFENSE

976.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

977.    Defendant is not a manufacturer of Chinese drywall and therefore is not liable under La. R.S. 9:2800.52.

**FOURTEENTH DEFENSE**

978.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

979.    To the extent that Plaintiffs pray for punitive, exemplary, or otherwise enhanced damages, Defendant invokes its right under the due process clause of the Fifth Amendment of the United States Constitution as applied to the states through the Fourteenth Amendment of the United States Constitution.

**FIFTEENTH DEFENSE**

980.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

981.    Defendant is a good faith seller pursuant to La. Civil Code Article 2531.

**SIXTEENTH DEFENSE**

982.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

983.    Defendant incorporates herein by reference each and every affirmative defense pleaded by similarly-situated defendants.

Respectfully submitted,
**CONNICK AND CONNICK, L.L.C.**


s:/ Rachel M. Riser
**MICHAEL S. FUTRELL (20819)**
**RACHEL M. RISER (31940)**
2551 Metairie Road

Metairie, Louisiana 70001
Telephone: (504) 838-8777
Facsimile: (504) 838-9903
Email: rriser@connicklaw.com
**Attorneys for Defendant,**

_____


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2010.


   /s/ Rachel M. Riser
**RACHEL M. RISER**