## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| Wiltz, et al. v. Beijing New Building | * | |
| Materials Public Limited Co., et al., | * | MAG. JUDGE WILKINSON |
| | * | |
| CASE NO.: 2:10-cv-00361 | * | JURY TRIAL DEMANDED |

**************************************

### ANSWER AND AFFIRMATIVE DEFENSES OF D'ALESSIO DRYWALL & PAINTING

Defendant, D'ALESSIO DRYWALL & PAINTING ("Defendant" or "D'Alessio"), by and through its undersigned counsel, hereby files its Answer and Affirmative Defensesin response to Plaintiffs' Amended Omnibus Class Action Complaint (II) ("Plaintiffs' Complaint") and says:

1.      Paragraph 1 contains legal conclusions to which no response is required and further contains factual allegations which Defendant lacks information sufficient to admit or deny; therefore, Defendant denies the allegations of Paragraph 1 to the extent a response is required. Defendant further states that this lawsuit does not meet the standards for a class action.

2.      Paragraph 2 contains legal conclusions to which no response is required. To the extent a response is required to any factual allegations in Paragraph 2, Defendant denies the allegations. Defendant further states that this lawsuit does not meet the standards for a class action.

3.      Paragraph 3 contains legal conclusions to which no response is required and further contains factual allegations which Defendant lacks information sufficient to admit or deny; therefore, Defendant denies the allegations of Paragraph 3 to the extent a response is required.

4.      Paragraph 4 contains legal conclusions to which no response is required. To the extent a response is required to any factual allegations in Paragraph 4, Defendant denies the

allegations. Defendant further states that this lawsuit does not meet the standards for a class action.

5.     Defendant lacks information sufficient to admit or deny the allegations of Paragraph 5 and, therefore, denies the same.

6-504.   Defendant lacks information sufficient to admit or deny the allegations of Paragraphs 6 through 504 and, therefore, denies the allegations of Paragraphs 6 through 504.

505.     Defendant lacks information sufficient to admit or deny the allegations of Paragraph 505 and, therefore, denies the same. Defendant D'Alessio is a Florida corporation with its headquarters in Zephyrhills, Florida.

506-511.  The allegations of Paragraphs 506 through 511 relate to other parties unrelated to Defendant. Defendant lacks information sufficient to admit or deny the allegations of Paragraphs 506 through 511 and, therefore, denies those allegations.

512.     Defendant denies the allegations of Paragraph 512 to the extent that they apply to it. The remaining allegations of Paragraph 512 contain legal conclusions and/or factual allegations regarding other parties that require no response.

513-520.  The allegations of Paragraphs 513 through 520 relate to other parties unrelated to Defendant. Defendant lacks information sufficient to admit or deny the allegations of Paragraphs 513 through 520 and, therefore, denies those allegations.

521 - 535.  The allegations of Paragrahs 521 - 535 relate to other parties, unrelated to Defendant.  Defendant lacks sufficient information to admit or deny the allgations of Paragraphs 521-535 and, therefore denies those allegations.

536.     Defendant admits that D'Alessio is a corporation with its principal place of business at 39406 Rockford Avenue, Zephyrhills, FL 33542.

537-740.  The allegations of Paragraphs 523 through 740 relate to other parties unrelated to Defendant. Defendant lacks information sufficient to admit or deny the allegations of Paragraphs 537 through 740 and, therefore, denies those allegations.

741.    In response to the allegations of Paragraph 741, Defendant admits that drywall it distributes contains gypsum. Defendant lacks information sufficient to admit or deny the allegations relating to drywall sold by other parties.

742.    Defendant denies the allegations of Paragraph 742 to the extent that they apply to it. The remaining allegations of Paragraph 742 contain legal conclusions and/or factual allegations regarding other parties that require no response.

743.    Defendant denies the allegations of Paragraph 743 to the extent that they apply to it.  The remaining allegations of Paragraph 743 contain legal conclusions and/or factual allegations regarding other parties that require no response.

744.    Defendant denies the allegations of Paragraph 744 to the extent that they apply to it. The remaining allegations of Paragraph 744 contain legal conclusions and/or factual allegations regarding other parties that require no response.

745.    Defendant denies the allegations of Paragraph 745 to the extent that they apply to it. The remaining allegations of Paragraph 745 contain legal conclusions and/or factual allegations regarding other parties that require no response.

746.    Defendant denies the allegations of Paragraph 746 to the extent that they apply to it. The remaining allegations of Paragraph 746 contain legal conclusions and/or factual allegations regarding other parties that require no response.

747.    Defendant denies the allegations of Paragraph 747 to the extent that they apply to

it. The remaining allegations of Paragraph 747 contain legal conclusions and/or factual allegations regarding other parties that require no response.

748.    Defendant denies the allegations of Paragraph 748 to the extent that they apply to it. The remaining allegations of Paragraph 748 contain legal conclusions and/or factual allegations regarding other parties that require no response.

749.    Defendant denies the allegations of Paragraph 749 to the extent that they apply to it. The remaining allegations of Paragraph 749 contain legal conclusions and/or factual allegations regarding other parties that require no response.

750.    Defendant denies the allegations of Paragraph 750 to the extent that they apply to it. The remaining allegations of Paragraph 750 contain legal conclusions and/or factual allegations regarding other parties that require no response.

751.    Defendant denies the allegations of Paragraph 751 to the extent that they apply to it. The remaining allegations of Paragraph 751 contain legal conclusions and/or factual allegations regarding other parties that require no response.

752.    Defendant denies the allegations of Paragraph 752 to the extent that they apply to it. The remaining allegations of Paragraph 752 contain legal conclusions and/or factual allegations regarding other parties that require no response.

753.    Defendant denies the allegations of Paragraph 753 to the extent that they apply to it. The remaining allegations of Paragraph 753 contain legal conclusions arid/or factual allegations regarding other parties that require no response.

754.    Defendant denies the allegations of Paragraph 754 to the extent that they apply to it. The remaining allegations of Paragraph 754 contain legal conclusions and/or factual allegations

regarding other parties that require no response.

755.    Defendant denies the allegations of Paragraph 755 to the extent that they apply to it. The remaining allegations of Paragraph 755 contain legal conclusions and/or factual allegations regarding other parties that require no response.

756.    Defendant denies the allegations of Paragraph 756 to the extent that they apply to it. The remaining allegations of Paragraph 756 contain legal conclusions and/or factual allegations regarding other parties that require no response.

757.    Defendant denies the allegations of Paragraph 757 to the extent that they apply to it. The remaining allegations of Paragraph 757 contain legal conclusions and/or factual allegations regarding other parties that require no response.

758.    Defendant denies the allegations of Paragraph 758 to the extent that they apply to it. The remaining allegations of Paragraph 758 contain legal conclusions and/or factual allegations regarding other parties that require no response.

759.    Defendant denies the allegations of Paragraph 759 to the extent that they apply to it. The remaining allegations of Paragraph 759 contain legal conclusions and/or factual allegations regarding other parties that require no response.

760.    Defendant denies the allegations of Paragraph 760 to the extent that they apply to it. The remaining allegations of Paragraph 760 contain legal conclusions and/or factual allegations regarding other parties that require no response.

761.    Defendant denies the allegations of Paragraph 761 to the extent that they apply to it. The remaining allegations of Paragraph 761 contain legal conclusions and/or factual allegations regarding other parties that require no response.

762.     In response to Paragraph 762, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 762 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 762, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

763.     The allegations of Paragraph 763 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 763, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

764.     In response to Paragraph 764, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 764 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 764, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

765.     The allegations of Paragraph 765 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 765, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

766.     In response to Paragraph 766, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 766 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 766, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

767.     The allegations of Paragraph 767 contain legal conclusions that require no response.

To the extent any further response is required to the allegations in Paragraph 767, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

768.    In response to Paragraph 768, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 768 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 768, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

769.    The allegations of Paragraph 769 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 769, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

770.    In response to Paragraph 770, Defendant admits that Plaintiffs filed this lawsuit as a putative class action with subclasses. The remaining allegations of Paragraph 770 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 770, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

771.    The allegations of Paragraph 771 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 771, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

772.    The allegations of Paragraph 772 contain legal conclusions that require no response. To the extent any further response is required to the allegations in Paragraph 772, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

773.    The allegations of Paragraph 773 contain legal conclusions that require no response.

To the extent any further response is required to the allegations in Paragraph 773, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

774.    Paragraph 774 and its subparts contain legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 774, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

775.    Paragraph 775 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 775, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

776.    Paragraph 776 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 776, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

777.    Paragraph 777 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 777, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

778.    Paragraph 778 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 778, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

779.    Paragraph 779 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 779, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

780.    Paragraph 780 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 780, Defendant denies the same. Defendant

further states that this lawsuit does not meet the standards for a class action.

781.    Paragraph 781 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 781, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

782. Defendant responds to Paragraph 782 by incorporating herein its responses to Paragraphs 1 through 781.

783.    Paragraph 783 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 783, Defendant denies the same.

784.    Defendant denies the allegations of Paragraph 784.

785.    Defendant denies the allegations of Paragraph 785.

786.    Defendant denies the allegations of Paragraph 786.

787.    Defendant denies the allegations of Paragraph 787.

788.    Defendant denies the allegations of Paragraph 788.

789.    Defendant denies the allegations of Paragraph 789 to the extent that they apply to it. The remaining allegations of Paragraph 789 contain legal conclusions and/or factual allegations regarding other parties that require no response.

790.    Defendant responds to Paragraph 790 by incorporating herein its responses to Paragraphs 1 through 789.

791.    Paragraph 791 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 791, Defendant denies the same.

792.    Defendant denies the allegations of Paragraph 792.

793.    Defendant denies the allegations of Paragraph 793.

794.    Defendant denies the allegations of Paragraph 794.

795.    Defendant denies the allegations of Paragraph 795.

796.    Defendant denies the allegations of Paragraph 796.

797.    Defendant responds to Paragraph 797 by incorporating herein its responses to Paragraphs 1 through 796.

798.    In response to Paragraph 798, Defendant admits that it is a distributor of drywall. Defendant denies the remaining allegations not specifically admitted.

799.    In response to Paragraph 799, Defendant admits that it is a distributor of drywall and that it distributed drywall that was delivered to the homes of one or more named putative class members. Defendant admits that drywall is installed in homes, but Defendant denies that it installs or manufactures drywall. Defendant denies the remaining allegations not specifically admitted.

800.    Defendant incorporates its response to Paragraphs 798 and 799 as its response to Paragraph 800. Defendant denies the allegations of Paragraph 800 not specifically admitted.

801.    Defendant incorporates its response to Paragraphs 798 and 799 as its response to Paragraph 801. Defendant denies the allegations of Paragraph 801 not specifically admitted.

802.    Defendant incorporates its response to Paragraphs 798 and 799 as its response to Paragraph 802. Defendant denies the allegations of Paragraph 802 not specifically admitted.

803.    Defendant incorporates its response to Paragraphs 798 and 799 as its response to Paragraph 803. Defendant denies the allegations of Paragraph 803 not specifically admitted.

804.    Defendant lacks information sufficient to admit or deny the allegations of Paragraph 804 and, therefore, Defendant denies the same.

805.    Defendant denies the allegations of Paragraph 805.

806.    Defendant denies the allegations of Paragraph 806.

807.    Defendant denies the allegations of Paragraph 807.

808.    Defendant denies the allegations of Paragraph 808.

809.    Defendant denies the allegations of Paragraph 809.

810.    Defendant deities the allegations of Paragraph 810.

811.    Defendant denies the allegations of Paragraph 811.

812.    Defendant denies the allegations of Paragraph 812.

813.    Defendant denies the allegations of Paragraph 813.

814.    Defendant denies the allegations of Paragraph 814.

815.    Defendant responds to Paragraph 815 by incorporating herein its responses to Paragraphs 1 through 814.

816.    Defendant denies the allegations of Paragraph 816.

817.    Defendant denies the allegations of Paragraph 817.

818.    Defendant incorporates its response to Paragraphs 798 and 799 as its response to Paragraph 818. Defendant denies the allegations of Paragraph 818 not specifically admitted.

819.    Defendant denies the allegations of Paragraph 819.

820.    Defendant denies the allegations of Paragraph 820.

821.    Defendant denies the allegations of Paragraph 821.

822.    Defendant denies the allegations of Paragraph 822.

823.    Defendant responds to Paragraph 823 by incorporating herein its responses to Paragraphs 1 through 822.

824-852. The allegations of Paragraphs 824 through 852, which relate to Counts V through

VII of Plaintiffs' Complaint seeking relief against defendants other than D'Alessio, contain legal conclusions and/or factual allegations regarding other parties that require no response. To the extent a response is required, Defendant denies the allegations of Paragraphs 824 through 852.

853.    Defendant responds to Paragraph 853 by incorporating herein its responses to Paragraphs 1 through 852.

854.    Defendant denies the allegations of Paragraph 854.

855.    Defendant denies the allegations of Paragraph 855.

856.    Defendant denies the allegations of Paragraph 856.

857.    Defendant denies the allegations of Paragraph 857.

858.    Paragraph 858 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 858, Defendant denies the same.

859.    Defendant denies the allegations of Paragraph 859.

860.    Defendant denies the allegations of Paragraph 860.

861.    Defendant denies the allegations of Paragraph 861.

862.    Defendant denies the allegations of Paragraph 862.

863.    Defendant responds to Paragraph 863 by incorporating herein its responses to Paragraphs 1 through 862.

864.    Defendant denies the allegations of Paragraph 864 to the extent that they apply to it. The remaining allegations of Paragraph 864 contain legal conclusions and/or factual allegations regarding other parties that require no response.

865.    Paragraph 865 contains legal conclusions that require no response. To the extent a

response is required to any allegations in Paragraph 865, Defendant denies the same.

866.    Defendant denies the allegations of Paragraph 866 to the extent that they apply to it, as Defendant is not a manufacturer of drywall. The remaining allegations of Paragraph 866 contain legal conclusions and/or factual allegations regarding other parties that require no response.

867.    Defendant denies the allegations of Paragraph 867 to the extent that they apply to it, as Defendant is not a manufacturer of drywall. The remaining allegations of Paragraph 867 contain legal conclusions and/or factual allegations regarding other parties that require no response.

868.    Defendant denies the allegations of Paragraph 868.

869.    Defendant denies the allegations of Paragraph 869.

870.    Defendant denies the allegations of Paragraph 870.

871.    Defendant denies the allegations of Paragraph 871.

872.    Defendant denies the allegations of Paragraph 872.

873.    Defendant denies the allegations of Paragraph 873.

874.    Defendant denies the allegations of Paragraph 874.

875.    Defendant denies the allegations of Paragraph 875.

876.    Defendant denies the allegations of Paragraph 876.

877.    Defendant responds to Paragraph 877 by incorporating herein its responses to Paragraphs I through 876.

878.    Defendant denies the allegations of Paragraph 878.

879.    Defendant denies the allegations of Paragraph 879.

880.    Defendant denies the allegations of Paragraph 880.

881.    Defendant denies the allegations of Paragraph 881.

882.     Defendant denies the allegations of Paragraph 882.

883.     Defendant denies the allegations of Paragraph 883.

884.     Defendant responds to Paragraph 884 by incorporating herein its responses to Paragraphs 1 through 883.

885.     Defendant denies the allegations of Paragraph 885.

886.     Defendant denies the allegations of Paragraph 886.

887.     Defendant denies the allegations of Paragraph 887.

888.     Defendant denies the allegations of Paragraph 888.

889.     Defendant denies the allegations of Paragraph 889.

890.     Defendant denies the allegations of Paragraph 890.

891.     Defendant responds to Paragraph 891 by incorporating herein its responses too Paragraphs 1 through 890.

892.     Defendant denies the allegations of Paragraph 892.

893.     Defendant denies the allegations of Paragraph 893.

894.     Defendant denies the allegations of Paragraph 894.

895.     Defendant responds to Paragraph 895 by incorporating herein its responses to Paragraphs 1 through 894.

896.     Paragraph 896 contains legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 896, Defendant denies the same.

897.     Defendant denies the allegations of Paragraph 897.

898.     Defendant denies the allegations of Paragraph 898.

899.     Defendant denies the allegations of Paragraph 899.

900.     Defendant responds to Paragraph 900 by incorporating herein its responses to Paragraphs 1 through 899.

901.     Defendant denies the allegations of Paragraph 901.

902.     Defendant denies the allegations of Paragraph 902.

903.     The allegations of Paragraph 903 are in the nature of a request for relief and require no response. To the extent a response is required to any allegations in Paragraph 903, Defendant denies the same.

904.     Defendant denies the allegations of Paragraph 904.

905.     Defendant denies the allegations of Paragraph 905.

906.     Defendant denies the allegations of Paragraph 906.

907.     Defendant denies the allegations of Paragraph 907.

908.     Defendant denies the allegations of Paragraph 908.

909.     Defendant denies the allegations of Paragraph 909.

910.     Defendant denies the allegations of Paragraph 910.

911.     Defendant denies the allegations of Paragraph 911.

912.     Defendant denies the allegations of Paragraph 912.

913.     To the extent the Prayer for Relief is deemed to contain any allegations against Defendant, Defendant denies the same.

914.     Any and all allegations, claims, contentions, and/or demands contained in Plaintiffs' Complaint, which are not expressly and specifically admitted, modified, or explained by this Defendant in this Answer, Affirmative Defenses, Cross-Claims, and Third-Party Complaint, are hereby expressly denied, including but not limited to the allegations contained in unnumbered

paragraphs at the beginning of Plaintiffs' Complaint.

## FIRST DEFENSE

915.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

916.    Plaintiffs have failed to state a claim for which relief can be granted.

## SECOND DEFENSE

917.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

918.    Any damages alleged to have been sustained by Plaintiffs were caused in whole or in part by the acts or omissions of persons other than this Defendant over whom this Defendant had and has no control or by superseding intervening causes outside the control of this Defendant.

## THIRD DEFENSE

919.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

920.    Recovery of some or all of the damages alleged to have been sustained by Plaintiffs is barred by the economic loss doctrine or its common law or statutory equivalent.

## FOURTH DEFENSE

921.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

922.    The terms, provisions, and conditions of any and all contracts entered into between Defendant and any other parties, including but not limited to any warranty provisions, operate as a bar to all or part of Plaintiffs' claims.

**FIFTH DEFENSE**

923.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

924.     Plaintiffs' claims are barred, in whole or in part, by their absence of privity with Defendant.

**SIXTH DEFENSE**

925.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

926.     Plaintiffs have failed to reference an applicable statute, or that they are part of the protected class of any applicable statute, sufficient to state a negligence per se cause of action.

**SEVENTH DEFENSE**

927.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

928.     Plaintiffs' Complaint fails to state a claim for class relief under Rule 23 of the Federal Rules of Civil Procedure; further, class relief should be denied under the governing procedural and substantive law.

**EIGHTH DEFENSE**

929.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

930.     Plaintiffs lack standing to bring representative actions under the various "Consumer Protection Acts" of one or more of the States identified in the Plaintiffs' Complaint.

**NINTH DEFENSE**

931.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

932.     Plaintiffs have failed to mitigate their damages.

**TENTH DEFENSE**

933.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

934.     Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations, statutes of repose, prescription periods, or the doctrine of laches.

**ELEVENTH DEFENSE**

935.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

936.     Defendant was not aware and could not reasonably have been aware of the existence of any alleged defect, which is expressly denied, at the time that it sold the drywall it distributed in the State of Louisiana. Moreover, Defendant did not hold out as its own any Chinese drywall.

**TWELFTH DEFENSE**

937.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

938.     Plaintiff has failed to afford Defendant the opportunity to repair any alleged redhibitory defect.

**THIRTEENTH DEFENSE**

939.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

940.    Defendant is not a manufacturer of Chinese drywall and therefore is not liable under La. R.S. 9:2800.52.

## FOURTEENTH DEFENSE

941.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

942.    To the extent that Plaintiffs pray for punitive, exemplary, or otherwise enhanced damages, Defendant invokes its right under the due process clause of the Fifth Amendment of the United States Constitution as applied to the states through the Fourteenth Amendment of the United States Constitution.

## FIFTEENTH DEFENSE

943.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

944.    Defendant is a good faith seller pursuant to La. Civil Code Article 2531.

## SIXTEENTH DEFENSE

945.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

946.    Defendant incorporates herein by reference each and every affirmative defense pleaded by similarly-situated defendants.

Respectfully submitted,
**CONNICK AND CONNICK, L.L.C.**


s:/ Rachel M. Riser
**MICHAEL S. FUTRELL (20819)**
**RACHEL M. RISER (31940)**
2551 Metairie Road

Metairie, Louisiana 70001
Telephone: (504) 838-8777
Facsimile: (504) 838-9903
Email: rriser@connicklaw.com
**Attorneys for Defendant,**

_____

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ANSWER, AFFIRMATIVE DEFENSES,
CROSS-CLAIMS, has been served on Plaintiffs' Liaison Counsel, Russ Herman at
drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and
upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with
Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the
United States District Court for the Eastern District of Louisiana by using the CM/ECF System,
which will send a notice of electronic filing in accordance with the procedures established in MDL
2047, on this 21st day of September, 2010.

   /s/ Rachel M. Riser
**RACHEL M. RISER**