UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Gross, et al. v. Knauf Gips KG, et al*, Case no. 09-6690 | |

### ORDER

The Court is in receipt of the attached correspondence from Defendant Comfort Home Builders, Inc. IT IS ORDERED that the correspondence be entered into the record. Any interested parties are invited to respond in writing.

New Orleans, Louisiana, this 4th day of June, 2010.

_____
United States District Judge

___ Fee _____
___ Process _____
 x  Dktd _____
___ CtRmDep _____
___ Doc. No. _____