

May 25, 2010

Clerk of the Court
US District Court
Eastern District of Louisiana
500 Poydras St. Room C-121
New Orleans, LA 70130

RESPONSE: Civil Action No. 09-6690

To whom it may concern,

Comfort Home Builders, Inc. (#95) requests that this case be dismissed due to the following:

1. CHBI discontinued all business in the course of 2008 & 2009 by the following actions:
    a. Construction office closure on or about April 2008.
    b. Sale office closure as of September 2008.
    c. State Registration of the Corporation was not made in 2008 or 2009. The Corporation is no longer active in the State of Florida.
2. In April 2009 I filed for Chapter 7 Bankruptcy which was granted by the court in October 2009. (United States Bankruptcy Court Case # 9:09-bk-07034-ALP, Copy of Discharge is attached) As the sole owner of CHBI the Bankruptcy court required payment for all CHBI asset based on value to the court. This was accomplished by liquidating all the remaining assets of the Corporation which were audited by the court.

3. As of December 31, 2009 CHBI filed its FINAL income tax return to the Internal Revenue Service.

4. When in business the Plaintiffs never contacted CHBI to report any drywall problems through September 2008. This action is the first CHBI heard of this problem.

5. The plaintiff; Harter, did not buy the property in question from CHBI. CHBI never owned this property but was the builder of the property for JDC Florida, Inc. CHBI built over 250 homes for JDC Florida, Inc. since 2003. The last 72 homes built all had 72 separate contracts fall out during or after construction was completed in 2006 & 2007.

 In 2008 all 72 completed homes were sold in bulk directly by JDC Florida, Inc. to Cape Coral 72 LLC on June 3rd 2008. The plaintiff's home was included in the bulk sale transaction which expressly was sold "AS IS" <u>and additionally deleted any warranty on</u> any of the 72 homes sold to Cape Coral 72 LLC. via that contract.
The Plaintiff had to have purchased the home from Cape Coral 72 LLC or from some other subsequent seller not CHBI. There was no express or implied warranty given by CHBI on this home to any buyer.

I respectfully submit this information to the court without benefit of counsel as CHBI has no money to pay for an attorney. I request that based on the above, much of which is public record, that this Case be dismissed by the court.

If the Court needs any further information from me on this matter please advise me. I have enclosed a copy of my response to the Plaintiff's attorney.

Sincerely,

James A. Gordon   (Former President and Sole owner of CHBI)
1686 Lakeview Terrace
North Ft. Myers, Florida 33903

Phone: 239-656-5090

Encl:
Copy of response to Plaintiff's attorney
Copy of Bankruptcy Discharge
Copy of Complaint receipt dated 5/20/10

May 25, 2010

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RESPONSE: Civil Action No. 09-6690                Received 5-20-10

Dear Mr. Herman & Mr. Davis

Based on the attached information I am giving the Court today I ask that you agree to a dismissal of Comfort Home Builders, Inc.(#95) from this class action lawsuit.

The Plaintiff's name given in the complaint was never a customer of CHBI. Further CHBI never owned the property to sell it. (See Court Response for details.)

CHBI never provided this owner any warranty expressed or implied.

Additionally, CHBI is completely out of business and all assets have been liquidated between early 2008 & 12/31/09 when the FINAL federal tax return was submitted to the IRS.

If you have any question please call me at 239-656-5090.

Sincerely,

James A. Gordon
Former President & Owner of Comfort Home Builders, Inc.


Encl:
Copy of Response to the Court / with exhibits

B18J (Form 18J) (08/07)

# United States Bankruptcy Court
## Middle District of Florida

Case No. 9:09-bk-07034-ALP

Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James A Gordon
1686 Lakeview Terrace
North Fort Myers, FL 33903

Sam M Gordon
aka Sam Marie Gordon
1686 Lakeview Terrace
North Fort Myers, FL 33903

Social Security No.:
xxx-xx-1873

xxx-xx-3061

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

*[signature]*

Alexander L. Paskay
United States Bankruptcy Judge

Dated: October 12, 2009

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

022225

38709022247015

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| David Gross, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-6690 |
| Knauf Gips, KG, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Comfort Home Builders, Inc.
514 North East 16th Place
Unit #4
Cape Coral, FL 33909

*[Handwritten: 5-20-10   6:50 pm   Donald Sipper II   (signature)   157197]*

A lawsuit has been filed against you. (Complaint in Intervention)

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Loretta G. Whyte

Date: Apr 9 2010

*Signature of Clerk or Deputy Clerk*