Herman, Davis, and Herman, Herman, Katz, and Cotlar
820 O'Keefe Avenue
New Orleans, La. 70113

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2010 SEP 17 PM 3: 42

LORETTA G. WHYTE
CLERK

Re: Joyce W. Rogers vs. Knauf Gips KG

To Whom It Concern,

Please note the following in response to civil action on PNK Builders;
PNK Builders was formed and dissolved without any business being done.

I, Scott Kuepferle, worked as an employee of Emile P. Kuepferle 3rd and Ricky Johnson in preparing 3 home sites in Norco, La.

PNK Builders had nothing to do with building or paying for any supplies or services on those 3 sites.

I, Scott Kuepferle, was given permission by Mr. Kuepferle and Johnson to advertise for PNK Builders while being employed by them. This was allowed by them because of my relationship with Mr. Kuepferle and their generosity. As such, before PNK Builders got there license from the state of Louisiana, I was fired from their employment.

Mr. Emile P. Kuepferle 3rd and Ricky Johnson paid for all materials and services along with the properties from their account.

If you need more information concerning this subject, call me at 504-654-7028; please leave message, name, ext., info…….

Regards,
Scott Kuepferle

CASE NO: 10-362
SECT L. Mag 2

২1৭

**RETURN**

AO 440 (Rev. 02/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| JOYCE W. ROGERS, et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10-362 Section L |
| KNAUF GIPS KG, et al ) | |
| *Defendant* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  P N K Builders, LLC   /Scott Kuepferle
444 Swift Fox Run
Madisonville, LA 70447

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: March 29, 2010

*Signature of Clerk or Deputy Clerk*