UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLENE AND TATUM HERNANDEZ, Individually, and on behalf of others similarly situated, ET AL | CASE NO.: 10-3070 |
| Plaintiffs, | SECT.: L; MAG.: 2 |
| v. | |
| AAA INSURANCE, ET AL | CLASS ACTION COMPLAINT |
| Defendants. | JURY TRIAL DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Dominic J. Ovella, Anne E. Medo, Sean P. Mount, and Jason M. Baer of the firm Hailey, McNamara, Hall, Larmann & Papale, LLP who enter their appearance as counsel of record for the Defendants, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, and Sterling National Insurance Agency, Inc. (formerly known as ZC Sterling Insurance Agency, Inc. and erroneously listed as ZC Sterling Insurance Company).

RESPECTFULLY SUBMITTED this the 22nd day of September, 2010.

Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, Sterling National Insurance Agency, Inc. (formerly known as ZC Sterling Insurance Agency, Inc. and erroneously listed as ZC Sterling Insurance Company), Defendants

BY: HAILEY, MCNAMARA, HALL, LARMANN & PAPALE, LLP

*s/ Sean P. Mount*
DOMINIC J. OVELLA, #15030 – T.A.
dovella@hmhlp.com
ANNE E. MEDO, #24556
amedo@hmhlp.com
SEAN P. MOUNT, #27584
smount@hmhlp.com
JASON M. BAER, #31609
jbaer@hmhlp.com
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Counsel for Defendants, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, Sterling National Insurance Agency, Inc. (formerly known as ZC Sterling Insurance Agency, Inc. and erroneously listed as ZC Sterling Insurance Company)

## CERTIFICATE OF SERVICE

I, Sean P. Mount, of the law firm of Hailey, McNamara, Hall, Larmann & Papale, LLP, do hereby certify that I have this day mailed, by United States Mail, postage prepaid, a true and correct copy of the above and foregoing pleading to the following:

Russ M. Herman
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

SO CERTIFIED this the 22nd day of September, 2010.

<u>s/ Sean P. Mount</u><br>
<b>SEAN P. MOUNT</b>