IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| **AMY AMERSON, CHRIS ANCIRA AND LILAH ANCIRA**   **Plaintiffs** v. | : : | MAG.JUDGE WILKINSON |
| | : | |
| **LLOYD'S OF LONDON AND AUTO CLUB FAMILY INSURANCE COMPANY**   **Defendants** | : | **MOTION TO DISMISS** |
| **Case Number 09-cv-7227** | : | |

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Amy Amerson, by and through her counsel, Daniel E. Becnel Jr., and for her Notice of Dismissal of Civil Action No. 2:09-cv-7227 states that she wishes to dismiss her claims against Lloyd's of London with prejudice. Plaintiff has consulted with Defendants' counsel and they do not object to this Motion to Dismiss with Prejudice.

Wherefore, Plaintiff Amy Amerson requests that this Court accept Plaintiff's Motion to Dismissal Civil Action No. 2:09-cv-7227 and that Defendant, Lloyd's of London be dismissed with prejudice.

By:   S/Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (La. Bar No. 2926)
Matthew B. Moreland (La. Bar. No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
Email: dbecnel@becnellaw.com
      mmoreland@becnellaw.com

Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
**HERMAN HERMAN KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, La. 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Daniel E. Becnel Jr., counsel of record for Plaintiff Amy Amerson, hereby certify that, on September 23, 2010, I electronically filed Plaintiff's Notice of Dismissal with the Clerk of the Court using the CM/ECF system and will place on the Lexis/Nexus system which will send notification of such filing to all counsel of record.

s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, Louisiana 70084
dbecnel@becnellaw.com