IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCT LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| **AMY AMERSON, CHRIS ANCIRA AND LILAH ANCIRA** | : | MAG.JUDGE WILKINSON |
| **Plaintiffs** | : | |
| v. | : | |
| **LLOYD'S OF LONDON AND AUTO CLUB FAMILY INSURANCE COMPANY** | | **PROPOSED ORDER** |
| | : | |
| **Defendants** | : | |

**Case Number 09-cv-7227**
*************************************************************************

Before the Court is Counsel's Motion to Dismiss. The Court finds the motion meritorious. Accordingly, the Court grants the Motion and orders that Plaintiff's claims are hereto dismissed with prejudice. Each party to bear their own cost.

IT IS ORDERED.


Dated: _____                    _____
                                        United States District Court Judge