## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

THIS DOCUMENT RELATES TO:
DEAN AND DAWN AMATO, ET AL V. LIBERTY MUTUAL INSURANCE
CO. ET AL.; CASE NO. 2:10-cv-00932

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Mazer's Discount Home

Centers, Inc. ("Mazer's"), will bring on for hearing the attached Motion to Dismiss

before Judge Eldon E. Fallon of the United States District Court for the Eastern

District of Louisiana, Section "L," 500 Poydras Street, New Orleans, Louisiana

70130, on the 20th day of October, 2010, at 9:00 a.m., or a time set further by his

Court.

Respectfully submitted this 23rd day of September, 2010.

/s/  Christopher A. Bottcher
Christopher A. Bottcher (BOT003)
Mary Blanche Hankey  (NEE007)

DOCSBHM\1732032\1\

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5101

/s/ **Larry S. Logsdon**
Larry S. Logsdon
Michael L. Jackson
Attorneys for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel:   (205) 874-0341
Fax:   (205) 871-7534

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 23rd day of September, 2010.

        /s/ Christopher A. Bottcher
        Of Counsel