APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
      (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   *(identité et adresse)* _____ Changzhou Yinhe Wood Industry Co., Ltd. _____
_____ Qianfeng Industrial Park, Henglin Town, Changzhou, Jiangsu 213103, China _____
                    Tel: _____

[X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
     b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):* _____
_____

[ ]  (c)  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint _____ | **Done at** _____ , the |
| Summons in a Civil Action _____ | *Fait à* Minneapolis, Minnesota, U.S.A. _____ , *le* 1/13/10 |
| Translations _____ | |
| Summary of the Document to be Served _____ | |
| _____ | |
| _____ | **Signature and/or stamp.** |
| _____ | *Signature et/ou cachet.* |
| _____ | |
| _____ | |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                    (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Case Name: Gross  v.  Knauf Gips, KG
Defendant:  Changzhou Yinhe Wood Industry Co., Ltd.
Court Case No.:  09-6690

## CERTIFICATE
*ATTESTATION*

$58-1a.77$

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**    **that the document has been served\***
*1.    que la demande a été exécutée*
      **- the (date)**
      *- le (date)* _____ *June 7th, 2010*
      **- at (place, street, number)**
      *- à (localité, rue numéro)* _____ *Qianfeng Industrial Park, Henglin Town Changzhou*

      **- in one of the following methods authorised by article 5-**
      *- dans une des formes suivantes prévues à l'article 5:*
      [✓]   **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]   **(b)   in accordance with the following particular method\*:**
          *b)    selon la forme particuliére suivante:* _____

      [ ]   **(c)   by delivery to the addressee, who accepted it voluntarily.\***
          *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
      **- (identity and description of person)**
      *- (identité et qualité de la personne)* _____ *Yang Yitang*

      **- relationship to the addressee (family, business or other):**
      *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**    **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

**Done at** _____ *Beijing* _____ **the** _____ *Aug 16th, 2010*
*Fait à*
**Signature and/or stamp.**
*Signature et/ou cachet.*

中华人民共和
司 法 部
司法协助专用章

\*    **Delete if inappropriate.**
    *Rayer les mentions inutiles.*

2

US

# JIANGSU PROVINCE CHANGZHOU CITY

# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Jiangsu Province Changzhou City Intermediate People's Court]

*Law Association No. FX-10-131*
*Judicial Association No. SX-10-77*

| Cause of Action | Judicial assistance | Cause No. | (2010) Changzhou Intermediate Court Law Association No. 5 |
|---|---|---|---|
| Document Served and Number | Summary of Documents served, one copy; Summons, one copy; Complaint, one copy; Document, one copy | | |
| Recipient (Unit) | CHANGZHOU YINHE WOOD CO., LTD. | | |
| Address for Service | Qianfeng Industrial Park, Henglin Town, Changzhou City, (Jiangsu province, China) | | |
| Recipient Signature or Seal | Yang, Guang Ting   [Seal: CHANGZHOU YINHE WOOD CO., LTD.]                    June 27, 2010 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:  Wei, Lai                                        Servers:  Jiang, Yan Xia