**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re:**
**CHINESE MANUFACTURED DRYWALL**              **MDL DOCKET No: 2407**
**PRODUCTS LIABILITY LITIGATION**

                                                             Section L

                                                             Judge Fallon

THIS DOCUMENT RELATES                        Magistrate Judge Wilkinson
TO THE FOLLOWING CASE:


**DEAN & DAWN AMATO**                          Case No: 10-932
individually and on behalf of
others similarly situated, et al.,
and
**FIRST EAST SIDE SAVINGS BANK**,
a Florida corporation,
        Plaintiffs,

v.

**LIBERTY MUTUAL INSURANCE COMPANY**
and
**NAUTILUS INSURANCE COMPANY**,
an Arizona corporation,
        Defendant.

**NOTICE OF HEARING**

TO:   **SEE ATTACHED LIST**


        **PLEASE TAKE NOTICE** that the undersigned will bring up for
hearing on the day and time specified or as soon thereafter as same can be
heard, the following Motion in the above-styled cause:

| | |
|---|---|
| **JUDGE:** | **Eldon E. Fallon** |
| **LOCATION:** | **500 Poydras Street** |

| | Courtroom #C468<br>New Orleans, Louisiana 70130 |
|---|---|
| **TIME:** | **9:00 a.m.** |
| **DAY/DATE:** | **Wednesday, October 6, 2010** |
| **MOTION:** | **Nautilus Insurance Company's Motion to Dismiss First East Side Savings Bank's Claims Against Nautilus Insurance Company with Prejudice or in the Alternative to Transfer that Claim to the Southern District of Florida and Incorporated Memorandum of Law** |
| | |

WE CERTIFY that the foregoing has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on September 20, 2010.

Fullerton George, LLP
*Counsel for Nautilus Insurance Co.*

By: *//s// Charles M-P George*
CHARLES M-P GEORGE
Florida Bar Number:  996718
2000 Ponce de Leon Boulevard
Suite 501
Coral Gables, Florida  33134
Telephone:  305-421-6391
Fax:  305-569-6664
CGeorge@FullertonGeorge.com

3