## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 Section L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| DEAN AND DAWN AMATO, ET AL. V. LIBERTY MUTUAL INSURANCE COMPANY, ET AL., CIVIL ACTION NO. 10-932 | : : : : : | |

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW COMES, through undersigned counsel, defendant Continental Casualty Company, which respectively moves this Honorable Court for an Order permitting Charles I. Hadden, Charles A. Jones and Clarence Y. Lee from the firm of Troutman Sanders LLP, 401 9th Street, N. W., Suite 1000, Washington, D.C. 20004-2134, to enroll as additional counsel of record in the above-captioned case.

{N2205736.1}                                                                1

Dated:  September 23, 2010.

Respectfully Submitted,

*/s/  Glenn G. Goodier*
Glenn G. Goodier, Bar No. 6130
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: 504.582.8174
Facsimile: 504.589.8174
E-mail: ggoodier@joneswalker.com
*Counsel for Defendant*
*CONTINENTAL CASUALTY COMPANY*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of September, 2010 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing.

*/s/  Glenn G. Goodier*
Glenn G. Goodier

{N2205736.1}                                            2