UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047 Section L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : : | |
| DEAN AND DAWN AMATO, ET AL. V. LIBERTY MUTUAL INSURANCE COMPANY, ET AL., CIVIL ACTION NO. 10-932 | : : : : : | |

## ORDER

Considering defendant Continental Casualty Company's Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED, that Charles I. Hadden, Charles A. Jones and Clarence Y. Lee from the firm of Troutman Sanders LLP, 401 9th Street, N. W., Suite 1000, Washington, D.C.  20004-2134, are enrolled as additional counsel of record for Continental Casualty Company in the above-captioned case.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

{N2205740.1}