# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30567

MD 09-2047-L

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

---

TATUM B. HERNANDEZ, individually and on behalf of his minor children, Grant M. Hernandez and Amelia C. Hernandez; CHARLENE M. HERNANDEZ, individually and on behalf of her minor children, Grant M. Hernandez and Amelia C. Hernandez,

    Plaintiffs - Appellees

v.

KNAUF PLASTERBOARD TIANJIN COMPANY, LIMITED,

    Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42(b), the appeal is dismissed as of September 21, 2010, pursuant to appellant's unopposed motion.

    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    *Dantrell Johnson*

    By: _____
    Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS4

CASE NO. 10-30567

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

TATUM AND CHARLENE HERNANDEZ
Plaintiff/Appellee

VERSUS

KNAUF PLASTERBOARD (TIANJIN) CO., LTD.
Defendant/Appellant

On Appeal from the United States District Court
For the Eastern District of Louisiana
Case No. 09-5060 (09-2047), Sec. "L", Mag. 2

## MOTION TO DISMISS APPEAL

**NOW INTO COURT**, through undersigned counsel, comes Appellant, Knauf Plasterboard (Tianjin) Co., Ltd., who respectfully represents to this Honorable Court that all claims have been amicably resolved and compromised and its desires to DISMISS, WITH PREJUDICE, this entire litigation, with each party to bear its own costs.

21 SEP 2010

Clerk, U.S. Court of Appeals, Fifth Circuit
By /s/ Dantrell Johnson
Deputy
New Orleans, Louisiana

Respectfully submitted,

By: /s/ Kerry J. Miller
STEVEN GLICKSTEIN (NY Bar No. 1038157)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

Counsel for Defendant, Knauf Plasterboard (Tianjin) Co., Ltd.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of September, 2010, he electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Kerry J. Miller

2

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 21, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 10-30567,  In Re: Chinese-Manufactured
        USDC No. 2:09-MD-2047
        USDC No. 2:09-CV-6050

Enclosed is a copy of the judgment issued as the mandate.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Dantrell L. Johnson, Deputy Clerk
          504-310-7689

cc w/encl:
    Mr. Steven Glickstein
    Mr. Russ M. Herman
    Mr. Kerry J. Miller
    Mr. Kyle Andrew Spaulding

MDT-1