UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES. | |

### ORDER

The Court is in receipt of the attached correspondence from Tony Lanza. The Court has reviewed the correspondence. IT IS ORDERED that the correspondence be entered into the record.

New Orleans, Louisiana, this 22nd day of September, 2010.

United States District Judge

___Fee
___Process
_X_ Dktd
___CtRmDep
___Doc. No.