September 16, 2010



Honorable Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130

Honorable Judge Fallon:

I am writing to you to hopefully have you realize the importance of the Drywall Class Action lawsuit to us. My family and I built our home in 2006 with the hopes of retiring one day in this home. In 2007, it became apparent to us that we had issues with our home. Specifically, a foul odor in our house and appliances constantly breaking. My family started complaining of a dry cough, burning eyes, headaches, nausea, and general malaise. We found out we had the defective Chinese drywall and waited for our government to correct the issue since the CPSC allowed the product into the US. We never wanted to pursue legal action in hopes of a peaceful resolution. After several years with no resolution, we joined the Class Action lawsuit in your Honor's court. We continue to have persistent medical issues and have fallen into financial hardship because of the constant repairs our home requires because of the defective drywall. I continue to see no resolution and the legal process continues to be prolonged. I am respectfully requesting your Honor expedite the legal process in hopes of a resolution. If you have any questions or concerns, please feel free to contact me.

Sincerely,

Tony Lanza
9465 SW 149 Street
Miami, Florida 33176
(786) 201-3535
(305) 255-6959