IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| AMY AMERSON, CHRIS ANCIRA AND LILAH ANCIRA | : | MAG. JUDGE WILKINSON |
| Plaintiffs | : | |
| v. | | |
| | : | |
| LLOYD'S OF LONDON AND AUTO CLUB FAMILY INSURANCE COMPANY | : | |
| Defendants | | |
| | : | |

**Case Number 09-cv-7227**

*********************************************************************

# ORDER

Before the Court is Counsel's Motion to Dismiss. The Court finds the motion meritorious. Accordingly, the Court grants the Motion and orders that Plaintiff's claims are hereto dismissed with prejudice. Each party to bear their own cost.

IT IS ORDERED.

New Orleans, Louisiana, this 24th day of September, 2010.

_Eldon E. Fallon_
United States District Court Judge