## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>:<br>: JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : MAG. JUDGE WILKINSON<br>: |
| DEAN AND DAWN AMATO, ET AL. V. LIBERTY MUTUAL INSURANCE COMPANY, ET AL., CIVIL ACTION NO. 10-932 | :<br>:<br>:<br>:<br>: |

### ORDER

Considering defendant Continental Casualty Company's Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED, that Charles I. Hadden, Charles A. Jones and Clarence Y. Lee from the firm of Troutman Sanders LLP, 401 9th Street, N. W., Suite 1000, Washington, D.C. 20004-2134, are enrolled as additional counsel of record for Continental Casualty Company in the above-captioned case.

NEW ORLEANS, LOUISIANA, this  24th day of        September        , 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

{N2205740.1}