UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO<br><br>Payton et al v. Knauf Gips KG et al<br>EDLA 09-07628 | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### O R D E R

Considering the Motion for Leave to File Brief in Excess of Page Limits filed by Plaintiffs, Mr. Freddie Nunez and Dr. Steven Roberts, individually and on behalf of all others similarly situated (collectively "Movants");

IT IS ORDERED BY THE COURT that the Movants are granted leave of court to file their Memorandum in Support of Plaintiffs' Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class Property Damage Against Knauf, which is in excess of the page limits directed by the Court.

New Orleans, Louisiana this 24th day of September, 2010.

_____
Eldon E. Fallon
United States District Court Judge