# EXHIBIT 9

**BANNER SUPPLY CO.**
LATH, PLASTER & DRYWALL MATERIALS

660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
  PHONE: (954) 781-2308 • FAX: (954) 942-4350
101 DAWES AVENUE • WEST PALM BEACH, FLORIDA 33405
  PHONE: (561) 832-7998 • FAX: (561) 832-9485
ACCOUNTING AND RELEASE INQUIRIES
  Phone: (954) 781-2399 • Fax: (954) 942-4641
www.bannersupply.com

MIAMI      PHONE: (305) 593-2946 • FAX: (305) 477-2715
FT. MYERS  PHONE: (239) 936-0162 • FAX: (239) 936-0153
TAMPA      PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST. LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9663

REMIT PAYMENTS TO:
1550 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069

ACCOUNT NO.: 10907(A)  *DUP* 1090711-0001-01
INVOICE NUMBER: *DUP* 1090711-0001-01

BILL TO: PRECISION DRYWALL INC.
601 N CONGRESS AVE STE 501
DELRAY BCH    FL    33445

SHIP TO: POPPLESTONE CREEK #255 POMPANO
LYONS RD & BB BLVD
NORTH STAR BLDRS
BOYNTON BEACH FL
255 LOT-260W

| QUANTITY ORDERED | QUANTITY SHIPPED | DISC | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT. 1, 2005 THERE WILL BE $12 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | P* | NOTES MODEL FAIRFAX 1ST FLOOR | EA | | |
| 86 | 86 | P* | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 80 | 80 | P* | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | | |
| 2 | 2 | P* | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | | |
| 24 | 24 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | | |
| 1 | 1 | P* | NOTES 2ND FLOOR | EA | | |
| 8 | 8 | P* | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | | |
| 134 | 134 | P* | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 40 | 40 | P* | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | | |
| 3 | 3 | P* | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

CONTINUED

DRIVER: JUST GET TICKET SIGNED!
[CERT]IFY THAT I DELIVERED [TH]E MATERIALS LISTED TO [AD]DRESS SHOWN:
Driver: Charma
Date: 8/1/06    Truck #: 112    Checked By:
Rec'd in Good Condition  X

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00007295

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO. 03800B

1487244-0001-01

INVOICE NUMBER 1487244-0001-01

BILL TO: ATCO INT CORP
13870 SW 151 LANE
MIAMI    FL   33186

SHIP TO: PALM ISLES AT KEYS GATE
2259 SE 19 AVE
LOT 6 BLOCK 4
2ND FLOOR
HOMESTEAD    FL

*** 6998 ***         *** 6998 ***

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1487244-0001-01 | 160 | 03/10/06 | 160 | 6998 | 03/10/06 |

2ND FLOOR                STOCK/COVER                FRT: T    PAGE NO. 1

| QUANTITY ORDERED | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 150 | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |
| 4 | 4 | * | D12XP12 NGC XP 1/2" X 4' X 12' MOLD RESISTANT | SF | | |
| 5 | 5 | * | D35D 1/2" CEMENT BOARD 3' X 5' 50/PALLET | EA | | |

**STOCKED**

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

***SHIP ORDER****SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
Driver: [signature]
Date: 3/13/06
Truck # 103
Checked By: [signature]
Rec'd In Good Condition  X

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-HARRELL000459

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO         PHONE: (954) 781-2399 • FAX (954) 942-4360
FT. MYERS       PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA           PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE   PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO: 03800B
1488357-0001-01
INVOICE NUMBER: 1488357-0001-01

BILL TO: ATCO INT CORP
13870 SW 151 LANE
MIAMI           FL   33186
            7047

SHIP TO: PALM ISLES AT KEYS GATE
2259 SE 19 AVE
LOT 6 BLOCK 4
HOMESTEAD       FL
            7047

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE | FRT | PAGE NO |
|---|---|---|---|---|---|---|---|
| 1488357-0001-01 | 160 | 03/20/06 | 160 | 7047 | 03/20/06 | T | 1 |

1ST FLOOR                    STOCK/COVER

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 144 | 144 | * | D12R12  1/2" REGULAR DRYWALL 12'  4 X 12 | SF | | |
| 6 | 6 | * | D12XP12  NGC XP 1/2" X 4' X 12'  MOLD RESISTANT | SF | | |

STOCKED

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

DRIVER: MUST GET TICKET SIGNED
I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:

Driver: 
Date: 3 / 24 / 06
Truck #: 108
Checked By:
Rec'd in Good Condition  X

BANNER-HARRELL000483

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO       PHONE: (954) 761-2399 • FAX: (954) 942-4360
FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**ACCOUNT NO.** 03800B

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS
1496215-0001-01

**INVOICE NUMBER** 1496215-0001-01

BILL TO: ATCO INT CORP
13870 SW 151 LANE
MIAMI      FL  33186
7294

SHIP TO: PALM ISLES AT KEYS GATE
LOT6BLK4 MODLQUENNB-C
2259 SE 19AVE
HOMESTEAD      FL
7294

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1496215-0001-01 | 160 | 05/23/06 | 173 | 7294 | 05/23/06 |

DROP

| FRT. | PAGE NO. |
|---|---|
| T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|   |   |   | STARTING 4-17-06 THERE WILL BE A $2.00 FUEL SURCHARGE PER INV |   |   |   |
| 1 | 1 | * | NOTES<br>FIRST FLOOR | EA |   |   |
| 40 | 40 | * | DJC-GP<br>JOINT COMPOUND 61.7LBS<br>GEORGIA PACIFIC-BLUE | EA |   |   |
| 84 | 84 | * | DDB-9<br>GALV. DRYWALL BEAD 9'<br>56 PIECES=504 LFT | LF |   |   |
| 75 | 75 | * | DDB-69<br>GALV. DRYWALL BEAD 6' 9"<br>75 PIECES=507 LFT | LF |   |   |
| 10 | 10 | * | DDTL<br>500' DRYWALL TAPE    10/BX | EA |   |   |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU
***SHIP ORDER******SHIP ORDER***

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

DRIVER: MUST GET TICKET SIGNED!
Driver:
Date: 5/24/06
Truck # 1195
Checked By: BD

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Rec'd in Good Condition
X

BANNER-HARRELL000536