# EXHIBIT 11

08/31/2009  14:50   5614341980                          PET CALLS                           PAGE  02/07

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION  
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON

**For Internal Use Only**

File Number: _____  
Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the spaces provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that this form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

**Name Property Owner:** Steven and Jennifer Roberts  
**Address of Affected Property:** 10013 Cobblestone Creek Drive, Boynton Beach, Florida 33472

**Is this Property:** Residential [X]   Commercial [ ]   Governmental [ ]  
**Name of Person Completing this Form:** Plaintiffs' Counsel  
**Is above your primary residence?** Yes [X] No [ ]  
**Mailing Address (if different):** SAME

**Phone:** (954) 249 - 2669

*If your response is commercial or governmental, you should not fill out the remaining questions, you will receive a follow up form at a later date.

**Circle one:** Owner-Occupant [X]   Owner Only [ ]   Renter-Occupant [ ]

**Represented By:** Ervin Gonzalez, Esq.  
**Address:** Colson Hicks Eidson, 255 Aragon Avenue, Second Floor, Coral Gables, Florida 33134  
**Phone:** (305) 476 - 7400  
**Case No. (Docket Info):** 09-cv-21300

## Section II. Insurance Information

**Homeowner/Renter Insurer:** United Property & Casualty Ins. Co.  
**Policy #:** UHV 2006274 00 01  
**Agent:** Keystone Financial Solutions I  
**Address:** 2891 North Federal Highway, Suite 2, Boca Raton, Florida 33431  
**Phone:** (561) 347 - 2500

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Steven Roberts | 12/19/06 | / / | M | 7/26/74 | Yes [X] No [ ] | Owner-Occupant |
| Jennifer Roberts | 12/19/06 | / / | F | 7/7/77 | Yes [X] No [ ] | Owner-Occupant |
| Madison Roberts | 12/19/06 | / / | F | 1/16/08 | Yes [X] No [ ] | Occupant |
|  | / / | / / | M / F |  | Yes [ ] No [ ] |  |
|  | / / | / / | M / F |  | Yes [ ] No [ ] |  |
|  | / / | / / | M / F |  | Yes [ ] No [ ] |  |
|  | / / | / / | M / F |  | Yes [ ] No [ ] |  |
|  | / / | / / | M / F |  | Yes [ ] No [ ] |  |
|  | / / | / / | M / F |  | Yes [ ] No [ ] |  |
|  | / / | / / | M / F |  | Yes [ ] No [ ] |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  Yes ☒ No ☐
1.1. If "Yes" to Question 1.0 Section IV, Who conducted the inspection? Yanes Security & Investigative Serv, Inc. 305-461-5200
1.2. When did the inspection take place? 4/28/09
2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? Yes ☒ No ☐
2.1. If "Yes" to Question 2.0, Section IV, Who made this determination? Yanes Security & Investigative Serv, Inc. 305-461-5200
2.2. When was this determination made? 4/28/09

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| KNAUF | KNAUF- National Gypsum | Attic |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3,610 SF | | | |
| Estimated Sq. Ft. of Drywall | N/A | Occupied | ☒ | ☐ |
| Height of Interior Walls | 22 ft | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 5 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 4 | Winter | ☐ | ☐ |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC Plastic Piping | ☒ | ☐ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☐ | ☐ | ☒ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | ☐ | ☒ | |
| Dates: | N/A | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☐ | ☐ | ☒ |
| 2nd Panel | ☐ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☒ | ☐ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date: 5/01/06   Completion Date: 12/19/06
Move In Date: 12/19/06   Date Acquired Home: 12/19/06

Date Range for Renovations: (Month/Day/Year)
Start Date: / /    Completion Date: / /
Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☒ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☒ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☒ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Address: Northstar Holdings
Scott Sworley Registered Agent
1782 S. Congress Avenue, Suite 335, Palm Springs, FL 33461
Phone: (    )    -
+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:
Address: Precision Drywall
BARROJAS, JOSE J Registered Agent for Precision Drywall
352 Tall Pines Road, Unit E, West Palm Beach, FL 33413
Phone: (    )    -

## Section X. Drywall Supplier

Drywall Supplier's Name:
Address: Banner Supply Company
Arthur Landers Reg. Agent for Banner Supply Co.
7195 NW 30 Street, Miami, Florida 33122
Phone: (    )    -

Page 2

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| [signature] | 8/29/09 | | |
| Jennifer Roberts | 8/29/09 | | |
| Madison Roberts | 8/29/09 | | |

Signed by Parent (Mom) for infant.

```
08/31/2009  14:50    5614341980              PET CALLS                           PAGE  05/07
```



**UNITED PROPERTY & CASUALTY INS CO**
P.O. Box 51149
Sarasota, FL 34232-0330

**HOMEOWNERS**

POLICY NO: UHV 2006274 00 01
POLICY PERIOD: 12/19/2008 – 12/19/2009
12:01 am Eastern Standard Time at the mailing address shown below

**INSURED COPY**

Date Issued: 12/15/2008

**INSURED:**
STEVEN ROBERTS
JENNIFER ROBERTS
10019 COBBLESTONE CREEK DR
BOYNTON BEACH FL 33472
Telephone:

**AGENT:**
KEYSTONE FINANCIAL SOLUTIONS I
2881 N FEDERAL HWY STE 2
BOCA RATON FL 33431-8609
Telephone: 531-947-2500

Informational File Copy, Lienholder has been billed

| INST | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|
| 01 | 12/15/2008 | New Business | $1,498.00 |
| 01 | 12/15/2008 | Surcharge | $27.00 |
|  |  | -- Due Dates and Amounts -- |  |
| 01 | 12/19/2008 | $ 1,525.00 |  |

```
                        AMOUNT DUE:                              $    1,525.00
                        PAYMENT DUE     12/19/2008
                        POLICY BALANCE                           $    1,525.00
```

**P R E M I U M   N O T I C E - M O R T G A G E E**

******DETACH HERE******
************DO NOT PHOTOCOPY************

ROBERTS
0061

POLICY NUMBER:
UHV 2006274 00 00 01 1003918

AMOUNT DUE NOW                1,525.00

PLEASE REMIT PAYMENT TO:

STEVEN ROBERTS
JENNIFER ROBERTS
10019 COBBLESTONE CREEK DR
BOYNTON BEACH FL 33472

United P & C Ins. Co.
P.O. Box 31512
Tampa, FL   33631-3512

UPC0001UHV2006274001219081219080000152500l

UPC 109 10 04

```
08/31/2009  14:50    5614341980              PET CALLS                              PAGE  06/07
```

UNITED PROPERTY & CASUALTY INSURANCE CO
P.O. Box 51149
Sarasota, FL 34232

# HOMEOWNERS DECLARATION

| POLICY NUMBER | POLICY PERIOD |
|---|---|
| UHV-2006274-00-01 | 12/19/2008 – 12/19/2009 12:01 a.m. at the residence premises |

**POLICY DECLARATION**   Effective: 12/19/2008   Date Issued: 12/15/2008

**INSURED:**
STEVEN ROBERTS
JENNIFER ROBERTS
10013 COBBLESTONE CREEK DR
BOYNTON BEACH FL 33472
Telephone: --

**AGENT:**
KEYSTONE FINANCIAL SOLUTIONS I
2831 N FEDERAL HWY STE 2
BOCA RATON FL 33431-6809
Telephone: 561-347-2500

The residence premises covered by this policy is located at the address listed below.
10013 COBBLESTONE CREEK DR    BOYNTON BEACH FL 33472

Coverage is provided where premium and limit of liability is shown.
Flood coverage is not provided and is not a part of this policy.

| SECTION I COVERAGE | LIMIT OF LIABILITY | PREMIUMS |
|---|---|---|
| A. DWELLING | $600,000.00 | $1,352.00 |
| B. OTHER STRUCTURES | $60,000.00 | INCLUDED |
| C. PERSONAL PROPERTY | $300,000.00 | INCLUDED |
| D. LOSS OF USE | $120,000.00 | INCLUDED |
| SECTION II COVERAGE | | |
| E. PERSONAL LIABILITY | $300,000.00 | $21.00 |
| F. MEDICAL PAYMENTS | $2,000.00 | INCLUDED |
| OPTIONAL COVERAGES | | |
| IDENTITY FRAUD | | $25.00 |
| WATER BACK-UP & SUMP OVERFLOW | | $25.00 |

Premium charge for Hurricane Exposure:                                              $ 901.00
The above coverages are subject to a $2,500 Non-Hurricane Deductible per non-hurricane loss.
The above coverages are subject to a  2% / $12,000 Hurricane Deductible per hurricane loss.

TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES:     $1,525.00

PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY.

**FORMS AND ENDORSEMENTS**

| | | |
|---|---|---|
| *HO 0003  (04/91) | *HO 0109  (05/03) | COUNTERSIGNED DATE 12/15/2008 |
| *HO 0109  (09/99) | *HO 0334  (05/03) | |
| *HO 0350  (08/97) | *HO 0359  (05/05) | BY _James Ritter_ |
| *HO 0416  (04/91) | *HO 0455  (03/03) | |
| Continued on Forms Schedule | | |

**ADDITIONAL INTERESTS**

MORTGAGEE

CHASE HOME FINANCE, LLC ISAOA
PO BOX 47020
DORAVILLE GA 30362

ROBERTS
0062

UPC 101 03 99                          INSURED COPY                          Page 1 of 4





10013 COBBLESTONE BIG CREEK DRIVE, BOYNTON BCH, FL
H WALL BEDROOM #3

