UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

THIS DOCUMENT RELATES TO

JUDGE FALLON
MAG. JUDGE WILKINSON

Vickers et al v. Knauf Gips KG et al
EDLA 09-04117
AND
Payton et al v. Knauf Gips KG et al
EDLA 09-07628

## DECLARATION OF RONALD E. WRIGHT, P.E.

I, Ronald E. Wright, declare as follows:

1.      I graduated with a Bachelor of Science in Civil Engineering and Master of

Business Administration degrees from the University of Toledo, and am a licensed Professional

Engineer in the states of Virginia, North Carolina, Maryland, New Jersey, South Carolina, and

Ohio.  I have since been involved in construction for over 30 years.  I am currently employed by

Buric and have been for the past twenty-one years.  In addition, my firm has engineering licensed

staff in Florida.  With Buric, I have performed forensic investigations and provided opinions

regarding construction issues and building problems that included developing the scope of repair

necessary and the estimated cost of repairs.  I have presented at numerous seminars regarding

various construction issues on topics including:  problems with mold, water intrusion, and

defective materials; their effects on buildings; and the repairs necessary to address these

problems.  I have formed opinions regarding these construction issues through the use of my

technical education and training, twenty plus years of hands-on field experience including

investigations of over 1,000 buildings and the subsequent remediation needed to address the building problems.  I have also extended considerable time and effort in the research of publications and studies by other forensic investigators and trade associations, and the review of national standards and guidelines.  I have been retained in numerous matters to provide expert opinions regarding building problems.  My curriculum vitae is attached hereto as Exhibit 1.  A listing of those depositions, arbitrations, and trials in which I have provided expert testimony over the past four years is attached hereto as Exhibit 2.  My hourly rate for services rendered on this matter is $225/hour.

2.      In my professional experience with Chinese Manufactured Drywall ("CDW"), I have been asked to evaluate the property damage and scope and cost of repair caused by various CDW's including Knauf drywall and Taishan drywall for CDW homes in Virginia, Florida, Louisiana, North Carolina and New Jersey.  I have written expert reports and offered expert opinions on these matters in the *Germano* case, and consulted on other CDW matters in the states listed above.  My *Germano* report and opinions are incorporated herein by reference.  Expert Report of Ronald E. Wright, (Dec. 23, 2009) (P1.2027), Ronald Wright's Scope of Remediation Work (P1.2058), Remediation Estimate Averages (P1.2059), Ronald Wright's Summaries of Cost Estimates (P1.2060), *Germano* Trial Transcript (February 2, 2010) (Vol. II: 62(23)-125(11)) (available upon request).  In my work on CDW, I have conferred with other experts including Dean Rutila, P.E. of Simpson Gumpertz and Heger, who conducted inspections and gave expert testimony in the *Seifart* case in Florida and the *Hernandez* and *Campbell/Clement* cases in Louisiana.

3.      In this matter I have reviewed available data from the home of Ms. Karin Vickers,

2259 S.E. 19th Avenue, Homestead, FL 33035 and Dr. Steven Roberts, 10013 Cobblestone Creek

Drive, Boynton Beach, FL 33472.  This data includes completed Plaintiff Profile Forms

("PPFs"), inspection reports, and product identification photographs.  *See* Compendium of

Exhibits In Support of Plaintiffs' Motion For Class Certification of a Florida Homeowner Class

for Claims Against Banner Supply Co. ("Comp."), Exs. 10, 11.  I have also reviewed the *Payton*

*Omni* complaint and indicia of defective Chinese Drywall for over 500 Florida claimants who

obtained CDW drywall through Banner.  I have also reviewed Defendant Profile Forms for

Banner Supply Co., La Suprema, and Knauf, as well as delivery records pertaining to the delivery

of CDW by Banner in Florida.  *See* Comp. Exs. 5, 7, 8, 9, 12, 13, 14.  The Banner Distributor

Profile Forms indicate Banner purchased over 1.3 million pieces of CDW for sale in Florida.

Assuming the average CDW home with CDW obtained through Banner had 200 pieces of CDW

in it, that would support an estimate of well over 1000 CDW homes in Florida with CDW

obtained from Banner.  I have also reviewed the results from the court supervised inspection

program.  The court supervised Crawford Inspections Program included 15 inspections in Florida

and eight inspections in Louisiana.  Of the 15 inspections in Florida, nine identified Knauf CDW

product in the home, and of that number all nine showed discoloration damage on metal surfaces.

Of the eight inspections in Louisiana, four identified Knauf CDW product in the home, and all

four showed discoloration damage on metal surfaces.  *See* Crawford Inspection Reports (Comp.

Ex. 19).

       4.      The. Vickers and Roberts homes are of a similar type of construction, similar size,

and have a similar time period of construction (2005-2008) as the homes I have studied

throughout the Gulf Coast and East Coast states that are damaged by CDW.  The Vickers and the

Roberts homes are built in whole or in part with the Knauf drywall product commonly associated with CDW damaged homes. The Vickers and Roberts homes have experienced a similar type of corrosion damage as other CDW damaged homes that I have inspected.

5.     The screening inspection data for each of these homes shows positive product identification by photographic documentation of Knauf drywall, and widespread corrosion damage typical of a CDW home. Based on this documentation, it is likely that these homes have experienced corrosion damage from CDW. Such damage can be readily identified by a trained inspector. The CPSC and the Florida Department of Health have issued guidances with objective criteria to identify homes with CDW corrosion damage. *See* CPSC Interim Guidance Identification of Homes with Corrosion from Problem Drywall (January 28, 2010); Florida Division of Environmental Health Case Definition (December 18, 2009) for Drywall Associated Corrosion in Residences. (Comp. Exs. 17, 18).

6.     The Vickers and Roberts homes will likely require the same type of remediation as I recommended for the Plaintiff Intervenors cross-section in the *Germano* case, in order to return the homes to their pre-damaged condition. In my analysis in Virginia I determined that the remediation in the Virginia market for these type of homes will cost an average $86/square foot. Using available data on square footage of the subject homes and unit cost repair in the local market I can employ a similar methodology to estimate the $/square foot cost for remediation in Florida. The Florida homeowners will also require a post-remediation inspection and certification to assure the remediation has repaired all the damage. The cost of this inspection and certification is approximately $12,500 per home. The homeowners will need to vacate the home for a period of six months during the remediation. The average alternative living costs for

the *Germano* Virginia cross-section for this time period was $11,611.80 per household.  In the *Hernandez* case in Louisiana, the Court found alternative living costs to be $2,376.81 per month. FOFCOL (Docket #2713) at 42.  I can determine the comparable alternative living costs in Florida by surveying local moving and rental prices.  The Vickers and Roberts homes also experienced personal property damage to electronics and other items as a result of the exposure to corrosive gases, and the loss of use and enjoyment of their homes.  These damages for Ms. Vickers and Dr. Roberts may be determined through a survey questionnaire, and a similar survey questionnaire can be administered to a random selection of Florida class members to estimate class-wide damages.  My firm, with the assistance of expert statisticians, can design and administer the survey questionnaire in order to determine these damages on a class-wide basis.

7.      Relying on the data and methodologies reviewed above, I will be able to estimate damages for members of the proposed class for remediation, post-remediation inspection and certification, alternative living costs, loss of use and enjoyment, and personal property losses.  I also will be able to estimate the number of Florida homeowners with CDW that was obtained through Banner who are eligible to be class members.

9-17-10
Date

Ronald E. Wright
Ronald E. Wright, P.E.

Sworn to and subscribed before me this _17_ day of _Sept_ , 2010

Donna M Grochowski
NOTARY PUBLIC

My Commission Expires: _march 28  2012_

EXHIBIT 1

 **BURIC**

2512 INDEPENDENCE BLVD.

SUITE 200

WILMINGTON, NC  28412

T: 910.791.3299

F: 910.395.2781

WWW.BURIC.COM

# Ronald E. Wright, P.E.
## Chief Operating Officer

### PROFESSIONAL SUMMARY

Ron Wright has provided services to the construction industry for over 25 years. Ron's areas of expertise include Building Diagnostics, Claims Management, CPM Scheduling, Surety Contract Management, and Project Management. Ron is widely and highly regarded in the industry for his expertise in Building Diagnostics and has provided expert testimony in front of juries, arbitrators, judges, and mediators.

### PROFESSIONAL EXPERIENCE

#### R.V. Buric Construction Consultants, PC

| | |
|---|---|
| Chief Operating Officer | 2007 – Present |
| Vice President of Building Diagnostics Services | 2005 – Present |
| Senior Vice President | 2004 – 2006 |
| Vice President | 2000 – 2004 |
| Senior Project Consultant | 1995 – 2000 |
| Project Consultant | 1989 – 1995 |

Ron actively participates in providing services to owners, design professionals, contractors, and other participants in the construction field; primarily focusing on management of Buric's Building Diagnostics group, but additionally providing services for construction claims analysis, surety completion, project planning and scheduling, and litigation support. Based out of our North Carolina office, Ron's duties also include oversight management of our architectural, engineering, and planning services in our New Jersey office.

#### H. C. Rummage, Inc.

| | |
|---|---|
| Project Manager and Estimator | 1987 – 1989 |

Project Manager and Estimator for general contractor constructing commercial and industrial projects. Responsibilities included initiating and developing contracts with Clients, developing project estimate and establishing contract amount, performing project management duties including project schedule, developing and finalizing subcontracts and materials purchases, and closeout of projects. Additionally, for design-build projects, Ron developed project construction documents that included engineering design.

**Bench Mark Builders, Inc.**
Project Manager and Estimator                                    1984 – 1987

Project Manager and Estimator for general contractor constructing commercial and industrial projects. Responsibilities included initiating and developing contracts with Clients, developing project estimate and establishing contract amount, performing project management duties including project schedule, developing and finalizing subcontracts and materials purchases, and closeout of projects. Additionally, for design-build projects, Ron developed project construction documents that included design engineering.

**Owens-Illinois Inc.**
Staff Engineer                                                   1979 - 1984

Staff Engineer performing design engineering and serving as owner's representative on construction projects for over twenty glass manufacturing plants. Duties included site reviews to establish construction needs, develop drawings and specifications for projects performed by contractors or in-house personnel, coordinate project work, develop cost estimates for budget purposes, meet with materials suppliers and manufacturers to evaluate products to be used within construction, and perform on-site management of project work during major glass plant renovations or new construction projects.

## EDUCATION

University of Toledo                                             Toledo, Ohio
Master of Business Administration                               June 1984
Bachelor of Science in Civil Engineering                        June 1979

## PROFESSIONAL LICENSE

Registered Professional Engineer –   Ohio License No. E-48776              May 1984
                                     North Carolina License No. 012130     October 1984
                                     South Carolina License No. 10583       July 1985
                                     Virginia License No. 036280            June 2001
                                     Maryland License No. 0029570           March 2004
                                     New Jersey License No. GE45073         June 2004

## PROFESSIONAL MEMBERSHIPS

American Society for Testing and Materials
American Subcontractors Association
Associated General Contractors
North Carolina Building Inspectors Association
International Code Council
Professional Engineers of North Carolina
American Society of Civil Engineers
Tau Beta Pi, Engineering Honorary Fraternity

**PROFESSIONAL PUBLICATION**

Wright, Ron. "The Mold Challenge in Construction," *Construction Claims Advisor,* May 2005.

**PROJECT LIST (PARTIAL)**

| | |
|---|---|
| Bald Eagle Commons Condominiums | Milford, NJ |
| Bryan Psychiatric Hospital | Columbia, SC |
| Edgewater Condominium | Myrtle Beach, SC |
| Linkside Village at the Country Club | Florence, SC |
| Morganton Arms and Creekside Apartments | Fayetteville, NC |
| Port Liberte II Condominiums | Jersey City, NJ |
| Renaissance on the Ocean Condominiums | Long Branch, NJ |

Ronald E. Wright, P.E. lectures on a variety of construction-related topics including Building Diagnostics. The following is a listing of seminars Mr. Wright has presented:

| Date | Topic |
|------|-------|
| 2008 | Lorman Education Services "Condominium Construction Issues in North Carolina", Seminar Presentation for Building Diagnostics, Raleigh, North Carolina |
| 2005 | "Mealey's Construction Defect & Mold Litigation Conference", Panel member in presentation on "Hot Topics in Construction Defect Litigation - Defective Product Round-up"; Phoenix, Arizona' |
| 2004 | National Business Institute "Ohio Construction Defect and Mold Litigation" Seminar Presentation for Mold and Building Diagnostics; Cleveland, Ohio |
| 2004 | National Business Institute "Ohio Construction Defect and Mold Litigation" Seminar Presentation for Mold and Building Diagnostics; Akron, Ohio |
| 2004 | Lorman Education Services "Advances in Environmental Mold Issues" Fairfax County Government Seminar Presentation for Mold and Building Diagnostics; Fairfax, Virginia |
| 2004 | National Business Institute "Ohio Construction Defect and Mold Litigation" Seminar Presentation for Mold and Building Diagnostics; Cleveland, Ohio |
| 2003 | The "Contractor's Construction Superconference" Presentation for "What Owners Need to Know About Delay and Disruption Claims"; San Francisco, California |
| 2003 | Lorman Education Services "Advances in Environmental Mold Issues in Virginia" Seminar Presentation for Mold and Building Diagnostics; Arlington, Virginia |
| 2002 | North Carolina Academy of Trial Lawyers "Toxic Mold and Construction Defects" Seminar Presentation for Using the Forensic Engineer to Build the Case; Raleigh, North Carolina |
| 2002 | The "Contractor's Construction Superconference" Presentation for Mold and Building Problems Investigations, San Francisco, California |
| 2001 | Waterproofing Contractors Association, Inc. "Construction Pitfalls and Solutions" Seminar Presentation for Construction Pitfalls and Solutions; Pinehurst, North Carolina |
| 1999 | North Carolina Bar Foundation "Advanced Synthetic Stucco Update" Presentation for Overview of EIFS Issues; Cary, North Carolina |
| 1999 | NOVA SHOC Public Forum on EIFS Presentation as Panel Member for open discussion of EIFS, Fairfield County Civic Center, Virginia |
| 1998 | North Carolina Bar Foundation "Stucco Litigation" Seminar Presentation for Expert/Engineer's Perspective; Greensboro, North Carolina |
| 1996 | North and South Carolina Bar Foundation Annual Construction Law Section Meeting Presentation as Panel Member for Open Discussion of EIFS Durham, North Carolina |
| 1996 | Homeowner Public Forum on EIFS Presentation for Investigation and Documentation of Problems with EIFS; Savannah, Georgia |

Ron E. Wright, P.E.

## SEMINARS ATTENDED

| Date | Topic |
|------|-------|
| 2009 | Reed Construction Data "Construction Activity Update"<br>Webinar |
| 2009 | HB Litigation Conference "Chinese Drywall Litigation"<br>Teleconference |
| 2009 | Reed Construction Data "Lessons in BIM Adoption"<br>Webinar |
| 2009 | North and South Carolina Bar Foundation Law Section Meeting<br>Asheville, North Carolina |
| 2008 | North Carolina Bar Foundation Annual Construction Law Section meeting<br>Greensboro, North Carolina |
| 2007 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Isle of Palms, South Carolina |
| 2006 | "North Carolina Building Inspectors Association – Winter Code Seminar",<br>Boone, North Carolina |
| 2006 | North Carolina Bar Foundation Annual Construction Law Section Meeting<br>Greensboro, North Carolina |
| 2005 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Asheville, North Carolina |
| 2005 | ASCE Structures Congress: Metropolis & Beyond<br>New York City, New York |
| 2002 | North Carolina Bar Foundation Annual Construction Law Section Meeting<br>Southern Pines, North Carolina |
| 2001 | ASTM Symposium on Performance of Exterior Building Walls;<br>Phoenix, Arizona |
| 2001 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Asheville, North Carolina |
| 2001 | Professional Engineers of North Carolina "Changes to the Building Code and Impacts on Construction" Wilmington, North Carolina |
| 2000 | Training for Inspection of Hurricane Damaged Homes,<br>Wilmington, North Carolina |
| 1999 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Charleston, South Carolina |
| 1998 | Patton – Boggs "Hot Legal Topics" Seminar<br>Research Triangle Park, North Carolina |
| 1998 | North Carolina Bar Foundation Annual Construction Law Section Meeting<br>Durham, North Carolina |
| 1998 | ASTM Symposium<br>Atlanta, George |
| 1997 | ASTM Symposium: "EFIS: Innovations and Solutions to Industry Challenges"<br>San Diego, California |
| 1997 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Asheville, North Carolina |

Ron E. Wright, P.E.

## SEMINARS ATTENDED

| Date | Topic |
|------|-------|
| 1996 | ASTM Symposium "Water Leakage Through Building Facades" Orlando, Florida |
| 1996 | Green Building's Seminar Wilmington, North Carolina |
| 1995 | North and South Carolina Bar Foundation Construction Law Section Meeting and Seminar; Charleston, South Carolina |
| Prior to 1995 | Brick Institute of America "Discussion of Sealant Joints" |
| Prior to 1995 | Owens-Corning Training "Field Investigations" |
| Prior to 1995 | Carlisle Roof Training "Field Investigations" |

**Ronald E. Wright, P.E.**
**Chief Operating Officer**

### TESTIMONY EXPERIENCE
**(1997 – 2008)**

**Trials**
- Deficiencies of design and cost estimate to complete construction of Stone Bay Plantation amenities (1997)
- Design and construction deficiencies and damages for Pepper Residence (1998)
- Construction deficiencies of beach access way for Hodge (1999)
- Cost estimate for replacement of McAlisters Restaurant destroyed by fire (2000)
- Investigation and analysis for building problems and water intrusion at Polk County Judicial Complex (2000)
- Design and construction deficiencies and damages for Maday Residence (2000)
- Design and construction deficiencies and damages for Stafford Residence (2001)
- Design and construction deficiencies and damages for Spy Glass at Bay Point condominiums (2001)
- Design and construction deficiencies and damages for Tucker Residence (2002)
- Design and construction deficiencies and damages for Farhoumand Residence (2002)
- Design and construction deficiencies and damages for Rasmussen Residence (2002)
- Design and construction deficiencies and damages for Columbine Place Townhomes (2002)
- Design and construction deficiencies and damages for Taft Residence (2003)
- Design and construction deficiencies and damages for Herman/Chancler Residence (2003)
- Design and construction deficiencies and damages for Calhoun Residence (2003)
- Design and construction deficiencies and damages for Shannon Residence (2004)
- Design and construction deficiencies and damages for Blackward Residence (2004)
- Construction deficiencies and repair costs for Davis Residence (2004)
- Construction deficiencies and damages for Davis Residence (2005)
- Construction deficiencies and damages for Daniel Residence (2006)
- Design and construction deficiencies and damages for the Marina Village Condominiums (2006)
- Design and construction deficiencies and damages for the Westbriar Condominiums (2006)
- Design and construction deficiencies and damages for the Ferranti Residence (2007)
- Design and construction deficiencies and damages for the Camelot Condominiums (2008)
- Design and construction deficiencies and damages for Garmon Residence (2008)
- Design and construction deficiencies and damages for the Hunters Creek Condominiums (2008)
- Design and construction deficiencies and damages for Meng Residence (2008)

**Arbitrations**
- Assist with design and construction deficiencies presentation for Pavilion Towers apartment complex (1995)
- Improper installation of exterior finish system and damages for Nugent Residence (1997)
- Water intrusion and building problem issues for Soaring Eagle Hotel (1999,2000)
- Design and construction deficiencies and damages for Shaw Residence (2002)
- Design and construction deficiencies and damages for Singer Residence (2002)
- Design and construction deficiencies and damages for Ahern Residence (2002)
- Design and construction deficiencies and damages for Peter/Jay Residence (2002)
- Design and construction deficiencies and damages for Tolsdorf Residence (2003)
- Design and construction deficiencies and damages for Siegal Residence (2003)

**Ronald E. Wright, P.E.**
**Chief Operating Officer**

### TESTIMONY EXPERIENCE

- Design and construction deficiencies and damages for Olson/St. Ledger-Roty Residence (2005)
- Design and construction deficiencies and damages for the Oster Residence (2008)
- Design and construction deficiencies and damages for the Grove Landing Townhouses (2008)

**Mediations**
- Design and construction deficiencies and damages for Muse Residence (1995)
- Delay claim analysis and damages for Sun Oil Marcus Hook Refinery piling contractor (1996)
- Design and construction deficiencies and damages for Villa Capriani Condominiums (1997)
- Design and construction deficiencies and damages for Pembroke at Landfall Condominiums (1997)
- Design and construction deficiencies and damages for Lakeside Village Condominiums (1997)
- Design and construction deficiencies and damages for Lukowski Residence (1998)
- Design and construction deficiencies and damages for Brissette Residence (1998)
- Design and construction deficiencies and damages for Hovdesven Residence (1999)
- Design and construction deficiencies and damages for Williamson Residence (2000)
- Design and construction deficiencies and repairs for San Francisco State University student housing (2000)
- Design and construction deficiencies and damages for Van Volkenburg Residence (2001)
- Design and construction deficiencies and damages for Myrtle Grove Volunteer Fire Department (2001)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #877 (2002)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #6065 (2002)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #399 (2003)
- Design and construction deficiencies and damages for Villas at Harbor Island Condominiums (2005)
- Design and construction deficiencies and damages for the Prospect Ashley Condominiums (2006)
- Design and construction deficiencies for the Park Phillips Townhomes (2006)
- Construction deficiencies and damages for the Villas at Harbor Island Condominiums (2006)
- Design and construction deficiencies for the Amherst Mews Townhomes (2007)
- Design and construction deficiencies for the Renaissance on the Ocean Condominiums (2008)
- Construction deficiencies for the McKinney Residence (2008)

**Hearings**
- North Carolina Licensing Board for General Contractors for Code violations on construction of Daniel residence (2001)

**Depositions**
- Design and construction deficiencies and damages for Barnwell Colony condominiums (1989)
- Design and construction deficiencies and damages for Pavilion Towers apartment complex (1992)
- Design and construction deficiencies and damages for Muse Residence (1994)
- Delay claim analysis and damages for Sun Oil Marcus Hook Refinery piling contractor (1996)
- Design and construction deficiencies and damages for Villa Capriani condominiums (1996)

**Ronald E. Wright, P.E.**
**Chief Operating Officer**

### TESTIMONY EXPERIENCE

- Design and construction deficiencies and damages for Regency Executive Plaza Office Condominiums (1997)
- Design and construction deficiencies and damages for Hallman Residence (1997)
- Design and construction deficiencies and damages for Means Residence (1998)
- Design and construction deficiencies and damages for Rose Residence (1998)
- Design and construction deficiencies and damages for Blackward Residence (1998)
- Design and construction deficiencies and damages for Pepper Residence (1998)
- Design and construction deficiencies and damages for Toscano Residence (1999)
- Design and construction deficiencies and damages for Pope Residence (1999)
- Design and construction deficiencies and damages for Austin Residence (1999)
- Design and construction deficiencies and damage for Atkinson et al. (1999)
- Design and construction deficiencies of Lincoln Windows for Coastal Window and Door Company (1999)
- Design and construction deficiencies of Molesworth Residence (1999)
- Design and construction deficiencies for Weyerhaeuser Residence (1999)
- Design deficiencies of EIFS for the North Carolina State EIFS Class Actions (1999).
- Design and construction deficiencies for Puryear Residence (1999)
- Design and construction deficiencies for Jones Residence (1999)
- Design and construction deficiencies for Gelfo Residence (1999)
- Issues of design, installation, and maintenance of LPP sewer system for Brinkman et al. (1999, 2000)
- Design and construction deficiencies for Tuluri Residence (1999)
- Design and construction deficiencies for Hannen and Graziano Residences (2000)
- Design and construction deficiencies for Hull Residence (2000)
- Design and construction deficiencies for Williamson Residence (2000)
- Design and construction deficiencies for Travis Residence (2000)
- Design and construction deficiencies for Eastport Development fence (2000)
- Design and construction deficiencies for Garrett Residence (2000)
- Design and construction deficiencies for Bissett Residence (2000)
- Design and construction deficiencies for Spencer Residence (2000)
- Design and construction deficiencies for Preston Falls Villas (2000)
- Design and construction deficiencies for Link/Potter and Maday Residences (2000)
- Design and construction deficiencies for Karnofsky Residence (2000)
- Design and construction deficiencies for Mignogna Residence (2000)
- Design and construction deficiencies for McGugan Residence (2000)
- Design and construction deficiencies for Gardner Residence (2000)
- Design and construction deficiencies for Alspaugh Residence (2000)
- Design and construction deficiencies for Gibson Residence (2000)
- Design and construction deficiencies for Allen Residence (2000, 2001)
- Design and construction deficiencies for Spy Glass at Bay Point condominiums (2000)
- Design and construction deficiencies for Berger and Anderson Residences (2000)
- Design and construction deficiencies for Wilmington Assisted Living Community (2001)
- Design and construction deficiencies for Moskowitz and Sanok Residences (2001)
- Design and construction deficiencies for Pizzurro Residence (2001)
- Design and construction deficiencies for Atkinson Residence (2001)

**Ronald E. Wright, P.E.**
**Chief Operating Officer**

### TESTIMONY EXPERIENCE

- Design and construction deficiencies for Moore Residence (2001)
- Design and construction deficiencies for Zimmerlein Residence (2001)
- Design and construction deficiencies for Club Villas townhomes (2001, 2002)
- Design and construction deficiencies for Combof Residence (2001)
- Design and construction deficiencies for Wilson Residence (2001)
- Design and construction deficiencies for Ramm Residence (2001)
- Design and construction deficiencies for Stafford Residence (2001)
- Design and construction deficiencies for Sergent/Thompson Residence (2001)
- Design and construction deficiencies for Shull Residence (2001)
- Design and construction deficiencies for Connolly Residence (2001)
- Design and construction deficiencies for Higgins Residence (2001)
- Design and construction deficiencies for Swain Residence (2001)
- Design and construction deficiencies for Jordan Residence (2001)
- Design and construction deficiencies for Foss Residence (2001)
- Design and construction deficiencies for Desjardins Residence (2001)
- Design and construction deficiencies for Tong/Huang Residence (2001)
- Design and construction deficiencies for Wynne Residence (2001)
- Design and construction deficiencies for Peppertree Residences (2001, 2002)
- Design and construction deficiencies for Steel Residence (2002)
- Design and construction deficiencies for Gergits Residence (2002)
- Design and construction deficiencies for Country Club of Landfall (2002)
- Design and construction deficiencies for Mix Residence (2002)
- Design and construction deficiencies for Ashton Townhomes (2002)
- Design and construction deficiencies for Fix Residence (2002)
- Design and construction deficiencies for Miller Residence (2002)
- Design and construction deficiencies for Geller Residence (2002)
- Design and construction deficiencies for Farhoumand Residence (2002)
- Design and construction deficiencies for Tucker Residence (2002)
- Design and construction deficiencies for Amin (Harry) Residence (2002)
- Design and construction deficiencies for Amin (Mike) Residence (2002)
- Design and construction deficiencies for Pendry Residence (2002)
- Design and construction deficiencies for Gibson Residence (2002)
- Design and construction deficiencies for McGuiness Residence (2002)
- Design and construction deficiencies for Cardamone Residence (2002)
- Design and construction deficiencies for Robbins Residence (2002)
- Design and construction deficiencies for Evans Residence (2002)
- Design and construction deficiencies for Sochko Residence (2002)
- Design and construction deficiencies for Wolff Residence (2002)
- Design and construction deficiencies for Johnson Residence (2002)
- Design and construction deficiencies for Kaufman Residence (2002)
- Design and construction deficiencies for Taylor Residence (2002)
- Design and construction deficiencies for Columbine Place Townhomes (2002)
- Design and construction deficiencies for Petrella Residence (2002)
- Design and construction deficiencies for Doremus Residence (2002, 2003)
- Design and construction deficiencies for Stoney Residence (2002, 2003)

**Ronald E. Wright, P.E.**
**Chief Operating Officer**

### TESTIMONY EXPERIENCE

- Design and construction deficiencies for McClure Residence (2002)
- Design and construction deficiencies for Goodall Residence (2002)
- Design and construction deficiencies for Peter/Jay Residence (2002)
- Design and construction deficiencies for Thomas Residence (2003)
- Design and construction deficiencies for Gavin Residence (2003)
- Design and construction deficiencies for Nazelrod Residence (2003)
- Design and construction deficiencies for Horne Residence (2003)
- Design and construction deficiencies for Lesner Point East condominiums (2003, 2004, 2005)
- Design and construction deficiencies for Taft Residence (2003)
- Design and construction deficiencies for Himes Residence (2003)
- Design and construction deficiencies for Shaw Residence (2003)
- Design and construction deficiencies for Tolsdorf Residence (2003)
- Design and construction deficiencies for Basumallik Residence (2003)
- Design and construction deficiencies for Extended Stay America Hotels #6065 and #877 (2003)
- Design and construction deficiencies for McDonalds Restaurants (North Carolina)  (2003)
- Design and construction deficiencies for Butt/Priester Residence (2003)
- Design and construction deficiencies for Spinnaker Cove Condominiums (2003)
- Design and construction deficiencies for Skirzenski Residence (Finestone EIFS Class Action) (2003)
- Design and construction deficiencies for Schrader Residence (2003)
- Design and construction deficiencies for Sherwood Residence (2003)
- Design and construction deficiencies for Shank Residence (2003)
- Design and construction deficiencies for Rosthein Residence (2004)
- Design and construction deficiencies for Shannon Residence (2004)
- Design and construction deficiencies for Tran Residence (2004)
- Construction issues for Riley accident (2004)
- Design and construction deficiencies for Tanner Residence (2004)
- Design and construction deficiencies for Extended Stay America Hotel #831 (2004)
- Design and construction deficiencies for Ronan Residence (2004)
- Design and construction deficiencies for New Jersey Sto Class Action litigation (2004)
- Design and construction deficiencies for Lucas Residence (2004)
- Design and construction deficiencies for Stang Residence (2004)
- Design and construction deficiencies for Rogoff, Tenenbaum, and Tice Residences (2004)
- Design and construction deficiencies for Cutrone Residence (2004)
- Design and construction deficiencies for Full Cry Farms residences (Cole, Hickey-Fishbein, Police, Sander, Weber) (2004)
- Design and construction deficiencies for Scott Residence (2004)
- Repair scope and cost analysis and estimate for Davis Residence (2004)
- Design and construction deficiencies for Florio Residence (2004, 2005)
- Design and construction deficiencies for Galioto Residence (2004)
- Design and construction deficiencies for the Red Roof Inn (2004)
- Design and construction deficiencies for the Mulligan Residence (2004)
- Design and construction deficiencies for the Willard Residence (2004)
- Design and construction deficiencies for the Stokes Residence (2004)
- Design and construction deficiencies for the Erdogan Residence (2004)
- Design and construction deficiencies for the Liska Residence (2004)

**Ronald E. Wright, P.E.**
**Chief Operating Officer**

### TESTIMONY EXPERIENCE

- Design and construction deficiencies for the Villas at Harbor Island Condominiums (2004, 2005)
- Design and construction deficiencies for Extended Stay America Hotels #2504, #2528, #2530, and #2549 (2004)
- Design and construction deficiencies for the McMillin Residence (2004)
- Design and construction deficiencies for the Village of Carver Falls and Hollows at Greenville Apartments (2004)
- Design and construction deficiencies for the Noble Residence (2004)
- Design and construction deficiencies for the Rathnam Residence (2005)
- Design and construction deficiencies for the Cato Residence (2005)
- Design and construction deficiencies for the Watson Residence. (2005)
- Design and construction deficiencies for the Berean Baptist Church. (2005)
- Design and construction deficiencies for the Moore Residence. (2005)
- Design and construction deficiencies for the Pocock Residence. (2005)
- Design and construction deficiencies for Extended Stay America Hotels #522 and #561 (2005)
- Design and construction deficiencies for the Messner Residence (2005)
- Construction deficiencies for the McKinney Residence (2005)
- Design and construction deficiencies for the Zinn Residence (2005)
- Design and construction deficiencies for the Hale Residence (2005)
- Design and construction deficiencies for the Carter, Hatten, Krantz, Mehrotra, and Paige residences (2005, 2006)
- Design and construction deficiencies for the Dayton Place Condominiums (2005)
- Design and construction deficiencies for the Szczesny Residence (2006)
- Design and construction deficiencies for the Pierce Residence (2006)
- Design and construction deficiencies for the Kravecas Residence (2006)
- Design and construction deficiencies for the Avalos Residence (2006)
- Design and construction deficiencies for the Dean Residence (2006)
- Design and construction deficiencies for the Dial Residence (2006)
- Design and construction deficiencies for the Prospect Ashley Condominiums (2006)
- Design and construction deficiencies for the Burkhamer Residence (2006)
- Design and construction deficiencies for the Lightkeepers Village (2006)
- Design and construction deficiencies for the Venick Residence (2006)
- Design and construction deficiencies for the Chadbourn Commercial Building (2006)
- Design and construction deficiencies for the Seibert Residence (2006)
- Design and construction deficiencies for the Matturro and Strenkowski Residences (2006)
- Design and construction deficiencies for the Marina Village Condominiums (2006)
- Design and construction deficiencies for the Nardella Residence (2006)
- Design and construction deficiencies for the Juranich Residence (2006)
- Design and construction deficiencies for the Hunters Creek Condominiums (2006)
- Design and construction deficiencies and damages for the Tomasetta Residence (2006)
- Design and construction deficiencies and damages for the Hetrick and Northrop Residences (2006)
- Design and construction deficiencies for the Tulenko Residence (2006)
- Design and construction deficiencies for the Breezewood Condominiums (2006)
- Design and construction deficiencies for the Baum Residence (2007)
- Design and construction deficiencies for the Chang Residence (2007)
- Design and construction deficiencies for the Super 8 Motel (2007)

**Ronald E. Wright, P.E.**
**Chief Operating Officer**

### TESTIMONY EXPERIENCE

- Design and construction deficiencies for the Harbor Ridge Condominiums (2007)
- Design and construction deficiencies for the Greenberg Residence (2007)
- Standard of care for professionals on the Sunset Beach Development (2007)
- Design and construction deficiencies for the Marrone Residence (2007)
- Design and construction deficiencies for the Stith Residence (2007)
- Design and construction deficiencies for the Ward Residence (2007)
- Design and construction deficiencies for the Camelot Condominiums (2007)
- Design and construction deficiencies for the Kleinberg Residence (2007)
- Design and construction deficiencies for the Sea Dunes II (2007)
- Design and construction deficiencies for the Roberts Residence (2007)
- Design and construction deficiencies for the Ocean Sands Best Western Hotel (2007)
- Design and construction deficiencies and damages for the Amherst Mews Townhouses (2008)
- Design and construction deficiencies and damages for the Renaissance on the Ocean Condominiums (2008)
- Design and construction deficiencies and damages for the Millennium Building Condominiums (2008)
- Design and construction deficiencies and damages for the Sussek Residence (2008)
- Design and construction deficiencies and damages for the Meng Residence (2008)
- Design and construction deficiencies for the Bald Eagle Commons Condominiums (2008)
- Design and construction deficiencies for the Microtel Inn & Suites (2009)
- Design and construction deficiencies for the Linkside Village at the Country Club (2009)

**EXHIBIT 2**

## SUMMARY OF EXPERT TESTIMONY FOR RONALD E. WRIGHT, PE

### Depositions

1.  Rathnam vs. Etessami; Montgomery County, Maryland; Circuit Court #252675-V

2.  Cato vs. Defendant; Wake County, North Carolina; Superior Court

3.  Watson vs. Brent Tenuta Construction Company; New Hanover County, North Carolina; Superior Court #04 CVS 2853

4.  Berean Baptist Church vs. Defendant; Clay County, Florida, Circuit Court

5.  Moore vs. Richard W. Molten Jr; Richland County, South Carolina; Court of Common Pleas #2004-CP-40-1132

6.  Pocock vs. Defendant; Summit County, Ohio; Circuit Court

7.  Extended Stay America, Inc. vs. Rau Construction Company; Jackson County, Missouri; Circuit Court # 03-CV-202076 and #03-CV-202092

8.  Messner vs. Defendant; Worcester County, Maryland; Circuit Court

9.  McKinney vs. Clancy & Theys Construction Company; New Hanover County, North Carolina; Superior Court

10. Zinn vs. Defendant; New Jersey;

11. Hale vs. Defendant; Somerset County, New Jersey; Superior Court

12. Carter, Hatten, Krantz, Mehotra, and Paige vs. Defendant; Somerset County, New Jersey; Superior Court

13. Dayton Place Condominiums Homeowners' Association vs. Benchmark Construction Corp, Wachovia Bank, N.A; Carteret County, North Carolina; Superior Court #01 CVS 302

14. Szczesny vs. Barry Davis Homes, Inc; Lexington County, North Carolina; Superior Court # 2003-CP-32-3729

15. Pierce vs. Hiram B. Williams d/b/a Action; New Hanover County, North Carolina; Superior Court #03 CVS 4065

16. Kravecas vs. Alpine Development; Bergen County, New Jersey; Superior Court #BER-L-8388-03

17.     Avalos vs. Alpine Development; Bergen County, New Jersey, Superior Court #BER-L-8388-03

18.     Dean vs. Defendant; Bergen County, New Jersey, Superior Court

19.     Dial vs. T. Kevin Connelly; Lexington County, South Carolina; Court of Common Pleas #2004-CP-32-2554

20.     Prospect Ashley Condominium Association vs. Lookout Builder, Inc; Bergen County, New Jersey; Superior Court #BER-L-10051-02

21.     Burkhamer vs. Defendant; York County, South Carolina; Court of Common Pleas

22.     Lightkeepers Village Condominiums Owners vs. Defendant; Horry County, South Carolina; Court of Common Pleas

23.     Venick vs. Defendant

24.     Chadbourn Commercial Building Owner vs. Defendant; Columbus County, North Carolina, Superior Court

25.     Seibert vs. R. Ann Wilkins Brooks; Lexington County, South Carolina; Court of Common Pleas #2001-CP-32-1404

26.     Matturro and Strenkowski vs. Defendant; Mercer County, New Jersey; Superior Court

27.     Marina Village Condominiums Owners vs. Defendant; Worcester County, Maryland; Circuit Court

28.     Nardella vs. Defendant; Bergen County, New Jersey; Superior Court

29.     Juranich vs. Defendant; New Jersey

30.     Hunters Creek Homeowners Association, Inc vs. Hunters Creek; Florence County, South Carolina, Court of Common Pleas #05-CP-21-391

31.     Tomasetta vs. Centurion Systems, Inc; Monmouth County, New Jersey; Superior County

32.     Hetrick and Northrop vs. Defendant; Somerset County, New Jersey; Superior Court

33.     Tulenko vs. Golden Oak Developers, Somerset County, New Jersey; Superior Court #SOM-L-000356-04

34.     Breezewood Condominiums Owners vs. Defendant; New Hanover County, North Carolina; Superior Court

35.     Baum vs. Defendant; Bergen County, New Jersey; Superior Court

2

36. Chang vs. George A. Held and Associates; Passaic County, New Jersey; Superior Court #PAS-L-198-05

37. Super 8 vs. Defendant; Horry County, South Carolina; Court of Common Pleas

38. Harbour Ridge Condominiums Owners vs. Defendant; Horry County, South Carolina; Court of Common Pleas

39. Greenberg vs. Defendant; New Jersey

40. Sunset Beach Development, LLC vs. AMEC, Inc; Brunswick County, North Carolina; Superior County #05 CVS 858

41. Marrone vs. Defendant; Bergen County, New Jersey; Superior Court

42. Stith vs. Defendant; Florence County, South Carolina; Court of Common Pleas

43. Ward vs. Defendant; Horry County, South Carolina; Court of Common Pleas

44. William Frost & Judith Stillman vs. Great Northern Insurance Company; Bergen County, New Jersey; Superior Court #L-12457-04

45. Kleinberg vs. Sto, Inc; Monmouth, New Jersey; Superior Court

46. Sea Dunes II Homeowners vs. Heritage Communities, Inc; Horry County, South Carolina; Court of Common Pleas #05-CP-26-1122

47. Roberts vs. Wingard Properties, Inc; Horry County, South Carolina; Court of Common Pleas #2006-CP-26-5413

48. Ocean Sands Best Western Hotel vs. Defendant; Horry County, South Carolina; Court of Common Pleas

49. Amherst Mews Townhomes Owners vs. The Hills Development; Somerset County, New Jersey; Superior Court #SOM-L-1731-03

50. Renaissance on the Ocean Condominiums Owners vs. Renaissance Estates, LP; Monmouth County, New Jersey; Superior Court #L-1152-05

51. Foster, McLeod and Mackell vs. 2200 M Street, LLC; Wake County, District of Columbia; Superior Court #2002-CA-005784-B

52. Sussek vs. BDS Construction Company; Morris County, New Jersey; Superior Court #MRS-L-67-06

53. Meng vs. The Drees Company; Loudon County, Virginia; Circuit Court #46450

54. Bald Eagle Commons Unit Owners vs. Bald Eagle Manor, Inc; Milford County, New Jersey; Superior Court #PAS-L-5062-06

3

55. Kelly Properties, LLC. vs. Multi Family Services, Inc; Horry County, South Carolina; Court of Common Pleas #2006-CP-29-2610R

56. Linkside Villages Townhome Owners vs. Sales International Corporation; Florence County, South Carolina; Court of Common Pleas #2006-CP-21-879

## Arbitrations

1. Jeff Olson & Judith St. Ledger-Roty vs. Defendant; Fairfax County, Virginia

2. Oster vs. Defendant; New Hanover County, North Carolina

3. Grove Landing Townhomes vs. Defendant; New Hanover County, North Carolina

## Trials

1. Davis vs. Defendant; Hunterdon County, New Jersey; Circuit Court

2. Daniel vs. Jeff Moore; Wayne County, North Carolina; Superior Court #00-CVS-2386

3. Marina Village Condominiums Owners vs. Defendant; Worcester County, Maryland; Circuit Court

4. Westbriar Condominiums Owner vs. Defendant; Fairfax County, Virginia; Circuit Court

5. Ferranti vs. State Farm Insurance; Manhattan County, New York; Supreme Court

6. Camelot Condominiums Owners vs. Dryvit; Bergen County, New Jersey; Circuit Court #L-12457-04

7. Garmon vs. Defendant; Loudon County, Virginia; Circuit Court

8. Hunters Creek Condominiums Owners vs. Hunters Creek, Inc; Florence County, South Carolina; Court of Common Pleas #05-CP-21-391

9. Meng vs. The Drees Company; Loudon County, Virginia; Circuit Court #46450

My hourly rate for services rendered on this matter is $225/hour.

4