# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

This Document Relates to:
Case No. 09-4119

: MDL No. 2047
: Section L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

## DEFENDANT MANUFACTURERS' PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

## I. CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM

A. Manufacturer Name: Knauf Gips KG ("Knauf Gips")[1]

B. Address: Am Bahnhof 7, 97346, Iphofen, Germany

C. Phone number: +49 9323 31-0

D. Email address: info@mail.knauf.de

E. Web site: http://www.knauf.de

F. President or CEO: Klaus Koch

G. Headquarters if Foreign: Iphofen, Germany

H. Address of USA Headquarters: None

I. Name of supervisor at USA Headquarters: None

[1] Knauf Gips KG is responding to Defendant Manufacturers' Profile Form voluntarily and in the spirit of cooperation in these multidistrict proceedings but without waiving any of its rights to object, in these or in any other proceedings, to: (i) the sufficiency of process or the service of process upon it; (ii) the jurisdiction of this or any other court over it; and/or (iii) any discovery and that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

J. Principal Place of Business in USA None

K. List of all offices or locations in USA where entity has done business at any time in 2001 through 2009 None

L. Name of Manager at each office or location identified in I(J) above None

(If you have identified more than one entity in I(A) above separately answer I(B)-I(L) for each entity.)

II. COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

A. Name: Doug Sanders, Baker & McKenzie LLP; Don Hayden, Baker & McKenzie LLP

B. Address: 130 E. Randolph Dr., One Prudential Plaza, Chicago IL 60657; Mellon Financial Center, 1111 Brickell Avenue, Suite 1700, Miami FL 33131

C. Phone Number: +1 312 861-8075; +1 305 789-8966

D. Fax Number: +1 312 698-2375; +1 305 789-8953

E. E-Mail: douglas.b.sanders@bakernet.com; donald.j.hayden@bakernet.com

III. CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1. Product Identification: Knauf Gips has not manufactured Chinese Drywall and responds none or not applicable to all of the questions in Section III.

Name of Manufacturer(s)' drywall product:

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

List all trademarks applicable to the product: :

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

2. Shipment Information (identify the following for each shipment to, or for importation to, the United States):

Exporter Name:

Address of Exporter:

Date of Export: ____ / ____ / ________ (Month / Day / Year)

Name of all ports through which shipment was in transit: ____________________

Name of final port where shipment was offloaded: ____________________

Date shipment was offloaded: ____ / ____ / ________ (Month / Day / Year)

Amount of Drywall exported: ____________________

Name of shipper: ____________________

Address of shipper: ____________________

____________________

____________________

Mode of Shipment: ____________________

Name of vessel: ____________________

3. Importer Information (identify the following for each importer):

Importer Name: ____________________

Address of Importer: ____________________

____________________

____________________

Date of Import: ____ / ____ / ________ (Month / Day / Year)

Amount of Drywall imported: ____________________

4. Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

5. Are you are of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? .

6. If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:

Address of entity providing storage: ____________________

____________________

____________________

Dates product was stored:

___/___/_______(Month / Day / Year) to ___/___/_______ (Month / Day / Year)

Quantity of product stored: ______________________

Price paid for storage: ______________________

Name of contact person at storage facility: ______________________

Phone number: ______________________

Email address: ______________________

List any complaints made or received regarding storage of the product:

______________________

7. Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

8. For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following:

a. Express warranties: ______________________

b. Product specifications: ______________________

c. Product information and/or instructions for storage or use: ______________________

## IV. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

1. For each policy, identify the following:

Insurer: ______________________

Dates policy in effect: ______________________

01/01/2009 (Month / Day / Year) to 12/31/2009 (Month / Day / Year)

Policy Number: ______________________

Type of Policy: ______________________

Insurance Agent ______________________

Policy Coverage Limits ______________________

______________________

Produce a copy of the Declaration page, exclusions and policy of insurance.

B. Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

1. For each claim please provide the following:

Date: ____/____/________ (Month / Day / Year)

Insurer: ______________________________

Description of claim: ______________________________

Insurer's response to claim: ______________________________

If in litigation:

Caption of Case: ______________________________

Name and address of attorneys involved: ______________________________

______________________________

______________________________

Insurance carriers involved: ______________________________

______________________________

CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

[signature] Signature

Oliver Fröhlich
Print Name

September 01, 2009
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>Case No. 09-4119 | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## DEFENDANT MANUFACTURERS' PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

A. Manufacturer Name: Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT")[1]

B. Address: North Yinhe Bridge, East Jingin Road, Beichen District, Tianjin, 300400, P.R. China

C. Phone number: +86 22-2697-2777

D. Email address: info@mail.knauf.com.cn

E. Web site: N/A

F. President or CEO: David Gregory, Chief Executive Officer

G. Headquarters if Foreign: Tianjin, China

[1] Knauf Plasterboard (Tianjin) Co., Ltd. is responding to Defendant Manufacturers' Profile Form voluntarily and in the spirit of cooperation in these multidistrict proceedings but without waiving any of its rights to object, in these or in any other proceedings, to: (i) the sufficiency of process or the service of process upon it; (ii) the jurisdiction of this or any other court over it; and/or (iii) any discovery and that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

H. Address of USA Headquarters: None

I. Name of supervisor at USA Headquarters: None

J. Principal Place of Business in USA: None

K. List of all offices or locations in USA where entity has done business at any time in 2001 through 2009: None

L. Name of Manager at each office or location identified in I(J) above: None

(If you have identified more than one entity in I(A) above separately answer I(B)-I(L) for each entity.)

## II. COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

A. Name: Doug Sanders, Baker & McKenzie LLP; Don Hayden, Baker & McKenzie LLP

B. Address: 130 E. Randolph Dr., One Prudential Plaza, Chicago IL 60657; Mellon Financial Center, 1111 Brickell Avenue, Suite 1700, Miami FL 33131

C. Phone Number: +1 312 861-8075; +1 305 789-8966

D. Fax Number: +1 312 698-2375; +1 305 789-8953

E. E-Mail: douglas.h.sanders@bakernet.com; donald.j.hayden@bakernet.com

## III. CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1. Product Identification:

Name of Manufacturer(s)' drywall product:

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.): Knauf-Tianjin China-ASTM C36 [date code/time code]

List all trademarks applicable to the product: : "Knauf" is a registered trademark in China.

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known: No

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified: Standard drywall can be manufactured in different sizes, but all standard drywall for sale to U.S. was manufactured as 12.7mm x 1220mm x 3660mm.

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold: No.

2. Shipment Information (identify the following for each shipment to, or for importation to, the United States).

See the attached table which KPT incorporates herein as its response to Question No. 2 and Section III generally.

Exporter Name:

Address of Exporter:

Date of Export: ___/___/___ (Month / Day / Year)

Name of all ports through which shipment was in transit: ________________

Name of final port where shipment was offloaded: ________________

Date shipment was offloaded: ___/___/___ (Month / Day / Year)

Amount of Drywall exported: ________________

Name of shipper: ________________

Address of shipper: ________________

Mode of Shipment: ________________

Name of vessel: ________________

3. Importer Information (identify the following for each importer):

Importer Name: ________________

Address of Importer: ________________

Date of Import. ___/___/___ (Month / Day / Year)

Amount of Drywall imported: ________________

4. Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information: KPT sold its products to three companies in the United States, Interior Exterior Supply, Rothchilt International and L&W Supply Company. KPT has learned that at least a portion of its drywall that was sold to Rothchilt International was sold to Banner Supply Company in Florida. KPT has no knowledge of the distribution chain of its plasterboard in the United States beyond that

5. Are you are of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? .

See attachment in response to Question No. 2.

6. If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: KPT stored drywall for a limited time period at its facility prior to shipment and then the drywall was transported to the ship where it was loaded immediately. KPT does not have any knowledge of

how its drywall is handled or stored in the regular course of business once the drywall is put on the ship at the port in China.

Address of entity providing storage: ______________________

Dates product was stored:

___/___/_____ (Month / Day / Year) to ___/___/_____ (Month / Day / Year)

Quantity of product stored: ______________

Price paid for storage: ______________

Name of contact person at storage facility: ______________

Phone number: ______________

Email address: ______________

List any complaints made or received regarding storage of the product:

______________________

7. Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

KPT has entered into agreements with three entities to sell plasterboard into the United States in 2005 and 2006. All of the agreements are single page agreements or purchase orders.

8. For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following:

a. Express warranties: None

b. Product specifications: Standard gypsum board; 12.7mm x 1220mm x 3660mm

c. Product information and/or instructions for storage or use: None

## IV. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

KPT does not have insurance responsive to this request.

1. For each policy, identify the following:

Insurer: ______________

Dates policy in effect:

___/___/_____ (Month / Day / Year) to ___/___/_____ (Month / Day / Year)

Policy Number: ______________

Type of Policy: ____________________

Insurance Agent ____________________

Policy Coverage Limits ____________________

Produce a copy of the Declaration page, exclusions and policy of insurance.

B. Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

1. For each claim please provide the following:

Date: ___/___/______ (Month / Day / Year)

Insurer: ____________________

Description of claim: ____________________

Insurer's response to claim: ____________________

If in litigation:

Caption of Case: ____________________

Name and address of attorneys involved: ____________________

____________________

____________________

Insurance carriers involved: ____________________

____________________

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

| ____________________ | Mark Norris | 2nd September 2009 |
|---|---|---|
| Signature | Print Name | Date |

| | Purchaser | Purchaser Contact Information | Shipment Date | Volume (m2) | Ship | Port of Loading | Port of Delivery | Ship Arrival Date* | Other Export/Import Data |
|---|---|---|---|---|---|---|---|---|---|
| Knauf Plasterboard (Tianjin) Co., Ltd. | Interior Exterior Building Supply Co. | P.O. Box 4002, New Orleans, Louisiana, USA 70178 | 8 December 2005 | 446,654 | Mystras | Tianjin | New Orleans | 2006-1-16 | J.W. Allen & Co., Inc. 200 Crofton Road, Box 34, Kennar LA, 70062, USA |
| | | | 23 December 2005 | 637,631 | HBC Toronto | Tianjin | New Orleans | 2006-2-2 | J.W. Allen & Co., Inc. 200 Crofton Road, Box 34, Kennar LA, 70062, USA |
| | | | 4 March 2006 | 748,760 | Dual Confidence | Tianjin | New Orleans | 2006-4-14 | J.W. Allen & Co., Inc. 200 Crofton Road, Box 34, Kennar LA, 70062, USA |
| | | sub-total | | 1,833,045 | | | | | |
| | L&W Corporation** | 125 S. Franklin St. Chicago, IL 60606, +1 312 606-4515 | 11 April 2006 | 500,995 | M.V. Great Immensity | Xiangang | Tampa | 2006-5-19 | N/A |
| | Rothchilt International Limited | N-510 Chia Hsin Bldg Annex, 96 Chung Shan N. Rd. Sec. 2, Taipei Taiwan R.O.C. +886 02 2522458 | 16 January 2006 | 23,558 | [sic]endborg Maresk | Xiangang | Miami | February 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 21 January 2006 | 33,757 | Clementine Maresk | Xiangang | Miami | February 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 25 February 2006 | 84,392 | A.P. Moller | Xiangang | Miami | March 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 4 March 2006 | 112,523 | SL Meteor | Xiangang | Miami | April 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 9 March 2006 | 140,654 | E.R. Amsterdam | Xiangang | Miami | April 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 17 March 2006 | 140,654 | E.R. Felixstowe | Xiangang | Miami | April 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 24 March 2006 | 168,785 | Nedlloyd Drake | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 31 March 2006 | 168,785 | Nedlloyd Mercator | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 7 April 2006 | 168,785 | E.R. London | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 14 April 2006 | 126,588 | E.R. Amsterdam | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 20 April 2006 | 98,458 | SL Illinois | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 28 April 2006 | 98,458 | Nedlloyd Drake | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 5 May 2006 | 98,458 | [sic] | Xiangang | Miami | June 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 11 May 2006 | 98,458 | E.R. London | Xiangang | Miami | June 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 18 May 2006 | 98,458 | E.R. Amsterdam | Xiangang | Miami | June 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 25 May 2006 | 98,458 | E.R. Felixstowe | Xiangang | Miami | June 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 2 June 2006 | 112,523 | Nedlloyd Drake | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 9 June 2006 | 112,523 | Nedlloyd Mercator | Xiangang | Miami | July2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 12 June 2006 | 28,131 | SL Charger | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 15 June 2006 | 56,262 | SL Endurance | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 19 June 2006 | 84,392 | SL Meteor | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 23 June 2006 | 56,262 | E.R. Amsterdam | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 30 June 2006 | 140,654 | E.R. Felixstowe | Xiangang | Miami | August 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 6 July 2006 | 140,654 | Nedlloyd Drake | Xiangang | Miami | August 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 28 July 2006 | 135,028 | E.R. Amsterdam | Xiangang | Miami | September 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 7 August 2006 | 191,277 | SL Lightening | Xiangang | Miami | September 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 11 August 2006 | 84,392 | Nedlloyd Drake | Xiangang | Miami | September 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | | 18 August 2006 | 140,654 | Nedlloyd Mercator | Xiangang | Miami | September 2006 | La Suprema Enterprise, Inc. 20201 East Country Clu Dr., Suite 501, Aventura, FL 33180 |
| | | sub-total | | 2,951,975 | | | | | |
| | TOTAL | | | 5,286,035 | | | | | |

*Shipment arrival dates for sales to Rothchilt are approximate. Rothchilt and La Suprema used DSL Star Express as shipper. KPT could not track shipments directly to US once they left Chinese port because records of ships leaving China do not match completely with records of U.S. Customs. DSL Star Express may have changed ships. DSL Star Express address is: 8686 New Trails Drive, TX 77381 USA.

** Based on information received from L&W Supply Corporation, as much as 50% of this shipment was destroyed in transit.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

: MDL No. 2047
: Section L
:

This Document Relates to
Case Nos. 09-4119, 09-4117

: JUDGE FALLON
: MAG. JUDGE WILKINSON

**DEFENDANT MANUFACTURERS' PROFILE FORM**

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

A. Manufacturer Name Knauf Plasterboard (Wuhu) Co., Ltd. ("Knauf Wuhu")[1]

B. Address No. 2 Gangwan Road, Development Zone, Wuhu, Anhui 241009 P.R. China

C. Phone number +86 0553-5842053

D. Email address info@mail.knauf.com.cn

E. Web site http://www.knauf.com.cn

F. President or CEO David Gregory, Chief Executive Officer

G. Headquarters if Foreign Wuhu, Anhui, P.R. China

H. Address of USA Headquarters None

I. Name of supervisor at USA Headquarters None

J. Principal Place of Business in USA None

[1] Plasterboard (Wuhu) Co., Ltd. ("Knauf Wuhu") is responding to Defendant Manufacturers' Profile Form voluntarily and in the spirit of cooperation in these multidistrict proceedings but without waiving any of its rights to object, in these or in any other proceedings, to: (i) the sufficiency of process or the service of process upon it; (ii) the jurisdiction of this or any other court over it; and/or (iii) any discovery and that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

K. List of all offices or locations in USA where entity has done business at any time in 2001 through 2009 None

L. Name of Manager at each office or location identified in I(J) above None

(If you have identified more than one entity in I(A) above separately answer I(B)-I(L) for each entity.)

## II. COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

A. Name: Doug Sanders, Baker & McKenzie LLP; Don Hayden, Baker & McKenzie LLP

B. Address: 130 E. Randolph Dr., One Prudential Plaza, Chicago IL 60657;
Mellon Financial Center, 1111 Brickell Avenue, Suite 1700, Miami FL 33131

C. Phone Number: +1 312 861-8075; +1 305 789-8966

D. Fax Number: +1 312 698-2375; +1 305 789-8953

E. E-Mail: douglas.b.sanders@bakernet.com; donald.j.hayden@bakernet.com

## III. CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1. Product Identification:

Name of Manufacturer(s)' drywall product:

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.): Knauf-WuHu, China-ASTM C36 [date code/time code]

List all trademarks applicable to the product: "Knauf" is a registered trademark in China.

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known: No.

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified: Standard drywall can be manufactured in different sizes, but all standard drywall for sale to U.S. was 12.7mm x 1220mm x 3660mm.

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold: No.

2. Shipment Information (identify the following for each shipment to, or for importation to, the United States):

See the attached table which Knauf Wuhu incorporates herein as its response to Question No. 2 and Section III generally.

Exporter Name:

Address of Exporter:

Date of Export: ____ / ____ / ________ (Month / Day / Year)

Name of all ports through which shipment was in transit: ________________

Name of final port where shipment was offloaded: ________________

Date shipment was offloaded: ____ / ____ / ________ (Month / Day / Year)

Amount of Drywall exported: ________________

Name of shipper: ________________

Address of shipper: ________________

________________

________________

Mode of Shipment: ________________

Name of vessel: ________________

3. Importer Information (identify the following for each importer):

Importer Name: ________________

Address of Importer: ________________

________________

________________

Date of Import: ____ / ____ / ________ (Month / Day / Year)

Amount of Drywall imported: ________________

4. Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information: Knauf Wuhu sold its products to two companies in the United States, Interior Exterior Supply and L&W Supply Company. Knauf Wuhu has no knowledge of the distribution chain of its plasterboard in the United States beyond that.

5. Are you are of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? .

See attachment in response to Question No. 2.

6. If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: Knauf Wuhu stored drywall for a limited time period at its facility prior to shipment and then the drywall was transported to the ship where it was loaded immediately. Knauf Wuhu does not have any knowledge of how its drywall is handled or stored in the regular course of business once the drywall is put on the ship at the port in China.

Address of entity providing storage: ________________

Dates product was stored: ______

___/___/______ (Month / Day / Year) to ___/___/______ (Month / Day / Year)

Quantity of product stored: ______

Price paid for storage: ______

Name of contact person at storage facility: ______

Phone number: ______

Email address: ______

List any complaints made or received regarding storage of the product:

______

7. Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

Knauf Wuhu entered an agreement to sell plasterboard to Interior Exterior Building Supply Co. on July 5, 2006. Knauf Wuhu sold plasterboard to L&W Supply Corporation by way of a purchase order on February 22, 2006.

8. For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following

a. Express warranties: None.

b. Product specifications: Standard gypsum board: 12.7mm x 1220mm x 3660mm.

c. Product information and/or instructions for storage or use: None.

IV. **INSURANCE**

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

Knauf Wuhu did not have insurance responsive to this request.

1. For each policy, identify the following:

Insurer: ______

Dates policy in effect:

___/___/______ (Month / Day / Year) to ___/___/______ (Month / Day / Year)

Policy Number: ______

Type of Policy: ______

Insurance Agent ______

Policy Coverage Limits ______

Produce a copy of the Declaration page, exclusions and policy of insurance.

B. Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

1. For each claim please provide the following:

Date: ___/___/___ (Month / Day / Year)

Insurer: ______________________________

Description of claim: ______________________________

Insurer's response to claim: ______________________________

If in litigation:

Caption of Case: ______________________________

Name and address of attorneys involved: ______________________________

______________________________

______________________________

Insurance carriers involved: ______________________________

______________________________

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

| [signature] | Liang Chang Jiang | 2009. 9. 2 |
|---|---|---|
| Signature | Print Name | Date |

| Manufacturer | Purchaser | Purchaser Contact Information | Shipment Date | Volume (m2) | Ship | Port of Loading | Port of Delivery | Ship Arrival Date* | Other Export/Import Information |
|---|---|---|---|---|---|---|---|---|---|
| Guandong Knauf New Building Material Products Co., Ltd. ("Knauf Dongguan") | L&W Supply Corporation | 125 S. Franklin St, Chicago, IL 60606, +1 312 606-3930 | 23 January 2006 | 538,646 | Mv Afra | Huangpu | Canaveral | 9 March 2006 | N/A |
| | L&W Supply Corporation | 125 S. Franklin St, Chicago, IL 60606, +1 908 931-1500 | 9 March 2006 | 312,743 | Mv Yong An Cheng | Huangpu | Canaveral | 2 May 2006 | N/A |
| | L&W Supply Corporation | 125 S. Franklin St, Chicago, IL 60606, +1 908 931-1500 | 7 April 2006 | 368,308 | Vishva Karma | Huangpu | New Orleans | 18 June 2006 | N/A |
| | TOTAL | | | 1,219,697 | | | | | |

*Based on US Customs Data