# EXHIBIT 8

Summary of La Suprema Invoices to Banner Supply Co.; Seifart Ex. 349

| Bates Number - Start | Document Type | To: | From: | Description | Supplier | Bill of Lading No. | Ex. |
|---|---|---|---|---|---|---|---|
| SUP EN 1488 | Invoices to Banner | Banner | La Suprema | | | | |
| 4669; 4668; 4667; 4666; 4674; 4678; 4677; 4676; 3402-3405; 4685; 3406-3414; 4419; 3170; 3169; 3171; 3172; 6165-3168; 3392; 4680; 4683, 3167-3165 | Invoices; Credit Memos | Banner Supply - Miami | La Suprema | Apr-Sept 06 | Banner Miami | | 349 |
| 3292; 3293; 4693; 3376; 3294-3296; 3298; 3297; 3300; 3301-3306;3308-3312; 3299-3312; 4629; 4420-4421; 3158-3164; 3179; 3290-3291 | Invoices; Credit Memos | Banner Supply - Ft. Myers | La Suprema | Apr-Sept 06 | Banner Ft Meyers | | 350 |
| 4660; 4656; 4635-4639; 4665; 4641; 4631-4632; 4645-4654; 4633; 1490-1491; 3173-3178; 4658-3313-3318 | Invoices; Credit Memos | Banner Supply - Pompano | La Suprema | Apr-May 06 | Banner Pompano | | 351 |
| 3343-3352; 4623-4628; 3358-3359; 3361-3369; 1495-1498; 4427-4429; 3151-3156 | Invoices | Banner Supply - Port St. Lucie | La Suprema | Apr-Oct 06 | Banner Port St. Lucie | | 352 |
| 4616-4618; 4612-4613; 3377-3391; 3147-3150; 3370-3372 | Invoices | Banner Supply - Tampa | La Suprema | Apr-Aug 06 | Banner Supply Co. Tampa | | 353 |