# EXHIBIT 11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED              :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY                :
LITIGATION                                :   SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                 :   JUDGE FALLON
                                          :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324, :   MAG. JUDGE WILKINSON
09-cv-6690                                :
-----------------------------------------------------------------x
```

**KNAUF GIPS KG'S SUPPLEMENTAL RESPONSE TO THE PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS CONCERNING JURISDICTIONAL ISSUES**

Knauf Gips KG ("Knauf Gips") by and through its attorneys, Kaye Scholer LLP, Frilot L.L.C. and Baker & McKenzie, LLP, provides this supplemental response pursuant to Federal Rules of Civil Procedure 26 and 34 to the Plaintiff's Steering Committee's ("PSC") First Request for Production of Documents Concerning Jurisdictional Issues.  Knauf Gips responds without waiver of its objection that the Document Requests are contrary to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

**DEFINITIONS AND INSTRUCTIONS**

Knauf Gips incorporates by reference its objections to the definitions and instructions set forth in its Objections and Responses to the PSC's First Request for Production of Documents Concerning Jurisdictional Issues dated December 4, 2009.

**DOCUMENT REQUESTS**

**Document Request No. 8:**

All documents submitted by or on behalf of You or any persons currently or formerly in Your employ to any department or agency of the United States government, including, without limitation, any applications for visas, import, export or disposal authorizations or licenses, or currency, monetary or other financial transfers or transactions, or patents.

287025_1.DOC

**OBJECTION AND RESPONSE:**   In lieu of producing documents, Knauf Gips responds as follows:

a.    Between January 1, 2006 and September 30, 2009, the following directors, executives and/or employees of Knauf Gips have travelled to the United States on company business.  Excluded from this list is any travel to the United States by directors, executives and/or employees of Knauf Gips solely for the purpose of consulting with Knauf Gips's attorneys regarding the subject matter of this litigation.  Germany privacy law forbids the disclosure of information concerning employees below the executive level.  For that reason, employees below the executive level are denominated "Employee" in the chart below.

| NAME | START DATE | END DATE | ITINERARY |
|---|---|---|---|
| N. Knauf | 01/26/06 | 02/01/06 | FRA/ATL*ORD/FRA |
| Employee | 02/26/06 | 03/05/06 | FRA/PDX/ORD/CLE*PIT/LGA*EWR/FRA |
| C. Knauf | 02/26/06 | 03/05/06 | FRA/PDX/ORD/CLE*PIT/LGA*EWR/FRA |
| H. Seth | 02/26/06 | 03/12/06 | FRA/DPX-DFW/JAX/MIA/FRA |
| Employee | 02/26/06 | 03/05/06 | FRA/PDX/ORD/CLE*PIT/LGA*EWR/FRA |
| M. Knauf | 05/02/06 | 05/08/06 | TXL-EWR/IND-EWR/TXL |
| H. Hummel | 07/10/06 | 07/13/06 | FRA/ORD/FRA |
| K. Koch | 07/10/06 | 07/13/06 | FRA/ORD/FRA |
| B. Knauf | 07/23/06 | 07/26/06 | FRA/ORD/FRA |
| N. Knauf | 07/23/06 | 07/26/06 | FRA/ORD/FRA |
| H. Ingenillem | 10/12/06 | 10/18/06 | FRA/EWR/FRA |
| H. Ingenillem | 10/17/06 | 10/17/06 | EWR/IND |

| H. Hummel | 11/05/06 | 11/11/06 | FRA/ORD/SAN*PIT-ORD/FRA |
| --- | --- | --- | --- |
| R. Lupold | 11/05/06 | 11/13/06 | FRA/ORD/SAN*JFK/FRA |
| H. Seth | 11/05/06 | 11/18/06 | FRA/ORD/SAN/SFO/JAX-IAD/FRA |
| Employee | 11/05/06 | 11/11/06 | FRA/ORD/SAN*PIT-ORD/FRA |
| Employee | 11/05/06 | 11/11/06 | FRA/ORD/SAN*PIT-ORD/FRA |
| Employee | 11/05/06 | 11/11/06 | FRA/ORD/SAN*PIT-ORD/FRA |
| H. Hummel | 11/08/06 | 11/08/06 | SAN-DFW/MIA |
| R. Lupold | 11/08/06 | 11/09/06 | SAN-DFW/ABI-DFW-PIT |
| Employee | 11/08/06 | 11/09/06 | SAN-DFW/ABI-DFW-PIT |
| Employee | 11/08/06 | 11/09/06 | SAN-DFW/ABI-DFW-PIT |
| Employee | 11/08/06 | 11/09/06 | SAN-DFW/ABI-DFW-PIT |
| R. Lupold | 11/10/06 | 11/10/06 | PIT/EWR |
| N. Knauf | 02/21/07 | 02/25/07 | FRA/IAD*ORD/FRA |
| Employee | 04/10/07 | 04/19/07 | FRA-ORD/CLE*PIT/ORF-IAD/FRA |
| H. Hummel | 04/17/07 | 04/20/07 | FRA/ORD/FRA |
| Employee | 04/17/07 | 04/20/07 | FRA/ORD/FRA |
| N. Knauf | 05/07/07 | 05/09/07 | FRA/ORD/FRA |
| Employee | 06/12/07 | 06/22/07 | NUE-FRA-ORD/IND*RDD-SFO-FRA/NUE |
| Employee | 06/16/07 | 06/17/07 | IND/ATL/CSG |
| Employee | 06/19/07 | 06/19/07 | ATL-SFO/RDD |
| N. Knauf | 09/13/07 | 09/15/07 | FRA/ORD/FRA |
| H. Hummel | 09/16/07 | 09/20/07 | FRA/IAH/SAT/IAH-PIT-ORD/FRA |
| Employee | 01/20/08 | 01/27/08 | FRA-ORD/DSM*ORD/FRA |

| H. Hummel | 01/22/08 | 01/26/08 | FRA-ORD/CLE/IND-IAD/FRA |
| --- | --- | --- | --- |
| H. Seth | 01/22/08 | 01/26/08 | FRA-ORD/CLE/IND-IAD/FRA |
| M. Grundke | 04/16/08 | 04/19/08 | FRA/ORD*SFO/FRA |
| H. Ingenillem | 04/16/08 | 04/19/08 | FRA/ORD*SFO/FRA |
| B. Knauf | 04/16/08 | 04/19/08 | FRA/ORD*SFO/FRA |
| B. Knauf | 10/09/08 | 10/13/08 | IND-ATL/PFN/ATL |
| M. Grundke | 11/09/08 | 11/12/08 | MUC/ORD/MUC |
| H. Ingenillem | 11/09/08 | 11/12/08 | MUC/ORD/MUC |
| H. Seth | 11/26/08 | 12/05/08 | FRA-IAD/JAX*SLC-ORD/FRA |
| H. Seth | 12/01/08 | 12/01/08 | JAX-ATL/SLC |
| R. Lupold | 12/12/08 | 12/17/08 | FRA/ORD/PIT-ORD/FRA |
| Employee | 02/25/09 | 03/01/09 | FRA/CVG/FRA |
| M. Stuermer | 02/25/09 | 03/01/09 | FRA/CVG/FRA |
| M. Biebl | 04/19/09 | 04/24/09 | FRA/ORD/ABE-IAD/ORF-PHL/FRA |
| Employee | 04/19/09 | 04/24/09 | FRA/ORD/ABE-IAD/ORF-PHL/FRA |
| H. Seth | 04/19/09 | 04/24/09 | FRA/ORD/ABE-IAD/ORF-PHL/FRA |
| H. Ingenillem | 05/05/09 | 05/05/09 | PAR/IAD |
| Employee | 06/17/09 | 07/18/09 | FRA-ORD/TVC-ORD/SDF-ORD/FRA |
| Employee | 6/17/09 | 07/19/09 | FRA-ORD/TVC-ORD/SDF-ORD/FRA |
| M. Biebl | 06/28/09 | 07/03/09 | MUC/CLT/MUC |
| H. Seth | 06/28/09 | 07/03/09 | MUC/CLT/MUC |

Knauf Gips does not maintain travel records prior to 2006.  No Knauf Gips director, executive or employee travelled to the United States in connection with Chinese drywall in 2005.

b. The chart below shows the export of Knauf Gips's goods to the United States between January 1, 2005 and September 30, 2009.  Each entry reflects export of plasterboard, which was shipped Cost, Insurance and Freight ("CIF").  Pursuant to CIF terms, risk of loss and title passed to the buyer when the goods passed the ship's rail in the port of shipment.

| Customer | Shipment Date | Volume (square meters) | Destination Port |
|---|---|---|---|
| L & W Supply Co. Chicago, IL | 03/08/06 | 536,800.21 | Charleston, SC |
| L& W Supply Co. Chicago, IL | 03/22/06 | 574,145.42.84 | Cape Canaveral, FL |

c. The chart below shows transfers of funds from the United States to Knauf Gips between January 1, 2005 and September 30, 2009.

| PAYOR | DATE | AMOUNT |
|---|---|---|
| Knauf Insulation GmbH Shelbyville, IN | 07/09/05 | 130.00 EUR |
| L&W Supply Corp. Chicago, IL | 05/04/06 | 1,065,574.33 EUR |
| L&W Supply Corp. Chicago, IL | 05/23/06 | 1,137,732.01 EUR |

The chart below shows transfers of funds from Knauf Gips to the United States between January 1, 2005 and September 30, 2009.

| PAYEE | DATE | AMOUNT |
|---|---|---|
| Architectural Digest Boone, IA | 12/31/06 | 87.32 EUR |

287025_1.DOC                                         5

| | | |
|---|---|---|
| Architectural Digest<br>Boone, IA | 05/31/08 | 63.81 EUR |
| Caraustar Industries, Inc.<br>Austell, GA | 12/05/07 | 5,675.54 EUR |
| WJE Wiss, Janney, Elstner<br>Northbrook, IL | 02/28/05 | 8,448.72 EUR |
| Bunge Milling, Inc.<br>St. Louis, MO | 08/30/05 | 303.18 EUR |
| Bunge Milling, Inc.<br>St. Louis, MO | 12/31/05 | 252.71 EUR |
| Marion Mixers, Inc.<br>Marion, IA | 09/12/05 | 571.82 EUR |
| Wine Spectator<br>Boone, IA | 1/31/06 | 113.7 EUR |
| Wine Spectator<br>Boone, IA | 07/02/08 | 180.96 EUR |
| Wine Spectator<br>Boone, IA | 10/31/08 | 186.39 EUR |
| L&W Supply Corp.<br>Chicago, IL | 02/06/07 | 7,357.43 EUR |
| BLOCON<br>Reading, MA | 03/31/07 | 1,006.46 EUR |
| BLOCON<br>Reading, MA | 03/31/07 | 1,008.60 EUR |
| PricewaterhouseCoopers LLP<br>Chicago, IL | 04/03/07 | 18,660.92 EUR |
| PricewaterhouseCoopers LLP<br>Chicago, IL | 09/26/07 | 2,846.87 EUR |
| PricewaterhouseCoopers LLP<br>Chicago, IL | 05/31/08 | 7,031.50 EUR |
| PricewaterhouseCoopers LLP<br>Chicago, IL | 10/29/08 | 3,142.34 EUR |
| Google, Inc.<br>Mountain View, CA | 06/11/07 | 293.88 EUR |
| MicroStar Lab Ltd.<br>Crystal Lake, IL | 12/31/07 | 1560.47 EUR |
| MicroStar Lab Ltd.<br>Crystal Lake, IL | 06/30/08 | 1,468.76 EUR |
| All - Wall Equipment Co. Inc.<br>Kirkland, WA | 09/26/07 | 3,054.64 EUR |
| Wright Investors' Service<br>Milford, CT | 08/31/09 | 39.48 EUR |
| Internal Auditor - The Institute<br>Atlanta, GA | 7/31/06 | 66.93 EUR |
| Internal Auditor - The Institute<br>Atlanta, GA | 7/31/06 | 66.93 EUR |

| | | |
|---|---|---|
| Internal Auditor - The Institute Atlanta, GA | 7/31/07 | 61.89 EUR |
| Internal Auditor - The Institute Atlanta, GA | 11/26/08 | 66.13 EUR |
| Internal Auditor - The Institute Atlanta, GA | 11/30/08 | 77.77 EUR |

d.      Knauf Gips holds United States patent no. 5,395,685 for "Gypsum board comprising linings made of glass fiber non-wovens coated with an inorganic cement binder." Knauf Gips has four patent applications pending in the United States:  (1) No. 11/793,540 "Building Board"; (2) No. 11/885,897 "Process and Device for Preparing Coated Plasterboards"; (3) No. 10/532,635 "Gypsum-based building material"; and (4) No. 11/631,635 "Projectile-Resistant Partition Construction".

Knauf Gips provides this response subject to its objections that Document Request 8 is overbroad and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence and that is protected by the attorney-client and attorney work product privileges to the extent that it seeks information regarding non-business travel to the United States or travel to the United States to consult with attorneys regarding this litigation and also seeks information that is protected by Germany's privacy laws to the extent that it would require the disclosure of information concerning Knauf Gips's employees who are not directors or executives.

**Document Request No. 9**

All documents issued during the relevant time period by any agency or department of the United States government to, at the request of, or on behalf of You or any persons currently or formerly in Your employ, including but not limited to, visas, import, export or disposal authorizations or licenses, or currency, monetary or other financial transfers or transactions, or patents.

**OBJECTION AND RESPONSE**: See response and objection to Document Request No. 8.

Dated: July 23, 2010                                       Respectfully submitted

By:  /s/ Steven Glickstein
STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

- AND -

MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

DONALD J. HAYDEN (FL Bar No. 0097136)
BAKER & MCKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:  (305) 789-8966
Facsimile:  (305) 789-8953
Email:  donald.j.hayden@bakermckenzie.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
BAKER & MCKENZIE LLP
130 E. Randolph Drive

One Prudential Plaza
Chicago, IL 60601
Telephone:  (312) 861-8075
Facsimile:  (312) 698-2375
Email:  douglas.b.sanders@bakermckenzie.com

Counsel for Defendant, Knauf Gips KG

## **VERIFICATION**

Under penalties of perjury, I declare that I have read the foregoing supplemental responses to document requests and that the facts stated in them are true to the best of my knowledge and belief.

/s/ Martin Stuermer
As Authorized Representative
of Knauf Gips KG

287025_1.DOC

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Knauf Gips KG's Supplemental Response to Plaintiffs' First Set of Interrogatories Concerning Jurisdictional Issues has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 23rd day of July, 2010.

                                                  /s/ Steven Glickstein