# EXHIBIT 16

**Plaintiff Profile Form - Residential Properties**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION  SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES  JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privilege. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner: Fredrick & Lisa Nunez
Address of Affected Property: 123 Dominion Blvd.
Madisonville La 70447

Is this Property: (Residential)  Commercial  Governmental
Name of Person Completing this Form: Fredrick Nunez
Is above your primary residence? (Yes) No
Mailing Address (if different):

Phone: (985) 845-1728

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant

Represented By: Herman, Herman, Katz & Cotlar
Address: 820 O'Keefe Avenue
New Orleans La 70113
Phone: (504) 581-4892
Case No. /Docket Info:

## Section II. Insurance Information

Homeowner/Renter Insurer: ASI Lloyds
Policy #: LAL 9689
Agent: Alliance Insurance
Joe Hollier
Address: 4444 York St, Ste. 100
Metairie La 70001
Phone: (504) 831-2196

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Fredrick Nunez, Jr | 02/04/09 | / / | (M) F | 05/30/63 | (Yes) No | Owner-occupant |
| Lisa C Nunez | 02/04/09 | / / | M (F) | 07/13/65 | (Yes) No | Owner-occupant |
| Blake Nunez | 02/04/09 | / / | (M) F | 02/04/91 | (Yes) No | Occupant |
| Zachary Nunez | 02/04/09 | / / | (M) F | 10/30/97 | (Yes) No | Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form – Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? **Barclay Assessment Services**

1.2. When did the inspection take place? **7/31/2009**

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

2.1. If "Yes" to Question 2.0, Section IV. Who made this determination? **Michael Barclay**

2.2. When was this determination made? **7/31/09**

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | China | Various Attic |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3000 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ✓ | |
| Height of Interior Walls | 12, 10 | Year-round | ✓ | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 3 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? |||
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | ✓ | | |
| Dates: | 3/09 | | |

#### Electrical System

| | Blackening or Corrosion? |||
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

| Date Range for New Home Construction: (Month/Day/Year) | | | **5/06** |
|---|---|---|---|
| Start Date: | / / | Completion Date | 5/1/06 |
| Move in Date: | / / | Date Acquired Home | 2-16-09 |
| Date Range for Renovations: (Month/Day/Year) | | | N/A |
| Start Date: | / / | Completion Date | / / |
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: **JL Arthur Arthur Homes**

Address: **77384 Green Valley Rd Folsom, La. 70437**

Phone: **(985) 796-9471 or 985-796-9473**

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( )

### Section X. Drywall Supplier

Drywall Supplier's Name: **Interior Exterior**

Address: **730 S. Scott Street New Orleans, La 70119**

Phone: **(504) 488-1998**

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| [signature] | 8/26/09 | | |
| Lisa O. Nunez | 8/26/09 | | |
| | | | |




ASI LLOYDS
805 Executive Center Dr W Suite 300
St. Petersburg, FL 33702
phone: (727) 374-2502

Homeowners Declaration Page

| | |
|---|---|
| Total Policy Premium: | $1,577 |
| Policy Number: | LAL9689 |

Named Insured:
Lisa Nunez And Fredrick Nunez
123 Dominion St
Madisonville, LA 70447

Agent:
Alliance Insurance Agency Services Inc
4444 York St Ste 100
Metairie, LA 70001

Agent Code: 417511
For Policy Service, Call: (504) 831-2196

Effective Date of This Transaction:  5/21/2009

Activity of This Transaction:  Change Mortgage Info
Residence Premises:
123 DOMINION BLVD
MADISONVILLE, LA 70447

Policy Period:  From: 02/06/2009  To: 02/06/2010
(At 12:01 AM Standard Time at the residence premises)

Plan Type:  HO3

Coverage at the residence premises is provided only where a limit of liability is shown or a premium is stated.

**Coverages and Limits of Liability**

| | | Limit | Premium |
|---|---|---|---|
| SECTION I: | A. Dwelling Cov | $341,000 | 2832.31 |
| | B. Other Structures | $34,100 | Included |
| | C. Personal Property | $170,500 | Included |
| | D. Loss of Use | $68,200 | Included |
| SECTION II: | E. Personal Liability - Each Occurrence | $300,000 | 25.00 |
| | F. Medical Payments to Others - Each Person | $1,000 | 5.00 |

OTHER COVERAGES AND ENDORSEMENTS:
(Printed on the following page)

DEDUCTIBLES:
Other Covered Perils:  $2500
Hurricane Deductible:  3% - $10230

Special Messages:  OTHER COVERAGES, LIMITS AND EXCLUSIONS APPLY - REFER TO YOUR POLICY FOR DETAILS

Mortgagee:

**1st Mortgagee:**
Wells Fargo Bank N.A #708 ISAOA
Po box 23030
Jacksonville, FL 32241-3030

Loan #0212114698    Escrow: Yes

**2nd Mortgagee:**
Iberia Bank
PO Box 12440
New Iberia, LA 70560

Loan #tba

Page 1 of 2    Countersigned by Authorized Representative    St. Petersburg, Florida    Date: 07/22/2009    ASI HO LA DEC 02 08

Name Insured(s):    Lisa Nunez And Fredrick Nunez                                    Policy Number:    LAL9689

| Coverages And Endorsements | Form Number | Limit | Premium |
|---|---|---|---|
| Special Provisions -LOUISIANA | ASI HO LA SP 07 08 | | |
| Homeowners 3 Special Form | HO 00 03 10 00 | | |
| Home Day Care Coverage Explanation | HO 04 96 10 00 | | |
| LACoverageDisclosure | LA Coverage Disclosure | | |
| Hip Roof Design Credit | | | -202.74 |
| Companion Product | | | -69.92 |
| Residents Smoke | | | -13.28 |
| Burglar Protection | | | -65.76 |
| Age of Dwelling | | | -877.88 |
| Non Hurricane Deductible | | 2500 | -38.11 |
| Hurricane Deductible | HO 03 53 02 06 | 10230 | -100.85 |
| Fungi,Mold,Wet/Dry Rot Included | ASI HO LA LF2 07 08 | 10000 | Included |
| Citizens FAIR Plan Assessment | | | 75.07 |
| PC / Construction Factor | | | 80.18 |
| Water Backup/Sump Pump | ASI HO WBU 05 07 | 5000 | 25.00 |
| Fixed Base Premium | | | 65.00 |
| Personal Prop Replmnt Cost | HO 04 90 10 00 | | 291.25 |
| Tier Factor Premium | | | -453.77 |

| Scheduled Items: | | | |
|---|---|---|---|
| Description: | | Value | Premium |

Additional Insured:

Rating Information:

| Construction Type: | Veneer |
|---|---|
| Type of Residence: | Single Family |
| Year Built: | 2006 |
| Total Square Feet: | 2950 |
| ASI Territory: | 412 |

Special Conditions:    PLEASE READ YOUR POLICY DOCUMENTS CAREFULLY AS SPECIAL CONDITIONS AND
EXCLUSIONS APPLY. THESE INCLUDE, AMONG OTHERS:
1. LIMITED LIABILITY FOR WATERCRAFT
2. NO LIABILITY COVERAGE FOR DOGS (LIMITED DOG COVERAGE MAY BE AVAILABLE)
3. NO LIABILITY FOR TRAMPOLINES
4. LIMITED LIABILITY FOR RECREATIONAL VEHICLES