UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO<br>Payton et al v. Knauf Gips KG et al<br>EDLA 09-07628 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## PLAINTIFFS' PROPOSED TRIAL PLAN FOR FLORIDA HOMEOWNER CLASS AND LOUISIANA HOMEOWNER CLASS PROPERTY DAMAGE CLAIMS AGAINST KNAUF

Plaintiffs intend to try this case in two phases: (1) class-wide liability for property damage; and (2) class-wide property damages.

### Phase I – Liability

Phase I is designed to obtain a finding of class-wide liability for property damage. Both Florida and Louisiana law recognize property damage claims against manufacturers or sellers of defective products under theories of negligence, strict liability, nuisance, and Consumer Protection Acts.[1] (For Louisiana, see *Hernandez* FOFCOL at 44-47;[2] for Florida, see *Seifart* Orders and Verdict Form).[3]

---

[1] To the extent there is any significant variation in property damage law between Florida and Louisiana, that would not interfere with the trial plan because the class certification motion seeks two classes, a Louisiana homeowner class governed by Louisiana law and a Florida homeowner class governed by Florida law.

[2] The Louisiana class also can recover property damages under warranty law and redhibition. *Hernandez* FOFCOL (Docket #2713) at 44-47.

[3] *In re Chinese Manufactured Drywall Products Litigation, Seifart v. Knauf GIPS KG et al,* Case No. 09-38887 CA 01 (42) (Circuit Court of the 11th Judicial District, Miami-Dade County, Florida) (hereinafter "Seifart") Order Denying Defendant Banner Supply Co.'s Motion for Judgment in Accordance with Prior Motion for Directed Verdict or, in the Alternative, for New Trial (July 26, 2010); Order Denying Defendants Certain Homes and Mandy Drywall Motions to Dismiss Plaintiffs' Second Amended Complaint (March 30, 2010); Order Denying Defendant

1

In the two prior CDW trials against Knauf in this Court, Knauf has stipulated to liability. In the event that occurs here, the trial can proceed directly to Phase II – Damages. If Knauf contests liability, the Plaintiffs will establish liability through Knauf's own documents, the documents of third parties such as Banner Supply, and fact witnesses from Knauf and Banner Supply. This evidence will show that Knauf marketed a defective product, failed to properly test and monitor its product to assure it was free from defects, and actively withheld information concerning the defect from the classes. Some of this evidence has already been admitted in the trial of the *Seifart* matter.[4] This evidence of Knauf's common course of conduct, as well as Knauf's liability defense, if any; will be the same for the class representatives as it is for members of the classes. *See* Class Memorandum at 14-22. A jury verdict on this question as it relates to the class property damage claim for each state class will be binding on the class and will eliminate the need for thousands of duplicative trials on this issue.

### Phase II – Class-Wide Property Damage

If Plaintiffs obtain a finding of liability, the trial will proceed to class-wide property damages. The plaintiff classes do not seek personal injury damages. The available damages under property law for a CDW plaintiff have already been determined under Louisiana and Florida law. *See Hernandez* FOFCOL at 44-47; *see Seifart* Orders and Verdict Sheet, note 3 *infra*.

---

Banner Supply Co. and all Similarly Situated Defendants' Motions to Stay, or Alternatively, Motions to Dismiss Plaintiffs' Amended Complaints and Strike Demands for Attorneys' Fees (December 18, 2009); Verdict Form (June 18, 2010) (*See* Compendium of Exhibits in Support of Plaintiffs' Motion for Certification of a Florida Homeowner Class and a Louisiana Homeowner Class ("Comp.") Exs. 1-4).

[4] *Seifart* was a state court trial in Florida against Banner Supply, a supplier of Knauf drywall. Knauf was not named as a defendant in that case. The evidence will show Knauf and Banner entered into an agreement that required Banner to keep secret knowledge of the Knauf drywall defect from the classes. *See* Confidential Agreement at ¶7 (Comp. Ex. 6)

2

In both jurisdictions, Plaintiffs may recover the cost of repair plus alternative living costs, property diminution, loss of use and enjoyment damages, and personal property damage. *Id, see* Class Memorandum at 3 and nn.4-5. Individualized damages issues to the extent they exist do not defeat class certification and can be dealt with in a claims processing or mini-trials. Alternatively damages can be formulaic in nature and amenable to class treatment. For example, Plaintiffs' expert, Ron Wright, has developed a formulaic method of determining repair costs considering national and local data to establish a dollar per square foot cost. See Wright Dec. (filed simultaneously herewith) at ¶¶5-7; Class Memorandum at 20-24. The alternative living costs during the remediation have also been determined in Louisiana and Florida trials, and are amenable to determination by a formulaic method. The property diminution can be determined on a percentage diminution basis. The loss of use and enjoyment, and private property damages can be determined on a class-wide basis through the use of a survey instrument of representative class members. *Id.* Individual entitlement to these damages will be determined in the claims process or mini-trials if necessary. *See* Class Memorandum at 21-22. The proof of damages, (including Ron Wright's formulaic methodology to determine the cost of repair, loss of use and enjoyment, personal property damages; a property diminution expert; and any Findings of Fact from *Hernandez*, that are deemed to have a preclusive effect on Knauf), will be the same for the class representative of each class and the members of that class. Plaintiffs will establish the class-wide damages at trial through: (1) the expert opinion of RonWright, (2) a property diminution expert, and (3) the testimony of the class representatives.

It is anticipated that the class trial described herein will take 10 trial days if Knauf

contests liability and a shorter time if Knauf does not.

**PROPOSED CLASS COUNSEL**

Dated: September 21, 2010                Respectfully submitted,

**FLORIDA CLASS**

/s/ Arnold Levin
Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Ervin A. Gonzalez
Patrick Montoya
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

4

**LOUISIANA CLASS**

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**PROPOSED OF COUNSEL TO CLASS,
PLAINTIFFS' STEERING COMMITTEE**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*

5

Case 2:09-md-02047-EEF-MBN   Document 5612-24   Filed 09/27/10   Page 6 of 7

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

6

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com