UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions (R. 5572), IT IS ORDERED that this Motion is set for hearing with oral argument following the monthly status conference scheduled for October 14, 2010, at 9:00 a.m.  IT IS FURTHER ORDERED that response briefs are due October 4, 2010, and reply briefs are due October 11, 2010.

New Orleans, Louisiana, this 27th day of September 2010.

_____
U.S. DISTRICT JUDGE