UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| AMATO, ET AL. v. LIBERTY MUTUAL INS. CO., ET AL. CASE NO. 2:10-cv-00932 (E.D. La.) | MAGISTRATE WILKINSON |

## NOTICE OF SERVICE OF INSURER PROFILE FORM

Defendant AMERICAN STRATEGIC INSURANCE CORPORATION hereby gives notice of serving its Insurer Profile Form in accordance with Pre-Trial Order 23.

Dated September 27, 2010.

                              Respectfully submitted,

                              By: _____/s/ Jeffrey A. Rubinton_____
                              Jeffrey A. Rubinton, Esq. ( Florida Bar: 821756)
                              **Rubinton & Laufer, P.A.**
                              Emerald Hills Executive Plaza II
                              4651 Sheridan Street, Suite 200
                              Hollywood, Florida 33021
                              Telephone:   954-966-9908
                              Fax:             954-966-9904
                              E-mail:       jrubinton@rl-associates.com
                              ***Attorneys for Defendant, American Strategic Insurance Corporation*** (to the extent as noted above)

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____/s/Jason P. Foote_____
**JASON P. FOOTE (#25050)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 830-3827
Facsimile:  (504) 836-9579
E-Mail:  jfoote@chopin.com
***Attorneys for Defendant, American Strategic Insurance Corporation*** (to the extent as noted above)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Service of Insurer Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September, 2010.

\_\_/s/Jeffrey A. Rubinton_____
**JEFFREY A. RUBINTON**

\_/s/Jason P. Foote_____
**JASON P. FOOTE**