UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

## ORDER

Considering the PSC's Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing, it is hereby ORDERED that this Court's Order of September 28, 2010 is corrected to add Plaintiffs' Motion for Leave to Amend Third Amended Complaint (Vickers) [Rec. Doc. 5562] to the Agenda of Motions set for hearing therein.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge