**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re:**
**CHINESE MANUFACTURED DRYWALL**          **MDL DOCKET No: 2407**
**PRODUCTS LIABILITY LITIGATION**

Section L

Judge Fallon

THIS DOCUMENT RELATES          Magistrate Judge Wilkinson
TO THE FOLLOWING CASE:

**DEAN & DAWN AMATO**          Case No: 10-932
individually and on behalf of
others similarly situated, et al.,
and
**FIRST EAST SIDE SAVINGS BANK**,
a Florida corporation,
      Plaintiffs,

v.

**LIBERTY MUTUAL INSURANCE COMPANY**
and
**NAUTILUS INSURANCE COMPANY**,
an Arizona corporation,
      Defendant.

**DEFENDANT, NAUTILUS INSURANCE COMPANY'S,**
**MOTION TO EXCEED PAGE LIMITATION**

     **NAUTILUS INSURANCE COMPANY**, pursuant to Federal Rule of Civil Procedure 7 and Local

Rule 7.8.1E, hereby files this Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"),

and respectfully requests that this Court enter an Order allowing Nautilus Insurance Company to exceed

the twenty-five (25) page limitation for its Motion for the reasons set forth in the attached Memorandum of

Law filed in support of this Motion.

     WHEREFORE, Defendant, Nautilus Insurance Company, respectfully requests that the instant

Motion be granted and that an Order be entered permitting Nautilus Insurance Company's Motion to exceed twenty-five (25) page limitation, together with such other and further relief that the Court deems just and proper under the circumstances.

WE CERTIFY that the foregoing has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on September 28, 2010.

Fullerton George, LLP
*Counsel for Nautilus Insurance Co.*

By: *//s// Charles M-P George*
CHARLES M-P GEORGE
Florida Bar Number:  996718
2000 Ponce de Leon Boulevard
Suite 501
Coral Gables, Florida  33134
Telephone:  305-421-6391
Fax:  305-569-6664
CGeorge@FullertonGeorge.com

2