UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:
CHINESE MANUFACTURED DRYWALL         MDL DOCKET No: 2407
PRODUCTS LIABILITY LITIGATION

Section L

Judge Fallon

THIS DOCUMENT RELATES                Magistrate Judge Wilkinson
TO THE FOLLOWING CASE:

**DEAN & DAWN AMATO**                Case No: 10-932
individually and on behalf of
others similarly situated, et al.,
and
**FIRST EAST SIDE SAVINGS BANK**,
a Florida corporation,
    Plaintiffs,

v.

**LIBERTY MUTUAL INSURANCE COMPANY**
and
**NAUTILUS INSURANCE COMPANY**,
an Arizona corporation,
    Defendant.

### DEFENDANT, NAUTILUS INSURANCE COMPANY'S, MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXCEED PAGE LIMITATION

**NAUTILUS INSURANCE COMPANY**, pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Memorandum in Support of its Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests that this Court enter an Order allowing Nautilus Insurance Company to exceed the twenty-five (25) page limitation for its Motion and as grounds therefore states as follows:

    1. Local Rule 7.8.1E states that "[e]xcept with prior permission of the judge, no trial brief or

  memorandum supporting or opposing a motion shall exceed 25 pages in length." L.R. 7.8.1E.

2. Due to the complex nature of this action, Nautilus Insurance Company's Motion exceeds the twenty-five (25) page limitation. Nautilus Insurance Company has made efforts to edit is Motion to comply with the page limitation, but found that eliminating the extensive arguments and case law cited therein would have compromised its substance.

WHEREFORE, Defendant, Nautilus Insurance Company, respectfully requests that the instant Motion be granted and that an Order be entered permitting Nautilus Insurance Company's Motion to exceed twenty-five (25) page limitation, together with such other and further relief that the Court deems just and proper under the circumstances.

WE CERTIFY that the foregoing has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on September 28, 2010.

                Fullerton George, LLP
                *Counsel for Nautilus Insurance Co.*

                By: *//s// Charles M-P George*
                CHARLES M-P GEORGE
                Florida Bar Number: 996718
                2000 Ponce de Leon Boulevard
                Suite 501
                Coral Gables, Florida 33134
                Telephone: 305-421-6391
                Fax: 305-569-6664
                CGeorge@FullertonGeorge.com