**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**In re:**
**CHINESE MANUFACTURED DRYWALL**                    **MDL DOCKET No: 2407**
**PRODUCTS LIABILITY LITIGATION**

                                                        Section L

                                                        Judge Fallon

THIS DOCUMENT RELATES                          Magistrate Judge Wilkinson
TO THE FOLLOWING CASE:


**DEAN & DAWN AMATO**                          Case No: 10-932
individually and on behalf of
others similarly situated, et al.,
and
**FIRST EAST SIDE SAVINGS BANK**,
a Florida corporation,
        Plaintiffs,

v.

**LIBERTY MUTUAL INSURANCE COMPANY**
and
**NAUTILUS INSURANCE COMPANY**,
an Arizona corporation,
        Defendant.

**ORDER GRANTING DEFENDANT, NAUTILUS INSURANCE COMPANY'S,
MOTION TO EXCEED PAGE LIMITATION**

        Considering Defendant, Nautilus Insurance Company's, Motion to Exceed Page Limitation

with regard to its Motion to Dismiss the Complaint in this action,

        IT IS ORDRED that the Motion to Exceed Page Limitation is GRANTED.

        New Orleans, Louisiana, this _____ day of September, 2010.


                                        _____
                                        Eldon E. Fallon
                                        United States District Judge