UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL DOCKET: 2047
    PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
Case No.: 08:10-cv-1347 (M.D.Fl. (formerly
Case No.: 2:09-cv-08651 (C.D.C))
_____/

NOTICE OF FILING

    Neal A. Sivyer as counsel of record for Taylor Morrison, Inc., and Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, LLC, files this it's Response to Supplemental Filing of Chartis Specialty Insurance Company, in Further Support of Motion to Transfer, a copy of which is attached hereto.

    **SIVYER BARLOW & WATSON, P.A.**
    401 E. Jackson Street, Suite 2225
    Tampa, Florida 33602
    Telephone: (813) 221-4242
    Facsimile: (813) 227-8598

    /s/ Neal A. Sivyer_____
    Neal A. Sivyer
    Florida Bar No. 373745

CERTIFICATE OF SERVICE

    I HEREBY certify that on September 28, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Defendants' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

    /s/ Neal A. Sivyer_____
    Neal A. Sivyer

1

BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

| | |
|---|---|
| In re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>*Taylor Morrison, Inc. et al. v. American International Specialty Lines Insurance Co.*, Case No. 8:10-cv-1347 (M.D.Fl.) (formerly, Case No. 2:09-cv-08651 (C.D.C.)) | CASE NO. MDL Docket No. 2047 |

SUPPLEMENTAL INFORMATION OF TAYLOR MORRISON, INC., TAYLOR MORRISON SERVICES, INC. & TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C., SUBMITTED IN RESPONSE TO SUPPLEMENTAL FILING OF CHARTIS SPECIALTY INSURANCE COMPANY, IN FURTHER SUPPORT OF MOTION TO TRANSFER

Taylor Morrison, Inc., (f/k/a Taylor Woodrow, Inc.), Taylor Morrison Services, Inc. (f/k/a Morrison Homes, Inc.) and Taylor Woodrow Communities at Vasari, L.L.C., (collectively referred to as "Taylor") submit this supplemental information in response to the supplemental filing of Chartis Specialty Insurance Company ("Chartis") (No. 311). This filing by Taylor is in further support of their Motion to Transfer pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and 28 U.S.C. § 1407 (Nos. 265 and 285).

It appears that Chartis is not capable of being candid with the Panel on anything that relates to Taylor's Motion to Transfer. In his recent "Suggestion of Remand" in the *Owners Ins.*

60494\4028292v1

*Co. v. Mitchell Co., Inc.* case (No. 310), Judge Fallon did **not** "acknowledge [ ] that this Panel has rejected" the view that transfers of insurance coverage actions to MDL No. 2047 "will promote the just and efficient resolution" of such cases and the underlying claims.  What Judge Fallon expressly stated was that in the *Mitchell* case, "a suggestion of remand is appropriate, ***not based upon the substantive issues raised, but in order to maintain consistency with the Panel's other orders denying transfer to MDL 2047 in similar cases***.  (Emphasis added).

The Panel has clearly left the door open to transfers in an appropriate case.  As recently as August 9, 2010, the Panel stated that "[c]entralization of insurance litigation with the underlying claims will always depend on the particular facts and circumstances of the litigation." (No. 290).  In that case (*Amersure Ins. Co. v. Albanese Popkin*), the Panel denied a transfer because "the case appears to present strictly legal questions that require little or no centralized discovery."  But the Panel went on to state that "[d]ifferent circumstances could create a stronger case for transfer.  Where insurance coverage actions require and rely on the same factual discovery as the underlying tort actions, transfer may be warranted."

By Chartis' own admission, the *Taylor Morrison v. Chartis* insurance coverage **does** rely on "the same factual discovery as the underlying tort actions."  Chartis has told the District Court that it needs discovery on the homes in the underlying actions in order to determine:

1) "whether the damages claimed arise from 'bodily injury' or 'property damage;'"[1]

2) "when those damages occurred to determine which, if any, policy is implicated."[2]

3) "which, if any policy, is implicated with respect to that house;"[3]

4) "whether there is 'property damage,' whether policy exclusions (e.g., 'your work,' 'your product,' and 'impaired property,') apply, and the extent of that damage;"[4]

5) "whether there has been an 'occurrence' as defined in the policies, and the application of policy exclusions."[5]

---

[1] Chartis Reply in Support of Motion to Transfer Venue, attached as Exhibit A to Taylor's Reply (No. 285), p. 8, lines 14-15 .
[2] *Id.*, p. 8, lines 22-23 and p. 9, line 1.
[3] *Id.*, p. 9, lines 6-7.
[4] *Id.*, p. 9, lines 8-11.
[5] *Id.*, p. 9, lines 20-26 and p. 10, line 1.

6) "when any property damage may have occurred."[6]

This insurance coverage case *does* "require and rely on the same factual discovery as the underlying tort actions" (No. 290) and transfer is therefore warranted, regardless of Judge Fallon's recent suggestion in another, unrelated case that transfer might not be warranted.

## **CONCLUSION**

For the reasons set forth above, and in Taylor's previous filings on this Motion (Nos. 265 and 285) the Taylor plaintiffs respectfully request the Panel to grant their Motion to Transfer *Taylor Morrison, Inc. et al. v. American International Specialty Lines Insurance Co.*, Case No. 8:10-cv-1347 (M.D.Fl.) (formerly, Case No. 2:09-cv-08651 (C.D.C.)) to the consolidated proceedings before Judge Eldon E. Fallon in the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1407.

.

DATED: September 28, 2010

                                        Neal A. Sivyer
                                        Neal A. Sivyer, Florida Bar No. 373745
                                        nsivyer@sbwlegal.com
                                        Stephen E. Walker, Florida Bar No. 0497851
                                        swalker@sbwlegal.com
                                        SIVYER BARLOW & WATSON, P.A.
                                        401 E. Jackson Street, Suite 2225
                                        Tampa, Florida 33602
                                        Telephone:  (813) 221-4242
                                        Facsimile:   (813) 227-8598
                                        and

---

[6] *Id.*, p. 10, lines 1-3 .

Jeffrey D. Masters
Jeffrey D. Masters, Esq.,
Cal. Bar. No.: 94122
jmasters@coxcastle.com
Patrick M. McGovern, Esq.,
Cal. Bar No. 208977
pmcgovern@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2049 Century Park East, 28th Floor
Los Angeles, California  90067
Telephone:  (310) 277-4222
Facsimile:   (310) 277-7889

Attorneys for Taylor Morrison, Inc., Taylor Morrison Services, Inc. and Taylor Woodrow Communities at Vasari, L.L.C.

## CERTIFICATE OF SERVICE
### Judicial Panel Multidistrict Litigation

I hereby certify that a true and correct copy of the foregoing was furnished by regular U.S. Mail on this 28th day of September, 2010 to those individuals listed on the attached Judicial Panel Service List and the following:

**Counsel for Defendant American International Specialty Lines Insurance Company**
Jordon Edward Harriman
Lewis Brisbois Bisgaard & Smith
221 N. Figueroa St., Ste 1200
Los Angeles, CA 90012-2601
(213)250-1880
Email:  harriman@lbbs.com

Paul D. Smolinsky and Warren C. Lutz
Jackson and Campbell P.C.
1120 20th Street NW, Ste 300
Washington, DC 20036
202-457-1600
Email:  psmolinsky@jackscamp.com

Jeffrey Daniel Masters, Esq.
Patrick M. McGovern, Esq.
Cox, Castle & Nicholson LLP
2049 Century Park East 28th Floor
Los Angeles, CA  90067

- 5 -

Ronald L. Kammer
Hinshaw & Culbertson, LLP
9155 South Dadeland Boulevard
Suite 1600
Miami, FL  33156

United States District Court
Eastern District of Louisiana
electronically with the Clerk of
the Court using CM/ECF
 and upon all parties by electronically
uploading the same to Lexis/Nexis File & Serve

United States District Court
Middle District of Florida
electronically with the Clerk of
the Court using CM/ECF

                                                 /s/ Neal A. Sivyer_____

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                    MDL No. 2047

## PANEL SERVICE LIST

Judy Y. Barrasso
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER LLC
909 Poydras Street
24th Floor
New Orleans, LA 70112
**jbarrasso@barrassousdin.com**

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113
**rherman@hhkc.com**

Warren Lutz
JACKSON & CAMPBELL
1120 20th St., N. W.
Suite 300 South
Washington, DC 20036
**wlutz@jackscamp.com**

Jeffrey Daniel Masters
COX CASTLE & NICHOLSON LLP
2049 Century Park East
28th Floor
Los Angeles, CA 90067-3284
**jmasters@coxcastle.com**

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
**kmiller@frilot.com**

Stephen E. Walker
SIVYER BARLOW & WATSON PA
401 East Jackson Street
Suite 2225
Tampa, FL 33602
**swalker@sbwlegal.com**

Rebecca R. Weinreich
LEWIS BRISBOIS BISGAARD &
SMITH LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
**weinreich@lbbslaw.com**

Phillip A. Wittmann
STONE PIGMAN WALTHER &
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588
**pwittmann@stonepigman.com**