**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

**PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

Plaintiffs, David Gross, Cheryl Gross, and Louis Velez, by and through their counsel, respectfully move this Honorable Court for an Order, in the form appended hereto, entering a preliminary default judgment against the following defendants who have been served with the complaint:

1. Changzhou Yinhe Wood Industry Co., Ltd. served on June 27, 2010;

2. China National Building Materials Co., Ltd. served on February 25, 2010;

3. China National Building Material Group Corporation ("CNBM Group") served on February 25, 2010;

4. Fuxin Taishan Gypsum And Building Material Co., Ltd. served on March 4, 2010;

5. Hubei Taishan Building Material Co., Ltd. served on February 8, 2010;

6. Jinan Run & Fly New Materials Co., Ltd. served on February 8, 2010;

7. Nanhai Silk Imp. & Exp. Corporation served on March 12, 2010;

8. Pingyi Baier Building Materials Co., Ltd. served on February 25, 2010;

9. Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. ("Chenxiang") served on February 25, 2010;

10. Qinhuangdao Taishan Building Material Co., Ltd. served on February 9, 2010;

11. Shanghai Yu Yuan Imp & Exp Co., Ltd. served on February 26, 2010;

12. Sinkiang Tianshan Building Material And Gypsum Product Co, Ltd. served on April 30, 2010;

13. Sunrise Building Materials Ltd. served on December 7, 2009;

14. Tai'an Jindun Building Material Co., Ltd. served on February 4, 2010;

15. Taishan Gypsum Co., Ltd. Lucheng Branch served on March 26, 2010;

16. Taishan Gypsum (Baotou) Co., Ltd. served on March 3, 2010;

17. Taishan Gypsum (Chongqing) Co., Ltd. served on February 9, 2010;

18. Taishan Gypsum (Henan) Co., Ltd. served on March 25, 2010;

19. Taishan Gypsum (Pingshan) Co., Ltd. served on March 11, 2010;

20. Taishan Gypsum (Pizhou) Co., Ltd. served on March 3, 2010;

21. Taishan Gypsum (Tongling) Co., Ltd. served on February 20, 2010;

22. Taishan Gypsum (Xiangtan) Co., Ltd. served on March 24, 2010; and

23. Yunan Taishan Gypsum and Building Material Co., Ltd. served on April 7, 2010.

Plaintiffs also respectfully move this Honorable Court for an Order, in the form appended hereto, entering a preliminary default judgment against the following defendants who have been served by virtue of leaving rejected legal process with the defendant:

24. Beijing New Building Materials Public Limited Company served on April 23, 2010;

25. Shaanxi Taishan Gypsum Co., Ltd. served on March 26, 2010;

26. Taishan Gypsum (Hengshui) Co., Ltd. served on March 26, 2010;

27. Taishan Gypsum (Jiangyin) Co., Ltd. served on July, 29, 2010; and

28. Taishan Gypsum (Wenzhou) Co., Ltd. served on May 14, 2010.

These defendants as well as those identified in the preceding section shall be referred to herein collectively as the Defaulting Defendants.

Service of process has been perfected on each of the Defaulting Defendants on the dates set

forth above.  Notwithstanding that service of process has been perfected on these defendants, the Defaulting Defendants have failed to enter an appearance despite this Court's instruction that parties failing to do so will be subject to default judgement.  *See* Minute Entry dated August 11, 2009 [Document # 165].  *See also* Pretrial Order No. 1G (clarifying that counsel must enter an appearance within twenty (20) days after service of a complaint on their client) [Document # 3348].  Nor have these defendants answered the complaint or otherwise defend themselves in this action within the period contemplated by Fed.Rule Civ. Proc. 12.

Pursuant to Fed.R.Civ. P. 55, preliminary default judgement should be entered against each of the Defaulting Defendants since they have not entered an appearance, answered Plaintiffs' complaint, or otherwise offered any defense in this action, notwithstanding that service of the complaint was perfected on each of these defendant.  For this reason, as well as those set forth in the memorandum of law submitted in conjunction herewith, Plaintiffs respectfully request that the Court enter preliminary default judgment against each of the Defaulting Defendants.

                Respectfully submitted,

Dated: September 29, 2010       /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)  
Fred S. Longer (On the Brief)  
Matthew C. Gaughan (On the Brief)  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
215-592-1500 (phone)  
215-592-4663 (fax)  
Alevin@lfsblaw.com  
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios  
Barrios, Kingsdorf & Casteix, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: (504) 524-3300  
Fax: (504) 524-3313  
Barrios@bkc-law.com  

Daniel E. Becnel, Jr.  
Becnel Law Firm. LLC  
P.O. Drawer H  
106 W. Seventh Street  
Reserve, LA 70084  
Phone: (985) 536-1186  
Fax: (985) 536-6445  
dbecnel@becnellaw.com  

Victor Manuel Diaz  
Podhurst Orseck, P.A.  
25 Flagler Street, 8th Floor  
Miami, FL 33130  
Phone: (305) 358-2800  
Fax: (305) 358-2382  
vdiaz@podhurst.com  

Bruce William Steckler  
Baron & Budd, P.C.  
3102 Oak Lawn Ave., Suite 1100  
Dallas, TX 75219  
Phone: (214) 521-3605  
Fax: (214) 520-1181  
bsteckler@baronbudd.com  

Ervin A. Gonzalez  
Colson, Hicks, Eidson, Colson  
  Matthews, Martinez, Gonzales,  
  Kalbac & Kane  
255 Alhambra Circle, Penthouse  
Cora Gables, FL 33134  
Phone: (305) 476-7400  
Fax: (305) 476-7444  
Ervin@colson.com  

Ben W. Gordon, Jr.  
Levin, Papantonio, Thomas, Mitchell  
  Echsner & Proctor, P.A.  
316 S. Baylen Street, Suite 600  
Pensacola, FL 32502  
Phone: (850) 435-7000  
Fax: (850) 435-7020   bgordon@levinlaw.com  

Hugh P. Lambert  
Lambert and Nelson  
701 Magazine Street  
New Orleans, LA 70130  
Phone: (504) 581-1750  
Fax: (504) 529-2931  
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055   Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Plaintiffs' Omnibus Motion for Preliminary Default Judgment and Memorandum of Law in support thereof have been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of September, 2010.

               /s/_Leonard A. Davis_____
               Leonard A. Davis, Esquire
               Herman, Herman, Katz & Cotlar, LLP
               820 O'Keefe Avenue
               New Orleans, Louisiana 70113
               Phone: (504) 581-4892
               Fax: (504) 561-6024
               LDavis@hhkc.com
               Plaintiffs' Liaison Counsel
               MDL 2047