UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

## DECLARATION OF ARNOLD LEVIN IN SUPPORT OF PLAINTIFF'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

I, Arnold Levin, declare as follows:

1. I am a partner in the law firm of Levin, Fishbein, Sedran & Berman, counsel of record for Plaintiffs in this matter. I am a member in good standing of the bar of the State of Pennsylvania. I submit this declaration in support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Plaintiffs received notice that service of process was perfected on Changzhou Yinhe Wood Industry Co., Ltd. on June 27, 2010; China National Building Materials Co., Ltd. on February 25, 2010; China National Building Material Group Corporation ("CNBM Group") on February 25, 2010; Fuxin Taishan Gypsum And Building Material Co., Ltd. on March 4, 2010; Hubei Taishan Building Material Co., Ltd. on February 8, 2010; Jinan Run & Fly New Materials Co., Ltd. on February 8, 2010; Nanhai Silk Imp. & Exp. Corporation on March 12, 2010; Pingyi Baier Building Materials Co., Ltd. on February 25, 2010; Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. ("Chenxiang") on February 25, 2010; Qinhuangdao Taishan Building Material Co., Ltd. on February 9, 2010; Shanghai Yu Yuan Imp & Exp Co., Ltd. on February 26, 2010; Sinkiang Tianshan Building

Material And Gypsum Product Co, Ltd. on April 30, 2010; Sunrise Building Materials Ltd. on December 7, 2009; Tai'an Jindun Building Material Co., Ltd. on February 4, 2010; Taishan Gypsum Co., Ltd. Lucheng Branch on March 26, 2010; Taishan Gypsum (Baotou) Co., Ltd. on March 3, 2010; Taishan Gypsum (Chongqing) Co., Ltd. on February 9, 2010; Taishan Gypsum (Henan) Co., Ltd. on March 25, 2010; Taishan Gypsum (Pingshan) Co., Ltd. on March 11, 2010; Taishan Gypsum (Pizhou) Co., Ltd. on March 3, 2010; Taishan Gypsum (Tongling) Co., Ltd. on February 20, 2010; Taishan Gypsum (Xiangtan) Co., Ltd. on March 24, 2010; and Yunan Taishan Gypsum and Building Material Co., Ltd. on April 7, 2010.

3. In addition to the defendants listed above, Plaintiffs have received notice that other defendants have been served by virtue of leaving rejected legal process with the defendant. Service of process was perfected in this manner on Beijing New Building Materials Public Limited Company on February 25, 2010; Shaanxi Taishan Gypsum Co., Ltd. on March 11, 2010; Taishan Gypsum (Hengshui) Co., Ltd. on March 10, 2010; Taishan Gypsum (Jiangyin) Co., Ltd. on July, 29, 2010; and Taishan Gypsum (Wenzhou) Co., Ltd. on May 14, 2010. These defendants as well as those referenced in the preceding paragraph shall be referred to herein collectively as the Defaulting Defendants. Documents memorializing effective service on the Defaulting Defendants are attached hereto as Exhibit "A".

4. To date, the Defaulting Defendants have failed to enter an appearance, answer, or otherwise respond to Plaintiffs' complaint. A true and correct copy of the docket sheet for the Plaintiffs' action is attached hereto as Exhibit "B".

I declare under penalty of perjury under the laws of the State of Pennsylvania and the United States that the foregoing is true and correct.

Executed this 28th day of September, 2010, at Philadelphia, Pennsylvania.

_____
ARNOLD LEVIN