# EXHIBIT A

Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
**CivilActionGroup.com**

APS File: 255512-6

## AFFIDAVIT OF SERVICE ON A CORPORATION

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service in a foreign country pursuant to Article 10 of the Hague
Service Convention

Service of Process on:

--Sunrise Building Materials Ltd.
Court Case No. 09-6690

**Name of Server:** _Amilcar Vieira_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the _7th_ day of _December_, 20_09_, at _2:53_ o'clock _P_ M

**Place of Service:** at _7-55 Nugget Ave._, city of _Scarborough_, ~~state~~ Province of _Ontario_

**Documents Served:** the undersigned served the documents described as:

Summons in a Civil Action, Class Action Complaint, Summary of the Document to Be Served

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Building Materials Ltd.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Amee Wen, Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Black_ ; Facial Hair _N/A_
Approx. Age _28_ ; Approx. Height _5'2"_ ; Approx. Weight _100 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Foreign Law:** Service also done under Rule: _16.02(1)(cc)_ of Canada

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Amilcar Vieira_
Signature of Server _Amilcar Vieira_

Subscribed and sworn to before me this _10th_ day of _December_, 20 _09_.

_____
Notary Public

(Commission Expires) _N/A_

**APS International, Ltd.**

# XUZHOU CITY INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Jiangsu Province Xuzhou City Intermediate People's Court]

*Law Association No. FX-10-176*
*Judicial Association No. SX-10-112*

| Cause of Action | | Cause No. | ( ) No. |
|---|---|---|---|
| Document Served | Summary of document, summons, complaint (one copy each) and translation (2 copies) served. (U.S. District Court documents, Eastern District, Louisiana) | | |
| Recipient (Unit) | Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Address for Service | Canal Bridge West, Xulian Road, Pizhou City (Jiangsu Province, China). | | |
| Recipient Signature or Seal | Wu, Xin Nian   Head of Administration Office<br><br>March 3, 2010 | | |
| Recipient in substitution and reason(s) | <br>Date | | |
| Notes | | | |

Issuer:   Zhao, Shu Xia                    Server:   Zhao, Shu Xia        Shi, Ji Jun

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*

*1.   que la demande a été exécutée*

- the (date)
- *le (date)*     March 3rd, 2010
- at (place, street, number)
- *à (localité, rue numéro)*     West of Yunhe Bridge, Xufan Road, Pizhou City, Jiangsu Province, China.

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method*:
     *b)   selon la forme particulière suivante:* _____

[ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
     *c)   par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*     Xinjun Wu

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*     the General Section Chief of the addre

2)  that the document has not been served, by reason of the following facts*:

*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _____
*Fait à*  Beijing  the
          *le*  March 26th, 2010

**Signature and/or stamp.**
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-MBN Document 502-3 Filed 09/29/10 Page 5 of 93

58-70-712

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commercialè, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*      Taishan Gypsum (Pizhou) Co., Ltd.
     Yunhe Bridge West, Xulian Road, Pizhou City, Jiangsu 212000, China
     Tel:

[X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\***
    *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:**
    *b)*  *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.**
    *c)*  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes\* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br><br>_____<br>_____<br>_____<br>_____<br>_____ | **Done at**<br>*Fait à* Minneapolis, Minnesota, U.S.A.   , the<br>                                  *le* 1/13/10<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.*<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                             (Est. 11/22/77)

\* Delete if inappropriate./. *Rayer les mentions inutiles*

# THE PEOPLE'S REPUBLIC OF CHINA
## SHANDONG PROVINCE LINXINYI CITY
## INTERMEDIATE PEOPLE'S COURT
## PROOF OF SERVICE

[Seal:  Shandong Province Linyi City Intermediate People's Court]

*Law Association No. FX-10-193*
*Judicial Association No. SX-10-91*

| Cause of Action | | Cause No. | Shangdong Superior Court Law Association Transaction No. 21 |
|---|---|---|---|
| Document Served | Summary of document, summons, complaint served. | | |
| Recipient (Unit) | Pinyi Zhong Xing Gypsum Plasterboard Co., Ltd. (former known as Shandong Chen Xiang Building Material Co., Ltd. ) | | |
| Address for Service | Junhe Industrial Park, Pingyi County, Linyi City Shandong Province, China. (Dongyah Dianzi Cun (Village), Pingyi Zhen (Town), Pingyi Xian (County), Shandong 273000 China.) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | [Signature illegible] (received on behalf)  Feb. 25, 2010 | | |
| Notes | Servers:  Nong, Jian Guang  0539-8128077  Zhao, Xiu Xiu  0539-8138238 | | |

Issuer:   Hou, Pei Dong          Date of Issue:                Server:    Lu, Wen Qi

Note:
    (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: Gross v. Knauf Gips, KG
Defendant: Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd., formerly known as Shandong Chenxiang Building Materials Co., Ltd.
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN Document 5621-3 Filed 09/29/10 Page 7 of 93

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
1.    *que la demande a été exécutée*

    - the (date)
    - *le (date)*   February 25th, 2010
    - at (place, street, number)
    - *à (localité, rue numéro)*   Junhe Industrial Park, Pingyi County, Linyi City, Shandong Province, China.

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*

        [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  (b)  in accordance with the following particular method*:
            *b)*   *selon la forme particulière suivante:* _____

        [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
            *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)*   the signature could not be recognized.

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   not mentioned.

2)    that the document has not been served, by reason of the following facts*:
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at   Beijing   , the  March 26th, 2010
*Fait à*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
| --- | --- |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) _____ Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd._

_____ formerly known as Shandong Chenxiang Building Materials Co., Ltd._

___ Dongyah Dianzi Cun (Village), Pingyi Zhen (Town), Pingyi Xian (County), Shandong 273300 China
_____ Tel: 05394181801

[X] (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\***
      *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:**
      *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
_____

[ ] (c)  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.**
      *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes\* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint_____
Summons in a Civil Action_____
Translations_____
Summary of the Document to be Served__
_____
_____
_____
_____

Done at
*Fait à* _Minneapolis, Minnesota, U.S.A._____ , the
                                                    *le*  1/3/10

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                    (Est. 11/22/77)

\* Delete if inappropriate./. *Rayer les mentions inutiles*

# THE PEOPLE'S REPUBLIC OF CHINA
## SHANDONG PROVINCE LINYI CITY
## INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal:  Shandong Province Linyi City Intermediate People's Court]

U.S.

*Law Association No. FX-10-114*
*Judicial Association No. SX-10-87*

| Cause of Action | | Cause No. | Shangdong Superior Court Law Association Receiving  No. (2010) 13 |
|---|---|---|---|
| Document Served | Summary of document, summons, complaint served. | | |
| Recipient (Unit) | Pingyi Baier Building Material Co., Ltd. | | |
| Address for Service | Baier Industrial Park, Pingyi County, Linyi City, Shandong Province, China. (Baier Inderstrial Park, Ziqiu Town, Pingyi County, Shandong 273300 China.) | | |
| Recipient Signature or Seal | | | Date |
| Recipient in substitution and reason(s) | Huang, Xiao Guo    Deputy General Manager | | Feb. 25, 2010 |
| Notes | Servers:  Nong, Jian Guang  0539-8128077 Zhao, Xiu Na  0539-8138238 | | |

Issuer:   Hou, Pei Dong        Date of Issue:            Server:   Lu, Wen Qi

Note:
    (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: ~~Crase Shaw and Co~~
Defendant: Pingyi Baier Building Materials Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)     that the document has been served*

*1.     que la demande a été exécutée*

- the (date)     February 25th, 2010
- *le (date)*
- at (place, street, number)    Baier Industrial Park, Ziqiu Town, Pingyi County, Linyi City,
- *à (localité, rue numéro)*    Shandong Province, China

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     *a)     selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method*: _____
     *b)     selon la forme particulière suivante:*

[ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
     *c)     par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*    Huang Somebody

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*    the vice-president of the addressee

2)     that the document has not been served, by reason of the following facts*:
*2.     que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at     Beijing    , the     March 26th, 2010
*Fait à*                    *le*
Signature and/or stamp.
*Signature et/ou cachet.*

华 人 民 共 和 国
司 法 部
司法协助专用章

_____

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** **that the document has been served\***
*1.* *que la demande a été exécutée*
- the (date)
- *le (date)* **February 25th, 2010**
- at (place, street, number)
- *à (localité, rue numéro)* **Baier Industrial Park, Zaqiu Town, Pingyi County, Linyi City, Shandong Province, China**

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X] **(a)** **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
    *a)* *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] **(b)** **in accordance with the following particular method\*:**
    *b)* *selon la forme particulière suivante:* _____

  [ ] **(c)** **by delivery to the addressee, who accepted it voluntarily.\***
    *c)* *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* **Huang Somebody**

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* **the vice-president of the addressee**

**2)** **that the document has not been served, by reason of the following facts\*:**
*2.* *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at **Beijing**
*Fait à*                                    , the **March 26th, 2010**
                                           *le*

中华人民共和国
司法部
司法协助专用章

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    **Delete if inappropriate.**
     *Rayer les mentions inutiles.*

2

# SHANDONG PROVINCE TAI'AN CITY
# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal:  Shandong Province Tai'an City Intermediate People's Court]

*Law Association No. FX-10-133*
*Judicial Association No. SX-10-95*

### (To be used by all types of cases)

| Cause No. | Judicial Assistance | Cause of Action | (2010) Law Association No. 9 |
|---|---|---|---|
| Document Served and Number | Legal proceedings (61 pages) from US District Court, Easter District, Louisiana. | | |
| Recipient (Unit) | TAI'AN JIN DUN BUILDING MATERIAL CO., LTD. | | |
| Address for Service | This Court. | | |
| Recipient Signature or Seal | Ren, Shang Fu (staff, Company's Appliance Departmrnt)<br><br>February 4, 2010 | | |
| Recipient in substitution and reason(s) | <br>Date | | |
| Notes | | | |

Issuer:                                    Server:   Yi, Lei

Note:
     (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
     (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

SX-2010-95

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776        Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
      (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

      *(identité et adresse)* _____ Tai'an Jindun Building Material Co., Ltd.
      Beixiyao Cun/Qianzhoujiayuan Cun/Houzhoujiayuan Cun, Dawenkou Zhen, Taian City, Shandong 271026, China
      Tel: 05388812516

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint | Done at _____ , the ‿ |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. _____ , le 1/13/10 |
| Translations | |
| Summary of the Document to be Served | |
| _____ | APS INTERNATIONAL |
| _____ | APS International Plaza |
| _____ | 7800 Glenroy Road |
| _____ | Signature and/or stamp.<br>*Signature et/ou cachet.* |

| | |
|---|---|
| (Formerly OBD-116 which was formerly LAA-116,<br>both of which may still be used) | USM-94 |
| | (Est. 11/22/77) |

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips, KG
Defendant:  Tai'an Jindun Building Material Co., Ltd.
Court Case No.:  09-6690

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served\***
*1.    que la demande a été exécutée*

- the (date)
- *le (date)*    February 4th, 2010
- at (place, street, number)
- *à (localité, rue numéro)*    the Intermediate People's Court of Tai'an City, Shandong Provin China.

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[X]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
         *a)    selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  **(b)  in accordance with the following particular method\*:** _____
         *b)    selon la forme particulière suivante:* _____

[ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
         *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)*    Shangfu Ren

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   One staff of the Legal Affairs Department of the addressee

2)    **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à*    Beijing    the  22/2, 2010

中华人民共和国
司法部
司法协助专用章

**Signature and/or stamp.**
*Signature et/ou cachet.*

_____

\*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

U.S

# HUBEI PROVINCE JINGMEN CITY
# DUODAO DISTRICT PEOPLE'S COURT

## PROOF OF SERVICE

[Seal:  Jingmen City Duodao District People's Court]

*Law Association No. FX-10-178*
*Judicial Association No. SX-10-108*

| Cause of Action | | Cause No. | ( ) No. _____ |
|---|---|---|---|
| Document Served | Summary of document served, one copy;<br>Summons, one copy; Complaint, one copy.<br>(3 documents in all) | | |
| Recipient (Unit) | Hubei Taishan Building Material Co., Ltd. | | |
| Address for Service | New High-Tech Development Zone, Jingmen City, Hubei Province, (China) | | |
| Recipient Signature or Seal | | | Date |
| Recipient in substitution and reason(s) | Lu, Bao Ju | | Feb. 8, 2010 |
| Notes | Deputy General Manager, Hubei Taishan Building Material Co., Ltd.<br>13774058719 | | |

Issuer:   Du, Wei Dong                    Server:   Qiang, Deng Peng      Yang, Shou Li

*Note:*
    (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

SS-10-708

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 7 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*) _____Hubei Taishan Building Material Co., Ltd._____

Jingmen Gao Xin Ji Shu Chan Ye Kai Fa Qu (Jingmen New and High Technology Industrial Development Zone), Jingmen City
Hubei 448124, China

Tel: 07242499096

[X] (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
_____
_____

[ ] (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____ | **Done at** , the 1/13/10<br>*Fait à* Minneapolis, Minnesota, U.S.A. , *le*<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.* |



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)        (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Defendant:   Hubei Taishan Building Material Co., Ltd.
Court Case No.:   09-6690

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**   **that the document has been served***
*1.*   *que la demande a été exécutée*

- the (date)
- *le (date)*   8/2. 2010 .
- at (place, street, number)
- *à (localité, rue numéro)*   Jing men Neno and High Technology Industry Development Zone.
   Hubei Province

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ✓](a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  (b)   in accordance with the following particular method*:
      *b)*   *selon la forme particulière suivante:* _____

   [ ]  (c)   by delivery to the addressee, who accepted it voluntarily.*
      *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*   Lu Bangju

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   The vice-general manager of the addres

**2)**   **that the document has not been served, by reason of the following facts***:
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at
*Fait à*   Beijing , the
   *le*   8/3. 2010 .

Signature and/or stamp.
*Signature et/ou cachet.*

_____
_____

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

# ANHUI PROVINCE SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: The People's Republic of China
Anhui Province Superior People's Court
Judicial Assistance Special Stamp]

*Law Association No. FX-10-179*
*Judicial Association No. SX-10-109*
*(2010) Anhui Province Judicial Assistance (Service) No. 0010*

| | |
|---|---|
| Cause of Action | |
| Servee | TAISHAN GYPSUM (TONGLING) CO. LTD. |
| Address for Service | Jin Qiao Industrial Park, Tongling City, (Anhui Province, China). |
| Document Served and Number | Summary of documents served; Summons and Complaint, one copy each. |
| Recipient Signature or Seal | Ma, Wen Bo |
| Date of Receipt | February 20, 2010   10:00 am |
| Substitute Recipient and Reason | |
| Servers | |
| Notes | No. 2 Head of the company (Deputy) |

Note: 1. *If the recipient proper is not in, hand the documents to an adult family member for receiving in substitution.*
2. *In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.*
3. *If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient. The service is then deemed as executed.*

APPLICANT IS AUTHORIZED TO SERVE LEGAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-MBN Document 5631-3 Filed 09/29/10 Page 19 of 93

58-10-109

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    Taishan Gypsum (Tongling) Co., Ltd.
Jinqiao Industrial Park, Tongling Anhui 244000, China
Tel:

[X] (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at    , the 1/13/10
*Fait à* Minneapolis, Minnesota, U.S.A.

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

### CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**   **that the document has been served***
*1.*   *que la demande a été exécutée*

- the (date)
- *le (date)*   February 20th, 2010
- at (place, street, number)
- *à (localité, rue numéro)*   Jingtao Industrial Park, Tonglang, Anhui Province, China.

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

    [X]   **(a)**   **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
        *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]   **(b)**   **in accordance with the following particular method*:**
        *b)*   *selon la forme particulière suivante:* _____

    [ ]   **(c)**   **by delivery to the addressee, who accepted it voluntarily.***
        *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)*   Wenbo Ma

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   the vice-president of the addressee

**2)**   **that the document has not been served, by reason of the following facts*:**
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at
*Fait à*   Beijing   the
   *le*   March 26th, 20

中 华 人 民 共 和 国
司 法 部
司法协助专用章

Signature and/or stamp.
*Signature et/ou cachet.*

_____

---

\*   **Delete if inappropriate.**
  *Rayer les mentions inutiles.*

2

# LIAONING PROVINCE FUXIN CITY
# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Liaoning Province Fuxin City Intermediate People's Court
Case Filing Department]

*Law Association No. FX-10-175*
*Judicial Association No. SX-10-111*

| | |
|---|---|
| Case No. | US District Court, Eastern District of the State of Louisiana<br>Civil Case No. 09-6690 |
| Cause of Action | Indemnity Case |
| Servee | FUXIN TAISHAN GYPSUM BUILDING MATERIAL CO. LTD. |
| Address for Service | Case Filing Department, Liaoning Province Fuxin Intermediate People's Court |
| Document Served and Number | Summons in a civil action,  and Class Action Complaint |
| Recipient Signature or Seal | Shang, La Zhou    (Financial officer of the company)<br>[Seal:  Fuxin Taishan Gypsum Building Material Co., Ltd.] |
| Date of Receipt | March 4, 2010 |
| Substitute Recipient and Reason | Ji, Chun Mei        Liu, Hong |
| Servers | |
| Notes | |

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)        Fuxin Taishan Gypsum and Building Material Co. Ltd.

Pingxi Industrial Park North, Haizhou District, Fuxin, Liaoning 123000, China

Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.  , the<br>             *le* 1/13/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*  |

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                              (Est. 11/22/77)

* **Delete if inappropriate.**/. *Rayer les mentions inutiles*

SX-10-111

Case Name: Gross v. Knauf Gips, KG
Defendant: Fuxin Taishan Gypsum and Building Material Co. Ltd.
Court Case No.: 09-6690

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*

- the (date)
- *le (date)*    March 4th, 2010
- at (place, street, number)
- *à (localité, rue n°méro)*    the Registering Courtroom of the Intermediate People's Court of Fuxin City, Liaoning Province, China

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

    [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*

    [ ]  (b)  in accordance with the following particular method*:
        *b)*    *selon la forme particulière suivante:* _____

    [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)*    *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*    Xianzhou Shang

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*    the treasurer of the addressee

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

华 人 民 共 和 国
司 法 部
司法协助专用章

Done at    Beijing    the    March 26th, 2010
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

_____

*  Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

U.S.

# CHONGQING CITY
# JIANGJIN DISTRICT PEOPLE'S COURT

# PROOF OF SERVICE

[Seal:  Chongqing City Jiangjin District People's Court]

*Law Association No. FX-10-119*
*Judicial Association No. SX-10-70*

| Cause No. | | Cause of Action | ( ) No. |
|---|---|---|---|
| Document Served and Number | Summons in a civil action; Complaint in a civil action | | |
| Recipient (Unit) | TAISAHN GYPSUM (CHONGQING) CO., LTD. | | |
| Address for Service | Section A, Luo Huang Industrial Park, Jiangjin District, Chongqing City (Suchuan Province, China) | | |
| Recipient Signature or Seal | Wu, Xin Min February 9, 2010 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | Wu, Xin Min is General Manager of Taishan (Chongqing) Company | | |

Issuer:   Li, Rui Xing                    Server:   Gao, Yong Yong      Li, Rui Xing

Note:
    (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

SX-2010-70

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*      Taishan Gypsum (Chongqing) Co., Ltd.
                    Luhuang Industrial Park A, Jiangjin, Chongqing 402260, China
                Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particuliére suivante (article 5, alinéa premier, lettre b):_____*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A. , the<br> , *le* 8/13/10 |
| | Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)
                            (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Chongqing) Co., Ltd.
Court Case No.: 09-6690

SX-70-70

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served\***
1.   *que la demande a été exécutée*
- the (date)
- *le (date)*   9/2 , 2010 .
- at (place, street, number)
- *à (localité, rue numéro)*   Luhuang Industrial Park A. Jiangjin . Chongqing City

- in one of the following methods authorised by article 5-
*dans une des formes suivantes prévues à l'article 5:*
[ √ ] **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] **(b)   in accordance with the following particular method\*:**
b)   *selon la forme particulière suivante:* _____
[ ] **(c)   by delivery to the addressee, who accepted it voluntarily.\***
c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*   The signature is too roughly to be recognized.

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   **that the document has not been served, by reason of the following facts\*:**
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

                                                    Done at   Beijing   the   15/3, 2010 .
**In appropriate cases, documents establishing the service:**        Fait à
*Le cas échéant, les documents justificatifs de l'exécution:*
_____        **Signature and/or stamp.**
_____        *Signature et/ou cachet.*
_____

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*                                    2

# QINHUANGDAO CITY
# HAIGANG DISTRICT PEOPLE'S COURT

## PROOF OF SERVICE

[Seal:  Qinhuangdao City Haigang District People's Court]

*Judicial Association No. SX-10-71*

| Cause No. | | Cause of Action | (     ) No. |
|---|---|---|---|
| Document Served and Number | Summary of documents, Summons, and Complaint | | |
| Recipient (Unit) | QINHUANGDAO TAISHAN BUILDING MATERIAL CO., LTD. | | |
| Address for Service | No. 69, Gang Cheng Street East Section, (Qinhuangdao City, Jiangsu Province, China) | | |
| Recipient Signature or Seal | | | Date |
| Recipient in substitution and reason(s) | Yang, Xing Shan | | February 9, 2010 |
| Notes | Head of the General Management Office | | |

Issuer:                                                 Server:   Jiang, Chuan        Lu, Xiao Zhang

Note:
    (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

APPLICATION TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)       Qinhuangdao Taishan Building Material Co., Ltd.

Gangcheng Street, East No. 69, Haigang District, Qinhuangdao 066000, China

Tel:

[X]  (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)*    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)*    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à*  Minneapolis, Minnesota, U.S.A.     , the  1/13/10<br>                       *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

| (Formerly OBD-116 which was formerly LAA-116, both of which may still be used) | USM-94<br>(Est. 11/22/77) |
|---|---|

* Delete if inappropriate./. *Rayer les mentions inutiles*

SX-10-71

Case Name:  Gross v. Knauf Gips, KG
Defendant:  Qinhuangdao Taishan Building Material Co., Ltd.
Court Case No.:  09-6690

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served\***
*1.    que la demande a été exécutée*
     - the (date)
     - *le (date)* February 9th, 2010
     - at (place, street, number)
     - *à (localité, rue numéro)* No.69, East of Gangcheng Street, Haigang District,
Qinhuangdao City, China

     - in one of the following methods authorised by article 5-
     - *dans une des formes suivantes prévues à l'article 5:*
       [X]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  **(b)  in accordance with the following particular method\*.**
          *b)    selon la forme particulière suivante:* _____

      [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
          *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     - *(identité et qualité de la personne)* Xingshan Yang

     - relationship to the addressee (family, business or other):
     - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* the General Section Chief of the addressee

2)    **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à* Beijing 中华人民共和国 the March 26th, 2010
司法部
Signature and/or stamp. 司法协助专用章
*Signature et/ou cachet.*

\*    Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

U.S.

# SHANDONG PROVINCE JINAN CITY
# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

*Law Association No. FX-10-134*
*Judicial Association No. SX-10-78*

| Cause No. | | Cause of Action | Shandong Province Law Association Receiving No. (2010) 11. |
|---|---|---|---|
| Document Served and Number | Summary of documents served<br>Summons, one copy<br>Complaint, one copy | | |
| Recipient (Unit) | JINAN RUNFULAI NEW MATERIALS CO., LTD. | | |
| Address for Service | 3-201 Ruyi North Building, Hua Long Road, Jinan City, (Shandong Province, China) | | |
| Recipient Signature or Seal | | | Date |
| Recipient in substitution and reason(s) | Ning, Yun Bo  (company employee) | | February 8, 2010 |
| Notes | | | |

Issuer:  Yang, Guang Yin                              Server:    Li, Jing Long

[Seal:  Shandong Province Jinan City Intermediate People's Court]

Note:
      (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
      (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

SX-2010-78

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matièr civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ Jinan Run & Fly New Materials Co., Ltd. _____

_____ 3-201, Ruyibei BLD., Hualong Road, Jinan, Shandong 250100, China _____

Tel: _____

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| Class Action Complaint | Done at Minneapolis, Minnesota, U.S.A. , the 1/13/10 |
|---|---|
| Summons in a Civil Action | *Fait à* ___ , *le* ___ |
| Translations | |
| Summary of the Document to be Served | |
| _____ | Signature and/or stamp. |
| _____ | *Signature et/ou cachet.* |
| _____ | |
| _____ | |

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)          USM-94

(Est. 11/22/77)

* Delete if inappropriate*/. Rayer les mentions inutiles*

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) **that the document has been served\***
1. *que la demande a été exécutée*
   - **the (date)**
   - *le (date)* February 8th, 2010
   - **at (place, street, number)**
   - *à (localité, rue numéro)* No. 3-201 Ruyi North Building, Hualong Road, Ji'nan City, Shandong Province, China

   - **in one of the following methods authorised by article 5-**
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] **(b)  in accordance with the following particular method\*:**
     b)  *selon la forme particulière suivante:* _____

     [ ] **(c)  by delivery to the addressee, who accepted it voluntarily.\***
     c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - **(identity and description of person)**
   - *(identité et qualité de la personne)* Fangbo Ning

   - **relationship to the addressee (family, business or other):**
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* one staff of the addressee

2) **that the document has not been served, by reason of the following facts\*:**
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____          Done at Beijing          the 22/3, 2010
                                          *Fait à*                  *le*

In appropriate cases, documents establishing the service:   Signature and/or stamp.
*Le cas échéant, les documents justificatifs de l'exécution:*   *Signature et/ou cachet.*

_____
_____
_____

\*  **Delete if inappropriate.**
   *Rayer les mentions inutiles.*

2

US

**[SEAL: Lucheng City People's Court]   PEOPLE'S COURT**

**PROOF OF SERVICE**

Law Association No. FX-10-195
Judicial Association No. SX-10-89

| Cause of Action | . | Cause No. | (          ) No. |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy; Summons, one copy; Complaint, one copy | | |
| Recipient | Lucheng City Taishan Plaster Building Material Co., Ltd., Changzhi City, Shanxi Province, (China) | | |
| Address for Service | No. 3, Ganlin Road, Lucheng City, Shanxi Province, (China) | | |
| Recipient Signature or Seal | Peng, Ming Hao     [Finger print]<br>                              Manager | March 26, 2010<br>                    [Finger print] | |
| Recipient in substitution and reason(s) | | | |
| Notes | | | |

Issuer:                                    Server:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §81; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

SX-2010-89

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776         Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     **(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
     *(identité et adresse)*        Taishan Gypsum Co., Ltd., Lucheng Branch
                     Ganlin Road No. 3, Lucheng, Shaanxi 325088, China
                     Tel:

[X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)***:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____
     _____
     _____

[ ]  (c)  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint | Done at _____ , the 1/13/10 |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. , *le* _____ |
| Translations | |
| Summary of the Document to be Served | |
| _____ | **Signature and/or stamp.** |
| _____ | *Signature et/ou cachet.* |
| _____ | |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)
                                                          (Est. 11/22/77)

* Delete if inappropriate*/. Rayer les mentions inutiles*

Case Name: ~~Crase e  2009 cmd 02~~
Defendant:   Taishan Gypsum Co., Ltd., Lucheng Branch
Court Case No.:  09-6690

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served\***
*1.    que la demande a été exécutée*

    - the (date)
    - *le (date)*  <u>March 26th, 2010</u>
    - at (place, street, number)
    - *à (localité, rue numéro)*  <u>No.3 Ganlin Road, Lucheng City, Shanxi Province, China</u>

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*

      [X]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  **(b)  in accordance with the following particular method\*:**
          *b)    selon la forme particulière suivante: _____*

      [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
          *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)*  <u>the signature could not be recognized</u>

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  <u>the manager of the addressee.</u>

2)    **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at  <u>Beijing</u> , the  <u>April 23rd, 2010</u>
*Fait à                              , le*

Signature and/or stamp.
*Signature et/ou cachet.*

〇〇 人 民 共 和 国
司 法 部
司法协助专用章

\*    Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

US

# YIMEN COUNTY PEOPLE'S COURT

## PROOF OF SERVICE & RECORD OF SENTENCING

### [SEAL]  Yimen County People's Court

Law Association No. FX-10-132
Judicial Association No. SX-10-94

(          ) No._____

| Cause of Action | |
|---|---|
| Servee | Yunnan Province Taishan Plaster Building Material Co., Ltd. |
| Address for Service | Yunnan Province Taishan Plaster Building Material Co., Ltd., General Affairs Office |
| Document Served | Summons; Complaint |
| Recipient's Signature and Seal | [Seal]  Taishan Plasterboard (Yunnan) Co., Ltd. |
| Date of Receipt | April 7, 2010     Time: |
| Recipient in substitution and reason(s) | Recipient on-behalf:  Security personnel |

| Issuer | Wu, Jian Ling | Server | Xia, Shou Chang<br>Li, Jiang Hong<br>Wu, Jian Ling |
|---|---|---|---|

| RECORD OF SENTENCING |
|---|
| |

SX-2010-94

APPLICATION AUTHORIZED UNDER 28 USC SECTION 1608 PURSUANT TO THE UNITED STATES OF FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-MBN Document 5631-3 Filed 09/29/10 Page 37 of 93

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné à l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ Yunan Taishan Gypsum and Building Material Co. Ltd.
_____ Sanjia Village, Liujiezhen Factory, Yimen County, Yunan 651107, China
_____ Tel: 087 4951802

[X]  (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)     selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

[ ]  (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)     le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____
_____

Done at  Minneapolis, Minnesota, U.S.A. _____ , the  1.13.10
*Fait à*  Minneapolis, Minnesota, U.S.A. _____ , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)
(Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG
Defendant: Yunan Taishan Gypsum and Building Material Co. Ltd.
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN   Document 5621-3   Filed 09/29/10   Page 38 of 93

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** that the document has been served*

*1.   que la demande a été exécutée*

- the (date)
- *le (date)* April 7th, 2010
- at (place, street, number)
- *à (localité, rue, numéro)* the General-Section Office of the Yunnan Taishan Gypsum and Building Materials Co. Ltd , Yunnan, China.

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

 [X] **(a)** in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

 [ ] **(b)** in accordance with the following particular method*:
   *b)   selon la forme particulière suivante:* _____

 [ ] **(c)** by delivery to the addressee, who accepted it voluntarily.*
   *c)   par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* Yunnan Taishan Gypsum and Building Materials Co. Ltd

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)** that the document has not been served, by reason of the following facts*:

*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at Beijing , the April 23rd, 2010
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

---

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

US

# HUNAN PROVINCE XIANGTAN CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[SEAL]  Hunan Province Xiangtan City Intermediate People's Court

| Plaintiff: | Cause Of Action | Judicial Association No. SX-10-96 |
|---|---|---|
| Defendant: | | |

| Name of Document Servede | (1) Summary of documents, one copy; | (3) Complaint, one copy; |
|---|---|---|
| | (2) Summons, one copy; | (4) Documents |

| Recipient's Unit and Name | Date of Receipt | Recipient's Signature or Seal |
|---|---|---|
| Taishan Plasterboard (Xiangtan) Co., Ltd. | March 24, 2010 | Zhou, Fang Run |
| | Date | |
| | Date | |
| | Date | |
| | Date | |
| | Date | |

Note:  1.  The recipient must be sure to fill in the date of receipt, sign and seal (or finger print), then return this Proof of Service to this Court.

2.  The substitute recipient should do the same but will have to note down his/her relationship with the recipient.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)          Taishan Gypsum (Xiangtan) Co., Ltd.
Industrial Park, Guoqiang Village, Shuangma Township, Yuetang District, Xiangtan, Hunan 411102, China
Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| <u>Class Action Complaint</u><br><u>Summons in a Civil Action</u><br><u>Translations</u><br><u>Summary of the Document to be Served</u><br><br><br><br><br> | Done at  <u>Minneapolis, Minnesota, U.S.A.</u>                    , the <u>1/13/10</u><br>*Fait à* <u>Minneapolis, Minnesota, U.S.A.</u>                    *le*<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.*   |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                     (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross, et al. v. Knauf Gips, KG
Defendant: Taishan Gypsum (Xiangtan) Co., Ltd.
Court Case No.: 09-6690

SX-10-90

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served\***
*1.*    *que la demande a été exécutée*

     - **the (date)**
     - *le (date)*   March 24th, 2010.
     - **at (place, street, number)**
     - *à (localité, rue numéro)*   not mentioned.

     - **in one of the following methods authorised by article 5-**
     - *dans une des formes suivantes prévues à l'article 5:*

     [X]   **(a)**   **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ]   **(b)**   **in accordance with the following particular method\*:**
          *b)*    *selon la forme particulière suivante:* _____

     [ ]   **(c)**   **by delivery to the addressee, who accepted it voluntarily.\***
          *c)*    *par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

     - **(identity and description of person)**
     - *(identité et qualité de la personne)*   the signature could not be recognized.

     - **relationship to the addressee (family, business or other):**
     - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   not mentioned.

2)    **that the document has not been served, by reason of the following facts\*:**
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

**Done at**   Beijing  , **the** April 22nd, 2010
*Fait à*          *, le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

\*   **Delete if inappropriate.**
   *Rayer les mentions inutiles.*

2

US

No. 0005623

## HENAN PROVINCE SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Henna Province Superior People's Court]

*Judicial Association No. SX-10-107*

| Recipient | TAISHAN PLASTERBOARD (HENAN) CO., LTD. | | Cause of Action | |
|---|---|---|---|---|
| **Address of Service** | Shou Yang Shan Industrial Park, Bei Huan Road North, Yanshi City, (Henan Province, China) | | | |

| Document for Service | Issuer | Server | Receiving Date | Recipient's Signature or seal | Reasons for Non-service |
|---|---|---|---|---|---|
| Class Action Complaint 09-6690 | Luo, Yu Jian | Gu, Chao Kun Wang, Peng Wei | March 25, 2010 | Qi, Yong Sheng | Office staff |
| (Law Assoc. (2010) No. 174) | | | Date | | 0379-67689968 |
| | | | Date | | |
| | | | Date | | |
| | | | Date | | |
| | | | Date | | |
| **Notes** | | | | | |

Note: (1) *If the recipient is not in, hand the documents to his/her adult relative(s), work unit, village government or neighborhood committee as substitute recipient.*
(2) *The recipient on behalf shall sign or seal in the recipient's column on this form and note his/her relationship with the named recipient.*

SX-10-101

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)          Taishan Gypsum (Henan) Co., Ltd.
       Shouyang Industrial Park, Beihuan Road North, Yanshi, Henan 471900, China
       Tel:

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
       *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
       *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
       *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes** -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.          , the _____<br>                                                                            *le* 1/3/10 |
| | Signature and/or stamp.<br>*Signature et/ou cachet.*  APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* March 25th, 2010
- at (place, street, number)
- *à (localité, rue numéro)* Shouyang Industrial Park, North of Beihuan Road, Yanshi, He'nan Province, China J

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
   b) *selon la forme particulière suivante:* _____

   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
   c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* the signature could not be recognized
- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* one section member of the company office

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at *Fait à* Beijing the *le* April 22nd, 2010
Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

# THE PEOPLE'S REPUBLIC OF CHINA

## SHANGHAI SUPERIOR PEOPLE'S COURT

### PROOF OF SERVICE

(Seal: Shanghai Superior People's Court)

*Judicial Association No.SX-10-81*

| | |
|---|---|
| Case No. | Shanghai Superior Court International No. (2010) 010 |
| Cause of Action | Law Association No. (2010) 122   United States |
| Document for Service and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy |
| Servee(s) | SHANGHAI YUYUAN TOURIST MART IMPORT & EXPORT CO., LTD. |
| Address for Service | 3rd Floor, No. 1, Lane 135, Old Jiao Chang Road, (Shanghai, China) |
| Recipient's Signature or Seal | [Seal]   Shanghai Yuyuan Tourist Mart Import & Export Co., Ltd.<br><br>February 26, 2010 |

| Mode of Delivery | | Executive Server | Ge, Wen Jun   Chen, Ping |
|---|---|---|---|
| | | | |

| Reason(s) for Non-service or Refusal to Accept by Recipient: |
|---|
| |
| Date |

SX-2010-81

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)     Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
3/F No. 135-1, Jiu Jiao Chang Road, Shanghai 200010, China
Tel:

[X] (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
_____
_____

[ ]  (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.      , the<br>                                                *le* 1/13/10 |
| | Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)
(Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)     that the document has been served*
1.     *que la demande a été exécutée*

- the (date)
- *le (date)*    February 26th, 2010
- at (place, street, number)
- *à (localité, rue numéro)*    3/F, No.1, Lane 135, Jiujiaochang Road, Shanghai, China

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[X]   **(a)**   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]   **(b)**   in accordance with the following particular method*:
     b)   *selon la forme particulière suivante:* _____

[ ]   **(c)**   by delivery to the addressee, who accepted it voluntarily.*
     c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*   Shanghai Yuyuan Shangcheng Import and Export Co., Ltd.

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)     that the document has not been served, by reason of the following facts*:
2.     *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at   Beijing     le   April 23rd, 2010
*Fait à*

中华人民共和国
司法部
司法协助专用章

Signature and/or stamp.
*Signature et/ou cachet.*

---

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-85

| Cause of Action | | Cause No. | Law Association No. (2010) 197 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Company Limited. | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China  100037). | | |
| Recipient Signature or Seal | Chang, Che Li      Vice President          010-88282398<br><br>February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation          . | | |

Issuer:  Chen, Xin                         Servers:  Zhu, Cheng Fu      Li, Qing

Note:
(1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776        Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)        China National Building Materials Co., Ltd. (CNBM)

17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| Class Action Complaint | |
|---|---|
| Summons in a Civil Action | Done at  Minneapolis, Minnesota, U.S.A.              , the   1/3/10 |
| Translations | *Fait à* Minneapolis, Minnesota, U.S.A.              *le* |
| Summary of the Document to be Served | |
| _____ | |
| _____ | **Signature and/or stamp.** |
| _____ | *Signature et/ou cachet.* |
| _____ | |
| _____ | APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)
                                                              (Est. 11/22/77)

* Delete if inappropriate.
. Rayer les mentions inutiles

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date) February 25th, 2010
- *le (date)*
- at (place, street, number) 11/F, Zhongguo Jiancai Mansion, No. 11 Sanlihe Road, Haidian District, Beijing, China
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method*:
b) *selon la forme particulière suivante:* _____

[ ] (c) by delivery to the addressee, who accepted it voluntarily.*
c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person) the signature could not be recognized
- *(identité et qualité de la personne)*

- relationship to the addressee (family, business or other): the vice-president of the addressee
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

Done at Beijing the 6/4, 2010
*Fait à*                *le*
Signature and/or stamp.
*Signature et/ou cachet.* 司法协助专用章

____
* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-92

| Cause of Action | | Cause No. | Law Association No. (2010) 194 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Group | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China  100037) . | | |
| Recipient Signature or Seal | Ma, Gen Lin        Deputy General Manager, Corporate Management Department<br>13911865588<br><br>                                                    February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer:  Chen, Xin                        Servers:  Zhu, Cheng Fu      Li, Qing

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)      China National Building Material Group Corporation (CNBM Group)
17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing 100037, China
Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.        , the 1/13/10
                                                                                            *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

SX-10-92

## CERTIFICATE
### *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) **that the document has been served***
*1. que la demande a été exécutée*

   - **the (date)**
   - *le (date)* February 25th, 2010
   - **at (place, street, number)**
   - *à (localité, rue numéro)* 17/E, Zhongguo Jiancai Mansion, No.11 Sanlihe Road, Haidian District, Beijing, China

   - **in one of the following methods authorised by article 5-**
   - *dans une des formes suivantes prévues à l'article 5:*

   [X] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

   [ ] **(b) in accordance with the following particular method*:**
   *b) selon la forme particulière suivante:* _____

   [ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
   *c) par remise simple*

   **The documents referred to in the request have been delivered to:**
   *Les documents mentionnés dans la demande ont été remis à:*
   - **(identity and description of person)**
   - *(identité et qualité de la personne)* Genlin Ma

   - **relationship to the addressee (family, business or other):**
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* the Vice-manager of the Department of Business Administration of addressee

2) **that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

**Done at** Beijing 中 华 人 民 共 和 国 **the** 6/4 2010
*Fait à* _____ *le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*
司 法 部
司法协助专用章

---

* **Delete if inappropriate.**
  *Rayer les mentions inutiles.*

2

# GUANGDONG PROVINCE

U.S.

## FOSHAN CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Guangdong Province Foshan City Intermediate People's Court]

*Law Association No. FX-10-123*
*Judicial Association No. SX-10-80*

| Cause of Action | Other judicial assistance | Case No. | (2010) Foshan Intermediate Court Civil 4/Inferior No. 5 |
|---|---|---|---|
| Document Served and Number | (2010) Foshan Intermediate Court Civil 4/Inferior No. 5 Summary of documents served, summons, complaint, one copy each. | | |
| Servee | Nan Hai Silk Import & Export Co. Ltd. | | |
| Address for Service | Building 1, No. 4 West Nan Gui Road, Foshan City, (Guangdong, China). | | |
| Time frame for Receiving Documents | | | |
| Notice to Servee | | Mode of Contact | |
| Name of Servee Signature or Sealt | Signature: [Seal: Guangdong Province Nan Hai Silk Import & Export Co., Ltd.] March 12, 2010 | | |
| Substitute Recipient | Signature: Date: | | |
| Notes | Please sign this Proof of Service and return it to this court. Address of this court: 51Second Kui Qi Road, Chan Cheng District, Foshan City, Guangdong Province, (China). Attn: Han, Zhen Yu Postal Code: 528000 | | |

Note:   1.  *The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §81; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.*
2.  *In case of receipt by substitution, the recipient shall sign or seal and note his/her relationship with the servee.*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

JX-2010-86
Case Document 150-2 Filed 09/24/10 Page 55 of 93

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commercial, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)

Nanhai Silk Imp. & Exp. Corporation
Block 1, 4 Nangui Road, West Foshan Guangdong, 528200, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a) *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b);* _____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____
_____

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.           , the 1/3/10
                                                   , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)
                                                    (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*

- the (date)
- *le (date)*  Mar 12, 2010
- at (place, street, number)
- *à (localité, rue numéro)*  No 4 Nan Gui Xi Ln, fo Shan

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method*:
     *b)    selon la forme particulière suivante:* _____

[ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
     *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*  Nan Hai Silk Imp & Exp. co

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  Personal Service

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at  Beijing                     , the
*Fait à*                          *le*  May 10, 2010

人 民 共 和 国
Signature and/or stamp.
*Signature et/ou cachet.*  司  法  部
司法协助专用章

*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

US

# THE PEOPLE'S REPUBLIC OF CHINA

## HEBEI PROVINCE PINGSHAN COUNTY PEOPLE'S COURT

# PROOF OF SERVICE

Judicial Association No. SX-10-105

| | |
|---|---|
| Case No. | No._____ |
| Cause of Action | |
| Document Served and Number | 1.   Summary of documents served, one copy<br>2.   Summons, one copy;        3.  Complaint, one copy<br>   (All with translation attached) |
| Servee | Taishan Plasterboard (Pingshan) Co., Ltd. |
| Address for Service | |
| Recipient's Signature and Seal | Wang, Shan Xi  (Deputy Director of the Factory)        March 11, 2010  10:00 am<br>[Finger print] |
| Mode of Service | |

| | | |
|---|---|---|
| | Server | |

Reason for non-service or
Recipient's refusal:




[Seal]   PINGSHAN COUNTY PEOPLE'S COURT

[Seal]  Pingshan County People's Court

(Translator Note: It seems that this mirrored seal is an
imprint from the opposite page.)

# THE PEOPLE'S REPUBLIC OF CHINA

## HEBEI PROVINCE PINGSHAN COUNTY PEOPLE'S COURT

# PROOF OF SERVICE

| | |
|---|---|
| Case No. | No._____ |
| Cause of Action | |
| Document Served and Number | 3. Summary of documents served, one copy<br>4. Summons, one copy;    3. Complaint, one copy<br>(All with translation attached) |
| Servee | Taishan Plasterboard (Pingshan) Co., Ltd. |
| Address for Service | |
| Recipient's Signature and Seal | Wang, Shan Xi  (Deputy Director of the Factory)   March 11, 2010  10:00 am<br>[Finger print] |

| Mode of Service | | Server | |
|---|---|---|---|
| | | | |

Reason for non-service or
Recipient's refusal:




[Seal]  PINGSHAN COUNTY PEOPLE'S COURT

[Seal]  Taishan Plasterboard (Yunnan) Co., Ltd.

(Translator Note: It seems that this mirrored seal is an imprint from the opposite page.)

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

SX-10-705

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   **(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)* _____ Taishan Gypsum (Pingshan) Co., Ltd.
Dian Chang Yuan Nei (Shijiazhuang Hua'ao Dianli Co., Ltd.), Pingshan Zhen, Pingshan Xian, Shijiazhuang, Hebei 050400, China
Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____
_____
_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint _____<br>Summons in a Civil Action _____<br>Translations _____<br>Summary of the Document to be Served _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ | Done at _____ , the $\backslash$/3\0<br>*Fait à* Minneapolis, Minnesota, U.S.A. _____ *le* _____<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*  |

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)        USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  **that the document has been served\***
*1.  que la demande a été exécutée*
- **- the (date)**
- *- le (date)* ___March 11th, 2010___
- **- at (place, street, number)**
- *- à (localité, rue numéro)* ___not mentioned___

- **- in one of the following methods authorised by article 5-**
- *- dans une des formes suivantes prévues à l'article 5:*

[✓] **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] **(b)  in accordance with the following particular method\*:** _____
    *b)  selon la forme particulière suivante:* _____

[ ] **(c)  by delivery to the addressee, who accepted it voluntarily.\***
    *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- **- (identity and description of person)**
- *- (identité et qualité de la personne)* ___Bing Wang___

- **- relationship to the addressee (family, business or other):**
- *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___the vice-president of the factory___

2)  **that the document has not been served, by reason of the following facts\*:**
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

| | |
|---|---|
| **In appropriate cases, documents establishing the service:** | **Done at** ___Beijing___, le ___April 22nd, 20___ |
| *Le cas échéant, les documents justificatifs de l'exécution:* | *Fait à* |
| _____ | 中华人民共和国 司法部 |
| _____ | **Signature and/or stamp.** 司法协助专用章 |
| | *Signature et/ou cachet.* |

\*  **Delete if inappropriate.**
   *Rayer les mentions inutiles.*

2

U.S.

## ANHUI PROVINCE SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: The People's Republic of China,
Anhui Province Superior People's Court,
Judicial Assistance Stamp]

*Judicial Association No. SX-10-84*
*(2010) Anhui Province Judicial Assistance (Service) No. 0014*

| | |
|---|---|
| Cause of Action | |
| Servee | KNAUF PLASTERBOARD (WUHU) CO. LTD. |
| Address for Service | 2 Gang Wan Road, Wuhu City, (Anhui Province, China). |
| Document Served and Number | Summary of documents served, Summons and Complaint, one copy each. |
| Recipient Signature or Seal | |
| Date of Receipt | Date:        Day       Month       Year       Time: |
| Substitute Recipient and Reason | |
| Servers | |
| Notes | Refused to accept; we then executed the service by leaving rejected legal process at the place of abode.<br><br>Ding, Hui          Huang, Hai Bo<br>April 1, 2010 |

Note:   *1.  If the recipient proper is not in, hand the documents to an adult family member for receiving in substitution.*
   *2.  In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.*
   *3.  If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient.  The service is then deemed as executed.*

APPLICANT'S AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE LAWS AND STATUTES OF THE UNITED STATES OF AMERICA UNDER THE RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-MBN Document 5621-3 Filed 09/29/10 Page 64 of 93

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) ___ Knauf Plasterboard (Wuhu) Co., Ltd.
___ No. 2 Gang Wan Road, Wuhu Economic & Technological Development Area, Aihui, 241009, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes** -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at  Minneapolis, Minnesota, U.S.A.     , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.      *le* 1/13/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)     USM-94     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*

    - the (date)
    - *le (date)*   April 1st, 2010
    - at (place, street, number)
    - *à (localité, rue numéro)*   No. 2 Gangwan Road, Wuhu City, Anhui Provence, China

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*

    [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
    [  ]  (b)  in accordance with the following particular method*:
        *b)   selon la forme particulière suivante:* _____
        _____
    [  ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*   service by leaving rejected legal processes at the ~~abode~~ the place of abode
    - (identity and description of person)
    - *(identité et qualité de la personne)*

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

Done at   Beijing   the   May 18th, 2010
*Fait à*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

_____
_____
_____

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)* Taishan Gypsum (Baotou) Co., Ltd.
        No. 7 Goumen Township, Tuyouqi Baotou, Inner Mongolia Autonomous Region 014100, China
        Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____
     _____
     _____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____<br>_____ | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.           , the<br>                                                                *le*  1 / 13 /10<br><br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,            USM-94
both of which may still be used)                                   (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

5510-73

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Baotou) Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date)     **3/3, 2010**
*- le (date)*
- at (place, street, number)
*- à (localité, rue numéro)*   **Guomen Township, Tuyangi Baotou**

- in one of the following methods authorised by article 5-
*- dans une des formes suivantes prévues à l'article 5:*
   [ ✓ ] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  (b)   in accordance with the following particular method*:
         *b)   selon la forme particulière suivante:* _____

   [ ]  (c)   by delivery to the addressee, who accepted it voluntarily.*
         *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   *- (identité et qualité de la personne)*   **Canot be recognized**

   - relationship to the addressee (family, business or other):
   *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   **Beijing**   the **9/6, 2010**
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

# The People's Court of Tumute Youqi

## Return of Service

FX-10-127
SX-10-73 (in handwriting)

| Cause of action | | Case No. | |
|---|---|---|---|
| Summary of the documents to be served | U.S. District Court Eastern District of Louisiana Summons in a Civil Action with the Case No.09-6690, Class Action Complaint (106 pages in total) | | |
| The person to be served | Taishan Gypsum (Baotou) Co., Ltd. | | |
| Address of service | The Office Building of Taishan Gypsum (Baotou) Co., Ltd., Natai Cun Nan, Goumenzhen, Tuyouqi, Baotou City | | |
| Signature or fingerprint of the service recipient | Signature: ??? (the name can't be recognized) Taishan Gypsum (Baotou) Co., Ltd. (Seal) Date: March 3rd, 2010 | | |
| Agent for acceptance of service and reasons | Signature: _____ Date: _____ | | |
| Remarks | Chief of Comprehensive Management | | |

Filled by: Mao Yonggang        Process server: Xu Zhisheng

SX 2010-90

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*          Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
Dabancheng Village, Dabancheng Township, Dabancheng District, Urumchi, Xinjiang Uygur, Autonomous Region 830000,China
Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a)    selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at _____, the 1/13/10<br>*Fait à* Minneapolis, Minnesota, U.S.A. *, le* _____<br><br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                    (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
Court Case No.: 09-6690

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*
- - the (date)
- - *le (date)*   **3/0 . 2010 .**
- - at (place, street, number)
- - *à (localité, rue numéro)* _____

- - in one of the following methods authorised by article 5-
- - *dans une des formes suivantes prévues à l'article 5:*
    [ √ ] (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
    [  ] (b)    in accordance with the following particular method*:
    *b)    selon la forme particulière suivante:* _____

    [  ] (c)    by delivery to the addressee, who accepted it voluntarily.*
    *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- - (identity and description of person)    **Yang Haiyu**
- - *(identité et qualité de la personne)*

- - relationship to the addressee (family, business or other):
- - *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*   **the director of Production Departments**

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at    **Beijing**    the    **9/6, 2010 .**
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

*    Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

(Page 1)

## The Higher People's Court of Xinjiang Uygur Autonomous Region

## Return of Service

FX-10-115

SX-10-90 (in handwriting)

| The person to be served | | | Cause of action | | |
|---|---|---|---|---|---|
| The entity to be served | Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd. | | | | |
| Address of service | Signed by | Process server | Date of service | Signature or seal of the service recipient | Reasons why the service failed |
| U.S. District Court Eastern District of Louisiana No.09-6690 Summons in a Civil Action | | | April 30th, 2010 17:15 pm | Yang Haiyu | |
| U.S. District Court Eastern District of Louisiana No.09-6690 Class Action Complaint | | | April 30th, 2010 17:15 pm | Yang Haiyu | |
| | | | Year _ Month_ Date _ Time_ | | The Director of Production Department |
| | | | Year _ Month_ Date _ Time_ | | |
| | | | Year _ Month_ Date _ Time_ | | |
| Remarks | (1) After service, please mail the Return of Service to the Xiajiang Higher People's Court, _____ Department, at No.3 Xinyi Donglu, Urumqi, Xinjiang (in handwriting: The Supreme People's Court, Foreign Affairs Bureau) <br> (2) Zip code: 830063 <br> (3) Tel: 0991_____ | | | | |

(Page 2)

# The People's Court of Dabancheng District, Urumqi City

## Affidavit of Service

Time: April 30th, 2010

Place: Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.

Process servers: Lan Hao, Zhang Junwei

Recipient: Yang Haiyu, The Director of Production Department of Sinkiang Tianshan
Building Material and Gypsum Product Co., Ltd.


-- Hi, we are from the People's Court of Dabancheng District, Urumqi City, and are
delegated by the Supreme People's Court of the People's Republic of China, Foreign
Affairs Bureau to serve the U.S. District Court Eastern District of Louisiana No.09-6690
Summons in a Civil Action and Complaint, etc. upon your company. Please accept the
process and sign your name.

-- Ok.

-- This is a case involving foreign elements. Please respond to the Complaint or present
your claims and serve your process on the Plaintiffs within 20 days after receipt of
Summons. If no objection, please read the affidavit and sign your name on it.


Yang Haiyu (Signature)

April 30th, 2010

Notes: 1. The documents must be served upon the person to be served personally; or may, in the case of his absence, be served upon his cohabiting adult family member, and their relationship must be indicated in the column of "Remarks"; if the person to be served has designated an agent of service to the people's court, the process must be served upon the agent for acceptance and signature.

2. If the person to be served refuses to accept the documents, the process server shall invite the competent grassroots organization representative or any other people to be present, explain the situation, write down the causes and date for refusal of the service, ask the process server and the witnesses for their signature or seal, leave the documents at the residence of the person to be served. And it is considered a valid service.

SX-2010-69

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ Taishan Gypsum (Jiangyin) Co., Ltd. _____

Shengang Industrial Park, Jiangyin Economic and Technological Development Zone, Jiangsu 214443, China

Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at _____ , the _____<br>*Fait à* Minneapolis, Minnesota, U.S.A. _____ *le* 7/13/10 |
| | Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94

(Est. 11/22/77)

* Delete if inappropriate/. *Rayer les mentions inutiles*

SX-10-69

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) **that the document has been served\***
*1.  que la demande a été exécutée*
      **- the (date)**
      *- le (date)* _____
      **- at (place, street, number)**
      *- à (localité, rue numéro)* _____

      **- in one of the following methods authorised by article 5-**
      *- dans une des formes suivantes prévues à l'article 5:*
          [ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
              *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
          [ ] **(b) in accordance with the following particular method\*:**
              *b)  selon la forme particulière suivante:* _____
          [ ] **(c) by delivery to the addressee, who accepted it voluntarily.\***
              *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      **- (identity and description of person)**
      *- (identité et qualité de la personne)* _____

      **- relationship to the addressee (family, business or other):**
      *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) **that the document has not been served, by reason of the following facts\*:**
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept it.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at ___*Beijing*___ , the ___*Aug 16th. 20...*___
*Fait à*

**Signature and/or stamp.**
*Signature et/ou cachet.*

中华人民共和国
司 法 部
司法协助专用章

\*   **Delete if inappropriate.**
    *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

  (identité et adresse)     Changzhou Yinhe Wood Industry Co., Ltd.
        Qianfeng Industrial Park, Henglin Town, Changzhou, Jiangsu 213103, China
        Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
     _____
     _____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____<br>_____ | **Done at** Minneapolis, Minnesota, U.S.A.                , the 1/13/10<br>*Fait à*<br><br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)
                                                        (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Case Name: Gross  v.  Knauf Gips, KG
Defendant:  Changzhou Yinhe Wood Industry Co., Ltd.
Court Case No.:  09-6690

**CERTIFICATE**
*ATTESTATION*

*58-10-77*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
    - the (date)          *June 7th. 2010*
    - *le (date)*
    - at (place, street, number)   *Qianfeng Industrial Park, Henglin Town, Changzhou*
    - *à (localité, rue numéro)*

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
              *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  (b)  in accordance with the following particular method*:
              *b)    selon la forme particulière suivante:*

        [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
              *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)   *Yang Yifang*
    - *(identité et qualité de la personne)*

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   *Beijing*            the   *Aug 16th.2010*
*Fait à*                       *le*
Signature and/or stamp.
*Signature et/ou cachet.*

*    Delete if inappropriate.
     Rayer les mentions inutiles.                              2

US

# JIANGSU PROVINCE CHANGZHOU CITY

# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Jiangsu Province Changzhou City Intermediate People's Court]

*Law Association No. FX-10-131*
*Judicial Association No. SX-10-77*

| Cause of Action | Judicial assistance | Cause No. | (2010) Changzhou Intermediate Court Law Association No. 5 |
|---|---|---|---|
| Document Served and Number | Summary of Documents served, one copy; Summons, one copy; Complaint, one copy; Document, one copy | | |
| Recipient (Unit) | CHANGZHOU YINHE WOOD CO., LTD. | | |
| Address for Service | Qianfeng Industrial Park, Henglin Town, Changzhou City, (Jiangsu province, China) | | |
| Recipient Signature or Seal | Yang, Guang Ting   [Seal: CHANGZHOU YINHE WOOD CO., LTD.]<br><br>June 27, 2010 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:  Wei, Lai                                        Servers:  Jiang, Yan Xia

U.S.

# ZHEJIANG PROVINCE

## WENZHOU CITY INTERMEDIATE PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Zhejiang Province Wenzhou City Intermediate People's Court]

*Judicial Association No. SX-10-110*
*(2010) Zhejiang Wenzhou Court/Intn'l Assistance No.6*

| | |
|---|---|
| Cause of Action | Judicial Assistance |
| Document Served and Number | The Supreme Court Law Association (2010) No. 180 correspondence; Provincial Superior Court (2010) Zhejiang Superior Court International Assistance No. 26 correspondence; Summons, Complaint, Certificate of Service and Translation. |
| Servee/Recipient | Taishan Gypsum (Wenzhou) Co., Ltd. |
| Address for Service | Inside Wenzhou Power Co., Ltd., Panshi Town, Leqing City, Wenzhou, (Zhejiang, China). |
| Signature or seal by Recipient | Date     Year |
| Substitute Recipient | Date     Year |
| Date of Receipt | Date     Year |
| Servers | Xie, Di Di     Zhong, Xia |
| Notes | On May 14, 2010, staff of this court went to the above address to execute the requested service. The head of the company General Manager Yang was not in so the head of the company's integrated service department contacted General Manager Yang by phone and Yang responded that the servee is a subsidiary of Taishan Gypsum Co., Ltd. and the parent company had directed them not to receive and sign any process service document. So the company staff refused to accept the document. This court then attempted to execute the service via mail but the documents for service were returned (See attached copy of a photo). The contact information of the parent company can be found on "China Building Materials Web". We have found the following telephone numbers: 0577-62847081 (Integrated Service Department) 0577-62847085 (......General Manager Yang) 509244 (......number)<br><br>Xie, Di Di<br>                    May 2010<br>Zhong, Xia<br>                    May 2010 |

| Issuer | Xie, Di Di |
|--------|------------|

Note:   1.  *If the recipient proper is not in, hand the documents to an adult family member for receiving in substitution.*

2.  *In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.*

3.  *If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient. The service is then deemed as executed.*

Return   Wenzhou

# CERTIFICATE FOR AUTHORIZING RETURNING
# OF LEGAL INSTRUMENTS

Leqing City People's Court:

We are returning the mail to you.  The mail is undeliverable due to the following reasons:

1.      Our search shows that there is no such recipient at the address for service.

2.      The recipient and his/her adult family members who reside at the abode were long-term out. The local village or neighborhood committee was able to issue certificate to prove his/her unavailability and the situation was verified to be true.

3.      The recipient and his/her adult family members who reside at the abode were long-term out. The local village or neighborhood committee refused to issue certificate to prove his/her unavailability, but the postmen working in pair from this Post Office certified that the situation was real.

4.      The recipient and his/her adult family members refused to receive the legal instruments and the service failed due to the fact that the mail was undeliverable. Or

5.      Others:


1st delivery:   The company leader refused to receive the instruments.


2nd delivery:


Telephone contact:


Courier:  Qian, Yue Cheng                Supervisor:  Zhang, Shan Long

Day Postmark:  [Zhejiang Province Leqing City/ May 21, 2010  06/ North Baixiang Street / Delivery 02]

Institution: (Official Seal)  North Baixiang Post Office.

[Photo]


[The white company sign on blue background:]


**TAISHAN GYPSUM (WENZHOU) CO., LTD.  TAISHAN GYPSUM (WENZHOU) CO., LTD.**

# EMS®

## Global Express Mail Service

**LEQING POSTAL SERVICE**

## NATIONAL EXPRESS MAIL SERVICE DELIVERY FORM

Barcode ★ E Y 2 4 2 2 5 4 9 6 0 C N ★

| ORIGINAL OFFICE: | ACCEPTED DATE: May 14, 2010 |
|---|---|

**Sender's Name:**
ZHEJIANG PROVINCE WENZHOU CITY INTERMEDIATE PEOPLE'S COURT
CIVIL DEPARTMENT
[Postmark: Zhejiang (Leqing) May 17, 2010 17:00 Courier (......)

Receipt and Feedback Address: Archive and Record Office of the Post Express Service
Court Mail Special Delivery

Telephone: 0577-88018128   Postal Code: 325027

**Name of Document:**
Case No.: (2010) Zhejiang Province Wenzhou Court/International Assistance No.: 6
☐ Notice Acceptance of a Case   ☐ Corporate Personality        ☐ Notice of Court Appearance
☐ Notice of Answer to a Case         Qualification Form        ☐ Civil Ruling Paper
☐ Copy of Complaint or             ☐ Certificate of Corporate   ☐ Civil Judgment Paper
☐ Duplicate of Pleadings              Capacity                ☐ Civil Mediation Paper
☐ Notice of Adducing Evidence    ☐ Public Notice             ☐ Miscellaneous
☐ Summons                          ☐ Address Verification     ☒☐ Service of documents
                                                                   from a foreign country

[logo]

Delivery (signature): Xie, Di Di        Manager (signature): Xie, Di Di

E Y 2 4 2 2 5 4 9 6 0 C N

**Recipient's Name:**                     Mobile Phone No.:
                                          Home Phone No.: 0577-6284708
                                          Office Phone No.:    -6284708
Company Name:  TAISHAN GYPSUM (WENZHOU) COMPANY LIMITED.
Address:  .. Inside Wenzhou Powser LLC, 76 Tinhui Road, Panshi Town, Leqing City,
Wenzhou, (Zhejiang, China).                Postal Code:

Weight (Kilogram):                        Postage (RMB):
Recipient or Substitute's signature:      Name of ID Paper:

Relationship between Substitute Recipient  No. of ID Paper:
and named recipient:

Recipient Entity's Seal:   Nobody signed and received         Refused to accept.

Mail Receiving Date:                      Delivery Person's Signature:

This form only used for the express delivery of   Service Phone No.: 11185
court special mail.                               Cell Phone Message Inquiry No.: 10665185
Please press hard filling this form.

After signing and receiving, please check the enclosed documents. If you have any doubt, you must raise it to the court who mailed the documents within two days.

GX-2010-75

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*) _____ Shaanxi Taishan Gypsum Co., Ltd. _____

Weibei Industrial Park, Xinshi Township, Linwei District , Weinan City, Shaanxi 714000, China

Tel: _____

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
     _____
     _____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____
_____

Done at _____ , the 1/13/10
*Fait à* Minneapolis, Minnesota, U.S.A. _____ *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)          USM-94
                                   (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

SX-10-75

Case Name: Gross v. Knauf Gips, KG
Defendant: Shaanxi Taishan Gypsum Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
### ATTESTATION

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**    **that the document has been served\***
*1.    que la demande a été exécutée*
- **the (date)**
- *le (date)* _____
- **at (place, street, number)**
- *à (localité, rue numéro)* _____
_____
_____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
  - [ ]   **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
  - *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ]   **(b)   in accordance with the following particular method\*:**
  - *b)    selon la forme particulière suivante:* _____
_____
  - [ ]   **(c)   by delivery to the addressee, who accepted it voluntarily.\***
  - *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)*
_____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

**2)**    **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

*the addressee rejected to accept the documents.*
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

**Done at** Beijing **the** March 26th, 2010
*Fait à                     le*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    Delete if inappropriate.
*Rayer les mentions inutiles.*

2

SB-10-106

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)      Taishan Gypsum (Hengshui) Co., Ltd.
Renmin West Road (Hengfeng Power Plant Ecology Industrial Park), Hengshui City 253000, China
Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b);*_____

_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | **Done at**<br>*Fait à* Minneapolis, Minnesota, U.S.A. _____ , the 1/13/10<br>     *le* |
| | **Signature and/or stamp.**<br>*Signature et/ou cachet.*  APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,          USM-94*
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
. Rayer les mentions inutiles

SX-18-106

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Hengshui) Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)     that the document has been served*
*1.     que la demande a été exécutée*
      - the (date)
      *- le (date)* _____
      - at (place, street, number)
      *- à (localité, rue numéro)* _____

      - in one of the following methods authorised by article 5-
      *- dans une des formes suivantes prévues à l'article 5:*
         [ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
         [ ]   (b)   in accordance with the following particular method*:
            *b)    selon la forme particulière suivante:* _____

         [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
            *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      *- (identité et qualité de la personne)* _____

      - relationship to the addressee (family, business or other):
      *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)     that the document has not been served, by reason of the following facts*:
*2.     que la demande n'a pas été exécutée, en raison des faits suivants:*

*the addressee rejected to accept the documents for the reasons that it is only a branch company, and the head office has accepted the same documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

Done at    Beijing     the    March 26th, 2010
*Fait à*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

Signature and/or stamp.
*Signature et/ou cachet.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

&#42;   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-93

| Cause of Action | | Cause No. | Law Association No. (2010) 112 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Material (Group) Co., Ltd.  (CNBM Group) | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China  100037) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | Refuse to accept.<br>(Reason: wrong company name and address)<br>This company is not a Group. |

Issuer:  Chen, Xin                                        Servers:  Zhu, Cheng Fu      Li, Qing
                                                                                              Feb. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57;
the service of documents in civil actions and administrative documents is executed in accordance with Civil
Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and
note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.


*Translator's Note:  Internet info shows that the company at the above address should be *China National
Building Material Company Limited*, not *Beijing New Building Material (Group) Co., Ltd.*

SX-2010-93

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776       Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)      Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
17th Fl. Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing 100037, China
Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                        , the 1/3/10
*Fait à* Minneapolis, Minnesota, U.S.A.   *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served\***
*1.    que la demande a été exécutée*
      - the (date)
      - *le (date)* _____
      - at (place, street, number)
      - *à (localité, rue numéro)* _____

      - in one of the following methods authorised by article 5-
      - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  **(b)  in accordance with the following particular method\*:**
          *b)    selon la forme particulière suivante:* _____

      [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
          *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      - *(identité et qualité de la personne)* _____

      - relationship to the addressee (family, business or other):
      - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

*the addressee refused to accept the documents because the name of the compan[y] and the address provided in the request were wrong.*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at    **Beijing**    the  **April 23rd, 2010**
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司　法　部
司法协助专用章

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-86

| Cause of Action | | Cause No. | Law Association No. (2010) 196 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation           Refuse to accept. | | |

Issuer:  Chen, Xin                                            Servers:  Zhu, Cheng Fu       Li, Qing
Feb. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
| --- | --- |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     **(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
     *(identité et adresse)* _____ Beijing New Building Materials Public Limited Company (BNBM) _____
_____ No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China _____
     Tel: _____

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
_____
_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
| --- | --- |
| <u>Class Action Complaint</u><br><u>Summons in a Civil Action</u><br><u>Translations</u><br><u>Summary of the Document to be Served</u><br>_____<br>_____<br>_____<br>_____<br>_____ | Done at _____, the _____<br>*Fait à* Minneapolis, Minnesota, U.S.A. , *le* 1\13\10<br><br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)
                                                    (Est. 11/22/77)

* Delete if inappropriate.
, *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials Public Limited Company (BNBM)
Court Case No.: 09-6690

SX-10-86

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** **that the document has been served\***
*1.* *que la demande a été exécutée*
- **the (date)**
- *le (date)* _____
- **at (place, street, number)**
- *à (localité, rue numéro)* _____
_____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] **(a)** **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
      *a)* *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] **(b)** **in accordance with the following particular method\*:**
      *b)* *selon la forme particulière suivante:* _____
  [ ] **(c)** **by delivery to the addressee, who accepted it voluntarily.\***
      *c)* *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)** **that the document has not been served, by reason of the following facts\*:**
*2.* *que la demande n'a pas été exécutée, en raison des faits suivants:*
*the addressee refused to accept the documents*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

**Done at** Beijing , **the** April 23rd, 2010
*Fait à*                    *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

人 民 共 和 国
司 法 部
司法协助专用章

\*     Delete if inappropriate.
      *Rayer les mentions inutiles.*

2