UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

## ORDER

Upon consideration of the Plaintiffs' Omnibus Motion for Preliminary Default Judgement, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs are awarded preliminary default judgement against the following defendants:

1. Beijing New Building Materials Public Limited Company;

2. Changzhou Yinhe Wood Industry Co., Ltd.;

3. China National Building Materials Co., Ltd.;

4. China National Building Material Group Corporation ("CNBM Group");

5. Fuxin Taishan Gypsum And Building Material Co., Ltd.;

6. Hubei Taishan Building Material Co., Ltd.;

7. Jinan Run & Fly New Materials Co., Ltd.;

8. Nanhai Silk Imp. & Exp. Corporation;

9. Pingyi Baier Building Materials Co., Ltd.;

10. Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. ("Chenxiang");

11. Qinhuangdao Taishan Building Material Co., Ltd.;

12. Shaanxi Taishan Gypsum Co., Ltd.;

13. Shanghai Yu Yuan Imp & Exp Co., Ltd.;

14. Sinkiang Tianshan Building Material And Gypsum Product Co, Ltd.;

15. Sunrise Building Materials Ltd.;

16. Tai'an Jindun Building Material Co., Ltd.;

17. Taishan Gypsum Co., Ltd. Lucheng Branch;

18. Taishan Gypsum (Baotou) Co., Ltd.;

19. Taishan Gypsum (Chongqing) Co., Ltd.;

20. Taishan Gypsum (Henan) Co., Ltd.;

21. Taishan Gypsum (Hengshui) Co., Ltd.;

22. Taishan Gypsum (Jiangyin) Co., Ltd.;

23. Taishan Gypsum (Pingshan) Co., Ltd.;

24. Taishan Gypsum (Pizhou) Co., Ltd.;

25. Taishan Gypsum (Tongling) Co., Ltd.;

26. Taishan Gypsum (Wenzhou) Co., Ltd.;

27. Taishan Gypsum (Xiangtan) Co., Ltd.; and

28. Yunan Taishan Gypsum and Building Material Co., Ltd.

Plaintiffs and the class they seek to represent are entitled to an entry of default and preliminary default judgment on liability, with damages to be determined on further submission according to proof.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge