UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:
CHINESE MANUFACTURED DRYWALL           MDL DOCKET No: 2407
PRODUCTS LIABILITY LITIGATION

                                       Section L

                                       Judge Fallon

THIS DOCUMENT RELATES                  Magistrate Judge Wilkinson
TO THE FOLLOWING CASE:


**DEAN & DAWN AMATO**                  Case No: 10-932
individually and on behalf of
others similarly situated, et al.,
and
**FIRST EAST SIDE SAVINGS BANK**,
a Florida corporation,
        Plaintiffs,

v.

**LIBERTY MUTUAL INSURANCE COMPANY**
and
**NAUTILUS INSURANCE COMPANY**,
an Arizona corporation,
        Defendant.

**ORDER GRANTING DEFENDANT, NAUTILUS INSURANCE COMPANY'S,
MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant, Nautilus Insurance Company's, Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDRED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 29th day of September, 2010.

                                       _____
                                       Eldon E. Fallon
                                       United States District Judge