UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON MAGISTRATE WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

JIM AUBUCHON

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the Vice President for Aubuchon Homes, Inc., ("Aubuchon Homes"), and as such, has personal knowledge of the following based on his review of records maintained by Aubuchon Homes in the regular course of business.

2. Aubuchon Homes is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Aubuchon Homes is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.



Exhibit A

4. Aubuchon Homes has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Aubuchon Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Aubuchon Homes does not have an agent for service of process in Louisiana.

7. Aubuchon Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Aubuchon Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Aubuchon Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Aubuchon Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Aubuchon Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Aubuchon Homes never anticipated it would be haled into court in Louisiana.

_____
JIM AUBUCHON

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 7 DAY OF September, 2010.

_____
NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Natalie L. Schmidt
Commission #DD761727
Expires: APR. 08, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

2

# AUBUCHON HOMES
## CONSTRUCTION AGREEMENT
Aubuchon Homes, Inc.   CGC 059630
4707 S.E. 9th Place   Cape Coral, Florida 33904
### 239-549-6358



**AUBUCHON HOMES, INC.**
*BUILDER OF BETTER IDEAS*

This agreement made **July 28, 2004**, between Aubuchon Homes, Inc., hereinafter-called "Aubuchon", and **Jeffrey D. Kottkamp and Cynthia I. Kottkamp** of **102 SW 9th St. Cape Coral FL 33991** (Phone **242-7267**) hereinafter called "Owner".
In consideration of the mutual covenants set forth below, Aubuchon and Owner agree as follow:

### 1. CONTRACT DOCUMENTS
The Contract Documents consist of this Construction Agreement (Agreement), signed Building Specifications and Final House Plans. These documents represent the entire and integrated agreement between the parties and supercede prior negotiation, representations or agreements, either written or oral. In the event of a conflict among Construction Agreement, the signed Building Specifications or the Final House Plans, the Building Specifications shall take precedence.

### 2. REAL PROPERTY.
Aubuchon agrees to construct and complete a residential house upon: **Buttonwood Harbor S/D**
Lot(s): **25**   Block: ___   Unit: ___   Plat Book: **44**   Page: **89**   Lee County, Florida
Street Address: **4511 Randag Dr.**   Strap#: **15-44-24-04-00000.0250**
**N. Ft. Myers, FL 33903**

### 3. OWNER WARRANTS TITLE.
Owner warrants to Aubuchon that Owner now holds title and is the lawful owner of the above-described real property, or will acquire the property prior to the start of construction.

### 4. PURCHASE PRICE AND PAYMENT.
Owner agrees to pay Aubuchon as follows:
| | |
|---|---|
| Price of House and Improvements: | **819,922** |
| Purchase Price or Value of Land): | — |
| Total Price: | **819,922** |
| Deposit (the receipt of which is hereby acknowledged): **Retainer** | **-2500** |
| Estimated Land Equity: | |
| Additional Down payment due by **(Balance of 10%)** | **79,492.20** 10% |
| (With bank financing, Aubuchon must approve lenders draw schedule.) | |
| Slab Poured: | **per lender** 20% |
| Building Dried In: | 20% |
| Electric, Plumbing, A/C Roughed In: | 20% |
| Interior and Exterior Walls and Roof Completed: | 20% |
| Complete, Certificate of Occupancy Issued: | 10% |

### 5. PRICE GUARANTEE.
The above price is guaranteed to Owner through **11/28/04**. Should commencement be delayed beyond this time by Owner or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not the fault of Aubuchon, and then the above price will be adjusted to include all price changes occurring after the date of this Agreement.

### 6. CONSTRUCTION FINANCING.
In the event this contract is subject to Owner obtaining a construction loan, it is conditioned on the Owner obtaining a written commitment for the loan within **20** days in the amount of $**per lender**. Owner will apply for financing within **5** days of the Agreement date, will use reasonable diligence to obtain loan commitment, and agrees to pay all closing costs and loan interest charges relating to the financing. If Owner fails to obtain the loan commitment and promptly notifies Aubuchon in writing, then either party may cancel the Agreement, and Owner's deposit shall be refunded, less expenses incurred by Aubuchon.

\\Ntaubuchon\All_Data\SalesForms\AHIConstructionAgreement REV. 11/3/03

**EXHIBIT B**

Page 1 of 4

### 7. ESCROW NOTICE AND WAIVER
THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE OWNER.

Owner's initials:   Owner hereby waives the right
Owner's initials:   To have the deposit held in escrow.

### 8. HOME BUYERS WARRANTY.
Aubuchon participates in the Homes Buyers Warranty protection for new homes, which includes ten full years of structural coverage that begins the day of closing, two year warranty coverage on major systems and one year warranty coverage on workmanship and materials. This is in exclusion of and in lieu of all other guarantees or warranties and liability. All manufacturers' warranties shall continue in force and effect according to their terms. Aubuchon is not responsible for settlement cracks.

### 9. COMMENCEMENT.
Construction shall commence within thirty (30) days after all of the following conditions have been met: authorization to start by the lending institution; plot plan, Final House Plans, and Building Specification all signed by Aubuchon and Owner; survey, building and septic permits acquired; and, piling driven, if required. The Official start date of record shall be the date of the footing inspection as indicated by the inspector on the building permit.

### 10. COMPLETION.
Subject to the terms of this Agreement, Aubuchon agrees to use its best effort to complete construction on or about __365__ days from commencement of construction, unless prevented by strikes, accidents, weather, or other reasonable cause. Commencement of construction established in Aubuchon' construction schedule is the date of footer inspection. Aubuchon cannot and will not be responsible for any damages or inconveniences caused by the Owner for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.

### 11. POSSESSION.
Possession of the premises shall not be delivered to the Owner and Owner shall not be allowed to have any property on the premises until the residence has been fully constructed and the full contract price has been paid to Aubuchon. It is agreed that Aubuchon will deliver a Certificate of Occupancy (issued by the local governing body) to Owner and that the Owner will make final payment within seven (7) days after receipt of the Certificate of Occupancy. At the time of final settlement, Aubuchon will deliver to Owner an Affidavit of "No Liens" covering all materials and labor supplied by Aubuchon. It is expressly understood and agreed that the Owner is not to occupy or otherwise take possession of the premises prior to final settlement.

Prior to occupancy Owner and Aubuchon will perform a walk-through and complete a punch-list containing all corrections and items to be completed. Aubuchon agrees to use its best effort to complete the punch list within thirty (30) days. Possession shall be delivered to Owner once construction has been completed according to the terms of this Agreement and the full contract price has been paid to Aubuchon.

### 12. PERMITS AND INSPECTIONS.
Aubuchon shall give all necessary notices to and obtain the necessary permits and sanction of the proper authorities in respect of the said work, and generally comply with the building and other regulations of such authorities, and shall keep Owner indemnified against all fines, penalties, and loss incurred by reason of any breach of this stipulation. Aubuchon shall allow inspection of the work by Owner and his agents, but Owner shall in no way direct or interfere with Employees, Suppliers or Subcontractors of Aubuchon.

### 13. CONSTRUCTION STANDARDS.
Construction will be completed in substantial compliance with the Final House Plans and Building Specifications, signed copies of which will become a part of this Agreement. Aubuchon may use and install materials other than and different from those specified should those materials not be readily available when needed, provided such different materials shall be substantially of equal value and usability.

### 14. CHANGE ORDERS.
Owner may make alterations or changes in construction, which are acceptable to Aubuchon. Any cancellation from the original signed Building Specifications will be deleted at 86% of the original price. No Change Orders shall be prices at the job-site, but shall be priced in writing at the construction office, signed by Owner and Aubuchon, and will be paid in full by Owner at the time of acceptance. Unsigned and/or unfounded Change Orders shall not be executed. Aubuchon shall charge an administration fee for

"What If Changes" (product or other research requested by Owner, but not implemented) at a rate of $ 75.00 per hour. Aubuchon shall be allowed additional time to complete construction for each change requested by Owner, regardless of whether the change was implemented, which may extend the estimated completion date. Any change shall in no way injuriously affect or make void this Agreement. Owner shall be responsible for any changes required by the developer of a subdivision where the said property is located, or by municipal or other governmental authority. All changes become a part of the total contract price and must be paid in full at the time of acceptance.

### 15. OWNER SUPPLIED MATERIALS

No work shall be performed by Owner or Owner's agent on the premises during the period of this Agreement without written consent of Aubuchon. Owner shall be encouraged to use Aubuchon supplied materials and labor. However, should Owner supply material or professional labor, Aubuchon will charge a 15% premium for handling, coordination and supervision. Aubuchon will facilitate warranty coverage only through Owner's subcontractor or supplier, and in absence of any warranty, none shall exist.

### 16. INSURANCE.

Aubuchon agrees to carry at its expense throughout construction a Builder's Risk Insurance Policy with comprehensive coverage for the full amount of this Agreement. Aubuchon will also maintain General Liability Insurance, which will protect Aubuchon from claims, which may arise from or during operations under this agreement.

Flood Insurance, if needed, is the responsibility of Owner.

- ☐ I agree to purchase Flood Insurance at my own expense at the completion of the slab and provide Aubuchon evidence of this once obtained.    Owner Initials: _____     _____

- ☒ I authorize Aubuchon to purchase Flood Insurance on my behalf at the completion of the slab and charge accordingly on a change order.    Owner Initials: _____     _____

I further understand if I am not available, Aubuchon will purchase Flood Insurance on my behalf and charge accordingly.

### 17. SITE CONDITIONS.

This Agreement covers construction on a clear and level lot. Aubuchon will include truckloads of fill and machine grading of the fill as per the Building Specifications. Aubuchon recommends soil boring tests be performed at Owner's expense prior to the semi-final plan to determine the nature of the subsurface conditions. Owner is responsible for any additional expense in the event the slope or composition of the soil or subsurface, or the elevation of the lot to such as to require: Additional or longer piling; extra support structures; culvert; pool retaining wall; gutters; or special drainage considerations due to low-lying adjacent properties; extra foundation block or fill dirt and grading over and above that described in the Building Specifications. Owner is also responsible for any additional fill dirt required at the time of grading the lawn area, expense of removal of excess dirt and vegetation necessary to provide proper grade, haul away beyond three (3) truck loads, and any additional expense caused by rock or other adverse subsoil condition. If a well or septic system is required, or if a pool is a part of this Agreement, Owner will be responsible for any additional expense incurred due to adverse water or subsurface conditions.

### 18. UTILITY CONNECTIONS.

On finished residences, Aubuchon will connect to public water and sewer lines to a distance of 55 feet, with Owner being responsible for connections over 55 feet. Aubuchon will provide standard electric and phone connections. Owner is responsible for additional expenses when, due to the location of equipment, or regulations of the electrical or phone companies, the lines must be run across the house ("extended services"). Owner warrants that electric power and water will be available to Aubuchon at the start of construction. Owner shall pay any additional expense should Aubuchon need to provide generator(s), temporary underground electric (T.U.G.) or truck in water.

### 19. EXCESS MATERIALS.

Aubuchon may purchase materials (such as floor and wall covering) in excess of those actually installed but required to provide reasonable allowance for waste and spoilage. Unused excess materials, if any, shall be handed over to the Owner at the completion of the work and not credited as a deduction to the sale price.

### 20. PLANS.

The blueprints, designs, variations to the plans, and all collateral materials and all rights thereof remain the exclusive property of Aubuchon Homes. All rights to the same survive this Agreement. If Owner provides plans, Owner warrants that plans provided to Aubuchon are not copyrighted and are available for use and copying by Aubuchon in the performance of this contract. Owner further agrees to indemnify and hold harmless Aubuchon for any damages and legal expenses it incurs to defend a copyright infringement action resulting from the use of these plans.

**21. BREACH OF AGREEMENT.**
If Owner breaches any of the terms in this Agreement, or fails to complete this Agreement within seven (7) days after the Certificate of Occupancy is issued, Aubuchon may stop work or terminate the contract, and recover payment from Owner for all work completed. Aubuchon is also entitled to recover from Owner any additional costs resulting from breach; all losses sustained on any materials, machinery, equipment, or tools (including profit and overhead); and all other costs and attorney's fees. The failure of a party to insist on strict performance of any provision of the Agreement is not a waiver of any other or subsequent breach.

**22. COMPLIANCE AGREEMENT.**
Both parties accept the calculations in this Agreement. If an error is subsequently discovered, both parties agree to fully cooperate and adjust for clerical errors if deemed necessary.

**23. STATUTORY NOTICE**
PAYMENT MAY BE MADE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF THE OWNER LOSES MONEY ON A PROJECT PERFORMED UNDER THIS AGREEMENT, WHEN THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, THE OWNER SHOULD CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

**FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD**
**7960 ARLINGTON EXPRESSWAY, SUITE 300**
**JACKSONVILLE, FLORIDA 32211-7467**
**(904) 727-6530**

**24. AMENDMENTS AND PERFORMANCE.**
The Agreement may not be amended or modified except by written consent of all parties. Aubuchon and Owner for themselves, their successors, executors, administrators, and assigns hereby agree to the full performance of the covenants contained herein.

**25. OTHER**

_____
_____
_____
_____
_____
_____
_____
_____

BY SIGNING BELOW, BOTH PARTIES ACKNOWLEDGE THAT THEY HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE TERMS AND CONDITIONS. OWNER ACKNOWLEDGES THAT FOR THIS AND ALL SUBSEQUENT AGREEMENTS ONLY ONE OWNER'S SIGNATURE IS REQUIRED TO BE BINDING.

IN WITNESS WHEREOF, the said parties have hereunto set their hands and seals the day and year first written above.

_____          _____
Owner                                    Owner

_____          _____
Aubuchon Homes, Inc.                     Sales Representative

\\Ntaubuchon\All_Data\SalesForms\AHIConstructionAgreement REV. 11/3/03