UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES.

## ORDER

The Court is in receipt of the attached correspondence from Mr. Gerd C. Schmitt. IT IS ORDERED that this correspondence be entered into the record. IT IS FURTHER ORDERED that the Plaintiffs' Steering Committee contact Mr. Gerd regarding the issues raised in his correspondence.

New Orleans, Louisiana, this 27th day of September 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to serve:   Gerd C. Schmitt
                  504 Rimini Vista Way
                  Sun City Center, FL 33573

___Fee _____
___Process_____
_x_Dktd _____
___CtRmDep_____
___Doc. No._____