

Gerd C. Schmitt
504 Rimini Vista Way
Sun City Center, FL. 33573
Telephone - 813-746-1089

Sept.18.2010

To The
Honorable Judge
Eldon E. Fallon

Dear Sir
On August 7. 2009 the Consumer Product Safety Commission conducted a thorough study and tests in 51 homes, which included my home, for contaminated dry wall. The results show that in fact I do have contaminated dry wall. My number in the report of the CPSC is 11.
I understand that 150 homes may be selected for remediation in the near future.
Since above report already displays the pertinent data that are needed for remediation, I respectfully request to consider my home for this project. I am 80 years old and I would like to enjoy the rest of my life in happiness and health.

Respectfully Yours

Gerd C. Schmitt



UNITED STATES
CONSUMER PRODUCT SAFETY COMMISSION
4330 EAST WEST HIGHWAY
BETHESDA, MD 20814

CHAIRMAN INEZ M. TENENBAUM

November 20, 2009

Mr. Gerd Schmitt
504 Rimini Vista Way
Sun City Center, FL 33573

Dear Mr. Schmitt:

Thank you for allowing the U.S. Consumer Product Safety Commission (CPSC) staff and our contractor into your home as part of the Commission's investigation of drywall. We are indebted to your generosity and willingness to help us, and in doing so, helping yourself and many others trying to cope with such a difficult set of issues.

During the summer, our contractor, Environmental Health & Engineering (EH&E), and the CPSC's Field staff came to your home and documented and collected substantial information: the general layout and configuration of your home; the types of building materials used; the configuration of your home's heating and ventilation system; samples of the air inside and outside your home; and small samples of drywall. EH&E also placed passive air samplers and copper and silver metal strips (coupons) in your home which were collected at a later date.

When you agreed to participate in our investigation, we promised to provide you with the results obtained from your home when we completed the EH&E report. The first draft of the EH&E report is being released today. The data from your home is included in the report but cannot be readily identified, as it is listed in tables in the appendices that are labeled with code numbers 1 to 51. Your home is number 11. To protect your privacy, the Commission will keep this number confidential and will only release it to you. While you can share this information with others, the disclosure of this number would permit someone to identify which data in this report relates to your specific home.

The findings of the study provided important results that can be used by scientists and policy makers to develop a protocol for identifying homes that contain drywall that may cause corrosion of metal components and reported health effects, as well as a protocol for determining the effectiveness of remediation methods. As we indicated from the outset, the study was designed to provide results that could be understood in terms of the overall compilation of homes tested, but not in a way that permits an individualized health risk assessment of each home. If

November 20, 2009
Page 2

you have general questions related to this study, call our Hotline at 1-800-638-2772. The Hotline staff will refer any call from you about this study to our CPSC staff who will return your call as soon as possible and no later than 5 business days after your call.

Once again thank you for your participation in this important investigation.

Very truly yours,

Inez M. Tenenbaum

Enclosure(s)