UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
| **This document relates to:**<br><br>Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al. (Docket No. 10-932) | | |

******************************************************************************************

### EX PARTE MOTION FOR EXTENSION OF
### TIME TO SUBMIT DEFENDANT PROFILE FORM

Defendant, Ybarzabal Contractors, LLC, appearing solely for this motion and fully reserving any and all defenses and without waiving any objections to service of process, venue, or jurisdiction, respectfully moves this Honorable Court for additional time in which to submit its Profile Form to plaintiffs' liaison counsel, and in support thereof states as follows:

1. On May 27, 2010 the Court entered Pre-Trial Order No. 1G requiring defendants to submit Profile Forms within forty days after service of process.

2. Additional time is needed to gather the information required for the Profile Form and to confirm its accuracy.

3. An extension will not prejudice any of the parties nor delay this matter.

4.      This Court has authority to grant the relief requested under the Federal Rules of Civil Procedure.

5.      This is mover's first request for an extension of time.

6.      Mover asks for an extension of time through and including October 29, 2010 to file its Profile Form as required by the Court.

WHEREFORE, defendant, Ybarzabal Contractors, LLC, prays for an extension of time through and including October 29, 2010 to submit its Profile Form as required by the Court.

Respectfully Submitted,

**TAYLOR, WELLONS, POLITZ & DUHE, APLC**

s/ *Vicki A. Elmer*
_____
Paula M. Wellons (19028)
pwellons@twpdlaw.com
Vicki A. Elmer (28569)
velmer@twpdlaw.com
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
Telephone:  (504) 525-9888
Facsimile:  (504) 525-9899
**Attorneys for Ybarzabal Contractors, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *Ex Parte Motion for Extension of Time to Submit Defendant Profile Form* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of September, 2010.

                                                  s/*Vicki A. Elmer*
                                                  _____