UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL Docket No. 2047 |
| | | SECTION L |
| | | JUDGE FALLON |
| **This document relates to:** | * * | MAGISTRATE JUDGE WILKINSON |
| Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al. (Docket No. 10-932) | * * | |

*******************************************************************************************

## **ORDER**

Considering the foregoing Ex Parte Motion for Extension of Time to Submit Defendant Profile Form filed by Ybarzabal Contractors, LLC;

IT IS HEREBY ORDERED that defendant, Ybarzabal Contractors, LLC, is granted an extension of time, through and including October 29, 2010, to submit its Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE