UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: SEAN and BETH PAYTON, et al., v. KNAUF GIPS KG., et al. | JUDGE FALLON |
| | MAG: JUDGE WILKINSON |
| Case No. 09-07628 | |

_____/

**PLAINTIFF, JONATHAN SATTER'S MOTION TO SUBSTITUTE COUNSEL**

Plaintiff, JONATHAN SATTER, by and through his undersigned counsel, hereby moves to substitute his counsel of record in this action, and in support thereof, states:

1. Gregory S. Weiss of the law firm of Leopold Kuvin, P.A. is currently JONATHAN SATTER's counsel of record in this action.

2. JONATHAN SATTER desires to substitute Allison Grant of the law firm of SHAPIRO BLASI WASSERMAN & GORA, P.A. as his counsel of record.

WHEREFORE, Plaintiff, JONATHAN SATTER, respectfully requests that the Court enter an Order approving the substitution of Allison Grant of the law firm of SHAPIRO BLASI WASSERMAN & GORA, P.A., in this action.

Respectfully submitted,

Dated: July 27, 2010

| | |
|---|---|
| **SHAPIRO, BLASI, WASSERMAN & GORA, P.A.** | **LEOPOLD KUVIN, P.A.** |
| /s/Allison Grant | /s/Gregory S. Weiss |
| Allison Grant, Esquire | Gregory S. Weiss, Esquire |
| Shapiro, Blasi, Wasserman & Gora, P.A. | Leopold Kuvin, P.A. |
| Corporate Centre at Boca Raton | 2925 PGA Boulevard, Suite 200 |
| Suite 400 | Palm Beach Gardens, FL 33410 |
| 7777 Glades Road | Tel: 561.935.4801 |
| Boca Raton, FL 33434 | Fax: 561.515.1401 |
| Tel: 561.477.7800 | gweiss@leopoldkuvin.com |
| Fax: 561.477.7722 | *Former counsel for Plaintiff* |
| agrant@sbwlawfirm.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 27th day of July, 2010.

/s/ Allison Grant
Allison Grant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: SEAN and BETH PAYTON, et al., v. KNAUF GIPS KG., et al. | JUDGE FALLON |
| | MAG: JUDGE WILKINSON |
| Case No. 09-07628 | |

_____/

## ORDER ON JONATHAN SATTER'S MOTION TO SUBSTITUTE COUNSEL

Upon consideration of Plaintiff, JONATHAN SATTER's Motion to Substitute Counsel,

**IT IS HEREBY ORDERED** that JONATHAN SATTER's Motion to Substitute Counsel is hereby **GRANTED**, and that Allison Grant of the law firm of SHAPIRO, BLASI, WASSERMAN & GORA, P.A. are hereby substituted and enrolled as counsel of record for Plaintiff, JONATHAN SATTER, in lieu and in place of Gregory S. Weiss of the law firm of Leopold Kuvin, P.A.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
U. S. District Judge