UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

WALTER S. HAGENBUCKLE

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the Manager for Heights Properties, LCC., ("Heights Properties"), and as such, has personal knowledge of the following based on his review of records maintained by Heights Properties in the regular course of business.

2. Heights Properties is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.



3. Heights Properties is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Heights Properties has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Heights Properties has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Heights Properties does not have an agent for service of process in Louisiana.

7. Heights Properties does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Heights Properties does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Heights Properties has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Heights Properties does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Heights Properties has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Heights Properties never anticipated it would be haled into court in Louisiana.

13. Attached as tab "1" is a true and correct copy of the General Release received by Heights Properties from Anthony and Sharon Spoto releasing Heights Properties from

any and all claims relating to the real property located at 2705 SW 30th Terrace, Cape Coral, Florida.

_____
WALTER S. HAGENBUCKLE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 1ST DAY OF SEPTEMBER, 2010.

_____
NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Mark Tamulionis
Commission # DD933259
Expires: OCT. 15, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

## GENERAL RELEASE

KNOW ALL MEN BY THESE PRESENTS:

That ANTHONY SPOTO and SHARON SPOTO, collectively the first party, for and in consideration of the sum of TEN ($10.00) DOLLARS and other good and valuable consideration received from or on behalf of HEIGHTS PROPERTIES, LLC, a Florida limited liability company, the second party, the receipt whereof is hereby acknowledged, do:

HEREBY remise, release, acquit, satisfy, and forever discharge the said second party, of and from all actions and manner of actions, causes and causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, claims and demands whatsoever, in law or in equity, which said first party ever had, now has, or which any personal representative, successor, heir, or assign of said first party hereafter can, shall, or may have, against said second party with respect to any and all matters whatsoever, from the beginning of the world to the date of these presents, including without limitation, all matters arising out of or relating to that certain Residential Construction Contract ("Contract") dated September 6, 2005 concerning the real property located at 2705 SW 30th Terrace, Cape Coral, Florida, specifically including any contractual and/or statutory warranties of any kind, nature, or description, all of which are hereby expressly waived by the first party, the relationship of the first party and the second party created by such Contract, and all construction work performed upon the above-described real property pursuant to the terms thereof. Notwithstanding the foregoing, this General Release shall not apply to any action arising out of or relating to that certain Final Contractor's Affidavit executed by second party applicable to the subject real property, nor shall this General Release extinguish any applicable statutory warranty of the second party in favor of the first party so long as the following conditions are met:

1) If second party is employed to complete the home which is the subject of the Contract, then all applicable statutory warranties shall extend to the entire home, and the applicable warranty period(s) shall begin upon the date of substantial completion of the home as determined by the terms of the Contract; or

2) If second party is not employed to complete the home which is the subject of the Contract, then all applicable statutory warranties shall apply only to the work performed by second party and only to the extent that the same is not been altered in any manner by replacement contractors and/or subcontractors, and the applicable warranty period(s) shall begin effective September 1, 2006.

The first party has executed this General Release on this 13th day of September 2006.

_____
ANTHONY SPOTO

_____
SHARON SPOTO

Tab 1

~~STATE OF FLORIDA~~ New York
COUNTY OF ~~_____~~ Suffolk

The foregoing instrument was acknowledged before me this 13th day of September, 2006, by ANTHONY SPOTO and SHARON SPOTO, [ ] who are personally known to me or [ ] who have produced _NY State Drivers Lic_ as identification.

_____
NOTARY PUBLIC

RICHARD A. KURZ
Notary Public, State of New York
01KU5006164
Certified in Suffolk County
Commission Expires December 25, 20__

12/25/2006
_____
Typed or printed name of notary
MY COMMISSION EXPIRES:

F:\wpdocs\Red Heights Properties\Spoto\General Release - Spoto

## FINAL CONTRACTOR'S AFFIDAVIT

STATE OF FLORIDA
COUNTY OF LEE

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned, **HEIGHTS PROPERTIES, LLC**, a Florida limited liability company, is the general contractor named in that certain Notice of Commencement recorded in Official Records Book _____, Page _____, Public Records of Lee County, Florida relating to the work performed upon the real property described therein.

NOW, THEREFORE, the undersigned, who after being by me first duly cautioned and sworn, upon his oath, deposes and say as follows:

1. That Final Waivers of Lien have been furnished from all lienors that furnished labor, services, or materials to the above-described real property, that all such Final Waivers of Lien are true, correct, and genuine and have been delivered unconditionally, and that there is no claim, either legal or equitable in nature, to defeat the validity of such Final Waivers of Lien.

2. That all lienors performing work upon the above-described real property, including the undersigned, have been paid in full.

3. That construction of the improvements upon the above-described real property as described in the Notice of Commencement has ceased, and that the contract relating to such construction has been terminated.

Signed, sealed, and delivered
in the presence of:

_____
Witness #1
Print Name Below:
Rhonda L. Murnane

Witness #2
Print Name Below:
_____

**HEIGHTS PROPERTIES, LLC**,
a Florida limited liability company

By: _____
Walter S. Hagenbuckle, Manager

Sworn to and subscribed before me this 20th day of September, 2006, by Walter S. Hagenbuckle, as Manager of **HEIGHTS PROPERTIES, LLC**, a Florida limited liability company, [X] who is personally known to me or [ ] who has produced _____ as identification.

Falon April Bennett
Commission # DD347050
Expires: AUG. 16, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

_____
NOTARY PUBLIC
Falon Bennett
TYPED OR PRINTED NAME OF NOTARY
MY COMMISSION EXPIRES: 8·16·08

F:\wpdocs\rs\Heights Properties\Spoto\Final Contractor's Affidavit