UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to**<br><br>*Pate v. American International Specialty Lines Insurance Company, et al.* **(09-7791)** | MDL NO.:  2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

**DECLARATION OF BRUCE W. STECKLER FILED ON BEHALF
OF THE PLAINTIFFS' STEERING COMMITTEE IN
SUPPORT OF PLAINTIFFS' SECOND JOINT MOTION
TO COMPEL AGAINST DEFENDANT OWNERS INSURANCE
COMPANY & MEMORANDUM OF LAW IN SUPPORT THEREOF**

1. I am a Shareholder in the firm of Baron & Budd, P.C.

2. I am submitting this declaration in support of Plaintiffs' Second Joint Motion to Compel Against Defendant Owners Insurance Company & Memorandum of Law in Support Thereof in the above-entitled action.

3. Attached hereto as Exhibit A is a true and correct copy of the Affidavit of Scott Norris.

4. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's and PSC's Second Amended Notice of Deposition of Scott Norris.

5. Attached hereto as Exhibit C is a true and correct copy of Owner Insurance Company's Response to Plaintiff Robert C. Pate's Interrogatories and Requests for Production of Documents Concerning Jurisdiction and Venue.

6. Attached hereto as Exhibit D is a true and correct copy of Owner Insurance Company's Supplemental Response to Plaintiff Robert C. Pate's Interrogatories

       and Requests for the Production of Documents Concerning Jurisdiction and Venue.

7.     Attached hereto as Exhibit E is a true and correct copy of the Deposition of Auto-Owners Insurance Company, by and through its authorized representative, Kathleen Lopilato.

8.     Attached hereto as Exhibit F is a true and correct copy of the Deposition of Scott Norris.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of October, 2010, at Dallas, Texas.

                                               /s/ Bruce W. Steckler
                                               Bruce W. Steckler