UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| | JUDGE FALLON |
| **This Document Relates to** *Pate v. American International Specialty Lines Insurance Company, et al.* **(09-7791)** | MAGISTRATE JUDGE WILKINSON |

## ORDER

Before the Court was Plaintiffs' Steering Committee and Robert Pate as Trustee for the Chinese Drywall Trust ("Plaintiffs") Second Motion to Compel responses related to Defendant Owners Insurance Company (and its related entities') Motion to Dismiss for Lack of Subject Matter Jurisdiction.  The Court, having reviewed the parties' submissions and arguments, finds that the Motion is proper and should therefore be GRANTED.

IT IS THEREFORE ORDERED THAT Owners Insurance Company shall provide all documentation related to all claims paid to Louisiana residents on or before _____, 2010;

IT IS FURTHER ORDERED THAT Owners Insurance Company shall provide supplemental responses to Plaintiffs' interrogatories setting forth all information in its possession regarding any contracts it may have with Louisiana residents and any information it has about any of its insureds that do business in Louisiana regardless of whether such insureds are themselves Louisiana residents or citizens, and shall do so no later than _____, 2010;

It IS FURTHER ORDERED THAT Owners Insurance Company shall make its Corporate Representative available for further deposition on the aforementioned subjects no later than _____, 2010.

SO ORDERED this \_\_ Day of _____, 2010.

_____
Judge Fallon