UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### BANNER SUPPLY CO.'S RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT THE STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING

Defendant, Banner Supply Co., a Florida Corporation ("Banner"), by and through the undersigned counsel, submits this Response to the Plaintiffs' Steering Committee's Emergency Motion to Lift the Stay as to Various Pending Motions and Expedite Hearing.

I. **Plaintiffs' Motion for Leave to Amend Third Amended Complaint (Vickers) [Rec. Doc. 5562]**

Banner does not oppose the Motion to Lift the Stay as to Plaintiffs' Motion for Leave to Amend Third Amended Complaint. Banner does oppose Plaintiffs' Motion for Leave to Amend Third Amended Complaint and would like an opportunity to respond in writing and be heard at the appropriate time. In the event that the Court grants the Motion to Lift the Stay, Banner hereby requests 30 days from such Order to respond to the Motion for Leave to Amend.

II. **Conclusion**

WHEREFORE, for the foregoing reasons, Defendant Banner Supply Co. respectfully requests that if the Court grants Motion to Lift the Stay as to Plaintiffs' Motion for Leave to Amend Third Amended Complaint, that Banner have thirty (30) days to respond in writing and have an opportunity to be heard on its opposition to Plaintiffs' Motion for Leave to Amend Third Amended Complaint.

Respectfully submitted this 1st day of October, 2010.

                         **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

                         */s/ Shubhra R. Mashelkar*
                         **SHUBHRA R. MASHELKAR, ESQUIRE**
                         Georgia Bar Number:  475388
                         smashelkar@wwhgd.com
                         3344 Peachtree Road, NE
                         Suite 2400
                         Atlanta, GA  30326
                         Telephone (404)876-2700
                         *Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, in accordance with the procedures established in MDL 2047, on this 1st day of October, 2010.

                         */s/ Shubhra R. Mashelkar*
                         **SHUBHRA R. MASHELKAR**