UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| | * | |
| **This document related to:** | * * | |
| *David Gross, et al v. Knauf Gips KG, et al* Docket No. 09-6690 | * * | MAG: WILKINSON |

*******************************************************************************

## RULE 12(b) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Swedberg Enterprises, Inc., who respectfully submits this Rule 12(b) Motion to Dismiss. In support of this motion, the defendant refers the Court to its memorandum of law filed contemporaneously.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
PAUL J. VERLANDER (#19196)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
kderham@duplass.com
**Counsel for Defendant, Swedberg Enterprises, Inc.**

1

**C E R T I F I C A T E**

I hereby certify that on the 1st day of October, 2010, a copy of the foregoing Rule 12(b) Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com