UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | CASE NO. 2:09-MD-02047  SECTION L  JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE THAT** effective September 30, 2010, Sonnenschein Nath & Rosenthal LLP ("Sonnenschein") has combined with Denton Wilde Sapte LLP. As a result, Sonnenschein has changed its name to SNR DENTON US LLP as of that effective date. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. The lawyers' email addresses, however, have changed as reflected below. Please take notice of this change and update your records accordingly.

Respectfully submitted by,

/s/Seth A. Schmeeckle_____
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**LaDonna G. Wilson, La. Bar No. 29102**
Lugenbuhl, Wheaton, Peck
    Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195
e-mail:       rhubbard@lawla.com
                sschmeeckle@lawla.com
                lwilson@lawla.com

And

Donna J. Vobornik
Daniel E. Feinberg
Anthony T. Eliseuson
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone:  (312) 876-8000
Fax:  (312) 876-7934
donna.vobornik@snrdenton.com
daniel.feinberg@snrdenton.com
anthony.eliseuson@snrdenton.com

***Attorneys for Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Firm Name Change** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of October, 2010.


/s/ Seth A. Schmeeckle
Seth A. Schmeeckle