U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT - 1 2010
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 10-30568

MDL 09-2047-L

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

---

MICHELLE GERMANO, Individually and on behalf of all others similarly situated; Et Al,

      Plaintiffs

JERRY BALDWIN; INEZ BALDWIN; STEVEN HEISCHOBER; ELIZABETH HEISCHOBER; JOSEPH LEACH; KATHY LEACH; PRESTON MCKELLAR; RACHAEL MCKELLAR; J. FREDERICK MICHAUX; VANNESSA MICHAUX; WILLIAM MORGAN; DEBORAH MORGAN; ROBERT ORLANDO; LEA ORLANDO,

      Intervenors - Appellees

v.

TAISHAN GYPSUM COMPANY, LIMITED, formerly known as Shandong Taihe Dongxin Company, Limited,

      Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

ORDER:

IT IS ORDERED that appellant's unopposed motion to stay further proceedings in this court until the district court provides an indicative ruling pursuant to Fed. R. Civ. P. 62.1 on Taishan's motion to vacate is Granted.

/s/ Patrick E. Higginbotham
PATRICK E. HIGGINBOTHAM
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana
SEP 3 0 2010

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 30, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30568    In Re: Chinese-Manufactured
    USDC No. 2:09-MD-2047
    USDC No. 2:09-CV-6687

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Sabrina M. Hains, Deputy Clerk

Mr. Joe Cyr  
Mr. Robert Gary  
Mr. Faris Ghareeb  
Mr. Arnold Levin  
Mr. Thomas Patrick Owen, Jr.  
Mr. Richard James Serpe  
Mr. Frank T. Spano  
Mr. Richard C. Stanley  
Mr. Eric D. Statman  
Mr. Richard W. Stimson  
Ms. Loretta Whyte

P.S. to counsel: An electronically filed status report must be submitted to this court every thirty days from the date of this order.

MOT-2