IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | :MDL NO. 2047 |
| | :Section L |
| | : |
| **This Document Relates to** | :JUDGE FALLON |
| **Germano, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., et al. Case No. 2:09-cv-6687 (E.D. La.)** | :MAG. JUDGE WILKINSON |

## VENTURE SUPPLY, INC. AND THE PORTER-BLAINE CORPORATION'S OBJECTION TO THE PSC'S MOTION FOR LIMITED CLASS CERTIFICATION

Venture Supply, Inc. ("Venture") and The Porter-Blaine Corporation ("PB"), by counsel, object to the extent such Certification in any way affects them or prejudices any rights they may have. The reasons for this Objection are fully set forth in the accompanying Memorandum in Support.

WHEREFORE, Venture and PB request that the Court deny the PSC's Motion for Class Certification to the extent such motion or certification in any way prejudices these defendants.

This the 4th day of October, 2010.

Respectfully submitted,

By: _____/s/_____

Mark C. Nanavati, Esquire (VSB #38709)
Kenneth F. Hardt, Esquire (VSB # 23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys for Defendants Venture Supply Inc.
and The Porter-Blaine Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of October, 2010.

_____/s/_____

Kenneth F. Hardt