UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

**ORDER**

IT IS ORDERED that a status conference is scheduled for October 6, 2010, at 3:30 p.m. in the Chambers of Judge Eldon E. Fallon to discuss finalizing the mediation pilot program.  IT IS FURTHER ORDERED that the following counsel are to attend the conference and are to be prepared to discuss the pilot program: Plaintiffs' Liaison Counsel, Russ Herman; Lead Counsel for the Plaintiffs' Steering Committee ("PSC"), Arnold Levin; PSC members: Victor Diaz, Chris Seeger, Leonard Davis, Fred Longer; Defendants' Liaison Counsel, Kerry Miller; counsel for the Knauf defendants: Gregory Wallance, Mark Spatz, Steven Glickstein; and counsel for Interior Exterior Building Supply, Richard Duplantier.

New Orleans, Louisiana, this 4th day of October 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE