**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## INTERIOR EXTERIOR'S MOTION FOR LEAVE OF COURT TO ADOPT KNAUF DEFENDANTS' RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS

Interior Exterior Building Supply respectfully requests leave of court to file its Motion adopting, in part, the Knauf Defendant's Response to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions (Rec. Doc. No. 5650).

Respectfully submitted,

/s/ *Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
Attorneys for Defendant INTERIOR EXTERIOR
BUILDING SUPPLY

2

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the  4th  day of October, 2010.

/s/ *Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr. #18874