UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED   DRYWALL PRODUCTS   LIABILITY LITIGATION | * * * * * | MDL NO. 2047   SECTION: L   JUDGE FALLON |
| **This document relates to all cases** | * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing motion for leave of court:

**IT IS HEREBY ORDERED**, that Interior Exterior Building Supply's Motion For Leave to file its Motion adopting, in part, the Knauf Defendant's Response to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions be and is hereby granted.

**NEW ORLEANS,** Louisiana this _____ day of _____, 2010.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**