UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

**INTERIOR EXTERIOR'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF ADOPTION OF KNAUF DEFENDANTS' RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS**

Interior Exterior Building Supply adopts, in part, the Knauf Defendant's Response to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions (Rec. Doc. No. 5650).

Interior Exterior avers that any response to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions is substantially identical to that of the Knauf Defendants' Response thereto. Interior Exterior, however, specifically rejects the attempt by the Knauf defendants to suspend jurisdictional/alter ego discovery.

Interior Exterior suggests that the discovery on the jurisdictional/alter ego issues, as currently, scheduled should proceed. This discovery is already planned and in process and will

not interrupt the current progress made by the parties toward the development of the Pilot remediation program. Interior Exterior does concur, however, that should the parties be required to focus on class certification discovery, then the efforts at settlement may be disrupted.

Accordingly, in an effort to preserve judicial resources, Interior Exterior Building Supply adopts the Knauf Defendants' Response to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions without adopting the Knauf Defendants' potential argument to suspend jurisdictional/alter ego discovery.

Respectfully submitted,

/s/ *Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
Attorneys for Defendant INTERIOR EXTERIOR BUILDING SUPPLY

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of October, 2010.

/s/ *Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr. #18874