## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     **MDL DOCKET: 2047**
      **PRODUCTS LIABILITY LITIGATION**

                                         **SECTION: L**

                                         **JUDGE FALLON**
                                         **MAG. JUDGE WILKINSON**

**THIS DOCUMENT RELATES TO ALL CASES**
_____/

### HOMEBUILDERS' STEERING COMMITTEE'S RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING AND MOTION TO CORRECT CLERICAL ERROR REGARDING ITS EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING

The Homebuilders' Steering Committee ("HSC") hereby submits its response to the Plaintiffs' Steering Committee's ("PSC") Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing, and states:

1.      On September 21, 2010, the PSC filed an Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing, asking the Court to lift the stay as to seven motions pending before the Court.  On September 28, 2010, the PSC filed a Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing, asking the Court to lift the stay on one additional motion that the PSC failed to include in the initial motion.  The motion to lift stay is noticed for hearing on October 14, 2010.

2.      The HSC does not oppose the lifting of the stay on these eight motions.  The HSC requests that the Court establish a reasonable scheduling order for interested parties to file memoranda in opposition to the motions.

Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN**
*Local Lead Counsel of the HSC*
*Local Counsel for several homebuilders*
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 593-0804
Facsimile: (504) 593-0804
E-mail: pwittmann@stonepigman.com

By:    /s/ Phillip A. Wittmann
       PHILLIP A. WITTMANN
       Louisiana Bar No. 13625

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC*
*Counsel for Lennar Corporation, Lennar*
*Homes, LLC, and U.S. Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com

By:    /s/ Hilarie Bass
       HILARIE BASS
       Florida Bar No. 334323
       MARK A. SALKY
       Florida Bar No. 058221

**SIVYER BARLOW & WATSON**
*Counsel for Taylor Woodrow Communities at*
*Vasari, LLC and Taylor Morrison Services, Inc.*
100 S Ashley Drive, Suite 2150
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
Email: nsivyer@sbwlegal.com

By:    /s/ Neal Allen Sivyer
       NEAL A. SIVYER
       Florida Bar No. 373745

**KING & SPALDING LLP**
*Counsel for Beazer Homes Corp.*
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: kbuster@kslaw.com

By:    /s/ J Kevin Buster
       J. KEVIN BUSTER
       Georgia Bar No. 099267

2

**CUNNINGHAM BOUNDS, LLC**
*Counsel for The Mitchell Company, Inc.*
Post Office Box 66705
Mobile, Alabama  36660
Telephone: (251) 471-6191
Facsimile:  (251) 479-1031
Email: sln@cunninghambounds.com


By:     /s/ Steven L. Nicholas
        STEVEN L. NICHOLAS
        Alabama Bar No. ASB-2021-N35S

1032963v.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 4, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly

1032963v.1