UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | | |

**DEFENDANTS BANNER SUPPLY COMPANY, BANNER SUPPLY COMPANY POMPANO, BANNER FORT MYERS LLC, BANNER SUPPLY COMPANY TAMPA, AND BANNER SUPPLY INTERNATIONAL'S JOINDER IN KNAUF DEFENDANTS' OPPOSITION TO PSC'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITED HEARING**

Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers LLC, Banner Supply Company Tampa, and Banner Supply International (hereinafter collectively referred to as "Banner")[1] hereby joins, adopts and incorporates the Knauf Defendants' Opposition to PSC's Emergency Motion to Lift Stay as to Various Pending Motions and Expedited Hearing.

**WHEREFORE,** the Banner entities respectfully request that PSC's Emergency Motion to Lift Stay be denied for the motions relate to class certification.

Respectfully submitted this 3rd day of October, 2010.

                WEINBERG, WHEELER, HUDGINS,
                GUNN & DIAL, LLC

                /s/ Todd R. Ehrenreich
                **TODD R. EHRENREICH, ESQUIRE**
                Florida Bar Number: 945900
                2601 S. Bayshore Drive, Suite 850
                Miami, Florida 33130
                Telephone (305)455-9500
                tehrenreich@wwhgd.com

                WEINBERG, WHEELER, HUDGINS,

---

[1] Banner reserves all its previously raised objections.

GUNN & DIAL, LLC

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number:  560679

*/s/ Michael A. Sexton*
**MICHAEL A. SEXTON, ESQUIRE**
Florida Bar No.  0131520

*/s/ Shubhra R. Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number:  475388
3344 Peachtree Road
Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
msexton@wwghd.com
smashelkar@wwghd.com

Counsel for Banner

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion in Response has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 3rd day of October, 2010.

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        */s/ Nicholas P. Panayotopoulos*
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**