UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| **BARRY DEMPSTER, et al.** CASE NO. 2:09-5482-EEF-JCW; AND | MAG. JUDGE WILKINSON |
| **T. JACK KENT, et al.,** CASE NO. 2:10-01110-EEF-JCW; AND | |
| **OMNIBUS COMPLAINT III (GROSS/BENES)** CASE NO. 2:09-6690-EEF-JCW. | |

## LOWE'S RESPONSE TO THE PSC'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS (R. 5572)

Lowe's Home Centers, Inc. ("Lowe's") and undersigned counsel submit this response to the Plaintiffs' Steering Committee's ("PSC's") emergency motion to lift stay (R. 5572) as to pending motions pertaining to Lowe's.

### 1. The PSC's Motion to Enjoin (R. 5011) and Lowe's Motion to Stay (R. 5066) Should be Heard Together

Lowe's does not oppose the PSC's motion to lift stay so that a hearing may be set for the Court to consider the PSC's Motion to Enjoin (R. 5011) if the Court also hears Lowe's Motion to Stay (R. 5066) at the same time. By not opposing the PSC's motion to lift stay, Lowe's is not agreeing to the statements made or the reasons given by the PSC in support of that motion.

1

However, Lowe's opposes the Motion to Enjoin and would like the opportunity to fully respond in writing and be heard at the appropriate time. If the Court grants the PSC's motion to lift the stay, Lowe's hereby requests a reasonable time from such order, within the Court's discretion, to respond to the PSC's Motion to Enjoin. Lowe's further requests that the Court also set Lowe's Motion to Stay for hearing at the same time as the Motion to Enjoin. Lowe's Motion to Stay requests that all actions against Lowe's in the MDL be stayed until the Georgia state court concludes the fairness hearing, presently scheduled for November 19, 2010, to decide whether to finally approve the class action settlement, and therefore should be considered together with the PSC's Motion to Enjoin.

  **2.  The PSC's purported "Rule to Show Cause" (R. 5012)**

Counsel for Lowe's does not oppose the PSC's motion to lift stay so that a hearing may be set for the Court to consider the PSC's purported "Rule to Show Cause" directed at counsel for Lowe's and other attorneys. (R. 5012). Counsel for Lowe's opposes the "Rule to Show Cause" and would like the opportunity to fully respond in writing and be heard at the appropriate time. If the Court grants the PSC's motion to lift stay, counsel for Lowe's hereby requests a reasonable time from such order, within the Court's discretion, to respond to the "Rule to Show Cause."

Counsel for Lowe's will be prepared to address any questions from the Court concerning these issues before the monthly status conference on October 14, 2010.

Respectfully submitted,

**ADAMS AND REESE LLP**
*/s/Francis V. Liantonio, Jr.*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
701 Poydras Street
One Shell Square, Suite 4500
New Orleans, LA 70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
William.Gaudet@arlaw.com
Frank.Liantonio@arlaw.com
Edwin.Laizer@arlaw.com
Jeff.Richardson@arlaw.com
***Attorneys for Lowe's Home Centers, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of October, 2010.

*/s/ Francis V. Liantonio, Jr.*