UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Payton, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-07628 (E.D.La.) | |

## NOTICE OF HEARING

Please take notice that, upon the pleading and other matters of record, the undersigned has moved the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on a date to be determined by the Court, following the Court's monthly status conference on October 14, 2010, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Plaintiffs' motion to intervene, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: September 5, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

2

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020   bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055   Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves

| | |
|---|---|
| Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com | Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2010, the Notice of Hearing was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of September, 2010.

I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: September 5, 2010                          /s/ Russ M. Herman
                                                                         Russ M. Herman, Esquire (Bar No. 6819)
                                                                         Leonard A. Davis, Esquire (Bar No. 14190)
                                                                         Stephen J. Herman, Esquire (Bar No. 23129)
                                                                         HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                                         820 O'Keefe Avenue
                                                                         New Orleans, Louisiana 70113
                                                                         Phone: (504) 581-4892
                                                                         Fax: (504) 561-6024
                                                                         LDavis@hhkc.com
                                                                         *Plaintiffs' Liaison Counsel*
                                                                         *MDL 2047*

| CHINESE DRYWALL LITIGATION<br>OMNI I DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| 911 Drywall, Inc.<br>Mauricio Hernandez<br>141 Kamal Parkway<br>Cape Coral, FL 33904 |
| Ace Drywall<br>John Eschele<br>22214 Hoffman Road<br>Mandeville, LA 70471 |
| Alana Development Corporation<br>56 Sandpiper Drive<br>St. Augustine, FL 32086 |
| Alternative Source, Inc.<br>503 S. Holly St.<br>Hammond, LA 70403 |
| American Dream Builders, Inc.<br>4621 LEE BOULEVARD<br>LEHIGH ACRES, FL 33971 |
| American Gallery Development Group, LLC d/b/a American Gallery Homes<br>1120 Skiff Place<br>Sanibel, FL 33957 |
| Anthony F. Marino General Contractor, LLC<br>Anthony F. Marino<br>4800 Sharp Rd.<br>Mandeville, LA 70471 |
| Anthony Raggs<br>10810 NW 19th Avenue<br>Miami, FL 33167 |
| Anthony Skrmetti<br>130 Daniels Way<br>Perkinston, MS 39573 |
| Arizen Homes, Inc.<br>3905 N.W. 122nd Terrace<br>Sunrise, FL 33323 |
| B&W Complete Construction, Inc.<br>Brian White<br>5257 NW Gamma St.<br>Port St. Lucie, FL 34986 |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |

| **CHINESE DRYWALL LITIGATION**<br>**OMNI I DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| Belmont Lakes Investments, LLC<br>AFTAB A Cumber<br>10100 West Sample Road, Suite 205<br>Coral Springs, FL 33065 |
| Bill Gregory Drywall<br>3775 Creekwood Circle<br>Loganville, GA 30052 |
| Blackhawk Partners, LLC<br>2840 University Drive<br>Coral Springs, FL 33065 |
| Bonita Beachwalk, LLC<br>1955 Mission Drive<br>Naples, FL 34109 |
| Bove Company<br>Hathaway & Reynolds, PA<br>115 Professional Drive<br>Suite 101<br>Ponte Vedra Beach, FL 32092 |
| Brantly Homes, Inc.<br>501 Crosscreek Trail<br>Pelham, AL 35124 |
| Brian Papania<br>Corner of 603 and I-10<br>Pass Christian, MS 39521 |
| Building Materials Wholesale (B.M.W.)<br>Eric Mercer<br>11470 Ashley Drive<br>Panama City, FL 32413 |
| Caribe Central LLC<br>5901 SW 74th St. #411<br>Miami, FL 33143 |
| Caribe East LLC<br>5901 S.W. 74th ST., Ste. 411<br>Miami, FL 33143 |
| Catalano Custom Homes, LLC<br>Michael Mayhall<br>510 N. Jefferson Avenue<br>Covington, LA 70433 |
| CDC Builders, Inc.<br>Jose A. Ortega<br>5805 Blue Lagoon Drive, Ste. 480, Miami, FL 33126 |

| CHINESE DRYWALL LITIGATION<br>OMNI I DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Centurion Homes of Louisiana, LLC Thomas F. Meagher, III<br>210 Eydie Lane<br>Slidell, LA 70458 |
| Century Homebuilders, LLC<br>2301 N.W. 87th Avenue, 6th Floor<br>Doral, FL 33712 |
| Chabot Enterprises, Inc.<br>Lee A. Chabot<br>5135 S.E. Manatee Terrace<br>Stuart, FL 34997 |
| Chris Billot<br>70269 7th Street<br>Covington, LA 70433 |
| Christopher M. Odom<br>107 Westwood St.<br>Mobile, AL 36606 |
| Craftsmen Builders, Inc.<br>Stephen L. Zimmerman<br>737 E. Atlantic Blvd.<br>Pompano Beach, FL 33060 |
| Crosby Development Company, L.L.C. Kurt P. Forshag<br>311 Rue St. Ann<br>Metairie, LA 70005 |
| CSI Contractor Services, Inc.<br>Michael J. Hooper<br>744 Overriver Drive<br>North Fort Myers, FL 33903 |
| David Ray Gavins<br>Gavins Construction Company<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| Dedicated Builders, LLC<br>5306 Breckenridge Ave.<br>Baton Rouge, LA 70805 |
| DeMorgan Homes of Bradenton, Inc., a/k/a Mtn Homes Southwest, Inc.<br>11503 Savannah Lakes Drive<br>Parrish, FL 34219 |
| Design Contractors, LLC<br>Robert Wayne Close<br>40177 Bordeaux Street<br>Prairieville, LA 70769 |

| *Chinese Drywall Litigation* **Omni I Defendants' List** |
|---|
| **Defendant** |
| Dorado Homes Development, Ltd.<br>10253 NW 32nd Terr<br>Doral, FL 33172 |
| Drywall Service<br>20257 Dan Walker Rd.<br>Saucier, MS 39574 |
| Drywall Service, Inc.<br>Sharon Seals<br>306 McSween Road<br>Picaune, MS 39466 |
| E. Jacob Fakouri Construction, Inc.        c/o<br>Elias Jacob Fakouri<br>15735 Florida Blvd., Baton Rouge, LA 70819 |
| E.B. Developers, Inc.<br>Kodsi Law Firm PA<br>701 W. Cypress Creek Road, 3rd Floor<br>F.t Lauderdale, FL 33309 |
| EH Building Group<br>Michelle Sides, Esquire<br>1910 Northwest 9th Street<br>Delray Beach, Fl 33445 |
| Elite Construction Co. SW Inc.<br>22327 Lowe Davis Road<br>Covington, LA 70435 |
| Elite Home Construction Inc.<br>22521 Lowe Davis Rd.<br>Covington, LA 70435 |
| Empire Construction, LLC<br>Jere Miller<br>112 Spring Dr.<br>Fairhope, AL 36532 |
| Enchanted Homes, Inc.<br>Charles D. Fraizier<br>11915 King James Court<br>Cape Coral, FL 33991 |
| Excel Construction of S.W. Florida, Inc.<br>Anthony P. Stirp<br>2217 SW 43rd St.<br>Cape Coral, FL 33914 |
| Executive Home Builders, LLC<br>Stuart Clouatre 12040 Niece Rd. St. Amant, LA 70774 |

| CHINESE DRYWALL LITIGATION<br>OMNI I DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 |
| First Construction Corporation<br>1344 Villere St<br>Mandeville, LA 70448 |
| Florida Style Services, Inc.<br>5309 Cocoa Ct.<br>Cape Coral, FL 33904 |
| Francioni Builders, Inc.<br>38 Bluebird St<br>New Orleans, LA 70124 |
| Fusion Building Concepts, Inc.<br>701 North Lake Davis Drive<br>Orlando, FL 32806 |
| G. Drywalls Corporation<br>12951 SW 124 STREET<br>MIAMI, FL 33186 |
| Garram Homes, Inc.<br>Marco DeLaCal, Esq.<br>999 Ponce De Leon Blvd. 720<br>Coral Gables, FL 33134 |
| Gatco Construction, Inc.<br>16570 Crownsbury Way, Unit 101<br>Fort Myers, FL 33908 |
| Gateway Drywall, Inc.<br>Michael N. Motto, Jr.<br>3091 SE Jay Street<br>Stuart, FL 34997 |
| Gavins Construction Company<br>Ray Gavins<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| Genesis Residential Group, Inc<br>200 Central Ave., #290<br>Saint Petersburg, FL 33701 |
| George Meza<br>4824 Belle Drive<br>Metarie, LA 70006 |
| GL HOMES LIMITED CORPORATION A/K/A<br>GL HOMES LIMITED CORPORATION<br>Steve M. Helfman, Esquire<br>1600 Sawgrass Corporate Parkway<br>Sutie 230<br>Sunrise, FL 33323 |

| **CHINESE DRYWALL LITIGATION**<br>**OMNI I DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| Gooden Homes, LLC<br>V.M. Wheeler, III<br>201 S. Charles Ave.<br>40th Floor<br>New Orleans, LA 70170 |
| Greystoke Homes at South Point II LLC Corporate Creations Network, Inc.<br>11380 Prosperity Farms Road #221E<br>Palm Beach Gardens, FL 33410 |
| Guillermo Permuy<br>521 SW 127 Avenue<br>Miami, FL 33184 |
| Gulfstream Development, LLC<br>Patrick E. Variali,<br>3501 Gulf Shores Pkwy, Ste 5, Gulf Shores, AL 36542 |
| Gwen Core<br>44 Park Lane<br>Folsom, LA 70137 |
| H & H Custom Homebuilders<br>312 Primrose Lane<br>Covington, LA 70433 |
| Hutchinson Homes, Inc.<br>John T. Hutchinson<br>12 Woodgrove Circle<br>Fairhope, AL 36533 |
| Independent Drywall Distributors, LLC<br>109 S. 6th St.<br>Flagler Beach, FL 32136 |
| Interior/Exterior Enterprises, LLC<br>Clayton Geary<br>727 South Cortez Street<br>New Orleans, LA 70119 |
| Investment Properties Unlimited Inc.<br>2360 Hidden Lake Court, Apt. 1<br>Naples, FL 34112 |
| J&H Distributers<br>1321 West Causeway Approach Mandeville, LA 70471 |
| JB Plaster, Inc.<br>Juan Reyes<br>26747 Stardust Drive<br>Bonita Springs, FL 34125 |

| *Chinese Drywall Litigation*<br>**Omni I Defendants' List** |
|---|
| **Defendant** |
| Jim Walter Homes, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| JM Interiors, Inc.<br>John Morin<br>2208 SW Abalon Circle<br>Port St. Lucie, FL 34953 |
| John Eschete<br>22214 Hofman Road<br>Mandeville, LA 70471 |
| John Paul George d/b/a JPG Enterprises, Inc.<br>1861 Primrose Lane<br>Wellington, FL 33414 |
| Jon A. Wilder, Inc.<br>Rosemarie Wilder, VP<br>619 John Anderson Hwy<br>Flagler Beach, FL 32136 |
| JP Drywall, LLC<br>100 Wood Rose Lane<br>Wake Forest, NC 27587 |
| JST Properties, LLC of Mississippi<br>James Tjulander<br>229 Leed Street<br>Slidell, LA 70461 |
| Just-Rite Supply<br>Corporation Service Company<br>506 South President Street<br>Jackson, MS 39201 |
| Kemah Construction, Inc.<br>Lynn H. Jones<br>1254 Chariot Drive<br>Baton Rouge, LA 70816 |
| Knauf Gips KG<br>Postfach 10, 97343<br>Iphofen, Germany |
| Guangdong Knauf New Building Materials Products Co., Ltd.<br>No. 2 Xinsha Development Zone<br>RC-523147, Guangdong, China |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>North Yinhe Bridge<br>East Jingjin Road<br>Beichen District<br>Tianjin, 300400 P.R.C. |

| CHINESE DRYWALL LITIGATION<br>OMNI I DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Knauf Plasterboard (Wuhu) Co. Ltd.<br>No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241009, PR China |
| L.A. HOMES, INC.<br>2604 SEAGULL DR.<br>MARRERO, LA 70072 |
| Land Resources LLC<br>Timothy T. Beach<br>5309 Hidden Harbor Road<br>Sarasota, FL 34242 |
| Las Playas LLC<br>Bennett G. Feldman<br>2655 Lejeaune Rd.<br>Suite 514<br>Coral Gables, FL 33134 |
| Last Minute Properties, LLC<br>4431 Iberville St.<br>Mandeville, LA 70471 |
| Lawrence Migliar LLJ Construction<br>4936 W San Rafael<br>Tampa, FL 33629 |
| Lee Harbor Homes of Florida, Inc.<br>1708 Lincoln Avenue<br>Lehigh Acres, FL 33972 |
| Legend Custom Builders, Inc.<br>Forrester Hart Belisle & Whitaker, PL<br>1429 Colonial Boulevard, Ste. 201<br>Fort Myers, FL 33907 |
| Liongate Design Structure, LLC<br>NCG Management LLC<br>232 Andalusia Avenue, Ste. 202<br>Coral Gables, FL 33134 |
| Louran Builders, Inc.<br>Vincent C. Montalto, Jr.<br>414 SW D Dalton Circle<br>Port St. Lucie, FL 34953 |
| Louran Gips KG<br>414 SW Dalton Circle<br>Port St. Lucie, FL 34953 |
| Lucra Investments, Inc.<br>Jeffrey R. Borer<br>750 N. 150 E.<br>Tetonia, ID 83452 |

| CHINESE DRYWALL LITIGATION<br>OMNI I DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| M.E. Gibbens, Inc.<br>114 McDonald Lane<br>Bay St. Louis, MS 39520 |
| Manuel Gonzales Terra Group, Intl.<br>1310 S. Greenway Drive, Miami, FL 33134 |
| Mayeaux Construction, Inc.<br>Phillip G. Mayeaux<br>14 Carolina Ct.<br>Covington, LA 70433 |
| Meridian Homes USA, Inc.<br>Michael C. Daniel, Esquire<br>PRIOR, DANIEL & WILTSHIRE<br>490 North Milledge Avenue<br>Athens, GA 30601 |
| Methodical Builders, Inc.<br>c/o Vince E. Keith<br>14700 County Rd. 9<br>Summerdale, AL 36580 |
| Midwest Construction & Development Incorporated<br>1817 West Call Street, #B-17, Tallahassee, FL 32304 |
| Millennium Homes and Development, Inc.<br>481 Flamingo Drive,   Apollo Beach, FL 33572 |
| Miller Professional Contracting, Inc.<br>Jesse Miller<br>3108 SW 18th Place<br>Cape Coral, FL 33914 |
| Ming K. Wong<br>1355 Francis Harriet Drive<br>Baton Rouge, LA 70815 |
| Morrison Homes, Inc.<br>NRAI Services, Inc.<br>2731 Executive Park Drive, Ste. 4, Weston, FL 33331 |
| Nathanial Crump<br>2927 Plank Road<br>Baton Rouge, LA 70805 |

| CHINESE DRYWALL LITIGATION<br>OMNI I DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| North Palm Estates Homes, Inc.<br>7901 W 25 AVE # 3,<br>HIALEAH, FL 33016 |
| Northeast Drywall<br>3938 Lake Padgett Dr.<br>Land O Lakes, FL 30637 |
| Northstar Homebuilders Inc.<br>5901 SW 74th Street #411<br>Miami, FL 33143 |
| Oak Avenue, LLC<br>411 S. Park Avenue<br>Miami, FL 33172 |
| Oakbrook Building and Design, Inc Jeffrey A. Levine<br>6751 N. Federal Hwy., Ste. 301<br>Boca Raton, FL 33496 |
| Ocean Springs Lumber Company, LLC<br>7 Chandeluer Cove<br>Ocean Springs, MS 39564 |
| PARAGON HOMES CORPORATION<br>1010 Winderley Place, Unit 118<br>Maitland, FL 32751 |
| Parish Home Center<br>Thomas W. Mautner, 23082 General Gardner,<br>Zachary, LA 70791 |
| Paul Hyde Homes<br>Paul Hyde<br>54 Coronado Avenue<br>Kennver, LA 70065 |
| Philip Latapie<br>4431 Iberville St.<br>Mandeville, LA 70741 |
| Pioneer Construction, LLC<br>15001 Thompson Road<br>Folsom, LA 70437-3304 |
| Ponce Riviera, LLC<br>Gerald McBride, Esquire<br>500 S. Dixie Hwy, Ste. 307<br>Miami, FL 33146 |
| Ponce Siding & Remodeling<br>Jorge A. Ponce<br>20075 Highway 36<br>Covington, LA 70433 |

| *Chinese Drywall Litigation*<br>**Omni I Defendants' List** |
|---|
| **Defendant** |
| Premier Communities, Inc.<br>LPS Corporate Services, Inc., 46 North Washington Blvd, #1<br>Sarasota, FL 34236 |
| Premier Plastering of Naples<br>Craig D. Blume<br>800 Harbour Drive<br>Naples, FL 34103 |
| Punta Gorda Partners, LLC<br>354 Royal Tern Road South<br>Ponte Vedra Beach, FL 32082 |
| R.J. Homes, LLC<br>Alicia Jackson<br>13004 Little Bluff Drive<br>Vancleave, MS 39565-9723 |
| Rafuls & Associates Construction Co., Inc.<br>7901 W 25 AVE # 3<br>HIALEAH, FL 33016 |
| Ray Horvath Drywall Inc.<br>Raymond A. Horvath<br>10155 NE 101st St.<br>Okeechobee, FL 34972 |
| Reed Builders, LLC<br>Raphew Reed, Sr.<br>141 Shady Lake Parkway<br>Baton Rouge, LA 70810 |
| Regency Homes, Inc.<br>R. Bowen Gillespie<br>7601 North Federal Highway<br>165 A<br>Boca Raton, FL 33487 |
| Resource Rental & Renovation LLC<br>21 Beth Drive<br>Covington, LA 70433 |
| Richard Jones Construction Company, Inc.<br>Richard S. Jones<br>1575 SW 4th Circle<br>Boca Raton, FL 33486 |
| Richardson Drywall<br>2128 Hollywood Drive<br>Bay St. Louis, MS 39520 |
| Right Way Finishing, Inc.<br>3953 Tierra Venado Dr.<br>El Paso, TX 79938 |

Page 11 of 14

| **CHINESE DRYWALL LITIGATION**<br>**OMNI I DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| RJM BUILDERS NORTH, INC.<br>Ronald Maggio<br>15340 Meadowwood Dr.<br>Wellington, FL 33414 |
| Rookery Park Estates, LLC<br>David Koplowitz<br>1400 E. Oakland Park Blvd., Ste. 111<br>Oakland Park, FL 33334 |
| Royal Homes (Anthony Marino)<br>288 Bunting Drive<br>Mandeville, LA 70471 |
| SAMPSON DRYWALL, INC.<br>Charles Sampson<br>141 Segovia Road<br>St. Augustine, FL 32086 |
| Santa Barbara Estates, Inc.<br>7975 NW 154TH ST.<br>STE. 400<br>MIAMI LAKES, FL 33016 |
| Saturno Construction AB Inc.<br>Alberto Munoz, Pres.<br>1621 SE Mariner Ln.<br>Port St. Lucie, FL 34983 |
| Sea Coast Construction, LLC<br>Richard Creed, Jr.<br>8017 Jefferson Hwy, Wolfe's Creek, Ste. B3<br>Baton Rouge, LA 70809 |
| Signature Series Homes, Inc.<br>Robert and Patricia Long<br>1921 SW Third Terrace<br>Cape Coral, FL 33991 |
| Smith and Core, Inc.<br>14373 C. Gotti Road<br>Folsom, LA 70437 |
| Southwell Homes, LLC<br>David W. Southwell, PLLC<br>16191 NW 57th Ave.<br>Miami, FL 33014 |
| Star Homes of Florida, LLC<br>Jose L. Fernandez<br>146 N. Sewalls Point Rd.<br>Stuart, FL 34966 |

| *Chinese Drywall Litigation*<br>**Omni I Defendants' List** |
|---|
| **Defendant** |
| STEPHEN STEINER D/B/A STEINER DRYWALL<br>16344 Three Rivers Road<br>Biloxi, MS 39532 |
| Stephen Shivers<br>375 Teagarden Road<br>Gulfport, MS 39507 |
| Stonebrook Homes LLC<br>2840 University Dr.<br>Coral Springs, FL 33065 |
| Sundown Development<br>1025 W. Indiantown Road<br>Suite 101<br>Jupiter, FL 33458 |
| Sunrise Custom Homes & Construction, LLC<br>David Allen<br>3598 Sligo Road<br>Haughton, LA 71037 |
| Supreme Builders<br>28453 Eagle Ridge Drive<br>Magnolia, TX 77355 |
| Tad Brown<br>19450 North 6th St.<br>Citronelle, AL 36522 |
| Tepeyac, LLC<br>Ana Maria Angulo<br>5975 Sunset Dr., Ste. 503<br>South Miami, FL 33143 |
| The New Morning, LLC<br>David Leinsdorf<br>215 Elk Avenue<br>Crested Butte, CO 81224 |
| Tikal Construction Co.<br>Anibal Ruiz<br>7824 Embassy Blvd.<br>Miramar, FL 33023 |
| Total Contracting and Roofing, Inc.<br>Howard W. Fink<br>5975 NW 72 Ct.<br>Parkland, FL 33067 |
| United Home Builders, Inc.<br>1309 CALOOSA VISTA ROAD<br>FORT MYERS, FL 33901 |

Page 13 of 14


| CHINESE DRYWALL LITIGATION<br>OMNI I DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Velvet Pines Construction, LLC<br>John T. Berry<br>19214 Wymer Rd.<br>Covington, LA 70435 |
| Vicinity Drywall, Inc.<br>Brian P. White<br>5257 NW Gamma St.<br>Port Saint Lucie, FL 34986 |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 |
| Wellington Drywall, Inc.<br>18 Winchester Road<br>Ormond Beach Fl 32174 |
| Ybarzabal Contractors, LLC<br>Wade J. Ybarzabal<br>200 Oak Island Drive<br>Mandeville, LA 70448 |
| Zamora Corporation<br>260 Palermo Avenue<br>Coral Gables, FL 33134 |