# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH AND BARBARA WILTZ, et al.

       **Plaintiffs,**

    **v.**

BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO., et al.

**CASE NO.: 10-361**

## PLAINTIFFS', EDUARDO AND CARMEN AMORIN, *et. al.*,
## OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (II(B))

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Wiltz* plaintiffs and the defendants named in the *Wiltz* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Wiltz* complaint ¶¶ 1-5, and 505-912 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the classes identified in *Wiltz*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Wiltz* complaint. The *Wiltz* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below. This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 1. 2522 Cambronne Street, LLC c/o Toso, Michael J. III | 2514 Cambronne Street New Orleans, LA 70130 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| 2. Amorin, Eduardo and Carmen | 240 West End Drive, Bldg. 7 Unit 721 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 3. Anderson, Samuel Gregory **(PREVIOUSLY NAMED IN OMNI III)** | 240 West End Avenue #911 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 4. Ankiel, Rick and Lory **(PREVIOUSLY NAMED IN OMNI II)** | 126 Sandpiper Circle Jupiter, FL 33477 | FL | IMT<br><br>Pukka Development | 4<br><br>149 |
| 5. Antinarelli, Paulette **(PREVIOUSLY NAMED IN OMNI II)** | 914 SW 23rd Street Cape Coral, FL 33991 | FL | RJL Drywall, Inc.<br><br>Stock Building Supply | 223<br><br>37 |
| 6. Attard, Kenneth & Dahlfues, John **(PREVIOUSLY NAMED IN OMNI III)** | 194 SE 2nd Avenue Deerfield Beach, FL 33411 | FL | Taishan<br><br>Lavish Holding Corp. | 11<br><br>117 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 7. | Ayanbadejo, Oladele and Uzcategu, Natalee **(PREVIOUSLY NAMED IN OMNI III)** | 1360 Bayview Drive Fort Lauderdale, FL 33304 | FL | Taishan | 11 |
| 8. | Baker, Keith and Linda **(PREVIOUSLY NAMED IN OMNI II)** | 12077 Honeysuckle Road Fort Myers, FL 33966 | FL | ProWall<br><br>RJL Drywall, Inc.<br><br>Stock Building Supply, LLC | 8<br><br>223<br><br>37 |
| 9. | Banner, Luke **(PREVIOUSLY NAMED IN OMNI II(A))** | 1766 SE North Buttonwood Drive Port St. Lucie, FL 34952 | FL | Taishan | 11 |
| 10. | Baptiste, Judy | 6131 Craigie Road New Orleans, LA 70126 | LA | Taishan | 11 |
| 11. | Batsch, Kevin **(PREVIOUSLY NAMED IN OMNI III)** | 186 SE 2nd Street Deerfield Beach, FL 33411 | FL | Taishan<br><br>Lavish Holding Corp. | 11<br><br>117 |
| 12. | Bautista, Mario **(PREVIOUSLY NAMED IN OMNI III)** | 184 SE 2nd Street Deerfield Beach, FL 33441 | FL | Taishan<br><br>Lavish Holding Corp. | 11<br><br>117 |
| 13. | Benes, Mary Anne **(PREVIOUSLY NAMED IN OMNI III)** | 174 SE 2nd Street Deerfield Beach, FL 3341 | FL | Taishan<br><br>Lavish Holding Corp. | 11<br><br>117 |
| 14. | Blaise, Ervin | 1414 Reynes Street New Orleans, LA 70117 | LA | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 15. | Blue Water of Cape Coral **(PREVIOUSLY NAMED IN OMNI III)** | 194 Shadroe Cove Circle, Units 601, 604 Cape Coral, FL 33991<br><br>174 Shadroe Cove Circle Units 1001, 1002 Cape Coral, FL 33991<br><br>178 Shadroe Cove Circle Units 901, 902, 903 Cape Coral, FL 33991<br><br>202 Shadroe Cove Circle Units 401, 403 Cape Coral, FL 33991<br><br>210 Shadroe Cove Circle Unit 201 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 16. | Bookman, Jarrod and Sheryl **(PREVIOUSLY NAMED IN OMNI II)** | 9821 Cobblestone Creek Boynton Beach, FL 33472 | FL | Taishan<br><br>Northstar Holdings at B&A, LLC<br><br>Banner Supply Co. | 11<br><br>135<br><br>17 |
| 17. | Bosch, Yunia and Muris, Luis **(PREVIOUSLY NAMED IN OMNI III)** | 8049 W 36th Avenue #2 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 18. | Bradbury, Jon R. and Christinia I. | 3824 Charles Drive Chalmette, LA 70043 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |

4

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 19. Brathwaite, Melvin and Maryann | 4904 19th Street, North St. Petersburg, FL 33714 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan | 9<br><br><br><br><br>11 |
| 20. Brik, Beni **(PREVIOUSLY NAMED IN OMNI II)** | 240 West End Drive #1311 and1312 Punta Gorda, FL 33950 | FL | IMT<br><br>Banner Supply Company Fort Myers, LLC | 4<br><br>16 |
| 21. Brown, Cortland **(PREVIOUSLY NAMED IN OMNI II(A))** | 240 West End Drive #1512 Punta Gorda, FL 33950 | FL | IMT<br><br>Banner Supply Company Fort Myers, LLC | 4<br><br>16 |
| 22. Burns, Ronald and Joan **(PREVIOUSLY NAMED IN OMNI III)** | 3237 NW 21st Terrace Cape Coral, FL 33993 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Co. | 11<br><br>52<br><br>17 |
| 23. Butler, Bernice | 2999 Silver Hill Drive Douglasville, GA 30135 | GA | Taishan | 11 |
| 24. Cabrera, Israel and Diana **(PREVIOUSLY NAMED IN OMNI III(A))** | 8037 W 36th Avenue #2 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 25. Caburian, Eugene and Genalin | 2501 Rowan Place Virginia Beach, VA 23456 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 26. Candiani, Karen and Kugler, Donald | 240 West End Drive #313 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 27. Caputo, Marc<br>Turer, Scott | 2220 Soho Bay Court<br>Tampa, FL 33606 | FL | Taishan | 11 |
| 28. Casanas, Dulce<br>Guerra, Enrique<br>**(PREVIOUSLY NAMED IN OMNI III(A))** | 8019 W 36th Avenue #2<br>Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 29. Chappell, Lucius and Kristie | 2125 Benefit Road<br>Chesapeake, VA 23322 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 30. Chaves, Javier and Alcantara, Raquel | 11807 Autumn Creek Drive<br>Riverview, FL 33569 | Lima, Peru | Taishan<br><br>Rivercrest, LLC/The St. Joe Company | 11<br><br>154 |
| 31. Cheramie, Bertoul J. and Joan | 266 Carriage Pines<br>Covington, LA 70435 | LA | Taishan<br><br>Interior/Exterior Building Supply | 11<br><br>30 |
| 32. Choy, Barbara and Sam | 2903 August Drive<br>Homestead FL 33035 | FL | Taishan | 11 |
| 33. Clark, John and Mary | 10854 Tiberio Drive<br>Fort Myers, FL 33913 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan | 9<br><br><br><br><br>11 |

6

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 34. Cone, Terrence | 4324 Lydias Drive Williamsburg, VA 23188 | NV | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc.<br><br>Atlantic Homes, LLC<br><br>HHJV, LLC | 11<br>38<br>39<br>40<br>55<br>98 |
| 35. Conway Centre, LLC | 1605 Port St. Lucie Blvd. Port St. Lucie, FL 34952<br><br>1609 Port St. Lucie Blvd. Port St. Lucie, FL 34952<br><br>1621 Port St. Lucie Blvd. Port St. Lucie, FL 34952<br><br>1637 Port St. Lucie Blvd. Port St. Lucie, FL 34952<br><br>1645 Port St. Lucie Blvd. Port St. Lucie, FL 34952<br><br>1649 Port St. Lucie Blvd. Port St. Lucie, FL 34952<br><br>1653 Port St. Lucie Blvd. Port St. Lucie, FL 34952<br><br>1657 Port St. Lucie Blvd. Port St. Lucie, FL 34952 | MO | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 36. | Corvaia, Steve **(PREVIOUSLY NAMED IN OMNI III)** | 900 E Marion Drive Unit 1401 Punta Ford, FL 33920 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC<br><br>Core Construction Services Southeast, Inc. | 11<br><br>16<br><br>71 |
| 37. | Cox, Shawn and Lisa **(PREVIOUSLY NAMED IN OMNI III)** | 9404 Scarborouogh Court Port St. Lucie, FL 34986 | MI | Taishan<br><br>O.C.D. of S. Florida, Inc. | 11<br><br>218 |
| 38. | Craik, Diane | 5910 Memphis Street New Orleans, LA 70124 | California | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| 39. | D'Aprile, Anthony and Marcine **(PREVIOUSLY NAMED IN OMNI III)** | 190 Shadroe Cove Circle Unit 702 Cape Coral, FL 33991 | FL | Panel Rey<br><br>Banner Supply Company Fort Myers, LLC | 6<br><br>16 |
| 40. | Dasilva, Jose and Maria | 4465 San Marco Road New Orleans, LA 70129 | LA | Taishan | 11 |
| 41. | Davis, Lakeisha | 5543 Charlotte Drive New Orleans, LA 70122 | LA | Taishan | 11 |
| 42. | Davis, Walter and Melissa | 276 Jessie Smith Road Lucedale, MS 39452 | MS | Taishan | 11 |
| 43. | DeFrancesco, Joyce **(PREVIOUSLY NAMED IN OMNI II)** | 2218 SW Embers Terrace Cape Coral, FL 33091 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC<br><br>Aranda Homes, Inc. | 11<br><br>16<br><br>52 |
| 44. | DeJesus, Amelia | 9653 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Taishan<br><br>Northstar Holdings at B&A, LLC | 11<br><br>135 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 45. | Divanno, Michael and Iben **(PREVIOUSLY NAMED IN OMNI III)** | 240 West End Drive #913 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 46. | Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 47. | Doerre, Christopher | 5280 Tamiami Court Cape Coral, FL 33904 | NJ | Taishan | 11 |
| 48. | Dong, Chi and Lu, Qun | 1562 Hextel Avenue SW Port Saint Lucie, FL 34953 | NY | Taishan | 11 |
| 49. | Donohue, Francis J. Jr. | 408 Jefferson Avenue Cape Charles, VA 23310 | VA | Taishan<br><br>Venture Supply | 11<br><br>40 |
| 50. | Donohue, Mark and Lori | 3833 Langdrum Drive Wesley Chapel, FL 33543 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 51. | Dow, Jared **(PREVIOUSLY NAMED IN OMNI III)** | 172 SE 2nd Street Deerfield Beach, FL 33441 | FL | Taishan<br><br>Lavish Holding Corp. | 11<br><br>117 |
| 52. | Dunbar, Michael **(PREVIOUSLY NAMED IN OMNI III(A))** | 1045 Venetian Drive, Unit 104 W. Melbourne, FL 32904 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 53. | Eide, Stale | 1201 Magnolia Alley Mandeville, LA 70471 | TX | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC<br><br>Southern Star Construction Company, Inc. | 11<br><br>30<br><br>31<br><br>164 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 54. | Eltahawy, Sherif and Leyon, Mikhail | 2195 3rd Lane SW Vero Beach, FL 32962 | NY | IMT | 4 |
| 55. | Emerald Greens at Carrollwood, LLC | 4143 Courtside Way (2C) Tampa, FL 33618<br><br>4145 Courtside Way (2B) Tampa, FL 33618<br><br>13942 Clubhouse Drive (6B) Tampa, FL 33618 | FL | Taishan<br><br>LTL Construction, Inc. | 11<br><br>123 |
| 56. | England, Charles P., Sr. | 2516 Reunion Drive Violet, LA 70092 | LA | Taishan | 11 |
| 57. | Englander, Mark | 1690 Renaissance Commons Blvd., Unit 1508 Boynton Beach, FL 33426 | NY | Taishan | 11 |
| 58. | Escalona, Ileana and Delgado, Ruben **(PREVIOUSLY NAMED IN OMNI III(A))** | 8141 W 36th Avenue #4 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 59. | Evans, Robyn | 1045 Venetian Drive Unit 102 Melbourne, FL 32904 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 60. | Feger, Gary **(PREVIOUSLY NAMED IN OMNI II(A))** | 240 West End Drive #1422 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 61. | Felix, Bruno **(PREVIOUSLY NAMED IN OMNI III(A))** | 11102 NW 83rd Street #106 Doral, FL 33178 | FL | Taishan | 11 |
| 62. | Feltner, Donna | 4139 Constantine Loop Wesley Chapel, FL 33543 | FL | IMT | 4 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 63. | Fenalson, Jared **(PREVIOUSLY NAMED IN OMNI II)** | 10440 SW Stephanie Way #212 Port St. Lucie, FL 34987 | FL | Taishan O.C.D. of S. Florida, Inc. | 11 218 |
| 64. | Fermoile, James and Ann | 178 Shadroe Cover Circle #901 Cape Coral, FL 33991 | FL | Taishan Banner Supply Company Fort Myers, LLC | 11 16 |
| 65. | Fernandez, Frederico and Maria **(PREVIOUSLY NAMED IN OMNI III(A))** | 8061 W 36th Avenue #1 Hialeah, FL 33018 | FL | Taishan Banner Supply Co. | 11 17 |
| 66. | Fernandez, Victor and Iris | 402 Lincoln Blvd. Lehigh Acres FL 33936 | FL | Pro Wall | 8 |
| 67. | Ferrigno, Joseph and Christina | 3713 Embers Parkway Cape Coral, FL 33993 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. Taishan | 9 11 |
| 68. | Ferroni, Peter and Christian **(PREVIOUSLY NAMED IN OMNI III and IV)** | 188 SE 2nd Street Deerfield Beach, FL 33411 | FL | Taishan Lavish Holding Corp. | 11 117 |
| 69. | Francipane, Susan and Sal **(PREVIOUSLY NAMED IN OMNI III)** | 4005 SW 23 Avenue Cape Coral, FL 33915 | NY | Taishan Aranda Homes, Inc. Banner Supply Company Fort Myers, LLC | 11 52 16 |
| 70. | Francisco, Tom and Jane **(PREVIOUSLY NAMED IN OMNI III)** | 1728 Bobcat Trail North Port, FL 32288 | IN | Taishan | 11 |
| 71. | Freijo, Isis | 8049 W 36th Avenue #7 Hialeah, FL 33018 | FL | Taishan Banner Supply Co. | 11 17 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 72. | Gaines, Timothy and Julia **(PREVIOUSLY NAMED IN OMNI III)** | 5302 SW 27th Place Cape Coral, FL 33914 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Co. | 11<br><br>52<br><br>17 |
| 73. | Gamboa, Luis and Mercedes | 240 West End Drive #723 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 74. | Garcia, Ernesto and Oretga, Zilghean | 422 Belle Grove Lane Royal Palm Beach, FL 33411 | FL | Taishan | 11 |
| 75. | Garcia, Jorge | 13820 BJ Blvd. Bokeelia, FL 33922 | FL | Shamrock Gold<br><br>Enchanted Homes, Inc. | 10<br><br>85 |
| 76. | Gaylord, Peter and Kelly | 240 West End Drive #322 Punta Gorda, FL 33950 | Fl | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 77. | GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace Cape Coral, FL 33991 | FL | Pro Wall | 8 |
| 78. | Ghafari, David and Sylvia | 921 Acroft Avenue Lehigh Acres, FL 33971 | MA | Pro Wall | 8 |
| 79. | Gimpel, Nicholas O'Brien, Cathy | 12561 Oak Bend Drive Fort Myers, FL 33905 | FL | Prowall | 8 |
| 80. | Golovkin, Sergei and Natalia **(PREVIOUSLY NAMED IN OMNI III)** | 17763 Lake Azure Way Boca Raton, FL 33496 | FL | Taishan<br><br>O.C.D. of S. Florida, Inc.<br><br>Banner Supply Co.<br><br>Albanese-Popkin the Oaks Development Group, LP | 11<br><br>218<br><br>17<br><br>46 |
| 81. | Gonzales, Huey, Jr. | 3009 Acorn Drive Violet, LA 70092 | LA | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |

| | | | | | |
|---|---|---|---|---|---|
| 82. | Gonzalez, Petra and Castillo, Boris **(PREVIOUSLY NAMED IN OMNI III(A))** | 8141 W 36th Avenue - Unit 3 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| **83.** | Grant, Allison and Kenneth **(ORIGINALLY IN OMNI III, BUT WAS DISMISSED FROM OMNI III(A))** | 10400 SW Stephanie Way, Unit 105 Port St. Lucie, FL 34987 | Fl | Taishan<br><br>O.C.D. of S. Florida, Inc.<br><br>Banner Supply Co. | 11<br><br>218<br><br>17 |
| 84. | Grant, Tonia | 2412 E 31st Avenue Tampa, FL 33610 | FL | Taishan | 11 |
| 85. | Graziano, Michael and Garcia-Graziano, Francis | 8079 W. 36th Avenue #1 Hialeah, FL 33018 | NJ | IMT<br><br>Banner Supply Co. | 4<br><br>17 |
| 86. | Green, Crystal | 2408 E. 31st Avenue Tampa, FL 33610 | FL | Taishan | 11 |
| 87. | Gurnee, Robert and Shinners, Ann | 4349 Blackthorne Court Virginia Beach, VA 23455 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 88. | Hamilton, Roger | 1518 Jefferson Avenue Lehigh Acres, FL 33972 | FL | Taishan<br><br>A&D Homes, Inc. | 11<br><br>42 |
| **89.** | Harmer, Frank and Barbara **(ORIGINALLY IN OMNI III, BUT WAS DISMISSED FROM OMNI III(A))** | 6550 Caicos Court Vero Beach, FL 32967 | FL | Taishan<br><br>PDC Drywall Contractors, Inc.<br><br>Banner Supply Co. | 11<br><br>219<br><br>17 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 90. Haskin, Tracy | 1740 Sere Street New Orleans, LA 70122 | LA | Taishan | 11 |
| | | | Interior/Exterior Building Supply, LP | 30 |
| | | | Interior/Exterior Enterprises, LLC | 31 |
| 91. Heath, John and Vicky | 47 Greenbriar Drive Gulfport, MS 39507 | MS | Taishan | 11 |
| 92. Heinemann, Bernie and Barbara **(PREVIOUSLY NAMED IN OMNI II)** | 5202 SW 28th Place Cape Coral, FL 33914 | FL | Taishan | 11 |
| | | | Aranda Homes, Inc. | 52 |
| | | | Banner Supply Company Fort Myers, LLC | 16 |
| 93. Helbig, Cindy | 1921 Maxey Manor Drive Virginia Beach, VA 23454 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Tobin Trading, Inc. | 39 |
| | | | Venture Supply, Inc. | 40 |
| 94. Helper, Dennis **(PREVIOUSLY NAMED IN OMNI III)** | 10650 SW Stephanie Way #105 Port St. Lucie, FL 34987 | FL | Panel Ray | 6 |
| | | | O.C.D. of S. Florida, Inc. | 218 |
| 95. Hendrix, Valentine | 2404 E. 31st Avenue Tampa, FL 33610 | FL | Taishan | 11 |
| 96. Hernandez, Alexandra | 10902 NW 83rd Street Apt. 7-224 Doral, FL 33178 | FL | Taishan | 11 |
| 97. Herrera, Francisco **(PREVIOUSLY NAMED IN OMNI II(A))** | 6034 NW 116 Drive Coral Springs, FL 33076 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| | | | Banner Supply Co. | 17 |

14

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 98. | Herston, James and Matt **(PREVIOUSLY NAMED IN OMNI III)** | 240 West End #421 Punta Gorda, FL 33920 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 99. | Hickey, Brian and Juliano, Enrico | 4844 NW North Macedo Blvd. Port St. Lucie, FL 34983 | FL | IMT<br><br>Majestic Homes of Port St. Lucie | 4<br><br>125 |
| 100. | Hicks, Diane | 3802 N. 24th Street Tampa, FL 33610 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan | 9<br><br><br><br><br>11 |
| 101. | Higginbothom, Marcus | 900 E. Marion Avenue #1403 Punta Gorda, FL 33950 | MI | Taishan<br><br>Core Construction Services Southeast, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>71<br><br>16 |
| 102. | Hill, Jerry | 194 Shadroe Cove Circle #601 Cape Coral, FL 33991 | FL | Taishan | 11 |
| 103. | Holloway, Sylvia | 174 Shadroe Cove Circle #1002 Cape Coral, FL 33991 | FL | Taishan | 11 |
| 104. | Howell, Victor and Loumertistene | 5275 Sandbar Cove Winston, GA 30187 | GA | Taishan | 11 |
| 105. | Hukriede Larry | 1120 NW 23rd Avenue Cape Coral, FL 33993 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan<br><br>Hansen Homes of South Florida, Inc. | 9<br><br><br><br><br>11<br><br>96 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 106. | Humphreys, Thomas and Humphreys Punta Gorda, LLC **(PREVIOUSLY NAMED IN OMNI III)** | 240 West End Drive Unit 1321 and 1323 Punta Gorda, FL 33950 | FL | IMT<br><br>Banner Supply Company Fort Myers, LLC | 4<br><br>16 |
| 107. | Hunia, Edward and Mary Sue | 10844 Tiberio Fort Myers, FL 33913 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan | 9<br><br>11 |
| 108. | Huszar, Steve and Nancy **(PREVIOUSLY NAMED IN OMNI III)** | 10838 SW Meeting Street Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 109. | Irani, Jal and Shiraz | 19273 Stone Hedge Drive Tampa, FL 33647 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan | 9<br><br>11 |
| 110. | ITSM Corp. c/o Ana Maria Tascon | 240 West End Drive Unit 711 Punta Gorda, FL 33930 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 111. | Jackson, Michael **(PREVIOUSLY NAMED IN OMNI III)** | 707 SE 16th Court Fort Lauderdale, FL 33316 | FL | Taishan | 11 |
| 112. | Jacobs, Tammy | 3801 Machado Street Tampa, FL 33603 | FL | Taishan | 11 |
| 113. | Jaen, Ruben **(PREVIOUSLY NAMED IN OMNI III(A))** | 10320 Stephanie Way #202 Port St. Lucie, FL 34987 | FL | Taishan<br><br>O.C.D. of S. Florida, Inc.<br><br>Banner Supply Co. | 11<br><br>218<br><br>17 |

16

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 114. | Jamison, Steve and Kim **(PREVIOUSLY NAMED IN OMNI II)** | 10440 SW Stephanie Way #212 Port St. Lucie, FL 34987 | FL | Taishan<br><br>O.C.D. of S. Florida, Inc. | 11<br><br>218 |
| 115. | Johansson, Henrik and Jennifer **(PREVIOUSLY NAMED IN OMNI II)** | 27070 Eden Road Court Bonita Springs, FL 34135 | FL | Banner Supply Company Fort Myers, LLC | 16 |
| 116. | Johnson, Aiasha and Geoffrey **(PREVIOUSLY NAMED IN OMNI III)** | 190 SE 2nd Street Deerfield Beach, FL 33441 | FL | Taishan<br><br>Lavish Holding Corp. | 11<br><br>117 |
| 117. | Johnson, C. Andre | 11375 Canyon Maple Blvd. Davie, FL 33330 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 118. | Johnson, Timothy | 3430 Jackson Blvd. Chalmette, LA 70043 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| 119. | Jones, Kenneth | 6079 SE Crooked Oak Avenue Hobe Sound, FL 33455 | AL | IMT | 4 |
| 120. | Jordan, Carlos & Dalia | 240 West End Drive #912 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 121. | Katarsky, John and Fleres, Carol | 240 West End Drive #323 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 122. | Kazakov, Sergey and Kazakova, Alexandra | 1307 Glenn Avenue Lehigh Acres, FL 33920 | FL | Pro Wall | 8 |
| 123. | Kennedy, Phillip and Machado-Kennedy, Lyzet **(PREVIOUSLY NAMED IN OMNI III(A))** | 8055 W 36th Avenue #1 Hialeah, FL 3018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |

17

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 124. | Kessler, Andrew and Katherine **(PREVIOUSLY NAMED IN OMNI II)** | 3056 Juniper Lane Davie, FL 33330 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 125. | King Properties **(PREVIOUSLY NAMED IN OMNI II(A))** | 240 West End Drive #1511 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 126. | Labrosse, Jr., Bradley R. and Tricia M. | 4401 Tracy Street Meraux, LA 70075 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| 127. | Lacey-Fredette, Susan | 2229 SE 5th Court Cape Coral, FL 33990 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan<br><br>Enchanted Homes, Inc. | 9<br><br><br><br>11<br><br>85 |
| 128. | Lafoon, Patricia and Robert | 609 Lord Dunmore Drive Virginia Beach, VA 23464 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 129. | LaGambina, Angelo and Anna **(PREVIOUSLY NAMED IN OMNI II)** | 1142 SW Kickaboo Road Port St. Lucie, FL 34953 | FL | Taishan<br><br>Venus Street, LLC | 11<br><br>186 |
| 130. | Lamonge, Yves | 906 E. 10th Street Lehigh Acres, FL 33972 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan | 9<br><br><br><br><br><br>11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 131. Larry, Rosemarie | 700 Geddes St. SW Palm Beach, FL 32908 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan<br><br>IMT | 9<br><br><br><br>11<br><br>4 |
| 132. Laurent, Roland and Marie | 506 Tropicana Parkway W. Cape Coral, FL 33993 | FL | Pro Wall | 8 |
| 133. Lavin, Eduardo and Esperanza **(PREVIOUSLY NAMED IN OMNI III(A))** | 8141 W 36th Avenue #4 Hialeah, FL 33108 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 134. Lazaro, Jesus and Teresita | 4225 NW 21st Street Cape Coral, FL 33993 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan<br><br>Enchanted Homes, Inc. | 9<br><br><br><br>11<br><br>85 |
| 135. Lee, Mark and Wendy | 240 West End Drive #512 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 136. Lee, Sibyl A. | 6305 4th Street Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| 137. Legere, Michele | 10756 Linohau Way Diamond Head, MS 39525 | MS | Taishan | 11 |
| 138. Lehmann, Horst **(PREVIOUSLY NAMED IN OMNI III)** | 10512 SW Sarah Way Port St. Lucie, FL 34981 | FL | Taishan<br><br>PDC Drywall Contractors, Inc. | 11<br><br>219 |
| 139. Lendenfeld, Helene | 3178 New York St. Miami, FL 33133 | FL | Taishan | 11 |

19

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 140. | Leon, Aldo and Tonya **(PREVIOUSLY NAMED IN OMNI III)** | 2656 Juniper Lane Davie, FL 33330 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 141. | Lester, Lorainne | 435 S. Oregon Avenue, Unit 401 Tampa, FL 33606 | FL | Taishan | 11 |
| 142. | Lewis, Gary and Rhonda | 22870 Country Ridge Parkway McCalla, AL 35111 | AL | Taishan | 11 |
| 143. | LJPTRD, LLC - Patricia Sanford (POA) | 3853 Albecate Circle Punta Gorda, FL 33950 | MN | Taishan | 11 |
| 144. | Lopez, David **(PREVIOUSLY NAMED IN OMNI III(A))** | 8141 W 36th Avenue #6 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 145. | Lor, Suihout and Yi, Phung | 10531 SW Sarah Way Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 146. | Madigan, Murphy | 1660 Renaissance Commons Blvd., Unit 2119 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 147. | Maesel, Shawn | 1660 Renaissance Commons Blvd., Unit 2417 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 148. | Magdalena Gardens Condo Associations **(PREVIOUSLY NAMED IN OMNI II AND III)** | 240 West End Avenue Units 111, 123, 211, 212, 222, 411, 412, 413, 421, 511, 711, 712, 721, 723, 811, 812, 813, 911, 913, 923, 1421, 1422, 1511 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 149. | Magdalena Gardens Condo Association **(PREVIOUSLY NAMED IN OMNI II AND IV)** | 240 West End Avenue Units 1311, 1312, 1321, 1323, 1522 Punta Gorda, FL 33950 | FL | IMT<br><br>Banner Supply Company Fort Myers, LLC | 4<br><br>16 |
| 150. | Manso, Jorge, L. | 8099 W. 36th Avenue #4 Hialeah, FL 33018 | FL | IMT<br><br>Banner Supply Co. | 4<br><br>17 |
| 151. | Manuel, Barbara and Lucien | 2016 Allo Umphrey Drive Violet, LA 70092 | LA | Taishan | 11 |
| 152. | Marclies, Mary | 4635 Rosalia Drive New Orleans, LA 70127 | LA | Taishan | 11 |
| 153. | Marin, Jose and Monica **(PREVIOUSLY NAMED IN OMNI II)** | 8904 SW 229th Street Miami, FL 33190 | Fl | Taishan<br><br>Pride Homes of Lakes by the Bay Parcel H, LLC | 11<br><br>148 |
| 154. | Marquina, Belkys | 8141 W 36th Avenue - Unit 5 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 155. | Marston, Claire **(PREVIOUSLY NAMED IN OMNI II)** | 240 West End Drive, Unit 923 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 156. | Marzulff, Paul **(PREVIOUSLY NAMED IN OMNI II)** | 240 West End Drive, Unit 412 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 157. | Mas, Rachel and Bonilla, Freddie **(PREVIOUSLY NAMED IN OMNI III)** | 304 Chaucer Avenue Lehigh Acres, FL 33986 | FL | Taishan<br><br>Holiday Builders, Inc. | 11<br><br>100 |
| 158. | Mason, Gary | 1860 Filmore Avenue New Orleans, LA 70122 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 159. | Matute, Argene **(PREVIOUSLY NAMED IN OMNI III)** | 8881 SW 229 Street Cutler Bay, FL 33190 | FL | Taishan<br><br>Pride Homes of Lakes by the Bay - Parcel H, LLC | 11<br><br>148 |
| 160. | McAdoo, Kevin and Julie | 6218 S. Jones Road Tampa, FL 33611 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan | 9<br><br><br><br><br><br>11 |
| 161. | McGinn, Jack and Anna | 4301 Blackthorne Court Virginia Beach, VA 23455 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 162. | McKinney, Ali and Ilka **(PREVIOUSLY NAMED IN OMNI III)** | 10806 SW Meeting Street Port St. Lucie, FL 34987 | FL | Taishan<br><br>PDC Drywall Contractors, Inc. | 11<br><br>219 |
| 163. | Mendez, Jesse **(PREVIOUSLY NAMED IN OMNI III(A))** | 8141 W 36th Avenue Unit 2 Hialeah, FL 33108 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 164. | Metcalfe, George and Amy **(PREVIOUSLY NAMED IN OMNI III)** | 106 NW Willow Grove Avenue Port St. Lucie, FL 34986 | FL | Taishan | 11 |
| 165. | Miller, Craig and Danyell | 1045 Venetian Drive #203 Melbourne, FL 32904 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 166. | Mione, Anthony and Lillian | 565 SW Halkell Avenue Port St. Lucie, FL 34987 | FL | IMT | 4 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 167. | Miranda, Jose and Cheza **(PREVIOUSLY NAMED IN OMNI II, III AND IV)** | 1415 NW 36th Way Lauderhill, FL 33311 | FL | Taishan<br><br>Pride Homes of Lakes by the Bay Parcel H, LLC | 11<br><br>148 |
| 168. | Monge, Erika **(PREVIOUSLY NAMED IN OMNI III(A))** | 8171 W 36th Avenue #3 Hialeah, FL 33018 | FL | IMT<br><br>Banner Supply Co. | 4<br><br>17 |
| 169. | Monte, Michael and Kara | 1450 McIlin Drive Plant City, FL 33565 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan<br><br>Millennium Homes & Development, Inc. | 9<br><br><br><br>11<br><br>132 |
| 170. | Moody, Russel and Beverly | 806 NW 38th Place Cape Coral, FL 33993 | FL | Pro Wall<br><br>Monopoly Builders, Inc. | 8<br><br>133 |
| 171. | Moore, David and Deborah **(PREVIOUSLY NAMED IN OMNI III)** | 10320 SW Stephanie Way Port St. Lucie, FL 34987 | FL | Taishan<br><br>O.C.D. of S. Florida, Inc. | 11<br><br>218 |
| 172. | Motollo, Eugene and Lynette **(PREVIOUSLY NAMED IN OMNI III)** | 3608 101st Avenue E Parrish, FL 34219 | FL | Taishan | 11 |
| 173. | Musa, Karrie and Max **(PREVIOUSLY NAMED IN OMNI II(A))** | 2208 Soho Bay Court Tampa, FL 33606 | FL | Taishan<br><br>Bristol Corner, LLC | 11<br><br>64 |
| 174. | Myers, Paul and Lisa **(PREVIOUSLY NAMED IN OMNI IV)** | 376 NW Sheffield Port St. Lucie, FL 34987 | FL | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 175. Ney, Connie and Terry | 5521 West End Blvd. New Orleans, LA 70124 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 11<br><br>30<br><br>31 |
| 176. Nguyen, Thai **(PREVIOUSLY NAMED IN OMNI II)** | 26 NW 6th Street Cape Coral FL 33993 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC<br><br>Aranda Homes, Inc. | 11<br><br>16<br><br>52 |
| 177. Nicolosa, Martin and Sharon | 2117 West Christie Park St. Bernard, LA 70085 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| 178. Nilsson, Jan Erik and Anette **(PREVIOUSLY NAMED IN OMNI III)** | 2806 St. Barts Square Vero Beach, FL 32962 | FL | Taishan<br><br>Ironwood Properties, Inc.<br><br>Antilles Vero Beach, LLC<br><br>PDC Drywall Contractors, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>104<br><br>51<br><br>219<br><br>16 |
| 179. Niswonger, Mary M. | 77451 N. Fitzmorris Road Ext. Covington, LA 70435 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 11<br><br>30<br><br>31 |
| 180. Nobo, Raquel | 8001 W 36th Avenue - Unit 2 Hialeah, FL 33018 | FL | IMT<br><br>Banner Supply Co. | 4<br><br>17 |
| 181. Nunez, Jeovany and Monica | 8049 W 36th Avenue #4 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |

24

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 182. | Okaily, Okaily AM and Lois | 1690 Renaissance Commons Blvd., Unit 1215 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 183. | Ortiz, Daysi **(PREVIOUSLY NAMED IN OMNI III(A))** | 8199 West 36th Avenue Unit 10 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 184. | Osicki, Siegward **(PREVIOUSLY NAMED IN OMNI II)** | 240 West End Drive, Unit 413 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 185. | Owens, Brenda | 2105 Lane Avenue Birmingham, AL 32517 | AL | Taishan | 11 |
| 186. | Patching, Trevor and Karen **(PREVIOUSLY NAMED IN OMNI III)** | 8751 Thornbrook Terrace Point Boynton Beach, FL 33473 | FL | Taishan<br><br>Banner Supply Co.<br><br>Beta Drywall, LLC | 11<br><br>17<br><br>200 |
| 187. | Peguero, Carlos | 8171 W. 36th Avenue Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 188. | Pena, Alfredo **(PREVIOUSLY NAMED IN OMNI III(A))** | 8019 W 36th Avenue Unit 1 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply co. | 11<br><br>17 |
| 189. | Penzimer, Marilyn | 1690 Renaissance Commons Blvd., Unit 1420 Boynton Beach, FL 33426 | NY | Taishan | 11 |
| 190. | Perez, Gustavo | 240 West End Drive Unit 1421 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 191. | Pineda, Samantha | 1142 Earhart Street E Lehigh Acres, FL 33974 | FL | Pro Wall<br><br>MW Johnson Construction of Florida, Inc. | 8<br><br>134 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 192. | Pipkin, Joseph and Shannon | 5576 Brixton Road Williamsburg, VA 23185 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | | 39 |
| | | | | Tobin Trading, Inc. | 40 |
| | | | | Venture Supply, Inc. | 55 |
| | | | | Atlantic Homes, LLC | 44 |
| | | | | AHJV, LLC | |
| 193. | Pollman, Todd and Robyn | 417 Holly Fern Terrace Deland, FL 32720 | FL | IMT | 4 |
| | | | | Taylor Morrison of Florida, Inc. | 175 |
| 194. | Prieto, Belkis | 8049 W 36th Avenue #5 Hialeah, FL 33018 | FL | Taishan | 11 |
| | | | | Banner Supply Co. | 17 |
| 195. | Puerto, Rafael **(PREVIOUSLY NAMED IN OMNI III(A))** | 10802 NW 83rd Street #214 Doral, FL 33178 | FL | Taishan | 11 |
| 196. | Quezada, Nelly and Gines, Flaque **(PREVIOUSLY NAMED IN OMNI III)** | 11404 Laurel Brook Ct. Riverview, FL 33569 | FL | Taishan | 11 |
| | | | | Rivercrest, LLC/The St. Joe Company | 154 |
| 197. | Ralol, LLC/Juan Policastro | 240 West End Drive Unit 1212 Punta Gorda, FL 33950 | FL | Taishan | 11 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |
| 198. | Ramirez, Xiomara | 8019 W. 36th Avenue #5 Hialeah, FL 33018 | FL | Taishan | 11 |
| | | | | Banner Supply Co. | 17 |
| 199. | Randazzo, Virginia | 121 West St. Avide Street Chalmette, LA 70043 | LA | Taishan | 11 |
| | | | | Interior/Exterior Building Supply, LP | 30 |
| | | | | Interior/Exterior Enterprises, LLC | 31 |
| 200. | Ratton, Ravindra | 2942 SW Skyline St. Port St. Lucie, FL 34987 | FL | Taishan | 11 |

26

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 201. | Rebello, Deodato | 1675 St. Claire Avenue E North Fort Myers, FL 33914 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| | | | | Taishan | 11 |
| | | | | Aranda Homes, Inc. | 52 |
| 202. | Redway, Robert and Galina **(PREVIOUSLY NAMED IN OMNI III)** | 2521 Whitesand Lane Clearwater, FL 33763 | FL | Taishan | 11 |
| 203. | Renner, Russell | 188 Regency Circle Moyock, NC 27958 | NC | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | | 39 |
| | | | | Tobin Trading, Inc. | 40 |
| | | | | Venture Supply, Inc. | |
| 204. | Rincon, Gabriel and Luz, Angela **(PREVIOUSLY NAMED IN OMNI III(A))** | 6038 NW 116th Drive Coral Springs, FL 33076 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| | | | | Banner Supply Co. | 17 |
| 205. | Rismiller, Todd **(PREVIOUSLY NAMED IN OMNI II)** | 3619 Oasis Blvd. Cape Coral, FL 33914 | OH | Hansen Homes of South Florida, Inc. | 96 |
| 206. | Robinson, James and Stephanie | 15 Rebel Lane Laurel, MS 39443 | MS | Taishan | 11 |
| 207. | Rodgers, Albert and Aquilla | 4783 SW 176 Terrace Miramar, FL 33029 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 208. | Rodriguez, Victor and Jill | 304 Lancelot Avenue Lehigh Acres, FL 33974 | FL | Pro Wall | 8 |
| | | | | MW Johnson Construction of Florida, Inc. | 134 |

27

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 209. | Rogers, Billy W. on behalf of Rogers Company | 3236 Van Cleave Meraux, LA 70075<br><br>4501 Colony Drive Meraux, LA 70075<br><br>4505 Colony Drive Meraux, LA 70075 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| 210. | Roskowski, Thomas and Jill | 101 Patricks Court Carrollton, VA 23314 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 211. | Rousseau, Gisselle | 1976 SE 23rd Avenue Homestead, FL 33035 | FL | Taishan<br><br>South Kendall Construction Corp. | 11<br><br>160 |
| 212. | Rovira, Racquel and Navarro, Carlos **(PREVIOUSLY NAMED IN OMNI III(A))** | 8165 W. 36th Avenue #4 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 213. | Roy, Sandy **(PREVIOUSLY NAMED IN OMNI II)** | 10580 SE Stephanie Way Unit 203 Port St. Lucie, FL 34987 | FL | Taishan<br><br>O.C.D. of S. Florida, Inc. | 11<br><br>218 |
| 214. | Salas, Esteban and Gomez, Iveth **(PREVIOUSLY NAMED IN OMNI III(A))** | 8129 W. 36th Avenue #1 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 215. | Sanchez, Julio and Nelaine **(PREVIOUSLY NAMED IN OMNI III(A))** | 8037 W. 36th Avenue Unit 1 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 216. | Sanden, Paul **(PREVIOUSLY NAMED IN OMNI III)** | 824 Boca Ciega Isle Drive St. Petersburg Beach, FL 33706 | FL | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 217. | Sanders, Joseph | 174 Shadroe Cove Circle #1001 Cape Coral, FL 33991 | FL | Taishan | 11 |
| 218. | Santacruz, Jose and Yvette | 4806 Portmarnock Way Wesley Chapel, FL 33543 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Taishan | 9<br><br><br><br><br>11 |
| 219. | Santimauro, Robert and Joanne **(PREVIOUSLY NAMED IN OMNI II)** | 22220 Red Laurel Lane Estero, FL 33928 | NY | Pro Wall<br><br>South Florida Custom Trim, Inc.<br><br>Stock Building Supply | 8<br><br>226<br><br><br>37 |
| 220. | Santos, Hector and Fenta, Nigest **(PREVIOUSLY NAMED IN OMNI II)** | 7516 Brideview Drive Wesley Chapel, FL 33545 | FL | KB Homes of Florida, LLC | 112 |
| 221. | Schott, Mark and Susan | 6673 Marshall Foch Street New Orleans, LA 70124 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Wholesale Direct Lumber, LLC | 9<br><br><br><br><br><br>41 |
| 222. | Schulman, Norman and Roxanne | 6580 Martinque Way Vero Beach, FL 32967 | PA | IMT<br><br>Antilles Vero Beach, LLC Ironwood Properties, Inc.<br><br>PDC Drywall Contractors<br><br>Banner Supply Company Fort Myers, LLC | 4<br><br>51<br><br><br>104<br><br>16 |
| 223. | Scott, Benjamin and Fay **(PREVIOUSLY NAMED IN OMNI II)** | 5256 NW S. Lovett Circle Port St. Lucie, FL 34986 | FL | Taishan<br><br>Majestic Homes of Port St. Lucie | 11<br><br>125 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 224. | Scott, James and Karen **(PREVIOUSLY NAMED IN OMNI III)** | 525 SW Akron Avenue Stuart, FL 34994 | FL | Taishan<br><br>Banner Supply Co.<br><br>Stuart South Group, LC<br><br>D&A Construction Services, Inc. | 11<br><br>17<br><br>167<br><br>202 |
| 225. | Serrano, Irene and Pouncey, Kenneth **(PREVIOUSLY NAMED IN OMNI III)** | 318 Roe de Neudorf L-2222 Port St. Lucie, FL 34985 | FL | Taishan<br><br>O.C.D. of S. Florida, Inc.<br><br>Banner Supply Co. | 11<br><br>218<br><br>17 |
| 226. | Shen, Xueming and Wu, Xiaoyan | 4340 Blackthorne Court Virginia Beach, VA 23455 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 227. | Shepherd, Eric and Tracy and Bryson, Diane | 1045 Venetian Drive Unit 204 Melbourne, FL 32901 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 228. | Shepherd, Felix and Jacqueline | 1045 Venetian Drive Unit 205 Melbourne, FL 32901 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 229. | Sheppard, Austin | 14215 Brook Hollow Road Summerdale, AL 36580 | AL | Taishan | 11 |
| 230. | Sherman, Aryn and Cody **(PREVIOUSLY NAMED IN OMNI III(A))** | 3833 Misty Landing Drive Valrico, FL 33594 | FL | Taishan | 11 |
| 231. | Smith, Allen and Janis | 25720 E. Sycamore Street Lancombe, LA 70445 | LA | Taishan | 11 |
| 232. | Smith, Barry and Markita | 5573 Parkside Circle Hoover, AL 35216 | AL | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 233. | Solana, Marlen | 507 Lincoln Avenue Lehigh Acres, FL 33972 | FL | Taishan | 11 |
| 234. | Sotillo, Maurice and Donna | 6901 S. Flagler Drive West Palm Beach, FL 33405 | FL | Taishan | 11 |
| 235. | Spiga, Nino and Susan **(PREVIOUSLY NAMED IN OMNI II)** | 8617 Via Rapallo Drive #203 Estero, FL 33928 | NJ | IMT <br><br> Deangelis Diamond Construction, Inc. <br><br> Deangelis Diamond Homes, Inc. | 4 <br><br> 78 <br><br> 79 |
| 236. | Spotts, Russell **(PREVIOUSLY NAMED IN OMNI II)** | 194 Shadroe Circle Unit 601 Cape Coral, FL 33991 | FL | Taishan <br><br> Banner Supply Company Fort Myers, LLC | 11 <br><br> 16 |
| 237. | St. Fort, Eddy Barosy, Regine **(PREVIOUSLY NAMED IN OMNI III)** | 3006 Juniper Lane Davie, FL 33330 | FL | Beijing New Building Materials <br><br> Banner Supply Co. | 1 <br><br> 17 |
| 238. | Stein, Amy | 19269 Stone Hedge Drive Tampa, FL 33647 | FL | Taishan | 11 |
| 239. | Stewart, Joseph and Sandra | 4338 Wildstar Circle Wesley Chapel, FL 33544 | FL | Taishan | 11 |
| 240. | Suarez, Eduardo & Mercedes | 14113 Stilton Street Tampa, FL 33626 | FL | Taishan <br><br> Beazer Homes Corp. | 11 <br><br> 61 |
| 241. | Sweeney, Patrick and Susan **(PREVIOUSLY NAMED IN OMNI II(A))** | 3100 Orangetree Bend Ft. Myers, FL 33905 | FL | Taishan <br><br> Banner Supply Co. | 11 <br><br> 17 |
| 242. | Thomas, Steven and Elaine | 1840 Cody Lane Ft. Pierce, FL 34945 | FL | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 243. | Thompson, Jason and Jennifer | 1045 Venetian Drive #202 Melbourne, FL 32904 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 244. | Tigers Eye Enterprises, LLC c/o Whittington, Richard **(PREVIOUSLY NAMED IN OMNI III)** | 900 Marion Avenue #1203 Punta Gorda, FL 33950 | FL | Taishan<br><br>Core Construction Services Southeast, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>71<br><br>16 |
| 245. | Tinney, Marjorie **(PREVIOUSLY NAMED IN OMNI III)** | 171 SE 2nd Court Deerfield Beach, FL 33411 | FL | Taishan<br><br>Lavish Holding Corp. | 11<br><br>117 |
| 246. | Toledo, Maria **(PREVIOUSLY NAMED IN OMNI III(A))** | 8141 W 36th Avenue #1 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 247. | Torres-Barajas, Ramiro and Torres, Noel | 1031 SW College Park Road Port St. Lucie, FL 34953 | FL | Taishan | 11 |
| 248. | Touriz, Christopher and Denise **(PREVIOUSLY NAMED IN OMNI III(A))** | 8031 W. 36th Avenue #3 Hialeah, FL 33018<br><br>8079 W 36th Avenue #2 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply co. | 11<br><br>17 |
| 249. | Trujillo, Lisset **(PREVIOUSLY NAMED IN OMNI III)** | 8049 W 36th Avenue #3 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 250. | Tupper, Douglas and Loreen | 7937 Camden Woods Drive Tampa, FL 33619 | LA | Taishan | 11 |
| 251. | Vaca, Amanda **(PREVIOUSLY NAMED IN OMNI III)** | 1152 SW Kickaboo Road Port St. Lucie, FL 34953 | FL | Taishan<br><br>Venus Street, LLC | 11<br><br>186 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 252. | Vaccaro, Chase and Robin | 14119 Stilton Street Tampa, FL 33626 | TN | Taishan<br><br>Beazer Homes Corp.<br><br>Harrell's Drywall, Inc. | 11<br><br>61<br><br>208 |
| 253. | Valdes, Michael **(PREVIOUSLY NAMED IN OMNI II)** | 8912 SW 229th Street Miami, FL 33190 | FL | IMT<br><br>Pride Homes of Lakes by the Bay Parcel H, LLC | 4<br><br>148 |
| 254. | Velis, Jorge J., Sr. | 2190 SE 19th Avenue Homestead, FL 33035 | FL | Taishan | 11 |
| 255. | Verrino, Anthony and Diane | 2408 Creely Drive Chalmette, LA 70043 | NY | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| 256. | Villavicencio, Carlos and Nelida De La Cruz-Oller **(PREVIOUSLY NAMED IN OMNI III(A))** | 8025 W 36th Avenue, Apt. 5 Hialeah, FL 33018 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 257. | Villegas, Hiram | 240 West End Drive, Unit 123 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 258. | Voebel, Matt Villanueva, Lauren | 3313 Charles Court Chalmette, LA 70043 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 11<br><br>30<br><br>31 |
| 259. | Wallace, Kim L. | 25715 E. Spruce Street Lacombe, LA 70445 | LA | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 260. | Walls, Larry and Rosalee | 2510 Van Buren Parkway Cape Coral, FL 33993 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| | | | | Taishan | 11 |
| | | | | Aranda Homes, Inc. | 52 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |
| 261. | Weisinger, Max | 3733 Kenyon Street Fort Myers, FL 33905 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| | | | | Taishan | 11 |
| | | | | Hansen Homes of South Florida, Inc. | 96 |
| 262. | Weiss, Stephen Buckwald, David Borowiec, Gary | 711 SE 16th Court Ft. Lauderdale, FL 33304 | FL NJ NJ | Taishan | 11 |
| 263. | Welshans, Kent Robert | 174 Blount Parkway Trafford, AL 35172 | AL | Taishan | 11 |
| 264. | Wessler, Robert and Barri | 11643 Bluff Lane Gulfport, MS 39503 | MS | Taishan | 11 |
| | | | | Banner Supply Co. | 17 |
| 265. | Westerfield, Robert and Ashley | 3209 Decomine Drive Chalmette, LA 70043 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| 266. | Wheeler, Richard and Elizabeth | 5159 44th Avenue North St. Petersburg, FL 33709 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd. | 9 |
| | | | | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 267. | Whitfield, Douglas and Sherry<br><br>deLeon, Gordon and Donna | 2609 Veronica Drive Chalmetta, LA 70043 | CA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials, Ltd.<br><br>Tapia Brothers Construction, Inc. | 9<br><br>173 |
| 268. | Whitney, Brian | 435 S. Oregon Avenue, Unit 402 Tampa, FL 33606 | FL | Taishan | 11 |
| 269. | Williams, Arnell | 3884 Alexander Lane Marrero, LA 70072 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 11<br><br>30<br><br>31 |
| 270. | Wilson, Darrell and Darlene | 24226 Santa Inez Road Punta Gorda, FL 33955 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>52<br><br>16 |
| 271. | Wong, Kenneth | 4230 W. 33rd Street Cape Coral, FL 33993 | FL | Taishan<br><br>Hansen Homes of South Florida, Inc. | 11<br><br>96 |
| 272. | Worthington, George and Adria **(PREVIOUSLY NAMED IN OMNI I AND III)** | 169 SE 2nd Court Deerfield Beach, FL 33441 | FL | Taishan<br><br>Lavish Holding Corp. | 11<br><br>117 |
| 273. | Zelazny, Louis | 405 NW 8th Terrace Cape Coral, FL 33991 | FL | IMT | 4 |

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a.    an order certifying the case as a class action;

b.    an order certifying the Class and each of the Subclasses;

c.    an order appointing Plaintiffs as the Class Representatives of the Class;

d.    an order appointing undersigned counsel and their firms as counsel for the Class;

e.    compensatory and statutory damages;

f.    punitive damages as allowed by law;

g.    pre and post-judgment interest as allowed by law;

h.    injunctive relief;

I.    an award of attorneys' fees as allowed by law;

j.    an award of taxable costs; and

k.    any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: October 5, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel - MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
         Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,

37

Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
[bgordon@levinlaw.com](mailto:bgordon@levinlaw.com)

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.

38

Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING
COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite  650
Washington, DC 20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612

Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS[1]**

---

[1]Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel and pro se plaintiff.

**Baron & Budd; Alters, Boldt, Brown, Rash & Culmo; and
Shapiro, Blasi, Waserman & Gora, PA**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Huszar, Steve and Nancy
Johnson, Aiasha and Geoffrey
Patching, Trevor and Karen
Rovira, Racquel and Navarro, Carlos

**Baron & Budd and Alters, Boldt, Brown, Rash & Culmo**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Amorin, Eduardo and Carmen
Anderson, Samuel Gregory
Ankiel, Rick and Lory
Attard, Kenneth & Dahlfues, John
Ayanbadejo, Oladele and Uzcategu, Natalee
Baker, Keith and Linda
Banner, Luke
Batsch, Kevin
Bautista, Mario
Benes, Mary Anne
Blue Water of Cape Coral
Bookman, Jarrod and Sheryl
Bosch, Yunia and Muris, Luis
Brik, Beni
Brown, Cortland
Burns, Ronald and Joan
Cabrera, Israel and Diana
Candiani, Karen and Kugler, Donald
Casanas, Dulce
Guerra, Enrique
Chaves, Javier and Alcantara, Raquel
Corvaia, Steve
Cox, Shawn and Lisa
D'Aprile, Anthony and Marcine
DeFrancesco, Joyce
Divanno, Michael and Iben
Doerre, Christopher
Dow, Jared
Dunbar, Michael
Escalona, Ileana and Delgado, Ruben
Evans, Robyn

Feger, Gary
Felix, Bruno
Fenalson, Jared
Fermoile, James and Ann
Fernandez, Frederico and Maria
Ferroni, Peter and Christian
Francipane, Susan and Sal
Francisco, Tom and Jane
Freijo, Isis
Gaines, Timothy and Julia
Gamboa, Luis and Mercedes
Garcia, Ernesto and Oretga, Zilghean
Gaylord, Peter and Kelly
Golovkin, Sergei and Natalia
Gonzalez, Petra and Castillo, Boris
Grant, Tonia
Graziano, Michael and Garcia-Graziano,
Francis
Green, Crystal
Heinemann, Bernie and Barbara
Helper, Dennis
Hendrix, Valentine
Hernandez, Alexandra
Herrera, Francisco
Herston, James and Matt
Hickey, Brian and Juliano, Enrico
Higginbothom, Marcus
Hill, Jerry
Holloway, Sylvia
Humphreys, Thomas and
Humphreys Punta Gorda, LLC

ITSM Corp.
c/o Ana Maria Tascon
Jackson, Michael
Jacobs, Tammy
Jaen, Ruben
Jamison, Steve and Kim
Johnson, C. Andre
Jordan, Carlos & Dalia
Katarsky, John and Fleres, Carol
Kennedy, Phillip and Machado-Kennedy,
Lyzet
Kessler, Andrew and Katherine
King Properties
LaGambina, Angelo and Anna
Lavin, Eduardo and Esperanza
Lee, Mark and Wendy
Lehmann, Horst
Leon, Aldo and Tonya
Lopez, David
Lor, Suihout and Yi, Phung
Magdalena Gardens Condo Association
Magdalena Gardens Condo Associations
Manso, Jorge, L.
Marclies, Mary
Marin, Jose and Monica
Marquina, Belkys
Marston, Claire
Marzulff, Paul
Mas, Rachel and Bonilla, Freddie
Matute, Argene
McKinney, Ali and Ilka
Mendez, Jesse
Metcalfe, George and Amy
Miller, Craig and Danyell
Miranda, Jose and Cheza
Monge, Erika
Moore, David and Deborah
Motollo, Eugene and Lynette
Musa, Karrie and Max
Myers, Paul and Lisa
Nguyen, Thai
Nilsson, Jan Erik and Anette
Nobo, Raquel
Nunez, Jeovany and Monica

Ortiz, Daysi
Osicki, Siegward
Peguero, Carlos
Pena, Alfredo
Perez, Gustavo
Prieto, Belkis
Puerto, Rafael
Quezada, Nelly and Gines, Flaque
Ralol, LLC/Juan Policastro
Ramirez, Xiomara
Redway, Robert and Galina
Rincon, Gabriel and Luz, Angela
Rismiller, Todd
Rousseau, Gisselle
Roy, Sandy
Salas, Esteban and Gomez, Iveth
Sanchez, Julio and Nelaine
Sanden, Paul
Sanders, Joseph
Santimauro, Robert and Joanne
Santos, Hector and Fenta, Nigest
Schulman, Norman and Roxanne
Scott, Benjamin and Fay
Scott, James and Karen
Serrano, Irene and Pouncey, Kenneth
Shepherd, Eric and Tracy and Bryson, Diane
Shepherd, Felix and Jacqueline
Sherman, Aryn and Cody
Solana, Marlen
Sotillo, Maurice and Donna
Spiga, Nino and Susan
Spotts, Russell
St. Fort, Eddy
Barosy, Regine
Sweeney, Patrick and Susan
Thomas, Steven and Elaine
Thompson, Jason and Jennifer
Tigers Eye Enterprises, LLC c/o
Whittington, Richard
Tinney, Marjorie
Toledo, Maria
Touriz, Christopher and Denise
Trujillo, Lisset
Tupper, Douglas and Loreen

Vaca, Amanda
Valdes, Michael
Villavicencio, Carlos and Nelida De La
Cruz-Oller

Villegas, Hiram
Wong, Kenneth
Worthington, George and Adria

**Barrios, Kingsdorf & Casteix, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Ghafari, David and Sylvia
Mason, Gary
Schott, Mark and Susan

**Colson, Hicks, Eidson, Colson Matthews, Martinez, Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/ Hausfeld, LLP and Law Offices of Richard J. Serpe**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Caburian, Eugene and Genalin
Chappell, Lucius and Kristie
Cone, Terrence
DeJesus, Amelia
Gimpel, Nicholas
Gurnee, Robert and Shinners, Ann
Helbig, Cindy
Lafoon, Patricia and Robert
Lendenfeld, Helene
McGinn, Jack and Anna
Mione, Anthony and Lillian
O'Brien, Cathy
Pipkin, Joseph and Shannon
Ratton, Ravindra
Renner, Russell
Rodgers, Albert and Aquilla
Roskowski, Thomas and Jill
Shen, Xueming and Wu, Xiaoyan

**Herman, Herman, Katz & Cotlar, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Cheramie, Bertoul J. and Joan

### Lambert and Nelson,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Eide, Stale
Haskin, Tracy
Legere, Michele
Ney, Connie and Terry
Villanueva, Lauren
Voebel, Matt
Wessler, Robert and Barri
Williams, Arnell

### Law Offices of Sidney D. Torres, III,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bradbury, Jon R. and Christinia I.
Dasilva, Jose and Maria
Gonzales, Huey, Jr.
Johnson, Timothy
Labrosse, Jr., Bradley R. and Tricia M.
Lee, Sibyl A.
Manuel, Barbara and Lucien
Nicolosa, Martin and Sharon
Randazzo, Virginia
Rogers, Billy W. on behalf of Rogers Company
Verrino, Anthony and Diane
Westerfield, Robert and Ashley

### The Lemmon Law Firm,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Craik, Diane

### Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Suarez, Eduardo & Mercedes

**Lewis & Roberts, PLLC**,
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Baptiste, Judy
Blaise, Ervin
Butler, Bernice
Davis, Lakeisha
Davis, Walter and Melissa
Dobric, Mario
Eltahawy, Sherif and Leyon, Mikhail
England, Charles P., Sr.
Englander, Mark
Heath, John and Vicky
Howell, Victor and Loumertistene
Kazakov, Sergey and
Kazakova, Alexandra
Lewis, Gary and Rhonda
Madigan, Murphy

Maesel, ShawnOkaily, Okaily AM and Lois
Owens, Brenda
Penzimer, Marilyn
Robinson, James and Stephanie
Sheppard, Austin
Smith, Allen and Janis
Smith, Barry and Markita
Torres-Barajas, Ramiro and Torres, Noel
Wallace, Kim L.
Weiss, Stephen
Buckwald, David
Borowiec, Gary
Welshans, Kent Robert
Zelazny, Louis

**Morgan & Morgan**,
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Antinarelli, Paulette
Brathwaite, Melvin and Maryann
Clark, John and Mary
Donohue, Mark and Lori
Feltner, Donna
Fernandez, Victor and Iris
Ferrigno, Joseph and Christina
GFB Properties, LLC c/o Daniel Gleinig
Hicks, Diane
Hukriede Larry
Hunia, Edward and Mary Sue
Irani, Jal and Shiraz
Johansson, Henrik and Jennifer
Lacey-Fredette, Susan
Lamonge, Yves

Larry, Rosemarie
Laurent, Roland and Marie
Lazaro, Jesus and Teresita
McAdoo, Kevin and Julie
Monte, Michael and Kara
Moody, Russel and Beverly
Pineda, Samantha
Pollman, Todd and Robyn
Rebello, Deodato
Rodriguez, Victor and Jill
Santacruz, Jose and Yvette
Walls, Larry and Rosalee
Weisinger, Max
Wheeler, Richard and Elizabeth

**Parker Waichman, Alonso, LLP**,

*Counsel on Behalf of the Following Individual Plaintiffs***:**

Caputo, Marc
deLeon, Gordon and Donna
Dong, Chi and Lu, Qun
Garcia, Jorge
Hamilton, Roger
Jones, Kenneth
LJPTRD, LLC - Patricia Sanford (POA)
Stein, Amy
Stewart, Joseph and Sandra
Turer, Scott
Vaccaro, Chase and Robin
Whitfield, Douglas and Sherry
Wilson, Darrell and Darlene


**Podhurst Orseck, PA**, *Counsel on Behalf of the Following Individual Plaintiffs***:**

Choy, Barbara and Sam
Velis, Jorge J., Sr.

**Reich & Binstock, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Lester, Lorainne
Whitney, Brian

**Seeger Weiss, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Donohue, Francis J. Jr.




**Shapiro, Blasi, Waserman & Gora, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Conway Centre, LLC

Grant, Allison and Kenneth
Harmer, Frank and Barbara

**Thornhill Law Firm,,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Niswonger, Mary M.

**Wilkinson & Sadorf, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Emerald Greens at Carrollwood, LLC

**Pro Se**

2522 Cambronne Street, LLC
c/o Toso, Michael J. III