UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al., Case No. 2:10-cv-00361 (E.D.La.) | |

## NOTICE OF HEARING

Please take notice that, upon the pleading and other matters of record, the undersigned has moved the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on a date to be determined by the Court, following the Court's monthly status conference on October 14, 2010, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Plaintiffs' motion to intervene, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: September 5, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2010, the Notice of Hearing was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of September, 2010.

I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: September 5, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

| CHINESE DRYWALL LITIGATION<br>DEFENDANTS' LIST – OMNI II |
|---|
| Aces Towing Enterprises, L.L.C.<br>205 W. St. Bernard Hwy.<br>Chalmette, LA 70043 |
| Ainslie Group, Inc.<br>Robert Ruloff<br>4525 South Blvd. - Ste. 300<br>Virginia Beach, VA 23462 |
| All Florida Drywall Supplies, Inc.<br>1225-B 131st Ave.<br>Tampa, FL 33612 |
| Alvian Homes, Inc.<br>Robert Rimany, Jr.<br>3812 SW 3rd Terrace<br>Cape Coral, FL 33991 |
| American Building Materials, Inc.<br>1102 N. 50th Street<br>Tampa, FL 33619 |
| American Gallery Development Group, LLC<br>2661 Executive Center<br>W. Tallahassee, FL 32314 |
| Arizen Homes, Inc.<br>3905 NW 122nd Terrace<br>Sunrise, FL 33323 |
| Barony Homes, Inc.<br>Michael A. Donnely<br>2508 Del Prado Blvd S<br>Cape Coral, FL 33904 |
| Bass Homes, Inc.<br>34661 Highway 59 South<br>Stapleton, AL 36578 |
| Bay Colony – Gateway, Inc.<br>Vivien Hastings<br>24301 Walden Center Dr., Ste. 300<br>Bonita Springs, FL 34134 |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| BE Wholesale<br>81 Golden Property Road<br>Bremen, GA 30110 |

| |
|---|
| ***Chinese Drywall Litigation*** <br> **Defendants' List – OMNI II** |
| Beijing New Building Materials Public Limited Co. <br> No. 16 West Road <br> Jiancaicheng Xisanqi <br> Haidian District <br> Beijing China <br> 100096 |
| BRISTOL CORNER, LLC <br> Kristopher E. Fernandez, Esq. <br> 114 S. Fremont Avenue <br> Tampa, FL 33606 |
| Bush Construction Corp. <br> Michele Ball <br> 4029 Ironbound Road - Ste. 200 <br> Williamsburg, VA 23185 |
| Cajun Construction & Design, Inc. <br> Clint Nunez <br> 2310 Perdido Street <br> New Orleans, LA 70119 |
| CB Creek, Inc. <br> Nelson Pinney <br> 405 SE 31st St. <br> Cape Coral, FL 33904 |
| Chase Construction, Inc. <br> Robert Burandt, Esq. <br> 1714 Cape Coral Pkwy East <br> Cape Coral, FL 33904 |
| City Salvage, Inc. <br> c/o Larry W. Loftin <br> Registered Agent <br> 804 Lambert Street <br> Laurel, MS 39440 |
| Country Walk Sales, LLC <br> Ross A. Puzzitiello <br> 12610 Race Track Road <br> Tampa, FL 33626 |
| Qinhuangdao Taishan Building Material Co. Ltd. a/k/a Qinhuang Dao Taishan Building Material Co., Ltd Gangcheng Street <br> East No. 69 <br> Haigang District <br> Qinhuangdao <br> 066000 |
| Crossroad Homes, Inc. <br> Scott A. Mamone <br> 2760 Southeast Eagle Drive <br> Port St. Lucie, FL 34984 |

| **CHINESE DRYWALL LITIGATION**<br>**DEFENDANTS' LIST – OMNI II** |
|---|
| Curb Appeal Home Builders, Inc.<br>Emmanuel Vces<br>209 Business Park Drive<br>Virginia Beach, VA 23462 |
| Dalessio Drywall & Painting Corporation<br>Michael Dalessio<br>39406 Rock Ford Avenue<br>Zephyrhills, FL 33542 |
| David Daniels, Individually<br>Trade Winds Drive<br>Indian Harbour Beach, FL 32937 |
| Deangelis Diamond Construction, Inc.<br>James F. Morey<br>2375 Tamiami Trail N, Ste. 210<br>Naples, FL 34103 |
| Delgado's Painting<br>422 Terry Parkway<br>Gretna, LA 70056 |
| DELTA-EDEN, INC.<br>Jerry Fadgen<br>21 East Acre Drive Plantation, FL 33317 |
| Development Co. of Boca, Inc. d/b/a Boca Developers<br>Ted Stotzer<br>321 E. Hillsboro Blvd.<br>Deerfield Beach, FL 33441 |
| DRYWALL EXPERTS, INC.<br>1513 N. K Street<br>Lake Worth, FL 33460 |
| E.B. Developers, Inc.<br>Kodsi Law Firm, P.A.<br>As Registered Agent<br>701 West Cypress Creek Road<br>Third Floor<br>Ft. Lauderdale, FL 33309 |
| ENCHANTED HOMES, INC.<br>Charles B. Frazier<br>11915 King James Court<br>Cape Coral, FL 33991 |
| FHBF Partners, LLP, f/k/a First Home Builders of Florida<br>12806 Aston Oaks Drive<br>Ft. Myers, FL 33912 |
| Five Star Drywall, Inc.<br>Thomas Losey<br>6901 North Drive<br>Ft. Myers, FL 33905 |

| |
|---|
| **CHINESE DRYWALL LITIGATION**<br>**DEFENDANTS' LIST – OMNI II** |
| G. Drywalls Corporation<br>Antoni I Alonso<br>12951 SW 124 Street<br>Miami, FL 33186 |
| G&B Roofing & Construction, Inc.<br>Barbaro Hernandez<br>503 Du Monde Drive<br>Westwego, LA 70094 |
| Gryphon Corporation<br>540 Biltmore Way<br>Coral Gables, FL 33134 |
| Harrell's Drywall, Inc.<br>1225-B 131 St. Avenue<br>Tampa, FL 33612 |
| Home DevCo LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Inman Construction Services, Inc.<br>Kenneth L. Inman<br>Registered Agent<br>618 Central Avenue<br>Jefferson, LA 70121 |
| Interior/Exterior Building Supply, LP Clayton Geary<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC Clayton Geary<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Galloway Construction, Inc.<br>Joseph Galloway<br>1146 Highway 20<br>Interlachen, FL 32148 |
| Jim Morris & Sons, Inc.<br>John F. Morris<br>561 Rainer Street NE<br>Palm Bay, FL 32907 |
| Joseph Scott<br>4967 Brittany Court<br>New Orleans, LA 70124 |
| K&B HOMES, INC.<br>Vince A. Dinov<br>1010 Lumsden Trace Circle<br>Valrico, FL 33594 |

| CHINESE DRYWALL LITIGATION<br>DEFENDANTS' LIST – OMNI II |
|---|
| Kensington Woods, LLC<br>Raymond Suttle<br>701 Town Center Drive Suite 800<br>Newport News, VA 23606 |
| Kevin Burton<br>11120 S. Idlewood Court<br>New Orleans, LA 70128 |
| Lee Harbor Homes, Inc.<br>578 Abney Hollow Road<br>La Fayette, GA 30728 |
| Lopez Drywall, Inc.<br>David King, Esq.<br>1416 Kingsly Ave.<br>Orange Park, FL 32073 |
| LTL Construction, Inc.<br>William J. Pugh<br>4400 Helena St. NE<br>St. Petersburg, FL 33703 |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 |
| Mariner Village Townhomes, Inc.<br>7975 NW 154TH Street,<br>Ste. 400<br>Miami Lakes, FL 33016 |
| McCAR HOMES, INC.<br>CT Corporation System<br>1200 South Pine Island Road Plantation, FL 33324 |
| Mesa Construction Group, Inc.<br>6460 SW 5th Place<br>Margate, FL 33068 |
| Millennium Builders, Inc.<br>c/o Justin Mire<br>310 Pinhurst Street, Suite 3<br>Lafayette, LA 70508 |
| Millennium Homes & Development, Inc<br>1599 S.W. 21st Street<br>Boca Raton, FL 33486 |
| MW Johnson Construction of Florida, Inc.<br>16823 Island Avenue<br>Lakeville, MN 55044 |
| Northstar Holdings at B & A, LLC<br>364 S. Country Club Road<br>Atlantis, FL 33462 |

| |
|---|
| ***Chinese Drywall Litigation*** <br> **Defendants' List – OMNI II** |
| Oscar Jiles d.b.a. JJ Construction <br> 108 Jiles Lane <br> Braithwaite, LA 70040 |
| Overlook, LLC <br> 192 Ballard Court, Suite 400 <br> Virginia Beach, VA 23462-6538 |
| Palm Isles Holdings, LLC <br> 436 SW 8th Street <br> Miami, FL 33131 |
| Pingyi Zhongxing Paper-Faced <br> Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd. <br> Mr. Wang, Kaixue <br> Dongyang Dianzi Cun (Village), <br> Pingyi Zhen (Town), <br> Pingyi Xian (County), <br> Shandong, China 273300 |
| Preferred Homes, Inc. <br> Walter L. Woods, Jr. <br> P.O. Box 1107 <br> Slidell, LA 70458 |
| Premier International Realty d/b/a Henin Realty <br> 861 Bonita Drive <br> Winter Park, FL 32789 |
| Ray Turner Drywall, LLC <br> Ray Turner <br> 10736 Jacamar Drive <br> New Port Richey, FL 34654 |
| Residential Drywall, Inc. <br> Andrea M. Fair, Esq. <br> 1010 N. Florida Avenue <br> Tampa, FL 33602 |
| Rosen Building Supplies, Inc. <br> 3045 Lake Point Place <br> Davie, FL 33328 |
| S3 Enterprises, Inc. d/b/a A1Brothers Metal Framing and Drywall <br> Jeff Spencer <br> 3323 SW 8th Street <br> Cape Coral, FL 33991 |
| Safeway Contractors, L.L.C. <br> Todd Allred <br> 705 Florida Street <br> River Ridge, LA 70123 |

| CHINESE DRYWALL LITIGATION<br>DEFENDANTS' LIST – OMNI II |
|---|
| South Kendall Construction Corporation<br>Kieran P. Fallon Esq. as Registered Agent<br>436 SW 8th St.<br>Miami, FL 33130 |
| Stock Building Supply, LLC<br>CT Corporation System<br>123 East Marcy<br>Santa Fe, NM 87501 |
| Stone Development, LLC<br>Harry Purkey, Jr.<br>303 34th Street - Ste. 5<br>Virginia Beach, VA 23451 |
| Suarez Housing Corporation<br>Sara Flint<br>6522 Gunn Hwy.<br>Tampa, FL 33625 |
| Sunrise Homes<br>643 Magazine Street<br>Suite 300<br>New Orleans, LA 70130 |
| Suntree Homes, Inc.<br>c/o George H. Barin-Registered Agent<br>2113 Greenview Cove Drive<br>West Palm Beach, FL 33414 |
| Taian Taishan Plasterboard Co., Ltd.<br>Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271000<br>China |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.<br>Dawenkou Daiyue District<br>East of National Road 104, 25km South<br>Tai'an City<br>271000 Taian, Shandong, China |
| Taylor Morrison of Florida, Inc.<br>NRAI Services, Inc.<br>2731 Executive Park Drive Ste. 4<br>Weston, FL 33331 |
| Timberline Builders, Inc.<br>Brian D. Gomer<br>3618 Del Prado Blvd.<br>Cape Coral, FL 33904 |

| CHINESE DRYWALL LITIGATION<br>DEFENDANTS' LIST – OMNI II |
|---|
| Tony Helton Construction, LLC<br>c/o Tony Helton, Sr.<br>Registered Agent<br>230 Black Fin Cove<br>Slidell, LA 70458 |
| Touchstone At Rapallo, Inc.<br>Kathleen C. Passidomo Esq.<br>2390 Tamiami Trail N #204<br>Naples, FL 34103 |
| TURN KEY HOME BUILDERS, INC.<br>169 Seaview Avenue<br>Palm Beach, FL 33480 |
| United Homes, Inc.<br>7975 NW 154th Street Suite 400<br>Miami Lakes, FL 33016 |
| United Homes International, Inc.<br>7975 NW 154 St.<br>Suite 400<br>Miami Lakes, FL 33016 |
| Vasquez Construction Company, LLC Mario Vasquez<br>806 Young Street<br>Ypsilanti, MI 48198 |
| VENUS STREET, LLC<br>Sandor Genet, Esq.<br>Sandor F. Genet & Assoc, PA<br>99 NE 167th St.<br>North Miami Beach, FL 33162 |
| Vernon Construction Corporation William G. Vernon<br>3201 Bayou Sound<br>Longboat Key, FL 34228 |
| Vet Construction, Inc.<br>Sue Miller<br>709 North Armada Road<br>Venice FL 34285 |
| Vizcaya Custom Homes, Inc.<br>Robert J. Albano<br>3311 Oakellar Avenue<br>Tampa, FL 33611 |
| Walker Homes, Inc.<br>Kenneth Walker<br>141 W. Baffin Drive<br>Venice, FL 33595 |
| Wholesale Direct Lumber, LLC<br>2713 Bienville Street<br>New Orleans, LA 70119 |

| *Chinese Drywall Litigation*<br>**Defendants' List – OMNI II** |
|---|
| Wolf & Bear Distributors<br>5124 Kirkwood Avenue<br>Spring Hill, FL 34608 |
| Woodside Homes of Southeast Florida, LLC<br>Paracorp Incorporated<br>236 East 6 Avenue<br>Tallahassee, FL 32303 |