UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**JOYCE W. ROGERS, et al.**

        **Plaintiffs,**

  **v.**

**KNAUF GIPS KG, et al.**

**CASE NO.: 10-362**

## PLAINTIFFS', ROXANNE BUREY, *et. al.*,
## OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (IV(B))

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Rogers* plaintiffs and the defendants named in the *Rogers* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Rogers* complaint ¶¶ 1-6, and 529-838 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Rogers*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Rogers* complaint. The *Rogers* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation. Finally, Intervening Plaintiffs assert claims against Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA) for its role in the distribution,

delivery, supply, marketing, and sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below. This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| | **INTERVENING PLAINTIFFS** | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 1. | Barbee, Kathleen and Marissa **(PREVIOUSLY INCLUDED IN OMNI IV(A))** | 1948 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group  Cornerstone Group Development, LLC | 38  39 |
| 2. | Burey, Roxanne **(PREVIOUSLY INCLUDED IN OMNI I AND IV)** | 1942 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group  Cornerstone Group Development, LLC | 38  39 |
| 3. | Callaway, Mona and Julian | 1132 SW Kickaboo Road Port St. Lucie, FL 34953 | FL | Venus Street, LLC | 117 |
| 4. | Cheng, Nicky Mei-Wen | 160 Belle Grove Lane Royal Palm Beach, FL 33411 | FL | Hovstone Properties Florida, LLC | 61 |
| 5. | Comaze-FL, LLC | 390 NE 34th Terrace Homestead, FL 33033 | FL | Carribean Custom Builders and Developers | 29 |
| 6. | Delva, Kesnel | 3928 SW 52nd Avenue, Bldg. F, Apt #5 Pembroke Park, FL 33023 | FL | Gregan Construction Corp. | 52 |
| 7. | Dickens, Faith **(PREVIOUSLY INCLUDED IN OMNI I AND IV)** | 1966 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group  Cornerstone Group Development, LLC | 38  39 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 8. Elkins, Joseph **(PREVIOUSLY INCLUDED IN OMNI I AND IV)** | 1850 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Group Development, LLC | 38<br><br>39 |
| 9. Flood, Brian **(PREVIOUSLY INCLUDED IN OMNI I(A))** | 124 Big Black Drive Kissimmee, FL 34759 | NY | L&W Supply Corporation d/b/a Seacoast Supply Company | 8 |
| 10. Fox, Selena and Paul | 3002 SW 23rd Avenue Cape Coral, FL 33914 | FL | AI Brothers, Inc. | 125 |
| 11. Joseph, David and Pamela | 514 NW Dover Court Port St. Lucie, FL 33983 | Fl | | |
| 12. Keddo, Terriano **(PREVIOUSLY INCLUDED IN OMNI IV)** | 1984 NE 5th Street Boynton Beach, Fl 33435 | FL | Cornerstone Group<br><br>Cornerstone Group Development, LLC | 38<br><br>39 |
| 13. Lagano, Sasha **(PREVIOUSLY INCLUDED IN OMNI I AND IV)** | 1990 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Group Development, LLC | 38<br><br>39 |
| 14. Licatta, Dominick **(PREVIOUSLY INCLUDED IN OMNI IV)** | 1710 NE 6th Street Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Development Group, LLC | 38<br><br>39 |
| 15. Lichtenberger, Andres **(PREVIOUSLY INCLUDED IN OMNI IV)** | 3182 Lamb Court Miami, FL 33133 | FL | B&E Construction Miami Corp.<br><br>Gomez Interiors, Inc.<br><br>Banner Supply Co. | 22<br><br>133<br><br>6 |
| 16. Litwin, Benjamin **(PREVIOUSLY INCLUDED IN OMNI IV)** | 1960 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Development Group, LLC | 38<br><br>39 |
| 17. Pereira, Fernanda **(PREVIOUSLY INCLUDED IN OMNI I AND IV)** | 1765 NE 12th Street Ft. Lauderdale, FL 33304 | FL | Cabot Homes<br><br>Edweaard Development Company, LLC | 27<br><br>46 |

| INTERVENING PLAINTIFFS ||||||
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 18. | Philias, Roldry **(PREVIOUSLY INCLUDED IN OMNI IV(A))** | 1802 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Development Group, LLC | 38<br><br>39 |
| 19. | Potts, Lakendra **(PREVIOUSLY INCLUDED IN OMNI IV)** | 1702 NE 6th Street Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Development Group, LLC | 38<br><br>39 |
| 20. | Quigley, Shannon **(PREVIOUSLY INCLUDED IN OMNI IV(A))** | 1954 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Development Group, LLC | 38<br><br>39 |
| 21. | Reck, Robert **(PREVIOUSLY INCLUDED IN OMNI IV)** | 1818 NE 5th Street, Unit 1406 Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Development Group, LLC | 38<br><br>39 |
| 22. | Silver, Stacey **(PREVIOUSLY INCLUDED IN OMNI IV)** | 613 NW 25th Avenue Boynton Beach, FL 33426 | FL | Cornerstone Group<br><br>Cornerstone Development Group, LLC | 38<br><br>39 |
| 23. | Simms, Troy and Carrie **(PREVIOUSLY INCLUDED IN OMNI I AND IV)** | 3180 Lamb Court Coconut Grove, FL 33133 | VA | B&E Construction Miami, Corp.<br><br>Gomez Interiors, Inc.<br><br>Banner Supply Co. | 22<br><br>133<br><br>2 |
| 24. | Strickland, Melissa and James | 3264 Silverado Circle Green Cove Springs, FL 32043 | FL | Adams Homes of Northwest Florida, Inc.<br><br>L&W Supply Corporation d/b/a Seacoast Supply Company | 15<br><br>8 |
| 25. | Trotman, Shonae **(PREVIOUSLY INCLUDED IN OMNI I AND IV)** | 1826 NE 5th Street Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Development Group, LLC | 38<br><br>39 |
| 26. | Tucker, Joseph and Deborah **(PREVIOUSLY INCLUDED IN OMNI I)** **(Being intervened into both Omni I and IV)** | 2285 SW Plymouth Street Port St. Lucie, FL 34983 | FL | Groza Builders | 55 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 27. | Virden, David **(PREVIOUSLY INCLUDED IN OMNI I AND IV)** | 1200 N. Victoria Park Ft. Lauderdale, FL 33304 | FL | Cabot Homes<br><br>Edweaard Development Company, LLC | 27<br><br>46 |
| 28. | Waite, Leeford S. | 3928 SW 52 Avenue #4 Pembroke P ark, FL 33023 | FL | Gregan Construction Corp. | 52 |
| 29. | Wright, Stephen **(PREVIOUSLY INCLUDED IN OMNI IV)** | 1726 NE 6th Street Boynton Beach, FL 33435 | FL | Cornerstone Group<br><br>Cornerstone Development Group, LLC | 38<br><br>39 |
| 30. | Zbikowski, Richard Kowaleski, Lois | 7584 Bristol Circle Naples, FL 34120 | NY | Waterways Joint Venture, IV, LLC | 120 |

## ALLEGATIONS REGARDING DEFENDANT KNAUF INSULATION GmbH

1. Defendant Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA) is a foreign corporation with a principal place of business in Shelbyville, Indiana.

2. By information and belief, Knauf Insulation is a subsidiary of Knauf GIPS KG. Knauf Insulation acted as an agent for Knauf GIPS KG and other Knauf entities lending assistance and participating in the promotion, distribution, marketing, and sale of the drywall at issue in this litigation to American suppliers. Accordingly, Knauf Insulation was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold. This conduct by Knauf Insulation has resulted in harm and damages to Plaintiffs.

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

    a.    an order certifying the case as a class action;

    b.    an order certifying the Class and each of the Subclasses;

    c.    an order appointing Plaintiffs as the Class Representatives of the Class;

    d.    an order appointing undersigned counsel and their firms as counsel for the Class;

    e.    compensatory and statutory damages;

    f.    punitive damages as allowed by law;

    g.    pre and post-judgment interest as allowed by law;

    h.    injunctive relief;

    I.    an award of attorneys' fees as allowed by law;

    j.    an award of taxable costs; and

    k.    any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: October 5, 2010        /s/ Russ M. Herman
    Russ M. Herman, Esquire (Bar No. 6819)
    Leonard A. Davis, Esquire (Bar No. 14190)
    Stephen J. Herman, Esquire (Bar No. 23129)
    HERMAN, HERMAN, KATZ & COTLAR, LLP
    820 O'Keefe Avenue

New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel - MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

8

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com


Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com


**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**
Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

        Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS[1]**

**Baron & Budd; Alters, Boldt, Brown, Rash & Culmo; and
Shapiro, Blasi, Waserman & Gora, PA**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Barbee, Kathleen and Marissa | Comaze-FL, LLC |
| Burey, Roxanne | Dickens, Faith |
| Callaway, Mona and Julian | Elkins, Joseph |

---

[1] Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel.

| | |
|---|---|
| Flood, Brian | Quigley, Shannon |
| Keddo, Terriano | Reck, Robert |
| Lagano, Sasha | Silver, Stacey |
| Licatta, Dominick | Simms, Troy and Carrie |
| Lichtenberger, Andres | Trotman, Shonae |
| Litwin, Benjamin | Tucker, Joseph and Deborah |
| Pereira, Fernanda | Virden, David |
| Philias, Roldry | Wright, Stephen |
| Potts, Lakendra | |

**Parker Waichman, Alonso, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Cheng, Nicky Mei-Wen
Delva, Kesnel
Fox, Selena and Paul
Joseph, David and Pamela
Waite, Leeford S.
Zbikowski, Richard
Kowaleski, Lois

**Shapiro, Blasi, Waserman & Gora, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Strickland, Melissa and James