# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2010, Plaintiffs' Motion to Intervene and Memorandum in Support thereof was served on the below parties via e-mail and First Class Mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

| | |
|---|---|
| Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130<br>*Defendants' Liaison Counsel* | Phillip Wittmann, Esquire<br>Stone Pigman Walther Wittmann L.L.C.<br>546 Carondelet Street<br>New Orleans, LA 70130<br>*Home Builders and Installers Liaison Counsel* |

I further certify that all counsel of record have been served via the Court's electronic notification system. I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

September 5, 2010

/s_Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

| CHINESE DRYWALL LITIGATION  <br>DEFENDANTS' LIST - OMNI IV |
|---|
| 3180 LAMB COURT ACQUISITION, LLC  <br>Filings, Inc  <br>3732 NW 16 Street  <br>Ft. Lauderdale, FL 33311 |
| AI Brothers, Inc.  <br>919 S. Charlotte St.  <br>Lombard, IL 60148 |
| ANGEL DEVELOPMENTS, LLC  <br>216 SW Maclay Way  <br>Port St. Lucie, FL 34986 |
| B & E Construction of Miami Corp.  <br>Jose M Barrio  <br>7944 SW 199 Terrace  <br>Miami, FL 33189 |
| Buquoi Construction LLC  <br>Charles Anthony Buquoi  <br>10569 Buddy Gore Road  <br>Gonzales, LA 70737 |
| Burmaster Construction, Inc.  <br>A.J. Burmaster II  <br>25058 Pin Oak Lane  <br>Folsom, LA 70437 |
| Cabot Homes  <br>Dunn, Cabot L Jr.  <br>2161 Mcgregor Blvd., Suite B  <br>Fort Myers Fl 33901 |
| Cajun Construction & Development, LLC  <br>Henry J. Timothy, Jr.  <br>800 Wiegand Drive  <br>Bridge City, LA 70094 |
| Can-Am Drywall, Inc.  <br>Claude Pare  <br>14420 SW 23 Street  <br>Davie, FL 33325 |
| Cape Cement & Supply, Inc.  <br>Johany Matthews  <br>645 Commercial Park Place  <br>Cape Coral, FL 33991 |
| Carribean Custom Builders and Developers  <br>Sharpe, James III  <br>29141 Clover Lane  <br>Big Pine Key, FL 33043 |
| Comfort Home Builders, Inc.  <br>James A. Gordon  <br>514 NE 26th Place - Unit #4  <br>Cape Coral, FL 33909 |

| **CHINESE DRYWALL LITIGATION**<br>**DEFENDANTS' LIST - OMNI IV** |
|---|
| Davis General Contractors<br>Davis, Hugh C III<br>218 Kenlyn Road<br>Palm Beach Fl 33480 |
| ENCHANTED HOMES, INC.<br>Charles B. Frazier<br>11915 King James Court<br>Cape Coral, FL 33991 |
| First Home Builders of Florida I, LLC<br>100 North Tampa Street<br>Ste. 4100<br>Tampa, FL 33602 |
| Freemar Homes, Inc.<br>John T. Freeman<br>5410 Endeavor Ave.<br>Dover, FL 33527 |
| Gomez Interiors, Inc.<br>15745 SW 297th Terrace Homestead, Fl 33033 |
| Grand Palazzo Hendricks, LLC Thomas D. Alfano<br>7800 Red Road, Suite 127<br>South Miami, FL 33143 |
| Gremillion Homes, Inc.<br>Keith Gremillion<br>14249 Hwy 1077<br>Folsom, LA 70437 |
| Grove Hammocks Investments, LLC<br>Baysound Development, Corp.<br>35380 SW 218 Ave.<br>Homestead, FL 33030 |
| Guangdong Knauf New Building Material Products Co., Ltd.<br>No. 2 Xinsha Development Zone, RC-523147, Guangdong, China |
| Hanover Homes<br>Philip Petruzzelli<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| Hilliard Butler Construction Company, Inc.<br>5026 Par Four Drive<br>New Orleans, LA 70128 |
| Interior/Exterior Building Supply, LP<br>Clayton Geary<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC<br>Clayton Geary<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Cherry and Sons, Inc.<br>2212 SW Racquet Club Drive Palm City, FL 34990 |

| *Chinese Drywall Litigation*<br>**Defendants' List - Omni IV** |
|---|
| James Stokley d/b/a Choctaw Builders, Inc.<br>26543 Hwy 17<br>Millry, AL 36558 |
| Jim Walter Homes, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Joseph E. Clouse, Inc.<br>Lorre J. Clouse<br>8661 Glenlyon Court<br>Fort Myers, FL 33912 |
| KB Homes<br>Vince A. Dinova<br>1121 Lumsden Trace Circle<br>Valrico, FL 33594 |
| Knauf GIPS KG<br>Postfach 10, 97343<br>Iphofen, Germany |
| Knauf Plasterboard (Tianjin) Co. Ltd.<br>North Yinhe Bridge<br>East Jingjin Road<br>Beichen District<br>Tianjin, 300400 P.R.C. |
| Knauf Plasterboard (Wuhu) Co. Ltd.<br>No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241009, PR China |
| L.R. Gardere Drywall Construction, Inc.<br>108 Southdown Lane<br>Covington, LA 70433 |
| L&W Supply Corporation d/b/a Seacoast Supply Company<br>The Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Laporte Builders, Inc.<br>Richard A. Laporte<br>168 NE Sagamore Terr.<br>Port St. Lucie, FL 34983 |
| Lennar Homes, Corp.<br>CT Corporation System<br>1200 South Pine Island Rd.<br>Plantation, FL 33324 |
| Liberty Home Builders, Inc.<br>Joseph R. Casacci, Esq.<br>14 Rose Dr.<br>Ft. Lauderdale, FL 33316 |
| Linel Consulting, LLC<br>Jeffrey M. Fine, P.A.<br>9010 SW 117th St<br>Miami, FL 33176 |

| *CHINESE DRYWALL LITIGATION* <br> **DEFENDANTS' LIST - OMNI IV** |
|---|
| Lloyd & Sons Construction, Inc. <br> 156 Village Blvd., Unit-A, <br> Tequesta, FL 33469 |
| LPR Builders, Inc. <br> Rabell, Luis P. <br> 1150 NW 72 Avenue, Ste. 501 <br> Miami, FL 33126 |
| M J F CONSTRUCTION CORPORATION <br> Juan Menendez <br> 1805 Ponce De Leon Blvd. #110 <br> Coral Gables, FL 33134 |
| Marsiglia Construction Company <br> 2909 Division Street <br> Metairie, LA 70005 |
| O' Key Homes, Inc. <br> Edward Galan <br> 1450 SE 16th Terrace <br> Cape Coral FL  33990 |
| P N K Builders, LLC <br> Scott Kuepferle <br> 444 Swift Fox Run <br> Madisonville, LA 70447 |
| Palm Isles Holdings, LLC <br> Kieran P. Fallon, Esq. <br> 436 SW 8th Street <br> Miami, FL 33131 |
| Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc. <br> illiam J. Hough <br> 21459 Highway 36 <br> Abita Springs, LA 70420 |
| Pine Ridge Real Estate Enterprises, LLC <br> Jeffrey S Wachs, ESQ. <br> 1177 S.E. 3rd Ave. <br> Fort Lauderdale, FL 33316 |
| RCR Holdings I and II, LLC <br> Carl E. Klepper, JR. <br> 1500 Gateway Blvd. Suite 200 <br> Boynton Beach, FL 33426 |
| Royal Homes, L.L.C. <br> 4800 Sharp Road <br> Mandeville, LA 70471 |
| South Kendall Construction Corp. <br> Kieran P. Fallon, Esq. <br> 436 SW 8th Street <br> Miami, FL 33131 |
| Southern Homes, LLC <br> Christopher Kornman <br> 2053 E. Gause Blvd., Ste. 200 <br> Slidell, LA 70461 |

| *Chinese Drywall Litigation*<br>**Defendants' List - Omni IV** |
|---|
| SOVEREIGN HOMES, LLC<br>David Tricker<br>241 Monterrey Drive<br>Naples, FL 34119 |
| Summit Homes, LLC<br>n/k/a PHL Construction, LLC<br>Arthur A. Lancaster, Jr.<br>7525 Picardy Ave.<br>Suite 220<br>Baton Rouge, LA 70808 |
| Symphony Builders, Inc.<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 |
| Treasure Coast<br>Gerald Bashant Sr.<br>2400 SE Federal Hwy. 4th Floor<br>Stuart, FL 34997 |
| USG Corporation<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Venus Street, LLC<br>Sandor Genet, Esq.<br>99 NE 167th Street<br>North Miami Beach, FL 33162 |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, Fl 34119 |
| Waterways Joint Venture IV<br>3358 Woods EdgeCircle, #102<br>Bonita Springs, FL 34134 |
| Woodside f/k/a GHO Properties<br>William Handler, Esq.<br>3600 Burgundy Drive North<br>Palm Beach Gardens, FL 33410 |
| WOODSIDE HOMES OF SOUTHEAST FLORIDA, LLC<br>Paracorp Incorporated<br>236 East 6th Avenue<br>Tallahassee, FL  32303 |