# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Rogers, et al. v. Knauf GIPS KG, et. al., Case No. 2:10-cv-00362 (E.D.La.) | |

## ORDER

Upon consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The clerk is hereby directed to enter of record Plaintiffs', Roxanne Burey, *et. al.*, Omnibus Class Action Complaint in Intervention (IV(B)), Exhibit "A" to Plaintiffs' Motion to Intervene.

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the proceedings in *Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.).

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
ELDON E. FALLON
United States District Court Judge