UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Rogers, et al. v. Knauf GIPS KG, et. al., Case No. 2:10-cv-00362 (E.D.La.) | |

## NOTICE OF HEARING

Please take notice that, upon the pleading and other matters of record, the undersigned has moved the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on a date to be determined by the Court, following the Court's monthly status conference on October 14, 2010, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Plaintiffs' motion to intervene, and for such other and further relief as the Court may deem just and appropriate.

1

Respectfully submitted,

Dated: September 5, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2010, the Notice of Hearing was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of September, 2010.

I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

September 5, 2010

/s_Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

| CHINESE DRYWALL LITIGATION<br>DEFENDANTS' LIST - OMNI IV |
|---|
| 3180 LAMB COURT ACQUISITION, LLC<br>Filings, Inc<br>3732 NW 16 Street<br>Ft. Lauderdale, FL 33311 |
| AI Brothers, Inc.<br>919 S. Charlotte St.<br>Lombard, IL 60148 |
| ANGEL DEVELOPMENTS, LLC<br>216 SW Maclay Way<br>Port St. Lucie, FL 34986 |
| B & E Construction of Miami Corp.<br>Jose M Barrio<br>7944 SW 199 Terrace<br>Miami, FL 33189 |
| Buquoi Construction LLC<br>Charles Anthony Buquoi<br>10569 Buddy Gore Road<br>Gonzales, LA 70737 |
| Burmaster Construction, Inc.<br>A.J. Burmaster II<br>25058 Pin Oak Lane<br>Folsom, LA 70437 |
| Cabot Homes<br>Dunn, Cabot L Jr.<br>2161 Mcgregor Blvd., Suite B<br>Fort Myers Fl 33901 |
| Cajun Construction & Development, LLC<br>Henry J. Timothy, Jr.<br>800 Wiegand Drive<br>Bridge City, LA 70094 |
| Can-Am Drywall, Inc.<br>Claude Pare<br>14420 SW 23 Street<br>Davie, FL 33325 |
| Cape Cement & Supply, Inc.<br>Johany Matthews<br>645 Commercial Park Place<br>Cape Coral, FL 33991 |
| Carribean Custom Builders and Developers<br>Sharpe, James III<br>29141 Clover Lane<br>Big Pine Key, FL 33043 |
| Comfort Home Builders, Inc.<br>James A. Gordon<br>514 NE 26th Place - Unit #4<br>Cape Coral, FL 33909 |

| CHINESE DRYWALL LITIGATION<br>DEFENDANTS' LIST - OMNI IV |
|---|
| Davis General Contractors<br>Davis, Hugh C III<br>218 Kenlyn Road<br>Palm Beach Fl 33480 |
| ENCHANTED HOMES, INC.<br>Charles B. Frazier<br>11915 King James Court<br>Cape Coral, FL 33991 |
| First Home Builders of Florida I, LLC<br>100 North Tampa Street<br>Ste. 4100<br>Tampa, FL 33602 |
| Freemar Homes, Inc.<br>John T. Freeman<br>5410 Endeavor Ave.<br>Dover, FL 33527 |
| Gomez Interiors, Inc.<br>15745 SW 297th Terrace Homestead, Fl 33033 |
| Grand Palazzo Hendricks, LLC Thomas D. Alfano<br>7800 Red Road, Suite 127<br>South Miami, FL 33143 |
| Gremillion Homes, Inc.<br>Keith Gremillion<br>14249 Hwy 1077<br>Folsom, LA 70437 |
| Grove Hammocks Investments, LLC<br>Baysound Development, Corp.<br>35380 SW 218 Ave.<br>Homestead, FL 33030 |
| Guangdong Knauf New Building Material Products Co., Ltd.<br>No. 2 Xinsha Development Zone, RC-523147, Guangdong, China |
| Hanover Homes<br>Philip Petruzzelli<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| Hilliard Butler Construction Company, Inc.<br>5026 Par Four Drive<br>New Orleans, LA 70128 |
| Interior/Exterior Building Supply, LP<br>Clayton Geary<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC<br>Clayton Geary<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Cherry and Sons, Inc.<br>2212 SW Racquet Club Drive Palm City, FL 34990 |

| |
|---|
| ***CHINESE DRYWALL LITIGATION*** <br> **DEFENDANTS' LIST - OMNI IV** |
| James Stokley d/b/a Choctaw Builders, Inc. <br> 26543 Hwy 17 <br> Millry, AL 36558 |
| Jim Walter Homes, Inc. <br> c/o CT Corporation System <br> 1200 South Pine Island Road <br> Plantation, FL 33324 |
| Joseph E. Clouse, Inc. <br> Lorre J. Clouse <br> 8661 Glenlyon Court <br> Fort Myers, FL 33912 |
| KB Homes <br> Vince A. Dinova <br> 1121 Lumsden Trace Circle <br> Valrico, FL 33594 |
| Knauf GIPS KG <br> Postfach 10, 97343 <br> Iphofen, Germany |
| Knauf Plasterboard (Tianjin) Co. Ltd. <br> North Yinhe Bridge <br> East Jingjin Road <br> Beichen District <br> Tianjin, 300400 P.R.C. |
| Knauf Plasterboard (Wuhu) Co. Ltd. <br> No. 2 Gang Wan Road <br> Wuhu Economic & Technological Development Area <br> Aihui, 241009, PR China |
| L.R. Gardere Drywall Construction, Inc. <br> 108 Southdown Lane <br> Covington, LA 70433 |
| L&W Supply Corporation d/b/a Seacoast Supply Company <br> The Corporation Trust Center <br> 1209 Orange Street <br> Wilmington DE 19801 |
| Laporte Builders, Inc. <br> Richard A. Laporte <br> 168 NE Sagamore Terr. <br> Port St. Lucie, FL 34983 |
| Lennar Homes, Corp. <br> CT Corporation System <br> 1200 South Pine Island Rd. <br> Plantation, FL 33324 |
| Liberty Home Builders, Inc. <br> Joseph R. Casacci, Esq. <br> 14 Rose Dr. <br> Ft. Lauderdale, FL 33316 |
| Linel Consulting, LLC <br> Jeffrey M. Fine, P.A. <br> 9010 SW 117th St <br> Miami, FL 33176 |

| CHINESE DRYWALL LITIGATION<br>DEFENDANTS' LIST - OMNI IV |
|---|
| Lloyd & Sons Construction, Inc.<br>156 Village Blvd., Unit-A,<br>Tequesta, FL 33469 |
| LPR Builders, Inc.<br>Rabell, Luis P.<br>1150 NW 72 Avenue, Ste. 501<br>Miami, FL 33126 |
| M J F CONSTRUCTION CORPORATION<br>Juan Menendez<br>1805 Ponce De Leon Blvd. #110<br>Coral Gables, FL 33134 |
| Marsiglia Construction Company<br>2909 Division Street<br>Metairie, LA 70005 |
| O' Key Homes, Inc.<br>Edward Galan<br>1450 SE 16th Terrace<br>Cape Coral FL 33990 |
| P N K Builders, LLC<br>Scott Kuepferle<br>444 Swift Fox Run<br>Madisonville, LA 70447 |
| Palm Isles Holdings, LLC<br>Kieran P. Fallon, Esq.<br>436 SW 8th Street<br>Miami, FL 33131 |
| Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc.<br>illiam J. Hough<br>21459 Highway 36<br>Abita Springs, LA 70420 |
| Pine Ridge Real Estate Enterprises, LLC<br>Jeffrey S Wachs, ESQ.<br>1177 S.E. 3rd Ave.<br>Fort Lauderdale, FL 33316 |
| RCR Holdings I and II, LLC<br>Carl E. Klepper, JR.<br>1500 Gateway Blvd. Suite 200<br>Boynton Beach, FL 33426 |
| Royal Homes, L.L.C.<br>4800 Sharp Road<br>Mandeville, LA 70471 |
| South Kendall Construction Corp.<br>Kieran P. Fallon, Esq.<br>436 SW 8th Street<br>Miami, FL 33131 |
| Southern Homes, LLC<br>Christopher Kornman<br>2053 E. Gause Blvd., Ste. 200<br>Slidell, LA 70461 |

| CHINESE DRYWALL LITIGATION<br>DEFENDANTS' LIST - OMNI IV |
|---|
| SOVEREIGN HOMES, LLC<br>David Tricker<br>241 Monterrey Drive<br>Naples, FL 34119 |
| Summit Homes, LLC<br>n/k/a PHL Construction, LLC<br>Arthur A. Lancaster, Jr.<br>7525 Picardy Ave.<br>Suite 220<br>Baton Rouge, LA 70808 |
| Symphony Builders, Inc.<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 |
| Treasure Coast<br>Gerald Bashant Sr.<br>2400 SE Federal Hwy. 4th Floor<br>Stuart, FL 34997 |
| USG Corporation<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Venus Street, LLC<br>Sandor Genet, Esq.<br>99 NE 167th Street<br>North Miami Beach, FL 33162 |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, Fl 34119 |
| Waterways Joint Venture IV<br>3358 Woods EdgeCircle, #102<br>Bonita Springs, FL 34134 |
| Woodside f/k/a GHO Properties<br>William Handler, Esq.<br>3600 Burgundy Drive North<br>Palm Beach Gardens, FL 33410 |
| WOODSIDE HOMES OF SOUTHEAST FLORIDA, LLC<br>Paracorp Incorporated<br>236 East 6th Avenue<br>Tallahassee, FL 32303 |