UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Mary Enclarde et al.** | * | |
| **Case No.: 09-4513** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANTIONE C CARTER AND JEARDINE CARTER
### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Antione C Carter and Jeardine Carter, hereby dismiss, without prejudice, all *of* their claims against Defendant, in Plaintiffs' Omnibus Complaint Case No., 09-6690 and in Plaintiffs' Complaint Case No., 09-4513. Each party is to bear its own attorneys' fees and costs.

    Respectfully Submitted,

    /s/Julie L. Rhoades_____
    David P. Matthews
    TX Bar No. 13206200
    Julie L. Rhoades
    TX Bar No. 16811710
    Matthews & Associates
    2905 Sackett Street
    Houston, TX 77098
    Tel: (713) 522-5250
    Fax: (713) 535-7184
    dmatthews@dpmlawfirm.com
    jrhoades@dpmlawfirm.com

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY that the above** and **foregoing** Notice of Voluntary Dismissal **Without Prejudice document has been served on** Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File **&** Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CMIECF System, which will send a notice of electronic, filing in accordance with the procedures established in MDL 2047 on this 1st day of October , 2010.

            */s/Julie L. Rhoades*
            Julie L. Rhoades
            Matthews & Associates
            2905 Sackett Street
            Houston, TX 77098
            Tel: (713) 522-5250
            Fax: (713) *535-7184*
            jrhoades@dpmlawfirm.com