UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| David Gross, et al. | * | |
| Case No.: 09-6690 | * | |
| Donna M. Leverette et al. | * | |
| Case No.: 09-5845 | * | |
| | * | |
| v. | * | |
| | * | |
| Knauf Gips, KG, et al. | * | |

*************************************************************

**PLAINTIFF, CHARLOTTE D PREYEAR**
<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Charlotte D. Preyear, hereby dismisses, without prejudice, all *of* her claims against Defendant, in Plaintiffs' Omnibus Complaint Case No., 09-6690 and in Plaintiffs' Complaint Case No., 09-5845. Each party is to bear its own attorneys' fees and costs.

       Respectfully Submitted,

       <u>/s/Julie L. Rhoades</u>
       David P. Matthews
       TX Bar No. 13206200
       Julie L. Rhoades
       TX Bar No. 16811710
       Matthews & Associates
       2905 Sackett Street
       Houston, TX 77098
       Tel: (713) 522-5250
       Fax: (713) 535-7184
       dmatthews@dpmlawfirm.com
       jrhoades@dpmlawfirm.com

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY that the above** and **foregoing** Notice of Voluntary Dismissal **Without Prejudice document has been served on** Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File **&** Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CMIECF System, which will send a notice of electronic, filing in accordance with the procedures established in MDL 2047 on this 1st day of October, 2010.

            */s/Julie L. Rhoades*
            Julie L. Rhoades
            Matthews & Associates
            2905 Sackett Street
            Houston, TX 77098
            Tel: (713) 522-5250
            Fax: (713) *535-7184*
            jrhoades@dpmlawfirm.com