**UNITED STATES DISTRICT COURT**
EASTERN **DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL **No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Donna Leverette et al.** | * | |
| **Case No.: 09-5845** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Donna M. Leverette and** | * | |
| **Gillette Leverette** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

*************************************************************

## <u>ORDER</u>

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Donna M. Leverette and Gillette Leverette, in the above captioned case is hereby GRANTED, dismissing plaintiff's Donna M. Leverette and Gillette Leverette claims.  Each party is to bear his or her own costs.

Signed this_____day of _____, 2010, in New Orleans, Louisiana.


_____
JUDGE