UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Mary Enclarde et al.<br>Case No.: 09-4513 | * * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

*************************************************************

**EARLINE H BARBARIN, INDIVIDUALLY AND AS NEXT FRIENDS OF
JASMINE RAMOS MINOR,
<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Earline H Barbarin, Individually and as Next Friends of Jasmine Ramos minor, hereby dismiss, without prejudice, all of their claims against Defendant, in Plaintiffs' Omnibus Complaint Case No., 09-6690 and in Plaintiffs' Complaint Case No., 09-4513.  Each party is to bear its own attorneys' fees and costs.

Respectfully  Submitted,

<u>/s/Julie L. Rhoades</u>
David P. Matthews
TX Bar No. 13206200
Julie L. Rhoades
TX Bar No. 16811710
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
Tel: (713) 522-5250
Fax: (713) 535-7184
dmatthews@dpmlawfirm.com
jrhoades@dpmlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that the above** and **foregoing** Notice of Voluntary Dismissal **Without Prejudice document has been served on** Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File **&** Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CMIECF System, which will send a notice of electronic, filing in accordance with the procedures established in MDL 2047 on this 1st day of October , 2010.

*/s/Julie L. Rhoades*
Julie L. Rhoades
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
Tel: (713) 522-5250
Fax: (713) *535-7184*
jrhoades@dpmlawfirm.com