UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Sean and Beth Payton, et al | * * | JUDGE FALLON |
| vs. | * * | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al | * * | |
| Case No. 2:09-cv-07628-EEF-JCW | * | |

*******************************************

## MOTION TO SUBSTITUTE COUNSEL FOR BASS HOMES, INC.

**NOW INTO COURT**, through undersigned counsel, comes Defendant **Bass Homes, Inc.**, which respectfully requests that Christopher A. D'Amour, Megan Haggerty Guy, and David C. Coons of the law firm of Adams and Reese LLP, be designated as counsel for **Bass Homes, Inc.**, in lieu and in place of James T. Patterson of the law firm of Vernis & Bowling of Southern Alabama, LLC.

Please serve all future pleadings, notices, motions, documents, and correspondence upon Christopher A. D'Amour, Megan Haggerty Guy, and David C. Coons of the law firm of Adams and Reese LLP in connection with this action.

[Signatures on next page]

1

Respectfully submitted,

**ADAMS AND REESE LLP**

s/ Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar # 26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar # 32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Bass Homes, Inc.*

and

**VERNIS & BOWLING of Southern Alabama, LLC**

s/ James T. Patterson
JAMES T. PATTERSON (Al. Bar # PATTJ 0784)
204 S. Royal Street
Mobile, AL 36602
Tel: (251) 432-0337
Fax: (251) 432-0244

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of October, 2010.

s/ David C. Coons

