**UNITED STATES DISTRICT COURT**
EASTERN **DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | MDL **No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Donna Leverette et al.** | * | |
| **Case No.: 09-5845** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Jannetha C. Lewis  aka** | * | |
| **Janretta C. Odoms-Lewis** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

      Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY

ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of

Jannetha C. Lewis aka Janretta C. Odoms-Lewis, in the above captioned case is hereby GRANTED,

dismissing plaintiff's Jannetha C. Lewis aka Janretta C. Odoms-Lewis claims.  Each party is to bear his

or her own costs.

      Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE