UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Audrey Paul et al.** | * | |
| **Case No.: 09-4144** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Kareem J. Mulkey, Individually and as** | * | |
| **Next of Friend of Kameyn Mulkey and** | | |
| **Kareem J. Mulkey Jr. minors** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

*************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Kareem J. Mulkey, Individually and as Next of Friend of Kameyn Mulkey and Kareem J. Mulkey, Jr. minors, in the above captioned case is hereby GRANTED, dismissing plaintiff's Kareem J. Mulkey, Individually and as Next of Friend of Kameyn Mulkey and Kareem J. Mulkey, Jr. minors claims. Each party is to bear his or her own costs.

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE