UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **James Carter et al.** | * | |
| **Case No.: 09-4147** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Margaret Zeleny and Jeffrey Zeleny,** | * | |
| **Individually and as Next Friends of** | * | |
| **Hailey Zeleny, Minor, and Justin Newton,** | * | |
| **Minor** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

*************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Margaret Zeleny and Jeffrey Zeleny, Individually and As Next Friends of Hailey Zeleny, minor and Justin Newton, minor, in the above captioned case is hereby GRANTED, dismissing plaintiff's Margaret Zeleny and Jeffrey Zeleny, Individually and As Next Friends of Hailey Zeleny, minor and Justin Newton, minor claims. Each party is to bear his or her own costs

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE