UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Mary Enclarde et al.** | * | |
| **Case No.: 09-4513** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Mary Enclarde, Individually and** | * | |
| **as Next Friends of Desmin Enclarde** | * | |
| **Minor, Jasmine Enclarde** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

***********************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Mary Enclarde, Individually and as Next Friends of Desmin Enclarde minor, Jasmine Enclarde minor, in the above captioned case is hereby GRANTED, dismissing plaintiff's Mary Enclarde, Individually and as Next Friends of Desmin Enclarde minor, Jasmine Enclarde minor, claims. Each party is to bear his or her own costs.

Signed this _____ day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE