UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Mary Enclarde et al.** | * | |
| **Case No.: 09-4513** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Michael Williams and Alice Williams,** | * | |
| **Individually and as Next Friends of** | * | |
| **Cody Williams, Minor, Shane Williams** | * | |
| **Minor** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

**************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Michael Williams and Alice Williams, Individually and as Next Friends of Cody Williams minor, Shane Williams minor, in the above captioned case is hereby GRANTED, dismissing plaintiff's Michael Williams and Alice Williams, Individually and as Next Friends of Cody Williams minor, Shane Williams minor, claims.  Each party is to bear his or her own costs.

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE