UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Donna Leverette et al. Case No.: 09-5845 | * * * * * | |
| Only in regards to: Mildred Copeland | * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

************************************************************

### ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Mildred Copeland, in the above captioned case is hereby GRANTED, dismissing plaintiff's Mildred Copeland claims. Each party is to bear his or her own costs.

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE