UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Mary Enclarde et al.** | * | |
| **Case No.: 09-4513** | * | |
| **Only in regards to:** | * | |
| **Pam Damond and Vorchall Damond** | * | |
| v. | * | |
| **Knauf Gips, KG, et al.** | * | |

***************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Pam Damond and Vorchall Damond, in the above captioned case is hereby GRANTED, dismissing plaintiff's Pam Damond and Vorchall Damond claims. Each party is to bear his or her own costs.

Signed this _____ day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE