UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE FALLON** |
| | * | MAG. JUDGE WILKINSON |
| David Gross, et al. | * | |
| Case No.: 09-6690 | * | |
| | * | |
| Only in regards to: | * | |
| Peggy Cuenea | * | |
| | * | |
| v. | * | |
| | * | |
| Knauf Gips, KG, et al. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Peggy Cuenea, in the above captioned case is hereby GRANTED, dismissing plaintiff's Peggy Cuenea claims. Each party is to bear his or her own costs

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE