UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Darius Allen et al.<br>Case No.: 09-5844 | * * * * * | |
| Only in regards to:<br>Saunja D Johnson and<br>Antonio Johnson | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Saunja D. Johnson and Antonio Johnson. in the above captioned case is hereby GRANTED, dismissing plaintiff's Saunja D. Johnson and Antonio Johnson claims.  Each party is to bear his or her own costs

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE