UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Darius Allen et al.<br>Case No.: 09-5844 | * * * * | |
| Only in regards to:<br>Tia L. Bowen and Demarco E. Gomes,<br>Individually and as Next Friends of<br>Armani M Gomes and Kyshena G Bowen<br>Minors | * * * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Tia L. Bowen and Demarco E. Gomes, Individually and as Next Friends of Armani M. Gomes and Kyshena G. Bowen minors. in the above captioned case is hereby GRANTED, dismissing plaintiff's Tia L. Bowen and Demarco E. Gomes, Individually and as Next Friends of Armani M. Gomes and Kyshena G. Bowen minors claims. Each party is to bear his or her own costs

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE