UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| David Gross, et al. | * | |
| Case No.: 09-6690 | * | |
| | | |
| v. | * | |
| | * | |
| Knauf Gips, KG, et al. | * | |

*************************************************************

**PLAINTIFF, VANESSA PORTER**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Vanessa Porter, hereby dismisses, without prejudice, all *of* her claims against Defendant, in Plaintiffs' Omnibus Complaint Case No., 09-6690. Each party is to bear its own attorneys' fees and costs.

           Respectfully Submitted,

           */s/Julie L. Rhoades*_____
           David P. Matthews
           TX Bar No. 13206200
           Julie L. Rhoades
           TX Bar No. 16811710
           Matthews & Associates
           2905 Sackett Street
           Houston, TX 77098
           Tel: (713) 522-5250
           Fax: (713) 535-7184
           dmatthews@dpmlawfirm.com
           jrhoades@dpmlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that the above** and **foregoing** Notice of Voluntary Dismissal **Without Prejudice document has been served on** Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File **&** Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CMIECF System, which will send a notice of electronic, filing in accordance with the procedures established in MDL 2047 on this 1st day of October , 2010.

>
> */s/Julie L. Rhoades*
> Julie L. Rhoades
> Matthews & Associates
> 2905 Sackett Street
> Houston, TX 77098
> Tel: (713) 522-5250
> Fax: (713) *535-7184*
> jrhoades@dpmlawfirm.com