UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: Vanessa Porter | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

****************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Vanessa Porter, in the above captioned case is hereby GRANTED, dismissing plaintiff's Vanessa Porter claims. Each party is to bear his or her own costs

Signed this_____day of_____, 2010, in New Orleans, Louisiana.

_____
JUDGE