# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| ALL CASES | MAG. JUDGE WILKINSON |

### DEFENDANTS BANNER SUPPLY COMPANY, BANNER SUPPLY COMPANY POMPANO, BANNER FORT MYERS LLC, BANNER SUPPLY COMPANY TAMPA, AND BANNER SUPPLY INTERNATIONAL'S
### MOTION FOR LEAVE OF COURT TO ADOPT KNAUF DEFENDANTS' RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS

Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers LLC, Banner Supply Company Tampa, and Banner Supply International (hereinafter collectively referred to as "Banner")[1] respectfully requests leave of court to file its Motion adopting, in part, the Knauf Defendant's Response to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions (Rec. Doc. No. 5650).

---

[1] Banner reserves all its previously raised objections.

Respectfully submitted this 5th day of October 2010,

>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>
>*/s/ Todd R. Ehrenreich*
>**TODD R. EHRENREICH, ESQUIRE**
>Florida Bar Number:  945900
>2601 S. Bayshore Drive
>Suite 850
>Miami, Florida  33130
>Telephone (305)455-9500
>tehrenreich@wwhgd.com
>
>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>
>*/s/ Nicholas P. Panayotopoulos*
>**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
>Georgia Bar Number:  560679
>
>*/s/ Michael A. Sexton*
>**MICHAEL A. SEXTON, ESQUIRE**
>Florida Bar No.  0131520
>
>*/s/ Shubhra R. Mashelkar*
>**SHUBHRA R. MASHELKAR, ESQUIRE**
>Georgia Bar Number:  475388
>
>3344 Peachtree Road
>Suite 2400
>Atlanta, GA  30326
>Telephone (404)876-2700
>npanayo@wwhgd.com
>msexton@wwghd.com
>smashelkar@wwghd.com
>
>Counsel for Banner

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 5th day of October, 2010.

                              WEINBERG, WHEELER, HUDGINS,
                              GUNN & DIAL, LLC

                              */s/ Nicholas P. Panayotopoulos*
                              **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**