UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2047<br><br>SECTION:  L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE FALLON |
| ALL CASES ) | MAG. JUDGE WILKINSON |
| ) ) | |

**DEFENDANTS BANNER SUPPLY COMPANY, BANNER SUPPLY COMPANY POMPANO, BANNER FORT MYERS LLC, BANNER SUPPLY COMPANY TAMPA, AND BANNER SUPPLY INTERNATIONAL'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF ADOPTION OF KNAUF DEFENDANTS' RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS**

Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers LLC, Banner Supply Company Tampa, and Banner Supply International (hereinafter collectively referred to as "Banner")[1] hereby joins, adopts and incorporates, in part, the Knauf Defendant's Response to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions (Rec. Doc. No. 5650).

Accordingly, in an effort to preserve judicial resources, Banner adopts the Knauf Defendants' Response to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to

---

[1] Banner reserves all its previously raised objections.

Various Pending Motions without adopting the Knauf Defendants' potential argument to suspend jurisdictional/alter ego discovery.

Respectfully submitted this 5th day of October 2010,

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        */s/ Todd R. Ehrenreich*
        **TODD R. EHRENREICH, ESQUIRE**
        Florida Bar Number:  945900
        2601 S. Bayshore Drive
        Suite 850
        Miami, Florida  33130
        Telephone (305)455-9500
        tehrenreich@wwhgd.com

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        */s/ Nicholas P. Panayotopoulos*
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
        Georgia Bar Number:  560679

        */s/ Michael A. Sexton*
        **MICHAEL A. SEXTON, ESQUIRE**
        Florida Bar No.  0131520

        */s/ Shubhra R. Mashelkar*
        **SHUBHRA R. MASHELKAR, ESQUIRE**
        Georgia Bar Number:  475388


        3344 Peachtree Road
        Suite 2400
        Atlanta, GA  30326
        Telephone (404)876-2700
        npanayo@wwhgd.com
        msexton@wwghd.com
        smashelkar@wwghd.com

        Counsel for Banner

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 5th day of October, 2010.

                                              WEINBERG, WHEELER, HUDGINS,
                                              GUNN & DIAL, LLC

                                              */s/ Nicholas P. Panayotopoulos*
                                              **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**