# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEAN AND BETH PAYTON, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **PLAINTIFF** | * | **NO.:  09-7628** |
| | * | **MDL NO.:  09-2047** |
| **VS.** | * | |
| | * | **JUDGE FALLON - SEC.: L** |
| **KNAUF GIPS KG, ET AL** | * | |
| | * | **MAG.: JUDGE WILKINSON** |
| **DEFENDANT** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR EXTENSION OF TIME
### TO SUBMIT DEFENDANT PROFILE FORM

COMES NOW, defendant, Total Contracting and Roofing, Inc., and fully reserving any and all defenses and without waiving any objections to service of process, venue or jurisdiction, respectfully moves this Honorable Court for additional time in which to submit its Profile Form to plaintiff's liaison counsel, and in support thereof states as follows:

1.      On May 27, 2010 the Court entered Pre-Trial Order No. 1G requiring defendants to submit Profile Forms within forty days after service of process.

2.      The undersigned was substituted as counsel of record in September 14, 2010.

3.      The undersigned has been working diligently to obtain information necessary to complete the appropriate Profile Form.  Additional time is needed, however, to gather the information required and to confirm it to accuracy.

4.      An extension will not prejudice any of the parties nor delay this matter.

5.      This Court has authority to grant the relief requested under Federal Rules of Civil Procedure.

6.      This is mover's first request for an extension of time.

WHEREFORE, defendant Total Contracting and Roofing, Inc. prays for an extension of time through and including October 15, 2010 to submit its Profile Form as required by the Court.

Respectfully submit:

*S/ Jean E. Lavidalie, Jr.*

_____

**GUY D. PERRIER, LA Bar #20323**
**JEAN E. LAVIDALIE, JR., LA Bar #27547**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820
Fax:  (504) 212-8825
E-mail: gperrier@perrierlacoste.com
E-mail: jlavidalie@perrierlacoste.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 5 day of October, 2010, at their last known address of record.

*s/ Jean E. Lavidalie, Jr.*
_____

**JEAN E. LAVIDALIE, JR.**

F:\Client Files\Active Files P&L\50604 - GDP\PLEADINGS\Mtn4Ext_Submit Profile Form.doc