## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEAN AND BETH PAYTON, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **PLAINTIFF** | * | **NO.: 09-7628** |
| | * | **MDL NO.: 09-2047** |
| **VS.** | * | |
| | * | **SECTION "L" (FALLON)** |
| **KNAUF GIPS KG, ET AL** | * | |
| | * | **MAG.: JUDGE WILKINSON** |
| **DEFENDANT** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing Ex Parte Motion for Extension of Time to Submit Defendant Profile Form filed by Total Contracting and Roofing, Inc.;

**IT IS HEREBY GRANTED.**

New Orleans, Louisiana this _____day of October, 2010.

_____
**DISTRICT JUDGE**