SEP-13-2010 MON 10:09 AM KREBS FARLEY & PELLETERI     FAX NO. 50429935B2                    P. 02

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

## ANTHONY CENTORE

who, being duly sworn, upon his oath deposed and stated as follows:

1.    He was the Vice President for RFC Homes, Inc. ("RFC Homes"), and as such, has

personal knowledge of the following based on his review of records that were

maintained by RFC Homes in the regular course of business.

2.    RFC Homes was a corporation organized and existing under the laws of the State of

Florida and has its principal place of business in St. Lucie County, Florida.

3.    RFC Homes is a home builder that contracts with third party vendors for the

construction of single-family homes and/or sells completed single-family homes.



EXHIBIT

*A*

tabbies

P.2                                                                      Sep 14 10 02:31p

SEP-13-2010 MON 10:09 AM KREBS FARLEY & PELLETERI     FAX NO. 5042993582          P. 03

4.   RFC Homes has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5.   RFC Homes has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6.   RFC Homes does not have an agent for service of process in Louisiana.

7.   RFC Homes does not have any bank accounts in Louisiana or own any property in Louisiana.

8.   RFC Homes does not solicit business in Louisiana or ever transacted business in Louisiana.

9.   RFC Homes has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10.  RFC Homes does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11.  RFC Homes has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12.  Consequently, RFC Homes never anticipated it would be haled into court in Louisiana.

ANTHONY CENTORE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13 DAY OF SEPT 2010.

NOTARY PUBLIC
NOTARY PUBLIC - STATE OF FLORIDA
Vincent Betta
Commission # DD617419
Expires: JAN. 07, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

2

THIS FORM HAS BEEN APPROVED BY THE FLORIDA ASSOCIATION OF REALTORS® AND THE FLORIDA BAR.

## Contract for Sale and Purchase
FLORIDA ASSOCIATION OF REALTORS® AND THE FLORIDA BAR

1  PARTIES: *R F C Homes Inc* ("Seller"),
2  of *307 Treeline Trace Pt. St. Lucie FL 34983* (Phone) *772 336 8081*
3  and *Jane Flanagan*
4  of *10894 Boynton Pl Cr. Boynton Beach Fl.* (Phone) *561-369-5648* ("Buyer"),
5  hereby agree that Seller shall sell and Buyer shall buy the following described real property and personal property (collectively
6  "Property") pursuant to the terms and conditions of this Contract for Sale and Purchase and any riders and addenda ("Contract"):
7  I.  **DESCRIPTION:**
8     (a) Legal description of the Real Property located in *Pt. St. Lucie* County, Florida:
9
10
11    (b) Street address, city, zip, of the Property is: *554 SE Evergreen Terr Pt. St. Lucie FL 34983*
12    (c) Personal Property:
13
14
15 II.  **PURCHASE PRICE:** ......................................................................................................$ *228000* ⁰⁰
16     **PAYMENT:**
17     (a) Deposit held in escrow by *Title 2000 LTD* (Escrow Agent)
18     in the amount of......................................................................................................$ *5000*
19     (b) Additional escrow deposit to be made to Escrow Agent within _____ days after Effective Date
20     (see Paragraph III) in the amount of ............................................................................$ _____
21     (c) Subject to AND assumption of existing mortgage in good standing in favor of _____
22     _____ having an approximate present principal balance of ...........$ _____
23     (d) New mortgage financing with a Lender (see Paragraph IV) in the amount of ..............$ *115000*
24     (e) Purchase money mortgage and note to Seller (see rider for terms) in the amount of .....$ _____
25     (f) Other: _____
26     (g) Balance to close by U.S. cash or LOCALLY DRAWN cashier's or official bank check(s),
27     subject to adjustments or prorations ..........................................................................$ _____
28 III.  **TIME FOR ACCEPTANCE OF OFFER; EFFECTIVE DATE; FACSIMILE:** If this offer is not executed by and delivered to all parties
29  OR FACT OF EXECUTION communicated in writing between the parties on or before _____, the deposit(s) will, at
30  Buyer's option, be returned and this offer withdrawn. For purposes of delivery or notice of execution, parties include Buyer and Seller or
31  each of the respective brokers or attorneys. The date of Contract ("Effective Date") will be the date when the last one of the Buyer and
32  Seller has signed this offer. A facsimile copy of this Contract and any signatures hereon shall be considered for all purposes as an original.
33 IV.  **FINANCING:**
34     ☐ (a) This is a cash transaction with no contingencies for financing;
35     ☐ (b) This Contract is conditioned on Buyer obtaining a written loan commitment within _____ days after Effective Date for
36     (CHECK ONLY ONE): ☐ a fixed; or ☐ an adjustable; or ☐ a fixed or adjustable rate loan in the principal amount of
37     $ _____, at an initial interest rate not to exceed _____%, discount and origination fees not to exceed _____%
38     of principal amount, and for a term of _____ years. Buyer will make application within _____ days (5 days if left blank) after
39     Effective Date and use reasonable diligence to obtain a loan commitment and, thereafter, to satisfy terms and conditions of the
40     commitment and close the loan. Buyer shall pay all loan expenses. If Buyer fails to obtain a commitment or fails to waive Buyer's
41     rights under this subparagraph within the time for obtaining a commitment or, after diligent effort, fails to meet the terms and
42     conditions of the commitment by the closing date, then either party thereafter, by written notice to the other, may cancel this
43     Contract and Buyer shall be refunded the deposit(s); or
44     ☐ (c) The existing mortgage, described in Paragraph II(c) above, has: ☐ a variable interest rate; or ☐ a fixed interest rate of _____%
45     per annum. At time of title transfer, some fixed interest rates are subject to increase; if increased, the rate shall not exceed _____%
46     per annum. Seller shall furnish a statement from each mortgagee stating the principal balance, method of payment, interest rate and
47     status of mortgage or authorize Buyer or Closing Agent to obtain the same. If Buyer has agreed to assume a mortgage which requires
48     approval of Buyer by the mortgagee for assumption, then Buyer shall promptly obtain the necessary application and diligently
49     complete and return it to the mortgagee. Any mortgage charge(s), not to exceed $ _____ (1% of amount
50     assumed if left blank), shall be paid by Buyer. If Buyer is not accepted by mortgagee or the requirements for assumption are not in
51     accordance with the terms of this Contract or mortgage makes a charge in excess of the stated amount, Seller or Buyer may rescind
52     this Contract by written notice to the other party unless either elects to pay the increase in interest rate or excess mortgage charges.
53 V.  **TITLE EVIDENCE:** At least *7* days before closing date, (CHECK ONLY ONE): ☑ Seller shall, at Seller's expense, deliver to
54  Buyer or Buyer's attorney; or ☐ Buyer shall at Buyer's expense obtain (CHECK ONLY ONE): ☐ abstract of title; or ☑ title insurance
55  commitment (with legible copies of instruments listed as exceptions attached thereto) and, after closing, an owner's policy of title insurance.
56 VI.  **CLOSING DATE:** This transaction shall be closed and the closing documents delivered on *c y or about 1-2?-07*
57  unless modified by other provisions of this Contract.

FAR/BAR-5S  Revised 8/98

Page 1 of 4 pages

**EXHIBIT**
**B**

58 VII. RESTRICTIONS; EASEMENTS; LIMITATIONS: Buyer shall take title subject to: comprehensive land use plans, zoning,
59 restrictions, prohibitions and other requirements imposed by governmental authority; restrictions and matters appearing on the plat
60 or otherwise common to the subdivision; outstanding oil, gas and mineral rights of record without right of entry; public utility easements
61 of record (easements are to be located contiguous to real property lines and not more than 10 feet in width as to the rear or front lines
62 and 7 1/2 feet in width as to the side lines, **unless otherwise stated herein**); taxes for year of closing and subsequent years;
63 assumed mortgages and purchase money mortgages, if any (if additional items, see addendum); provided, that there exists at closing
*64 no violation of the foregoing and none prevent use of the Property for _Residential_ _____ purpose(s).
65 VIII. OCCUPANCY: Seller warrants that there are no parties in occupancy other than Seller; but if Property is intended to be rented or
66 occupied beyond closing, the fact and terms thereof and the tenant(s) or occupants shall be disclosed pursuant to Standard F. Seller shall
67 deliver occupancy of Property to Buyer at time of closing unless otherwise stated herein. If occupancy is to be delivered before closing,
68 Buyer assumes all risks of loss to Property from date of occupancy, shall be responsible and liable for maintenance from that date, and
69 shall be deemed to have accepted Property in its existing condition as of time of taking occupancy unless otherwise stated herein.
70 IX. TYPEWRITTEN OR HANDWRITTEN PROVISIONS: Typewritten or handwritten provisions, riders and addenda shall control all
71 printed provisions of this Contract in conflict with them.
72 X. RIDERS: (CHECK those riders which are applicable AND are attached to this Contract):
*73   ❑ COMPREHENSIVE RIDER        ❑ HOMEOWNERS' ASSN.       ❑ COASTAL CONSTRUCTION CONTROL LINE
*74   ❑ CONDOMINIUM                ❑ "AS IS"                 ❑ INSULATION
*75   ❑ VA/FHA                     ❑ LEAD-BASED PAINT        ❑ _____
*76 XI. ASSIGNABILITY: (CHECK ONLY ONE): Buyer ❑ may assign and thereby be released from any further liability under this
*77 Contract; ❑ may assign but not be released from liability under this Contract; or ☒ may not assign this Contract.
78 XII. DISCLOSURES:
79       (a) Radon is a naturally occurring radioactive gas that when accumulated in a building in sufficient quantities may present health
80       risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in
81       buildings in Florida. Additional information regarding Radon or Radon testing may be obtained from your County Public Health unit.
82       (b) Buyer acknowledges receipt of the Florida Building Energy-Efficiency Rating System Brochure.
83       (c) If the real property includes pre-1978 residential housing then a lead-based paint rider is mandatory.
84       (d) If Seller is a "foreign person" as defined by the Foreign Investment in Real Property Tax Act, the parties shall comply with that Act.
85       (e) If Buyer will be obligated to be a member of a homeowners' association, **BUYER SHOULD NOT EXECUTE THIS**
86       **CONTRACT UNTIL BUYER HAS RECEIVED AND READ THE HOMEOWNERS' ASSOCIATION DISCLOSURE.**
87 XIII. MAXIMUM REPAIR COSTS: Seller shall not be responsible for payments in excess of:
'88       (a) $ ____0____ for treatment and repair under Standard D (if blank, then 2% of the Purchase Price).
'89       (b) $ ____0____ for repair and replacement under Standard N (if blank, then 3% of the Purchase Price).
'90 XIV. SPECIAL CLAUSES; ADDENDA: If additional terms are to be provided, attach addendum and CHECK HERE ❑.
91 XV. STANDARDS FOR REAL ESTATE TRANSACTIONS: Standards A through W on the reverse side or attached are
92 incorporated as a part of this Contract.
93 **THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT. IF NOT FULLY UNDERSTOOD, SEEK THE ADVICE OF AN**
94 **ATTORNEY PRIOR TO SIGNING.**
95       THIS FORM HAS BEEN APPROVED BY THE FLORIDA ASSOCIATION OF REALTORS AND THE FLORIDA BAR.
96 *Approval does not constitute an opinion that any of the terms and conditions in this Contract should be accepted by the parties in a*
97 *particular transaction. Terms and conditions should be negotiated based upon the respective interests, objectives and bargaining*
98 *positions of all interested persons.*
99       COPYRIGHT 1998 BY THE FLORIDA BAR AND THE FLORIDA ASSOCIATION OF REALTORS

00 _Jane Flanagan_ _____     _12/2/06_       _Anthony Green Torb_      _12-2-06_
101 (Buyer)                          (Date)          (Seller)                  (Date)

02 Social Security or Tax I.D. # _137 24 5237_          Social Security or Tax I.D. # _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_

03 _____     _____     _____     _____
04 (Buyer)                              (Date)         (Seller)                              (Date)

05 Social Security or Tax I.D. # _____        Social Security or Tax I.D. # _____

06 Deposit under Paragraph II (a) received; IF OTHER THAN CASH, THEN SUBJECT TO CLEARANCE. _____
07 _____ (Escrow Agent)
08 BROKER'S FEE: The brokers named below, including listing and cooperating brokers, are the only brokers entitled to compensation
09 in connection with this Contract:

10 Name: _____     _____
11       Cooperating Brokers, if any                    Listing Broker

**Addendum to Contract**
FLORIDA ASSOCIATION OF REALTORS®

Addendum No. _1_ to the Contract dated _12 - 2 - 06_

_R F C Homes Inc_ _____ (Seller) between

and _JANE FLANAGAN_ _____ (Buyer)

concerning the property described as:

_554 SE EverGreen Terr Pt St Lucie FL 34982_

(the "Contract"). Buyer and Seller make the following terms and conditions part of the Contract:

_Buyer will be responsible for any additional monies due for upgrades in excess of the allotted $3200.00 allowed for Kitchen appliances + 3 bedrooms of flooring._

_Kitchen appliances =_

_Refrigerator_
_Stove_
_Dishwasher_
_Microwave_

Date: _12-2-06_        Buyer: _Jane Flanagan_

Date: _____    Buyer: _____

Date: _12-2-06_        Seller: _Anthony Curto_

Date: _____    Seller: _____

This form is available for use by the entire real estate industry and is not intended to identify the user as a REALTOR. REALTOR is a registered collective membership mark that may be used only by real estate licensees who are members of the National Association of Realtors and who subscribe to its Code of Ethics.
The copyright laws of the United States (17 U.S. Code) forbid the unauthorized reproduction of blank forms by any means including facsimile or computerized forms.

ACSP-2x   Rev. 6/94    ©1994 Florida Association of REALTORS®    All Rights Reserved

JAN-10-2005(MON) 14:54    REALTY WORLD INTEGRITY GRP FSL    (FAX)772 336 6666

**Addendum to Contract**
FLORIDA ASSOCIATION OF REALTORS®

Addendum No. _____ to the Contract dated _____ between

_____ (Seller)

and _JANE FLANAGAN_____ (Buyer)

concerning the property described as:

#554 *Evergreen Ter. Port St Lucie, Fl. 34953*

(the "Contract"). Buyer and Seller make the following terms and conditions part of the Contract:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Date: _____     Buyer: _____

Date: _____     Buyer: _____

Date: _____     Seller: _____

Date: _____     Seller: _____

This form is available for use by the entire real estate industry and is not intended to identify the user as a REALTOR. REALTOR is a registered collective membership mark that may be used only by real estate licensees who are members of the National Association of Realtors and who subscribe to its Code of Ethics.
The copyright laws of the United States (17 U.S. Code) forbid the unauthorized reproduction of blank forms by any means including facsimile or computerized forms.

ACSP-2a   Rev. 6/94    ©1994 Florida Association of Realtors®      All Rights Reserved

JANE FLANAGAN
10394 BOYNTON PL. CIR., 561  369-5640
BOYNTON BEACH, FL  33437

63-3413/2670
8312630497

3719

DATE 12/2/06

PAY TO THE
ORDER OF _Title 2000 LTD_  | $ 5000.00

_Five thousand_ _____ 00/100 DOLLARS

**Washington Mutual**

Washington Mutual Bank, FA
Boynton Beach/Military Financial Center 3078
5000 W. Boynton Beach Boulevard
Boynton Beach, FL 33436        1-800-788-7000
                              24 hour Customer Service

_Jane Flanagan_  MP

⑆267084131⑆ 8312820497⑈ 3719