UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Donna Leverette et al. Case No.: 09-5845 | * * * * * | |
| Only in regards to: Anita N. Daniels and Jack Daniels | * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

******************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Anita N. Daniels and Jack Daniels, in the above captioned case is hereby GRANTED, dismissing plaintiff's Anita N. Daniels and Jack Daniels claims. Each party is to bear his or her own costs.

Signed this  6th  day of  October , 2010, in New Orleans, Louisiana.

_____
JUDGE