UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Mary Enclarde et al.<br>Case No.: 09-4513 | * * * * * | |
| Only in regards to:<br>Antione C. Carter and<br>Jeardine Carter | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

***********************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Antione C. Carter and Jeardine Carter, in the above captioned case is hereby GRANTED, dismissing plaintiff's Antione C. Carter and Jeardine Carter claims. Each party is to bear his or her own costs.

Signed this 6th day of October, 2010, in New Orleans, Louisiana.

_____
JUDGE