UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON  MAG. JUDGE WILKINSON |
| David Gross, et al.  Case No.: 09-6690  Darius Allen et al.  Case No.: 09-5844 | * * * * * | |
| Only in regards to:  Brenda Rogers | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Brenda Rogers in the above captioned case is hereby GRANTED, dismissing plaintiff's Brenda Rogers claims.  Each party is to bear his or her own costs

Signed this __6th__ day of ___October___, 2010, in New Orleans, Louisiana.

_____
JUDGE