# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE WILKINSON** |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Darius Allen et al.** | * | |
| **Case No.: 09-5844** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Carol D. Johnson, Individually and** | * | |
| **as Next Friends of Drayshun Johnson** | * | |
| **and Sherrice Johnson** | * | |
| **Minors** | * | |
| | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Carol D. Johnson, Individually and as Next Friends of Dryshun Johnson and Sherrice Johnson minors. in the above captioned case is hereby GRANTED, dismissing plaintiff's Carol D. Johnson, Individually and as Next Friends of Drayshun Johnson and Sherrice Johnson minors claims. Each party is to bear his or her own costs

Signed this __6th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE