UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 <br> SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| David Gross, et al. <br> Case No.: 09-6690 <br> Donna Leverette et al. <br> Case No.: 09-5845 | * * * * * | |
| Only in regards to: <br> Charlotte D. Preyear | * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**<u>ORDER</u>**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Charlotte D. Preyear, in the above captioned case is hereby GRANTED, dismissing plaintiff's Charlotte Preyear claims. Each party is to bear his or her own costs.

Signed this __6th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE