UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Mary Enclarde et al.** | * | |
| **Case No.: 09-4513** | * | |
| | * | |
| **Only in regards to:** | * | |
| **David Richard and** | * | |
| **LaTunia M Williams** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

******************************************************************

## **ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of David Richard And LaTunia M. Williams, in the above captioned case is hereby GRANTED, dismissing plaintiff's David Richard and LaTunia M. Williams claims. Each party is to bear his or her own costs.

Signed this  6th  day of     October    , 2010, in New Orleans, Louisiana.

JUDGE