UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY** **LITIGATION** | * * * * | MDL **No.:** 2047 SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Donna Leverette et al. Case No.: 09-5845 | * * * * | |
| Only in regards to: Annie M. Wilkerson | * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Annie M. Wilkerson, in the above captioned case is hereby GRANTED, dismissing plaintiff Annie M. Wilkerson's claims against defendants Patterson Construction Services & Aggies Construction without Prejudice. Each party is to bear his or her own costs.

Signed this_____day of_____, 2010, in New Orleans, Louisiana.

_____
JUDGE