UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY** **LITIGATION** | MDL No.: 2047 |
| | SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | JUDGE **FALLON** |
| | MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | |
| Only in regards to: Arnoldo Martinez | |
| v. | |
| Knauf Gips, KG, et al. | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Arnoldo Martinez, in the above captioned case is hereby GRANTED, dismissing plaintiff Arnoldo Martinez's claims against defendant Centerra Homes, LLC without Prejudice. Each party is to bear his or her own costs.

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE