UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | **MDL No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Audrey Paul et al.** | * | |
| **Case No.: 09-4144** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Audrey Paul and Avis Pail, Individually** | * | |
| **And As Next Friend Of Averil Paul Minor** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

**************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Audrey Paul and Avis Pail, Individually and As Next Friend of Averil Paul minor, in the above captioned case is hereby GRANTED, dismissing plaintiff's Audrey Paul and Avis Pail, Individually and As Next Friend of Aeril Paul, minor claims against defendant James Kayser without Prejudice.  Each party is to bear his or her own costs.

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE