UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF, JOHN SCHAMBER**
<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, John Schamber, hereby dismisses, without prejudice, all *of* his claims against Defendant, Adams Homes and any and all other defendants in Plaintiffs' Omnibus Complaint Case No., 09-6690. Each party is to bear its own attorneys' fees and costs.

Respectfully Submitted,

*/s/Julie L. Rhoades*
David P. Matthews
TX Bar No. 13206200
Julie L. Rhoades
TX Bar No. 16811710
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
Tel: (713) 522-5250
Fax: (713) 535-7184
dmatthews@dpmlawfirm.com
jrhoades@dpmlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that the above** and **foregoing** Notice of Voluntary Dismissal **Without Prejudice document has been served on** Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File **&** Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CMIECF System, which will send a notice of electronic, filing in accordance with the procedures established in MDL 2047 on this   1st   day of October , 2010.

                                                                           */s/Julie L. Rhoades*
                                                                           Julie L. Rhoades
                                                                           Matthews & Associates
                                                                           2905 Sackett Street
                                                                           Houston, TX 77098
                                                                           Tel: (713) 522-5250
                                                                           Fax: (713) *535-7184*
                                                                           jrhoades@dpmlawfirm.com