UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY** **LITIGATION** | * * * * | MDL **No.: 2047** SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** MAG. JUDGE WILKINSON |
| **David Gross, et al.** **Case No.: 09-6690** | * * * | |
| **Only in regards to:** **John Schamber** | * * * | |
| **v.** | * * | |
| **Knauf Gips, KG, et al.** | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of John Schamber, in the above captioned case is hereby GRANTED, dismissing plaintiff John Schamber's claims against defendant Adams Homes without Prejudice. Each party is to bear his or her own costs.

Signed this _____ day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE