UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690 | * * * | |
| Only in regards to:<br>Penny Simmons | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Penny Simmons, in the above captioned case is hereby GRANTED, dismissing plaintiff Penny Simmons's claims against defendant James Walker without Prejudice.  Each party is to bear his or her own costs.

Signed this_____day of _____, 2010, in New Orleans, Louisiana.


_____
JUDGE