UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Darius Allen et al. Case No.: 09-5844 | * * * * | |
| Only in regards to: Shirley F Anderson, Individually and as Next Friends of Demetria Anderson and Pleasuree Anderson Minors Tiffany Anderson and Roderick Anderson | * * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Shirley F Anderson, Individually and as Next Friends of Demetria Anderson and Pleasuree Anderson, minors, Tinffany Anderson, and Roderick Anderson in the above captioned case is hereby GRANTED, dismissing plaintiff's Shirley F. Anderson, Individually and As Next Friends of Demetria Anderson and Pleasuree Anderson, minors, Tiffany Anderson, and Roderick Anderson's claims against defendant William Hurst without Prejudice.  Each party is to bear his or her own costs.

Signed this_____day of _____, 2010, in New Orleans, Louisiana.

_____
JUDGE