UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No.: 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Donna Leverette et al. Case No.: 09-5845 | * * * | |
| Only in regards to: Dung T. Le | * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

***********************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Dung T. Le, in the above captioned case is hereby GRANTED, dismissing plaintiff's Dung T. Le claims. Each party is to bear his or her own costs.

Signed this  6th  day of  October , 2010, in New Orleans, Louisiana.

_____
JUDGE