Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  105700-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Advantage Builders of America, Inc.
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 17th day of August, 20 10, at 12:20 o'clock P M

**Place of Service:** at 11796 Metro Parkway, Suite C, in Ft. Myers, FL 33966

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Advantage Builders of America, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Steven Magner, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Brown ; Facial Hair ___
Approx. Age 45 ; Approx. Height 5'11" ; Approx. Weight 185 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157154

Subscribed and sworn to before me this 18th day of August, 20 10

Notary Public TRACI A. DESAI (Commission Expires) 10/22/2011

Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**