UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY** **LITIGATION** | * * * * | MDL No.: 2047 SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: Edward Overton | * * * | |
| v. | * * | |
| **Knauf Gips, KG, et al.** | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Edward Overton, in the above captioned case is hereby GRANTED, dismissing plaintiff's Edward Overton claims. Each party is to bear his or her own costs

Signed this   6th   day of   October  , 2010, in New Orleans, Louisiana.

_____
JUDGE