Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Atlantic Casualty Insurance Company, through the
Louisiana Secretary of State
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish County of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _18th_ day of _August_, 20 _10_, at _9:30_ o'clock _A_ M

**Place of Service:** at _8585 Archives Avenue_, in _Baton Rouge, LA 70809_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Atlantic Casualty Insurance Company, through the Louisiana Secretary of State**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Ms. Amy McPherson, Legal Services_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _30 yrs_ ; Approx. Height _5'4"_ ; Approx. Weight _120 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _18TH_ day of _AUGUST_, 20 _10_

_Jana Yallale  4/29/13_
Notary Public         (Commission Expires)

**APS International, Ltd.**