UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Darius Allen et al.<br>Case No.: 09-5844 | * * * * * | |
| Only in regards to:<br>Erica L. Bowden | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

*************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Erica L. Bowden in the above captioned case is hereby GRANTED, dismissing plaintiff's Erica L. Bowden claims. Each party is to bear his or her own costs

Signed this ___6th___ day of ___October___, 2010, in New Orleans, Louisiana.

_____
JUDGE