UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Donna Leverette et al.<br>Case No.: 09-5845 | * * * * | |
| Only in regards to:<br>Flavor Loper and<br>Lucille Loper | * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**<u>ORDER</u>**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Flavor Loper and Lucille Loper, in the above captioned case is hereby GRANTED, dismissing plaintiff's Flavor Loper and Lucille Loper claims. Each party is to bear his or her own costs.

Signed this __6th__ day of ____October____, 2010, in New Orleans, Louisiana.

_____
JUDGE