Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0006

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Design Drywall of South Florida, LLC
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 17th day of August, 20 10, at 2:17 o'clock P M

Place of Service: at 8221 Coral Way, in Miami, FL 33155

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Design Drywall of South Florida, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Alexandra Gagel  Secretary**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'3 ; Approx. Weight 115

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 18 day of August, 20 10

Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014