UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY** **LITIGATION** | * * * * | MDL No.: 2047 SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** MAG. JUDGE WILKINSON |
| **David Gross, et al.** **Case No.: 09-6690** **Donna Leverette et al.** **Case No.: 09-5845** | * * * * | |
| **Only in regards to:** **Frances O Richardson  and** **Terry Richardson** | * * * * | |
| **v.** | * * | |
| **Knauf Gips, KG, et al.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Frances O Richardson and Terry Richardson, in the above captioned case is hereby GRANTED, dismissing plaintiff's Frances O Richardson and Terry Richardson claims.  Each party is to bear his or her own costs.

Signed this __6th__ day of _____October_____, 2010, in New Orleans, Louisiana.

_____
JUDGE