Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0013

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louran Builders, Inc., c/o Vincent C. Montalto, Jr.
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Martin )

**Name of Server:** Amy M. Kreyling, undersigned, being duly sworn, deposes and says that at the time of service, she was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 31 day of August, 20 10, at 3:50 o'clock P M

**Place of Service:** at 414 SW Dalton Circle, in Port Saint Lucie, FL 34953

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Louran Builders, Inc., c/o Vincent C. Montalto, Jr.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Brent Montalto - Son of Vincent C. Montalto, Jr.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color Brown; Facial Hair —
Approx. Age 17; Approx. Height 5'7"; Approx. Weight 130 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Kreyling
Signature of Server

Subscribed and sworn to before one this 31 day of August, 20 10

_____     7-14-12
Notary Public            (Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

**APS International, Ltd.**