Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0023

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mount Hawley Insurance Company, through the Louisiana Secretary of State
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18th day of August, 20 10, at 9:30 o'clock A M

**Place of Service:** at 8585 Archives Avenue, in Baton Rouge, LA 70809

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint, Check

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Mount Hawley Insurance Company, through the Louisiana Secretary of State**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Amy McPherson, Legal Services

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 30 yrs; Approx. Height 5'4"; Approx. Weight 120 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Tom Cassisa
Signature of Server

Subscribed and sworn to before me this 18TH day of AUGUST, 20 10

_____ 4/29/13
Notary Public      (Commission Expires)

**APS International, Ltd.**