Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

CIVIL ACTION GROUP
APS INTERNATIONAL

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0011

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:
--Premier Communities, Inc., LPS Corporate Services, Inc.
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Sarasota_ )

**Name of Server:** _Lyle M. Robinson_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _18th_ day of _Aug_, 20 _10_, at _12:40_ o'clock _P_ M

**Place of Service:** at _46 North Washington Blvd. #1_, in _Sarasota, FL 34236_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Premier Communities, Inc., LPS Corporate Services, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Patty Blair, Receptionist & Authorized to Accept_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Blonde_ ; Facial Hair _No_
Approx. Age _50_ ; Approx. Height _5'4"_ ; Approx. Weight _140_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _19th_ day of _Aug_, 20 _10_

_(signature)_
Signature of Server

_(signature)_
Notary Public        (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD
Expires April
Bonded Thru Troy

59004