Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0020

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ray Beck, Inc., c/o Raymond L. Beck, Jr.
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _19th_ day of _August_, 20 _10_, at _3:50_ o'clock _P_ M

**Place of Service:** at 1197 Salem Drive, in Slidell, LA 70461

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Ray Beck, Inc., c/o Raymond L. Beck, Jr.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _R. Beck  Owner_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _Cau_; Hair Color _Brown_; Facial Hair _No_
Approx. Age _53_; Approx. Height _5'6"_; Approx. Weight _133_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server

Subscribed and sworn to before me this _24th_ day of _August_, 20 _10_

Notary Public    Tenure for Life   (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY