**UNITED STATES DISTRICT COURT**
EASTERN **DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | MDL **No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Harshall Parsley** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |
| *********************************************************** | | |

## <u>ORDER</u>

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY

ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of

Harshall Parsley, in the above captioned case is hereby GRANTED, dismissing plaintiff's Harshall

Parsley claims.  Each party is to bear his or her own costs

Signed this __6th__ day of ____October____, 2010, in New Orleans, Louisiana.


_____
JUDGE