Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0015

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Right Way Finishing, Inc.
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Texas__ ) ss.
County of: __El Paso__ )

**Name of Server:** __Abel Ceballos__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __17__ day of __August__, 20 __10__, at __7:00__ o'clock __p__ M

**Place of Service:** at __3953 Tierra Venado Dr.__, in __El Paso, TX 79938__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Right Way Finishing, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Micheal Tischler, Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Tan__ ; Hair Color __Salt&Pepper__; Facial Hair __None__
Approx. Age __48__ ; Approx. Height __5'11"__ ; Approx. Weight __190__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
Abel Ceballos SCH#5976
**APS International, Ltd.**

Subscribed and sworn to before me this __18__ day of __August__, 20__10__

Notary Public __12/8/13__ (Commission Expires)

ROSA CERVANTES
My Commission Expires
December 08, 2013