# UNITED STATES DISTRICT COURT
## EASTERN **DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | MDL **No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Janette Pigott** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Janette Pigott, in the above captioned case is hereby GRANTED, dismissing plaintiff's Janette Pigott claims.  Each party is to bear his or her own costs

Signed this ___6th___ day of ___October___, 2010, in New Orleans, Louisiana.


_____
JUDGE