Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0018

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Velvet Pines Construction, LLC, c/o John T. Barry
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )
Name of Server: _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _20th_ day of _August_, 20 _10_, at _5:10_ o'clock _p_ M

Place of Service: at _19214 Wymer Road_, in _Covington, LA  70435_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Velvet Pines Construction, LLC, c/o John T. Barry**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Sandy Barry_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Blond_ ; Facial Hair _No_
Approx. Age _40_ ; Approx. Height _5'5_ ; Approx. Weight _130_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _20th_ day of _August_, 20 _10_
_Tenure for Life_
Notary Public    (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY