Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0019

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ybarzabal Contractors, LLC, c/o Wade Ybarzabal
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

Name of Server: _Kenneth Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _18th_ day of _August_, 20 _10_, at _7:25_ o'clock _A_ M

Place of Service: at 200 Oak Island Drive, in Mandeville, LA 70448

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Ybarzabal Contractors, LLC, c/o Wade Ybarzabal**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: ____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Cauc_ ; Hair Color _Brown_ ; Facial Hair ____
Approx. Age _48_ ; Approx. Height _5'10"_ ; Approx. Weight _190 lbs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth Landry_
Signature of Server

Subscribed and sworn to before me this _24th_ day of _August_, 20 _10_

_[signature]_ Tenure for Life
Notary Public      (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY