Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0022

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Zurich North America, through the Louisiana Secretary of State
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

| | |
|---|---|
| **Name of Server:** | Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 18th day of August, 20 10, at 9:30 o'clock A M |
| **Place of Service:** | at 8585 Archives Ave., in Baton Rouge, LA 70809 |
| **Documents Served:** | the undersigned served the documents described as: Summons and Amended Complaint, check |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Zurich North America, through the Louisiana Secretary of State** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Amy McPherson, Legal Services |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair N/A Approx. Age 30 yrs ; Approx. Height 5'4" ; Approx. Weight 120 lbs ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *Tom Cassisa* Signature of Server | Subscribed and sworn to before me this 18TH day of AUGUST, 20 10 *[signature]* 4/29/13 Notary Public  (Commission Expires) |

**APS International, Ltd.**