UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Darius Allen et al.<br>Case No.: 09-5844 | * * * * * | |
| Only in regards to:<br>Joyce Rogers | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Joyce Rogers in the above captioned case is hereby GRANTED, dismissing plaintiff's Joyce Rogers claims.  Each party is to bear his or her own costs

Signed this __6th__ day of ____October____, 2010, in New Orleans, Louisiana.

_____
JUDGE