UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Darius Allen et al. Case No.: 09-5844 | * * * * * | |
| Only in regards to: Lenox Gamble Jr. and Lenox Gamble Sr. | * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Lenox Gamble Jr. and Lenox Gamble Sr. in the above captioned case is hereby GRANTED, dismissing plaintiff's Lenox Gamble Jr. And Lenox Gamble Sr. claims.  Each party is to bear his or her own costs

Signed this __6th__ day of ____October____, 2010, in New Orleans, Louisiana.

_____
JUDGE