UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY LITIGATION** | * * * * | MDL **No.: 2047** SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: Mattie B Carroll | * * * | |
| v. | * * | |
| **Knauf Gips, KG, et al.** | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Mattie B. Carroll, in the above captioned case is hereby GRANTED, dismissing plaintiff's Mattie B. Carroll claims. Each party is to bear his or her own costs

Signed this  6th  day of      October      , 2010, in New Orleans, Louisiana.

_____
JUDGE