UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Mary Enclarde et al. Case No.: 09-4513 | * * * * * | |
| Only in regards to: Michael Williams and Alice Williams, Individually and as Next Friends of Cody Williams, Minor, Shane Williams Minor | * * * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Michael Williams and Alice Williams, Individually and as Next Friends of Cody Williams minor, Shane Williams minor, in the above captioned case is hereby GRANTED, dismissing plaintiff's Michael Williams and Alice Williams, Individually and as Next Friends of Cody Williams minor, Shane Williams minor, claims. Each party is to bear his or her own costs.

Signed this  6th  day of   October  , 2010, in New Orleans, Louisiana.

_____
JUDGE