APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    (identité et adresse)   __Guangdong Knauf New Building Materials Products Co., Ltd.__
__No. 2 Xinsha Development Zone, RC-523147 Guangdong, China__
            Tel:
[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summons in a Civil Action<br>Order<br>Plaintiffs Omnibus Class Action Complaint (I)<br>Exhibits "A" - "D"<br>Schedule 1<br>Schedule 2<br>Schedule 3<br>Schedule 4<br>Translations<br>Summary of the Document to be Served | Done at                                               , the 5/27/10<br>*Fait à* Minneapolis, Minnesota, U.S.A.         *le*<br><br>Signature and/or stamp.    APS INTERNATIONAL<br>*Signature et/ou cachet.*                     APS International Plaza<br>                                                              7800 Glenroy Road<br>                                                              Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Payton v. Knauf Gips KG
Defendant: Guangdong Knauf New Building Materials Products Co. Ltd.
Court Case No.: 09-7628

SK-10-864

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) **that the document has been served***
1. *que la demande a été exécutée*
   - **the (date)**
   - *le (date)* ___July 20th, 2010___
   - **at (place, street, number)**
   - *à (localité, rue numéro)* ___Mar Minsha Development Zone, Magong Town, Dongguan City___

   - **in one of the following methods authorised by article 5-**
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention***
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] **(b) in accordance with the following particular method***
       b) *selon la forme particulière suivante:* ___
     [ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - **(identity and description of person)**
   - *(identité et qualité de la personne)* ___Wu Lihua___

   - **relationship to the addressee (family, business or other):**
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___

2) **that the document has not been served, by reason of the following facts***:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Order, Plaintiffs Omnibus Class Action Complaint (I), Exhibits "A" - "D", Schedule 1, Schedule 2, Schedule 3, Schedule 4, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

___
___

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

**Done at** ___ , **the** ___ Beijing
*Fait à* ___9/13.2010___
**Signature and/or stamp.**
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

1778

## GUANGDONG PROVINCE
## DONGGUAN CITY INTERMEIDATE PEOPLE'S COURT

U,S,

### PROOF OF SERVICE

[Seal: Guangdong Province Dongguan City Intermediate People's Court]

*Law Association No. FX-10-942*
*Judicial Association No. SX-10-864*
*Guangdong Superior Court/International (Service):*[2010]No. 305

| | |
|---|---|
| Case No. | (　　) Dong Intermediate Court No. |
| Cause of Action | |
| Servee | GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCT CO., LTD. |
| Address for Service | 2 New Shagang Industrial Zone, Mayong Town, Dongguan City, (Guangdong Province, China). |
| Document Served and Number | 1. Summary of documents served;　　2. Summons;　　3. Complaint;　　4. Documents;　　5. Translation. |
| Recipient Signature or Seal | Wu, Li Hua　　[Seal] Guangdong Knauf New Building Material Products Co., Ltd. |
| Date of Receipt | July 20, 2010 |
| Substitute Recipient | |
| Servers | Hu, Jian Xin　　　　Chen, Hao Hui |
| Notes | |

Note:　1. Upon receiving the service documents, the servee is required to sign on the Proof of Service form, and send the said Proof of Service to the Case File Department of this court. Trial Division: (address: 187 West Dongcheng Road, Dongguan City, Zipcode 523008)
2. If the recipient proper is not in, hand the documents to an adult family member for receiving in 经 substitution.
3. In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.
4. If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient. The service is then deemed as executed.