UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED          *   MDL No. 2047
DRYWALL PRODUCTS LIABILITY            *
LITIGATION                            *
                                      *
THIS DOCUMENT RELATES TO:             *   JUDGE FALLON
DAVID GROSS, et al                    *
vs.                                   *
KNAUF GIPS, DG., et al                *
Case No. 2:09-CV-6690                 *   MAGISTRATE WILKINSON

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

VICTOR DUPONT

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Dupont Builders, Inc., ("Dupont"), and as such, has personal knowledge of the following based on his review of records maintained by Dupont in the regular course of business.

2. Dupont is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Dupont is a home builder that contracts with third party vendors for the construction



EXHIBIT A

of single-family homes and/or sells completed single-family homes.

4. Dupont has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Dupont has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Dupont does not have an agent for service of process in Louisiana.

7. Dupont does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Dupont does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Dupont has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Dupont does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Dupont has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Dupont never anticipated it would be haled into court in Louisiana.

VICTOR DUPONT

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 1st DAY OF OCTOBER, 2010.

NOTARY PUBLIC

BOBBIE A. BULYAR
Notary Public - State of Florida
My Comm. Expires Apr 24, 2014
Commission # DD 930661

2