UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DAVID GROSS, et al. vs. KNAUF GIPS KG, et al Case No. 09-6690 | * * * * * | JUDGE FALLON  MAG. WILKINSON |

## NOTICE OF HEARING

**TAKE NOTICE** that Defendant Dupont Builders, Inc. will bring on for hearing its Motion to Dismiss on November 3, 2010 at 9:00 a.m.

                                              KREBS, FARLEY & PELLETERI, P.L.L.C.

                                              */s/ Charles B. Long*
                                              CHARLES B. LONG (#22824)
                                              THOMAS H. PEYTON (#32635)
                                              400 Poydras Street, Suite 2500
                                              New Orleans, Louisiana   70130
                                              Telephone:   504-299-3570
                                              Facsimile:   504-299-3582
                                              E-mail:         clong@kfplaw.com
                                              E-mail:         tpeyton@kfplaw.com
                                              ATTORNEYS FOR DEFENDANT
                                              DUPONT BUILDERS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of October, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Charles B. Long*
CHARLES B. LONG
