## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| Sean and Beth Payton, et al | * | JUDGE FALLON |
| | * | |
| vs. | * | |
| | * | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al | * | |
| | * | |
| Case No. 2:09-cv-07628-EEF-JCW | * | |

*******************************************

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel for Bass Homes, Inc.,

**IT IS HEREBY ORDERED** that James T. Patterson of the law firm of Vernis & Bowling of Southern Alabama, LLC, is removed as counsel of record; and

**IT IS FURTHER ORDERED** that Christopher A. D'Amour, Megan Haggerty Guy, and David C. Coons of the law firm of Adams and Reese LLP are substitute as counsel of record for Bass Homes, Inc., in the above-captioned proceeding.

New Orleans, Louisiana, this the ___6th___ day of _____October_____, 2010.

_____
UNITED STATES DISTRICT JUDGE

1