UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Payton, et al vs. Knauf Gips, et al*<br>Civil Action No. 09-7628 | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion for Extension of Time to Submit Builder Profile Form;

**IT IS ORDERED** that Defendant, Ray Beck, Inc., be and hereby is **GRANTED** an additional thirty (30) days, through and including November 8, 2010, within which to serve its Builder Profile Form on liaison counsel in the above-captioned matter.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

{N0395783 -}