UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY** **LITIGATION** | * * * * | MDL No.: 2047 SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: Peggy Cuenea | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Peggy Cuenea, in the above captioned case is hereby GRANTED, dismissing plaintiff's Peggy Cuenea claims. Each party is to bear his or her own costs

Signed this  6th  day of    October    , 2010, in New Orleans, Louisiana.

_____
JUDGE