UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690 | * * * | |
| Only in regards to:<br>Stokes Ludgood and<br>Angela Ludgood | * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Stokes Ludgood and Angela Ludgood, in the above captioned case is hereby GRANTED, dismissing plaintiff's Stokes Ludgood and Angela Ludgood claims. Each party is to bear his or her own costs

Signed this __6th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE