UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Rogers, et al. vs. Knauf Gips, KG, et al.*<br>*Civil Action No. 10-362* | MAG. JUDGE WILKINSON |

**MOTION FOR EXTENSION OF TIME**
**TO SUBMIT BUILDER PROFILE FORM**

Defendant, Royal Homes, L.L.C., respectfully moves the Court for an additional thirty (30) days, through and including November 8, 2010, within which to serve its Builder Profile Form on liaison counsel in the above-captioned matter. This is Royal Homes, L.L.C.'s first request for an extension of time in this matter. The thirty (30) day extension will neither prejudice any party nor delay the progression of this case.

**WHEREFORE**, Royal Homes, L.L.C. prays for an additional thirty (30) days, through and including November 8, 2010, within which to serve its Builder Profile Form on liaison counsel in the above-captioned matter.

{N0395911 -}

Respectfully Submitted,

_____
PATRICIA A. KREBS (LA #2035)
CHARLOTTE P. LIVINGSTON (LA #26894)
KING, KREBS, AND JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone:   (504) 582-3800
Facsimile:    (504) 582-1233
pkrebs@kingkrebs.com
clivingston@kingkrebs.com

**Attorneys for Defendant
Royal Homes, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time to Submit Builder Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of October, 2010.

_____
Patricia A. Krebs

{N0395911 -}                               2/2