UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, ET AL | * | CIVIL ACTION |
| | * | |
| PLAINTIFF | * | NO.: 09-7628 |
| | * | MDL NO.: 09-2047 |
| VS. | * | |
| | * | SECTION "L" (FALLON) |
| KNAUF GIPS KG, ET AL | * | |
| | * | MAG.: JUDGE WILKINSON |
| DEFENDANT | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time to Submit Defendant Profile Form filed by Total Contracting and Roofing, Inc.;

**IT IS HEREBY GRANTED.**

New Orleans, Louisiana this __6th__ day of October, 2010.

_____
**DISTRICT JUDGE**