UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Rogers, et al. vs. Knauf Gips, KG, et al.*<br>*Civil Action No. 10-362* | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record, filed by Defendant, Royal Homes, L.L.C.;

**IT IS HEREBY ORDERED** that Beth E. Abramson be enrolled as additional counsel of record for Defendant, Royal Homes, L.L.C.

New Orleans, Louisiana, on this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE