UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Donna Leverette et al.<br>Case No.: 09-5845 | * * * * | |
| Only in regards to:<br>Sherrie H Foreston and<br>Anthony Foreston | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

***********************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Sherrie H. Foreston and Anthony Foreston, in the above captioned case is hereby GRANTED, dismissing plaintiff's Sherrie H. Foreston and Anthony Foreston claims. Each party is to bear his or her own costs.

Signed this __6th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE