UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY LITIGATION** | * * * * | MDL No.: 2047 |
| | | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Donna Leverette et al. Case No.: 09-5845 | * * * * * | |
| Only in regards to: Steven LaFontaine and Jennifer LaFontaine Individually and as Next Friends of Jade LaFontaine and Taylor LaFontaine, Minors | * * * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

*************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Steven LaFontaine and Jennifer LaFontaine, Individually and ans Next Friends of Jade LaFontaine and Taylor LaFontaine, minors, in the above captioned case is hereby GRANTED, dismissing plaintiff's Steven LaFontaine and Jennifer LaFontaine, Individually and as Next Friends of Jade LaFontaine and Taylor LaFontaine, minors claims. Each party is to bear his or her own costs.

Signed this __6th__ day of _____October_____, 2010, in New Orleans, Louisiana.

_____
JUDGE