# UNITED STATES DISTRICT COURT
### EASTERN **DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | MDL **No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Darius Allen et al.** | * | |
| **Case No.: 09-5844** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Robin E. Brown and** | * | |
| **Michael A. Brown** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

*************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY

ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of

Robin E. Brown and Michael A. Brown. in the above captioned case is hereby GRANTED, dismissing

plaintiff's Robin E. Brown and Michael A. Brown claims.  Each party is to bear his or her own costs

Signed this  6th   day of ___October___, 2010, in New Orleans, Louisiana.


_____
JUDGE