UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Darius Allen et al.<br>Case No.: 09-5844 | * * * * | |
| Only in regards to:<br>Willie M. Eager and<br>Raymond Eager | * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

*********************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Willie M. Eager and Raymond Eager. in the above captioned case is hereby GRANTED, dismissing plaintiff's Willie M. Eager and Raymond Eager claims.  Each party is to bear his or her own costs

Signed this  6th  day of     October    , 2010, in New Orleans, Louisiana.

_____
JUDGE