UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DAVID GROSS, et al. vs. KNAUF GIPS KG, et al Case No. 09-6690 | * * * * * | JUDGE FALLON

MAG. WILKINSON |

### ORDER GRANTING DEFENDANT CLOUTIER BROTHERS, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant Cloutier Brothers, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this __6th__ day of __October__, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE