UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: Eva Montoya and Frank Montoya | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Eva Montoya and Frank Montoya, in the above captioned case is hereby GRANTED, dismissing plaintiff's Eva Montoya and Frank Montoya's claims against defendants PFS Corporation and Redman Homes Inc. Prejudice. Each party is to bear his or her own costs.

Signed this 7th day of October, 2010, in New Orleans, Louisiana.

_____
JUDGE