UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: Faris Newell and Michael Newell | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**********************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Faris Newell and Michael Newell, in the above captioned case is hereby GRANTED, dismissing plaintiff's Faris Newell and Michael Newell's claims against defendants Delta Lumber Building Supply and Andre Rodgers, Carpenter without Prejudice.  Each party is to bear his or her own costs.

Signed this  7th  day of   October  , 2010, in New Orleans, Louisiana.

_____
JUDGE