UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY LITIGATION** | * * * * | MDL No.: 2047 |
| | | SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** |
| David Gross, et al. Case No.: 09-6690 | * * * | MAG. JUDGE WILKINSON |
| Only in regards to: Robert Lambert and Tasha Lambert | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Robert Lambert and Tasha Lambert, in the above captioned case is hereby GRANTED, dismissing plaintiff's Robert Lambert and Tasha Lambert's claims against defendants Done-Rite Construction without Prejudice. Each party is to bear his or her own costs.

Signed this ___7th___ day of ___October___, 2010, in New Orleans, Louisiana.

_____
JUDGE