# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY** **LITIGATION** | * * * * | MDL **No.: 2047** |
| | | SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** |
| | | MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: John Grissom and Becky Grissom | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of John Grissom and Becky Grissom, in the above captioned case is hereby GRANTED, dismissing plaintiff's John Grissom and Becky Grissom's claims against defendants Leon Ramsey without Prejudice. Each party is to bear his or her own costs.

Signed this 7th day of October, 2010, in New Orleans, Louisiana.

_Eldon E. Fallon_
JUDGE