UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | MDL No.: 2047 SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: Kristy Mayeux and Cory Mayeux | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Kristy Mayeux and Cory Mayeux, in the above captioned case is hereby GRANTED, dismissing plaintiff's Kristy Mayeux and Cory Mayeux's claims against defendants Atchafalya Homes and CMH Manufacturing, Inc. without Prejudice.  Each party is to bear his or her own costs.

Signed this 7th day of October, 2010, in New Orleans, Louisiana.

_____
JUDGE