UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No.: 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: Arnoldo Martinez | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**********************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Arnoldo Martinez, in the above captioned case is hereby GRANTED, dismissing plaintiff Arnoldo Martinez's claims against defendant Centerra Homes, LLC without Prejudice.  Each party is to bear his or her own costs.

Signed this __7th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE