UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY** **LITIGATION** | * * * * | MDL No.: 2047 SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * | |
| Only in regards to: Dorothy Lee | * * * | |
| v. | * * | |
| **Knauf Gips, KG, et al.** | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Dorothy Lee, in the above captioned case is hereby GRANTED, dismissing plaintiff Dorothy Lee's claims against defendant Horton Homes, Inc. without Prejudice. Each party is to bear his or her own costs.

Signed this __7th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE