# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Darius Allen et al.<br>Case No.: 09-5844 | * * * * * | |
| Only in regards to:<br>Orlesa W Brackett, Individually and as Next Friends of Quentin D Brackett Jr., and Kenneth B. Brackett Jr., Minors<br>Mary F Anderson and Shameka L. Watson | * * * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Orlesa W. Brackett, Individually and as Next Friends of Quentin D. Brackett Jr., and Kenneth B. Brackett Jr., minors, Mary F. Anderson and Shameka L. Watson in the above captioned case is hereby GRANTED, dismissing plaintiff's Orlesa W. Brackett, Individually and as Next Friends of Quentin D. Brackett Jr., and Kenneth B. Brackett Jr., minors Mary F. Anderson and Shameka L. Watson's claims against defendant Capital Construction without Prejudice. Each party is to bear his or her own costs.

Signed this __7th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE