UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Darius Allen et al.<br>Case No.: 09-5844 | * * * * * | |
| Only in regards to:<br>Monica K. Malone | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Monica K. Malone, in the above captioned case is hereby GRANTED, dismissing plaintiff Monica K. Malone's claims against defendants Rocky Ruckman and Home Depot without Prejudice. Each party is to bear his or her own costs.

Signed this __7th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE