UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON  MAG. JUDGE WILKINSON |
| David Gross, et al.  Case No.: 09-6690  Darius Allen et al.  Case No.: 09-5844 | * * * * | |
| Only in regards to:  Quaintrell T Anderson, Individually and as Next Friends of Jaylen Poole, Minor Michael Sloan, and Jaylen Poole Anderson, Minors  v.  Knauf Gips, KG, et al. | * * * * * * * * * | |

**<u>ORDER</u>**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Quaintrell T. Anderson, Individually and as Next Friends of Jaylen Poole, minor, Michael Sloan, and Jaylen Poole, in the above captioned case is hereby GRANTED, dismissing plaintiff's Quaintrell T. Anderson, Individually and as Next Friends of Jaylen Poole, minor, Michael Sloan, and Jaylen Poole,s claims against defendant Capital Construction without Prejudice.  Each party is to bear his or her own costs.

Signed this __7th__ day of _____October_____, 2010, in New Orleans, Louisiana.

_____
JUDGE