UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE -MANUFACTURED** | * | MDL **No.: 2047** |
| DRYWALL **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | SECTION "L" |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE **FALLON** |
| | * | MAG. JUDGE WILKINSON |
| **David Gross, et al.** | * | |
| **Case No.: 09-6690** | * | |
| **Darius Allen et al.** | * | |
| **Case No.: 09-5844** | * | |
| | * | |
| **Only in regards to:** | * | |
| **Shirley A. McBride** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **Knauf Gips, KG, et al.** | * | |

***********************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Shirley A. McBride, in the above captioned case is hereby GRANTED, dismissing plaintiff Shirley A. McBride's claims against defendant Capital Construction without Prejudice. Each party is to bear his or her own costs.

Signed this 7th day of October, 2010, in New Orleans, Louisiana.

_____
JUDGE