UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Darius Allen et al. Case No.: 09-5844 | * * * * * | |
| Only in regards to: Augustus P Gomez and Annie I Gomez | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Augustus P. Gomez and Annie I Gomez, in the above captioned case is hereby GRANTED, dismissing plaintiff's Augustus P. Gomez and Annie I Gomez's claims against defendant Eric Bolden without Prejudice. Each party is to bear his or her own costs.

Signed this  7th  day of   October  , 2010, in New Orleans, Louisiana.

_____
JUDGE