UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>Darius Allen et al.<br>Case No.: 09-5844 | * * * * | |
| Only in regards to:<br>Brodrick J. Anderson and LaToya Anderson Individually and as Next Friends of Justin Pettway, Keldrick Pettway, and Brinna Anderson, Minors<br> v.<br><br>Knauf Gips, KG, et al. | * * * * * * * * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Brodrick J. Anderson and LaToya Anderson, Individually and as Next Friends of Justin Pettway, Keldrick Petway, and Brinna Anderson, minor, in the above captioned case is hereby GRANTED, dismissing plaintiff's Brodrick J. Anderson and LaToya Anderson, Individually and as Next Friends of Justin Petway, Keldrick Petway, and Brinna Anderson, minors claims against defendant John Kidd without Prejudice. Each party is to bear his or her own costs.

Signed this __7th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE