UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| David Gross, et al.<br>Case No.: 09-6690<br>James Carter et al.<br>Case No.: 09-4147 | * * * * * | |
| Only in regards to:<br>Patricia Cager and Mitchell Cager | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Patricia Cager and Mitchell Cager, in the above captioned case is hereby GRANTED, dismissing plaintiff's Patricia Cager and Mitchell Cager claims against defendant Home Depot without Prejudice. Each party is to bear his or her own costs.

Signed this  7th  day of   October   , 2010, in New Orleans, Louisiana.

_____
JUDGE