UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Mary Enclarde et al. Case No.: 09-4513 | * * * * * | |
| Only in regards to: Thomas Mack Jr. | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Thomas Mack Jr., in the above captioned case is hereby GRANTED, dismissing plaintiff Thomas Mack Jr.'s claims against defendant Home Depot without Prejudice. Each party is to bear his or her own costs.

Signed this 7th day of October, 2010, in New Orleans, Louisiana.

_____
JUDGE