UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON  MAG. JUDGE WILKINSON |
| David Gross, et al.  Case No.: 09-6690  Donna Leverette et al.  Case No.: 09-5845 | * * * * | |
| Only in regards to:  Annie M. Wilkerson | * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Annie M. Wilkerson, in the above captioned case is hereby GRANTED, dismissing plaintiff Annie M. Wilkerson's claims against defendants Patterson Construction Services & Aggies Construction without Prejudice.  Each party is to bear his or her own costs.

Signed this  7th  day of     October     , 2010, in New Orleans, Louisiana.

_____
JUDGE