UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 Audrey Paul et al. Case No.: 09-4144 | * * * * | |
| Only in regards to: Audrey Paul and Avis Pail, Individually And As Next Friend Of Averil Paul Minor | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

*************************************************************

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Audrey Paul and Avis Pail, Individually and As Next Friend of Averil Paul minor, in the above captioned case is hereby GRANTED, dismissing plaintiff's Audrey Paul and Avis Pail, Individually and As Next Friend of Aeril Paul, minor claims against defendant James Kayser without Prejudice. Each party is to bear his or her own costs.

Signed this __7th__ day of ____October____, 2010, in New Orleans, Louisiana.

_____
JUDGE