# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL **PRODUCTS LIABILITY LITIGATION** | * * * * | MDL No.: 2047 |
| | | SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | * * | JUDGE **FALLON** |
| | | MAG. JUDGE WILKINSON |
| Sean Payton, et al. Case No.: 09-7628 | * * * | |
| Only in regards to: Brenda S. Doby | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Brenda S. Doby, in the above captioned case is hereby GRANTED, dismissing plaintiff Brenda S. Doby's claims against defendants Standard Pacific Homes without Prejudice. Each party is to bear his or her own costs.

Signed this __7th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE