UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Sean Payton, et al. Case No.: 09-7628 | * * * | |
| Only in regards to: Donald Dukes | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Donald Dukes, in the above captioned case is hereby GRANTED, dismissing plaintiff's Donald Dukes claims. Each party is to bear his or her own costs

Signed this __7th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE