David Gross. et. al., Plaintiff(s)
vs.
Knauf Gips. KG, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Black Bear Gypsum Supply, Inc.
Court Case No. 09-6690 Sect. L

State of: Florida ) ss.
County of: Hillsborough )

| | |
|---|---|
| Name of Server: | Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| Date/Time of Service: | that on 24-Aug-2010 09:00 am |
| Place of Service: | at 14733 Turnberry Court, city of Clearwater, state of FL |
| Documents Served: | the undersigned served the documents described as: Summons;Complaint in Intervention |
| Service of Process on, Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: Black Bear Gypsum Supply, Inc. By delivering them into the hands of an officer or managing agent whose name and title is Gina Milinovich, Registered Agent |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___ Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___ ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. _____ 9-22-10 Signature of Server | Subscribed and sworn to before me this 22nd day of Sept, 20 10 _____ Notary Public (Commission Expires) 3/2/13 |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 105955-17



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters