David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0394

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bradford Lumber & Supply, Inc., c/o Mary T. Bradford
or James N. Bradford, Registered Agents
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **OUACHITA** )

**Name of Server:** **BARRY BONNER**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27** day of **August**, 20 **10**, at **7:25** o'clock **P** M

**Place of Service:** at **3322 Deborah Drive**, in **Monroe, LA 71201**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**Bradford Lumber & Supply, Inc., c/o Mary T. Bradford or James N. Bradford, Registered Agents**

By delivering them into the hands of an officer or managing agent whose name and title is: **JAMES N. BRADFORD**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **BRO**; Facial Hair **NONE**
Approx. Age **70**; Approx. Height **5'10"**; Approx. Weight **175**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **30th** day of **August**, 20 **10**

Signature of Server
Notary Public    (Commission Expires)

**APS International, Ltd.**

Cynthia F. Wilmore
Notary Public #26515
Ouachita Parish Louisiana
My Commission is for Life