David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0013

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builders Gypsum Supply, L.L.P.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **TEXAS** ) ss.
County of: **HARRIS** )

**Name of Server:** **Doniell O. Hawkins**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **30th** day of **August**, 20**10**, at **2:26** o'clock **P** M

**Place of Service:** at **2018 Pasket**, in **Houston, TX 77092**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Builders Gypsum Supply, L.L.P.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Haude, Manager**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair **—**
Approx. Age **48** ; Approx. Height **5'6"** ; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **31** day of **August**, 20 **10**

Joe Barak     6-22-2013
Notary Public     (Commission Expires)

**APS International, Ltd.**

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013