David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0388

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Master Builders of South Florida, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Court Case No. 09-6690

State of: __Florida__ ) ss.
County of: __Broward__ )
Name of Server: __Jesse Picone__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __17__ day of __August__, 20__10__, at __3:30__ o'clock __P.__ M

Place of Service: at __100 North State Road 7, Ste. 300__, in __Margate, FL 33063__

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Master Builders of South Florida, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __J. M. Beeson, Jr   President__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Grey__; Facial Hair ____
Approx. Age __70__; Approx. Height __5'4"__; Approx. Weight __130__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this ____ day of _____, 20__

Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.