| | | |
|---|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) |  | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171 |

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Metro Resources Corp., The Corporate Place, Inc.
Court Case No. 09-6690 Sect. L

State of: __Nevada__ ) ss.
County of: __Clark__ )

| | |
|---|---|
| **Name of Server:** | Judith Mae All  ID 0789037 , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on  23-Aug-2010 04:06 pm |
| **Place of Service:** | at  601 East Charleston Blvd., Suite 100 , city of   Las Vegas  , state of NV 89104 |
| **Documents Served:** | the undersigned served the documents described as:<br>Summons:Complaint in Intervention |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Metro Resources Corp., The Corporate Place, Inc.**<br>By delivering them into the hands of an officer or managing agent whose name and title is<br>**Don Warren, Authorized to Accept** |
| **Other Information:** | **Don Warren stated that he was authorized to accept, but also stated that Metro Resources Corp. has dissolved and they have no way to contact the company.** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex  M ; Skin Color   white   ; Hair Color   red   ; Facial Hair   N/A<br>Approx. Age   40   ; Approx. Height   6'03"   ; Approx. Weight   200<br>✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br>*Judith MaeAll*<br>Signature of Server<br>APS International, Ltd.<br>APS International Plaza · 7800 Glenroy Rd.<br>Minneapolis, MN 55439-3122<br>NV State License No. 174<br>APS Contractor No. 111a | Subscribed and sworn to before me this  30  day of  August , 20 10<br>*L E Whitehead*<br>Notary Public           (Commission Expires)<br><br>APS File:  105955-23<br> |