David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

Law Firm Requesting Service: ———————

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Triorient Trading, Inc., Attn: Albert Winslow
Court Case No. 09-6690 Sect. L

State of: **CONNECTICUT** ) ss.
County of: **HARTFORD** )

| | |
|---|---|
| **Name of Server:** | **Eric Rubin**                          , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **25-Aug-2010 03:50 pm** |
| **Place of Service:** | at      **281 Tressor Blvd., Suite 1505**    , city of      **Stamford**     , state of   **CT** |
| **Documents Served:** | the undersigned served the documents described as: **Summons;Complaint in Intervention** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Triorient Trading, Inc., Attn: Albert Winslow** By delivering them into the hands of an officer or managing agent whose name and title is **Ines Jaine, Controller** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F** ; Skin Color **Hisp** ; Hair Color **Brown** ; Facial Hair Approx. Age **35** ; Approx. Height **5'3"** ; Approx. Weight **120** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this
1/ day of September , 20 10

_____
Notary Public        (Commission Expires)

8/31/2014

APS File:  105955-31