Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   103676-0171

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--P N K Builders LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

Name of Server: _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _25th_ day of _August_, 20 _10_, at _5:00_ o'clock _P_ M

Place of Service: at _444 Swift Fox Run_, in _Madisonville, LA  70447_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**P N K Builders LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Scott Kuepseple_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Cauc._ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _45_ ; Approx. Height _5'10"_ ; Approx. Weight _210 lbs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith J Landry_
Signature of Server

Subscribed and sworn to before me this _25_ day of _August_, 20 _10_

_Robert John Comeaux_
Notary Public

Tenure in their
(Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY