UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: CHINESE-MANUFACTURED DRYWALL
  PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION: L

JUDGE FALLON

MAG. JUDGE

WILKINSON

**************************************************

THIS DOCUMENT RELATES TO:

DEAN AND DAWN AMATO, ET AL. vs. LIBERTY MUTUAL INSURANCE COMPANY, ET AL;

CASE NO. 2010 CV 932

---

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come defendants, The Porter Blaine Corporation, also identified as, "The Porter-Blaine Corporation", and Venture Supply, Inc., also identified as, "Venture Supply Company", who file this Motion in response to plaintiffs' Amended Omnibus Class Action Complaint (V) and move this Honorable Court to issue an Order dismissing the claims of the plaintiffs under Fed. R. Civ. Proc. Rule 12 (b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, The Porter Blaine Corporation and Venture Supply, Inc. are not subject to, nor have they submitted to, the

jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against The Porter Blaine Corporation and Venture Supply, Inc.

**WHEREFORE**, defendants, The Porter Blaine Corporation, also identified as, "The Porter-Blaine Corporation" and Venture Supply, Inc., also identified as, "Venture Supply Company", pray that their Motion to Dismiss pursuant to Fed. R. Civ. Pro. Rule 12 be granted, and that this Honorable Court dismiss the plaintiffs' claims against The Porter Blaine Corporation and Venture Supply, Inc. as this Court does not have personal jurisdiction over The Porter Blaine Corporation and Venture Supply, Inc., and the Eastern District of Louisiana is an improper venue for any claims against The Porter Blaine Corporation and Venture Supply, Inc.

Respectfully submitted,

/s/   Brett M. Bollinger
Brett M. Bollinger, LSBA #24303
Mark W. Verret, LSBA #23853
Dax C. Foster, LSBA #30506
Allen & Gooch
3900 North Causeway Boulevard
One Lakeway, Suite 1450
Metairie, Louisiana 70002
Telephone:  (504) 836-5285
Facsimile:   (504) 836-5289
Attorneys for The Porter Blaine Corporation
and Venture Supply, Inc.
And
Mark C. Nanavati, Esq. (VSB #38709)
Kenneth F. Hardt, Esq. (VSB #23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mille Drive
Midlothian, Virginia 23114
Telephone: (804) 378-7600
Facsimile:  (804) 378-2610
Attorneys for The Porter Blaine Corporation
and Venture Supply, Inc.

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of October, 2010.

/s/   Brett M. Bollinger
Brett M. Bollinger
