UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES H. GALLOWAY, JR., ET AL | * | |
|     Plaintiff, | * | Civil Action No. 2:10-cv-00688 |
| | * | |
| | * | Section: L |
| versus | * | |
| | * | Magistrate: 2 |
| THE UNITED STATES OF AMERICA, | * | |
|     ET AL | * | |
|     Defendant, | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the foregoing Motion to Withdraw as Counsel of Record,

**IT IS ORDERED** that Rachel A. Meese, La. Bar #25457 be withdrawn as counsel of record for Property & Casualty Insurance Company of Hartford ("P&C"), and that Ralph S. Hubbard, III and Seth A. Schmeeckle of the Lugenbuhl, Wheaton, Peck, Rankin & Hubbard law firm be allowed to remain as counsel on behalf of P&C.

Signed this _____ day of _____, 2010, at New Orleans, Louisiana.

_____
**JUDGE**