UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Emergency Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted insofar as to the following pending motions:

1) Plaintiffs' Omnibus Motion for Preliminary Default Judgment (Gross) [Rec. Doc. 5621]

2) Plaintiffs' Second Joint Motion to Compel Against Defendant Owners Insurance Company (Pate) [Rec. Doc. 5640]

3) Plaintiffs' Motion to Intervene (Payton – Omni I) [Rec.Doc. 5668]

4) Plaintiffs' Motion to Intervene (Wiltz – Omni II) [Rec.Doc. 5669]

5) Plaintiffs' Motion to Intervene (Rogers) [Rec.Doc. 5672]

1

IT IS FURTHER ORDERED BY THE COURT that a hearing on each of these motions shall take place following the monthly status conference on October 14, 2010, or at a time set by the Court.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge