## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SERVICE OF JOHN KORN BUILDERS, LLC'S OBJECTIONS AND RESPONSES TO THE SUBPOENA DUCES TECUM FOR RECORDS SERVED BY PLC

**NOTICE IS HEREBY GIVEN** that Defendant, John Korn Builders, LLC ("JKB"), has this date served in the above-captioned matter its Objections and Responses to the Subpoena Duces Tecum for Records (converted to Rule 34 Records Request) served by Plaintiffs' Liaison Counsel. JKB has also sent responsive documents to the following address:

MDL 2047 Chinese Drywall Depository
Attn: Penny Herman
820 O'Keefe Ave, 2nd Floor
New Orleans, LA 70113

Pursuant to the Plaintiffs' request. Counsel for JKB retains the originals of the aforementioned documents as custodian thereof.

Respectfully submitted, this the 8th day of October, 2010.

JOHN KORN BUILDERS, LLC


By:  */s/ Kevin L. Cole*
KEVIN L. COLE, LA Bar No. 04248

**KEVIN L. COLE, LA Bar No. 04248**
Email: kcole@gjtbs.com
**ANDREW J. GIBSON, LA Bar No. 29583**
Email:  agibson@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
#3 Sanctuary Boulevard – Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681
*Attorneys for John Korn Builders, LLC*

-and-

**LARRY CANADA, LA Bar No. 17894**
Email:  lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA  Bar No. 29776**
Email:  kplatt@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
*Attorneys for John Korn Builders, LLC*


**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing *Notice of Service* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100,  New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 8th day of October, 2010.

                         */s/ Kevin L. Cole*
                         KEVIN L. COLE, LA Bar No. 04248