UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2047
Section: L

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

Judge Fallon
Mag. Judge Wilkinson

---

**RESPONSES AND OBJECTION OF CENTER FOR TOXICOLOGY AND
ENVIRONMENTAL HEALTH TO SUBPOENA OF BANNER SUPPLY COMPANY**

Center for Toxicology and Environmental Health, LLC ("CTEH"), by and through
undersigned counsel and pursuant to Florida Rules of Civil Procedure 1.280 and 1.410, hereby
responds and objects to the Subpoena Duces Tecum Without Deposition (the "Subpoena") to
Non-Party Center for Toxicology and Environmental Health, LLC , attached hereto as Exhibit A,
which was filed by Defendants Banner Supply Co., Banner Supply Company Pompano, LLC,
Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC and Banner
Supply International, LLC ("Banner") on October 1, 2010.  In support thereof, CTEH states the
following:

## RESPONSES AND OBJECTIONS

Unless specified below, the responses and objections apply to all Requests in the Rider to the Subpoena.

1.      CTEH was not properly served with the subpoena, which even if proper, does not allow for sufficient time to respond as it demands CTEH respond by October 11, 2010 and is unduly burdensome.  CTEH objects to the unilateral scheduling of a duces tecum deposition on October 11, 2010 without prior consultation.

3.      CTEH will produce copies of final test reports or results prepared by CTEH that were provided by KPT's counsel or CTEH to any government agency or third party.  The primary source of such documents is the testing that was compiled by CTEH for its reports in *Germano* and *Hernandez*, and CTEH will produce one non-duplicative copy set of reports and results from those cases.

4.      Requests Nos. 2-3, 5-14 & 17 and all or portions of Request Nos. 18-19 & 21-24 appear to be directed to meetings, communications or documents generated among or by governmental agencies or other third parties, not CTEH.  CTEH does not have documents responsive to these Requests in the ordinary course of business and if such documents are available, they are publicly available or available through the MDL litigation.  To the extent CTEH has obtained government documents from public sources, CTEH objects to production on the ground that such documents are equally available to Banner, and on the ground of work product privilege.

5.      CTEH objects to providing raw data, internal communications and communications with counsel regarding test reports on the ground of undue burden, both as to the absolute burden and expense of such production in comparison to its benefit, and in addition to the inadequate time period given to collect said documents for production.

6.      CTEH objects to providing internal communications and communications with counsel, KPT or any other Knauf entity on the additional grounds of attorney client privilege and work product privilege.

7.      CTEH objects to production of litigation files on matters in which it was not designated as a testifying expert on the ground of attorney client privilege and work product privilege.

Respectfully submitted,


By: s/Donald J. Hayden
DONALD J. HAYDEN
(FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
**Attorneys for Center for Toxicology**
**and Environmental Health, LLC**
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:donald.j.hayden@bakermckenzie.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs Liaison Counsel, Russ Herman, Esq., Homebuilder's Liaison Counsel, Phillip Wittmann, Esq. and Defendants' Liaison Counsel, Kerry Miller, Esq., and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with the Electronic Service Order dated November 6, 2009, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.


s/Donald J. Hayden
Donald J. Hayden


MIADMS/372107.1