UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES
_____/

**HOMEBUILDERS' STEERING COMMITTEE'S SUPPLEMENTAL RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING AND MOTION TO CORRECT CLERICAL ERROR REGARDING ITS EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING**

The Homebuilders' Steering Committee ("HSC") hereby submits its supplemental response to the Plaintiffs' Steering Committee's ("PSC") Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing (collectively, the "Motions to Lift Stay"), and states:

1. On October 4, 2010, the HSC filed its response to the Motions to Lift Stay, indicating that it did not oppose the lifting of the stay on the eight motions identified in the Motions to Lift Stay. Included in these eight motions are motions seeking to certify classes of Florida homeowners against Knauf, Banner Supply Co. ("Banner"), and Taishan Gypsum Co., Ltd. ("Taishan").[1]

2. The HSC is filing this supplemental response to notify the Court that certain homebuilders intend to file a motion to intervene or other appropriate motion to align themselves

---

[1] The PSC has filed motions for class certification in *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-6687; *Payton, et al. v. Knauf Gips KG, et al.*, Case No. 09-07628; and *Vickers, et al. v. Knauf Gips KG, et al.*, Case No. 09-04117.

1033806v.1

with the Florida homeowners and represent a subclass of homebuilders that have: (i) repaired (or are in the process of repairing) homes in Florida with defective Chinese-manufactured drywall; and (ii) received assignments from those homeowners in connection with the repair work. These homebuilders will be seeking to certify similar classes against Knauf, Banner and Taishan. Because those homebuilders that have received assignments from Florida homeowners are similarly situated to the Florida homeowners in the MDL, and given that there may be only a limited amount of funds available from Knauf, Banner or Taishan to compensate all of the parties who have been damaged as a result of the defective drywall manufactured or distributed by these defendants, it is both necessary and appropriate for interested homebuilders to join in the Florida homeowners' efforts to certify these classes.

3. Accordingly, based upon the foregoing, the HSC respectfully requests that in establishing a reasonable scheduling order with respect to the motions seeking class certification, the Court also set forth a reasonable deadline for interested homebuilders to seek intervention or to otherwise align themselves with the Florida homeowners in pursuit of class certification against Knauf, Banner and Taishan.

Respectfully submitted,

| | |
|---|---|
| **STONE PIGMAN WALTHER WITTMANN**<br>*Local Lead Counsel of the HSC*<br>*Local Counsel for several homebuilders*<br>546 Carondelet Street<br>New Orleans, LA 70130<br>Telephone: (504) 593-0804<br>Facsimile: (504) 593-0804<br>E-mail: pwittmann@stonepigman.com<br><br>By:     /s/ Phillip A. Wittmann<br>        PHILLIP A. WITTMANN<br>        Louisiana Bar No. 13625 | **GREENBERG TRAURIG, P.A.**<br>*Lead Counsel for the HSC*<br>*Counsel for Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation*<br>1221 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile: (305) 579-0717<br>Email: bassh@gtlaw.com<br><br>By:     /s/ Hilarie Bass<br>        HILARIE BASS<br>        Florida Bar No. 334323<br>        MARK A. SALKY<br>        Florida Bar No. 058221 |
| **SIVYER BARLOW & WATSON**<br>*Counsel for Taylor Woodrow Communities at Vasari, LLC and Taylor Morrison Services, Inc.*<br>100 S Ashley Drive, Suite 2150<br>Tampa, FL 33602<br>Telephone: (813) 221-4242<br>Facsimile: (813) 227-8598<br>Email: nsivyer@sbwlegal.com<br><br>By:     /s/ Neal Allen Sivyer<br>        NEAL A. SIVYER<br>        Florida Bar No. 373745 | **KING & SPALDING LLP**<br>*Counsel for Beazer Homes Corp.*<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br>Email: kbuster@kslaw.com<br><br>By:     /s/ J Kevin Buster<br>        J. KEVIN BUSTER<br>        Georgia Bar No. 099267 |

1033806v.1

**CUNNINGHAM BOUNDS, LLC**
*Counsel for The Mitchell Company, Inc.*
Post Office Box 66705
Mobile, Alabama  36660
Telephone: (251) 471-6191
Facsimile:  (251) 479-1031
Email: sln@cunninghambounds.com


By: <u>/s/ Steven L. Nicholas</u>
 STEVEN L. NICHOLAS
 Alabama Bar No. ASB-2021-N35S

4

1033806v.1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 11, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

                                                 */s/ Dorothy H. Wimberly*

1033806v.1