UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL DOCKET: 2047
SECTION: L

THIS DOCUMENT RELATES TO ALL CASES
_____/

JUDGE FALLON
MAG. JUDGE WILKINSON

### BANNER SUPPLY CO.'S RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT THE STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING

Defendant, Banner Supply Co., a Florida Corporation ("Banner"), by and through the undersigned counsel, submits this Response to the Plaintiffs' Steering Committee's Emergency Motion to Lift the Stay as to Various Pending Motions and Expedite Hearing.

I. **Plaintiffs' Motion to Intervene (Payton – Omni I) [Rec. Doc. 5668]**

In the event that the Court grants Plaintiffs' Steering Committee's Emergency Motion to Lift the Stay as to Plaintiffs' Motion to Intervene (Payton – Omni I), Banner hereby requests 30 days from such Order to respond to the Motion to Intervene.

II. **Plaintiffs' Motion to Intervene (Wiltz – Omni II) [Rec. Doc. 5669]**

In the event that the Court grants Plaintiffs' Steering Committee's Emergency Motion to Lift the Stay as to Plaintiffs' Motion to Intervene (Wiltz – Omni II), Banner hereby requests 30 days from such Order to respond to the Motion to Intervene.

III. **Plaintiffs' Motion to Intervene (Rogers – Omni II) [Rec. Doc. 5672]**

In the event that the Court grants Plaintiffs' Steering Committee's Emergency Motion to Lift the Stay as to Plaintiffs' Motion to Intervene (Rogers – Omni II), Banner hereby requests 30 days from such Order to respond to the Motion to Intervene.

**CONCLUSION**

WHEREFORE, if this Court grants Plaintiffs' Steering Committee's Emergency Motion to Lift the Stay as to Plaintiffs' Motions to Intervene, Defendant Banner Supply Co. respectfully requests 30 days from such Order to respond in writing and have an opportunity to be heard.

Respectfully submitted this 11th day of October, 2010.

>   WEINBERG, WHEELER, HUDGINS,
>   GUNN & DIAL, LLC
>
>   */s/ Nicholas P. Panayotopoulos*
>   **NICHOLAS P. PANAYOTOPOULOS**
>   Georgia Bar Number: 560679
>   npanayo@wwhgd.com
>   3344 Peachtree Road, NE
>   Suite 2400
>   Atlanta, GA 30326
>   Telephone (404)876-2700
>   *Counsel for Banner Supply Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, in accordance with the procedures established in MDL 2047, on this 11th day of October, 2010.

>   */s/ Nicholas P. Panayotopoulos*
>   **NICHOLAS P. PANAYOTOPOULOS**