UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED  MDL No. 2:09-md-02047
DRYWALL PRODUCTS LIABILITY
LITIGATION

**This document relates to:**  JUDGE FALLON

HERNANDEZ, ET AL. v.
AAA INSURANCE, ET AL.

MAGISTRATE WILKINSON
CASE NO. 2:10-cv-03070 (E.D. La.)

## CORPORATE DISCLOSURE STATEMENT OF ASI DEFENDANTS

COME NOW the Defendants, AMERICAN STRATEGIC INSURANCE CORPORATION (hereinafter, "ASI"), ACA HOME INSURANCE CORPORATION (hereinafter, "ACA"), ASI ASSURANCE CORPORATION (hereinafter, "ASIA"), ASI PREFERRED INSURANCE CORPORATION (hereinafter, "ASIP"), ASI LLOYDS (hereinafter, "ASIL"), ASI UNDERWRITERS CORPORATION (hereinafter, "ASIU") and ASI UNDERWRITERS OF TEXAS, INC. (hereinafter, "ASIUT"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, respectfully submits the following statement of its corporate interests and affiliations for use by this Court.

1. ASI is a Florida insurance corporation with its principal place of business in St. Petersburg, FL.

2. ASI is a subsidiary of ARX Holding Corp, a Delaware corporation.

3. XL Capital, a Bermuda corporation, is the only publicly held corporation owning 10% or more of ASI's stock.

4. ACA is a Florida insurance corporation with its principal place of business in St. Petersburg, FL.

*Hernandez, et. al. v. AAA Ins., et. al.*
Case No. 2:10-cv-03070
ASI Defendants' Corporate Disclosure
Page 2

5. ACA is a subsidiary of ARX Holding Corp, a Delaware corporation.

6. XL Capital, a Bermuda corporation, is the only publicly held corporation owning 10% or more of ACA's stock.

7. ASIA is a Florida insurance corporation with its principal place of business in St. Petersburg, FL.

8. ASIA is a subsidiary of ARX Holding Corp, a Delaware corporation.

9. XL Capital, a Bermuda corporation, is the only publicly held corporation owning 10% or more of ASIA's stock.

10. ASIP is a Florida insurance corporation with its principal place of business in St. Petersburg, FL.

11. ASIP is a subsidiary of ARX Holding Corp, a Delaware corporation.

12. XL Capital, a Bermuda corporation, is the only publicly held corporation owning 10% or more of ASIP's stock.

13. ASIL is a Louisiana insurance corporation with its principal place of business in Louisiana.

14. ASIL is a subsidiary of ARX Holding Corp, a Delaware corporation.

15. XL Capital, a Bermuda corporation, is the only publicly held corporation owning 10% or more of ASIL's stock.

16. ASIU is a Florida insurance corporation with its principal place of business in St. Petersburg, FL.

17. ASIU is a subsidiary of ARX Holding Corp, a Delaware corporation.

18. XL Capital, a Bermuda corporation, is the only publicly held corporation owning 10% or more of ASIU's stock.

19. ASIUT is a Texas insurance corporation with its principal place of business in Texas.

20. ASIUT is a subsidiary of ARX Holding Corp, a Delaware corporation.

21. XL Capital, a Bermuda corporation, is the only publicly held corporation owning 10% or more of ASIUT's stock.

Respectfully submitted,

**Rubinton & Laufer, P.A.**
Emerald Hills Executive Plaza II
4651 Sheridan Street, Suite 200
Hollywood, Florida 33021
Telephone:   954-966-9908
Fax:         954-966-9904
E-mail:      jrubinton@rl-associates.com

By: _/s/ Jeffrey A. Rubtinon_____
    Jeffrey A. Rubinton, Esq.
    Florida Bar: 821756

*Attorneys for Defendant, American Strategic Insurance Corporation*

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____/s/ Jason P. Foote_____
**JASON P. FOOTE (#25050)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone: (504) 830-3827
Facsimile: (504) 836-9579
E-Mail: jfoote@chopin.com
*Attorneys for Defendant, American Strategic Insurance Corporation*

*Hernandez, et. al. v. AAA Ins., et. al.*
Case No. 2:10-cv-03070
ASI Defendants' Corporate Disclosure
Page 4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ASI Defendants' Corporate Disclosure has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of October, 2010.

/s/Jeffrey A. Rubinton
**JEFFREY A. RUBINTON**

/s/Jason P. Foote
**JASON P. FOOTE**