UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| HERNANDEZ, ET AL. v. AAA INSURANCE, ET AL. CASE NO. 2:10-cv-03070 (E.D. La.) | MAGISTRATE WILKINSON |

### LIMITED NOTICE OF APPEARANCE

Jeffrey A. Rubinton, the law firm of Rubinton & Laufer, P.A., Jason P. Foote and the law firm of Chopin, Wagar, Richard & Kutcher, L.L.P. make an appearance as counsel of record for:

1. American Strategic Insurance Corporation.

2. ACA Home Insurance Corporation

3. ASI Assurance Corporation

4. ASI Preferred Insurance Corporation

5. ASI Lloyds

6. ASI Underwriters Corporation

7. ASI Underwriters of Texas, Inc.

Appearances on behalf of the above-listed defendants are made reserving all rights to object to jurisdiction, venue and service, and preserving all defenses. Undersigned counsel respectfully request that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

Dated October 11, 2010

Respectfully submitted,

**Rubinton & Laufer, P.A.**
Emerald Hills Executive Plaza II
4651 Sheridan Street, Suite 200
Hollywood, Florida 33021
Telephone: 954-966-9908
Fax:           954-966-9904
E-mail:      jrubinton@rl-associates.com

By: __/s/ Jeffrey A. Rubinton_____
    Jeffrey A. Rubinton, Esq.
    Florida Bar: 821756

*Attorneys for Defendant, American Strategic Insurance Corporation* (to the extent as noted above)

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____/s/Jason P. Foote_____
    **JASON P. FOOTE (#25050)**
    3850 N. Causeway Boulevard, Suite 900
    Metairie, Louisiana   70002
    Telephone: (504) 830-3827
    Facsimile: (504) 836-9579
    E-Mail: jfoote@chopin.com
    *Attorneys for Defendant, American Strategic Insurance Corporation* (to the extent as noted above)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of October, 2010.

    __/s/Jeffrey A. Rubinton_____
    **JEFFREY A. RUBINTON**

    _/s/Jason P. Foote_____
    **JASON P. FOOTE**