UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Payton, et al vs. Knauf Gips, et al*<br>Civil Action No. 09-7628 | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record, filed by Defendant, Ray Beck, Inc.;

**IT IS HEREBY ORDERED** that Beth E. Abramson be enrolled as additional counsel of record for Defendant, Ray Beck, Inc.

New Orleans, Louisiana, on this  8th   day of October 2010.

_____
UNITED STATES DISTRICT JUDGE

{N0395791 -}