UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED            :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY              :
LITIGATION                              :    SECTION: L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:               :    JUDGE FALLON
                                        :
Payton, et al. v. Knauf Gips KG, et al. :    MAG. JUDGE WILKINSON
No. 09-7628 (E.D. La.)                  :
                                        :
------------------------------------------------------------x
```

### KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO INTERVENE

Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") opposes Plaintiffs' Motion to Intervene in this action pursuant to Federal Rule of Civil Procedure 24 on the ground that there is no protocol in place to determine whether each Intervening Plaintiff had KPT drywall installed in his or her home. KPT has been discussing a protocol for making such determinations with the PSC. KPT will be prepared to report on the progress of those negotiations at the next scheduled status conference on October 14, 2010.

Dated: October 12, 2010

304799_1.DOC

1

Respectfully submitted,

By: /s/ Kerry J. Miller
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for Defendant, Knauf Plasterboard (Tianjin) Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Knauf Plasterboard (Tianjin) Co., Ltd.'s Opposition to Plaintiffs' Motion to Intervene has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 12th day of October, 2010.

/s/ Kerry J. Miller