UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED    *        MDL No. 2047
DRYWALL PRODUCTS LIABILITY      *
LITIGATION                      *
                                *
THIS DOCUMENT RELATES TO:       *        JUDGE FALLON
DAVID GROSS, et al.             *
vs.                             *
KNAUF GIPS KG, et al            *
Case No. 09-6690                *        MAG. WILKINSON

**ORDER GRANTING DEFENDANT
DUPONT BUILDERS, INC.'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Dupont Builders, Inc.'s Motion to Exceed Page Limitation

with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this __8th__ day of October, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE