UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Dean and Dawn Amato, et al. vs.*<br>*Liberty Mutual Insurance Company, et al.*<br>*Civil Action No. 10-932* | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Motion for Extension of Time to Submit Builder Profile Form;

**IT IS ORDERED** that Defendant, Ray Beck, Inc., be and hereby is **GRANTED** an additional thirty (30) days, through and including November 8, 2010, within which to serve its Builder Profile Form on liaison counsel in the above-captioned matter.

New Orleans, Louisiana this __8th__ day of _____October_____, 2010.

_____
UNITED STATES DISTRICT JUDGE