# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY ANNE BENES, individually, and on behalf of all others similarly situated, | CASE NO.: 09-6690 |
| Plaintiffs, | CLASS ACTION COMPLAINT |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., | JURY TRIAL DEMAND |
| Defendants. _____/ | |

## MEMORANDUM OF LAW IN SUPPORT OF ARANDA HOMES, INC.'S MOTION TO DISMISS WITH PREJUDICE THE CLAIMS BROUGHT AGAINST IT IN THE JAEN OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (OMNI III (A))

Defendant Aranda Homes, Inc. ("Aranda") hereby submits this Memorandum of Law in Support of its Motion to Dismiss With Prejudice the Claims Brought Against it in the Jaen Omnibus Class Action Complaint In Intervention (Omni III (A)) (the "Motion"). For the reasons stated in Aranda's previously filed Motion to Dismiss With Prejudice the Claims Brought Against it in the Gross/Benes Omnibus Class Action Complaint (Omni III) and Memorandum of Law in support thereof [D.E. # 4434], which Aranda incorporates and adopts, Defendant Aranda Homes, Inc. respectfully requests that the Court enter an order dismissing the claims against it with prejudice, and awarding Aranda its fees in defending this action pursuant to Florida's Deceptive and Unfair Trade Practices Act.

{M2980593;1}

Dated: October 12, 2010

**AKERMAN SENTERFITT**

BY: /s/    Valerie Greenberg
  Valerie Greenberg, Esq.
  Fla. Bar No. 026514
  Stacy Harrison, Esq.
  Fla. Bar No. 44109
  One Southeast Third Avenue, 25th Floor
  Miami, FL  33131-1714
  Phone: (305) 374-5600
  Fax: (305) 374-5095
  Email: valerie.greenberg@akerman.com
  Email: stacy.harrison@akerman.com

*Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
  Susie.morgan@phelps.com
  Skylar.rosenbloom@phelps.com

{M2980593;1}

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Memorandum of Law in Support of Aranda Homes, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Jaen Omnibus Class Action Complaint in Intervention (Omni III (A))* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of October, 2010.

/s/    Valerie Greenberg