UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, KG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

### NOTICE OF HEARING

**TAKE NOTICE** that Defendant Heights Properties, LLC will bring on for hearing its Motion to Dismiss on October 20, 2010 at 9:00 a.m.

                                                  KREBS, FARLEY & PELLETERI, P.L.L.C.

                                                  */s/ Charles B. Long*
                                                  CHARLES B. LONG (#22824)
                                                  THOMAS H. PEYTON (#32635)
                                                  400 Poydras Street, Suite 2500
                                                  New Orleans, Louisiana   70130
                                                  Telephone:   504-299-3570
                                                  Facsimile:   504-299-3582
                                                  E-mail:       clong@kfplaw.com
                                                  E-mail:       tpeyton@kfplaw.com
                                                  ATTORNEYS FOR DEFENDANT
                                                  HEIGHTS PROPERTIES, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Charles B. Long*
CHARLES B. LONG