UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

ORDER GRANTING DEFENDANT EASTERN CONSTRUCTION
GROUP, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant Eastern Construction Group, Inc.'s Motion to Exceed Page

Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this ___8th___ day of October, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE