UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: SEAN and BETH PAYTON, et al., v. KNAUF GIPS KG., et al. | JUDGE FALLON |
| | MAG: JUDGE WILKINSON |
| Case No. 09-07628 | |

## ORDER ON JONATHAN SATTER'S MOTION TO SUBSTITUTE COUNSEL

Upon consideration of Plaintiff, JONATHAN SATTER's Motion to Substitute Counsel,

**IT IS HEREBY ORDERED** that JONATHAN SATTER's Motion to Substitute Counsel is hereby **GRANTED**, and that Allison Grant of the law firm of SHAPIRO, BLASI, WASSERMAN & GORA, P.A. are hereby substituted and enrolled as counsel of record for Plaintiff, JONATHAN SATTER, in lieu and in place of Gregory S. Weiss of the law firm of Leopold Kuvin, P.A.

New Orleans, Louisiana, this 8th day of October, 2010.

_Eldon E. Fallon_
U. S. District Judge