UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| David Gross, et al. Case No.: 09-6690 | * * * | |
| Only in regards to: Michell Taylor | * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

## ORDER

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Michell Taylor, in the above captioned case is hereby GRANTED, dismissing plaintiff's Michell Taylor claims. Each party is to bear his or her own costs

Signed this __8th__ day of __October__, 2010, in New Orleans, Louisiana.

_____
JUDGE