UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2047 SECTION:  L |
| ) THIS DOCUMENT RELATES TO: ) ) ALL CASES ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing motion for leave of court:

**IT IS HEREBY ORDERED**, that Banner's Motion For Leave to file its Motion adopting, in part, the Knauf Defendant's Response to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to various Pending motions be and is hereby granted.

**NEW ORLEANS,** Louisiana this  8th   day of    October   , 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE