UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

Case No: 2:10-cv-00384

      Plaintiffs,

Judge: Fallon

v.

Magistrate: Wilkinson

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

      Defendants.
_____/

## EXPARTE/CONSENT MOTION FOR LEAVE TO FILE
## SECOND SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant GENERAL FIDELITY INSURANCE COMPANY ("GENERAL FIDELITY") respectfully requests leave to file its Second Notice of Supplemental Authority in Support of its Motion to Dismiss. The Motion to Dismiss was originally filed April 14, 2010 (See Doc. #2474) and was filed on the LexisNexis File & Serve Service on April 14, 2010 (See Transaction #30570562). The Second Notice of Supplemental Authority is being filed to include a copy of an Order entered by the Southern District of Florida.

WHEREFORE, GENERAL FIDELITY INSURANCE COMPANY respectfully requests that this Honorable Court grant its Motion for Leave to file its Second Notice of Supplemental Authority in support of its Motion to Dismiss.

Respectfully submitted:

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
srawls@butlerpappas.com
RYAN K HILTON, ESQ.
Florida Bar No.: 0304610
rhilton@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

and

ANDREW L. PLAUCHÉ, JR., ESQ.
LA Bar. No. 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3880
New Orleans, LA 70139-3800
(504) 582-1142
(504) 582-1172 (fax)
Trial Counsel for General Fidelity Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Exparte/Consent Motion for Leave to File Second Supplemental Authority and proposed Order has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of October, 2010.

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.