UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

Case No: 2:10-cv-00384

Plaintiffs,

Judge: Fallon

v.

Magistrate: Wilkinson

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

Defendants.
_____/

## ORDER

Considering the foregoing Exparte/Consent Motion for Leave to File Second Supplemental Authority in Support of its Motion to Dismiss in MDL 2047, Civil Action No.: 2:10-cv-00384:

**IT IS ORDERED** that Defendant, GENERAL FIDELITY INSURANCE COMPANY's Exparte/Consent Motion for Leave to File Second Supplemental Authority in Support of its Motion to Dismiss is hereby **GRANTED**.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE