UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2:09-md-02047

**This document relates to:**

JUDGE FALLON

AMATO, ET AL. v.
LIBERTY MUTUAL INS. CO., ET AL.

MAGISTRATE WILKINSON

CASE NO. 2:10-cv-00932 (E.D. La.)

## LIMITED NOTICE OF APPEARANCE

Lisa Young, and the law firm of **VASQUEZ & TOSKO, LLP**, and Brian L. Reboul, and the law firm of **BRIAN REBOUL & ASSOCIATES, LLC,** make an appearance as counsel of record for:

1. **Vicinity Drywall, Inc.**

Appearances on behalf of the above-listed defendant are made reserving all rights to object to jurisdiction, venue and service, and preserving all defenses. Undersigned counsel respectfully request that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

Dated October 13, 2010.

          Respectfully submitted,

          **VASQUEZ & TOSKO, LLP**

         **By:** ___/s/_ *Lisa Young*_____
          **Lisa Young, Atty. at Law**
          Florida Bar No.: 935395
       Landmark Center Two
       225 E. Robinson St., Suite 525
       Orlando, FL 32801
       Tel: 1 (407) 481-9300 / Fax: 1 (407) 481-9171
       Email: lyoung17@cfl.rr.com

       ***BRIAN REBOUL & ASSOCIATES, L.L.C.***

       **By:** ___/s/_ *Brian Reboul*_____
        **Brian L. Reboul, Esq.**
        (Bar No. 02064)
       2805 Division Street, Suite 102
       Metairie, Louisiana 70002
       Tel: (504) 457-2557 / Fax: (504) 457-2559
       Email: brian@reboullaw.com

       *Attorneys for Defendant,*
       *Vicinity Drywall, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of October, 2010.

/s/ Lisa Young
**LISA YOUNG**

/s/ Brian L. Reboul
**BRIAN L. REBOUL**

3