

DEPARTMENT OF FINANCIAL SERVICES

**Division of Rehabilitation and Liquidation**
www.floridainsurancereceiver.org

September 30, 2010

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
*Via Email and U.S. Mail* **LDavis@hhkc.com**

Re:  Hernandez v. AAA Insurance, et al.

Dear Messrs. Herman and Davis:

The Florida Department of Financial Services was appointed as Receiver of Coral Insurance Company ("Coral") and Magnolia Insurance Company ("Magnolia") (collectively "the Receiver") on April 9, 2009 and April 30, 2010, respectively, by the Second Judicial Circuit Court in and for Leon County, Florida. Coral was ordered into Rehabilitation on the above date, and was ordered into Liquidation on July 26, 2010. Magnolia was immediately ordered into Liquidation on the stated date. Copies of the applicable Court Orders are enclosed for your review.

The Receiver has been provided with a copy of your lawsuit prior to any known attempts at service of process and is aware that Coral and Magnolia are named in the lawsuit. Pursuant to the provisions in the Orders, as well as Florida Statutes Section 631.041, an automatic stay applies to "the commencement... of judicial, administrative or other action or proceeding against the insurer or against its assets or any part thereof." The Receiver cannot accept service of this lawsuit against these insolvent insurers, and your action against the insurers is stayed by virtue of Florida law and the Liquidation Orders. Should you proceed to serve or prosecute your case against Coral or Magnolia, you will be in violation of the Stay of Proceedings.

I attempted to reach you by telephone to discuss the above but did not receive a return phone call, and therefore write this letter to confirm that you will not attempt to serve or pursue your action against these two Defendants. Should you have any questions, please contact either myself at (786) 336-1371, or Yami Torviso at (786) 336-1382.

Sincerely,

Jody E. Collins
Senior Attorney

Enclosures

Cc: Clerk of Court, Case No. 10-3070 Sec. L (w/o encl)

Jody E. Collins • Senior Attorney
Division of Rehabilitation and Liquidation
P.O. Box 0817 • Miami, FL 33152-0817 • Tel. 786-336-1371 • Fax 305-499-2273
Email • Jody.Collins@myfloridacfo.com
Affirmative Action • Equal Opportunity Employer