UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2047 JUDGE: FALLON |
| **This Document relates to** *Silva v. Arch Insurance Co., et al* **(09-8034),** *Boutte v. E. Jacob Construction, et al* **(10-1464),** *Amato v. Liberty Mutual Insurance Company, et al* **(10-932)** | * * * * * * | MAG: WILKINSON |

* * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, The North River Insurance Company, who moves this Honorable Court for an order enrolling KEVIN F. RISLEY as additional counsel of record, *pro hac vice*, pursuant to Pre-Trial Order No. 1, on behalf of Defendant in the above-captioned matters. Mr. Risley is with the law firm of THOMPSON, COE, COUSINS & IRONS, L.L.P. Additionally, the attorneys of LOBMAN, CARNAHAN, BATT, ANGELLE & NADER, PLC, and THOMPSON, COE, COUSINS & IRONS, L.L.P., named below remain as counsel of record for The North River Insurance Company.

This 13th day of October 2010.

                                                      Respectfully submitted,

                                                      ___/s Eric B. Berger____
                                                      SIDNEY J. ANGELLE, #1002

ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana  70130
(504) 586-9292     FAX (504) 586-1290

-and-

BRIAN S. MARTIN, *pro hac vice*
KEVIN F. RISLEY, *pro hac vice*
RODRIGO "DIEGO" GARCIA, JR., *pro hac vice*
SUZANNE M. PATRICK, *pro hac vice*
THOMPSON COE COUSINS & IRONS, L.L.P.
One Riverway
Suite 1600
Houston, TX 77056
(713) 403.8372  Fax: 713.403.8299

**Attorneys for The North River Insurance Company**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _13th_ day of _October_, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　__/s Eric B. Berger_