UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2047 JUDGE: FALLON |
| **This Document relates to** | * | MAG: WILKINSON |
| *Silva v. Arch Insurance Co., et al* (09-8034), | * * | |
| *Boutte v. E. Jacob Construction, et al* (10-1464), | * * | |
| *Amato v. Liberty Mutual Insurance Company, et al* (10-932) | * * | |
| * * * * * * * * * * * * | * | |

**ORDER GRANTING MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

Considering the foregoing Motion to Enroll Additional Counsel of Record, filed by The North River Insurance Company,

**IT IS HEREBY ORDERED** that Kevin F. Risley be enrolled as additional counsel of record for The North River Insurance Company.

New Orleans, this _____ day of October, 2010

_____
UNITED STATES DISTRICT JUDGE