UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| MONA BURKE, WIFE OF/AND THOMAS E. BURKE, IV | * * * | MAG. WILKINSON |
| Versus | * * | 10-1840 |
| DAELEN OF TANGIPAHOA, L.L.C., ABC CORP., AND STATE FARM FIRE AND CASUALTY COMPANY | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR LEAVE OF COURT TO FILE REPLY IN SUPPORT OF ITS RULE 12(b)(6) MOTION TO DISMISS

Defendant State Farm Fire and Casualty Company ("State Farm"), appearing through undersigned counsel files this Motion for Leave to File a Reply Memorandum in Response to Plaintiff's Memorandum in Opposition to State Farm's Rule 12 (b) (6) Motion to Dismiss. State Farm filed its Motion to Dismiss and Plaintiff on August 3, 2010, Dkt. 4748 filed an opposition to the Motion. State Farm now seeks leave of court to file a brief reply to Plaintiff's Memorandum in Opposition.

WHEREFORE State Farm respectfully requests that the Court grant it leave to file the attached Reply Memorandum and Attached Exhibit into the record of these proceedings

1

This 13th day of October, 2010.

    Adrianne L. Baumgartner

    _____
    **ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
    **DARRIN M. O'CONNOR (#24582)**
    **EMILY S. MORRISON (#18351)**
    PORTEOUS, HAINKEL & JOHNSON
    408 North Columbia Street
    Covington, LA 70434
    Telephone: (985) 893-4790
    abaumgartner@phjlaw.com
    doconnor@phjlaw.com
    emorrison@phjlaw.com

    **CHARLES L. CHASSAIGNAC (#20746)**
    PORTEOUS, HAINKEL & JOHNSON, LLP
    343 Third Street, Suite 202
    Baton Rouge, Louisiana 70801-1309
    Telephone: (225) 383-8900
    cchassaignac@phjlaw.com

    **Attorneys for State Farm Fire and Casualty Company**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Defendants State Farm Fire and Casualty Company's Reply in Support of Its Rule 12(b)(6) Motion to Dismiss has been served upon counsel for Plaintiffs Mona Burke Wife of/and Thomas E. Burke, IV, Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically

2

3

filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 13th day of October, 2010.

                                                      /s/ Adrianne L. Baumgartner  
                                                      **ADRIANNE L. BAUMGARTNER**