UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| | | MAG. WILKINSON |
| MONA BURKE, WIFE OF/AND THOMAS E. BURKE, IV | * * * | |
| | | 10-1840 |
| Versus | * * | |
| DAELEN OF TANGIPAHOA, L.L.C., ABC CORP., AND STATE FARM FIRE AND CASUALTY COMPANY | * * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER</u>**

Considering the foregoing:

**IT IS ORDERED**  that State Farm's Ex Parte Motion for Leave of Court to File a Reply Memorandum to Plaintiff's Opposition to State Farm's  12 (b) (6) Motion  To Dismiss is GRANTED.

1

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Eastern District of Louisiana is hereby directed to receive State Farm's Reply Memorandum and Exhibits into the record of this proceeding.

NEW ORLEANS, LOUISIANA , this _____ day of October , 2010.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA