# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | : : : | MDL NO: 2047 |
| THIS APPLIES TO: DEAN and DAWN AMATO, et al. v. LIBERTY MUTUAL INSURANCE COMPANY, et al. | : : : : : | SECTION: L  JUDGE: FALLON MAG. JUDGE WILKINSON |
| Case No.    2:10-cv-00932-EEF-JCW | : : | |

### DEFENDANT PARALLEL DESIGN AND DEVELOPMENT LLC'S
### MOTION TO DISMISS FOR LACK OF JURISDICTION

Defendant, Parallel Design and Development, LLC ("Parallel Design"), by counsel, for its motion to dismiss the claims of the plaintiffs under Fed. R. Civ. P. Rules 12(b)(2) ("Motion to Dismiss"), relies on the arguments articulated in its memorandum in support of its motion to dismiss for lack of jurisdiction ("Memorandum").  Specifically, Parallel Design and Development, LLC is not subject to and has not submitted to the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against it. A Motion to Dismiss was previously filed in response to the Original Complaint. This Motion is filed Motion in response to plaintiffs' Amended Omnibus Class Action Complaint (V).

WHEREFORE Parallel Design requests this Court to enter an order: (i) granting its Motion to Dismiss; (ii) finding a lack of general jurisdiction over Parallel Development; (iii) finding a lack of specific jurisdiction over Parallel Development; and (iii) awarding it such further relief as the Court deems appropriate.

**PARALLEL DESIGN & DEVELOPMENT, LLC**


By: /s/ Dannielle C. Hall-McIvor
   Of Counsel


Christopher J. Wiemken (VSB #43299)
E: cwiemken@taylorwalkerlaw.com
John Franklin, III (VSB #13267)
E: jfranklin@taylorwalkerlaw.com
Dannielle Hall-McIvor (VSB #74098)
E: dhall-mcivor@taylorwalkerlaw.com
TAYLORWALKER, PC
555 E. Main Street, Suite 1300
Norfolk, VA 23510
T: (757) 625-7300
F: (757) 625-1504
*Counsel for Parallel Design & Development, LLC*

## CERTIFICATE OF SERVICE

      I certify that on October 13, 2010, this Motion to Dismiss was served on plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047..


Dannielle C. Hall-McIvor


Christopher J. Wiemken (VSB #43299)
E: cwiemken@taylorwalkerlaw.com
John Franklin, III (VSB #13267)
E: jfranklin@taylorwalkerlaw.com
Dannielle Hall-McIvor (VSB #74098)
E: dhall-mcivor@taylorwalkerlaw.com
TAYLORWALKER, PC
555 E. Main Street, Suite 1300
Norfolk, VA 23510
T: (757) 625-7300
F: (757) 625-1504
*Counsel for Parallel Design & Development, LLC*