IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL NO: 2047 |
| | SECTION: L |
| THIS APPLIES TO: KENNETH and BARBARA WILTZ, et al. v. BEIJING NEW BUILDING MATERIALS PUBLIC LTD., et al. Case No. 2:10-cv-361-EEF-JCW | JUDGE: FALLON MAG. JUDGE WILKINSON |

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA:
COUNTY / CITY OF _____:

BEFORE ME, the undersigned authority, personally came and appeared:

DAVID IOBST

Who, after being duly sworn, did state as follows:

1. He is the Managing Member of Parallel Design and Development, LLC, a Virginia limited liability company, with its principal place of business located in Williamsburg, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of Parallel Design and Development, LLC.

3. He is of proper age, of sound mind, and capable for providing this Affidavit.

4. Parallel Design and Development, LLC is not authorized to do, and has never done, any business in the State of Louisiana.

EXHIBIT 1

5. Parallel Design and Development, LLC is licensed to do business in the Commonwealth of Virginia and is a company that is in the business of managing construction projects for development companies.

6. Parallel Design and Development, LLC does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. He is not personally, or in his capacity as Managing Member of Parallel Design and Development, LLC, aware of Parallel Design and Development, LLC performing any work in the State of Louisiana.

8. Parallel Design and Development, LLC has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. Parallel Design and Development, LLC has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. Parallel Design and Development, LLC does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. Parallel Design and Development, LLC does not, and has never solicited any business in the State of Louisiana.

By: _____
DAVID IOBST
Managing Member
Parallel Design and Development, LLC


COMMONWEALTH OF VIRGINIA
~~CITY~~/COUNTY OF  NORTHAMPTON , to-wit:

The foregoing instrument was acknowledged before me this 3rd day of _____June_____, 2010, by David Iobst.

_____
NOTARY PUBLIC

My Commission Expires:_____
My Registration Number:_____


Commonwealth Of Virginia
Mary Randolph Stuart - Notary Public
Commission No. 157067
My Commission Expires 3/31/2014