STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO CASE NO. 2:09-cv-07628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## THE RYLAND GROUP, INC.'S OBJECTION TO BANNER SUPPLY COMPANY'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION

Defendant Homebuilder, The Ryland Group, Inc. ("**Ryland**"), by and through its undersigned counsel, and pursuant to *Fed.R.Civ.P.* 26, hereby objects to the First Set of Interrogatories and First Request for Production (collectively, the "**Discovery**"), propounded upon Ryland by Banner Supply Company ("**Banner**").

Without waiving, and subject to general and specific objections to be asserted if Banner's Discovery requests ever become proper and relevant, Ryland objects to Banner's Discovery on the basis that there are no current claims or defenses pending between Ryland and Banner, thus Banner's Discovery has no relevance to any party's claim or defense.  As a result, Banner's Discovery is outside of the scope and limits set forth in Rule 26, *Fed.R.Civ.P.*

/s/ Stephen E. Walker
Neal A. Sivyer
Florida Bar No. 373745
Stephen E. Walker
Florida Bar No. 0497851
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

1

## CERTIFICATE OF SERVICE

      I HEREBY certify that on October 14, 2010, this document has been served on Plaintiffs' Liaison Counsel, Hugh P. Lambert, Esq., and Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

                                                        /s/ Stephen E. Walker
                                                            Stephen E. Walker