IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | : : : | MDL NO: 2047 SECTION: L |
| THIS APPLIES TO: DEAN and DAWN AMATO, et al. v. LIBERTY MUTUAL INSURANCE COMPANY, et al. | : : : : : | JUDGE: FALLON MAG. JUDGE WILKINSON |
| Case No.    2:10-cv-00932-EEF-JCW | : : | |

### NOTICE OF HEARING

Please take notice that defendant, Parallel Design & Development, LLC, has filed the attached motion to dismiss ("Motion to Dismiss").

Please take further notice that the Motion to Dismiss will be brought on for hearing on November 3, 2010 at 9:00 AM before the Hon. Judge Eldon E Fallon.

**PARALLEL DESIGN & DEVELOPMENT, LLC**

By: /s/ Dannielle C. Hall-McIvor
     Of Counsel

Christopher J. Wiemken (VSB #43299)
E: cwiemken@taylorwalkerlaw.com
John Franklin, III (VSB #13267)
E: jfranklin@taylorwalkerlaw.com
Dannielle Hall-McIvor (VSB #74098)
E: dhall-mcivor@taylorwalkerlaw.com
TAYLORWALKER, PC
555 E. Main Street, Suite 1300
Norfolk, VA 23510
T: (757) 625-7300
F: (757) 625-1504
*Counsel for Parallel Design & Development, LLC*

**CERTIFICATE OF SERVICE**

      I certify that on October 14, 2010, this Motion to Dismiss was served on plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047..


Dannielle C. Hall-McIvor


Christopher J. Wiemken (VSB #43299)
E: cwiemken@taylorwalkerlaw.com
John Franklin, III (VSB #13267)
E: jfranklin@taylorwalkerlaw.com
Dannielle Hall-McIvor (VSB #74098)
E: dhall-mcivor@taylorwalkerlaw.com
TAYLORWALKER, PC
555 E. Main Street, Suite 1300
Norfolk, VA 23510
T: (757) 625-7300
F: (757) 625-1504
*Counsel for Parallel Design & Development, LLC*

G:\Harbor Walk Development ads. Germano\Motions\Parallel (Amato) Notice for Motion to Dismiss (10.14.10).doc