UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047 |
| THIS DOCUMENT RELATES TO: | JUDGE: FALLON |
| Amato v. Liberty Mutual Insurance Company, et al. - Case No. 2:10-cv-00932 (E.D. La.) | MAG.: WILKINSON |

### CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Atlantic Casualty Insurance Company, and in compliance with Rule 7.1 of the Federal Rules of Civil Procedure avers that it is a surplus lines insurance carrier domiciled and organized under the laws of the State of North Carolina, and its parent corporation, and the only publicly held corporation which owns ten percent (10%) or more of its stock, is the Strickland Insurance Group, Inc., a North Carolina corporation with its principal place of business in the State of North Carolina.

                    Respectfully submitted,

                    DEGAN, BLANCHARD & NASH

                    */s/ Jill A. Waltz*
                    Sidney W. Degan, III (No. 4804)
                    James A. Rowell (No. 21393), T.A.
                    Jill A. Waltz (#28081)
                    400 Poydras Street, Suite 2600
                    New Orleans, Louisiana 70130
                    Telephone: 504-529-3333
                    Facsimile:  504-529-3337
                    ***Attorneys for Atlantic Casualty Insurance Co.***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Corporate Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of October, 2010.

                                                  */s/ Jill A. Waltz*
                                                  Jill A. Waltz