**CT Corporation**    1209 Orange Street    302 777 0220 tel
Wilmington, DE 19801    www.ctlegalsolutions.com



October 11, 2010

United States District Court: Eastern District
500 Poydras Street, Room C-151,
New Orleans, LA 70130

Re: Kenneth and Barbara Wiltz, Pltfs. vs. Beijing New Building Materials Public Ltd.Co., et al. including Home DevCo LLC, Dfts.

Case No. 10-361    Sect L

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Anita Montez
Process Specialist

Log# 517417542

FedEx Tracking# 791608602802

cc: Russ Herman
    Herman, Herman, Katz & Cotlar, LLP
    820 O'Keefe Avenue,
    New Orleans, LA 70113