**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

    Plaintiffs,

v.

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

    Defendants.
_____/

Case No: 2:10-cv-00384

Judge: Fallon

Magistrate: Wilkinson

### DEFENDANT GENERAL FIDELITY INSURANCE COMPANY'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS

  Defendant, General Fidelity Insurance Company ("General Fidelity"), by and through undersigned counsel, submits this Second Notice of Supplemental Authority in support of its Motion to Dismiss.

  On September 10, 2010, the Southern District of Florida denied the underlying plaintiff Katherine Foster's Motion to Dismiss or Stay filed in a parallel case styled: *General Fidelity Insurance Co. v. Katherine Foster, Northstar Holdings, Inc., Northstar Homes, Inc., and North Holdings at B & A, LLC*, Case 9:09-cv-80743-KMM (S.D. Fla.). *See* Order,

attached as Exhibit 1.

Dated: October 13, 2010

Respectfully submitted,

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
srawls@butlerpappas.com
RYAN K HILTON, ESQ.
Florida Bar No.: 0304610
rhilton@butlerpappas.com
ROBERT J. WITMEYER, ESQ.
Florida Bar No.: 10249
rwitmeyer@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

and

ANDREW L. PLAUCHÉ, JR., ESQ.
Louisiana Bar No.: 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3800
New Orleans, LA 70139-3800
Tel: 504-582-1142
Fax: 504-582-1172

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant General Fidelity Insurance Company's Second Notice of Supplemental Authority In Support of Its Motion to Dismiss has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of October, 2010.

/s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ