UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047<br>SECTION: L<br>JUDGE: FALLON |
| **This Document Relates to:**<br>*Robert C. Pate, et al. versus American International Specialty Lines Insurance, et al.*<br>*Case No. 2:09-cv-07791 (E.D.La.)* | * * * * * | MAG: WILKINSON |

****************************************************************************

**OWNERS INSURANCE COMPANY'S SUPPLEMENTAL RESPONSE TO PLAINTIFF ROBERT C. PATE'S INTERROGATORIES AND REQUESTS FOR THE PRODUCTION OF DOCUMENTS CONCERNING JURISDICTION AND VENUE**

Pursuant to the Court's September 2, 2010 Minute Entry (Rec. Doc. 5450), Owners Insurance Company ("Owners") hereby supplements its discovery responses dated August 12, 2010. In accordance with Paragraph 1(i) of the Court's Minute Entry, Owners confirms that all responses, save for the states of incorporation, are the exact same for all of Owners' Related Entities.[1] Further, in accordance with the Court's September 2, 2010 Minute Entry (p. 3), Owners limits its supplemental responses to information dating back five (5) years, instead of the ten (10) years requested by PSC and Pate.

**ANSWERS TO INTERROGATORY NOS. 1-12, 14-29:**

Neither the Court's September 2, 2010 Minute Entry nor oral reasons stated during

---

[1] *See* Affidavit of Kathleen Lopilato attached to Owners' Unopposed Motion to Substitute Exhibit to Owners' Opposition to PSC and Pate's Motion to Compel, dated August 31, 2010, which states that all responses on behalf of Owners are the same for Owners' parent corporation, Auto-Owners Insurance Company. (Rec. Doc. 5420; ¶ 4).


EXHIBIT A

the hearing requires Owners to provide supplemental responses to Interrogatory Nos. 1-12, 14-29 as Owners fully responded to same. Therefore, see Owners' Objections and Responses to Pate's discovery requests dated August 12, 2010.

**INTERROGATORY NO. 13:**

Identify the number of claims that You have paid to Louisiana residents or entities in the past 10 years and the total amount of those claims.

**ANSWER TO INTERROGATORY NO 13:**

Pursuant to Paragraph 1(d) of the Court's Minute Entry stating that "Plaintiff's request that certain non-stipulating insurers provide discovery responses concerning…processing of insurance claims in Louisiana…[is] granted as it pertains to Owners, but with the understanding Owners is permitted time to clarify its contested responses" and notwithstanding Owners' original objections in its August 12, 2010 discovery responses, Owners and its Related Entities provide the following responsive information, Owners and its Related Entities paid the following to Louisiana claimants:

2005:   70 claims totaling $593,343.73.

2006:   61 claims totaling $481,743.92.

2007:   62 claims totaling $502,399.70.

2008:   79 claims totaling $516,627.76.

2009:   74 claims totaling $431,381.04.

Respectfully submitted:

**LEAKE & ANDERSSON, LLP**

*/s/ Amanda W. Vonderhaar*

_____

JERRY L. SAPORITO, T.A.  (#11717)
E-mail:  jsaporito@leakeandersson.com
AMANDA W. VONDERHAAR (#31350)
E-mail:  avonderhaar@leakeandersson.com
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Tel:  (504) 585-7500
Fax: (504) 585-7775

-AND-

**MORROW, ROMINE & PEARSON P.C.**

*/s/ Roger S. Morrow*

_____

ROGER S. MORROW (AL Bar No. 4980-M60R)
E-mail:  rsmorrow@mrplaw.com
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742

*Attorneys for Owners Insurance Company, Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

|  |  |  |  |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| ( ) | Electronic mail | ( X ) | Lexis Nexis File & Serve |

New Orleans, Louisiana this 14th day of September, 2010.

*/s/ Amanda W. Vonderhaar*
_____
**AMANDA W. VONDERHAAR**

Cp:/39862/Response to Interrogatories & Requests for the Production of Documents concerning Jurisdiction and Venue.doc#4289

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

   *TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 33224745 |
| **Submitted by:** | Natalie Nunley, Leake & Andersson LLP |
| **Authorized by:** | Amanda W Vonderhaar, Leake & Andersson LLP |
| **Authorize and file on:** | Sep 14 2010 2:31PM CDT |
| **Court:** | LA US District Court Eastern District E-Service-Chinese Drywall |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Products Liability-Chinese Drywall |
| **Case Type:** | Chinese Drywall |
| **Case Number:** | 2:09cv07791 |
| **Case Name:** | Pate et al vs American International Specialty Lines Insurance Co et al |
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 3768/39862 (Pate) |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**1 Document(s)**
**Attached Document, 4 Pages   Document ID: 32893337**                                   PDF Format | Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Discovery Response | Public | $0.00 | |

**Document title:**
Owners Insurance Company's Supplemental Response to Plaintiff Robert C. Pate's Interrogatories and Requests for the Production of Documents Concerning Jurisdiction & Venue

Expand All

**⊟ Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Owners Insurance Co | Defendant | Vonderhaar, Amanda W | Leake & Andersson LLP | Attorney in Charge |

**⊞ Recipients (795)**

   ⊞ Service List (795)

   ⊟ Additional Recipients (0)

**⊞ Case Parties**

[ Begin a New Transaction ]    [ Return to My File & Serve ]    [ Print ]    [ Transaction Report ]

**LexisNexis**  |  About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2010 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.