Page 1

```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
_____
                              §   MDL NO. 2047
IN RE:                        §
CHINESE-MANUFACTURED          §   SECTION: L
DRYWALL PRODUCTS LIABILITY    §
LITIGATION                    §
_____§   JUDGE FALLON
                              §
THIS DOCUMENT RELATES TO      §
PATE v. AMERICAN INTERNATIONAL§   MAG. JUDGE
SPECIALTY LINES INSURANCE     §    WILKINSON
COMPANY, ET AL  (09-7791)     §
_____§
```

SEPTEMBER 16, 2010

- CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

DISCOVERY TESTIMONY

- - -

      30(b)(6) Deposition of Auto-Owners Insurance Company, by and through its authorized representative, KATHLEEN LOPILATO, ESQUIRE held at the offices of LEAKE & ANDERSSON, LLP, 1100 POYDRAS STREET, SUITE 1700, New Orleans, Louisiana, commencing at 9:14 a.m., on the above date, before Dixie B. Vaughan, Certified Court Reporter (LA), Registered Professional Reporter, Certified LiveNote Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.

ph 877.370.3377 | fax 917.591.5672

deps@golkow.com



5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

```
                                                                Page 2
 1                              I N D E X
 2                                              PAGE
 3      APPEARANCES                              3
 4      EXAMINATION
 5           BY MR. STECKLER                     4
 6           BY MR. SAPORITO                    131
 7      RE-EXAMINATION
 8           BY MR. STECKLER                    134
 9      CERTIFICATION                           149
10
11                      INDEX OF EXHIBITS
12                   (Exhibits are attached.)
13                                              PAGE
14      EXHIBIT #1   NOTICE OF 30(b)(6)           6
                     DEPOSITION
15
        EXHIBIT #2   2009 ANNUAL STATEMENT OF    10
16                   AUTO-OWNERS INSURANCE
                     COMPANY - CORPORATE
17                   STRUCTURE
18      EXHIBIT #3   INTERROGATORY NO. 13        63
19
20
21
22
23
24
```

5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

Page 65

1    anything from auto to a personal bar fight.
2         Q.   It could be auto, it could be a bar
3    fight, it could be construction, it could be -- it
4    might be a barge, it could be anything?
5         A.   Yeah.  I'm not aware of a barge.
6         Q.   I don't know.  I'm just saying.
7         A.   Okay.
8         Q.   They could come from a variety of
9    different avenues?
10        A.   They could, yes.  We would not know
11   without a manual review of each file.
12        Q.   So you don't know what claims these
13   were?
14        A.   Not specifically, no.
15        Q.   And you don't know why there were 340
16   over five years other than this is what you were
17   able to locate, correct?
18        A.   Right.
19        Q.   Did any of these involve Louisiana
20   companies that you're aware of?
21        A.   Without looking at each claim file, I
22   wouldn't be able to give you a valid answer.  When
23   you say -- I'm assuming as a claimant, correct?
24        Q.   Right.  Either as a claim against a

5b1e676c-dd2f-47f6-a36d-c5832a09da6e