Page 1

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
_____
                                §   MDL NO. 2047
IN RE:                          §
CHINESE-MANUFACTURED            §   SECTION: L
DRYWALL PRODUCTS LIABILITY      §
LITIGATION                      §
                                §   JUDGE FALLON
_____    §
                                §
THIS DOCUMENT RELATES TO        §
PATE v. AMERICAN INTERNATIONAL  §   MAG. JUDGE
SPECIALTY LINES INSURANCE       §    WILKINSON
COMPANY, ET AL  (09-7791)       §
                                §
_____    §
```

SEPTEMBER 16, 2010

- CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

DISCOVERY TESTIMONY

- - -

30(b)(6) Deposition of Auto-Owners Insurance Company, by and through its authorized representative, KATHLEEN LOPILATO, ESQUIRE held at the offices of LEAKE & ANDERSSON, LLP, 1100 POYDRAS STREET, SUITE 1700, New Orleans, Louisiana, commencing at 9:14 a.m., on the above date, before Dixie B. Vaughan, Certified Court Reporter (LA), Registered Professional Reporter, Certified LiveNote Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.

ph 877.370.3377 | fax 917.591.5672

deps@golkow.com


EXHIBIT F

Confidential - Subject to Further Confidentiality Review

1        I N D E X
2                                              PAGE
3    APPEARANCES                                 3
4    EXAMINATION
5         BY MR. STECKLER                        4
6         BY MR. SAPORITO                      131
7    RE-EXAMINATION
8         BY MR. STECKLER                      134
9    CERTIFICATION                             149
10
11                 INDEX OF EXHIBITS
12              (Exhibits are attached.)
13                                             PAGE
14   EXHIBIT #1   NOTICE OF 30(b)(6)              6
                  DEPOSITION
15
     EXHIBIT #2   2009 ANNUAL STATEMENT OF       10
16                AUTO-OWNERS INSURANCE
                  COMPANY - CORPORATE
17                STRUCTURE
18   EXHIBIT #3   INTERROGATORY NO. 13           63
19
20
21
22
23
24

Confidential - Subject to Further Confidentiality Review

Page 131

1  arose in Louisiana but claims were not necessarily
2  paid in Louisiana?
3      A.   To Louisiana residents, right, yeah.
4      Q.   Okay.  All right.
5  MR. STECKLER:
6          Thank you.  I think I'm done, yeah.
7  Have a nice trip home.
8  MR. SAPORITO:
9          I have a couple of questions.
10                     EXAMINATION
11 BY MR. SAPORITO:
12     Q.   Is Auto-Owners or Owners Insurance or
13 any of those other companies that we've been
14 discussing licensed to do business in the state of
15 Louisiana?
16     A.   They are not.
17     Q.   Auto-Owners or Owners Insurance or those
18 other companies, do they write insurance in
19 Louisiana?
20     A.   They do not.
21     Q.   Does Auto-Owners or Owners Insurance or
22 the other companies that we've been talking about
23 maintain any offices within the state of
24 Louisiana?

5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

1        A.    They do not.
2        Q.    Do Auto-Owners or Owners or any other
3   insurance companies that we've been speaking about
4   maintain any employees in the state of Louisiana?
5        A.    They do not.
6        Q.    Does Auto-Owners or Owners or these
7   other companies have any agents in the state of
8   Louisiana?
9        A.    They do not.
10       Q.    Does Auto-Owners or Owners or these
11   other companies that we've been talking about have
12   any Louisiana insureds?
13       A.    They do not.
14       Q.    Does Auto-Owners or Owners or the other
15   companies we've been talking about solicit any
16   business in Louisiana?
17       A.    They do not.
18       Q.    Does Owners -- Auto-Owners or Owners or
19   the other companies we've been talking about
20   advertise for any business in Louisiana, whether
21   it be radio, TV, billboards, et cetera?
22       A.    They do not.
23       Q.    Does Auto-Owners or Owners or any of the
24   companies that we've been talking about have any

Confidential - Subject to Further Confidentiality Review

Page 133

1  registered agents for the service of process --
2       A.   They do not.
3       Q.   -- in Louisiana?
4       A.   They do not.
5       Q.   The 340 claims that we have been talking
6  about in the production from years 2005 to 2009,
7  are those all claims that are in litigation?  Are
8  those all lawsuits?
9       A.   They are not.
10      Q.   Do you have any idea whether most of
11 them are or most of them aren't in litigation?
12      A.   Most of them would not be.  Just that --
13 and that I base that on our general claims
14 experiences, something less than 20 percent
15 actually end up in litigation generally.
16      Q.   And then the actual lawsuits that
17 counsel showed you previously, I believe there
18 were four lawsuits, one from -- well, running from
19 1969 to 1980.  Have you seen any of those lawsuits
20 before today, or do you have any reason to review
21 any of those lawsuits before today?
22      A.   No.
23      Q.   Am I correct that my memory was, there
24 were approximately four lawsuits spanning these