UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL Docket No. 09-2047

SECTION L
IN RE: CHINESE MANUFACTURED          JUDGE FALLON
DRYWALL PRODUCTS LIABILITY           MAGISTRATE JUDGE WILKINSON
LITIGATION

THIS DOCUMENT RELATES TO THE
FOLLOWING CASE
Foster v. Northstar Holdings, Inc., et al.
No. 09-4320

_____/

### PLAINTIFF'S RENEWED MOTION TO AMEND COMPLAINT[1]

Plaintiff Katherine Foster, by and through her counsel, respectfully moves this Honorable

Court for an Order to amend her Complaint.  A copy of the proposed order is appended hereto as

Exhibit A. This motion is brought pursuant to Fed. R.Civ.P. 15(a).

Plaintiff Foster seeks to amend her complaint to make her allegations consistent with new

scientific research and testing that has been completed (and remains ongoing) regarding the

Chinese drywall at issue in this MDL proceeding.   This new research was completed

subsequently to the filing of Foster's initial complaint.  The substantial scientific research which

has been conducted in both the public and private sectors has helped determine the mechanisms

which render Chinese manufactured drywall defective and cause the damage to real and personal

property in homes where it is installed.  Plaintiff Foster must amend the allegations in her

complaint to reflect this new scientific evidence for purposes of determining whether insurance

_____

1.  Plaintiff Foster previously filed this motion on July 16, 2010 with the Court.  The clerk removed it from the docket as a result of certain technical errors in the form of the motion. Plaintiff Foster has corrected those matters and is refiling this motion requesting leave to amend her complaint.

coverage exists in a declaratory judgment action now pending in Florida.  A copy of the Amended Complaint that Plaintiff Foster requests leave to file is attached hereto as Exhibit B.

Leave to amend should be granted because amendments should be "freely given," there is no undue delay, bad faith or dilatory motive on the part of Plaintiff Foster in seeking this amendment, nor would any of the Defendants be unduly prejudiced by the proposed amendment. Undersigned counsel does not believe that Counsel for Defendant Northstar will object to this relief and will advise the Court of Northstar's position shortly.

Respectfully submitted,

Robert B. Brown, III
Florida Bar No. 621609
Bruce Steckler
Texas State Bar No. 00785039
**BARON & BUDD, P.C**
2665 South Bayshore Drive, Suite #220
Miami, FL  33133
Tel. 786-837-5444; Fax 786-837-5445
bbrown@baronbudd.com
bsteckle@baronbudd.com

**Attorneys for Katherine L. Foster, Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of October, 2010.

Robert B. Brown, III (Florida Bar No. 621609)