MINUTE ENTRY
FALLON, J.
OCTOBER 14, 2010

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: All Cases | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Russ Herman, Esq. For PSC
　　　　　　　Joe Cyr, Esq. For Taishan

1.   Plaintiffs' Steering Committee's ("PSC") Motion to Lift the Stay as to Various Pending Motions (R. 5572, 5628)

Argument-GRANTED IN PART, DENIED IN PART and CONTINUED IN PART as follows:

　　　The Court GRANTED the Motion insofar as to schedule the following motions for hearing within ten days: the PSC's Rule to Show Cause Why Attorneys Austin Gower, Don Barrett, Patrick Pendley, Dewitt Lovelace, William Gaudet, and David Matthews Should Not Appear Before the Court Regarding Their Conduct That Interferes With This Court's Continuing Jurisdiction Over This Litigation (R. 5012); the PSC's Motion to Enjoin Conflicting State Court Proceedings in Muscogee County, Georgia That Interfere With This Court's Continuing Jurisdiction Over This Litigation (R. 5011); Lowe's Home Centers, Inc.'s ("Lowe's") Opposition to Plaintiffs' Motion to Intervene in *Gross* (R. 5069); and Lowe's Motion to Stay (R. 5066).  The Court will confer with counsel after the conference to select a briefing and hearing schedule.

　　　The Court CONTINUED the Motion to the next monthly status conference on December 2, 2010, insofar as the following motions, in order to allow the parties involved therein to focus on the remediation program and personal jurisdiction discovery,: Plaintiffs' Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co. in *Vickers* and *Payton* (R. 5564); Plaintiffs' Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief in *Silva* (R. 5567); Plaintiffs' Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowners Class for Property Damage Against Knauf in *Payton* (R. 5570).

JS10:   :20

In Re: Chinese Drywall                                                                 MDL 2047
October 14, 2010                                                                       Page 2


      The Court GRANTED the Motion insofar as it permits the parties involved in Plaintiffs' Motion for Class Certification in *Germano* (R. 3293) to conduct discovery primarily involving personal jurisdiction, but DENIED the Motion insofar as setting Plaintiffs' Motion for Class Certification in *Germano* (R. 3293) for hearing at this time.

      The Court GRANTED the Motion insofar as it pertains to Plaintiffs' Motion for Leave to Amend Third Amended Complaint in *Vickers* (R. 5562) and immediately set this Motion for hearing.  Additionally, upon considering the substantive merits of Plaintiffs' Motion for Leave to Amend Third Amended Complaint in *Vickers* (R. 5562), the Court ORDERED that this Motion be GRANTED.