MINUTE ENTRY
FALLON, J.
OCTOBER 18, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Arnold Levin, Leonard Davis, and Fred Longer participated on behalf of the Plaintiffs' Steering Committee ("PSC") . Don Barrett, Frank Liantonio, and William Gaudet participated on behalf of Lowe's Home Centers, Inc. ("Lowe's"). Pursuant to the Court's Order of October 14, 2010, the parties discussed with the Court an appropriate briefing and hearing schedule for the following motions: the PSC's Rule to Show Cause Why Attorneys Austin Gower, Don Barrett, Patrick Pendley, Dewitt Lovelace, William Gaudet, and David Matthews Should Not Appear Before the Court Regarding Their Conduct That Interferes With This Court's Continuing Jurisdiction Over This Litigation (R. 5012); the PSC's Motion to Enjoin Conflicting State Court Proceedings in Muscogee County, Georgia That Interfere With This Court's Continuing Jurisdiction Over This Litigation (R. 5011); Lowe's Opposition to Plaintiffs' Motion to Intervene in *Gross* (R. 5069); and Lowe's Motion to Stay (R. 5066). Accordingly, IT IS ORDERED that responses to these motions are to be filed by October 21, 2010. IT IS

JS10(00:10)

FURTHER ORDERED that a hearing with oral argument on the motions is SCHEDULED for November 3, 2010, at 9:00 a.m. in the Courtroom of Judge Eldon Fallon.