UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| CHARLENE AND TATUM HERNANDEZ, Individually, and on behalf of others similarly situated, ET AL<br><br>Plaintiffs,<br><br>v.<br><br>AAA INSURANCE, ET AL<br><br>Defendants. | CASE NO.: 10-3070<br><br>SECT.: L; MAG.: 2<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMAND |
|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, John T. Culotta and Darren A. Patin of the firm Hailey, McNamara, Hall, Larmann & Papale, LLP who enter their appearance as counsel of record for the Defendants, Louisiana Citizens Property Insurance Company.

RESPECTFULLY SUBMITTED this the 19th day of October, 2010.

BY: HAILEY, MCNAMARA, HALL, LARMANN & PAPALE, LLP

*s/ Darren A. Patin*
JOHN T. CULOTTA, #17272
jculotta@hmhlp.com
DARREN A. PATIN, #23244
dpatin@hmhlp.com
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Counsel for Defendants, Louisiana Citizens Property Insurance Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 19th day of October, 2010.

*s/ Darren A. Patin*
**DARREN A. PATIN**