**CT Corporation**   1200 S. Pine Island Road   954 473 5503 tel
Plantation, FL 33324   www.ctlegalsolutions.com



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    OCT 18 2010

LORETTA G. WHYTE
CLERK

October 14, 2010

US District Court, Eastern District of Louisiana
500 Poydras Street,
New Orleans, LA  70130-3353    4(2)

Re:  In Re: Chinese-Manufactured Drywall Products Liability Litigation, Wiltz, et al., Pltfs. vs. Beijing New Building Materials Public Limited Co., et al. including McCar Homes, Inc., Dfts.

Case No.  2:10-cv-00361

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

*Lucretia Connaughton*

Lucretia Connaughton
Process Specialist

Log# 517439890

FedEx Tracking# 794011268610

cc:  Arnold Levin
     Levin, Fishbein, Sedran & Berman
     510 Walnut Street,
     Suite 500,
     Philadelphia, PA  19106-3697

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____