MINUTE ENTRY
FALLON, J.
OCTOBER 20, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO:  Pate v. American International Specialty  Lines Insurance Company, et al (09-7791) | JUDGE FALLON  MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Arlene Movahed

Appearances: Lenny Davis, Esq. & Bruce Steckler, Esq. For PSC & Robert Pate, Trustee
 Jerry Saporito, Esq., Roger Morrow, Esq. & Amanda Vonderharr, Esq.
  For Owners Insurance Company

Plaintiffs' Second Joint Motion to Compel (5640)

Argument - Granted. The Court ordered Owners Insurance Company to produce to the plaintiffs every tenth (10th) claim of the 344 claims. The parties shall report to the Court when this is completed. Said report shall include time and expenses and should be submitted not later than two (2) weeks from this date.
Also, plaintiffs are allowed additional time to file their responses to Owners' Motion to Dismiss, specifically, after the claims discovery is produced and reviewed.


JS10:  :19