UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JOYCE W. ROGERS, et al vs. KNAUF GIPS, KG, et al Case No. 2:10-CV-362 | * * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

**ORDER GRANTING DEFENDANT VILLA DEVELOPMENT, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Villa Development, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  20th  day of October, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE