UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL Docket No. 09-2047

SECTION L
IN RE: CHINESE MANUFACTURED                JUDGE FALLON
DRYWALL PRODUCTS LIABILITY                 MAGISTRATE JUDGE WILKINSON
LITIGATION

THIS DOCUMENT RELATES TO THE
FOLLOWING CASE
Foster v. Northstar Holdings, Inc., et al.
No. 09-4320

_____/

## ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of the Plaintiff's Unopposed Renewed Motion to Amend Complaint, it is hereby ORDERED that said motion is GRANTED. Plaintiff Foster is hereby directed to file her Amended Complaint.

By the Court,

_____
JUDGE ELDON E. FALLON