Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0416

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--84 Lumber Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __PA__ ) ss.
County of: __WASHINGTON__ )

**Name of Server:** __CARMEN J CICCARELLI__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __6TH__ day of __OCTOBER__, 20 __10__, at __1:50__ o'clock __P__ M

**Place of Service:** at __1019 Route 519__, in __Eighty Four, PA  15330__

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
84 Lumber Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __RUTH HEINEN (AUTHORIZED TO ACCEPT)__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __WHITE__; Hair Color __GRAY__; Facial Hair _____
Approx. Age __55__; Approx. Height __5'6__; Approx. Weight __150__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carmen Ciccarelli 10/6/10_
Signature of Server

Subscribed and sworn to before me this __7TH__ day of __OCTOBER__, 20 __10__

_[signature]_
Notary Public          (Commission Expires)

**APS International, Ltd.**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert D. Stauffer Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2013
Member, Pennsylvania Association of Notaries