Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0084

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes of North West Florida, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **ESCAMBIA** )

**Name of Server:** **GLENROY LITTLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1** day of **OCT**, 20 **10**, at **3:03** o'clock **P** M.

**Place of Service:** at **3000 Gulf Breeze Parkway**, in **Gulf Breeze, FL 32563**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Adams Homes of North West Florida, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **DON ADAMS AS CFO**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **65**; Skin Color **WHITE**; Hair Color **GRAY**; Facial Hair **NONE**
Approx. Age **65**; Approx. Height **6,1**; Approx. Weight **190**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Little #503*
Signature of Server

Subscribed and sworn to before me this **4th** day of **October**, 20 **10**

Notary Public          (Commission Expires)

APS International, Ltd.

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064