Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0038

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Anthony Raggs
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade**

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25** day of **Sept.**, 20 **10**, at **9:50** o'clock **A** M

Place of Service: at **10810 NW 19th Avenue**, in **Miami, FL 33167**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Anthony Raggs**

☐ By personally delivering them into the hands of the person to be served.

☒ By delivering them into the hands of **Betty Raggs Mother**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Anthony Raggs** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair _____
Approx. Age **65**; Approx. Height **5'6**; Approx. Weight **200**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **30** day of **Sept**, 20 **10**

Notary Public State of Florida
Sonia E Rodriguez
My Commission DD845267
Expires 02/23/2013