UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |
| *Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.* (10-178) | |
| *Northstar Holdings, Inc., et al. v. General Fidelity, Inc., Co.* (10-384) | |

**PLAINTIFFS' AND PSC'S MOTION FOR LEAVE
TO FILE UNDER SEAL THE MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

On motion of Plaintiff, Robert C. Pate, as Trustee for the Chinese Drywall Trust ("Pate"); the Plaintiffs' Steering Committee (the "PSC"); Plaintiffs, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc. ("Centerline"); and Plaintiffs, Northstar Holdings, Inc., Northstar Homes, Inc., and Northstar Holdings at B&A, LLC ("Northstar") (collectively, "Plaintiffs"), who upon suggesting to the Court that they have filed a Memorandum of Law in Opposition to the Motions to Dismiss for Lack of Personal Jurisdiction filed by Defendants Mid-Continent Casualty Company ("Mid-Continent") [Docket Nos. 2156, 2843, 2282]; FCCI Commercial Insurance Company and FCCI Insurance Company ("FCCI") [Docket No. 2147]; Owners Insurance Company ("Owners") [Docket No. 3302]; and NGM Insurance Company ("NGM") [Docket No. 3174] (collectively, "Defendants"), seek leave to permit said filing under seal.  The Plaintiffs desire and request leave

of court to file the Memorandum of Law, and exhibits thereto, under seal, as the Memorandum of Law, and exhibits thereto, discuss and disclose confidential information, as defined in the Court's Pretrial Order No. 16.

October 20, 2010                                       Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
Plaintiffs' Lead Counsel
MDL 2047

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm. LLC |
| 701 Poydras Street, Suite 3650 | P.O. Drawer H |
| New Orleans, LA 70139 | 106 W. Seventh Street |
| Phone: (504) 524-3300 | Reserve, LA 70084 |
| Fax: (504) 524-3313 | Phone: (985) 536-1186 |
| Barrios@bkc-law.com | Fax: (985) 536-6445 |
| | dbecnel@becnellaw.com |

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson,
Matthews, Martinez, Gonzales,
Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell,
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
& Warshauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**INDIVIDUAL COUNSEL FOR PLAINTIFF ROBERT C. PATE,
TRUSTEE FOR THE CHINESE DRYWALL TRUST**

Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
P: 212-278-1000
F: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

Burton LeBlanc
Baron & Budd, P.C.
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
Phone: (225) 927-5441
Fax: (225) 927-5449
bleblanc@baronbudd.com

**INDIVIDUAL COUNSEL FOR PLAINTIFFS CENTERLINE HOMES, INC.,
CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II,
LLC, AND CENTERLINE HOMES AT GEORGETOWN, LLC**

Peter R. Goldman
Vanessa M. Serrano
Broad and Cassel
100 S.E. Third Ave., Suite 2700
Fort Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile:  (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

**INDIVIDUAL COUNSEL FOR PLAINTIFFS NORTHSTAR HOLDINGS, INC., NORTHSTAR HOMES, INC., AND NORTHSTAR HOLDINGS AT B & A, LLC**

>Michael K. Wilson
>Broad and Cassel
>390 N. Orange Avenue, Suite 1400
>Orlando, FL  32801
>Telephone:  (407) 839-4200
>Facsimile:  (407) 425-8377
>mkwilson@broadandcassel.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of October, 2010.

>/s/ Leonard A. Davis
>Leonard A. Davis