UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |
| *Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.* (10-178) | |
| *Northstar Holdings, Inc., et al. v. General Fidelity, Inc., Co.* (10-384) | |

**PLAINTIFFS' AND PSC'S MEMORANDUM
OF LAW IN OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS FOR LACK OF
JURISDICTION (INCLUDING EXHIBITS)**

# FILED UNDER SEAL