**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |
| *Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.* (10-178) | |
| *Northstar Holdings, Inc., et al. v. General Fidelity, Inc., Co.* (10-384) | |

**PLAINTIFFS' AND PSC'S MEMORANDUM OF LAW**
**IN SUPPORT OF MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Plaintiff, Robert C. Pate, as Trustee for the Chinese Drywall Trust ("Pate"); the Plaintiffs' Steering Committee (the "PSC"); Plaintiffs, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc. ("Centerline"); and Plaintiffs, Northstar Holdings, Inc., Northstar Homes, Inc., and Northstar Holdings at B&A, LLC ("Northstar") (collectively, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby file this Memorandum of Law in Support of their Motion for Leave to Exceed Page Limitation for their Memorandum of Law in Opposition to the Motions to Dismiss for Lack of Personal Jurisdiction filed by Defendants Mid-Continent Casualty Company ("Mid-Continent") [Docket Nos. 2156, 2843, 2282]; FCCI Commercial Insurance Company and FCCI Insurance Company ("FCCI") [Docket No. 2147]; Owners Insurance Company ("Owners") [Docket No. 3302]; and NGM Insurance Company ("NGM") [Docket No. 3174] (collectively, "Defendants") (the "Memorandum"), and respectfully request

that this Court enter an Order allowing Plaintiffs to exceed the twenty-five (25) page limitation for the Memorandum, and as grounds therefore state as follows:

1. Local rule 73.8.1E states that "[e]xcept with prior permission of the judge, no trial brief or memorandum supporting or opposing a motion shall exceed 25 pages in length." L.R. 7.8.1E.

2. Defendants in the related matters have separately filed four Motions to Dismiss.

3. Plaintiffs and Defendants have agreed that Plaintiffs may file their responses to the four Motions to Dismiss collectively in one Memorandum of Law.

4. Due to the complex nature of the related cases and the multiple defendants, Plaintiffs' Memorandum of Law in Opposition to the Motions to Dismiss for Lack of Personal Jurisdiction exceeds the twenty-five (25) page limitation.

WHEREFORE, Plaintiffs respectfully request that the instant Motion be granted and that an Order be entered permitting Plaintiffs' Memorandum of Law in Opposition to the Motions to Dismiss for Lack of Personal Jurisdiction filed by Defendants to exceed the twenty-five (25) page limitation, together with such other and further relief that the Court deems just and proper under the circumstances.

October 20, 2010				Respectfully submitted,

					/s/ Leonard A. Davis
					Russ M. Herman, Esquire (Bar No. 6819)
					Leonard A. Davis, Esquire (Bar No. 14190)
					Stephen J. Herman, Esquire (Bar No. 23129)
					HERMAN, HERMAN, KATZ & COTLAR, LLP
					820 O'Keefe Avenue
					New Orleans, Louisiana 70113
					Phone: (504) 581-4892
					Fax: (504) 561-6024
					LDavis@hhkc.com
					Plaintiffs' Liaison Counsel
					MDL 2047

                                        Arnold Levin
                                        Fred S. Longer
                                        Matthew C. Gaughan
                                        Levin, Fishbein, Sedran & Berman
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106
                                        215-592-1500 (phone)
                                        215-592-4663 (fax)
                                        Alevin@lfsblaw.com
                                        Plaintiffs' Lead Counsel
                                        MDL 2047

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com | Daniel E. Becnel, Jr.<br>Becnel Law Firm. LLC<br>P.O. Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com |
| Victor Manuel Diaz<br>Podhurst Orseck, P.A.<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>vdiaz@podhurst.com | Bruce William Steckler<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>bsteckler@baronbudd.com |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson,<br>Matthews, Martinez, Gonzales,<br>Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com | Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell,<br>Echsner & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com |

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
& Warshauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**INDIVIDUAL COUNSEL FOR PLAINTIFF ROBERT C. PATE,
TRUSTEE FOR THE CHINESE DRYWALL TRUST**

Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
P: 212-278-1000
F: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

Burton LeBlanc
Baron & Budd, P.C.
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
Phone: (225) 927-5441
Fax: (225) 927-5449
bleblanc@baronbudd.com

**INDIVIDUAL COUNSEL FOR PLAINTIFFS CENTERLINE HOMES, INC.,
CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II,
LLC, AND CENTERLINE HOMES AT GEORGETOWN, LLC**

Peter R. Goldman
Vanessa M. Serrano
Broad and Cassel
100 S.E. Third Ave., Ste. 2700
Fort Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile:  (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

**INDIVIDUAL COUNSEL FOR PLAINTIFFS NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND NORTHSTAR HOLDINGS AT B & A, LLC**

Michael K.  Wilson
Broad and Cassel
390 N. Orange Avenue, Suite 1400
Orlando, FL  32801
Telephone:  (407) 839-4200
Facsimile:  (407) 425-8377
mkwilson@broadandcassel.com

- 6 -

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all counsel of record by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20h day of October, 2010.

                                      /s/ Leonard A. Davis
                                      Leonard A. Davis