# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |
| *Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.* (10-178) | |
| *Northstar Holdings, Inc., et al. v. General Fidelity, Inc., Co.* (10-384) | |

## ORDER GRANTING PLAINTIFFS' AND PSC'S
## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Considering Plaintiffs' and Plaintiffs' Steering Committee's Motion for Leave to Exceed Page Limitation, with regard to their Memorandum of Law in Opposition to the Motions to Dismiss for Lack of Personal Jurisdiction filed by Defendants,

IT IS ORDERED BY THE COURT that the Motion for Leave to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of October 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE