Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0033

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--ARM Structural, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: Donna Baden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of October, 20 10, at 11:20 o'clock A M

Place of Service: at 3616 South West 108th Avenue, in Miami, FL 33165

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**ARM Structural, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Maria Martin Mother of Anthony Martin

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Red ; Facial Hair _____
Approx. Age 55 ; Approx. Height 5'5 ; Approx. Weight 175

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 6 day of Oct, 20 10

Notary Public  (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013