Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0246

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Hinds** )

Name of Server: **Jimmy H Taylor**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **04** day of **October**, 20 **10**, at **1130** o'clock **A**.M

Place of Service: at 2950 Layfair Dr., Ste. 101, in Flowood, MS 39232

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **John Shows - Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Br**; Facial Hair **No**
Approx. Age **65**; Approx. Height **6'0**; Approx. Weight **170**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **04** day of **October**, 20

Notary Public (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 91582
COURTNEY NICOLE BOUNDS
Commission Expires
Nov. 5, 2012
MADISON COUNTY