**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED                       MDL NO.:  2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                                                            SECTION: L

                                                                          JUDGE FALLON

This Document Relates to Rogers et al, v. Knauf
Gips KG, et al; Case No.  2:10-CV-0362              MAG. JUDGE WILKINSON
                                                        /

**NOTICE OF CHANGE OF ADDRESS**

        Bilzin Sumberg Baena Price & Axelrod LLP, counsel for K. Hovnanian First Homes,

LLC, gives notice of their change of address and requests that all further pleadings, motions,

notices and any other filed documents be sent to the address below :

        BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
        1450 Brickell Avenue
        Suite 2300
        Miami, Florida 33131-3456

All telephone numbers, facsimile numbers and email addresses shall remain the same.

Dated: October 21, 2010        Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant KHFH
1450 Brickell Avenue
Suite 2300
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:    /s/ *Melissa Pallett-Vasquez*
       ROBERT W. TURKEN, ESQ.
       Florida Bar No. 306355
       rturken@bilzin.com
       ADAM F. HAIMO, ESQ.
       Florida Bar No. 502731
       ahaimo@bilzin.com
       MELISSA PALLETT-VASQUEZ, ESQ.
       Florida Bar No.  715816
       mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Change of Address has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of October, 2010.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez