923 Del Prado Blvd. Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2615 Fax

# R. Fry Builders, Inc.

## CONTRACT

THIS AGREEMENT made and entered into this __3rd day of May__, __2005__ by and between R. FRY BUILDERS, INC., Builder, and ____Scott Diehl____, purchaser, presently residing at: 2364 Castile Court, San Jose, CA 95125
Telephone: Home # __408-723-0369__   Cell # __408-605-5511__   Fax # _____
E:Mail address:

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT:   **Dove Model**

Address:   16 NW 12th Place., Cape Coral, Florida 33993
Block __3650__ Lot 58+59  Unit 48  Pb.  17 Pg. 140
Strap #  10-44-23-c4-03650.0580

| | |
|---|---|
| TOTAL PRICE OF HOME | $ 202,200.00 |
| LESS DEPOSIT | ($ 2,000.00) |
| TOTAL | $ 200,200.00 |
| LESS 10% DUE | ($ 20,020.00) |
| TOTAL | $ 180,180.00 |
| POOL PACKAGE | $ 27,000.00 |
| TOTAL TO BE DISBURSED | $ 207,180.00 |

Purchases agrees to pay the Builder, the sum of $ 229,200.00
(Two hundred twenty nine thousand, two hundred and 00/00)

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from __Cape Coral Building Dept__. This contract is also subject to the granting of a Loan by Watermark Lending / _____.
IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

1. Ten percent (10%) due at Bank Closing not to be deducted from first draw: $ 20,020.00
2. Proceeds of the above loan in the amount of $ 207,180.00
3. $ 7,000.00 Closing Costs to be dispersed at Bank Closing
4. Commissions payable to Watermark Real Estate(Stefan Damianov) $ 4,968.00 at Bank Closing
5. Pool draws to be paid separate from construction draws $ 27,000.00 Allowance

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                           ACCEPTANCE BY BUILDER:

_Scott Diehl_   5-3-2005             _____  5/06/05
                  Date                R. Fry Builders, Inc.    Date

_____
         Date

*Quality Craftsmanship in Southwest Florida since 1981*

925 Del Prado Blvd. Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

# R. Fry Builders, Inc.

## Dove Specifications

R. Fry Builders, Inc. hereby called the Builder, does agree that the Builder will supply all labor and materials for the construction of a single family residence for Scott Diehl per blueprints provided and accepted.

**STRUCTURAL & CONSTRUCTION FEATURES & MATERIALS**
4 bedroom 3 baths
CBS with stucco finish
All Grading, Fill & Clearing - ALLOWANCE $6,700.00
2-course stem wall
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1-year subterranean termite warranty
4" steel reinforced concrete foundation w/vapor barrier
Concrete Driveways and sidewalks per plot plan
Interior wall framing 16" on center (wood)
Engineered roof trusses w/hurricane straps
Plywood Sheathing or equivalent on roof
Steel reinforced concrete tie beam
Pre-cast concrete windowsills
Exterior Paint- choice of one color for house and one color for banding
Interior Paint – Choice of Colors
Inside garage walls finished and painted
Ventilated aluminum soffit and fascia
Dimensional, fungus resistant fiberglass asphalt roof shingles
    Thirty (30) year guarantee –choice of colors
White aluminum framed windows w/screens
Cultured Marble windowsills
R-30 insulation in ceilings
4.2 Fi Foil installed on exterior block walls of living area
R-11 Kraft faced batts installed on exterior frame walls
Central heat & air conditioning
Textured drywall on interior walls
Pex-Pipe water lines

**ELECTRICAL FEATURES:**
Garage door opener with 2 remotes
200 amp electrical service
Washer & dryer outlets
Pre-wire for 3 phone & 3 TV outlets
Pre-wire for ceiling fans - per blueprint
2 smoke detectors
Door chimes
Wire for Jacuzzi with jets
Lighting Allowance $1,000.00

**KITCHEN FEATURES:**
Raised Panel Mica Cabinet Doors – Wood Grain Color
Granite countertops With Stainless Steel undermount sink
Icemaker line
Appliance Package Includes: $2,300.00 Allowance
    Micro over range
    Smooth top range
    23 cf. s/s refrigerator
    Dishwasher – 5 speed

*Quality Craftsmanship in Southwest Florida since 1981*

**BATHROOM FEATURES:**

Raised Panel Mica vanity doors & cultured marble tops
1 gal water closets elongated
Anti-scald valve guard on shower faucet
Mirror over vanities
Mirrored medicine cabinets
**Jacuzzi tub with jets**
Ceramic wall tile in wet area (white or almond) Allowance $2,000.00
Moen single lever faucets

**OTHER ITEMS INCLUDED:**

Carpet & Tile in Kitchen, Baths, Entry and Utility Room Allowance $5,500.00
Ventilated closet shelving
Trussed patio roof w/screen across rear
40-gallon energy efficient water heater
Overhead steel garage door with openers
All exterior doors metal
Floritam Sod & Landscaping per City Code
Irrigation System
Custom raised panel bi-fold doors
Colonial base molding
Colonial door casing
Pull down stairway to access attic
Panel shutters – as required per code
Cathedral ceiling where noted
Permit fees
Builders Risk Insurance
Impact fees as of contract signing – to include Utility Impact fee
Well and Septic Equipment
Interest Payments included
Pool Package: Spraycrete deck, 28' x 14' pool  Allowance $27,000.00
   ( Allowance does not include Retaining wall , Spa, or Heater unless specified in separate Pool Contract)

**Culvert determined by City of Cape Coral at time of driveway stakeout (cost of culvert not included in contract)

Note: There will be a $200.00 change order charge, per change, for any change requiring a modification to the plans once the full set of plans has been completed. This charge is payable at the time change is model

Total Contract Amount: $ 229,200.00

Scott Diehl    5-3-2005               R. Ery Builders Inc.    5/20/05
               Date                                            Date

_____
            Date

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

4. Construction is to be completed within nine (9) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five (5) working days per calendar week, unless delayed by strike, building materials shortages, newly established requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. **Owner shall not unreasonably delay the closing because of minor work that does not interfere with occupancy.** Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed and additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency or its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal two block foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual sod connotations and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, to provide proper grade or any expenses caused by rock or other adverse sub-sod conditions will be borne by Owner.

8. **Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours.** Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependents, guests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner, for himself and his heirs, hereby waive and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9. Pricing in the Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 30 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this election must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee Increases will be passed onto buyer at time of enforcement.

10. Improvement allowances are Builder's best estimates at the time of contract signing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances. Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11. This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12. Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond a mason's control. Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13. The Builder will connect to public water and/or sewer lines a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14. Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground electric and/or telephone service when required will be borne by the Owner.

15. If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

16. It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17. It is understood and agreed that the Owners will not assign this contract without the prior written consent of the contractor.

18. The Builder is not responsible for any water damage created by a lawn sprinkler system.

BUYER(S):                                BUILDER:

_Scott Ache_ (signature)                 _(signature)_

_____                  Date: _5-3-2005_