```
                    C I T Y   O F   C A P E   C O R A L
                    ------ CERTIFICATE OF OCCUPANCY ------
                              P E R M A N E N T


                    ISSUE DATE:        1/17/07

LOCATION: 16 NW 12TH PL

STRAP #: 10-44-23-C4-03650-0580         PERMIT #: 05-00029824

OWNER INFORMATION:                      OCCUPANCY TYPE  : RESIDENTIAL 1 & 2 FA
    DIEHL SCOTT
    2364 CASTILE CT                     CONST. TYPE     : TYPE VI UNSPRK/UNPRO
    SAN JOSE, CA 95125-4919
                                        ALLOWABLE OCC CONTENT:

CONTRACTOR INFORMATION:                 ALLOWABLE FLOOR LOAD :
    FRY RANDY A
    R FRY BUILDERS INC                  GAC UNIT            :    48-0
    923 DEL PRADO BL SOUTH #203
    CAPE CORAL, FL 33990-3628           PLAT BOOK PAGE# :   06
    (941)772-2666                       # OF PLATTED LOTS:              2.0000
    COMPETENCY #:                       ZONING              :    R1B
    REG OR STATE LIC: CBC023132
                                        TYPE OF WORK        :    NEW CONSTRUCTION

                                        NUMBER OF STORIES   :            1.00

                                        FLOOD ELEVATION     :

                                        FLOOD CODE          :               B

                                        NUMBER OF BEDROOMS  :            4.00

                                        NUMBER OF BATHROOMS :            3.00

                                        TOTAL DWELLING UNITS :           1.00

                                        TOTAL BLDG SIZE     :         3069.00
```

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.  THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE  1/17/07               _____
                            DEPT. OF COMMUNITY DEVELOPMENT
                            VOID UNLESS SIGNED BY BUILDING OFFICIAL