UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, ET AL. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, KG., et al. | * | |
| Case No. 2:09-cv-7628-EEF-JCW | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, R. Fry Builders, Inc.'s, Motion to Dismiss, with Prejudice, the Claims Brought Against it in the Amended Omnibus Class Action Complaint in Intervention shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 21st day of December, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

**AKERMAN SENTERFITT**

BY:      /s/ Stacy Bercun Bohm
Stacy Bercun Bohm (Fla. Bar No. 022462)
Valerie B. Greenberg. (Fla. Bar No. 26514)
Leslie Miller Tomczak (Fla. Bar No. 126489)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Telecopier: (954) 463-2224
Email:  stacy.bohm@akerman.com
          valerie.greenberg@akerman.com
          leslie.tomczak@akerman.com
**LEAD COUNSEL FOR DEFENDANT R. FRY BUILDERS, INC.**

{FT719887;1}
PD.4014350.1

**PHELPS DUNBAR LLP**

BY:       /s/ Brent B. Barriere
      Brent B. Barriere (La. Bar No. 2818)
      Susie Morgan (La. Bar No. 9715)
      D. Skylar Rosenbloom (La Bar No. 31309)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: Brent.barriere@phelps.com
            Susie.morgan@phelps.com
            Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT, R. FRY BUILDERS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Hearing on Defendant, R. Fry Builder's, Motion to Dismiss, with Prejudice, the Claims Brought Against it in the Amended Omnibus Class Action Complaint in Intervention* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of October, 2010.

                                      /s/   Leslie Miller Tomczak