UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL CASES | MAG. JUDGE WILKINSON |

### *VEREEN* CLASS MEMBERS' MEMORANDUM IN OPPOSITION TO PSC'S RULE TO SHOW CAUSE

**NOW INTO COURT**, through undersigned counsel, come *Vereen* Class Counsel, Patrick W. Pendley, Don Barrett, Dewitt Lovelace and Austin Gower, who respectfully submit this Memorandum in Opposition to the PSC's Motion for Order to Show Cause Why Attorneys Austin Gower, Esq., Don Barrett, Patrick W. Pendley, Dewitt Lovelace, William B. Gaudet, and David Matthews Should Not Appear Before The Court.[1] In response, *Vereen* Class Counsel adopts and incorporates those arguments set forth in Lowe's Home Centers, Inc.'s Memorandum in Opposition to PSC's Purported Rule to Show Cause. For the reasons stated therein, Patrick W. Pendley, Don Barrett, Dewitt Lovelace and Austin Gower ask this Court to deny the PSC's Rule to Show Cause.

---

[1] The Court should be aware that all clients represented by David Matthews were referred to Patrick Pendley and Pendley, Baudin & Coffin, L.L.P.

Dated: October 21, 2010                    Respectfully submitted,

                                                    **CLASS COUNSEL FOR *VEREEN***
                                                    **CLASS MEMBERS**

*/s/ Patrick W. Pendley*
Patrick W. Pendley
Nicholas R. Rockforte
Pendley, Baudin & Coffin, L.L.P.
P.O. Drawer 71
Plaquemine, LA 70765
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
pwpendley@pbclawfirm.com

Don Barrett
Don Barrett, PA
404 Court Square
P.O. Box 927
Lexington, MS 39095

Dewitt Lovelace
Lovelace Law Firm, PA
12870 U.S. Hwy. 98 West
Miramar Beach, FL 32550

Austin Gower
1425 Wynnton Rd
P.O. Box 5509
Columbus, GA 31906

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of October, 2010.

                                                       */s/ Patrick W. Pendley*