UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JOYCE W. ROGERS, et al vs. KNAUF GIPS KG, et al Case No. 2:10-cv-362-EEF-JCW | * * * * * | JUDGE FALLON  MAG. WILKINSON |

### DEFENDANT C L ARCHITECTS & CONTRACTORS CORP.'S MOTION TO EXCEED PAGE LIMITATION

Defendant pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, C L Architects & Contractors Corp. ("C L Architects") hereby files this Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests that this Court enter an Order allowing C L Architects to exceed the twenty-five (25) page limitation for its Motion for the reasons set forth in the attached Memorandum of Law filed in support of this Motion.

WHEREFORE, Defendant C L Architects & Contractors Corp. respectfully requests that the instant Motion be granted and that an Order be entered permitting C L Architects' Motion to exceed the twenty-five (25) page limitation, together with such other and further relief that the Court deems just and proper under the circumstances.

<pre>
                              KREBS, FARLEY & PELLETERI, P.L.L.C.

                              /s/ Charles B. Long
                              CHARLES B. LONG (#22824)
                              THOMAS H. PEYTON (#32635)
                              400 Poydras Street, Suite 2500
                              New Orleans, Louisiana   70130
                              Telephone:    504-299-3570
                              Facsimile:    504-299-3582
                              E-mail:       clong@kfplaw.com
                              E-mail:       tpeyton@kfplaw.com
                              ATTORNEYS FOR DEFENDANT
                              C L ARCHITECTS & CONTRACTORS CORP
</pre>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of October, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

<pre>
                              /s/ Charles B. Long
                              CHARLES B. LONG
</pre>