UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| JOYCE W. ROGERS, et al | * | |
| vs. | * | |
| KNAUF GIPS KG, et al | * | |
| Case No. 2:10-cv-362-EEF-JCW | * | MAG. WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

CARLOS LANZA

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for CL Architects and Contractors, Corp., ("CL Architects"), and as such, has personal knowledge of the following based on his review of records maintained by CL Architects in the regular course of business.

2. CL Architects is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Miami-Dade County, Florida.

3. CL Architects is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.



4. CL Architects has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. CL Architects has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. CL Architects does not have an agent for service of process in Louisiana.

7. CL Architects does not have any bank accounts in Louisiana or own any property in Louisiana.

8. CL Architects does not solicit business in Louisiana or ever transacted business in Louisiana.

9. CL Architects has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. CL Architects does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. CL Architects has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, CL Architects never anticipated it would be haled into court in Louisiana.

_____
CARLOS LANZA

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 7th DAY OF September, 2010.

_____
NOTARY PUBLIC

CARMEN J. GARCIA
MY COMMISSION #DD662212
EXPIRES: MAY 4, 2011
Bonded through 1st State Insurance

2

# Standard Form of Agreement Between Owner and Contractor for a Small Project

*where the Basis of payment is a STIPULATED SUM*

*Because this document has important legal consequences, we encourage you to consult with an attorney before signing it. Some states mandate a cancellation period or require other specific disclosures, including warnings for home improvement contracts, when a document such as this will he used for Work on the Owner's personal residence. Your attorney should insert all language required by state or local law to he included in this Agreement. Such statements may be entered in the space provided below, or if required by law, above the signatures of the parties*

This **AGREEMENT** is made:
*(Date)*                         May 1, 2006

**BETWEEN** the Owner:           Mr. & Mrs. Antonio Lanza
                                 9465 SW 149 Street
                                 Miami, FL 33176

and the Contractor:              C L Architects & Contractors Corp.
                                 9840 SW 148 Terrace
                                 Miami, Florida 33176

for the following Project:
                                 New Single Family Residence located at 9465 SW 149 Street in the Miami-Dade County, Florida
                                 Legal Description:
                                 Lots 9, Block 1 of Dearing Point Subdivision, according to the Plat thereof as recorded in Plat Book 151, Page 75 of the Public Records of Dade County Florida

The Architect Is:
                                 Burgos Lanza Architects

The Owner and Contractor agree as follows


EXHIBIT B

## ARTICLE 1

### THE CONTRACT DOCUMENTS

The contractor shall complete the Work described in the Contract Documents for the project. The Contract Documents consist of:

.1 This Agreement signed by the Owner and Contractor;

.2 General conditions of the Contract for Construction of a Small Project;

.3 The Drawings and Specifications prepared by the Architect, dated and initialized by the Owner and Contractor;

.4 The Drawings prepared by the Architect enumerated as follows:

Drawings:

| | | |
|---|---|---|
| A – 1 | A – 5 | AC – 1 |
| A – 2 | S – 1 | AC – 2 |
| A – 3 | S – 2 | E - 1 |
| A – 4 | S – 3 | P - 1 |

Specifications:

N/A

.5 addenda prepared by the Architect as follows:

N / A

.6 written change orders or orders for minor changes in the Work issued after execution of this Agreement; and

.7 other documents, if any, identified as follows:

N / A

## ARTICLE 2

### DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION DATE

**The date** of commencement shall be the date of this Agreement unless otherwise indicated below. The contractor shall substantially complete the Work not later than      Eight (8) Months
subject to adjustment by Change Order.
*(Insert the date or number of calendar days after the date of commencement.)*

Commencement date shall be two (2) weeks after contract approved and/or construction documents approved by the building department.

## ARTICLE 3

### CONTRACT SUM

3.1 Subject to additions and deductions by Change Order, the Contract Sum is:

Four hundred fifty-five thousand four hundred forty and 00/100  ($455,400.00)

3.2 For purposes of payment, the Contract Sum includes the following values related to portions of the Work.

| Portion of Work | Value |
|---|---|
| Brick Pavers | $ 5,145.00 |
| Shower Enclosure / Mirrors | $ 1,885.00 |
| Cabinets (raised panel doors) | $ 6,055.00 |
| Granite Top (kitchen) | $ 5,400.00 |

| | |
|---|---|
| Closet Shelving | $     620.00 |
| Ceramic Tile | $10,825.00 |
| Carpet | $  2,685.00 |
| Imitation Keystone & Banding (textured foam) | $  6,950.00 |
| Bathroom Accessories | $     295.00 |
| Marble Window Sills | $     615.00 |
| Balcony Railing & Stair Railing | $  5,790.00 |

**3.3** The Contract Sum shall include all items and services necessary for the proper execution and completion of the Work.

## ARTICLE 4

## PAYMENT

**4.1** Based on Contractor's Applications for Payment certified by the Architect, the Owner shall pay the Contractor as follows:
*(Here insert payment procedures and provisions for retainage, if any.)*

| | |
|---|---|
| 20% | Upon completion of concrete foundation. |
| 20% | Upon Roof Framing and Roof. |
| 10% | Upon Mechanical Systems Complete |
| 15% | Upon completion of Rough Finishes. |
| 25% | Construction Complete |
| 10% | Upon Certificate of Occupancy. |

**4.2** Payments due and unpaid under the Contract Documents shall bear interest from the date payment is due at the rate of    Seven (7%) Percent    ,or in the absence thereof, at the legal rate prevailing at the place of the Project.

*(Usary laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principal places of business, the location of the Project and elsewhere may affect the validity of this provision.)*

## ARTICLE 5

## INSURANCE

**5.1** The Contractor shall provide Contractor's Liability and other Insurance as follows:
*(Insert specific insurance required by the Owner.)*

    The World of Insurance:

        General Liability
        Workers Compensation Exemption

**5.2** The Owner shall provide Owner's Liability and Owner's Property Insurance as follows:
*(Insert specific insurance required by the Owner.)*

    Builders Risk Insurance

**5.3** Certificates of insurance shall be provided by each party showing their respective coverage's prior to commencement of the Work.

## ARTICLE 6

## OTHER TERMS AND CONDITIONS

**ESCALATION CLAUSE FOR SPECIFIED BUILDING MATERIALS:**

The contract price for this construction project has been calculated based on the current prices for the component building materials. However, the market for the building materials that are hereafter specified is considered to be volatile, and sudden price increases could occur. The Builder agrees to use his best efforts to obtain the lowest possible prices from available building material suppliers, but should there be an increase in the prices of 10% or more of these specified materials that are purchased after execution of contract for use in this construction project, the Owner agrees to pay that cost increase to the Builder. Any claim by the Builder for payment of a cost increase, as provided above, shall require written notice delivered by the Builder to the Owner stating the increased cost, the building material or materials in question, and the source of supply, supported by invoices or bills of sale.

This proposal does not included the following conditions:

All permits and impact fees to be paid by owner.
Any Public Works Site work and Street Paving.
Future pool and decking
Alarm Pre-Wire Not Included
Pool safety Barrier Fence Not Included
Any additional fill besides the 12" required within the slab.
Laboratory testing such as Geotechnical and/or compaction reports.
Connection of Utilities; FPL, Bellsouth, Cable and/or gas
Plumbing, Electrical Fixtures shall be included in contract.  All appliances shall be included in Contract.

This Agreement entered into as of the day and year first written above.

**OWNER**

_____
(Signature)

_____
(Printed name, title and address

_____

_____

**CONTRACTOR**

_____
(Signature)

Carlos Lanza, President
_____
(Printed name, title and address)

C L Architects & Contractors Corp.
_____

9840 SW 148 Terrace
_____

Coral Gables, FL 33176
_____

# General Conditions of the Contract for Construction of a Small Project

GENERAL PROVISIONS

THE CONTRACT
The Contract represents the entire and integrated agreement between the parties and supersedes prior negotiations, representations or agreements, either written or oral. The Contract may be amended or modified only by written modification.

THE WORK
The term "Work" means the construction and services required by the Contract Documents, and includes all other labor, materials, equipment and services provided by the Contractor to fulfill the Contractor's obligations.

INTENT
The intent of the Contract Documents is to include all items necessary for the proper execution and completion of the Work by the Contractor. The Contract Documents arc complementary, and what is required by one shall be as binding as if required by all.

OWNERSHIP AND USE OF ARCHITECT'S DRAWINGS, SPECIFICATIONS AND OTHER DOCUMENTS
Documents prepared by the Architect are instruments of the Architect's service for use solely with respect to this project. The Architect shall retain all common law, statutory and other reserved rights, including the copyright. They are not to be used by the Contractor or any Subcontractor, Sub-subcontractor or material or equipment supplier for other projects or for additions to this project outside the scope of the Work without the specific written consent of the Owner and Architect.

OWNER INFORMATION AND SERVICES REQUIRED OF THE OWNER
If requested by the Contractor the Owner shall furnish and pay for a survey and a legal description of the site. The Owner shall pay for all permits, fees and shall obtain and pay for other necessary approvals, easements, assessments and charges.

OWNER'S RIGHT TO STOP THE WORK
If the Contractor fails to correct Work that is not in accordance with the Contract Documents in timely manner, the Owner may direct the Contractor in writing to stop the Work until the correction is made.

OWNER'S RIGHT TO CARRY OUT THE WORK
If the Contractor defaults or neglects to carry out the Work in accordance with the Contract Documents and fails within a seven day period after receipt of written notice from the Owner to correct such default or neglect with diligence and promptness, the Owner may, without prejudice to other remedies, correct such deficiencies. In such case, a Change Order shall be issued deducting the cost of correction from payments due the Contractor.

OWNER'S RIGHT TO PERFORM CONSTRUCTION AND TO AWARD SEPARATE CONTRACTS
The Owner reserves the right to perform construction or operations related to the project with the Owner's own forces, and to award separate contracts in connection with other portions of the project. Owner shall furnish Contractor general liability insurance and workmen compensation certificates for workers, contractors and subcontractors that are to perform such Work in connection with portions of the project. The Contractor shall cooperate with separate contractors employed by the Owner. Costs caused by delays or by improperly timed activities or defective construction shall he borne by the party responsible for such Work.

CONTRACTOR: SUPERVISION AND CONSTRUCTION PROCEDURES
The Contractor shall supervise and direct the Work, using the Contractor's best skill and attention. The Contractor shall be solely responsible for and have control over construction means, methods, techniques, sequences and procedures, and for coordinating all portions of the Work. Contractor shall promptly report errors, inconsistencies, or omissions discovered to the Owner or the Architect.

CONTRACTOR: LABOR AND MATERIALS
Unless otherwise provided in the Contract Documents, the Contractor shall provide and pay for labor, materials, equipment, tools, transportation, and other facilities and services necessary for proper execution and completion of the Work. The Contractor shall deliver, handle, store and install materials in accordance with manufacturers' instructions or local building code.

CONTRACTOR: PERMITS, FEES AND NOTICES
The Contractor shall obtain the building permit and other permits and governmental licenses and inspections necessary for proper execution and completion of the Work. The Contractor shall comply with and give notices required by agencies having jurisdiction over the Work. The Contractor shall promptly notify the Owner or Architect in writing of any known inconsistencies in the Contract Documents with such governmental laws, rules and regulations.

CONTRACTOR: SUBMITTALS
The Contractor shall promptly review, approve in writing and submit to the Architect Shop Drawings, Product Data, Samples and similar submittals required by the Contract Documents. Shop Drawings, Product Data, Samples and similar submittals are not Contract Documents. Architect shall return all submittals for review in timely manner to Contractor with an approval or disapproval with comments for corrections.

CONTRACTOR: USE OF SITE
The Contractor shall confine operations at the site to areas permitted by law, ordinances, permits, the Contract Documents and the Owner.

CONTRACTOR: CUTTING, PATCHING AND CLEANING
The Contractor shall be responsible for cutting, fitting or patching required to complete the Work or to make its parts fit together properly. The Contractor shall keep the premises and surrounding area free from accumulation of debris and trash related to the Work.

ARCHITECT'S ADMINISTRATION OF THE CONTRACT
The Architect will provide administration of the Contract as described in the Contract Documents. The Architect will have authority to act on behalf of the Owner only to the extent provided in the Contract Documents. The Architect will visit the site at intervals appropriate to the stage of construction to become generally familiar with the progress and quality of the Work. The Architect will not have control over or charge of and will

not be responsible for construction means, methods, techniques, sequences or procedures, or for safety precautions and programs in connection with the work, since these are solely the Contractor's responsibility. The Architect will not be responsible for the Contractor's failure to carry out the Work in accordance with the Contract Documents. The Architect will have authority to reject Work that does not conform to the Contract Documents. The Architect will promptly review and approve or take appropriate action upon Contractor's submittals such as Shop Drawings, Product Data and Samples, but only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Architect will promptly interpret and decide matters concerning performance under and requirements of the Construction Documents on written request of either the Owner or Contractor. Interpretations and decisions of the Architect will be consistent with the intent of and reasonable inferable from the Contract Documents and will be in writing or in the form of drawings. When making such interpretations and decisions, the Architect will endeavor to secure faithful performance by both Owner and Contractor, will not show partiality to either and will not he liable for results of interpretations or decisions so rendered in good faith. The Architect's duties, responsibilities and limits of authority as described in the Contract Documents will not be changed without written consent of the Owner, Contractor and Architect. Consent shall not be unreasonably withheld.

**CHANGES IN THE WORK**
After execution of the Contract, changes in the Work may be accomplished by Change Order or by order for a minor change in the Work. The Owner, without invalidating the Contract, may order changes in the Work within the general scope of the Contract consisting of additions, deletions or other revisions, the Contract Sum and Contract Time being adjusted accordingly. A Change Order shall be a written order to the Contractor signed by the Owner and/or Architect to change the Work, Contract Sum or Contract Time. The Architect will have authority to order minor changes in the Work not involving changes in the Contract Sum or the Contract Time and not inconsistent with the intent of the Contract Documents. Such changes shall he written orders and shall be binding on the Owner and Contractor. The Contractor shall carry out such written orders promptly. All Change Orders shall be paid to Contractor in a timely manner upon execution of Change Order. If concealed or unknown physical conditions are encountered at the site that differ materially from those indicated in the Contract Documents or from those conditions ordinarily found to exist, the Contract Sum and Contract Time shall be subject to equitable adjustment.

**TIME**
Time limits stated in the Contract Documents are of the essence of the Contract. If the Contractor is delayed at any time in progress of the Work by changes ordered in the Work, or by labor disputes, fire, unusual delay in deliveries, acts of god, unavoidable casualties or other causes beyond the Contractor's control the Contract Time shall he extended by Change Order for such reasonable time as the Architect may determine.

**PAYMENTS AND COMPLETION**
The Contract Sum stated in the Agreement, including authorized adjustments, is the total amount payable by the Owner to the Contractor for performance of the Work under the Contract Documents.

**APPLICATIONS FOR PAYMENT**
The Contractor shall submit to the Owner or Architect an Application for Payment for operations completed in accordance with the values stated in the Agreement. Such application shall be supported by such data substantiating the Contractor's right to payment as the Owner or Architect may reasonably require and reflecting retainage if provided for elsewhere in the Contract Documents. The Contractor warrants that title to all Work covered by an Application for Payment will pass to the Owner no later than the time of payment. The Contractor further warrants that upon submittal of an Application for Payment, all Work for which Certificates for Payment have been previously issued and payments received from the Owner shall, to the best of the Contractor's knowledge, information and belief, be free and clear of liens, claims, security interests or other encumbrances adverse to the Owner's interests.

**PROGRESS PAYMENTS**
After the Owner or Architect has received the Application of Payment, the Owner shall make payment in the manner provided in the Contract Documents. The Contractor shall promptly pay each Subcontractor and material supplier, upon receipt of payment from the Owner, out of the amount paid to the Contractor on account of such entities' portion of the Work. Neither the Owner nor the Architect shall have responsibility for the payment of money to a Subcontractor or material supplier.

**SUBSTANTIAL COMPLETION**
Substantial Completion is the stage in the progress of the Work when the Work or designated portion thereof is sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work for its intended use. Warranties required by the Contract Documents shall commence on the dare of Substantial Completion of the Work and/or as stipulated in Limited Warranty.

**FINAL COMPLETION AND FINAL PAYMENT**
Upon receipt of a Final Inspection approval or Certificate of Occupancy from governmental agency, the Work shall be deemed to be complete and final payment shall be made to the Contractor. Final payment shall not become: due until the Contractor submits to the Owner or Architect releases and waivers of liens, and data establishing payment or satisfaction of obligations, such as receipts, claims, security interests or encumbrances arising out of the Contract. Acceptance of final payment by the Contractor. a Subcontractor or material supplier shall constitute a waiver of claims by that payee except those previously made in writing and identified by that payee as unsettled at the time of Application for Final Payment. Owner shall provided within ten (10) days of Final Payment to Contractor a Punch Item list in writing to Contractor of reasonable corrections requested by Owner. Contractor shall have thirty (30) days to correct such Punch Item list. Any subsequent Punch Item list or repairs shall be addressed according to the Limited Warranty.

**PROTECTION OF PERSONS AND PROPERTY**
The Contractor shall be responsible for initiating, maintaining and supervising all safety precautions and programs, including all those required by law in connection with performance of the Contract. The Contractor shall promptly remedy damage and loss to property caused in whole or in part by the Contractor, or by anyone for whose acts the Contractor may be liable.

**MISCELLANEOUS PROVISIONS:**

**ESCALATION CLAUSE: INCREASES IN MATERIALS COSTS**
In the event that, during construction of the improvement described herein, Contractor's costs for materials and/or labor used or to be used herein are increased by more than 10% over the Contractor's costs for same at the time this Contract was signed, for any cause(s) beyond the control of Contractor, then, and in such event(s), Contractor shall have the right to pass the entire amount of materials costs increase(s) along to Owner by adding the total amount(s) thereof to the Contract Price.

**ASSIGNMENT OF CONTRACT**
Neither party to the Contract shall assign the Contract as a whole without written consent of the other.

**TESTS AND INSPECTIONS**
Tests, inspections and approvals of the Work required by the Contract Documents or by laws, ordinances, rules, regulations or orders of public

authorities having jurisdiction shall be made at an appropriate time. If the Architect requires additional testing, the Contractor shall perform these tests. The Owner shall pay for tests except for testing Work found to be defective for which the Contractor shall pay.

**GOVERNING LAW**

The law of the place where the project is located shall govern the Contract.

**TERMINATION OF THE CONTRACT BY THE CONTRACTOR**

If the Owner fails to make payment when due or substantially breaches any other obligation of this Contract, following seven days' written notice to the Owner, the Contractor may terminate the Contract and recover from the Owner payment for Work executed and for losses with respect to income, materials, equipment and machinery, including reasonable overhead, profit and damages.

**TERMINATION OF THE CONTRACT BY THE OWNER**

The Owner may terminate the Contract if the Contractor:
1. persistently or repeatedly refuses or fails to supply enough properly skilled workers or proper materials;
2. fails to make payment to Subcontractors for materials or labor in accordance with the respective agreements between the Contractor and the Subcontractors;
3. persistently disregards laws, ordinances, or rules, regulations or orders of a public authority having jurisdiction; or
4. is otherwise guilty of substantial breach of a provision of the Contract Documents.

When any of the above reasons exist, the Owner, after consultation with the Architect, may without prejudice to any other rights or remedies of the Owner and after giving the Contractor and the Contractor's surety, if any, seven (7) days' written notice, terminate employment of the Contractor and may:
1. take possession of the site and of all materials thereon owned by the Contractor;
2. finish the Work by whatever reasonable method the Owner may deem expedient.

When the Owner terminates the Contract for one of the reasons stated above, the Contractor shall not be entitled to receive further payment until the Work is finished.

If the unpaid balance of the Contract Sum exceeds costs of finishing the Work, such excess shall be paid to the Contractor. If such costs exceed the unpaid balance, the Contractor shall pay the difference to the Owner. This obligation for payment shall survive termination of the Contract.

**THE FOLLOWING NOTICE MUST BE A PART OF ANY DIRECT RESIDENTIAL CONTRACT FOR REAL PROPERTY IMPROVEMENTS EFFECTIVE OCTOBER 1, 2003:**

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES,) THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FOOL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLETS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE ALIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPETY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY