EXHIBIT C
TABLE OF DISMISSALS

Represented by:
Don Barrett, P.A.
LOVELACE LAW FIRM, P.A.
404 Court Square
P.O. Box 987
Lexington, MS 39095
(662) 834-2376

| PLAINTIFFS | DISMISSED DOC # - DATE FILED |
|---|---|
| Abels, Shirley, 690 Waters View Drive, Biloxi, MS 39532 | 3912 – 6/23/2010 |
| Alfred, Janice, 2314 10th Street, Pascagoula, MS 39567 | 4770 – 8/3/2010 |
| Bennett, Larry, 1618 Lewis, Gulfport, MS 39501 | 4771 – 8/3/2010 |
| Clarke, Wayne G., 1205 Magnolia Street, Ocean Springs, MS 39564 | 4772 – 8/3/2010 |
| Coleman, Charles, 1600 Sunset Street, Pascagoula, MS 395 | 4773 – 8/3/2010 |
| Dixon, Perry & Deborah, 3201 Westlane, Gautier, MS 39553 | 4774 – 8/3/2010 |
| Galloway, Geraldine, 5712 Gregory Street, Moss Point, MS 39563 | 4775 – 8/3/2010 |
| Green, Patricia Stevens, 2712 Martin Street, Pascagoula, MS 39567 | 4776 – 8/3/2010 |
| Hester, Raymond, 1202 Williams Street, Pascagoula, MS 39567 | 3913 – 6/23/2010 |
| King, Jeffrey & Lauren, 4703 Seminole Drive, Pascagoula, MS 39567 | 4777 – 8/3/2010 |
| Maranoci, Terri & Terri Lee, 3907 Sculpin Street, Pascagoula, MS 39567 | 4778 – 8/3/2010 |
| Martin, David & Betty, 1716 Seacliffe Drive, Gautier, MS 39553 | 4780 – 8/3/2010 |
| Mitchell, Virgil & Rosetta, 686 North Haven Drive, Biloxi, MS 39532 | 4779 – 8/3/2010 |
| Ratliff, Krondenser Means, 2320 Westgate Parkway, Gautier, MS 39553 | 3917 – 6/23/2010 |
| Riley, Willie James, 3531 Sherlawn Drive, Moss Point, MS 39563 | 3918 – 6/23/2010 |
| Scott, Pearl, 4466 Robinhood Drive, Moss Point, MS 39563 | 3919 – 6/23/2010 |
| Sherrod, Valerie, 4300 Wisteria Drive, Moss Point, MS 39562 | 4781 – 8/3/2010 |
| Taylor, Robert & Sandra, 2223 Clevleand Avenue, Pascagoula, MS 39567 | 4782 – 8/3/2010 |
| Thiroux, Freddie & Glenda, 270 Laurel Court, Biloxi, MS 39530 | 4783 – 8/3/2010 |
| Volland, John, 4009 Ash Street, Ocean Springs, MS 39564 | 4784 – 8/3/2010 |
| Walley, Curtis & Monsue, 4401 Jamestown Road, Moss Point, MS 39563 | 4785 – 8/3/2010 |
| Washington, Eugene & Yvonne, 4819 King James Drive, Pascagoula, MS 39581 | 4786 – 8/3/2010 |
| Webster, Samuel L., 4306 Webb Street, Moss Point, MS 39562 | 4787 – 8/3/2010 |
| Wiley, William & Joan, 182 Hannibal Court, Biloxi, MS 39530 | 4788 – 8/3/2010 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | **MDL No. 2047** |
| In Re: Chinese-Manufactured Drywall | : | |
| Products Liability Litigation | : | **Section: L** |
| | : | |
| This Document Relates to: | : | |
| | : | **Judge Fallon** |
| David and Cheryl Gross, et al. v. | : | |
| Knauf Gips, KG, et al. | : | **Mag. Judge Wilkinson** |
| Case No. 09-6690 | : | |
| | : | |
| | : | |

·· ·· — ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ··

## SHIRLEY ABELS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Shirley Abels, dismisses all of her claims, without prejudice, and in support thereof states as follows:

1.    Plaintiff was included in Omnibus Complaint III on or about January 15, 2010.

2.    Defendants have not filed a response to Plaintiffs' Complaint.

3.    Plaintiff thus files this Notice of Voluntary Dismissal with the intention of dismissing her claims under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to re-filing.

4.    Each party is to bear its own attorneys' fees and costs.

5.    Attached hereto as Exhibit "A" is correspondence from Dewitt M. Lovelace, counsel for Shirley Abels, dated June 21, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

## Certificate of Service

I HEREBY CERTIFY that the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court in the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.

/s/ Leonard A. Davis

# EXHIBIT "A"

## LOVELACE LAW FIRM, P.A.

Post Office Box 6205 (32550)
12870 US Hwy 98 West, Suite 200
Miramar Beach, Florida 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093

Dewitt M. Lovelace
dml@lovelacelaw.com
Licensed in Florida & Mississippi

Alex Peet
alex@lovelacelaw.com

June 21, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      **In Re: Chinese Manufactured Drywall Products Liability Litigation**
      **David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.**
      **Case No. 09-6690**

Dear Lenny and Russ:

    My client, Shirley Abels, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims in the above matter.

                Sincerely,

                Dewitt M. Lovelace

DML/tsa

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## JANICE ALFRED'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Janice Alfred, hereby dismisses without

prejudice all of her claims against Defendant, Lowes Home Centers, Inc., in Plaintiffs' Omnibus

Complaints, reserving her rights and claims against any and all other defendants therein. Each

party is to bear its own attorneys' fees and costs. Janice Alfred shall continue to pursue her

claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ.
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * *

## LARRY AND GWENDOLYN BENNETT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Larry and Gwendolyn Bennett, hereby

dismiss without prejudice all of their claims against Defendant, Lowes Home Centers, Inc., in

Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other

defendants therein. Each party is to bear its own attorneys' fees and costs. Larry and Gwendolyn

Bennett shall continue to pursue their claims against the remaining Defendant(s) not specifically

dismissed herein. .

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### WAYNE G. CLARK'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Wayne G. Clark, hereby dismisses

without prejudice all of his claims against Defendant, Lowes Home Centers, Inc., in Plaintiffs'

Omnibus Complaints, reserving his rights and claims against any and all other defendants

therein. Each party is to bear its own attorneys' fees and costs. Wayne G. Clark shall continue to

pursue his claims against the remaining Defendant(s) not specifically dismissed herein. .

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CHARLES COLEMAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT
## PREJUDICE OF DEFENDANT LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Charles Coleman, hereby dismisses

without prejudice all of his claims against Defendant, Lowes Home Centers, Inc., in Plaintiffs'

Omnibus Complaints, reserving his rights and claims against any and all other defendants

therein. Each party is to bear its own attorneys' fees and costs. Charles Coleman shall continue

to pursue his claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PERRY AND DEBORAH DIXON'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Perry and Deborah Dixon,

hereby dismiss without prejudice all of their claims against Defendant, Lowes Home Centers,

Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all

other defendants therein. Each party is to bear its own attorneys' fees and costs. Perry and

Deborah Dixon shall continue to pursue their claims against the remaining Defendant(s) not

specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## GERALDINE GALLOWAY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Geraldine Galloway, hereby dismisses without prejudice all of her claims against Defendant, Lowes Home Centers, Inc., in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Geraldine Galloway shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## PATRICIA STEVENS GREEN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Patricia Stevens Green, hereby

dismisses without prejudice all of her claims against Defendant, Lowes Home Centers, Inc., in

Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other

defendants therein. Each party is to bear its own attorneys' fees and costs. Patricia Stevens

Green shall continue to pursue her claims against the remaining Defendant(s) not specifically

dismissed herein. .

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery **and** upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: Chinese-Manufactured Drywall | : | MDL No. 2047 |
| Products Liability Litigation | : | |
| | : | Section: L |
| This Document Relates to: | : | |
| | : | |
| David and Cheryl Gross, et al. v. | : | Judge Fallon |
| Knauf Gips, KG, et al. | : | |
| Case No. 09-6690 | : | Mag. Judge Wilkinson |
| | : | |
| | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## RAYMOND HESTER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Raymond Hester, dismisses all of his claims, without prejudice, and in support thereof states as follows:

1.   Plaintiff was included in Omnibus Complaint III on or about January 15, 2010.

2.   Defendants have not filed a response to Plaintiffs' Complaint.

3.   Plaintiff thus files this Notice of Voluntary Dismissal with the intention of dismissing his claims under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to re-filing.

4.   Each party is to bear its own attorneys' fees and costs.

5.   Attached hereto as Exhibit "A" is correspondence from Dewitt M. Lovelace, counsel for Raymond Hester, dated June 21, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

2

## Certificate of Service

I HEREBY CERTIFY that the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court in the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.

/s/ Leonard A. Davis

# EXHIBIT "A"

## LOVELACE LAW FIRM, P.A.

Post Office Box 6205 (32550)
12870 US Hwy 98 West, Suite 200
Miramar Beach, Florida 32550
Telephone:  (850) 837-6020
Facsimile:  (850) 837-4093

Dewitt M. Lovelace
dml@lovelacelaw.com
Licensed in Florida & Mississippi

Alex Peet
alex@lovelacelaw.com

June 21, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

**In Re: Chinese Manufactured Drywall Products Liability Litigation**
**David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.**
**Case No. 09-6690**

Dear Lenny and Russ:

My client, Raymond Hester, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss without prejudice all of his claims in the above matter.

Sincerely,

Dewitt M. Lovelace

DML/tsa

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## JEFFREY AND LAUREN KING'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Jeffrey and Lauren King, hereby

dismiss without prejudice all of their claims against Defendant, Lowes Home Centers, Inc., in

Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other

defendants therein. Each party is to bear its own attorneys' fees and costs. Jeffrey and Lauren

King shall continue to pursue their claims against the remaining Defendant(s) not specifically

dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## LEE AND TERRI MARANOCI'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Lee and Terri Maranoci, hereby

dismiss without prejudice all of their claims against Defendant, Lowes Home Centers, Inc., in

Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other

defendants therein. Each party is to bear its own attorneys' fees and costs. Lee and Terri

Maranoci shall continue to pursue their claims against the remaining Defendant(s) not

specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### DAVID AND BETTY MARTIN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, David and Betty Martin, hereby

dismiss without prejudice all of their claims against Defendant, Lowes Home Centers,

Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all

other defendants therein. Each party is to bear its own attorneys' fees and costs. David and

Betty Martin shall continue to pursue their claims against the remaining Defendant(s) not

specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery **and** upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VIRGIL AND ROSETTA MITCHELL'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Virgil and Rosetta Mitchell,

hereby dismiss without prejudice all of their claims against Defendant, Lowes Home Centers,

Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all

other defendants therein. Each party is to bear its own attorneys' fees and costs. Virgil and

Rosetta Mitchell shall continue to pursue their claims against the remaining Defendant(s) not

specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery _and_ upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                         |   |                        |
|-----------------------------------------|---|------------------------|
|                                         | : | **MDL No. 2047**       |
| In Re: Chinese-Manufactured Drywall     | : |                        |
| Products Liability Litigation           | : | **Section: L**         |
|                                         | : |                        |
| This Document Relates to:               | : |                        |
|                                         | : | **Judge Fallon**       |
| David and Cheryl Gross, et al. v.       | : |                        |
| Knauf Gips, KG, et al.                  | : | **Mag. Judge Wilkinson** |
| Case No. 09-6690                        | : |                        |
|                                         | : |                        |
|                                         | : |                        |

* * * * * * * * * * * * * * * * * * * * * * * * *

## KRONDENSER MEANS RATLIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Krondenser Means Ratliff, dismisses all of his claims, without prejudice, and in support thereof states as follows:

1.     Plaintiff was included in Omnibus Complaint III on or about January 15, 2010.

2.     Defendants have not filed a response to Plaintiffs' Complaint.

3.     Plaintiff thus files this Notice of Voluntary Dismissal with the intention of dismissing his claims under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to re-filing.

4.     Each party is to bear its own attorneys' fees and costs.

5.     Attached hereto as Exhibit "A" is correspondence from Dewitt M. Lovelace, counsel for Krondenser Means Ratliff, dated June 21, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

### Certificate of Service

I HEREBY CERTIFY that the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court in the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.


/s/ Leonard A. Davis

3

# EXHIBIT "A"

## LOVELACE LAW FIRM, P.A.
Post Office Box 6205 (32550)
12870 US Hwy 98 West, Suite 200
Miramar Beach, Florida 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093

Dewitt M. Lovelace
dml@lovelacelaw.com
Licensed in Florida & Mississippi

Alex Peet
alex@lovelacelaw.com

June 21, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

**In Re: Chinese Manufactured Drywall Products Liability Litigation**
**David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.**
**Case No. 09-6690**

Dear Lenny and Russ:

My client, Krondenser Means Ratliff, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss without prejudice all of his claims in the above matter.

Sincerely,

Dewitt M. Lovelace

DML/tsa

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: Chinese-Manufactured Drywall Products Liability Litigation | : : : | MDL No. 2047 Section: L |
| This Document Relates to: | : : : | |
| David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | : : : : : | Judge Fallon Mag. Judge Wilkinson |

## WILLIE JAMES RILEY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Willie James Riley, dismisses all of his claims, without prejudice, and in support thereof states as follows:

1.     Plaintiff was included in Omnibus Complaint III on or about January 15, 2010.

2.     Defendants have not filed a response to Plaintiffs' Complaint.

3.     Plaintiff thus files this Notice of Voluntary Dismissal with the intention of dismissing his claims under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to re-filing.

4.     Each party is to bear its own attorneys' fees and costs.

5.     Attached hereto as Exhibit "A" is correspondence from Dewitt M. Lovelace, counsel for Willie James Riley, dated June 21, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

## Certificate of Service

I HEREBY CERTIFY that the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court in the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.

/s/ Leonard A. Davis

3

# EXHIBIT "A"

# LOVELACE LAW FIRM, P.A.

Post Office Box 6205 (32550)
12870 US Hwy 98 West, Suite 200
Miramar Beach, Florida 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093

Dewitt M. Lovelace
dml@lovelacelaw.com
Licensed in Florida & Mississippi

Alex Peet
alex@lovelacelaw.com

June 21, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

**In Re: Chinese Manufactured Drywall Products Liability Litigation**
**David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.**
**Case No. 09-6690**

Dear Lenny and Russ:

My client, Willie James Riley, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss without prejudice all of his claims in the above matter.

Sincerely,

Dewitt M. Lovelace

DML/tsa

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                          |   |                       |
|------------------------------------------|---|-----------------------|
| In Re: Chinese-Manufactured Drywall      | : | MDL No. 2047          |
|     Products Liability Litigation        | : | Section: L            |
|                                          | : |                       |
| This Document Relates to:                | : |                       |
|                                          | : | Judge Fallon          |
| David and Cheryl Gross, et al. v.        | : |                       |
| Knauf Gips, KG, et al.                   | : | Mag. Judge Wilkinson  |
| Case No. 09-6690                         | : |                       |
|                                          | : |                       |
|                                          | : |                       |

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

## PEARL SCOTT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Pearl Scott, dismisses all of her claims, without prejudice, and in support thereof states as follows:

1.   Plaintiff was included in Omnibus Complaint III on or about January 15, 2010.

2.   Defendants have not filed a response to Plaintiffs' Complaint.

3.   Plaintiff thus files this Notice of Voluntary Dismissal with the intention of dismissing her claims under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to re-filing.

4.   Each party is to bear its own attorneys' fees and costs.

5.   Attached hereto as Exhibit "A" is correspondence from Dewitt M. Lovelace, counsel for Pearl Scott, dated June 21, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

### Certificate of Service

I HEREBY CERTIFY that the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court in the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.

/s/ Leonard A. Davis

# EXHIBIT "A"

### LOVELACE LAW FIRM, P.A.
Post Office Box 6205 (32550)
12870 US Hwy 98 West, Suite 200
Miramar Beach, Florida 32550
Telephone:  (850) 837-6020
Facsimile:  (850) 837-4093

Dewitt M. Lovelace
dml@lovelacelaw.com
Licensed in Florida & Mississippi

Alex Peet
alex@lovelacelaw.com

June 21, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

**In Re: Chinese Manufactured Drywall Products Liability Litigation**
**David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.**
**Case No. 09-6690**

Dear Lenny and Russ:

My client, Pearl Scott, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims in the above matter.

Sincerely,

Dewitt M. Lovelace

DML/tsa

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### VALERIE SHERROD'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Valerie Sherrod, hereby dismisses

without prejudice all of her claims against Defendant, Lowes Home Centers, Inc., in Plaintiffs'

Omnibus Complaints, reserving her rights and claims against any and all other defendants

therein. Each party is to bear its own attorneys' fees and costs. Valerie Sherrod shall

continue to pursue her claims against the remaining Defendant(s) not specifically dismissed

herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ROBERT & SANDRA TAYLOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Robert and Sandra Taylor, hereby

dismiss without prejudice all of their claims against Defendant, Lowes Home Centers, Inc., in

Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other

defendants therein. Each party is to bear its own attorneys' fees and costs. Robert and Sandra

Taylor shall continue to pursue their claims against the remaining Defendant(s) not specifically

dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### FREDDIE AND GLENDA THIROUX'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Freddie and Glenda Thiroux,

hereby dismiss without prejudice all of their claims against Defendant, Lowes Home Centers,

Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all

other defendants therein. Each party is to bear its own attorneys' fees and costs. Freddie and

Glenda Thiroux shall continue to pursue their claims against the remaining Defendant(s) not

specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2ⁿᵈ day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | *. | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### JOHN VOLLAND'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, John Volland, hereby dismisses without prejudice all of his claims against Defendant, Lowes Home Centers, Inc., in Plaintiffs' Omnibus Complaints, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. John Volland shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein..

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CURTIS AND MONSUE WALLEY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Curtis and Monsue Walley, hereby

dismiss without prejudice all of their claims against Defendant, Lowes Home Centers, Inc., in

Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other

defendants therein. Each party is to bear its own attorneys' fees and costs. Curtis and Monsue

Walley shall continue to pursue their claims against the remaining Defendant(s) not specifically

dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EUGENE AND YVONNE WASHINGTON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Eugene and Yvonne Washington,

hereby dismiss without prejudice all of their claims against Defendant, Lowes Home Centers,

Inc., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all

other defendants therein. Each party is to bear its own attorneys' fees and costs. Eugene and

Yvonne Washington shall continue to pursue their claims against the remaining Defendant(s) not

specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SAMUEL L. WEBSTER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Samuel L. Webster, hereby dismisses

without prejudice all of his claims against Defendant, Lowes Home Centers, Inc., in Plaintiffs'

Omnibus Complaints, reserving his rights and claims against any and all other defendants

therein. Each party is to bear its own attorneys' fees and costs. Samuel L. Webster shall

continue to pursue his claims against the remaining Defendant(s) not specifically dismissed

herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     *     MDL No. 2047
DRYWALL PRODUCTS LIABILITY      *
LITIGATION                      *     SECTION "L"
                                *
THIS DOCUMENT RELATES TO:       *     JUDGE FALLON
                                *
Gross, et al. v. Knauf Gips, KG, et al.  *     MAG. JUDGE WILKINSON
Case No. 09-6690                *
* * * * * * * * * * * * * * * * * * * * * * * *

## WILLIAM AND JOAN WILEY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, William and Joan Wiley, hereby

dismiss without prejudice all of their claims against Defendant, Lowes Home Centers, Inc., in

Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other

defendants therein. Each party is to bear its own attorneys' fees and costs. William and Joan

Wiley shall continue to pursue their claims against the remaining Defendant(s) not specifically

dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett