**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
        PRODUCTS LIABILITY LITIGATION          SECTION L
                                        JUDGE FALLON
                                        MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al*. v.
KNAUF GIPS KG, *et al*.,
Case No. 2:09-cv-07628-EEF-JCW

                                            /

**DEFENDANT, MANAGEMENT SERVICES OF LEE COUNTY, INC.'S,**
**MOTION TO DISMISS, WITH PREJUDICE, THE CLAIMS BROUGHT**
**AGAINST IT IN THE AMENDED OMNIBUS CLASS ACTION COMPLAINT IN**
**INTERVENTION, AND TO STRIKE DEMAND FOR TRIAL BY JURY**

Defendant, Management Services of Lee County, Inc., f/k/a Paul Homes, Inc. ("Paul

Homes"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the

Amended[1] Omnibus Class Action Complaint in Intervention (I(A)) [DE 1, 3160 & 4346] served

by Intervening Plaintiffs **Gerald and Mary Peters for Mary L. Peters Trust** (collectively,

"Plaintiffs"), with prejudice, for failure to state a claim upon which relief can be granted, and to

strike Plaintiffs' demand for a trial by jury.

In a shotgun pleading that makes no effort to distinguish between Paul Homes and the

entities actually responsible for the drywall, Plaintiffs have offered a laundry list of generic

common law and statutory theories—i.e., Negligence, Negligence Per Se, Strict Liability, Breach

of Express and/or Implied Warranties, Breach of Implied Warranty of Habitability, Breach of

---

[1]    On May 18, 2010, the Court entered an Order granting "Plaintiffs' Joint Motion to Dismiss Certain Defendants, With Prejudice, Under Fed. R. Civ. P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I)" [DE 3160].  The amendments to the Payton Omnibus Class Action Complaint did not alter the legal claims against Paul Homes.

{FT717923;1}

Contract, Private Nuisance, Negligent Discharge of Corrosive Substance, Unjust Enrichment, Violation of Florida's Deceptive and Unfair Trade Practices Act, and Equitable and Injunctive Relief and Medical Monitoring.  As detailed in the accompanying memorandum of law in support of this Motion, every one of these claims should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law.  Moreover, the demand for a trial by jury asserted by the Plaintiffs should also be stricken because Plaintiffs voluntarily waived any right to a jury trial with respect to the claims asserted in the Complaint.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support, Defendant Paul Homes respectfully requests that the Court enter an order striking the Plaintiffs' demand for a jury trial, dismissing the claims against Paul Homes pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Paul Homes its fees in defending this action against Plaintiffs pursuant to the Construction Agreement (as more fully set forth in the accompanying memorandum of law) and pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated:  October 22, 2010

Respectfully submitted,

**AKERMAN SENTERFITT**

BY:        /s/ Stacy Bercun Bohm
Stacy Bercun Bohm (Fla. Bar No. 022462)
Valerie B. Greenberg. (Fla. Bar No. 26514)
Leslie Miller Tomczak (Fla. Bar No. 126489)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Telecopier: (954) 463-2224
Email:  stacy.bohm@akerman.com
          valerie.greenberg@akerman.com
          leslie.tomczak@akerman.com
**LEAD COUNSEL FOR DEFENDANT MANAGEMENT SERVICES OF LEE COUNTY, INC.**

{FT717923;1}

2

**PHELPS DUNBAR LLP**

BY:           /s/ Brent B. Barriere
              Brent B. Barriere (La. Bar No. 2818)
              Susie Morgan (La. Bar No. 9715)
              D. Skylar Rosenbloom (La Bar No. 31309)
              Canal Place
              365 Canal Street • Suite 2000
              New Orleans, Louisiana 70130-6534
              Telephone: (504) 566-1311
              Telecopier: (504) 568-9130
              Email: Brent.barriere@phelps.com
                     Susie.morgan@phelps.com
                     Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT, MANAGEMENT SERVICES OF LEE COUNTY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Defendant, Management Services of Lee County, Inc.'s Motion to Dismiss, with Prejudice, the Claims Brought Against it in the Amended Omnibus Class Action Complaint in Intervention, and to Strike Demand for Jury Trial* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of October, 2010.

/s/   Leslie Miller Tomczak

{FT717923;1}