# EXHIBIT A

# PAUL HOMES
## CONSTRUCTION AGREEMENT – 10' Tiebeam

AGREEMENT made this February 15th, 2005, by and between Mary L. and Gerald D. Peters, husband and wife, for Mary L. Peters Trust, of 15060 Ironwood Court, Eden Prairie, MN 55346, Phone: 952-975-0675, Email: jpeters@walleyes.org hereinafter called "Owner" and Paul Homes, Inc., d/b/a Paul Homes, 4524 SE 16th Place #2C, Cape Coral, FL 33904, phone: (239) 542-1750; fax (239) 542-0925 hereinafter called the "Contractor."

WHEREAS, the Contractor promises and agrees to and with the Owners that he will for consideration hereinafter mentioned construct a residence on land known as LOT 49 - 50, BLOCK 4582, UNIT 69, SUBDIVISION Cape Coral County of Lee, State of Florida.

1.   The Contractor shall construct upon the building site a building in accordance with the plans and specifications hereto attached.

2.   The Contractor shall provide all materials and perform all work of the construction provided for in the plans and specifications in a workmanship like manner, according to standard building practices in the community.

OWNER shall pay the Contractor for such construction in the amount of FIVE HUNDRED EIGHTY-SIX THOUSAND SEVEN HUNDRED THIRTEEN U.S. Dollars

$  586,713   / payable as follows:                                                                                        PAID
$<  29,336>  5% Deposit (Earnest Money) due upon contract signing made payable to Paul Homes
$  557,377      As per Lender's/Contractor's draw schedule

3.   Owner herewith grants access to the land to the Contractor, for construction of a new residence. Owner may occupy the residence upon substantial completion and issuance of Certificate of Occupancy and payment by owner of all monies due the Contractor per this Agreement. Unpaid monies from the date of completion bear 18.0% interest. It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy is granted to the owners by the Contractor.

4.   After the plans and specifications are signed and sealed, they shall become a Contract Document. No changes will be made except by a written change order, signed by both parties. Each change by the Owners subsequent to said construction plans and specifications, shall carry a processing fee of $200.00 per change order in addition to regular charges or credits to the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES OR MODIFICATIONS WILL BE ACCEPTED AFTER THE PLANS ARE SUBMITTED TO THE ENGINEER TO BE SEALED.

5.   Contractor agrees to use his best effort to deliver the building specified herein on or about 210 days (7 months) from start of construction. Start of construction is defined as the date on which concrete footings are poured.

6.   This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the Owner and Contractor.

7.   The Contractor will furnish Builder's Risk Insurance in the full amount of this contract during the construction period. Contractor will also furnish Public Liability Insurance.

8.   The Owners agree that the Contractor shall have the right to substitute materials or items of comparable quality for such material or items that may be unobtainable by reason of labor disputes or discontinuance of production for any reason. Contractor shall give Owner advance notice of substitutions when possible. No Owner-supplied material.

9.   The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owner's expense at prevailing local rates.

10.   The Contractor guarantees all workmanship and material for one year from delivery to Owner. Two years warranty on mechanicals. This guarantee is in exclusion of and in lieu of all other guarantees and warranties, and liability terminates one year from date of delivery. All manufacturer's warranties shall continue in force and effect according to their titles. Purchaser may not assign this Agreement without the prior written consent of the Contractor.

11.   The Contractor will furnish brick paver driveway and walkway of up to ___1,300___ square feet. Additional driveway and walkway will be charged to the Owner at $6.60 per square foot.

12.   The Contractor will connect to public water and sewer lines to a distance of 65/60 feet. Cost of lines required over that distance and any connection fees will be borne by the Owners.

13.   If there is to be a mortgage and construction loan, the Owners agree to make application, when directed, with an approved bona fide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Owner agrees to pay all loan costs including the cost of abstract or title insurance premium, Intangible Tax with Documentary Stamps on the mortgage, all recording fees, credit report, appraisal fees and any loan charges made by the lending institution . Flood insurance, any prepaid insurance requirement and all construction interest is to be paid by the Owner.

14.   This Agreement covers construction of the above-described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, patio, drives or walks, over and above that which would be required for the Standard Two Course Foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn area, removal of excess dirt, trees and vegetation necessary to provide proper grade, any additional expenses caused by rock or other adverse subsoil conditions, and expense of electric service runs across the building necessitated by power company pole locations and regulations or underground electric and/or telephone service when required will be borne by Owners. Expense for retaining walls for pool, home, or patio foundations shall be by Owners.

INITIALS: PAUL HOMES: ____
                    OWNER: ____
                    OWNER: ____

CONSTRUCTION AGREEMENT - Page 2
Mr. & Mrs. Peters

15. If the Owners or governmental agency causes a delay in starting construction beyond ninety (90) days from the date of this Agreement, the contract price may be subject to change.

16. At the final closing, an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.

17. The Contractor shall not be held responsible for the following:  A) Rock formations encountered during construction (subsoil conditions); B) Removal of trees, boulders, brush or stumps; C) Non-structural cracks in concrete; and D) Perishable items such as sod, plants, or trees after installation, if neglected by Owner.

18. It is hereby understood that the Contractor is to deliver the above listed residence on owner's lot to the point of completion (C/O obtained).  The Contractor is hereby authorized to execute any and all additions as outlined in above mentioned articles to make livable delivery possible, in accordance with any and all governmental regulations and laws. It is understood that the charges, if applicable, shall be paid by the Owners.

19. Owners hereby agree that the Contractor may proceed immediately to secure the necessary documents that may be required by the lending institution to approve the loan and/or by the appropriate building department or Governmental Agency to secure the necessary building permits.  The documents include but are not limited to Surveys, Soil Analysis, Percolation Testing, Preliminary Drawings and Blueprints. In the event the loan is denied the Owners, or the Owners cancel or default on this Agreement prior to construction permit issued, any expense and overhead incurred by the Contractor in securing said documents including sales expenses shall be paid for by the Owners.

20. Closing and settlement of the Agreement will be within fifteen (15) days of notice by Contractor to Owner that the premises are substantially ready for occupancy.  Owner shall not unreasonably delay closing because of minor work that does not interfere with occupancy.  Said minor work will be listed on a compliance list, signed by the Owner and Contractor. This work will be scheduled and completed by the Contractor as quickly as possible after occupancy.  Time is of the essence in this Agreement. Should the Owner fail to close and settle the contract within the specified fifteen (15) days, Owner shall be liable to Contractor for interest at the rate of 18.0% per annum on the amounts unpaid on the Contract.

21. All claims or disputes that arise out of, or are otherwise related to this agreement, shall be resolved by state court litigation, with venue to lie in Lee County, Florida. However, in the event Contractor proceeds with a lien foreclosure action because of contractor having recorded a construction lien against owner's property in another county than Lee County, Contractor shall have the right, but not the obligation, to litigate all claims or disputes in the other county, as well.  The parties to this agreement specifically and knowingly waive right to trial by Jury, agree to submit all claims or disputes to bench trial, only.  The prevailing party shall recover, from the loosing party, all reasonable attorney fees and court costs and other suit expenses incurred, whether or not such costs or expenses are ordinarily taxable under the Uniform Guidelines for Taxing Costs.

22. THE CONTRACTOR WILL NOT BE HELD RESPONSIBLE FOR ANYTHING NOT INCLUDED AS PART OF THE CONTRACT DOCUMENTS.  IT IS EXPRESSLY STATED THAT ALL TERMS AND CONDITIONS OF THIS CONTRACT ARE INCLUDED IN THIS AGREEMENT.  THE CONTRACTOR OR ANY OF THEIR AGENTS HAVE NOT MADE ANY REPRESENTATIONS OR PROMISES IN ADDITION TO THOSE MADE A PART OF THIS CONTRACT.  CONTRACTOR IS ONLY BOUND WHEN WRITTEN ADDENDUMS ARE SIGNED BY BOTH PARTIES AND MADE A PART OF THIS AGREEMENT.  WRITTEN CHANGE ORDERS ARE SUBJECT TO WORK NOT HAVING BEEN STARTED OR ORDERED ON AFFECTED ITEMS.

23. This Agreement is based upon drawing of revised Ashford II supplied by Client.  Additional pricing (or credits) may apply, if final blueprint area differs from supplied drawing.

24. Other Agreements made a part of this contract are:

    A. Addendums 1, 2, 3, 4, 5, 6 & 7 are hereby made a part of this agreement.

ACCEPTED AND APPROVED

_____  _3/17/05_
OWNER    DATE

_____  2/15/05
PAUL HOMES    DATE
Robert D. Knight, Jr. - Vice President

_____  3/17-05
OWNER    DATE

**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS**
**10' TIEBEAM**

RESIDENCE FOR: Mr. and Mrs. Peters    MODEL TYPE: 10' Ashford II Two Story Gold Package with Pool

STANDARD CONSTRUCTION FEATURES (MAY BE REVISED BY ADDENDUM #2):

## CONSTRUCTION

- All building permits
- Builders Risk Insurance. Note: Owner responsible for flood insurance if required.
- Full set of construction blue prints
- 8" X 16" steel reinforced concrete footer with 2 course stemwall
- 4" reinforced concrete slab with 6 mil. vapor barrier
- CBS construction with complete stucco exterior (skip-trowel finish)
- 8" X 16" continuous steel reinforced tiebeam
- Certified soil treatment against termites under concrete slab
- Engineered roof trusses with steel anchor hurricane straps embedded in tie beam
- ½" plywood roof sheathing
- Bronze or white framed aluminum windows with screens
- Aluminum garage service door
- Alcoa aluminum soffit and 6" fascia
- Steel garage door
- Garage floor finished with concrete stain
- 2" x 4" wood studs in interior walls framed at 16" O. C.

## INSULATION & AIR CONDITIONER

- Living areas only - R-30 ceilings, R-5 masonry walls
- RHEEM 12 SEER high efficiency AC unit
- All walk-in closets are air conditioned with separate ducts
- Air returns as required by Building Code

## INTERIOR TRIM

- ½" drywall interior with light knock down finish
- Shower wall to be dense shield and tub wall to be water resistant greenboard
- Raised panel interior doors ( 8' high colonist)
- Colonial baseboards and door casings
- Insulated metal entry doors
- Kwikset interior lever doorknobs with choice of finish
- Kwikset 600 series entry handleset with choice of finish
  (polished brass cannot be warranted against pitting)
- Ventilated shelving in all closets
- Pull down attic stairs in garage

## INTERIOR FINISH

- Standard wall tile in tub & shower area
- Recessed soap/shampoo holder and tiled seat in walk-in showers
- Corian window sills in glacier white
- Model carpet
- Free professional decorator service

## PAINTING

- Flexbon #14 paint or equivalent with 2 coats exterior
- Flexbon #14 paint or equivalent sprayed with 1 coat interior
- Flexbon #14 enamel or equivalent interior doors and trims
- Interior ceiling, trim and walls to be same color
- Exterior stucco trim to be different from walls (one trim color)

INITIALS: PAUL HOMES:
OWNER:
OWNER:


**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS - Page 2**
**10' TIEBEAM**

**RESIDENCE FOR:**   Mr. and Mrs. Peters       **MODEL: 10' Ashford II Two Story Gold Package with Pool**

## ELECTRICAL

- Structured Wiring Solution to include:
    - Includes up to 6 telephone/data outlet locations
    - Includes up to 6 coax outlet locations for video with amplification
    - Includes RG-6 coax cable
    - Includes satellite TV pre-wire (2 high speed coax cables to SW corner location for satellite dish hook-up)
    - Includes high speed cable (1 CAT5 and 1 RG6 coax) from service provider location
- Hurricane Generator Ready Panel Program to include:
    - Includes 200 Amp main breaker electrical panel with mechanical interlock breaker with generator manual transfer switch
    - Includes one (1) 50 Amp 220 Volt generator interface breaker
    - Includes one (1) 50 Amp 220 Volt generator receptacle
    - Includes one (1) 50' cord with 50 Amp 220 Volt plug for generator panel, receptacle and 30 Amp 120/240 Volt plug for generator
- Back to back 200 amp overhead electrical service with circuit panel
- 'Deco' white electrical switches and outlets
- Smoke detectors to code
- 2 exterior water proof outlets
- Garage door opener
- 7 ceiling fans installed
- Additional ceiling fans installed at $65 per fan
- All recessed lighting (shown on blue prints) included
- Main line surge protector
- Front door bell chimes

## PLUMBING

- PEX overhead plumbing
- 50 gallon water heater
- 1/3 HP garbage disposal
- Cultured marble tops in baths
- Laundry tub with Nemee base cabinet and standard faucet in laundry room
- Icemaker line
- 3 exterior hose bibs
- Standard white Americast tub in guest bath
- Standard white 'American Standard' elongated water-saver toilets
- Soaking tub in master bath

## CABINETS

- Custom raised panel cabinets with full European fronts in kitchen
- 36" custom raised panel vanity cabinets with full European fronts and marble tops in baths
- Concealed hinges in kitchen & bathrooms
- Full length mirror above all vanities
- Mirrored medicine cabinets
- 42" high upper cabinets in kitchen
- Upper cabinets in laundry room (Nemee)
- Ceramic tile on outside wall of bar

## EXTERIOR FINISH

- Up to 7000 sq ft of Floratam sod
- Landscaping to meet code
- 1,300 sq ft of brick paver drives and walks
- Full outside rain gutters and downspouts
- Concrete stain on garage floor

INITIALS: PAUL HOMES:
OWNER:
OWNER:



**PAUL HOMES**
**ADDENDUM NO. 2 - Page 1 of 3**
Mary L. and Gerald D. Peters for Mary L. Peters Trust
10' Ashford II Two Story Gold Package with Pool
LOT 49 - 50, BLOCK 4582, UNIT 69

1.  The Ashford II Two Story 10' design, right hand garage, 4 Bedroom/4 baths with                              $325,900
    approximately 3,539 sq ft living with approximately 5,058 sq ft total. Home to be positioned
    on the lot with 25' front setback and centered on lot.

2.  Lot Preparation                                                                                              Included

    a.   All fill and grading for a three course stemwall on existing grade.
    a.   Water line hook-up to 65'
    b.   Sewer line hook-up to 60'
    c.   Dual water line installation if available
    d.   Surveys
    e.   Impact Fee Allowance of $ 3,087
    f.   Water & Sewer Impact Fee and Water Meter Allowance of $ 4,309
    g.   School Impact Fee Allowance of $2,283

3.  The following Gold Package is included:

    a.   Ten (10) year structural warranty and Two (2) years on major systems
    a.   Standard lot improvements on existing grade, and all Impact/Permit Fees for a standard
         80'x125' Cape Coral lot with water and sewer.
    b.   Storm panels as required by the Florida Building Code
    c.   All required surveys and engineered blueprints
    d.   Color-Thru barrel tile roof in standard colors.
    e.   State-of-the-art structured wiring system.
    f.   10' Tie Beam with 8' raised panel interior doors and 5-1/4" Colonial Trim
    g.   Good Cents Package: Tinted windows, R-5 energy layout on masonry walls, R 30 insulation in ceilings,
         12 SEER A/C unit, heat recovery system, 50 gallon water heater, mastic all duct joints and programmable
         thermostat
    h.   Granite or Zodiaq® countertops (Level 1) with Corian sink in kitchen and
         Corian® window sills in Glacier White.
    i.   Complete flooring package including tile floors everywhere except bedrooms and closets (Deluxe Series).
    j.   Appliances see addendum 2, item 5y
    k.   Front entry etched glass doors (Standard Designs)
    l.   Manabloc Plumbing System
    m.   42" Upper cabinets in laundry room (Nemec)
    n.   Decorator light fixtures ($2,800 allowance)
    o.   Upgraded Moen plumbing fixtures in choice of finishes as follows:
         Kitchen:     Moen 7385W One Touch w/Pull-Out Spray, Sink & Strainers,
         Master Bath: (2) Moen 4570C/P/97372C/P Monticello Chrome P13, (1) Moen T951Monticello Chrome
                      PB Deckmount, (1) Moen 3847C/P Personal Shower on Glide Bar w/ a Moen T2444C/P to
                      turn on & off and Chrome Strainer
         Guest Baths: (1) Moen Castelby 4938C/P Lav Faucet, (1) Moen TL2378C/P Tub & Shower Faucet, (1)
                      Chrome Tub Trim Kit
    p.   Legacy wood cabinets in kitchen
    q.   In Wall Pest Prevention System
    r.   Thirteen (13) ceiling fans - Model #10525 installed
    s.   Ceramic tile on outside wall of bar
    t.   Rounded interior drywall corners.
    u.   Automatic garage door opener with 2 remote controls
    v.   Upgraded landscape pkg. to include automatic sprinkler system, floratam sod,
         3 Queen Palm trees and 10 shrubs and additional landscape allowance of $2,000.
    w.   Full perimeter security system with 2 keypads and 2 motion detectors
    x.   Garage floor finished with concrete stain
    y.   Cultured marble tops in all baths
    z.   5'-6" soaking tub in master bath
    aa.  Full outside rain gutters and downspouts
    bb.  Wire lathe and stucco on lanai and entry ceilings

                                                    INITIALS: PAUL HOMES:
                                                              OWNER:
                                                              OWNER:

**PAUL HOMES**
ADDENDUM NO. 2 - Page 2 of 3
Mary L. and Gerald D. Peters for Mary L. Peters Trust
10' Ashford II Two Story Gold Package with Pool
LOT 49 - 50, BLOCK 4582, UNIT 69

4.  Provide the following upgrades that are included:

| | | | |
|---|---|---|---|
| a. | Extend rear of family room back four feet (22'6"x4') | $ | 9,900 |
| b. | Replace the existing 9' sliding glass pocket door with a 12' pocket door in family room | $ | 750 |
| c. | Replaces the existing three 36" SH windows with a 12' sliding glass pocket door on rear family room | $ | 1,800 |
| d. | Built-in entertainment center across the back wall of family room to include a 36" electric faux fireplace with heat/blower in center | $ | 2,940 |
| e. | Extend the right side of the master bath by two feet to accommodate the Coral View style bath | $ | 3,300 |
| f. | Delete the Ashford II bath items consisting of: prefab 3 course high x 7 course wide glass block exterior wall, two (2) stick built 4' x 7' tiled shower with sliding tempered glass door, dual sink 2' x 7'-6" vanity of left hand side and 2' x 3'-6" vanity on right side, delete medicine cabinet, vanity mirrors and 5' soaking tub, tiled around three sides and back wall. | $ | 3,500 |
| | Add back the following items: two (2) mirrored imaged 2' x 5'-6" single sink vanities on right and left sides with angled open shelves on each end, walk- thru stick built tiled shower (no glass doors) with two course wide and 7 course high glass block on either side of the main 4' wide shower area, shower tiled area extends to end over bowed out front to a height of seven feet, 5'-6" soaking tub, tiled on three sides, full length vanity mirrors, 4' wide by ceiling height mirror mounted on tub side of main shower wall | | |
| g. | Add nine jets and recirculating heat for soaking tub in master bath | $ | 1,270 |
| h. | Add coffered ceiling with crown molding in master bath | $ | 850 |
| i. | Extend the right side of the master bedroom by two feet full length of the right hand side of the house standard Ashford II dimensions (30' x 2') | $ | 6,600 |
| j. | Add corner electric faux fireplace with heater and blower in the left front corner of the master bedroom (fireplace to be tiled around periphery) | $ | 2,940 |
| k. | Add "her retreat" extension to the end of the master bedroom with coffer ceiling (12'x13'-4") | $ | 17,500 |
| l. | Add a partition wall between the revised rear end of the master bedroom and the "her retreat" with a 5' double French door | $ | 1,400 |
| m. | Replace the 3'-11" sliding glass door from the master bedroom to the lanai with a 3' French door | $ | N/C |
| n. | Extend the entire width of the left side from the rear of the garage to the end of the extended family room by 5' (50'x 5') | $ | 27,500 |
| o. | Credit and delete the bay window in bedroom #3 | $ | <950> |
| p. | Credit and delete 2' x 9' of living area to insert air conditioning pad and electric at guest bath | $ | <1,980> |
| q. | Delete first floor guest bath tub/shower and replace with a fully tiled walk-in shower with bench with a single glass door, add a second sink to vanity, delete medicine cabinet | $ | 2,420 |
| r. | Seven (7) plant shelf outlets with switches in living room (2), kitchen above bar area (1), kitchen above left side wall casework (1), master bedroom (1), bedroom #2 (1), and bedroom #3 (1) | $ | 770 |
| s. | Convert the dining room area to an enclosed office with a double French door to the living area | $ | 3,000 |
| t. | Add central vacuum system with toe kick in kitchen and two upstairs ports | $ | 2,360 |
| u. | Kitchen cabinets to be Marillat from Cabinets Plus per drawing 01/27/05. | $ | N/C' |
| v. | Add 12" of base/wall cabinets and 36" of base cabinets to accommodate range | $ | 800 |
| w. | Modify the 8' x 30" microwave only cabinet to add a single door oven | $ | N/C |
| x. | Upgrade kitchen countertops to Granite or Zodiac (Level 1) with undermount stainless steel sink | $ | 3,665 |
| y. | Kitchen Appliances (Allowance $15,000) $5,000 incl. in gold package | $ | 10,000 |
| | GE Monogram 30" Advantium Microwave ZSC2001F | | |
| | GE Monogram Stainless Steel Under Counter Refrigerator ZIDS240P | | |
| | GE Monogram Stainless Steel 36" Side by Side Refrigerator ZFSB23DRSS | | |
| | GE Monogram Stainless Steel Dishwasher ZDB6880K | | |
| | GE Monogram Stainless Steel Oven ZET3038SHSS | | |
| | GE Monogram Stainless Steel 36" Gas Cooktop ZGU36L4RHSS with 22" backsplash and GE ZX22B36HSS Warming Tray | | |
| | GE Stainless Steel 36" Vent Hood ZV36SSFSS with Vent Extension ZX36DC12 | | |
| z. | Install 220V for Advantium oven and trim kit | $ | 650 |
| aa. | Laundry Appliances as follows: | $ | 2,200 |
| | Whirlpool washer GHW9150PW | | |
| | Whirlpool dryer GEW9250PW | | |
| | Whirlpool pedestal LAR2700MQ | | |
| bb. | Under counter lighting in kitchen, four places on two switches. | $ | 690 |
| cc. | Two gas lines for kitchen cooktop and summer kitchen | $ | 2,000 |
| dd. | Add fourteen (14) outlets with switches for plant shelves (do lights) | $ | 1,540 |
| ee. | Add six (6) additional ceiling fans Model #10525 (for a total of 13 fans) | $ | 450 |

INITIALS: PAUL HOMES: _____
OWNER: _____ 
OWNER: _____

**PAUL HOMES**
ADDENDUM NO. 2 - Page 3 of 3
Mary L. and Gerald D. Peters for Mary L. Peters Trust
10' Ashford II Two Story Gold Package with Pool
LOT 49 - 50, BLOCK 4582, UNIT 69

| | | | |
|---|---|---|---|
| ff. | Upgrade to a three course stemwall | $ | 2,500 |
| gg. | 405 sq. ft. living area per new layout for second floor , includes two (2) each 8' sliding glass doors, two (2) eyebrow windows in family room, one (1) window in bath and one (1) eyebrow window in stair landing area | $ | 50,625 |
| hh. | Full bath with completely tiled walk-in shower with bench with a single hinged glass door, 36' vanity with sink, toilet and vanity mirror on 2nd floor | $ | 5,400 |
| ii. | Approx. 45' x 6' of balcony under roof with tile floor, aluminum railing, and screen enclosure | $ | 27,000 |
| jj. | Switchback staircase | $ | 3,000 |
| kk. | Upgrade lanai, pool deck, driveway, walkway and entry to brick pavers | $ | 8,320 |
| ll. | Add pool bath with tiled shower with bi-pass door, pedestal sink, toilet, window and mini-blind insert in pool bath door | $ | 7,000 |
| mm. | Add unfinished and unairconditioned storage behind pool bath with 36" door | $ | 2,500 |
| nn. | Summer kitchen on lanai, includes privacy wall, base cabinets with stucco finish and stainless steel doors, sink, hood venting, two (2)GFI outlets, two (2) overhead can lights with switch, Vermont 30" gas grill, under counter stainless steel refrigerator | $ | 9,400 |
| oo. | Additional lanai area 147 sq. ft. (Move lanai out 5'-8") | $ | 11,760 |
| pp. | Water and 110V electric to seawall/dock area | $ | 650 |
| qq. | Additional landscape allowance $2,000 (total $2,500) | $ | 2,000 |

5.  Provide a pool package of:

| | | | |
|---|---|---|---|
| a. | Vanishing Edge 14' x 28' Diamond Brite pool in standard colors with 5' x 74' x 17' brick paver deck and lanai | $ | Incl. |
| b. | Picture frame screen above vanishing edge | $ | 2,400 |
| c. | Vanishing Edge | $ | 6,900 |
| d. | 6' x 6' raised 18" round spillover spa with spill way, solar blanket, light, blower and air switch | $ | 6,600 |
| e. | 5 ton heat pump | $ | 4,995 |
| f. | Hayward Boss remote control System | $ | 1,800 |
| g. | Up to three course pool retaining wall | | |
| h. | Bronze or white mansard cage with 2 doors and super gutter | | |
| i. | Timer, pump, filter, light, tablet chlorinator and autofill | | |
| j. | Manual cleaning equipment | | |
| k. | Includes a pool alarm system per Florida Statutes Chapter 515 | | |
| l. | If additional retaining wall is necessary, there will be an extra charge of $1,200 per course, (includes masonry, labor, stucco and paint). Should the pool retaining wall exceed 30" in height, building code requires safety railings around the enclosure. (Cost of such to be additional) | | |

### TOTAL INVESTMENT $586,713

ACCEPTED AND APPROVED

_____  2/17/05
OWNER                    DATE

_____  2/15/05
PAUL HOMES           DATE
Robert D. Knight, Jr. - Vice President

_____  2/17/05
OWNER                    DATE

**PAUL HOMES**
**ADDENDUM #3 - PAYMENT SCHEDULE**

RESIDENCE FOR: Mary L. & Gerald D. Peters   MODEL TYPE: 10' Ashford II Two Story
for Mary L. Peters Trust                                      Gold Package w/Pool

TOTAL PRICE OF: $586,713            CONTRACT DATE: 02/15/05

THE FOLLOWING SCHEDULE OF CONSTRUCTION DISBURSEMENTS
IS AGREED TO BY BOTH THE OWNER AND THE CONTRACTOR

| | | | |
|---|---|---|---|
| Deposit | - | 5% upon signing of contract | $ 29,336 |
| Pre-Construction | - | 5% at Pre-Construction meeting | $ 29,336 |
| First Draw | - | 20% upon completion of slab pour | $117,343 |
| Second Draw | - | 20% completion of roof dry-in | $117,343 |
| Third Draw | - | 20% upon completion of air-conditioning, electrical, and plumbing rough-ins | $117,343 |
| Fourth Draw | - | 20% when interior drywall is complete | $117,343 |
| Fifth Draw | - | 10% upon completion prior to occupancy; after receipt of certificate of occupancy | $ 58,669 |
| | TOTAL | | $586,713 |

ACCEPTED AND APPROVED

OWNER                       DATE           PAUL HOMES                 DATE
2/17/05                                       2/15/05
                                                    Robert D. Knight, Jr. - Vice President

OWNER                       DATE
2/17/05

**PAUL HOMES**
ADDENDUM #4 - DISCLOSURES TO PURCHASER

**SALES DISCLOSURE:**

Upon closing of the purchase of your home, additional costs may be borne by you in the form of closing costs. A list of the known major cost items are:

1. Homeowner's Insurance.
2. Intangible Tax.
3. Documentary Stamps on Deed.
4. Recording Fees on Deed.
5. Title Insurance.
6. Proration of Real Estate Taxes, County Garbage Collection, and Homeowner's Association fees.

If you will be obtaining financing for your purchase, additional costs related to the new mortgage are:

7. Survey.
8. Service Fee (or Origination Fee) on new mortgage.
9. Documentary Stamps on new note.
10. Recording Fees on Mortgage.
11. Credit Report Fee.
12. Mortgage Company's Fees.
13. Appraisal Fee.
14. Title Insurance for Mortgagee.
15. Set-up of Escrow Account (taxes and insurance).

**RADON GAS:**

Radon is naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit. Pursuant to S404.056(8), Florida Statutes.

_____  _____
OWNER               DATE

_____  _____
OWNER               DATE

**PAUL HOMES**
**ADDENDUM #5**
**EXPRESS ASSUMPTION OF RISK AND LIABILITY RELEASE AGREEMENT**

I, the undersigned, hereby acknowledge that I am voluntarily entering upon the residential construction site commonly referred to as <u>Block 4582, Lots 49 - 50, Unit 69, Cape Coral Subdivision</u>. I acknowledge and appreciate that hazardous conditions exist upon the construction site which are unavoidable and ongoing, and that certain risks and dangers exist which are inherent in any construction site, including, but not limited to, loss or damage to personal property, personal injury or fatality. Such risks stem from the operation of power tools, construction vehicles, the falling of tools and/or materials, trenches and holes created during the construction process as well as innumerable risks incident to the construction of dwelling units.

I AM AWARE THAT ENTRY UPON THE CONSTRUCTION SITE IS A HAZARDOUS ACTIVITY, AND I AM VOLUNTARILY ENTERING UPON THE CONSTRUCTION SITE WITH THE KNOWLEDGE OF THE DANGER INVOLVED AND I AGREE TO ACCEPT AND ASSUME ANY AND ALL RISKS OF INJURY, DEATH AND PROPERTY DAMAGE TO MYSELF, MY HEIRS, OR VISITOR THAT ACCOMPANY ME.



Initial    Initial

I assume the risks set forth above and agree to release, indemnify and hold harmless Paul Homes, Inc., d/b/a Paul Homes and its officers, directors, shareholders, employees and agents from any liability, resulting from the negligence or other acts of others, its agents and employees, suffered on the construction site. In addition, I hereby release and discharge Paul Homes, Inc., d/b/a Paul Homes, its agents and employees, from all claims and actions I, my heirs, my invited visitors, or legal representatives now have or may hereafter have, for injury or damages arising out of or related to my entry upon the construction site.

I HAVE CAREFULLY READ THIS PARAGRAPH AND FULLY UNDERSTAND ITS CONTENTS. I AM AWARE THAT THIS IS A RELEASE OF LIABILITY AND LIMITS MY RIGHTS TO SUE Paul Homes, Inc., D/B/A PAUL HOMES IN THE EVENT OF INJURY, DEATH OR PROPERTY DAMAGE TO MYSELF, MY VISITORS OR ANY MEMBER OF MY FAMILY, AND I SIGN IT OF MY OWN FREE WILL.

Initial    Initial

**PAUL HOMES**
## ADDENDUM #6 - NOTICE OF CONSUMER RIGHTS

## NOTICE OF CONSUMER RIGHTS UNDER THE
## CONSTRUCTION INDUSTRIES RECOVERY FUND

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. State law requires that you be provided with this notice of your rights regarding the Construction Industries Recovery Fund, including how and where you can file a claim against the Fund for reimbursement of any damages you have suffered.

You may be eligible for reimbursement if you have suffered monetary loss due to certain acts (described below) by the contractor, financially responsible officer or business organization licensed under Chapter 489, Part I, Florida Statutes. The Fund is available only in cases where the contract was signed and the violation occurred on or after July 1, 1993.

### Who Is Eligible?

In order to seek compensation from the Construction Industries Recovery Fund, you must have:

1. Entered into a written contract with a licensed contractor for work on residential real property;
2. Commenced legal action against the contractor, financially responsible officer or business organization; and
3. Suffered a financial loss due to the contractor:
   a) Knowingly violating applicable city, county or state building codes or laws;
   b) Committing mismanagement or misconduct in the practice of contracting that causes financial harm to a customer;
   c) Abandoning a construction project for more than 90 days; or
   d) Signing a false statement claiming that the work is bonded, that all payments to subcontractors have been made, or claiming to have provided certain worker's compensation and insurance protection.

Florida laws provide specific definitions for determining whether a contractor's actions may constitute one of these violations. See S489.129(1)(d), (h), (k), (l), Fla. Stat. In addition, you must notify the Construction Industry Licensing Board (CILB) of your claim by certified mail at the time you commence legal action.

Filing a complaint against a contractor is not the same as filing a claim against the Fund. Even if you file a complaint against a contractor with the Department of Business and Professional Regulation (DBPR), you still have to give the CILB notice of your claim and you will

also be required to file a Construction Industries Recovery Fund Claim Form with the CILB.

To request a Construction Industries Recovery Fund Claim Form or to receive more information about the Fund, write to:

> Construction Industry Licensing Board
> 7960 Arlington Expressway, Suite 300
> Jacksonville, Florida 32211-7467
> Phone (904) 359-6310

If you have questions and/or want to file a complaint with the DBPR against the contractor, the financially responsible officer and/or the business organization, please write to the Complaint Section, DBPR, 1940 North Monroe Street, Tallahassee, Florida 32399-0782.

### Conditions For Recovery

In order to recover from the Fund, you must be an individual - not a company. The Recovery Fund is a last resort. Before you can receive any money from the Fund, you must have obtained a final judgment from a Florida court or a restitution order from the CILB based on the types of violations of law already mentioned. Both the violation of law and the signing of the construction contract must have occurred on or after July 1, 1993. Before the Fund will pay you any money, you must show that you have made every effort to determine if there are any assets from which you can recover all or part of the money you are owed. If so, you must try to recover before you can collect from the Fund. You have to file a claim for recovery with the Fund within 2 years of the time the violation of law happens or within 2 years of the time you find out or should have found out about the violation of law. No claim can be made more than 4 years after the time the violation of law happened.

### Payments From The Fund

The Fund does not pay post-judgment interest, punitive damages, or attorneys fees. The Fund only pays what you have not yet collected for actual or compensatory damages. The Fund pays the lesser of up to $25,000 per claim, or $25,000 per transaction, or $50,000 per contractor.

FOR MORE INFORMATION ABOUT THE FUND, SEE SS489.140 to 489.143, FLA. STAT. AND RULES 61G4-21.001 TO 61G4-21.005, FLA. ADMIN. CODE.

The undersigned acknowledges that this notice was received prior to or at the time of making your initial payment/deposit with PAUL HOMES.

OWNER _____  DATE 3/17/05

OWNER _____  DATE 3/17/05

**PAUL HOMES**
ADDENDUM #6 - NOTICE OF CONSUMER RIGHTS

## NOTICE OF CONSUMER RIGHTS UNDER THE
## CONSTRUCTION INDUSTRIES RECOVERY FUND

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. State law requires that you be provided with this notice of your rights regarding the Construction Industries Recovery Fund, including how and where you can file a claim against the Fund for reimbursement of any damages you have suffered.

You may be eligible for reimbursement if you have suffered monetary loss due to certain acts (described below) by the contractor, financially responsible officer or business organization licensed under Chapter 489, Part I, Florida Statutes. The Fund is available only in cases where the contract was signed and the violation occurred on or after July 1, 1993.

### Who Is Eligible?

In order to seek compensation from the Construction Industries Recovery Fund, you must have:

1. Entered into a written contract with a licensed contractor for work on residential real property;
2. Commenced legal action against the contractor, financially responsible officer or business organization; and
3. Suffered a financial loss due to the contractor:
   a) Knowingly violating applicable city, county or state building codes or laws;
   b) Committing mismanagement or misconduct in the practice of contracting that causes financial harm to a customer;
   c) Abandoning a construction project for more than 90 days; or
   d) Signing a false statement claiming that the work is bonded, that all payments to subcontractors have been made, or claiming to have provided certain worker's compensation and insurance protection.

Florida laws provide specific definitions for determining whether a contractor's actions may constitute one of these violations. See S489.129(1)(d), (h), (k), (l), Fla. Stat. In addition, you must notify the Construction Industry Licensing Board (CILB) of your claim by certified mail at the time you commence legal action.

Filing a complaint against a contractor is not the same as filing a claim against the Fund. Even if you file a complaint against a contractor with the Department of Business and Professional Regulation (DBPR), you still have to give the CILB notice of your claim and you will

also be required to file a Construction Industries Recovery Fund Claim Form with the CILB.

To request a Construction Industries Recovery Fund Claim Form or to receive more information about the Fund, write to:

> Construction Industry Licensing Board
> 7960 Arlington Expressway, Suite 300
> Jacksonville, Florida 32211-7467
> Phone (904) 359-6310

If you have questions and/or want to file a complaint with the DBPR against the contractor, the financially responsible officer and/or the business organization, please write to the Complaints Section, DBPR, 1940 North Monroe Street, Tallahassee, Florida 32399-0782.

### Conditions For Recovery

In order to recover from the Fund, you must be an individual - not a company. The Recovery Fund is a last resort. Before you can receive any money from the Fund, you must have obtained a final judgment from a Florida court or a restitution order from the CILB based on the types of violations of law already mentioned. Both the violation of law and the signing of the construction contract must have occurred on or after July 1, 1993. Before the Fund will pay you any money, you must show that you have made every effort to determine if there are any assets from which you can recover all or part of the money you are owed. If so, you must try to recover before you can collect from the Fund. You have to file a claim for recovery with the Fund within 2 years of the time the violation of law happens or within 2 years of the time you find out or should have found out about the violation of law. No claim can be made more than 4 years after the time the violation of law happened.

### Payments From The Fund

The Fund does not pay post-judgment interest, punitive damages, or attorneys fees. The Fund only pays what you have not yet collected for actual or compensatory damages. The Fund pays the lesser of up to $25,000 per claim, or $25,000 per transaction, or $50,000 per contractor.

FOR MORE INFORMATION ABOUT THE FUND, SEE SS489.140 to 489.143, FLA. STAT. AND RULES 61G4-21.001 TO 61G4-21.005, FLA. ADMIN. CODE.

The undersigned acknowledges that this notice was received prior to or at the time of making your initial payment/deposit with PAUL HOMES.

_____  2/17/05
OWNER                    DATE

_____  2/17/05
OWNER                    DATE

## PAUL HOMES
### ADDENDUM #7 - MODEL HOME QUALITY

Congratulations on your purchase of a Paul Home. Paul Homes prides itself on quality and we are dedicated to building your home to a level of craftsmanship equal to what has been represented in our model home.

At this point, Paul Homes would like you to take some extra time to review the model home that is most like the home you are purchasing and study the quality of construction. Your new home will be built to these same standards. In addition, you should review the quality of materials used in the construction of the house as detailed in the Description of Materials and Specifications in your Building Agreement.

Purchasers hereby acknowledge, agree, and accept the above description as the standard of quality for their new home.

_____ 2/17/05
OWNER          DATE

_____ 2/17/05
OWNER          DATE

## PAUL HOMES
### ADDENDUM #8 - Construction Lien Law

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOU HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIER OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECT. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTOR, SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

**ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001 - 713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.**

OWNER _____   DATE 3/17/05

OWNER _____   DATE 3/17/05

Permit # _____

Block # _____ Lot _____

## Residential Swimming Pool
## Spa and Hot Tub Safety Act
## Requirement

I, _____, License # _____
(Please Print Contractors Name)

hereby affirm that one of the following methods will be used to meet the
requirements of Chapter 515, Florida Statutes.

_____The pool will be isolated from access to the home by an
enclosure that meets the pool barrier requirements of Florida Statutes, Section
515.29;

_____The pool will be equipped with an approved safety pool cover that
complies with ASTM F1346-91 (Standard Performance Specifications for Safety
Covers for Swimming Pools, Spas and Hot Tubs);

___X____All door and windows providing direct access from the home to the
pool will be equipped with an exit alarm that has a minimum sound pressure
rating of 85 decibels at 10 feet;

_____All doors providing direct access from the home to the pool will be
equipped with a self-closing, self-catching device with a release mechanism
placed no lower than 54" above the floor or deck;

**************************In Addition To:**************************

_____If pool perimeter or property perimeter fence is to be used as a pool

barrier, it shall be a minimum of 48" high, with 54" high gate latches. All gates

shall be self closing self latching.

I understand that not having one of the above installed at the time of
final inspection will constitute a violation of Chapter 515 F.S., and will
be considered as committing a misdemeanor of the second degree,
punishable as provided in section 775.082 or section 775.083 F.S.

_____                    _____
CONTRACTOR'S SIGNATURE                       OWNER'S SIGNATURE

                                             _____
                                             Gerald D Peters
                                             OWNER'S NAME (PLEASE PRINT)

Smc 5/01/2004

Jul 11 05 10:21p    Gerald Peters              952-294-8213         p. 1

Page 1 of 2

**RECEIVED**
JUL 1 2 2005
BY:

# CHANGE ORDER

PAUL HOMES
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

NUMBER: #1 (Pre-Construction)
REVISED

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | July 1, 2005 |
| 15060 Ironwood Court | CONTRACT/JOB NUMBER | JOB NAME/LOCATION |
| Eden Prairie, MN 55346 | #876 | Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

| | | | |
|---|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ | N/C |
| 2. | Extend entry forward 3' (54 sq. ft.) | $ | 5,130 |
| 3. | TAJ leaded glass entry inserts in lieu of etched | $ | 1,200 |
| 4. | Install six (6) 24" deep painted wood shelves in guest bath closet and in 2nd floor bath closet | $ | 468 |
| 5. | Tile wainscote 4' high in pool bath with corner mirror like Coral View Model (sink wall only) | $ | 500 |
| 6. | Mount crown molding along the bottom of the coffer ceilings in the master bedroom, study, den and family room, includes all electric and rope lights | $ | 3,160 |
| 7. | Change study floor covering from carpet to tile | $ | 610 |
| 8. | Change dining room floor covering from tile to wood | $ | 2,649 |
| 9. | Tile upgrade for 2nd story balcony floor | $ | 772 |
| 10. | Tile upgrade on 2nd story bath floor | $ | 120 |
| 11. | Change 2nd story sliders to pocket | $ | N/C |
| 12. | Twelve (12) fan speed/light controls | $ | N/C |
| 13. | Credit three (3) switched outlets (per building agreement) | $ | <330> |
| 14. | Castleby chrome/brass two handle faucet in guest bath | $ | 264 |
| 15. | Level Antique White Thermofoil master bath cabinets | $ | 338 |
| 16. | Granite master fireplace tile Uba Tuba 12"x12" | $ | 520 |
| 17. | Family room fireplace tile Figurina Earth 12"x12" | $ | 562 |
| 18. | Level 3 Antique White Thermofoil cabinets in laundry room — ✱ change to Sierre | $ | 217 |
| 19. | Kitchen countertop Granite Tan/Brown Level 2       as kitchen on | $ | 1,437 |
| 20. | Stainless steel undermount kitchen sink #512-067     most change order | $ | 327 |

cc: Gary, Tom, Alice, file

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price          $

Date of agreement: 7-1-05                    Previous Contract Amount   $   Continued

Authorized
Signature    E.K.Q.
                  (CONTRACTOR)          Revised Contract Total   $
                                                                        2.

Payment will be made as follows:    **** PAYMENT DUE UPON RECEIPT ****
          PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* – The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature                              Date of acceptance:  July 11, 2005
                  (Owner)
Authorized
Signature                              Date of acceptance:  July 11, 2005
                  (Owner)
          White - Office      Yellow - Owner      Pink - Job File

ɔ 10:21p   Gerald Peters          952-284-8213          p.2

RECEIVED
JUL 1 2 2005
BY:

Page _2_ of _2_

# CHANGE ORDER

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

NUMBER: #1 (Pre-Construction)
REVISED

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | July 1, 2005 |
| 15060 Ironwood Court | CONTRACT/JOB NUMBER | JOB NAME/LOCATION |
| Eden Prairie, MN 55346 | #876 | Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

| | | |
|---|---|---|
| 21. | Paint interior ceilings a different color than the walls | $ 1,085 |
| 22. | Paint the walls above and below chair rail a different color | $ 370 |
| 23. | Driveway paver colors vanilla/carmel/charcoal | $ 650 |
| 24. | Up to 100' of underground electric service | $ N/C |
| 25. | Shutter off lanai with standard panels in lieu of each opening | $ 500 |
| 26. | Four (4) dedicated 110V outlets in the study, den, family room, and master bedroom | $ 400 |
| 27. | Two (2) 110V outlets in the pool storage room | $ 110 |
| 28. | Two (2) header lights on one switch in bedroom #2 closet | $ 340 |
| 29. | One (1) header light with switch in bedroom #3 closet | $ 195 |
| 30. | Three (3) recessed can lights on existing switches on lanai | $ 450 |
| 31. | Add one (1) switch for second lanai fan | $ 55 |
| 32. | Supply and install in schedule 80 PVC conduit, two 220V/20Amp circuits with power at seawall to two boat lift motors at dock, rewire and relocate one outboard lift motor control to the seawall side of the lift, permanently mount and wire two lift controls to the piling at the seawall side of the lift, install one weather-proofed hinged enclosure to house the controls with two GFI outlets in it | $ 1,675 |
| 33. | Install mirror walls in two side compartments of entertainment center with three glass shelves in each component cabinet with two smoke glass doors and speaker covers | $ 3,300 |
| 34. | Upgrade appliance package per Bill Smith quote dated 05/11/05 | $ 20,634 |
| 35. | Delete appliance allowance from contract | $<15,000> |
| 36. | Delete laundry appliance allowance from contract | $ <2,200> |
| 37. | Install two (2) stair riser LED low voltage lights | $ 250 |
| 38. | Lida 15a Antique Nickel interior knobs | $ 350 |

This Change Order has to be signed and returned within five working days. If not signed, it will become null and void.
cc: Gary, Tom, Alice, file
This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price    $   31,108

Date of agreement: 7-1-05                    Previous Contract Amount   $   586,713

Authorized
Signature _____    Revised Contract Total  $   617,821
                (CONTRACTOR)

Payment will be made as follows:    **** PAYMENT DUE UPON RECEIPT ****
                    PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____    Date of acceptance: Jul 11, 2005
                (Owner)

Authorized
Signature _____    Date of acceptance: Jul 11, 2005
                (Owner)

White - Office    Yellow - Owner    Pink - Job File

Jul 11 05 10:21p     Gerald Peters          952-284-8213          p.3

RECEIVED

JUL 1 3 2005

BY:_____

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

Page _1_ of _1_

# CHANGE ORDER
NUMBER: _____ #2

| TO | PHONE 952-975-0675 | DATE July 1, 2005 |
|---|---|---|
| Gerald and Mary Peters 15060 Ironwood Court Eden Prairie, MN 55346 | CONTRACT/JOB NUMBER #876 | JOB NAME/LOCATION Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

| | | |
|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ N/C |
| 2. | Medallion Astoria Door Maple cabinets in kitchen, brandywine. | $ N/C |
| 3. | Thermofoil Antique White Martinique Door in master bath, guest bath and upper bath | $ N/C |
| 4. | The following does not include tops as there are not selected | $ Note |
| 5. | Hutch wall with all glass upper cabinets | $ 5,392 |
| 6. | ~~Hutch with center glass cabinets~~ | ~~$ 1,705~~ |
| 7. | Study built-in cabinets | $ 10,389 ✓/c |
| 8. | Wet bar | $ 2,853 |

(Pricing based on layout dated 05/31/05 for cabinets only)

Counter tops items 5 & 8 to be same as kitchen.
It is assumed that hutch, study & wet bar cabinets are
same type/style as kitchen.

This Change Order has to be signed and returned within five working days.
If not signed, it will become null and void.

cc: Gary, Tom, Alice, file

This Change Order becomes part of and in conformance with the existing contract          $ 18,634

*We Agree* hereby to make the change (s) specified above at this price          $ _____

Date of agreement:     7-1-05                    Previous Contract Amount   $  617,821

Authorized
Signature    R.K.B (CONTRACTOR)                  Revised Contract Total  $  636,455

Payment will be made as follows:     **** PAYMENT DUE UPON RECEIPT ****
          PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____ (Owner)          Date of acceptance: July 11, 2005

Authorized
Signature _____ (Owner)          Date of acceptance: July 11, 2005

White - Office     Yellow - Owner     Pink - Job File

Sep 02 05 11:18a    Gerald Peters              852-284-8213         P.1

FROM :PAULHOMES          FAX NO. :2395420925              g. 25 2005 18:52AM P1

RECEIVED

SEP 0 2 2005

BY:

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

Page 1 of 1

# CHANGE ORDER
NUMBER: #3

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | August 22, 2005 |
| 15060 Ironwood Court | | |
| Eden Prairie, MN 55346 | CONTRACT/JOB NUMBER | JOB NAME/LOCATION |
| | #876 | Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

|  |  |  |
|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ N/C |
| 2. | Hatch countertop to be Granite Level 2 Tan Brown | $ 1,295 |
| 3. | Study built-in countertop to be Granite Level 2 Tan Brown | $ 5,307 |
| 4. | Wet bar countertop to be Granite Level 2 Tan Brown | $ 1,398 |

This Change Order has to be signed and returned within five working days.
If not signed, it will become null and void.

cc: Gary, Tom, Alice, file

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price       $     8,000

Date of agreement:   8-22-05          Previous Contract Amount  $   636,455

Authorized
Signature _____       Revised Contract Total  $   644,455
              (CONTRACTOR)

Payment will be made as follows:    **** PAYMENT DUE UPON RECEIPT ****
                      PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All
work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____       Date of acceptance:   8/25/2005
              (Owner)

Authorized
Signature _____       Date of acceptance: _____
              (Owner)
                      White - Office    Yellow - Owner    Pink - Job File

Page _1_ of _1_

# CHANGE ORDER

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

NUMBER: _____ #4

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | October 28, 2005 |
| 15060 Ironwood Court | CONTRACT/JOB NUMBER | JOB NAME/LOCATION |
| Eden Prairie, MN 55346 | #876 | Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

| | | |
|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ N/C |
| 2. | Revise pool deck per attached plan, adding 326 sq. ft. paver deck and enclosure | $ 8,150 |
| 3. | Revised site plan will be provided upon receipt of signed revised pool drawing | $ Note |

VOID

This Change Order has to be signed and returned within five working days.
If not signed, it will become null and void.

cc: Gary, Tom, Alice, file

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change(s) specified above at this price    $    8,150

Date of agreement: 10-28-05     Previous Contract Amount  $    644,455

Authorized
Signature _____     Revised Contract Total  $    652,605
            (CONTRACTOR)

Payment will be made as follows:     **** PAYMENT DUE UPON RECEIPT ****
            PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____     Date of acceptance _____
            (Owner)

Authorized
Signature _____     Date of acceptance _____
            (Owner)

White Copy   Yellow-Owner   Pink-Job file

Apr 03 06 03:06p    G ( ) ld Peters            95 ( ) -294-8213      p.1

---

PAUL HOMES
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

RECEIVED
APR 0 3 2006
BY:

CHANGE ORDER
NUMBER: _____ #5 _____

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | March 21, 2006 |
| 15060 Ironwood Court | CONTRACT/JOB NUMBER | JOB NAME/LOCATION |
| Eden Prairie, MN 55346 | #876 | Lot 49-50, Block 4552, CC |

We hereby agree to the change(s) or additional work specified below:

| | | | |
|---|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ | N/C |
| 2. | Change Order #4 Is void | $ | Note |
| 3. | *Wiring for Her Retreat:* | $ | Below |
| 4. | Add one (1) dedicated 20 Amp/120 Volt outlet with two duplex outlets in her retreat | $ | 265 |
| 5. | Add one (1) composite cable from structured low volt panel (Dmarc) to under window in her retreat (two gang mud ring) | $ | 225 |
| 6. | Add one (1) Cat5 4 pair cable from structured low volt panel (Dmarc) to under window in her retreat (two gang mud ring) | $ | 65 |
| 7. | Add one (1) composite cable from two gang mud ring under window to family room entertainment center | $ | 225 |
| 8. | Add two (2) recessed lights (White Baffle)wiring complete with one switch per sketch including one single pole slide dimmer in her retreat | $ | 405 |
| 9. | *Wiring for Family Room/Balcony:* | $ | Below |
| 10. | Add one (1) waterproof outlet with GFI protection | $ | 85 |
| 11. | Delete two (2) exterior wall light outlets with one switch | $ | <135> |
| 12. | Add four (4) recessed lights (3 White Baffle/1 Eyeball) with one switch per attached sketch including one single pole dimmer | $ | 745 |
| 13. | Add one (1) switch and one (1) outlet for toekick lighting in bath | $ | 209 |
| 14. | Add one (1) composite cable from center of exterior wall between windows run to structured low voltage panel (total of 2 in room) | $ | 225 |
| 15. | Add one (1) dedicated 20 Amp/120Volt circuit with two (2) duplex outlets | $ | 250 |

cc: Gary, Leonard, Alice, file    No check -RH

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price     $ _CONTINUED_

Date of agreement: __3-22-06__          Previous Contract Amount   $ _____

Authorized
Signature _____       Revised Contract Total  $ _____
              (CONTRACTOR)

Payment will be made as follows:     **** PAYMENT DUE UPON RECEIPT ****
                   PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All
work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____       Date of acceptance: __3/2/06__
                 (Owner)

Authorized
Signature _____       Date of acceptance: _____
                 (Owner)
                          White - Office    Yellow - Owner    Pink - Job File

Apr 03 06 03:06p    G( )ld Peters.              952-254-8213        P.2

Page 2 of 1

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

# CHANGE ORDER
NUMBER: _____ #5 _____

| TO | PHONE 952-975-0675 | DATE March 21, 2006 |
|---|---|---|
| Gerald and Mary Peters 15060 Ironwood Court Eden Prairie, MN 55346 | CONTRACT/JOB NUMBER #876 | JOB NAME/LOCATION Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

| | | | |
|---|---|---|---|
| 16. | *Wiring for Garage:* | $ | *Below* |
| 17. | Add three (3) GFI 110V outlets in garage with additional concrete wall cutting, incl. patching | $ | 425 |
| 18. | Add four (4) ceiling light outlets to existing switch and incorporate two existing ceiling light | $ | 280 |
| 19. | outlets on same switch as above | | |
| 20. | Add one (1) composite cable next to GFI outlet on wood wall adjacent to bedroom #2 run to structured low voltage panel | $ | 225 |
| 21. | *Wiring for Greatroom/Kitchen:* | $ | *Below* |
| 22. | Add four (4) outlets in ceiling for future lighting with two 3-way switches spaced out as shown on attached sketch | $ | 420 |
| 23. | Add two (2) outlets on wall adjacent to master bedroom wall half-controlled with one switch | $ | 210 |
| 24. | Add one (1) switch and outlet to kitchen island for rope lighting (rope lighting by owner) | $ | 212 |
| 25. | Add two (2) recessed eyeball lights in kitchen ceiling controlled by ceiling fan/light existing switch as per attached sketch | $ | 340 |
| 26. | Add one (1) composite cable above kitchen cabinet run back to structured low voltage panel per attached sketch | $ | 225 |
| 27. | Add one (1) 120 Volt duplex outlet above kitchen cabinet next to composite cable | $ | 70 |
| 28. | *Wiring for Lanai/Nook:* | $ | *Below* |
| 29. | Add one (1) waterproof GFI outlet on lanai ceiling | $ | 85 |
| 30. | Add one (1) composite cable on lanai ceiling run to structured low voltage panel | $ | 225 |
| 31. | Add one (1) switch for summer kitchen exhaust fan | $ | 70 |

cc: Gary, Leonard, Alice, file

This Change Order becomes part of and in conformance with the existing contract.

*We Agree* hereby to make the change (s) specified above at this price          $ **CONTINUED**

Date of agreement: _3-21-06_          Previous Contract Amount $ _____

Authorized
Signature _____          Revised Contract Total $ _____
          (CONTRACTOR)

Payment will be made as follows:       **** PAYMENT DUE UPON RECEIPT ****
          PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____          Date of acceptance: _3/3/06_
          (Owner)

Authorized
Signature _____          Date of acceptance: _____
          (Owner)

          White - Office    Yellow - Owner    Pink - Job File

Apr 03 06 03:06p    (P  ald Peters           9' -294-8213        p.3

Page 3 of 4

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

# CHANGE ORDER
NUMBER: _____ #5

| TO<br>Gerald and Mary Peters<br>15060 Ironwood Court<br>Eden Prairie, MN 55346 | PHONE<br>952-975-0675 | DATE<br>March 21, 200( |
|---|---|---|
| | CONTRACT/JOB NUMBER<br>#876 | JOB NAME/LOCATION<br>Lot 49-50, Block 458 ½, CC |

We hereby agree to the change(s) or additional work specified below:

| | | | |
|---|---|---|---|
| 32. | *Wiring for Family Room/Lanal:* | $ | Below |
| 33. | Add one (1) switch and one (1) lanai wall light outlet as shown on sketch | $ | 140 |
| 34. | Delete two (2) (Baffle) recessed lights wiring complete with one switch | $ | <405> |
| 35. | Add three (3) mini (Baffle) wiring complete with 1 switch including 1 dimmer per sketch | $ | 645 |
| 36. | Add four (4) half hot outlets and two (2) switches | $ | 420 |
| 37. | Add four (4) 110V outlets in coffered ceiling wiring complete with one (1) switch | $ | 350 |
| 38. | Add two (2) outlets on top of entertainment center | $ | 140 |
| 39. | Add four (4) recessed lights (Baffle) with one (1) switch incl. one single pole dimmer | $ | 695 |
| 40. | Add two (2) outlets on either side of entertainment center | $ | 140 |
| 41. | Add one (1) additional composite cable next to one existing | $ | 225 |
| 42. | *Wiring for Bedroom #3:* | $ | Below |
| 43. | Add two (2) recessed lights (White Baffle) with one (1) switch incl. one (1) single pole dimmer | $ | 415 |
| 44. | Add three (3) 110V duplex outlets per attached sketch | $ | 210 |
| 45. | Add one (1) composite cable on plant shelf above closet run to structured low voltage panel | $ | 205 |
| 46. | *Wiring for Bedroom #2:* | $ | Below |
| 47. | Add one (1) add. composite cable to plant shelf above closet run to structured low voltage panel | $ | 225 |
| 48. | Add one (1) 110Voutlet on plant shelf above closet next to composite cable | $ | 70 |
| 49. | Add two (2) recessed lights (White Baffle) with one (1) switch incl. one (1) single pole dimmer | $ | 475 |
| 50. | *Wiring for Office/Den (outlets to be at 36" AFF:* | $ | Below |
| 51. | Add one (1) add composite cable next to existing cable run to structured low voltage panel | $ | 225 |
| 52. | Add one (1) dedicated 120V/20Amp circuit with two (2) duplex outlets | $ | 225 |
| 53. | Add one (1) switch and one (1) outlet for toekick lighting (16' rope) | $ | 281 |
| 54. | Add two (2) recessed lights (White Baffle) with one (1) switch incl. one (1) single pole dimmer | $ | 475 |
| 55. | Add four (4) 110Voutlets per attached sketch | $ | 280 |

cc: Gary, Leonard, Alice, file

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price   $ CONTINUED

Date of agreement: _____ 3-21-06 _____   Previous Contract Amount  $ _____

Authorized
Signature _____   Revised Contract Total  $ _____
                    (CONTRACTOR)

Payment will be made as follows:   **** PAYMENT DUE UPON RECEIPT ****
                    PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All
work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____   Date of acceptance: 3/2/06

                    (Owner)
Authorized
Signature _____   Date of acceptance: _____
                    (Owner)

White - Office      Yellow - Owner      Pink - Job File

Apr 08 06 11:36p     Gerald Peters          952 84-8213              p.2

Page __1__ of __1__

**PAUL HOMES**                          # CHANGE ORDER
4524 SE 16th Place #2C                  NUMBER: _____ #6
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

| TO | PHONE<br>952-975-0675 | DATE<br>March 21, 2006 |
|---|---|---|
| Gerald and Mary Peters<br>15060 Ironwood Court<br>Eden Prairie, MN 55346 | CONTRACT/JOB NUMBER<br>#876 | JOB NAME/LOCATION<br>Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

| | | |
|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ N/C |
| ~~2.~~ | ~~Appliances per Bill Smith Proposal dated 01/12/06 (delete proposal dated 05/11/05)~~ | $ Note 2 |
| ~~3.~~ | ~~Change Washer to GE WPRB9220D~~ | $ 204 |
| ~~4.~~ | ~~Change Dryer to GE DPSB620EC~~ | $ 300 |
| 5. | ~~Change~~ GE Washer GHW9400PT | $ 285 |
| 6. | ~~Delete~~ GE Dryer GEW9250PT | $ 287 |
| 7. | Delete pedestals LAB2700MT | $ <300> |

This Change Order has to be signed and returned within five working days.
If not signed, it will become null and void.

cc: Gary, Leonard, Alice, file

This Change Order becomes part of and in conformance with the existing contract       ~~<3.057>~~
*We Agree* hereby to make the change (s) specified above at this price      $    ~~<1143>~~
Date of agreement: __3-21-06__        Previous Contract Amount  $     665,257
Authorized
Signature _____     Revised Contract Total  $   ~~-664,114-~~
          (CONTRACTOR)                                              664,957

Payment will be made as follows:     **** PAYMENT DUE UPON RECEIPT ****
                     PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All
work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____      Date of acceptance: __3/__
          (Owner)
Authorized
Signature _____      Date of acceptance: _____
          (Owner)
                White - Office   Yellow - Owner   Pink - Job File

FROM : HOMES                    FAX NO. : 2395420925              Apr. 07 2006 08:26AM  P2

Page __1__ of __1__

# CHANGE ORDER

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

NUMBER: _____#7_____

| TO | PHONE 952-975-0675 | DATE April 5, 2006 |
|---|---|---|
| Gerald and Mary Peters | | |
| 15060 Ironwood Court | CONTRACT/JOB NUMBER #876 | JOB NAME/LOCATION Lot 49-50, Block 4582, CC |
| Eden Prairie, MN 55346 | | |

We hereby agree to the change(s) or additional work specified below:

| | | | |
|---|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ | N/C |
| 2. | Audio/Video/Surveillance System according to your specifications labor only. Customer to provide all rough-in materials to include wire, speaker templates, speaker baffles, subwoofer enclosure, and TV mount. | $ | 5,287 |
| 3. | Breakdown per room attached, please sign every page. | $ | Note |

This Change Order has to be signed and returned within five working days.
If not signed, it will become null and void.

cc: Gary, Leonard, Alice, file

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price     $     5,287

Date of agreement: 4-5-06                Previous Contract Amount     $     664,114

Authorized Signature _____
(CONTRACTOR)                            Revised Contract Total  $     669,401

Payment will be made as follows:    **** PAYMENT DUE UPON RECEIPT ****
PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract.

Authorized Signature _____          Date of acceptance: 4/7/06
(Owner)

Authorized Signature _____          Date of acceptance: _____
(Owner)

White - Office     Yellow - Owner     Pink - Job File

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

RECEIVED
MAY 1 5 2006
BY: _____

Page __1__ of __1__

# CHANGE ORDER

NUMBER: _____#8_____

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | April 13, 2006 |
| 15060 Ironwood Court | | |
| Eden Prairie, MN 55346 | CONTRACT/JOB NUMBER #876 | JOB NAME/LOCATION Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

1. CHANGE ORDER CHARGE — $ N/C
2. This Change Order is for clarification purposes only due to changing appliances from your building agreement and subsequent Change Orders. — $ Note
3. Appliances per Bill Smith Proposal dated 10/01/2005 to be as follows: — $ N/C
   GE Monogram Rangetop ZGU36L6H with Accessory ZX22B36H
   GE Monogram Vent ZV36RSF
   GE Monogram Refrigerator ZIDS240P with Duct Cover  ZS36DC12
   GE Monogram Microwave ZSC2001F and
   GE Monogram Refrigerator ZIBI240P
   Fisher & Paykel Dishwasher DD603SS
   GE Monogram Refrigerator ZFSB26DR
   Whirlpool Washer GHW9400PT
   Whirlpool Dryer GEW9250PT
   GE Monogram Microwave ZE2160 SF with trim kit JX2127SH
   GE Monogram Single Oven ZET938SF

   This Change Order has to be signed and returned within five working days.
   If not signed, it will become null and void.

cc: Gary, Leonard, Alice, file

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price        $   N/C

Date of agreement: ___4-13-06___        Previous Contract Amount  $   670,244

Authorized
Signature _____        Revised Contract Total  $   670,244
          (CONTRACTOR)

Payment will be made as follows:        **** PAYMENT DUE UPON RECEIPT ****
                                        PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____        Date of acceptance: _May 13 2006_
          (Owner)

Authorized
Signature _____        Date of acceptance: _____
          (Owner)

White - Office        Yellow - Owner        Pink - Job File

Page __1__ of __1__

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

RECEIVED
MAY 1 5 2006
BY:_____

# CHANGE ORDER
NUMBER: _____ #9 _____

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | May 4, 2006 |
| 15060 Ironwood Court | | |
| Eden Prairie, MN 55346 | CONTRACT/JOB NUMBER #876 | JOB NAME/LOCATION Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

| | | | |
|---|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ | N/C |
| 2. | Upgrade kitchen cabinets to Designer Series, Nappa Valley Door, Brandywine Stain with self close drawer glides per attached layout with cover sheet dated 04/21/06 | $ | 5,538 |
| 3. | Upgrade wet bar to Designer Series, Nappa Valley Door, Brandywine Stain with self close drawer glides per attached layout with cover sheet dated 04/21/06 | $ | 900 |
| 4. | Upgrade hutch to Designer Series, Nappa Valley Door, Brandywine Stain with self close drawer glides per attached layout with cover sheet dated 04/21/06 | $ | 2,851 |
| 5. | Upgrade utility room to Medallion Silverline Astoria Door Brandywine Stain with extra length utility top per attached layout with cover sheet dated 04/21/06 | $ | 1,477 |
| 6. | Master bath, bath #2 and upstairs bath to be Thermofoil Antique White Martinique Door per attached layout with cover sheet dated 04/21/06 | $ | Incl. |
| 7. | Study to be Medallion Silverline Astoria Door Brandywine Stain per attached layout with cover sheet dated 04/21/06 | $ | Incl. |

This Change Order has to be signed and returned within five working days.
If not signed, it will become null and void.

cc: Gary, Leonard, Alice, file

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price    $    10,766

Date of agreement: 5-4-06    Previous Contract Amount    $    670,244

Authorized
Signature _____    Revised Contract Total  $    681,010
(CONTRACTOR)

Payment will be made as follows:    **** PAYMENT DUE UPON RECEIPT ****
PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____    Date of acceptance: May 12, 2006

Authorized
Signature _____    Date of acceptance: _____
(Owner)

White - Office    Yellow - Owner    Pink - Job File

Jun 01 06 01:57p   Daffy Duck                    952-284-8213          p.1
FROM :PAULHOMES              FAX NO. :2395420925      Jun. 01 2006 02:48PM  P1

**RECEIVED**

JUN 1 2006

BY:

**Page** 1 of 1

# CHANGE ORDER

NUMBER: _____ #10

PAUL HOMES
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | May 30, 2006 |
| 15060 Ironwood Court | CONTRACT/JOB NUMBER | JOB NAME/LOCATION |
| Eden Prairie, MN 55346 | #876 | Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

|  |  |  |
|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ N/C |
| 2. | Add raised planter to pool area 16' x 81' | $ 1,685 |
| 3. | Additional 335 sq. ft. deck and screen per approved layout | $ 6,695 |

This Change Order has to be signed and returned within five working days.
If not signed, it will become null and void.

cc: Gary, Leonard, Alice, file    *Received no deck. RH*

This Change Order becomes part of and in conformance with the existing contract.

*We Agree* hereby to make the change (s) specified above at this price    $    8,380
Date of agreement: _____ 5-30-06    Previous Contract Amount  $    681,010
Authorized
Signature _____    Revised Contract Total  $    689,390
          (CONTRACTOR)

Payment will be made as follows:    **** PAYMENT DUE UPON RECEIPT ****
          PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All
work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____    Date of acceptance: _____ June 1 2006
          (Owner)

Authorized
Signature _____    Date of acceptance: _____
          (Owner)

White - Office    Yellow - Owner    Pink - Job Kit

Jun 06 06 02:16p    Daffy Duck                952-294-8213            p.1

FROM :PAUL-HOMES              FAX NO. :2395420925         Jan. 02 2006 10:30AM P1

---

Page _1_ of _1_

**RECEIVED**

JUN 6 2006

BY:

PAUL HOMES
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

# CHANGE ORDER

NUMBER: _____ #11

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | June 1, 2006 |
| 15060 Ironwood Court | CONTRACT/JOB NUMBER | JOB NAME/LOCATION |
| Eden Prairie, MN 55346 | #876 | Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

|  |  |  |  |
|---|---|---|---|
| 1. | CHANGE ORDER CHARGE | S | N/C |
| 2. | Pull down stairs to attic access in 2nd story bath | S | 310 |
| 3. | Insulate (R-11) for sound master bedroom wall (one closet to greatroom), family room niche wall and left bearing wall | S | 485 |
| 4. | Upgrade alarm control panel to a Power-832 model with 2 LCD5500z Plain Language Keypads, 8 zone expander module, two (2) smoke detectors hooked into the alarm panel (one on each level (7) Honeywell - Model FG1625F - glass break detectors, Escort telephone interface module, run 14/4 speaker wire through pipe to spa on lanai, run Cat-5 wire from entertainment center to door chime locations, one additional speaker outlet bracket | $ | 2,601 |
| 5. | Add one (1) fan box on patio | S | 305 |
| 6. | Reinstall two (2) boxes in master bedroom due to wall speaker | S | 84 |
| 7. | Relocate microwave box due to cabinet layout change | S | 38 |
| 8. | Add two (2) mini can lights to entertainment center | S | 427 |
| 9. | Add 3/4" PVC chase from entertainment center through block wall to spa for volume control | S | 440 |
| 10. | Move 2nd floor microwave due to cabinet layout change | S | 171 |
| 11. | Add two (2) wall sconces and switch on 2nd floor patio | S | 250 |
| 12. | Add 2nd outlet to 2nd floor bath | S | 203 |
| 13. | Add two (2) mini recessed can lights and two (2) switches with shower trim (one in each closet of 2nd floor) | S | 427 |
| 14. | Move seven (7) boxes up in study due to cabinet layout change | S | 115 |

This Change Order has to be signed and returned within five working days.
If not signed, it will become null and void.

cc: Gary, Leonard, Alice, file

This Change Order becomes part of and in conformance with the existing contract.

*We Agree* hereby to make the change (s) specified above at this price    $    5,856

Date of agreement: 6-1-06              Previous Contract Amount  $    689,390

Authorized
Signature                              Revised Contract Total  $    695,246

(CONTRACTOR)

Payment will be made as follows:    **** PAYMENT DUE UPON RECEIPT ****
PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* – The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature                    (Owner)              Date of acceptance: 6/6/2006

Authorized
Signature                    (Owner)              Date of acceptance: _____

White - Office    Yellow - Owner    Pink - Job File

11/29/2006  14:36     952-934-6964          THE UPS STORE                    PAGE  01

RECEIVED
NOV 2 9 2006
BY:

PAUL HOMES
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1798
FAX: 239-542-0915

# CHANGE ORDER
NUMBER: _____ #12

| TO | PHONE | DATE |
|---|---|---|
| Gerald and Mary Peters | 952-975-0675 | November 22, 2006 |
| 15860 Ironwood Court | CONTRACT/JOB NUMBER | JOB NAME/LOCATION |
| Eden Prairie, MN 55546 | 6826 | Lot 49-50, Block 6582, CC |

We hereby agree to the change(s) or additional work specified below:

|   |   |   |   |
|---|---|---|---|
| 1. | CHANGE ORDER CHARGE | $ | N/C |
| 2. | Change washer to AEKO W6461 (from WPRB9200D) | $ | 770 |
| 3. | Change dryer to AEKO W7131 (from DPSB620EC) | $ | 442 |
| 4. | Install a 4' wide paver side walk from the right pool door pad to the dock | $ | 1,400 |
| 5. | Run a speaker wire from the plaster next to the spa to the plaster on the left side of the pool | $ | 200 |

This Change Order has to be signed and returned within five working days.
If not signed, it will become null and void.

cc: Gary, Joe, Alice, file

*no deck RH*

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price     $     2,812
Date of agreement: _11-22-06_                   Previous Contract Amount  $     687,096
Authorized
Signature _____                 Revised Contract Total  $     689,908
              (CONTRACTOR)

Payment will be made as follows:    **** PAYMENT DUE UPON RECEIPT ****
                         PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All
work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized
Signature _____    Date of acceptance: _11/29/06_
                (Owner)

Authorized
Signature _____    Date of acceptance: _____
                (Owner)

White - Office     Yellow - Owner     Pink - Job File

*I AM SENDING BY UPS TWO PKTS*
*CONTAINING 3 PAIR SPEAKERS.*

Page 1 of 1

# CHANGE ORDER

**PAUL HOMES**
4524 SE 16th Place #2C
CAPE CORAL, FLORIDA 33904
PHONE: 239-542-1750
FAX: 239-542-0925

NUMBER: Closing Statement

| TO Gerald and Mary Peters 4904 SW 22nd Place Cape Coral, FL 33914 | PHONE | DATE February 5, 2007 |
|---|---|---|
| | CONTRACT/JOB NUMBER #876 | JOB NAME/LOCATION Lot 49-50, Block 4582, CC |

We hereby agree to the change(s) or additional work specified below:

| | | | |
|---|---|---|---|
| 1. | Change Order #1 - #3 are paid in full | $ | 0 |
| 2. | Change Order #4 is void | $ | 0 |
| 3. | Change Order #5 is paid in full | $ | 0 |
| 4. | Change Order #6 is open | $ | <300> |
| 5. | Change Order #7 is paid in full | $ | 0 |
| 6. | Change Order #8 is no charge | $ | 0 |
| 7. | Change Order #9 is open | $ | 10,766 |
| 8. | Change Order #10 is open | $ | 8,380 |
| 9. | Change Order #11 is open | $ | 5,856 |
| 10. | Change Order #12 is open | $ | 2,812 |
| 11. | Final Cash Draw for House and Pool | $ | 58,669 |
| 12. | Water line service allowance 65', actual 60' | $ | <25> |
| 13. | Sewer line service allowance 60', actual 84' | $ | 240 |
| 14. | Impact fee allowance $3,087, actual $2,930 | $ | <157> |
| 15. | Water & sewer impact fees and water meter allowance $4,309, actual $4,619 | $ | 310 |
| 16. | Paint owners' speaker covers | $ | 250 |
| 17. | Prepaid garbage bill paid on your behalf for the balance of 2007 as required by Lee County. Future garbage bills are collected on your property tax bill annually. | $ | 331 |
| 18. | Appliance allowance $19,062, paid $20,648 | | 1,586 |

YOUR NEW PHONE: _____

THANK YOU FOR YOUR BUSINESS

cc: Alice, file

This Change Order becomes part of and in conformance with the existing contract

*We Agree* hereby to make the change (s) specified above at this price       $   88,718

Date of agreement: 2-5-07                    Previous Contract Amount   $

Authorized Signature _____ (CONTRACTOR)     Revised Contract Total   $

Payment will be made as follows:   **** PAYMENT DUE UPON RECEIPT ****
PLEASE SIGN AND RETURN WHITE COPY TO PAUL HOMES

*Accepted* - The above prices and specifications of this Change Order are satisfactory and are hereby accepted. All work to be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Authorized Signature _____ (Owner)          Date of acceptance: _____

Authorized Signature _____ (Owner)          Date of acceptance: _____

White - Office    Yellow - Owner    Pink - Job File