UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____

THIS DOCUMENT RELATES TO:
Rogers et al. v. Knauf GIPS KG et al.; Case No. 2:10-CV-362-EEF-JCW

### DAVIS GENERAL CONTRACTING CORPORATION'S CORRECTED MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (IV) FOR FAILURE OF SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION

DAVIS GENERAL CONTRACTING CORPORATION ("DAVIS GENERAL CONTRACTING "), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(2), makes this special limited appearance for contesting service of process and contesting personal jurisdiction and files this Motion to Dismiss to Dismiss Plaintiffs' Omnibus Class Action Complaint (IV)  for Failure of Service Process and Lack of Personal Jurisdiction and Supporting Memorandum as follows.  DAVIS GENERAL CONTRACTING does not and does not intend to subject itself to the jurisdiction of this Court for any reason other than to contest this Court's purported jurisdiction over it.

DAVIS GENERAL CONTRACTING moves the Court for an order dismissing claims asserted in the Plaintiffs' Omnibus Class Action Complaint (IV) for failure of service of process and lack of personal jurisdiction.  The grounds and basis for this motion are set forth in greater detail in the supporting memorandum of law filed herewith.

WHEREFORE, DAVIS GENERAL CONTRACTING request that the Court dismiss the Complaint in its entirety as against DAVIS GENERAL CONTRACTING, award it its cost and attorney's fees, and order such further relief as is equitable and just.

---

/s/ John C. Davis
JOHN C. DAVIS
Fla. Bar No. 0827770
Law Office of John C. Davis
623 Beard Street
Tallahassee, FL 32303
(850) 222-4770
(850) 222-3119 (fax)
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittmann@stonepigman.com, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of October, 2010.

/s/ John C. Davis
JOHN C. DAVIS