Case 2:09-md-02047-EEF-MBN   Document 6060-2   Filed 10/22/10   Page 1 of 13

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL NO. 2047
PRODUCTS LIABILITY LITIGATION             SECTION: L

                                          JUDGE FALLON
                                          MAG. JUDGE WILKINSON

_____

THIS DOCUMENT RELATES TO:
 Rogers et al. v. Knauf GIPS KG et al.; Case No. 2:10-CV-362-EEF-JCW

**DECLARATION OF HUGH C. DAVIS IN SUPPORT OF DAVIS GENERAL**
**CONTRACTING CORPORATION'S MOTION TO DISMISS PLAINTIFFS'**
**OMNIBUS CLASS ACTION COMPLAINT (IV) FOR FAILURE OF SERVICE OF**
**PROCESS AND LACK OF PERSONAL JURISDICTION**

I, Hugh C. Davis, hereby declare:

1.       I am the owner and registered agent of Davis General Contracting Corporation

("DAVIS GENERAL CONTRACTING").

2.       DAVIS GENERAL CONTRACTING is a Florida corporation.  Its office address

and principal place of business is 313 5th Street, West Palm Beach, FL 33401.  I am the agent for

service of process registered with the State of Florida.  My address for service of process is 1090

Bimini Lane, Singer Island, FL 33404 and has been so since January 7, 2010.

3.       On or about April 30, 2010, a Complaint and a Summons in this case were served

on Deanna Davis at 218 Kenlyn Road, West Palm Beach, FL.   The Summons lists as the

defendant, "Davis General Contractors," and has an address of 218 Kenlyn Road, Palm Beach,

FL 33480.  See Ex. 1 attached hereto.

4.       While the Complaint and Summons name "Davis General Contractors," 218

Kenlyn Road, Palm Beach, FL, is not the address for the office, registered agent or any agent or

employee of "Davis General Contractors."   There is no individual residing or working at such

address that has any connection with "Davis General Contractors."   I have no connection

whatsoever with any entity named "Davis General Contractors," and I have never done business under the name "Davis General Contractors." I have never heard of a company named "Davis General Contractors."

5.        The 218 Kenlyn Road address was, prior to January 7, 2010, the address of the registered agent for services of process for DAVIS GENERAL CONTRACTING, though at the time the Summons was served the address was 1090 Bimini Lane, Singer Island, FL 33404.

6.        I have examined the Complaint in this matter, in particular the schedule of Plaintiffs and corresponding Defendants who are alleged to have performed services for them or at property owned by them. The Complaint specifically identifies the real property of one Lori Sutton, a Plaintiff in the case, located at 526 SW Whitmore Drive, Port St. Lucie, Florida as the only property related to "Davis General Contractors." The Complaint nowhere names or identifies DAVIS GENERAL CONTRACTING as a defendant or party to the litigation. Further, the Complaint does not allege that "Davis General Contractors" or DAVIS GENERAL CONTRACTING built or developed any houses in Louisiana.

7.        DAVIS GENERAL CONTRACTING has never performed any work or services for an individual named Lori Sutton or at any property located at 526 SW Whitmore Drive, Port St. Lucie, Florida.

8.        DAVIS GENERAL CONTRACTING has never transacted business in Louisiana, does not maintain an office or agent in Louisiana, does not have any employees in Louisiana, does not own property in Louisiana, has not breached any contract or committed any tort in Louisiana, and has not otherwise conducted itself in any manner that would give rise to personal jurisdiction over DAVIS GENERAL CONTRACTING by a court in Louisiana.

2

9.      On May 10, 2010, my attorney contacted the office of Plaintiffs' counsel and spoke to Amy Guidry, informing her of the matters discussed in this motion and was assured by Guidry that the Plaintiff would take no action to default DAVIS GENERAL CONTRACTING which Plaintiffs looked into the matter.  My letter to Ms.Guidry and my attorney's letter to Ms. Guidry are attached as Ex. 2.

I hereby declare under penalty of perjury that the foregoing is true and correct.  Executed on October 18, 2010.

_____
HUGH C. DAVIS

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JOYCE W. ROGERS, et al | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. 10-362 Section L |
| KNAUF GIPS KG, et al | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Davis General Contractors
218 Kenlyn Road
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SEND LETTER PER AMY*

*AMY GUIDRY*
*LAMBERT & NELSON*
*701 MAGAZINE STREET*
*NEW ORLEANS, LA. 70130*

CLERK OF COURT

Loretta G. Whyte

Date:   Mar 29 2010

Signature of Clerk or Deputy Clerk

*FERNANDI*
*BRANDY BELSARD:*
*AMY  504-581-1750  CALLED 4/30/10*
*FAX 504-529-2931*

**RECEIVED**

APR 3 0 2010

DAVIS GENERAL
CONTRACTING CORP.

EXHIBIT 1

# LAW OFFICE OF JOHN C. DAVIS

623 Beard Street
TALLAHASSEE, FLORIDA 32303

**JOHN C. DAVIS**
Also admitted in Georgia

(850) 222-4770
(850) 222-3119 (facsimile)

jdavis623@earthlink.net
www.johndavislaw.net

May 10, 2010

## FACSIMILE TRANSMITTAL COVER SHEET

Fax Number:        504-529-2931

To:        Amy Guidry

From:        John C. Davis

Subject:        Rogers v. Knauf GIPS KG – Davis General Contractors

Number of pages including cover sheet:   3

Comments:

The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original message to us at the addressed noted above via the United States mail. Thank you.

EXHIBIT 2

# LAW OFFICE OF JOHN C. DAVIS

623 Beard Street
TALLAHASSEE, FLORIDA 32303
(850) 222-4770
(850) 222-3119 (facsimile)

**JOHN C. DAVIS**
Also admitted in Georgia

john@johndavislaw.net
www.johndavislaw.net

May 10, 2010

Amy Guidry
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130

VIA FAX  504-529-2931

Re;     <u>Rogers v. Knauf GIPS KG</u> – Summons to Davis General Contractors

Dear Amy:

This letter confirms our telephone conference of today regarding the summons served on "Davis General Contractors." As I explained (and as I believe that Hugh Davis, the principal of Davis General Contracting Corporation, also explained to you), it appears that you have served the wrong entity or the wrong registered agent. The summons is addressed to "Davis General Contractors." A copy is attached. Mr. Davis is the owner of Davis General Contracting Corporation, a different entity. Mr. Davis has studied the complaint and the names of all of the plaintiffs and he is unfamiliar with any of them and has not performed any work for any of them. As I explained to you as well, his company does exclusively high end residential contracting on Palm Beach, Singer Island and similar areas. I firmly believe that you've got the wrong entity.

As we discussed, you will not take any action to obtain a default (an answer would be due on May 20) while you look into the matter to confirm what I am saying. Let me know immediately if this is not so.

Sincerely,

John C. Davis

Cc:     Hugh C. Davis

EXHIBIT 2

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JOYCE W. ROGERS, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-362 Section L |
| KNAUF GIPS KG, et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Davis General Contractors
218 Kenlyn Road
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SEND LETTER PER AMY*

*AMY GUIDRY*
*LAMBERT & NELSON*
*701 MAGAZINE STREET*
*NEW ORLEANS, LA. 70130*

CLERK OF COURT

Loretta G. Whyte

Date: _____ Mar 29 2010 _____

Signature of Clerk or Deputy Clerk

*FERNANDO*
*BRANDY BELSARD:*
*AMY 504-581-1750 CALLED 4/30/10*
*FAX 504-529-2931*

**RECEIVED**

APR 3 0 2010

DAVIS GENERAL
CONTRACTING CORP.

EXHIBIT 2

DavisGeneralContracting                              #3442 P.001 /005

**Davis General Contracting Corporation**

May 6, 2010

Guidry: Certified Return Receipt 7009 1680 0000 2074 1782
Herman: Certified Return Receipt 7009 1680 0000 2074 1799
Davis: Certified Return Receipt 7009 1680 0000 2074 1805

Ms. Amy Guidry
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130

Mr. Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Leonard M. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   Summons In A Civil Action
      Case Action No.  10-362 Section L. Mag 2
      Joyce W. Rogers, et al
      v.
      Knauf Gips KG, et al

Dear Ms. Guidry,

Per our conversation today, please be advised I have reviewed the Summons which found its way to my firm for Civil Action No. 10-362 Section L and I believe you have incorrectly involved me in this action. Please note the following in that regard:

1. I have reviewed the list of plaintiffs in the action and I have never performed any work for any of them, do not know any of them professionally or otherwise and my firm does not perform work in the generalized areas where the plaintiffs cause for action took place.

313 5th Street   West Palm Beach   Florida   33401   PHONE 561.820.1400   FAX 561.832.7288
www.davisgeneralcontracting.com

EXHIBIT 2

2. The business you list in the complaint is:
*Davis General Contractors*
*218 Kenlyn Road*
*Palm Beach, Florida 33480*

The correct name and address of my business is:
*Davis General Contracting Corporation*
*313 5ᵗʰ Street*
*West Palm Beach, Florida 33401*

Note: A similarly named business entity "Davis General Contractors" may exist and be involved in your complaint. Correctly involving them in your complaint will surely produce a potentially more favorable result in your action.

I greatly appreciate your assistance in this matter and your further informing me I have been removed from the above referenced action.

Yours Sincerely,

Hugh C. Davis

cc:  Mr. John C. Davis, Esquire
     Mr. Wes Pittman, Esquire
     Mr. Frank Chopin, Esquire

EXHIBIT 2

DavisGeneralContracting

#3442 P.004 /005

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.54 |

Sent To Mr. Russ Herman Esq
Street, Apt No; 820 O'Keefe Avenue
or PO Box No.
City, State, ZIP+4 New Orleans LA 70113

7009 1680 0000 2074 1799

PS Form 3800, August 2006          See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr Russ M. Herman Esq
Herman, Herman Katz &
Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DSTV4T2   5-9-09

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 1680 0000 2074 1799

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

EXHIBIT 2

DavisGeneralContracting                    #3442 P.003 /005

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.54 |

Sent To: Ms. Amy Guidry Lambert & Nelson
Street, Apt. No.; or PO Box No. 701 Magazine St
City, State, ZIP+4 New Orleans, LA 70130

PS Form 3800, August 2006

7009 1680 0000 2074 1782

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery  5-11-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Ms. Amy Guidry
Lambert & Nelson
701 Magazine St.
New Orleans, LA 70130

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7009 1680 0000 2074 1782

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

EXHIBIT 2

DavisGeneralContracting   #3442 P.005 /005

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.54 |

Sent To  Mr. Leonard M. Davis, Esq.
Street, Apt. No.; or PO Box No.  820 O'keefe Avenue
City, State, ZIP+4  New Orleans, LA 70113

PS Form 3800, August 2006          See Reverse for Instructions

7009 1680 0000 2074 1805

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Leonard M. Davis, Esq.
Herman, Herman, Katz &
Cotlar, LLP
820 O'keefe Avenue
New Orleans, LA 70113

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]   ☑ Agent   ☐ Addressee
B. Received by (Printed Name)   Davis    C. Date of Delivery  5-9-10
D. Is delivery address different from item 1?  ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7009 1680 0000 2074 1805

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT 2