U.S.

## GUANGDONG PROVINCE
## DONGGUAN CITY INTERMEDIATE PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Guangdong Province Dongguan City Intermediate People's Court]

*Law Association No. FX-10-538*
*Judicial Association No. SX-10-514*
*Guangdong Superior Court/International (Service):*[2010]No. 222

| | |
|---|---|
| Case No. | ( 09-6690 ) Dong Intermediate Court No. |
| Cause of Action | |
| Servee | GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCT CO., LTD. |
| Address for Service | 2 New Shagang Industrial Zone, Mayong Town, Dongguan City, (Guangdong Province, China). |
| Document Served and Number | 1. Summary of documents served;   2. Summons;  3. Complaint;   4. Documents;   5. Translation. |
| Recipient Signature or Seal | |
| Date of Receipt | Date       Time |
| Substitute Recipient | |
| Servers | Lu, Yong Jian       Zhong, Man Fu |
| Notes | Refused to sign and accept; service executed by leaving rejected legal processes at the place of abode.<br><br>June 3, 2010    2:00 pm |

Note:  1. Upon receiving the service documents, the servee is required to sign on the *Proof of Service form*, and send the said *Proof of Service* to the Case File Department of this court. Trial Division: (address: 187 West Dongcheng Road, Dongguan City, Zipcode 523008)
2. If the recipient proper is not in, hand the documents to an adult family member for receiving in 经 substitution.
3. In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.
4. If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the *Proof of Service* the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient.  The service is then deemed as executed.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Florida

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br><br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*      Guangdong Knauf New Building Materials Products Co., Ltd.
               Machong No. 2 Xinsha Development Zone, Machong Town,  Dongguan City ,RC-523147 Guangdong, China
                        Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons in a Civil Action
Order dated March 16, 2010
Transfer Order
Amended Complaint -- Class Action
Translations
Summary of the Document to be Served

Done at                                                                         , the
*Fait à* Minneapolis, Minnesota, U.S.A.                         , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# 证 明 书
# CERTIFICATE

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1、文书已予送达* 1.that the document has been served*
—日期：the (date) __3/6, 2010__
—地点(城镇、街、号)：at (place, street, number) __Ma er xinsha developments zone, Mayong Town, Dongguan City.__

—采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:
①依公约第五条第一款(一)项的规定。* a)in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
②依下述特定方法：* b)in accordance with the following particular method*:

③交付给自愿接受的收件人。* c)by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
—(收件人身份和说明)：(identity and description of person)
__The addressee refused to accept, so the documents to be served by leaving the place of the addressee.__
—与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):

2、由于下列事实文书未能送达*：2. that the document has not been served, by reason of the following facts*:

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用* In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

制于 _____ 年 ____ 月 ____ 日
Done at __Beijing__ __12/8__ __2010__
签名和(或)盖章
Signature and/or stamp.

*如不适用，则请删去。
*Delete if inappropriate.