UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE: FALLON (L) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE: WILKINSON (2) |
| No. 09-6690 | * | |
| | * | |

*******************************************

## NOTICE OF APPEARANCE

The Watson Law Group hereby enters its appearance on behalf of defendant Edwards Construction Company and requests the Court and counsel serve all pleadings and papers intended for this defendant upon the undersigned.

Respectfully submitted,

*/s/ Bailey Smith*
_____
Calvin F. Branton #0010911(Minn.)
Bailey H. Smith #27906 (La.)
WATSON LAW GROUP
900 Wilshire Blvd., Suite 720
Los Angeles, CA 90017
Telephone: (213) 785-1400
cbranton@watsonlawgroup.com
bsmith@watsonlawgroup.com

Attorneys for Edwards Construction Company

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of October, 2010.

                              */s/ Bailey Smith*

                              _____