UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| AMATO, ET AL. v. LIBERTY MUTUAL INS. CO., ET AL. CASE NO. 2:10-cv-00932 (E.D. La.) | MAGISTRATE WILKINSON |

## CORPORATE DISCLOSURE STATEMENT OF VICINITY DRYWALL, INC.

**NOW INTO COURT**, through undersigned counsel, comes defendant, **Vicinity Drywall, Inc.**, which pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6E of the Local Rules of this Court, respectfully submits the following statement of its corporate interest and affiliations.

1) Vicinity Drywall, Inc. was a Florida corporation with its principal place of business in Port St. Lucie, Florida;

2) Vicinity Drywall, Inc. was a privately held corporation, and,

3) Vicinity Drywall, Inc. was administratively dissolved by Florida Department of State, Division of Corporations on or about September 25, 2009.

1

Dated October 25, 2010.

          Respectfully submitted,

          **BRIAN REBOUL & ASSOCIATES, L.L.C.**

          By: ___/s/_Brian Reboul_____
              **Brian L. Reboul, Esq.**
              (Bar No. 02064)
          2805 Division Street, Suite 102
          Metairie, Louisiana 70002
          Tel: (504) 457-2557 Fax: (504) 457-2559
          Email: brian@reboullaw.com

          **VASQUEZ & TOSKO, LLP**

          By: ___/s/_Lisa Young_____
              **Lisa Young, Atty. at Law**
              Florida Bar No.: 935395
          Landmark Center Two
          225 E. Robinson St., Suite 525
          Orlando, FL 32801
          Tel: 1 (407) 481-9300
          Fax: 1 (407) 481-9171
          Email: lyoung17@cfl.rr.com

          *Attorneys for Defendant,*
          *Vicinity Drywall, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of October, 2010.

/s/ Brian L. Reboul
**BRIAN L. REBOUL**

/s/ Lisa Young
**LISA YOUNG**