Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0247

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Benoit Builders, LLC, fka Benoit Builders & Realtors, Inc.

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Mississippi__ ) ss.
County of: __Jackson__ )

**Name of Server:** __Donna Davis__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4__ day of __October__, 20 __10__, at __4:39__ o'clock __P__ M

**Place of Service:** at __3015 Washington Avenue__, in __Pascagoula, MS  39565__

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Benoit Builders, LLC, fka Benoit Builders & Realtors, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Meredith Benoit, spouse of owner__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Blond__ ; Facial Hair __no__
Approx. Age __30-35__ ; Approx. Height __5'7"__ ; Approx. Weight __110__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Donna Davis__
Signature of Server

Subscribed and sworn to before me this __4__ day of __October__, 20 __10__

__[signature]__
Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Mar 12, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS