Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0269

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Building Supply House, L.L.C.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** Carol S Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of September, 20 10, at 12 o'clock P M

**Place of Service:** at 8550 United Paza Blvd., Ste. 1001, in Baton Rouge, LA 70809

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Building Supply House, L.L.C. through Postlewaitet Netterville
By delivering them into the hands of an officer or managing agent whose name and title is: Ellen Ferriss, Receptionist

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Bwn ; Facial Hair N/A
Approx. Age 45 ; Approx. Height 5'4" ; Approx. Weight 135

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Carol A Cassisa
Signature of Server

Subscribed and sworn to before me this 6TH day of OCTOBER, 20 10

Notary Public    4/29/13
(Commission Expires)

**APS International, Ltd.**