Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0420

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cardel Master Builder, Inc., dba Cardel Homes
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of October, 20 10, at 1:05 o'clock P. M

**Place of Service:** at Corporation Trust Center, 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Cardel Master Builder, Inc., dba Cardel Homes**
By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA, OPERATIONS MANAGER

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ___
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 230 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 4 day of Oct, 20 10

Notary Public (Commission Expires)

EXPIRES MARCH 14, 2011

**APS International, Ltd.**