Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza

## AFFIDAVIT OF SERVICE ON A CORPORATION
-- Centerline Homes at Delray, Inc.
Court Case No. 09-7628

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: **Florida** ) ss.
County of: **BROWARD** )

**Name of Server:** **Kenneth Wolf**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on **27-Sep-2010 11:32 am**

**Place of Service:** at **825 Coral Ridge Dr.**, city of **Coral Springs**, state of **FL**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes at Delray, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is
**Diane Jordan, Executive Assistant**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **blonde** ; Facial Hair **N/A**
Approx. Age **52** ; Approx. Height **5'06"** ; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 30 day of Sept, 2010

Notary Public Rodriguez (Commission Expires)
My Commission DD845267
Expires 02/23/2013

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 106415-13