Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Centerline Homes at Georgetown, LLC, c/o Leopold, Korn, Leopold & Snyder, P.A.
Court Case No. 09-7628

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** Kenneth Wolf, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 27-Sep-2010 11:32 am

**Place of Service:** at 825 Coral Ridge Dr., city of Coral Springs, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Centerline Homes at Georgetown, LLC
By delivering them into the hands of an officer or managing agent whose name and title is
Diane Jordan, Executive Assistant

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **blonde**; Facial Hair **N/A**
Approx. Age **52**; Approx. Height **5'06"**; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 30 day of Sept, 20 10

Notary Public, State of Florida
Nelida E Rodriguez
My Commission DD845267
Expires 02/23/2013

APS File: 106415-19