Service of Process by

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



APS International, Ltd.
1-800-328-7171

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Centerline Homes at Tradition, LLC, c/o Leopold, Korn, Leopold & Snyder, P.A.
Court Case No. 09-7628

State of: **Florida** ) ss.
County of: **BROWARD** )

**Name of Server:** Kenneth Wolf, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 27-Sep-2010 11:32 am

**Place of Service:** at 825 Coral Ridge Dr., city of Coral Springs, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes at Tradition, LLC,**
By delivering them into the hands of an officer or managing agent whose name and title is
**Diane Jordan, Executive Assistant**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **blonde** ; Facial Hair **N/A**
Approx. Age **52** ; Approx. Height **5'06"** ; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **30** day of **Sept**, 20**10**

Notary Public Rodriguez  (Commission Expires)
My Commission DD845267
Expires 02/23/2013

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 106415-18