Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by

APS International, Ltd.
1-800-328-7171

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Centerline Homes Construction, Inc.
Court Case No. 09-7628

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** **Kenneth Wolf**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on **27-Sep-2010 11:32 am**

**Place of Service:** at **825 Coral Ridge Dr.**, city of **Coral Springs**, state of **FL**

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is
**Diane Jordan, Executive Assistant**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **blonde**; Facial Hair **N/A**
Approx. Age **52**; Approx. Height **5'06"**; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __ day of ____, 20 __

Notary Public State of Florida
Napier Rodriguez
My Commission DD845267
Expires 02/23/2013

(Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN  55439-3122

APS File: 106415-14