Service of Process by

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



APS International, Ltd.
1-800-328-7171

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Centerline Port St. Lucie, Ltd., c/o Leopold, Korn, Leopold & Snyder, P.A.
**Court Case No. 09-7628**

State of: __Florida__ ) ss.
County of: __BROWARD__ )

**Name of Server:** Kenneth Wolf, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 27-Sep-2010 11:32 am

**Place of Service:** at 825 Coral Ridge Dr., city of Coral Springs, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Port St. Lucie, Ltd.,**
By delivering them into the hands of an officer or managing agent whose name and title is
**Diane Jordan, Executive Assistant**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color blonde ; Facial Hair N/A
Approx. Age 52 ; Approx. Height 5'06" ; Approx. Weight 140

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 30 day of Sept, 20 10

Santa E Rodriguez
Notary Public
Commission DD845267
Expires 02/23/2013

(Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 106415-17