UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL    PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047  SECTION:  L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

On August 25, 2010, the Court created the Motions Committee which duties include reviewing and organizing the numerous motions pending in the MDL, and making suggestions to the Court as to the priority and order of setting the motions for hearing. (R. 5314).  Appointed to the Committee are representatives for each the Plaintiffs, Manufacturers, and Homebuilders.  At suggestion of counsel, the Court finds it appropriate to add to the Committee, a representative from the Insurers' Steering Committee.  Accordingly, IT IS ORDERED that Judy Barrasso is appointed to the Motions Committee.

New Orleans, Louisiana, this 20th day of October 2010.

_____
U.S. DISTRICT JUDGE