Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CRF Management Co., Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Polk__ )

**Name of Server:** __Andy Burgess__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __1__ day of __October__, 20 __10__, at __10:00__ o'clock __A__.M

**Place of Service:** at 500 South Florida Avenue, Suite 800, in Lakeland, FL 33801

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**CRF Management Co., Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Ronald L. Clark, Attorney__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __gray__ ; Facial Hair __No__
Approx. Age __60's__ ; Approx. Height __6'4"__ ; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Andy Burgess_
Signature of Server

Subscribed and sworn to before me this __1st__ day of __Oct__, 20 __10__

_Nedra Powell_ 8-19-12
Notary Public      (Commission Expires)

**APS International, Ltd.**

NEDRA N. POWELL
Comm# DD0815854
Expires 8/19/2012
Florida Notary Assn., Inc