Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0207

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drywall Service
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1_ day of _OCTOBER_, 20_10_, at _11:46_ o'clock _A._ M

**Place of Service:** at _20257 Dan Walker Rd._, in _Saucier, MS 39574_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Drywall Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _GENE BRELAND - OWNER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair ____
Approx. Age _62-70_ ; Approx. Height _5'7_ ; Approx. Weight _160_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _4_ day of _October_, 20 _10_

_Notary Public_      (Commission Expires) _22 Sept 2014_

**APS International, Ltd.**

State of Mississippi Notary Public
ID # 97122
HAL M. SANDS IV
Commission Expires Sept. 22, 2014
Harrison County