Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0178

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--E.B. Developers, Inc., c/o Kodsi Law Firm, P.A.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of September, 20 10, at 3:00 o'clock P. M

**Place of Service:** at 701 W. Cypress Creek Road, 3rd Floor, in Ft. Lauderdale, FL 33309

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
E.B. Developers, Inc., c/o Kodsi Law Firm, P.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Monica Garzon, Office Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 40 ; Approx. Height 5'5" ; Approx. Weight 100

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

Subscribed and sworn to before me this 28th day of September, 20 10

Jonathan Levy
Notary Public          (Commission Expires)

**APS International, Ltd.**