Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0281

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ed Price Building Materials
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish County of: _LIVINGSTON_ )

| | |
|---|---|
| **Name of Server:** | _Carol S Cassisa_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _29th_ day of _September_ , 20 _10_, at _12:05_ o'clock _P_ M |
| **Place of Service:** | at _8550 United Plaza Building II, Suite 305_ , in _Baton Rouge, LA 70809_ |
| **Documents Served:** | the undersigned served the documents described as:<br>**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement**<br>**to Class Action Complaint (I); Exhibits and Schedules** |
| **Service of Process on:**<br><br>**Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Ed Price Building Materials** _thru Capitol Corporate Services, Inc._<br>By delivering them into the hands of an officer or managing agent whose name and<br>title is: _Parrish Madonia_ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex _F_ ; Skin Color _W_ ; Hair Color _Bwn_ ; Facial Hair _N/A_<br>Approx. Age _40_ ; Approx. Height _5'7"_ ; Approx. Weight _140_<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>_Carol A Cassisa_<br>Signature of Server | Subscribed and sworn to before me this<br>_6TH_ day of _OCTOBER_, 20 _10_<br><br>_Notary Public_ _4/29/13_ (Commission Expires) |

**APS International, Ltd.**