Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0283

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Finish One Drywall, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of October, 20 10, at 7:50 o'clock P M

**Place of Service:** at 1265 Sherwood Forrest Blvd., in Baton Rouge, LA 70815

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Finish One Drywall, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jay Nickisheo, Co Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair N/A
Approx. Age 35yrs; Approx. Height 6'0"; Approx. Weight 200lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this 6TH day of OCTOBER, 20 10
_James Gallaher_ 4/29/13
Notary Public        (Commission Expires)

**APS International, Ltd.**