UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JOYCE W. ROGERS, et al vs. KNAUF GIPS KG, et al Case No. 2:10-cv-362-EEF-JCW | * * * * * | JUDGE FALLON  MAG. WILKINSON |

**ORDER GRANTING DEFENDANT C L ARCHITECTS & CONTRACTORS CORP.'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant C L Architects & Contractors Corp.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 22nd day of October, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE