Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0082

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Fusion Building Concepts, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Orange )

Name of Server: **Jesse P. Williams Jr**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **October**, 20 **10**, at **11:05** o'clock **A** M

Place of Service: at **701 N. Lake Davis Ave.** ~~1519 Indiana Avenue~~, in ~~Winter Park~~ **Orlando**, FL ~~32789~~ **32806**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Fusion Building Concepts, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Arturo E Noriega, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair **No**
Approx. Age **30's**; Approx. Height **6'2"**; Approx. Weight **220**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **Jesse P. Williams, Jr**  10-8-10

Subscribed and sworn to before me this **8** day of **October**, 20 **10**

Notary Public _Karen J. Hernandez_ (Commission Expires)

APS International, Ltd. #7176

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.