Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gryphon Construction, LLC, c/o Thomas O. Wells, P.A.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __24__ day of __Sept__, 20 __10__, at __12:40__ o'clock __P__ M

**Place of Service:** at __540 Biltmore Way__, in __Coral Gables, FL 33134__

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Gryphon Construction, LLC, c/o Thomas O. Wells, P.A.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Michelle Sanchez Secty.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair ____
Approx. Age __29__ ; Approx. Height __5'10__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __30__ day of __Sept__, 20 __10__

Notary Public                  (Commission Expires)
Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013