Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0012

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Harbor Springs Construction and Development, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )
Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __27__ day of __Sept.__, 20 __10__, at __2:20__ o'clock __P__ M

Place of Service: at __2785 NE 183 St., Ste. 600__, in __Aventura, FL  33160__

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Harbor Springs Construction and Development, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Laurie Sommers   Secretary__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __55__ ; Approx. Height __5'0__ ; Approx. Weight __110__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __30__ day of __Sept__, 20 __10__

Signature of Server

**APS International, Ltd.**

Notary Public (My Commission Expires)
Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013