Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0241

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hc Seals Drywall Partners
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MISSISSIPPI ) ss.
County of: PEARL RIVER
Name of Server: STEVEN SCHOLTES, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30 day of SEPT, 20 10, at 5 o'clock PM

**Place of Service:** at 125 George Mitchell Rd., in Carriere, MS 39426

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Hc Seals Drywall Partners

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SARAH SEALS - WIFE/CO. OWNER

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color GRY; Facial Hair NO
Approx. Age 70; Approx. Height 5'4; Approx. Weight 125

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 1 day of OCTOBER, 20 10

Notary Public (Commission Expires) 7-30-2014

APS International, Ltd.

STATE OF MISSISSIPPI
MARY B. LAMBERT
NOTARY PUBLIC
ID No 30095
Comm Expires
July 30, 2014
HARRISON COUNTY