Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0078

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Holiday Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: Joseph E Carrano, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 1 day of Oct, 20 10, at 11:15 o'clock A M

Place of Service: at 2293 West Eau Gallie Blvd., in Melbourne, FL 32935

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Holiday Builders, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Cynthia Hammer, Receptionist

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color WU ; Hair Color BL ; Facial Hair N
Approx. Age 60 ; Approx. Height 5'5" ; Approx. Weight 110

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 4TH day of October, 20 10

_____
Notary Public            (Commission Expires)

**APS International, Ltd.**



ALFRED S. PULASKI
MY COMMISSION # DD 978287
EXPIRES: April 4, 2014
Bonded Thru Budget Notary Services