Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0270

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holmes Building Materials, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5th_ day of _October_, 20_10_, at _12:10_ o'clock _P_ M

**Place of Service:** at _6190 Greenwell Springs Road_, in _Baton Rouge, LA 70806_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Holmes Building Materials, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Ms. Zeena Boyy, Accts Receivable_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _White_; Hair Color _Brown_; Facial Hair _N/A_
Approx. Age _49 yrs_; Approx. Height _5'5"_; Approx. Weight _150 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this
_6TH_ day of _OCTOBER_, 20_10_

_Jenna Dllah_  4/29/13
Notary Public        (Commission Expires)

**APS International, Ltd.**