Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0203

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Home Town Lumber & Supply, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Mississippi__ ) ss.
County of: __Jackson__ )

**Name of Server:** __Donna Davis__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __1__ day of __October__, 20 __10__, at __7:24__ o'clock __A__ M

**Place of Service:** at __7812 Lamar Poole Road__, in __Ocean Springs, MS  39564__

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Home Town Lumber & Supply, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Jay Callegari, Comptroller__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Blond__ ; Facial Hair __n/a__
Approx. Age __35__ ; Approx. Height __5'7"__ ; Approx. Weight __260__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Donna Davis__
Signature of Server

Subscribed and sworn to before me this __1__ day of __October__, 20 __10__

__Cita H. Bennett__
Notary Public           (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Mar 12, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS