Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0235

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--HWB Construction, Inc.
Court Case No. 09-7628

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of September , 20 10 , at 2:26 o'clock P. M

**Place of Service:** at 2731 Executive Park Drive, Suite 4 , in Weston, FL 33331

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement
to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
HWB Construction, Inc.

**Person Served, and
Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: Unicka Brown, Registered Agent / Supervisor

**Description of
Person Receiving
Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair
Approx. Age 30 ; Approx. Height 5'9" ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
30 day of September , 20 10

Jesse Picone
Signature of Server

Jonathan Levy
Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD758719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.