Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0271

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--In-Line Contractors, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOVISIANA ) ss.
Parish-County of: LIVINGSTON )

| | |
|---|---|
| Name of Server: | Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 1st day of October, 20 10, at 3:55 o'clock P M |
| Place of Service: | at 5800 One Perkins Place #B2, in Baton Rouge, LA 70809 |
| Documents Served: | the undersigned served the documents described as: **Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **In-Line Contractors, LLC** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: Ashley Capell, Office Manager |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F; Skin Color White; Hair Color Brown; Facial Hair N/A Approx. Age 41yrs; Approx. Height 5'4"; Approx. Weight 135lbs ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. _Jm Cassisa_ Signature of Server | Subscribed and sworn to before me this 6TH day of OCTOBER, 20 10 _Jones Dillard 4/29/13_ Notary Public        (Commission Expires) |

**APS International, Ltd.**