Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0110

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Intercoastal Construction Co.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

**Name of Server:** WAGER SHARPE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of OCTOBER, 20 10, at 12:00 o'clock P M

**Place of Service:** at 9 Foxhunter Flat, in Ormond Beach, FL 32174

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Intercoastal Construction Co.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Bo Hawrylwk Vice President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHT ; Hair Color BLK/GRY ; Facial Hair N/A
Approx. Age 65 ; Approx. Height 6'1" ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 6th day of OCTOBER, 20 10

Notary Public        (Commission Expires)

**APS International, Ltd.**

WILLIAM A. PHELPS
Commission DD 749368
Expires January 16, 2012
Bonded Thru Troy Fain Insurance 800-385-7019