Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0166

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Ironwood Properties, Inc.
Court Case No. 09-7628

State of: Florida                          ) ss.
County of: Palm Beach                  )

Name of Server: Michael Rocco , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 29th day of September , 20 10 , at 10:45 o'clock A. M

Place of Service: at 54 SW Boca Raton Blvd. , in Boca Raton, FL 33432

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Ironwood Properties, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Gregg Glickstein, Registered Agent / Attorney for the within named Defendant

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color WHite ; Hair Color Bald ; Facial Hair
Approx. Age 50 ; Approx. Height 5'6" ; Approx. Weight 150
☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
30th day of September , 20 10

Jonathan Levy
Notary Public          (Commission Expires)

NOTARY PUBLIC STATE OF FLORIDA
Jonathan Levy
Commission #DD730719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.