Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0137

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jim Walter Homes, Inc., c/o CT Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**State of:** Florida ) ss.
**County of:** Broward )

**Name of Server:** Eric Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30 day of September, 20 10, at 1:30 o'clock P M

**Place of Service:** at 1200 South Pine Island Road, in Plantation, FL 33324

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Jim Walter Homes, Inc., c/o CT Corporation

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: CT Corporation System, Registered Agent, for contact, Donna Moch, Section Head Process for Ct. Corp

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 40+ ; Approx. Height 5'6" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 1st day of October, 20 10

Notary Public           (Commission Expires)

NOTARY PUBLIC STATE OF FLORIDA
Everton Baggoo
Commission #DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**