Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0211

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--John Korn Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MISSISSIPPI ) ss.
County of: HARRISON )

**Name of Server:** JOE R. GILLIS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30 day of SEPTEMBER, 2010, at 7:15 o'clock P M

**Place of Service:** at 15094 Lorraine Road, in Biloxi, MS 39532-9697

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**John Korn Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: JOHN KORN – REGISTERED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color GRAY mustache; Facial Hair mustache
Approx. Age 40-55; Approx. Height 5'10"; Approx. Weight 170

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 1 day of October, 2010
David Eaton    Sept 22, 2014
Notary Public    (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 97120
DAVID EATON
Commission Expires
Sept. 22, 2014
HARRISON COUNTY