Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0267

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Jonathan Scott Shewmake
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Alabama ) ss.
County of: Mobile )

Name of Server: Cherie A. Weatherby, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 30th day of September, 20 10, at 1:50 o'clock P M

Place of Service: at ~~9530 Celeste Rd.~~ 10041 Hwy 43, in ~~Saraland, AL 36571~~ Creola, AL. 36525

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Jonathan Scott Shewmake**

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Jonathan Scott Shewmake** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair None
Approx. Age 40-45 ; Approx. Height 5'7" ; Approx. Weight 150

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Cherie A. Weatherby
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 30th day of September, 20
Mary Austin    01/12/2013
Notary Public    (Commission Expires)

[Notary Seal: MARY R. AUSTIN, My Commission Expires 01-12-2013, ALABAMA STATE AT LARGE, NOTARY PUBLIC]