Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0421

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JP Drywall, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __North Carolina__ ) ss.
County of: __Wake__ )
Name of Server: __Jennifer McKenzie__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __5__ day of __October__, 20 __10__, at __7:30__ o'clock __P__ M

Place of Service: at __100 Wood Rose Lane__, in __Wake Forest, NC 27587__

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
JP Drywall, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: __Francisco Galban, Manager__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __brown__ ; Hair Color __black__ ; Facial Hair __mustache__
Approx. Age __40s__ ; Approx. Height __5'7"__ ; Approx. Weight __175__

x  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __?__ day of __October__, 20 __10__

_signature_
Notary Public    (Commission Expires)

Signature of Server

APS International, Ltd.

(Notary seal: EDWIN McCRACKEN, NOTARY PUBLIC, WAKE COUNTY, N.C., Comm. Exp. 10-22-2011)