Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0206

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Just-Rite Supply, co Corporation Service Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __MS__ ) ss.
County of: __Hinds__ )

Name of Server: __Jimmy A Taylor__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __04__ day of __October__, 20__10__, at __11:12__ o'clock __A__ M

Place of Service: at __506 South President Street__, in __Jackson, MS 39201__

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Just-Rite Supply, co Corporation Service Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Danny Perry Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Brn__ ; Facial Hair __No__
Approx. Age __50__ ; Approx. Height __5'9"__ ; Approx. Weight __180__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __04__ day of __Oct__, 20__10__

Courtney N. Bounds
Notary Public        (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 91582
COURTNEY NICOLE BOUNDS
Commission Expires
Nov. 5, 2012
MADISON COUNTY