Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0088

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home of Orlando, LLC, co Corporation Service Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** __James A Aloi__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __8__ day of __October__, 20__10__, at __11:40__ o'clock __A__ M

**Place of Service:** at __1201 Hays St.__, in __Tallahassee, FL  32301-2525__

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
KB Home of Orlando, LLC, co Corporation Service Company
By delivering them into the hands of an officer or managing agent whose name and title is: __Joyce Muhling - Process clerk__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Br__; Facial Hair ____
Approx. Age __43__; Approx. Height __5'8__; Approx. Weight __161__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
10-8-10
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __8__ day of __Oct__, 20__10__
Notary Public                    (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019