IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    OCT 25 2010
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | * * | JUDGE FALLON MAG. JUDGE WILKINSON |

09-MD-2047 L(2)

## ANSWER

Comes now the Defendant, Tad Brown, by and through the undersigned counsel, and files this answer to Plaintiff's complaint as follows:

1. The Defendant denies each and every allegation contained therein and demands strict proof thereof.

Respectfully submitted,

*/s/ Tad Brown*
Tad Brown

Mr. Tad Brown
19450 North 6th Street
citronelle, AL  36522

TENDERED FOR FILING

OCT 25 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on the following by placing same in the U. S. Mail, properly addressed, and postage prepaid on this 20th day of October, 2010:

Andrew A. Lemmon, Esq.
Attorney at Law
650 Poydras Street Ste 2335
New Orleans, La 70130

Tad Brown

Tad Brown
19450 North 6th Street
Citronelle, AL 36522

7013023367 C026

U.S. District Court Eastern District
500 Poydras St. Room C-151
New Orleans, LA 70130



Mailed From 36504
10/20/2010
031A 0004181999
US POSTAGE
$00.44