Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0083

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Klepk Bros. Drywall, Inc.
Court Case No. 09-7628

State of: Florida ) ss.
County of: Orange )

Name of Server: Anthony Lu, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 1 day of October, 20 10, at 7:10 o'clock P M

Place of Service: at 2409 Raven Croft Ct., in Orlando, FL 32837

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Klepk Bros. Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Kevin Klepk, Director

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex m ; Skin Color White ; Hair Color Corey ; Facial Hair Beard
Approx. Age 60 ; Approx. Height 6'0" ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 4 day of October, 20 10

Signature of Server   10-4-10   Anthony Lu

Notary Public   (Commission Expires)

**APS International, Ltd.**   #7053

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires:   MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.