Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0021

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Suprema Trading, Inc., c/o Steve M. Bimston, Esquire,
Rosenthal, Rosenthal, Rasco, Kaplan
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of Sept, 20 10, at 2:40 o'clock P M

**Place of Service:** at One Adventura, Suite 600, in Aventura, FL 33180
20900 N.E. 30th Avenue

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
La Suprema Trading, Inc., c/o Steve M. Bimston, Esquire, Rosenthal, Rosenthal, Rasco, Kaplan
By delivering them into the hands of an officer or managing agent whose name and title is: Steve Bimston R.A.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair NO
Approx. Age 40 ; Approx. Height 5'11 ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 30 day of Sept, 20 10

Signature of Server

**APS International, Ltd.**

Notary Public (Notary Public State of Florida, Commission Expires)
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013