Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   106415-0031

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Lee Wetherington Homes Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __SARASOTA__ )

| | |
|---|---|
| **Name of Server:** | __LYLE M. ROBINSON__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the __1ST__ day of __OCTOBER__, 20 __10__, at __930__ o'clock __A__ M |
| **Place of Service:** | at  2033 Main Street, Suite 303 , in  Sarasota, FL 34237 |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Lee Wetherington Homes Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: __RICHARD SABA, ESQ   R/A__ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex __M__ ; Skin Color __W__ ; Hair Color __S+P__ ; Facial Hair __NO__ Approx. Age __60__ ; Approx. Height __5' 10__ ; Approx. Weight __195__ |

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

| | |
|---|---|
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. _Lyle M. Robinson_ Signature of Server | Subscribed and sworn to before me this __2__ day of __Oct__ , 20 __10__ _____ Notary Public  (Commission Expires) |

**APS International, Ltd.**

PETER STOLBERG
MY COMMISSION EXPIRES
February 10, 2012
#DD 756762
Bonded thru
Troy Fain Insurance
NOTARY PUBLIC STATE OF FLORIDA