Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0422

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lowe's Home Centers, Inc., c/o Corporation Service Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **North Carolina** ) ss.
County of: **Wake** )

**Name of Server:** **Jennifer McKenzie**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6** day of **October**, 20**10**, at **10:41** o'clock **A** M

**Place of Service:** at 327 Hillsborough Street, in Raleigh, NC 27603

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Lowe's Home Centers, Inc., c/o Corporation Service Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Jamie Johnston, RA clerk**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **blonde** ; Facial Hair **no**
Approx. Age **24** ; Approx. Height **5'6"** ; Approx. Weight **125**

x To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __ day of October, 20 10

Notary Public    (Commission Expires)