Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0044

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Mavied Corp.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **September**, 20 **10**, at **10:10** o'clock **A** M

**Place of Service:** at **1301 NE 101 Street**, in **Miami Shores, FL 33138**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:
Person Served, and
Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Mavied Corp.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Daisy Solis wife of Greg Porja (President) (of Mavied)**

**Description of
Person Receiving
Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **35** ; Approx. Height **5'6** ; Approx. Weight **140**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **30** day of **Sept.**, 20 **10**

Signature of Server

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013

(Commission Expires)

**APS International, Ltd.**