Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0424

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meridian Homes USA, Inc., c/o Michael C. Daniel, Esquire
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Georgia ) ss.
County of: Oconee )

**Name of Server:** Jennifer Jordan, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10th day of October, 2010, at 10:13 o'clock A M

**Place of Service:** at Prior, Daniel & Wiltshire, in Athens, GA 30601
490 North Milledge Avenue

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Meridian Homes USA, Inc., c/o Michael C. Daniel, Esquire

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Michael C. Daniel, Attorney

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Grey; Facial Hair No
Approx. Age ~50; Approx. Height 5'9"; Approx. Weight ~200

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this ___ day of October, 2010

Notary Public         (Commission Expires)
                      2/18/12