Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0140

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--M/I Homes of Tampa, LLC, c/o CT Corporation System

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** **Eric Deal**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **30** day of **September**, 20 **10**, at **1:30** o'clock **p**M

**Place of Service:** at **1200 South Pine Island Road**, in **Plantation, FL 33324**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**M/I Homes of Tampa, LLC, c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: **CT Corporation System, Registered Agent for contact, Donna Moch, Section Head Process for CT Corp.**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **40+**; Approx. Height **5'6"**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **1st** day of **October**, 20 **10**

Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission # DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.