Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Case 2:09-md-02047-EEF-MBN   Document 6156   Filed 10/26/10   Page 1 of 1

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0276

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Ming K. Wong
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30th day of SEPTEMBER, 20 10, at 11:20 o'clock A M

**Place of Service:** at 1353 Francis Harriet Drive, in Baton Rouge, LA 70815

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Ming K. Wong

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of Ms. Stephanie Wong, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Ming K. Wong at the place of service, and whose relationship to the person is: Grand Daughter

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color Yellow; Hair Color Black; Facial Hair N/A
Approx. Age 21 yrs; Approx. Height 5'6"; Approx. Weight 125 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tom Cassisa*
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 6TH day of OCTOBER, 20 10

Notary Public     (Commission Expires) 4/29/13