Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nu Way Drywall, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Manatee__ )

**Name of Server:** __Maryellen Janney__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __1st__ day of __Oct__, 20 __10__, at __12:30__ o'clock __P__ M

**Place of Service:** at __384 Snapdragon Loop__, in __Bradenton, FL 34212__

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Nu Way Drywall, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Karen Rivera, spouse & coresident of Alex Rivera, Corp mgr/member__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__; Hair Color __Blonde__; Facial Hair __No__
Approx. Age __34__ ; Approx. Height __5'10"__ ; Approx. Weight __150__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Maryellen Janney #0099__
Signature of Server

Subscribed and sworn to before me this __4th__ day of __October__, 20 __10__

__Shelley Huffman__
Notary Public         (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

5983