IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| This Document Relates to Gross, et al, v. Knauf Gips KG, et al; Case No. 2:09-CV-6690 / | MAG. JUDGE WILKINSON |

**NOTICE OF CHANGE OF ADDRESS**

Bilzin Sumberg Baena Price & Axelrod LLP, counsel for Shelby Homes, Inc., gives notice of their change of address and requests that all further pleadings, motions, notices and any other filed documents be sent to the address below :

BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
1450 Brickell Avenue
Suite 2300
Miami, Florida 33131-3456

All telephone numbers, facsimile numbers and email addresses shall remain the same.

Dated: October 26, 2010

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant Shelby Homes
1450 Brickell Avenue
Suite 2300
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:   /s/ *Melissa Pallett-Vasquez*
ROBERT W. TURKEN, ESQ.
Florida Bar No. 306355
rturken@bilzin.com
ADAM F. HAIMO, ESQ.
Florida Bar No. 502731
ahaimo@bilzin.com
MELISSA PALLETT-VASQUEZ, ESQ.
Florida Bar No. 715816
mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Change of Address has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of October, 2010.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez