Sean and Beth Payton, et. al., Plaintiff(s)

vs.

Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0238

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--O'Neal/Holliman Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

**Ms. Jennifer Lascio**
**510 Walnut St., Ste. 500**
**Philadelphia, PA 19106-3697**

---

State of: _MISSISSIPPI_ ) ss.

County of: _HARRISON_ )

**Name of Server:** _JOE R GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _30_ day of _SEPTEMBER_, 20_10_, at _3:25_ o'clock _P._ M

**Place of Service:** at _16127 Orange Grove Road_, in _Gulfport, MS 39503_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**O'Neal/Holliman Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _CANDICE E ORLIN - LEGAL ASSISTANT FOR LAURA PAULK, ATTORNEY AT LAW_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _MED BROWN_ ; Facial Hair _____
Approx. Age _28-35_ ; Approx. Height _5'6_ ; Approx. Weight _140_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joe R Gillis_
Signature of Server

Subscribed and sworn to before me this _1_ day of _October_, 20 _10_

_David Eaton   Sept 22, 2014_
Notary Public                    (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 97120
DAVID EATON
Commission Expires
Sept. 22, 2014
HARRISON COUNTY