Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0237

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--O'Neal Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MISSISSIPPI** ) ss.
County of: **HARRISON** )

**Name of Server:** JOE P. GILLIS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30 day of SEPTEMBER, 20 10, at 3:35 o'clock P M

**Place of Service:** at 16127 Orange Grove Road, in Gulfport, MS 39503

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
O'Neal Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: CANDICE E. OLIN, LEGAL ASSISTANT FOR LAURA F PAULK - ATTORNEY AT LAW

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Light Brown ; Facial Hair ___
Approx. Age 28-35 ; Approx. Height 5'6 ; Approx. Weight 150

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 1 day of October, 20 10

David Eaton     Sept 22, 2014
Notary Public   (Commission Expires)

*[Notary seal: STATE OF MISSISSIPPI, ID # 97120, DAVID EATON, Commission Expires Sept. 22, 2014, HARRISON COUNTY]*