Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0040

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ponce Riviera, LLC, c/o Gerald McBride, Esquire
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of Sept, 20 10, at 9:30 o'clock A M

Place of Service: at 500 S. Dixie Hwy, Ste. 307, in Miami, FL  33146

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Ponce Riviera, LLC, c/o Gerald McBride, Esquire

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Samantha Lucas Secretary

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Blonde; Facial Hair ___
Approx. Age 26; Approx. Height 5'7; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 30 day of Sept, 20 10

Signature of Server

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013

(Commission Expires)

**APS International, Ltd.**