Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0034

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Premier Communities, Inc., LPS Corporate Services, Inc.

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __SARASOTA__ )

| | |
|---|---|
| Name of Server: | __LYLE M. ROBINSON__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the __1st__ day of __OCTOBER__, 20 __10__, at __9:15__ o'clock __A__ M |
| Place of Service: | at __46 North Washington Blvd. #1__, in __Sarasota, FL 34236__ |
| Documents Served: | the undersigned served the documents described as: **Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules** |
| Service of Process on: Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: **Premier Communities, Inc., LPS Corporate Services, Inc.** By delivering them into the hands of an officer or managing agent whose name and title is: __SUSAN RICH, SECRETARY - AUTH TO ACCEPT__ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex __F__; Skin Color __W__; Hair Color __BRN__; Facial Hair __NO__ Approx. Age __50__; Approx. Height __5'8__; Approx. Weight __140__ ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. _____ Signature of Server | Subscribed and sworn to before me this __2__ day of __Oct__, 20 __10__ _____ Notary Public     (Commission Expires) |

**APS International, Ltd.**

PETER STOLBERG
MY COMMISSION EXPIRES
February 10, 2012
#DD 756762
Bonded thru
Troy Fain Insurance
NOTARY PUBLIC, STATE OF FLORIDA

59839