Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips K.G., et al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0239

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Prestige Properties
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Harrison )

**Name of Server:** JOE R GILLIS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1 day of October, 2010, at 5:21 o'clock P M

**Place of Service:** at 10767 East Taylor Road, in Gulfport, MS 39503

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Prestige Properties

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: GARY MCCABE — REGISTERED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair mustache, goatee
Approx. Age 40-55 ; Approx. Height 6'0 ; Approx. Weight 200

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 4 day of October, 20 10

Notary Public          22 Sept 2014
                       (Commission Expires)

**APS International, Ltd.**

