UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

**ORDER GRANTING DEFENDANT GOLD COAST HOMES
OF S.W. FLORIDA, INC.'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Gold Coast Homes of S.W. Florida, Inc.'s Motion to Exceed

Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE