UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

DAVID M. CASMAN

who, being duly sworn, upon his oath deposed and stated as follows:

1. He was the President for Gold Coast Homes of S.W. Florida, Inc., ("Gold Coast Homes"), and as such, has personal knowledge of the following based on his review of records that were maintained by Gold Coast Homes in the regular course of business.

2. Gold Coast Homes was a corporation organized and existing under the laws of the State of Florida and had its principal place of business in Lee County, Florida.

3. Gold Coast Homes was dissolved on September 25, 2009, as shown in the records of the Florida Secretary of State.


EXHIBIT
A

4.    Gold Coast Homes was a home builder that contracted with third party vendors for the construction of single-family homes and/or sold completed single-family homes.

5.    Gold Coast Homes never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

6.    Gold Coast Homes was never licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

7.    Gold Coast Homes never had an agent for service of process in Louisiana.

8.    Gold Coast Homes never had any bank accounts in Louisiana nor owned any property in Louisiana.

9.    Gold Coast Homes did not solicit business in Louisiana nor ever transacted business in Louisiana.

10.    Gold Coast Homes never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

11.    Gold Coast Homes never maintained an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

12.    Gold Coast Homes never received any business from any contacts in Louisiana, whether individual customers, or business customers.

13.   Consequently, Gold Coast Homes never anticipated it would be haled into court in

Louisiana.

DAVID CASMAN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ____ DAY OF _____, 2010.

_____
NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
William Tod Bowman
Commission #DD720996
Expires:   NOV. 19, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

# GOLD COAST HOMES OF SW FLORIDA INC.

a Florida corporation

## LEE COUNTY, FLORIDA
Office: 239-437-9488 Fax: 239-437-9945

## RESIDENTIAL CONSTRUCTION CONTRACT

**THIS AGREEMENT** is entered into on the 2nd day of November 2005, in Lee County, Florida by and between **GOLD COAST HOMES OF SW FLORIDA INC.**, a Florida corporation, 17252-2 Alico Center Road. Fort Myers, Florida, 33912 hereinafter referred to as "**Contractor**" and <u>**Mr. & Mrs. Shawn Anderson**</u> Jointly and/or severally hereinafter referred to as "**Owner**", whose current mailing

Address for notices is:     **% TKW Consulting Engineers Inc.**

Street or P.O. Box Address:     **5621 Banner Drive**     *4714 SW 24th Ave*

City, State, Zip:     **Fort Myers, Florida, 33912**     *Cape Coral FL 33914*

Telephones: Home:

Business:     **239-278-1992**

Cell     *239-839-4894*

IN CONSIDERATION of the mutual covenants contained herein, and other good and valuable consideration, in hand paid to the other, the Contractor and Owner, hereinafter jointly referred to as the Parties to the Contract, all agree to be legally bound as follows:

1. **CONTRACT DOCUMENTS.** The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addendums, Modifications, these form the Contract, and are fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto, and supersedes prior negotiations or agreement, either written or oral.

Owner *SRA*

Owner *WJ*

Contr *DC*

i

EXHIBIT
**B**

tabbies'

2. **PROPERTY DESCRIPTION.** The Owner warrants that he is the fee simple title holder of the below real property, which is free and clear from all liens and encumbrances whatsoever, and Owner further agrees at his own expense to provide Contractor with a copy of a recorded Deed evidencing his position as titleholder. Also, Owner shall provide at his own expense, a true and correct boundary survey and topography survey on said real property within ten\10) days from the date hereof. The Contractor agrees to pay the cost of any fresh stakeouts or new surveys as required during construction. The real property *is* commonly known as or the street address is: 3917 La Vida Way   Cape Coral

The parcel **ID** number or legal description is as follows:

3. **COMPLETION.** The Contractor shall supply all of the labor and materials necessary in the construction of the residence of Owner, in accordance with the contract documents, attached hereto and made a part of this agreement. The Contractor shall not be liable to Owner for delays in construction caused by circumstances beyond the control of Contractor, such as but not limited to, weather conditions, natural disasters, war, fire, riot, strikes, terrorism, material and supply shortages and governmental requirements.

4. **WORK.** The Contractor shall execute the entire Work described in the Contract Documents, except to the extent specifically indicated in the Contract. Documents to be the responsibility of the Owner or other parties, as follows:

5. **CONTRACT SUM.** The Owner agrees to pay Contractor for the labor and materials supplied herein per the Contract Documents, to build the residence, **Model "Custom Home"** for the contract sum in the amount of **$ 595,723.50, (Five Hundred Ninety Five Thousand Seven Hundred Twenty Three and 50/100) in U.S. dollars.** The addendums signed prior to the start of construction will be allocated per the below schedule, after the start of construction all Addendums must be paid in full at time of execution including Contractor's cost plus basis. The Owner's rights and payment of Work Change Orders are governed by the provisions of paragraph fifteen herein

6. **PROGRESS PAYMENTS.** The Owner shall make progress payments on account of the Contract sum to the Contractor on demand as provided in the below draw schedule as follows:

ii

Owner _SR_
Owner _WN_
Contr _____

**U.S. Dollars in the following manner:**

1. (2%) $ 11,915.00 _____ this dates as down payment.

2. (8%) $ 47,658.00 _____ remaining balance of 10% deposit within 15 days.

3. (20%) $ 119,145.00 ____when plumbing is roughed in and slab is poured.

4. (20%) $ 119,145.00____when masonry walls are complete and lintel poured.

5. (20%) $ 119,145.00___when sub-roof is on and electrical roughed in.

6. (25%) $ 148,930.00___ when interior plaster or interior drywall is complete                                            and Flooring is installed

7. (05%) $ 29,785.50_____when finished and ready for delivery to Owners.

8.        **$ 595,723.50 TOTAL**

**FINAL PAYMENT.** The Final Payment constituting the entire unpaid balance of the Contract sum due from the Owner to the Contractor shall be payable when the Work described in the Contract is completed and performed in accordance with the Contract Documents. Thereupon the Owner agrees to make, or authorize any lending institution to make the Final Payment to the Contractor immediately upon demand, but in any event the Final Payment shall be made not later than ten (10) days after such demand. The Owner further agrees that by making the Final Payment, they waive all claims except those arising from faulty workmanship appearing after completion of all work, work that does not comply with the plans, specifications and addendums and legally valid Claim of Liens. All Owners that are cash buyers (without construction loans) shall deposit the Final payment upon signing hereof into Contractor's separate bank account to guarantee the full payment.

iii

Owner _____
Owner _____
Contr _____

## 8. CONTRACTOR'S FINAL AFFIDAVIT.

The Contractor shall deliver to Owner or Owner's lending institution upon
completion of the Work, a Contractor's Final Affidavit, as required by law, stating
that all labor, materials and subcontractors have been paid in full, or if unpaid,
Contractor may deliver waivers of mechanic's lien rights from anyone not paid, or in
the alternative, a bond satisfactory to Owner or Owner's lending institution
indemnifying them against such lien rights.

## 9. OCCUPANCY.
The Owner agrees not to take occupancy of the premises until an
occupancy permit or Certificate of Occupancy has been issued by the proper
governmental authority and the Contractor has received his Final Payment. In the
event that the Owner takes possession of the real property or in any way effects
any occupancy of the premises without the prior written consent of Contractor,
such act or acts shall constitute a complete acceptance and a release by Owner of
all causes of action, counterclaims, demands or complaints against Contractor
whatsoever.

## 10. COMPLETION.
The Contractor shall substantially complete all of the work
herein undertaken in the manner specified in this Contract within a reasonable time
after construction has been started, unless delayed by the act, neglect or default
of the Owner, or his agent, subject however to delays caused by the unavailability
of materials at reasonable cost, or theft, or by any damages caused by fire, acts of
God, adverse weather, or other casualty, or by strike, lock out or other combined
action of workmen, governmental orders or other events which would be beyond the
control of Contractor. In the event such acts beyond the control of Contractor
cause delay in the completion of the Work, the time for reasonable completion shall
be extended to compensate for the lost of time. The Owner acknowledges that no
promise date of completion or deliver date has been made by any officer, employee,
agent or subcontractor of Contractor. The Work shall be deemed completed for
purposes of closing or draw of the Final Payment. When the Work described in the
Contract is completed and performed in accordance with the Contract Documents
or a Certificate of Occupancy has been issued by the governmental authority even
if some items or a "punch list" for the house or lot site are not complete.

## 11. DUTIES AND RIGHTS OF OWNER.
The Owner shall secure and pay for any
required construction loans, the home site, surveys, easements, release of
easements, waivers, correct zoning of the real property, encroachments, release of
encroachments, mortgages, modifications or satisfaction of mortgages,
assessments and release of assessments where such are required for proper
completion of the construction on their real property or is required by a lending
institution or public authorities having jurisdiction which are in addition to or not
included in the plans, specifications or Contract Documents. The Owner agrees and
acknowledges that he has no express right to visit the home site during the
construction progress without the consent of or being accompanied by the

iv

Owner  _SRL_
Owner  _WA_
Contr  _P.C._

Contractor or other agent of Contractor's corporation. Further, the Owner agrees not to bother, harass, criticize or in any way to direct any workmen or material men on the job. All such communications shall be made directly to the Contractor or his corporate officers and he shall thereafter communicate with the workmen, material men and Subcontractors addressing Owner's concerns.

12. **DUTIES AND RIGHTS OF CONTRACTOR.** The Contractor shall have the duty and responsibility to fulfill the terms of this Contract and for the supervision and direction of Subcontractors, workmen and construction work on the premises. The Contractor shall furnish labor, materials, supplies, electricity, water, and construction equipment necessary for the performance of the Work in accordance with this Contract. In the event that electricity and water are not available to the job site lot during construction through public utilities, the Owner shall be responsible for any additional costs involved in Contractor's supplying generators for electricity or hauling of water. All governmental licenses, permits and inspection fees required to be obtained and are necessary for the proper completion of the Work shall be the responsibility of the .Contractor. The Contractor shall have the option in laying out the house plan to determine when the plan shall be a right-hand or a left-hand design and where in the actual is placed and sits on the lot so long as it meets all code requirements. The Contractor shall have the right to disturb, trim or remove trees or vegetation from Owner's land due to house placement, set-back and/or utilities requirements, or access for heavy equipment. Contractor shall not be liable or responsible for a loss caused by disturbance or removal of trees, vegetation or any natural grow1 patterns. The Contractor shall have the right to substitute material or items of comparable quality for such material or items that may be unobtainable by reason of shortages, strikes or discontinuances of such materials or items.

13. **INSURANCE.** The Contractor agrees to obtain and keep in force at his own expense Builders Risk Insurance, Workmen's Compensation and third party casualty or public liability insurance (for bodily injury and death) during the entire performance of the Work. The Owner agrees to maintain at his own expense during construction of the project, hazard insurance on the work site t full insurable value, including equally the interests of Owner and/or Contractor against fire, vandalism and other perils ordinarily included in extended coverage. Said insurance policy shall name the Contractor as a co-insured party. Losses (payment of claims under such insurance will be adjusted with and made payable to Owner and Contractor as joint insured parties. The Owner shall deliver to Contractor a copy of the insurance binder and policy within a reasonable time prior to the start of construction. Failure of the Owner to deliver said insurance policy shall not be deemed a waiver by Contractor of owner's obligation to purchase and maintain said insurance coverage on the residence.

14. **WORK CONDITIONS.** The Contractor shall take all reasonable safety precautions with respect to the Work. All work shall be performed in accordance with the Federal Occupational Safety and Health Act and other applicable law.

v

Owner _SRA_
Owner _NB_
Contr _DC_

ordinances, rules, regulations and orders of any public authority for the safety I persons or property on the job site. All Subcontractors will be licensed by the appropriate governmental authority. All workmen on the job site shall be of sufficient and proper skill to perform their required tasks in an acceptable manner with promptness and diligence. The Contractor shall maintain at all times strict discipline among his employees and shall not employ for work on the project person unfit or not suited to perform in an acceptable manner. The work site shall be maintained in an orderly and clean condition during the construction project.

15. <u>WORK CHANGES.</u> The Owner reserves the right to order work changes for fifteen (15) days after the signing hereof or prior to the ordering of special materials by the Contractor. After fifteen (15) days from the signing hereof, the Owner agrees to pay an additional $300.00 for each work change order agreed upon by the parties. Such work changes shall be made without invalidating the contract. The Contractor reserves the right to accept or reject any such changes without invalidating this Contract. In addition to the above administrative fee, the Contractor also reserves the right to adjust the purchase price of the project to compensate for additional costs, delays and difficulties encountered due to any change orders requested and executed by the Owner. The Owners agree that Contractor shall have the right to substitute material or items of comparable quality for such material or items that may be unobtainable for any reason. Any major work changes such as structural additions, alterations, deletions or modifications requested by the Owner after the signing hereof shall be approved and accepted at the sole option of the Contractor without invalidating this Contract. All work changes shall be effective only if agreed to in writing and signed by all parties. In the event that any governmental authority requires work changes to the construction plans or project, the Owner shall be liable to the Contractor for any additional expense and costs. All additional costs that are above the allowance amount for an item or category shall be at cost plus twenty percent (20%), payable by Owner and due at time of signing the change order.

16. <u>TOPOGRAPHY.</u> This Contract is based upon Owner's lot being cleared, level and at a sufficient elevation so as not to require additional work or fill dirt anywhere on the real property or extra materials such as foundation block. The cost of any additional fill dirt, removal thereof or any additional grading shall become the responsibility and expense of the Owner. In the event that the topography as shown by the survey of the real property herein described shall be materially different from that represented by Owner to Contractor, or in the event that Contractor or anyone else deems soil conditions unsuitable or unsatisfactory, the Owner shall pay to the Contractor all reasonable costs for the correction of the topographical or soil conditions. In the event that Contractor encounters sub-surface conditions such as would render Owner's land not suitable for building or would require additional costs to correct such conditions, then in that event, the Owner agrees to pay Contractor for all reasonable costs for such corrections. Nothing stated in this Contract shall be construed so as to create any obligation 011

vi

Owner  _SR_
Owner  _VR_
Contr  _O_

the part *of* the Contractor to investigate, test, and discover rock or other adverse sub-surface conditions. The Owner shall be entirely responsible for the cost to discover, test and correct any soil or sub-surface problems with the real property regardless of the point in time at which such conditions are discovered and/or the incurring of expenses becomes necessary to correct said conditions.

17. **WATER.** The Contractor shall not have any obligation or responsibility to drill a well to supply water to the premises, install pumps or to construct a septic tank and drain field or pay any costs of electrical and plumbing connections associated with said construction. This provision shall apply both in time to, before and during construction. Further, Contractor does not warrant the quantity or quality of water available to Owner on his real property. The parties agree that the installation of a water meter, water connection fee, sewer impact fee and sewer connection fee shall be the sole expense of the Owner. The Contractor agrees to provide a sewer line of up to forty (40) feet distance from the house, any distance further than forty (40) feet shall be paid by the Owner.

18. **WARRANTY.** The Contractor expressly warrants to the original Owner against defects in workmanship and material for a term of one (1) year from the date of issuance of the Certificate of Occupancy, normal wear and tear and routine maintenance excepted. All appliance and equipment warranties shall be assigned and turned over to Owner and Owner's remedy for any claims on said items shall be limited to the manufacture's warranty. Contractor shall not be liable or responsible for minor cracking of stucco or drywall caused by heat expansion or settling, or for cracking of concrete floors, walls or driveways. Further, that all material and equipment furnished shall be new (of equal or superior quality than that used on Contractor's model home) unless otherwise specified, and that all Work shall be of good quality, free from defects and in conformance with the Contract Documents. The Contractor to the extent lawful by statute disclaims all implied warranties of habitability, fitness for a particular purpose, merchantability, suitability and workmanship which are beyond those obligations expressly stated in this Contract. It is agreed and understood that the Contractor has made no geological or other environmental tests or surveys of the real property or to improvements. Therefore, Contractor makes no representations or warranties concerning the suitability of geological or environmental conditions of the real property. Owner accepts all liability for damages for said conditions.

19. **RADON GAS.** Radon is a naturally occurring radioactive gas that when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. The levels of radon gas that exceed federal and state guidelines have been found in buildings in the State of Florida. You may obtain additional information regarding radon gas testing from the Lee County Public Health Department. The Owner assumes total responsibility for the testing and any conditions or damages that may occur from radon gas in the residence. The Contractor does not assume any responsibility or liability for radon gas testing and any conditions or damages caused to Owner thereby.

vii

Owner   _SV_
Owner   _vm_
Contr   _P.C_

20. **ACCEPTANCE.** The acceptance of Final Affidavit of No Liens by Owner shall constitute a waiver and release of all rights of Owner under the Contract, with the exception of Contractor's express warranties. The preliminary negotiations, terms and conditions between the parties should not survive after the acceptance of the Final Affidavit.

21. **COST OF LIVING INCREASES.** The parties agree and understand that the cost of living, labor and the cost of materials to build a house are increasing at a rapid rate due to market conditions, which are beyond the control of Contractor. Therefore, Owner agrees that Contractor shall have the right at any time hereinafter to increase the Contract sum stated in paragraph five hereof, upon giving written notice of such Contract sum increase to Owner. Contractor agrees that all increases shall be reasonable and based upon actual price increases that occur or Contractor suffers plus the industry's standard twenty percent add on for overhead, profit and costs.

22. **CONSTRUCTION LOAN.** This paragraph does NOT apply to Owners who are buying their residences out of pocket or cash buyers. All other Owners agree within thirty (30) days from the date hereof, to obtain and supply Contractor with a written construction loan commitment from an accredited financial institutional lender at current prevailing rates of interest. The entire cost of obtaining a construction loan, fees and interest charged thereon shall be the obligation and expense of Owner. In the event that the construction loan shall not be in a sufficient amount to cover the cost of the entire project, Contractor reserves the right to demand proof from the Owner that additional funds are available to complete the residence. In the event that Owner fails to obtain a loan commitment within the given time after a good faith effort, he shall promptly notify Contractor in writing of such event. If the Contractor determines that the Owner did in fact make a good faith effort to obtain a construction loan and failed, the deposit less all monies expended plus a Contractor's fee of $500.00 without interest shall be returned to Owner and this agreement shall be thereafter forever null and void. If Contractor determines in his sole judgment that the Owner failed to make a good faith effort to obtain a construction loan, Contractor shall retain the deposit made by Owner as liquidated damages.

23. **ASSIGNMENT.** The Owner agrees that this Contract may not be assigned to any third parties without the prior written consent of Contractor. Any assignment made without the written consent of Contractor is void and unenforceable.

24. **TERMINATION.** The Contractor may terminate this Contract at any time if the Owner defaults on any payments or provision herein or Contractor is unable to obtain all of the necessary public governmental permits and approvals or private requirements. The Contractor agrees to return the deposit to Owner less expenses and costs if the building permits are not issued by the governmental authority. If

viii

Owner _SR_
Owner _VVA_
Contr _ᐁᐁ_

the Owner defaults and Contractor elects to terminate this Contract, the Contractor shall be entitled to keep all monies received from Owner as liquidated damages. Further, in the event that Contractor terminates this contract for cause the Owner waives any rights to sue Contractor for the cost of completion of the construction, specific performance or any other cause of action for damages.

25. **BINDING EFFECT** The parties agree that this contract shall inure to the benefit of the parties, their personal representatives, successors, permitted assigns, heirs and legal representatives.

26. **NOTICES.** Any and all Notices or other communications required by law to be served upon the parties shall be at the addresses given in the Contract

27. **ATTORNEY'S FEES.** In the event that the Contractor is required to enforce any of the teffi1S and conditions of this Contract by the hiring of an attorney or filing in Court of any litigation, the Owner agrees to pay all attorney's fees, expenses and court costs incurred by Contractor including any appeals.

28. **GOVERNING LAW.** The laws of the State, of Florida shall govern the validity, performance, and enforcement of this Contract.

29. **SAVINGS CLAUSE.** The invalidity or enforceability of any provision of this Contract shall not affect or impair the validity of any other paragraph or provisions.

30. **HEADINGS.** The paragraph headings or titles herein are for convenience only and do not define, limit or construe the contents of such paragraph.

31. **PARTIES.** Nothing contained in this Contract nor any act or acts of the parties shall be deemed or construed by the parties hereto or by any third party to create the relationship of principal and agent or of partnership or of joint venture or of association whatsoever between ContractOf and Owner.

32. **RECORDING.** The parties agree that this Contract shall not be recorded in the public records of the Clerk of the Circuit court for Lee County, Florida.

33. **ENTIRE AGREEMENT.** This Contract, plans, specifications, drawings, modifications and addendums constitutes the entire agreement between the parties and sets forth all of the covenants, promises, agreements, terms, conditions and understandings between the parties governing the construction of the residence. Except as herein provided, no subsequent alterations, amendments, changes or additions to this Contract shall be binding on the parties unless reduced to writing and signed by both parties.

34. **INDEMNITY.** The Owner agrees to indemnity and hold harmless the

ix

Owner _____
Owner _____
Contr _____

Contractor against any and all suits, claims, demands, damages, costs, expenses and attorney's fees for any act or acts of Owner, his employees, his agent or occurring at Owner's direction for intentional vandalism, theft, personal injury, personal property damage, interference with Contractor or his employees or Subcontractors while on the job site and performing work, damage of any kind or other claims and expenses that Contractor may suffer as a result of Owner's illegal or wrongful behavior.

35. ENTRY. The Owner agrees not to enter the house after the windows and doors have been installed without first obtaining the consent of the Contractor.

36. BROKERAGE. The parties agree and acknowledge to the other party that no broker of any kind is involved in this transaction and that no brokerage fee is due and payable by either party as a result of this Contract.

37. RECOVERY FUND. The owner acknowledges by the acceptance of this Contract, that Payment may be available from the Construction Industries Recovery Fund. If you lose money on a project performed under contract, where the loss results from specified violations of Florida law by a state licensed contractor. For information about the Recovery Fund and filing a Claim, contact: **The Florida Construction Industry Licensing Board c/o 1940 North Monroe St., Tallahassee, Florida, 32399-0783, telephone number 904-727-6530.**

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals the day and year first above written.

OWNER:

_____          _____
WITNESS                                      OWNER

_____          _____
WITNESS                                      OWNER

Contractor:

GOLD COAST HOMES OF SW FLORIDA INC. a Florida corporation

BY: _____          Pres
Contractor/Corporate Officer

(Corporate Seal)

Owner ____
Owner ____                  x
Contr ____

# CONTRACT ADDENDUMS

**JOB SITE:**

The following provisions are Addendums to the attached Residential Construction Contract and are a part of the entire agreement of the parties per the Contract terms.

Contractor will provide 800 square feet of concrete flat work as part of this contract. Additional flatwork will be charged at $2.95 per square foot. In the event that the lot should require a culvert for the driveway, the culvert and installation thereof shall be a cost plus basis.

The Contractor shall furnish the necessary fill dirt to complete a building pad and **mono slab or stem wall** up to a $9,850.00 allowance. Any fill dirt over that amount shall be paid by Owner, including Contractor's cost plus basis.

The Contractor shall provide a landscape package allowance of $1500.00 and up to 8000 square feet of Floratam sod. Any additional Floratam sod will be installed at the rate of $0.40 per square foot.

The Contractor shall provide an irrigation system allowance of $2800.00. Any additional system requirements shall be paid by the Owner, including Contractor's cost plus basis.

The Contractor shall pay for all utility bills during the construction period.

The Contractor shall provide assistance in making all selection color, style *or* model of the roofing material, paint, flooring, countertops of the residence.

Cost to construct is based on construction drawings that were provided by Shawn Anderson and drafted by Shawn Anderson which are not dated and contain sheets C-1, C-2, C-3, A-1 thru A-8, S-1, S-2,S-3, S-4, S-5, E-1, E-2 final constructions drawings shall be reviewed prior to start of the home any modifications or changes to the home will be priced and added or deducted to the contract amount.

*Allowance are cost figured in the base price of the home, should the customers selections or modifications exceed these cost the customer shall be charged the difference including a 20% markup*

Owner *SR*
Owner *WA*
Contr *O*

xi

# GOLD COAST HOMES OF SW FLORIDA INC.

## Allowance Schedule

| | | |
|---|---|---|
| **Base Price of Home** | | $    582,885.50 |
| **Allowances** | | |
| Flooring & Showers | $23,800.00 | |
| Cabinets | $26,700.00 | |
| Counter Tops | $12,000.00 | |
| Swimming Pool | $35,000.00 | |
| Drive way and Flat Work (Pavers & Pads) based on 2000 sf | $7,500.00 | |
| Fill & Grading | $9,850.00 | |
| Well & Septic | $9,500.00 | |
| Appliances | $4,000.00 | |
| Plumbing Fixtures | $3,800.00 | |
| Lighting Fixtures | $3,800.00 | |
| Window Impact Glass | $14,000.00 | |
| Generator | $4,000.00 | |
| Irrigation (3 lot site) | $2,800.00 | |
| Shower Enclosures & Mirrors | $2,500.00 | |
| Whole House R.O. System | $2,000.00 | |
| Upgraded Moldings, Trim and hardware | $3,300.00 | |
| Summer Kitchen | $2,500.00 | |
| Under ground Electric to Home | $1,500.00 | |
| Fortam Sod (8000 sf.) | $2,000.00 | |
| Landscape package | $1,500.00 | |
| Permits & Impact Fees | $6,300.00 | |
| Entry Wall | $4,000.00 | |
| 4 Course Stem wall | Included | |
| Gazebo Coast to be Determined | | $    12,838.00 |
| **TOTAL DUE:** | | $    595,723.50 |

xii

Owner  _SRA_
Owner  _VM_
Contr  _A.C._

# GOLD COAST HOMES OF SW FLORIDA INC.

## CONTRACT SPECIFICATIONS

**CONSTRUCTION FEATURES:**
CBS block construction meets or exceeds code
Steel reinforced Mono slab or 4 course stem wall
Vapor barrier under slab & termite pre treat
Filled corners tied from footer to perimeter beam
Pre-engineered roof trusses
Tile Roof System
Maintenance free aluminum fascia
Maintenance free vented soffits
Decorative stucco exterior finish
Sherwin Williams paint (5 year warranty)
R-30 insulation in ceilings over living area
R-11 insulation in wall between the garage and living area
TUFF "R" wall insulation
Quick recovery hot water heater
Two hose bibs

**INTERIOR TRIM:**
Therma True insulated entry door
Raised panel Interior and Bi-fold doors
8 foot high sliding glass doors
White frames on all windows
Marble windowsills
Colonial trim
Brilliance series door hardware and locks
Ventilated shelves in closets and utility room

Skip trowel wall finish, smooth in the kitchen, Dinette and baths
Bull nose corners per plan

**BATHROOMS:**
Ceramic wall tile in baths and shower areas
Elongated water closets
Beveled mirrored medicine cabinets
Full size mirror above vanity
Raised panel cabinet doors
Cultured marble vanities

**FLOORING:**
Allowance to Owner

**ELECTRIC:**
Décor switches
Recessed lights in the kitchen per plan
Pre wire for lights fixtures in the dining room and foyer
Pre wire for fans in bedrooms, den, living room/family room
Lights in all walk in closets
High efficiency A/C unit

**GARAGE:**
Finished interior walls and ceiling
Solid panel steel overhead garage door
Electric garage door opener and two transmitters

xiii

Owner _SPL_
Owner _WW_
Contr _O.L_

# Gold Coast Homes of Southwest Florida Inc.

## ADDENDA TO CONTRACT

12/19/06

BUYER  Shawn & Vickie Anderson        JOB # Anderson Residence     DATE OF ATC  12/5/2006

COMMUNITY        Cape Coral

SALES CONSULTANT

PRICES (AND CREDITS) ESTABLISHED BY        T. Bowman

| NO. | DESCRIPTION OF CHANGE | PRICE |
|---|---|---|
| 1 | Permit and Impact Fee Allowance (Allow $6300.00 Cost $8023.25 = $1112.25 ) | $ 1,723.25 |
| 2 | Appliance Upgrades (Allowance $4000.00 cost $11,452.24 = $7,452.24) | $ 7,452.24 |
| 3 | Well and Septic (Allowance $9,500.00) Well cost $4800.00 Septic cost $8,800.00) | $ 4,100.00 |
| 4 | Impact Windows (Allowance $14,000.00 cost $17,907.24 = $3,907.24) | $ 3,907.24 |
| 5 | Trim Upgrades (casing, base and crown Labor & material painting not included) | $ 1,286.26 |
| 6 | Underground Electrical by LCEC to Home (allow $1,500 cost $1626.20 = $1200 ) | $ 126.20 |
| 7 | Intall LP Gas tank and fill with LP Gas (Line installation part of Home Contract) | $ 5,145.00 |
| 8 | Additional Gutter (less septic side of home req'd by Septic Permit) | $ 1,700.00 |
| 9 | Prewire for Surround Sound per Customer | $ 990.00 |
| 10 | Generator (Allowance $4000.00 Cost $16,500 = $12,500.00) | $ 12,500.00 |
| 11 | Contractors Cost and Markup (Item 15 "Work Changes" Markup 20%) | $ 7,786.04 |
| 12 | Professional Discount and Admin. Fee's Wavied Item 15 Work Chages (Markup 8%) | $ (3,114.42) |
| 13 | Clarification: Items listed are paid to date, other charges on allowance items may becoming | |
| | TOTAL ATC'S DUE & PAYABLE: | $ 43,601.83 |

I UNDERSTAND AND AGREE THAT THE ABOVE WORK IS NOT INCLUDED UNDER TERMS OF MY CONTRACT AND IS TO BE CHARGED ADDITIONALLY AS SHOWN ABOVE. ALL CREDITS WILL BE ISSUED AT CLOSING. ALL ATC'S PRODUCED AFTER START CARRY A $300.00 ADMINISTRATIVE FEE.

THIS ADDEDUM IS CONSIDERED NULL & VOID IF NOT RETURNED TO GOLD COAST HOMES, 17341-B ALICO CENTER RD, FT. MYERS, FL 33912,    BY:     12/19/2006

BUYER                DATE                NOT VALID UNLESS SIGNED BY
                                         Gold Coast Homes Officer

TIME IS OF THE ESSENCE IN THIS AGREEMENT; PRICES MAY CHANGE, BASED ON STAGE OF CONSTRUCTION. THIS IS A VALID AGREEMENT ONCE BOTH PARTIES EXECUTE THIS ADDENDUM AND PAYMENT IS MADE.

# Gold Coast Homes of Southwest Florida Inc.

## ADDENDA TO CONTRACT

BUYER  Shawn & Vickie Anderson          JOB #  Anderson Residence   DATE OF ATC  1/4/2007

COMMUNITY  Cape Coral

SALES CONSULTANT

PRICES (AND CREDITS) ESTABLISHED BY          T. Bowman  PRICES GOOD THROUGH   1/18/2007

| NO. | DESCRIPTION OF CHANGE | PRICE |
|---|---|---|
| 14 | Upgrade Overhead Garage Doors ( $1650 cost standard door, upgrade $950) | $     950.00 |
| 15 | Driveway (allowance $7500 cost to date $14,520 = $7020.00) | $   7,020.00 |
| 16 | Whole House RO System (allowance $2000 cost $5800 = $3800) | $   3,800.00 |
| 17 | Flooring Labor & Material (Material $16432.19 Labor $12,244 = $28,676.19 | |
|  | flooring Allowance $23,800 = $4876.19 difference | $   4,876.19 |
| 18 | Upgraded Shelving from wire to wood (Standard Material to Wood = $3,204.00) | $   3,204.00 |
| 19 | Upgrade Plumbing Fixtures ( 1st Draw $16,634.00 - $3,800 Allowance = $12,834) | $ 12,834.00 |
| 20 | Upgrade Exterior Doors Inserts to Impact (Impact Glass Allowance depleted) | $   1,926.00 |
| 21 | Contractors Cost and Markup (Item 15 "Work Changes" Markup 20%) | $   6,922.04 |
| 22 | Professional Discount and Admin. Fee's Wavied Item 15 Work Chages (Markup 8%) | $ (2,768.82) |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | TOTAL ATC'S DUE & PAYABLE: | $ 38,763.41 |

I UNDERSTAND AND AGREE THAT THE ABOVE WORK IS NOT INCLUDED UNDER TERMS OF MY
CONTRACT AND IS TO BE CHARGED ADDITIONALLY AS SHOWN ABOVE.  ALL CREDITS WILL BE
ISSUED AT CLOSING.  ALL ATC'S PRODUCED AFTER START CARRY A $100.00 ADMINISTRATIVE FEE.

*THIS ADDEDUM IS CONSIDERED NULL & VOID IF NOT RETURNED TO GOLD COAST HOMES,*

*17341-B ALICO CENTER RD. FT. MYERS, FL. 33912,*  BY:  **1/18/2007**

BUYER                    DATE                    NOT VALID UNLESS SIGNED BY
                                                 Gold Coast Homes Officer

TIME IS OF THE ESSENCE IN THIS AGREEMENT; PRICES MAY CHANGE, BASED ON STAGE OF
CONSTRUCTION.  THIS IS A VALID AGREEMENT ONCE BOTH PARTIES EXECUTE THIS ADDENDUM
AND PAYMENT IS MADE.

# Gold Coast Homes of Southwest Florida Inc.

## ADDENDA TO CONTRACT

BUYER  Shawn & Vickie Anderson       JOB # Anderson Residence   DATE OF ATC  2/9/2007
COMMUNITY  Cape Coral
SALES CONSULTANT    T. Bowman
PRICES (AND CREDITS) ESTABLISHED BY        T. Bowman  PRICES GOOD THROUGH   2/23/2007

| NO. | DESCRIPTION OF CHANGE | PRICE |
|---|---|---|
| 26 | Paver Driveway and Entryway (driveway allowance depleted) | $ 7,442.92 |
| 27 | Complete Driveway & new generator Pad (Driveway Allowance Depleted) | $ 1,337.86 |
| 28 | Grading and Fill Labor (allowance $9850.00 - $9948.00 = $98.00 | $ 98.00 |
| 29 | Irrigation System  ($4000.00 - $2800.00 Allowance = $1200.00) | $ 1,200.00 |
| 30 | Fortam Sod & Seeding ( Sod $6197.00 + Seeding $1091.02 = $7288.02 - $2000.00 | |
| | Sod Allowance = $5288.02 | $ 5,288.02 |
| 31 | Landscape ($3778.50 - $1500.00 allowance = $1278.50) | $ 1,278.50 |
| 32 | Washer and Dryer Pedestals & Hood Install (Appliance Allowance Depleted) | $ 705.98 |
| 33 | Plumbing Upgrades ( Cost $24856.69 - $12,834.00 - $3800 Allow. = $ 8,672.69) | $ 8,672.69 |
| 34 | Flooring Tile & Carpet (allowance depleted) | $ 2,418.04 |
| 35 | Electrical (Bid per old plan $20,000.00 cost per new plan, $24,000.00 = $4000.00 | $ 4,000.00 |
| 36 | Upgrade Dimmer Switches per customer $1,191.00, Extra's requested and exotic | |
| | fixture installation $3335.00 = $4,526.00 - $3,800.00 Allowance = $726.00 | $ 726.00 |
| 37 | Mirrors $ 513.00.  (Shelving $ 5191.00 - $ 1220.00 = $3931.00 charges, billed | |
| | $3204.00 = diff. $726.00  ($513.00 + 726.00 = 1239.00 - $2500 Allow = $1,261.00 | $ (1,261.00) |
| 38 | Summer Kitchen (cabinets and fixtures) credit $2500.00 | $ (2,500.00) |
| 39 | Additional Drywall repairs due to owners changes | $ 720.00 |
| 40 | Contractors Cost and Markup (Item 15 "Work Changes" Markup 20%) | $ 6,025.40 |
| 41 | Professional Discount and Admin. Fee's Waived Item 15 Work Changes (Markup 8%) | $ (2,410.16) |
| 42 | Clarification: Items listed are paid to date, other charges on allowance items may becoming | |
| | TOTAL ATC'S DUE & PAYABLE: | $ 33,742.25 |

I UNDERSTAND AND AGREE THAT THE ABOVE WORK IS NOT INCLUDED UNDER TERMS OF MY
CONTRACT AND IS TO BE CHARGED ADDITIONALLY AS SHOWN ABOVE.  ALL CREDITS WILL BE
ISSUED AT CLOSING. ALL ATC'S PRODUCED AFTER START CARRY A $100.00 ADMINISTRATIVE FEE.

THIS ADDENDUM IS CONSIDERED NULL & VOID IF NOT RETURNED TO GOLD COAST HOMES,
17341-B ALICO CENTER RD. FT. MYERS, FL. 33912,    BY:    2/23/2007

_____        _____        _____
           BUYER                    DATE              NOT VALID UNLESS SIGNED BY
                                                      Gold Coast Homes Officer

TIME IS OF THE ESSENCE IN THIS AGREEMENT; PRICES MAY CHANGE, BASED ON STAGE OF
CONSTRUCTION.  THIS IS A VALID AGREEMENT ONCE BOTH PARTIES EXECUTE THIS ADDENDUM
AND PAYMENT IS MADE.

# Gold Coast Homes of Southwest Florida Inc.

## ADDENDA TO CONTRACT

BUYER  Shawn & Vickie Anderson          JOB # Anderson Residence    DATE OF ATC  4/17/2007

COMMUNITY          Cape Coral

SALES CONSULTANT

PRICES (AND CREDITS) ESTABLISHED BY          T. Bowman          PRICES GOOD THROUGH   5/1/2007

| NO. | DESCRIPTION OF CHANGE | PRICE |
|---|---|---|
| 43 | LCEC Power Charges after home turn over | $ 419.30 |
| 44 | Cap Pool Equipment pad per owner | $ 188.00 |
| 45 | Front Balcony Rail Upgrade ($800.00 - $280.00 standard rail = $520.00) | $ 520.00 |
| 46 | Tempary Rail on Rear Deak install and remove for CO inspection per owner | $ 500.00 |
| 47 | Garbage fees for 2007 (required to be paid @ CO issuance) | $ 414.00 |
| 48 | LP Jet Kit for Stove to use Propane (Appliance Allowance, $0.00 - $45.00 =$45) | $ 45.00 |
| 49 | Alarm System for Pool (Pool Allow. Credit to Owner Invoice $745.00) | $ 745.00 |
| 50 | Final Concrete Invoice for Driveway (Total Drive Sq. Ft. 5142 - 4240 sf billed | |
| | remaining sf Ft. 902 sf @ 2.95 + 0.68 color = 902 x $3.63 = $3274.26 | $3,274.26 |
| 51 | Contactor markup on items 44,45,46,48,49 & 50 (total = $5272.26 @ 20%) | $ 1,054.45 |
| 52 | Professional Discount 8% (5272.26 @ 8% = $421.78) | $ (421.78) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL ATC'S DUE & PAYABLE: | $ 6,738.23 |

I UNDERSTAND AND AGREE THAT THE ABOVE WORK IS NOT INCLUDED UNDER TERMS OF MY
CONTRACT AND IS TO BE CHARGED ADDITIONALLY AS SHOWN ABOVE. ALL CREDITS WILL BE
ISSUED AT CLOSING. ALL ATC'S PRODUCED AFTER START CARRY A $100.00 ADMINISTRATIVE FEE.

THIS ADDEDUM IS CONSIDERED NULL & VOID IF NOT RETURNED TO GOLD COAST HOMES,
17341-B ALICO CENTER RD. FT. MYERS, FL. 33912,      BY:      5/1/2007

_____          _____
BUYER          DATE          NOT VALID UNLESS SIGNED BY
          Gold Coast Homes Officer

TIME IS OF THE ESSENCE IN THIS AGREEMENT; PRICES MAY CHANGE, BASED ON STAGE OF
CONSTRUCTION.  THIS IS A VALID AGREEMENT ONCE BOTH PARTIES EXECUTE THIS ADDEN
AND PAYMENT IS MADE.