Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0041

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ray Horvath Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **OKEECHOBEE** )

**Name of Server:** **GREGORY GERNAT**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1ST** day of **OCTOBER**, 20 **10**, at **5:21** o'clock **P** M

**Place of Service:** at 10155 NE 101st Street, in Okeechobee, FL 34972

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Ray Horvath Drywall, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: **RAY HORVATH, REGISTERED AGENT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **GRAY**; Facial Hair **NONE**
Approx. Age **60**; Approx. Height **5'10"**; Approx. Weight **230**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **4th** day of **October**, 20 **10**

_____
Notary Public                (Commission Expires)

LUCELLIA I. WHEATON
MY COMMISSION # DD749604
EXPIRES: January 16, 2012
Fl. Notary Discount Assoc. Co.

**APS International, Ltd.**