Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0282

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Reed Builders, LLC
**Court Case No. 09-7628**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2nd_ day of _October_, 20 _10_, at _1:06_ o'clock _P_ M

**Place of Service:** at _141 Shady Lake Parkway_, in _Baton Rouge, LA  70810_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Reed Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _RAphew Reed, Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _Black_; Hair Color _Black_; Facial Hair _N/A_
Approx. Age _50yrs_; Approx. Height _5'11"_; Approx. Weight _210lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _6TH_ day of _OCTOBER_, 20 _10_

_Jono Dllale_ 4/29/13
Notary Public      (Commission Expires)

**APS International, Ltd.**