Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0080

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Regatta Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Indian River** )

Name of Server: **William Bressett**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1** day of **October**, 20**10**, at **11:55** o'clock **A** M

Place of Service: at **2345 14th Avenue, Suite 1**, in **Vero Beach, FL 32960**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Regatta Construction, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Dennis Witherow President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **m**; Skin Color **w**; Hair Color **gray**; Facial Hair **n**
Approx. Age **63**; Approx. Height **5'7"**; Approx. Weight **160**

XX To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of OCTOBER, 20 10

(Signature of Server)   Notary Public   (Commission Expires)

**APS International, Ltd.**



DAVID SHERMAN BONNER
Notary Public, State of Florida
My Commission Expires 3/1/2014
Comm. No. DD966537