Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0161

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Regency Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida _____ ) ss.
County of: Palm Beach _____ )

**Name of Server:** _____ Michael Rocco _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of September , 20 10 , at 5:14 o'clock P. M

**Place of Service:** at 7601 North Federal Highway 165 A , in Boca Raton, FL  33487

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement**
**to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Regency Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mr. Donald Allison, Attorney for the within named Defendant

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M   ;  Skin Color  White   ;  Hair Color  Brown  ;  Facial Hair _____
Approx. Age  65   ;  Approx. Height  5'8"   ;  Approx. Weight  160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco _____
Signature of Server

Subscribed and sworn to before me this
29th day of September , 20 10

Jonathan Levy _____
Notary Public        (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.