Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf G... KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0213

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Richardson Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Mississippi** ) ss.
County of: **Hancock** )

Name of Server: **Steven Scholtes**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30** day of **SEPT**, 20 **10**, at **3** o'clock **P** M

Place of Service: at 2128 Hollywood Drive, in Bay St. Louis, MS  39520

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Richardson Drywall

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **MIKE RICHARDSON, OWNER**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **BRN/GRY**; Facial Hair **NO**
Approx. Age **55** ; Approx. Height **5'11**; Approx. Weight **220**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **1** day of **OCTOBER**, 20 **10**

*[Signature]*
Signature of Server

*[Signature: Mary B. Lambert]*
Notary Public

(Commission Expires)
**7-30-2014**

**APS International, Ltd.**

*[Notary Seal: STATE OF MISSISSIPPI, MARY B. LAMBERT, NOTARY PUBLIC, ID No 30095, Comm Expires July 30, 2014, HARRISON COUNTY]*