Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0415

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Right Way Finishing, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Texas__ ) ss.
County of: __El Paso__ )

Name of Server: __Abel Ceballos SCH#5976__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __06__ day of __October__, 20__10__, at __7:40__ o'clock __A__ M

Place of Service: at __3953 Tierra Venado Drive__, in __El Paso, TX  79938__

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement
to Class Action Complaint (I); Exhibits and Schedules

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
Right Way Finishing, Inc.

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: __Michael Tisdan Manager__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __brn__ ; Hair Color __brn__ ; Facial Hair __none__
Approx. Age __45__ ; Approx. Height __5'9"__ ; Approx. Weight __180__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
Abel Ceballos SCH#5976
APS International, Ltd.

Subscribed and sworn to before me this __7__ day of __October__, 20 __10__

Notary Public           (Commission Expires)

SERGIO I. MARTINEZ
Notary Public, State of Texas
My Commission Expires
FEBRUARY 23, 2011