Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0123

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rivercrest, LLC, The St. Joe Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __DUVAL__ )

**Name of Server:** __R.J. DENSON__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __1__ day of __OCTOBER__, 20 __10__, at __10:17__ o'clock __A__ M

**Place of Service:** at 245 Riverside Avenue, Ste 500, in Jacksonville, FL 32202

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rivercrest, LLC, The St. Joe Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __ELLIE ZERELIK - LEGAL ASST.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __BROWN__; Facial Hair __—__
Approx. Age __50__; Approx. Height __5'2__; Approx. Weight __160__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __1__ day of __October__, 20 __10__

_____
Notary Public    (Commission Expires)

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012