Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sampson Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **ST. JOHNS** )

**Name of Server:** **MIKE McMAHAMY**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1** day of **OCTOBER**, 20 **10**, at **6:30** o'clock **P.** M

**Place of Service:** at ~~141 Segovia Road~~ **127 DEHAVEN ST.**, in St. Augustine, FL 32086

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sampson Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **CHARLES SAMPSON - PRESIDENT - (RESIDENCE)**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **BLACK**; Hair Color **BLACK**; Facial Hair **—**
Approx. Age **50+**; Approx. Height **6'1"**; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **4** day of **October**, 20 **10**

*[signature]*
Notary Public     (Commission Expires)



Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012