Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  106415-0355

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Scott Colson
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _MISSISSIPPI_ ) ss.

County of: _HARRISON_ )

**Name of Server:** _JOE R GILLIS_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4_ day of _OCTOBER_ , 20_10_, at _2:30_ o'clock _P_ M

**Place of Service:** at ~~252 Arbor Station Dr.~~/_00 NE INTERCHANGE DRIVE_  JC _CHEVRON CHEVRON GAS STATION_ _DIAMONDHEAD, MS_ , in ~~Long Beach, MS 39560~~

**Documents Served:** the undersigned served the documents described as:

**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement**

**to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Scott Colson**

**Person Served, and Method of Service:**

☒ By personally delivering them into the hands of the person to be served.

☐ By delivering them into the hands of _____ , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Scott Colson** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex_M_; Skin Color _WHITE_ ; Hair Color _GRAY_ ; Facial Hair_____
Approx. Age_50_ ; Approx. Height_5/6_ ; Approx. Weight_170_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_05_ day of _October_ , 20 _10_

_____
Notary Public                  (Commission Expires)

_September 22, 2014_

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 97120
DAVID EATON
Commission Expires
Sept. 22, 2014
HARRISON COUNTY