Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0286

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sea Coast Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
Parish ~~County~~ of: _LIVINGSTON_ )

**Name of Server:** _Carol S Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29th_ day of _September_, 20_10_, at _2:12_ o'clock _P_ M

**Place of Service:** at 8017 Jefferson Hwy. Wolfe's Creek, Ste. B3 , in Baton Rouge, LA  70809

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Sea Coast Construction, LLC _thru Creed Law Firm_
By delivering them into the hands of an officer or managing agent whose name and title is: _Donna Bajon, Secretary_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Black_ ; Facial Hair _N/A_
Approx. Age _38_ ; Approx. Height _5'1"_ ; Approx. Weight _120_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carol A Cassisa_
Signature of Server

Subscribed and sworn to before me this _6TH_ day of _OCTOBER_, 20_10_
_Jones Dollar  4/29/13_
Notary Public      (Commission Expires)

**APS International, Ltd.**