Seals and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by


**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0242

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Seals Drywall
Court Case No. 09-7628

State of: MISSISSIPPI ) ss.
County of: PEARL RIVER )

Name of Server: **STEVEN SCHOLTES**, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30** day of **SEPT**, 20 **10**, at **5** o'clock **P** M

Place of Service: at **125 George Mitchell Rd.**, in **Carriere, MS 39426**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement**
**to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Seals Drywall**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: **SARAH SEALS – WIFE / CO-OWNER**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **GREY** ; Facial Hair **NO**
Approx. Age **70** ; Approx. Height **5'4** ; Approx. Weight **125**
[X] To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
**1st** day of **October**, 20 **10**

_____
Signature of Server

_____
Notary Public **Mary B. Lambert** (Commission Expires)
**7-30-2014**

**APS International, Ltd.**

STATE OF MISSISSIPPI
MARY B. LAMBERT
NOTARY PUBLIC
ID No 30095
Comm Expires
July 30, 2014
HARRISON COUNTY