Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0035

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--South Kendall Construction Corp., c/o Kieran P. Fallon, Esquire
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 23 day of September, 20 10, at 4:00 o'clock P M

Place of Service: at 436 SW 8th Street, Ste. 2000, in Miami, FL 33130

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
South Kendall Construction Corp., c/o Kieran P. Fallon, Esquire

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Vanessa Fish Secretary

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color Black; Hair Color Black; Facial Hair ___
Approx. Age 25; Approx. Height 5'2; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 30 day of Sept, 20 10

Signature of Server

Notary Public State of Florida (Commission Expires)
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013

**APS International, Ltd.**