Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0124

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--St. Joe Home Building, L.P.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **DUVAL** )

Name of Server: **R.J. DENSON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1** day of **OCTOBER**, 20 **10**, at **10:17** o'clock **A** M

Place of Service: at  245 Riverside Avenue, Suite 500 , in Jacksonville, FL 32202

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**St. Joe Home Building, L.P.**
By delivering them into the hands of an officer or managing agent whose name and title is: **ELLIE ZERELIK - LEGAL ASSITANT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BROWN** ; Facial Hair —
Approx. Age **50** ; Approx. Height **5'2"** ; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **1** day of **October**, 20 **10**

Notary Public     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012