Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0240

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Stephen Shivers
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R. GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _30_ day of _SEPTEMBER_, 20 _10_, at _7:54_ o'clock _P_ M

**Place of Service:** at ~~375 Teagarden Road~~ _720 CLOVER PLACE_, in ~~Gulfport~~ _BILOXI_, MS ~~39507~~ _39532_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement
to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stephen Shivers**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _LAURIE SHIVERS_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Stephen Shivers** at the place of service, and whose relationship to the person is: _WIFE_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _WHITE_; Hair Color _BLOND_; Facial Hair ____
Approx. Age _35-40_; Approx. Height _5'6_; Approx. Weight _165_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_
**APS International, Ltd.**

Subscribed and sworn to before me this _1_ day of _October_, 20 _10_
_David Eaton_   Sept 22, 2014
Notary Public   (Commission Expires)

STATE OF MISSISSIPPI NOTARY PUBLIC
ID # 97120
DAVID EATON
Commission Expires
Sept. 22, 2014
HARRISON COUNTY