Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0212

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Stephen Steiner, dba Steiner Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _30_ day of _SEPTEMBER_, 20_10_, at _6:50_ o'clock _P_ M

**Place of Service:** at _16344 Three Rivers Road_, in _Biloxi, MS 39532_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stephen Steiner, dba Steiner Drywall**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _DELORES STEINER_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Stephen Steiner, dba Steiner Drywall**
at the place of service, and whose relationship to the person is: _WIFE_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _White_; Hair Color _GRAY_; Facial Hair ____
Approx. Age _59-70_; Approx. Height _5'6_; Approx. Weight _145_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _1_ day of _October_, 20_10_
David Eaton   Sept 22, 2014
Notary Public            (Commission Expires)

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 97120, DAVID EATON, Commission Expires Sept. 22, 2014, HARRISON COUNTY]