Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0024

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Treasure Coast Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Brevard**

Name of Server: **G. L. Stephenson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4th** day of **Oct**, 20 **10**, at **2:10** o'clock **P** M

Place of Service: at **556 Higgs Avenue N.W.**, in **Palm Bay, FL 32907**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Treasure Coast Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Paul Oddo**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Brown**; Facial Hair **N**
Approx. Age **45**; Approx. Height **6'0**; Approx. Weight **170**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **7** day of **October**, 20 **10**

Notary Public   (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF FLORIDA
Edwin Neal Chancellor, Jr.
Commission # DD737911
Expires: DEC. 18, 2011
BONDED THRU ATLANTIC BONDING CO., INC.