Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0262

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Van Aller Construction
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **ALABAMA** ) ss.
County of: **BALDWIN** )

**Name of Server:** **Glenroy Little**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4th** day of **October**, 20 **10**, at **1250** o'clock **P**. M

**Place of Service:** at **183 Northshore P.**, in **Gulf Shores, AL  36542**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Van Aller Construction**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Bixler Cunnigham, Co-owner of premises/building**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **30** ; Approx. Height **5'8** ; Approx. Weight **185**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **7th** day of **October**, 20 **10**

Notary Public      (Commission Expires)

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064