Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0425

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )

Name of Server: **Brian Nath**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **6th** day of **October**, 20 **10**, at **10:40** o'clock **A** M

Place of Service: at Convergence Center IV, in Virginia Beach, VA 23452
301 Bendix Road, Ste. 500

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Venture Supply Company

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Richard Biemiller, Registered Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **40-45** ; Approx. Height **5'8"** ; Approx. Weight **190 lbs**

  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **6th** day of **October**, 20 **10**

Notary Public       4-30-2014
                    (Commission Expires)

APS International, Ltd.

