Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0058

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vincent Montalto Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Martin__ )

**Name of Server:** __Amy M. Kreyling__, undersigned, being duly sworn, deposes and says that at the time of service, she was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __6__ day of __October__, 20 __10__, at __7:00__ o'clock __P__ M

**Place of Service:** at __414 SW D Dalton Circle__, in __Port Saint Lucie, FL 34953__

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Vincent Montalto Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Vincent Montalto, SR.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ Skin Color __W__; Hair Color __Grey__; Facial Hair __—__
Approx. Age __70's__; Approx. Height __5'8"__; Approx. Weight __250 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Amy M. Kreyling_
Signature of Server

Subscribed and sworn to before me this __7__ day of __October__, 20 __10__

_[signature]_
Notary Public

__7-14-12__
(Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services