Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0109

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wellington Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

**Name of Server:** WAGER SHARPE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of OCTOBER, 20 10, at 12:55 o'clock P M

**Place of Service:** at 18 Windchester Road, in Ormond Beach, FL 32174

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Wellington Drywall, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: SPOUSE OF OWNER CHERYL LAMPE AT RESIDENCE

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHT ; Hair Color BRN ; Facial Hair N/A
Approx. Age 48 ; Approx. Height 5'9" ; Approx. Weight 150

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Wager Sharpe
Signature of Server

Subscribed and sworn to before me this 6th day of October, 20 10

Notary Public (Commission Expires)

**APS International, Ltd.**



KEVIN WHITTON
Commission # DD 960356
Expires April 12, 2014
Bonded Thru Troy Fain Insurance 800-385-7019