UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf GIPS KG, et. al.,<br>Case No. 2:09-cv-07628 (E.D.La.) | |

### JAMES AND CYNTHIA GALLOWAY'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT SUMMIT HOMES OF LA., INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, James and Cynthia Galloway, hereby dismiss without prejudice all of their claims against Defendant Summit Homes of LA, Inc. in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants herein. Each party is to bear its own attorneys' fees and costs. James and Cynthia Galloway shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Allan Kanner, Esq., counsel for James and Cynthia Galloway, dated September 8, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Dated: October 26, 2010                    Respectfully Submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar. No. 14190)
Stephen J. Herman, Esquire (Bar. No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504)-581-4892
Fax: (504)-561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2010.

                                            /s/ Leonard A. Davis
                                            Leonard A. Davis, Esquire
                                            Herman, Herman, Katz and Cotlar, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504)-581-4892
                                            Fax: (504)-561-6024
                                            Ldavis@hhkc.com
                                            Plaintiffs' Liaison Counsel
                                            MDL 2047

# EXHIBIT "A"

## KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
Fax: (504) 524-5763

September 8, 2010

*Via Facsimile (504)-561-6024 and U.S. Mail*

Russ M. Herman
Leonard A. Davis
Herman, Herman, Katz and Cotlar, LLP'
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   RE: In Re Chinese Manufactured Drywall Products Liability Litigation
      MDL No. 09-7628

Dear Russ and Lenny:

  My clients, James and Cynthia Galloway, authorize the attorneys of Herman, Herman, Katz and Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf and to voluntarily dismiss, without prejudice, all of their claims against Summit Homes of LA, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

              Cordially,

              KANNER & WHITELEY, L.L.C.

              By: _____
                Allan Kanner, Esq.

cc: Jason Rudolph
   Greg DiLeo
   Julie Jochum