UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al v. Knauf GIPS, KG, et al,<br>Case No. 2:09-cv-07628 (E.D.La.) | |

### LILLIE AND JOSEPH BENNETTE, JR.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, KNAUF GIPS, KG

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Lillie and Joseph Bennette, Jr., hereby dismisses without prejudice all of their claims against Defendant, Knauf GIPS, KG, in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Andrea S. Lestelle, counsel for Lillie and Joseph Bennette, Jr., dated August 25, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: 10/26, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892

1

Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

2

# EXHIBIT "A"

# LESTELLE & LESTELLE, APLC
## ATTORNEYS AT LAW
3421 N. Causeway Boulevard
Suite 602
Metairie, Louisiana 70002-3726

Terrence J. Lestelle, LL.M *
Andrea S. Lestelle
Jeffery B. Struckhoff
Richard M. Morgain

Telephone: (504) 828-1224
Facsimile: (504) 828-1229
lestelle@lestellelaw.com

*Also admitted to practice in:
  Mississippi and Colorado
*Proctor in Admiralty,
  Maritime Law Association
  of the United States

September 1, 2010

**Via Facsimile (504) 561-6024**
**and U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      Sean and Beth Payton, et al v. Knauf Gips, KG, et al
      Case No. 09-7628 (E.D.La.)

Dear Russ and Lenny:

My clients, Lillie and Joseph Bennette, Jr., authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Knauf Gibs, KG in the above matter.

Very truly yours,

*/s/Andrea S. Lestelle*

Andrea S. Lestelle

ASL/dl