UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>* SECTION: L<br>* JUDGE FALLON<br>* MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf GIPS KG, et al.*<br>CASE NO.: 2:09-cv-07628(E.D.La.) | * <br>* <br>* <br>* |

### PAUL AND SUSAN DAVIS'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, PAUL and SUSAN DAVIS, dismisses without prejudice all claims in this action. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Allison Grant, Esq., counsel for PAUL and SUSAN DAVIS, dated September 22, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: October 26, 2010

/s/Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: 504.581.4892
Fax: 504.561.6024
Ldavis@hhke.com
Plaintiffs' Liaison Counsel
MDL 2047

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: 504.581.4892
Fax: 504.561.6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT "A"

# SHAPIRO BLASI WASSERMAN GORA, P.A.
ATTORNEYS AT LAW

BRIAN M. BECHER
ANDREW B. BLASI
ADAM S. CHOTINER
ROBIN I. COHEN
THOMAS A. CONRAD
ANDREW M. DECTOR
AMY H. EICHMAN
MICHAEL H. GORA
ALLISON GRANT
ELLEN M. LEIBOVITCH
DANIEL R. LEVINE
SETH A. MARMOR
ADAM D. MARSHALL
DAVID LLOYD MERRILL
MICHAEL B. SHAPIRO
JEFFREY P. WASSERMAN

CORPORATE CENTRE AT BOCA RATON
SUITE 400
7777 GLADES ROAD
BOCA RATON, FLORIDA 33434

TELEPHONE (561) 477-7800
FAX (561) 477-7722
BROWARD (954) 989-8100
E-MAIL: attorneys@sbwlawfirm.com
www.sbwlawfirm.com

OF COUNSEL
BRENDA M. ABRAMS
SANFORD L. MUCHNICK
GARY E. SHERMAN

HOLLYWOOD OFFICE
EMERALD VILLAGE PROFESSIONAL PLAZA
3864 SHERIDAN STREET
HOLLYWOOD, FLORIDA 33021

1 ADMITTED IN FL & NJ
2 BOARD CERTIFIED IN LABOR & EMPLOYMENT LAW
3 ADMITTED IN FL & NY
4 BOARD CERTIFIED IN FAMILY AND MATRIMONIAL LAW
5 BOARD CERTIFIED IN ELDER LAW
6 BOARD CERTIFIED IN WILLS, TRUSTS & ESTATES

September 30, 2010

**Via Facsimile: 504.561.6024 & U. S. Mail Delivery**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   Re: **Chinese Manufactured Drywall Products Liability Litigation**
     **Voluntary Dismissal for Paul and Susan Davis**
     **Payton, et al. v. Knauf GIPS, KG, et. al.**
     **Case No. 09-07628**

Dear Gentlemen:

  My clients, Paul and Susan Davis, hereby authorize your firm to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims in the above matter.

            Sincerely,

            Allison Grant

AG/md
Enclosures