UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Sean and Beth Payton, et al., v. Knauf Gips, KG, et al.* Case No. 2:09-cv-07628-EEF-JCW | MAG. JUDGE WILKINSON |

---------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF PLAINTIFFS' HARRY AND ROSEMARIE HURLEY'S CLAIMS AGAINST DEFENDANTS SHELBY HOMES AT MEADOWS, INC. AND MEADOWS OF ESTERO – BONITA SPRINGS LTD. PARTNERSHIP

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Harry and Rosemarie Hurley, hereby voluntarily dismiss, with prejudice, all of their claims against Defendants Shelby Homes at Meadows, Inc. and Meadows of Estero – Bonita Springs Ltd. Partnership. The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is correspondence from Scott Wm Weinstein, counsel for Harry and Rosemarie Hurley, dated October 8, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

October 26, 2010

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liason Counsel
MDL 2047

# EXHIBIT "A"

# MORGAN & MORGAN

## A LIMITED LIABILITY COMPANY

Attorneys At Law

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

October 8, 2010

**VIA FACSIMILE TO: (504) 561-6024
AND U.S. MAIL**

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Clients Harry & Rosemarie Hurley**
*In re: Chinese Manufactured Drywall Product Liability Litig.
Payton, et al. v. Knauf Gips KG, et al.*, Case No. 09-7628
Our File No.: 192935

Dear Russ & Lenny:

We represent Harry and Rosemarie Hurley. We hereby authorize the attorneys of Herman, Herman, Katz & Kotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal **With** Prejudice of the Hurleys' claims against Shelby Homes at Meadows, Inc. and Meadows of Estero – Bonita Springs Ltd. Partnership in this litigation.

Sincerely,

Scott Wm Weinstein
PVA/ah