UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Sean and Beth Payton, et al., v. Knauf Gips, KG, et al.* Case No. 2:09-cv-07628-EEF-JCW | JUDGE FALLON MAG. JUDGE WILKINSON |

---

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF PLAINTIFFS' HARRY AND ROSEMARIE HURLEY'S CLAIMS AGAINST DEFENDANTS KNAUF GIPS KG, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., KNAUF PLASTERBOARD (DONGGUAN) CO., LTD. AND KNAUF PLASTERBOARD (WUHU), CO., LTD.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Harry and Rosemarie Hurley, hereby voluntarily dismiss, without prejudice, all of their claims against Defendants Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Dongguan) Co., Ltd., and Knauf Plasterboard (Wuhu), Co., Ltd. The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is correspondence from Scott Wm Weinstein, counsel for Harry and Rosemarie Hurley, dated October 8, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

October 26, 2010

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liason Counsel
MDL 2047

# EXHIBIT "A"

ATTORNEYS AT LAW

PANAGIOTIS V. ALBANIS
KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. AHI LLE
DANESE K. BANKS
H. SCOTT BATES
RICHARD W. BATES
JENNIFER M. BERMEL
ALEXANDER BILLIAS
T. LEE BODE
SCOTT I. BORDERS
GREGORY J. BOSSELER
WILLIAM B. BOWLES, JR.
ANDREW M. BRAGG
CHAD T. BRAZZEAL
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI III
TUCKER H. BYRD
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III
BEVERLY A. CARSON
KEITH M. CARTER
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER
WILLIAM R. DANIEL
VINCENT M. D'ASSARO
MICHAEL L. DAVIS
CLAY A. DEATHERAGE
JOSEPH M. DEFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL
JAMES J. DYE
TYLER B. EVERETT
ALBERT J. FERRERA
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH
PETER B. GEE JR.
TAMMA C. GIVENS
STEVEN C. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK
C. DOUGLAS GREEN
JENNIFER J. HALPERN
RYAN J. HAYES
LAUREN C. HEATWOLE
DAVID G. HENRY
MATTHEW I. HETZEL
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN III
WILLIAM P. HOWARD
KATHERINE V. FUNG
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER
HANS KENNON
STEPHEN J. KNOX
DARRELL W. KROPOG, JR.
GERALD L. KUCIA
RYAN C. KUHL
GRANT A. KUVIN
MARK A. LAMBERT
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JARED M. LEE
JASON R. LEONARD
NANETTE A. LEVI
JOSEPH A. LINNEHAN
JAMES T. LYNCH
MICHAEL D. MARHESE
BOBBY F. MARTIN, JR.
KATHERINE M. MASSA
BERNARD R. MAZAHERI
TODD K. MAZIAR
BRIAN K. McCLAIN
DAVID A. McLAUGHLIN
J. ANDREW MEYER
JUSTIN D. MILLER
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK
BRIAN F. MOES
DAVID B. MOFFETT
CHARLES T. MOORE
HECTOR A. MORE
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIMA D. MORGAN

DAVID H. MOSKOWITZ
HENRY P. MOWRY
OMAR L. NELSON
DANIEL J. NEWLIN
CHRISTOPHER H. NEYLAND
KEENAN R S NIX
A. SCOTT NOECKER
DAVID S. OLIVER
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
H.A. PATTERSON, III
KIRK A. PERROW
FRANK M. PETOSA
RONSON J. PETREE
JOHN M. PHILLIPS
FRANK W. PIAZZA
REYNOLDS E. PITTS, JR.
GREGORY D. PRYSOCK
CHRISTOPHER V. PULEO
J. CARLOS REAL
MICHAEL T. REESE
GARRY J. RHODEN
DAVID I. HICKEY
DARRYL E. ROUSON
PAUL L. SANGIOVANNI
RANDY E. SCHIMMELPFENNIG
JAMES H. SCHMITT
P. CHRIS SCHROEDER
MEGAN D. SEARLS
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD
W. BRYAN SMITH
MICHAEL J. SMITH
RACHEL L. SOFFIN
DAVID A. SPAIN
DHRORE M. STEPHENS-JOHNSON
CRAIG R. STEVENS
L. CHRIS STEWART
MICHAEL F. SUTTON
JOSEPH M. TARASKA
J. HOWARD THIGPEN
NICHOLAS R. THOMPSON
HARRAN E. UDELL
BERT E. UEBELE, IV
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS
IVAN D. VORONEC
BILL M. WADE
SCOTT WM. WEINSTEIN
J. DENNIS WEITZEL
MATTHEW B. WHEELEY
SCOTT M. WHITLEY
BRADFORD T. WILLARD

OF COUNSEL

MICHAEL ESPY
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
CLAY M. TOWNSEND
MARK J. PROCTOR

# MORGAN & MORGAN®
## A LIMITED LIABILITY COMPANY

Attorneys At Law

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS FL 33906-9504
(239) 433-6880
FAX (239) 433-6836

October 8, 2010

**VIA FACSIMILE TO: (504) 561-6024
AND U.S. MAIL**

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Clients Harry & Rosemarie Hurley**
*In re: Chinese Manufactured Drywall Product Liability Litig.*
*Payton, et al. v. Knauf Gips KG, et al.*, Case No. 09-7628
Our File No.: 192935

Dear Russ & Lenny:

We represent Harry and Rosemarie Hurley. We hereby authorize the attorneys of Herman, Herman, Katz & Kotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal **Without** Prejudice of the Hurleys' claims against Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Dongguan) Co., Ltd., and Knauf Plasterboard (Wuhu), Co., Ltd. in this litigation.

Sincerely,

Scott Wm Weinstein
PVA/ah

JACKSON, MS      DAVIE           ST. PETERSBURG   TAVARES         FT. MYERS       ORLANDO         KISSIMMEE       TAMPA           ATLANTA         JACKSONVILLE    MEMPHIS
(601) 949-3388   (954) 318-0268  (727) 490-2001   (352) 253-2700  (239) 433-6880  (407) 420-1414  (407) 452-6990  (813) 223-5505  (404) 965-8811  (904) 398-2722  (901) 217-7000