UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>ROBERT C. PATE, as Trustee for the Chinese Drywall Trust<br>v.<br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, et al.<br>(**2:09-cv-07791**) (E.D. La.) | |

**DEFENDANTS FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S REPLY AND JOINDER TO THE JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(7) FOR FAILURE TO JOIN A REQUIRED PARTY UNDER RULE 19**

COMES NOW, FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY ("FCCI"), by and through their undersigned counsel and file the following Reply and Joinder to the Joint Reply of the Insurers in Support of Motions to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(7) for Failure to Join a Required Party Under Rule 19 (hereinafter, "Insurers Joint Reply") and show the Court the following:

FCCI was named along with 14 other insurers in *Robert C. Pate v. American International Specialty Lines Insurance Company et al.* (2:09-cv-07791) (hereinafter "*Pate*"), filed in this court on or around December 23, 2009. In *Pate*, WCI is alleged to be an additional insured under FCCI's insurance policies issued to Swedberg Enterprises, Inc. d/b/a Florida Drywall (hereinafter, "Swedberg"), Residential Drywall, Inc. (hereinafter, "Residential") and S.D. & Associates, Inc.

(hereinafter, "S.D.") (hereinafter, collectively "FCCI Named Insureds").  However, WCI is not a named or an additional insured under any FCCI policy issued to Swedberg, Residential or S.D. *Pate* alleges that there is coverage under the FCCI policies issued to the FCCI Named Insureds for claims against WCI for damages arising from Chinese drywall.  However, *Pate* fails to name the FCCI Named Insureds in his Complaint.

WCI is not named as an additional insured on any FCCI policy included in the *Pate* Complaint. However, even if WCI were an additional insured on the FCCI Named Insureds' policies as alleged in *Pate*, failure to name the FCCI Named Insureds as co-Defendants in *Pate* leaves FCCI subject to a substantial risk of incurring multiple inconsistent obligations under the policies at issue.  FCCI has filed declaratory actions in Florida courts against its Named Insureds, including Swedberg and S.D. & Associates, to determine its obligations under its policies at issue in the Chinese Drywall claims.  It is these Florida courts, rather than this Court, that have personal jurisdiction over both FCCI and the Named Insureds and are the proper venue for this dispute.

The Named Insureds' interests will be prejudiced if they are not parties to Pate action. The FCCI Named Insureds are both necessary and indispensable to a resolution of the claims alleged FCCI in the *Pate* action.  As the Insurers have demonstrated, the *Pate* action should not be allowed to proceed without the Named Insureds who are necessary and indispensable to the resolution of these matters.  Accordingly, these actions should be dismissed pursuant to Rule 12(b)(7) for failure to join required parties under Rule 19.

**WHEREFORE**, FCCI hereby joins the Joint Reply of the Insurers in Support of Motions to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(7) for Failure to Join a Required Party under Rule 19 and

requests that this Court grant the motion and dismiss FCCI from the Pate action pursuant to Fed.R.Civ.P 12(b)(7) and provide such other relief as this Court deems just and appropriate.

Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY

BY: /s/ ROBERT M. DARROCH
ROBERT M. DARROCH
GA State Bar No.:  205490
rdarroch@gmlj.com
STEPHANIE F. GLICKAUF
GA State Bar No.:  257540
sglickauf@gmlj.com
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone:  (404) 264-1500
Fax:     (404) 264-1737

AND

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

By: /s/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)
pcostello@mblb.com
JACQUES P. DeGRUY (#29144)
jdegruy@mblb.com
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **DEFENDANTS FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S REPLY AND JOINDER TO THE JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(7) FOR FAILURE TO JOIN A REQUIRED PARTY UNDER RULE 19** has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

This 26th day of October, 2010.

/s/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)
pcostello@mblb.com
JACQUES P. DeGRUY (#29144)
jdegruy@mblb.com
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121