UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Gross, et al v. Knauf Gips KG, et al; Cause No. 09-6690 | |

**PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANT, MEDALLION HOMES, LLC**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs Tom and Jane Francisco, hereby dismiss, without prejudice, all of their claims against DEFENDANT MEDALLION HOMES, LLC, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs Tom and Jane Francisco, shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Bob Brown, Baron & Budd, P.C., counsel for Plaintiffs, dated October 12, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                Respectfully submitted,

Dated: October 26, 2010                 /s/ Russ M. Herman
                                           Russ M. Herman, Esquire (Bar No. 6819)
                                           Leonard A. Davis, Esquire (Bar No. 14190)
                                           Stephen J. Herman, Esquire (Bar No. 23129)
                                           HERMAN, HERMAN, KATZ & COTLAR, LLP
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana 70113
                                           Phone: (504) 581-4892
                                           Fax: (504) 561-6024
                                           LDavis@hhkc.com
                                           *Plaintiffs' Liaison Counsel*
                                           *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT A



| | | | | |
|---|---|---|---|---|
| **BARON BUDD, P.C.** | DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE |

800.222.2766  
tel 214.521.3605  
fax 214.520.1181  

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281  

October 12, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
**Gross, et al v. Knauf Gips KG, et al, Cause No. 09-6690, MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

My clients, Tom and Jane Francisco, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Medallion Homes, LLC defendant in the above matter, reserving their rights and claims against any and all other defendants therein.

Sincerely,

Robert B. Brown, III