UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Co. et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |
| *Centerline Homes Constr. Inc. et al. v. Mid-Continent Casualty Co. et al.* (10-178) | |
| *Northstar Holdings, Inc. et al. v. General Fidelity, Inc. et al.* (10-384) | |

*EX PARTE* **MOTION AND INCORPORATED MEMORANDUM FOR
LEAVE TO FILE JOINT REPLY IN EXCESS OF PAGE LIMITATION**

NOW INTO COURT, comes Thomas E. Schwab of the law firm of Barkley & Thompson, L.C., a member of good standing of the bar of this Court and the State of Louisiana, and counsel for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union") and CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American Specialty Insurance Company) as alleged insurer of Beta Drywall ("Chartis"), which respectfully aver as follows:

1.

By Order signed August 4, 2010, Docket No. 4873, this Court set October 26, 2010, as the deadline for Insurers to file their reply memoranda in support of their motion to dismiss.

2.

Uniform District Court Rule 7.8.1E provides that reply memoranda shall be limited to ten (10) pages in length.

3.

While each of the eight moving Insurers would be permitted to file individual reply memoranda ten (10) pages in length, in the interest of judicial economy, the Insurers instead seek leave to file a Joint Reply, twenty-four (24) pages in length. The proposed pleading is attached hereto, as is a proposed Order.

WHEREFORE, NATIONAL UNION and CHARTIS respectfully move this Court for an Order in the form submitted herewith.

          Respectfully submitted:

          /s/ Thomas E. Schwab
          Thomas E. Schwab (Bar #2099)
          BARKLEY & THOMPSON, L.C.
          1515 Poydras Street, Suite 2350
          New Orleans, Louisiana  70112
          Telephone:   (504) 595-3350
          Facsimile:    (504) 595-3355
          E-mail:       tschwab@barkleythompson.com

            -AND-

Joseph A. Hinkhouse
Sara Uffelman Gattie
HINKHOUSE WILLIAMS WALSH
180 North Stetson Street, Suite 3400
Chicago, Illinois  60601
Phone:  (312) 784-5454
Fax:  (312) 784-5494
E-mail:   jhinkhouse@hww-law.com
             suffelman@hww-law.com

**Attorneys for National Union Fire Insurance Company of Pittsburgh, PA and Chartis Specialty Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Ex Parte* Motion and Incorporated Memorandum for Leave to File Joint Reply in Excess of Page Limitation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of October, 2010.

/s/Thomas E. Schwab

**Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA and Chartis Specialty Insurance Company**