UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Co. et al.* (09-7791) *Centerline Homes Constr. Inc. et al. v. Mid-Continent Casualty Co. et al.* (10-178) *Northstar Holdings, Inc. et al. v. General Fidelity, Inc. et al.* (10-384) | MAGISTRATE JUDGE WILKINSON |

## ORDER

CONSIDERING the foregoing *Ex Parte* Motion for Leave to File Joint Reply in Excess of Page Limitation;

IT IS ORDERED that National Union Fire Insurance Company of Pittsburgh, PA and Chartis Specialty Insurance Company be and the same hereby are permitted to file their Joint Reply of the Insurers in Support of Motions to Dismiss Pursuant Fed. R. Civ. P. 12(b)(7) for Failure to Join a Required Party Under Rule 19, and the Clerk of Court is instructed to duly file and docket same.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JUDGE