**Exhibit A**

*Pate Action*

| Subcontractor | Insurance Company | Policy Number | Policy Period |
|---|---|---|---|
| Hinkle Drywall LLC[1] | Landmark | LBA00927900 | 5/18/07 - 5/18/08 |
| SD & Associates | FCCI | GL 00039663 | 1/7/08 - 1/7/09 |
| Finest Drywall Inc. | Mid-Continent | 04GL000699958<br>04GL000730812<br>04GL000768602 | 9/15/07 - 9/15/08<br>9/15/08 - 9/15/09<br>9/15/09 - 9/15/10 |
|  | National Union | BE5346464 | 9/15/07 - 9/15/08 |
| Beta Drywall, LLC | Amerisure | GL2027317000000<br>GL2027317010006<br>GL2027317020007<br>GL2027317030008<br>GL2027317040009 | 2/28/05 - 2/28/06<br>2/28/06 - 2/28/07<br>2/28/07 - 2/28/08<br>2/28/08 - 2/28/09<br>2/28/09 - 2/28/10 |
|  | Amerisure Mutual | CU 2027319<br>CU 2052086-00<br>CU 2052086 01 | 2/28/05 - 2/28/06<br>2/28/08 - 2/28/09<br>2/28/09 - 2/28/10 |
|  | National Union | BE 6564380 | 2/28/06 - 2/28/07 |
|  | Chartis Specialty f/k/a AISLIC | CPL 1732167 | 2/27/09 - 2/27/10 |
| Distinctive Finishes, LLC | Mid-Continent | 04-GL-000586669<br>04-GL-000627470<br>04-GL-000712047 | 4/11/05 - 4/11/06<br>4/11/06 - 4/11/07<br>4/11/08 - 4/11/09 |
|  | American Guarantee | AUC 5345732-03 | 4/11/08 - 4/11/09 |
| Steven Sweet Drywall, LLC | Mid-Continent | 04GL000705707 | 2/15/08 - 2/15/09 |
| Residential Drywall Inc. | FCCI | CPP0007699 1<br>CPP0007699 2 | 11/9/07 - 11/9/08<br>11/9/08 - 11/9/09 |
| Florida Drywall | Mid-Continent | 04-GL-0000630931 | 5/11/06 - 5/11/07 |
|  | FCCI Commercial | GL00056902<br>UMB00053572 | 5/11/08 - 5/11/09<br>5/11/08 - 5/11/09 |
| 1st Choice Construction | Mid-Continent | 04GL000717960 | 6/1/08 - 6/1/09 |
| HDS Drywall Services[2] | NGM | MPO85157 | 11/1/06 - 11/1/07 |

---

[1] Hinkle Drywall is also insured by Owners Insurance Company and/or its related entities. They issued policies of insurance to Hinkle Drywall for the following periods: 3/20/05-3/20/06, 3/20/06-3/20/07, 1/29/08-1/29/09, and 1/29/09-1/29/10. There is an overlap in coverage for Hinkle Drywall for the 5/18/08-5/18/09 policy period in which it was insured both by the Owners Insurance Company and/or its related entities and Landmark Insurance Company.

**Exhibit A**

| Subcontractor | Insurance Company | Policy Number | Policy Period |
|---|---|---|---|
| | | CUO85157<br>MPO85157<br>CUO85157 | 11/1/06 - 11/1/07<br>11/1/07 - 11/1/08<br>11/1/07 - 11/1/08 |
| Supreme Drywall & Metal Framing Co. | Amerisure Mutual | GL2027812010006<br>GL2027812020007<br>GL2027812030008 | 3/17/06 - 3/17/07<br>3/17/07 - 3/17/08<br>3/17/08 - 3/17/09 |

*Centerline Action*

| Subcontractor | Insurance Company | Policy Number | Policy Period |
|---|---|---|---|
| United Framers, Inc. | Mid-Continent Casualty Company | 04GL000656133 | 8/21/06-8/21/07 |
| | Amerisure Insurance Company | GL204115102 | 11/27/07-11/27/08 |

*Northstar Action*

| Subcontractor | Insurance Company | Policy Number | Policy Period |
|---|---|---|---|
| Precision Drywall | Mid-Continent Casualty Company | 04-GL-000657042<br>04-GL-000688059<br>04-GL-000730055 | 9/9/06-9/9/07<br>9/9/07-9/9/08<br>9/9/08-9/9/09 |

---

[2] HDS Drywall Services is also insured by West American Insurance Company ("West American") and Ohio Casualty Company ("Ohio"), other parties to the *Pate* action. West American issued a policy of insurance to HDS Drywall Services for at least the following policy period: 11/1/05-11/1/06, policy number BKW (06) 52884210. Ohio issued a policy of insurance to HDS Drywall Services for at least the following policy period: 11/1/05-11/1/06, policy number USO0652884210. West American and Ohio filed a Motion to Dismiss for Improper Venue, or in the Alternative, Transfer Venue, which is currently pending [D.E. 4481].