UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-80457-CIV-SEITZ/O'SULLIVAN

MID-CONTINENT CASUALTY CO.,
        Plaintiff,

v.

PRECISION DRYWALL,, INC., *et al.*,
        Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY

THIS MATTER is before the Court on the Motion to Dismiss Complaint, or in the Alternative, Motion to Stay re Complaint, and Incorporated Memorandum of Law filed by Northstar Holdings At B & A, LLC, Northstar Holdings, Inc., Northstar Homes, Inc. ("Northstar Defendants") [DE 13]. The Northstar Defendants seek to dismiss this action, or in the alternative to stay the proceedings pending resolution of proceedings in another action already pending in another venue, pursuant to Federal Rule of Civil Procedure 12(b)(3) based upon the first-to-file rule. Upon consideration, the Court finds that the first-to-file rule does not apply here because the actions involve different parties and issues. Therefore, it is hereby

ORDERED that Motion to Dismiss Complaint, or in the Alternative, Motion to Stay re Complaint, and Incorporated Memorandum of Law filed by Northstar Holdings At B & A, LLC, Northstar Holdings, Inc., Northstar Homes, Inc. [DE 13] is DENIED.

DONE AND ORDERED in Miami, Florida, this 22nd day of June, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record