www.sunbiz.org - Department of State                                                                Page 1 of 2

# Florida Department of State
## Division of Corporations

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                                    Entity Name Search
No Events           No Name History                                                   [Submit]

# Detail by Entity Name

## Florida Profit Corporation
FINEST DRYWALL, INC.

## Filing Information
Document Number  G55561
FEI/EIN Number   592416200
Date Filed       07/29/1983
State            FL
Status           ACTIVE

## Principal Address
4872 SW 74TH COURT
MIAMI FL 33155

Changed 04/11/2006

## Mailing Address
4872 SW 74TH COURT
MIAMI FL 33155

Changed 04/11/2006

## Registered Agent Name & Address
ROBAYNA, EDUARDO
4872 SW 74TH COURT
MIAMI FL 33155

Name Changed: 03/15/1985

Address Changed: 04/11/2006

## Officer/Director Detail
Name & Address

Title PTD

ROBAYNA, EDUARDO
4872 SW 74TH COURT
MIAMI FL 33155

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 04/23/2008 |
| 2009 | 04/17/2009 |
| 2010 | 04/17/2010 |

www.sunbiz.org - Department of State                                                        Page 2 of 2

## Document Images

| Date | |
|---|---|
| 04/17/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/04/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2001 -- ANNUAL REPORT | View image in PDF format |
| 06/08/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/11/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/13/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/08/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List                             Entity Name Search
No Events           No Name History                                            [ Submit ]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State



Previous on List    Next on List    Return To List                Entity Name Search
No Events           No Name History                               [ Submit ]

# Detail by Entity Name

### Florida Profit Corporation

SWEDBERG ENTERPRISES, INC.

### Filing Information

Document Number   K49260
FEI/EIN Number    592924075
Date Filed        12/06/1988
State             FL
Status            ACTIVE

### Principal Address

8811 STATE ROAD 52
SUITE 26
HUDSON FL 34667 US

Changed 02/16/2010

### Mailing Address

8811 STATE ROAD 52
SUITE 26
HUDSON FL 34667 US

Changed 02/16/2010

### Registered Agent Name & Address

SWEDBERG, KIMBERLY A
228 IBIS STREET
FORT MYERS BEACH FL 33931 US

Name Changed: 02/16/2010

Address Changed: 02/16/2010

### Officer/Director Detail

**Name & Address**

Title PD

SWEDBERG, DALE E
228 IBIS STREET
FORT MYERS BEACH FL 33931 US

Title STD

SWEDBERG, KIMBERLY A
228 IBIS STREET
FORT MYERS BEACH FL 33931 US

Title CFO

VOITLEIN, STEVEN P
8811 STATE ROAD 52, SUITE 26
HUDSON FL 34667 US

Title VP

SANTORO, REBECCA
8811 STATE ROAD 52, SUITE 26
HUDSON FL 34667 US

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 01/07/2008 |
| 2009 | 01/20/2009 |
| 2010 | 02/16/2010 |

## Document Images

| Document | |
|---|---|
| 02/16/2010 -- ANNUAL REPORT | View image in PDF format |
| 01/20/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2006 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/26/2004 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2003 -- ANNUAL REPORT | View image in PDF format |
| 03/18/2002 -- ANNUAL REPORT | View image in PDF format |
| 03/16/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/16/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/07/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/04/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/05/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 04/28/1995 -- ANNUAL REPORT | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List   Next on List   Return To List                Entity Name Search

No Events   No Name History                                       Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

www.sunbiz.org - Department of State                                                                                                    Page 1 of 2



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                                              Residential Drywall
No Events           No Name History                                                        [ Submit ]

## Detail by Entity Name

### Florida Profit Corporation
SUPREME DRYWALL & METAL FRAMING COMPANY

### Filing Information
Document Number   P05000034873
FEI/EIN Number    202463305
Date Filed        03/07/2005
State             FL
Status            ACTIVE

### Principal Address
4905 34TH ST SOUTH, STE 105
ST PETERSBURG FL 33711

Changed 12/16/2008

### Mailing Address
4905 34TH ST SOUTH, STE 105
ST PETERSBURG FL 33711

Changed 12/16/2008

### Registered Agent Name & Address
NEVILLE, SUSAN
4905 34TH ST SOURH, STE 105
ST PETERSBURG FL 33711 US

Address Changed: 04/28/2009

### Officer/Director Detail
**Name & Address**

Title PD

NEVILLE, STEPHEN
4905 34TH ST SOUTH STE 105
ST PETERSBURG FL 33711

Title VSTD

NEVILLE, SUSAN
4905 34TH ST SOUTH STE 105
ST PETERSBURG FL 33711

### Annual Reports
Report Year   Filed Date
2008          04/18/2008

www.sunbiz.org - Department of State                                                                 Page 2 of 2

| | |
|---|---|
| 2009 | 04/28/2009 |
| 2010 | 04/27/2010 |

**Document Images**

| | |
|---|---|
| 04/27/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2006 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2005 -- Domestic Profit | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List     Next on List     Return To List                          Entity Name Search

**No Events**        **No Name History**                                      Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

www.sunbiz.org - Department of State                                                                              Page 1 of 2



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                                           HDS Drywall Services
No Events           No Name History                                                          [Submit]

## Detail by Entity Name

### Florida Limited Liability Company
HINKLE DRYWALL, LLC

### Filing Information
Document Number  L07000005617
FEI/EIN Number   208238142
Date Filed       01/16/2007
State            FL
Status           ACTIVE
Effective Date   01/16/2007

### Principal Address
6122 AUDUBON MANOR BLVD.
LITHIA FL 33547

### Mailing Address
6122 AUDUBON MANOR BLVD.
LITHIA FL 33547

### Registered Agent Name & Address
NEIL S. SCHECHT, P.A.
3630 W. KENNEDY BLVD.
TAMPA FL 33609 US

### Manager/Member Detail
Name & Address

Title MGR

MINNICK, BRUCE T
6122 AUDUBON MANOR BLVD.
LITHIA FL 33547

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 07/17/2008 |
| 2009 | 04/29/2009 |
| 2010 | 04/21/2010 |

### Document Images

04/21/2010 -- ANNUAL REPORT    [View image in PDF format]
04/29/2009 -- ANNUAL REPORT    [View image in PDF format]

www.sunbiz.org - Department of State                                                                                     Page 2 of 2

07/17/2008 -- ANNUAL REPORT              [View image in PDF format]
01/16/2007 -- Florida Limited Liability  [View image in PDF format]

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List      Return To List                              Entity Name Search
No Events           No Name History                                                    [Submit]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search
Events              No Name History                                   [ Submit ]

## Detail by Entity Name

### Florida Profit Corporation
UNITED FRAMERS, INC.

### Filing Information

Document Number    P05000113124
FEI/EIN Number     841690905
Date Filed         08/15/2005
State              FL
Status             ACTIVE
Last Event         AMENDMENT
Event Date Filed   03/17/2009
Event Effective Date NONE

### Principal Address

11900 LOXAHATCHEE RD
PARKLAND FL 33076

Changed 04/21/2008

### Mailing Address

11900 LAXAHATCHEE RD
SUITE 211
PARKLAND FL 33076

Changed 04/21/2008

### Registered Agent Name & Address

WILLARD, WILLIAM J
11900 LOXAHATCHEE RD
PARKLAND FL 33076 US

Address Changed: 04/21/2008

### Officer/Director Detail

**Name & Address**

Title P

WILLARD, WILLIAM
11900 LOXAHATCHEE RD
PARKLAND FL 33076

### Annual Reports

**Report Year    Filed Date**
2008           04/21/2008
2009           04/16/2009

2010        02/18/2010

## Document Images

| | |
|---|---|
| 02/18/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2009 -- Amendment | View image in PDF format |
| 04/21/2008 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2006 -- ANNUAL REPORT | View image in PDF format |
| 08/15/2005 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List                                Entity Name Search

Events              **No Name History**                                            Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State



```
                                                                10/22/10
           CISM0180            CORPORATE DATA INQUIRY            11:08:24

    CORP ID:     0144830 - 7  STATUS: 01 FEE DELINQUENT   STATUS DATE: 05/03/10
    CORP NAME:   HDS DRYWALL SERVICE, INC.

DATE OF CERTIFICATE:   04/05/1973 PERIOD OF DURATION:          INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA         STOCK INDICATOR:  S STOCK
MERGER IND:                        CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N NOT PAID      MONITOR INDICATOR:
CHARTER FEE:            MON NO:         MON STATUS:    MONITOR DTE:
     R/A NAME:   MICHAEL M MANNIX
                 HOLLAND & KNIGHT
       STREET:   1600 TYSONS BLVD STE 700              AR RTN MAIL:

         CITY:   MCLEAN                STATE :  VA  ZIP:  22102 4867
    R/A STATUS:  4  ATTORNEY       EFF. DATE:  09/26/02  LOC : 129
 ACCEPTED AR#:   210 19 9785   DATE: 05/24/10                  FAIRFAX COUNTY
  CURRENT AR#:   210 19 9785   DATE: 05/24/10  STATUS: A  ASSESSMENT INDICATOR:  0
 YEAR    FEES       PENALTY    INTEREST    TAXES     BALANCE       TOTAL SHARES
  10    100.00       10.00                            10.00             5,000
```

(Screen Id:/Corp_Data_Inquiry)