IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION "L" |
| *This Document Relates to:* | CIVIL ACTION NO.: 2:09-CV-7791 |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | |
| | JUDGE ELDON FALLON |
| Versus, | |
| | MAGISTRATE JOSEPH WILKINSON, JR. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL., | |
| And | |
| | CIVIL ACTION NO.: 2:10-CV-00178 |
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC., | JUDGE ELDON FALLON |
| | MAGISTRATE JOSEPH WILKINSON, JR. |
| Versus, | |
| MID-CONTINENT CASUALTY COMPANY, ET AL., | |

**MEMORANDUM IN SUPPORT OF AMERISURE INSURANCE COMPANY'S AND AMERISURE MUTUAL INSURANCE COMPANY'S JOINDER TO THE JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7) FOR FAILURE TO JOIN REQUIRED PARTIES UNDER RULE 19**

Now comes Defendants, Amerisure Mutual Insurance Company, and Amerisure Insurance Company (herein collectively referred to as "Amerisure"), by and through their attorneys of record, and hereby join "Joint Reply Of The Insurers In Support Of Motions To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(7) For Failure To Join Required Parties Under Rule 19"

filed on October 26, 2010, by counsel for National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Chartis Specialty Insurance Company (f/k/a American Specialty Insurance Company), and the supporting Memorandum of Law. In further support thereof, Amerisure states as follows:

1. On December 23, 2009, Robert C. Pate, as alleged Trustee for the Chinese Drywall Trust, filed a Complaint, seeking a declaration that the defendant insurers are obligated to indemnify the Trust for alleged losses arising out of claims that may be brought against the Trust relating to houses constructed by WCI Communities, Inc. and its subcontractors.

2. On March 15, 2010, Pate filed a First Amended Complaint.

3. In response, on March 29, 2010 Amerisure filed a "Motion to Dismiss First Amended Complaint For Failure to Join Required Parties," pursuant to Fed. R. Civ. P. 12(b)(7). [Doc. 2174].

4. On January 26, 2010, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes, Inc., (herein collectively referred to as "Centerline") filed an action seeking a declaration that Amerisure is obligated to defend and indemnify Centerline for any losses arising from claims asserted against Centerline in relation to houses constructed by Centerline, which allegedly contained defective Chinese Drywall.

5. In response, on April 19, 2010, Amerisure filed a "Motion to Dismiss Complaint For Failure to Join A Required Party," pursuant to Fed. R. Civ. P. 12(b)(7). [Doc. 2567].

6. On October 13, 2010, the *Pate* and *Centerline* plaintiffs, along with the Plaintiffs' Steering Committee and other plaintiffs, filed a "Memorandum of Law In Opposition To Defendant's Motions to Dismiss For Failure to Join Indispensable Parties." [Doc. 5980].

7. In reply, on October 26, 2010, various defendants filed a "Joint Reply Of The Insurers In Support Of Motions To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(7) For Failure To Join Required Parties Under Rule 19"" (herein "motion") and a supporting Memorandum of Law (herein "memorandum").

8. Amerisure has reviewed the motion and memorandum, and hereby joins and adopts the grounds and arguments set forth in the motion and memorandum solely for the limited purpose of adjudicating the motion.

WHEREFORE, Defendants, Amerisure Mutual Insurance Company, and Amerisure Insurance Company, respectfully request that this Court grant the Defendants' Motions to Dismiss the operative Complaints in *Pate* and *Centerline* pursuant to Fed. R. Civ. P. 12(b)(7). [Docs. 2174, 2567]. Amerisure also requests that this Court award such other and further relief to which Amerisure may be justly entitled.

Respectfully submitted,

Defendants, Amerisure Insurance Company
and Amerisure Mutual Insurance Company

By: _____/s/ Brian K. Abels_____
One of their attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6308
Telephone: (312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF AMERISURE INSURANCE COMPANY'S AND AMERISURE MUTUAL INSURANCE COMPANY'S JOINDER TO THE JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7) FOR FAILURE TO JOIN REQUIRED PARTIES UNDER RULE 19** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of October, 2010.