IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 ) ) ) SECTION "L" ) |
| *This Document Relates to:* | ) CIVIL ACTION NO.: 2:09-CV-7791 ) |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | ) ) ) JUDGE ELDON FALLON |
| Versus | ) ) MAGISTRATE JOSEPH WILKINSON, JR. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL., | ) ) ) |

### ORDER ALLOWING AMERISURE INSURANCE COMPANY'S AND AMERISURE MUTUAL INSURANCE COMPANY'S JOINDER TO THE JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7) FOR FAILURE TO JOIN REQUIRED PARTIES UNDER RULE 19

**CONSIDERING** the above and foregoing Motion:

**IT IS HEREBY ORDERED** that the *JOINDER TO THE JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7) FOR FAILURE TO JOIN REQUIRED PARTIES UNDER RULE 19,* on behalf of defendants, Amerisure Mutual Insurance Company and Amerisure Insurance Company, is allowed to be filed into the record of this matter.

New Orleans, Louisiana this ___ day of _____ 2010.

_____
**JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**