IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.2047 |
| | SECTION "L" |
| *This Document Relates to:* | CIVIL ACTION NO.: 2:10-CV-00178 |
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC., | JUDGE ELDON FALLON |
| | MAGISTRATE JOSEPH WILKINSON, JR. |
| Versus, | |
| MID-CONTINENT CASUALTY COMPANY, ET AL., | |

### ORDER ALLOWING AMERISURE INSURANCE COMPANY'S AND AMERISURE MUTUAL INSURANCE COMPANY'S JOINDER TO THE JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7) FOR FAILURE TO JOIN REQUIRED PARTIES UNDER RULE 19

**CONSIDERING** the above and foregoing Motion:

**IT IS HEREBY ORDERED** that the *JOINDER TO THE JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7) FOR FAILURE TO JOIN REQUIRED PARTIES UNDER RULE 19* on behalf of defendant, Amerisure Insurance Company, is allowed to be filed into the record of this matter.

New Orleans, Louisiana this ____ day of _____ 2010.

_____
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA