UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al    NO. 09-07791

### MEMORANDUM OF JOINDER IN JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(7) AND FOR FAILURE TO JOIN A REQUIRED PARTY UNDER RULE 19

American Guarantee and Liability Insurance Company files this Memorandum with the court to join in the Joint Reply filed by National Union Fire Insurance Company of Pittsburgh, PA and Chartis Specialty Insurance Company. American Guarantee adopts the arguments made in the Joint Reply and incorporates those arguments and legal authorities in support of its previously filed Motion to Dismiss and in reply to the plaintiff's opposition.

American Guarantee was named as a defendant as the insurer of Distinctive Finishes, LLC. Plaintiffs claim that WCI Communities, Inc. is an additional insured under that policy. Therefore, for the reasons set forth in the Joint Reply of National Union and Chartis, Distinctive Finishes is a necessary and indispensable party to this litigation and plaintiff's claims should be dismissed.

Respectfully submitted,

**J. STEPHEN BERRY, GA. Bar No. 053106**
**J. RANDOLPH EVANS, GA. Bar No. 252336**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000  Fax: 404-527-4198
Emails: sberry@mckennalong.com;
revans@mckennalong.com
Lead counsel for American Guarantee Liability
Insurance Company

**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails:     tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for   American Guarantee Liability
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM OF JOINDER IN JOINT REPLY OF THE INSURERS IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(7) AND FOR FAILURE TO JOIN A REQUIRED PARTY UNDER RULE 19** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26 day of October, 2010.

Wade A. Langlois, III, LSBA #17681

G:\0262\2015\Pleadings\Memo of Joinder in Jt Reply of the Insurers.wpd