# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf GIPS KG, et al.,*<br>Case No. 2:09-cv-07628 | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

COME NOW Plaintiff, Dr. Joseph Kirn, who respectfully moves this Honorable Court for an Order substituting Chris T. Hellums and Booth G. Samuels of the law firm Pittman, Dutton & Hellums, PC as his counsel of record in place of Daniel K. Bryson of the law firm Lewis & Robers, PLLC. The requested substitution of counsel will not delay or interfere with the efficient administration of justice herein.

WHEREFORE, Plaintiff prays that this motion be granted and that Chris T. Hellums and Booth G. Samuels be substituted as counsel for Daniel K. Bryson.

Dated: October 15, 2010

Respectfully Submitted,

/s/ Chris T. Hellums
Chris T. Hellums
chrish@pittmandutton.com
/s/Booth G. Samuels
Booth G. Samuels
booths@pittmandutton.com
PITTMAN, DUTTON & HELLUMS, PC
2001 Park Place North, Ste. 1100
Birmingham, AL 35223
Phone: (205) 322-8880
Fax: (205) 328-2711

*Former Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of October, 2010.

/s/ Chris T. Hellums