IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf GIPS KG, et al.*,<br>Case No. 2:09-cv-07628 | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing motion to Substitute Counsel of Record filed by Plaintiff Dr. Joseph Kirn:

IT IS ORDERED that Chris T. Hellums and Booth G. Samuels of the law firm Pittman, Dutton & Hellums, PC be substituted as counsel of records for Plaintiffs in place of Daniel K. Bryson of the law firm Lewis & Roberts, PLLC.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# EXHIBIT "A"