IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL Docket No. 2047 ) |
| This Document Relates to: David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al., Case No. 2:09-cv-6690 (E.D. La.) | ) ) SECTION L ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) ) |
| THIS DOCUMENT APPLIES TO ALL CASES | ) |

## MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

S. Greg Burge, Esq. and the law firm of BURR & FORMAN LLP, co-counsel of record for Defendant R & H MASONRY CONTRACTOR, INC., hereby file this Motion for an Order allowing withdrawal of S. Greg Burge, Esq. and the firm of BURR & FORMAN LLP as co-counsel of record for Defendant R & H MASONRY CONTRACTOR, INC. in this matter, leaving the firm of Duplass, Zwain, Bourgeois, Pfister & Weinstock as attorneys of record for R & H MASONRY CONTRACTOR, INC., and as grounds therefore state as follows:

1. R & H MASONRY CONTRACTOR, INC. is currently represented in this action by two separate law firms.  Such dual representation is no longer necessary and thus, BURR & FORMAN LLP is seeking leave to withdraw as co-counsel of record at this time.

2. All future pleadings, correspondence or other documents should be forwarded directly to ANDREW D. WEINSTOCK, ESQ. and PAUL J. VERLANDER, ESQ., Duplass, Zwain, Bourgeois, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, Louisiana 70002.

1871155 v1

WHEREFORE, BURR & FORMAN LLP respectfully requests that this Court grant its Motion to Withdraw and relieve BURR & FORMAN LLP from any further obligation in this matter and for such other and further relief as this Court deems just and proper.

BURR & FORMAN LLP

s/ S. Greg Burge
S. Greg Burge (AL Bar# ASB-0558-B37S)
gburge@burr.com

420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of October, 2010.

s/ S. Greg Burge
OF COUNSEL