IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al.,<br>Case No. 2:09-cv-6690 (E.D. La.)<br><br>THIS DOCUMENT APPLIES TO ALL CASES | MDL Docket No. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

Having considered the Motion to Withdraw as Co-Counsel of Record for Defendant R & H MASONRY CONTRACTOR, INC., filed by S. Greg Burge, Esq. and the law firm of BURR & FORMAN LLP, leaving the firm of Duplass, Zwain, Bourgeois, Pfister & Weinstock as attorneys of record for R & H MASONRY CONTRACTOR, INC.,

It is ORDERED and ADJUDGED that the Motion to Withdraw as Co-Counsel of Record for Defendant R & H MASONRY CONTRACTOR, INC., filed by S. Greg Burge, Esq. and the law firm of BURR & FORMAN LLP, is hereby granted and that the firm of BURR & FORMAN LLP is hereby discharged from its obligations of representation in this case and relieved of any further appearance in this case on behalf of R & H MASONRY CONTRACTOR, INC. The Court further ORDERS that the firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK is hereby left as counsel of record for R & H MASONRY CONTRACTOR, INC. as of the date of this Order.

1871157 v1

It is ORDERED this _____ day of _____, 2010.

                                                                        _____
                                                                        HONORABLE ELDON E. FALLON

cc:    All Counsel of Record