OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA 70130

EASTERN DISTRICT COURT
EASTERN DISTRICT OF LA

2010 OCT 25 AM 3:49

LORETTA G. WHYTE
CLERK

Date: October 25, 2010

Sean and Beth Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: Complaint in Intervention) to the following:

1. (name) Summit Contractors, Inc.
   (address) 720 Brownswitch Road, ste. 1 or 2 Slidell, LA 70458
2. (name) Acadian Builders and Contractors, LLC
   (address) 6473 Highway 44, ste. 201 Gonzales, LA 70737
3. (name) C+C Homebuilders, Inc.
   (address) 472 East Chase ct. Mandeville, LA 70448
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 820 O'Keefe Ave.
New Orleans, LA 70113

___ Fee
___ Process
x  Dktd
___ CtRmDep
___ Doc. No.