# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

## ORDER GRANTING DEFENDANT GOLD COAST HOMES
## OF S.W. FLORIDA, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant Gold Coast Homes of S.W. Florida, Inc.'s Motion to Exceed

Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this __27th__ day of ___October___, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE