# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |
| *Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.* (10-178) | |
| *Northstar Holdings, Inc., et al. v. General Fidelity, Inc., Co.* (10-384) | |

## ORDER

Considering the Plaintiffs' and Plaintiffs' Steering Committee's Motion for Leave to File Under Seal the Memorandum of Law in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction;

IT IS ORDERED BY THE COURT that the Plaintiffs and Plaintiffs' Steering Committee are granted leave to file their Memorandum of Law in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction under seal and that such remains confidential subject to further order of this Court.

New Orleans, Louisiana, this 28th day of October 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge