UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED           DRYWALL PRODUCTS           LIABILITY LITIGATION  THIS DOCUMENT RELATES TO:  *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791)  *Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.* (10-178)  *Northstar Holdings, Inc., et al. v. General Fidelity, Inc., Co.* (10-384) | MDL NO.:  2047    JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |

**ORDER GRANTING PLAINTIFFS' AND PSC'S
MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Considering Plaintiffs' and Plaintiffs' Steering Committee's Motion for Leave to Exceed Page Limitation, with regard to their Memorandum of Law in Opposition to the Motions to Dismiss for Lack of Personal Jurisdiction filed by Defendants,

IT IS ORDERED BY THE COURT that the Motion for Leave to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  28th   day of October 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE