# EXHIBIT E

# Shandong   Taihe   Dongxin   CO.,   LTD

Address: South suburb of Taian Shandong province, China

TEL: 0086-538-8812017      FAX: 0086-538-8812017

## Packing      list

ORIGINAL

Invoice No.:SDTH051213          Issuing date.: 13th Dec ,2005

To: Venture Supply, Inc.

Address: 1140 Azalea Garden Road, Norfolk VA 23502-5612

Credit number: IMP-4135          Credit issue date: 051109

SHIP FROM: LIAN YUNGANG PORT CHINA TO Norfolk the U.S.A.

PAYMENT: DEPOSIT AND IRREVOCABLE L/C, AT SIGHT

SHIPMENTS: BY BREAK BULK

SHIPPING MARK: VENTURE SUPPLY INC.

DELIVERY TERMS: FOB ANY PORT IN CHINA

THE DESCRIPTION OF COMMODITY:

| Commodity &specification | Quantity | Net weight / gross weight | Net volume / gross volume |
|---|---|---|---|
| 3660*1220*12.7mm gypsum board     (T/E) | 2000 pallets | 2.21ton/pallet,/ 2.43ton/pallet | 2.835 M³/pallet/ 3.422 M³/pallet |
| Total | 100，000 sheets | 4420 ton/4860ton | 5670 M³/6844 M³ |
| Credit amount | | | USD229120.00 |

SAY : US DOLLAR TWO HUNDRED AND TWENTY-NINE THOUSAND ONE HUNDRED AND TWENTY ONLY.

2000 pallet, each of which containing 50 gypsum boards each plastic wrapped, gypsum board covered, and steel banded.

EXHIBIT

PSC-VPB103

V000320

# EXHIBIT F

# BILL OF LADING

| SHANDONG TAIHE DONGXIN CO., LTD. | ⓐ B/L NO SKSMLYNF00022000 |
| SOUTH SUBURB OF TAIAN SHANDONG PROVINCE PEOPLE'S REPUBLIC OF CHINA | **SK Shipping Co., Ltd.** |

SK Shipping Co., Ltd. (fine print paragraph)

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder No agent is authorized to waive any of the provisions of the written clauses

SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading to be transported from the port of loading or place of receipt and thereby to proceed to any such or port where the vessel at the marine, to the port of discharge or to such marine at the ship can safely get and leave, always afloat at all stages and conditions of tides, and there to be delivered or transhipped in proceed at the always marine at the ... The TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL, OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY IMITATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S OR TALLY CLERKS RECEIPTS
IN WITNESS WHEREOF, the master or agent of the said ship has signed three(3) bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void.
ION DECK CARGO CLAUSES CARRIED ON DECK AT SHIPPER'S RISK AS TO PERILS INHERENT IN SUCH CARRIAGE IN ALL OTHER RESPECTS THE RISK SHALL BE SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT 1936 EXCEPT THAT WITH RESPECT TO DECK CARGO, CARRIER WILL NOT HAVE THE BURDEN OF PROOF WITH RESPECT TO ANY CLAIM ARISING FROM OR RELATED TO ALLEGATIONS OF UNSEAWORTHINESS AND THAT BURDEN WILL REST WITH THE SHIPPER AND/OR CARGO INTERESTS
Shippers declared value $_____ If value is not declared limits of liability apply per clauses 2.8.14.24 and 31.

**② Consignee**
TO THE ORDER OF RBC CENTURA BANK

**③ Notify party**
VENTURE SUPPLY, INC.
1140 AZALEA GARDEN ROAD, NORFOLK
VA 23502-5612
TEL 757 857 3660

| ④ Vessel GLYKOFILOUSSA | ⑤ Voyage No 087E |
| ⑥ Port of Loading LIANYUNGANG PORT CHINA | ⑦ Port of Discharge NORFOLK THE U.S.A. |

## PARTICULARS FURNISHED BY SHIPPER

| ⑧ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|
| VENTURE SUPPLY INC. | 2000PALLETS | "Said to contain, carrier unable to verify number and condition of contents of bundles or containers"<br><br>3660X1220X12.7MM<br>GYPSUM BOARD (T/E)<br><br>L/C ISSUING DATE:NOV.09.2005<br>L/C NO.:IMP-4135 | NW:4420000KGS<br>GW:4860000KGS | 5670CBM |

COPY
NON - NEGOTIABLE

CLEAN ON BOARD DEC.25,2005

SAY TWO THOUSAND PALLETS ONLY

| ⑭ Freight & Charge FREIGHT COLLECT | ⑮ Revenue Tons | ⑯ Rate | ⑰ Per | ⑱ Prepaid | ⑲ Collect |
|---|---|---|---|---|---|

| Freight Prepaid at | ㉒ Freight Payable at | ㉓ Place of Issue LIANYUNGANG CHINA |
| ㉑ Total Prepaid in | ㉔ No. of Original B/L THREE | ㉕ Date of Issue DEC.25,2005 |

| Laden on Board the Vessel | ㉖ For and on Behalf of the Master |
| | **SK Shipping Co., Ltd.** |
| ㉗ Date | AS AGENT FOR THE CARRIER |

V000322

# EXHIBIT G

BILL OF LADING

| (1) Shipper | ® B/L NO. |
|---|---|
| SHANDONG TAIHE DONGXIN CO.,LTD. DAWENKOU DAIYUE DISTRICT OF TAIAN CHINA TEL:0086-538-8812017 FAX:0086-538-8812679 | SKSMLYCA00765000 |

**SK shipping**

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the written clauses

SHIPPED in seen the said named herein by the shipper herein named for goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt while ready to be proceed via any route at ports within the scope of the voyage, to the port of discharge, or so near thereto at the ship can safely get and float, always afloat at all stages and portions of water, and there to be delivered or transhipped to as place of the proper Owners.
THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL, OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S OR TALLY CLERKS' RECEIPTS
IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3) bills of lading, all of the tenor and date, ONE of which being accomplished, the others to stand void
[ON DECK CARGO CLAUSE] CARRIED ON DECK AT SHIPPER'S RISK AS TO PERILS INHERENT IN SUCH CARRIAGE IN ALL OTHER RESPECTS THE RISK SHALL BE SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT 1936 EXCEPT THAT WITH RESPECT TO DECK CARGO, OWNER WILL NOT HAVE THE BURDEN OF PROOF WITH RESPECT TO ANY CLAIM ARISING FROM OR RELATED TO ALLEGATIONS OF UNSEAWORTHINESS AND THAT BURDEN WILL REST WITH THE SHIPPER AND/OR CARGO INTERESTS
Shippers declared value $ _____, if value is not declared limits of liability apply per clauses 2,8,14,24 and 31.

| (2) Consignee |
|---|
| VENTURE SUPPLY INC. 1140 AZALEA GARDEN ROAD NORFOLK VA 23502-5612 USA |

| (3) Notify party |
|---|
| VENTURE SUPPLY INC. 1140 AZALEA GARDEN ROAD NORFOLK VA 23502-5612 FAX:757.857 0662 |

| (4) Vessel | (5) Voyage No. |
|---|---|
| ATLANTIC FORTUNE | 103E |
| (6) Port of Loading | (7) Port of Discharge |
| LIANYUNGANG PORT CHINA | CAMDEN,NJ,USA |

**PARTICULARS FURNISHED BY SHIPPER**

| (9) Marks and Numbers | (10) No. & Kind of Pkgs/Units | (11) Description of Goods | (12) Gross Weight | (13) Measurement |
|---|---|---|---|---|
| | | "Said to contain, carrier unable to verify number and condition of contents of bundles or containers" | NW:2443600KGS GW:2695600KGS | 3058.92M3 |
| VENTURE SUPPLY INC | 586 PALLETS/53912PCS GYPSUM BOARD (T/E) 3660X1220X12.7MM | | | |

2006 07 09

CLEAN ON BOARD

SAY FIVE HUNDRED AND EIGHTY SIX PALLETS ONLY.

ORIGINAL

| (17) Freight & Charge | (18) Revenue Tons | (19) Rate | (20) Per | (21) Prepaid | (22) Collect |
|---|---|---|---|---|---|
| FREIGHT COLLECT | | | | | |

| (23) Freight Prepaid at | (24) Freight Payable at | (25) Place of Issue |
|---|---|---|
| | | LIANYUNGANG CHINA |
| (26) Total Prepaid in | (27) No. of Original B/L | (28) Date of Issue |
| | THREE | 2006 07 09 |

Laden on Board the Vessel

For and on Behalf of the Master

SK shipping co.,ltd.

(29) Date

AS AGENT FOR THE CARRIER:
SK SHIPPING CO.,LTD.

V000656

# EXHIBIT H

# 山东泰和东新股份有限公司

## SHANDONG TAIHE DONGXIN CO., LTD
### TEL:0086-538-8812017      FAX:0086-538-8812679
### DAWENKOU DAIYUE DISTRICT OF TAIAN CHINA

## Packing   list

TO: VENTURE SUPPLY INC.          INVOICE NO.: SDTH06061801

ADDRESS: 1140 Azalea Garden Road Norfolk VA 23502-5612

DATE: 2006-6-18

Shipments: by break bulk          Ship from: Lian Yungang port China

Delivery terms: FOB Any China port

The description of commodity:

| Commodity and specification | QUANTITY | Net/Gross weight per pallet | Net volume |
|---|---|---|---|
| gypsum board (T/E) 3660*1220*12.7mm | 53912sheets/586pallets | 4.17T/4.6T | 5.22m³/pallet |
| TOTAL | 586 pallets | 2443.6 T/2695.6 T | 3058.92 m³ |

山东泰和东新股份有限公司
SHANDONG TAIHE DONGXIN CO., LTD

# EXHIBIT I

国家建筑材料工业
装饰装修建筑材料质量监督检验测试中心
Quality Supervision and Inspection Center of National Building
Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST   REPORT

No. 082019                                    共 2 页   第 1 页   (page 2-1)

| 产品名称 Product | 石膏墙板 Gypsum Wallboard | 型号规格 Type and Dimension | 3660mm×1220mm×12.7mm |
| | | 商 标 Trademark | 泰山 |
| 委托单位 Entrustor | 泰安市泰山纸面石膏板有限公司 Taian Taishan Plasterboard Co., Ltd. | 检验类别 Test Mode | 委托检验 Delivered Sample Test |
| 生产单位 Manufacturer | 泰安市泰山纸面石膏板有限公司 Taian Taishan Plasterboard Co., Ltd. | 样品等级 Sample Grade | 合格品 Qualified |
| 商标型号 Trademark Size | / | 样品状态 Sample State | 完好，适合检验 Well, Suitable To Be Tested |
| 样品数量 Sample Number | 1 组 1 Set | 送样日期 Delivered Date | 2006.2.12 Feb. 12, 2006 |
| 送样编号 Delivered Number | / | 抽样者 Sampler | / |
| 试验依据 Test Based | ASTM C 473-03 | 生产日期 Produced Date | 2006.02.09 Feb. 9, 2006 |
| 评定依据 Judging Based | ASTM C 1396/C 1396M-04 | 检验项目 Test Item | 全项（除火焰传播系数） Overall (except flame spread index) |
| 检验结论 Conclusion | 按照美国标准 ASTM C 473-03《石膏板产品物理力学性能测试方法》中方法 A 对石膏墙板(3660mm×1220mm×12.7mm)进行委托检验，检验结果为所测指标符合 ASTM C 1396/C 1396M-04《石膏板》标准要求。 The product (3660mm×1220mm×12.7mm) of gypsum wallboard delivered by the manufacturer was tested in accordance with the method A of test methods ASTM C 473-03 Test Methods for Physical Testing of Gypsum Panel Products. The conclusion is that the testing datum of the product meets the ASTM C 1396/C 1396M-04 Gypsum Board. 签定日期：2006 年 2 月 16 日 Signed Date: Feb. 16, 2006 | | |
| 备注 Remarks | 本检验报告仅对来样负责，有效期为一年。 The test report is responsible only for the sample delivered by the manufacturer. The valid period of the test report will only be within one year exactly after the signed date. | | |

批准：Approver:          审核：Checker:          编制：Drawer:

V028251

FROM : TAIHE  GROUP                    FAX NO. : 00865388812017        Feb. 22 2006 11:0

# 国家建筑材料工业
## 装饰装修建筑材料质量监督检验测试中心
### Quality Supervision and Inspection Center of National Building
### Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST   REPORT

No. 062019                              共2页 第2页   (page 2-2)

| 序号<br>No | 检验项目<br>TEST ITEM | | | 单位<br>UNIT | 检验结果<br>TEST VALUE | 标准指标<br>STANDARD VALUE |
|---|---|---|---|---|---|---|
| 1 | 断裂荷载<br>Flexural<br>Strength<br>(Breaking<br>Load) | 纵 向<br>Bearing Edges<br>Perpendicular<br>to Panel Length | 正面向上<br>Face Up | N | 561 | ≥489 |
| | | | 正面向下<br>Face Down | | 598 | |
| | | 横 向<br>Bearing Edges<br>Parallel to<br>Panel Length | 正面向上<br>Face Up | N | 223 | ≥178 |
| | | | 正面向下<br>Face Down | | 263 | |
| 2 | 受潮挠度 Humidified Deflection | | | mm | 5.5 | ≤32 |
| 3 | 硬 度<br>Hardness | 板 芯 · Core | | N | 128 | ≥67 |
| | | 端 头 · End | | | 134 | |
| | | 梭 边 · Edge | | | 114 | |
| 4 | 抓钉力 Nail Pull Resistance | | | N | 401 | ≥356 |
| 5 | 尺 寸<br>允许偏差<br>Dimensions<br>and<br>Tolerances | 厚 度<br>Thickness | 平 均<br>Average | mm | +0.1 | ±0.4 |
| | | | 最 大<br>Max. | | +0.2 | ±0.8 |
| | | 宽 度 · Width | | mm | -2 | 0~-3 |
| | | 长 度 · Length | | mm | -1 | ±6 |
| | | 锲形梭边深度<br>Tapered Edge Depth | | mm | 0.72 | 0.51~2.29 |
| | | 锲头垂直度<br>End Squareness | | mm | 1 | ±3 |
| | | 梭边、端头平直度<br>Edges and Ends | | | 平直<br>straight | 平直<br>straight |
| 6 | 外观质量 · Appearance | | | | 完好 perfect | 完好 perfect |
| 7 | 火焰传播系数 Flame Spread Index | | | | | ≤25 |

说 明<br>REMARK | 按照美国标准 ASTM C 473-03 《石膏板产品物理力学性能测试方法》中方法A对该<br>样品进行检验。<br>The sample was tested in accordance with method A of test methods ASTM<br>C 473-03 Test Methods for Physical Testing of Gypsum Panel Products.

批 准:<br>Approver:            审 核:<br>Checker:            编 制:<br>Drawer:

V028252

国家建筑材料工业
装饰装修建筑材料质量监督检验测试中心
Quality Supervision and Inspection Center of National Building
Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST REPORT

No. 062019h                          共2页 第1页      (page 2-1)

| 产品名称<br>Product | 石膏墙板<br>Gypsum Wallboard | 型号规格<br>Type and<br>Dimension | 3660mm×1220mm×12.7mm |
| --- | --- | --- | --- |
| | | 商 标<br>Trademark | 泰山 |
| 委托单位<br>Entrusted by | 泰安市泰山纸面石膏板有<br>限公司<br>Taian Taishan Plasterboard<br>Co., Ltd. | 检验类别<br>Test Mode | 委托检验<br>Delivered Sample Test |
| 生产单位<br>Manufacturer | 泰安市泰山纸面石膏板有<br>限公司<br>Taian Taishan Plasterboard<br>Co., Ltd. | 样品等级<br>Sample Grade | 合格品<br>Qualified |
| 抽样地点<br>Sampling Site | / | 样品状态<br>Sample State | 完好，适合检验<br>Well, Suitable To Be Tested |
| 样品数量<br>Sample Quantity | 1组<br>A Set | 送样日期<br>Delivered Date | 2006.2.12<br>Feb. 12, 2006 |
| 抽样基数<br>Partial Number | / | 抽样者<br>Sampling Keeper | / |
| 检验依据<br>on basis for | ASTM C 473-03 | 生产日期<br>Produced Date | 2006.02.09<br>Feb. 9, 2006 |
| 判定依据<br>Judgment Executive | ASTM C 36-97 | 检验项目<br>Test Item | 全项（除火焰传播系数）<br>Overall (except flame spread index) |
| 检验结论<br>Conclusion | 按照美国标准 ASTM C 473-03《石膏板产品物理力学性能测试方法》中方法 A 对石膏墙板(3660mm×1220mm×12.7mm)进行委托检验，检验结果为所测指标符合 ASTM C 36-97《石膏墙板》标准要求。<br>　　The product (3660mm×1220mm×12.7mm) of gypsum wallboard delivered by the manufacturer was tested in accordance with the method A of test methods ASTM C 473-03 *Test Methods for Physical Testing of Gypsum Panel Product*. The conclusion is that the testing datum of the product meets the ASTM C 36-97 *Gypsum Wallboard*.<br>　　　　　　　　　　签发日期：2006 年 2月 16 日<br>　　　　　　　　　　Signed Date: Feb.16, 2006 | | |
| 备 注<br>Remarks | 本检验报告仅对来样负责，有效期为签发起一年内。<br>　The test report is responsible only for the sample delivered by the manufacturer. The valid period of the test report will only be within one year exactly after the signed date. | | |

V028253

# 国家建筑材料工业
## 装饰装修建筑材料质量监督检验测试中心
Quality Supervision and Inspection Center of National Building
Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST   REPORT

No. GSY0105

V028254

FROM : TAIHE  GROUP                    FAX NO. : 00865388812017          Feb. 22 2006 11:13

国家建筑材料工业
装饰装修建筑材料质量监督检验测试中心
Quality Supervision and Inspection Center of National Building
Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST   REPORT

No. 082019b                                          共2页 第2页   (page 2-2)

| 序 号 No | 检验项目 TEST ITEM | | | 单位 UNIT | 检验结果 TEST VALUE | 标准指标 STANDARD VALUE |
|---|---|---|---|---|---|---|
| 1 | 断裂荷载 Flexural Strength (Breaking load) | 纵 向 Bearing Edges Perpendicular to Panel Length | 正面向上 Face Up | N | 561 | ≥489 |
| | | | 正面向下 Face Down | | 598 | |
| | | 横 向 Bearing Edges Parallel to Panel Length | 正面向上 Face Up | N | 223 | ≥178 |
| | | | 正面向下 Face Down | | 265 | |
| 2 | 受潮挠度 Humidified Deflection | | | mm | 5.5 | ≤32 |
| 3 | 硬 度 Hardness | 板 芯 Core | | N | 128 | ≥67 |
| | | 端 头 End | | | 134 | |
| | | 楞 边 Edge | | | 114 | |
| 4 | 拔钉力 Nail Pull Resistance | | | N | 401 | ≥356 |
| 5 | 尺寸 允许偏差 Dimensions and Tolerances | 厚 度 Thickness | 平 均 Average | mm | +0.1 | ±0.4 |
| | | | 最 大 Max. | mm | +0.2 | ±0.8 |
| | | 宽 度 Width | | mm | -2 | 0～-2.4 |
| | | 长 度 Length | | mm | -1 | ±6.4 |
| | | 楔形棱边深度 Tapered Edge Depth | | mm | 0.72 | 0.51～2.29 |
| | | 端头垂直度 End Squareness | | mm | 1 | ±3.2 |
| | | 接边、端头平直度 Edges and Ends | | — | 平直 straight | 平直 straight |
| 6 | 外观质量 Appearance | | | | 完好 perfect | 完好 perfect |
| 7 | 火焰传播系数 Flame Spread Index | | | | | ≤25 |

说明: 致照美国标准ASTM C 473-03 《石膏板产品物理力学性能测试方法》中方法A对该
试 样进行检验。
The sample was tested in accordance with the method A of test methods ASTM
C 473-03 Test Methods for Physical Testing of Gypsum Panel Products.

批 准:                审 核:                编 制:
Approver:             Checker:              Drawer:

V028255

# THE TESTING REPORT

### NO-: 200410964

THE INSPECTED COMPANY: SHANDONG DONGXIN CO., LTD

THE INSPECTED GOODS: FIREPROOF DRYWALL 3000*1200*9.5mm

NATIONAL CENTER FOR QUALITY SUPERVISION TESTING OF FIRE BUILDING MATERIAL

V028279

| SIZE | 3000*1200*9.5MM | | | | |
|---|---|---|---|---|---|
| TESTING NO. | TESTING ITEM | METHOD | REQUIREMENT | RESULT | CONCLUSION |
| 1 | THE MINIMUM LENGTH AFTER FIRE | GB/T 8625-88 | >0 | 470 | FINE |
| 2 | THE AVERAGE LENGTH AFTER FIRE | GB/T 8625-88 | >150 | 504 | FINE |
| 3 | TEMPERATURE OF FLAMING | GB/T 8625-88 | <200 | 108 | FINE |
| 4 | FLAME-TIP | GB/T 8625-88 | <150 | 25 | FINE |
| 5. | THE DESENTY OF SMOKE | GB/T 8627-1995 | <75 | 0 | FINE |

V028288

| THE INSPECTED GOODS | FIREPROOF DRYWALL | SIZE | 3000*1200*9.5MM |
|---|---|---|---|
| THE INSPECTED COMPANY | SHANDONG TAIHE DONGXIN CO., LTD | BRAND | TAISHAN, TAISHANWANG, WUXING |
| MANUFACTURER | SHANDONG TAIHE DONGXIN CO., LTD | TESTING DATE | 2005.01.06/07 |
| INSPECTOR | NATIONAL CENTER FOR TESTING OF BUILDING MATERIAL | PRODUCING DATE | 2004.10.07 |
| QUANTITY OF SAMPLES | TWENTY PIECES OF 1000*190*9.5MM | INSPECTED ITEM | PROPERTY OF FIREPROOF |
| TESTING STANDARD | GB 8624-1997 | | |
| CONCLUSION | WE CERTIFICATE THAT THE RELATIVE PROPERTYIES OF THE BUILDING MATERIAL OF ARE UP TO THE FIREPROOF REQUIREMENT. ACCORDING TO GB 8624-1997 STANDARD, THE FIREPROOF PROPETY MEETS B1 CLASS. | | |

V028289



# 重质量管理 创一流产品

- ① ISO9001质量管理体系认证
- ② ISO14001环境管理体系认证
- ③ 中国环境标志产品认证
- ④ 采用国际标准产品标志
- ⑤ 英国UKAS认证
- ⑥ 国家康居示范工程选用部品与产品









## STRICT MANAGEMENT AND GOOD QUALITY

Shandong Taihe Dongxin Stock Co., Ltd .keeps the aim — "quality and reputation are our base". We have been qualified with the certification ISO9001 and ISO14001.

The following certifications show our high level in this line:

"China Environmental Labelling Products Certification",

"Certification of well-known brand of China Green Building Materials",

"Certification Issued by UKAS"

"Certification Of Recommend Components and Products for National Demonstration Projects of Housing".

V028290



编号:(2001)3700c510

# 采用国际标准产品标志证书
## ADOPTING INTERNATIONAL STANDARD PRODUCT
## MARKING CERTIFICATE

山东泰和泰山纸面石膏板总厂（集团）

你单位采用国际标准产品 __纸面石膏板 pc3000x1200x9.5__

经审查合格使用采用国际标准产品标志条件，业已备案。

执行标准编号：GB/T9775-1999

国际标准或国外先进标准编号：ISO 6308

采用程度：等级

证书有效期 二00一 年 九 月二十六 日至二00六 年 九 月二十六 日

This is to certify that your product _____

_____adopting International Standard has

been assessed to be qualified for using the adopting

international standard product mark and has been registered.

Term of validity of this certificate from _____

to_____ inclusive.

发证单位 盖章

二00一年九月二十六日

国家质量技术监督局制

V028291



(2003)国认监认字(043)号          (2003)量认(国)字(L0425)号          NO.L0698

*Test report*

# 检验报告

№: 200410964

*Fire Ratings*

**受检单位名称:** 山东泰和东新股份有限公司 *Comp*

**产品型号名称:** 耐火纸面石膏板 *Product*
3000mm×1200mm×9.5mm *size*
*Length × w × 1/2*

**检 验 类 别:** 型式检验（安全性能） *Testing Qual. of prod*

国家防火建筑材料质量监督检验中心
*National Center*

V028292

# 注 意 事 项

1. 报告无"检验专用章"无效。

2. 复制报告未重新加盖"检验专用章"无效。

3. 报告无编制、审核、批准人签章无效。

4. 报告涂改无效。

5. 对检验报告若有异议，应于收到报告之日起十五日内向检验单位提出。

6. 检验报告仅对受检样品负责。

单位名称：国家防火建筑材料质量监督检验中心
地　　址：四川省都江堰市外北街266号
电　　话：(028)87132037，87133477，87123825
传　　真：(028)87123813
网　　址：http://www.fire-testing.net
电子邮件：ncfmdjys@mail.sc.cninfo.net
邮政编码：611830

National Center For Quality Supervision
and Testing of Fire Building Materials
Address: 266 Waibei Street, Dujiangyan
Sichuan, P.R.China
Tel: (028)87132037, 87133477,8712382
Fax:(028)87123813
http://www.fire-testing.net
E-mail: ncfmdjys@mail.sc.cninfo.net
Post Code:611830

V028293



# 国家防火建筑材料质量监督检验中心
## 检 验 报 告

№: 200410964 *No.3*
共 3 页 第 3 页

| 生产单位 | 山东泰和东新股份有限公司 *Company* | | | |
|---|---|---|---|---|
| 通信地址 | 山东省泰安市岱岳区大汶口 *Address* | | | |
| 法人代表 | 贾同春 *CEO Company* | 邮政编码 | 271026 *Zip code* | |
| 联系电话 | 0538-8812012 *Phone* | 传 真 | 0538-8811323 *Fax* | |

产品说明:

　　该材料由天然石膏、磷石膏、玻璃纤维、改性玉米淀粉等组成。（以上信息由受检单位

提供）

　　试件厚度为该材料实际厚度9.5mm。

GB/T 8625　　试验前 *Before*　　　　　　　　试验后 *After*

# 国家防火建筑材料质量监督检验中心
## 检验报告

Ne：200410964 *(handwritten: No.1)*

共 3 页 第 1 页

| 产品名称 | 耐火纸面石膏板 *sheedrock* | 型号规格 | 3000mm×1200mm×9.5mm |
|---|---|---|---|
| 受检单位 | 山东泰和东新股份有限公司 *company* | 商 标 | 泰山、泰山王、五星 |
| 生产单位 | 山东泰和东新股份有限公司 " | 检验类型 | 型式检验（安全性能） |
| 送检单位 | 山东泰和东新股份有限公司 " | 抽样基数 | 10000m² |
| 抽样单位 | 国家建筑材料测试中心 *National Testing Center* | 生产日期 | 2004.10.07 *Date produced sample* |
| 抽样地点 | 公司仓库 | 抽样日期 | 2004.10.10 *chose samples from sample pool* |
| 样品数量 | 1000mm×190mm×9.5mm，20块 | 到样日期 | 2004.12.28 *Nat. center received sample pool* |
| 样品编号 | 200412226 | 检验日期 | 2005.01.06 ～ 2005.01.07 *Testing Dates* |
| 检验项目 | 难燃性（B1级） | | |
| 检验依据 | GB 8624-1997 《建筑材料燃烧性能分级方法》 *standard code* | | |

| | 经检验，该材料各项指标均符合难燃材料的规定要求。按GB 8624-1997判定。 |
|---|---|
| 检<br>验<br>结<br>论 | 该材料燃烧性能达到GB 8624 B1级。（以下空白）<br><br>*The sheedrock met standards set by National center* |
| 备注 | |

批准： *(signature)*      审核： *(signature)*      编制：王波 *(signature)*

V028295

# 国家防火建筑材料质量监督检验中心

## 检验结果汇总表

*No.2*

生产单位: 山东泰和东新股份有限公司

产品型号: 3000mm×1200mm×9.5mm

№: 200410964

共 3 页 第 2 页

| 序号 | 检 验 项 目 | 检 验 方 法 | 技 术 指 标 | 检验结果 | 结 论 |
|---|---|---|---|---|---|
| 1 | *minimum length*<br>燃烧剩余长度最小值, mm | GB/T 8625-88 | >0 | 470 | 合格 |
| 2 | *Average length*<br>燃烧剩余长度平均值, mm | GB/T 8625-88 | ≥150 | 504 | 合格 |
| 3 | 平均烟气温度, ℃ | GB/T 8625-88 | ≤200 | 108 | 合格 |
| 4 | 焰尖高度, mm *Hgh of Flame* | GB/T 8626-88 | <150 | 25 | 合格 |
| 5 | 烟密度等级 *Smoke Den* | GB/T 8627-1999 | ≤75 | 0 | 合格 |
| | 以 | 下 | 空 | 白 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 备注 | 技术指标依据GB 8624-1997对难燃（B1级）材料的规定。 | | | | |

*Fire Rating test*



质量<br>★<br>则 业<br>用 章