

# CNBM Group Milestones II

CNBM

- July 6, 2000 - China Triumph International Engineering Company was founded.

- November 3, 2000 - With approval of the Ministry of Construction, Bengbu Glass Industry Research & Design Institute under the State Building Materials Administration was put under CNBM's management.

- July 16, 2002 - CNBM conducts a strategy symposium, on which it announced a major business reorganization initiative. After the reorganization, the Group governs eight major business platforms and starts execution of the management system of parent company vs. subsidiaries.

- April 16, 2003 - China National New Building Material (Group) Corporation was renamed "China National Building Material Group Corporation" with the approval of State administration for industry & commerce.

- In 2003 - the group was selected to be one of the 191 large groups under the direct control of the State-owned Assets Supervision and Administration Commission of the State Council.

Taishan & BNBM
Structure/ Government Control 00120



# CNBM Profile

中国建筑材料集团公司

- Business scope – Mainly engaged in cement, lightweight building materials, glass fiber, composite materials, and engineering services business

- Largest gypsum board producer in Asia

- As at Dec 31, 2008 – Total assets: RMB 58,904,191,000 yuan; Total liabilities: RMB 46,770,967,000 yuan; Net assets: RMB 12,133,224,000 yuan

- Chairman – Song, Zhiping; President – Cao Jianglin

- Registered address – No.A-11 Sanlihe Road, Haidian District, Beijing, PRC 100037

- Principal place of business – 17th Floor, China National Building Material Plaza, No.A-11 Sanlihe Road, Haidian District, Beijing, PRC 100037

- March 28, 2005 - Converted into a joint stock limited company

- March 23, 2006 – H-share IPO on Hong Kong Stock Exchange (Code: 3323)

- August 2007 – about 150 million H shares placed

- Feb 5, 2009 – about 300 million H shares placed

Taishan & BNBM
Structure/ Government Control 00123



# CNBM CNBM Shares, Shareholders and Subsidiaries

中国建筑材料集团公司

[1] Total shares – 2,208,488,000 shares

[1] Domestic shares (listed in China) – 1,306,404,813 shares, 59.15%

[1] H shares (listed in Hong Kong) – 902,083,187, 40.85%

[1] Substantial shareholders (please see the "Reference of CNBM" for top 10 shareholders)

  -- CNBM Group 15.69%
  -- BNBM Group 34.95%
  -- CNBM Trading 5.36%
  -- Cinda 3.13%
  -- Building Materials Academy 0.03%
  -- Public investors: 40.85%

[1] Principal subsidiaries and associates (please see the "References of CNBM")

Taishan & BNBM
Structure/ Government Control 00124



# CNBM CNBM Gypsum Board Business

中国建筑材料集团公司

As at Dec. 31, 2008:

:: Production volume – BNBM: 56.0 million m²; Taishan: 269.0 million m²

:: Sales volume – BNBM: 60.5 million m²; Taishan: 262.3 million m²

:: Selling price – BNBM: 6.8 yuan per m²; Taishan : 4.81 yuan per m²

:: Gross profit – RMB 378.7 million yuan

:: Landmark projects: Olympic projects in 2007; Shanghai Expo 2010 park projects

:: Production lines: CNBM Group's gypsum board capacity amounted to 500 million m², No.1 in Asia

:: R&D – BNBM has become a domestic leader in independant R&D of gypsum board production line technology: disulphuric gypsum technology and mainstream gypsum board product line technology

Taishan & BNBM
Structure/ Government Control 00125

# EXHIBIT O



# CNBM USA Corporation

CNBM

Founded in Los Angeles in 2006, CNBM (USA) Corporation provides all kinds of building materials and services in the national market.

As a headquarters' platform, CNBM USA aims at a wide market, including Canada, Mexico, Central and South America Markets.

The mission is to provide the clients with local warehousing, transportation, and after-sale service, and expand CMAX brand to the whole American market.

Contact: LINA ZHANG
Address : 17800 Castleton Street, Suite 558
City of Industry, CA 91748
U.S.A

Tel: 001-626-8106368
Fax: 001-626-8106853
Cell phone: 001-626-715-6060
001-626-725-5929
E-mail: linazhang@icnbm.com
cnbmusa@aol.com

# EXHIBIT P

## VII. Product Information

### Introduction

Taishan manufactures more than 60 types of products such as standard plasterboard, fireproof plasterboard, waterproof plasterboard and decorative plasterboard in different sizes; plasterboard surface paper; light steel frame and accessories; gypsum powder and jade products.

Its annual production and sales volume has increased by 30% every year during the last four years. Taishan gets good reputation for its int'l standard quality and acceptable price.

### Main Product Brands

| Brand Name | Products | Image |
|---|---|---|
| TAI SHANG WANG | Gypsum, Plasterboard, Gypsum Powder | |
| TAI SHAN | Gypsum, Plasterboard, Gypsum Powder | |
| TAIHE DONGXIN | Gypsum, Plasterboard, Gypsum Powder | |
| TAISHAN XIHU | Metal Building Materials | |
| WU XING | Plasterboard | |
| MA | Gypsum, Plasterboard | |

*Source: data and images are collected from China Trademark Web (saic.gov.cn)*

# EXHIBIT Q

| Tai'an Taishan Green Building Materials Co., Ltd. | 75% | Honour Fame Limited 20% Rich Well (Far East) Limited 5% | Tai'an, Shandong, China (incomplete) | 2 X 4 |
|---|---|---|---|---|
| Hebei Taishan Hua'ao Building Materials Co., Ltd. | 70% | Shijiazhuang Hua'ao Electric Power Co., Ltd. 30% | Dianchang Road, Pingshan Town, Pingshan County, Shijiazhuang, Hebei, China 050400 | 30 |
| Xuzhou Falasite Building Material Co., Ltd. | 100% | Taishan Gypsum Co., Ltd. (100%) | Zizhuang Mine, Zizhuang Town Beijie, Jiawang District, Xuzhou, Jiangsu, China 221133 86516-87355218 | |
| Tai'an Taihe Advertising Co., Ltd. | 100% | Taishan Gypsum Co., Ltd. (100%) | Beixiyao Village, Dawenkou, Daiyue District, Tai'an, Shandong, China 86538-8812017 | |

*Source: data collected and translated from 2009 Interim Financial Report of BNBM, registration information and contact information on the internet*

## XIII. Plasterboard Export to U.S.

**Introduction:** Tai'an Taishan Plasterboard Co., Ltd. totally made 76 shipments of plasterboard to U.S. from March 2006 to August 2007.

| | |
|---|---|
| **Shipper in China** | Tai'an Taishan Plasterboard Co., Ltd. |
| **Consignee /Notifying Party in U.S.** | MARATHON CONSTRUCTION MATERIALS INC ORIENTAL TRADING COMPANY TOV TRADING INC ELITE SUPPLY CORPORATION STONE PRIDE INTERNATIONAL CORP EVER RICH (USA)INC |
| **Port of Arrival** | New York, Long Beach, Pt. Everglades and Los Angeles |
| **Weight** | 3,809,298.04 KG |
| **Measure** | 112,843.00 CM |
| **Quantity** | 137,410.00 PCS |

*Source: Dan Bryson, CDW- Far East Search*

# EXHIBIT R



## Timeline: History

August 29th, 1979 - Mr. Deng Xiaoping inspected new building material experimental base.

1979 – "Beijing New Building Material Experimental Plant" was established.

1982 - Rename to "Beijing New Building Material Factory".

1985 - Rename to " Beijing New Building Material General Factory".

1993 - Chairman Song Zhiping made the ignition of the product line of Gypsum Board.

1999 - The Factory enjoyed prestige of preferential policy for it was formal accredited new technology enterprise by Beijing Experimental Zone in 1999. In the same year, it was chosen to be one of the 100 pilot enterprises to establish a modern company system based on market economy.

1996 - The company changed its name to "Beijing New Building Material (Group) Co., Ltd." and became a wholly state-owned corporation invested by China National Building Material Group Corporation.

1997 - Beijing New Building Material Public Limited Company invested by BNBM Group was founded and publicly listed in Shenzhen Stock Exchange. Stock name is "BNBM" and code is 000786.

*Source: www.bnbmg.com.cn*

Taishan & BNBM
Structure/ Government Control 00331



## Timeline: History (Continued)

2000 - approved by Beijing municipal government, the base in Xi San Qi, Beijing of Bei Xin Group was formally named "Zhongguanchun Science and Technology Park Bei Xin Materials Park".

Early 2002 - BNBM Group became the biggest shareholder of China Fiberglass Co., Ltd. Stock name is "China Fiberglass" and code is 600176.

2002, China's Ministry of Construction approved the establishment of BNBM Group's "State Housing Industrialization Base"

2004 - BNBM was assigned to be the China Logistics Experimental Base.

23rd, March 2006 – BNBM's holding subsidiary- China National Building Material Company Limited was listed on the Hong Kong Exchanges and Clearing Limited (HKEx) (Stock name: China Building Materials, code: 3323).

28th August 2009 – the 30th anniversary of BNBM—*Brilliant Thirty Years of BNBM* was held in the Great Hall of the People in Beijing.

*Source: www.bnbmg.com.cn*

Taishan & BNBM
Structure/ Government Control 00332