# EXHIBIT B

CASE NO. 10-30568

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MICHELLE GERMANO ET AL.
Plaintiffs-Appellees

v.

TAISHAN GYPSUM CO., LTD., ET AL.
Defendant-Appellant

CIVIL APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF LOUISIANA, CIVIL ACTION NO. 09-MD-2047 & 09-CV-6687
THE HONORABLE ELDON E. FALLON, PRESIDING.

**NOTIFICATION PURSUANT TO FED. R. APP. P. 12.1
AND UNOPPOSED MOTION TO REMAND**

Joe Cyr
Frank T. Spano
Eric Statman
Matthew J. Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069

**Attorneys for Taishan Gypsum Co. Ltd.**

## NOTIFICATION PURSUANT TO FED. R. APP. P. 12.1
## AND UNOPPOSED MOTION TO REMAND

Pursuant to Federal Rule of Appellate Procedure 12.1, Appellant Taishan Gypsum Co., Ltd. ("Taishan") hereby notifies this Court that the district court has indicated that its Motion Pursuant to Rules 12(b)(2), 55(c), 60(b) and 62.1 to Vacate the Default Judgment, Dismiss this Action and to Seek Remand from the Court of Appeals (*In re: Chinese Manufactured Drywall Products Liability*, MDL No. 2047 (E.D. La.) ("MDL")(Doc. No. 5515)(hereafter "Motion to Vacate" or "Motion") creates a "substantial issue" pursuant to Federal Rule of Civil Procedure 62.1. Taishan, therefore, respectfully requests that this Court remand this appeal for the purpose of allowing the district court to rule upon this Motion to Vacate.

On September 10, 2010, Taishan filed its Motion to Vacate, which seeks to vacate the default judgment that forms the basis of this appeal on the grounds, *inter alia*, that the district court lacked personal jurisdiction and that service of process was defective. On September 30, 2010, this Court granted a motion to stay this appeal pending an indicative ruling from the district court on the Motion to Vacate as allowed by Federal Rule of Civil Procedure 62.1. And on October 25, 2010, the district court issued a minute entry stating that the Motion to Vacate raised "a substantial issue that would benefit from additional consideration prior to determination of the appeal." Oct. 25, 2010 Minute Entry (MDL Doc. No.

2

6083)(attached hereto as Ex. A). Taishan now submits this filing to satisfy the notice requirements of Federal Rule of Appellate Procedure 12.1(a).

In light of these developments, Taishan further requests that this Court remand the instant appeal such that the district court will have an opportunity to rule upon the Motion to Vacate. As the district court has indicated that the Motion to Vacate raises a substantial issue, remand for a ruling on the Motion will allow the district court to oversee additional discovery and decide issues that could directly impact the necessity of this appeal. For instance, should the district court grant the Motion to Vacate, the instant appeal would be moot, and any further expenditure of time and resources by this Court and the parties on this appeal would be unnecessary. **<u>Undersigned counsel has contacted Plaintiffs' counsel, and there is no opposition to this motion.</u>**

Wherefore, Taishan respectfully requests that this Court remand the instant appeal to the district court for the purpose of ruling on Taishan's Motion to Vacate.

Date: October 27, 2010

                                            Respectfully submitted,

                                            /s/ Thomas P. Owen, Jr.
                                            Joe Cyr
                                            Frank T. Spano
                                            Eric Statman
                                            HOGAN LOVELLS US LLP
                                            875 Third Avenue
                                            New York, New York 10022
                                            Email: Joe.cyr@hoganlovells.com
                                            Frank.spano@hoganlovells.com
                                            Eric.statman@hoganlovells.com
                                            matthew.galvin@hoganlovells.com
                                            Telephone: 212-918-3000
                                            Facsimile: 212-918-3100

                                            Richard C. Stanley (La. Bar No. 8487)
                                            Thomas P. Owen, Jr. (La. Bar No. 28181)
                                            STANLEY, REUTER, ROSS, THORNTON
                                            & ALFORD, LLC
                                            909 Poydras Street, Suite 2500
                                            New Orleans, Louisiana 70112
                                            Telephone: 504-523-1580
                                            Facsimile: 504-524-0069
                                            E-mail: rcs@stanleyreuter.com
                                            tpo@stanleyreuter.com

                                            **Attorneys for Taishan Gypsum Co. Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notification Pursuant to Fed. R. App. P. 12.1 and Unopposed Motion to Remand of Defendant-Appellant Taishan Gypsum Co. Ltd. has been served upon the following electronically and/or by U.S. Mail, this 27th day of October, 2010.

Arnold Levin
Levin, Fishbein, Sedran & Berman
Suite 500
510 Walnut Street
Philadelphia, PA 19106

Faris Ghareeb
Hausfeld, L.L.P.
Suite 650
1700 K Street, N.W.
Washington, DC 20006

Richard James Serpe
Suite 310
580 E. Main Street
Norfolk, VA 23510-2322

Robert Gary
Gary, Naegele & Theado, L.L.C.
446 Broadway
Lorain, OH 44052

Richard W. Stimson
4726 Mainsail Drive
Bradenton, FL 34208

/s/ Thomas P. Owen, Jr.

Case: 10-30568 Document: 00511277048 Page: 1 Date Filed: 10/27/2010
Case 2:09-md-02047-EEF-MBN Document 6245-5 Filed 10/28/10 Page 7 of 8
Case 2:09-md-02047-EEF-JCW Document 6101 Filed 10/25/10 Page 1 of 2



Oct 26 2010
8:31AM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS ORDER RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* Case No. 09-6687

## ORDER

Pursuant to Federal Rule of Civil Procedure 62.1, the Court hereby finds that Taishan Gypsum Co. Ltd.'s ("Taishan") Motion Pursuant to Rules 12(b)(2), 55(c), 60(b) and 62.1 to Vacate the Default Judgment, Dismiss this Action and to Seek Remand Motion ("Motion") raises a substantial issue that would benefit from additional consideration prior to determination of the appeal currently pending before the United States Fifth Circuit Court of Appeal ("Fifth Circuit") in *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* Case No. 10-30568. Although the Motion raises a substantial issue, the Court fully retains the right to either grant or deny the Motion, should the case be remanded, based upon the ultimate merits of the Motion. The Court hereby directs Taishan to notify the Fifth Circuit of this Order within five (5) days. Nothing in this Order is intended to negate or modify this Court's statements to the parties at the status conference on October 14, 2010

**EXHIBIT A**

regarding the scheduling and proceeding with jurisdictional discovery. The Court directs the parties to bring to the Court any issues regarding same.

New Orleans, Louisiana this 22nd day of October, 2010.

*Eldon E. Fallon*

Honorable Eldon E. Fallon
United States District Judge