# EXHIBIT G

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS ORDER RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687**

## ORDER

Pursuant to Federal Rule of Civil Procedure 62.1, the Court hereby finds that Taishan Gypsum Co. Ltd.'s ("Taishan") Motion Pursuant to Rules 12(b)(2), 55(c), 60(b) and 62.1 to Vacate the Default Judgment, Dismiss this Action and to Seek Remand Motion ("Motion") raises a substantial issue that would benefit from additional consideration prior to determination of the appeal currently pending before the United States Fifth Circuit Court of Appeal ("Fifth Circuit") in *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 10-30568. Although the Motion raises a substantial issue, the Court fully retains the right to either grant or deny the Motion, should the case be remanded, based upon the ultimate merits of the Motion. The Court hereby directs Taishan to notify the Fifth Circuit of this Order within five (5) days. Nothing in this Order is intended to negate or modify this Court's statements to the parties at the status conference on October 14, 2010

regarding the scheduling and proceeding with jurisdictional discovery. The Court directs the parties to bring to the Court any issues regarding same.

New Orleans, Louisiana this 22nd day of October, 2010.

                                            Honorable Eldon E. Fallon
                                            United States District Judge