# EXHIBIT I




**TAIHE DONGXIN**  Home | About us | Branch factory | Quality management | Customer service | Contact us | 中文版



- Acknowledge
- Introduction
- Glories
- Coopration identification
- brand of Taihe

Home >> About us>> Introduction



Shandong Taihe Dongxin Co.,Ltd,one of the key enterprises in producing new building materials in China,is located in the south of the famous Mt.Tai.With the annual production of 150-million m$^2$ gypsum board,it is the largest gypsum board producing enterprise,and one of the top ten enterprises in this field around the world.It owns 510 million Yuan of corporate assets and more than 2000 staffs.There are one industrial zone garden and fourteen branch factories,which distribute in Shandong,Shanxi,Jiangsu,Hebei,Hubei,Xinjiang province.It is authorized as "Honest tax-paying Enterprises","the Sample of Quality Management","the Sample of Recourses-All-Round-Using Enterprise","the Excellent Enterprise in Environment-Protection","AAA Banking Reputation Enterprise".

Shandong Taihe Dongxin Stock Co.,Ltd. products more than 60 type products such as normal gypsun board fire-proof gypsun board,water-proof gypsun board and elegant gypsun board of different sizes,surface paper,light steel frame and accessories,stone for building,plastics materials and jade article."TaiShan" brand series gypsum board and accessories are the key products.They are the new type building material,which has the advantages such as fire-proof,sound insulation,heat preservation,quake-proof and good for health,can mbe used for partition and ceiling.It is one of the principle wall materials,used widely for interior decoration.Shandong Taihe Dongxin Stock C0., Ltd.keeps the slogan "quality and reputation are our base".And the company has passed the "ISO9001 quality management system certificate"
and "UKAS certificate".The company keeps the belief "harmonious and creative, make both products and environment outstanding,keen social responsibility,build green home", and has got the "certification of IS014001 environmental management system","HJBZ25-1998 environmental labeling products certification".

And it is one of the "double green star enterprises"recommended by the bureau of China environment-protection."TaiShan"brand series gypsum board is authorized as "China environmental labeling products","the well-known brand of China green building material","the trusting products recommended by China building decoration association","Shandong famous products","Shandong free-inspection products",and is appointed as"Recommended components & products for national demonstration projects of housing" by the bureau of national construction."TaiShan" brand is honored "Shandong well-known brand".Taihe building material is

popular for its excellent quality and good reputation,sold well in 32 provinces and districts with 44% market share.Our product is exported to many countries such as the U.S.A, Russia, Korea, Indonesia,Thailand,Middle-east countries.Both the annual production and sales volume rank first in this field in China,and both has increased by 30% every year during the last four years.The company is regarded as"the leader of gypsum board industry in China".The "TAISHANWANG"brand excellent gypsum board gets its good reputation for its international standard quality and acceptable price.

Creativity is the source of development for company.We by ourselves completely researched and installed the production line of 20-million m2 gypsum board production. We invent the unique  technology of milling gypsum powder also by ourselves.The advantages such as advanced technology,modem equipment,low cost and good quality make our enterprise rank first-class in this line.We first research and apply the technology of completely desulfurizing by smog in this field in China. Using desulfurized gypusm,saves much mineral resources,lowers the destruction on environment in the course of mining and transportation, finds a new way of waste-dealing for power plant,decreases the influence of acid rain on environment,and offers a new type of material sources for gypsum board enterprise.It will largely influence the distribution of China gypsum board industry.

The company always tries to make China well-known products.The advanced technology,strict quality control,all-round service,good reputation can provide consumer great comfortable feeling but lower payment.The well-distributed branch factory and far-ranging logistic system assure the soonest goods-delivery.Morn than 70 sales ofice and skillful salesman can provide 24-hour service.The professional service-after-sale and special instruction for applying can offer consumer strong technology support.

"To be the top manufacturey of new building material,prompt the development of green building material,build green enterprise "is our forever goal.The chairman of board,the general manager Mr.Jia TongChun and all the staffs sincerely hope to cooperate with every friend for mutual benefits.

Copyright www.taihegroup.com. All Rights Reserved                    JinChao Design