# EXHIBIT Q

Subj: **Board Production Started & Ocean Freight to Norfolk, VA, USA**
Date: 11/28/2005 7:59:18 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

Sam:

The board is in production. Frank says that he will meet the production schedule. The thickness was correct at 0.5 inch (12.7 cm). 4' x 12', tapered sides and square edge.

As I did not have a framing square with me, I did a right triangle to check for the square. c = square root of A2 + B2   where A = 3, B - 4, and C - 5   Worked like a charm.

The below information is about the vessel we will be sending the board on. It is a fairly new vessel, and from the prior vessel name, it appears to have been an American ship originally. The registry is in Malta. Many vessels fly under the flags of these small neutral countries, and it allows them to avoid paying US Merchant Marine wages.

I ran into another American from Texas at the factory. He said that he was from the HGC company. Claimed he was a big buyer, but Frank said that he was only buying 1000 sheets and he wanted to use containers to ship. Perhaps a sample order. Frank also said that he charged him a higher price and that the guy was buying through a Chinese trading company. He wanted to use my tools to check the board, but I collected them and put them away. He can bring his own test equipment.

Frank was telling me about the many inquires he has been getting, and I again suggested that these leads should be passed to us to investigate. We are buying and the others may want to buy, but do not know how, do not have the financing to make a large enough purchase, or may just be put off by the idea of importing. He said that he is thinking along those lines. I will hit him again with this .

Can you tell me what you know of the waste paper industry. Taihe has their own paper plant. They need 140 tons of waste paper of various grades a year. The same ship that brings our board could return with a load of waste paper. I was asked about being their supplier. Would you like to work with me on this?

*Phillip W. Perry*

Monday, November 28, 2005 America Online: Guest

**V002487**