# EXHIBIT S

Subj: **FW: [Fwd: Re: Frank Peng letter from Venture**
Date: 12/14/2005 10:19:56 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: clempwl123@163.com
CC: porterblaine1@aol.com

**Dear Frank:**
Once again I find myself needing to write to you concerning our business transaction. Phil has arrived back in Taian as you well know and as is it always a pleasure to communicate with you . I want to take this opportunity to thank you for all your hard work and kindness that you have show toward us during his very difficult time of purchasing boards from you factory.

We do know and understand that the entire decisions are not made by you alone and that you have others that you confer with, much the same as it is with me here in America. It seems that a situation has arisen that cannot be resolved by you and I alone, so let me elaborate a bit and I do hope I don't bore you with all the details, they are however very important to us here.

We came to you all alone and at great expense to visit your factory and begin the process of buying boards for both our mutual benefits. We were the first persons to make that trip to you in four years, and we sought you out in part because our research show that you could produce the boards at an acceptable price for the competitive market here.

Your people there have mentioned that perhaps you did not charge enough to us for your labors. We looked at it fairly and said ok maybe that is not fair to them, and we kept the first load price and then increased the second to 11 cents more and the third to 22 cents more. No problem, we wanted you to be happy and also make a good profit. We did not complain nor haggle over this even though it was a tidy sum out of our budget.

The normal mode of payment worldwide between businesses and other entities is to issue payment by a letter of credit. Therefore we are protected and also you are too. You then asked for a 30% deposit up front as cash in your account. After discussing this at length here, we concluded that perhaps you needed funding to enable you to buy paper, labor and provide trucking to the port with out it being a cash flow problem to you. OK we said let's do it and help them help us. We wanted to support your company and we tried.

We changed the LOC several times to the way you wanted. When the production line was not adjusted properly to get the product to the ship on time, we took a lesser amount, with the understanding that we would get the balance on the next shipment.

During this period of time we discover that some one there had wanted to sell our cargo to another firm. This after we ordered it, spent months there, and paid for it up front for the most part. We kept a man on sight to help if needed, and the very time he left to renew his visa and take a short respite, he has to return because of an unethical decision by someone to sell our cargo and move us out of the production line.

Now the demand is for us to take 300K each and every month on a T/T payment to get

Wednesday, December 14, 2005 America Online: PORTERBLAINE1

V002358

the sole rights to the USA. After having our cargo almost sold to a stranger, and after all we have been through, we have no guarantee that it wont happen again, do we? Now, how can we feel comfortable even giving you the 40% deposit you want? ( a 10% increase ) we wont feel safe nor welcome.

I know, Frank, that you have worked your heart out trying to help us and were very patient with us during a few rough moments. We have the utmost respect and heart felt liking for you and your gallant efforts.

What I think is this. For us to flood the market here with an additional 300K pcs per month would drive our market down to the point of non profitability. We researched the market carefully and concluded that in our area it would need about 120K to be effective each and every month for a long period.

Other parts of the country would receive similar injections of materials in the 50 K to 100K per month by us. We buy from the 4 largest gypsum plants here on a regular weekly basis and have contracted to so for an extended period of time. We buy from Greece and Thailand and also Mexico on a limited by the need basis.

Earlier on I mentioned that we spent about 18 Million on product last year, and we want to expand and we shall! The oil companies can sell much more than they do at the present moment. So can we! We want to hold back like they do to keep the market stable enough for us to keep doing this for an extended period of time, even if we have to do it on a cost averaging basis. In this area where we reside and work, the market share we dominate is roughly 53% of product. We know exactly how much can be sold here with out harm and how much to sell for a good profit. The other parts of our country will handle goods on a similar guide line. We want to expand but not burst the bubble.

For some one to come in and tell you that they will buy 300K each and every month on a continued basis , by T/T is just not the whole truth on their part. The price is already lower that what we are willing to pay. Look at the proposal I sent you and it will state, we offer you 3.80....just as you asked for and that we want a long term business and at a practical rate of import to adjust upward upon occasion as the need becomes known.

I am sure these other people will just use you to get the shipment they want and then dump you when it is convenient. There are many people out shopping for boards as they are needed, and they will tell you anything you want to hear to get your attention. We have spoken true, and you should know this by our past actions. A few things went slow, I admit that, but they did get done.

You have done a good job getting our boards out and to the port and are almost ready to start making our next load. Why now shift to another customer and destroy the good work you have so laboriously built up? Don't bend in a different direction every time the wind blows my friend. I have an idea that may help you and also preserve our hard built relationship. Will you take a moment, for you and your friends to hear?

Sell to us and ship us our boards as requested in the amounts of 150K this week @ 3.69 each as discussed for the 130 K. ( this is 11 cents more than the beginning scheduled load ) and the original 3.58 for the balance owed us of 20K. Send us 120K each month

Wednesday, December 14, 2005 America Online: PORTERBLAINE1

V002359

as we have requested @ 3.80.

Next tell your other inquirers that you can give them 200K each month, after you have the other line running properly, and you will need the terms T/T @ 3.80. But you will not abandon you other clients ( us ) to give them exclusive rights to the product in America. You can give them all they can demonstrate the ability to purchase and sell.

We sell outside the USA also, in some of our transactions, and we would be willing to sell them 20K or whatever they need. While we would really like the sole distributorship rights, so we can make more money by having others go through us, we could abandon that idea if you are not willing. We hope you will reconsider.

We are already established with you now. We like dealing directly with you and would not be willing to use a product that we have to buy from a source not direct. They could how ever buy from us. That's an idea now, is it not?

Also should you be able to construct an idea of how to do it, there could always be a rebate back, just like the steel industry there in China enjoys now. Though sadly enough for them it seems that that will possibly end this spring. Ours however would not be tied to any such area that would be out of your control. A large distribution outside of the USA or a wholesale distribution on a large amount here inside could command a nice rebate, on any referrals from you who buy from us, for factory maintenance and employee salaries and so forth..in USD of course. (this would not include our 120K that we consume each month for our self).

The other thing that will one day cause harm to the export of things will be when the yuan is valued upward against the USD, and governments in both parts of the world are working to do just that. This will cause some new problems to arise with this implementation.

Don't be fooled my friend with these shadowy promises thrown out just to see if you will bite. Stick with us and we shall stick with you. I just don't know what else to say Frank, we feel abandoned and bewildered as to what the wind will blow in next. Help us out! Give us some input. We have a lot of time and effort in this.

We do not want to take an amount on a monthly basis that is not practical nor profitable. We don't want to pay everything up front now either, as we feel like we were just thrown away, because a desperate stranger came by and offered to take the bread we work for and fly away with it.

How can you make us feel safe? We had verbal agreements and a written contract and an already in progress export production. We have wanted nothing for free, in fact we stressed we want you to earn well. Can you do anything? Our terms would only LOC now, the incident in question has caused our banking system to revert back to the protected status of LOC only and there is no recourse from it.

Sam also is requiring Phillip to return to America for marketing purposes in the very near future. His visa will expire in JANUARY first week any way. We can continue any further exports proceedings by mail negotiations until he could return, (Feb first week) should you want to continue. Any other purchases settled on now can also be signed

Wednesday, December 14, 2005 America Online: PORTERBLAINE1

V002360

for by him, and other paper work expedited while he is still there though.

Mr. Porter wants me to convey that he is very exhausted with the process of buying goods and wishes that all parties reach an early and final agreement with full cooperation and support from both parties in any future times of business. Please advise ASAP.

The highest good is like that of water..it is free...like friendship and kindness...so the sage considers the belly and not the eye.

Please confer with Phillip and by all means send us your thoughts.

Should you decide to throw us away, do not be hindered in reconnecting us if things change. We shall always be open to dialogue.

Respectfully yours:
Donald Woods   VENTURE / TOBIN
written with the request of Samuel Porter    VENTURE SUPPLY INC. senior principal


*from Venture*
Date: *Wed, 14 Dec 2005 07:10:32 -0500*

Wednesday, December 14, 2005 America Online: PORTERBLAINE1

V002361