# EXHIBIT V

Subj: **FW: Re: further cooperation**
Date: 12/15/2005 5:58:52 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

Sam:

This is what they want.

*Phillip W. Perry*

From: "peng" <clempwl123@163.com>
To: "phillip perry" <phillipwperry@hotmail.com>
Subject: Re: further cooperation
Date: Thu, 15 Dec 2005 17:19:36 +0800 (CST)

Dear Mr. Perry,

Thank you very much for your great efforts and Mr. Porter and Mr. Wood's letter for me.

As reply, I would like to inform you the following:

First, It is our hope to set up and keep a long term and steady relationship with your company. Maybe there is some misunderstanding on the production. I just want to get your confirm on the order before others place the order. We will keep the continously production for you if you place the firm order to us before others. As you said you are the first who place the order. I also will put your company at first place than others. But some one else will consider this from different ways. I am trying my best to persuade them. I will always support you. But please also support me at your end, such as the contract, the payment terms and so on. It will make me easier to persuade others.

Second, as for the platic inner, I have mentioned it to our boss. He has asked the factory to put the plastic when the boards cool.

Third, as for order of 140k sheets, but Mr. Woods mentioned 150k sheets. Please give the exact quantity. After discussing at length, in order to keep long term relation with you, our boss agree to accept your suggestion, that payment of 40%

Thursday, December 15, 2005 America Online: PORTERBLAINE1

V002368

depoit and LOC. And the price of USD3.58 for 20k, USD3.69 for 130k is acceptable. In order to make it easier to understand and operate the documents, we work out the price as following:

(3.58*20k+3.69*130k)/150k=USD3.675/sheet.

Forth, I will try to send the boards of 6.5mm and 9.5mm for your test. I will inform you the number of the packing later.

I think we should reach the agreement before 18th, Dec, on which we will finish the production. Please let Mr. Porter and Mr. Woods know every process of our cooperation.

Looking forward to your early reply.

Best wishes to you, Mr. Porter and Mr. Woods!

Yours faithfully

Frank

-----ÔÊ¼ÓÊ¼þ-----
·¢¼þÈË:"phillip perry"
·¢ËÍ±¼ä:2005-12-15 15:05:50
ÊÕ¼þÈË:clempwl123@163.com
³ËÍ:(Î)
Ö÷Ìâ:final inspection

Thursday, December 15, 2005 America Online: PORTERBLAINE1

V002369

Frank:

I would like to do a final inspection of the goods....Can you arrange it for Friday or Saturday. I will sign a final QC inspection form for you at that time.

I would also like to see that they are not putting the plastic on the hot board. This will certainly be a problem once the weather is warm......

Please make sure that we have samples of the moisture board, and the gypsum board of 6.4mm x 2.4m x 1.2m and the one of 9.5mm x 2.4m x 1.2m. We want to perform the required ASTM tests on these boards, so please include enough for the tests.

After the last truck leaves, I would like to depart to the port. Unless we have some other business to complete....like the order of the next 140,000 boards as per the letter from Mr. Porter......I can sign the contracts for those as soon as you have them prepared. You can e-mail exactly how you want the Letter of Credit to be written, and the L/C will be returned to you immediately....That way you do not have any down time for your factory.

I look forward to doing business with you on a monthly basis for Venture Supply and occasionally with orders for board for countries outside of the USA. Upon your visit to the USA we will make sure that you have a very good time, and we hope you will learn a bit more about our company.

*Phillip W. Perry*

Tobin Trading INC.

---

Íê È« Ãâ ·Ñ & Îþ Ïþ ÈÝ Á¿ £½ Äã µÄ Íø Òx Ïà ²á