www.sunbiz.org - Department of State                                        Page 1 of 2

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search

No Events        No Name History                                        Submit

# Detail by Entity Name

## Florida Profit Corporation

FINEST DRYWALL, INC.

## Filing Information

| | |
|---|---|
| Document Number | G55561 |
| FEI/EIN Number | 592416200 |
| Date Filed | 07/29/1983 |
| State | FL |
| Status | ACTIVE |

## Principal Address

4872 SW 74TH COURT
MIAMI FL 33155

Changed 04/11/2006

## Mailing Address

4872 SW 74TH COURT
MIAMI FL 33155

Changed 04/11/2006

## Registered Agent Name & Address

ROBAYNA, EDUARDO
4872 SW 74TH COURT
MIAMI FL 33155

Name Changed: 03/15/1985

Address Changed: 04/11/2006

## Officer/Director Detail

Name & Address

Title PTD

ROBAYNA, EDUARDO
4872 SW 74TH COURT
MIAMI FL 33155

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 04/23/2008 |
| 2009 | 04/17/2009 |
| 2010 | 04/17/2010 |

www.sunbiz.org - Department of State

## Document Images

| | |
|---|---|
| 04/17/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/04/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2001 -- ANNUAL REPORT | View image in PDF format |
| 06/08/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/11/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/13/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/08/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List        Next on List        Return To List

No Events        No Name History

Entity Name Search

Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

www.sunbiz.org - Department of State                                      Page 1 of 2



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search

No Events        No Name History                                          Submit

# Detail by Entity Name

## Florida Profit Corporation

SWEDBERG ENTERPRISES, INC.

## Filing Information

**Document Number** K49260
**FEI/EIN Number** 592924075
**Date Filed**      12/06/1988
**State**           FL
**Status**          ACTIVE

## Principal Address

8811 STATE ROAD 52
SUITE 26
HUDSON FL 34667 US

Changed 02/16/2010

## Mailing Address

8811 STATE ROAD 52
SUITE 26
HUDSON FL 34667 US

Changed 02/16/2010

## Registered Agent Name & Address

SWEDBERG, KIMBERLY A
228 IBIS STREET
FORT MYERS BEACH FL 33931 US

Name Changed: 02/16/2010

Address Changed: 02/16/2010

## Officer/Director Detail

**Name & Address**

Title PD

SWEDBERG, DALE E
228 IBIS STREET
FORT MYERS BEACH FL 33931 US

Title STD

SWEDBERG, KIMBERLY A
228 IBIS STREET
FORT MYERS BEACH FL 33931 US

Title CFO

www.sunbiz.org - Department of State                                      Page 2 of 2

VOITLEIN, STEVEN P
8811 STATE ROAD 52, SUITE 26
HUDSON FL 34667 US

Title VP

SANTORO, REBECCA
8811 STATE ROAD 52, SUITE 26
HUDSON FL 34667 US

## Annual Reports

**Report Year Filed Date**
2008        01/07/2008
2009        01/20/2009
2010        02/16/2010

## Document Images

| | |
|---|---|
| 02/16/2010 -- ANNUAL REPORT | View image in PDF format |
| 01/20/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2006 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/26/2004 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2003 -- ANNUAL REPORT | View image in PDF format |
| 03/18/2002 -- ANNUAL REPORT | View image in PDF format |
| 03/16/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/16/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/07/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/04/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/05/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 04/28/1995 -- ANNUAL REPORT | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List      Next on List       Return To List

No Events        No Name History

Entity Name Search
Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

www.sunbiz.org - Department of State



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

No Events    No Name History

Residential Drywall

[ Submit ]

# Detail by Entity Name

## Florida Profit Corporation

SUPREME DRYWALL & METAL FRAMING COMPANY

## Filing Information

| | |
|---|---|
| Document Number | P05000034873 |
| FEI/EIN Number | 202463305 |
| Date Filed | 03/07/2005 |
| State | FL |
| Status | ACTIVE |

## Principal Address

4905 34TH ST SOUTH, STE 105
ST PETERSBURG FL 33711

Changed 12/16/2008

## Mailing Address

4905 34TH ST SOUTH, STE 105
ST PETERSBURG FL 33711

Changed 12/16/2008

## Registered Agent Name & Address

NEVILLE, SUSAN
4905 34TH ST SOURH, STE 105
ST PETERSBURG FL 33711 US

Address Changed: 04/28/2009

## Officer/Director Detail

**Name & Address**

Title PD

NEVILLE, STEPHEN
4905 34TH ST SOUTH STE 105
ST PETERSBURG FL 33711

Title VSTD

NEVILLE, SUSAN
4905 34TH ST SOUTH STE 105
ST PETERSBURG FL 33711

## Annual Reports

**Report Year    Filed Date**
2008              04/18/2008

www.sunbiz.org - Department of State                                                Page 2 of 2

| 2009 | 04/28/2009 |
| 2010 | 04/27/2010 |

## Document Images

| | |
|---|---|
| 04/27/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2006 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2005 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List          Next on List          Return To List                    Entity Name Search

No Events              No Name History                                                 Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

http://www.sunbiz.org/scripts/cordet.exe?action=DETFIL&inq_doc_number=P05000034...   10/22/2010

www.sunbiz.org - Department of State                                    Page 1 of 2



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List     Next on List     Return To List

                                                        HDS Drywall Services

No Events          No Name History                                    Submit

# Detail by Entity Name

## Florida Limited Liability Company

HINKLE DRYWALL, LLC

## Filing Information

Document Number    L07000005617
FEI/EIN Number     208238142
Date Filed         01/16/2007
State              FL
Status             ACTIVE
Effective Date     01/16/2007

## Principal Address

6122 AUDUBON MANOR BLVD.
LITHIA FL 33547

## Mailing Address

6122 AUDUBON MANOR BLVD.
LITHIA FL 33547

## Registered Agent Name & Address

NEIL S. SCHECHT, P.A.
3630 W. KENNEDY BLVD.
TAMPA FL 33609 US

## Manager/Member Detail

**Name & Address**

Title MGR

MINNICK, BRUCE T
6122 AUDUBON MANOR BLVD.
LITHIA FL 33547

## Annual Reports

**Report Year   Filed Date**
2008          07/17/2008
2009          04/29/2009
2010          04/21/2010

## Document Images

04/21/2010 -- ANNUAL REPORT        View image in PDF format
04/29/2009 -- ANNUAL REPORT        View image in PDF format

www.sunbiz.org - Department of State

| 07/17/2008 -- ANNUAL REPORT | View image in PDF format |
|---|---|
| 01/16/2007 -- Florida Limited Liability | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List      Next on List      Return To List                    Entity Name Search

No Events              No Name History                                    Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List    Next on List    Return To List                    Entity Name Search

Events          **No Name History**                                      [ Submit ]

# Detail by Entity Name

## Florida Profit Corporation

UNITED FRAMERS, INC.

## Filing Information

| | |
|---|---|
| **Document Number** | P05000113124 |
| **FEI/EIN Number** | 841690905 |
| **Date Filed** | 08/15/2005 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 03/17/2009 |
| **Event Effective Date** | NONE |

## Principal Address

11900 LOXAHATCHEE RD
PARKLAND FL 33076

Changed 04/21/2008

## Mailing Address

11900 LAXAHATCHEE RD
SUITE 211
PARKLAND FL 33076

Changed 04/21/2008

## Registered Agent Name & Address

WILLARD, WILLIAM J
11900 LOXAHATCHEE RD
PARKLAND FL 33076 US

Address Changed: 04/21/2008

## Officer/Director Detail

**Name & Address**

Title P

WILLARD, WILLIAM
11900 LOXAHATCHEE RD
PARKLAND FL 33076

## Annual Reports

**Report Year    Filed Date**
2008         04/21/2008
2009         04/16/2009

www.sunbiz.org - Department of State                                          Page 2 of 2

2010          02/18/2010

## Document Images

02/18/2010 -- ANNUAL REPORT      [ View image in PDF format ]
04/16/2009 -- ANNUAL REPORT      [ View image in PDF format ]
03/17/2009 -- Amendment          [ View image in PDF format ]
04/21/2008 -- ANNUAL REPORT      [ View image in PDF format ]
05/01/2007 -- ANNUAL REPORT      [ View image in PDF format ]
04/14/2006 -- ANNUAL REPORT      [ View image in PDF format ]
08/15/2005 -- Domestic Profit    [ View image in PDF format ]

**Note:** This is not official record. See documents if question or conflict.

Previous on List      Next on List      Return To List

Events                **No Name History**

Entity Name Search
[ Submit ]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State



*Commonwealth of Virginia*
**State Corporation Commission**

```
                                                10/22/10
        CISM0180              CORPORATE DATA INQUIRY        11:08:24

     CORP ID:  0144830 - 7  STATUS: 01  FEE DELINQUENT   STATUS DATE: 05/03/10
     CORP NAME:  HDS DRYWALL SERVICE, INC.


     DATE OF CERTIFICATE:  04/05/1973  PERIOD OF DURATION:       INDUSTRY CODE: 00
     STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR: S STOCK
     MERGER IND:               CONVERSION/DOMESTICATION IND:
     GOOD STANDING IND: N NOT PAID   MONITOR INDICATOR:
     CHARTER FEE:         MON NO:        MON STATUS:  MONITOR DTE:
       R/A NAME:  MICHAEL M MANNIX
                  HOLLAND & KNIGHT
        STREET:  1600 TYSONS BLVD STE 700              AR RTN MAIL:


          CITY:  MCLEAN              STATE :  VA  ZIP:  22102 4867
     R/A STATUS:  4  ATTORNEY       EFF. DATE: 09/26/02  LOC : 129
     ACCEPTED AR#: 210 19 9785  DATE: 05/24/10        FAIRFAX COUNTY
      CURRENT AR#: 210 19 9785  DATE: 05/24/10  STATUS: A  ASSESSMENT INDICATOR:  0
     YEAR    FEES     PENALTY    INTEREST    TAXES     BALANCE        TOTAL SHARES
      10    100.00    10.00                             10.00              5,000
```

(Screen Id:/Corp_Data_Inquiry)