UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL        MDL No. 2047
        PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO ALL CASES        JUDGE FALLON
        MAG. JUDGE WILKINSON

_____/

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **effective November 1, 2010,** the mailing address for counsel for Defendants, Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation, will be:

**Greenberg Traurig, P.A.**
**333 Avenue of the Americas**
**Miami, Florida 33131-3238**
**All telephone and facsimile numbers will remain unchanged.**

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Defendants, Lennar*
*Corporation, Lennar Homes, LLC, and*
*U.S. Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com

By:___s/ Mark A. Salky_____
    HILARIE BASS
    Florida Bar No. 334323
    MARK A. SALKY
    Florida Bar No. 058221

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Change of Address** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of October, 2010.

s/ Mark A. Salky
MARK A. SALKY

2