UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL             MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO ALL CASES              JUDGE FALLON
                                                MAG. JUDGE WILKINSON
_____/

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **effective November 1, 2010,** the mailing address for counsel for Defendant, Toll Estero Limited Partnership, will be:

**Greenberg Traurig, P.A.**
**333 Avenue of the Americas**
**Miami, Florida 33131-3238**
**All telephone and facsimile numbers will remain unchanged.**

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Defendant,*
*Toll Estero Limited Partnership*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com

By:     s/ Mark A. Salky
        HILARIE BASS
        Florida Bar No. 334323
        MARK A. SALKY
        Florida Bar No. 058221

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Change of Address** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of October, 2010.

                                                                                  s/ Mark A. Salky
                                                                                 MARK A. SALKY

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com