UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al

    Plaintiff

v.

KNAUF GIPS KG, et al

    Defendants
_____/

Civil Action No. 09 - 7628

## MANNY GARCIA'S MOTION TO DISMISS BASED ON SETTLEMENT AND FOR SANCTIONS

The defendant, Mr. Manny Garcia, moves the court for an order dismissing the complaint against him in this action for the reasons set forth below.

1.    On October 19, 2009, the plaintiff, Tania Martinez, filed an action in the State of Florida against Mr. Garcia and others with respect to her purchase of a single family residence from Mr. Guillermo Permuy. That action was entitled *Martinez v. Permuy, et al*, Miami-Dade Circuit Court, Case No. 09 - 76860 CA 05. A copy of the front page of the initial complaint is attached hereto as Exhibit A for reference.

2.    That state court action alleged the identical claims against Mr. Garcia which Ms. Martinez was pursuing in this federal case. No other person has a claim against Mr. Garcia in this federal action.

3. On March 29, 2010, Ms. Martinez and Mr. Garcia formally **settled** all of the claims made against Mr. Garcia in both the aforementioned state court action and in this federal action. Mr. Garcia made complete payment on the settlement on March 30, 2010.

4. The settlement specifically required Ms. Martinez to dismiss this federal action with prejudice. However, Ms. Martinez filed only a voluntary dismissal without prejudice by oversight of her local counsel in this federal action. See Exhibit B.

5. On June 17, 2010, Ms. Martinez, through her attorneys in Florida, agreed to correct the matter and to have her local counsel in the federal action file the agreed voluntary dismissal of Mr. Garcia with prejudice. See Exhibit C.

5. Instead, Mr. Garcia was served with a new summons and complaint on October 4, 2010, in clear violation of his settlement. See Exhibit D.

Wherefore, it is prayed that this motion based on settlement be granted and that sanctions be awarded to Mr. Garcia.

Manny Garcia
110 Merrick Way
Suite 3-B
Coral Gables, Florida 33134
(305) 661 - 7859


## Certificate of Service

I certify that the foregoing was sent by fax and by mail on Oct 21, 2100, to:

Russ M. Herman, Esq.
Herman, Herman, Katz & Collar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Fax: (504) 561 - 6024

Patrick Montoya, Esq.
Colson, Hicks, Eidson
255 Aragon Avenue
Second Floor
Coral Gables, FL 33134
Fax: (305) 476 - 7444

By: _____
Manny Garcia