# EXHIBIT A

**EXHIBIT A**

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 09-76860 CA 05

TANIA A. MARTINEZ,
    Plaintiff,

v.

FRANCISCO TOMAS PERMUY, MANNY GARCIA, and VICTOR MARZO,

    Defendants
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Tania A. Martinez, hereby sues Defendants Francisco Tomas Permuy, Manny Garcia, and Victor Marzo and states:

## INTRODUCTION

1. Defendants' drywall used in Plaintiff's home is inherently defective because it emits various sulfide gases and/or other chemicals through "off-gassing" that creates noxious, "rotten egg-like" odors, and causes corrosion ("the Defect") of air-conditioner and refrigerator coils, microwaves, faucets, utensils, copper tubing, electrical wiring, computer wiring, personal property, electronic appliances, and other metal surfaces and household items ("Other Property").

2. This Defect is latent and existed in Defendants' drywall at the time of installation regardless of the way the product was installed, maintained, and/or painted. There is no repair that will correct the Defect.

Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane
255 Aragon Avenue, 2nd Floor, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

1

# EXHIBIT B

EXHIBIT B

# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER •
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ • †
CHARLES C. SWEEDLER •
MATTHEW C. GAUGHAN • †

• also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

June 3, 2010

**VIA REGULAR MAIL TO UNREPRESENTED DOMESTIC DEFENDANTS
AND VIA FEDERAL EXPRESS TO FOREIGN DEFENDANTS**

    Re:    *In re: Chinese Drywall Litigation*, MDL No. 2047
             *Payton, et al. v. Knauf Gips KG, et al.*, Case No. 2:09-cv-7628 (E.D.La.)

To Whom It May Concern:

    Enclosed please find Plaintiffs' Steering Committee's Notice of Errata to the Plaintiffs' Joint Motion to Dismiss Certain Defendants without Prejudice Under Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I) which has been filed with the Court in the above matter.

                                            Very truly yours,

                                            ARNOLD LEVIN

AL:jsl
Enclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf GIPS KG, et. al.,<br>Case No. 2:09-cv-07628 (E.D.La.) | |

### PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF ERRATA TO THE PLAINTIFFS' JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE UNDER FED.R.CIV. P. 41(a) AND TO AMEND THE PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)

On May 17, 2010, the Plaintiffs' Steering Committee ("PSC") filed its Joint Motion to Dismiss Certain Defendants Without Prejudice Under Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I) [Document No. 3121]. The PSC hereby notes the following errata to Exhibit G thereto: Exhibit G lists Darrell and Tammy Trott as plaintiffs being removed from Omni 1. In actuality, the Trotts are only being dismissed in the context of Paragraph 1701; they remain as plaintiffs on the Complaint through Paragraph 1960.

Dated: June 3, 2010

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfshlaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2010, Plaintiffs' Steering Committees Notice of Errata to Plaintiffs' Joint Motion to Dismiss Certain Defendants without Prejudice Under Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I), and accompanying Memorandum of Law was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve on June 3, 2010, in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire  
Frilot LLC  
Suite 3700  
1100 Poydras Street  
New Orleans, LA 70130  
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire  
Stone Pigman Walther Wittmann L.L.C.  
546 Carondelet Street  
New Orleans, LA 70130  
*Home Builders and Installers Liaison Counsel*

I further certify that all counsel of record have been served via the Court's electronic notification system. Service on all unrepresented domestic defendants, on the attached list, that have been served with the original Complaint was made via First Class Mail. On the attached list, any domestic defendants that have not been served but are in the process of being served with the original Complaint will be served via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: June 3, 2010

Arnold Levin, Esquire  
Fred S. Longer, Esquire  
Matthew C. Gaughan, Esquire  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
215-592-1500 (phone)  
215-592-4663 (fax)  
Alevin@lfsblaw.com  
*Plaintiffs' Lead Counsel MDL 2047*

# EXHIBIT C

**EXHIBIT C**

**Joseph Portuondo**

| | |
|---|---|
| **From:** | Montoya, Patrick [patrick@colson.com] |
| **Sent:** | Thursday, June 17, 2010 3:37 PM |
| **To:** | Joseph Portuondo |
| **Cc:** | Gonzalez, Ervin |
| **Subject:** | RE: 8296.1 Martinez v Permuy |
| **Attachments:** | image001.png |

Dear Joseph,

We are in agreement. I will let them know.

Regards,

Patrick S. Montoya, Esq.
Partner
Colson Hicks Eidson
255 Aragon Ave., 2nd Floor
Coral Gables, FL 33134
Phone: 305-476-7400
Fax: 305-476-7476
email: Patrick@colson.com<mailto:Patrick@colson.com>

---

From: Joseph Portuondo [jjp@portuondolaw.com]
Sent: Thursday, June 17, 2010 8:38 AM
To: Montoya, Patrick
Subject: 8296.1 Martinez v Permuy

Dear Patrick,

We settled the plaintiff's claims in both the state and the federal cases against Manny Garcia and Francisco Permuy with prejudice pursuant to the acceptance of proposals for settlement. Mr. Garcia provided me the attached documents which appear to relate to his dismissal of the federal action. This dismissal is described as being without prejudice.

Please be so kind as to ensure that Mr. Garcia and Mr. Francisco Permuy are dismissed from the federal case with prejudice. Thanks.


Joseph J. Portuondo, Esq.
110 Merrick Way
Suite 3-B
Coral Gables, Florida 33134


Telephone: (305) 666-6640  
Facsimile:   (305) 666-4601  
Email: jjp@portuondolaw.com<mailto:jjp@portuondolaw.com>

# EXHIBIT D

EXHIBIT D

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

SEAN AND BETH PAYTON, et al )
  )
*Plaintiff* )
v. ) Civil Action No. 09-7628
  )
KNAUF GIPS KG, et al )
  )
*Defendant* )

**SUMMONS IN A CIVIL ACTION**  Supplement to Class Action Complaint (I)

To: *(Defendant's name and address)*  Manny Garcia
10501 SW 127 St.
Miami, FL 33176

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Loretta G. Whyte

Date: July 21 2010

*Signature of Clerk or Deputy Clerk*