UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al

    Plaintiff

                                Civil Action No. 09 - 7628

v.

KNAUF GIPS KG, et al

    Defendants

_____/

## ORDER GRANTING DEFENDANT MANNY GARCIA'S MOTION TO DISMISS BASED ON SETTLEMENT AND FOR SANCTIONS

This cause came before the court on Defendant "Manny Garcia's Motion to Dismiss and for Sanctions," and the court, being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the motion is granted.

Done and ordered in chambers on _____.

                                            By: _____
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel and parties of record