UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Gross, et al. V. Knauf GIPS KG, et al., Case No. 2:09-cv-06690 (E.D.La.) | |

**CARSON AND CHARLENE FLUHARTY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, WESTERHEIM PROPERTIES, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Carson and Charlene Fluharty, hereby dismiss without prejudice all of their claims against Westerheim Properties, Inc., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Carson and Charlene Fluharty shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from William F. Cash III, counsel for Carson and Charlene Fluharty, dated September 7, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: October 28, 2010          /s/ Russ M. Herman
                                 Russ M. Herman, Esquire (Bar No. 6819)
                                 Leonard A. Davis, Esquire (Bar No. 14190)
                                 Stephen J. Herman, Esquire (Bar No. 23129)
                                 HERMAN, HERMAN, KATZ & COTLAR, LLP
                                 820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
                                 Phone: (504) 581-4892
                                 Fax: (504) 561-6024
                                 LDavis@hhkc.com
                                 *Plaintiffs' Liaison Counsel*
                                 *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of October, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT "A"



| | | | |
|---|---|---|---|
| SCOTT C. BARNES | MARTIN H. LEVIN | MIKE PAPANTONIO | OF COUNSEL: |
| BRIAN H. BARR | ROBERT M. LOEHR | MARK J. PROCTOR | ROBERT F. KENNEDY, JR. |
| M. ROBERT BLANCHARD | KATHERINE McFARLAND | TROY A. RAFFERTY | (LICENSED ONLY IN NEW YORK) |
| VIRGINIA M. BUCHANAN | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | |
| WILLIAM F. CASH, III | Wm. JEMISON MIMS, JR. | AMANDA SLEVINSKI | BEN W. GORDON, JR. |
| STEPHEN H. ECHSNER | CLAY MITCHELL | W. CAMERON STEPHENSON | LEFFERTS L. MABIE, JR. (1925-1996) |
| RACHAEL R. GILMER | R. LARRY MORRIS | MEGHAN M. TANS | D.L. MIDDLEBROOKS (1926-1997) |
| KRISTIAN KRASZEWSKI | K. LEA MORRIS | LEO A. THOMAS | DAVID H. LEVIN (1928-2002) |
| KIMBERLY R. LAMBERT | PETER J. MOUGEY | BRETT VIGODSKY | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | TIMOTHY M. O'BRIEN | CHRISTOPHER M. VLACHOS | |
| | | AARON L. WATSON | |

September 7, 2010

Russ M. Herman
Herman, Herman, Katz & Cotler, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

RE: Notice of Voluntary Dismissal

Dear Russ:

Please find enclosed a Notice of Voluntary Dismissal Without Prejudice of Defendant, Westerheim Properties, Inc. At this time we request that you file the enclosed document on behalf of our clients, Carson & Charlene Fluharty.

Sincerely

William F. Cash III

WFC/cac
Enclosure