# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL  * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION   * | |
|   * | SECTION "L" |
| THIS DOCUMENT RELATES TO:   * | |
|   * | JUDGE FALLON |
| **BARRY DEMPSTER, et al.**   * | |
| CASE NO. 2:09-5482-EEF-JCW; AND   * | MAG. JUDGE WILKINSON |
| **T. JACK KENT, et al.,**   * | |
| CASE NO. 2:10-01110-EEF-JCW; AND   * | |
| **OMNIBUS COMPLAINT III (GROSS/BENES)**   * | |
|   * | |
| CASE NO. 2:09-6690-EEF-JCW.   * | |

*********************************************

## ORDER

Having considered Lowe's Motion for Leave to File Supplemental Memorandum in Opposition to the PSC's Motion to Enjoin State Court Proceedings in Muscogee County, Georgia (Rec. Doc. \_\_\_\_),

It is ORDERED that the motion is GRANTED, and Lowe's Supplemental Memorandum in Opposition to the PSC's Motion to Enjoin State Court Proceedings in Muscogee County, Georgia, which was attached as Exhibit 1 to the motion, is FILED into the record of the above-captioned matters.

New Orleans, Louisiana, this \_\_\_ day of _____, 2010

_____
UNITED STATES DISTRICT JUDGE