UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| ------------------------------------- | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| THE MITCHELL COMPANY, INC. v. WILKINSON KNAUF GIPS, KG; et al.; Case No. 09-cv-4115 | MAG. JUDGE |

## MOTION FOR RELIEF OF STAY AND TO ESTABLISH BRIEFING SCHEDULE

Comes now The Mitchell Company, Inc. ("Mitchell"), by and through its attorneys, and moves this Court for an order lifting the stay as to Taishan Gypsum Co., Ltd.'s ("Taishan") motion to set aside the entry of default, and for establishing a briefing schedule related to the motion, reserving issues related to personal jurisdiction over Taishan, and as grounds shows as follows:

1. This Court approved the entry of default against Taishan on September 22, 2009. [Doc. 277].

2. Taishan appeared in this Court on June 10, 2010. [Doc. 3668].

3. Taishan moved this Court to set aside the entry of default on September 21, 2010. [Doc. 5583]. The motion is broadly based on two principles: that this Court lacks personal jurisdiction over Taishan and that Taishan's default should be excused.

4. Taishan argues that this Court lacks jurisdiction of it because it did not supply the drywall sold to Mitchell in the State of Florida. Taishan instead claims that its subsidiary Tai'an Taishan Plasterboard Co. Ltd. was the supplier.

5. Should the Court decide that the default against Taishan will stand, Mitchell will need to conduct discovery to demonstrate that (1) this Court has personal jurisdiction over Taishan; and (2) the entry of default should be confirmed into an enforceable default judgment. Should the Court excuse the default, however, Mitchell will require different discovery; namely, discovery to assessthe contacts that Taishan's subsidiary, Tai'an Taishan Plasterboard Co. Ltd. has had with the State of Florida in order to prosecute its action against that entity as well. Because the discovery Mitchell will be need to conduct turns on which entity (Taishan or Tai'an) is at issue, judicial economy suggests that the Court should order briefs and conduct a hearing on the aspects of Taishan's motion to set aside the entry of default on issues <u>other than</u> personal jurisdiction. In this way, discovery can be conducted in the future[1] regarding personal jurisdiction issues, and the parties will be able to know what issues regarding personal jurisdiction will be relevant to this Court.

WHEREFORE, The Mitchell Company, Inc. moves this Court to lift the stay on Taishan's motion to set aside entry of default, setting a briefing schedule on the aspects of the motion other than personal jurisdiction, and setting a hearing on those aspects of the motion.

---

[1] Mitchell plans to cooperate with the PSC regarding jurisdictional discovery of Taishan.

Respectfully submitted,

_____
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com


JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
212-355-9500
212-355-9592 (fax)


ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California 94111-3339
415-956-1000
415-956-1008 (fax)

Attorneys for Plaintiff The Mitchell Company, Inc.


## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing Motion for Relief of Stay and for Briefing Schedule has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using

the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 29 day of October, 2010.

_____
STEVEN L. NICHOLAS