## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION * | |
| * | SECTION "L" |
| THIS DOCUMENT RELATES TO: * | |
| * | JUDGE FALLON |
| **BARRY DEMPSTER, et al.** * | |
| CASE NO. 2:09-5482-EEF-JCW; AND * | MAG. JUDGE WILKINSON |
| **T. JACK KENT, et al.,** * | |
| CASE NO. 2:10-01110-EEF-JCW; AND * | |
| **OMNIBUS COMPLAINT III (GROSS/BENES)** * | |
| * | |
| CASE NO. 2:09-6690-EEF-JCW. * | |

*********************************************

## ORDER

Having considered Lowe's Motion for Leave to File Supplemental Memorandum in Opposition to the PSC's Motion to Enjoin State Court Proceedings in Muscogee County, Georgia (Rec. Doc. 6259),

It is ORDERED that the motion is GRANTED, and Lowe's Supplemental Memorandum in Opposition to the PSC's Motion to Enjoin State Court Proceedings in Muscogee County, Georgia, which was attached as Exhibit 1 to the motion, is FILED into the record of the above-captioned matters.

New Orleans, Louisiana, this 29th day of ___October___, 2010

_____
UNITED STATES DISTRICT JUDGE