UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| **BARRY DEMPSTER, et al.** CASE NO. 2:09-5482-EEF-JCW; AND | * * * | MAG. JUDGE WILKINSON |
| **T. JACK KENT, et al.,** CASE NO. 2:10-01110-EEF-JCW; AND | * * * | |
| **OMNIBUS COMPLAINT III (GROSS/BENES)** CASE NO. 2:09-6690-EEF-JCW. | * * | |

*********************************************

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746 OF TIMOTHY J. TAYLOR

I, TIMOTHY J. TAYLOR, declare under penalty of perjury under the law of the United State of America, that the following is true and correct:

1. I am the President and CEO of Total Class Solutions, LLC ("TCS"). TCS is serving as the settlement administrator in *Vereen v. Lowe's Home Centers, Inc.*, No. SU10-cv-2267B (Super. Ct. Muscogee Cty), which includes maintenance of the website www.DrywallSettlement.info and the toll free number associated with the settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. As of October 27, 2010, 13,740 claim forms have been submitted to TCS. TCS received 21,406 telephone calls on the toll free number. TCS has mailed 8,471 claim forms to people who requested the forms by phone. There have been 80,570 visits to www.DrywallSettlement.info from August 26, 2010 through October 27, 2010.


EXHIBIT B

I declare under penalty of perjury that the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October, 2010 at Plano, Texas.

_____
TIMOTHY J. TAYLOR