UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## ORDER

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Response in Opposition to Taishan's Motion Pursuant to Rules 12(B)(2), 55(C), 60(B) and 62.1 to Vacate the Default Judgment, Dismiss this Action and to Seek Remand from the Court of Appeals in Accordance with the Court's Scheduling Orders Dated July 1, 2010 and August 5, 2010, which is in excess of the page limits directed by the Court.

New Orleans, Louisiana this 29th day of October, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE