# EXHIBIT C

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

**Website: www.CivilActionGroup.com**

October 8, 2010

Attn: Ms. Jennifer Lascio
LEVIN, FISHBEIN, ET AL
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

RE:   Germano v Taishan Gypsum Co. Ltd.
      Vickers v Knauf Gips KG
      Gross v Knauf Gips, KG
      Payton v Knauf Gips KG
      Wiltz v Beijing New Building Materials Public Limited Co.
      Rogers v Knauf Gips KG
      Gross Intervener Documents
      Amato v Liberty Mutual Insurance Company

      --Updated International Services

Dear Ms. Lascio:

Below is a list of services requested in relation to the above matters:

**Germano v Taishan Gypsum Co. Ltd.**
**2:09-cv-202**

Complaint filed 5/26/2009
Foreign service request:

--Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
  Sent Abroad 7/7/2009 - Documents served 8/3/2009

---

**Germano v Taishan Gypsum Co. Ltd.**
**09-6687 (E.D.La.)**

Complaint filed 11/18/2009
Foreign service request:

-- Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
  Sent Abroad 7/21/2010, no response yet received

**Vickers v Knauf Gips KG**
**1:09-cv-20510-ASG**

Complaint filed 3/11/2009
Foreign service requests:

--Knauf Gips KG
  Sent Abroad 5/28/2009 - Documents served 11/3/2009

Amended Complaint filed 3/24/2009
Foreign service requests:
--Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 5/6/2009 - Documents served 8/17/2009
-- Knauf Plasterboard Wuhu Co., Ltd.
  Sent Abroad 5/6/2009 - Documents served 6/23/2009
-- Knauf Plasterboard Dongguan Co. Ltd.
  Sent Abroad 5/6/2009 – Proof of Non-Service returned stating that the company has a different name on the
registered license, therefore they refused to accept and sign the service document
-- Rothchilt International Limited
  Documents sent abroad 1/15/2010, notice that response sent to court sent to client 8/11/2010
-- Guangdong Knauf New Building Materials Products Co., Ltd.
  Sent Abroad 3/26/2010, no response yet received

_____

**Vickers v Knauf Gips KG**
**09-04117 (E.D.La.)**

Complaint filed 2/11/2010
Foreign service requests:

-- Guangdong Knauf New Building Material Products Co., Ltd.
Sent Abroad 7/21/2010, no response yet received
-- Knauf Plasterboard (Tianjin) Co., Ltd.
Sent Abroad 7/21/2010, documents served 8/20/2010
-- Knauf Plasterboard (Wuhu) Co., Ltd.
Sent Abroad 7/21/2010, no response yet received
-- Knauf Gips KG
Sent Abroad 7/21/2010, service documentation being translated

_____

**Gross v Knauf Gips, KG**
**09-6690**

Complaint filed 10/7/2009
Foreign service requests:

--Knauf Gips KG
  Sent Abroad 12/16/2009, documents served 3/2/2010
-- Knauf AMF GmbH & Co. KG
  Sent Abroad 12/16/2009, documents served 2/4/2010

-- Rothchilt International, Ltd.
  Request sent to forwarding authority 2/10/2010, notice that response sent to court sent to client 8/11/2010
-- Knauf Do Brasil Ltd.
  Request sent to forwarding authority 2/4/2010, no response yet received
-- Knauf Gypsum Indonesia
  Request sent to forwarding authority 3/19/2010, no response yet received
-- King Shing Steel Enterprises Co., Ltd.
  Request sent to forwarding authority 2/10/2010, notice that response sent to court sent to client 9/29/2010
-- Sunrise Building Materials Ltd.
  Sent Abroad 12/4/2009 – Documents Served 12/7/2009
-- The China Corporation, Ltd.
  Sent Abroad 12/14/2009, Hong Kong authorities refused to serve the papers (receipt of returned documents
  in my office on 2/18/2010), claiming that the language in paragraphs 38, 42 and 44 of the Class Action
  Complaint, "controlled by the Chinese government", should be changed to, "owned by the Chinese
  government", or, "a Chinese state-owned entity"
    **Order amending Complaint received and documents resubmitted on 7/2/2010, no response yet
  received
-- Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/5/2010
-- Knauf Plasterboard (Wuhu) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 4/1/2010
-- Knauf Plasterboard (Dongguan) Co., Ltd.
  Sent Abroad 1/13/2010, documents not served due to incorrect name
-- Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd.
  Sent Abroad 1/13/2010, documents served 2/4/2010
-- Pingyi Baier Building Materials Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Beijing New Building Materials Public Limited Company (BNBM)
  Sent Abroad 1/13/2010, defendant refused to accept, documents may be considered served
-- China National Building Materials Co., Ltd. (CNBM)
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
  Sent Abroad 1/13/2010, documents not served due to incorrect name/address
    ** Documents resubmitted for service at different address 7/7/2010
-- China National Building Material Group Corporation (CNBM Group)
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
  Sent Abroad 1/13/2010, documents served 4/30/2010
-- Taishan Gypsum Co., Ltd., Lucheng Branch
  Sent Abroad 1/13/2010, documents served 3/26/2010
-- Yunan Taishan Gypsum and Building Material Co. Ltd.
  Sent Abroad 1/13/2010, documents served 4/7/2010
-- Tai'an Jindun Building Material Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/4/2010
-- Taishan Gypsum (Xiangtan) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/24/2010
-- Taishan Gypsum (Pingshan) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/11/2010
-- Taishan Gypsum (Hengshui) Co., Ltd.
  Sent Abroad 1/13/2010, defendant rejected the documents, stating that it was only a branch of a company, the
  head of which has already been served

-- Taishan Gypsum (Henan) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/25/2010
-- Hubei Taishan Building Material Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/8/2010
-- Taishan Gypsum (Tongling) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/20/2010
-- Weifang Aotai Gypsum Co., Ltd.
  Sent Abroad 1/13/2010, documents not served due to incorrect address
-- Taishan Gypsum (Pizhou) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/3/2010
-- Fuxin Taishan Gypsum and Building Material Co. Ltd.
  Sent Abroad 1/13/2010, documents served 3/4/2010
-- Taishan Gypsum (Wenzhou) Co., Ltd.
  Sent Abroad 1/13/2010 defendant refused to accept, documents may be considered served
-- Taishan Gypsum (Chongqing) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/9/2010
-- Taishan Gypsum (Jiangyin) Co., Ltd.
  Sent Abroad 1/13/2010, defendant refused to accept, documents may be considered served
-- Qinhuangdao Taishan Building Material Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/9/2010
-- Tai'an Taishan Gypsum Board Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/4/2010
-- Taishan Gypsum (Baotou) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/3/2010
-- Shaanxi Taishan Gypsum Co., Ltd.
  Sent Abroad 1/13/2010, defendant refused to accept, documents may be considered served
-- Taian Taishan Plasterboard Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/4/2010
-- Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/26/2010
-- Changzhou Yinhe Wood Industry Co., Ltd.
  Sent Abroad 1/13/2010, documents served 6/27/2010
-- Nanhai Silk Imp. & Exp. Corporation
  Sent Abroad 1/13/2010, documents served 3/12/2010
-- Jinan Run & Fly New Materials Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/8/2010
-- Shandong Yifang Gypsum Industry Co., Ltd.
  Sent Abroad 1/13/2010, documents not served, non-existent address
-- SIIC Shanghai International Trade (Group) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/10/2010
-- Tianjin Tianbao Century Development Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received, written follow up sent 6/18/2010, second written follow up
sent 7/20/2010
-- Wide Strategy Limited
  Sent Abroad 1/13/2010, documents not served due to insufficient address
-- Shandong Oriental International Trading Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Shanghai East Best Arts & Crafts Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/8/2010
-- Qingdao Yilie International Trade Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/22/2010
-- Tai'an Kangyijia Building Materials Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/1/2010

-- Guangdong Knauf New Building Product Co., Ltd.
  Sent Abroad 1/13/2010, defendant refused to accept, documents may be considered served
-- Guangdong Knauf New Building Materials Products Co., Ltd.
  Sent Abroad 3/31/2010, documents served 5/10/2010

---

**Payton  v  Knauf Gips KG**
**09-7628**
Complaint Filed 12/9/2009
Foreign Service Requests:

--Guangdong Knauf New Building Materials Products Co., Ltd.
  Sent Abroad 5/28/2010, documents served 7/20/2010
--Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 5/28/2010, documents served 7/9/2010
--Knauf Plasterboard (Wuhu) Co., Ltd.
  Sent Abroad 5/28/2010, documents served 7/8/2010
--Knauf Gips KG
  Sent Abroad 4/28/2010, documents served 7/2/2010
--Rothchilt International Limited
  Request sent to forwarding authority 5/27/2010, no response yet received

---

**Wiltz  v  Beijing New Building Materials Public Limited Co.**
**10-361**
Complaint Filed 3/15/2010
Foreign Service Requests:

--Beijing New Building Materials Public Limited Co.
  Sent Abroad 7/28/2010, no response yet received
-- Qinhuangdao Taishan Building Materials Co. Ltd.
  Sent Abroad 7/28/2010, no response yet received
-- Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd
  Sent Abroad 7/28/2010, no response yet received
-- Taian Taishan Plasterboard Co., Ltd.
  Sent Abroad 7/28/2010, no response yet received
-- Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
  Sent Abroad 7/28/2010, no response yet received

---

**Rogers  v  Knauf Gips KG**
**10-362**
Complaint Filed 3/15/2010
Foreign Service Requests:

-- Knauf Plasterboard (Wuhu) Co. Ltd.
  Sent Abroad 8/25/2010, no response yet received
-- Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 8/25/2010, no response yet received

--Guangdong Knauf New Building Material Products Co., Ltd.
   Sent Abroad 8/25/2010, no response yet received
-- Knauf Gips KG
   Sent Abroad 9/23/2010, no response yet received

-------------------------------------------------

**Gross v Knauf Gips KG**
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action**
**Complaint in Intervention (III)**
**09-6690**
Complaint Filed 3/2010
-- Knauf Gips KG
   Process on hold per client request
-- Knauf AMF GMBH & Co. KG
   Process on hold per client request
-- Beijing New Building Materials Public Limited Company (BNBM)
   Translations currently in progress
-- Beijing New Building Materials Group Co., Ltd. (BNBM Group)
   Translations currently in progress
-- China National Building Material Group Corporation (CNBM Group)
   Translations currently in progress
-- China National Building Materials Co., Ltd. (CNBM)
   Translations currently in progress
-- Changzhou Yinhe Wood Industry Co., Ltd.
   Translations currently in progress
-- Fuxin Taishan Gypsum and Building Material Co., Ltd.
   Translations currently in progress
-- Hubei Taishan Building Material Co., Ltd.
   Translations currently in progress
-- Jinan Run & Fly New Materials Co., Ltd.
   Translations currently in progress
-- Knauf do Brasil, Ltd.
   Process on hold per client request
-- Knauf Gypsum Indonesia
   Process on hold per client request
-- Knauf Plasterboard (Tianjin) Co. Ltd.
   Process on hold per client request
-- Knauf Plasterboard (Wuhu) Co. Ltd.
   Process on hold per client request
-- Guangdong Knauf New Building Material Products Co., Ltd.
   Process on hold per client request
-- Nanhai Silk Imp. & Exp. Corporation
   Translations currently in progress
-- Pingyi Baier Building Materials Co., Ltd.
   Translations currently in progress
-- Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.
   Translations currently in progress
-- Qingdao Yilie International Trade Co., Ltd.
   Translations currently in progress
-- Qinhuangdao Taishan Building Material Co., Ltd.
   Translations currently in progress

-- Shaanxi Taishan Gypsum Co., Ltd.
   Translations currently in progress
-- Shandong Oriental International Trading Co., Ltd.
   Translations currently in progress
-- Shandong Yifang Gypsum Industry Co., Ltd.
   Translations currently in progress
-- Shanghai East Best Arts & Crafts Co., Ltd.
   Translations currently in progress
-- Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
   Translations currently in progress
-- SIIC Shanghai International Trade (Group) Co., Ltd.
   Translations currently in progress
-- Sinkiang Tainshan Building Material and Gypsum Product Co., Ltd.
   Translations currently in progress
-- Sunrise Building Materials Ltd.
   Sent abroad 9/10/2010, no response yet received
-- Tai'an Jindun Building Material Co., Ltd.
   Translations currently in progress
-- Tai'an Kangyijia Building Materials Co., Ltd.
   Translations currently in progress
-- Tai'an Taishan Gypsum Board Co., Ltd.
   Translations currently in progress
-- Taian Taishan Plasterboard Co., Ltd.
   Translations currently in progress
-- Tai'an Gypsum (Baotou) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum (Chongqing) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum (Henan) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum (Hengshiu) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum (Jiangyin) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum (Pingshan) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum (Pizhou) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum (Tongling) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum (Wenzhou) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum (Xiangtan) Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.
   Translations currently in progress
-- Taishan Gypsum Co., Ltd. Lucheng Branch
   Translations currently in progress
-- The China Corporation, LTD.
   Sent abroad 9/13/2010, no response yet received
-- Tianjin Tianbao Century Development Co., Ltd.
   Translations currently in progress

-- Weifang Aotai Gypsum Co., Ltd.
   Translations currently in progress
-- Yunnan Taishan Gypsum and Building Material Co., Ltd.
   Translations currently in progress

─────────────────────────

**Gross Intervenor II**
   Foreign defendant quotes currently in progress

─────────────────────────

**Amato v Liberty Mutual Insurance Company – No Foreign Defendants**

─────────────────────────

Sincerely,

Josh Cobb
Direct Extension:  338
APS International, Ltd.
International Division
JCobb@CivilActionGroup.com