# EXHIBIT D



# HERMAN HERMAN KATZ & COTLAR
###### L.L.P.
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: 504.581.4892
f: 504.561.6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick¹
Stephen J. Herman

Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene⁴
John S. Creevy
Jeremy S. Epstein¹
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans
and Covington, Louisiana

This firm and its partners are also
partners in Herman Gerel, LLP
(formerly known as Herman, Mathis,
Casey, Kitchens & Gerel, LLP)

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

October 22, 2010

*VIA E-MAIL*

Richard C. Stanley, Esq.
Stanley Reuter Ross Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, LA 70112

> In re: **Chinese Manufactured Drywall Products Liability Litigation**
> ***MDL 2047***

Dear Rick:

Thank you for the e-mail of October 14, 2010 providing a copy of the Manufacturer Profile Forms of Taishan Gypsum ("TG") and Tai'an Taishan Plasterboard ("TIP"), along with Exhibit A to the TTP MPF. It does not appear that the production of the MPFs are complete. We request that you immediately address these issues as the MPFs appear to be deficient. With respect to each MPF:

1. TG - It appears that pages of the profile form are missing. While they are not numbered, please look at the fourth page which ends with item "7". Following that page there is no response to No. 7 and the remaining items. The next page produced is only the signature/certification page. If you look at the Chinese version, there are several items that are in addition to the English version and which need to be produced in English.

2. TTP - The English translation of Exhibit A does not appear to match the Chinese version. We need to be certain that the English version is accurate. For instance, the translation for item 4 under the heading "Exporter" which states "Lianyungang Yuntai International Trade Co., Ltd." may be "Lianyungang Yuantai International Trade Co., Ltd." and we need to be sure that this and other translations are accurate. We are also concerned that the translations may not be comprehensive. For instance, the translation for item 12 under the heading "Exporter" states "Shanghai Yuyuan Market Import & Export Co., Ltd." and we are concerned that the translation to English may not be complete and should also include "Shanghai Yu Yuan Imp. & Exp. Co., Ltd." Other examples may also exist on items 26, 131 and 184. There may

October 22, 2010
PAGE 2

>   be others, but we want to be certain that the translation is accurate and that full disclosure is made in the profile form.

3.  As to both profile forms, we do not see any insurance information having been provided. Please produce complete policies.

All of this information directly impacts our ability to respond to the outstanding motions. Specifically, due to the deficiency of the profile forms, the time for filing responsive briefs to the Rule 62.1 motion has not yet begun. We reiterate our request for complete profile forms that are accurate, as well as production of the jurisdictional discovery.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
cc:  Kerry Miller, Esq.
     Phillip Wittmann, Esq.
     Judy Barrasso, Esq.
     Joe Cyr, Esq.
     Fred Longer, Esq.
     Plaintiffs' Steering Committee