# EXHIBIT J




中国建材百强企业



山东泰和东新股份有限公司
SHANDONG TAIHE DONGXIN CO.,LTD

29601



董事长 总经理: 贾同春

Chairman of the Board, General Manager: Mr. Jia Tongchun

山东泰和东新股份有限公司总部地处驰名中外的泰山南麓，古大汶口文化遗址附近，东临京沪铁路，京沪、京福高速公路，西临104国道，地理位置优越，交通便利，是中国建材集团旗下的骨干企业。

公司总部驻地天然石膏资源极为丰富，公司技术力量雄厚，生产的"泰山"系列纸面石膏板，可作隔墙、吊顶等用途，能充分满足室内装潢的各项用途和要求，同时具有防火、隔音、保温、抗震、保健等功能。

公司以"严格管理，质量一流，用户至上，报效社会"为目标，以市场为中心，大搞技术创新和管理创新，主导产品纸面石膏板，年生产能力3亿平方米，居全国首位。公司在国内设有14个分公司，合理分布在全国各地，现有总资产12亿元。未来五年生产能力将达到10亿余平方米，公司拥有进出口贸易自营权，产品不仅畅销国内，还远销阿联酋、印度尼西亚、印度、俄罗斯、美国等国家和地区。高质量的"泰山"系列石膏板已通过ISO9001:2000质量体系认证，并获得"绿色建材"证书。

企业的高速发展，为国家高速度推行新型墙体材料改革做出了贡献。

地球是我们唯一、共同的家园，她是生命的创造者，是人类文明大厦的基石。社会、企业共同实现可持续发展是社会管理者、企业家的使命。

泰和集团以实现社会、企业共同发展为己任，实践"**和谐创新、报效社会**"的企业精神，立志为人类居住条件的改善加快建设节约型社会做出自己不懈的努力。

Shandong Taihe Dongxin Co., Ltd, one of the key enterprises in producing new building materials in China, is located in the south of the famous Mt. Tai, near the ancient Dawenkou Culture Ruins, neighbors Beijing-Shanghai railway, Beijing-Shanghai, Beijing-Fuzhou express way in the east and National Road NO.104 in the west.

It is abundant in raw gypsum resources, the products "Taishan" series plasterboard can be used as partition and ceiling material and have advantages: fire-proof, sound insulation, heat preservation, quakeproof and good for health.

"Strict management, high quality, honour customers, with keen social responsibility" is our aim. Through technology and management creation, the plasterboard production capacity reach 300 million m² per year. The 14 branch factories hold the total capital assets of 1.2 billion Yuan, which distribute around China in a good order. Our yearly throughput will reach one billion square meter in future five years. We have a self-supported import and export ability, our products not only sell well in our domestic market also export to many countries e.g. U.A.E., Indonesia, India, Russia, U.S.A. etc. The high quality plasterboard is in accordance with ISO9001:2000 standard.

The high-speed development of the company will devote much more to the Reform of wallmaterial in China.



29602