# EXHIBIT K

Subj: **FW: Re: production**
Date: 11/30/2005 9:24:05 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

---

From: "peng" <clempwl123@163.com>
To: "phillip perry" <phillipwperry@hotmail.com>
Subject: Re: production
Date: Wed, 30 Nov 2005 21:05:53 +0800 (CST)

Dear Mr. Perry,

Thank you very much for your kindly attention.

Hoestly speaking, I would like to let you know the following:

First, it is our hope to cooperate with you to enlarge the market at your end. We have adjusted largely the producing line for you. And we will let this line only for you if you like. And we are certain that we will supply you 100,000 sheets board for you. You know that beside you, we also have to produce boards for the domestic customers. Acturally, the prices for the domestic customer are much higher, we get the RMB5.8/square meter for 1200*3000*12mm boards. On the base of this price, the price for 12.7*1220*3660mm will be up to FOB USD3.80/square meter. Our boss thought the price of USD3.58 is a little lower. I have to persude our sales manager and the factory to deal this business. So please understand my situation at my end.

Second, we just have one purpose of supplying the good quality gypsum boards for you. We produce board according to the Chinese relative standard. And we do not konw very clearly about the details of your country's standards for gypsum board. So we just want to let you inspect and confirm the quality and packing at our end.

Third, please amend the L/C item 2, 46A accordingly.

Thank you again and best wishes!

Yours faithfully

Frank

Sam,

In the L/C, Frank would like the "Multimodal" shipping term changed to "Ocean Freight", and he would like the notification of "Rogers and Brown" removed.

The only collect bill of lading will be the ocean freight one. The multimodal term just allows for other freight means if required.

I will keep R & B notified of anything that they need to know, so that is no problem on our side.

I told Frank that this would be changed when the L/C was changed to reflect the total number of board he was actually shipping and that no further changes will be allowed.

In this message he states that 100,000 sheets are to be shipped. I am going to be in touch with the China Shipping company tomorrow to determine that there will be no change in the freight cost or delivery of the cargo to Norfolk.

Wednesday, November 30, 2005 America Online: PORTERBLAINE1

V002471

At 100,000 boards I get 5,667 cubic meters at an ocean freight cost of approximately $442,000 ($78 per cubic meter). China Shipping requested a load of 6,000 cubic meters for a port call, but this is very close and should not be a problem. Especially since they see us as a long term customer, and were willing to lower our freight rate for follow-up shipments.

Your contract with Taihe gypsum will be returned signed in two days.

Frank has stated that the board is set out about 3 hours to cool prior to wrapping in plastic, and that they have not had any customers report mold.

I checked the dimensions of the board at the factory and it measured exactly 4' x 12'. The thickness was 12.77 cm or 0.503 inches. There was some reject board sitting to the side, they said that it was the first board run. I will continue to monitor the production.

I plan on going to the China Shipping office in Lianyungang on Saturday to get the freight contract signed. Frank is supposed to notify them of the freight volume tomorrow. I will then proceed to Qingdao to meet with Rogers & Browns counterpart in China. To check on shipping quotes.

At that point I have to leave China to get my VISA renewed. I will take this opportunity to use the Qingdao airport for a trip to Bangkok, Thailand and to meet with a gypsum board manufacturer there. I have set up the appointment through the good offices of a freight forwarder I know there. I will also be getting bulk ocean freight rates from Bangkok to Norfolk.

If I have the time, I will also visit the fiberglass insulation manufacturer in Bangkok. I will have samples of all products, prices of products, and the ocean freight cost sent to you by DHL. If you have any suggestions, I would like to hear them. The trip to Thailand and back should not take no more than 4-5 days. When I return I will have a new 30 day VISA for China.

Best regards,

Phillip Perry

---

-----ÔÊ¼ÔÊ¼þ-----
·¢¼þÈÈ:"phillip perry"
·¢ÏÈ±¼ä:2005-11-29 21:46:53
ÊÕ¼þÈÈ:clempwl123@163.com
³ÉÍ:(Ïþ)
Ö÷Ìâ:test

Frank

Test e-mail

Phillip W. Perry

Wednesday, November 30, 2005   America Online: PORTERBLAINE1

V002472

ذا °Ñ Ăã µĂ ÓÊ Ïä Ãâ ·Ñ À© ÈÝ 91 ±¶ £ı
È« Çò ÁÌ ÏÈ µÃ 2000 Õ× Ãâ ·Ñ ÓÐ ÎÄ ÓÊ Ïä £¬ ÇÀ ×¢ ÔÙ µÃ 280 Õ× ³¬ ´ó ÍØ Ò× ÍØ ÂÌ