# EXHIBIT L

FROM : TAIHE GROUP                    FAX NO. : 00865388812017          Dec. 02 2005 23:05  P1

# SHANDONG TAIHE DONGXIN CO., LTD

Tai'an city Shandong Province China  P.O. 271026

TEL: 0086-538-8812017              FAX: 0086-538-8812017

2ⁿᵈ, Dec. 2005

Dear Mr. Porter,

Thank you very much for your kindly attention and great patience for our business involving in gypsum board. I am very sorry for any inconvenience to you and your company at the beginnign of our cooperation.

This is Frank from Shandong Taihe Dongxin Co., Ltd. It is Mr. Phillip Perry, who is so work-hard and kind-hearted, asked me to write this letter to you to finilize our first order at the early time.

It is our hope to cooperate with you especially in the field of gypsum board. We know that you are one of powerful companies to deal with the gypsum products in your country. And we would like to introduce ourself as one of the biggest gypsum board producing factory with the annual production of more than 200 million square meters. We are confident that there is a bright future for our cooperation by jiont efforts.

I would like to inform you that please amend the L/C(IMP-4135) for the last time as following:

First, 32B should read as:

Currency Code , Amount

USD358,000.00

Second, 45 A should be:

100,000 sheets of 3660 X 1220X 12.7 MM gypsum board (T/E) at USD3.58/sheet
FOB ANY PORT IN CHINA

Third, item 1 Field 46A should be read as following:

Signed commercial invoice showing toatal sales price of USD 358,000.00 less depoit of USD 128880.00 paid.

Forth, item 2 field 46A should read as following:

Full set plus one non-negotiable copy of clean on board ocean bills of lading consigned to the order of RBC CENTURA Bank, marked "freight collect" and notify applicant by fax 757 857 0662.

Fifth, the new documentary credit amount after amendment:

USD 229,120.00

Sixth, field 48 should read as following:

Period for presentation

31 days.

I would like to inform you that this is the final amendment on this L/C we asked. We are sorry again for any inconvenience for you. In order to finalize our first order at the early time, please amend the L/C as soon as possible. I think the later order will be more smooth and fast.

BEST WISHES!

Yours Fauthfully

Frank Clem

*Frank Clem*

V000386