Case 2:09-md-02047-EEF-MBN   Document 6264-16   Filed 10/29/10   Page 1 of 2

# EXHIBIT M

**Leslie Waddell**

| | |
|---|---|
| From: | phillip perry [phillipwperry@hotmail.com] |
| Sent: | Monday, November 07, 2005 2:14 AM |
| To: | dwoods3@cox.net |
| Cc: | Leslie Waddell |
| Subject: | FW: dry wall |

→ Stay In touch

Don and Sam:

These are pictures of the factory in Tai' An, Shandong Province, China. They would not allow me to take pictures of the factory.

Samples of the product are being sent from Hong Kong. I will provide the tracking number later.

I hope this progresses quickly. They said that a lot of American companies have made enquires, but I was the first to show enough interest to make the trip. If we continue this size purchases or increase the volume, they will make us the USA representative.

The manufacturer said that the price was $3.58 per 1/2" x 4' x 12' sheet FOB China port. The shipping cost will be paid by Venture upon arrival of the ship. This cuts the cost of the money on the LC by about half. They will make the label to reflect the metric and English measurements. Please provide any information you want printed on the labels. They requested a 45 day LC.

I hope everything is moving smoothly with the LC. They should have sent a performa invoice by fax to the Venture office. If there are any problems, please let me know immediately.

*Phillip W. Perry*

---

From: ΝΊΧΑύ <clempwl@hotmail.com>
To: phillipwperry@hotmail.com
Subject: dry wall
Date: Sun, 06 Nov 2005 16:34:01 +0800

Dear Mr. Phillip Perry,
   This is Frank Clem in Shandong Taihe Dongxin Co., Ltd. Thank you for your visit to our company.

   As requested, I would like to send you some pictures by the attachment. Please check it.

   It is our hope to cooperate with you at the early time.

   Any question please contact me directly.

   Thank you and best wishes!

Yours faithfully
Frank