# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| This Document Relates to<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### TAI'AN TAISHAN PLASTERBOARD CO. LTD. MANUFACTURER PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

    A.    Manufacturer Name: **Tai'an Taishan Plasterboard Co. Ltd. ("TTP")**[1]

    B.    Address: **Houzhou Villiage, Dawenkou, Daiyue District, Taian, Shandong Province, P.R. China**

    C.    Phone number: **(0086) (538) 8811966**

    D.    Email address:

    E.    Web site:

    F.    President or CEO: **None. Song Qinghai was the Plant Manager for TTP.**

    G.    Headquarters if Foreign: **Taian, China**

    H.    Address of USA Headquarters: **None**

    I.    Name of supervisor at USA Headquarters: **None**

    J.    Principal Place of Business in USA: **None**

---

[1] TTP is responding to Defendant Manufacturers' Profile Form without waiving any of its rights to object, in these or in any other proceedings, to: (i) The relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

K. List of all offices or locations in USA where entity has done business at any time in 2001 through 2009.

**TTP has never had an office in the US or otherwise operated out of any location in the US.**

L. Name of Manager at each office or location identified in I(J) above **Not applicable**

(If you have identified more than one entity in I(A) above separately answer I(B)-1(L) for each entity.)

II. **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

| | | | |
|---|---|---|---|
| A. | Name: | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | Address: | HOGAN LOVELLS US LLP<br>875 3rd Avenue<br>New York, New York 10022 | STANLEY, REUTER, ROSS,<br>THORNTON & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | Phone Number: | (212) 918-3000 | 504-523-1580 |
| D. | Fax Number: | (212) 918-3100 | 504-524-0069 |
| E. | E-Mail: | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.em |

III. **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

1. Product Identification:

Name of Manufacturer(s)' drywall product:

**TTP manufactured drywall to US dimensions on a made-to-order OEM basis and sold the drywall exclusively in China. Each such sale is identified on the Chart attached hereto as Exhibit A.**

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

**TTP printed markings on the drywall in accordance with the purchasers' instructions. All such markings are set forth on Exhibit A.**

List all trademarks applicable to the product:

**TTP is unaware whether any other parties applied their own trademarks to drywall manufactured by TTP.**

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

**As set forth above, certain purchasers requested that the drywall bear particular markings. Those markings are described to the best of TTP's knowledge on Exhibit A on the column labeled "Product Markings." Additionally, certain purchasers requested that the tape attached to the edges of the drywall bear certain markings. Those markings are described to**

the best of TTP's knowledge on Exhibit A on the column labeled "Edge Sealing Tape Markings."

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

**With regards to drywall that was exported to the US, TTP manufactured only standard drywall to US dimensions.**

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

**TTP has no knowledge of the brand names under which the purchasers of its drywall may have resold it.**

2. Shipment Information (identify the following for each shipment to, or for importation to, the United States):

| | |
|---|---|
| Exporter Name: | TTP sold drywall to purchasers, which were primarily Chinese trading companies, exclusively in China. The purchasers took title to the drywall in China and the drywall was then shipped to the United States. However, when TTP made sales to US-based distributors in China, TTP referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law. In these instances, TTP is listed in the "Exporter" column on Exhibit A. |
| Address of Exporter: | Where known, the address of the purchaser of TTP's drywall in China, which may have arranged for the shipment of the drywall to the United States, is provided on Exhibit A. |
| Date of Export: | Approximate dates for each sale of drywall by TTP in China are set forth on Exhibit A. |

Name of all ports through which shipment was in transit: **Unknown**

Name of final port where shipment was offloaded: **Where TTP has information about the stated destinations of certain shipments of drywall, such information is provided on Exhibit A.**

Date shipment was offloaded: **Unknown**

| | |
|---|---|
| Amount of Drywall exported: | The quantity of drywall for each TTP sale of drywall in China is set forth at Exhibit A. |
| Name of shipper: | Unknown |
| Address of shipper: | Unknown |
| Mode of Shipment: | Unknown |
| Name of vessel: | Unknown |

3. Importer Information (identify the following for each importer):

| | |
|---|---|
| Importer Name: | Where known, the party that imported the drywall that TTP sold in China is identified in the "Importer" column on Exhibit A. |

| Address of Importer: | Where known, the addresses of the party that imported the drywall that TTP sold in China are provided on Exhibit A. |
|---|---|

Date of Import: Unknown

Amount of Drywall imported:

The quantity of drywall TTP sold to each purchaser in China is set forth at Exhibit A.

4. Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

TTP does not have knowledge regarding whether or to what extent the purchasers of its drywall in China identified on Exhibit A were involved in the distribution or installation of that drywall in the USA. Moreover, TTP does not have knowledge regarding other companies or individuals who may have distributed or installed that drywall in the USA.

5. Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

TTP does not have knowledge regarding whether any of the purchasers of its drywall in China identified on Exhibit A served as brokers or intermediary agents involved in the supply chain for the drywall. Moreover, TTP does not have knowledge of other companies or individuals who may served as brokers or intermediary agents with respect to the drywall.

6. If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

| Name of entity providing storage: | Generally, TTP stored drywall for a limited time at its facility prior to delivery to the purchaser in China. TTP has no knowledge concerning any further storage of drywall after TTP delivered it to the purchaser in China. |
|---|---|

Address of entity providing storage:

Dates product was stored:

____/____/____ (Month / Day / Year) to ____/____/____ (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7. Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

If in litigation: _____

Caption of Case: _____

Name and address of attorneys involved:
_____
_____
_____

Insurance carriers involved:
_____
_____
_____

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

Signature 宋状滿     Print Name 宋庆海     Date 2010.10.14

美国地区法院

路易斯安那州东部区

关于：中国制造的石膏板产品责任诉讼　　　　　跨地区诉讼第 2047 号
　　　　　　　　　　　　　　　　　　　　　　　L 部分

本文件相关案件　　　　　　　　　　　　　　　FALLON 法官
所有案件　　　　　　　　　　　　　　　　　　WILKINSON 司法官

### 泰安市泰山纸面石膏板有限公司制造商资料表

所有被告石膏板制造商均必须填写并提交本被告制造商资料表。每名被告石膏板制造商均必须填写并签署一份被告制造商资料表，列明从 2001 年至 2009 年所有运往或交付至美国境内或供进口美国的中国石膏板。每名被告石膏板制造商均必须对于联邦法院待决诉讼中的任何位原告之列的个人填写并签署一份独立的附件 A。如在完成本被告制造商资料表后得知其它信息，则必须加以补充。如回答任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何问题时需提供任何附件或文件，请指明本被告制造商资料表中与该具体附件或文件相关的具体问题。

本资料表中的问题均为非争议性问题，并应被回答而无异议。填写本资料表，并不表示您放弃律师工作成果和 / 或律师 — 委托人守密特权。同样，通过披露顾问的身份，此等顾问可以保持为非作证专家，且受到法律提供的所有保护。请用英文清楚书写或键入您的答复。

I.　　**填写本资料表的被告制造商的联系信息**

　　A.　　制造商名称：泰安市泰山纸面石膏板有限公司("TTP")[1]

　　B.　　地址：中华人民共和国山东省泰安市岱岳区大汶口后周村

　　C.　　电话号码：(0086) (538) 8811966

　　D.　　电邮地址：

　　E.　　网址：

　　F.　　总裁或首席执行官：无。宋庆海为 TTP 的工厂经理。

　　G.　　总部（如位于国外）：中国泰安

　　H.　　美国总部地址：无

　　I.　　美国总部主管姓名：无

　　J.　　美国主要营业地点：无

---

[1] TTP 填写被告制造商资料表，但不放弃其于此等法律程序或任何其它法律程序中就以下事项提出异议的任何权利：(i) 本表格或其附件所披露任何信息的相关性或可受理性；(ii) 法律程序文件送达的有效性或有关法律程序文件的送达；(iii) 本法院或任何其它法院对其的司法管辖权；和 / 或 (iv) 以任何理由对于可能向其递送的任何证据披露要求提出异议，理由包括但不限于：该等证据披露违反了《关于从国外调取民事或商事证据的海牙公约》。

K. 于 2001 年至 2009 年期间内的任何时间，该实体在美国经营所在的所有办事处或地点列表。

TTP 从未在美国设立过办事处或以其它方式于美国任何地点经营。

L. 上文第 I(J) 项中指明的每个办事处或地点的经理姓名不适用

（如果您在上文第 I(A) 项中列明多于一个实体，请就每个实体分别回答第 I(B)-1(L) 项。）

## II. 被告制造商的律师信息

| | | | |
|---|---|---|---|
| A. | 姓名： | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | 地址： | HOGAN LOVELLS US LLP<br>875 3rd Avenue<br>New York, New York 10022 | STANLEY, REUTER, ROSS,<br>THORNTON & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | 电话号码： | (212) 918-3000 | 504-523-1580 |
| D. | 传真号码： | (212) 918-3100 | 504-524-0069 |
| E. | 电邮： | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.em |

## III. 中国石膏板产品识别和经销链

1. 产品识别：

制造商石膏板产品的名称：

TTP 曾按美国尺寸以 OEM 代工定制方式制造石膏板，并仅在中国出售石膏板。每笔有关销售均已在本文随附表格附件 A 中说明。

说明石膏板产品上的任何标识（例如，批号、批量号、序列号、颜色标识、UPC 代码等）：

TTP 根据采购商的指示在石膏板上打印标识。全部该等标识均列于附件 A。

列出适用于该产品的所有商标：

TTP 并不知晓其他方是否有将其商标使用于 TTP 生产的石膏板上。

本诉讼中所涉石膏板是否有任何其它名称、品牌名称、称呼或称号为公众所知或所用，或仅在贵公司内部使用？请提供用以指涉案石膏板的所有名称、品牌名称、称呼或称号的详细列表：

如上所述，某些采购商要求在石膏板上设置指定标识。我们已根据我们所知，在附件 A 注明"产品标识"的一栏中说明该等标识。此外，某些采购商还要求在石膏板边缘处粘贴的封

边带上设置某些标识。我们已根据我们所知，在附件 A 注明"封边带标识"的一栏中说明该等标识。

本诉讼所涉石膏板是否具有任何其它类型或版本？请说明这些其它类型以及识别该等类型的方式：

对出口至美国的石膏板，TTP 仅按照美国尺寸生产标准石膏板。

是否有任何其他方以其自身名义出售本诉讼所涉石膏板？如有，请提供以其自身名义出售贵方石膏板的各方列表，以及出售该等石膏板的品牌名称列表：

TTP 不知道其石膏板采购商可能以哪些品牌名称转售这些石膏板。

2. 货运信息（请说明向美国装运输或进口美国的每批货物的以下信息）：

| | |
|---|---|
| 出口商名称： | TTP 仅在中国向采购商（以中国国内贸易公司为主）出售石膏板。该采购商在中国获得石膏板的所有权，然后再将石膏板运至美国。但为根据中国税法报税，当 TTP 于中国向位于美国的经销商出售石膏板时，会将其自身称为"出口商"。在此情况下，TTP 会被列于附件 A 的"出口商"一栏中。 |
| 出口商地址： | 在中国采购 TTP 石膏板并可能将石膏板运至美国的采购商的地址列于附件 A 中（如知晓）。 |
| 出口日期： | TTP 于中国出售每批石膏板的大概日期载于附件 A 中。 |

货物运输经过的所有港口名称：不详

货物卸载的最终目的港名称：特定批次石膏板货运的宣称目的港信息载于附件 A 中（如 TTP 掌握此等信息）。

货物卸载日期：不详

| | |
|---|---|
| 出口的石膏板数量： | TTP 在中国销售的每批石膏板数量均载于附件 A 中。 |
| 运货人名称/姓名： | 不详 |
| 运货人地址： | 不详 |
| 运输方式： | 不详 |
| 轮船名称： | 不详 |

3. 进口商信息（提供每名进口商的以下信息）：

| | |
|---|---|
| 进口商名称： | 进口 TTP 在中国出售的石膏板的进口商情况载于附件 A 的"进口商"一栏（如知晓）。 |
| 进口商地址： | 进口 TTP 在中国出售的石膏板的进口商地址载于附件 A 中（如知晓）。 |

进口日期：不详

进口的石膏板数量：

TTP 在中国向每名采购商出售的石膏板数量载于附件 A 中。

4. 美国经销商：

如您知晓有任何经销商或石膏板承包商／安装商将您的产品运往美国，请提供有关信息：

**TTP 并不知道附件 A 所列在中国购买其石膏板的采购商是否在美国参与这些石膏板的经销或安装或其参与程度。此外，TTP 也不知道可能在美国经销或安装这些石膏板的其它公司或个人的情况。**

5. 您是否知晓在整个供应链中是否有任何经纪人或中介代理商直接从您处或从后续经销商购买或拥有您的产品？如有，请说明该等经纪人或中介代理商的名称／姓名、地址和电话号码，并提供您掌握的有关该等经纪人或代理商的任何往来信函或其它文件。

   **TTP 并不知道附件 A 所列在中国购买其石膏板的任何采购商是否曾作为经纪人或中介代理商参与该等石膏板的供应链。此外，TTP 也不知道可能担任该等石膏板经纪人或中介代理商的其它公司或个人的情况。**

6. 请说明由您或代表您在任何时间将任何您的中国石膏板存放于任何地点的情况：

   提供存储的实体名称：　　　　　　　一般而言，在中国向采购商交货前，TTP 会将石膏板在其工厂内存储一段有限的时间。在 TTP 在中国将石膏板交付予采购商后，TTP 并不知道石膏板的任何进一步存储情况。

   提供存储的实体地址：

   产品存储日期：
   ___/___/___（月／日／年）至___/___/___（月／日／年）
   存储的产品数量：
   为存储所付价格：
   存储仓库的联络人姓名：
   电话号码：
   电邮地址：
   请列出就产品存储提出或收到的任何投诉：

7. 请说明制造商就每批运往或进口到美国的中国石膏板与出口商、进口商、运货人及经销商签订的所有协议。

   **TTP 根据与石膏板采购商的书面协议或非正式信函往来，以 OEM 代工定制方式制造石膏板。**

8. 请就 2001 年至 2009 年运往或进口到美国的中国石膏板的所有货物或交付，说明您是否提供了以下任何事项：

   a. 明示担保；　　　　TTP 与在中国购买其石膏板的采购商的书面协议或非正式信函往来一般会说明石膏板的数量、价格、尺寸和适用于具体订单的任何其它规格（如有）。

   b. 产品规格；　　　　如附件 A 所示，某些采购商要求石膏板符合 ASTM C1396 04

|  |  | 规定。 |
|---|---|---|

  c. 产品信息和／或存储或使用说明

在正常业务过程中，TTP 制造的石膏板的包装会载有以下警告信息：

  (1) 抬起／请勿倒置

  (2) 易碎

  (3) 避免雨淋／潮湿


IV. <u>保险</u>

 A. 请列明与索赔有关的所有保单，包括所有一般商业综合责任险、产品责任险、建造险、董监事及高级管理人员责任险和超额保险保单。

  1. 请就每份保单提供以下信息：

   承保人：TTP 没有就相关批次的货物购买任何保险。

   保单生效日期：

   ___/___/___（月／日／年）至 ___/___/___（月／日／年）

   保单编号：_____

   保单类型：_____

   保险代理：_____

   保单承保范围限制：_____

   请提供保险的声明页、例外情况和保单副本。

 B. 请说明您就生产或运输上文第 V 节所述产品对任何保单提起的全部索赔。

  1. 请就每项索赔提供以下信息：

   日期：___/___/___（月／日／年）

   承保人：_____

   索赔说明：_____

   承保人对索赔的回应：_____

   是否正进行诉讼：_____

   案件标题：_____

   所涉律师姓名和地址：_____

所涉保险公司：

_____
_____
_____
_____

## 声明

本人根据《美国法典》第 28 编第 1746 节声明，就本人所知，提供于本被告制造商资料表的全部信息均为真实且准确，并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪刑罚。

签名 宋庆海   正楷姓名 宋庆海   日期 2010.10.14

Hogan Lovells

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

### DECLARATION OF YUEN HIU SUM

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Yuen Hiu Sum, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am a senior translator with the law firm of Hogan Lovells International LLP, and work in the firm's office in Shanghai, China.

3. I am fluent in the languages of Chinese and English.

4. Based upon my ability to speak, read, and write Chinese and English fluently, I have been responsible for translating various communications and documents relating to the above-captioned lawsuit.

5. Among the documents I have translated is the Defendant Manufacturers' Profile Form prepared on behalf of Tai'An Taishan Plasterboard Co., Ltd.

6. I hereby certify that I translated the Defendant Manufacturers' Profile Form between the English and Chinese languages. I further certify that the English version of the Defendant Manufacturers' Profile Form is a true and accurate translation of the Chinese version of the Defendant Manufacturers' Profile Form. I also certify that the English version of the Defendant Manufacturers' Profile Form and the Chinese version of the Defendant Manufacturers' Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2010.

_____
Yuen Hiu Sum