被告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 1 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 82000 | ￥2,062,005 | Made in China Cr | 白色无字封边带（无喷码） | |
| 2 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 109300 | ￥2,736,007 | | | |
| 3 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 4500 | ￥112,999 | | | |
| 4 | 2006-3-21 | 连云港远泰国际贸易有限公司 | 不详 | 3500 | ￥87,518 | | | |
| 5 | 2006-3-21 | 连云港远泰国际贸易有限公司 | 不详 | 3000 | ￥75,015 | | | |
| 6 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 95740 | ￥2,516,384 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址为：中国上海蓬川路 19 号。如后最后已知地址见第 6 项备注。 |
| 7 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 4190 | ￥110,118 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第 6 项备注。 |
| 8 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 41625 | ￥1,094,080 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第 6 项备注。 |
| 9 | 2006-4-23 | 东方国际集团上海市对外贸易有限公司 | 不详 | 3360 | ￥87,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 泰山封边带 | |
| 10 | 2006-4-23 | 东方国际集团上海市对外贸易有限公司 | 不详 | 10080 | ￥173,981 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 泰山封边带 | |
| 11 | 2006-4-26 | 青岛豫瑞装饰装材有限公司 | 不详 | 460 | ￥11,502 | | 白色无字封边带（无喷码） | |

Hogan Lovells

被告制造商资料表附件 A

- 2 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 12 | 2006-4-28 | 上海豫园商城进出口有限公司 | 不详 | 1300 | ¥34,190 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第6项备注. |
| 13 | 2006-4-28 | 上海豫园商城进出口有限公司 | 不详 | 335500 | ¥8,819,442 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第6项备注. |
| 14 | 2006-4-28 | 上海豫园商城进出口有限公司 | 不详 | 4080 | ¥107,225 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第6项备注. |
| 15 | 2006-4-28 | 北京市建筑材料进出口公司 | 不详 | 44125 | ¥1,052,810 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址为：北京市西城区宣武门西大街甲129号金隅大厦2013 |
| 16 | 2006-5-9 | 泰安泰禹贸易有限公司 | 不详 | 19920 | ¥466,344 | | | 泰安泰禹贸易有限公司的最后已知地址为：泰安市东岳大街157号 |
| 17 | 2006-5-12 | 南通经济技术开发区总公司 | 不详 | 3840 | ¥116,796 | | | |
| 18 | 2006-5-14 | 泰安泰禹贸易有限公司 | 不详 | 14250 | ¥333,923 | | | 泰安泰禹贸易有限公司的最后已知地址见第16项备注. |
| 19 | 2006-5-15 | 泰安泰禹贸易有限公司 | 不详 | 76085 | ¥1,781,150 | | | 泰安泰禹贸易有限公司的最后已知地址见第16项备注. |
| 20 | 2006-5-24 | 泰安泰禹贸易有限公司 | 不详 | 16550 | ¥2,309,688 | | | 泰安泰禹贸易有限公司的最后已知地址见第16项备注. |

被告制造商资料表附件 A

- 3 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 21 | 2006-5-26 | 泰安泰高贸易有限公司 | 不详 | 67825 | ¥387,345 | | | 泰安泰高贸易有限公司的最后已知地址见第 16 项备注。 |
| 22 | 2006-5-15 | 北京市建筑材料进出口公司 | 不详 | 32850 | ¥880,037 | DRYWALL 4feeeX12feeeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址为：北京市西城区宣武门西大街门 129 号金隅大厦 2013 |
| 23 | 2006-5-15 | 北京市建筑材料进出口公司 | 不详 | 4110 | ¥110,165 | DRYWALL 4feeeX12feeeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |
| 24 | 2006-5-15 | 青岛康鸿进出口有限公司 | 不详 | 7380 | ¥95,645 | | | |
| 25 | 2006-5-15 | 青岛康鸿进出口有限公司 | 不详 | 7380 | ¥95,645 | | | |
| 26 | 2006-5-18 | 浙江省二轻企业集团进出口有限公司 | 不详 | 4600 | ¥111,461 | | | |
| 27 | 2006-5-19 | 连云港远泰国际贸易有限公司 | 不详 | 3500 | ¥87,518 | | | |
| 28 | 2006-5-19 | 连云港远泰国际贸易有限公司 | 不详 | 2925 | ¥73,015 | | | |
| 29 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 3780 | ¥89,926 | DRYWALL 4feeeX12feeeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |
| 30 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 3780 | ¥89,926 | DRYWALL 4feeeX12feeeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |

Hogan Lovells

被告制造商资料表附件 A

- 4 -

| 编号 | 时间<br>(年/月/日) | 出口商 | 进口商 | 数量<br>(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 31 | 2006-5-22 | 北京市建筑材料进出口公司 | 不祥 | 2525 | ¥60,732 | DRYWALL<br>4feetX12feetX1/2inch | 白色无字封边带<br>(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 32 | 2006-5-22 | 北京市建筑材料进出口公司 | 不祥 | 4675 | ¥111,337 | DRYWALL<br>4feetX12feetX1/2inch | 白色无字封边带<br>(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 33 | 2006-5-22 | 北京市建筑材料进出口公司 | 不祥 | 4675 | ¥111,337 | DRYWALL<br>4feetX12feetX1/2inch | 白色无字封边带<br>(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 34 | 2006-5-22 | 北京市建筑材料进出口公司 | 不祥 | 4675 | ¥111,337 | DRYWALL<br>4feetX12feetX1/2inch | 白色无字封边带<br>(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 35 | 2006-5-22 | 北京市建筑材料进出口公司 | 不祥 | 4675 | ¥111,337 | DRYWALL<br>4feetX12feetX1/2inch | 白色无字封边带<br>(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 36 | 2006-5-22 | 北京市建筑材料进出口公司 | 不祥 | 4675 | ¥111,337 | DRYWALL<br>4feetX12feetX1/2inch | 白色无字封边带<br>(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 37 | 2006-5-22 | 北京市建筑材料进出口公司 | 不祥 | 4675 | ¥111,337 | DRYWALL<br>4feetX12feetX1/2inch | 白色无字封边带<br>(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 38 | 2006-5-22 | 北京市建筑材料进出口公司 | 不祥 | 4675 | ¥111,337 | DRYWALL<br>4feetX12feetX1/2inch | 白色无字封边带<br>(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 39 | 2006-5-22 | 北京市建筑材料进出口公司 | 不祥 | 4675 | ¥111,337 | DRYWALL<br>4feetX12feetX1/2inch | 白色无字封边带<br>(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

- 5 -

报告制造商资料表附件 A

| 编号 | 时间<br>（年/月/日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 40 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL<br>4feeX12feeX12inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见备注。22项备注。 |
| 41 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL<br>4feeX12feeX12inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见备注。22项备注。 |
| 42 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL<br>4feeX12feeX12inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见备注。22项备注。 |
| 43 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL<br>4feeX12feeX12inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见备注。22项备注。 |
| 44 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL<br>4feeX12feeX12inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见备注。22项备注。 |
| 45 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL<br>4feeX12feeX12inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见备注。22项备注。 |
| 46 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL<br>4feeX12feeX12inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见备注。22项备注。 |
| 47 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL<br>4feeX12feeX12inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见备注。22项备注。 |
| 48 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL<br>4feeX12feeX12inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见备注。22项备注。 |

被告制造商资料表附件 A

- 6 -

| 编号 | 时间<br>（年/月/日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 49 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL<br>4feetX12feeX1/2inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 50 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL<br>4feetX12feeX1/2inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 51 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥15,859 | DRYWALL<br>4feetX12feeX1/2inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 52 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 1700 | ¥40,681 | DRYWALL<br>4feetX12feeX1/2inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 53 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4175 | ¥111,982 | DRYWALL<br>4feetX12feeX1/2inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 54 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4175 | ¥111,982 | DRYWALL<br>4feetX12feeX1/2inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 55 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4175 | ¥111,982 | DRYWALL<br>4feetX12feeX1/2inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 56 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL<br>4feetX12feeX1/2inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 57 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL<br>4feetX12feeX1/2inch | 白色无字封边带<br>（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 7 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 58 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 59 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 60 | 2006-5-26 | 北京市建筑材料进出口公司 | 不详 | 3000 | ¥80,370 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 61 | 2006-5-26 | 北京市建筑材料进出口公司 | 不详 | 2950 | ¥78,763 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 62 | 2006-5-28 | 青岛康鸿进出口有限公司 | 不详 | 6000 | ¥77,760 | | 白色无字封边带（无喷码） | |
| 63 | 2006-5-28 | 青岛康鸿进出口有限公司 | 不详 | 1380 | ¥17,885 | | 白色无字封边带（无喷码） | |
| 64 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 3025 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | *泰山*封边带 | |
| 65 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 330 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | *泰山*封边带 | |
| 66 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 6725 | ¥97,877 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | *泰山*封边带 | |
| 67 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 3625 | ¥89,704 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

报告制造商资料表附件 A

- 8 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 68 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 3850 | ¥63,439 | DRYWALL 4feeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 69 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 70 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 71 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 72 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 73 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 74 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 75 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 76 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

Hogan Lovells

被告制造商资料表附件 A

- 9 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 77 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 78 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 79 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 80 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 81 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 82 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 83 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 84 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 85 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feeeX12feeX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 10 -

Hogan Lovells

| 编号 | 时间<br>（年/月/<br>日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 86 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 87 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 88 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 89 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 90 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 91 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 92 | 2006-6-10 | 北京市建筑材料进出口公司 | 不详 | 3775 | ¥89,926 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 93 | 2006-6-11 | 北京市建筑材料进出口公司 | 不详 | 2025 | ¥34,934 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 94 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 11 -

| 编号 | 时间<br>（年/月/日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 95 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 96 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 97 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 98 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 99 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 100 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,453 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 101 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,214 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 102 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,214 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 103 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

Hogan Lovells

被告制造商资料表附件 A

- 12 -

| 编号 | 时间<br>(年/月/日) | 出口商 | 进口商 | 数量<br>(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 104 | 2006-6-13 | 北京市建筑材料进出口公司 | 禾洋 | 4000 | ¥99,120 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 105 | 2006-6-13 | 北京市建筑材料进出口公司 | 禾洋 | 4000 | ¥99,120 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 106 | 2006-6-13 | 北京市建筑材料进出口公司 | 禾洋 | 4000 | ¥99,120 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 107 | 2006-6-13 | 北京市建筑材料进出口公司 | 禾洋 | 3800 | ¥94,164 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 108 | 2006-6-13 | 北京市建筑材料进出口公司 | 禾洋 | 2200 | ¥56,906 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 109 | 2006-6-13 | 北京市建筑材料进出口公司 | 禾洋 | 4000 | ¥103,560 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 110 | 2006-6-13 | 北京市建筑材料进出口公司 | 禾洋 | 4000 | ¥103,560 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 111 | 2006-6-13 | 北京市建筑材料进出口公司 | 禾洋 | 4000 | ¥103,560 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 112 | 2006-6-13 | 北京市建筑材料进出口公司 | 禾洋 | 4000 | ¥103,560 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：<br>IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 13 -

| 编号 | 时间<br>(年/月/日) | 出口商 | 进口商 | 数量<br>(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 113 | 2006-6-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 114 | 2006-6-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 115 | 2006-6-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 116 | 2006-6-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 117 | 2006-6-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 118 | 2006-6-25 | 北京市建筑材料进出口公司 | 不详 | 3300 | ¥81,774 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 119 | 2006-6-25 | 北京市建筑材料进出口公司 | 不详 | 8765 | ¥226,848 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 120 | 2006-6-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3800 | ¥66,278 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 121 | 2006-6-26 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,570 | DRYWALL<br>4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 122 | 2006-6-26 | 江苏舜天国际经济技术合作有限公司 | 不详 | 550 | ¥14,176 | | | |

被告制造商资料表附件 A

- 14 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 123 | 2006-6-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 124 | 2006-6-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 125 | 2006-6-27 | 北京市建筑材料进出口公司 | 不详 | 1350 | ¥34,900 | DRYWALL 4feetX12feetX1/2inch | 蓝色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后目的地址见第22项备注。 |
| 126 | 2006-6-27 | 北京市建筑材料进出口公司 | 不详 | 675 | ¥16,702 | DRYWALL 4feetX12feetX1/2inch | 蓝色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后目的地址见第22项备注。 |
| 127 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1320 | ¥34,188 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 128 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 129 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 130 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1980 | ¥51,282 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 131 | 2006-6-29 | 淄博国际经济技术合作有限公司 | 不详 | 985 | ¥25,484 | | 白色无字封边带（无唛码） | |
| 132 | 2006-7-8 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

被告制造商资料表附件 A

- 15 -

| 编号 | 时间<br>（年/月/日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 133 | 2006-7-8 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 134 | 2006-7-9 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 135 | 2006-7-9 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 136 | 2006-7-9 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 137 | 2006-7-10 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 138 | 2006-7-10 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 139 | 2006-7-10 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 140 | 2006-7-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 141 | 2006-7-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 142 | 2006-7-14 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

- 16 -

被告制造商资料表附件 A

| 编号 | 时间<br>(年/月/<br>日) | 出口商 | 进口商 | 数量<br>(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|------|------|------|------|------|------|------|------|------|
| 143 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 144 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 145 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 146 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 147 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 148 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 149 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 150 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 151 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 152 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表表附件 A

- 17 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 153 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 154 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 155 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 156 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 157 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 158 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 159 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 160 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 161 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 162 | 2006-7-26 | 上海上实国际贸易集团浦东有限公司 | 不祥 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

- 18 -

被告制造商资料表附件 A

| 编号 | 时间<br>（年/月/日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 163 | 2006-7-26 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 164 | 2006-7-26 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 165 | 2006-7-27 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 166 | 2006-7-27 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 1980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 167 | 2006-7-27 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 2650 | ¥67,916 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 168 | 2006-7-28 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 169 | 2006-7-28 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 170 | 2006-7-29 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 1980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 171 | 2006-7-29 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 172 | 2006-7-30 | 上海上安国际贸易集团浦东有限公司 | 禾洋 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表附件 A

- 19 -

| 编号 | 时间(年/月/日) | 出口商 | 进口商 | 数量(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 173 | 2006-7-30 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 174 | 2006-7-31 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 175 | 2006-7-31 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 176 | 2006-8-1 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 177 | 2006-8-2 | 泰安泰山 | Wood Nation | 13200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | 封边带: TTPC | 据称，石膏板被买方运至美国供销。Wood Nation 的最后已知地址为：10740 Plantation Bay Drive Tampa, FL 33647。 |
| 178 | 2006-8-2 | 泰安泰山 | Triax Trading | 5760 | $24,422.40 | | | |
| 179 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 180 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 181 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表附件 A

- 20 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 182 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | 据称，石膏板被买方运至美国坦帕¹。Wood Nation 的最后已知地址见第177项备注。 |
| 183 | 2006-8-8 | 泰安泰山 | Wood Nation | 13200 | $55,440.00 | TAI'AN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | 封边带: TTPC | |
| 184 | 2006-8-15 | 上海凯教实业发展有限公司 | 不洋 | 950 | ¥16,402 | Mega Gypsum | 白色无字封边带（无喷码） | |
| 185 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 186 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 187 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 188 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 189 | 2006-8-16 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 4400 | ¥169,790 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 190 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不洋 | 1940 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

¹有关目的地的信息息来源于泰安泰山所整理的文件资料。泰安泰山并没有关于实际目的地的第一手资料。

被告制造商资料表表附件 A

- 21 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 191 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 192 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 193 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 194 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 195 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 2900 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 196 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 197 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 198 | 2006-8-18 | 上海裕金实业有限公司 | 不详 | 630 | ¥16,596 | | 白色无字封边带（无喷码） | |
| 199 | 2006-8-18 | 杭州格瑞德进出口有限公司 | 不详 | 500 | ¥12,950 | | 白色无字封边带（无喷码） | |
| 200 | 2006-8-18 | 杭州格瑞德进出口有限公司 | 不详 | 500 | ¥12,950 | | 白色无字封边带（无喷码） | |
| 201 | 2006-8-18 | 上海裕金实业有限公司 | 不详 | 630 | ¥16,596 | | 白色无字封边带（无喷码） | |

被告制造商资料表附件 A

- 22 -

| 编号 | 时间<br>(年/月/日) | 出口商 | 进口商 | 数量<br>(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 202 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 203 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | "Taishan" edge sealing tape; laser code. MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 204 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 205 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 206 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 207 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 208 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 209 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 210 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 211 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表附件 A

- 23 -

| 编号 | 时间<br>(年/月/日) | 出口商 | 进口商 | 数量<br>(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 212 | 2006-8-23 | 上海上爻国际贸易集团浦东有限公司 | 不洋 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 213 | 2006-8-23 | 上海上爻国际贸易集团浦东有限公司 | 不洋 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 214 | 2006-9-8 | 山东元华国际贸易有限公司 | 不洋 | 2600 | ¥71,630 | Made in China, ceiling | 封边带:<br>CRESCENT CITY | |
| 215 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 3640 | $10,847.20 | Marathon Construction | 封边带/宣射码:<br>Marathon Construction | 据称、石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址为:中国深圳市福田区福华三路国际商会中心 1900-12 市 |
| 216 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 2730 | $8,105.60 | Marathon Construction | 封边带/宣射码:<br>Marathon Construction | 据称、石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 217 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 3640 | $10,847.20 | Marathon Construction | 封边带/宣射码:<br>Marathon Construction | 据称、石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 218 | 2006-9-15 | 泰安泰山 | GD Distributors LLC | 880 | $11,601.22 | | | 据称、石膏板被买方运至美国新奥尔良。 |

被告制造商资料表附件 A

- 24 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 219 | 2006-10-5 | 泰安泰山 | TOV Trading | 2000 | $5,200.00 | | 封边带：OEG。 | 据称，石膏板被买方运至美国纽约。TOV Trading 的最后已知地址为：5014 20th Avenue, Brooklyn, NY 11204。 |
| 220 | 2006-10-5 | 泰安泰山 | TOV Trading | 14000 | $37,100.00 | | 封边带：OEG。 | 据称，石膏板被买方运至美国纽约。TOV Trading 的最后已知地址见第 219 项备注。 |
| 221 | 2006-10-5 | 泰安泰山 | TOV Trading | 3400 | $13,850.00 | | 封边带：OEG。 | TOV Trading 的最后已知地址见第 219 项备注。 |
| 222 | 2006-10-5 | 泰安泰山 | TOV Trading | 9000 | $23,400.00 | | 封边带：OEG。 | TOV Trading 的最后已知地址见第 219 项备注。 |
| 223 | 2006-11-16 | 泰安泰山 | 深圳永丰投资有限公司 | 9100 | $25,025.00 | | 封边带顺码：Marathon Construction | 据称，石膏板被买方运至美国。 |
| 224 | 2006-11-24 | 徐州汉邦商贸有限公司 | 不详 | 960 | ¥16,213 | | 白色无字封边带（无喷码） | |
| 225 | 2006-11-27 | 徐州国际经济技术合作有限公司 | 不详 | 810 | ¥13,413 | | 白色无字封边带（无喷码） | |
| 226 | 2006-11-27 | 徐州国际经济技术合作有限公司 | Stone Pride International Corp. | 150 | ¥2,484 | | 白色无字封边带（无喷码） | |
| 227 | 2006-12-2 | 泰安泰山 | 不详 | 2640 | $10,032.00 | | 白色无字封边带（无喷码） | |
| 228 | 2006-12-26 | 江苏东恒集团进出口有限公司 | 不详 | 1360 | ¥21,855 | | 白色无字封边带（无喷码） | 据称，石膏板被买方运至美国。 |

Hogan Lovells

被告制造商资料表附件A

- 25 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 229 | 2006-12-28 | 泰安泰山 | 深圳永丰投资有限公司 | 7280 | $20,020.00 | | 封边带/喷射码：Marathon Construction | 据称：石膏板被买方运至美国纽约。 |
| 230 | 2006-12-28 | 泰安泰山 | 深圳永丰投资有限公司 | 2600 | $11,824.00 | | 封边带/喷射码：Marathon Construction | |
| 231 | 2007-1-12 | 青岛九元实业发展有限公司 | 不详 | 1900 | ¥31,266 | | 白色无字封边带（无喷码） | |
| 232 | 2007-2-9 | 泰安泰山 | 深圳永丰投资有限公司 | 1800 | $5,005.00 | | 封边带/喷射码：Marathon Construction | 据称：石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址见第215项备注。 |
| 233 | 2007-2-9 | 泰安泰山 | 深圳永丰投资有限公司 | 3900 | $17,737.20 | | 封边带/喷射码：Marathon Construction | 深圳永丰投资有限公司的最后已知地址见第215项备注。 |
| 234 | 2007-4-30 | 泰安泰山 | Oriental Trading Company LLC | 2000 | ¥7,738.00 | | 封边带/喷射码：DUN Drywall | 据称：石膏板被买方运至美国迈阿密。 |
| 235 | 2007-4-30 | 泰安泰山 | B America Corporation | 660 | $5,656.20 | | 白色无字封边带（无喷码） | 据称：石膏板被买方运至美国迈阿密。 |
| 236 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 4900 | $12,740.00 | | 封边带/喷射码：DUN Drywall | 据称：石膏板被买方运至美国迈阿密。 |

Hogan Lovells

报告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 237 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 5880 | $15,288.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 238 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 1960 | $5,096.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 239 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 4900 | $12,740.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 240 | 2007-6-12 | 泰安泰山 | Oriental Trading Company LLC | 2940 | $12,740.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 241 | 2007-6-26 | 泰安泰山 | Oriental Trading Company LLC | 2000 | $7,738.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 242 | 2007-7-3 | 泰安泰山 | Oriental Trading Company LLC | 6700 | $25,795.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 243 | 2007-7-3 | 泰安泰山 | Oriental Trading Company LLC | 6700 | $25,795.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |