# EXHIBIT U

Subj: **FW: Shandong Taihe Dongxin Co., Ltd.**
Date: 1/4/2006 4:40:11 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

Sam:

I received this a while back....not sure if I gave you the info.

*Phillip W. Perry*

---

From: "Daniel O'Neil" <dan_onell@hotmail.com>
To: phillipwperry@hotmail.com
CC: critco@westnet.com
Subject: *Shandong Taihe Dongxin Co., Ltd.*
Date: *Thu, 08 Dec 2005 19:49:07 -0500*

Dear Sir,

Your name and phone number were given to us by the above captioned firm from whom we are contemplating purchasing Gypsum Board.

We will be grateul if you can give us a reference on this company regarding their reliability and capability as a supplier.

From your experience, are the shipments on time? Is the quality as per the contract? Have you encountered any shipping damage on breakbulk shipments? If there were any claims, were they handled satisfactorily by Shandong Taihe?

Thank you in advance for your reply.

Also, if possible, please advise your contact information so that we can phone you to discuss.

Yours very truly,

Daniel O'Neil, Vice President
CROSS ISLAND TRADING CO., INC.
399 KNOLLWOOD ROAD
WHITE PLAINS, NEW YORK 10603
(TEL) 914-761-7710
(FAX) 914-683-1690
(E-MAIL) critco@westnet.com

Subj: **Customer referrals**
Date: 12/17/2005 4:26:03 PM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

Sam:

This is the message I will send to Frank at Taihe. Let me know if it has your approval. So far he has given two companies.

Certified Products International Inc.  -  wanted 8,000 4 x 12 for delivery Norfolk, Va

Duxx International Trading  -  wanted 20,000 boards for delivery Dallas, Tx

Best regards, Phillip


Frank:

Here is how the customer referral commission works....when you provide a sales lead to Venture Supply, they will contact the referred customer......any sales relating to your product will generate a sales commission for you of 4% of the profit made on that sale......your identity to the referred customer of Venture Supply will remain anonymous.....you can specify how and where to collect your commission.

*Phillip W. Perry*

V002344

Subj: **FW: Re: the cooperation**
Date: 12/11/2005 7:09:08 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

Sam:

I am in Hong Kong.....I will be in China tomorrow and I will hire a car to make a fast trip to Taian City....I hope you have faxed the contract you signed to Frank.....I am going to call Frank in the morning and say that we will match any terms that the competitor has to offer.

I am calling you in a few minutes and I hope that you have access to the Internet.

*Phillip W. Perry*

---

From: "peng" <clempwl123@163.com>
To: "phillip perry" <phillipwperry@hotmail.com>
Subject: Re: the cooperation
Date: Sun, 11 Dec 2005 17:12:48 +0800 (CST)

Dear Mr. Perry,

How are you now?

The customer visited our company is from Dallas. But they said they will import the gypsum board to Norfolk. I mentioned you and your company in our discussion. They said they knew Venture Supply Inc. They ask us for the right of sole agent. They promise to pay full payment by T/T in advance in case of USD3.62/sheet, or 40% down payment and 60% by L/C in case of USD3.70/sheet.

Considering the good relation with you, we do not sign the contract with them directly yesterday. Once we sign the contract with them, the factory will produce for them. And then we will have no line to produce the boards of 1.22*3.66*12.7mm. So if you like, please fax the signed contract as soon as possible.

Thank you and best wishes!

Yours faithfully

Frank

---

Monday, December 12, 2005 America Online: PORTERBLAINE1

V002430

Subj: **Board Production Started & Ocean Freight to Norfolk, VA, USA**
Date: 11/28/2005 7:59:18 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

Sam:

The board is in production. Frank says that he will meet the production schedule. The thickness was correct at 0.5 inch (12.7 cm). 4' x 12', tapered sides and square edge.

As I did not have a framing square with me, I did a right triangle to check for the square. c = square root of A2 + B2   where A = 3, B - 4, and C - 5   Worked like a charm.

The below information is about the vessel we will be sending the board on. It is a fairly new vessel, and from the prior vessel name, it appears to have been an American ship originally. The registry is in Malta. Many vessels fly under the flags of these small neutral countries, and it allows them to avoid paying US Merchant Marine wages.

I ran into another American from Texas at the factory. He said that he was from the HGC company. Claimed he was a big buyer, but Frank said that he was only buying 1000 sheets and he wanted to use containers to ship. Perhaps a sample order. Frank also said that he charged him a higher price and that the guy was buying through a Chinese trading company. He wanted to use my tools to check the board, but I collected them and put them away. He can bring his own test equipment.

Frank was telling me about the many inquires he has been getting, and I again suggested that these leads should be passed to us to investigate. We are buying and the others may want to buy, but do not know how, do not have the financing to make a large enough purchase, or may just be put off by the idea of importing. He said that he is thinking along those lines. I will hit him again with this .

Can you tell me what you know of the waste paper industry. Taihe has their own paper plant. They need 140 tons of waste paper of various grades a year. The same ship that brings our board could return with a load of waste paper. I was asked about being their supplier. Would you like to work with me on this?

*Phillip W. Perry*

---

From: "zhang hongwei" <zhanghw@csl.cn>
To: "phillip perry" <phillipwperry@hotmail.com>
Subject: *Re: Re: Re: Ocean Freight to Norfolk, VA, USA*
Date: *Mon, 28 Nov 2005 17:46:15 +0800*

Mr.Phillip Perry 亡

Performing vesse:MV Glykofiloussa,ETA Lianyungang 18/23

MV " GLYKOFILOUSSA"  EX " ARCTIC NAVIGATOR"

Monday, November 28, 2005 America Online: PORTERBLAINE1

V002488