# EXHIBIT Y

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
*****************************************************************

IN RE:  CHINESE-MANUFACTURED          Docket No. 09-MD-2047
DRYWALL PRODUCTS LIABILITY            New Orleans, Louisiana
                                      Thursday, October 14, 2010

*****************************************************************

              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:            HERMAN, HERMAN, KATZ & COTLAR
                              BY:  RUSS M. HERMAN, ESQ.
                              820 O'Keefe Avenue
                              New Orleans, LA 70130

                              LEVIN, FISHBEIN, SEDRAN & BERMAN
                              BY:  ARNOLD LEVIN, ESQ.
                              510 Walnut Street, Suite 500
                              Philadelphia, PA 19106

FOR THE DEFENDANT:            FRILOT L.L.C.
                              BY:  KERRY J. MILER, ESQ.
                              Energy Centre - Suite 3700
                              1100 Poydras Street
                              New Orleans, LA 70163-3700

FOR TAISHAN:                  HOGAN LOVELLS
                              BY:  JOE CYR, ESQ.
                              875 Third Avenue
                              New York, New York 10022

Official Court Reporter:      Karen A. Ibos, CCR, RPR, CRR
                              500 Poydras Street, Room HB-406
                              New Orleans, Louisiana 70130
                              (504) 589-7776


     Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

P R O C E E D I N G S

(THURSDAY, OCTOBER 14, 2010)

(STATUS CONFERENCE PROCEEDINGS)


(OPEN COURT.)

THE COURT: Be seated, please. Good morning, ladies and gentlemen. Call the case, please.

THE DEPUTY CLERK: MDL No. 2047, *in re: Chinese Drywall*.

THE COURT: Counsel make their appearance for the record.

MR. HERMAN: May it please the court, good morning, Judge Fallon, Russ Herman for plaintiffs.

MR. MILLER: Good morning, your Honor, Kerry Miller on behalf of Knauf entities and the Defense Steering Committee.

THE WITNESS: We're here today for our monthly status conference, I have a full courtroom, several hundred people, and we have an overflow courtroom with an equal amount. I have several hundred on the phone, and in addition to the attorneys I am pleased to report that I have with me Judge Joseph Farina from the 11th Judicial Circuit Court in Florida and Judge Scott Vowell from the 10th Judicial Court in Alabama.

The difficulty in these cases in an MDL is often that they're filed both in federal courts as well as state courts throughout the country. I've been blessed with the help of state court judges who have been very helpful to me. I've counted on their wisdom, on their suggestions in trying to gather all of the

1   cases and move them forward, and I am delighted that Judge Farina
2   and Judge Vowell can be with me today.  Judge Farina and I have
3   been working together now for nearly a year on these cases and I
4   treasure his views and wisdom on these matters, and I appreciate
5   his being here.
6          One of the reasons for this conference is because at my
7   suggestion, as well as the state court judges, the parties have
8   tried to look at this matter globally.  We have been through a
9   number of cases, I've tried or resolved about ten of these cases
10  already, and the parties have had an opportunity to see what
11  results of those judgments have been.  They've listened to the
12  evidence and the state courts have done likewise in their
13  particular areas.  So it's given the parties an opportunity to look
14  at these matters and see whether or not some global resolution
15  could be worked out.
16         And we've got the first step in that global resolution
17  reporting today, so I'll hear from the parties.  First from the
18  plaintiffs.
19         MR. HERMAN:  May it please the court, Judge Fallon, Judge
20  Farina and Judge Vowell.  I am the court appointed liaison counsel
21  for the Plaintiffs Steering Committee in the MDL.  My name is Russ
22  Herman.  I am going to outline the major deal points of a pilot
23  program which we signed off on yesterday at approximately four
24  o'clock.
25         As I understand it, Judge Fallon will post the complete

1    agreement with its exhibits at www.laed.uscourts.gov and you can
2    link to the Chinese drywall from that.  And you can find the pilot
3    program.
4            At inception I want to thank Leonard Davis from my
5    office, lead counsel Arnold Levin and Fred Longer from his office,
6    and Chris Seeger, our lead trial counsel in all of these cases, who
7    represent the negotiating team on behalf of plaintiffs.
8            We learned many of us in law school that two thirds of
9    the world's law today is a civil code law that comes from the Roman
10   civil code and in Louisiana through the French Napoleonic code and
11   the Spanish /HRAS pee a/TES par tee /T*EUZ tissue, and the concept
12   or one concept in that law is the difference between a hope and an
13   expectancy.  With this pilot program we have both a hope and an
14   expectancy that it will work, it needs to be tweaked as we go
15   along, and hopefully can be expanded to all Knauf homes.
16           Primarily the Knauf entities, without admitting
17   jurisdiction or alter ego for any purpose, have entered into a
18   pilot program with the PSC that will remediate up to 300 homes that
19   have substantially all KPT Plasterboard, but plasterboard of no
20   other Chinese manufacturer.  And there are other issues of
21   eligibility.  Those that are predetermined as eligible are listed
22   on Exhibit A to the agreement and it is anticipated that by Monday
23   41 of those homes will begin the remediation process outlined in
24   the agreement.
25           The agreement covers homes in Florida, Louisiana, Alabama

1   and Mississippi.  Currently we know that there are homes in Texas,
2   North Carolina and Virginia that are now affected by Chinese
3   drywall, but they are not included in this agreement.  Suppliers
4   such as Interior Exterior Builders and their insurers, are "other
5   participating companies".  What that means is that those folks are
6   contributing funds to Knauf in order to effect the pilot program.
7   They shall be released to the extent they contribute funds to the
8   pilot program; however, the release is voidable under certain
9   circumstances if the homes are not remediated and indeed the homes
10  require, among other things, a contractor's warranty, the
11  contractor, a major contractor Moss has been fully vetted to
12  perform the pilot program, there will be other contractors down the
13  road.
14          Also the contractor will have to give a certification to
15  the homeowner that there is no Chinese drywall left in the home,
16  that all electrical's been replaced, et cetera, and that there is
17  no odor.  There will also be a qualified environmental inspector
18  who will have to issue a certificate, and following substantial
19  completion, which is defined, the contractor and the homeowner will
20  have a punch list which must be performed, as well as an all clear
21  lien certificate or any liens will be bonded off.
22          Knauf entities stand behind the contractor's performance
23  and warranties.
24          A number of the features of the program are as follows:
25  Removing all drywall, replace -- once a home begins remediation it

1  must be completed even if other situations are found.  All
2  electrical wiring, including switches and receptacles, will be
3  replaced.  Replacement of all fire safety and home security
4  equipment and low voltage electrical, replacement of fixtures
5  damaged by problem drywall, restoration of the home to the same
6  construction quality and finishes that existed prior to the start
7  of the remediation work, compensation to the homeowner for
8  alternative living costs, which include move in, move out, storage
9  and personal property damage in the amount of $8.50 a square foot.
10 A reservation of all rights for any bodily injury and all
11 attorney's fees and expenses to be paid by KPT and not by the
12 homeowner, that would be negotiated on a separate agreement.  If we
13 cannot agree on attorney's fees, it will be submitted to Judge
14 Fallon and Judge Fallon will determine both the fees, expenses for
15 attorneys on contract as well as common benefit fees without any
16 appeals.
17          In the event that there is controversy between a
18 homeowner and a contractor, it will be resolved by a very quick
19 mediation paid 50 percent by each side, that is the homeowner and
20 the contractor, it will be submitted to John Perry and those he
21 selects.  We expect a 24 hour, 48 max turn around.  If the
22 agreement, the master agreement needs interpretation, it will be
23 submitted to binding mediation to John Perry and Knauf and the PSC
24 will pay those costs.
25          There's an additional payment of $1.50 a square foot in

```
 1   the event that remediation is longer than three months.  What do we
 2   expect?  We expect that possibly 2,000 to 3,000 homes that could be
 3   eligible if this program works.  The PSC has vetted the Moss
 4   contractor and is responsible for vetting all of the qualified
 5   environmental experts, as well as any substitute contractors.
 6            The cost of inspections for environmental certificates,
 7   permits under state law, inspections by governmental authorities,
 8   et cetera, will be at Knauf's cost.
 9            Knauf will escrow 110 percent of the estimated cost with
10   U.S. Bank and under conditions stated in the agreement will release
11   those funds to the contractor in step payments.  All electrical and
12   plumbing subcontractors must be fully licensed.  Work will be
13   warranted by contractor and Knauf.  And the courts will have
14   oversight.
15            We want to thank all of the judges for directing that we
16   proceed to attempt to resolve.  The negotiations with Knauf have
17   been rigorous, professional, at arm's length, and frankly very
18   complex.
19            I want to the negotiators for Knauf, the primary
20   negotiators, Kerry Miller and Greg Wallins for their
21   professionalism and the fact that they have met with us on numerous
22   occasions in New York, Philadelphia, Florida and New Orleans,
23   face-to-face and in addition to that status conferences and
24   updates.
25            We want to thank the CPSC, the Consumer Products Safety
```

```
 1   Commission, and it's fair to say that Exhibit D to the agreement
 2   which gives the general scope of work conforms with the judge's,
 3   Judge Fallon's rulings in the Hernandez v. Knauf case and the
 4   reasons for his judgment as well as the CPSC recommendations for
 5   remediation contained in its April release.
 6              Lastly, I should have indicated that you need to really
 7   look at Exhibit D as to replacement and testing of appliances and
 8   that all copper plumbing will be required to be replaced.
 9              Your Honor, I thank you for the opportunity to address
10   this.  Kerry Miller, my counterpart, has a statement to make, and I
11   think both of us are available for any questions your Honor might
12   have.
13              THE COURT:  All right, fine.  Judge Farina, I know you
14   have to run.  Can you listen to the defendants or do you have to
15   sign off?
16              JUDGE FARINA:  No, Judge, I am able to listen to
17   Mr. Miller and then I need to be back in my court at 10:30.
18              THE COURT:  Okay.  Fine.
19              JUDGE FARINA:  Thank you so much, and then if I can have
20   a brief thank you opportunity as well.
21              MR. MILLER:  Thank you, Judge Fallon and Judge Farina, I
22   will be quite brief.
23              Mr. Herman's outline presentation is a good summary of
24   the demonstration project that we're going to offer to the court
25   and importantly to homeowners in Louisiana, Mississippi, Alabama
```

1  and Florida.
2       I would like to start off on behalf of myself and my
3  co-counsel Greg Wallins and also thanking the professionalism shown
4  by Mr. Herman, Arnold Levin, Fred Longer, Lenny Davis and Chris
5  Seeger.  Top notch lawyers, your Honor, a pleasure to deal with
6  them.
7       I would also like to thank, your Honor, from my
8  perspective a pivotal contribution made to this pilot program
9  settlement by Interior Exterior Supply, Louisiana Building Supply
10 Company here in New Orleans.  As the court is aware from the
11 history of the negotiations on this settlement, we initially looked
12 at homes in Louisiana and Mississippi primarily because of the fact
13 that there's a lot more KPT product here than in Florida.  Florida
14 unfortunately presents a quagmire of a lot of mixed homes and real
15 difficulty.
16      But Interior Exterior was a supplier of the KPT board
17 here out of New Orleans and they really stepped up and participated
18 with us in the mediation and is contributing to the settlement of
19 these homes, they've inspected a lot of homes, provided us with a
20 lot of information on those homes, so we want to thank that company
21 and their counsel Mr. Rick Duplantier.
22      Your Honor, other contributing parties to the pilot
23 program include State Farm insurance, QBE Insurance Company Group
24 and Louisiana Builders Indemnity Trust.  Again, they really stepped
25 up, came to mediation, put differences aside and contributed on

behalf of their insured builders to this pilot program in Louisiana and Mississippi.

Your Honor, to go back to where Mr. Herman started. There's a lot of hope and expectation here. And the hope and expectation is that this program is going to be expanded and it's going to be expanded through the cooperation that we have with the lawyers for the homeowners and that we've had with Mr. Duplantier and Exterior Interior Supply, that we will have with other suppliers and other home builders. I can tell you since the word has gotten out about the settlement, I've had a tremendous response from lawyers representing various defendants and insurers that want to participate in this program, that want meet and discuss that participation, so that's very encouraging.

Certainly I encourage them to contact us, work with us, we'll have mediations, we'll have meetings. It's our goal to get as many participants in the program as it involves. Obviously the issue is we're just dealing with Knauf TMG board, so those are really the only eligibility requirements that Mr. Herman talked about, dealing Knauf Plasterboard Tianjin, and we also need to have a situation where you have a particular home or groups of homes, everyone who was involved in the supply and the building of that home sitting down and talking about dealing with it. Once we have that in place, your Honor, we think this program can really grow and the foundation is already in place right now.

So we're here, ready, willing and able to work with

1   folks.  John Perry has been a great mediator.  He sat with a number
2   of us on several occasions over the last six weeks, produced some
3   good outcomes.  Our mediation sessions have been long, tough, but
4   they've been productive.  We welcome more sessions.  In fact, we
5   have one on Monday involving 29 additional homes in the state of
6   Alabama, so the idea would be after Monday we may be offering
7   additional Alabama homes into some settlement context and we're
8   very optimistic about that.
9           Your Honor, with that I would like to close.  If there
10  are any questions from the bench.  Any bench, either the bench here
11  or the benches that are on the phone, we would be happy to address
12  those questions.
13          THE COURT:  Fine.  From my standpoint I thank counsel.  I
14  know that it's taken a lot of effort to do this, and hopefully this
15  will be a program that as both sides said will be rapidly expanded
16  to include all of Knauf.  Then that'll give the judges an
17  opportunity then to focus on the remaining producer of the drywall
18  Taishan and we'll move forward with their claims and try to
19  expedite those remaining claims.
20          I do again reinforce the concept that this is a joint
21  effort.  I appreciate and am grateful to Judge Farina for all of
22  his work and counsel over this period of time and feel I couldn't
23  have done it without his cooperation and help.  And I look forward
24  to working with Judge Vowell in the future.
25          Judge Farina, would you like to say anything?

```
 1              JUDGE FARINA:  Yes, Judge Fallon, thank you so much.
 2    This is Joe Farina.  I want to echo Judge Fallon's remarks as well
 3    as the lead plaintiff and Defense Steering Committee counsel.
 4    Listen, I am fortunate to be working with and guided by Judge
 5    Fallon throughout these proceedings, and I believe we're all
 6    blessed with his leadership.  A special thanks, if you don't mind,
 7    Judge Fallon, to Victor Diaz who represented the Florida plaintiffs
 8    in the *Harrell* case; Mr. Todd Erinright, who was involved with
 9    Banner Supply, and I did personally deal with Mr. Kerry Miller and
10    Mr. Greg Wallins and Mr. Don Hayden representing Knauf through some
11    discussions.
12              Again, a special thanks to the Plaintiff and the
13    Defendant Steering Committees on both the federal and the Florida
14    level, as well as my appreciation to the national and local counsel
15    on behalf of Banner, Knauf entities and the insurance companies,
16    and we couldn't do it without John Perry and his extraordinary
17    efforts, and I'm glad he is going to continue to be on board.
18              So I am appreciative, I look forward to this being the
19    beginning of many more successes.  To paraphrase an old saying,
20    success has many parents, and so I am hopeful that we can continue
21    to expand and continue to be successful.
22              Judge Fallon, it has been an honor and a pleasure.
23    Folks, I have to dash off to my trial, but thank you for making all
24    of this possible, each and every one of you.
25              THE COURT:  Thank you, Judge.  Anything from Judge
```

1  Vowell?
2              JUDGE VOWELL: No, I just appreciate very much being
3  included. And from a case management viewpoint, I will be in touch
4  with you to see how our state court cases in Alabama can be tied in
5  to this great effort.
6              THE COURT: Great. Well, thank you very much Judge
7  Vowell and thank you Judge Farina, I appreciate all of the help
8  that both of you have given to us.
9              JUDGE FARINA: Our pleasure.
10             JUDGE VOWELL: Thank you, sir.
11             THE COURT: Now, we will go into the other aspects of the
12  conference. I know the judges have other things to do.
13             JUDGE VOWELL: All right. Thank you, Judge.
14             THE COURT: You bet. Thank you, Judge Vowell.
15             Okay. We'll take it in the proposed agenda in the order
16  given to me.
17             Pre-trial Orders discussion.
18             MR. HERMAN: May it please the court, good morning, your
19  Honor, under Pre-trial Orders, your Honor will be presented order
20  1H which has been agreed to by the parties, and that will be
21  submitted to your Honor for consideration later today. Other than
22  that, all of the pre-trial orders, of which there are 24 and some
23  subparts, are listed on your Honor's web site.
24             With regard to Property Inspections, there's nothing new
25  other than the fact that the other eligible homes can be qualified

```
 1   through inspections under the agreement reached in the pilot
 2   program.
 3              Under Plaintiff and Defendant Profile Forms, there's
 4   nothing new, other than we have been advised that I'll say
 5   generically Taishan, quote end quote, will be providing the
 6   Defendants Manufacturers Profile Form and filing it today.
 7              Under your Honor's Preservation Order, there's nothing
 8   new.
 9              Under State/Federal Coordination, as far as we're
10   advised, there's nothing new.  There are state court cases --
11              THE COURT:  Dawn, do you have anything on that?
12              MS. BARRIOS:  Yes, your Honor, I do, thank you.  Thank
13   you, Judge Fallon, Dawn Barrios for the State Steering Committee.
14   We have for you our usual discs that will lay out all state cases
15   of which we are aware of the contact information and pending
16   motions in the various cases.
17              I would like to use this opportunity to ask all counsel
18   who are listening to this conference to please alert either the
19   defense or the plaintiff state steering committee dealing with
20   state cases.  If you know of anything, please alert either one of
21   us so that we can provide the information to Judge Fallon.  Our
22   contact information is on the web site.
23              Through PTO No. 19 we have all remands that are current,
24   there have been no CTOs filed since the last status conference.  We
25   have received notice from Mr. Gonzales that Judge Farina has
```

```
 1   ordered a case set for trial on January 10th, 2011, the Alvarez v.
 2   Banner Supply in Miami Dade, and I have a copy that I will give to
 3   Lexy of the order setting it for trial.
 4            I'd like to thank both Galloway Johnson and Minor Pipes
 5   for assisting me in putting all of these CD's together.
 6            THE COURT:  Dawn, Judge, get with Judge Vowell and I told
 7   him you would be talking to him about making sure that he has some
 8   representative on your committee so that you can keep him advised
 9   because he is going to be moving fast in the case.
10            MS. BARRIOS:  Certainly, your Honor.  And Judge Vowell, I
11   will be happy to contact you today.
12            MR. HERMAN:  I want to apologize to Dawn, I also want to
13   indicate, your Honor, that we had some notice yesterday that
14   Taishan had filed a jurisdictional motion for hearing, which was to
15   be heard today in Alabama.  We'd appreciate in the future since
16   Taishan is before your Honor that they provide us in advance with
17   any motions that they're going to file and have heard in state
18   court.
19            THE COURT:  I talked to Judge Vowell about that and
20   hopefully we'll get those motions, and he is going to be in touch
21   with the judge before whom that matter was set and see if we can
22   coordinate it.
23            MR. HERMAN:  Your Honor, with regard to State Court Trial
24   Settings, the Harrell trial is scheduled to commence December 1st,
25   2010.  The Virginia cases are now set, were set in January,
```