UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL   PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Memorandum of Law in Support of Its Motion to Enjoin Conflicting State Court Proceedings in Muscogee County, Georgia That Interfere With the Court's Continuing Jurisdiction Over This Litigation [Rec. Doc. 5011];

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Reply Memorandum of Law in Support of Its Motion to Enjoin Conflicting State Court Proceedings in Muscogee County, Georgia That Interfere With the Court's Continuing Jurisdiction Over This Litigation [Rec. Doc. 5011].

New Orleans, Louisiana this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge