# EXHIBIT A

## OMNI I–AMENDED

Don Barrett, P.A.,

Bank Plus/Mercado
Elmore, Lillian
Mumphrey, Frank/Arcement, Gail
Perry, Timothy and Tracey
Proby, Joseph and Mary

## OMNI I--INTERVENTION I(A)

Barrett Law Office,

Elmore, Lillian
Clark, Wayne
Niolet, Joseph Scott and Hendick, Jennifer

## OMNI III–AMENDED

Don Barrett, P.A. and Lovelace Law Firm, P.A.,

| | | |
|---|---|---|
| Abels, Shirley | King, Jeffrey & Lauren | Riley, Willie James |
| Alfred, Janice | LeCarpentier, Jacques | Roberts, Robert |
| Anderson, Judith | Loper, Joseph & Sherry | Sherrod, Valerie |
| Baptiste, Judy | Maranoci, Terri, Lee, Terri | Steubben, John & Grace |
| Bennett, Larry | Marshall, Gregory | Stewart, George & Deborah |
| Clarke, Wayne G. | Marshall, Wilda E. | Taylor, Robert & Sandra |
| Coleman, Charles | Martin, David & Betty | Thiroux, Freddie & Glenda |
| Dixon, Perry & Deborah | McCrory, Osizy & Margie | Tuepker, John & Claire |
| Fairley, Leo & Jacqueline | McTigue, Bobby & Celia | Varnado, David |
| Fletcher, Gregory & Diane | Mingto, James & Patricia | Volland, John |
| Frazier, Rose & Raymond | Mitchell, Virgil & Rosetta | Walley, Curtis & Monsue |
| Galle, Joey & Amanda | Moore, William & Earlene | Washington, Eugene & Yvonne |
| Galle, Joseph & Debbie | Morgan, Linda | Webster, Samuel L. |
| Galloway, Geraldine | Morrison, Robert & Sandra | Wiley, William & Joan |
| Green, Patricia Stevens | Randle, Thomas C., Poche, Ann | Scott, Pearl |
| Hester, Raymond | Randle Poche | |
| Howell, Patricia | Ratliff, Krondenser Means | |

## Omni IV--Intervention A

Matthews & Associates and Pendley, Baudin & Coffin, LLP,

Klemann, Travis John

## OMNI V

<u>Don Barrett, P.A.</u>

Perry, Timothy and Tracy

<u>Don Barrett, P.A. and Lovelace Law Firm, P.A.</u>

Galle, Joey and Amanda
Galle, Joseph and Debbie
Steubben, John and Grace

## OMNI VI

<u>Pendley, Baudin & Coffin, LLP</u>

Greene, Craig
Stanley, Bill and Amanda
Thomas, Brian and Tamara
Youmans, Cassandra