**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED     MDL No. 2:09-md-02047
DRYWALL PRODUCTS LIABILITY
LITIGATION

**This document relates to:**        JUDGE FALLON

HERNANDEZ, ET AL. v.
AAA INSURANCE, ET AL.

                        MAGISTRATE WILKINSON

CASE NO. 2:10-cv-03070 (E.D. La.)

## NOTICE OF SERVICE OF INSURER PROFILE FORMS

Defendants, AMERICAN STRATEGIC INSURANCE CORPORATION, ACA HOME

INSURANCE CORPORATION, ASI ASSURANCE CORPORATION, ASI PREFERRED

INSURANCE CORPORATION and ASI LLOYDS, by and through their undersigned counsel,

hereby give notice of serving their Insurer Profile Forms in accordance with Pre-Trial Order 23.

Defendants ASI UNDERWRITERS CORPORATION (hereinafter, "ASIU") and ASI

UNDERWRITERS OF TEXAS, INC. (hereinafter, "ASIUT") are not insurers, but rather

underwriting companies. Therefore ASIU and ASIUT have not provided insurer profile forms.

1

Dated October 29, 2010

Respectfully submitted,

**Rubinton & Laufer, P.A.**
Emerald Hills Executive Plaza II
4651 Sheridan Street, Suite 200
Hollywood, Florida 33021
Telephone:   954-966-9908
Fax:              954-966-9904
E-mail:         jrubinton@rl-associates.com

By: */s/ Jeffrey A. Rubinton*
          Jeffrey A. Rubinton, Esq.
          Florida Bar: 821756

***Attorneys for Defendants*** (to the extent as noted above)

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**


By: */s/ Jason P. Foote*
**JASON P. FOOTE (#25050)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana   70002
Telephone:  (504) 830-3827
Facsimile:  (504) 836-9579
E-Mail:  jfoote@chopin.com
***Attorneys for Defendants,*** (to the extent as noted above)

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Service of Insurer Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of October, 2010.

/s/ Jeffrey A. Rubinton
**JEFFREY A. RUBINTON**

/s/ Jason P. Foote
**JASON P. FOOTE**