**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED<br>DRYWALL PRODUCTS<br>LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO:<br><br>*Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## ROBERT C. PATE'S AND THE PSC'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO OWNERS INSURANCE COMPANY'S MOTION TO DISMISS FOR LACK OF JURISDICTION

# FILED UNDER SEAL