UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| *Pate v. American International Specialty Lines Insurance Company, et al* (09-7791) _____ | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

**O R D E R**

Considering Robert C. Pate's and the Plaintiffs' Steering Committee's Motion for Leave to File Supplemental Memorandum of Law in Opposition to Owners Insurance Company's Motion to Dismiss for Lack of Personal Jurisdiction;

IT IS ORDERED BY THE COURT that Robert C. Pate and the Plaintiffs' Steering Committee is granted leave of court to file the attached Supplemental Memorandum of Law in Opposition to Owners Insurance Company's Motion to Dismiss for Lack of Personal Jurisdiction.

New Orleans, Louisiana this ____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge