UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED<br>           DRYWALL PRODUCTS<br>           LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MDL NO.:  2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering Plaintiff Robert C. Pate's and the Plaintiffs' Steering Committee's Motion for Leave to File Under Seal the Supplemental Memorandum of Law in Opposition to Owners Insurance Company's Motion to Dismiss for Lack of Personal Jurisdiction;

IT IS ORDERED BY THE COURT that Plaintiff Robert C. Pate and the Plaintiffs' Steering Committee are granted leave to file their Supplemental Memorandum of Law in Opposition to Owners Insurance Company's Motion to Dismiss for Lack of Personal Jurisdiction under seal and that such remains confidential subject to further order of this Court.

New Orleans, Louisiana, this _____ day of October 2010.

                                                    Honorable Eldon E. Fallon
                                                    U.S. District Judge