**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |

# ROBERT C. PATE'S AND THE PSC'S
# SUPPLEMENTAL MEMORANDUM OF LAW
# IN OPPOSITION TO OWNERS INSURANCE COMPANY'S
# MOTION TO DISMISS FOR LACK OF JURISDICTION

# FILED UNDER SEAL