**Confidential - Subject to Further Confidentiality Review**

Page 1

```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA

                              §   MDL NO. 2047
IN RE:                        §
CHINESE-MANUFACTURED          §   SECTION: L
DRYWALL PRODUCTS LIABILITY    §
LITIGATION                    §
                              §   JUDGE FALLON
                              §
THIS DOCUMENT RELATES TO      §
PATE v. AMERICAN INTERNATIONAL§   MAG. JUDGE
SPECIALTY LINES INSURANCE     §    WILKINSON
COMPANY, ET AL   (09-7791)    §
                              §
```

SEPTEMBER 16, 2010

- CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

DISCOVERY TESTIMONY

- - -

    30(b)(6) Deposition of Auto-Owners Insurance Company, by and through its authorized representative, KATHLEEN LOPILATO, ESQUIRE held at the offices of LEAKE & ANDERSSON, LLP, 1100 POYDRAS STREET, SUITE 1700, New Orleans, Louisiana, commencing at 9:14 a.m., on the above date, before Dixie B. Vaughan, Certified Court Reporter (LA), Registered Professional Reporter, Certified LiveNote Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.

ph 877.370.3377  |  fax 917.591.5672

deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS



EXHIBIT B

5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

Page 131

1  arose in Louisiana but claims were not necessarily
2  paid in Louisiana?
3       A.   To Louisiana residents, right, yeah.
4       Q.   Okay.  All right.
5  MR. STECKLER:
6            Thank you.  I think I'm done, yeah.
7  Have a nice trip home.
8  MR. SAPORITO:
9            I have a couple of questions.
10                      EXAMINATION
11 BY MR. SAPORITO:
12      Q.   Is Auto-Owners or Owners Insurance or
13 any of those other companies that we've been
14 discussing licensed to do business in the state of
15 Louisiana?
16      A.   They are not.
17      Q.   Auto-Owners or Owners Insurance or those
18 other companies, do they write insurance in
19 Louisiana?
20      A.   They do not.
21      Q.   Does Auto-Owners or Owners Insurance or
22 the other companies that we've been talking about
23 maintain any offices within the state of
24 Louisiana?

Confidential - Subject to Further Confidentiality Review

Page 132

1  A.  They do not.
2  Q.  Do Auto-Owners or Owners or any other
3  insurance companies that we've been speaking about
4  maintain any employees in the state of Louisiana?
5  A.  They do not.
6  Q.  Does Auto-Owners or Owners or these
7  other companies have any agents in the state of
8  Louisiana?
9  A.  They do not.
10 Q.  Does Auto-Owners or Owners or these
11 other companies that we've been talking about have
12 any Louisiana insureds?
13 A.  They do not.
14 Q.  Does Auto-Owners or Owners or the other
15 companies we've been talking about solicit any
16 business in Louisiana?
17 A.  They do not.
18 Q.  Does Owners -- Auto-Owners or Owners or
19 the other companies we've been talking about
20 advertise for any business in Louisiana, whether
21 it be radio, TV, billboards, et cetera?
22 A.  They do not.
23 Q.  Does Auto-Owners or Owners or any of the
24 companies that we've been talking about have any

5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

Page 133

```
 1    registered agents for the service of process --
 2        A.   They do not.
 3        Q.   -- in Louisiana?
 4        A.   They do not.
 5        Q.   The 340 claims that we have been talking
 6    about in the production from years 2005 to 2009,
 7    are those all claims that are in litigation?  Are
 8    those all lawsuits?
 9        A.   They are not.
10        Q.   Do you have any idea whether most of
11    them are or most of them aren't in litigation?
12        A.   Most of them would not be.  Just that --
13    and that I base that on our general claims
14    experiences, something less than 20 percent
15    actually end up in litigation generally.
16        Q.   And then the actual lawsuits that
17    counsel showed you previously, I believe there
18    were four lawsuits, one from -- well, running from
19    1969 to 1980.  Have you seen any of those lawsuits
20    before today, or do you have any reason to review
21    any of those lawsuits before today?
22        A.   No.
23        Q.   Am I correct that my memory was, there
24    were approximately four lawsuits spanning these
```

Golkow Technologies, Inc. - 1.877.370.DEPS

5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

Page 149

1                     CERTIFICATE

2         I, DIXIE B. VAUGHAN, Certified Court

3 Reporter (LA), NCRA Registered Professional

4 Reporter and Certified LiveNote™ Reporter, do

5 hereby certify that prior to the commencement of

6 the examination, KATHLEEN LOPILATO was duly

7 sworn by me to testify to the truth, the

8 whole truth and nothing but the truth.

9         I DO FURTHER CERTIFY that the foregoing

10 is a verbatim transcript of the testimony as taken

11 stenographically by and before me at the time,

12 place and on the date hereinbefore set forth, to

13 the best of my ability.

14         I DO FURTHER CERTIFY that I am neither a

15 relative nor employee nor attorney nor counsel of

16 any of the parties to this action, and that I am

17 neither a relative nor employee of such attorney or

18 counsel, and that I am not financially interested

19 in the action.

20

21                 _____

                        DIXIE B. VAUGHAN
22                         Certified Court Reporter (LA)
                        Registered Professional Reporter
23                         Certified LiveNote™ Reporter

24

Golkow Technologies, Inc. - 1.877.370.DEPS