Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: | § | MDL NO. 2047 |
| CHINESE-MANUFACTURED | § | SECTION: L |
| DRYWALL PRODUCTS LIABILITY | § | |
| LITIGATION | § | |
|  | § | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | § | |
| PATE v. AMERICAN INTERNATIONAL | § | MAG. JUDGE |
| SPECIALTY LINES INSURANCE | § | WILKINSON |
| COMPANY, ET AL  (09-7791) | § | |

SEPTEMBER 16, 2010

- CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

DISCOVERY TESTIMONY

- - -

  30(b)(6) Deposition of Auto-Owners
Insurance Company, by and through its authorized
representative, KATHLEEN LOPILATO, ESQUIRE held at
the offices of LEAKE & ANDERSSON, LLP, 1100 POYDRAS
STREET, SUITE 1700, New Orleans, Louisiana,
commencing at 9:14 a.m., on the above date, before
Dixie B. Vaughan, Certified Court Reporter (LA),
Registered Professional Reporter, Certified
LiveNote Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.

ph 877.370.3377 | fax 917.591.5672

deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS



5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

1  although we -- and I understand we're not talking
2  about securities, correct?
3      Q.  Well, we're not talking about --
4      A.  Or are you?
5      Q.  If you have -- I didn't see in here
6  where the firm -- I call it the firm.  I should
7  call it your corporation -- is investing in
8  individual companies.  And I guess the question
9  would be, if you are, are you investing in
10 individual companies in Louisiana, securities or
11 otherwise, directly versus a mutual fund?
12     A.  There is one security that I'm aware of
13 in Louisiana.  And other than that, nothing.
14     Q.  And that is an investment by Auto-Owners
15 Insurance Company that you're aware of, correct?
16     A.  It's part of our portfolio.  I don't
17 know that you'd call it -- it's part of the
18 investment department and -- but it involves a
19 security, so you're asking me -- I'm a little
20 outside of my comfort zone to know the difference
21 between a security and let's say having an
22 ownership interest in a company in Louisiana.
23     Q.  I understand.  You have no ownership
24 interest in companies in Louisiana?

5b1e676c-dd2f-47f6-a36d-c5832a09da6e

Confidential - Subject to Further Confidentiality Review

Page 51

1  A. We do not.
2  MR. STECKLER:
3  Let me take a quick break real quick, if
4  we'll go off the record.
5  (Discussion off the record.)
6  BY MR. STECKLER:
7  Q. You indicated that Auto-Owners does own
8  a security in a Louisiana company. Are you a
9  significant shareholder in that company?
10 A. We're not a shareholder at all.
11 Q. You just own stock in the company or an
12 interest -- or why don't you tell me your
13 understanding of it?
14 A. We bought debt.
15 Q. Okay. And what company did you buy debt
16 in?
17 A. It's a power company.
18 Q. In which power company in Louisiana did
19 you buy debt?
20 A. PC&G or E or something like that.
21 Sorry, I don't remember the exact name.
22 Q. And do you recall whether it was a
23 significant amount of debt that you all had
24 bought?

Confidential - Subject to Further Confidentiality Review

Page 149

1  CERTIFICATE
2      I, DIXIE B. VAUGHAN, Certified Court
3  Reporter (LA), NCRA Registered Professional
4  Reporter and Certified LiveNote™ Reporter, do
5  hereby certify that prior to the commencement of
6  the examination, KATHLEEN LOPILATO was duly
7  sworn by me to testify to the truth, the
8  whole truth and nothing but the truth.
9      I DO FURTHER CERTIFY that the foregoing
10 is a verbatim transcript of the testimony as taken
11 stenographically by and before me at the time,
12 place and on the date hereinbefore set forth, to
13 the best of my ability.
14     I DO FURTHER CERTIFY that I am neither a
15 relative nor employee nor attorney nor counsel of
16 any of the parties to this action, and that I am
17 neither a relative nor employee of such attorney or
18 counsel, and that I am not financially interested
19 in the action.
20
21
22 DIXIE B. VAUGHAN
   Certified Court Reporter (LA)
   Registered Professional Reporter
23 Certified LiveNote™ Reporter
24

Golkow Technologies, Inc. - 1.877.370.DEPS

5b1e676c-dd2f-47f6-a36d-c5832a09da6e