UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Co. et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |
| *Centerline Homes Constr. Inc. et al. v. Mid-Continent Casualty Co. et al.* (10-178) | |
| *Northstar Holdings, Inc. et al. v. General Fidelity, Inc. et al.* (10-384) | |

MID-CONTINENT CASUALTY COMPANY'S
EX PARTE MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN EXCESS OF PAGE LIMITATION

**NOW INTO COURT**, through undersigned counsel, comes defendant Mid-Continent Casualty Company, and hereby respectfully requests leave from this Honorable Court to file the attached Reply Memorandum entitled *Mid-Continent Casualty Company's Reply Memorandum in Support of Motions to Dismiss*.  In support of this Motion, Mid-Continent Casualty Company will demonstrate that the Reply Memorandum consists of 15 pages of text which exceed the limitation of ten pages set forth in Rule 7.8.1E of the Local Rules of the United States District Court for the Eastern District of Louisiana.

In support of this Motion, Mid-Continent Casualty Company respectfully submits that plaintiffs were permitted to file an Opposition Memorandum in excess of the page limitations set by the same local rules of this Court. More importantly, the excess pages contained in the Reply Memorandum are necessary to address the arguments raised by plaintiffs so that this Honorable Court may fully consider the merits of the pending jurisdictional motions.

**WHEREFORE**, Mid-Continent Casualty Company respectfully prays that it be allowed to file the attached Reply Memorandum in excess of the page limitation allowed by the local rules of this Court.

Respectfully submitted,

**LARZELERE PICOU WELLS SIMPSON LONERO, LLC**
Two Lakeway Center – Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565

/s/ Lee M. Peacocke
**MORGAN J. WELLS, JR. (La. No. 18499)**
mwells@lpwsl.com
**LEE M. PEACOCKE (La. No. 18374)**
lpeacocke@lpwsl.com

**AND**

HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A.
(Fla. Bar No. 360859)
rkammer@hinshawlaw.com
PEDRO E. HERNANDEZ
(Fla. Bar No. 30365)
phernandez@hinshawlaw.com
9155 S. Dadeland Boulevard – Suite 1600
Miami, Florida 33156
Telephone:  (305) 428-5100
Facsimile:   (305) 577-1063
**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Mid-Continent Casualty Company's Ex Parte Motion for Leave to File Reply Memorandum in Excess of Page Limitations has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of October, 2010.

/s/ Lee M. Peacocke
LEE M. PEACOCKE

3