UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO:<br><br>**BARRY DEMPSTER, et al.**<br>CASE NO. 2:09-5482-EEF-JCW; AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| **T. JACK KENT, et al.,**<br>CASE MP/ 2:10-01110-EEF-JCW; AND | |
| **OMNIBUS COMPLAINT III (GROSS/BENES)**<br>CASE NO. 2:09-6690-EEF-JCW. | |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### VEREEN CLASS MEMBERS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PSC'S MOTION TO ENJOIN STATE COURT PROCEEDINGS IN MUSCOGEE COUNTY, GEORGIA

Vereen Class Members' requests leave to file a supplemental Memorandum in opposition to the PSC's motion to enjoin. On October 28, 2010, a "Joint Motion to Amend Settlement Agreement and Appoint Settlement Administrator" was filed by Class Counsel and Lowe's counsel in *Vereen v. Lowe's Home Centers, Inc.* Case No. SU10-cv-2267B (Super. Ct. Muscogee Cty.). The *Vereen* settlement is the subject of the PSC's motion to enjoin. Vereen Class Members' Supplemental Memorandum in Opposition to PSC's Motion to Enjoin State Court Proceedings in Muscogee County, Georgia, attached to this motion as Exhibit 1, addresses the amendment, which had not been filed when Vereen Class Members' original opposition memorandum was filed. Accordingly, Vereen Class Members' requests that its motion for leave be granted and that Vereen Class Members' Supplemental Memorandum in Opposition to PSC's Motion to Enjoin

State Court Proceedings in Muscogee County, Georgia be filed into the record.

Respectfully submitted,

/s/ Patrick W. Pendley
Patrick W. Pendley
Pendley, Baudin & Coffin LLP
P.O. Box 71
Plaquemine, Louisiana 70765-0071
Tele: 225/687/6396
Fax: 225/687/6398
Email: pwpendley@pbclawfirm.com
Attorney for Plaintiff, Glen Vereen

## CERTIFICATE OF SERVICE

I herby certify that the above and foregoing pleading has been served on Plaintiff's Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of October, 2010.

/s/ Patrick W. Pendley
