UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO:<br><br>**BARRY DEMPSTER, et al.**<br>CASE NO. 2:09-5482-EEF-JCW; AND | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| T. JACK KENT, et al.,<br>CASE MP/ 2:10-01110-EEF-JCW; AND | |
| **OMNIBUS COMPLAINT III (GROSS/BENES)**<br>CASE NO. 2:09-6690-EEF-JCW. | |



### VEREEN SETTLEMENT CLASS COUNSEL MEMORANDUM IN OPPOSITION TO PSC'S MOTION TO ENJOIN STATE COURT PROCEEDINGS IN MUSCOGEE COUNTY, GEORGIA

**MAY IT PLEASE THE COURT:**

On behalf of the Vereen settlement class members, Settlement Class Counsel herewith join in and adoptsthe Opposition Memorandum filed herein by Lowe's on October 28, 2010. Shortly after the preliminary approval order was signed on July , 27, 2010, the PSC has yet to come forward with one (1) proven claim of defective Chinese drywall being purchased from Lowe's. Of the three (3) alleged claims of defective Chinese drywall purchased from Lowe's asserted in this matter, inspection of one property by the Court's inspector revealed no defective drywall of any kind. For the other two claims, Lowe's has repeatedly asked the PSC for evidence that there is Chinese drywall from Lowe's at those properties. The PSC has come forward with no such evidence. Hence, there is, at this point, an unsubstantiated claim of two people of defective Chinese drywall purchased from Lowe's.

Respondents submit that if either or both of the claims, (or even any other claim) were supported by evidence of defective Chinese drywall purchased from Lowe's, the PSC would or should have produced that evidence for scrutiny by the Court and the *Vereen* settling parties. This silence on the part of the PSC, speaks volumes.

The Amended Settlement Agreement, which provides for substantial relief (up to $100,000.00) qualifying settlement class members, as well as the original settlement before the amendment, does not interdict the rights of all class members to bring claims against all tothermanufacturers, vendors and contractors for defective drywall, whether American or allegedly Chinese manufactured. The PSC ignores this important provision in the *Vereen* settlement, which is of great value to claimants, who could recover substantial amounts from Lowe's and still pursue other claims.

The PSC refusal to consider the interest of claimants, who have real and valuable benefits under the *Vereen* settlement, and instead advocate that the claimants sit idly by for some potential, future recovery, rings hollow.

                                                  /s/ Patrick W. Pendley
Patrick W. Pendley
Pendley, Baudin & Coffin LLP
P.O. Box 71
Plaquemine, Louisiana 70765-0071
Tele: 225/687/6396
Fax: 225/687/6398
Email: pwpendley@pbclawfirm.com
Attorney for Plaintiff, Glen Vereen

**CERTIFICATE OF SERVICE**

I herby certify that the above and foregoing pleading has been served on Plaintiff's Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of October, 2010.

/s/ Patrick W. Pendley