UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' STEERING COMMITTEE'S REPLY IN SUPPORT OF RULE TO SHOW CAUSE WHY ATTORNEYS AUSTIN GOWER, ESQ., DON BARRETT, PATRICK W. PENDLEY, DEWITT LOVELACE, WILLIAM B. GAUDET, AND DAVID P. MATTHEWS SHOULD NOT APPEAR BEFORE THE COURT REGARDING THEIR CONDUCT THAT INTERFERES WITH THIS COURT'S CONTINUING JURISDICTION OVER THIS LITIGATION**

None of the attorneys who are subject to our motion for an order enjoining the state court proceedings in Muscogee County, Georgia have explained why they filed their *Vereen* class action outside the confines of this MDL and in interference with the proceedings pending before this Court.  First, they contend that there is no interference because "*Vereen* is simply not a Chinese drywall case.  *Vereen* is a defective domestic-drywall case[.]"[1]  However, it is clear from their responses and the Georgia court order that *Vereen* does in fact include Chinese drywall claims.  Counsel defend their actions by stating that any interference with this Court's jurisdiction would be *de minimus*, as there are allegedly "at most two or three dubious Chinese-manufactured drywall ("CDW") claims against Lowe's Home Centers, Inc. ("Lowe's") in this MDL." Rec. Doc. No. 6051 (Lowe's Mem. at 1).[2]  Because the *Vereen* class is not limited to

---

[1] Rec. Doc. No. 6049 (*Vereen* Class Counsel's Mem. at 3).

[2] There is no reliable evidence of only two or three Chinese drywall claims against Lowe's.  On the contrary, there is evidence of many more claims against Lowe's.  In fact, *Vereen* Class Counsel dismissed from these MDL proceedings numerous claims against Lowe's in conjunction with the filing

purchasers of drywall from Lowe's (the word "Lowe's" does not appear anywhere in the class definition), and because the class includes Chinese drywall claims, all plaintiffs in this MDL are potential *Vereen* class members.  Nothing in the proposed amendment to the *Vereen* settlement even attempts to limit the class definition or the scope of the claims at issue in the settlement.  It is fairly clear at this point that all parties to the *Vereen* settlement want Chinese drywall claims to be settled in the Georgia suit.

Lowe's attorneys protest that "Lowe's was never invited to any of the settlement discussions...."  Affidavit of William B. Gaudet, ¶ 8.  Defense liaison counsel made clear at the recent status conference that with regard to settlement, all parties are "encourage[d] ... to contact us, work with us, we'll have mediations, we'll have meetings.  It's our goal to get as many participants in the program as it involves."  Transcript of Status Conference, 10/14/10, at p.10:14-16.  Other defendants have negotiated with the PSC to settle their cases before this Court.  The door remains open.

It seems clear, though, that the architects of the *Vereen* settlement chose the venue of Muscogee County because Georgia law permits them to "so stipulate" to all class action requirements without having to present any proof whatsoever that the terms of the class are proper.  *See* Ga. Code Ann., § 9-11-23(f)(3) ("When deciding whether a requested class is to be certified, ... the court may treat a [required] factor as having been established if all parties to the action have so stipulated on the record.").  They should not be able to achieve an end-run around the jurisdiction of this Court.

Attorneys Austin Gower, Esq., Don Barrett, Patrick W. Pendley, Dewitt Lovelace,

---

of their action in Georgia.  *See* PSC's Motion to Enjoin at 4-5.  These counsel have conflicts of interest by way of their attempt to represent the *Vereen* class while at the same time representing clients with Chinese drywall claims against other defendants in this MDL.  The *Vereen* class is overly broad and includes all MDL plaintiffs.  The settlement in *Vereen* inappropriately eliminates the claims of those MDL litigants.

William B. Gaudet and David P. Matthews should appear before the Court to explain their conduct that interferes with this Court's continuing jurisdiction over this litigation.

                                      Respectfully submitted,

Dated: November 1, 2010                    /s Russ M. Herman
                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  LDavis@hhkc.com
                                                  *Plaintiffs' Liaison Counsel*
                                                  *MDL 2047*

                                                  Arnold Levin (On the Brief)
                                                  Fred S. Longer (On the Brief)
                                                  Sandra L. Duggan (On the Brief)
                                                  Levin, Fishbein, Sedran & Berman
                                                  510 Walnut Street, Suite 500
                                                  Philadelphia, PA 19106
                                                  215-592-1500 (phone)
                                                  215-592-4663 (fax)
                                                  Alevin@lfsblaw.com
                                                  *Plaintiffs' Lead Counsel*
                                                  *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Reply in Support of Rule to Show Cause Why Attorneys Austin Gower, Esq., Don Barrett, Patrick W. Pendley, Dewitt Lovelace, William B. Gaudet, and David P. Matthews Should Not Appear Before the Court Regarding Their Conduct That Interferes with this Court's Continuing Jurisdiction over this Litigation has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2010.

Additionally, a copy of the foregoing Plaintiffs' Steering Committee's Reply in Support of Rule to Show Cause Why Attorneys Austin Gower, Esq., Don Barrett, Patrick W. Pendley, Dewitt Lovelace, William B. Gaudet, and David P. Matthews Should Not Appear Before the Court Regarding Their Conduct That Interferes with this Court's Continuing Jurisdiction over this Litigation will be served via FedEx to the following parties, on the 1st day of November, 2010:

The Honorable Bobby Peters
Superior Court Judge
100 10th Street
Columbus, GA 31901

Austin Gower, Esquire
1425 Wynnton Road
Columbus, GA 31906

Don Barrett, Esquire
Don Barrett, PA
404 Court Square
Lexington, MS 39095

Patrick W. Pendley, Esquire
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Plaquemine, LA 70764

Witt Lovelace, Esquire
Lovelace Law Firm, PA
12870 US Hwy. 98 West
Miramar Beach, FL 32550

Jannea S. Rogers, Esquire
Adams and Reese, LLP
11 N. Water Street, Ste. 23200
Mobile, AL 36602

William B. Gaudet, Esquire
Francis V. Liantonio, Jr., Esquire
Adams and Reese, LLP
701 Poydras Street, Ste. 4500
New Orleans, LA 70139

David P. Matthews, Esquire
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

/s/
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047
*Co-counsel for Plaintiffs*