**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Co. et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |
| *Centerline Homes Constr. Inc. et al. v. Mid-Continent Casualty Co. et al.* (10-178) | |
| *Northstar Holdings, Inc. et al. v. General Fidelity, Inc. et al.* (10-384) | |

**ORDER**

Considering the foregoing Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that leave of Court is

hereby granted Mid-Continent Casualty Company to file its Reply Memorandum in Support of

Motions to Dismiss.

New Orleans, Louisiana this  29th   day of  October               , 2010.

_____
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF LOUISIANA**