# EXHIBIT A



**INTERIOR / EXTERIOR BUILDING SUPPLY LIMITED PARTNERSHIP**
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/23/06 | 962846-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/19/06 | 20738425 | 1 |

CUST.#: 299

SHIP TO: LOWES STOEW #594
LOT 2 ACTON MEADOWS
TRUSSVILLE, AL

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| SRC | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 131 | 0 | 131 | PC | 300.00 | MSF | 1886.40 |
| | PUT 114 UPSTAIRS<br>PUT  17 DOWNSTAIRS | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 131 | | | Total<br>Invoice Total | 1886.40<br>1886.40 |

Cash Discount    18.86   If Paid By 06/21/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19884