# EXHIBIT B



**Delta Computer Systems, Inc.**

Copyright 2000

# Property Link
## ST. CLAIR COUNTY, AL

Current Date **11/ 1/2010**　　　　　　　　　　　　　　　　　Tax Year **2010**
　　　　　　　　　　　　　　　　　　　　　　　Records Last Updated **10/29/2010**

### PROPERTY DETAIL

| | | |
|---|---|---|
| **OWNER** | HOWARD HILLARY K<br>85 ACTON LOOP RD<br><br>MOODY, AL 35004 | **ACRES : **NA**<br><br>**APPRAISED VALUE:** 132360<br>**ASSESSED :** 13240 |
| **PARCEL** | 25-06-13-0-000-001.008 | |
| **ADDRESS** | 85 ACTON LOOP RD | |

### TAX INFORMATION

| YEAR 2010 | TAX DUE | PAID | BALANCE |
|---|---|---|---|
| | 428.64 | 0.00 | 428.64 |

LAST PAYMENT DATE **NA**

### MISCELLANEOUS INFORMATION

| | | |
|---|---|---|
| **EXEMPT CODES** | H1 | **DESCRIPTION** LOT 2 ACTON MEADOWS S/D MB 200 5-92 13-16-1 |
| **TAX DISTRICT** | 03 | |
| **PPIN** | 057833 | Entry 00 |
| **ESCAPE YEAR** | | |
| **ACCOUNT NUMBER** | 523917 | |

### TAX HISTORY

| Year | Owner | Total Tax | Paid(Y/N) |
|---|---|---|---|
| 2009 | HOWARD HILLARY K | 428.64 | Y |
| 2008 | HOWARD HILLARY K | 428.64 | Y |
| 2007 | HOWARD HILLARY K | 428.64 | Y |

### TAX SALES

| Year | Sold To | Redeemed By |
|---|---|---|
| | **NO TAX SALES FOUND** | |

View Appraisal Record

Back

Home | Search | Real Property | Appraisals | Terms of Use | Privacy Policy | Contact Us | Help

| | |
|---|---|
| This instrument was prepared by:<br>CHAMBLEE, MALONE & ASSOCIATES, L.L.C.<br>5582 APPLE PARK DRIVE<br>BIRMINGHAM, ALABAMA 35235 | SEND TAX NOTICE TO:<br>HILLARY K. HOWARD<br>85 ACTON LOOP<br>MOODY, AL 35004 |

STATE OF ALABAMA            )
                            )   **CORPORATION FORM GENERAL WARRANTY DEED**
COUNTY OF ST. CLAIR         )

KNOW ALL MEN BY THESE PRESENTS: That in consideration of **One Hundred Thirty-Three Thousand Four Hundred and 00/100 ($133,400.00)** DOLLARS, to the undersigned GRANTOR in hand paid by GRANTEE the receipt whereof is hereby acknowledged, I, **J&J HOMES, LLC** (hereinafter referred to as GRANTOR), do hereby grant, bargain, sell and convey unto, **HILLARY K. HOWARD** (hereinafter referred to as GRANTEE), her heirs and assigns, the following described Real Estate, lying and being in the County of St. Clair, State of Alabama, to-wit:

LOT 2, ACCORDING TO THE SURVEY OF ACTON MEADOWS FINAL PLAT, AS RECORDED IN MAP BOOK 2005, PAGE 92, IN THE PROBATE OFFICE OF ST. CLAIR COUNTY, ALABAMA, PELL CITY DIVISION.

SUBJECT TO: (1) Taxes for the year 2006 and subsequent years. (2) Easements, restrictions, reservations, rights-of-way, limitations, covenants and conditions of record, if any. (3) Mineral and mining rights, if any.

$106,700.00 of the above purchase price was paid from the proceeds of a mortgage loan closed simultaneously herewith.

TO HAVE AND TO HOLD to the said GRANTEE, her heirs and assigns.

AND SAID GRANTOR, for said GRANTOR, GRANTOR'S heirs, successors, executors and administrators, covenants with GRANTEE, and with GRANTEE'S heirs and assigns, that GRANTOR is lawfully seized in fee simple of the said Real Estate; that said Real Estate is free and clear from all Liens and Encumbrances, except as herein above set forth, and that GRANTOR will, and GRANTOR'S heirs, executors and administrators shall, warrant and defend the same to said GRANTEE, and GRANTEE'S heirs and assigns, forever against the lawful claims of all persons.

IN WITNESS WHEREOF, said GRANTOR has hereunto set his hand and seal this the 11th day of August, 2006.

J&J HOMES, LLC

_____, Member
JEFFREY E. JONES, MEMBER

2006   11011
Recorded in the Above
DEED  Book & Page
08-16-2006  08:14:40 AM
Wallace Wyatt Jr - Probate Judge
St. Clair County, Alabama

STATE OF ALABAMA            )
                            :
COUNTY OF JEFFERSON         )

I, the undersigned, a Notary Public, in and for said County and State, hereby certify that **JEFFREY E. JONES**, whose name as **MEMBER** of **J&J HOMES, LLC**, is signed to the foregoing Instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 11th day of August, 2006.

Book/Pg: 2006/11011

My Commission Expires: 5-27-08



Recorded: 8-10-2006 08:14:53
CER Certification Fee
DEE Deed Tax
PDF Special Index Fee
REC Recording Fee
Total Fees: $ 10.00

File # 06-0941