# EXHIBIT C

# AmeriSpec Home Inspection Service

**3936 Valley Bend Drive, Moody, AL 35004**
**1(877) 787-7732**

| | | | |
|---|---|---|---|
| Inspection No: | 09438 | Inspector: | Jamey Russell |
| Inspection Date: | 11/24/2009 | | |
| Dwelling: | 85 Acton Loop<br>Moody, AL | | |
| Client: | Hillary Howard | | |



AmeriSpec Home Inspection Service
This is a Confidential Report prepared for client only. Any Use by Unauthorized Persons Prohibited © 2002 AmeriSpec, Inc.
AmeriSpec is a registered trademark of AmeriSpec, Inc. AmeriSpec services provided by either independently owned and operated franchise or corporate owned office, depending on location.

# AmeriSpec Home Inspection Service

**3936 Valley Bend Drive, Moody, AL 35004**
**1(877) 787-7732**

| | | |
|---|---|---|
| 1004 | Property Information | This inspection was limited to a review of the home to determine the presence or absence of Chinese drywall in the home and/or if the home is experiencing symptoms and events consistent with the home containing defective Chinese drywall.  This inspection is not a complete home inspection and this inspector did not undertake to inspect for any items other than the presence of Chinese drywall or the symptoms exhibited by defective Chinese drywall.  Chinese drywall was identified as being used in the construction or remodeling of this home. |
| | |  Chinese drywall was shipped to the United States and received between 2004-2007.  For many people the first sign that they may have a drywall problem is the presence of a strong sulfur odor - often described as the smell of rotten eggs.  In some cases, the odor is so bad people are unable to live in their homes.  Air-conditioning evaporator coils, which are supposed to last a decade or more, are corroding and failing in homes only a few years old.  Pipes and wiring may also be deteriorating/discoloring because of the Chinese drywall fumes.  Client should consult with a qualified industrial hygienist to develop a remediation plan. For additional information about Chinese drywall, client can learn more about this material at http://www.chinesedrywall.com/. |

AmeriSpec Home Inspection Service
This is a Confidential Report prepared for client only. Any Use by Unauthorized Persons Prohibited © 2002 AmeriSpec, Inc.
AmeriSpec is a registered trademark of AmeriSpec, Inc.  AmeriSpec services provided by either independently owned and operated franchise or corporate owned office, depending on location.

## AmeriSpec Home Inspection Service

**3936 Valley Bend Drive, Moody, AL 35004**
**1(877) 787-7732**







AmeriSpec Home Inspection Service
This is a Confidential Report prepared for client only. Any Use by Unauthorized Persons Prohibited © 2002 AmeriSpec, Inc.
AmeriSpec is a registered trademark of AmeriSpec, Inc. AmeriSpec services provided by either independently owned and operated franchise or corporate owned office, depending on location.

*Page 4*

# AmeriSpec Home Inspection Service

**3936 Valley Bend Drive, Moody, AL 35004**
**1(877) 787-7732**







AmeriSpec Home Inspection Service
This is a Confidential Report prepared for client only. Any Use by Unauthorized Persons Prohibited © 2002 AmeriSpec, Inc.
AmeriSpec is a registered trademark of AmeriSpec, Inc.  AmeriSpec services provided by either independently owned and operated franchise or corporate owned office, depending on location.

# AmeriSpec Home Inspection Service

**3936 Valley Bend Drive, Moody, AL 35004**
**1(877) 787-7732**







AmeriSpec Home Inspection Service
This is a Confidential Report prepared for client only. Any Use by Unauthorized Persons Prohibited © 2002 AmeriSpec, Inc.
AmeriSpec is a registered trademark of AmeriSpec, Inc.  AmeriSpec services provided by either independently owned and operated franchise or corporate owned office, depending on location.

# AmeriSpec Home Inspection Service

**3936 Valley Bend Drive, Moody,AL 35004**
**1(877) 787-7732**







AmeriSpec Home Inspection Service
This is a Confidential Report prepared for client only. Any Use by Unauthorized Persons Prohibited © 2002 AmeriSpec, Inc.
AmeriSpec is a registered trademark of AmeriSpec, Inc.  AmeriSpec services provided by either independently owned and operated franchise or corporate owned office, depending on location.