# EXHIBIT D



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 09/11/06 | 493864-00 |
| PO DATE | P.O. NO. | PAGE # |
| 09/05/06 | 25141228 | 1 |

CUST.#:  299

SHIP TO: LOWES OF HOUMA STORE #596
135 EUREKA DRIVE
TOD/ 985-637-2028
HOUMA, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| AJH *STOCK FIRST FLOOR* | | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 09/08/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 136 | 0 | 136 | PC | 300.00 | MSF | 1958.40 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4858FC | 52 | 0 | 52 | PC | 350.00 | MSF | 582.40 |
|   | 4' X 8' X 5/8" F/C GYP. BOARD 32 SF/PC | | | | | | | |

```
****************************************************************
STOCK FIRST FLOOR IN APTS. C & D.  USE DRIVEWAY TO ROLL
MATERIAL INTO APARTMENTS.  TOD WILL DIRECT DISTRIBUTION.
CALL CUSTOMER BEFORE DELIVERY.
JOBSITE IS NEXT TO A L BOURGEOIS SCHOOL OFF HWY 24.
ADD'L CONTACT:  JEFF/ LOWES/ 985-223-0678.
****************************************************************
```

| 2 | Lines Total | Qty Shipped Total | 188 | | Total | 2540.80 |
|---|---|---|---|---|---|---|
|   | | | | | Invoice Total | 2540.80 |

Cash Discount     25.41  If Paid By 10/10/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19838



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

**INVOICE**

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 09/21/06 | 494563-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 09/15/06 | 26281189 | 1 |

CUST.#:  299

SHIP TO:  LOWES OF HOUMA STORE #596
344 CHATEAU DRIVE
TOD/ 985-637-2028
LOCKPORT, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| AJH *BOOM 1ST FLOOR* | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 09/20/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 220 | 0 | 220 | PC | 302.00 | MSF | 3189.12 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |

********************************************************
BOOM 1ST FLOOR.  BOOM 1ST FLOOR.  BOOM 1ST FLOOR.
LAST HOUSE ON RIGHT ON CHATEAU DRIVE.
********************************************************

| 1 | Lines Total | Qty Shipped Total | 220 | | | Total | 3189.12 |
|---|---|---|---|---|---|---|---|
| | | | | | | Invoice Total | 3189.12 |

Cash Discount     31.89  If Paid By 10/20/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19839



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

**INVOICE**

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/23/06 | 575254-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/20/06 | 8582927 | 1 |

CUST.#:  299

SHIP TO:  JIM WALTER HOMES
8623 M.G BLOUNT ROAD

DENHAM SPRING, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MIS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 02/23/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************ | | | | | | | |
| | ************************************ | | | | | | | |
| | FLORIDA TO BATON ROUGE CONT HWY 16 TAKE | | | | | | | |
| | A RIGHTTHEN GO APROX 1 ML LOOK FOR GRAVEL ROAD | | | | | | | |
| | ON LEFT MG BLOUNT ROAD | | | | | | | |
| | SHOULD SEE JIM WALTER HOME | | | | | | | |
| | JHON | | | | | | | |
| | 252-0408 | | | | | | | |
| | ************************************ | | | | | | | |
| | ************************************ | | | | | | | |
| 1 | 41212R | 72 | 0 | 72 | PC | 266.00 | MSF | 919.30 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 330.00 | MSF | 63.36 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 4 | 41258FC | 27 | 0 | 27 | PC | 310.00 | MSF | 401.76 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 3 | Lines Total | Qty Shipped Total | | 105 | | Total | | 1384.42 |
| | | | | | | Invoice Total | | 1384.42 |

Cash Discount      13.84  If Paid By 03/24/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19840



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/10/06 | 575671-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/07/06 | 11232901 | 1 |

CUST.#:   299

SHIP TO:  LOWES CO #461
JIM WALTER HOME/TAMEKIA BROWN
10736 BROWN ROAD
ST FRANCESVILLE, LA 70775

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| MIS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************* | | | | | | | |
| | ************************************* | | | | | | | |
| | TK FLORIDA TO US 61 TK RIGHT GO 5.3 MILES TO | | | | | | | |
| | I - 110 N THEM TK RIGHT AND GO TO 2.2 MI TO | | | | | | | |
| | EXIT 8B US 61 N GO 29.1 MI TO BROWN ROAD | | | | | | | |
| | TAKE A RIGHT TO PROPERTY ON THE LEFT | | | | | | | |
| | SEAN 806-6662 | | | | | | | |
| | ************************************* | | | | | | | |
| | ************************************* | | | | | | | |
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 118 | 0 | 118 | PC | 266.00 | MSF | 1506.62 |
| 2 | 4812MR<br>4' X 8' X 1/2" M/R GYP. BD. 32 SF | 6 | 0 | 6 | PC | 330.00 | MSF | 63.36 |
| 3 | 41258FC<br>4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | 56 | 0 | 56 | PC | 310.00 | MSF | 833.28 |
| 3 | Lines Total | Qty Shipped Total | | 180 | | Total | | 2403.26 |
| | | | | | | Invoice Total | | 2403.26 |

Cash Discount       24.03  If Paid By 04/08/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19841



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/30/06 | 575673-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/07/06 | 11232901 | 1 |

CUST.#:    299

SHIP TO:  LOWES CO #461
JIM WALTE HOME/REGINA McCRAY
LOT 19 N.L PALMER ROAD
JACKSON, LA 70748

REMIT TO:    **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| MIS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/29/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 94 | 0 | 94 | PC | 266.00 | MSF | 1200.19 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 330.00 | MSF | 63.36 |
|   | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 3 | 41258FC | 29 | 0 | 29 | PC | 310.00 | MSF | 431.52 |
|   | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 3 | Lines Total | Qty Shipped Total | | 129 | | Total | | 1695.07 |
|   | | | | | | Invoice Total | | 1695.07 |

Cash Discount      16.95   If Paid By 04/28/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19842



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/12/06 | 575675-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/07/06 | 11232817 | 1 |

CUST.#:  299

SHIP TO: LOWES CO #461
JIM WALTER HOME/DARRELL DAVIS
32790 BOWIE ST
WHITE CASTLE, LA 70714

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MIS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 05/11/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ****************************** | | | | | | | |
| | SEAN WILL FAX DIRECTIONS | | | | | | | |
| | ****************************** | | | | | | | |
| 1 | 41212R | 72 | 0 | 72 | PC | 266.00 | MSF | 919.30 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 330.00 | MSF | 63.36 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 3 | 41258FC | 27 | 0 | 27 | PC | 310.00 | MSF | 401.76 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| | | | | | | | | |
| 3 | Lines Total         Qty Shipped Total | | | 105 | | | Total | 1384.42 |
| | | | | | | | Invoice Total | 1384.42 |

Cash Discount      13.84  If Paid By 06/10/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19843



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/28/06 | 576081-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/21/06 | 11233091 | 1 |

CUST.#:  299

SHIP TO:
LOWES CO #461/JIM WALTER
HARRY F DAWSON
37515 WEBB ROAD
DENHAM SPRING, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MIS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/27/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 64 | 0 | 64 | PC | 266.00 | MSF | 817.15 |
| 2 | 4812MR 4' X 8' X 1/2" M/R GYP. BD. 32 SF | 6 | 0 | 6 | PC | 330.00 | MSF | 63.36 |
| 3 | 41258FC 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | 22 | 0 | 22 | PC | 310.00 | MSF | 327.36 |
| 3 | Lines Total | Qty Shipped Total | | 92 | | Total | | 1207.87 |
| | | | | | | Invoice Total | | 1207.87 |

Cash Discount     12.08  If Paid By 04/26/06

Last Page



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/10/06 | 577365-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/04/06 | 15071096 | 1 |

CUST.#:   299

SHIP TO:
LOWES CO #461/JIM WALTER HOME
6228 BARNES LANE
**( see DIRECTIONS**
CLINTON, LA 70815

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MIS | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BATON ROUGE BRANCH | DEL/OUR TRCK | 05/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 68 | 0 | 68 | PC | 296.00 | MSF | 966.14 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 365.00 | MSF | 70.08 |
|  | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 3 | 41258FC | 23 | 0 | 23 | PC | 340.00 | MSF | 375.36 |
|  | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 3 | Lines Total | Qty Shipped Total | | 97 | | Total | | 1411.58 |
|  | | | | | | Invoice Total | | 1411.58 |

Cash Discount     14.12  If Paid By 06/08/06

Last Page



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/10/06 | 577367-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/04/06 | 15071095 | 1 |

CUST.#:  299

SHIP TO:
LOWES CO #461
JIM WALTER HOME
11902 RIST ROAD
CLINTON, LA 70815

REMIT TO:   **P.O. BOX 4002**
            **NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   **INTERIOR / EXTERIOR BUILDING SUPPLY**
                     **P. O. BOX 4002**

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

                     **NEW ORLEANS, LA 70178**

| INSTRUCTIONS | TERMS |
|---|---|
| MIS | 1% 29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BATON ROUGE BRANCH | DEL/OUR TRCK | 05/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 116 | 0 | 116 | PC | 296.00 | MSF | 1648.13 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 365.00 | MSF | 70.08 |
|   | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 3 | 41258FC | 52 | 0 | 52 | PC | 340.00 | MSF | 848.64 |
|   | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 3 | Lines Total | Qty Shipped Total | | 174 | | Total | | 2566.85 |
|   | | | | | | Invoice Total | | 2566.85 |

Cash Discount      25.67  If Paid By 06/08/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19846



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/15/07 | 585792-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/12/07 | 30586944 | 1 |

CUST.#:         299

SHIP TO:  LOWES CO #461/HABITA HUMMATY
4523 WELLS ST
CONTACT DENNY 229-7484
BATON ROUGE, LA 70815

REMIT TO:     P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MIS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/14/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************ | | | | | | | |
| | STOCK SINGLE STIRY HOME DELIVER 03/13/07 | | | | | | | |
| 1 | 41212R | 100 | 0 | 100 | PC | 254.00 | MSF | 1219.20 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 319.00 | MSF | 61.25 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| | | | | | | | | |
| 2 | Lines Total        Qty Shipped Total | | | 106 | | | Total | 1280.45 |
| | | | | | | | Invoice Total | 1280.45 |

Cash Discount      12.80  If Paid By 04/13/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19847



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/15/07 | 585793-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/12/07 | 30586945 | 1 |

CUST.#:   299

SHIP TO:  LOWES CO #461/HABITA HUMANITY
2435 VALLEY ST
DENNY 229-7484
BATON ROUGE, LA 70815

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MIS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/14/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ***************************** | | | | | | | |
| | STOCK SINGLE STORY HOME DELIVER 3/13/07 | | | | | | | |
| 1 | 41212R | 100 | 0 | 100 | PC | 254.00 | MSF | 1219.20 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 319.00 | MSF | 61.25 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 2 | Lines Total          Qty Shipped Total | | | 106 | | Total | | 1280.45 |
| | | | | | | Invoice Total | | 1280.45 |

Cash Discount      12.80  If Paid By 04/13/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19848



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 01/26/06 | 960353-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 01/24/06 | 14201896. | 1 |

CUST.#:       299

SHIP TO:   LOWES STOEW #594
CHARLES MARTIN
ALAN# 337-4601
SPRINGVILLE/ASHVILLE, AL

REMIT TO:     P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 01/25/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 541212R | 94 | 0 | 94 | PC | 295.00 | MSF | 1497.42 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 101 | 0 | 101 | PC | 280.00 | MSF | 1357.44 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |

|   | 2 | Lines Total | Qty Shipped Total | 195 | | Total | 2854.86 |
|---|---|---|---|---|---|---|---|
| | | | | | | DEL | 30.00 |
| | | | | | | Invoice Total | 2884.86 |

Cash Discount     28.55  If Paid By 02/24/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19849



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/09/06 | 960644-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/06/06 | 15047924 | 1 |

CUST.#:          299

SHIP TO:   LOWES STOEW #594
225 BEECH ST.

BIRMINGHAM, AL

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 02/08/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | GO DOWN MONTEVALLO ROAD THRU TOWN AND TURN LEFT ON EUCLID. | | | | | | | |
| | THEN TURN RIGHT ON BEECH STREET.. | | | | | | | |
| 1 | 541212R | 16 | 0 | 16 | PC | 295.00 | MSF | 254.88 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 64 | 0 | 64 | PC | 280.00 | MSF | 860.16 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 80 | | | Total | 1115.04 |
| | | | | | | | HANDLING | 80.00 |
| | | | | | | | Invoice Total | 1195.04 |

Cash Discount      11.15  If Paid By 03/10/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19850



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/10/06 | 960645-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/06/06 | 15047900 | 1 |

CUST.#:   299

SHIP TO:
LOWES STOEW #594
LOT# 51 RIDGEFIELD

MARGERET, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
|  | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 02/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 541212R | 81 | 0 | 81 | PC | 295.00 | MSF | 1290.33 |
|  | 54" X 12' X 1/2" REGULAR 54 SF/EA |  |  |  |  |  |  |  |
| 2 | 41212R | 77 | 0 | 77 | PC | 280.00 | MSF | 1034.88 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC |  |  |  |  |  |  |  |
| 2 | Lines Total | Qty Shipped Total |  | 158 |  | Total | | 2325.21 |
|  |  |  |  |  |  | Invoice Total | | 2325.21 |

Cash Discount     23.25  If Paid By 03/11/06

Last Page



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/13/06 | 960646-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 02/06/06 | 15047901 | 1 |

CUST. #.  299

SHIP TO:
LOWES STOEW #594
LOT# 52 RIDGEFIELD

MARGERET, AL

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%.29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 02/10/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 541212R | 81 | 0 | 81 | PC | 295.00 | MSF | 1290.33 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 77 | 0 | 77 | PC | 280.00 | MSF | 1034.88 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 158 | | Total | | 2325.21 |
| | | | | | | Invoice Total | | 2325.21 |

Cash Discount       23.25  If Paid By 03/14/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19852



**NEW ORLEANS • MANDEVILLE**
**BATON ROUGE • BIRMINGHAM**
**MOBILE • GULFPORT • HOUSTON**
**FOLEY • LAFAYETTE • LONGVIEW**
**TUSCALOOSA • SHREVEPORT**

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/13/06 | 960691-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 02/08/06 | 15048068 | 1 |

CUST.#: 299

SHIP TO:
LOWES STOEW #594
LOT# 25 FERN CREEK

SPRINGVILLE, AL

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 02/10/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|

GO TO SPRINGVILLE EXIT AND GO LEFT. GO TO HWY 11 AND GO
LEFT, GO A FEW BLOCKS AND TURN LEFT ON MNT VIEW LANE, GO ALL
THE WAY UP THE MNT. AND JUST PAST THE FIRE DEPARTMENT, TURN
RIGHT INTO SUBDIVSION, IT WILL BE THE 3RD HOUSE ON THE RIGHT

| 1 | 541212R | 84 | 0 | 84 | PC | 295.00 | MSF | 1338.12 |

54" X 12' X 1/2" REGULAR 54 SF/EA
*****************************************************
8 PIECES OF 54 X 12 UPSTAIRS
68 PIECES 54 X 12 MAIN
8 PIECES OF 54 X 12 IN BASEMENT

| 2 | 41212R | 118 | 0 | 118 | PC | 280.00 | MSF | 1585.92 |

4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC
*****************************************************
68 PIECES OF 4 X 12 REGULAR UPSTAIRS
50 PIECES OF 4 X 12 R ON MAIN

| 2 | Lines Total | | Qty Shipped Total | 202 | | Total | | 2924.04 |
| | | | | | | Invoice Total | | 2924.04 |

Cash Discount     29.24  If Paid By 03/14/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19853



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/20/06 | 960848-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/15/06 | 15048352 | 1 |

CUST.#:        299

SHIP TO:  LOWES STOEW #594
LOT# 52 RIDGEFIELD

MARGERET, AL

REMIT TO:     **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:     INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 02/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | .. | | | | | | | |
| | 10 PCS OF REGULAR AT NO CHARGE---DAMAGED BOARD REPLACEMENT | | | | | | | |
| | PUT THE REGULAR ON THE MAIN LEVEL AND THE STRETCH IN THE BASEMENT.. | | | | | | | |
| | . | | | | | | | |
| | . | | | | | | | |
| 1 | 541212R | 10 | 0 | 10 | PC | 295.00 | MSF | 159.30 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 10 | 0 | 10 | PC | 0.00 | MSF | 0.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 20 | | | | |

Total · 159.30
DEL 20.00
Invoice Total 179.30

Cash Discount       1.59  If Paid By 03/21/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19854



**INTERIOR / EXTERIOR**
**BUILDING SUPPLY**
**LIMITED PARTNERSHIP**
**504-488-1998**

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| I/E VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/21/06 | 960937-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/17/06 | 15797756 | 1 |

CUST.#:  299

SHIP TO:  LOT# 707  ;EXINGTON ROAD

VESTAVIA HILLS, AL

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 02/20/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | GO HWY 31 TO VESTAVIA AND TURN LEFT ON KENTUCKY, THEN TURN RIGHT ON LEXINGTON ROAD....LOOK FOR HOUSE # 707 LEXINGTON ROAD / | | | | | | | |
| 1 | 541212R 54" X 12' X 1/2" REGULAR 54 SF/EA | 18 | 0 | 18 | PC | 295.00 | MSF | 286.74 |
| 2 | 41212R 4' X 12' X /2" REGULAR SHEETROCK  48SF/PC | 42 | 0 | 42 | PC | 280.00 | MSF | 564.48 |
| 2 | Lines Total | Qty Shipped Total | | 60 | | Total | | 851.22 |
| | | | | | | DEL | | 20.00 |
| | | | | | | Invoice Total | | 871.22 |

Cash Discount      8.51  If Paid By 03/22/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19855



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/23/06 | 960963-00 |

| PO DATE | P.O. NO. | PAGE# |
|---|---|---|
| 02/20/06 | 15797851 | 1 |

CUST.#:            299

SHIP TO:
LOWES STOEW #594
SOUTHERN CUSTOM HOMES
CO RD # 55  # DON 368-7790
CLANTON, AL

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
|  | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 02/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | .. PLEASE BE SO CAREFUL WITH BOARD AND ESPECIALLY THE WINDOWS...HE HAS REPLACED THEM 2 TIMES ALREADY FROM DAMAGE..PUT BACK IN WHEN FINISHED.. | | | | | | | |
| | .. PUT 79 REGULAR AND 18 GREEN UP.. | | | | | | | |
| | .. SPREAD ALL BOARD AROUND IN ALL ROOMS POSSIBLE . | | | | | | | |
| 1 | 4812MR 4' X 8' X 1/2" M/R GYP. BD. 32 SF | 36 | 0 | 36 | PC | 320.00 | MSF | 368.64 |
| 2 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 115 | 0 | 115 | PC | 280.00 | MSF | 1545.60 |
| 3 | 541212R 54" X 12' X 1/2" REGULAR 54 SF/EA | 82 | 0 | 82 | PC | 295.00 | MSF | 1306.26 |
| 4 | JTAPE JOINT TAPE 250' ROLL 20 ROLLS/CASE | 8 | 0 | 8 | ROLL | 1.80 | ROLL | 14.40 |

| 4 | Lines Total | Qty Shipped Total | 241 | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total | | 3234.90 |
| | | | | | DEL | | 30.00 |
| | | | | | Invoice Total | | 3264.90 |

Cash Discount        32.35  If Paid By 03/24/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19856



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

**INVOICE**

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/23/06 | 961015-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 02/22/06 | 15797928 | 1 |

CUST.#:  299

SHIP TO:  LOWES STOEW #594
LOT 51 RIDGEFIELD

BIRMINGHAM, AL

REMIT TO:  **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| SRC | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 02/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 8 | 0 | 8 | PC | 280.00 | MSF | 107.52 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 8 | | Total | | 107.52 |
|  | | | | | | Invoice Total | | 107.52 |

Cash Discount    1.08  If Paid By 03/24/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1⁄2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19857



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/06/06 | 961181-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/02/06 | 15198204 | 1 |

CUST.#:   299

SHIP TO:
LOWES STORE #594
2173 MOUNTAIN VIEW RD

IRONDALE, AL 35210

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| KMD | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 03/03/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 112 | 0 | 112 | PC | 285.00 | MSF | 1532.16 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 541212R | 12 | 0 | 12 | PC | 295.00 | MSF | 191.16 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |

```
***************************************************
    GO 59 TOWARD TRUSSVILLE TAKE 459 SOUTH.  TAKE EXIT 31 GO
    RIGHTTOAMBER HILLS ROAD. TURN LEFT (UP HILL) GO TO THE TOPE
    OF THE SECOND HILL TURN RIGHT, MOUNTAIN VIEW, THE HOUSE IS
    ON THE LEFT 1/4 MILE FROM AMBER HILLS FELT ROOF ON HOUSE.
    PLACE ALL IN THE MIDDLE OF ROOM GO THROUGH FRONT DOOR
```

  2   Lines Total            Qty Shipped Total         124       Total            1723.32
                                                                 DEL                20.00
                                                                 Invoice Total    1743.32

Last Page

                                    Cash Discount      17.23   If Paid By 04/04/06



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/07/06 | 961210-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/03/06 | 16576422 | 1 |

CUST.#:    299

SHIP TO:  LOWES STOER #594
LOT # 8 MEDOW BROOK
PELL CITY
PELLCITY, AL

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 03/06/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 36 | 0 | 36 | PC | 280.00 | MSF | 483.84 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 541212R | 110 | 0 | 110 | PC | 300.00 | MSF | 1782.00 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |

*************************************************
TAKE OLD 78 HWY, PASS 84 LUMBER, TURN RIGHT @ CHARLIES
CATFISH ON HANDWICK.  GO ONE MILE & TURN INTO MEADOW BROOK,
4TH HOUSE ON RIGHT

| 2 | Lines Total | Qty Shipped Total | 146 | Total | 2265.84 |
|---|---|---|---|---|---|
| | | | | Freight In | 30.00 |
| | | | | Invoice Total | 2295.84 |

Cash Discount     22.66  If Paid By 04/05/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19859



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

**INVOICE**

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/22/06 | 961502-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/16/06 | 17488857 | 1 |

CUST.#:     299

SHIP TO:
LOWES STOEW #594
LOT # 84-A

TRUSSVILLE, AL

REMIT TO:     **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:     INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | | 03/21/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 100 | 0 | 100 | PC | 295.00 | MSF | 1416.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | ************************************* | | | | | | | |
| | 64 PIECES REGULAR IN BASEMENT | | | | | | | |
| 2 | 541212R | 96 | 0 | 96 | PC | 315.00 | MSF | 1632.96 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| | ************************************* | | | | | | | |
| | TAKE HWY 11 , GO THROUGH SPRINGVILLE JUST PAST HIGHSCHOOL, McDONALD FARMS ON LEFT | | | | | | | |

| 2 | Lines Total | Qty Shipped Total | 196 | Total | 3048.96 |
|---|---|---|---|---|---|
| | | | | Invoice Total | 3048.96 |

Cash Discount        30.49  If Paid By 04/20/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19860



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/24/06 | 961600-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/22/06 | 17489048 | 1 |

CUST.#: 299

SHIP TO: LOWES STOEW #594
804 TWIN RIDGE DR.

GARDENDAL, AL

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 03/23/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 138 | 0 | 138 | PC | 295.00 | MSF | 1954.08 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| | *********************************************** | | | | | | | |
| | 90 P. REGULAR UP-STAIRS | | | | | | | |
| | 48 P. DOWN | | | | | | | |
| 2 | 41212MR | 4 | 0 | 4 | PC | 350.00 | MSF | 67.20 |
| | 4' X 12' X 1/2" MR BOARD 48 SF/EA | | | | | | | |
| | ******************************************* | | | | | | | |
| | 2PIECES UPSTAIRS 2 PIECES DOWN | | | | | | | |

2  Lines Total        Qty Shipped Total        142

Total            2021.28
Invoice Total    2021.28

Cash Discount        20.21  If Paid By 04/22/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19861



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/27/06 | 961602-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/22/06 | 17489051 | 1 |

CUST.#:   299

SHIP TO:
LOWES STOEW #594
LOT84-A MCDONALD FARMS

SPRINGVILLE, AL

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

REMIT TO:     P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
|  | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 03/24/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC<br>***********************************************<br>10 PIECES AT NO COST TO REPLACE BROKEN BOARD | 10 | 0 | 10 | PC | 0.00 | MSF | 0.00 |
| 2 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC<br>***********************************************<br>TAKE 59 NORTH GET OFF SPRINGVILLE EXIT TURN LEFT, GO TO 4<br>WAY STOP TURN RIGHT GO PAST SCHOOL SUBDIVISION IS ON THE<br>LEFT | 10 | 0 | 10 | PC | 295.00 | MSF | 141.60 |

| 2 | Lines Total | Qty Shipped Total | 20 | | | Total | 141.60 |
|---|---|---|---|---|---|---|---|
| | | | | | | Invoice Total | 141.60 |

Cash Discount      1.42  If Paid By 04/25/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19862



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS   •   MANDEVILLE
BATON ROUGE   •   BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA   •   SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/31/06 | 961746-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/29/06 | 17489322 | 1 |

CUST.#:   299

SHIP TO:   LOWES STOEW #594
LOT# 1 HIDDEN BROOK

MARGERET, AL

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RJG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 03/31/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | GO HWY 11 TO ARGO/MARGERET ROAD AND TURN RIGHT, GO PASS BUCKEYS AND TURN RIGHT ON BILL SMITH ROAD, LOT# 1 IS 1ST ONE IN NEW SECTOR AND 56 IS A FEW DOWN ON RIGHT SIDE. | | | | | | | |
| 1 | 541212R | 80 | 0 | 80 | PC | 330.00 | MSF | 1425.60 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 92 | 0 | 92 | PC | 300.00 | MSF | 1324.80 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 172 | | Total | | 2750.40 |
| | | | | | | Invoice Total | | 2750.40 |

Cash Discount        27.50   If Paid By 04/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19863



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/31/06 | 961747-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/29/06 | 17489321 | 1 |

CUST.#: 299

SHIP TO:
LOWES STOEW #594
LOT# 56 HIDDEN BROOK

MARGERET, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RJG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 03/31/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | .. | | | | | | | |
| | GO HWY 11 TO ARGO/MARGERET ROAD AND TURN RIGHT, GO PASS BUCKEYS AND TURN RIGHT ON BILL SMITH ROAD, LOT# 1 IS 1ST ONE IN NEW SECTOR AND 56 IS A FEW DOWN ON RIGHT SIDE. | | | | | | | |
| 1 | 541212R<br>54" X 12' X 1/2" REGULAR 54 SF/EA | 90 | 0 | 90 | PC | 330.00 | MSF | 1603.80 |
| 2 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 54 | 0 | 54 | PC | 300.00 | MSF | 777.60 |
| 2 | Lines Total | Qty Shipped Total | | 144 | | Total | | 2381.40 |
| | | | | | | Invoice Total | | 2381.40 |

Cash Discount        23.81  If Paid By 04/29/06

Last Page



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/31/06 | 961780-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/30/06 | 17489329 | 1 |

CUST.#:  299

SHIP TO:  LOWES STOEW #594
LOT # 83-A

TRUSSVILLE, AL

REMIT TO:    **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| RJG | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 03/31/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 104 | 0 | 104 | PC | 295.00 | MSF | 1472.64 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 541212R | 134 | 0 | 134 | PC | 320.00 | MSF | 2315.52 |
|   | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |

```
************************************************************
TAKE HWY 11 , GO THROUGH SPRINGVILLE JUST PAST HIGHSCHOOL,
McDONALD FARMS ON LEFT--FOLLOW IT AROUND AND STAY TO THE
RIGHT--AND THEN GO LEFT AROUND THE CLUB HOUSE(TENNIS COURTS)
.

HOUSE WILL BE UP ON LEFT,,

PUT 48 STRETCH AND 42 REGULAR IN BASEMENT--SPREAD OUT..
..
THE REST ON THE MAIN LEVEL--HAVE A DRYWALL WINDOW FOR THE
MAIN..
..
```

| 2 | Lines Total | Qty Shipped Total | 238 | | Total | 3788.16 |
|---|---|---|---|---|---|---|
| | | | | | Invoice Total | 3788.16 |

Cash Discount      37.88  If Paid By 04/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19865



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/06/06 | 961857-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/04/06 | 18358465 | 1 |

CUST.#:    299

SHIP TO:
LOWES STOEW #594
LOT# 31-A BROOKHAVEN

MARGERET, AL

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:
INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RJG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 04/05/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | .. | | | | | | | |
| | IF IT IS A SPLIT FOYER??? PUT 15 REGULAR IN BASEMENT | | | | | | | |
| | IF IT IT REGULAR HOUSE WITH BASEMENT--PUT 8 REGULAR DOWN?? | | | | | | | |
| 1 | 541212R | 81 | 0 | 81 | PC | 330.00 | MSF | 1443.42 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 77 | 0 | 77 | PC | 300.00 | MSF | 1108.80 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 158 | | Total | | 2552.22 |
| | | | | | | Invoice Total | | 2552.22 |

Cash Discount     25.52  If Paid By 05/05/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19866



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/13/06 | 961950-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/07/06 | 142895434 | 1 |

CUST.# 299

SHIP TO: LOT # 40  BROOKHAVEN

MARGERET, AL

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

                     NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RJG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 04/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | . . | | | | | | | |
| | PUT 12 REGULAR IN BASEMENT-- | | | | | | | |
| | | | | | | | | |
| | IN BROOKHAVEN TURN LEFT ON SMALL LAKE ROAD, BE 2ND HOUSE ON | | | | | | | |
| | LEFT.. | | | | | | | |
| | . | | | | | | | |
| 1 | 541212R | 81 | 0 | 81 | PC | 330.00 | MSF | 1443.42 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 77 | 0 | 77 | PC | 300.00 | MSF | 1108.80 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 158 | | Total | | 2552.22 |
| | | | | | | Invoice Total | | 2552.22 |

Cash Discount     25.52  If Paid By 05/12/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19867



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

**INVOICE**

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/12/06 | 962005-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 04/10/06 | 18358708 | 1 |

CUST.#:        299

SHIP TO:   LOWES STOEW #594
LOT# 2  HIDDEN BROOK

MARGERET, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RJG | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 04/11/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | GO HWY 11 TO ARGO/MARGERET ROAD AND TURN RIGHT, GO PASS BUCKEYS AND TURN RIGHT ON BILL SMITH ROAD, FOLLOW IT ALL THE WAY TO THE SUBDIVISION. ONCE IN SUBDIVISION--STAY STRAIGHT TO THE NEW SECTOR AND THEN IT WILL BE THE 2ND HOUSE ON THE LEFT,. | | | | | | | |
| | PUT 6 REGULAR IN BASEMENT--REST ON MAIN LEVEL | | | | | | | |
| 1 | 541212R                    108 54" X 12' X 1/2" REGULAR 54 SF/EA | | 0 | 108 | PC | 330.00 | MSF | 1924.56 |
| 2 | 41212R                      42 4' X 12' X 1/2" REGULAR SHEETROCK   48SF/PC | | 0 | 42 | PC | 300.00 | MSF | 604.80 |
| 2 | Lines Total        Qty Shipped Total | | | 150 | | Total Invoice Total | | 2529.36 2529.36 |

Cash Discount       25.29  If Paid By 05/11/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19868



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/12/06 | 962011-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/11/06 | 142895431 | 1 |

CUST.#:  299

SHIP TO:  LOWES STOEW #594
LOT# A BROOKHAVEN

MARGERET, AL

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RJG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 04/11/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | 1ST HOUSE ON THE RIGHT PAST THE CLUBHOUSE.. | | | | | | | |
| | PUT 12 REGULAR IN BASEMENT | | | | | | | |
| 1 | 541212R 54" X 12' X 1/2" REGULAR 54 SF/EA | 81 | 0 | 81 | PC | 330.00 | MSF | 1443.42 |
| 2 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 77 | 0 | 77 | PC | 300.00 | MSF | 1108.80 |
| 2 | Lines Total | Qty Shipped Total | | 158 | | Total Invoice Total | | 2552.22 2552.22 |

Cash Discount     25.52  If Paid By 05/11/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19869



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/14/06 | 962031-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 04/11/06 | 18358740 | 1 |

CUST.#:  299

SHIP TO:
LOWES STOEW #594
TRUSSVILLE PINSON EXIT
kat homebuilders
TRUSSVILLE, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| KMD | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 04/13/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 110 | 0 | 110 | PC | 300.00 | MSF | 1584.00 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
|   | 4 X 12 REGULAR 40P UPSTAIRS | | | | | | | |
|   | 19P GARAGE | | | | | | | |
|   | 51P MAIN | | | | | | | |
| 2 | 41258FC | 10 | 0 | 10 | PC | 335.00 | MSF | 160.80 |
|   | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
|   | ALL IN GARAGE | | | | | | | |
| 3 | 541212R | 40 | 0 | 40 | PC | 330.00 | MSF | 712.80 |
|   | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
|   | ALL STRETCH ON MAIN | | | | | | | |

TAKE 59 NORTH TO THE TRUSSVILLE PINSON EXIT(RIGHT BEFORE
DEERFOOT PARKWAY) GOTO THE END OF THE RAMP AND TAKE A LEFT
AT THE LIGHT.CHALKVILLE MNT. RD.) TURN LEFT ON BREWSTER,
LEFT ON CARRAWAY, LEFT ON CRELY HOUSE ON RIGHT ON THE CORNER
KAT HOMEBUILDERS SIGN IN YARD

| 3 | Lines Total | Qty Shipped Total | 160 | | Total | 2457.60 |
|---|---|---|---|---|---|---|
| | | | | | Invoice Total | 2457.60 |

Cash Discount        24.58  If Paid By 05/13/06

Last Page



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/19/06 | 962111-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/14/06 | 19178461 | 1 |

CUST.#:  299

SHIP TO:  LOWES STOEW #594
3305 EAST BRIARCLIFF ROAD

BIRMINGHAM, AL

REMIT TO:  **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RJG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 04/18/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | RED MTN TO 280/ TURN LEFT ON CHEROKEE/ ABOUT 1 MILE DOWN TURN RIGHT ON OVERCREST/ TURN LEFT AT STOPSIGN ONTO EAST BRIARCLIFF RD | | | | | | | |
| 1 | 41212R | 136 | 0 | 136 | PC | 300.00 | MSF | 1958.40 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 136 | | | Total | 1958.40 |
| | | | | | | | Invoice Total | 1958.40 |

Cash Discount      19.58  If Paid By 05/18/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19871



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/19/06 | 962137-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/17/06 | 144727559 | 1 |

CUST.#:   299

SHIP TO: LOWES STOEW #594
811 BRANDON ROAD
CALL STACY DAYB4--655-9725
HUEYTOWN, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| RJG | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 04/18/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | .. | | | | | | | |
| | GO TO ALLISON BONNET PKWY, GO ALL THE WAY THRU HUEYTOWN, YOU WILL PASS CONCORD SCHOOL ON RIGHT, PASS OLD RABBITS BARBQUE, TURN RIGHT ON TAYLORS FAIRY ROAD, GO 2 MILES---CROSS A BRIDGE THEN TOP OF HILL TURN LEFT ON BRANDON ROAD--HOUSE WILL BE ON THE RIGHT--WHITE HOUSE WITH BLUE METAL ROOF.. | | | | | | | |
| | PUT 78 REGULAR AND 2 GREEN UP---THE REST DOWN. | | | | | | | |
| 1 | 41212R | 112 | 0 | 112 | PC | 300.00 | MSF | 1612.80 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 41212MR | 6 | 0 | 6 | PC | 350.00 | MSF | 100.80 |
| | 4' X 12' X 1/2" MR BOARD 48 SF/EA | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 118 | | Total | | 1713.60 |
| | | | | | | Invoice Total | | 1713.60 |

Cash Discount      17.14  If Paid By 05/18/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19872



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS   •   MANDEVILLE
BATON ROUGE   •   BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA   •   SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/20/06 | 962195-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 04/19/06 | 19178675 | 1 |

CUST.#:       299

SHIP TO:   LOWES STOEW #594
LOT# A BROOKHAVEN

MARGERET, AL

REMIT TO:     P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RJG | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 04/19/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | .. | | | | | | | |
| | 1ST HOUSE ON THE RIGHT PAST THE CLUBHOUSE.. | | | | | | | |
| | .. | | | | | | | |
| | PUT 9 PCS OF REGULAR DOWN IN BASEMENT THE REST UP ON THE MAIN | | | | | | | |
| | .THEN MOVE 15 PCS OF REGULAR FROM MAIN OF LOT# A-TO THE BASEMENT OF LOT A... | | | | | | | |
| | .. | | | | | | | |
| 2 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 19 | 0 | 19 | PC | 300.00 | MSF | 273.60 |
| 1 | Lines Total          Qty Shipped Total | | | 19 | | Total | | 273.60 |
| | | | | | | HANDLING | | 15.00 |
| | | | | | | Invoice Total | | 288.60 |

Cash Discount      2.74  If Paid By 05/19/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19873



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/28/06 | 962362-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 04/27/06 | 19178460 | 1 |

CUST.#:      299

SHIP TO:  LOWES STOEW #594
          MARK MCKEE

          HOMEWOOD, AL

REMIT TO:    P.O. BOX 4002
             NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
                    P. O. BOX 4002

                    NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
          ATTN VENDOR INVOICE PAYMENT
          P O BOX 1765
          N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RGF | | 1%.29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 04/28/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 326 | 0 | 326 | PC | 300.00 | MSF | 4694.40 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
|  | bbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbb | | | | | | | |
|  | 86 PIECES ON TOP FLOOR | | | | | | | |
|  | A | | | | | | | |
|  | 174 MIDDLE FLOOR | | | | | | | |
|  | . | | | | | | | |
|  | REMANDER ON BOTTOM | | | | | | | |
| 2 | 541212R | 50 | 0 | 50 | PC | 330.00 | MSF | 891.00 |
|  | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
|  | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | | | | | | |
|  | ALL 54 X 12 X1/2 GOES ON TOP FLOOR | | | | | | | |
| 3 | 4812MR | 12 | 0 | 12 | PC | 330.00 | MSF | 126.72 |
|  | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
|  | 4 PIECES ON MIDDLE FLOOR | | | | | | | |
|  | X | | | | | | | |
|  | 8 PIECES ON BOTTOM FLOOR | | | | | | | |
|  | . | | | | | | | |
|  | GO REDMOUNTAIN EXPRESS WAY INTO HOMEWOOD. | | | | | | | |
|  | -TO HWY 31  TAKE A RIGHT ON MAYFAIR | | | | | | | |
|  | -TAKE A LEFT ON WILLINGTON  HOUSE IS ON THE LEFT | | | | | | | |

       3   Lines Total        Qty Shipped Total        388                    Total          5712.12
                                                                              Invoice Total  5712.12

                                          Cash Discount        57.12   If Paid By 05/27/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19874



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

504-488-1998

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/09/06 | 962552-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/08/06 | 19912557 | 1 |

CUST.#:  299

SHIP TO: LOWES STOEW #594
MURK MCKEE

HOMEWOOD, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RGF | . | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/08/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 120 | 0 | 120 | PC | 300.00 | MSF | 1728.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | bbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbbb | | | | | | | |
| | ALL PIECES ON TOP FLOOR | | | | | | | |
| 2 | 541212R | 70 | 0 | 70 | PC | 330.00 | MSF | 1247.40 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | | | | | | |
| | ALL 54 X 12 X1/2 GOES ON TOP FLOOR | | | | | | | |

2  Lines Total          Qty Shipped Total          190

Total          2975.40
Invoice Total  2975.40

Cash Discount     29.75  If Paid By 06/07/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19875



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/11/06 | 962567-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/08/06 | 19178744 | 1 |

CUST.#:        299

SHIP TO:  LOWES STOEW #594
          Lot 16 ACTON MEADOWS

          TRUSSVILLE, AL

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

                     NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
          ATTN VENDOR INVOICE PAYMENT
          P O BOX 1765
          N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| KMD | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/11/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 114 | 0 | 114 | PC | 300.00 | MSF | 1641.60 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
|   | ************************************************** | | | | | | | |
|   | 102 PIECES UPSTAIRS | | | | | | | |
|   | X | | | | | | | |
|   | 12 PIECES DOWNSTAIRS | | | | | | | |
|   | X | | | | | | | |
|   | GO 59 TO ARGO EXIT TURN RIGHT AT END OF RAMP. | | | | | | | |
|   | TURN LEFT ON HWY 11. | | | | | | | |
|   | GO TO ARGO MARGRETT RD. TURN RIGHT. | | | | | | | |
|   | GO TO COUNTY RD. 6 TURN RIGHT. | | | | | | | |
|   | SUB ON RIGHT | | | | | | | |
| 1 | Lines Total        Qty Shipped Total        114 | | | | | Total            1641.60 | | |
|   | | | | | | Invoice Total    1641.60 | | |

Cash Discount        16.42  If Paid By 06/09/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19876



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/10/06 | 962568-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/08/06 | 19178742 | 1 |

CUST.#:  299

SHIP TO:
LOWES STOEW #594
LOT # 12 ACTON MEADOWS

TRUSSVILLE, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| KMD | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 114 | 0 | 114 | PC | 300.00 | MSF | 1641.60 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | ************************************************** | | | | | | | |
| | 102 PIECES UPSTAIRS | | | | | | | |
| | V | | | | | | | |
| | 12 PIECES DOWNSTAIRS | | | | | | | |
| | X | | | | | | | |
| | GO 59 TO ARGO EXIT TURN RIGHT AT END OF RAMP. | | | | | | | |
| | TURN LEFT ON HWY 11. | | | | | | | |
| | GO TO ARGO MARGRETT RD. TURN RIGHT. | | | | | | | |
| | GO TO COUNTY RD. 6 TURN RIGHT. | | | | | | | |
| | SUB ON RIGHT | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 114 | | Total | | 1641.60 |
| | | | | | | Invoice Total | | 1641.60 |

Cash Discount     16.42  If Paid By 06/08/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19877



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE •  GULFPORT •  HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/10/06 | 962574-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/08/06 | 19912575 | 1 |

CUST.#:  299

SHIP TO:  LOWES STOEW #594
ACTON MEADOWES LOT #13

TRUSSVILLE, AL

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| KMD | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 116 | 0 | 116 | PC | 300.00 | MSF | 1670.40 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
|  | ****************(******************************* | | | | | | | |
|  | UPSTAIRS!!!! | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 116 | | Total | | 1670.40 |
|  | | | | | | Invoice Total | | 1670.40 |

Cash Discount    16.70  If Paid By 06/08/06

Last Page



**INTERIOR**/**EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/11/06 | 962575-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/08/06 | 19178743 | 1 |

CUST.#: 299

SHIP TO: LOWES STOEW #594
ACTON MEADOWS LOT # 15

TRUSSVILLE, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| KMD | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/10/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC &&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&& UPSTAIRS | 114 | 0 | 114 | PC | 300.00 | MSF | 1641.60 |
| 1 | Lines Total | Qty Shipped Total | | 114 | | Total Invoice Total | | 1641.60 1641.60 |

Cash Discount   16.42   If Paid By 06/09/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1⁄2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19879



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

**INVOICE**

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/11/06 | 962576-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/08/06 | 19912576 | 1 |

CUST.#:        299

SHIP TO:   LOWES STOEW #594
ACTON MEADOWS LOT 15

TRUSSVILLE, AL

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/10/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 20 | 0 | 20 | PC | 300.00 | MSF | 288.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | ********************************************** | | | | | | | |
| | ALL DOWNSTAIRS | | | | | | | |
| | | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 20 | | Total | | 288.00 |
| | | | | | | Invoice Total | | 288.00 |

Cash Discount        2.88  If Paid By 06/09/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19880



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/10/06 | 962577-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/08/06 | 19912577 | 1 |

CUST.#:        299

SHIP TO:  LOWES STOEW #594
RIGEFIELD LOT # 35

TRUSSVILLE, AL

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| KMD | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 76 | 0 | 76 | PC | 300.00 | MSF | 1094.40 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
|  | ************************************************** | | | | | | | |
|  | 26 PIECES DOWNSTAIRS | | | | | | | |
|  | 50 PIECES UPSTAIRS | | | | | | | |
| 2 | 541212R | 114 | 0 | 114 | PC | 330.00 | MSF | 2031.48 |
|  | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
|  | ************************************************** | | | | | | | |
|  | 28 PIECES DOWNSTAIRS | | | | | | | |
|  | 86 PIECES UPSTAIRS | | | | | | | |

| 2 | Lines Total | Qty Shipped Total | 190 | | Total | 3125.88 |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Invoice Total | 3125.88 |

Cash Discount     31.26  If Paid By 06/08/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19881



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/15/06 | 962631-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/10/06 | 19912648 | 1 |

CUST.#:  299

SHIP TO: LOWES STOEW #594
BRYAN PRESSNAL---281-0217
RICKWOOD CAVERNS STATE PARK
HAYDEN, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| RJG | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|

.. 

65 NORTH TO HAYDEN EXIT 284, GO BACK UNDER THE INTERSTATE TO
SKYLINE DRIVE, TURN RIGHT ON RICKWOOD CAVERNS ROAD, GO PAST
THE ENTRANCE ABOUT 200 FEET, AND TURN RIGHT ON HIGH POINT
DRIVE, WILL BE LAST JOB ON RIGHT AT END OF ROAD..

.. 

70 PCS OF REGULAR UP--WINDOW OUT--IF NOT--PUT ON MAIN LEVEL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R  4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 220 | 0 | 220 | PC | 300.00 | MSF | 3168.00 |
| 2 | 4812MR  4' X 8' X 1/2" M/R GYP. BD. 32 SF | 30 | 0 | 30 | PC | 350.00 | MSF | 336.00 |

| 2 | Lines Total | Qty Shipped Total | | 250 | | | Total | 3504.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Invoice Total | 3504.00 |

Cash Discount       35.04  If Paid By 06/13/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19882



**BUILDING SUPPLY**
*LIMITED PARTNERSHIP*
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/18/06 | 962766-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/16/06 | 20738305 | 1 |

CUST.#:  299

SHIP TO:  LOWES STOEW #594
LOT 31-A BROOKHAVEN

TRUSSVILLE, AL

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| KMD | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 22 | 0 | 22 | PC | 300.00 | MSF | 316.80 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
|  | ********************************************************* | | | | | | | |
|  | BOOM INTO MAIN | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 22 | | | Total | 316.80 |
|  | | | | | | | Invoice Total | 316.80 |

Cash Discount      3.17  If Paid By 06/16/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19883



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

**INVOICE**

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/23/06 | 962846-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/19/06 | 20738425 | 1 |

CUST.#:  299

SHIP TO: LOWES STOEW #594
LOT 2 ACTON MEADOWS

TRUSSVILLE, AL

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| SRC | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 131 | 0 | 131 | PC | 300.00 | MSF | 1886.40 |
| | PUT 114 UPSTAIRS PUT  17 DOWNSTAIRS | | | | | | | |
| 1 | Lines Total      Qty Shipped Total | | | 131 | | | Total Invoice Total | 1886.40 1886.40 |

Cash Discount      18.86  If Paid By 06/21/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19884



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/23/06 | 962847-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/19/06 | 20738426 | 1 |

CUST.#:     299

SHIP TO:  LOWES STOEW #594
          LOT 18 ACTON MEADOWS

          TRUSSVILLE, AL

REMIT TO:    P.O. BOX 4002
             NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

                     NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
          ATTN VENDOR INVOICE PAYMENT
          P O BOX 1765
          N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| SRC | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 17 | 0 | 17 | PC | 300.00 | MSF | 244.80 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC |  |  |  |  |  |  |  |
|  | DOWNSTAIRS |  |  |  |  |  |  |  |
| 1 | Lines Total | Qty Shipped Total |  | 17 |  | Total |  | 244.80 |
|  |  |  |  |  |  | Invoice Total |  | 244.80 |

Cash Discount      2.45  If Paid By 06/21/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19885



**NEW ORLEANS  •  MANDEVILLE**
**BATON ROUGE  •  BIRMINGHAM**
**MOBILE • GULFPORT • HOUSTON**
**FOLEY• LAFAYETTE • LONGVIEW**
**TUSCALOOSA   •   SHREVEPORT**

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/23/06 | 962848-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/19/06 | 20738328 | 1 |

CUST.#:          299

SHIP TO:   LOWES STOEW #594
LOT 18 ACTON MEADOWS

TRUSSVILLE, AL

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| SRC | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 114 | 0 | 114 | PC | 300.00 | MSF | 1641.60 |
|  | UPSTAIRS |  |  |  |  |  |  |  |
| 1 | Lines Total | Qty Shipped Total |  | 114 |  | Total | | 1641.60 |
|  |  |  |  |  |  | Invoice Total | | 1641.60 |

Cash Discount       16.42  If Paid By 06/21/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19886



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/31/06 | 962954-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/24/06 | ? | 1 |

CUST.#:        299

SHIP TO:  LOWES STOEW #594
STONE RIVER LOT # 10

TRUSSVILLE, AL

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | TERMS |
|---|---|
| KMD | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BIRMINGHAM BRANCH | DEL/OUR TRCK | 05/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 541212R | 84 | 0 | 84 | PC | 340.00 | MSF | 1542.24 |
|  | 54" X 12' X 1/2" REGULAR 54 SF/EA |  |  |  |  |  |  |  |
| 2 | 41212R | 130 | 0 | 130 | PC | 300.00 | MSF | 1872.00 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC |  |  |  |  |  |  |  |
|  | ************************************* |  |  |  |  |  |  |  |
|  | 90 PIECES GO UP |  |  |  |  |  |  |  |

| 2 | Lines Total | Qty Shipped Total | 214 |  | Total | 3414.24 |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Invoice Total | 3414.24 |

Cash Discount      34.14  If Paid By 06/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19887