UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| Plaintiff, | |
| v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, et. al. | |
| (2:09-cv-07791) (E.D. La.) | |
| Defendants. | |

**DEFENDANTS FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S EXPARTE MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THE INSURERS MOTIONS TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(7) FOR FAILURE TO JOIN A REQUIRED PARTY UNDER RULE 19 [RECORD DOC. 6223]**

COME NOW Defendants, FCCI COMMERCIAL INSURANCE COMPANY AND FCCI

INSURANCE COMPANY (hereinafter "FCCI") by and through  undersigned counsel of record,

and move this Court for an Order granting FCCI permission to file a reply memorandum in accordance with Local Rule 7.4, for the following reasons, to wit:

On Tuesday, October 26, 2010, FCCI filed its "Reply and Joinder to the Joint Reply of the Insurers in Support of Motions to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(7) for Failure to Join a Required Party Under Rule 19" (Record Doc. 6223).  The next day, Wednesday, October 27, 2010, Record Doc. 6223 was declared deficient for failure to comply with the last sentence of Local Rule 7.4.  That sentence generally requires leave of court before filing supplemental memoranda with the Court.

In light of the deficiency notice, FCCI now respectfully submits this motion and incorporated memorandum to cure same.  Leave of court to file Record Doc. 6223 is respectfully requested because the pleading offers important information further justifying why FCCI should be dismissed from this action pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure. FCCI's named insureds are not parties to the *Pate* action and their inclusion in the matter is both necessary and indispensable to a resolution of the claims against FCCI in this case.  In fact, this case should not be allowed to proceed without FCCI's named insureds being included.  Certainly, even though good cause is not specifically required under Local Rule 7.4, good cause nonetheless exists here because Record Doc. 6223 is a reasonable and necessary supplement to the prior memorandum FCCI filed in support of the Insurer Defendants' Motions to Dismiss.

**WHEREFORE**, for the foregoing reasons, FCCI respectfully requests this Court grant its Motion for Leave, enter Record Doc. 6223 into the record of this action and for all other general and equitable relief to which it may be granted and this Court is competent to grant.

Respectfully submitted,

/s/ Patrick E. Costello
_____
PATRICK E. COSTELLO      (#26619)
JACQUES P. DeGRUY        (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121
pcostello@mblb.com
jdegruy@mblb.com

Attorneys for FCCI Commercial Insurance
Company and FCCI Insurance Company

And

GOODMAN   McGUFFEY   LINDSEY   &   JOHNSON,   LLP

ROBERT M. DARROCH

GA State Bar No.:  205490
STEPHANIE F. GLICKAUF
GA State Bar No.:  257540
GOODMAN McGUFFEY LINDSEY & JOHNSON, LLP
3340 Peachtree Road, NE, Suite 2100
Atlanta, GA  30326-1084
Phone: (404) 264-1500
Fax:   (404) 264-1737

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Defendant FCCI Commercial Insurance Company and FCCI Insurance Company's Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of the Insurers Motions to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(7) for Failure to Join a Required Party Under Rule 19 (Record Doc. 6223) has been served upon Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6,  and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

On this 1st day of November, 2010

BY:     /s/ PATRICK E. COSTELLO
        PATRICK E. COSTELLO
        pcostello@mblb.com