UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  CHINESE-MANUFACTURED DRYWALL              MDL NO: 2047

PRODUCTS LIABILITY LITIGATION                     SECTION: L

                                                  DISTRICT JUDGE FALLON

                                                  MAG. JUDGE WILKINSON

This Document Relates To:
**Richard Jordan, Susan Jordan, Nathan Jordan**
**Colby Jordan, and Florette Nickens v. Knauf Gips KG, et al.**
     **2:09-cv-07550-EEF-JCW**


**ANSWER TO COMPLAINT AND**
**ANSWER TO AMENDED COMPLAINT**


NOW INTO COURT, through undersigned counsel, comes FARMERS INSURANCE EXCHANGE (hereinafter "Farmers"), who for answer to the Complaintand the Amended Complaint of plaintiffs, denies each and every allegation contained therein except those which may be hereinafter specifically admitted.  And now further answering, defendant respectfully states:

**ANSWER TO COMPLAINT**

FIRST DEFENSE

Plaintiffs' suit fails to state a cause upon which relief can be granted as against this defendant.

1

SECOND DEFENSE

AND NOW, responding to the allegations of plaintiffs' suit for damages, paragraph by paragraph, defendant, FARMERS INSURANCE EXCHANGE, states as follows, to wit:

**INTRODUCTION**

1.

The allegations of paragraph 1 of the original and amended complaint are denied for lack of information sufficient to justify a belief therein.

2.

The allegations of paragraph 2 of the complaint are denied for lack of information sufficient to justify a belief therein.

**JURISDICTION AND VENUE**

3.

The allegations of paragraph 3 of the complaint are denied.

4.

The allegations of paragraph 4 are denied for lack of information sufficient to justify a belief therein.

5.

The allegations of paragraph 4 are denied for lack of information sufficient to justify a belief therein.

## THE PARTIES

6.

The allegations of paragraph 6 of the complaint are denied for lack of information sufficient to justify a belief therein.

7.

The allegations of paragraph 7 of the complaint are denied for lack of information sufficient to justify a belief therein.

8.

The allegations of paragraph 8 of the complaint are denied for lack of information sufficient to justify a belief therein.

9.

The allegations of paragraph 9 of the complaint are denied for lack of information sufficient to justify a belief therein.

10.

The allegations of paragraph 10 of the complaint are denied for lack of information sufficient to justify a belief therein.

11.

The allegations of paragraph 11 of the complaint are denied for lack of information sufficient to justify a belief therein.

12.

The allegations of paragraph 12 of the complaint are denied for lack of information sufficient to justify a belief therein.

13.

The allegations of paragraph 13 of the complaint are denied for lack of information sufficient to justify a belief therein.

14.

The allegations of paragraph 14 of the complaint are denied for lack of information sufficient to justify a belief therein.

15.

The allegations of paragraph 15 of the complaint are denied for lack of information sufficient to justify a belief therein.

16.

The allegations of paragraph 16 of the complaint are denied for lack of information sufficient to justify a belief therein.

17.

The allegations of paragraph 17 of the complaint are denied for lack of information sufficient to justify a belief therein.

**GENERAL ALLEGATIONS**

18.

The allegations of paragraph 18 of the complaint are denied for lack of information sufficient to justify a belief therein.

19.

The allegations of paragraph 19 of the complaint are denied for lack of information sufficient to justify a belief therein.

20.

The allegations of paragraph 20 of the complaint are denied for lack of information sufficient to justify a belief therein.

21.

The allegations of paragraph 21 of the complaint are denied for lack of information sufficient to justify a belief therein.

22.

The allegations of paragraph 22 of the complaint are denied for lack of information sufficient to justify a belief therein.

23.

The allegations of paragraph 23 of the complaint are denied for lack of information sufficient to justify a belief therein.

24.

The allegations of paragraph 24 of the complaint are denied for lack of information sufficient to justify a belief therein.

25.

The allegations of paragraph 25 of the complaint are denied for lack of information sufficient to justify a belief therein.

26.

The allegations of paragraph 26 of the complaint are denied for lack of information sufficient to justify a belief therein.

27.

The allegations of paragraph 27 of the complaint are denied for lack of information sufficient to justify a belief therein.

28.

The allegations of paragraph 28 of the complaint are denied for lack of information sufficient to justify a belief therein.

**EQUITABLE TOLLING OF THE
APPLICABLE STATUTES OF LIMITATIONS**

29.

The allegations of paragraph 29 of the complaint are denied.

30.

The allegations of paragraph 30 of the complaint are denied for lack of information sufficient to justify a belief therein.

31.

The allegations of paragraph 31 of the complaint are denied for lack of information sufficient to justify a belief therein.

32.

The allegations of paragraph 32 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT I
(Against Defendant Knauf Gips)**

To the extent that any allegations have been denied, defendant adopts all responses, including all denials as set forth in the prior paragraphs.

33.

The allegations of paragraph 33 of the complaint are denied for lack of information sufficient to justify a belief therein.

34.

The allegations of paragraph 34 of the complaint are denied for lack of information sufficient to justify a belief therein.

35.

The allegations of paragraph 35 of the complaint are denied for lack of information sufficient to justify a belief therein.

36.

The allegations of paragraph 36 of the complaint are denied for lack of information sufficient to justify a belief therein.

37.

The allegations of paragraph 37 of the complaint are denied for lack of information sufficient to justify a belief therein.

38.

The allegations of paragraph 38 of the complaint are denied for lack of information sufficient to justify a belief therein.

39.

The allegations of paragraph 39 of the complaint are denied for lack of information sufficient to justify a belief therein.

40.

The allegations of paragraph 40 of the complaint are denied for lack of information sufficient to justify a belief therein.

41.

The allegations of paragraph 41 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT II**
**NEGLIGENCE AND NEGLIGENCE PER SE**
**(Against Defendants Knauf Gips and Knauf Tianjin)**

42.

To the extent that any allegations have been denied, defendant adopts all responses, including all denials as set forth in the prior paragraphs.

43.

The allegations of paragraph 43 of the complaint are denied for lack of information sufficient to justify a belief therein.

44.

The allegations of paragraph 44 of the complaint are denied for lack of information sufficient to justify a belief therein.

45.

The allegations of paragraph 45 of the complaint are denied for lack of information sufficient to justify a belief therein.

46.

The allegations of paragraph 46 of the complaint are denied for lack of information sufficient to justify a belief therein.

47.

The allegations of paragraph 47 of the complaint are denied for lack of information sufficient to justify a belief therein.

48.

The allegations of paragraph 48 of the complaint are denied for lack of information sufficient to justify a belief therein.

49.

The allegations of paragraph 49 of the complaint are denied for lack of information sufficient to justify a belief therein.

50.

The allegations of paragraph 50 of the complaint are denied for lack of information sufficient to justify a belief therein.

51.

The allegations of paragraph 51 of the complaint are denied for lack of information sufficient to justify a belief therein.

52.

The allegations of paragraph 52 of the complaint are denied for lack of information sufficient to justify a belief therein.

53.

The allegations of paragraph 53 of the complaint are denied for lack of information sufficient to justify a belief therein.

## **COUNT III**
## **(Against Defendants Knauf Gips and Knauf Tianjin)**

54.

For answer to paragraph 54 of the complaint, Farmersreadopts, realleges, and reavers all of its prior responses.

55.

The allegations of paragraph 55 of the complaint are denied for lack of information sufficient to justify a belief therein.

56.

The allegations of paragraph 56 of the complaint are denied for lack of information sufficient to justify a belief therein.

57.

The allegations of paragraph 57 of the complaint are denied for lack of information sufficient to justify a belief therein.

58.

The allegations of paragraph 58 of the complaint are denied for lack of information sufficient to justify a belief therein.

59.

The allegations of paragraph 59 of the complaint are denied for lack of information sufficient to justify a belief therein.

60.

The allegations of paragraph 60 of the complaint are denied for lack of information sufficient to justify a belief therein.

61.

The allegations of paragraph 61 of the complaint are denied for lack of information sufficient to justify a belief therein.

62.

The allegations of paragraph 62 of the complaint are denied for lack of information sufficient to justify a belief therein.

63.

The allegations of paragraph 63 of the complaint are denied for lack of information sufficient to justify a belief therein.

64.

The allegations of paragraph 64 of the complaint are denied for lack of information sufficient to justify a belief therein.

65.

The allegations of paragraph 65 of the complaint are denied for lack of information sufficient to justify a belief therein.

66.

The allegations of paragraph 66 of the complaint are denied for lack of information sufficient to justify a belief therein.

67.

The allegations of paragraph 67 of the complaint are denied for lack of information sufficient to justify a belief therein.

68.

The allegations of paragraph 68 of the complaint are denied for lack of information sufficient to justify a belief therein.

69.

The allegations of paragraph 69 of the complaint are denied for lack of information sufficient to justify a belief therein.

70.

The allegations of paragraph 70 of the complaint are denied for lack of information sufficient to justify a belief therein.

71.

The allegations of paragraph 71 of the complaint are denied for lack of information sufficient to justify a belief therein.

## COUNT IV
## NEGLIGENCE AND NEGLIGENCE PER SE
## (Against Defendant Taishan)

72.

For answer to paragraph 72 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

73.

The allegations of paragraph 73 of the complaint are denied for lack of information sufficient to justify a belief therein.

74.

The allegations of paragraph 74 of the complaint are denied for lack of information sufficient to justify a belief therein.

75.

The allegations of paragraph 75 of the complaint are denied for lack of information sufficient to justify a belief therein.

76.

The allegations of paragraph 76 of the complaint are denied for lack of information sufficient to justify a belief therein.

77.

The allegations of paragraph 77 of the complaint are denied for lack of information sufficient to justify a belief therein.

78.

The allegations of paragraph 78 of the complaint are denied for lack of information sufficient to justify a belief therein.

79.

The allegations of paragraph 79 of the complaint are denied for lack of information sufficient to justify a belief therein.

80.

The allegations of paragraph 80 of the complaint are denied for lack of information sufficient to justify a belief therein.

81.

The allegations of paragraph 81 of the complaint are denied for lack of information sufficient to justify a belief therein.

82.

The allegations of paragraph 82 of the complaint are denied for lack of information sufficient to justify a belief therein.

83.

The allegations of paragraph 83 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT V**
**(Against Defendant Taishan)**

84.

For answer to paragraph 84 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

85.

The allegations of paragraph 85 of the complaint are denied for lack of information sufficient to justify a belief therein.

86.

The allegations of paragraph 86 of the complaint are denied for lack of information sufficient to justify a belief therein.

14

87.

The allegations of paragraph 87 of the complaint are denied for lack of information sufficient to justify a belief therein.

88.

The allegations of paragraph 88 of the complaint are denied for lack of information sufficient to justify a belief therein.

89.

The allegations of paragraph 89 of the complaint are denied for lack of information sufficient to justify a belief therein.

90.

The allegations of paragraph 90 of the complaint are denied for lack of information sufficient to justify a belief therein.

91.

The allegations of paragraph 91 of the complaint are denied for lack of information sufficient to justify a belief therein.

92.

The allegations of paragraph 92 of the complaint are denied for lack of information sufficient to justify a belief therein.

93.

The allegations of paragraph 93 of the complaint are denied for lack of information sufficient to justify a belief therein.

94.

The allegations of paragraph 94 of the complaint are denied for lack of information sufficient to justify a belief therein.

95.

The allegations of paragraph 95 of the complaint are denied for lack of information sufficient to justify a belief therein.

96.

The allegations of paragraph 96 of the complaint are denied for lack of information sufficient to justify a belief therein.

97.

The allegations of paragraph 97 of the complaint are denied for lack of information sufficient to justify a belief therein.

98.

The allegations of paragraph 98 of the complaint are denied for lack of information sufficient to justify a belief therein.

99.

The allegations of paragraph 99 of the complaint are denied for lack of information sufficient to justify a belief therein.

100.

The allegations of paragraph 100 of the complaint are denied for lack of information sufficient to justify a belief therein.

101.

The allegations of paragraph 101 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT VI**
**BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**
**(Against Defendants USG and Seacoast)**

102.

For answer to paragraph 102 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

103.

The allegations of paragraph 103 of the complaint are denied for lack of information sufficient to justify a belief therein.

104.

The allegations of paragraph 104 of the complaint are denied for lack of information sufficient to justify a belief therein.

105.

The allegations of paragraph 105 of the complaint are denied for lack of information sufficient to justify a belief therein.

106.

The allegations of paragraph 106 of the complaint are denied for lack of information sufficient to justify a belief therein.

107.

The allegations of paragraph 107 of the complaint are denied for lack of information sufficient to justify a belief therein.

108.

The allegations of paragraph 108 of the complaint are denied for lack of information sufficient to justify a belief therein.

109.

The allegations of paragraph 109 of the complaint are denied for lack of information sufficient to justify a belief therein.

110.

The allegations of paragraph 110 of the complaint are denied for lack of information sufficient to justify a belief therein.

111.

The allegations of paragraph 111 of the complaint are denied for lack of information sufficient to justify a belief therein.

112.

The allegations of paragraph 112 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT VII**
**BREACH OF IMPLIED WARRANTY**
**OF FITNESS FOR A PARTICULAR PURPOSE**
**(Against Defendants USG and Seacoast)**

113.

For answer to paragraph 113 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

114.

The allegations of paragraph 114 of the complaint are denied for lack of information sufficient to justify a belief therein.

115.

The allegations of paragraph 115 of the complaint are denied for lack of information sufficient to justify a belief therein.

116.

The allegations of paragraph 116 of the complaint are denied for lack of information sufficient to justify a belief therein.

117.

The allegations of paragraph 117 of the complaint are denied for lack of information sufficient to justify a belief therein.

118.

The allegations of paragraph 118 of the complaint are denied for lack of information sufficient to justify a belief therein.

119.

The allegations of paragraph 119 of the complaint are denied for lack of information sufficient to justify a belief therein.

120.

The allegations of paragraph 120 of the complaint are denied for lack of information sufficient to justify a belief therein.

121.

The allegations of paragraph 121 of the complaint are denied for lack of information sufficient to justify a belief therein.

122.

The allegations of paragraph 122 of the complaint are denied for lack of information sufficient to justify a belief therein.

123.

The allegations of paragraph 123 of the complaint are denied for lack of information sufficient to justify a belief therein.

124.

The allegations of paragraph 124 of the complaint are denied for lack of information sufficient to justify a belief therein.

125.

The allegations of paragraph 125 of the complaint are denied for lack of information sufficient to justify a belief therein.

## COUNT VIII
## (Against Defendant USG)

126.

For answer to paragraph 126 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

127.

The allegations of paragraph 127 of the complaint are denied for lack of information sufficient to justify a belief therein.

128.

The allegations of paragraph 128 of the complaint are denied for lack of information sufficient to justify a belief therein.

129.

The allegations of paragraph 129 of the complaint are denied for lack of information sufficient to justify a belief therein.

130.

The allegations of paragraph 130 of the complaint are denied for lack of information sufficient to justify a belief therein.

131.

The allegations of paragraph 131 of the complaint are denied for lack of information sufficient to justify a belief therein.

132.

The allegations of paragraph 132 of the complaint are denied for lack of information sufficient to justify a belief therein.

133.

The allegations of paragraph 133 of the complaint are denied for lack of information sufficient to justify a belief therein.

## COUNT IX
## (Against Defendant Seacoast)

134.

For answer to paragraph 134 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

135.

The allegations of paragraph 135 of the complaint are denied for lack of information sufficient to justify a belief therein.

136.

The allegations of paragraph 136 of the complaint are denied for lack of information sufficient to justify a belief therein.

137.

The allegations of paragraph 137 of the complaint are denied for lack of information sufficient to justify a belief therein.

138.

The allegations of paragraph 138 of the complaint are denied for lack of information sufficient to justify a belief therein.

139.

The allegations of paragraph 139 of the complaint are denied for lack of information sufficient to justify a belief therein.

140.

The allegations of paragraph 140 of the complaint are denied for lack of information sufficient to justify a belief therein.

141.

The allegations of paragraph 141 of the complaint are denied for lack of information sufficient to justify a belief therein.

## COUNT X
### (Against Defendants Rothchilt and IBSA)

142.

For answer to paragraph 142 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

143.

The allegations of paragraph 143 of the complaint are denied for lack of information sufficient to justify a belief therein.

144.

The allegations of paragraph 144 of the complaint are denied for lack of information sufficient to justify a belief therein.

145.

The allegations of paragraph 145 of the complaint are denied for lack of information sufficient to justify a belief therein.

146.

The allegations of paragraph 146 of the complaint are denied for lack of information sufficient to justify a belief therein.

147.

The allegations of paragraph 147 of the complaint are denied for lack of information sufficient to justify a belief therein.

148.

The allegations of paragraph 148 of the complaint are denied for lack of information sufficient to justify a belief therein.

149.

The allegations of paragraph 149 of the complaint are denied for lack of information sufficient to justify a belief therein.

150.

The allegations of paragraph 150 of the complaint are denied for lack of information sufficient to justify a belief therein.

151.

The allegations of paragraph 151 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT XI**
**BREACH OF IMPLIED WARRANTY**
**OF FITNESS FOR A PARTICULAR PURPOSE**
**(Against Defendants Rothchilt and IBSA)**

152.

For answer to paragraph 152 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

153.

The allegations of paragraph 153 of the complaint are denied for lack of information sufficient to justify a belief therein.

154.

The allegations of paragraph 154 of the complaint are denied for lack of information sufficient to justify a belief therein.

155.

The allegations of paragraph 155 of the complaint are denied for lack of information sufficient to justify a belief therein.

156.

The allegations of paragraph 156 of the complaint are denied for lack of information sufficient to justify a belief therein.

157.

The allegations of paragraph 157 of the complaint are denied for lack of information sufficient to justify a belief therein.

158.

The allegations of paragraph 158 of the complaint are denied for lack of information sufficient to justify a belief therein.

159.

The allegations of paragraph 159 of the complaint are denied for lack of information sufficient to justify a belief therein.

160.

The allegations of paragraph 160 of the complaint are denied for lack of information sufficient to justify a belief therein.

161.

The allegations of paragraph 161 of the complaint are denied for lack of information sufficient to justify a belief therein.

162.

The allegations of paragraph 162 of the complaint are denied for lack of information sufficient to justify a belief therein.

163.

The allegations of paragraph 163 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT XII**
**(Against Defendant IBSA)**

164.

For answer to paragraph 164 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

165.

The allegations of paragraph 165 of the complaint are denied for lack of information sufficient to justify a belief therein.

166.

The allegations of paragraph 166 of the complaint are denied for lack of information sufficient to justify a belief therein.

167.

The allegations of paragraph 167 of the complaint are denied for lack of information sufficient to justify a belief therein.

168.

The allegations of paragraph 168 of the complaint are denied for lack of information sufficient to justify a belief therein.

169.

The allegations of paragraph 169 of the complaint are denied for lack of information sufficient to justify a belief therein.

170.

The allegations of paragraph 170 of the complaint are denied for lack of information sufficient to justify a belief therein.

171.

The allegations of paragraph 171 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT XIII**
**(Against Defendant Rothchilt)**

172.

For answer to paragraph 172 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

173.

The allegations of paragraph 173 of the complaint are denied for lack of information sufficient to justify a belief therein.

174.

The allegations of paragraph 174 of the complaint are denied for lack of information sufficient to justify a belief therein.

175.

The allegations of paragraph 175 of the complaint are denied for lack of information sufficient to justify a belief therein.

176.

The allegations of paragraph 176 of the complaint are denied for lack of information sufficient to justify a belief therein.

177.

The allegations of paragraph 177 of the complaint are denied for lack of information sufficient to justify a belief therein.

178.

The allegations of paragraph 178 of the complaint are denied for lack of information sufficient to justify a belief therein.

179.

The allegations of paragraph 179 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT XIV**
**(Against All Defendants)**

180.

For answer to paragraph 180 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

181.

The allegations of paragraph 181 of the complaint are denied for lack of information sufficient to justify a belief therein.

182.

The allegations of paragraph 182 of the complaint are denied for lack of information sufficient to justify a belief therein.

183.

The allegations of paragraph 183 of the complaint are denied for lack of information sufficient to justify a belief therein.

184.

The allegations of paragraph 184 of the complaint are denied for lack of information sufficient to justify a belief therein.

185.

The allegations of paragraph 185 of the complaint are denied for lack of information sufficient to justify a belief therein.

186.

The allegations of paragraph 186 of the complaint are denied for lack of information sufficient to justify a belief therein.

187.

The allegations of paragraph 187 of the complaint are denied for lack of information sufficient to justify a belief therein.

188.

The allegations of paragraph 188 of the complaint are denied for lack of information sufficient to justify a belief therein.

## COUNT XV
## FRAUDULENT MISREPRESENTATION
## (Against Defendants Knauf Gips, Knauf Tianjin and Taishan)

189.

For answer to paragraph 189 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

190.

The allegations of paragraph 190 of the complaint are denied for lack of information sufficient to justify a belief therein.

191.

The allegations of paragraph 191 of the complaint are denied for lack of information sufficient to justify a belief therein.

192.

The allegations of paragraph 192 of the complaint are denied for lack of information sufficient to justify a belief therein.

193.

The allegations of paragraph 193 of the complaint are denied for lack of information sufficient to justify a belief therein.

194.

The allegations of paragraph 194 of the complaint are denied for lack of information sufficient to justify a belief therein.

195.

The allegations of paragraph 195 of the complaint are denied for lack of information sufficient to justify a belief therein.

196.

The allegations of paragraph 196 of the complaint are denied for lack of information sufficient to justify a belief therein.

197.

The allegations of paragraph 197 of the complaint are denied for lack of information sufficient to justify a belief therein.

198.

The allegations of paragraph 198 of the complaint are denied for lack of information sufficient to justify a belief therein.

199.

The allegations of paragraph 199 of the complaint are denied for lack of information sufficient to justify a belief therein.

200.

The allegations of paragraph 200 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT XVI**
**(Against Defendants Knauf Gips, Knauf Tianjin and Taishan)**

201.

For answer to paragraph 201 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

202.

The allegations of paragraph 202 of the complaint are denied for lack of information sufficient to justify a belief therein.

203.

The allegations of paragraph 203 of the complaint are denied for lack of information sufficient to justify a belief therein.

204.

The allegations of paragraph 204 of the complaint are denied for lack of information sufficient to justify a belief therein.

205.

The allegations of paragraph 205 of the complaint are denied for lack of information sufficient to justify a belief therein.

206.

The allegations of paragraph 206 of the complaint are denied for lack of information sufficient to justify a belief therein.

207.

The allegations of paragraph 207 of the complaint are denied for lack of information sufficient to justify a belief therein.

208.

The allegations of paragraph 208 of the complaint are denied for lack of information sufficient to justify a belief therein.

209.

The allegations of paragraph 209 of the complaint are denied for lack of information sufficient to justify a belief therein.

210.

The allegations of paragraph 210 of the complaint are denied for lack of information sufficient to justify a belief therein.

211.

The allegations of paragraph 211 of the complaint are denied for lack of information sufficient to justify a belief therein.

**COUNT XVII**
**VIOLATION OF THE DECEPTIVE**
**AND UNFAIR TRADE PRACTICES ACT**
**(Against Defendants Knauf Gips, Knauf Tianjin and Taishan)**

212.

For answer to paragraph 212 of the complaint, Farmers readopts, realleges, and reavers all of its prior responses.

213.

The allegations of paragraph 213 of the complaint are denied for lack of information sufficient to justify a belief therein.

214.

The allegations of paragraph 214 of the complaint are denied for lack of information sufficient to justify a belief therein.

215.

The allegations of paragraph 215 of the complaint are denied for lack of information sufficient to justify a belief therein.

216.

The allegations of paragraph 216 of the complaint are denied for lack of information sufficient to justify a belief therein.

217.

The allegations of paragraph 217 of the complaint are denied for lack of information sufficient to justify a belief therein.

218.

The allegations of paragraph 218 of the complaint are denied for lack of information sufficient to justify a belief therein.

219.

The allegations of paragraph 219 of the complaint are denied for lack of information sufficient to justify a belief therein.

220.

The allegations of paragraph 220 of the complaint are denied for lack of information sufficient to justify a belief therein.

221.

The allegations of paragraph 221 of the complaint are denied for lack of information sufficient to justify a belief therein.

**ANSWER TO AMENDED COMPLAINT**

222.

The allegations of paragraph 222 of the amended complaint are denied.

**AFFIRMATIVE DEFENSES**

And now further answering the plaintiffs' complaint, Farmers Insurance Exchange avers as follows:

224.

The defects and damage from Chinese drywall are not covered by the Farmers Insurance Exchange policy at issue given the following policy provisions:

**SECTION I – PERILS INSURED AGAINST**

We insure against risk of direct loss to property described in Coverages A, B and C, only if that loss is a physical loss to property.

We do not insure, however, for loss:

**1.** Under Coverages A, B and C:
   a.   Excluded under SECTION I – EXCLUSIONS;

b.  Caused by:

…

(4) Any of the following:

(a)     Wear and tear, marring, deterioration;

(b)     Inherent vice, latent defect, mechanical breakdown;

(c)     Smog, rust or other corrosion, mold, wet or dry rot;

…

Under item (1) through (4), any ensuing loss to property described in Coverages A, B and C not excluded or excepted in this policy is covered.

…

**SECTION I – EXCLUSIONS**

**1.**  We do not insure for loss caused directly or indirectly by any of the following.  Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

…

j.     **Faulty, inadequate or defective** planning, zoning, development, surveying, siting, design, specifications, workmanship, construction, grading, compaction, maintenance, repairs, or materials, whether used in construction, remodeling, maintenance or repair of part of or all of any property (including land, structures or any improvements) whether on or off the "residence premises."  Earth movement, rust, mold, fungus, or wet or dry rot are never covered under this policy, however caused.

**COVERAGE D – Loss of Use**

...

1.  If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

225.

Farmers affirmatively pleads that an "occurrence," within the meaning of the policy terms and conditions did not occur during the policy period.

226.

Farmers affirmatively pleads that plaintiff is under a continuing duty to mitigate her damages.

227.

Farmers demands and is entitled to a trial by jury.

WHEREFORE, defendant, FARMERS INSURANCE EXCHANGE, prays as follows, to-wit:

That this answer to the suit for damages of plaintiffs be deemed good and sufficient and that after all due proceedings had that there be judgment rendered herein in favor of defendant and against petitioners, dismissing petitioners' claims at petitioners' costs;

FURTHER reserves its right to file an amended answer upon the completion of additional discovery;

FURTHER prays for a trial by jury;

FURTHER PRAYS for all necessary orders and decrees and for just and equitable relief.

Baton Rouge, LA, this 1 day of November, 2010.

Respectfully submitted,

_S/ VALERIE BRIGGS BARGAS_
**VALERIE BRIGGS BARGAS/LBR# 27392**
**KINCHEN, WALKER, BIENVENU,**
**BARGAS & REED, L.L.C.**
6421 Perkins Road
Building C, Suite A
Baton Rouge, LA 70808
Telephone:  225-757-0001

Facsimile:  225-757-0002

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Baton Rouge, Louisiana this <u>1</u> day of <u>NOVEMBER</u>, 2010.

<u>S/ VALERIE BRIGGS BARGAS</u>
**VALERIE BRIGGS BARGAS (#27392)**

**ORIGINAL DOCUMENT ON FILE WITH THE CLERK OF COURT FOR THE EASTERN DISTRICT OF LA.**