Civil Action No.: 10-804 1

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

[Stamp: Der Präsident des Oberlandesgerichts München
Eing. 1 2. JULI 2010
Akt ...... Heft ...... Beil. ...... Abdr.
Nr. 9341 aE - 176/10]

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR BAVARIA<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>80097 München<br>GERMANY |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)   KNAUF INTERNATIONAL GmbH (HRB 5956)
Am Bahnhof 7, 97346 Iphofen, GERMANY

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal (in-hand) service by a Judicial Officer in accordance with your internal law for service of documents upon persons or entities in your territory.
Delivery in accordance with ZPO 177 & 178 requested.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

List of documents
*Enumération des pieces*

Executed "Request," in English and German, in duplicate
"Certificate" (unexecuted), in English and German, in duplicate
"Summary," in English and German, in duplicate
"Notice," in English and German, in duplicate
Summons on a Third-Party Complaint, in English and German, in duplicate
Third Party Complaint, in English and German, in duplicate

Done at Leawood, Kansas, U.S.A., the 7 July 2010
*Fait à* _____, *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

[Signature: Karina Shreefer]

*Delete if inappropriate
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
1 both of which may still be used)
USM-94
(Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* ___28.07.2010___
- at (place, street, number)
- *à (localité, rue numéro)* ___Kitzingen, Friedenstr. 3a___

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

☒ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*~~
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method*:
  b) *selon la forme particulière suivante :* persönliche (zu Händen) Zustellung durch einen Gerichtsbeamten im Einklang mit den internen Gesetzen über die Zustellung von Dokumenten an natürliche oder juristische Personen in Deutschland; Zustellung in Übereinstimmung mit §§ 177, 178 ZPO

☐ ~~(c) by delivery to the addressee, who accepted it voluntarily.~~ *
  c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* ___Jörg Schanow___

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* ___Bevollmächtigter des Adressaten___

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Pièces renvoyées:*

Die Schriftstücke "Summary" und "Notice" wurden in deutscher und englischer Sprache übergeben

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*
Die mit dem Zeugnis fest verbundenen Schriftstücke "Summons on a Thir-Party Complaint" und "Third Party Complaint" wurden in deutscher und in englischer Sprache zugestellt.

Done at ___Kitzingen___, the ___28.07.2010___
*Fait à _____, le _____*

Signature and / or stamp.
*Signature et / ou cachet.*

Hamm, Rechtspflegerin

*Delete if inappropriate*
*Rayer les mentions inutiles.*

2

**BAVARIA DISTRICT COURT OF KITZINGEN** 12

# CERTIFICATE

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1) that the document has been served *

    - on (date)          **July 28, 2010**

    - at (place, street, number)    **Kitzingen, Friedenstr. 3a**

    - using one of the following methods authorized by article 5-

      ~~☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~

      ☒ (b) using the following special method*: **delivery to the addressee in person by an officer of the Court in accordance with domestic legislation governing service of documents to natural persons or legal entities inside Germany; service in conformity with §§ 177, 178 Code of Civil Procedure**

      ~~☐ (c) by delivery to the addressee, who accepted it voluntarily.~~ *

The documents referred to in the request have been delivered to:

    -(identity and description of person)    **Jörg Schanow**

    -relationship to the addressee (family, business, or other):    **Holder of addressee power-of-attorney**

2) that the document has not been served, by reason of the following facts*:

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes

Documents returned:

**The documents entitled "Summary" and "Notice" were served in both German-language and English-language versions.**

In appropriate cases, documents proving that the service was performed:

**The documents physically attached to this certificate, to wit: "Summons on a Third-Party Complaint" and "Third Party Complaint," were served in both German-language and English-language versions.**

Done at **Kitzingen** , the **July 28, 2010**

Signature and / or stamp. *[Signature]*
Hamm, Court Assistant

**BAVARIA DISTRICT COURT OF KITZINGEN 12**

*Delete if inappropriate.

2

Subscribed and sworn to before
me this  10/19  20 10

Notary Public  _____
VICKI FARRON
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2012

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Civil Action No.: 10-720 L(2)

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*   LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties\*:**
*Identité des parties :*   IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:
TIMOTHY AND ASHLEY FRANCIS v. COLONY INSURANCE COMPANY, et al.

## JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :*   Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Flanagan Partners, LLP) and on the Defendant's Attorney (Amos H. Davis) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file its Answer or Motion with the United States District Court, District of Eastern Louisiana, located at: 500 Poydras Street, Room C151, New Orleans, Louisiana 70130, U.S.A. and serve it on any other parties.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment\*\*:**
*Date de la décision :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*   Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Flanagan Partners, LLP) and on the Defendant's Attorney (Amos H. Davis) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file its Answer or Motion with the Court and serve it on any other parties. If Defendant fails to respond, judgment by default will be entered against it for the relief demanded in the Third-Party Complaint.

## EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*   N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-211/15302

3