UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| *     *     *     *     *     *     *     * | | |

## NOTICE OF APPEARANCE OF
## ADDITIONAL COUNSEL OF RECORD

COMES NOW, Andrea Cortland of the law firm of Cozen O'Connor, and hereby files this Notice of Appearance of Additional Counsel of Record on behalf of defendant, Illinois Union Insurance Company. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action. This appearance is submitted reserving all defenses and without waiving any objections to service of process, venue or jurisdiction. All objections and challenges are specifically reserved.

Respectfully submitted,

Salley, Hite & Mercer, LLC
**JOHN W. HITE III (T.A. 17611)**
**SUSAN G. GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828

CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 1st day of November, 2010, served a copy of the foregoing pleading on counsel for all parties via the Court's CM/EMF electronic filing system.

       /s/ John W. Hite III

**BY:   /s/ John W. Hite III**
    **JOHN W. HITE III**

Joseph A. Ziemianski, Esq.
Cozen O'Connor
One Houston Center
1221 McKinney, Suite 2900
Houston, TX 77010
Telephone: 832.214.3920

Andrea Cortland
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
E-mail: acortland@cozen.com

**ATTORNEYS FOR ILLINOIS**
**UNION INSURANCE COMPANY**

G:\daisy\WD\20989\NOTICE OF APPEARANCE.wpd

- 2 -