**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Pate v. American International Specialty Lines Insurance Company, et al.* **(2:09-cv-7791)** (E.D. La.) | MDL NO.: 2:09-md-2047<br><br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**STIPULATION BY FCCI COMMERCIAL INSURANCE COMPANY,**
**FCCI INSURANCE COMPANY, AND ROBERT C. PATE**

Defendants FCCI Commercial Insurance Company and FCCI Insurance Company (jointly, "FCCI") have filed a motion to dismiss for lack of personal jurisdiction [Docket No. 2147]. In connection with that motion, FCCI and Plaintiff, Robert C. Pate, as Trustee for the Chinese Drywall Trust, stipulate as follows:

There is an Intercompany Service Agreement between FCCI Services and FCCI Mutual Insurance Holding Company to which neither FCCI Insurance Company, FCCI Commercial Insurance Company or National Trust Insurance Company are parties, however, they do acknowledge their agreement to the apportionment methodology in the Agreement. FCCI Mutual Insurance Holding Company is the ultimate parent of FCCI Insurance Company, FCCI Commercial Insurance

Company and National Trust Insurance Company. The Intercompany Service Agreement provides for an agreement under which FCCI Services will provide claims adjusting and underwriting services, payroll management, and clerical and administrative assistance for all companies in the FCCI group, including FCCI Insurance Company, FCCI Commercial Insurance Company and National Trust Insurance Company. FCCI Insurance Company, FCCI Commercial Insurance Company, and National Trust Insurance Company do not have separate employees and instead all use employees commonly provided by FCCI Services.

There is a Quota Share Reinsurance Agreement is between FCCI Insurance Company and National Trust Insurance Company under which National Trust Insurance Company cedes 100% of its premium, including Louisiana premiums, to FCCI Insurance Company and FCCI Insurance Company assumes 100% of National Trust Insurance Company's loss exposure including Louisiana losses.

Respectfully submitted,

ANDERSON KILL & OLICK, P.C.
*Attorneys for Robert C. Pate, as Trustee for the Chinese Drywall Trust*

Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
*Attorneys for FCCI Insurance Company and FCCI Commercial Insurance Company*

/s/ Robert M. Horkovich

ROBERT M. HORKOVICH
NY State Bar No.: 1679778
rhorkovich@andersonkill.com
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
P: 212-278-1000
F: 212-278-1733

By: /s/ Robert M. Darroch

ROBERT M. DARROCH
GA State Bar No.:  205490
rdarroch@gmlj.com
STEPHANIE F. GLICKAUF
GA State Bar No.:  257540
sglickauf@gmlj.com
GOODMAN MCGUFFEY LINDSEY &
JOHNSON, LLP
3340 Peachtree Road, NE, Suite 2100
Atlanta, GA 30326-1084
P:  404-264-1500
F:  404-264-1737

AND

MOULEDOUX, BLAND, LEGRAND &
BRACKETT, LLC

By: /s/ PATRICK E. COSTELLO

PATRICK E. COSTELLO (#26619)
pcostello@mblb.com
JACQUES P. DeGRUY (#29144)
jdegruy@mblb.com
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of November, 2010.

/s/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)
pcostello@mblb.com
JACQUES P. DeGRUY (#29144)
jdegruy@mblb.com
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121