UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

KENNETH and BARBARA WILTZ, *et. al.,*
*Plaintiffs,* v.
BEIJING NEW BUILDING MATERIALS
PUBLIC LTD. CO., *et. al., Defendants.*
Case No. 10:361
_____/

**DEFENDANT, R. FRY BUILDERS, INC.'S, MOTION TO DISMISS,
WITH PREJUDICE, THE CLAIMS BROUGHT AGAINST IT IN THE
<u>WILTZ OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION</u>**

Defendant, R. Fry Builders, Inc. ("Fry"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the Wiltz Omnibus Class Action Complaint in Intervention (II(A)) served by Intervening Plaintiffs **Frank and Kathleen Rocca** (the "Rocca Plaintiffs") and **August and Tina Eck** (the "Eck Plaintiffs) (collectively, the "Plaintiffs"), with prejudice, for failure to state a claim upon which relief can be granted.

In a shotgun pleading that makes no effort to distinguish between Fry and the entities actually responsible for the drywall, Plaintiffs have offered a laundry list of generic common law and statutory theories—i.e., Negligence, Negligence Per Se, Strict Liability, Breach of Express and/or Implied Warranties, Breach of Implied Warranty of Habitability, Breach of Contract, Private Nuisance, Negligent Discharge of Corrosive Substance, Unjust Enrichment, Violation of Florida's Deceptive and Unfair Trade Practices Act, and Equitable and Injunctive Relief and Medical Monitoring. As detailed in the accompanying memorandum of law in support of this

{FT722015;1}

Motion, every one of those claims should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support, Defendant Fry respectfully requests that the Court enter an order dismissing the claims against it pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Fry its fees in defending this action against the Plaintiffs pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated:  November 2, 2010

          Respectfully submitted,

          **AKERMAN SENTERFITT**

BY:     /s/ Stacy Bercun Bohm
      Stacy Bercun Bohm (Fla. Bar No. 022462)
      Valerie B. Greenberg. (Fla. Bar No. 26514)
      Leslie Miller Tomczak (Fla. Bar No. 126489)
      Las Olas Centre II, Suite 1600
      350 East Las Olas Boulevard
      Fort Lauderdale, Florida 33301-2229
      Telephone: (954) 463-2700
      Telecopier: (954) 463-2224
      Email:  stacy.bohm@akerman.com
             valerie.greenberg@akerman.com
             leslie.tomczak@akerman.com

**LEAD COUNSEL FOR DEFENDANT R. FRY BUILDERS, INC.**

**PHELPS DUNBAR LLP**

BY:    /s/ Brent B. Barriere
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La Bar No. 31309)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
    Susie.morgan@phelps.com
    Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT, R. FRY BUILDERS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Defendant, R. Fry Builder's, Motion to Dismiss, with Prejudice, the Claims Brought Against it in the Wiltz Omnibus Class Action Complaint in Intervention (II(A))* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2010.

    /s/   Leslie Miller Tomczak