# EXHIBIT A

# R Fry Builders, Inc.

935 Del Prado Blvd. Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

## CONTRACT

THIS AGREEMENT made and entered into this 7th day of January, 2005 by and between R. FRY BUILDERS, INC., Builder, and August and Tina Eck ,purchaser, presently residing at 3902 Embers Pky., Cape Coral, Florida 33993
Telephone: Home # 283-0445 Cell# 340-2178 Fax #
EMail address: cricket0128@yahoo.com

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT:   Catherine Model

Address:  3910 Embers Pky. W., Cape Coral 33993
Block 5315 Lot 7-9 Unit 58 Pb. 23 Pg. 144
Strap # 18-44-23-C1-05315.0070

| | |
|---|---|
| TOTAL PRICE OF HOME | $ 224,492.00 |
| LESS DEPOSIT | ($ 1,000.00) |
| TOTAL | $ 223,492.00 |
| LESS 10% DUE | ($ 22,349.20) |
| TOTAL | $ 201,142.80 |
| POOL PACKAGE | $ 38,000.00 |
| TOTAL TO BE DISPERSED | $ 239,142.80 |

Purchases agrees to pay the Builder, the sum of $ 262,492.00
( Two hundred sixty two thousand, four hundred ninety two and 00/00)

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from Cape Coral Building Dept. This contract is also subject to the granting of a Loan by._____
IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

1. Ten percent (10%) due at Bank Closing not to be deducted from first draw: $ 22,349.20
2. Proceeds of the above loan in the amount of $ 239,142.80

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                                   ACCEPTANCE BY BUILDER:

_____ 3/5/05                        _____ 3/2/05
            Date                              R. Fry Builders, Inc.    Date

_____ 3/5/05
            Date

*Quality Craftsmanship in Southwest Florida since 1981*

# R Fry Builders, Inc.

923 Del Prado Blvd. Suite 203
Cape Coral, FL 33990
239-772-2666
239-772-2613 Fax

R. Fry Builders, Inc. hereby called the Builder does agree that the Builder will supply all labor and materials for the construction of a single family residence for August and Tina Eck per blueprints provided and accepted.

## *The Catherine- 3 car Garage*
### STRUCTURAL & CONSTRUCTION FEATURES & MATERIALS:
4 Bedroom, 3 bath
CBS with stucco finish
Fill, clear and grading **Allowance $4,000.00**
2-course stem wall
3 car garage
Garage: 2' additional at front, 11' additional in width
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1-year subterranean termite warranty
4" reinforced concrete floor w/vapor barriers
Concrete Driveways and sidewalks- add'l for 3rd car garage – full length to street
 per plot plan
Interior wall framing 16" on center (wood)
Engineered roof trusses w/hurricane straps
5/12 Roof Pitch
Plywood Sheathing or equivalent on roof
9'4" tiebeam
Steel reinforced concrete Tie beam
Ventilated aluminum soffit and fascia (color choice - standard)
Dimensional, fungus resistant Fiberglass asphalt shingles-choice of colors
 Thirty (30) year limited warranty on shingles
White aluminum framed windows w/screens
Ogee Marble windowsills
R-30 insulation in ceilings
R-4.3 insulation on exterior masonry walls & 3-1/2" fiberglass insulation between
 Garage wall and house
Interior Paint – standard Applepeel
Exterior Paint color: One color selection for base house, and one color for banding
Central heat and air conditioning
Textured drywall on interior walls
Pex-pipe water lines

### ELECTRICAL FEATURES:
Pre-wire for garage door opener
200 AMP electrical service
Recess accent lighting
Washer & dryer outlets
Pre-wire for 3 phones & 4 TV outlets – Per Plan
6 additional outlets
2 smoke detectors
Door chimes
Pre-wire for phone and T.V. outlets per plan
Lighting Package **Allowance $ 500.00**

### KITCHEN FEATURES:
Raised panel kitchen cabinet doors
Solid surface counter tops with solid surface sink
¾ wall at family room counter area with plant shelf and add'l upper cabinets
Moen Faucet
Island in kitchen with electric
Standard Appliance Package **Allowance $ 1,800.00**
 Microwave under cabinet | Refrigerator (18 cf.)
 Built-in dishwasher | Range with self cleaning oven

*Quality Craftsmanship in Southwest Florida since 1981*

March 1, 2005
Page 2

## BATHROOM FEATURES:

Raised Panel Vanities with cultured marble tops
1 gallon water closets
Anti-scald valve guard on shower faucet
Mirrors over vanities
Mirrored medicine cabinets
Ceramic wall tile in wet areas $2,000.00 Allowance
Brand name fixtures
Standard tub in master bath
2nd shower head in master shower

## OTHER ITEMS INCLUDED:

Flooring Allowance $4,720.00
Ventilated closet shelving
Trussed patio roof
50-gallon energy efficient water heater
Interior colonial doors and trim
5 ¼ Baseboards
Exterior doors metal
Master Bdrm to have tray ceiling per print
Choice of Interior (1) paint color
Choice of Exterior paint – one color for house, one color for banding
Overhead steel garage door
3 exterior hose bibs
Laundry tub
Panel Shutters per code
Impact fees as of Contract Date
Landscaping and Bahai Sod-per Cape Coral Code
Builder's Risk Insurance
Permit Fees
Surveys
3 columns added to interior of house – per print
Septic system and Pine Island Water hook-up
Double French doors in Master bedroom and Dining room – per plan
Delete Pool bath – add bath between bdrm 3 & 4 – per print
Pool package to include Pool, Spa, and solar heat - $30,000.00 Allowance
   ( Specifications for pool to be shown on separate pool contract )

TOTAL Contract: $262,492.00

**Calvert determined by building inspector at time of driveway stakeout (cost of calvert not included in contract)

Note: There will be a $200.00 change order charge, per change, for any change requiring a modification to the plans once the full set of plans has been completed. This charge is payable at the time change is made.

_____     _____ 3/3/05
            Date               R. Fry Builders Inc.        Date

_____ 3/5/05
            Date

Case 2:09-md-02047-EEF-MBN   Document 6293-2   Filed 11/02/10   Page 4 of 18

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

4. Construction is to be completed within nine (9) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five (5) working days per calendar week, unless delayed by strike, building materials shortages, newly established requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay the closing because of minor work that does not interfere with occupancy. Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed an additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency of its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal two block foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual sod connotations and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, to provide proper grade or any expenses caused by rock or other adverse sub-sod conditions will be borne by Owner.

8. Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours. Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependents, quests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner, for himself and his heirs, hereby waive and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9. Pricing in the Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 30 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this election must be given to Builder within ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee increases will be passed onto buyer at time of enforcement.

10. Improvement allowances are Builder's best estimates at the time of contract signing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances. Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11. This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12. Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond a mason's control. Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13. The Builder will connect to public water and/or sewer lines a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14. Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground electric and/or telephone service when required will be borne by the Owner.

15. If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

16. It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17. It is understood and agreed that the Owners will not assign this contract without the prior written consent of the contractor.

18. The Builder is not responsible for any water damage created by a lawn sprinkler system.

BUYER(S): *(signatures)*

BUILDER: *(signature)*

Date: 3/2/05

# EXHIBIT B

```
              C I T Y   O F   C A P E   C O R A L
              ------ CERTIFICATE OF OCCUPANCY ------
                         P E R M A N E N T


                  ISSUE DATE:      3/08/07
```

LOCATION: 3910 EMBERS PKY WEST

STRAP #: 18-44-23-C1-05315-0070            PERMIT #: 06-00003834

OWNER INFORMATION:                         OCCUPANCY TYPE  : RESIDENTIAL 1 & 2 FA
    ECK AUGUST V + TINA M
    3902 EMBERS PKWY W                   CONST. TYPE     : TYPE V UNPROTECTED
    CAPE CORAL, FL 33993
                                         ALLOWABLE OCC CONTENT:

CONTRACTOR INFORMATION:                    ALLOWABLE FLOOR LOAD :
    FRY RANDY A
    R FRY BUILDERS INC                   GAC UNIT              :    58-0
    923 DEL PRADO BL SOUTH #203
    CAPE CORAL, FL 33990-3628            PLAT BOOK PAGE# :   17
    (941)772-2666                        # OF PLATTED LOTS:
    COMPETENCY #:                        ZONING                :    R1B
    REG OR STATE LIC: CBC023132
                                         TYPE OF WORK    :   NEW CONSTRUCTION

                                         NUMBER OF STORIES     :       1.00

                                         FLOOD ELEVATION       :       8.0000

                                         FLOOD CODE            :         A6

                                         NUMBER OF BEDROOMS    :       4.00

                                         NUMBER OF BATHROOMS   :       3.00

                                         TOTAL DWELLING UNITS  :       1.00

                                         TOTAL BLDG SIZE       :    3463.00


SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.  THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE  3/8/07   _____
               DEPT. OF COMMUNITY DEVELOPMENT
          VOID UNLESS SIGNED BY BUILDING OFFICIAL

# EXHIBIT C

923 Del Prado Blvd. Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

# R Fry Builders, Inc.

## CONTRACT

THIS AGREEMENT made and entered into this <u>5th day of July, 2005</u> by and between R. FRY BUILDERS, INC., Builder, and **Frank J. and Kathleen Rocca**, purchaser, presently residing at 3211 S.W. 1st Place, Cape Coral, Florida 33914
Telephone: Home # _____ Cell# _____ Fax # _____
E:Mail address: _____

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT: **Custom Venice Model**

Address: 2735 N.W. 42nd Ave., Cape Coral, Florida 33993
Block 5183 Lot 18,19 Unit 83 Pb. 23 Pg. 47
Strap # 25-43-22-C3-05183.0180

| | |
|---|---|
| TOTAL PRICE of HOME | $ 285,205.00 |
| LESS DEPOSIT | ($ 2,000.00) |
| TOTAL | $ 283,205.00 |
| LESS 10% DUE | ($ 28,320.50) |
| TOTAL | $ 254,884.50 |
| POOL COST | $ 40,000.00 |
| TOTAL TO BE DISPERSED | $ 294,884.50 |

Purchases agrees to pay the Builder, the sum of $ 325,205.00
(Three hundred twenty five thousand, two hundred five and 00/00)

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from <u>Cape Coral Building Dept</u>. This contract is also subject to the granting of a Loan by **Fifth Third Bank**. IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

1. Ten percent (10%) due at Bank Closing not to be deducted from first draw: $ 28,320.50
2. Proceeds of the above loan in the amount of $ 294,884.50
3. Pool Draws to be separate from construction loan $ 40,000.00

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS: ACCEPTANCE BY BUILDER:

_Frank J. Rocca_ 7/1/06 _[signature]_ 7/22/05
Date R. Fry Builders, Inc. Date

_Kathleen Rocca_ 7/1/05
Date

Quality Craftsmanship in Southwest Florida since 1981

923 Del Prado Blvd. Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

# R. Fry Builders, Inc.

R. Fry Builders, Inc. hereby called the Builder, does agree that the Builder will supply all labor and materials for the construction of a single family residence for **Frank and Kathleen Rocca** per blueprints provided and accepted.

## Venice - Model

### STRUCTURAL & CONSTRUCTION FEATURES & MATERIALS:

4 Bedroom, 3 bath
CBS with stucco finish
Fill, Grade and Clearing Allowance $ 7,500.00        *Left Hand Garage*
3-course Concrete Block stem wall — "only if required for plumbing f/k"
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1-year subterranean termite warranty
4" reinforced concrete floor w/vapor barriers
6/12 Roof Pitch
**Delete Copula**
9' 4" Tiebeam
**Paver Driveway** and walks for std. Cape Coral lot
Engineered roof trusses w/hurricane straps
Plywood Sheathing or equivalent on roof
White aluminum soffit & Fascia
**Color thru Barrel Tile Roof**
Tinted Windows – white or bronze aluminum frame
Fiberglass Screens on all windows
Full R-30 Fiberglass Batt insulation in Living Area ceilings
4.3 insulation on exterior masonry walls
3-1/2" fiberglass insulation between Garage & Interior Wall (R-11)
Interior Paint – one color for walls, one color for trim, Great room ceiling only –different color
Exterior Paint color: One color selection for base house, and one color for banding
Central Heating & Cooling R-410A System (Seer 12) includes Programmable Digital Thermostat
   **Humidistat**
Textured knockdown finish on walls and Ceilings
**Delete Entertainment Center with Lighting**
~~Delete Soffitted Ceilings with Crown Molding~~
Interior doors to be raised panel 8' doors
5 ¼ Decorative Base Boards
Decorative Casings Moldings
Pex-pipe water lines
Custom Double front entry doors
Cultured Marble Ogee Window sills

### ELECTRICAL FEATURES:

Garage door with opener and 2 remotes
200 AMP electrical service
Pre-wire for phones & TV cable outlets - Per Plan
Smoke detectors installed per code
Door chimes
Lighting and Fan Package Allowance $ 2,300.00
**Add recessed light in soffit with switch outside Master Bath**
**Prewire for 3 ceiling light fixtures with dimmer switch – centered over Kitchen bar**
**1 floor outlet in Great Room – std.**
**Prewire for 2 lights in hall, outside bdrm 3- located 6.5' high – per print**
**Add waterproof (GFI) outlet on Lanai side wall –next to master – per print**
**Add electrical outlet for decorative wall fountain – with interior switch**

*Quality Craftsmanship in Southwest Florida since 1987*        KITCHEN FEATURES:

Page 2
Raised panel cabinet doors with 42" uppers and crown molding in wood grain color
Granite counter tops with stainless steel, double bowl, undermount sink
Decorative Moen Hardware
Appliance Package:
   Allowance - $2,300.00

**GUEST & POOL BATHROOM FEATURES:**
Cultured Marble vanity tops
Raised panel vanity cabinets in wood grain colors
Elongated water closets
Anti-scald valve guard on shower faucet
Full length mirrors over vanities
Wall tile and wet area Allowance $4,500.00
Moen fixtures
**Delete door in pool bath shower**
**Step in shower in Bath #2- (no tub, no door)**
**Delete Medicine cabinets in all baths**
**Delete Dividing wall in pool bath between sink and closet**
**Delete Closet in Pool bath**

**MASTER BATHROOM FEATURES:**
Cultured Marble vanity tops
Raised panel vanity cabinets - Thermafiol
Elongated water closets
Anti-scald valve guard on shower faucet
**Luxury Garden tub (No Jets)**
Moen fixtures
No Shower windows except top 3 arched sections
MASTER BEDROOM ENTRANCE TO CLOSET HALL - MAKE ARCHED
**OTHER ITEMS INCLUDED:**
Flooring  Allowance $11,500.00
Air Conditioned Walk in Closets per plan
Raised panel cabinets in laundry Room
Overhead steel double wide garage door (16' x 8")
4 exterior hose bibs
40 gallon Hot Water Heater
**Floritam Sod for std. 80' x 125' lot**
**Irrigation System for 80' -125' lot**
**Upgrade door molding – to include Rosettes ( as in Model home)**
Builder's Risk Insurance
Permit Fees
Attic Pull down staircase
Well and Septic System Installed
Shutters per code
Impact fees as of contract date
**Delete closet in pool bath**
**Delete fireplace – using additional space to enlarge the Great Room and Pool bath shower**
**Delete - Niche to enlarge pantry – per print**
**Delete – Exterior privacy wall outside master bath – add "decorative fountain" to front**
Humidistat
**Coffer Ceiling in Master bdrm. And Bath with Crown Molding & light switch**
**Delete side entry door in garage**
**Full Home security system**
**Well and septic equipment**

Pool Package : $ 40,000.00 Allowance
   Items to be included in contract allowance to be determined in separate pool contract.

                    TOTAL Contract:  $ 325,205.00

**\*\*Culvert determined by building inspector at time of driveway stakeout (cost of culvert not included in contract)**

Note: There will be a $200.00 change order charge, per change, for any change requiring a modification to the plans once the full set of plans has been completed. This charge is payable at the time change is made.

_____ 1/2/06        _____ 7/22/05
           Date                         R. Fry Builders Inc.    Date
_____ 7/7/05
           Date

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

4. Construction is to be completed within twelve (12) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five(5) working days per calendar week, unless delayed by strike, building materials shortages, newly established requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. **Owner shall not unreasonably delay the closing because of minor work that does not interfere with occupancy.** Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed and additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency of its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal two block foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual sod connotations and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, to provide proper grade or any expenses caused by rock or other adverse sub-sod conditions will be borne by Owner.

8. Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours. Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependents, quests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner, for himself and his heirs, hereby waive and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9. Pricing in the Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 60 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this election must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee Increases will be passed onto buyer at time of enforcement.

10. Improvement allowances are Builder's best estimates at the time of contract signing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances. Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11. This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12. Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond a mason's control. Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13. The Builder will connect to public water and/or sewer lines a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14. Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground electric and/or telephone service when required will be borne by the Owner.

15. If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

16. It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17. It is understood and agreed that the Owners will not assign this contract without the prior written consent of the contractor.

18. The Builder is not responsible for any water damage created by a lawn sprinkler system.

BUYER(S): *[signature]*

*[signature]* Kathleen Rocca

BUILDER: *[signature]*

Date: 7/7/06

**EXHIBIT D**

```
07/07/2010 13:08   2397722613                RFRY                           PAGE 08/12
    11-04-'07 12:41  FROM-CITY OF CAPE CORAL  239-574-0598      T-878 P003/005 F-958
```

# CITY OF CAPE CORAL
## CERTIFICATE OF OCCUPANCY
### PERMANENT

112

ISSUE DATE:    4/11/07

LOCATION: 2735 NW 42ND AV

STRAP #: 25-43-22-C3-05183-0180          PERMIT #: 05-00039346

OWNER INFORMATION:                       OCCUPANCY TYPE  : RESIDENTIAL 1 & 2 FA
  ROCCA FRANK J + KATHLEEN
  3211 SW 1ST PL                         CONST. TYPE     : TYPE V UNPROTECTED
  CAPE CORAL, FL 33914
                                         ALLOWABLE OCC CONTENT:

CONTRACTOR INFORMATION:                  ALLOWABLE FLOOR LOAD :
  FRY RANDY A
  R FRY BUILDERS INC                     GAC UNIT              :    83-0
  923 DEL PRADO BL SOUTH #203
  CAPE CORAL, FL 33990-3628              PLAT BOOK PAGE# :  07
  (941)772-2666                          # OF PLATTED LOTS:          2.0000
  COMPETENCY #:                          ZONING                : R1B
  REG OR STATE LIC: CBC023132
                                         TYPE OF WORK    : NEW CONSTRUCTION

                                         NUMBER OF STORIES     :    1.00

                                         FLOOD ELEVATION       :    8.0000

                                         FLOOD CODE            :        A9

                                         NUMBER OF BEDROOMS    :    4.00

                                         NUMBER OF BATHROOMS   :    3.00

                                         TOTAL DWELLING UNITS  :    1.00

                                         TOTAL BLDG SIZE       :    3398.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY. THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE 4/11/07                  _____
                              DEPT. OF COMMUNITY DEVELOPMENT
                   VOID UNLESS SIGNED BY BUILDING OFFICIAL