UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION     SECTION "L"

THIS DOCUMENT RELATES TO:     JUDGE FALLON
     MAG. JUDGE WILKINSON

KENNETH and BARBARA WILTZ, *et. al.,*
*Plaintiffs,* v.
BEIJING NEW BUILDING MATERIALS
PUBLIC LTD. CO., *et. al., Defendants.*
Case No. 10:361

_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, R. Fry Builders, Inc.'s, Motion to Dismiss, with Prejudice, the Claims Brought Against it in the Wiltz Omnibus Class Action Complaint in Intervention (II(A)) by **Frank and Kathleen Rocca** and **August and Tina Eck** shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 1st day of December, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

**AKERMAN SENTERFITT**

BY:       /s/ Stacy Bercun Bohm
     Stacy Bercun Bohm (Fla. Bar No. 022462)
     Valerie B. Greenberg. (Fla. Bar No. 26514)
     Leslie Miller Tomczak (Fla. Bar No. 126489)
     Las Olas Centre II, Suite 1600
     350 East Las Olas Boulevard
     Fort Lauderdale, Florida 33301-2229
     Telephone: (954) 463-2700
     Telecopier: (954) 463-2224
     Email:  stacy.bohm@akerman.com
        valerie.greenberg@akerman.com
        leslie.tomczak@akerman.com

**LEAD COUNSEL FOR DEFENDANT R. FRY BUILDERS, INC.**

**PHELPS DUNBAR LLP**

BY:        /s/ Brent B. Barriere
           Brent B. Barriere (La. Bar No. 2818)
           Susie Morgan (La. Bar No. 9715)
           D. Skylar Rosenbloom (La Bar No. 31309)
           Canal Place
           365 Canal Street • Suite 2000
           New Orleans, Louisiana 70130-6534
           Telephone: (504) 566-1311
           Telecopier: (504) 568-9130
           Email: Brent.barriere@phelps.com
                 Susie.morgan@phelps.com
                 Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT, R. FRY BUILDERS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Hearing on Defendant, R. Fry Builder's, Motion to Dismiss, with Prejudice, the Claims Brought Against it in the Wiltz Omnibus Class Action Complaint in Intervention* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2010.

/s/   Leslie Miller Tomczak