UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION "L" |
| BARRY DEMPSTER, et al. CASE NO. 2:09-5482-EEF-JCW; AND | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| T. JACK KENT, et al., CASE NO. 2:10-01110-EEF-JCW; AND | * * * | |
| OMNIBUS COMPLAINT III (GROSS/BENES) CASE NO. 2:09-6690-EEF-JCW. | * * | |

*****************************************************

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746 OF TIMOTHY J. TAYLOR

I, TIMOTHY J. TAYLOR, declare under penalty of perjury under the law of the United State of America, that the following is true and correct:

1. I am the President and CEO of Total Class Solutions, LLC ("TCS"). TCS is serving as the settlement administrator in *Vereen v. Lowe's Home Centers, Inc.*, No. SU10-cv-2267B (Super. Ct. Muscogee Cty), which includes maintenance of the website www.DrywallSettlement.info and the toll free number associated with the settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached to this Declaration and marked TCS 001-009 are true and correct copies of documents received by TCS reflecting that "Terazas Jack Kent, 4960 N. Harrison Rd., Mims, FL 32754" has submitted a Request for Exclusion signed and dated October 18, 2010.



I declare under penalty of perjury that the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of November, 2010 at Plano, Texas.

_____
TIMOTHY J. TAYLOR

# REQUEST FOR EXCLUSION

TO:
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

      I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers, Inc.*, Case NO. SU10-CV-2267B.

TERAZAS  JACK  KENT
(Full Name – Please Print Clearly)

4960 N. HARRISON Rd
(Address)

Mims  Fl  32754
(City, State, Zip Code)

T. Jack Kent
(Signature)

10/18/2010
(Date)

Must be mailed before: November 9, 2010

TCS-001

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I · SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

October 22, 2010

**Via Regular, Certified Mail Return Receipt Requested & Overnight Mail**
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

  Re: Glen Vereen v. Lowe's Home Centers, Inc.
     Case No.: SU10-CV-2267B

To Whom It May Concern:

  Enclosed please find our client, Terazas Jack Kent's fully executed Request for Exclusion from the settlement in the above captioned matter.

  Should you have any questions or concerns, please do not hesitate to contact our office.

  Thank you.

Very truly yours,

C. David Durkee

CDD;prl
Enclosure

TCS-002

**ROBERTS & DURKEE, P.A.**
ATTORNEYS AT LAW
ALHAMBRA TOWERS
PENTHOUSE 1 - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

CERTIFIED MAIL

7010 0290 0002 7093 4477

7500264-9066

Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066



## REQUEST FOR EXCLUSION

TO:
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

    I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers, Inc.*, Case NO. SU10-CV-2267B.

TERAZAS  JACK  KENT
(Full Name – Please Print Clearly)

4960 N. HARRISON Rd
(Address)

Mims Fl 32754
(City, State, Zip Code)

T. Jack Kent
(Signature)

10/18/2010
(Date)

Must be mailed before: November 9, 2010



BY: ..........................

TCS-004



T. J. Kent
4960 Harrison Rd.
Mims, FL 32754-4617

7009 1680 0000 0313 6147

Louis'D Drywall Exclusions
P.O. Box 869066
PLANO, TEXAS 75086-9066



# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 Telephone
(305) 442-2559 Facsimile
www.rdlawnet.com

October 22, 2010

**Via Regular, Certified Mail Return Receipt Requested & Overnight Mail**
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

  Re:  Glen Vereen v. Lowe's Home Centers, Inc.
     Case No.: SU10-CV-2267B

To Whom It May Concern:

Enclosed please find our client, Terazas Jack Kent's fully executed Request for Exclusion from the settlement in the above captioned matter.

Should you have any questions or concerns, please do not hesitate to contact our office.

Thank you.

Very truly yours,

C. David Durkee

CDD;prl
Enclosure

RECEIVED
OCT 27 2010
BY: ........................

TCS-006

## REQUEST FOR EXCLUSION

TO:
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers, Inc.*, Case NO. SU10-CV-2267B.

TERAZAS  JACK  KENT
(Full Name – Please Print Clearly)

4960 N. Harrison Rd
(Address)

Mims  Fl  32754
(City, State, Zip Code)

T. Jack Kent
(Signature)

10/18/2010
(Date)

Must be mailed before: November 9, 2010


RECEIVED
OCT 2 7 2010
BY: ...................

TCS-007

USPS Express Mail Flat Rate Mailing Envelope label, postmarked MIAMI FL 33134, OCT 26 '10, amount $18.30. Tracking number EG346457796US.

TCS-008

ROBERTS & DURKEE, P.A.
ATTORNEYS AT LAW
ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1605
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

TCS-009