**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SEAN AND BETH PAYTON, ET AL**     *     **CIVIL CASE NO. 09-7628**

                 *

**VERSUS**                    *

                 *     **SECTION "L" MAG. 2**

**KNAUF GIPS KG, ET AL**         *

                 *

*******************************************************

<u>**ANSWER TO SUPPLEMENTAL PLEADINGS**</u>

Now into court, through its undersigned counsel, comes **LA DRYWALL** who respectfully answers the lawsuit that has been filed in the captioned matter in regards to a supplemental complaint as follows:

I.

The defendant listed as LA Drywall, which is Defendant No. 2569, denies any and all allegations whatsoever to the supplement to the class action complaint originally filed.

II.

Defendant, LA Drywall, reiterates its earlier filed answer in all respect.

III.

Any and all other allegations of the supplemental response are hereby denied.

WHEREFORE, the defendant prays that its answer be deemed good and sufficient and that after due proceedings, that there be judgment herein in its favor dismissing this matter at the plaintiffs' costs.

<u>/s/ P. David Carollo</u>
P. David Carollo #3931
Attorney for LA Drywall
735 Old Spanish Trail
Slidell, LA 70458
(985) 643-8223/(985) 643-8338 - fax
pdavidcarollo@hotmail.com

File 63-10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SEAN AND BETH PAYTON, ET AL**    \*    **CIVIL CASE NO. 09-7628**
    \*
**VERSUS**    \*
    \*    **SECTION "L" MAG. 2**
**KNAUF GIPS KG, ET AL**    \*
    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

    I  certify that a copy of the foregoing pleading has been served upon Russ M. Herman, Esquire, Leonard A. Davis, Esquire, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113 by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this _____2nd_____ day of __November_____, 2010.


                    /s/ P. David Carollo
                    P. David Carollo #3931
                    Attorney for LA Drywall
                    735 Old Spanish Trail
                    Slidell, LA 70458
                    (985) 643-8223
                    (985) 643-8338 - fax
                    pdavidcarollo@hotmail.com