UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 )  ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) JUDGE FALLON ) MAG. JUDE WILKINSON ) ) |

**RE-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION DUCES TECUM
PURSUANT TO FED. R. CIV. P. 30(b)(6)
Call-in Number: (877)322-9654
Host Code: 128472 Participant Code: 858618**

TO:   The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the 30(b)(6) deposition of Records Custodian for The Center for Toxicology and Environmental Health, LLC on **November 3, 2010 at 10:00 a.m (EST) at the offices of Baker & McKenzie, LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131** and will continue day to day until completed. This deposition is being taken for discovery purposes, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate.

Primary Examiners:   Counsel for Banner Supply Companies

Respectfully submitted,

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
2601 S. Bayshore Drive
Suite 850
Miami, Florida 33130
Telephone (305)455-9500
tehrenreich@wwhgd.com

By:/s/ Todd R. Ehrenreich
*For all Banner Supply entities*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion in Response has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2010.

                                                 /s/ Todd R. Ehrenreich
                                               **TODD R. EHRENREICH, ESQUIRE**

## SCHEDULE A

## DEFINITIONS

"Chinese Drywall" shall mean the defective Chinese drywall imported into the United States and at issue in this Multidistrict Litigation No. 2047.

"Document" or "documents" means and includes any written, recorded, or graphic matter, however produced or reproduced, whether or not in the possession, custody, or control of Defendant and whether or not claimed to be privileged against discovery on any ground, including, but not limited to, books, brochures, notes, diaries, notebooks, ledgers, letters, contracts, checks, drawings, graphs, charts, reports, records, statements, receipts, computer diskettes, computer printouts, teletypes, telecopies, invoices, worksheets, lists, memoranda, correspondence, telegrams, schedules, photographs, sound recordings, films, computer media, or other data compilations from which information can be obtained or translated, if necessary, through detection devices into reasonably usable form.

"Knauf Entities" means, collectively, the following entities: Knauf Plasterboard Dongguan Co. Ltd.; Knauf Plasterboard Tianjin Co. Ltd.; Knauf Plasterboard Wuhu Auhui Co. Ltd.; Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Guandong Co. Ltd.; Knauf Gips KG; Knauf Insulation GmbH; Knauf International GmbH; Knauf Fiberglass GmbH; and, Knauf USA Polystyrene Inc., and/or Knauf Polystyrene.

"Person" means any natural person, corporation, partnership, business, governmental body, or entity of any kind.

"Relevant Time Period" shall mean the time period from January 1, 2004, to the present.

## REQUESTS

1. All test results, studies, air sampling results, documents and public records concerning Chinese Drywall from January 1, 2004 to the present.

2. The results and reports generated from EPA's "elemental analysis" as referenced in the July 2009 CPSC report, which elemental analysis was to be completed by August 21, 2009.

3. All documents regarding, relating, or referring to consumer complaints concerning Chinese manufactured drywall received by EPA from January 1, 2004 to the present.

4. All documents regarding, relating, or referring to EPA communications with the Florida Department of Health, federal Consumer Products Safety Commission, Environmental Protection Agency, and/or any other state or federal agency with which you have corresponded concerning the Chinese drywall problem;

5. All documents regarding, relating to, or referring to the joint meeting on April 14, 2009 among the EPA, CDC/ATSDR and CPSC referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

6. All documents presented at the joint meeting among the EPA, CDC/ATSDR, and CPSC referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

7. All documents regarding, relating to, or referring to EPA's Emergency Response Team developing a protocol for the air testing program, including the draft protocol referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

8. All draft protocols from the EPA's Emergency Response Team, referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

9. All portions of the United States Geological Survey and literature review used regarding gypsum mining in China and the ShanDong province, referenced in July 2009 CPSC Investigation of Imported Drywall Status Report;

10. All documents regarding, relating to, or referring to CPSC confirmation that Chinese samples of drywall were from the LuNeng Mine, located in ShanDong province, referenced in the July 2009 CPSC Investigation of Imported Drywall

- 5 -

Status Report;

11. All documents regarding, relating to, or referring to a list of drywall producers that have used the LuNeng mine, referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

12. All documents received by EPA from Chinese officials in any way relating to Chinese manufactured drywall;

13. All documents provided by EPA to Chinese officials in any way relating to Chinese manufactured drywall;

14. The minutes and/or notes from any EPA meetings concerning Chinese-manufactured drywall;

16. All testing results and reports from any testing of Chinese-manufactured drywall or any testing done in association with your investigation of the Chinese drywall problem;

17. All documents regarding, relating, or referring to EPA ERT analysis of 15 samples as referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

18. All documents, public records, and communications to or from or concerning the following persons or entities and/or their affiliates or subsidiaries, relating to gypsum drywall manufactured in or distributed from China (aka "Chinese Drywall"), including but not limited to any air sampling results, test results, written memoranda, or reports:

    a. Environ International Corporation; Environ Holdings, Inc.; or Robert P. DeMott, Ph.D., DABT;

    b. Packer Engineering or Kenneth F. Packer, Ph.D, P.E.;

    c. Dr. Patricia Williams; Lennar Corporation;

    d. Thomas Eager;

    e. Dr. Phillip Goad;

    g. Unified Engineering, Inc. or Lori Streit, Ph.D.;

    h. Spiderman Mulholland; and

    i. Han-Ulrich Hummel

19. All documents, public records, and communications, relating to Chinese Drywall, including but not limited to any air sampling results, test results, written memoranda or reports summarizing any findings and conclusions, from January 1, 2004 to the present.

20. Any and all communications with any of the Knauf entities.

21. All documents and public records showing locations where Chinese Drywall has been installed.

22. All documents and public records identifying any installers or suppliers of Chinese Drywall or any builders that used or are using Chinese Drywall.

23. All documents and public records reflecting all homeowners' complaints regarding Chinese Drywall.

24. All documents, including test reports and samples, and public records concerning chinese drywall manufactured by any Knauf entity.