UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Sean and Beth Payton, et al | * * | JUDGE FALLON |
| vs. | * * | |
| Knauf Gips, KG, et al | * * * | MAG. JUDGE WILKINSON |
| Case No. 2:09-cv-07628-EEF-JCW | * | |

******************************************

## DIAMOND COURT CONSTRUCTION COMPANY'S RULE 12(b) MOTION TO DISMISS PLAINTIFF'S CLAIM WITH PREJDUICE AS RES JUDICATA AND BARRED BY CONTRACT

**NOW INTO COURT** through undersigned counsel comes Defendant **Diamond Court Construction Company** ("Diamond Court"), which pursuant to Fed. R. Civ. Proc. 12(b)(6), respectfully moves this Court to dismiss with prejudice all claims against it in the *Payton* Omnibus Class Action Complaint (I).

Diamond Court is named in this complaint exclusively by Plaintiff Tokiko Lewis-Zillini. Ms. Lewis-Zilllini's claim is *res judicata* as she released all claims against Diamond Court in a 2008 "Mutual General Release." Additionally, Plaintiff's claim is barred by her home construction contract with Diamond Court.

The grounds for this Motion are more fully set forth in the attached Memorandum in Support, which is incorporated herein by reference.

(signature on next page)

1

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar #26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar #32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Diamond Court Construction Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2010.

s/Christopher A. D'Amour