

# ADAMS AND REESE LLP

**Attorneys at Law**
Baton Rouge
Birmingham
Houston
Jackson
Memphis
Mobile
Nashville
**New Orleans**
Washington, DC

May 7, 2010

**David C. Coons**
(504) 585-0203
E-Fax (504) 586-6598
david.coons@arlaw.com

<u>*Via Facsimile (504-529-2931) and U.S. Mail*</u>

Mr. Russ Herman
Plaintiffs' Liaison Counsel
c/o Ms. Amy Guidry
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

> RE: Defendant Diamond Court Construction Company
> *Plaintiffs Omnibus Class Action Complaint (I)*, Case 2:09-cv-07628
> Chinese Manufactured Drywall Products Liability Litigation,
> MDL No. 2047

Dear Mr. Herman:

   This firm represents the interests of Diamond Court Construction Company ("Diamond Court") in the captioned matter. As you know, Diamond Court is named as a builder defendant in the Plaintiffs' Omnibus Class Action Complaint ("Omnibus Complaint").[1] We write you because we believe this claim should be voluntarily dismissed for two reasons. First, plaintiff Barbara Lewis is not the owner of the residence built by Diamond Court. Second, all claims against Diamond Court were released by the legal owner of the property in 2008.

   According to Schedule "3" of the Omnibus Complaint, Diamond Court is brought into this suit by Plaintiff Barbara Lewis.[2] Plaintiff alleges that Barbara Lewis, "owns real property located at 2074 South West Beauregard Street, Port Saint Lucie, Florida 34953."[3] But as the public record of the St. Lucie County Appraiser demonstrates, Tokiko Lewis-Zillini is the owner of the property located at 2073 South West Beauregard Street.[4] Tokiko Lewis-Zillini acquired this residential lot from Thomas L. Lewis, who previously purchased it from Ernest H. Smith and Sara L. Smith.[5] <u>Plaintiff Barbara Lewis is not the owner of 2074 South West Beauregard Street, as alleged in the Omnibus Complaint.</u> Upon information and belief, Barbara Lewis is Tokiko Lewis-Zillini's daughter-in-law. Barbara Lewis is not the owner of the property and has no privity of

---

[1] *See* Exhibit "A," attached, at para. 2217.
[2] *See* Exhibit "B," attached.
[3] *See* Exhibit "A," attached, at para. 461.
[4] *See* Exhibit "C," attached.
[5] *See* Exhibits "D" and "E," respectively, attached.



Mr. Russ Herman
Plaintiffs' Liaison Counsel
c/o Ms. Amy Guidry
May 7, 2010
Page 2

contract with Diamond Court. Accordingly, Barbara Lewis has no standing to bring a claim for this property and Diamond Court should be dismissed.

As proper owner of the real property in question, Tokiko Lewis-Zillini entered into a building agreement with Diamond Court for construction of 2074 South West Beauregard Street. You should know that Diamond Court previously brought an action against Tokiko Lewis-Zillini for non-payment under their contract, which is why Tokiko Lewis-Zillini is improperly attempting to bring this "claim" through Barbara Lewis. In fact, Tokiko Lewis-Zillini released this claim by virtue of a Mutual General Release that she signed.[6] <u>That release extinguished all claims against Diamond Court pertaining to the property located at 2074 South West Beauregard Street.</u>[7] Additionally, local counsel for Diamond Court notified local counsel for Tokiko Lewis-Zillini of this Mutual General Release in correspondence of October 13, 2009.[8] Tokiko Lewis-Zillini pursued this claim, nonetheless.

This information likely comes as a surprise to you. Obviously, Diamond Court is disturbed that Tokiko Lewis-Zillini would engage in such underhanded tactics. Accordingly, Diamond Court has requested that we aggressively move to dismiss this claim and pursue an action against Barbara Lewis and Tokiko Lewis-Zillini.

Before engaging in litigation, we ask that you voluntarily dismiss Barbara Lewis' claim against Diamond Court with prejudice. Should Plaintiffs not move for a voluntary dismissal, we will have no alternative but to file actions against Barbara Lewis, and possibly against Tokiko Lewis-Zillini, for pursuing a claim in bad faith. We will also then move to dismiss Barbara Lewis' claim, seeking penalties and attorney fees.

Please contact us at your earliest convenience to discuss Diamond Court Construction Company's dismissal from the captioned matter. Thanking you for your continued courtesy, we remain

Very truly yours,

**ADAMS AND REESE LLP**

Christopher A. D'Amour
David C. Coons

CAD/DCC:lkg

---

[6] *See* Exhibit "F," attached.
[7] *Id.*
[8] *See* Exhibit "G," attached.