# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*



ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

June 9, 2010

David C. Coons, Esquire
Adams and Reese, LLP
One Shell Square
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Re:  IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS
LIABILITY LITIGATION, MDL NO. 2047 (E.D.La.)

*Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La.)

Dear Counsel:

We are in receipt of your letter dated May 7, 2010, which has been forwarded to counsel
for Barbara Lewis. We will respond to your letter in greater detail as soon as we have a response
from Mrs. Lewis' counsel.

Very truly yours,

MATTHEW C. GAUGHAN

/mmh

cc:   Arnold Levin, Esquire
Monica Lord

EXHIBIT
B