IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

DIAMOND COURT CONSTRUCTION
COMPANY, a Florida corporation,

    Plaintiff,

v.

TOKIKO LEWIS-ZILLINI

    Defendant.
_____/

CASE NO. 562007CA002280Axxx HC
JUDGE:

*Assigned To Judge Bryan*

07 JUN 28 PM 12: 15

## COMPLAINT

Plaintiff, DIAMOND COURT CONSTRUCTION COMPANY, a Florida Corporation ("DIAMOND") sues Defendant, TOKIKO LEWIS-ZILLINI ("LEWIS-ZILLINI") and alleges:

### COUNT I

### FORECLOSURE

1. This is an action to foreclose a construction lien.

2. On June 30, 2004, DIAMOND and LEWIS-ZILLINI entered into a written contract for the construction of improvements on real property owned by LEWIS-ZILLINI (the "Contract"), said property being located in St. Lucie County, Florida described as follows:

> Lot 13, Block 1216, Port St. Lucie Section 8 as recorded in Plat Book 12, Page 38, of the Public Records of St. Lucie County, Florida.

A copy of the contract is attached as Exhibit "A".

3. On October 3, 2005, LEWIS-ZILLINI filed in the office of the Clerk

NAVARETTA & NAVARETTA, ATTORNEYS AT LAW, P.A.



(1-4)

of the Circuit Court, St. Lucie County, Florida a Notice of Commencement, which was recorded in Official Records Book 2379, at page 1400 of the Public Records of St. Lucie County.

4. The contract was fully performed by DIAMOND and the last item of labor, services and materials required in the construction of the improvements were furnished on February 5, 2007.

5. There is due to DIAMOND under the contract $41,665.00 which remains unpaid.

6. On or about April 24, 2007, DIAMOND delivered to LEWIS-ZILLINI, by certified mail a final affidavit. A copy of DIAMOND'S affidavit and proof of service is attached in Composite Exhibit "B".

7. DIAMOND filed a claim of lien on February 8, 2007, in the Office of the Clerk of the Circuit Court, St. Lucie County, Florida, which was recorded in Official Records Book 2758 at page 1105 of the Public Records of that county. DIAMOND served a copy of the claim of lien on Owner on April 24, 2007. A copy of the claim of lien is attached as Exhibit "C".

8. DIAMOND has complied with all requirements of F.S. Chapter 713, and has met all conditions precedent to filing this action.

9. DIAMOND is obligated to pay to the attorneys employed to prosecute this action a reasonable fee for their services and upon prevailing is entitled to an award of its reasonable attorneys fee pursuant to Chapter 713, Florida Statutes.

WHEREFORE, DIAMOND requests the following relief:

(A) That there be an accounting of the sum due DIAMOND under the contract and under the judgment;

(B) That DIAMOND be declared to have a lien on the property;

(C) That a sale of the property be ordered to satisfy DIAMOND'S lien if the amount due DIAMOND is not paid within the time set by this Court;

(D) That the right, title, and interest of the Defendants and all parties claiming by, through, under, or against them since the filing of the Notice of Lis Pendens be foreclosed;

(E) That if the proceeds of the sale are insufficient to pay the sums due DIAMOND, a deficiency judgment be entered for DIAMOND against the Owner; and

(F) That DIAMOND be awarded its reasonable attorneys fees and costs of suit.

## COUNT II

### BREACH OF CONTRACT

10. This is an action for breach of contract causing damages in excess of $15,000.00.

11. The allegations of paragraphs 2, 3, 4, and 5 hereof are realleged as if fully set forth herein.

12. DIAMOND has performed all conditions precedent to prosecution

of this action or they have been waived or otherwise satisfied.

13. Pursuant to the contract, DIAMOND is entitled to an award of its reasonable attorneys fees and costs of suit.

14. LEWIS-ZILLINI HAS, without right or justification, terminated DIAMOND, wrongfully changed the building permit, took occupancy and refused to pay the amount due and payable to DIAMOND pursuant to the contract in the amount of $41,665.00 to the damage of DIAMOND in said amount.

WHEREFORE, DIAMOND prays for judgment against LEWIS-ZILLINI in the amount of $41,665.00 plus prejudgment interest and an award of reasonable attorneys fees and costs of suit.

DATED this 26 day of June, 2007.

NAVARETTA & NAVARETTA,
ATTORNEYS AT LAW, P.A.
1100 S.W. St. Lucie West Blvd., Ste. 203
Port St. Lucie, Florida  34986
Tel: (772) 340-5121
Fax: (772) 878-3116

By: _____
Stephen Navaretta, Esq.
Florida Bar No. 182966
Mary Jean Navaretta, Esq.
Florida Bar No. 932840