## MUTUAL GENERAL RELEASE

The undersigned, **Diamond Court Construction Company, Lance Collins, and Jennifer Collins** (collectively "Releasors"), for good and valuable consideration from or on behalf of **Thomas L. Lewis and Tokiko Lewis Zillini** ("Releasees") the receipt and sufficiency of which is acknowledged, hereby remises, releases, acquits, satisfies, and forever discharges the Releasees of and from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, defenses, variances, trespasses, damages, judgments, liabilities, executions, claims and demands whatsoever, in law or in equity which Releasors ever had, now has, or which any personal representative, successor, heir, or assign of Releasors can, shall, or may have, against Releasees and their officers, directors, employees, attorneys and agents for or by reason of any matter, cause, or thing whatsoever, whether known or unknown, fixed or contingent, from the beginning of the world to the day of these presents and more particularly without limiting the generality of the above language, any actions or claims, that were brought or asserted or could have been brought or asserted against Releasees in the case styled DIAMOND COURT CONSTRUCTION COMPANY vs. TOKIKO LEWIS ZILLINI in the Circuit Court of the Nineteenth Judicial Circuit, St. Lucie County, Florida, Case No.: 56-2007-CA-00280 (the "Litigation").

Releasees for the valuable consideration stated above, likewise reciprocally release


EXHIBIT D

the Releasors and its officers, directors, employees, attorneys and agents under this document, which release will operate mutually and to the same extent as the above stated release between Releasors and Releasees, including any actions or claims that were brought or could have been brought in the Litigation.

Releasor agrees to withdraw its original complaint against Releasees filed with any law enforcement agency, governmental agency or department or any other authority related to the disbursement of construction funds related to or associated to Releasees property that is the subject matter of the Litigation (the "Property") and agrees to not file any further criminal complaints with any law enforcement agency, governmental agency or department, or any other authority against Releasees related to the disbursement of construction funds related or associated to Releasee's property

The parties declare that the terms of this Mutual General Release have been completely read and are fully understood and that each party has consulted attorney regarding the terms of this General Mutual Release. Each has done so for the purpose of making a full and final compromise, adjustment and settlement by Releasors and Releasees of all claims, disputed or otherwise, and for all claims which have, or may have, arisen as a result of any relationship which may have existed between Releasors and Releasees from the beginning of time to the present for the express purpose of precluding forever any claims between Releasors and Releasees arising before this date and not merely as a covenant not to sue.

It is understood by the parties to this Mutual General Release that this Mutual General

Release may be executed in a number of identical counterparts, each of which shall be deemed an original for all purposes.

This document embodies the entire agreement of the parties with respect to all matters released, and it is agreed that the terms and conditions and stipulations shall not be modified or revoked unless by written agreement signed by all parties and attached to this Mutual General Release.

It is expressly understood and agreed by the parties that the terms of this Mutual Release are contractual and not merely recitals and that the agreements contained and the consideration transferred are to compromise claims, avoid litigation and buy peace and that no payments or Releasees or other consideration given shall be construed as an admission of liability, all liability being expressly denied.

If any party fails to perform its obligation under the Mutual General Release, the prevailing party in any action to enforce this Mutual General Release shall be entitled to recover from the non-prevailing party, reasonable attorney's fees and costs (including attorney's fees and costs incurred for consultation, negotiation, litigation, bankruptcy, or appeal).

Dated this 22nd day of July, 2008.          Dated this 30th day of July, 2008.

*(Signatures on Page 4 and Page 5)*

**RELEASORS:**

DIAMOND COURT CONSTRUCTION COMPANY:

By: _____
    Lance Collins
Its:  President

_____
Witness KAREN K. SCHWEIKERT

_____
Witness Ryanne N. Cavo

_____
Lance Collins

_____
Witness KAREN K. SCHWEIKERT

_____
Witness Ryanne N. Cavo

_____
Jennifer Collins

_____
Witness KAREN K. SCHWEIKERT

_____
Witness Ryanne N. Cavo

Subscribed and sworn to before me by **LANCE COLLINS** as President of **DIAMOND COURT CONSTRUCTION COMPANY** and Individually, on this 22nd day of July, 2008, who {✓} is personally known to me or { } has produced his driver's license as identification.

{Seal}

Notary Public State of Florida
S Navaretta
Commission DD675760

Print Name: _____
Notary Public
STATE OF FLORIDA AT LARGE
My Commission Expires: _____

Subscribed and sworn to before me by **JENNIFER COLLINS** on this 22nd day of July, 2008, who {✓} is personally known to me or { } has produced her driver's license as identification.

{Seal}

Print Name: _____
Notary Public
STATE OF FLORIDA AT LARGE
My Commission Expires: _____

Notary Public State of Florida
S Navaretta
My Commission DD675760
Expires 07/21/2011

RELEASEES:

_____
TOKIKO LEWIS ZILLINI

_____
Witness

_____
Cody [illegible]
Witness

_____
THOMAS L. LEWIS
a/k/a TOM LEWIS

_____
Witness

_____
Witness

Subscribed and sworn to before me by TOKIKO LEWIS ZILLINI, on this 30 day of July, 2008, who { } is personally known to me or {✓} has produced her driver's license as identification.

{Seal}

NOTARY PUBLIC-STATE OF FLORIDA
Laura O. Hardy
Commission # DD544030
Expires: MAY 11, 2010
Bonded Thru Atlantic Bonding Co., Inc.

Print Name: Laura O. Hardy
Notary Public
STATE OF FLORIDA AT LARGE
My Commission Expires: 5-11-2010

Subscribed and sworn to before me by THOMAS L. LEWIS a/k/a TOM LEWIS, on this ____ day of July, 2008, who { } is personally known to me or {✓} has produced his driver's license as identification.

{Seal}

NOTARY PUBLIC-STATE OF FLORIDA
Laura O. Hardy
Commission # DD544030
Expires: MAY 11, 2010
Bonded Thru Atlantic Bonding Co., Inc.

Print Name: Laura O. Hardy
Notary Public
STATE OF FLORIDA AT LARGE
My Commission Expires: 5-11-2010