IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | MAG. JUDGE WILKINSON |

## CROSS-NOTICE OF THE 2ND RE-NOTICE OF TAKING VIDEOTAPED DEPOSITION

TO: The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that the deposition of **the Records Custodian for the Center for Toxicology and Environmental Health, LLC**, will be held on **November 3, 2010** beginning at **10:00 o'clock a.m. (ET)**, at **Baker & McKenzie, LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1700, Miami, FL 33131, PH: (305) 789-8900**, to continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate.

| | |
|---|---|
| Primary Examiner: | A member of the PSC or its designee |
| Videotaped Deposition: | Yes |
| Call-In Number: | **877-322-9654 Participant Code: 858618** |

1

This cross-notice is based on the 2nd Re-Notice of Taking Videotaped Deposition (Exhibit "A" attached hereto) in *Justin Metzl v. Lennar Corporation, et al*, In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No.: 09-31980 CA (42).

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN, KATZ & COTLAR, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Plaintiffs' Liaison Counsel**

2

W:\! DRYWALL\27687 MDL\Discovery\Cross-Notices\Cross-Notice of Depo of Center for Toxicology and Environmental Health, LLC 2010-11-2.doc

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>PH: (504) 524-3300<br>Fax: (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA 70068<br>PH: (985) 536-1186<br>Fax: (985) 536-6445 |
| Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL 33130<br>PH: (305) 358-2800<br>Fax: (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL 33134<br>PH: (305) 476-7400<br>Fax: 305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>PH: (850) 435-7090<br>Fax: (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>PH: (504) 581-1750<br>Fax: (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>PH: (215) 592-1500<br>Fax: (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>Fax: (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>PH: (239) 390-1000<br>Fax: (239) 390-0055 | James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>PH: (228) 374-5151<br>Fax: (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>Fax: (212) 584-0799 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX 75219<br>PH: (214) 523-6674<br>Fax: (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907<br>PH: (239) 433-6880<br>Fax: (239) 433-6836 | |

## PLAINTIFFS' STEERING COMMITTEE

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of 2nd Re-Notice of Taking Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail **or** by hand delivery and e-mail **and** upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2010.

       /s/ Leonard A. Davis
       Leonard A. Davis
       Herman, Herman, Katz & Cotlar, LLP
       820 O'Keefe Ave.
       New Orleans, LA 70113
       PH: (504) 581-4892
       Fax: (504) 561-6024
       ldavis@hhkc.com

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO.: 09-31980 CA (42)

IN RE:
CHINESE DRYWALL LITIGATION
_____

*This Relates to:*
JUSTIN METZL,

    Plaintiff,

vs.

LENNAR CORPORATION, a foreign
corporation; LENNAR HOMES, LLC f/k/a
LENNAR HOMES, INC., a Florida limited
liability company; U.S. HOME
CORPORATION, a foreign corporation;
BANNER SUPPLY CO., a Florida
Corporation; BANNER SUPPLY
COMPANY POMPANO, LLC, a
Florida limited liability company,
BANNER
SUPPLY COMPANY FORT MYERS,
LLC, a Florida limited liability company

    Defendants.
_____/

BANNER SUPPLY CO.

    Third Party Plaintiff,

vs.

KNAUF GIPS KG, a German Limited Partnership,
KNAUF PLASTERBOARD TIANJIN CO., LTD.,
a Chinese limited liability corporation;
ROTHCHILT INTERNATIONAL LTD.;
LA SUPREMA TRADING, INC.;
LA SUPREMA ENTERPRISE, INC.;

GEBR KNAUF VERWALTUNGSGESELLSCHAFT KG, a German limited partnership; KNAUF INTERNATIONAL GMBH, a German limited liability corporation; KNAUF INSULATION GMBH, a German limited liability corporation; KNAUF PLASTERBOARD (WUHU) CO., LTD., a Chinese limited liability company; and GUANGDONG KNAUF NEW BUILDING MATERIALS PRODUCTS CO., LTD., a Chinese limited liability corporation.

    Third Party Defendants.

_____/

## 2ND RE-NOTICE OF TAKING VIDEOTAPED DEPOSITION
(Change as to Time and Location)
Call-in Number: (877)322-9654
Host Code: 128472    Participant Code: 858618

**TO:  ALL COUNSEL**

PLEASE TAKE NOTICE that the Defendant, BANNER SUPPLY CO., a Florida corporation, will take the deposition, by oral examination, of the person or persons named below, at the time, on the date, at the hour and at the place indicated before an Associate or Deputy Court Reporter and Notary Public of Veritext, or any other duly qualified officer who is not of counsel to either of the parties or interested in the event of the cause. This deposition is being taken for the purpose of discovery, for use as evidence, for use at trial, and for such other uses as are permitted under the Florida Rules of Civil Procedure and other applicable law.

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|
| RECORDS CUSTODIAN FOR THE CENTER FOR TOXICOLOGY AND ENVIRONMENTAL HEALTH, LLC | November 3, 2010 | 10:00 a.m. (EST) | Baker & McKenzie LLP<br>Mellon Financial Center<br>1111 Brickell Avenue<br>Suite 1700<br>Miami, Florida 33131<br>(305) 789-8900 |

**Deponent is to have the following with him/her all items listed in the Exhibit A.**

The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under Florida Rules of Civil Procedure 1.280, 1.310, 1.310(b)(6), 1.350, 1.360, 1.380, 1.390, 1.410; or Federal Rule of Procedure 30.

> In accordance with the Americans with Disabilities Act of 1990, persons needing special accommodation to participate in this proceeding should contact Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC at (305)455-9500 no later than (7) days prior to the proceeding. If hearing impaired contact Florida Relay Service at 1-800-955-8771 for assistance.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Ervin Gonzalez, and Defendants' Liaison Counsel, Robert Fitzsimmons and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Case Management Order No. 09-16, and that the foregoing was filed with the Miami-Dade Clerk of the Court by paper, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2010.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

TODD R. EHRENREICH, ESQUIRE
Florida Bar Number: 945900
COUNSEL FOR DEFENDANT
BANNER SUPPLY, CO.
2601 South Bayshore Drive
Suite 850 Coconut Grove, Florida 33133
Telephone (305)455-9500

## EXHIBIT A
## DEFINITION OF TERMS

The term "documents" as used herein shall mean any kind of written, typewritten, printed, recorded or computerized material whatsoever including, but not limited to: notes, transcriptions of notes, memoranda, letters, promissory notes, applications, petitions, exhibits, reports, correspondence, pleadings or other documents filed or prepared in connection with any other court proceedings, recordings or tapes of any conversation or meeting or conference, transcriptions of recordings, minutes of meetings, interoffice communications, summaries, contracts, invoices, remittance, advice, deposit slips, all writings related to any bank deposits, receipts, journals, ledgers, all books of accounts, accounting records, checks, canceled checks, check vouchers, desk calendars, appointment books, diaries, personal journals, telephone logs, time sheets, transactions files, credit reports, agreements, leases, subleases, assignments, information retrievable from computers, pictures, drawings, video, film, photographs, digital pictures or other graphic representations, and business records, whether a copy or original, in whatever form made or maintained, including information made or maintained by electronic photographic or mechanical means. The term document specifically refers to material maintained in its electronic state. If the following requested documents exist in an electronic or computer database form, then an electronic copy or copy of the database should be produced in addition to hard copies.

## REQUESTS

1. All test results, studies, air sampling results, documents and public records concerning Chinese Drywall from January 1, 2004 to the present.
2. The results and reports generated from EPA's "elemental analysis" as referenced in the July 2009 CPSC report, which elemental analysis was to be completed by August 21, 2009.
3. All documents regarding, relating, or referring to consumer complaints concerning Chinese manufactured drywall received by EPA from January 1, 2004 to the present.
4. All documents regarding, relating, or referring to EPA communications with the Florida Department of Health, federal Consumer Products Safety Commission, Environmental Protection Agency, and/or any other state or federal agency with which you have corresponded concerning the Chinese drywall problem;
5. All documents regarding, relating to, or referring to the joint meeting on April 14, 2009 among the EPA, CDC/ATSDR and CPSC referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;
6. All documents presented at the joint meeting among the EPA, CDC/ATSDR, and CPSC referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;
7. All documents regarding, relating to, or referring to EPA's Emergency

Response Team developing a protocol for the air testing program, including the draft protocol referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

8. All draft protocols from the EPA's Emergency Response Team, referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

9. All portions of the United States Geological Survey and literature review used regarding gypsum mining in China and the ShanDong province, referenced in July 2009 CPSC Investigation of Imported Drywall Status Report;

10. All documents regarding, relating to, or referring to CPSC confirmation that Chinese samples of drywall were from the LuNeng Mine, located in ShanDong province, referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

11. All documents regarding, relating to, or referring to a list of drywall producers that have used the LuNeng mine, referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

12. All documents received by EPA from Chinese officials in any way relating to Chinese manufactured drywall;

13. All documents provided by EPA to Chinese officials in any way relating to Chinese manufactured drywall;

14. The minutes and/or notes from any EPA meetings concerning Chinese-manufactured drywall;

16. All testing results and reports from any testing of Chinese-manufactured drywall or any testing done in association with your investigation of the Chinese drywall problem;

17. All documents regarding, relating, or referring to EPA ERT analysis of 15 samples as referenced in the July 2009 CPSC Investigation of Imported Drywall Status Report;

18. All documents, public records, and communications to or from or concerning the following persons or entities and/or their affiliates or subsidiaries, relating to gypsum drywall manufactured in or distributed from China (aka "Chinese Drywall"), including but not limited to any air sampling results, test results, written memoranda, or reports:
    a. Environ International Corporation; Environ Holdings, Inc.; or Robert P. DeMott, Ph.D., DABT;
    b. Packer Engineering or Kenneth F. Packer, Ph.D, P.E.;
    c. Dr. Patricia Williams; Lennar Corporation;
    d. Thomas Eager;
    e. Dr. Phillip Goad;
    g. Unified Engineering, Inc. or Lori Streit, Ph.D.;
    h. Spiderman Mulholland; and
    i. Han-Ulrich Hummel

19. All documents, public records, and communications, relating to Chinese Drywall, including but not limited to any air sampling results, test results, written memoranda or reports summarizing any findings and conclusions,

from January 1, 2004 to the present.

20. Any and all communications with any of the Knauf entities.
21. All documents and public records showing locations where Chinese Drywall has been installed.
22. All documents and public records identifying any installers or suppliers of Chinese Drywall or any builders that used or are using Chinese Drywall.
23. All documents and public records reflecting all homeowners' complaints regarding Chinese Drywall.
24. All documents, including test reports and samples, and public records concerning Chinese drywall manufactured by any Knauf entity.