UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| Plaintiff, v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, et. al. (2:09-cv-07791) (E.D. La.) | |
| Defendants. | |

## **O R D E R**

Considering the foregoing Defendant FCCI Commercial Insurance Company and FCCI Insurance Company's Exparte Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction (Record Doc. 2147);

IT IS HEREBY ORDERED that FCCI Commercial Insurance Company and FCCI Insurance Company's Motion is **GRANTED** and that Document No. 6273 shall be submitted into the record of this matter.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE