UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 |
| | * |
| THIS DOCUMENT RELATES TO: | * SECTION "L" |
| | * |
| **BARRY DEMPSTER, et al.** | * JUDGE FALLON |
| CASE NO. 2:09-5482-EEF-JCW; AND | * |
| | * MAG. JUDGE WILKINSON |
| **T. JACK KENT, et al.,** | * |
| CASE NO. 2:10-01110-EEF-JCW; AND | * |
| | * |
| **OMNIBUS COMPLAINT III (GROSS/BENES)** | * |
| CASE NO. 2:09-6690-EEF-JCW. | * |

******************************************

## LOWE'S MOTION FOR LEAVE TO SUPPLEMENT RECORD IN SUPPORT OF LOWE'S MOTION TO STAY

Lowe's Home Centers, Inc. ("Lowe's") requests leave to supplement the record in support of Lowe's Motion to Stay. Lowe's has already advised this Court of a stay being granted in an allegedly defective drywall case filed against Lowe's in federal court in Arizona. Today, another allegedly defective drywall case filed against Lowe's in federal court in Florida was stayed. Attached hereto is Exhibit 1 is "Order Granting the Parties' Joint Motion for Entry of Stay Order" in *Brucker v. Lowe's Home Centers, Inc.*, United States District Court for the Middle District of Florida, Fort Myers Division, Civil Action No. 2:10-cv-405. Accordingly, two federal courts have now stayed proceedings pending the final approval of the *Vereen* class settlement in Georgia.

1

Lowe's therefore requests leave to file Exhibit 1, the Order from John E. Steele staying the proceedings pending before that Court, into the record of the referenced cases in support of Lowe's motion to stay.

> Respectfully submitted,
>
> **ADAMS AND REESE LLP**
>
> */s/Francis V. Liantonio, Jr.*
> WILLIAM B. GAUDET (#1374)
> FRANCIS V. LIANTONIO, JR. (#19282)
> EDWIN C. LAIZER (#17014)
> JEFFREY E. RICHARDSON (#23273)
> 701 Poydras Street
> One Shell Square, Suite 4500
> New Orleans, LA 70139
> Telephone: (504) 581-3234
> Facsimile: (504) 566-0210
> William.Gaudet@arlaw.com
> Frank.Liantonio@arlaw.com
> Edwin.Laizer@arlaw.com
> Jeff.Richardson@arlaw.com
> ***Attorneys for Lowe's Home Centers, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2010.

> */s/ Francis V. Liantonio, Jr.*