UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| CHRIS BRUCKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC., a North Carolina Corporation,<br><br>　　　　Defendant. | Civil Action No. 2:10-cv-405-FtM-29SPC |

ORDER GRANTING THE PARTIES'
JOINT MOTION FOR ENTRY OF STAY ORDER

This matter comes before the Court on the parties' Joint Motion for Entry of Stay Order (Doc. #15) filed on November 1, 2010. Currently, the filing of a response to defendant's Motion to Stay All Proceedings (Doc. #7), a Case Management Report, and a response to the Complaint are not due until November 10, 2010. The parties state that an Order preliminarily approving a settlement in a Georgia court enjoins the further prosecution of this case pending final approval of a class action. A hearing is scheduled in the Georgia court for final approval on November 19, 2010, and the parties have agreed that the class settlement is fair and reasonable. The parties propose language whereby "[b]ased on the submissions of the Parties, this Court, believing that the proposed *Vereen* class settlement appears fair and reasonable in light of the Parties' agreement thereto." The Court declines, however, to make any findings regarding the fairness of a settlement agreement or supplemental amendment pending review before another court.

Accordingly, it is now

**ORDERED:**

1. Defendant's Motion to Stay All Proceedings (Doc. #7) is **DENIED** as moot.



2. The parties' Joint Motion for Entry of Stay Order (Doc. #15) is **GRANTED.** These proceedings are hereby **stayed** pending the final approval of the *Vereen* class settlement. Counsel shall notify the Court upon approval.

**DONE AND ORDERED** at Fort Myers, Florida, this  2nd  day of November, 2010.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record