# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION * | |
| * | SECTION "L" |
| THIS DOCUMENT RELATES TO: * | |
| * | JUDGE FALLON |
| **BARRY DEMPSTER, et al.** * | |
| CASE NO. 2:09-5482-EEF-JCW; AND * | MAG. JUDGE WILKINSON |
| * | |
| **T. JACK KENT, et al.,** * | |
| CASE NO. 2:10-01110-EEF-JCW; AND * | |
| * | |
| **OMNIBUS COMPLAINT III (GROSS/BENES)** * | |
| CASE NO. 2:09-6690-EEF-JCW. * | |

*******************************************

## LOWE'S MEMORANDUM IN SUPPORT OF LOWE'S MOTION FOR LEAVE TO SUPPLEMENT RECORD IN SUPPORT OF LOWE'S MOTION TO STAY

The reasons supporting the granting of Lowe's Home Centers, Inc. ("Lowe's") Motion For Leave to Supplement Record in Support of Lowe's Motion to Stay are incorporated within the motion itself. Accordingly, Lowe's requests that its motion for leave be granted and that Exhibit 1 be filed into the record of the referenced cases.

1

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/Francis V. Liantonio, Jr.*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
701 Poydras Street
One Shell Square, Suite 4500
New Orleans, LA 70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
William.Gaudet@arlaw.com
Frank.Liantonio@arlaw.com
Edwin.Laizer@arlaw.com
Jeff.Richardson@arlaw.com
***Attorneys for Lowe's Home Centers, Inc.***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2010.

*/s/ Francis V. Liantonio, Jr.*