# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL  * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION   * | |
|                                                                         * | SECTION "L" |
| THIS DOCUMENT RELATES TO:   * | |
|                                                                         * | JUDGE FALLON |
| **BARRY DEMPSTER, et al.**   * | |
| CASE NO. 2:09-5482-EEF-JCW; AND   * | MAG. JUDGE WILKINSON |
| **T. JACK KENT, et al.,**   * | |
| CASE NO. 2:10-01110-EEF-JCW; AND   * | |
| **OMNIBUS COMPLAINT III (GROSS/BENES)**   * | |
|                                                                         * | |
| CASE NO. 2:09-6690-EEF-JCW.   * | |

******************************************

## ORDER

Having considered Lowe's Motion For Leave to Supplement Record in Support of Lowe's Motion to Stay (Rec. Doc. ____),

It is ORDERED that the motion is GRANTED, and the "Order Granting the Parties' Joint Motion for Entry of Stay Order" dated November 2, 2010 in *Brucker v. Lowe's Home Centers, Inc.*, United States District Court for the Middle District of Florida, Fort Myers Division, Civil Action No. 2:10-cv-405 is FILED into the record of the above captioned matters.

New Orleans, Louisiana, this ___ day of November, 2010

_____
UNITED STATES DISTRICT JUDGE