UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| Plaintiff, | |
| v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, et. al. | |
| (2:09-cv-07791) (E.D. La.) | |
| Defendants. | |

**DEFENDANTS FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (RECORD DOC. 2147) IN EXCESS OF PAGE LIMITS**

COME NOW Defendants, FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY (hereinafter "FCCI") by and through undersigned counsel of record,

who upon suggesting to the Court that its Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction is in excess of the page limits directed by the Court; accordingly, FCCI desires and requests leave of court to file this Reply and to extend the page limits allowed for such Reply.

Respectfully submitted,

/s/ Patrick E. Costello
_____
PATRICK E. COSTELLO     (#26619)
JACQUES P. DeGRUY        (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121
pcostello@mblb.com
jdegruy@mblb.com

Attorneys for FCCI Commercial Insurance Company and FCCI Insurance Company

And

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP

ROBERT M. DARROCH

GA State Bar No.:  205490
STEPHANIE F. GLICKAUF
GA State Bar No.:  257540
GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
3340 Peachtree Road, NE, Suite 2100
Atlanta, GA  30326-1084
Phone: (404) 264-1500
Fax:   (404) 264-1737

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant FCCI Commercial Insurance Company and FCCI Insurance Company's Motion for Leave to File Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction (Record Doc. 2147 ) in Excess of Page Limits has been served upon Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

On this 2nd day of November, 2010

BY:   /S/ PATRICK E. COSTELLO
      PATRICK E. COSTELLO
      pcostello@mblb.com