UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| Plaintiff, | |
| v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, et. al. | |
| (2:09-cv-07791) (E.D. La.) | |
| Defendants. | |

**O R D E R**

Considering the above and foregoing Motion for Leave to file Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction in Excess of Page Limits filed on behalf of FCCI Commercial Insurance Company and FCCI Insurance Company;

IT IS ORDERED BY THE COURT that FCCI Commercial Insurance Company and FCCI Insurance Company are granted leave of court to file their Reply in Support of Motion to Dismiss for Lack of  Personal Jurisdiction, which is in excess of the page limits directed by the Court.

BY THE COURT:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE