UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED<br>            DRYWALL PRODUCTS<br>            LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |

**ORDER GRANTING ROBERT C. PATE AND THE PSC'S
MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Considering Robert C. Pate's and the Plaintiffs' Steering Committee's Motion for Leave to Exceed Page Limitation, with regard to their Supplemental Memorandum of Law in Opposition to Owners Insurance Company's Motion to Dismiss for Lack of Personal Jurisdiction,

IT IS ORDERED BY THE COURT that the Motion for Leave to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  2nd   day of November 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE