UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY HAINDEL | * | C.A. NO.: 09-CV-03157 |
| | * | |
| VERSUS | * | SECTION: "L" |
| | * | |
| KNAUF GIPS KG, ET AL | * | MAGISTRATE: "2" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED ORDER**

Considering the above and foregoing Motion:

IT IS HEREBY ORDERED by the Court that Kathryn W. Becnel, Attorney at Law, of the Law Offices of Daniel E. Becnel, Jr., be substituted as counsel of record for the Plaintiff, Mary Haindel, in the above captioned and numbered proceeding.

GRANTED and SIGNED on this _____ day of _____, 2010 in New Orleans, Louisiana.

_____
JUDGE

*Please Notify All Parties.*