UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN PEYTON AND BETH PAYTON | * | C.A. NO.: 09-CV-03424 |
| | * | |
| VERSUS | * | SECTION: "L" |
| | * | |
| KNAUF GIPS KG, ET AL | * | MAGISTRATE: "2" |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

On motion of Daniel E. Becnel, III, Attorney at Law, appears Kathryn W. Becnel, Attorney at Law, of the Law Offices of Daniel E. Becnel, Jr., who desires to substitute counsel for plaintiffs, Sean Peyton and Beth Peyton, in the above captioned matter and that she desires to have her name placed of record in this case.

RESPECTFULLY SUBMITTED;

*The Law Offices of Daniel E. Becnel, Jr.*

 /s/ DANIEL E. BECNEL, III
DANIEL E. BECNEL, III  (#20692)
425 West Airline Highway, Ste. B
LaPlace, Louisiana 70068
Telephone: (985) 651-6101
Facsimile: (985) 651-6104

 /s/ KATHRYN W. BECNEL
KATHRYN W. BECNEL     #23641
425 West Airline Highway
Suite B
LaPlace, Louisiana 70068
Telephone: (985) 651-6101
Facsimile: (985) 651-6104

## CERTIFICATE OF SERVICE

      I hereby certify that on this  3RD  day of  NOVEMBER , 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system to all CM/ECF participants.  I also certify that the above foregoing has this date been forwarded to non-CM/ECF participants.

        /s/ Kathryn W. Becnel
      KATHRYN W. BECNEL