UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN PEYTON AND BETH PAYTON | * | C.A. NO.: 09-CV-03424 |
| | * | |
| VERSUS | * | SECTION: "L" |
| | * | |
| KNAUF GIPS KG, ET AL | * | MAGISTRATE: "2" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Considering the above and foregoing Motion:

IT IS HEREBY ORDERED by the Court that Kathryn W. Becnel, Attorney at Law, of the Law Offices of Daniel E. Becnel, Jr., be substituted as counsel of record for the Plaintiffs, Sean Peyton and Beth Peyton, in the above captioned and numbered proceeding.

GRANTED and SIGNED on this _____ day of _____, 2010 in New Orleans, Louisiana.

_____
JUDGE

*Please Notify All Parties.*