UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE MCCRARY, ET AL | * | C.A. NO.: 09-CV-04154 |
| | * | |
| VERSUS | * | SECTION: "L" |
| | * | |
| KNAUF GIPS KG, ET AL | * | MAGISTRATE: "2" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

On motion of Daniel E. Becnel, III, Attorney at Law, appears Kathryn W. Becnel, Attorney at Law, of the Law Offices of Daniel E. Becnel, Jr., who desires to substitute counsel for plaintiffs, Rose McCrary, individually and on behalf of her minor children Amari McCrary, Amani McCrary and Nathaniel McCrary, Mark Elias, Anna Kerr, Joann Miller, Willie James, Rose James, Angelina Thomas, Lois Theodore, Herbert Theodore, Victor White, Raul Valdez and Varlene Valdez, in the above captioned matter and that she desires to have her name placed of record in this case.

RESPECTFULLY SUBMITTED;

*The Law Offices of Daniel E. Becnel, Jr.*

  /s/ DANIEL E. BECNEL, III
DANIEL E. BECNEL, III  (#20692)
425 West Airline Highway, Ste. B
LaPlace, Louisiana 70068
Telephone: (985) 651-6101
Facsimile: (985) 651-6104

            /s/ *KATHRYN W. BECNEL*
            KATHRYN W. BECNEL #23641
            425 West Airline Highway
            Suite B
            LaPlace, Louisiana 70068
            Telephone: (985) 651-6101
            Facsimile: (985) 651-6104

## CERTIFICATE OF SERVICE

  I hereby certify that on this _3RD_ day of _NOVEMBER_, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all CM/ECF participants. I also certify that the above foregoing has this date been forwarded to non-CM/ECF participants.

           /s/ Kathryn W. Becnel
           KATHRYN W. BECNEL