UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE MCCRARY, ET AL | * | C.A. NO.: 09-CV-04154 |
| | * | |
| VERSUS | * | SECTION: "L" |
| | * | |
| KNAUF GIPS KG, ET AL | * | MAGISTRATE: "2" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Considering the above and foregoing Motion:

IT IS HEREBY ORDERED by the Court that Kathryn W. Becnel, Attorney at Law, of the Law Offices of Daniel E. Becnel, Jr., be substituted as counsel of record for the Plaintiffs, Rose McCrary, individually and on behalf of her minor children Amari McCrary, Amani McCrary and Nathaniel McCrary, Mark Elias, Anna Kerr, Joann Miller, Willie James, Rose James, Angelina Thomas, Lois Theodore, Herbert Theodore, Victor White, Raul Valdez and Varlene Valdez, in the above captioned and numbered proceeding.

GRANTED and SIGNED on this _____ day of _____, 2010 in New Orleans, Louisiana.

_____
JUDGE

*Please Notify All Parties.*