UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| *Catalanotto*, No. 10-CV-01828 | * | |
| | * | MAG. WILKINSON |

**************************************************

## ORDER

Before this Honorable Court is Standard Fire's Motion for Leave to File Reply Memorandum in Further Support of its Motion to Dismiss.

The motion is hereby granted.

New Orleans, Louisiana this  3rd   day of    November      , 2010.

_____
UNITED STATES DISTRICT JUDGE

1