**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO CASE NO. 2:09cv-07628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

_____/

**ORDER GRANTING TAYLOR MORRISON ENTITIES'
AGREED UPON EX PARTE MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO DEFENDANT,
BANNER SUPPLY COMPANY'S FIRST REQUEST FOR PRODUCTION**

THIS CAUSE, having come before the Court on Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., and Taylor Morrison of Florida, Inc's (collectively "Taylor Morrison") agreed upon *ex parte* Motion for Extension of Time to File a Response to Defendant, Banner Supply Company's First Request for Production (the "Motion") and the Court having reviewed the Motion, and being otherwise fully advised in these premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is Granted and that the Defendants, Taylor Morrison shall have fifty (50) days from the date of service of Defendant, Banner Supply Company's First Request for Production served on Taylor Morrison on August 20, 2010 for which to file their response.

**DONE AND ORDERED** in chambers, New Orleans, Louisiana, this 3rd day of November, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE