UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON  MAG. JUDGE WILKINSON |
| David Gross, et al.  Case No.: 09-6690  Mary Enclarde et al.  Case No.: 09-4513 | * * * * * | |
| Only in regards to:  Mary Enclarde, Individually and  as Next Friends of Desmin Enclarde  Minor, Jasmine Enclarde | * * * * | |
| v. | * * | |
| Knauf Gips, KG, et al. | * | |

**ORDER**

Considering the Motion and Order for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED AND DECREED that the Motion and Order for Voluntary Dismissal Without Prejudice of Mary Enclarde, Individually and as Next Friends of Desmin Enclarde minor, Jasmine Enclarde minor, in the above captioned case is hereby GRANTED, dismissing plaintiff's Mary Enclarde, Individually and as Next Friends of Desmin Enclarde minor, Jasmine Enclarde minor, claims. Each party is to bear his or her own costs.

Signed this  3rd  day of  November , 2010, in New Orleans, Louisiana.

_____
JUDGE