UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Sean and Beth Payton, et. al. v. | ) | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | ) | |
| Case No. 09-7628 | ) | |
| | ) | |
| | ) | |

## TANIA MARTINEZ'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT MANNY GARCIA

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Tania Martinez, hereby dismisses, with prejudice, all claims or causes of action against Defendant Manny Garcia in Plaintiffs' Omnibus Complaint (I), reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Tania Martinez shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing SEIFART PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of November, 2010.

/s/ Leonard A. Davis_____