MINUTE ENTRY
FALLON, J.
NOVEMBER 3, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO:**
Pate v. American International Specialty Lines Insurance Company, et al (09-7791)
Northstar Holdings, Inc. v. General Fidelity Insurance Co. (10-384)
Centerline Homes Construction, Inc. v. Mid-Continent Casualty Co. (10-178)

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Cathy Pepper
Appearances:   Minor Pipes, Esq. For Insurers' Steering Committee
Robert Horkovich, Esq. For Plaintiffs' Steering Committee
Ronald Kammer, Esq. For Mid-Continent Casualty Company
Robert Darroch, Esq. For FCCI Commercial Insurance Company
Jerry Saporito, Esq. For Owners Insurance Company
David Hassett, Esq. For NGM Insurance Company
Joe Hinkhouse, Esq. For National Union Fire Insurance Company and all movants on the 12(b)(7) motions

**Rule 12(b)(2) Motions to Dismiss for Lack of Personal Jurisdiction:**

1. Mid-Continent Casualty Company's ("MCC") Motion to Dismiss in *Pate v. American International Specialty Lines Insurance Co.*, Case No. 09-7791 (R. 2156); Motion to Dismiss in *Northstar Holdings, Inc. v. General Fidelity Insurance Co.*, Case No. 10-384 (R. 2843); and Motion to Dismiss in *Centerline Homes Construction, Inc. v. Mid-Continent Casualty Co.*, Case No. 10-178 (R. 2282)   **Argument - DENIED with written reasons to follow.**

2. FCCI Commercial Insurance Co. and FCCI Insurance Co.'s ("FCCI") Motion to Dismiss in *Pate*, Case No. 09-7791 (R. 2147) **Argument - DENIED with written reasons to follow.**

JS10:     2:15

MDL 2047 - L                                                                                                      Page 2
November 3, 2010

       3.     Owners Insurance Company's ("Owners") Motion to Dismiss in *Pate*, Case No. 09-7791 (R. 3302)
**Argument - GRANTED with written reasons to follow.**

       4.     NGM Insurance Co.'s ("NGM") Motion to Dismiss in *Pate*, Case No. 09-7791 (R. 3174)
**Argument - GRANTED with written reasons to follow.**

---

**B.    Rule 12(b)(7) Motions to Dismiss for Failure to Join Indispensable Parties:**

       1.     American Guarantee & Liability Insurance Co.'s ("American") Motion to Dismiss for Failure to Join Necessary and Indispensable Parties in *Pate*, Case No. 09-7791 (R. 2641);

       2.  Amerisure Mutual Insurance Co. and Amerisure Insurance Co.'s ("Amerisure") Motion to Dismiss First Amended Complaint for Failure to Join Requested Parties in *Pate*, Case No. 09-7791 (R. 2174);

       3.     Chartis Specialty Insurance Co.'s ("Chartis") Motion to Dismiss Complaint for Failure to Join a Requested Party in *Centerline Homes*, Case No. 10-178 (R. 2567);

       4.     FCCI's Motion to Dismiss Plaintiff's First Amended Complaint for Failure to Join Indispensable Parties in *Pate*, Case No. 09-7791 (R. 2148);

       5.     Landmark American Insurance Co.'s "("Landmark") Motion to Dismiss in *Pate*, Case No. 09-7791 (R. 2150);

       6.     MCC's Motion to Dismiss the First Amended Complaint in *Pate*, Case No. 09-7791 (R. 2156); Motion to Dismiss in *Northstar Holdings*, Case No. 10-384 (R. 2843); and Motion to Dismiss in Centerline Homes, Case No. 10-178 (R. 2282);

MDL 2047 - L                                                                                           Page 3
November 3, 2010

       7.    National Union Insurance Co. of Pittsburgh's ("National Union") Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(7) for Failure to Join a Party Under Rule 19 in *Pate*, Case No. 09-7791 (R. 2155);

       8.    NGM's Motion to Dismiss in *Pate*, Case No. 09-7791 (R. 3174)

**Argument on all motions (1 through 8) - TAKEN UNDER SUBMISSION.**