UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | * * * | MDL NO. 09-2047 |
| | * | JUDGE: FALLON |
| This document relates to: | * | |
| *Donna Borrello, et al. v. Francioni Builders, Inc., et al.* | * * | MAGISTRATION: WILKINSON |
| **Case No. 10-4174** | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ENCOMPASS INSURANCE COMPANY'S
## <u>NOTICE OF COMPLIANCE</u>

Defendant Encompass Insurance Company of America ("Encompass"), pursuant to 28 U.S.C. § 1447(b), states as follows:

1.

The parties remaining and named in this action and their attorneys (if known) are as follows:

**Plaintiffs:**

    Donna Borrello and Thomas Stallings
     (Represented by Donna Borrello)

**Defendants:**

    Encompass Insurance Company of America
    (Represented by Judy Y. Barrasso and Catherine Fornias Giarrusso)

    The American Insurance Company

    Francioni Builders, Inc.

    Lawrence E. Francioni III

    Colony Insurance Company.

168893

2.

A verified copy of the complete state court record is attached.

Respectfully submitted,

*/s/ Catherine F. Giarrusso*
_____

Judy Y. Barrasso, 2814
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

*Attorneys for Encompass Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Catherine F. Giarrusso*
_____

168893