ATTORNEY'S NAME: Borrello, Donna N 25817
AND ADDRESS: Ste 4500, 701 Poydras St
New Orleans, LA 70139-4596

10-9891

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 -- 09891    1    SECTION: 15 -- B

BORRELLO, DONNA    ET AL VERSUS FRANCIONI BUILDERS, INC.    ET AL

## CITATION

TO: FRANCIONI BUILDERS, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: JOSEPH B. LANDRY
~~630 LOYOLA AVENUE~~ 631 St. Charles Ave.
~~25TH FLOOR, ONE POYDRAS PLAZA~~
NEW ORLEANS    LA ~~70113~~ 70130

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**********************************************************************
*                        ADDITIONAL INFORMATION                       *
* Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529 - 1000 for more information. *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE *
**********************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA ___September 24, 2010___.

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by ___K. Hanford___
Deputy Clerk

10:40

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _26_ day of _October_ _2010_ served a copy of the w/i petition FOR DAMAGES | On this ___ day of ___ ___ served a copy of the w/i petition FOR DAMAGES |
| On FRANCIONI BUILDERS, INC. | On FRANCIONI BUILDERS, INC. |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: JOSEPH B. LANDRY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: JOSEPH B. LANDRY |
| L. WRIGHT | by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ___ FRANCIONI BUILDERS, INC. |
| Returned same day ___ Scott ___ No. 443 Deputy Sheriff of ___ Mileage: $___ | being absent from the domicile at time of said service. Returned same day ___ No. Deputy Sheriff of ___ |

Paw / ENTERED /
PAPER / RETURN
4 / 9108
SERIAL NO.    DEPUTY    PARISH

VERIFIED 9105
Daniel S. Foley
Deputy Clerk
10/28/10

A TRUE COPY
___
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

8/30/10

Per Clerical - "Subject NO LONGER employed here."
Edwin S. Smith Jr #424

10/1/10   11:03 A.M.
Atty's Office Notified - Per Mary Haley, Sect'y.
Edwin S. Smith Jr #424 "Return To File."

L. Wright

10:40

CIVIL DISTRICT COURT
2010 OCT 28 A 8:03
FILED

ATTORNEY'S NAME: Borrello, Eric J. 18817
AND ADDRESS: Ste 4500, 701 Poydras St
New Orleans LA 70139-4596

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2010 -- 09891    2    SECTION: 15 - B

BORRELLO, DONNA   ET AL VERSUS FRANCIONI BUILDERS, INC.   ET AL

## CITATION

TO: COLONY INSURANCE COMPANY
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LA SECRETARY OF STATE
8585 ARCHIVES AVENUE

BATON ROUGE    LA    70809

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    September 24, 2010

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____ Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On COLONY INSURANCE COMPANY | On COLONY INSURANCE COMPANY |
| | ☐ MEGHAN SHANKS |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS SECRETARY OF STATE ☐ AMY GLOVER ☑ JULIE NESBITT | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ COLONY INSURANCE COMPANY |
| Returned same day No. _____ Deputy Sheriff of _____ Mileage: $_____ | being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

OCT 01 2010
I made service on the named party through the Office of the Secretary of State by serving a copy of this document to
E. Cummings
Sheriff, Parish of East Baton Rouge

/ ENTERED /
PAPER    RETURN
01    01
SERIAL NO.    DEPUTY    PARISH



VERIFIED
Daniel S. Foley
Deputy Clerk  10/8/10

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

$29.36

ATTORNEY'S NAME: Borrello, DC #18817
AND ADDRESS: Ste 4500, 701 Poydras St
New Orleans   LA 70139-4596

$29.36

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2010 -- 09891   5                                         SECTION:  15 --B

BORRELLO, DONNA   ET AL VERSUS FRANCIONI BUILDERS, INC.   ET AL

# CITATION

TO: THE AMERICAN INSURANCE COMPANY, A FIREMAN'S FUND INSURANCE COMPANY
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE

BATON ROUGE                LA   70809

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

*************************************************************************
*                       ADDITIONAL INFORMATION                           *
* Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529-1000 for more information. *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE *
*************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    September 24, 2010

Clerk's Office, Room 402, Civil Courts Building,          DALE N. ATKINS, Clerk of
421 Loyola Avenue                                         The Civil District Court
New Orleans, LA                                           for the Parish of Orleans
                                                          State of LA
                                                          by _____
                                                                    Deputy Clerk

---

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this ____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On THE AMERICAN INSURANCE COMPANY, A FIREMAN'S FUND INSURANCE COMPANY | On THE AMERICAN INSURANCE COMPANY, A FIREMAN'S FUND INSURANCE COMPANY |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
| Returned same day  No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ THE AMERICAN INSURANCE COMPANY, A FIREMAN'S FUND INSURANCE COMPANY being absent from the domicile at time of said service. Returned same day   No. _____ |
| Deputy Sheriff of _____ Mileage: $ _____ | Deputy Sheriff of _____ |

OCT 01 2010
Received & named party through the
I made service on the private
Office of the Secretary of State
leaving a copy of this document to
TAMMY GLOVER
E. Cummins
Sheriff, Parish of East Baton Rouge, Louisiana
JULIE NESBITT

PAPER / ENTERED / RETURN
3 / ___ / 01
SERIAL NO.  DEPUTY  PARISH

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

VERIFIED
Daniel S. Foley
Deputy Clerk   10/8/10

ATTORNEY'S NAME: Borrello, D C 18817    #29.36
AND ADDRESS:    Ste 4500, 701 Poydras St
                New Orleans    LA 70139-4596

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2010 -- 09891        3                                       SECTION:    15 -- B

BORRELLO, DONNA   ET AL VERSUS FRANCIONI BUILDERS, INC.   ET AL

# CITATION

TO: ENCOMPASS INSURANCE COMPANY OF AMERICA
    THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LA SECRETARY
    OF STATE
    8585 ARCHIVES AVENUE

    BATON ROUGE                              LA    70809

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer
Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.
If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you
may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA    September 24, 2010

Clerk's Office, Room 402, Civil Courts Building,          DALE N. ATKINS, Clerk of
421 Loyola Avenue                                          The Civil District Court
New Orleans, LA                                            for the Parish of Orleans
                                                           State of LA
                                                           by _____
                                                                        Deputy Clerk

---

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On ENCOMPASS INSURANCE COMPANY OF AMERICA THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LA SECRETARY OF STATE | On ENCOMPASS INSURANCE COMPANY OF AMERICA THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ ENCOMPASS INSURANCE COMPANY OF AMERICA |
| Returned _____ day Deputy Sheriff, No. _____ Deputy Sheriff of _____ Mileage: $ _____ | being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

OCT 01 2010
I made service on the named party through the office of the Secretary of State of Louisiana by tendering this document to
☒ JULIE NESBITT  ☐ TAMMY GLOVER  ☐ MEGHAN SHANKS
C. Cummings
of East Baton Rouge

_____/ ENTERED /_____
PAPER              RETURN
  2  /        /   01
SERIAL NO.  DEPUTY  PARISH

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA


VERIFIED
Daniel S. Foley
Deputy Clerk  10/8/10

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 10 – 9891                                                                 DIVISION "___"

DONNA BORRELLO AND THOMAS STALLINGS

VERSUS                                   SECTION 15

FRANCIONI BUILDERS, INC.; LAWRENCE E. FRANCIONI III;
COLONY INSURANCE COMPANY; THE AMERICAN INSURANCE COMPANY, A
FIREMAN'S FUND INSURANCE COMPANY; AND ENCOMPASS INSURANCE
COMPANY OF AMERICA

FILED:_____         _____
                                                                    DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs DONNA BORRELLO and THOMAS STALLINGS, who, in this Petition for Damages respectfully state as follows:

1.

Plaintiffs DONNA BORRELLO and THOMAS STALLINGS are persons of full age and majority, domiciled in the Parish of Orleans, State of Louisiana, residing at 5939 Argonne Boulevard, New Orleans, Louisiana, 70124.

2.

Defendant FRANCIONI BUILDERS, INC. is a Louisiana corporation authorized to do and doing business in Louisiana, with its principal place of business located at 141 Robert E. Lee Boulevard, New Orleans, Louisiana, 70124.

VERIFIED
Kenyata E. Hartford
Deputy Clerk
9.24.10

3.

Defendant LAWRENCE E. FRANCIONI III is a person of full age and majority, domiciled in the Parish of Orleans, State of Louisiana, residing at 38 Bluebird Street, New Orleans, Louisiana, 70124.

4.

Defendants FRANCIONI BUILDERS, INC., and LAWRENCE E. FRANCIONI III, are hereinafter collectively referred to as "FRANCIONI".

5.

Defendant COLONY INSURANCE COMPANY (hereinafter referred to as "COLONY"), is an insurance corporation authorized to and doing business in Louisiana, located in Richmond, Virginia, and an insurer of FRANCIONI.

6.

Defendant THE AMERICAN INSURANCE COMPANY, A FIREMAN'S FUND INSURANCE COMPANY (hereinafter referred to as FIREMAN'S FUND), is an affiliate of Fireman's Fund Insurance Company, which is a California corporation with its principal place of business in Novato, California, and underwrites and issues homeowners' insurance policies in the state of Louisiana, and an insurer of PLAINTIFFS.

8.

Defendant ENCOMPASS INSURANCE COMPANY OF AMERICA (hereinafter referred to as "ENCOMPASS"), is an Illinois corporation with its principal place of business in Northbrook, Illinois and underwrites and issues homeowners' insurance policies in the state of Louisiana, and an insurer of PLAINTIFFS.

9.

Venue is proper in this Court pursuant to articles 74, 76, and 76.1 of the Louisiana Code of Civil Procedure.

## CLAIMS AGAINST DEFENDANTS FRANCIONI BUILDERS, INC; LAWRENCE FRANCIONI III AND COLONY INSURANCE COMPANY

10.

PLAINTIFFS' residence located at 5939 Argonne Boulevard, New Orleans, Louisiana ("the property") suffered significant damage as a result of Hurricane Katrina. On January 27, 2006, PLAINTIFFS entered into a "Contract Agreement" with FRANCIONI whereby FRANCIONI agreed to repair and extensively renovate PLAINTIFFS' property for a significant sum of money. This work included the replacement of almost all of the drywall on the first floor of the house and all of the drywall in the detached pool house. Most of the work was completed by September, 2006. PLAINTIFFS and their children moved back into the property in late October, 2006.

11.

On September 29, 2009, PLAINTIFFS discovered that FRANCIONI had negligently renovated/repaired the property using Chinese manufactured drywall, which caused and continues to cause loss and damage to PLAINTIFFS' home and its contents. The Chinese drywall emits sulfur compounds that cause damage to air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items and pose a significant risk of bodily harm.

12.

PLAINTIFFS have suffered and will continue to suffer direct physical loss due to the damaging effects of the sulfur compounds emitted from the Chinese-manufactured

- 3 -

drywall negligently installed in their home by FRANCIONI. These damages include, but are not limited to, costs of inspection; costs and expenses necessary to remedy, replace and remove drywall and other property that has been impacted; lost value or devaluation of their home as a direct result of damage caused to their property and other ensuing loss.

13.

The legal and proximate cause of PLAINTIFFS' damages was the negligent acts and omissions of FRANCIONI.

14.

On October 14, 2009, PLAINTIFFS provided written notice of their claim relating to the presence of Chinese drywall in their home to FRANCIONI via Certified Mail. In this correspondence, PLAINTIFFS advised FRANCIONI that PLAINTIFFS held FRANCIONI and its insurers responsible for their damages and requested that FRANCIONI put its insurers on notice of PLAINTIFFS' claim.

15.

PLAINTIFFS have repeatedly requested that FRANCIONI provide PLAINTIFFS with the names of FRANCIONI'S insurers covering FRANCIONI from 2006 to the present. With the exception of COLONY, FRANCIONI has refused to identify these insurers.

16.

PLAINTIFFS expressly reserve the right to amend this Petition when additional insurers of FRANCIONI are made known through discovery.

17.

FRANCIONI purchased a Commercial General Liability policy from COLONY, the policy period being from April 1, 2009 to April 1, 2010, providing coverage for, among other things, the negligent acts and omissions of FRANCIONI and the damage to PLAINTIFFS' property.

18.

On October 29, 2009, PLAINTIFFS were advised in writing that their claim had been reported to COLONY and advising that a COLONY claim representative would be contacting PLAINTIFFS in the near future.

19.

On or about November 12, 2009, COLONY'S adjuster met with PLAINTIFF THOMAS STALLINGS and inspected PLAINTIFFS' property.

20.

Since that time, PLAINTIFFS have not been contacted by COLONY or FRANCIONI regarding their claim.

21.

The damage and loss sustained by PLAINTIFFS was caused and continues to be caused by the Chinese drywall negligently installed in PLAINTIFFS' home by FRANCIONI.

22.

COLONY has failed to meet its obligations under the policies of insurance issued to FRANCIONI and have failed and/or refused to cover the losses sustained by PLAINTIFFS.

23.

PLAINTIFFS intend to perform remediation repairs by having the Chinese drywall removed and any other damaged or destroyed components removed. PLAINTIFFS have suffered and will suffer substantial economic damage associated with their remediation efforts.

24.

COLONY provided coverage for the negligent acts and omissions of FRANCIONI and the damages resulting there from.

25.

COLONY breached its duty of good faith and fair dealing by failing to properly adjust and pay PLAINTIFFS' claim, entitling PLAINTIFFS to damages, as well as all statutory penalties allowed by law.

26.

COLONY acted in bad faith by failing to timely adjust PLAINTIFFS' claim, entitling PLAINTIFFS to damages, as well as all statutory penalties allowed by law.

27.

COLONY acted in an arbitrary and capricious manner in failing to adjust and pay PLAINTIFFS' claim, entitling PLAINTIFFS to damages, as well as all statutory penalties allowed by law.

### ALLEGATIONS AGAINST DEFENDANTS THE AMERICAN INSURANCE COMPANY, A FIREMAN'S FUND INSURANCE COMPANY AND ENCOMPASS INSURANCE COMPANY OF AMERICA

28.

PLAINTIFFS purchased homeowners insurance policies from ENCOMPASS and FIREMAN'S FUND, providing coverage for, among other things, their dwelling, contents and loss of use of the property.

29.

The homeowners insurance policies issued by ENCOMPASS covered the period from June 24, 2005 until April 12, 2007. The homeowners' insurance policies issued by FIREMAN'S FUND covered from April 12, 2007 to the present.

30.

As set forth above, following Hurricane Katrina, PLAINTIFFS' home located at 5939 Argonne Boulevard, New Orleans, Louisiana, ("the property'), was extensively renovated/repaired by FRANCIONI due to flooding and storm damage. This work included the replacement of almost all of the drywall on the first floor of the house and all of the drywall in the detached pool house. Most of the work was completed by September, 2006. PLAINTIFFS and their children moved back into the property in late October, 2006.

31.

On September 29, 2009, PLAINTIFFS discovered that the property had been negligently renovated/repaired by FRANCIONI using Chinese manufactured drywall, which caused and continues to cause loss and damage to PLAINTIFFS" home and its contents. The Chinese drywall emits sulfur compounds that cause corrosion of air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items.

32.

PLAINTIFFS" policies issued by ENCOMPASS and FIREMAN'S FUND are all-risk policies, providing coverage for all risks of direct physical loss or damage to the home, contents and other permanent structures unless an exclusion applies.

33.

On or about December 16, 2009, PLAINTIFFS provided notice of their claim relating to the presence of Chinese manufactured drywall in PLAINTIFFS' home to ENCOMPASS through Plaintiffs' insurance agent, Eustis Insurance, Inc.

34.

On or about January 21, 2010, ENCOMPASS' adjuster met with PLAINTIFF Thomas Stallings and inspected PLAINTIFFS' home.

35.

In correspondence dated March 10, 2010, ENCOMPASS notified PLAINTIFFS that it denied coverage for PLAINTIFFS' damages caused by the Chinese drywall.

36.

On or about December 16, 2009, PLAINTIFFS provided notice of their claim relating to the presence of Chinese manufactured drywall in Plaintiffs' home to FIREMAN'S FUND through PLAINTIFFS' insurance agent, Eustis Insurance, Inc.

37.

On February 9, 2010, FIREMAN FUND'S adjuster and consultant met with PLAINTIFF THOMAS STALLINGS and inspected PLAINTIFFS' home. FIREMAN'S FUND'S consultant took photographs and samples of the drywall in PLAINTIFFS' home and confirmed that PLAINTIFFS' home contains Chinese manufactured drywall.

38.

In correspondence dated April 12, 2010, FIREMAN' FUND notified PLAINTIFFS that it denied coverage for PLAINTIFFS' damages caused by the Chinese drywall.

39.

PLAINTIFFS have complied with all of their obligations under the policies issued by ENCOMPASS AND FIREMAN'S FUND.

40.

A valid contract of insurance existed between PLAINTIFFS and ENCOMPASS, providing coverage for the loss and damage caused by the Chinese drywall.

41.

A valid contract of insurance existed and continues to exist between PLAINTIFFS and FIREMAN'S FUND, providing coverage for the loss and damage caused by the Chinese drywall.

42.

PLAINTIFFS have paid all premiums due under their policies of insurance with ENCOMPASS and FIREMAN'S FUND and have performed all of their obligations under the policies.

43.

PLAINTIFFS have suffered and will continue to suffer direct physical loss due to the damaging effects of the sulfur compounds emitted from the Chinese-manufactured drywall installed in their home. These damages include, but are not limited to, costs of inspection; costs and expenses necessary to remedy, replace and remove drywall and other property that has been impacted; lost value or devaluation of their home as a direct result of damage caused to their property and other ensuing loss.

44.

The damage and loss sustained by PLAINTIFFS was caused by and continues to be caused by the presence of Chinese drywall in PLAINTIFFS' home; yet,

ENCOMPASS and FIREMAN'S FUND have failed to meet their obligations under the policies of insurance and have failed and/or refused to cover the loss sustained by PLAINTIFFS, entitling PLAINTIFFS to damages, as well as all statutory penalties allowed by law.

45.

ENCOMPASS and FIREMAN'S FUND have breached their policies by unjustifiably denying PLAINTIFFS' claim for covered damages, entitling PLAINTIFFS to damages, as well as all statutory penalties allowed by law.

46.

As a direct and proximate result of the breach by ENCOMPASS and FIREMAN'S FUND, PLAINTIFFS were deprived of the benefit of insurance coverage for which ENCOMPASS and FIREMAN'S FUND were paid substantial premiums, and, accordingly, PLAINTIFFS' have suffered and will suffer substantial economic damage, particularly associated with remediation of their home, entitling PLAINTIFFS to damages, as well as all statutory penalties allowed by law.

47.

ENCOMPASS and FIREMAN'S FUND have breached their duty of good faith and fair dealing by failing to properly adjust and pay PLAINTIFFS' claim, entitling PLAINTIFFS to damages, as well as all statutory penalties allowed by law.

48.

ENCOMPASS and FIREMAN'S FUND acted in an arbitrary and capricious manner in failing to adjust and pay PLAINTIFFS' claim, entitling PLAINTIFFS to damages, as well as all statutory penalties allowed by law.

WHEREFORE, PLAINTIFFS DONNA BORRELLO and THOMAS STALLINGS respectfully pray that their Petition be deemed good and sufficient, and that Defendants FRANCIONI BUILDERS, INC.; LAWRENCE FRANCIONI III; COLONY INSURANCE COMPANY; THE AMERICAN INSURANCE COMPANY, A FIREMAN'S FUND INSURANCE COMPANY; and ENCOMPASS INSURANCE COMPANY OF AMERICA, be duly served and cited with a copy of this Petition for Damages and that they be made to appear and answer same within the delays allowed by law, and that after all due and legal proceedings are had herein, for the reasons set forth herein, that there be judgment entered in favor of Plaintiffs DONNA BORRELLO and THOMAS STALLINGS and against defendants FRANCIONI BUILDERS, INC.; LAWRENCE FRANCIONI III; COLONY INSURANCE COMPANY; THE AMERICAN INSURANCE COMPANY, A FIREMAN'S FUND INSURANCE COMPANY; and ENCOMPASS INSURANCE COMPANY OF AMERICA, in an amount that is reasonable under the premises, and together with all costs of these proceedings, for penalties and attorneys fees, for legal interest, and for all general and equitable relief.

DATED: September 24, 2010

Respectfully submitted,

*[signature]*

DONNA M. BORRELLO – Bar #16817
New Orleans, LA 70130
Telephone: (504) 595-6191
Fax: (504) 595-6192
E-mail: dborrello@delacroixcorp.com

**Counsel for:**
**DONNA BORRELLO AND**
**THOMAS STALLINGS**

- 11 -

A TRUE COPY
DEPUTY CLERK/ CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**PLEASE SERVE**

FRANCIONI BUILDERS, INC.
Through its agent for service of process
Joseph B. Landry
639 Loyola Avenue
25th Floor, One Poydras Plaza
New Orleans, LA 70113

LAWRENCE E. FRANCIONI III
38 Bluebird Street
New Orleans, LA 70124

COLONY INSURANCE COMPANY
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

ENCOMPASS INSURANCE COMPANY OF AMERICA
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

THE AMERICAN INSURANCE COMPANY,
A FIREMAN'S FUND INSURANCE COMPANY
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

ATTORNEY'S NAME  Borrello, Donna E- 1817
AND ADDRESS: Ste 4500, Poydras St
New Orleans LA 70139-4596

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 -- 09891   4                          SECTION: 15 -- B

BORRELLO, DONNA ET AL VERSUS FRANCIONI BUILDERS, INC. ET AL

## CITATION

TO: FRANCIONI, LAWRENCE E. III
THROUGH:
38 BLUEBIRD STREET

NEW ORLEANS              LA   70124

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

**************************************************************************************
*                              ADDITIONAL INFORMATION                                 *
* Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529 - 1000 for more information.                                           *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE                              *
**************************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA    September 24, 2010

Clerk's Office, Room 402, Civil Courts Building,         DALE N. ATKINS, Clerk of
421 Loyola Avenue                                        The Civil District Court
New Orleans, LA                                          for the Parish of Orleans
                                                         State of LA
                                                         by _____
                                                                      Deputy Clerk

---

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this 29 day of Sept 2010 served a copy of the w/i petition FOR DAMAGES | On this ____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On FRANCIONI, LAWRENCE E. III | On FRANCIONI, LAWRENCE E. III |
| THROUGH Lawrence Froncioni | THROUGH: by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ FRANCIONI, LAWRENCE E. III |
| 6:45 PM Returned same day _____ No. 148 Deputy Sheriff of Orleans Mileage: $ _____ | being absent from the domicile at time of said service. Returned same day _____ No. ____ Deputy Sheriff of _____ |
| / ENTERED / PAPER 5   9301   RETURN SERIAL NO.  DEPUTY  PARISH | |

VERIFIED
Deputy Clerk  10/1/10

2010 OCT 14 A 11: 54

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 10-9891                                                  DIVISION "B"
SECTION 15

DONNA BORRELLO AND THOMAS STALLINGS

VERSUS

FRANCIONI BUILDERS, INC.; LAWRENCE E. FRANCIONI III;
COLONY INSURANCE COMPANY; THE AMERICAN INSURANCE COMPANY, A
FIREMAN'S FUND INSURANCE COMPANY; AND ENCOMPASS INSURANCE
COMPANY OF AMERICA

FILED:_____          _____
                                                                           DEPUTY CLERK

## NOTICE OF CORRECTION OF ADDRESS

**NOW INTO COURT** comes undersigned counsel for Plaintiffs, Donna Borrello and Thomas Stallings, and states that the street address was inadvertently omitted from the signature block of Plaintiffs' Petition in the instant case. Plaintiffs' counsel's contact information, including the correct mailing address, is as follows:

> Donna M. Borrello
> 206 Decatur Street
> New Orleans, LA 70130
>
> Telephone: (504) 595-6191
> Facsimile: (504) 595-6192
> E-mail: dborrello@delacroixcorp.com

Respectfully submitted,

*/s/ Donna M. Borrello*
DONNA M. BORRELLO – Bar #16817
206 Decatur Street
New Orleans, LA 70130
Telephone: (504) 595-6191
Fax: (504) 595-6192
E-mail: dborrello@delacroixcorp.com

VERIFIED
Kenyeta E. Hartford
Deputy Clerk

Counsel for:
DONNA BORRELLO AND
THOMAS STALLINGS

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Correction of Address was served on all known counsel of record via U.S. Mail, properly addressed, postage pre-paid, on this 13th day of October, 2010.

_____
DONNA M. BORRELLO

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

- 2 -