OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

EASTERN DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 NOV -5 PM 2:55

LORETTA G. WHYTE
CLERK

Date: 11/05/2010

Kenneth and Barbara Wiltz, et al

vs.

Beijing New Building Materials Public Limited Co., et al

Case No. 10-361   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Black Bear Gypsum Supply, Inc.
   (address) 2050 Tall Pines Drive Suite B Largo, FL 33771

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Russ Herman
Address 820 O'Keefe Ave.
        New Orleans, LA 70113

___Fee___
_✓_Process_
_✓_Dkt___
___CtRmDep___
___Doc. No.___