THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

*************************************************

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION:  L |
| This Document Relates to: Mathew D. Hughes, et al v. Rogers Company, L.L.C.; Docket No. 10:1649 | * * * | JUDGE: FALLON |
| | * * | MAG. JUDGE WILKINSON |

*************************************************

## NOTICE OF APPEARANCE

Defendant, Rogers Company, L.L.C., appears and requests that this Court enroll Steven B. Witman and Valerie Theng Matherne of the Law Offices of Steven B. Witman as primary counsel of record for this entity.

                              LAW OFFICES OF STEVEN B. WITMAN

                              BY: _____
                              STEVEN B. WITMAN (#13621)
                              VALERIE THENG MATHERNE (#25898)
                              Two Lakeway Center - Suite 1960
                              3850 N. Causeway Boulevard
                              Metairie, Louisiana  70002
                              Telephone:  (504) 836-2200
                              Facsimile:   (504) 836-2201
                              switman@witmanlaw.com
                              vmatherne@witmanlaw.com
                              Attorneys for Defendant, Rogers Company, L.L.C.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 8th day of November, 2010, electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

_____
STEVEN B. WITMAN