THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

****************************************************

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION:  L |
| This Document Relates to: Mathew D. Hughes, et al v. Rogers Company, L.L.C.; Docket No. 10:1649 | * * * | JUDGE: FALLON |
| | * * | MAG. JUDGE WILKINSON |
| | * * | MOTION TO DISMISS |

****************************************************

## ROGERS COMPANY, L.L.C.'S
## <u>MOTION TO DISMISS COMPLAINT</u>

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, ROGERS COMPANY, L.L.C., hereby moves this Court to dismiss the Complaint filed herein. The grounds for this Motion are:

1. Plaintiffs' Complaint alleges three causes of action: redhibition, negligence, and unjust enrichment.

2. Redhibition claims are governed by a one year prescriptive period.

3. Negligence claims are governed by a one year prescriptive period.

4. Unjust enrichment claims are not viable where delictual actions are pled.

5.  Plaintiff asserts no claims upon which relief can be granted.

Defendant submits the following Memorandum of Law in Support of Motion.

DATED: November 5, 2010                Respectfully submitted,

LAW OFFICES OF STEVEN B. WITMAN

_____
STEVEN B. WITMAN (#13621)
VALERIE THENG MATHERNE (#25898)
Two Lakeway Center - Suite 1960
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 836-2200
Facsimile: (504) 836-2201
switman@witmanlaw.com
vmatherne@witmanlaw.com
Attorneys for Defendant, Rogers Company, L.L.C.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 5th day of Nov. _____,
2010, electronically filed a copy of the foregoing Motion to Dismiss with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

_____
STEVEN B. WITMAN