THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: L |
| This Document Relates to: Mathew D. Hughes, et al v. Rogers Company, L.L.C.; Docket No. 10:1649 | * * * | JUDGE: FALLON |
| | * * | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, Rogers Company, L.L.C., will bring their Motion to Dismiss Complaint for hearing before Judge Eldon E. Fallon on the 19th day of January, 2010, at 9:00 o'clock a.m. in the United States District Courthouse at 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

LAW OFFICES OF STEVEN B. WITMAN

STEVEN B. WITMAN (#13621)
VALERIE THENG MATHERNE (#25898)
Two Lakeway Center - Suite 1960
3850 N. Causeway Boulevard
Metairie, Louisiana 70002

Telephone: (504) 836-2200
Facsimile:   (504) 836-2201
Attorney for Defendant, Rogers Company, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on counsel of record for all parties by depositing same, postage prepaid and properly addressed, in the United States Mail this 8th day of Nov., 2010.

STEVEN B. WITMAN