UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 SECTION:  L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al. Case No. 10-932 (E.D.La.) | : : : | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL PAPERS AND PLEADINGS

**COME NOW** Warren Horn, Drew R. Ballina, and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., who hereby appear as attorneys for Daelen of Tangipahoa, L.L.C. in the matter entitled *Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*, bearing Civil Action No. 10-932, and request:  (1) that their names at the address listed below be added to the matrix; and (2) that they be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in the above-referenced case.  The address for notice and service is as follows:

> Daelen of Tangipahoa, L.L.C.
> c/o  Warren Horn, Esq.
>       Drew R. Ballina, Esq.
> **HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**
> 650 Poydras Street, Suite 2500
> New Orleans, LA  70130
> Phone:  504.299.3300
> E-mail: whorn@hellerdraper.com; dballina@hellerdraper.com

3434.18912.309641.1

Respectfully submitted,

**HELLER, DRAPER, HAYDEN PATRICK & HORN, L.L.C.**

*/s/ Drew R. Ballina*
Warren Horn (La. Bar #14380)
Drew R. Ballina (LA Bar #01704)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
**COUNSEL FOR DAELEN OF TANGIPAHOA, L.L.C.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Notice of Appearance and Request for Service of All Papers and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of November 2010.

*/s/ Drew R. Ballina*
**DREW R. BALLINA**