UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____/ | |

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE HOMEBUILDERS' STEERING COMMITTEE'S *CORRECTED* SUPPLEMENTAL RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING AND MOTION TO CORRECT CLERICAL ERROR REGARDING ITS EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS**

The Homebuilders' Steering Committee ("HSC") hereby moves for leave of Court to submit its corrected[1] supplemental response to the Plaintiffs' Steering Committee's ("PSC") Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing (collectively, the "Motions to Lift Stay"). The corrected supplemental memorandum is virtually identical to the original Supplemental Response to the Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions, filed with the Court on October 11, 2010. The signature blocks have been modified to make it clear that the supplemental response and this

---

[1] This corrected supplemental response is virtually identical to the original Supplemental Response to the Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions, filed with the Court on October 11, 2010. The signature blocks have been modified to make it clear that the supplemental response and this corrected supplemental response were not filed on behalf of any particular homebuilder(s), but rather on behalf of the HSC.

corrected supplemental response were not filed on behalf of any particular homebuilder(s), but rather on behalf of the HSC.

Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN**
*Local Lead Counsel for the HSC*
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 593-0804
Facsimile: (504) 593-0804
E-mail: pwittmann@stonepigman.com

By:     /s/ Phillip A. Wittmann
           PHILLIP A. WITTMANN
           Louisiana Bar No. 13625

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com

By:     /s/ Hilarie Bass
           HILARIE BASS
           Florida Bar No. 334323
           MARK A. SALKY
           Florida Bar No. 058221

**SIVYER BARLOW & WATSON**
*Member of the HSC*
100 S Ashley Drive, Suite 2150
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
Email: nsivyer@sbwlegal.com

By:     /s/ Neal Allen Sivyer
           NEAL A. SIVYER
           Florida Bar No. 373745

**KING & SPALDING LLP**
*Member of the HSC*
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: kbuster@kslaw.com

By:     /s/ J Kevin Buster
           J. KEVIN BUSTER
           Georgia Bar No. 099267

**CUNNINGHAM BOUNDS, LLC**
*Member of the HSC*
Post Office Box 66705
Mobile, Alabama  36660
Telephone: (251) 471-6191
Facsimile:  (251) 479-1031
Email: sln@cunninghambounds.com

By:     /s/ Steven L. Nicholas
           STEVEN L. NICHOLAS
           Alabama Bar No. ASB-2021-N35S

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Hilarie Bass
Hilarie Bass

MIA 181,541,509v1 11-8-10