## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
_____/

### HOMEBUILDERS' STEERING COMMITTEE'S *CORRECTED* SUPPLEMENTAL RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING AND MOTION TO CORRECT CLERICAL ERROR REGARDING ITS EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING

The Homebuilders' Steering Committee ("HSC") hereby submits its corrected[1] supplemental response to the Plaintiffs' Steering Committee's ("PSC") Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing (collectively, the "Motions to Lift Stay"), and states:

1.      On October 4, 2010, the HSC filed its response to the Motions to Lift Stay, indicating that it did not oppose the lifting of the stay on the eight motions identified in the Motions to Lift Stay.  Included in these eight motions are motions seeking to certify classes of

---

[1] This corrected supplemental response is virtually identical to the original Supplemental Response to the Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions, filed with the Court on October 11, 2010.  The signature blocks have been modified to make it clear that the supplemental response and this corrected supplemental response were not filed on behalf of any particular homebuilder(s), but rather on behalf of the HSC.

Florida homeowners against Knauf, Banner Supply Co. ("Banner"), and Taishan Gypsum Co., Ltd. ("Taishan").[2]

2.      The HSC is filing this supplemental response to notify the Court that certain homebuilders intend to file a motion to intervene or other appropriate motion to align themselves with the Florida homeowners and represent a subclass of homebuilders that have: (i) repaired (or are in the process of repairing) homes in Florida with defective Chinese-manufactured drywall; and (ii) received assignments from those homeowners in connection with the repair work.  These homebuilders will be seeking to certify similar classes against Knauf, Banner and Taishan. Because those homebuilders that have received assignments from Florida homeowners are similarly situated to the Florida homeowners in the MDL, and given that there may be only a limited amount of funds available from Knauf, Banner or Taishan to compensate all of the parties who have been damaged as a result of the defective drywall manufactured or distributed by these defendants, interested homebuilders may want to join in the Florida homeowners' efforts to certify these classes.

3.      Accordingly, based upon the foregoing, the HSC respectfully requests that in establishing a reasonable scheduling order with respect to the motions seeking class certification, the Court also set forth a reasonable deadline for interested homebuilders to seek intervention or to otherwise align themselves with the Florida homeowners in pursuit of class certification against Knauf, Banner and Taishan.

---

[2] The PSC has filed motions for class certification in *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-6687; *Payton, et al. v. Knauf Gips KG, et al.*, Case No. 09-07628; and *Vickers, et al. v. Knauf Gips KG, et al.*, Case No. 09-04117.

Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN**
*Local Lead Counsel for the HSC*
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 593-0804
Facsimile: (504) 593-0804
E-mail: pwittmann@stonepigman.com

By:     /s/ Phillip A. Wittmann
        PHILLIP A. WITTMANN
        Louisiana Bar No. 13625

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com

By:     /s/ Hilarie Bass
        HILARIE BASS
        Florida Bar No. 334323
        MARK A. SALKY
        Florida Bar No. 058221

**SIVYER BARLOW & WATSON**
*Member of the HSC*
100 S Ashley Drive, Suite 2150
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
Email: nsivyer@sbwlegal.com

By:     /s/ Neal Allen Sivyer
        NEAL A. SIVYER
        Florida Bar No. 373745

**KING & SPALDING LLP**
*Member of the HSC*
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: kbuster@kslaw.com

By:     /s/ J Kevin Buster
        J. KEVIN BUSTER
        Georgia Bar No. 099267

**CUNNINGHAM BOUNDS, LLC**
*Member of the HSC*
Post Office Box 66705
Mobile, Alabama 36660
Telephone: (251) 471-6191
Facsimile: (251) 479-1031
Email: sln@cunninghambounds.com

By:     /s/ Steven L. Nicholas
        STEVEN L. NICHOLAS
        Alabama Bar No. ASB-2021-N35S

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 8, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Hilarie Bass
Hilarie Bass

*MIA 181,541,509v1 11-8-10*