UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL         MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
_____/

## ORDER

Considering the Motion and Incorporated Memorandum for Leave to file Homebuilders' Steering Committee's Corrected Supplemental Response,

IT IS ORDERED that the Homebuilders' Steering Committee be and it hereby is granted leave to file its Corrected Supplemental Response to the Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing.

NEW ORLEANS, LOUISIANA, this ____ day of November, 2010.

_____
DISTRICT JUDGE