UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____ / | |

### ORDER

Considering the Motion and Incorporated Memorandum for Leave to file Homebuilders' Steering Committee's Corrected Supplemental Response,

IT IS ORDERED that the Homebuilders' Steering Committee be and it hereby is granted leave to file its Corrected Supplemental Response to the Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and Motion to Correct Clerical Error Regarding its Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing.

NEW ORLEANS, LOUISIANA, this  9th  day of November, 2010.

_____
DISTRICT JUDGE