UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## <u>ORDER</u>

Considering the Plaintiffs' Steering Committee's Motion to Lift the Stay (R. 5939), IT IS ORDERED that this Motion is set for hearing following the monthly status conference on December 2, 2010, at 9:00 a.m.  IT IS FURTHER ORDERED that responses to the Motion are to be filed by November 29, 2010.  The purpose of this Motion is to determine an appropriate hearing and briefing schedule for the motions listed therein, not to discuss the substantive issues involved in the listed motions.

New Orleans, Louisiana, this 9th  day of November 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE