UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| | * | |
| ALL CASES | * | MAG. JUDGE |
| | * | WILKINSON |

******************************************************

### JOINT MOTION FOR ENTRY OF AGREED STAY ORDER

The MDL Plaintiffs' Steering Committee (the "PSC") and Lowe's Home Centers, Inc. ("Lowe's") jointly move for entry of an Agreed Stay Order. The Court is familiar with the proceedings in *Vereen v. Lowe's Home Centers, Inc.,* Case No. SU10-CV-2267B in the Superior Court of Muscogee County, Georgia. The PSC has reviewed the settlement agreement and proposed amendment to the settlement agreement in *Vereen* and believes it is a fair and reasonable settlement for the class members, and the PSC will not object to the *Vereen* settlement in this or any other court. The Agreed Stay Order, which includes a process by which certain plaintiffs in the MDL with alleged Chinese-Manufactured Drywall ("CDW") claims against Lowe's may, in certain limited circumstances agreed to by the PSC and Lowe's, move this Court to not be bound by the release in the *Vereen* class action settlement, is reasonable and has merit. Accordingly, the PSC and Lowe's move that the joint motion be granted and that the Agreed Stay Order attached as Exhibit 1 to the proposed order granting this motion be entered into the record of these centralized proceedings.

Respectfully Submitted,

*/s/Leonard A. Davis*
Russ M. Herman (#6819)
Leonard A. Davis (#14190)
Stephen J. Herman (#23129)
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
*Plaintiffs' Liaison Counsel, MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel, MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA  70139
Phone:  (504) 524-3300
Fax:  (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA  70084
Phone:  (985) 536-1186
Fax:  (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL  33130
Phone:  (305) 358-2800
Fax:  (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson, Matthews,
Martinez, Gonzales, Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL  33134
Phone:  (305) 476-7400
Fax:   (305) 476-7444
Ervin@colson.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL  34134
Phone:  (239) 390-1000
Fax:  (239) 390-0055
Jerry@yourlawyer.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell,
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
Phone:  (850) 435-7000
Fax:  (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA  70130
Phone:  (504) 581-1750
Fax:  (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX  75219
Phone:  (214) 521-3605
Fax:  (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier &
Warshauer, LLC
2800 Energey Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS  39530
Phone:  (228) 374-5151
Fax:  (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY  10004
Phone:  (212) 584-0700
Fax:  (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL  33907
Phone:  (239) 433-6880
Fax:  (239) 433-6836
swinstein@forthepeople.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC  27612
Phone:  (919) 981-0191
Fax:  (919) 981-0431
dkb@lewis-roberts.com

| | |
|---|---|
| Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>Jeremy@abbrclaw.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

                                                **ADAMS AND REESE LLP**

                                                */s/William B. Gaudet*
                                                WILLIAM B. GAUDET (#1374)
                                                FRANCIS V. LIANTONIO, JR. (#19282)
                                                EDWIN C. LAIZER (#17014)
                                                JEFFREY E. RICHARDSON (#23273)
                                                701 Poydras Street
                                                One Shell Square, Suite 4500
                                                New Orleans, LA 70139
                                                Telephone: (504) 581-3234
                                                Facsimile: (504) 566-0210
                                                William.Gaudet@arlaw.com
                                                Frank.Liantonio@arlaw.com
                                                Edwin.Laizer@arlaw.com
                                                Jeff.Richardson@arlaw.com
                                                ***Attorneys for Lowe's Home Centers, Inc.***

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of November, 2010.

                                                *s/Leonard A. Davis*