UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| | * | |
| ALL CASES | * | MAG. JUDGE WILKINSON |
| | * | |

**************************************************

## ORDER

The Court has considered the Joint Motion of the PSC and Lowe's for Entry of Agreed Stay Order filed by the MDL Plaintiffs' Steering Committee (the "PSC") and Lowe's Home Centers, Inc. ("Lowe's")(R. __). The Court is familiar with the proceedings in *Vereen v. Lowe's Home Centers, Inc.*, Case No. SU10-CV-2267B in the Superior Court of Muscogee County, Georgia. The Agreed Stay Order, which includes a process by which certain plaintiffs in the MDL with alleged Chinese-Manufactured Drywall ("CDW") claims against Lowe's may, in certain limited circumstances agreed to by the PSC and Lowe's, move this Court not to be bound by the release in the *Vereen* class action settlement, is reasonable and has merit. Accordingly, the joint motion is GRANTED, and the Agreed Stay Order attached as Exhibit 1 to this Order is ENTERED into the record of these centralized proceedings.

In light of this Order, the Court also DENIES the PSC's Motion to Enjoin Conflicting State Court Proceedings in Muscogee County Georgia (R. 5011) as moot; DENIES the PSC's Rule to Show Cause (R. 5012), and DENIES Lowe's Motion to Stay (R. 5066) as moot.

New Orleans, Louisiana, this \_\_\_\_ day of November, 2010.

                                                                _____
                                                                Eldon E. Fallon
                                                                United States District Court Judge