UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

**MOTION TO WITHDRAW AND ENROLL/SUBSTITUTE COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Defendant ARM Structural, Inc., reserving all rights to object to jurisdiction, venue or service and preserving all defenses respectfully request Lloyd N. Shields, Elizabeth L. Gordon, Andrew G. Vicknair, and Adrian A. D'Arcy of Shields Mott Lund L.L.P. be allowed to withdraw as counsel of record and the following attorneys to be formally enrolled and substituted as counsel of record:

>Charles B. Long (La. Bar No. 22824)
>Thomas H. Peyton (La. Bar No. 32635)
>Krebs, Farley & Pelleteri, P.L.L.C.
>400 Poydras Street, Suite 2500
>New Orleans, LA 70130
>Telephone:    504-299-3570
>Facsimile:    504-299-3582

WHEREFORE, ARM Structural, Inc. prays that Lloyd N. Shields, Elizabeth L. Gordon, Andrew G. Vicknair, and Adrian A. D'Arcy of Shields Mott Lund be allowed to withdraw as counsel of record and that Charles B. Long and Thomas H. Peyton of the law firm of Krebs, Farley & Pelleteri, P.L.L.C. be substituted as counsel of record.

Respectfully submitted,

*/s/ Elizabeth L. Gordon*
Lloyd N. Shields (La Bar No. 12022)
Elizabeth L. Gordon (La. Bar No. 21619)
Andrew G. Vicknair (La. Bar No. 28448)
Adrian A. D'Arcy (La. Bar No. 29137)
Shields Mott Lund L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana   70130
Telephone:     504-581-4445
Facsimile:      504-584-4440
lnshields@shieldsmottlund.com
elgordon@shieldsmottlund.com
agvicknair@shieldsmottlund.com
aadarcy@shieldsmottlund.com

KREBS, FARLEY & PELLETERI, P.L.L.C.

*/s/ Charles B. Long* [1]
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:     504-299-3570
Facsimile:      504-299-3582
E-mail:          clong@kfplaw.com
E-mail:          tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
ARM STRUCTURAL, INC.

---

[1] Signed with permission from Charles B. Long

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of November, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                         */s/ Elizabeth L. Gordon*
                                         ELIZABETH L. GORDON