UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

**ORDER**

Considering the motion of ARM Structural, Inc. to enroll/substitute new counsel and withdraw former counsel;

IT IS HEREBY ORDERED that Lloyd N. Shields, Elizabeth L. Gordon, Andrew G. Vicknair, and Adrian A. D'Arcy of Shields Mott Lund L.L.P. bet allowed to withdraw as counsel of record and the following attorneys to be formally enrolled and substituted as counsel of record:

    Charles B. Long (La. Bar No. 22824)
    Thomas H. Peyton (La. Bar No. 32635)
    Krebs, Farley & Pelleteri, P.L.L.C.
    400 Poydras Street, Suite 2500
    New Orleans, LA 70130
    Telephone:   504-299-3570
    Facsimile:    504-299-3582

New Orleans, Louisiana this _____ day of November, 2010.

_____
JUDGE