UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 :  : SECTION: L |
| THIS DOCUMENT RELATES TO: **Amato, *et al.*, vs. Liberty Mutual Ins. Co., *et al.*,** **U.S. District Court (E.D. La.), Case No. 10-932** _____/ | : : JUDGE FALLON : MAG. JUDGE WILKINSON |

### MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT, OLD DOMINION INSURANCE COMPANY

COMES NOW the Defendant, OLD DOMINION INSURANCE COMPANY, by and through its undersigned counsel, and respectfully moves this Court for the entry of the attached order substituting **David F. Hassett, Esq.,** and **Sarah B. Christie, Esq.,** of **Hassett & Donnely, P.C.,** as counsel-of-record for Defendant, **Old Dominion Insurance Company,** and in the stead OF **Eric G. Belsky, Esq.,** of **Johnson, Leiter & Belsky, P.A.,** and in support thereof states that the foregoing motion is made in good faith, not for improper purpose of harassing parties or delaying proceedings, and that no party hereto will be unduly prejudiced by the Court's granting of the relief sought herein.

Respectfully submitted,

| *Johnson, Leiter & Belsky* | *Hassett & Donnelly, P.C.* |
|---|---|
| Blackstone Building, Third Floor | 446 Main Street, 12th Floor |
| 707 Southeast Third Avenue | Worcester, MA 01608 |
| Fort Lauderdale, Florida 33316 | 508-791-6287 Telephone |
| 954.462.3116 Telephone | 508-791-2652 Facsimile |
| 954.761.8990 Facsimile | dhassett@hassettanddonnelly.com |
| ebelsky@jlblaw.com | Withdrawing Attorneys for Defendant, |
| Appearing as Attorneys for Defendant, | Old Dominion Insurance Company |
| Old Dominion Insurance Company | |
| | |
| By:   /s/ Eric G. Belsky, Esq. | By:   /s/ David F. Hassett, Esq. |
|       Eric G. Belsky, Esq. |       David F. Hassett, Esq. |
|       Fla. Bar No. 994340 |       Ma. Bar No. 544443 |
| |       Sarah B. Christie, Esq. |
| |       Ma. Bar No. 566833 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Substitute Counsel for Defendant, Old Dominion Insurance Company has been served on the following Liaison Counsel by ☒ U.S. Mail and e-mail, or by ☐ Hand-delivery and e-mail, on this 10th day of November, 2010:

☒ **Plaintiffs' Liaison Counsel:**
**Russ M. Herman, Esq.**
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue, Suite 100
New Orleans, LA  70113
    504.581.4892  Telephone
    504.561.6024  Facsimile
    rherman@hhke.com

☒ **Defendants' Liaison Counsel:**
**Kerry J. Miller, Esq.**
*Frilot, LLC*
1100 Poydras Street, Suite 3700
New Orleans, LA  70130
    504.599.8194  Telephone
    504.599.8145  Facsimile
    kmiller@frilot.com

☒ **Homebuilders & Installers Liaison Counsel:**
**Phillip A. Wittmann, Esq.**
*Stone, Pigman, Walther, Wittmann, LLC*
546 Carondelet Street
New Orleans, LA 70130
    504-581-3200  Telephone
    504-581-3361  Facsimile
    pwittmann@stonepigman.com

☒ **Insurance Liaison Counsel:**
**Judy Y. Barrasso, Esq.**
*Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC*
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
    504-589-9700  Telephone
    504-589-9701  Facsimile
    jbarrasso@barrassousdin.com

And that a true and correct copy of the foregoing has been ☒ served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and has been ☒ electronically filed with the Clerk of the U.S. District Court, Eastern District of Louisiana, by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047.

    Respectfully submitted,
    ***Johnson, Leiter & Belsky***
    Blackstone Building, Third Floor
    707 Southeast Third Avenue
    Fort Lauderdale, Florida 33316
        954.462.3116  Telephone
        954.761.8990  Facsimile
        ebelsky@jlblaw.com
    Attorneys for Defendant,
    Old Dominion Insurance Company

By:    */s/  Eric G. Belsky, Esq.*
        Eric G. Belsky, Esq.
        Fla. Bar No. 994340