UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | CASE NO.: 2:09-MD-2047  SECTION L  JUDGE FALLON |
| This Document Relates to: Payton et al. v. Knauf Gips KG et al.; Docket No. 2:09-cv-07628-EEF-JCW: | | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice of his appearance as counsel on behalf of SANTA BARBARA ESTATES, INC., defendant in Payton, et al. v. Knauf Gips KG, et al., United States District Court, Eastern District of Louisiana, Case No. 09-07628.

        Respectfully submitted,

        BY: /s/ Abbey L. Kaplan
            Abbey L. Kaplan, *Admitted Pro Hac Vice*
            Florida Bar No. 200255
            KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.
            Miami Center, Seventeenth Floor
            201 South Biscayne Boulevard
            Miami, Florida 33131
            Telephone: (305) 379-9000
            Facsimile: (305) 379-3428
            Email: akaplan@klugerkaplan.com

M070588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2010, the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Abbey L. Kaplan
Abbey L. Kaplan, Esquire

M070588