UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| **This document related to:** | * * | |
| *David Gross, et al v. Knauf Gips KG, et al* Docket No. 09-6690 | * * | MAG: WILKINSON |

*****************************************************************************

## MOTION FOR EXTENSION OF TIME TO SUBMIT CONTRACTOR/INSTALLER DEFENDANT PROFILE FORM

Defendant, Swedberg Enterprises, Inc., respectfully moves the Court for an additional thirty days, through and including December 10, 2010, within which to serve its Contractor/Installer Defendant Profile Form on liaison counsel in the above-captioned matter. This is Swedberg Enterprises, Inc.'s first request for an extension of time in this matter. The thirty-day extension will neither prejudice any party nor delay the progression of the case.

WHEREFORE, Swedberg Enterprises, Inc., prays for an additional thirty days, through and including December 10, 2010, within which to serve its Contractor/Installer Defendant Profile Form on liaison counsel in the above-captioned matter.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

*s/Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK (#18495)**
**PAUL J. VERLANDER (#19196)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700

        Facsimile: (504) 837-3119
        andreww@duplass.com
        pverlander@duplass.com
        **Counsel for Defendant,**
        **R & H Masonry Contractors, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time to Submit Contractor/Installer Defendant Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of November, 2010.

        *s/Andrew D. Weinstock*
        _____
        ANDREW D. WEINSTOCK