UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: CHINESE MANUFACTURED          *          MDL NO. 2:09-MD-02047
DRYWALL PRODUCTS LIABILITY           *
LITIGATION                           *
                                     *
                                     *          JUDGE:  FALLON
                                     *
**This document related to:**        *
                                     *
*David Gross, et al v. Knauf Gips KG, et al*     *          MAG:  WILKINSON
Docket No. 09-6690                   *
*****************************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time to Submit Contractor/Installer Defendant Profile Form;

IT IS ORDERED that defendant, Swedberg Enterprises, Inc., be and is hereby granted an additional thirty days, through and including December 10, 2010, within which to serve its Contractor/Installer Defendant Profile Form on liaison counsel in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
UNITED STATES DISTRICT JUDGE