UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf GIPS KG, et al.,<br>Case No. 2:09-cv-07628 (E.D.La.) | |

RAYMOND W. TUHRO and NANCY M. TUHRO'S
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, LEE WETHERINGTON HOMES, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), RAYMOND W. TUHRO and NANCY M. TUHRO, hereby dismiss without prejudice all of their claims against DEFENDANT, LEE WETHERINGTON HOMES, INC., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. RAYMOND W. TUHRO and NANCY M. TUHRO, shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Mark A. Hanson, Esquire, counsel for RAYMOND W. TUHRO and NANCY M. TUHRO, dated November 10, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: November 11, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of November, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

2

DANIEL J. LOBECK
MARK A. HANSON*
MICHELLE A. STELLACI
JEREMY V. ANDERSON
DAVID P. BABNER**
DAVID J. FREDERICKS

2033 MAIN STREET, SUITE 403
SARASOTA, FL 34237
(941) 955-5622
FAX (941) 951-1469

E-MAIL law@lobeckhanson.com
INTERNET www.lobeckhanson.com

# THE LAW OFFICES OF
# LOBECK & HANSON
*PROFESSIONAL ASSOCIATION*

CONDOMINIUM
COOPERATIVE AND
COMMUNITY
ASSOCIATIONS
CIVIL LITIGATION
PERSONAL INJURY
FAMILY LAW
LAND USE LAW
ESTATES AND TRUSTS

*FLA. SUPR. CT. CERTIFIED MEDIATOR
**ALSO ADMITTED IN MASS., N.Y., D.C.

November 10, 2010

VIA FACSIMILE (504) 561-6024
AND U.S. MAIL

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      Case No. 2:09-cv-07628 (E.D.La.)

Dear Russ and Lenny:

My client(s), Raymond W. Tuhro and Nancy M. Tuhro, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, Lee Wetherington Homes, Inc. in the above matter, reserving their right and claim against any and all other defendants therein.

Very truly yours,

Mark A. Hanson, Esquire

MAH/jw
cc: clients