UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

**PAUL AND CARON JOHNSON'S ERRATA AND NOTICE OF DROPPING PARTIES DUE TO INADVERTENT DUAL FILING**

Plaintiffs Paul and Caron Johnson, hereby submit this errata and notice of dropping claims against Defendants Oakbrook Building and Design, Inc. and Regency Builders, Inc. Plaintiffs currently have a pending claim against Defendants Oakbrook Building and Design, Inc. and Regency Builders, Inc. pending in the State of Florida. The filing of the claims against Defendants Oakbrook Building and Design, Inc. and Regency Builders, Inc. in MDL 2047 was inadvertent. Plaintiffs shall continue to pursue their claims against the remaining Defendant(s) not specifically dropped herein.

Attached hereto as Exhibit "A" is a correspondence from Patrick S. Montoya, Esq., counsel for Paul and Caron Johnson, dated November 8, 2010 which specifically authorizing the undersigned to file this errata and notice of dropping parties due to inadvertent dual filing.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing PAUL AND CARON JOHNSON'S ERRATA AND NOTICE OF DROPPING PARTIES DUE TO INADVERTENT DUAL FILING has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of November, 2010.

                                                   /s/ Leonard A. Davis_____