

PATRICK S. MONTOYA

November 10, 2010

**VIA E-MAIL/REGULAR MAIL AND FAX**

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

      **RE:   Chinese Manufactured Drywall Products Liability Litigation**
            **MDL No. 2047**

Dear Mr. Davis,

      We write to request that you file the attached notice of errata notice of dropping parties due to our inadvertently filing these claims in the Omni I complaint. Should you have any questions, please do not hesitate to contact us.

                            Very truly yours,

                            PATRICK S. MONTOYA

EAG/brf

Enclosures: As stated

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## PAUL AND CARON JOHNSON'S ERRATA AND NOTICE OF DROPPING PARTIES DUE TO INADVERTENT DUAL FILING

Plaintiffs Paul and Caron Johnson, hereby submit this errata and notice of dropping claims against Defendants Oakbrook Building and Design, Inc. and Regency Builders, Inc. Plaintiffs currently have a pending claim against Defendants Oakbrook Building and Design, Inc. and Regency Builders, Inc. pending in the State of Florida. The filing of the claims against Defendants Oakbrook Building and Design, Inc. and Regency Builders, Inc. in MDL 2047 was inadvertent. Plaintiffs shall continue to pursue their claims against the remaining Defendant(s) not specifically dropped herein.

Attached hereto as Exhibit "A" is a correspondence from Patrick S. Montoya, Esq., counsel for Paul and Caron Johnson, dated November 8, 2010 which specifically authorizing the undersigned to file this errata and notice of dropping parties due to inadvertent dual filing.

1

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*