UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>No. 09-7628 (E.D. La.)<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## BANNER SUPPLY COMPANY'S EMERGENCY MOTION FOR THE ISSUANCE OF LETTER OF REQUEST

COMES NOW Banner Supply Company ("Banner"), named as one of the Defendants in the above-styled action, and moves this Honorable Court to issue a Letter of Request pursuant to Article 1 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters to the President of the Higher Regional Court of Munich, in order to obtain certain documents and information from The Fraunhofer Institute for Building Physics, as more fully outlined in the Memorandum in Support.

WHEREFORE, Banner Supply Company prays that this Honorable Court grant its Motion.

Respectfully submitted, this 5th day of November, 2010.

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

/s/ Shubhra R. Mashelkar
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number: 475388
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700
smashelkar@wwhgd.com
***Counsel for Banner Supply Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Banner Supply Company's Emergency Motion for the Issuance of Letter of Request has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 5th day of November, 2010.

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

/s/ Shubhra R. Mashelkar
**SHUBHRA R. MASHELKAR, ESQUIRE**