UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>No. 09-7628 (E.D. La.)_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### BANNER SUPPLY COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR THE ISSUANCE OF LETTER OF REQUEST

COMES NOW Banner Supply Company ("Banner"), pursuant to FED. R. CIV. P. 28, and moves this Court for an Order directing the issuance of a Letter of Request[1] to the appropriate authority in Germany requesting certain documents and information relating to the above-captioned action.

Pursuant to Article 1 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention"), a judicial authority of a signatory state may request the competent authority of another signatory state to obtain evidence by means of a

---

[1] Attached hereto as Exhibit "A" is a copy of the proposed Letter of Request to Fraunhofer-Gesellschaft in English. We will amend this pleading to attach a copy of the proposed Letter of Request translated into German. Both must be signed and delivered to the Competent Authority identified in the Letter of Request.

Letter of Request. *See* Hague Convention on the Taking of Evidence in Civil or Commercial Matters, Oct. 7, 1972, 23 UST 2355 (attached to this memorandum as Exhibit "B"). Germany and the United States are both signatories to the Hague Convention. *Id.* Pursuant to its authority under the Hague Convention, Germany has designated the President of the Higher Regional Court of Munich as its competent authority to receive Letters of Request in the State of Bavaria. Thus, this Court may properly issue Letters of Request to the President of the Higher Regional Court of Munich. *Id.* Pursuant to FED. R. CIV. P. 28(b), Letters of Request shall be issued on application and notice and on terms that are just and appropriate.

Banner properly moved to issue this Letter of Request because it seeks discovery from the Fraunhofer Institute for Building Physics (a subsidiary of Fraunhofer-Gesellschaft) regarding matters at issue in this lawsuit. Specifically, Banner seeks information and documents relating to scientific testing the Fraunhofer Institute for Building Physics performed on chinese drywall produced by the Knauf companies. *See* Exhibit A.

Therefore, based on the foregoing, Banner respectfully requests that this Honorable Court grant its Emergency Motion for the Issuance of Letter of Request.

Respectfully submitted, this 5th day of November, 2010.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ *Shubhra R. Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number: 475388
smashelkar@wwhgd.com
3344 Peachtree Road
Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700

***Counsel for Banner Supply Company***

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Banner Supply Company's Memorandum of Law in Support of Emergency Motion for the Issuance of Letter of Request has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 5th day of November, 2010.

                            WEINBERG, WHEELER, HUDGINS,
                            GUNN & DIAL, LLC

                            /s/ *Shubhra R. Mashelkar*
                            **SHUBHRA R. MASHELKAR, ESQUIRE**