UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>No. 09-7628 (E.D. La.)<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# ORDER

Having considered Banner Supply Company's ("Banner") Emergency Motion for the Issuance of Letter of Request and Memorandum of Law in Support,

IT IS HEREBY ORDERED that Banner's Emergency Motion for the Issuance of Letter of Request is GRANTED.

New Orleans, Louisiana, this ___ day of November, 2010.

_____
The Honorable Eldon E. Fallon
United States District Court Judge