UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>No. 09-7628 (E.D. La.)_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## BANNER SUPPLY COMPANY'S MOTION TO LIFT THE STAY AS TO BANNER SUPPLY COMPANY'S EMERGENCY MOTION FOR THE ISSUANCE OF LETTER OF REQUEST

COMES NOW Banner Supply Company ("Banner"), named as a Defendant in the above-styled action, and moves this Honorable Court to lift the Stay in this matter for the limited purpose of addressing Banner Supply Company's Emergency Motion for the Issuance of Letter of Request. In support of its Motion, Banner relies on its Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Banner Supply Company prays that this Honorable Court grant its Motion and allow the stay to be lifted for the limited purpose of addressing Banner's Emergency Motion for the Issuance of Letter of Request.

Respectfully submitted, this 5th day of November, 2010.

                          **WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

                          */s/ Shubhra R. Mashelkar*
                          **SHUBHRA R. MASHELKAR, ESQUIRE**
                          Georgia Bar Number:  475388
                          3344 Peachtree Road, Suite 2400
                          Atlanta, GA  30326
                          Telephone (404)876-2700
                          smashelkar@wwhgd.com
                          ***Counsel for Banner Supply Company***

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Banner Supply Company's Motion to Lift the Stay as to Banner Supply Company's Emergency Motion for the Issuance of Letter of Request has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 5th day of November, 2010.

                          **WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

                          */s/ Shubhra R. Mashelkar*
                          **SHUBHRA R. MASHELKAR, ESQUIRE**