UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>No. 09-7628 (E.D. La.)<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**BANNER SUPPLY COMPANY'S MEMORANDUM IN SUPPORT OF MOTION TO LIFT THE STAY AS TO BANNER SUPPLY COMPANY'S EMERGENCY MOTION FOR THE ISSUANCE OF LETTER OF REQUEST**

COMES NOW Banner Supply Company ("Banner"), named as one of the Defendants in the above-styled action, and moves this Honorable Court for an Order directing the Stay to be lifted for the limited purpose of addressing Banner's Emergency Motion for the Issuance of Letter of Request, showing as follows:

Banner filed an Emergency Motion for the Issuance of Letter of Request, which is pending before this Honorable Court. The documents sought in Letter of Request from Fraunhofer Institute for Building Physics (a subsidiary of Fraunhofer-Gesellschaft). The Fraunhofer Institute for Building Physics is an entity which has performed testing and research for Knauf on Chinese drywall at issue in this case. The information and documents regarding

this testing are necessary and material to ascertain the chemical composition and other properties of Knauf-produced Chinese drywall. These documents are essential to Banner's defense and its cross-claim against Knauf.[1] As this Court is well aware, several Knauf GIPS corporate depositions are taking place in November and December, 2010. These documents are vital for taking of these depositions.[2] Therefore, Banner respectfully requests that the instant Motion to Lift the Stay be set for a hearing simultaneously with Banner's Emergency Motion for the Issuance of Letter of Request.

Banner respectfully requests that the Court schedule a hearing on its Motion to Lift the Stay and corresponding Emergency Motion for the Issuance of Letter of Request on the 17th day of November, 2010 at a time set by the Court.

Respectfully submitted, this 5th day of November, 2010.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ *Shubhra R . Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number: 475388
smashelkar@wwhgd.com
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700

***Counsel for Banner Supply Company***

---

[1] Knauf consists of Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dougguan) Co., Ltd. (collectively referred to as "Knauf").

[2] Defendant Banner reserves the right to re-depose any of the Knauf GIPs 30(b)(6) deponents, if at a later time it is determined that the documents from Fraunhofer Institute for Building Physics were improperly withheld by Knauf entities.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Banner Supply Company's Memorandum in Support of Motion to Lift the Stay as to Banner's Emergency Motion for the Issuance of Letter of Request has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 5th day of November, 2010.

                WEINBERG, WHEELER, HUDGINS,
                GUNN & DIAL, LLC

                /s/ *Shubhra R. Mashelkar*
                **SHUBHRA R. MASHELKAR, ESQUIRE**