## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY                 SECTION: L
LITIGATION

                                           JUDGE FALLON
THIS DOCUMENT RELATES TO:                  MAG. JUDGE WILKINSON
*Payton, et al. v. Knauf Gips KG, et al.*
No. 09-7628 (E.D. La.)
_____/

## ORDER

Having considered Banner Supply Company's ("Banner") Motion to Lift the Stay as to Banner Supply Company's Emergency Motion for the Issuance of Letter of Request and Memorandum of Law in Support,

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited purpose of addressing Banner's Emergency Motion for the Issuance of Letter of Request.

**IT IS FURTHER ORDERED BY THE COURT** that a hearing is set on Banner's Emergency Motion for the Issuance of Letter of Request on the 17th day of November, 2010.

New Orleans, Louisiana, this ___ day of November, 2010.

_____
The Honorable Eldon E. Fallon
United States District Court Judge