UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>No. 09-7628 (E.D. La.)<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### BANNER SUPPLY COMPANY'S MOTION FOR LEAVE OF COURT TO SUPPLEMENT RECORD IN SUPPORT OF BANNER'S EMERGENCY MOTION FOR THE ISSUANCE OF LETTER OF REQUEST

Banner Supply Company, "Banner") respectfully requests leave of court to supplement the record in support of Banner's Emergency Motion for the Issuance of Letter of Request [Transaction ID 34213778]. Attached hereto is Exhibit A-1, Letter of Request to Fraunhofer-Gesellschaft translated in German. A copy of the proposed Letter of Request to Fraunhofer-Gesellschaft in English was filed as Exhibit A to the Memorandum in Support of Banner's Emergency Motion for the Issuance of Letter of Request. Both the English and German copy must be signed and delivered to the Competent Authority identified in the Letter of Request.

Banner therefore requests leave to file Exhibit A-1, the Letter of Request to Fraunhofer-Gesellschaft translated in German, into the record of the referenced case in support of Banner's Emergency Motion for the Issuance of Letter of Request.

Respectfully submitted, this 10th day of November, 2010.

>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>
>/s/ *Shubhra R. Mashelkar*
>**SHUBHRA R. MASHELKAR, ESQUIRE**
>Georgia Bar Number: 475388
>smashelkar@wwhgd.com
>3344 Peachtree Road
>Suite 2400
>Atlanta, GA 30326
>Telephone (404)876-2700
>
>*Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Banner Supply Company's Motion for Leave of Court to Supplement Banner's Emergency Motion for the Issuance of Letter of Request has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 10th day of November, 2010.

>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>
>/s/ *Shubhra R. Mashelkar*
>**SHUBHRA R. MASHELKAR, ESQUIRE**