**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>No. 09-7628 (E.D. La.)<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**BANNER SUPPLY COMPANY'S MEMORANDUM IN SUPPORT OF BANNER'S MOTION FOR LEAVE OF COURT TO SUPPLEMENT RECORD IN SUPPORT OF BANNER'S EMERGENCY MOTION FOR THE ISSUANCE OF LETTER OF REQUEST**

The reasons supporting the granting of Banner Supply Company ("Banner") Motion for Leave of Court to Supplement Record in Support of Banner's Emergency Motion for the Issuance of Letter of Request are incorporated within the motion itself. Accordingly, Banner respectfully requests that its motion for leave be granted and that Exhibit A-1 be filed into the record of the referenced case in support of Banner's Emergency Motion for the Issuance of Letter of Request.

Respectfully submitted, this 10th day of November, 2010.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ *Shubhra R. Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number:  475388
smashelkar@wwhgd.com
3344 Peachtree Road
Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700

*Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Banner Supply Company's Memorandum in Support of Motion for Leave of Court to Supplement Banner's Emergency Motion for the Issuance of Letter of Request has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 10th day of November, 2010.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ *Shubhra R. Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**