# EXHIBIT A-1

**BEZIRKSGERICHT DER VEREINIGTEN STAATEN**
**ÖSTLICHER DISTRIKT VON LOUISIANA**

IN SACHEN: IN CHINA
HERGESTELLTE GIPSPLATTEN
PRODUKTHAFTUNGS
RECHTSSTREIT

MDL-PROZESSLISTE: 2047
ABTEILUNG: L


RICHTER FALLON WILKINSON

DIESES DOKUMENT BEZIEHT
SICH UNTERSUCHUNGSRICHTER
ALLE FÄLLE


**ERSUCHEN UM INTERNATIONALE RECHTSHILFE GEMÄSS DEM**
**HAAGER ÜBEREINKOMMEN VOM 18. MÄRZ 1970 ÜBER DIE**
**BEWEISAUFNAHME IM AUSLAND IN ZIVIL- ODER HANDELSSACHEN**


**I      Ersuchen**


**1.      Absender**

> **Shubhra R. Mashelkar, RA**
> WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC
> smashelkar@wwhgd.com
> 3344 Peachtree Road
> Suite 2400
> Atlanta, GA 30326      Tel.
> +1 (404)876-2700
> Fax +1 (404) 875-9433
> *Verteidiger für die Banner Supply Company*


**2.      Zentrale Autorität des ersuchten Landes**

> *Bayern*
> Der Präsident
> des Oberlandesgerichts München
> Prielmayerstrasse 5
> 80335 München
> [Postanschrift: D - 80097 MÜNCHEN]
> Tel.: +49 (89) 5597-02

Fax: +49 (89) 5597-3575
E-mail: poststelle@olg-m.byern.de
Website: www.jutiz.bayern.de/gericht/olg/m

3.   **Personen, an die das durchgeführte Ersuchen zurück geschickt werden soll**

**Shubhra R. Mashelkar, Esquire**
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
smashelkar@wwhgd.com
3344 Peachtree Road
Suite 2400

Atlanta, GA 30326
Tel. +1 (404)876-2700
Fax  +1 (404) 875-9433
***Anwalt für Banner Supply Company***

II.   **In Übereinstimmung mit Artikel III des Übereinkommens bittet der Unterzeichnete und Gesuchsteller Folgendes:**

1.   **Ersuchende Justizbehörde**

Bezirksgericht der Vereinigten Staaten für den östlichen Distrikt von Louisiana

2.   **Zuständige Behörde**

*Bayern*
Der Präsident des Oberlandesgerichts München
Prielmayerstrasse 5
80335 München
[Postadresse: D - 80097 MÜNCHEN]
Tel.: +49 (89) 5597-02
Fax: +49 (89) 5597-3575
E-mail: poststelle@olg-m.byern.de
Website: www.jutiz.bayern.de/gericht/olg/m

**3**    **Namen und Adressen der Parteien und ihrer entsprechenden Vertreter**

   **a.**    **K l ä g e r i n**

   Verbindungsanwalt der Klägerin
   Russ Herman
   Herman, Herman, Katz & Cotlar, L.L.P. 820
   O'Keefe Avenue
   New Orleans, Louisiana, 70113
   Tel.: +1 (504)581-4892
   Fax: +1 (504)561-6024
   rherman@hhkc.com

   **b.**    **B e k l a g t e**

   ***Banner Supply Company***
   Shubhra R. Mashelkar, RA
   WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
   smashelkar@wwhgd.com
   3344 Peachtree Road
   Suite 2400
   Atlanta, GA 30326      Tel.
   +1 (404)876-2700
   Fax  +1 (404) 875-9433

   Nicholas P. Panayotopoulos, Esquire
   WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
   npanayo@wwhgd.com334
   4 Peachtree Road Suite
   2400
   Atlanta, GA 30326
   Tel.  +1 (404)876-2700
   Fax  +1 (404) 875-9433

**4**    **Art und Zweck des Verfahrens und Zusammenfassung des Sachverhalts**

   Die Kläger sind zahlreiche Hausbesitzer, Bauherren und Lieferanten, denen
   angeblich Schäden entstanden sind aufgrund der nachfolgend dargestellten
   Behauptungen.

   Die Beklagte Banner Supply Company ist ansässig in Florida in den
   Vereinigten Staaten von Amerika und hat ihren Hauptgeschäftssitz in

3

Miami, Florida.

Dieses Verfahren bezieht sich auf mehrere Bezirke und wurde im Bezirksgericht der Vereinigten Staaten für den östlichen Distrikt von Louisiana angestrengt. Die Klägerinnen sind zahlreiche Einzelpersonen, Bauherren und Lieferanten, die zahlreiche Streitigkeiten über angebliche Defekte in den in China produzierten Gipsplatten beigelegt haben möchten. Diese Gipsplatten wurden für den Bau und die Renovierung von Häusern in den Küstengebieten der Vereinigten Staaten benutzt, und zwar hauptsächlich entlang der Ostküste und dem Golf von Mexiko. Einzige Zeit nach dem Einbau der in China hergestellten Gipsplatten fingen die Hauseigentümer an, sich über austretende übel riechende Gase, die Korrosion und die Schwarzfärbung von metallischen Leiterbahnen, Oberflächen und Gegenständen sowie über nicht funktionierende Haushalts- und Elektrogeräte zu beschweren. Viele dieser Hauseigentümer fingen auch an, sich über zahlreiche Gesundheitsprobleme zu beschweren, die angeblich von den in China hergestellten Gipsplatten herrührten. Diese Beschwerden haben letztendlich zu diesem Verfahren geführt.

Das deutsche Unternehmen, von dem die Beklagte bestimmte Unterlagen und Informationen einholen möchte, ist die Fraunhofer Gesellschaft. Das Fraunhofer Institut für Bauphysik in Holzkirchen, das eine Einrichtung der Fraunhofer Gesellschaft ist, hat zahlreiche wissenschaftliche Prüfungen an den in China hergestellten Gipsplatten durchgeführt, die von Knauf[1], einer der Beklagten in diesem Verfahren produziert wurden.

5       **Einzuholende Beweise oder andere durchzuführende Justizhandlungen**

Die hier erbetenen Beweise sind Dokumente, die sich auf die vom Fraunhofer Institut für Bauphysik durchgeführten Prüfungen an den in China hergestellten und von Knauf produzierten Gipsplatten beziehen, wie z.B. auch Röntgenaufnahmen, Gaschromatographie, die chemische Zusammensetzung und/oder sich auf Geruch beziehende Prüfungen. Ebenso wird ersucht um Dokumente, die sich auf die Kommunikationen zwischen Knauf und der Fraunhofer Gesellschaft und/oder dem Fraunhofer Institut für Bauphysik über die an den in China hergestellten Gipsplatten durchgeführten Prüfungen beziehen.

---

[1] Knauf besteht aus Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., und Knauf Plasterboard (Dongguan) Co., Ltd. (gegemeinsam bezeichnet als "Knauf").

6. **Identität und Adresse des Unternehmens von dem Dokumente erbeten werden.**

Fraunhofer Gesellschaft zur Förderung der angewandten Forschung e.V.
Postfach 20 07 33
80007 München, Deutschland
Tel. +49 89 1205-0
Fax +49 89 1205-7531

Alternative Adresse:

Hansastraße 27 c
80686 München, Deutschland

7. **Stellungnahme zum Sachverhalt, über den die in Absatz 6 aufgeführten Personen befragt werden sollen**

Die Fraunhofer Gesellschaft ist aufgrund der wissenschaftlichen Prüfungen, die von ihrer Tochtergesellschaft, dem Fraunhofer Institut für Bauphysik, durchgeführt wurden, identifiziert worden als ein Unternehmen, das sich im Besitz von Dokumenten und/oder Informationen über die wissenschaftlichen, an der in China hergestellten und von Knauf produzierten Gipsplatten durchgeführten Prüfungen befindet.

8. **Dokumente oder anderweitige herauszugebendes Eigentum**

Dokumente, die sich auf die vom Frauenhofer Institut für Bauphysik an den in China hergestellten und von Knauf produzierten Gipsplatten durchgeführten Prüfungen beziehen, wie z.B. sämtliche Röntgenaufnahmen, Gaschromatographie, über die chemische Zusammensetzung und/oder sich auf Geruch beziehende Prüfungen. Ebenso erbeten sind E-Mails sowie andere schriftlichen Kommunikationen zwischen Knauf und der Frauenhofer Gesellschaft und/oder dem Frauenhofer Institut für Bauphysik in Bezug auf die an den in China hergestellten Gipsplatten durchgeführten Prüfungen.

9. **Eid oder Zusicherung**

Es wird hiermit erbeten, dass hinsichtlich der herauszugebenden Dokumente zugesichert wird, dass alle Dokumente wahrheitsgetreue Kopien der Originale darstellen und dass alle Dokumente, auf die sich dieses Ersuchen bezieht, herausgegeben worden sind.

**10.   Besondere Methode oder Vorgehensweise**

Alle Dokumente sollten als Fotokopie und entweder in Papierform oder elektronisch zugestellt werden.

**11.   Ersuchen um die Anwesenheit oder Teilnahme von Justizangestellten**

Entfällt.

**12.   Gebühren und Kosten**

Die entstandenen Gebühren und Kosten sind gemäß der Haager Vereinbarung erstattungsfähig und werden von der Beklagten getragen.

**13.   Datum des Ersuchens**

17. November 2010

**14.   Unterschrift und Siegel der ersuchenden Behörde**

_____

Eldon E. Fallon
Richter im Bezirksgericht der
Vereinigten Staaten

Unterzeichnet und vor mir beeidigt
an diesem ____ Tag im _____ , 2010.

_____

Notar

Meine Befugnis erlischt am: _____