UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 10-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton, Et al.<br><br>v.<br><br>Knauf Gips KG, et al<br>Case No. 2:09-CV-07628 (E.D.La.) | |

### JAMES AND BARBARA FALLMANN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANTS, STERLING COMMUNITIES REALTY INC, and STERLING COMMUNITIES INC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs James and Barbara Fallmann hereby dismiss without prejudice all of their claims against Defendants Sterling Communities Realty Inc and Sterling Communities Inc in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. James and Barbara Fallmann shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from C. David Durkee, counsel for James and Barbara Fallmann, dated November 10, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: Nov. 12, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of November, 2010.

                                                        /s/ Leonard A. Davis
                                                        Leonard A. Davis, Esquire
                                                        Herman, Herman, Katz & Cotlar, LLP
                                                        820 O'Keefe Avenue
                                                        New Orleans, Louisiana 70113
                                                        Phone: (504) 581-4892
                                                        Fax: (504) 561-6024
                                                        LDavis@hhkc.com
                                                        Plaintiffs' Liaison Counsel
                                                        MDL 2047

# EXHIBIT "A"

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

November 10, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

**In re: Chinese Manufactured Drywall Products Liability Litigation
Payton, et al. vs. Knauf Gips KG, Case No. 2:09-CV-07628 (E.D.La)**

Dear Mr. Herman and Mr. Davis,

My clients, James and Barbara Fallmann, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Wilson Heights Development Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

C. David Durkee

CDD;prl
Enclosure