UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLENE AND TATUM HERNANDEZ** | * | **CIVIL ACTION** |
| **Individually and on behalf of others similarly** | * | |
| **Situated** | * | **NUMBER: 10-3070** |
| | * | |
| **VERSUS** | * | **SECTION: "L" (2)** |
| | * | |
| **AAA INSURANCE , ET AL** | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

Defendant gives notice to the Court that Matthew J. Ungarino of the firm of Ungarino & Eckert, L.L.C., will be counsel of record for defendant, Bankers Insurance Group. Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

Dated: November 15, 2010

Respectfully submitted,

**UNGARINO & ECKERT, L.L.C.**

By:  /s/ Matthew J. Ungarino
Matthew J. Ungarino
3850 N. Causeway Boulevard, Suite 1280
Metairie, LA   70002
Telephone:  (504) 836-7565
Facsimile:  (504) 836-7566
E-Mail: mungarino@ungarino-eckert.com
*Attorney for Bankers Insurance Group*

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 15th day of November 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Matthew J. Ungarino