UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 1 2 2010
LORETTA G. WHYTE
CLERK

DAVID GROSS, et at.
    Plaintiffs,

Vs.                                         CASE NO. : 09-6690

KNAUF GIPS KG, et al.
    Defendants.

## MOTION TO DISMISS
## PRIOR TO ANSWER

NOW COMES, the Defendant GROGAN CONSTRUCTION AND REAL ESTATE INC. pursuant Rule 12(b)(6) and moves to dismiss the Plaintiff's purported "Complaint in Intervention" filed in this matter on September 16, 2010, on the grounds that the same fails to state a claim against said Defendant.

WHEREFORE, Defendant GROGAN CONSTRUCTION AND REAL ESTATE INC., prays of the Court as follows:

1. That the Court dismiss this matter on the grounds that the Plaintiff has failed to state a claim against said Defendant Grogan Construction and Real Estate Inc.

2. For such other and further relief as to the Court deems just and proper.

This the 9 day of NOV 2010.

Bruce L. Cannon
Attorney for Defendant Grogan Construction and
Real Estate Inc.
Post Office Box 269
Lenoir, North Carolina 28645

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et at.
    Plaintiffs,

Vs.                                                    CASE NO. : 09-6690

KNAUF GIPS KG, et al.
    Defendants.

## CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the United States Federal Court, does hereby certify that a copy of the foregoing Motion to Dismiss was duly served upon Mr. Russ M. Herman and Mr. Leonard A. Davis, Attorneys for Plaintiff, on the _____ day of November, 2010, as follows:

    _____    By personally hand delivering a copy of same to him or to one of his employees at his office; or

    _____    By facismile transmission; or

    __xx___    By depositing a copy of same in the United States mail, first class postage prepaid, addressed to them as follows:

ADDRESSEE:

    Mr. Russ M. Herman
    Mr. Leonard A. Davis
    Herman, Herman, Katz & Cotlar, LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113

This the _____ day of November, 2010.

                                                  Bruce E. Cannon
                                                Attorney for Defendant Grogan
                                                Construction and Real Estate Inc.
                                                Post Office Box 269
                                                Lenoir, North Carolina 28645
                                                828-758-2376