UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, , et al,
and on behalf of other similarly
situated,

      Plaintiffs,

v.

KNAUF GIPS KG; KNAUF
PLASTERBOARD (TIANJIN) CO.,
LTD.; KNAUF PLASTERBOARD
(WUHU), CO., LTD.; GUANGDONG
KNAUF NEW BUILDING MATERIAL
PRODUCTS CO., LTD., PRINCETON
HOMES, INC., and additional Defendants,

      Defendants.

CASE NO. 09-6690
SECT L. Mag 2

**SUGGESTION OF BANKRUPTCY
COMPLAINT IN INTERVENTION III(A)**

_____/

**SUGGESTION OF BANKRUPTCY
TO COMPLAINT IN INTERVENTION III(A)**

      COMES NOW the Defendant, PRINCETON HOMES, INC., by and through undersigned bankruptcy counsel, and files this Suggestion Of Bankruptcy in the above-entitled proceeding and states:

      1. On September 15, 2010, a Voluntary Petition for relief under Chapter 11, Title 11, of the United States Bankruptcy Code was filed by the Defendant, Princeton Homes, Inc., in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 10-31773-EPK.

      2. That pursuant to the Bankruptcy Code, Section 362, the above styled cause is hereby automatically stayed.

      3. The filing of this Suggestion of Bankruptcy is not intended to be a Notice of

Appearance by the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 9th___ day of November, 2010, to all parties listed below.

FURR AND COHEN, P.A.
Attorney for Debtor
2255 Glades Road, #337W
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532 -fax

By _____
ROBERT C. FURR, ESQ.
Florida Bar No. 210854
E-Mail: rfurr@furrcohen.com

Russ M. Herman, Esq.
Leonard A. Davis
Herman Herman Katz & Cotlar
Plaintiff's Liaison Counsel
820 O'Keefe Ave
New Orleans, Louisiana 70113

Arnold Levin, Esq.
Fred S. Longer
Levin, Fishbein, Sedran & Berman
Plaintiff's Lead Counsel
510 Walnut St #500
Philadelphia, PA 19106

Scott Wm. Weinstein Esq.
Morgan & Morgan
Atty for Jeffrey & Monica Segnello
12800 University Dr #600
Ft. Myers, FL 33907

Kerry J. Miller, Esq.
Frilot LLC
Defedants' Liaison Counsel
1100 Poydras ST
New Orleans, LA 70163

Jeffrey & Monica Segnello
393 NW Sheffield Cir
Pt St Lucie, FL 34983