UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

WILTZ, et al.,

    Plaintiffs,

v.

BEIJING NEW BUILDING MATERIAL
PUBLIC LIMITED COMPANY, et al.,

    Defendants.

CASE NO. 10-cv-00361-EEF-JCW

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 1 2 2010
LORETTA G. WHYTE
CLERK

## SUGGESTION OF ASSIGNMENT

**VENUS STREET, LLC**, a Florida limited liability company, named as a Defendant herein, entered into an *Assignment for the Benefit of Creditors* in accordance with the provisions of Chapter 727, Florida Statutes, and on September 24, 2010, the Assignment was filed with the Clerk of the Miami-Dade County [Florida] Circuit Court under Case No. 10-52146 CA 40, where it remains. Attached hereto is a copy of the Notice for Assignment for Benefit of Creditors including schedules.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail this 10th day of November, 2010, upon: Russ M. Herman, Esq., Herman, Herman, Katz & Cotler, LLP, Attorneys for Plaintiffs, 820 O'Keefe Avenue, New Orleans, LA 70113.

          **PAUL L. ORSHAN, P.A.**
          2506 Ponce de Leon Boulevard
          Coral Gables, FL 33134
          Telephone: (305) 529-9380
          Facsimile: (305) 402-0777
          *paul@orshanpa.com*

          By: _____
          Paul L. Orshan, Esq.
          Florida Bar No.: 0776203

TENDERED FOR FILING

NOV 1 2 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Counsel for VENUS STREET, LLC

___Fee _____
___Process _____
_X_Dktd _____
___CtRmDep_____
___Doc. No._____

IN THE ELEVENTH JUDICIAL CIRCUIT COURT
IN MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO. 10-_____ CA 40

In re:

ASSIGNMENT FOR BENEFIT OF CREDITORS
OF

    VENUS STREET LLC,

    Assignor,

To:    PHILIP VON KAHLE,

    Assignee.

_____/



ORIGINAL FILED
SEP 24 2010
HARVEY RUVIN
CLERK

## PETITION FOR ASSIGNMENT
## FOR BENEFIT OF CREDITORS

Petitioner, Philip Von Kahle ("Von Kahle" or "Assignee"), as Assignee for the Benefit of Creditors of Assignor, Venus Street LLC. ("Venus" or "Assignor") by and through undersigned counsel, and in accordance with Chapter 727, Florida Statute (2009), respectfully shows:

1)    This is a Petition for Assignment for the Benefit of Creditors. This Court has jurisdiction of the proceeding in accordance with the provisions of Florida Statute § 727, *et. seq.*

2)    The Assignor has its principal place of business at 19080 Northeast 29th Avenue, Aventura, FL 33180.

3)    The Assignee has his offices at Michael Moecker & Associates, Inc., 3613 North 29th Avenue, Hollywood, FL 33020.

4)    The Assignor is indebted to creditors and is unable to pay its debts and is desirous of providing for payment of its debts as far as it is possible.

--1--

5) A copy of the Assignment, together with Schedules A and B is attached only to the original Petition, which is being filed with the Court.

6) Pursuant to § 727.111, Florida Statutes, the Assignee shall provide the statutorily required notice to all creditors of this Assignment.

WHEREFORE, Petitioner prays for relief through entry of an assignment for benefit of creditors.

Respectfully submitted this __24th__ day of September, 2010.

Respectfully submitted,

**BAST AMRON LLP**
*Proposed Attorneys for Assignee*
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: 305-379-7904
Facsimile: 305-379-7905
Email: jbast@bastamron.com
        jeder@bastamron.com

By: _____
Jeffrey P. Bast (FBN 996343)
John Eder (FBN 46720)

—2—

## ASSIGNMENT

**ASSIGNMENT**, made on this 10th day of September, 2010 between **Venus Street, LLC**, a Florida liability company, with a principal place of business at 19080 Northeast 29th Avenue, Aventura, FL 33180, (hereinafter "ASSIGNOR") and Philip J. Von Kahle **of Michael Moecker & Associates, Inc.**, whose address is 3613 North 29th Avenue, Hollywood, Florida 33020, (hereinafter "ASSIGNEE").

WHEREAS, the ASSIGNOR has been engaged in the business of the operation of residential real property development and construction.

WHEREAS, the ASSIGNOR is indebted to creditors, as set forth in Schedule A annexed hereto, is unable to pay its debts as they become due, and is desirous of providing for the payment of its debtors, so far as it is possible by an assignment of all of its assets for that purpose.

NOW, THEREFORE, the ASSIGNOR, in consideration of the ASSIGNEE'S acceptance of this Assignment, and for other good and valuable consideration, hereby grants, assigns, conveys, transfers, and sets over, unto the ASSIGNEE, his successors and assigns, all of its assets, except such assets as are exempt by law from levy and sale under and execution, including, but not limited to, all real property, fixtures, goods, stock, inventory, equipment, furniture, furnishings, accounts receivable, bank deposits, cash, promissory notes, cash value and proceeds of insurance policies, claims and demands belonging to the ASSIGNOR, and all books, records, and electronic data pertaining to all such assets, wherever such assets may be located, hereinafter the "ESTATE," as which assets are, to the best knowledge and belief of the ASSIGNOR, set forth on Schedule B annexed hereto.

The ASSIGNEE shall take possession of, and protect and preserve, all such assets and administer the ESTATE in accordance with the provisions of Chapter 727, Florida Statutes, and shall liquidate the assets of the ESTATE with reasonable dispatch and convert the ESTATE into money, collect all claims and demands hereby assigned as may be collectible, and disbursements in connection with the execution and administration of this Assignment from the proceeds of such liquidation and collections.

The ASSIGNEE shall then pay and discharge in full, to the extent that funds are available in the ESTATE after payment of administrative expenses, costs, and disbursements, all of the debts and liabilities now due from the ASSIGNOR, including interest on such debts and liabilities. If funds of the ESTATE shall not be sufficient to pay from funds of the estate such debts and liabilities, on a pro rata basis and in proportion to their priority as set forth in Section 727.114, Florida Statutes.

If all debt and liabilities are paid in full, any funds of the ESTATE remaining shall be returned to the ASSIGNOR.

To accomplish the purposes of this Assignment, the ASSIGNOR hereby appoints the ASSIGNEE its true and lawful attorney, irrevocable, with full power and authority to do all acts and things which may be necessary to execute the Assignment hereby created; to demand and recover from all persons all assets of the ESTATE; to sue for the recovery of such assets; to execute, acknowledge, and deliver all necessary deeds, instruments, and conveyances; and to appoint one or more attorneys under him to assist him in carrying out his duties under the Assignment.

The ASSIGNOR hereby authorizes the ASSIGNEE to sign the name of the ASSIGNOR to any check, draft, promissory note or other instrument in writing which is payable to the order of the ASSIGNOR or to sign the name of the ASSIGNOR to any instrument in writing wherever it shall be necessary to do so to carry out the purpose of this Assignment.

WITNESSES:

VENUS STREET, LLC

By: David Genet, Manager/Member

By: Philip Von Kahle, Assignee
3613 North 29th Avenue
Ft. Lauderdale, FL  33020

{Acknowledgements to follow}

2

STATE OF FLORIDA )
) ss:
COUNTY OF MIAMI-DADE )

**THE FOREGOING** Assignment was acknowledged before me on this 17th day of September, 2010, by David Genet, the Manager/Member of Venus Street, LLC, as ASSIGNOR, who is personally known to me and who did not take an oath for the purpose therein expressed.

**WITNESS** my hand and official seal in the County and State last aforesaid on this 17th day of September, 2010.

                           _/s/ Maria Zucker_
                           Notary Public, State of Florida
                           MARIA D. ZUCKER

My Commission Expires: _____ Printed Name

STATE OF FLORIDA )
) ss:
COUNTY OF BROWARD )

**THE FOREGOING** Assignment for the Benefit of Creditors was acknowledged before me on this 22nd day of September, 2010, by Philip Von Kahle, Vice President of Michael Moecker & Associates, Inc. as ASSIGNEE, who is personally known to me and who did not take an oath for the purpose therein expressed.

**WITNESS** my hand and official seal in the County and State last aforesaid on this _____ day of September, 2010.

NADIRA JOSEPH
MY COMMISSION # DD 938054
EXPIRES: November 15, 2013
Bonded Thru Notary Public Underwriters

                           _/s/ Nadira Joseph_
                           Notary Public, State of Florida
                           NADIRA JOSEPH

My Commission Expires: _____ Printed Name

3

## ACCEPTANCE OF ASSIGNMENT

The undersigned, Philip J. Von Kahle, the Assignee herein, duly acknowledges that the Assignee accepts delivery of the assignment and that he or she will duly perform the duties imposed upon the Assignee pursuant to chapter 727, Florida Statutes.

By: _____
Philip J. Von Kahle, Assignee

STATE OF FLORIDA   )
COUNTY OF BROWARD   )

Sworn to and subscribed on this 22nd day of, September 2010, by Philip J. Von Kahle, of Michael Moecker & Associates, Inc., who is personally known to me and who did not take an oath as to the Acceptance of the Assignment.

My commission expires:



NADIRA JOSEPH
MY COMMISSION # DD 938054
EXPIRES: November 15, 2013
Bonded Thru Notary Public Underwriters

_____
Signature

NADIRA JOSEPH
Print Name

## OATH OF ASSIGNEE

COMES NOW, Philip J. Von Kahle, of Michael Moecker & Associates, Inc., the Assignee herein and duly acknowledges that the Assignee accepts delivery of the within Assignment and that they will duly perform the duties imposes upon the Assignee pursuant to Florida Statute Section 727.

By: Philip J. Von Kahle, Assignee

STATE OF FLORIDA  )

COUNTY OF BROWARD  )

**THE FOREGOING** Assignment for the Benefit of Creditors was acknowledged before me on this 22nd day of September, 2010, by Philip J. Von Kahle of Michael Moecker & Associates, Inc. as Assignee, who is personally known to me or who has produced _____

_____ for identification and who did not take an oath for the purpose therein expressed.

**WITNESS** my hand and official seal in the County and State last aforesaid on this _____ day of _____, 2010.

My commission expires

NADIRA JOSEPH
MY COMMISSION # DD 938054
EXPIRES: November 15, 2013
Bonded Thru Notary Public Underwriters

NADIRA JOSEPH

## OATH OF ASSIGNOR

COMES NOW, David Genet, the Manager/Member of Venus Street, LLC, the Assignor herein, and states that upon oath that the above are true and correct schedules reflecting the assets and liabilities of the Assignor, and that the Assignment has been duly made this 17th day of September, 2010.

VENUS STREET, LLC

_____
David Genet, Manager/Member

STATE OF FLORIDA        )
                        )SS:
COUNTY OF MIAMI-DADE    )

On the 17th day of September, 2010, personally came before me David Genet to be known as the Manager/Member of Venus Street, LLC, the Assignor herein, and who executed the foregoing Oath of Assignor, and who produced _____ as identification or who is personally known to me, and who did/did not take an oath.

**WITNESS** my hand and official seal in the County and State last aforesaid on this 17th day of September, 2010.

_____
Notary Public, State of Florida
MARIA D. ZUCKER
Printed Name

My Commission Expires:

[Notary Seal: MARIA D. ZUCKER, Notary Public - State of Florida, My Commission Expires Feb 24, 2012, Commission # DD 757755, Bonded Through National Notary Assn.]

4

## VERIFICATION OF (1) ASSIGNMENT TO ASSIGNEE, PHILIP VON KAHLE, BY ASSIGNOR, VENUS STREET, LLC; AND (2) SCHEDULES BY ASSIGNOR, VENUS STREET, LLC

### VERIFICATION OF ASSIGNMENT AND SCHEDULES

The undersigned, as Manager/Member of Venus Street, LLC, hereby verifies the Assignment (the "Assignment") of all of its rights, title and interest in and to all its assets and liabilities, as indicated on Schedules "A" and "B" to the Assignment, dated September 17th, 2010, and to be filed with the Clerk of the Miami-Dade County Circuit Court within ten (10) days of the date of the Assignment, and further verifies each of the facts set forth in the Schedules annexed to the Assignment.

VENUS STREET, LLC

BY: _____
David Genet, Manager/Member

STATE OF FLORIDA        )
                        )SS:
COUNTY OF MIAMI-DADE    )

On the 17th day of September, 2010, personally came before me David Genet to be known as the Manager/Member of Venus Street, LLC, the Assignor herein, and who executed the foregoing Verification of Assignor, and who produced _____ as identification or who is personally known to me, and who did/did not take an oath.

**WITNESS** my hand and official seal in the County and State last aforesaid on this 17th day of September, 2010.

_____
Notary Public, State of Florida
MARIA D. ZUCKER
Printed Name

My Commission Expires:

[Notary Seal: MARIA D. ZUCKER, Notary Public - State of Florida, My Commission Expires Feb 24, 2012, Commission # DD 757766, Bonded Through National Notary Assn.]

6

## SCHEDULE "A"

| NAME | ADDRESS | AMOUNT | COLLATERAL | WHETHER OR NOT DISPUTED |
|---|---|---|---|---|
| **SECURED CREDITORS:** | | | | |
| | TOTAL: $0.00 | 0 | | |
| | **LENDERS:** | | | |
| | TOTAL: $0.00 | 0 | | |
| | **LEASES:** | | | |
| | TOTAL: $0.00 | 0 | | |
| | **WAGES OWED:** | | | |
| | TOTAL: $0.00 | 0 | | |
| | **TAXES OWED:** | | | |
| | TOTAL: $0.00 | 0 | | |
| | **CONSUMER DEPOSITS:** | | | |
| | TOTAL: $0.00 | 0 | | |
| **UNSECURED CLAIMS:** | | | | |
| Callway, Julian and Mona | 1132 SW Kickaboo Road Port St. Lucie, FL 34953 | 0 | | |
| La Gambiana, Anna and Angelo | 1142 SW Kickaboo Street Port St. Lucie, FL 34953 | 0 | | |
| | 2573 SW Calder Street Port St. Lucie, FL 34953 | | | |
| | 60 Parwood Drive Buffalo, NY 14227 | | | |
| Vaca, Amanda | 1152 SW Kickaboo Road Port St. Lucie, FL 34953 | 0 | | |
| Umana, Jose R. and Herrera, Miriam I., his wife | 1182 SW Kickaboo Street Port St. Lucie, FL 34953 | 0 | | |
| Flint, Joseph and Steel, Danielle | 1192 SW Kickaboo Road Port St. Lucie, FL 34953 | | | |
| | 3595 SW Sarah Court Stuart, FL 34994 | 0 | | |
| Aquino, Edwin A. | 120 SW Grimaldo Terrace Port St. Lucie, FL 34984 | | | |
| | 7280 Farragut Street Hollywood, FL 33024 | 0 | | |
| Ramsaran, Depattie | 543 SW Baoy Avenue Port St. Lucie, FL 34953 | 0 | | |

8

| | | | | |
|---|---|---|---|---|
| Surpris, Carmen | 1781 S. Miliken Avenue<br>Port St. Lucie, FL 34953 | 0 | | |
| Perry, Craig R. and Kathyrine | 2150 SW Venus Street<br>Port St. Lucie, FL 34953 | 0 | | |
| Aparicio, Borris and Fanny | 2549 SW National Circle<br>Port St. Lucie, FL 34953 | 0 | | |
| Argyriou, Dimitrios M. | 3243 Foremost<br>Port St. Lucie, FL 34953 | | | |
| | 18391 Sycamore Drive, West<br>Loxahatchee, FL 33470-2302 | 0 | | |
| Velez, Iliana and Santos, Brittney | 3701 E. 21st Street<br>Alva, FL 33920 | 0 | | |
| Dorcely, Ranexte and Illianese | 3749 Janus Avenue<br>Port St. Lucie, FL 34953 | | | |
| | 302 SW 3rd Avenue<br>Boynton Beach, FL 33435-4823 | 0 | | |
| Parfait, Jeanne | 3918 8th St. SW<br>Lehigh Acres, FL 33971 | | | |
| | 17412 Oriole Road<br>Ft. Myers, FL 33967 | 0 | | |
| Duncan, Ricky and Maritza | 3931 SW Kabane Street<br>Port St. Lucie, FL 34953 | 0 | | |
| Banda, Ossiel A. Sanchez | 4209 9th St. SW<br>Lehigh Acres, FL 33971 | | | |
| | 5213 Lee Street<br>Lehigh Acres, FL 33971 | 0 | | |
| Quezada, Jorge and Maria Del Carmen | 4317 15th St. SW<br>Lehigh Acres, FL 33971 | | | |
| | 7730 SW 10th Street<br>Pompano Beach, FL 33068 | 0 | | |
| Rodriguez, Chery, and Williamceau, Jean R. and Myriam | 5208 4th St. West<br>Lehigh Acres, FL 33971 | | | |
| | 913 Acroft Avenue<br>Lehigh Acres, FL 33971 | 0 | | |
| East Meadow Construction, Inc. | 301 NE 3rd Avenue<br>Dania Beach, FL 33004 | 0 | | |
| L & J Builders of South Florida, Inc. | Attn.: John Grenier<br>PO Box 3245<br>Lantana, FL 33465 | 0 | | |
| Banner Supply Co. | Attn.: Pat Hood, NTO Dept.<br>2101 NW Settle Avenue<br>Port St. Lucie, FL 34986 | 0 | | |
| | 7195 NW 30th Street<br>Miami, FL 33122 | | | |

9

| | | | | |
|---|---|---|---|---|
| Causeway Lumber Co., Inc. | Attn.: Howard Nehls<br>PO Box 21088<br>Ft. Lauderdale, FL 33335 | 0 | | |
| | 2601 S. Andrews Avenue<br>Ft. Lauderdale, FL 33316 | | | |
| Flowmaster Plumbing a/k/a<br>Flow-Masters Plumbing, Inc. | 1914 SW Biltmore Street<br>Port St. Lucie, FL 34984 | 0 | | |
| | 10934 SW 146 Avenue<br>Miami, FL 33186 | | | |
| Manning Building Supplies, Inc. | 3315 Oleander Avenue<br>Ft. Pierce, FL 34982 | 0 | | |
| | C/O James H. Cissel<br>10900 Phillips Highway<br>Jacksonville, FL 32256 | | | |
| Tamarac America, LLC | Attn.: Kim Celestino<br>455 Fairway Drive #200<br>Deerfield Beach, FL 33441 | 0 | | |
| Stock Building Supply, Inc.<br>n/k/a Stock Building Supply LLC | PO Box 9370<br>Coral Springs, FL 33075 | 0 | | |
| | 8020 Arco Corporate Drive<br>Raleigh, NC 27617 | | | |
| Continental Florida Materials, Inc. | Attn.: Jay Hughes<br>1340 W. Sunrise Blvd., #430<br>Ft. Lauderdale, FL | 0 | | |
| | 300 E. John Carpenter Freeway<br>A. YI – Legal Dept. 18th FLR.<br>Irving, TX 75062 | | | |
| Sy's Supplies Central, Inc. | 1489 N. Military Trail #114<br>W. Palm Beach, FL 33409 | 0 | | |
| Cast-Crete Corporation | PO Box 24567<br>Tampa, FL 33623 | 0 | | |
| Allied Building Products Corp. | Attn.: Karen Rossman<br>PO Box 676<br>Blandon, PA 19510 | 0 | | |
| Gulf Stream Lumber Company | 1481 W. 15 Street<br>PO Box 10448<br>Riviera Beach, FL 33419-0448 | 0 | | |
| Bond Plumbing Supply, Inc. | Attn.: Tracy L. Bond<br>1250 NW 23 Street<br>Miami, FL 33142 | 0 | | |
| | **TOTAL:** | **$0.00** | | |

| LIST OF OWNERS/SHAREHOLDERS: | | | | |
|---|---|---|---|---|
| The Genet Family Limited Partnership No. 2 | c/o Genet Family Holdings No. 2, Inc., its general partner 19080 N.E. 29th Avenue Aventura, FL 33180 | 100% | | |
| ALL PENDING LITIGATION AND OPPOSING COUNSEL OF RECORD: | | | | |
| In re: Chinese-Manufactured Drywall Products Liability Litigation Lead Class Action Case No. 09-md-02047-EEF-JCW (U.S.D.C., E.D. La., New Orleans) | | Undetermined/ Unknown | | Yes |
| Gross, et al. v. Knauf Gips KG, et al. Class Action Case No. 09-cv-06690-EEF-JCW (U.S.D.C., E.D. La., New Orleans) (Venus Street, LLC is named Intervenor Defendant) | Russ M. Herman, Esq. Lead Attorney for Plaintiff Herman, Herman, Katz & Cotlar, LLP 820 O'Keefe Avenue New Orleans, LA 70113 | Undetermined/ Unknown | | Yes |
| Angelo Lagambiana and Anna M. Lagambiana, husband and wife v. Venus Street, LLC 09-83062 CA 42 (Miami-Dade County Circuit Court) | Robert B. Brown, III, Esq. Alters, Boldt, Brown, et al. Counsel for Plaintiffs 4141 NE 2nd Ave., #201 Miami, FL 33137 | Undetermined/ Unknown | [La Gambiana, Anna and Angelo] | Yes |
| Wiltz, et al. v. Beijing New Building Material Public Limited Company, et al. Class Action Case No. 10-cv-00361-EEF-JCW (U.S.D.C., E.D. La., New Orleans) (Venus Street, LLC is a named Defendant under Subclass 202) | Russ M. Herman, Esq. Lead Attorney for Plaintiff Herman, Herman, Katz & Cotlar, LLP 820 O'Keefe Avenue New Orleans, LA 70113 | Undetermined/ Unknown | [La Gambiana, Anna and Angelo] | Yes |
| Jose Umana and Miriam Herrera, husband and wife v. Venus Street, LLC Case No. 09-91259 CA 22 (Miami-Dade County Circuit Court) | Robert B. Brown, III, Esq. Alters, Boldt, Brown, et al. Counsel for Plaintiffs 4141 NE 2nd Ave., #201 Miami, FL 33137 | Undetermined/ Unknown | [Umana, Jose R. and Herrera, Miriam I., his wife] | Yes |

| | | | | |
|---|---|---|---|---|
| Rogers, et al. v. Knauf Kips KG, et al. Class Action Case No. 10-cv-00362-EEF-JCW (U.S.D.C., E.D. La., New Orleans) (Venus Street, LLC is a named Defendant under Subclass 117) | Russ M. Herman, Esq. Lead Attorney for Plaintiff Herman, Herman, Katz & Cotlar, LLP 820 O'Keefe Avenue New Orleans, LA 70113 | Undetermined/ Unknown | [Umana, Jose R. and Herrera, Miriam I., his wife] | Yes |
| Jose Vaca and Amada Vaca, husband and wife, v. Venus Street, LLC Case No. 09-91257 CA 22 (Miami-Dade County Circuit Court) | Robert B. Brown, III, Esq. Alters, Boldt, Brown, et al. Counsel for Plaintiffs 4141 NE 2nd Ave., #201 Miami, FL 33137 | Undetermined/ Unknown | [Amada Vaca] | Yes |
| Joseph Flint, individually, and Daniella Sloan, individually Case No. 09-91255 CA 32 (Miami-Dade County Circuit Court) | Robert B. Brown, III, Esq. Alters, Boldt, Brown, et al. Counsel for Plaintiffs 4141 NE 2nd Ave., #201 Miami, FL 33137 | Undetermined/ Unknown | [Flint, Joseph and Steel, Danielle] | Yes |
| | | | | |

## SCHEDULE "B"

|  | BOOK VALUE | LIQUIDATION VALUE |
|---|---|---|
| **REAL PROPERTY** | 0.00 | 0.00 |
| **FURNITURE, FIXTURES AND EQUIPMENT** | 0.00 | 0.00 |
| **CASH AND BANK ACCOUNTS** | $35,197.00 | $35,197.00 |
| **INVENTORY** | 0.00 | 0.00 |
| **ACCOUNTS RECEIVABLE** | 0.00 | |
| **DEPOSITS** | 0.00 | 0.00 |
| **CLAIMS** | Undetermined/Unknown | Undetermined/Unknown |
| **PREPAID EXPENSES** (including deposits, insurance, rents and utilities) | 0.00 | 0.00 |
| **OTHER** (including loans to third parties, claims and choses in action) | | |
| Insurance Claim (77 09 PR 374407 08052004 51) against L & J Builders, Inc.: | Nationwide Mutual Insurance Co. PO Box 147081 Gainesville, FL 32608 Notice dated 12/09/2009 | Undetermined/Unknown |
| Demand pursuant to F.S. § 558 (dated July 1, 2010): | Baron & Budd, P.C. For Mona Callaway 3102 Oak Lawn Avenue, # 1100 Dallas, TX 75219 | Undetermined/Unknown |
| **TOTAL LIQUIDATION VALUE:** | | $35,197.00 |
| **EXEMPT PROPERTY:** | | |
| | **DESCRIPTION AND LOCATION** | **LIQUIDATION VALUE AT DATE OF ASSIGNMENT** |
| | 0.00 | 0.00 |

13