UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL D'AMICO AND** | * | **CIVIL ACTION NO. 09-4367** |
| **MICHELLE D'AMICO** | * | |
| | * | **SECTION "L"** |
| **VERSUS** | * | |
| | * | **MAGISTRATE "2"** |
| **KNAUF GIPS KG, ET AL** | * | |
| | * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Related to:**

*Amato v. Liberty Mutual Insurance Company,* **No. 10-932, L(2) (E.D. La. 3/19/10),**
*Payton, et al v. Knauf Gips KG, et al*, **No. 09-7628,L(2) (E.D. La. 12/9/09),**
**and** *In re: Chinese-manufactured Drywall Products Liability Litigation*,
**MDL No. 2047, L(2) (E.D. La.).**

### THE PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**NOW COME** Plaintiffs Michelle and Daniel D'Amico, both residents of this judicial district, through their attorneys, and respectfully move this Honorable Court for leave to file their first Amended Complaint. The sole purpose of this Amended Complaint is to add their homeowners insurance company (Liberty Mutual Fire Insurance Company) as an additional defendant in this action. The Plaintiffs are parties to the *Payton* action filed in this Court. No party has filed a responsive pleading in this action as of the filing of this motion for leave. Further, no defendants will suffer no prejudice from the granting of this Motion for Leave.

WHEREFORE, the plaintiffs Michelle and Daniel D'Amico, pray this Honorable Court grant leave of court to file their Amended Complaint in this action.

>Respectfully submitted,
>
>**THORNHILL LAW FIRM, APLC**
>
>*/s/ Tom W. Thornhill*
>TOM W. THORNHILL (#12776)
>1308 Ninth Street
>Slidell, LA 70458
>Ph: (985) 641-5010
>Fax: (985) 641-5011
>Email: tom@thornhilllawfirm.com
>
>AND
>
>N. Frank Elliot III (#23054)
>N. FRANK ELLIOT III, LLC
>P.O. Box 3065
>Lake Charles, LA 70602
>Ph: (337) 309-6999
>Fax: (337) 439-2545
>Email: frank@nfelaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2010, a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM / ECF system.

>*/s/ Tom W. Thornhill*
>TOM W. THORNHILL (#12776)