# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL D'AMICO AND** | * | **CIVIL ACTION NO. 09-4367** |
| **MICHELLE D'AMICO** | * | |
| | * | **SECTION "L"** |
| **VERSUS** | * | |
| | * | **MAGISTRATE "2"** |
| **KNAUF GIPS KG, ET AL** | * | |
| | * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Related to:**
   *Amato v. Liberty Mutual Insurance Company,* **No. 10-932, L(2) (E.D. La. 3/19/10),**
   *Payton, et al v. Knauf Gips KG, et al*, **No. 09-7628,L(2) (E.D. La. 12/9/09),**
   **and** *In re: Chinese-manufactured Drywall Products Liability Litigation*,
   **MDL No. 2047, L(2) (E.D. La.).**

## O R D E R

**IT IS HEREBY ORDERED** that:

1)      Plaintiffs are granted leave to file their Amended Complaint;

2)      That the Clerk's Office shall accept the Plaintiffs' Motion for Leave to File Their

Amended Complaint; and

3)      That the Clerk's Office shall accept the Plaintiffs' Amended Complaint; and

4)       That the Clerk's Office is directed to file these pleadings in the record.

Thus done and signed New Orleans, Louisiana, this _____ day of November, 2010.

_____
THE HONORABLE ELDON E. FALLON
JUDGE, UNITED STATES DISTRICT COURT