**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED                    MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY                     SECTION: L
LITIGATION

                                               JUDGE FALLON
THIS DOCUMENT RELATES TO:                      MAG. JUDGE WILKINSON
*Payton, et al. v. Knauf Gips KG, et al.*
No. 09-7628 (E.D. La.)
_____/

## ORDER

Having considered Banner Supply Company's ("Banner") Motion to Lift the Stay as to

Banner Supply Company's Emergency Motion for the Issuance of Letter of Request and

Memorandum of Law in Support,

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited

purpose of addressing Banner's Emergency Motion for the Issuance of Letter of Request.

**IT IS FURTHER ORDERED BY THE COURT** that a hearing is set on Banner's

Emergency Motion for the Issuance of Letter of Request on the 17th day of November, 2010.

New Orleans, Louisiana, this 15th day of November, 2010.

_____
The Honorable Eldon E. Fallon
United States District Court Judge