UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Payton, et al. v. Knauf Gips KG, et al.*<br>No. 09-7628 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Having considered Banner Supply Company's Motion for Leave of Court to Supplement Record in Support of Banner's Emergency Motion for the Issuance of Letter of Request (Rec. Doc. _6353_),

It is ORDERED that the motion is GRANTED, and Exhibit A-1 is FILED into the record in support of Banner's Emergency Motion for the Issuance of Letter of Request.

New Orleans, Louisiana, this __15th__ day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE