UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Hernandez, et al. v. AAA Insurance, et al.*, Civil Action No. 10-3070 | |

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Catherine M. Colinvaux and Seth V. Jackson of the law firm Zelle Hofmann Voelbel & Mason LLP hereby enter their appearance on behalf of Defendant Nationwide Mutual Insurance Company in *Hernandez, et al. v. AAA Insurance, et al.*, Civil Action No. 10-3070. All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated: November 17, 2010

Respectfully submitted,

   */s/ Catherine M. Colinvaux*
Catherine M. Colinvaux (Mass. Bar No. 557935)
Seth V. Jackson (Mass. Bar No. 658669)
**ZELLE HOFMANN VOELBEL & MASON LLP**
950 Winter Street
Suite 1300
Waltham, MA 02451
Tel: (781) 466-0700
Fax: (781) 466-0701
E-mail: ccolinvaux@zelle.com
E-mail: sjackson@zelle.com

- and -

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

Scott J. Ryskoski (Tex. Bar No. 24038306)
**RYSKOSKI LAW, P.L.L.C.**
556 Silicon Drive
Suite 100
Southlake, TX 76092
Tel: (817) 310-3527
Fax: (817) 310-0141
E-mail: sjr@ryskoskilaw.com

Attorneys for Nationwide Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of November, 2010.

                                             *s/ Catherine M. Colinvaux*
                                             Catherine M. Colinvaux