UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Hernandez, et al. v. AAA Insurance, et al.*, Civil Action No. 10-3070 | |

### DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Defendant Nationwide Mutual Insurance Company ("Nationwide"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule for the Eastern District of Louisiana 5.6, discloses that Nationwide has no parent corporation. Nationwide, as a mutual company, is owned by its members/policyholders and no publicly held company owns any of its stock.[1]

Dated: November 17, 2010         Respectfully submitted,

                    */s/ Catherine M. Colinvaux*
                    Catherine M. Colinvaux (Mass. Bar No. 557935)
                    Seth V. Jackson (Mass. Bar No. 658669)
                    **ZELLE HOFMANN VOELBEL & MASON LLP**
                    950 Winter Street
                    Suite 1300
                    Waltham, MA 02451
                    Tel: (781) 466-0700
                    Fax: (781) 466-0701
                    E-mail: ccolinvaux@zelle.com
                    E-mail: sjackson@zelle.com

                    - and -

---

[1] This statement is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

>Scott J. Ryskoski (Tex. Bar No. 24038306)
>**RYSKOSKI LAW, P.L.L.C.**
>556 Silicon Drive
>Suite 100
>Southlake, TX 76092
>Tel: (817) 310-3527
>Fax: (817) 310-0141
>E-mail: sjr@ryskoskilaw.com
>
>Attorneys for Nationwide Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Defendant Nationwide Mutual Insurance Company's Corporate Disclosure Statement** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of November, 2010.

>*s/ Catherine M. Colinvaux*
>Catherine M. Colinvaux