UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL Docket No. 09-2047

SECTION L
JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO THE
FOLLOWING CASE
Foster, on behalf of herself individually
and all others similarly situated
v. Northstar Holdings, Inc., et al.
No. 09-80535

_____/

**PLAINTIFF'S RENEWED MOTION TO AMEND COMPLAINT**

Plaintiff Katherine Foster ("Plaintiff Foster"), by and through her counsel, respectfully moves this Honorable Court for an Order to amend her Complaint. A copy of the proposed order is appended hereto as Exhibit A. This motion is brought pursuant to Fed. R.Civ.P. 15(a). The grounds for this motion are as follows:

On July 17, 2010, Plaintiff Katherine Foster filed a motion with this Court seeking leave to amend her claims against Northstar Holdings, Inc., the builder and developer from whom she purchased a home containing defective Chinese drywall. (DE 4442). Plaintiff Foster inadvertently failed to advise the Court that this motion was unopposed and did not attach a copy of the proposed amended complaint to her motion. (DE 4442). Accordingly, the Clerk of Court rejected the motion and directed undersigned counsel to correct these deficiencies.

In compliance with that directive, Plaintiff Foster filed a renewed motion to amend on October 20, 2010 which attached a copy of the proposed amended complaint and noted that the motion was unopposed. (DE 6016). However, the proposed amended complaint which Plaintiff

Foster attached to the motion was not the correct complaint. Plaintiff Foster filed two actions against Defendant Northstar – one action in Florida state court and a second action in Florida federal court. It is the federal action styled as *KATHERINE FOSTER, on behalf of herself individually and all others similarly situated v. NORTHSTAR HOLDINGS, INC., et al.*, Case No. 09-80535 which was transferred by the JPML to the MDL proceeding before this Court. (DE 51). Plaintiff Foster mistakenly attached a proposed amended complaint in the state court action as opposed to a proposed amended complaint in the federal action.

On October 28, 2010, this Court granted Plaintiff Foster's motion to amend and directed the Plaintiff to file the attached amended complaint. (DE 6237). (Exhibit B). The Clerk filed the complaint and then recognized the error, i.e., that Plaintiff Foster had attached the incorrect complaint. (DE 6301). (Exhibit C). The Clerk made an entry in the docket advising the parties of the error. (DE 6301).

Although the proposed amended complaints in Plaintiff Foster's state court action and federal court action are substantially identical, Plaintiff Foster is refiling this motion to amend since the complaints arise out of separate legal actions. As with the prior motion which the Court granted (DE 6237), this motion is also unopposed. The proposed amended complaint attached hereto as Exhibit D is the proposed amended complaint Plaintiff Foster intended to attach to the previous motion which this Court granted.

Plaintiff Foster apologizes for the error and any confusion it may have caused. Opposing counsel has no objection.

WHEREFORE, Plaintiff Foster respectfully request this Court grant this motion to amend her complaint.

Respectfully submitted,

/s/ Robert B. Brown, III
Robert B. Brown, III
Florida Bar No. 621609
Bruce Steckler
Texas State Bar No. 00785039
**BARON & BUDD, P.C**
2665 South Bayshore Drive, Suite #220
Miami, FL  33133
Tel. 786-837-5444; Fax 786-837-5445
bbrown@baronbudd.com
rmelancon@baronbudd.com
bsteckle@baronbudd.com

and

Jeremy W. Alters, Esquire
(Fla. Bar No. 111790)
Jeremy@alterslaw.com
Alters Law Firm, PA
4141 N. E. 2nd Ave., Suite 201
Miami, Florida 33137
Tel. 305-571-8550
Fax 305-571-8558

**Attorneys for Katherine L. Foster, Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of November, 2010.

/s/ Robert B. Brown, III
Robert B. Brown, III (Florida Bar No. 621609)

3