UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.,
vs.
KNAUF GIPS KG., et al.
CASE NO.  2:09-CV-7628
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Peterson & Espino, PA, appears as counsel of record for Defendant, BANNER SUPPLY CO. PORT ST. LUCIE, LLC ("Banner PSL"), as to the Cross Claim filed by Defendant, J. Helm Construction, Inc. in the above-captioned matter. Pursuant to this Court's Pre-Trial Orders 1G and 1H, Banner PSL will not be filing a response to the Cross Claim at this time.

Respectfully submitted,

PETERSON & ESPINO, P.A.
Attorneys for Banner Supply Co.,
  Port St. Lucie, L.L.C.
10631 Southwest 88th Street, Suite 220
Miami, Florida 33176
Telephone:    (305) 270-3773
Facsimile:    (305) 275-7410

By: _____/s/_____
Michael P. Peterson, Esq.
Fla. Bar No. 982040

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Unavailability and Local Rule 7.9 Certificate has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 18th day of November, 2010.  I further certify that the above and foregoing Consent Motion to Extend Time to Respond to the *Payton* Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of November, 2010.



                                                    /s/ Michael P. Peterson