UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | CASE NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| **(Hernandez 2:10-cv-3070)** | * | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

Michael J. Kelly of Freeborn & Peters LLP hereby gives notice of his appearance as lead counsel on behalf Hull & Company, Inc., defendant in *Charlene and Tatum Hernandez v. AAA Insurance, et al.*, United States District Court for the Eastern District of Louisiana (2:10-cv-3070).  James M. Witz and Matthew J. Kramer of Freeborn & Peters LLP hereby give notice of their appearances as additional counsel for Hull & Company, Inc.

Respectfully submitted,

 /s/ Michael J. Kelly
Michael J. Kelly (Illinois ARDC #3128055)
mkelly@freebornpeters.com
James M. Witz (Illinois ARDC #6210443)
jwitz@freebornpeters.com
Matthew J. Kramer (Illinois ARDC #6283296)
mkramer@freebornpeters.com
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  (312) 360-6000
Facsimile:   (312) 360-6520

*Attorneys for Defendant Hull & Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of November, 2010.

/s/ Michael J. Kelly