UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DAVID GROSS, et al. vs. KNAUF GIPS KG, et al Case No. 09-6690 | * * * * * | JUDGE FALLON<br><br>MAG. WILKINSON |

## NOTICE OF LIMITED APPEARANCE AS ADDITIONAL COUNSEL OF RECORD

Charles B. Long and Thomas H. Peyton of Krebs, Farley & Pelleteri, P.L.L.C. hereby file their Notice of Limited Appearance as co-counsel of record for Defendant Medallion Homes Gulf Coast, Inc. ("Medallion Homes"). A notice of appearance was previously entered (Doc 3509) by Alan E. Tannenbaum (Florida Bar No. 0259144) and Shane S. Smith (Florida Bar No. 053130) of the law firm of Tannenbaum Scro. Medallion Homes reserves all rights to object to jurisdiction, venue or service and preserving all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ *Charles B. Long*
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:     504-299-3570
Facsimile:     504-299-3582
E-mail:        clong@kfplaw.com
E-mail:        tpeyton@kfplaw.com
ATTORNEYS FOR DEFENDANT
MEDALLION HOMES GULF COAST, INC.

and

TANNEBAUM SCRO
Alan E. Tannenbaum
Florida Bar No.: 0259144
Shane S. Smith
 Florida Bar No.: 053130
1680 Fruitville Road, Suite 102
Sarasota, Florida 34236
Telephone: 941-308-3157
Facsimile: 941-316-0301
atannenbaum@tannenbaumscro.com
ssmith@tannenbaumscro.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of November, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                            */s/ Charles B. Long*
                                            CHARLES B. LONG