UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL Docket No. 09-2047

SECTION L
IN RE: CHINESE MANUFACTURED         JUDGE FALLON
DRYWALL PRODUCTS LIABILITY           MAGISTRATE JUDGE WILKINSON
LITIGATION

THIS DOCUMENT RELATES TO THE
FOLLOWING CASE
Foster v. Northstar Holdings, Inc., et al.
No. 09-4320

_____/

**ORDER**

AND NOW, on this   27th   Day of   October  , 2010, upon consideration of the Plaintiff's Unopposed Renewed Motion to Amend Complaint, it is hereby ORDERED that said motion is GRANTED.  Plaintiff Foster is hereby directed to file her Amended Complaint.

New Orleans, Louisiana, this 27th day of October, 2010.

_____
JUDGE ELDON E. FALLON