UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Foster v. Northstar Holdings, Inc., et al,* **Case No. 09-4320**

## ORDER

On October 20, 2010, Plaintiff filed an Unopposed Motion to Amend Complaint (R. 6016), which the Court granted. *See* (R. 6237). Thereafter, the Clerk's office inadvertently entered the complaint attached to Plaintiff's Motion. *See* (R. 6238). However, this complaint contained an improper caption, leading the Court to believe it is not the complaint sought be filed by Plaintiff and rendering the complaint a deficient filing under the Local Rules. Accordingly, IT IS ORDERED that Plaintiff is to file her proper amended complaint. IT IS FURTHER ORDERED that the complaint at Rec. Doc. No. 6238 is withdrawn.

New Orleans, Louisiana, this 2nd day of November 2010.

_____
U.S. DISTRICT JUDGE