UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | | |
| LITIGATION | * | SECTION "L" |
| | | |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | | |
| Vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG, et al. | | |
| Case No. 2:09-CV-7628 | * | |

*     *     *     *     *     *     *

---

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL DOCUMENTS AND PLEADINGS

---

COMES NOW James R. Sutterfield and Jessica B. Cozart of the law firm of Sutterfield & Webb, LLC who hereby enter their appearance on behalf of defendant, Francioni Builders, Inc.  It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence in connection with this action be served upon them in accordance with the address and contact information below.

Respectfully submitted,

SUTTERFIELD & WEBB, L.L.C.


/s/ JAMES R. SUTTERFIELD
James R. Sutterfield (La. Bar No. 12597)
Jessica B. Cozart (La. Bar No. 31626)
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:      (504) 598-2715
Facsimile:      (504)529-7197
jsutterfield@swslaw.com
jcozart@swslaw.com


## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana  70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 19th day of November, 2010.


/s/ JAMES R. SUTTERFIELD