UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLENE AND TATUM HERNANDEZ** | * | **CIVIL ACTION** |
| **Individually and on behalf of others similarly** | * | |
| **Situated** | * | **NUMBER: 10-3070** |
| | * | |
| **VERSUS** | * | **SECTION: "L" (2)** |
| | * | |
| **AAA INSURANCE , ET AL** | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |

* * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

  Defendant gives notice to the Court that Matthew J. Ungarino of the firm of Ungarino & Eckert, L.L.C., will be counsel of record for defendant, American Integrity Insurance Company of Florida.  Notice of this designation is provided to all of the parties as required by the Federal

Rules of Civil Procedure.

Dated: November 17, 2010

>Respectfully submitted,
>
>**UNGARINO & ECKERT, L.L.C.**
>
>By:  /s/ Matthew J. Ungarino
>Matthew J. Ungarino
>3850 N. Causeway Boulevard, Suite 1280
>Metairie, LA   70002
>Telephone:  (504) 836-7565
>Facsimile:  (504) 836-7566
>E-Mail: mungarino@ungarino-eckert.com
>*Attorney for American Integrity Insurance Company of Florida*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 17th day of November 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

>/s/ Matthew J. Ungarino