## COVERAGE CHART FOR HINKLE DRYWALL, LLC

| 5/18/07-5/18/08† | Landmark American Insurance Company | LBA00927900 | $1 million primary/$2 million aggregate |
|---|---|---|---|
| 1/29/08-1/29/09†‡ | Owners Insurance Company | 074612-20693161-08 | $1 million primary/$2 million aggregate |
| 1/29/09-1/29/10‡ | Owners Insurance Company | 074612-20693161-09 | $1 million primary/$2 million aggregate |
| 1/29/10-1/29/11 | Owners Insurance Company | 074612-20693161-10 | $1 million primary/$2 million aggregate |

† There is an overlap in coverage, on the primary level for Hinkle Drywall, for these policy periods. Both the Landmark and Owners policies are primary, commercial general liability policies. Neither of the above policies are excess policies.

‡ WCI Communities, Inc. is named as an additional insured under these policies.



EXHIBIT 3