UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Dean and Dawn Amato, etc., et al., v. Liberty Mutual Insurance Company, et al.*<br>*Case No. 10-932* | |

### JOHN AUSTIN, STEVEN MINAFRI, AND DUKE STANLEY'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, OF DEFENDANTS M/I HOMES, INC. AND M/I HOMES OF TAMPA, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff John Austin, Steven Minafri, and Duke Stanley hereby dismiss with prejudice all of their claims against Defendants M/I Homes, Inc. and M/I Homes of Tampa, LLC, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear their own attorneys' fees and costs. Plaintiffs John Austin, Steven Minafri, and Duke Stanley shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Jack Landskroner and William Anderson, counsel for John Austin, Steven Minafri, and Duke Stanley, dated November 15, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: 11/19, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19 <sup>th</sup> day of November, 2010.

/s Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

3

# EXHIBIT "A"

## LANDSKRONER·GRIECO·MADDEN, LLC
**TRIAL LAWYERS**

TeamLGM

Jack Landskroner*
Paul Grieco**
Justin F. Madden
Rebecca J. Castell
Tom Merriman
Drew T. Legando

* Board Certified as a
Civil Trial Advocate by
the National Board of
Trial Advocates
** Also admitted in New York

Of Counsel
William J. Lucas
Rex W. Post
Alicia Mazzi
Benjamin H. Anderson*
* Also admitted in California

November 15, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
              *Amato, et al. v. Liberty Mutual Insurance Company, et al.*,
              Case No. 10-932

Dear Russ and Lenny:

       Our clients, John Austin, Steven Minafri, and Duke Stanley, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendant M/I Homes, Inc. and M/I Homes of Tampa, LLC in the above matter, reserving their rights and claims against any and all other defendants therein.

                           Yours very truly,

                           Jack Landskroner
                           LANDSKRONER • GRIECO • MADDEN, LLC

                           William H. Anderson
                           CUNEO GILBERT & LADUCA, LLP

JL/dls