UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL            MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                                SECTION:  L
THIS DOCUMENT RELATES TO:

                                                JUDGE FALLON
Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.,
Case No. 2:09-cv-07628.                         MAG. JUDGE WILKINSON

_____/

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their

appearance as counsel of record for Palm State Construction, Inc., in this case and request that

copies of all pleadings, filings, and other documents served in this case be served upon the

undersigned pursuant to the procedures established by the Court.

Dated:  November 19, 2010.

                                 s/ Adam C. King_____
                                 JEFFREY M. PASKERT
                                 Florida Bar No. 846041
                                 jpaskert@mpdlegal.com
                                 ADAM C. KING
                                 Florida Bar No. 156892
                                 aking@mpdlegal.com
                                 MILLS PASKERT DIVERS
                                 100 N. Tampa Street, Suite 2010
                                 Tampa, Florida  33602
                                 (813) 229-3500 − Telephone
                                 (813) 229-3502 − Facsimile
                                 *Attorneys for Palm State Construction, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 19, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

s/ Adam C. King
Attorney