UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to: CHARLENE AND TATUM HERNANDEZ, ET AL | CASE NO. 2:10-cv-03070 |
| | JUDGE FALLON |
| V. | MAG. JUDGE WILKINSON |
| AAA INSURANCE, ET AL | |

## NOTICE OF APPEARANCE OF COUNSEL

An appearance is hereby filed by Andrew L. Plauché, Jr. and James K. Ordenaux and Glenn Newbauer of the law firm of PLAUCHÉ MASELLI PARKERSON L.L.P., 701 Poydras St., Suite 3800, New Orleans, LA 70139-3800, as attorneys of record for defendant, Louisiana Farm Bureau Mutual Insurance Company ("Louisiana Farm Bureau Mutual") in the above-referenced matter.

This Notice of Appearance of Counsel concerns the plaintiffs' Omnibus Class Action Complaint (VI) that was served on Louisiana Farm Bureau Mutual Insurance Company on or about November 5, 2010.

Louisiana Farm Bureau Mutual Insurance Company reserves all rights and defenses, including objections to the jurisdiction and/or venue of this Court. Louisiana Farm Bureau Mutual Insurance Company states that this Notice does not constitute a waiver of service.

Respectfully submitted:

PLAUCHÉ MASELLI PARKERSON L.L.P.


s/ Andrew L. Plauché, Jr.
ANDREW L. PLAUCHÉ, JR. (Bar No. 11023)
JAMES K. ORDENEAUX (Bar No. 28179)
GLENN S. NEWBAUER (Bar No. 27587)
701 Poydras St., Suite 3800
New Orleans, LA 70139
Telephone: (504) 582-1142
Fax: (504) 582-1172
COUNSEL FOR LOUISIANA FARM BUREAU MUTUAL INSURANCE COMPANY


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of November, 2010.


s/ Andrew L. Plauché, Jr.

#405285v1<PMLP> -notice.appearance.counsel            2