**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED | NOV 19 2010

**LORETTA G. WHYTE**
**CLERK**

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 10-30568

MD 09-2047-L

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY
LITIGATION

-------------------------------------------------------------------------

MICHELLE GERMANO, Individually and on behalf of all others similarly
situated; Et Al,

     Plaintiffs

JERRY BALDWIN; INEZ BALDWIN; STEVEN HEISCHOBER; ELIZABETH
HEISCHOBER; JOSEPH LEACH; KATHY LEACH; PRESTON MCKELLAR;
RACHAEL MCKELLAR; J. FREDERICK MICHAUX; VANNESSA
MICHAUX; WILLIAM MORGAN; DEBORAH MORGAN; ROBERT
ORLANDO; LEA ORLANDO,

     Intervenors - Appellees

v.

TAISHAN GYPSUM COMPANY, LIMITED, formerly known as Shandong
Taihe Dongxin Company, Limited,

     Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

P.E.H.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

Case 2:09-md-02047-EEF-MBN   Document 6400   Filed 11/19/10   Page 2 of 3

10-30568

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellant's unopposed motion for limited remand is *granted*.

A true copy     NOV 17 2010
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 17, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 10-30568   In Re: Chinese-Manufactured
             USDC No. 2:09-MD-2047
             USDC No. 2:09-CV-6687


Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: *Misty Fontenot*
                    Misty L. Fontenot, Deputy Clerk
                    504-310-7716


Mr. Joe Cyr
Mr. Robert Gary
Mr. Faris Ghareeb
Mr. Arnold Levin
Mr. Thomas Patrick Owen Jr.
Mr. Richard James Serpe
Mr. Frank T. Spano
Mr. Richard C Stanley
Mr. Eric D. Statman
Mr. Richard W. Stimson
Ms. Loretta Whyte