UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-06690 | MAG. JUDGE WILKINSON |
| _____/ | |

**NOTICE OF APPEARANCE**
**ON BEHALF OF DEFENDANT MARVIN'S, INC.**

COME NOW Lynne Stephens O'Neal and Jim H. Wilson with the law firm of Leitman, Siegal, Payne & Campbell, P.C., and hereby enter their appearance as counsel of record on behalf of the Defendant, Marvin's, Inc. (incorrectly referenced in Plaintiffs', Ruben Jaen, et al., Omnibus Class Action Complaint in Intervention (III(A)), List of Defendants as "Marvin's Building Materials and Home Centers").

Respectfully submitted,

 /s/ Lynne Stephens O'Neal
Lynne Stephens O'Neal (ASB-3829-N77L)

 /s/ Jim H. Wilson
Jim H. Wilson (ASB-9979-S70J)

Counsel for Defendant Marvin's, Inc.

ORIGINAL SIGNED DOCUMENT ON
FILE WITH THE COURT

OF COUNSEL:

LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
420 North 20th Street
Wells Fargo Tower, Suite 2000
Birmingham, AL 35203-2601
205.251.5900

1

loneal@lspclaw.com
jwilson@lspclaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and by email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 22nd day of November, 2010.

                                                /s/Jim H. Wilson