UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **CASE NO.: 2:09-MD-2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| **10-3078 (Hernandez)** | * | **MAGISTRATE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice of his appearance as lead counsel on behalf of **Lafayette Insurance Company, United Fire Group and United Fire and Casualty Company**, defendants in *Charlene and Tatum Hernandez, et. al, vs. AA Insurance, et al.*, United States District Court, Eastern District of Louisiana, Case No.: 10-3078.

    Respectfully submitted,

    **BERNARD, CASSISA, ELLIOTT & DAVIS**
    A Professional Law Corporation

    BY:   *s/Howard B. Kaplan*
           **HOWARD B. KAPLAN (#14414)**
           **STEPHEN N. ELLIOTT (#5326)**
           **DAVID M. MCDONALD (#30625)**
           **FRANCINE M. GIUGNO (#24433)**
           1615 Metairie Road
           P.O. Box 55490
           Metairie, LA  70055-5490
           Telephone:  (504) 834-2612
           Email: hkaplan@bcedlaw.com

           **COUNSEL FOR,**
           **LAFAYETTE INSURANCE COMPANY, UNITED FIRE GROUP AND UNITED FIRE AND CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 21st day of November, 2010.

                                               *s/Howard B. Kaplan*
                                               **HOWARD B. KAPLAN (#14414)**