UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Pate v. American International Specialty Lines Insurance Co. et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |

**ORDER**

Considering the foregoing Motion of Landmark American Insurance Company For Leave to File Supplemental Memorandum in further support of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(7) For Failure To Join A Required Party;

IT IS ORDERED that Motion of Landmark American Insurance Company For Leave to File Supplemental Memorandum in further support of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(7) For Failure To Join A Required Party is GRANTED and the Supplemental Motion be and is hereby filed.

New Orleans, Louisiana, this 22nd day of November, 2010.

_____
**U.S. DISTRICT COURT JUDGE**

1