# MASTER SUBCONTRACTOR AGREEMENT

Dated _6/22_ , 200_7_

by and between

**WCI Communities, Inc.**

("WCI")

and

## Hinkle Drywall

("Subcontractor")

**WCI's Contact Information**

Contact: Tony Gritzinger

Contact Title: Purchasing Manager

Address: 2020 Clubhouse Drive Sun City Center, FL. 33575

Telephone Number: 813-634-3311

Facsimile Number: 813-633-4814

Electronic Mail Address: tonygritzinger@wcicommunities.com

Tax Identification No.:

**Subcontractor's Contact Information**

Contact: Bruce T. Minnick

Contact's Title: owner, manager

Address: 6122 Audubon Manor Blvd.

Telephone Number: 813-643-8605

Facsimile Number: 813-643-8705

Electronic Mail Address: Hinkledrywall@Verizon.Net

Tax Identification No.: 20-8238142



EXHIBIT
4
tabbies

## INDEX TO MASTER SUBCONTRACTOR AGREEMENT

1. Request for Proposal ............................................................................... 1
2. Contract Documents ............................................................................... 2
3. Scope of Work ....................................................................................... 3
4. Contract Sum and Payments ................................................................... 4
5. Prosecution of Work .............................................................................. 5
6. Insurance ............................................................................................... 9
7. Changes ................................................................................................ 11
8. Inspection & Approvals; Defective Work ............................................... 11
9. Termination .......................................................................................... 13
10. Claims ................................................................................................. 15
11. Indemnity ............................................................................................ 16
12. Damage to Work ................................................................................. 17
13. Compliance with Law and Safety ........................................................ 18
14. Patents ................................................................................................ 20
15. Assignments ....................................................................................... 20
16. Warranty ............................................................................................ 20
17. Labor Relations .................................................................................. 23
18. Taxes, Charges ................................................................................... 24
19. Equal Opportunity .............................................................................. 24
20. Miscellaneous ..................................................................................... 24

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____          Subcontractor Initials _____

## MASTER SUBCONTRACTOR AGREEMENT

THIS MASTER SUBCONTRACTOR AGREEMENT ("Contract"), dated as of the day and year set forth on the title page to this Contract, is made and entered into by and between WCI Communities, Inc., a Delaware corporation ("WCI"), and the Subcontractor identified on the title page hereto.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, WCI and Subcontractor hereby agree as follows:

1. Request for Proposal

1.1    From time to time during the term of this Contract, WCI may submit one or more requests for proposal (each, an "RFP") to the Subcontractor for work to be performed at one or more of the communities under development and/or construction by or on behalf of WCI and/or one or more of its affiliates. Included with the RFP shall be: (i) the written requirements for materials, equipment, systems, and standards of workmanship, and performance of related services (the "Specifications"), and (ii) the architectural designs, renderings and/or drawings showing the design, location and/or dimensions, generally including, plans, elevations, sections, details, schedules and diagrams (the "Drawings"), in each case, which are applicable to the work described in the RFP.

1.2    As soon as reasonably practical following Subcontractor's receipt of the RFP, Subcontractor shall prepare and submit to WCI a statement of the work described in the RFP (each, a "Statement of Work") providing a detailed description of the time frame or time frames to complete each significant aspect of the work described in the RFP (the "Project Schedule") and all other aspects necessary or advisable for the completion of the work described in the RFP (including, without limitation, labor, staffing, equipment, materials, fees, permits, building licenses and inspections) and the costs and expenses (as shall be set forth in a Payment Schedule (as defined in Section 4.1)) thereof, each on itemized basis.

1.3    Upon inspection of a draft of a Statement of Work, WCI may request that Subcontractor update, substitute and/or revise one or more aspects of the Statement of Work, in which case, Subcontractor agrees to cooperate in good faith with WCI to attempt to finalize the Statement of Work to WCI's satisfaction. WCI shall not be obligated to accept a Statement of Work under any circumstances and no Statement of Work shall be final and accepted by WCI unless and until WCI shall deliver written notice (the "Commencement Notice") to Subcontractor expressly stating the Statement of Work is final and accepted (such accepted Statement of Work is hereinafter referred to as a "Final Statement of Work" and all work described in the Final Statement of Work is hereinafter referred to as the "Project Work"). Each Final Statement of Work shall consist of:

     1.3.1    a description of the Project Work to be performed;

     1.3.2    the Specifications for such Project Work;

     1.3.3    the Project Schedule;

     1.3.4    the Drawings for the Project Work;

     1.3.5    the Payment Schedule; and

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____        1        Subcontractor Initials _BFB_

1.3.6  an Insurance Schedule (as defined in Section 6.3) (collectively, the "Contract Documents").

1.4     Promptly following the delivery of a Commencement Notice to Subcontractor for a Final Statement of Work, Subcontractor shall begin all Project Work in accordance with the requirements set forth in such Final Statement of Work, including, without limitation, the Specifications and Drawings therefor.

2.  Contract Documents

2.1     The entire agreement amongst the parties in respect of the Project Work shall be as set forth in the Contract Documents, including any Contract Document that becomes effective from time to time in accordance with this Contract. This Contract supersedes prior negotiations, representations or agreements, either written or oral.

2.2     Subcontractor represents and warrants that each Contract Document that is currently in existence has been provided to WCI.  Subcontractor represents and warrants that it has had an opportunity to review the Contract with counsel and has, itself, carefully examined the Contract and understands it completely.   Subcontractor further represents and warrants that it will, prior to accepting any Contract Document that subsequently becomes effective following the date of this Contract, carefully review and thoroughly understand each subsequent Contract Document.

2.3     In the event that there shall be any conflict between the terms of the Contract Documents, the provision granting the greater rights or remedies to WCI, or imposing the greater duty, standard, responsibility or obligation on Subcontractor, as determined by WCI, shall govern.  Subcontractor will include in any of its agreements with its subcontractors and suppliers the minimum standards as to the performance obligations and responsibilities of such subcontractors and suppliers as are applicable to Subcontractor in the Contract Documents.

3.  Scope of Work

3.1     WCI hereby engages Subcontractor to perform any Project Work as may be set forth in a Final Statement of Work that may be in effect from time to time during the term of this Contract.

3.2     Subcontractor agrees to perform the Project Work strictly in accordance with the requirements set forth the Final Statement of Work, including, without limitation, the description of the Project Work set forth in the Final Statement of Work and the Specifications, Drawings, Project Schedule and Payment Schedule therefor.

3.3     Except as otherwise specifically provided in a Final Statement of Work, Subcontractor agrees to furnish and pay for any and all labor (including competent supervision), materials, equipment, tools, construction equipment, machinery, water, heat, power, power lines, and any other utilities, transportation, fees and permits, and any facilities and/or services necessary for the proper execution and completion of all Project Work, whether temporary or permanent and whether or not incorporated or to be incorporated into or with any Project Work.

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____                    2                    Subcontractor Initials _____

3.4    Notwithstanding anything to the contrary, the scope of Subcontractor's engagement hereunder shall be limited to the Project Work described in a Final Statement of Work that is, from time to time, in effect during the term of this Contract.

3.5    Subcontractor acknowledges and agrees that Subcontractor's engagement hereunder is on a non-exclusive basis.    Without limiting the general nature of the foregoing, Subcontractor acknowledges and agrees that WCI may engage one or more contractors or subcontractors for any reason whatsoever (including, without limitation to perform work or services or provide materials, even if similar or identical in nature to the Project Work contemplated at any time by any Final Statement of Work with Subcontractor) at one or more of the communities under development and/or construction by or on behalf of WCI or any of its Affiliates.

4.    <u>Contract Sum and Payments</u>

4.1    In consideration of the complete and timely performance of all Project Work, WCI will pay to Subcontractor the amount agreed upon and set forth in a payment schedule (each, a "Payment Schedule") included in each Final Statement of Work, for such Project Work.  All payments set forth in any Payment Schedule (such amounts, as to each Final Statement of Work, are hereinafter referred to as a "Contract Sum") shall be subject to reduction and/or WCI's right of set off, as provided in this Contract.

4.2    Subject to the terms contained herein, payment terms shall be as set forth in the Payment Schedule to the applicable Final Statement of Work.

4.3    At all times during and after the performance of any Project Work, WCI shall be entitled to withhold an amount equal to the greater of: (i) ten percent (10%) of the Contract Sum and (ii) such other amounts as may be permitted by applicable law (the "Retained Amount").  Subject to the terms and conditions set forth herein, any Retained Amount may be held by WCI until (subject to WCI's right to offset pursuant to this Contract):  (i) the satisfactory and timely completion (whether by Subcontractor, WCI or any other party) of all Project Work described in a Final Statement of Work, as determined in WCI's reasonable discretion, (ii) evidence satisfactory to WCI of the full and complete payment by Subcontractor of any and all vendors, suppliers and subcontractors that provided material, equipment, supplies, machinery, labor or other goods and services in connection with any Project Work (as required by Section 4.4 below), (iii) the payment of insurance premiums (whether by Subcontractor or WCI, if it elects to do so pursuant to Section 6.5), (iv) payment or reimbursement of any and all of WCI's direct or indirect costs and/or expenses related to the repair and removal of Defective Work (defined below and as provided in Section 8.4 below), (v) WCI's direct or indirect costs and expenses associated with the hiring of an independent source to perform warranty or punch list work (as provided in Section 16.3 below). No payments made in connection with this Contract shall be evidence of the performance, quality, or quantity of the Subcontractor's performance under the Contract Documents, and no such payment shall be construed to be an acceptance of defective, faulty or improper work or materials, nor shall it release the Subcontractor from any of its obligations under the Contract Documents. WCI is not responsible to make the last payment due to Subcontractor under the Contract Documents until and unless the following occur: (i) a Certificate of Final Payment has been issued by WCI, (ii) all "punch list" items have been fully completed to the reasonable satisfaction of WCI (iii) the final certificate of occupancy or completion and all final governmental and utility authority permits have been issued, (iv) Subcontractor has delivered to WCI all previously undelivered manufacturer and subcontractor guarantees and

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____                3                Subcontractor Initials _____

warranties, (v) Subcontractor has delivered to WCI the Subcontractor's final affidavit evidencing no outstanding monies due and release of lien complying with Section 713.06(3), Florida Statutes, or other applicable statutes, as well as satisfactions of lien for any claims of lien filed on account of the Work, and such other affidavits, waivers and releases as WCI may require in order to assure lien-free completion of all of the Work (including any equitable lien claims), subject only to the condition that the final payment being made to the Subcontractors is paid within the aforementioned time period, (vi) Subcontractor has delivered to WCI all shop drawings, revised plans, and information necessary so that the Architect can issue final "as built" drawings for the Work detailing all changes or deviations from the original Subcontract Documents, (vii) Subcontractor has fully cleaned and restored the site with respect to all of the final punch list work, and (viii) Subcontractor has complied with all other requirements of the Subcontract Documents.

4.4    Subcontractor shall, from time to time, furnish appropriate Waivers of Lien, Release of Liens and/or Final Affidavit of Release of Lien, in each case in form and substance reasonably acceptable to WCI, for any and all materials, services and/or labor provided or supplied by or on behalf of Subcontractor at the time payment for such materials, services and/or labor is made pursuant to the Payment Schedule or otherwise satisfied pursuant to this Contract. At WCI's option, WCI may make payment, on the Subcontractor's account, directly to any supplier or subcontractor, including by joint check payable to the Subcontractor and such supplier or subcontractor, less (at WCI's option) any Retained Amount; in which case, the amount paid directly or by joint check to a supplier or subcontractor shall be deducted from any payment due pursuant to any Contract Documents or any other agreement between WCI and the Subcontractor. No direct or joint check payment by WCI shall create any liability or obligation on the part of WCI to make any further or ongoing payments to any supplier or subcontractor.

5.    Prosecution of Work

5.1    Subcontractor agrees to diligently perform the Project Work in accordance with the time schedule or schedules set forth in the Project Schedule for such Project Work, as such Project Schedule may be modified or adjusted from time to time by WCI, pursuant to this Contract. Time is of the essence in the performance of all Project Work.

5.2    Subcontractor shall promptly provide WCI with all scheduling information as may be requested by WCI from time to time. WCI shall update the Project Schedule, from time to time, as determined by WCI to be reasonably necessary to facilitate the completion of the Project Work. Subcontractor shall comply with WCI's reasonable instructions, including to suspend, delay or accelerate any Project Work.

5.2.1  If Subcontractor is delayed at any time in the progress of any Project Work by an act or omission constituting gross negligence directly on the part of WCI or by any delay expressly authorized by WCI then the Project Schedule shall be extended for a reasonable period by a Change Order (as defined by Section 7.1 below) to the extent Subcontractor's performance of any material part of the Project Work in accordance with the Project Schedule therefor was delayed. Subcontractor shall not be entitled to an extension in time for the Project Schedule damages to the extent the delay is attributable to the fault or neglect of Subcontractor or any of its suppliers or subcontractors or a concurrent delay attributable to Subcontractor. Any request by Subcontractor for an extension to the Project Schedule must be made strictly in accordance with the procedures set forth in Section 9 below. If any Project Work shall be delayed for any reason (other than by reason of WCI's act or omission)

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep                    4                    Subcontractor Initials

beyond the Project Schedule, WCI shall, at its option, be entitled to retain the greater of (i) ten percent (10%) of the Contract Sum and (ii) liquidated damages in the amount of $500.00 per day until the Project Work is brought current to the Project Schedule. Should WCI elect to retain ten percent (10%) of the Contract Sum, this amount may be used to offset any damages (including without limitation, consequential or incidental damages or lost profits) to WCI for the delay; however, should WCI elect to retain $500.00 per day, this amount shall be deemed a charge against the Contract Sum and will serve to offset same. Subcontractor acknowledges and agrees that the actual delay damages which WCI will suffer in the event of a delay in the performance of the Project Work are difficult, if not impossible, to ascertain and that the liquidated damages described above are a fair and reasonable estimate of the delay damages which WCI would suffer in the event of such delay.

5.2.2   Notwithstanding anything to the contrary contained herein, no interruption, interference, inefficiency, suspension or delay in the commencement or progress of any Project Work from any cause whatsoever, including those for which WCI may be responsible, in whole or in part, including but not limited to gross negligence, shall relieve Subcontractor of its duty to perform or give rise to any right to damages or additional compensation from WCI. Subcontractor expressly acknowledges and agrees that it shall receive no damages for delay. Subcontractor's sole remedy for a suspension or delay, if any, against WCI will be the right to seek an extension to the Project Schedule pursuant to Section 7.

5.3   Prior to submitting a Statement of Work and before proceeding with any Project Work, Subcontractor shall inspect any of the work performed by any other party at the site of Project Work to the extent that such work may affect the performance or completion of any of the Project Work. Subcontractor shall promptly notify WCI of any deficiencies or potential problems or delays that may result from any such work. If Subcontractor fails to detect any reasonably detectable deficiency or problem and/or fails to report fully and in writing any such deficiencies or potential problems to WCI, Subcontractor will be deemed to have accepted the condition of such work as correct and fit to accommodate or be incorporated into the Project Work and Subcontractor will be precluded from seeking any increased costs or damages for such items and, to the extent that any remediation is required as a result, Subcontractor shall be liable for the total cost thereof. By signing this Contract, Subcontractor represents that they have visited the site of Project Work, become generally familiar with the local conditions under which the Project Work is to be performed, and that there are no deficiencies in any of the work performed by any other party at the site of Project Work to the extent that such work may affect the performance or completion of any of the Project Work

5.4   Subcontractor shall cooperate with WCI and any other subcontractors whose work must be coordinated with the Project Work and shall participate in the preparation of coordinated drawings and work schedules as requested by WCI in areas of congestion, specifically noting and advising WCI of any interference or potential for interference by others.

5.5   Subcontractor shall furnish periodic progress reports of the Project Work at WCI's request, including, without limitation, the anticipated dates of delivery for materials or equipment to be provided that may be in the course of preparation or manufacture.

5.6   Subcontractor shall keep each Project Work site clean of debris resulting from the performance of any Project Work and shall remove and properly dispose of all debris generated in connection with any Project Work. If the Subcontractor fails at any time to comply with this Section,

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____                                    Subcontractor Initials _____

5

then, within twenty-four (24) hours after receipt of notice from WCI of such noncompliance, WCI may take such action as may be necessary or appropriate to clean-up a Project Work site and disposed of any debris and Subcontractor shall reimburse WCI (promptly upon receipt of an invoice) for its direct or indirect costs and expenses associated therewith. At the option of WCI, WCI may deduct such costs and expenses from and against any of the amounts due to Subcontractor under any of the Contract Documents or any other agreement between WCI and the Subcontractor. In the event of any hurricane or tropical storm, Subcontractor shall take all necessary precautions to avoid loss or damage to a Project Work site.

5.7    Subcontractor shall from time to time regularly inform WCI of the ongoing status of any Project Work, including any notices received by it pertaining to the Project Work, and shall promptly secure and pay for all necessary and appropriate licenses, permits, authorizations and inspections necessary to commence and complete all Project Work. Subcontractor shall promptly provide to WCI a copy of such licenses, permits, authorizations and inspections, and/or related materials, either prior to the commencement of any Project Work or at any time.

5.8    Subcontractor shall at all times provide for competent supervision for all Project Work and have at the Project Work site, at all relevant times, a competent foreman or superintendent reasonably satisfactory to WCI. Such foreman or superintendent shall have the authority to act for and bind Subcontractor on all matters arising out of or relating to the Contract Documents. Subcontractor shall send a representative, with full authority to act on behalf of and bind Subcontractor, to all meetings and conferences relating to any Project Work as may be requested from time to time by WCI. WCI shall be informed in writing within three (3) days of the execution of this Contract by Subcontractor of the identity of the foreman or superintendent and shall have the right to reject this foreman or superintendent for any reason whatsoever. It will be the Subcontractor's burden to correct any problem created by the inability of a field worker to follow the guidance and directions of a WCI employee.

5.9    Subcontractor shall perform and/or supervise and direct all Project Work using Subcontractor's best skill and attention. Subcontractor shall be responsible for and have control over the means, methods, techniques, sequences and procedures for all Project Work and for coordinating all portions of the Project Work, unless any of the Contract Documents provide other specific instructions concerning such matters. If any Contract Document gives specific instructions concerning the means, methods, techniques, sequences or procedures for Project Work, Subcontractor shall evaluate the jobsite safety thereof and, except as stated below, shall be fully and solely responsible for the jobsite safety of such means, methods, techniques, sequences or procedures. If the Subcontractor determines that such means, methods, techniques, sequences or procedures may not be safe, the Subcontractor shall give timely written notice to WCI and shall not proceed with that portion of the Project Work without further written instructions from WCI. If the Subcontractor is then instructed to proceed with the required means, methods, techniques, sequences or procedures without acceptance of changes proposed by the Subcontractor, WCI shall be responsible for any resulting loss or damage. Subcontractor's work shall be installed rigidly, true, level, plumb, straight and in alignment, fastened or anchored securely and durably, and executed in accordance with manufacturer's recommendations and printed instructions. Subcontractor's work shall be performed by experienced laborers or mechanics skilled in the applicable trade.

5.10    The Subcontractor shall be responsible for the acts and omissions of the Subcontractor's subcontractors, employees, suppliers, and any of its or their agents and employees, and any other

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____          Subcontractor Initials _____

6

person or entity performing portions of the Project Work for or on behalf of the Subcontractor or any of its subcontractors or suppliers. The Subcontractor shall enforce strict discipline and good order among the Subcontractor's employees, subcontractors, suppliers and other persons carrying out any of the Project Work. The Subcontractor shall not employ and shall not permit the employment of unfit persons or persons not skilled in the tasks assigned to them in connection with any Project Work.

5.11   In the event that Subcontractor shall fail at any time to supply a sufficient number of properly skilled personnel or sufficient materials and equipment of the proper condition and/or quality, fail in any respect to undertake any Project Work with promptness and diligence in accordance with the Project Schedule (or any other Contract Document), fail to correct to the satisfaction of WCI any Defective Work promptly, or otherwise fail in the performance of any of the requirements contained in any Contract Document, WCI may, at its option, provide such labor, materials and equipment and Subcontractor shall reimburse WCI for its costs and expenses in connection therewith promptly upon receipt of an invoice for such costs and expenses from WCI. At WCI's option, WCI may deduct from any amounts due and payable to Subcontractor (including Contract Sums) any of such costs or expenses and any consequential or incidental damages and/or lost profits resulting therefrom. WCI shall use commercially reasonable efforts to provide forty-eight (48) hour prior written notice to Subcontractor of any such failure, except in an emergency.

5.12   The Subcontractor shall not use or permit the use of any hazardous substance at the site of any Project Work without the express written consent of WCI. Subcontractor shall agree to take all safety precautions with respect to the performance of its work, shall comply with all safety measures initiated by WCI and any and all applicable laws and orders of public authorities for the safety of persons and property. Subcontractor shall immediately report to WCI any injury to an employee or agent of the Subcontractor which occurs at the site of Project Work. If hazardous materials are encountered at the Project Work site, Subcontractor shall immediately report same to WCI in writing.

5.13   Subcontractor agrees that WCI has the authority to reject work which does not conform to this Contract. Subcontractor agrees to afford access to the Project Work at all reasonable times to WCI and to anyone else whom WCI would like to bring to the Project Work. Subcontractor shall cause all sub-subcontractors to agree in an executed writing (1) to participate and cooperate in scheduled meetings, (2) to furnish at all times sufficient workmen, tools, equipment and materials and to work such hours as are necessary to maintain the schedule, and (3) to provide WCI with a written certification upon the completion of such sub-subcontractor's work that in performing its work there occurred no disposal or release of hazardous or toxic materials and that no asbestos, asbestos containing materials or hazardous or toxic substances have been installed or incorporated into its work except as may be required or allowed by the Drawings and Specifications.

5.14   All sub-subcontracts shall also contain the following clause or substantially similar language: "Sub-subcontractor agrees, upon notification in writing from WCI of a termination of Subcontractor for default under its Contract with WCI on this Project, to continue performance on behalf of WCI under this Subcontract in accordance with the terms hereof. Subcontractor should agree to comply with any and all federal, state and local tax laws, social security acts, unemployment compensation acts and workers compensation acts insofar as applicable to the performance of this Contract. Subcontractor should agree to submit to WCI for approval a list of all supervisory and managerial personnel to be associated with the Project.

---

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____                Subcontractor Initials _____

5.15    Subcontractor shall be responsible for complying with all applicable requirements, laws, rules, regulations, ordinances and statutes of all applicable federal, state, county, municipal and/or other governmental authorities in connection with its performance of the work. By way of example, and not limitation, (a) Subcontractor shall observe and strictly adhere to the provisions of the Occupational Safety and Health Act, (b) Subcontractor shall comply with all laws, procedures, rules and regulations promulgated by the Equal Employment Opportunity Commission or other authority with regard to non-discrimination as the same applies to the Work and (c) Subcontractor shall construct the building in full compliance with the American with Disabilities Act ("ADA") and all other applicable laws, rules or regulations enacted by federal, state or local authorities and as the same may be amended, interpreted or enforced from time to time. Subcontractor should agree to remain responsible for the reasonable preservation and protection of the Work during work stoppages or delays and should further agree to protect the Work from deterioration and/or damage. Subcontractor should agree to protect adjoining private or municipal property including, but not limited to, buildings and structures, foundations, landscaping, parking areas, walkways and underground systems, and should provide barricades, temporary fences, and covered walkways required to protect the safety of passers-by, as required by local building codes, ordinances or other laws. Subcontractor should also agree, at its sole cost and expense, to promptly repair any damage or disturbance to these items.

5.16    Subcontractor should agree that the quality of workmanship and finish shall be of superior quality and acceptable to WCI. By way of example, but not by way of limitation: all interior concrete floors will be level and smooth (subject to American Concrete Institute standards); entrance slabs shall have adequate pitch to ensure proper drainage to the exterior; drywalls shall show no tape joints and must be straight; all walls shall be erected true to line, level, square and plumb; glass surfaces shall not be broken or scratched; hardware, fixtures and decorated work shall be cleaned of all paint, spots, dirt and stains; and painted surfaces shall not chalk. All materials shall be new and as called for in the plans and specifications as required by all applicable codes and regulatory and governmental authority.

5.17    Subcontractor shall schedule all Project Work to the requirements of WCI and in accordance with the Project Schedule. Subcontractor shall staff the job with sufficient personnel to complete the Project Work timely. Time is of the essence in the performance of the Work..

5.18    All labor and materials furnished by the Subcontractor for Project Work shall be in accordance with the applicable Drawings and Specifications set forth in the Contract Documents. The Subcontractor shall keep a copy of such, Drawings and Specifications on each Project Work site while the Project Work is in progress. Subcontractor represents and warrants that it will become thoroughly familiar with the Drawings and Specifications for all Project Work. The Subcontractor will be deemed to represent and warrant upon the effectiveness of each Final Statement of Work that the Drawings and Specifications for Project Work covered by such Final Statement of Work are sufficient to enable the Subcontractor to complete the Project Work on or before the time identified in the Project Schedule, and for the Contract Sum, and that such Drawings and Specifications include all work, whether or not shown or described, which reasonably may be inferred to be required for the completion of the Project Work in full compliance with all applicable Legal Requirements. The Subcontractor acknowledges and agrees that, in the event of any conflicting provisions among or within such Drawings and Specifications, the provision granting the greater rights or remedies to WCI, or imposing the greater duty, standard, responsibility or obligation on Subcontractor shall govern. WCI shall, in its sole and absolute discretion, determine which of the conflicting

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep                                                   Subcontractor Initials

8

requirements shall govern. In the event Subcontractor discovers any such conflicting provisions, or any other discrepancies among or within such Drawings and Specifications, Subcontractor shall promptly notify WCI in writing of such discovery.

6.   Insurance

   6.1   Subcontractor shall at its own expense procure and maintain in full force and effect the insurance coverages and types specified below and such additional coverage may be set forth in any other Insurance Schedule attached to any Final Statement of Work (each, an "Insurance Schedule").

   6.2   Subcontractor is responsible for verifying that all parties performing the Project Work shall have workers compensation insurance, and shall notify WCI immediately in writing of any occurrence on or off the site which may give rise to a claim for damages against WCI or any insurance coverage relating to the Project Work. Subcontractor represents and warrants that it presently has and will maintain in full force and effect throughout the term of this Contract (at its own expense) on all of its operations:

      6.2.1   Automobile liability insurance with minimum limits of $1,000,000 Combined Single Limits for Bodily Injury and Property Damage and shall include coverage for the use of all owned, non-owned, leased and hired vehicles; and

      6.2.2   Worker's compensation coverage, as required pursuant to Florida law; provided, however, that minimum coverage therefor for employer's liability shall be:

         Bodily Injury by accident:        $1,000,000.00 each accident

         Bodily Injury by disease:         $1,000,000.00 each employee

         Bodily Injury by disease:         $1,000,000.00 policy limit

   6.3   If Subcontractor will borrow or otherwise use loaned employees (including, without limitation, if Subcontractor leases a piece of equipment and it comes with an operator or Subcontractor obtains employees from temporary agencies), Subcontractor shall obtain an Alternate Employer's Endorsement naming WCI's as an insured and loss payee and shall provide a copy of same to WCI.

   6.4   If Subcontractor will lease "employees" from a professional employer organization, Subcontractor shall obtain Leased Employee Worker's Compensation coverage endorsement naming WCI as an additional insured and loss payee.

   6.5   To the extent that a Commercial General Liability Policy is required pursuant to a Final Statement of Work, such policy shall not include any exclusionary language or limitations relating to: soils subsidence or earth movement of any kind regardless of cause; punitive damages, where allowable by applicable law; or elevators, if applicable, written on an Occurrence Form.  Unless otherwise specifically permitted in an Insurance Schedule to a Final Statement of Work, Claims Made Commercial General Liability policies will not be accepted.

   6.6   Each Insurance Policy required pursuant to a Final Statement of Work shall be issued by an insurance company meeting A.M. Best Current policy holder rating of "A- VII" or better and each

---

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____

Subcontractor Initials _____

such insurance company must be authorized to do business in the state in which the Project Work is to be conducted. Additionally, WCI, its subsidiaries or affiliated companies or their officers, directors, or employees and its institutional lenders, if any, and their respective agents and employees shall, with the exception of a Workers' Compensation insurance policy, be named as additional insured and loss payee on all such policies and Subcontractor shall furnish WCI with a certificate of insurance (in form and substance reasonably acceptable to WCI), including copies of endorsements evidencing the required above stated coverages, prior to Subcontractor's commencement of any Project Work. Certificates must also reference the project or projects that are to be covered by the underlying policies. Upon the request of WCI, Subcontractor shall provide WCI with true, correct and complete copies of all insurance policies required pursuant to an Insurance Schedule, in each case, certified by Subcontractor as true, correct and complete. All insurance company ratings must be reflected on the certificates of insurance.

6.7    Each insurance policy to be provided by the Subcontractor hereunder shall contain a provision that such insurance will not be cancelled, materially changed or not renewed without at least thirty (30) days advance written notice to WCI by certified mail, return receipt requested. In the event that Subcontractor shall be unable to obtain or maintain coverage required pursuant to this Section, WCI shall have the right (but not the obligation) to obtain and/or maintain coverage of the type and amount required in any Insurance Schedule on behalf of the Subcontractor; in which case, Subcontractor agrees to furnish to WCI all necessary information and to reimburse WCI for the cost of such coverage. At WCI's option, WCI may deduct the costs and expenses of any coverage obtained by WCI on behalf of the Subcontractor from any amount due to Subcontractor under any Contract Document or any other agreement between WCI and the Subcontractor.

6.8    Subcontractor shall furnish WCI with renewal certificates and applicable endorsements, including without limitation additional insured endorsements for Commercial General Liability, prior to the expiration of such insurance and for a period of fifteen (15) years after completion of any Project Work. Such continuing insurance shall comply with the requirements set forth above.

6.9    The carrying of insurance shall not be deemed to release Subcontractor or in any way diminish its liability or obligations, by way of indemnity or otherwise, under the Contract Documents. All insurance afforded for the benefit of the additional insureds shall be primary and non-contributory to any insurance or self insurance maintained by any of the additional insureds.

6.10   WCI and Subcontractor waive all rights against each other, WCI's separate contractors, and all other subcontractors and suppliers for damages caused by fire or other perils to the extent covered by any Builder's Risk insurance policy, other property insurance applicable to the Work, or Subcontractor's Workers Compensation insurance, except such rights as they may have to the proceeds of such insurance. Further, Subcontractor waives all claims for damage, injury or loss to its equipment, tools and other property caused by the fault or neglect of WCI or any other party who may be responsible.

6.11   The failure of Subcontractor to fully and strictly comply at all times with the insurance requirements set forth herein will be deemed a material breach of this Contract.

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____          Subcontractor Initials _____

10

7. **Changes**

   7.1   WCI may, by written order, direct changes to any Project Work. Subcontractors shall not make any changes, permit any changes to be made, or agree to make any changes to the description of the Project Work as set forth in a Final Statement of Work except with the prior consent of WCI pursuant to a written change order that has been signed by a duly authorized representative of WCI (each a "Change Order"). If the parties cannot reach an agreement, Subcontractor shall proceed with the change as directed by WCI in writing and WCI shall issue a Change Order reflecting the scope, price, time and other conditions which WCI deems appropriate, subject, however, to the Subcontractor's rights pursuant to Section 10. During the pendency of any such agreement, or during approval by WCI of a submitted change order, Subcontractor shall continue with the Project Work.

   7.2   To obtain a Change Order from WCI, Subcontractor shall submit in writing an itemization of each proposed change prior to commencing any work or supplying any materials that deviate from the description of Project Work in the relevant Final Statement of Work.

   7.3   Subcontractor shall take commercially reasonable steps to prevent WCI's customers and any other unauthorized person or entity from entering upon a Project Work site, or from interfering in any respect with any Project Work. Subcontractor shall not, and shall not permit its subcontractors or suppliers to, accept from any party other than WCI any order for work or materials at any Project Work site, until after the closing of title of the residence.

8. **Inspection & Approvals; Defective Work;**

   8.1   WCI shall have the right to inspect any Project Work at any time, including during the progress of such Project Work.

   8.2   Subcontractor shall provide at its own place of business, at the places of business of its subcontractors and suppliers, and at the site of any Project Work, sufficient, safe and proper facilities for the inspection of any Project Work by WCI or any of WCI's authorized representatives. Subcontractor shall promptly notify WCI when portions of the Project Work are ready for inspection.

   8.3   Subcontractor shall, within twenty-four (24) hours after receiving notice from WCI, remove from any Project Work site any Project Work that WCI rejects as unsound or improper or in any way fails to meet the requirements of the applicable Final Statement of Work for such Project Work ("Defective Work"). Subcontractor, at its own expense, shall repair or replace (as directed by WCI) all Defective Work, as well as any other work damaged by such removal or replacement and, if Subcontractor fails to do so within such twenty-four (24) hour period, WCI shall have the right to take any action as may be appropriate to remove and replace such Defective Work. If the Defective Work is of a nature that would require more than 24 hours to remove, Subcontractor shall notify WCI of the time reasonably required to remove and dispose of such Defective Work in which case WCI may elect to remove and dispose of or cause to be removed from the site and disposed of any Defective Work. If WCI elects to remove and dispose of any Defective Work, Subcontractor acknowledges and agrees that it will reimburse WCI for any direct or indirect costs or expenses for the removal and repair of such Defective Work (including any costs or expenses associated with the repair of any damage or remediation required as a result of the removal and disposal of any Defective Work) promptly upon receipt of an invoice and shall be deemed to have forfeited and waived any right, title or interest in or to any of the materials constituting the Defective Work.

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____                                      Subcontractor Initials _____

11

8.4    In addition to any shop drawings, samples and other required submittals, Subcontractor shall prepare at its own expense and furnish promptly, whenever requested by WCI, prints of shop drawings, manufacturer's data, templates, schedules, reports or any other data that may be necessary, in the opinion of WCI, for review and approval by WCI and for distribution among other subcontractors and to WCI for the proper prosecution of Project Work. To the extent applicable, Subcontractor shall lay out the Work and be responsible for the accuracy of same. Subcontractor shall exercise the utmost diligence in obtaining all drawings, details and information necessary to perform the Project Work and if at any time drawings or information necessary to perform the Project Work have not been furnished, Subcontractor shall promptly inform WCI in writing as to what drawings or information may be required. Subcontractor shall, before proceeding with any affected part of the Project Work, call to WCI's attention in writing any errors or inconsistencies Subcontractor may discover in the Final Statement of Work including the specifications therefor.

8.5    Neither the review, acceptance or approval by WCI of any submittals pursuant to this Contract (or any Final Statement of Work) by Subcontractor shall relieve Subcontractor of liability for any deviations from any requirements thereof unless such deviations are specifically called to WCI's attention, in writing, and thereafter expressly acknowledged and accepted by WCI in writing.

8.6    Any damage to any Project Work prior to final acceptance and payment for such Project Work shall be immediately corrected and rectified by Subcontractor at its sole expense; however, such payment shall not be deemed a waiver by Subcontractor of any right it may have to the proceeds of any applicable Builder's Risk or other property insurance. Inspection or supervision by WCI of any Project Work shall not relieve Subcontractor of its obligations in this Contract (or any Final Statement of Work). Subcontractor shall perform, within forty-eight (48) hours notification, any and all punch list work submitted to it by WCI.

9.   Termination

9.1    If Subcontractor at any time: (i) refuses or neglects to supply an appropriate number of properly skilled personnel, materials or equipment of the proper quality and quantity, (ii) fails in any respect to perform any Project Work with promptness and diligence and/or in accordance with the requirements set forth in the applicable Contract Documents, (iii) causes by any action or omission the suspension or delay of or interference with WCI's work or the work of other subcontractors on the site, (iv) fails in the performance of any of the covenants contained in any Contract Document, or (v) is or admits that it is unable to pay its debts as they mature, becomes insolvent, files for bankruptcy protection or in an involuntary bankruptcy petition is filed against it, then WCI, may by written notice (containing a reasonably detailed description of such default) delivered to the Subcontractor declare the Subcontractor to be in default under the Contract Documents. Subcontractor shall have three (3) business days from the date of the default notice to cure the default described therein to WCI's reasonable satisfaction, failing which, WCI shall have the right to terminate this Contract upon written notice thereof. This remedy is not exclusive and the parties expressly agree that WCI shall be entitled to any other remedies available at law or in equity. Upon the termination of this Contract, Subcontractor shall immediately vacate the site or sites of any Project Work and WCI shall be entitled to take possession of all Project Work, including all materials, tools, appliances and equipment of Subcontractor left at any site, and through itself or any other party provide labor, equipment and materials to execute any unfinished Project Work on such terms and conditions as WCI deems reasonably necessary. WCI shall be entitled to deduct its direct and indirect costs and expenses (including all charges, losses, damages and attorney's fees, incurred as a result of Subcontractor's

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____        Subcontractor Initials _____

12

default or termination or otherwise failure to perform, from any sums then due or thereafter to become due Subcontractor either under the Contract Documents or any other agreement between WCI and Subcontractor.

9.2     If WCI terminates this Contract, Subcontractor shall not be entitled to any further payments under this Contract or any Final Statement of Work until all Project Work has been completed and accepted by WCI, subject in all events, to WCI's right of offset or deduction pursuant to this Contract. Should Subcontractor fail to pay any amounts required to be paid by it to WCI pursuant to this Contract, such outstanding amounts shall accrue interest at the maximum non-usurious rate permitted by applicable law until such amounts are repaid in full.

9.3     WCI shall have the right to terminate this Contract, upon three (3) business days written notice, with or without cause, or for WCI's convenience, and require Subcontractor to immediately stop performance of any Project Work. In such event, WCI shall pay Subcontractor for that portion of any Project Work actually performed or conforming materials actually supplied in an amount required to be paid under the Payment Schedule for completed portions of the Project Work. WCI shall not be liable to Subcontractor for any other costs (including, without limitation for materials, equipment, labor supplies) or damages, or for lost profits on portions of any Project Work not performed. Any termination of Subcontractor pursuant to Section 9.2 above, subsequently determined to have been erroneous or otherwise not available to WCI, shall be deemed to be a termination for convenience and Subcontractor shall be limited to the damages provided by this paragraph. Subcontractor shall include a termination for convenience clause substantially identical to this Section 9.3 in all of its agreements with its suppliers and subcontractors.

## 10. Claims

10.1     Any claim Subcontractor may have against WCI arising out of or relating to any Contract Document must be submitted by Subcontractor to WCI in writing within ten (10) business day of the first occurrence of the event giving rise to such claim. Any failure by Subcontractor to submit said written claim within that ten (10) business day period shall be deemed a waiver and release of such claim by Subcontractor. Subcontractor's written claim must set forth, in reasonable detail, the facts concerning the claim, the contractual basis for the claim and an estimate of the additional time Subcontractor is seeking under the claim.

10.2     Within ten (10) business days after WCI receives a claim properly submitted pursuant to Section 10.1 from Subcontractor, WCI shall advise Subcontractor in writing as to WCI's initial determination concerning the claim. If Subcontractor disagrees with or otherwise wishes to further contest such initial determination, Subcontractor shall notify WCI in writing, setting forth in detail the basis for its objections, within five (5) business days of its receipt of WCI's written initial determination. If Subcontractor fails to provide its written objections within said five (5) business days, Subcontractor will be deemed to have accepted WCI's initial determination and waived any objections it otherwise may have had to such initial determination.

10.3     To the extent Subcontractor has properly objected to WCI's initial determination pursuant to Section 10.2, the parties shall negotiate in good faith to resolve any disputes. Such negotiations shall be conducted during the ten (10) business day period after WCI's receipt of Subcontractor's properly submitted written objection to WCI's initial determination. If the parties fail to resolve the dispute within the ten (10) business day period, they shall upon notice by either party immediately attempt to resolve this dispute through mediation, using a mutually agreeable mediator. Mediation is a condition

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____        Subcontractor Initials _____

13

precedent to bringing an action for breach of the Contract Documents or any other action arising from or resulting from the Contract Documents. The parties shall share the mediator's fees and any other filing fees in connection with mediation equally. The mediation shall be held in the place where the project underlying the Project Work in question is located, unless another location is mutually agreed upon by the parties. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof. Mediation shall be conducted in accordance with the Construction Industry Mediation Rules of the American Arbitration Association currently in effect.

10.4    Should negotiations in the mediation fail for any reason, either party may seek all legal relief to which such party may be entitled at law or in equity.

11. Indemnity

11.1    To the fullest extent permitted by applicable law, Subcontractor shall indemnify, defend, protect and hold harmless WCI, its officers, directors, agents or employees of any of them (collectively "Indemnitee" or "Indemnitees") from and against any Adverse Consequences (as defined below) that any of such parties may suffer or incur, resulting from, arising out of, relating to, or cause by: (i) the breach of any of Subcontractor's representations, warranties, obligations or covenants contained in the Contract Documents; (ii) any act or omission by or on behalf of Subcontractor or any of its affiliates or any of its of their directors, officers, shareholders, partners, members, managers, agents (including subcontractors and suppliers), subcontractors, employees or other representatives in connection with any Project Work; and (iii) any violation of or failure to comply with any Legal Requirement applicable to any Project Work, whether such claim, damage, loss or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property including loss of use or economic loss resulting therefrom or otherwise, and regardless of whether or not such claim, damage, loss or expense is caused in whole or in part by a party indemnified hereunder. The provisions of this section 11 shall be in addition to, and shall not be construed to negate, abridge, or reduce other rights or obligations of, any other indemnification right that may be available to WCI under applicable law. "Adverse Consequences" means all charges, complaints, actions, suits, proceedings, hearings, investigations, claims, demands, judgments, orders, decrees, stipulations, injunctions, damages, dues, penalties, fines, costs, amounts paid in settlement, liabilities (whether known or unknown, whether absolute or contingent, whether liquidated or unliquidated, and whether due or to become due), obligations, taxes, liens, losses, expenses, and fees, including all attorneys' fees and court costs.

11.2    Notwithstanding the foregoing, Subcontractor shall not be required to indemnify, defend or hold harmless WCI to the extent that a claim that may be brought by WCI pursuant to 11.1 arose directly as a result of WCI's and/or its officers', directors', or employees' gross negligence, or willful, wanton or intentional misconduct.

11.3    The duty to defend under this Section is independent and separate from the duty to indemnify, and the duty to defend exists regardless of any ultimate liability of Subcontractor or WCI. The duty to defend arises immediately upon presentation of a claim by any party and written notice of such claim being provided to Subcontractor. Subcontractor's obligation to indemnify and defend under this Section will survive the expiration or earlier termination of the Contract Documents until it is determined by final judgment that an action against the Indemnitee for the matter indemnified is fully and finally barred by the applicable statute of limitations.

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____          Subcontractor Initials _____

14

12. Damage to Work

12.1 Once the Subcontractor has commenced Project Work, the Subcontractor assumes responsibility for any damage or loss at a Project Work site (including any residence or other structure thereat) resulting from any of the Project Work. If any Project Work is to be performed on or around finished work, Subcontractor agrees to provide appropriate protection for the finished work to protect it from any of the Project Work. Without limiting the general nature of the foregoing, Subcontractor agrees that it shall protect finished floors and that it shall not park on finished driveways. Subcontractor shall close and lock any and all windows, doors and any other means of entrance to any structure for which Subcontractor is working at the end of each day of the Project Work and/or when no representative of Subcontractor is present at a Project Work site.

12.2 All loss or damage to any Project Work resulting from any cause whatsoever shall be borne and sustained by Subcontractor and shall be solely at its risk until final acceptance by WCI. Subcontractor shall at all times and at its expense protect all of its labor, materials, supplies, tools, equipment and any other Property against any damage, injury, destruction, theft or loss, and likewise for those of its mechanics, laborers, subcontractors and suppliers, for all of which Subcontractor shall be solely responsible, and in no event shall WCI be liable or responsible for any such damage, destruction, theft or loss. Subcontractor shall at its own expense promptly repair or replace damage to or loss of the work or materials, supplies, tools, equipment or other property of others, or to any part of a Project Work site resulting from the acts or omissions of Subcontractor or its affiliates, or its or their directors, officers, shareholders, members, managers, partners, agents (including subcontractors and suppliers) or other representatives. Nothing in this paragraph shall be deemed to preclude or waive any rights any parties may have to any applicable Builder's Risk or other property insurance or any other provision of this Contract. WCI shall not be responsible to provide security to Subcontractor against vandalism, theft, breakage or damage to the Project Work, site of Project Work, or to equipment or other property of Subcontractor used at the site of Project Work.

13. Compliance with Law and Safety

13.1 All work, labor, services, supplies, equipment, machinery and materials to be performed, furnished or provided by or on behalf of Subcontractor pursuant to the Contract or any final Statement of Work shall comply with all respects with applicable federal, state and local laws, rules, regulations, statutes, ordinances and directives now in force or hereafter in effect (collectively, the "Legal Requirements").

13.2 Subcontractor agrees that it will provide adequate supervision for the prevention of accidents to any party performing any of the Project Work. Subcontractor shall, and shall cause its subcontractors and suppliers to (in connection with any Project Work), comply with all applicable safety laws and any safety standards established from time to time by WCI, and attend any WCI Safety Orientations given by WCI's Project Safety Director. If requested by WCI, Subcontractor shall submit a safety plan for review by WCI. The review of any safety plan by WCI shall not, and shall not be deemed to, release Subcontractor or in any way diminish its liability, by way of indemnity or otherwise, as assumed by it under the Contract Documents. Subcontractor must furnish WCI, prior to commencement of Project Work, all applicable [Material Safety Data Sheets] for products and materials used in prosecuting any Project Work.

13.3 When so ordered, Subcontractor shall stop any part of the Project Work that WCI deems to be unsafe until corrective measures satisfactory to WCI have been taken. If Subcontractor fails to take

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep

15

Subcontractor Initials

appropriate corrective measures by not later than forty-eight (48) hours after notice by WCI therefor, WCI may undertake such corrective measures and Subcontractor shall reimburse WCI for any costs or expenses associated therewith promptly upon receipt of an invoice therefor. At WCI's option, WCI may deduct the cost or expense of such measures from any amounts due and payable to Subcontractor under the Contract Documents or any other agreement between WCI and Subcontractor.

13.4    Subcontractor agrees that it will, and will cause its employees, agents (including Subcontractors) and other representatives to, comply with the requirements of the Williams-Steiger Occupational Safety and Health Act of 1970, as amended, and similar laws, rules or regulations. Subcontractor shall notify the WCI Production Manager, Construction Manager, or Safety Director immediately in the event of an Occupational Safety and Health Administration inspection when no WCI personnel are on site.

13.5    Subcontractor shall immediately report to WCI any accident or occurrence on the site of any Project Work resulting in bodily injury, death, illness or damage to property, material or equipment and provide WCI copies of all related accident reports. As soon as possible after the occurrence of the accident, Subcontractor shall deliver to WCI a written report conforming to applicable laws detailing the circumstances, events and witnesses of any accident and a copy of written notice sent to the applicable insurance company. Subcontractor shall immediately comply with the request of WCI or its insurance company or companies or agents for assistance and information concerning the accident and shall fully cooperate in any investigation of the accident.

13.6    Subcontractor represents and warrants to WCI that it holds, or will hold prior to commencing any Project Work, all licenses, permits or approvals required for the performance and/or supervision of Project Work as may be required by applicable Legal Requirements. Subcontractor shall provide a copy of such licenses, permits or approvals prior to the start of any Project Work or at appropriate times thereafter. Subcontractor shall comply with all Legal Requirements of any federal, state, or local governmental body, board, authority, department, agency, or court, expressly including, without limitation, the Occupational Safety and Health Administration, and the Equal Employment Opportunity Commission, pertaining to (i) any Project Work, including providing any notices required by applicable Legal Requirements, and securing and paying for all permits, licenses and inspections necessary for the performance of any Project Work, and (ii) the employees and other personnel employed or engaged by Subcontractor. Without limiting the scope of this paragraph, Subcontractor shall comply with all applicable Legal Requirements pertaining to the employment of labor, hours of labor, occupational safety and health requirements, working conditions, worker's compensation, payment of wages, and payment of taxes, including unemployment, social security and other payroll taxes, including applicable contributions from such persons. In an emergency situation, Subcontractor shall act to prevent threatened damage, injury or loss.

13.7    No smoking is permitted inside a residence during any stage of Project Work.

14. Patents

14.1    Subcontractor agrees to pay all royalties and license fees for any patented or unpatented invention or process, used or furnished by Subcontractor or its Subcontractors. Drawings are Instruments of Service and the Subcontractor shall own or claim a copyright in the Drawings. Instruments of Service shall be returned to WCI at the end of Project Work.

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____          Subcontractor Initials _____

16

15. Assignments

15.1    None of the Contract Documents or any interest therein may be transferred, sold or assigned, voluntarily or involuntarily (directly or indirectly, whether by operation of law or otherwise, including, without limitation, by merger, stock or asset sale or otherwise), without the prior written consent of WCI. WCI may, without Subcontractor's consent, assign the Contract Documents in whole or in part, without the prior consent of Subcontractor, and Subcontractor agrees to execute all consents, estoppels, or other instruments reasonably required by WCI to facilitate such assignment(s).

16. Warranty

16.1    All Project Work shall be performed in a good and workmanlike manner. Subcontractor represents and warrants that all labor, services and materials performed and/or provided, by or on behalf of Subcontractor will meet the Federal Housing Administration ("FHA") minimum property standards, Veterans Administration ("VA") requirements, applicable federal, state and local building code requirements, and/or the Specifications set forth in the Contract Documents, as applicable.

16.2    Subcontractor represents and warrants to WCI that all materials, supplies and equipment incorporated into any Project Work shall be new unless otherwise specified, and that all Project Work shall be of good quality, free from faults and defects and in conformance with all requirements (when installed) of the Contract Documents.

16.3    Subcontractor agrees to make all repairs and correct such defects under the warranties required by the Contract Documents, including punch list work, within eight (8) hours of notice of such defect (including punch list work), in the case of an emergency and, in all other cases, within forty-eight (48) hours of notice of such defect (including punch list work). WCI shall determine whether an emergency exists, in its sole and absolute discretion. In the event Subcontractor fails to timely perform in accordance with this paragraph, WCI may employ an independent source to repair or correct such defects, in which case Subcontractor agrees to reimburse WCI for any cost or expense associated with such repairs or corrections. At WCI's option, WCI may deduct any such costs of expenses from any payments due the Subcontractor pursuant to the Contract Documents or any other agreement between WCI and Subcontractor.

16.4    The Subcontractor represents and warrants to WCI that prior to submitting a Statement of Work to WCI, it will visit and examine the site for any of the work requested to be performed in an RFP to discover any and all conditions of every kind and nature that may affect the work, and it will become fully familiar with all such conditions and upon submitting any Statement of Work to WCI, Subcontractor will be deemed to represent and warrant to WCI that it has, by careful examination, satisfied itself as to: (a) the nature, location and character of the site at which any Project Work is to be performed, including, without limitation, surface and subsurface conditions that are visually observable, all structures and obstructions pertaining thereto, both natural and man made, and all visually observable surface and subsurface conditions of the areas surrounding the site; (b) the nature and character of the area in which the site is located, including, without limitation, site access, available labor supply and cost, available equipment supply and cost; and (c) the quality and quantity of all materials, supplies, tools, equipment, labor and services of any kind necessary to complete the Project Work as contemplated in the Project Schedule and for the Contract Sum set forth in Section 4 above.

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____                    Subcontractor Initials _____

17

16.5    Subcontractor agrees to promptly cure, without cost to WCI, any and all Defective Work that may appear within the warranty period set forth in this Contract or the Final Statement of Work for such Project Work, and if no such period is stipulated therein, then such warranty shall be for a period of one (1) year from date of conveyance of deed transfer by WCI to its customer(s).   Subcontractor further agrees to execute any special warranties as provided by the applicable Final Statement of Work or as may be required by law.   Subcontractor shall require similar warranties from all its suppliers, contractors and subcontractors.

16.6    Subcontractor shall pay for all repair and replacement of Defective Work, as well as all costs for repairing or replacing other property damaged or disturbed by making such replacements or repairs of the defective work.   This warranty is in addition to all other guarantees, warranties and rights contained in the Contract Documents or at law.

16.7    In the event the Project Work relates to the construction of condominium units or condominium property as defined in Chapter 718, Florida Statutes, Subcontractor provides to WCI all warranties that WCI is required to provide to purchasers of condominium units pursuant to Section 718.203, Florida Statutes.

16.8    In the event any Project Work relates to the construction of non-condominium/single family residence construction, the Project Work shall be warranted and guaranteed for the periods set forth below to the extent the Project Work relates in any way to those items also set forth below (Sections 16.10.1 – 16.10.3).   The warranty period for each unit begins to run on the date that WCI shall convey the unit to its customer(s) unless otherwise stated in the Final Statement of Work applicable to such unit.

16.8.1   Structural elements shall be warranted against defects for a period of ten (10) years from the date the WCI customer closes title of the single family residence and include: foundation and concrete slab; structural walls; and roof trusses.

16.8.2   The following items shall be warranted against defects for a period of two (2) years from the date the WCI customer closes title of the single family residence and include: electrical system (excluding electrical fixtures); plumbing to the point of connection with the sewer utility lines (excluding stoppages); and heating, cooling and ventilation systems.

16.8.3   Non-load bearing items shall be warranted against defects for a period of one (1) year from the date the WCI customer closes title of the single family residence and include: roofing and sheathing (except for roof trusses); drywall and plaster; exterior siding; brick, stone and/or stucco veneer; floor covering material; wall tile and other wall coverings; non-load bearing walls and partitions; concrete floors in attached garages that are built separately from foundation walls or other elements of the residence; electrical system (excluding electrical fixtures); paint; doors and windows; trim; cabinets; hardware; and insulation.

16.9    Subcontractor shall furnish to WCI all warranties, guarantees and operations and maintenance documents from the manufacturers of any and all appliances and equipment included in any Project Work, and shall further furnish all certificates required by WCI or by any lending institution or any governmental agency having jurisdiction over any Project Work.   Subcontractor warrants these products to the same extent as provided in Section 16.10 above, as applicable.

---

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____

Subcontractor Initials _____

17. Labor Relations

17.1    Subcontractor shall do whatever is reasonably necessary in the progress of any Project Work to assure harmonious labor relations at the site of such Project Work and to prevent strikes or other labor disputes. Subcontractor shall employ only such labor as will work in harmony at the site and shall not use materials or employ means which may cause strikes or other labor troubles.

17.2    Subcontractor shall fully comply with all labor agreements and jurisdictional decisions, if any, presently in force or which subsequently become effective after the date of this Contract. Subcontractor's failure to so act shall be deemed a material breach of this Contract.

17.3    Subcontractor shall require that its suppliers, contractors and subcontractors comply with this paragraph to the same extent required of Subcontractor and an express provision imposing such requirements on lower tiered subcontractors shall be included in WCI's contracts with such parties.

18. Taxes, Charges

18.1    Subcontractor shall be responsible for the payment of all taxes, withholdings, contributions and/or premiums payable in respect of its employees or on its operations, including without limitation, under workers' compensation laws, unemployment compensation laws, the Federal Social Security Act, health and welfare benefit plans, gross business taxes, sales and use taxes and any other taxes, contributions and/or premiums which are payable by the employees. Subcontractor shall comply with all Legal Requirements at any time applicable hereto and shall, on demand, provided reasonable evidence to WCI to substantiate Subcontractor's compliance with this provision.

19. Equal Opportunity

19.1    Subcontractor agrees to comply with all Legal Requirements relating to equal opportunity employment, without limiting the general nature of the preceding, Subcontractor shall not discriminate against any employee or applicant for employment because of race, creed, color, sex, age, disability or national origin.

20. Miscellaneous

20.1    Any failure of WCI to enforce any of the terms and provisions of the Contract Documents shall not constitute a waiver of such required performance by Subcontractor or of any other performances in the future required by Subcontractor.

20.2    The Contract Documents comprise the entire agreement between the parties relating to the Work and no other agreement, representation or understanding concerning the same has been made and no oral statement, understandings or agreement shall affect the terms of the Work or the Contract Documents.

20.3    To the best knowledge and belief of the parties, the Contract Documents contain no provision that is contrary to federal or state law, ruling or regulation. However, if any provision of the Contract Documents shall conflict with any such law, ruling or regulation, then such provision shall continue in effect only to the extent permissible. In the event any provision is thus inoperative, the remaining provisions shall, nevertheless, remain in full force and effect.

---

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____                    Subcontractor Initials _____

20.4     The Contract Documents shall be governed by the laws of the State of Florida.  Except as otherwise provided in Section 11, any action to enforce or interpret the Contract Documents, in whole or in part, shall be brought in a court of competent jurisdiction in the county in which the Project Work site is located.  The prevailing party, in any suit, or proceeding arising out of or relating to the Contract Documents, shall be entitled to receive from the non-prevailing party its reasonable attorneys, paraprofessional and expert witness fees, costs, and expenses.

20.5     To the extent allowed by applicable law, the parties expressly covenant and agree to waive the right to trial by jury in connection with any litigation or judicial proceeding related to or concerning, directly or indirectly, this agreement or the conduct, omission, action, obligation, duty, right benefit, privilege or liability of a party to this agreement.  This waiver of right to trial by jury is separately given and is knowingly, intentionally and voluntarily made by the parties, and both acknowledge that separate and good and valuable consideration has been provided by each for this waiver.  The parties have had an opportunity to seek legal counsel concerning this waiver.  This waiver is intended to and does encompass each instance and each issue as to which the right to a jury trial would otherwise accrue.  The parties further certify and represent to each other that no party, representative or agent of the Subcontractor or WCI (including without limitation their respective counsel) has represented, expressly or otherwise, to the Subcontractor or WCI or to any agent or representative of the Subcontractor or WCI (including without limitation their respective counsel) that they will not seek to enforce this waiver of right to jury trial.  This waiver shall apply to this agreement and any future amendments, supplements or modifications of this agreement.

20.6     The Contract Documents shall be binding on and inure to the benefit of the parties' heirs, successors and assigns, only if permitted by pursuant to this agreement.

20.7     All notices and other communications hereunder shall be in writing and shall be deemed given if delivered personally, telecopied (if confirmed), or mailed by registered or certified mail (return receipt requested) to the parties at the address for such party set forth on the title page to this Contract or at such other address for a party as shall be specified by like notice.

20.8     All sections and headings are used for convenience only and do not affect the construction or interpretation of the Contract Documents.

20.9     Unless the context of the Contract Documents otherwise clearly requires, references to the plural include the singular, the term "including" is not limiting and the terms "hereof," "herein," "hereunder" and similar terms in the Contract Documents refer to the Contract Documents as a whole and not to any particular provision of the Contract Documents unless stated otherwise.  Additionally, the parties acknowledge that they have carefully reviewed the Contract Documents and have had the opportunity to consult with legal counsel of their choosing with respect to the Contract Documents, and that they understand their contents and agree that the Contract Documents shall not be construed more strongly against either party, regardless of who drafted the Contract Documents.

20.10    The parties agree that the Contract Documents can be executed in multiple counterparts and facsimile signature pages shall have the same force and effect as original signature pages.

20.11    If any word, clause or provision of this Contract is determined not to be enforceable in accordance with applicable law, such word, clause or provision shall be stricken and the remaining words, clauses and provisions shall remain in full force and effect.  Without limiting the general

---

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____                                    Subcontractor Initials _____

20

nature of the preceding sentence, it is the intent of the parties that the Indemnification of Section 11 complies fully with Section 725.06, Florida Statutes, including any amendments thereto (or any other similar law of any other state which is applicable), in all respects. Further, this indemnification is in addition to and not in lieu of common law indemnification to which the Indemnitee may be entitled.

20.12   In the event any term or provision of the Agreement is determined by an appropriate judicial authority to be illegal or otherwise invalid, such provision shall be given its nearest legal meaning or be construed as deleted as such authority determines, and the remainder of the Contract shall be construed to be in full force and effect.

20.13   Subcontractor's relationship with WCI is solely as an independent Subcontractor and nothing contained in the Contract shall be construed as creating a joint venture, partnership or employer/employee relationship.

20.14   Any additions, modifications or changes to the Contract Documents must be in writing and signed by the party against whom enforcement of such provision or change is sought.

20.15   The singular shall be held to include the plural, the plural shall include the singular, and the use of any gender shall include every other and all genders, and captions and paragraph headings shall be disregarded.

20.16   All indemnities, representations, and waivers made by Subcontractor in favor of WCI, its agents, employees, successors or assigns, shall survive completion of the Work, the making of the final payment and any cancellation or termination of the Contractt.

20.17   Neither the Contract, nor any memorandum thereof, may be recorded in the Public Records and any such recording by Subcontractor shall be deemed a material default.

IN WITNESS WHEREOF, the parties hereto have caused this Contract to be executed by its duly authorized representatives as of the day and year set forth on the title page to this Contract.

SUBCONTRACTOR

_Hinkle Drywall, LLC_

By: _Bruce T Minnick_

Print Name: _Bruce T. Minnick_

Title: _Manager_

WCI COMMUNITIES, INC.

By: _____

Print Name: _Rob Ferry_

Title: _V.P._

NO STRIKE-THROUGHS MAY BE MADE TO THIS AGREEMENT.
THIS AGREEMENT MAY ONLY BE AMENDED OR MODIFIED IN WRITING SIGNED BY WCI.

WCI Initials of Authorized Rep _____

21

Subcontractor Initials _____