UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LAIBILITY LITIGATION | CIVIL ACTION NO. 2:09-MD-2047 |
| | SECTION "L" |
| This document relates to: Borrello 2:10-cv-04174 | JUDGE FALLON |
| | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

C. Michael Pfister hereby gives this notice of his appearance as lead counsel on behalf of The American Insurance Company (hereinafter "AIC") (misnamed in Plaintiffs' Petition as "The American Insurance Company, a Fireman's Fund Insurance Company"), defendant in *Donna Borrello and Thomas Stallings v. Francioni Builders, Inc., et al*, United States District Court, Eastern District of Louisiana (2:10-cv-04174), and Nicole M. Boyer gives notice of her appearance as additional counsel for The American Insurance Company (hereinafter "AIC") (misnamed in Plaintiffs' Petition as "The American Insurance Company, a Fireman's Fund Insurance Company").

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

/s/ C. Michael Pfister
**C. MICHAEL PFISTER (#14317)**
**NICOLE M. BOYER (#29775)**
Suite 2900 - Lakeway III
3838 N. Causeway Boulevard
Metairie, LA 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
Email: mplister@duplass.com
Email: nboyer@duplass.com
*Attorneys for The American Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S Mail and e-mail *or* by hand delivery and e-mail *and* upon all parties electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of November, 2010.

/s/ C. Michael Pfister