UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| **This document related to:** | * * | |
| *David Gross, et al v. Knauf Gips KG, et al* Docket No. 09-6690 | * * | MAG: WILKINSON |

## ORDER

Considering the foregoing Motion for Extension of Time to Submit Contractor/Installer Defendant Profile Form;

IT IS ORDERED that defendant, Swedberg Enterprises, Inc., be and is hereby granted an additional thirty days, through and including December 10, 2010, within which to serve its Contractor/Installer Defendant Profile Form on liaison counsel in the above-captioned matter.

New Orleans, Louisiana, this __22nd__ day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE