UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMY LOUISE AMERSON, ET AL | * | C.A. NO.: 09-CV-04275 |
| | * | |
| VERSUS | * | SECTION: "L" |
| | * | |
| KNAUF GIPS KG, ET AL | * | MAGISTRATE: "2" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion:

IT IS HEREBY ORDERED by the Court that Kathryn W. Becnel, Attorney at Law, of the Law Offices of Daniel E. Becnel, Jr., be substituted as counsel of record for the Plaintiffs, Amy Louise Amerson, Michelle Whiteside Pavageau, Ernest Nunez, III, Marie L. Nunez, Christ Adron Lea and July Basha Lea, in the above captioned and numbered proceeding.

GRANTED and SIGNED on this __22nd__ day of ___November___, 2010 in New Orleans, Louisiana.

_____
JUDGE

*Please Notify All Parties.*