UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| Plaintiff, v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, et. al. (2:09-cv-07791) (E.D. La.) | |
| Defendants. | |

## **O R D E R**

Considering the foregoing Defendant FCCI Commercial Insurance Company and FCCI Insurance Company's Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of the Insurers Motions to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(7) for Failure to Join a Required Party Under Rule 19 (Record Doc. 6223);

IT IS HEREBY ORDERED that FCCI Commercial Insurance Company and FCCI Insurance Company's Motion is **GRANTED** and that Document No. 6223 shall be submitted into the record of this matter.

New Orleans, Louisiana this __22nd__ day of __November__, 2010.

_____
UNITED STATES DISTRICT JUDGE