UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| **BARRY DEMPSTER, et al.** CASE NO. 2:09-5482-EEF-JCW; AND **T. JACK KENT, et al.,** CASE NO. 2:10-01110-EEF-JCW; AND **OMNIBUS COMPLAINT III (GROSS/BENES)** | MAG. JUDGE WILKINSON |
| CASE NO. 2:09-6690-EEF-JCW. | |

## ORDER

Having considered Lowe's Motion For Leave to Supplement Record in Opposition to PSC's Motion to Enjoin (Rec. Doc. 6294).

It is ORDERED that the motion is GRANTED, and the "Unsworn Declaration under Penalty of Perjury Pursuant to 28 U.S.C. §1746 of Timothy J. Taylor" dated November 1, 2010 and the documents attached thereto marked TCS-001 through TCS-009 are FILED into the record of the above captioned matters.

New Orleans, Louisiana, this 22nd day of November, 2010

_____
UNITED STATES DISTRICT JUDGE