UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL   * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION                * | |
|                                                                    * | SECTION "L" |
| THIS DOCUMENT RELATES TO:               * | |
|                                                                    * | JUDGE FALLON |
| **BARRY DEMPSTER, et al.**                  * | |
| CASE NO. 2:09-5482-EEF-JCW; AND      * | MAG. JUDGE WILKINSON |
| **T. JACK KENT, et al.,**                          * | |
| CASE NO. 2:10-01110-EEF-JCW; AND    * | |
| **OMNIBUS COMPLAINT III (GROSS/BENES)** * | |
|                                                                    * | |
| CASE NO. 2:09-6690-EEF-JCW.             * | |

*********************************************

## ORDER

Having considered Lowe's Motion For Leave to Supplement Record in Support of Lowe's Motion to Stay (Rec. Doc. 6303).

It is ORDERED that the motion is GRANTED, and the "Order Granting the Parties' Joint Motion for Entry of Stay Order" dated November 2, 2010 in *Brucker v. Lowe's Home Centers, Inc.*, United States District Court for the Middle District of Florida, Fort Myers Division, Civil Action No. 2:10-cv-405 is FILED into the record of the above captioned matters.

New Orleans, Louisiana, this 22nd day of November, 2010

_____
UNITED STATES DISTRICT JUDGE