UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 |
| | : |
| | : SECTION: L |
| THIS DOCUMENT RELATES TO: | : |
| Amato, *et al.*, vs. Liberty Mutual Ins. Co., *et al.*, | : JUDGE FALLON |
| U.S. District Court (E.D. La.), Case No. 10-932 | : MAG. JUDGE WILKINSON |
| _____/ | |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT, OLD DOMINION INSURANCE COMPANY

THIS CAUSE having come before the Court regarding the Motion to Substitute Counsel for Defendant, Old Dominion Insurance Company, and the Court having reviewed the motion, having been advised as to counsels' mutual agreement upon the relief sought therein, and being otherwise duly advised in the premises, it is

ORDERED that the Motion to Substitute Counsel for Defendant, Old Dominion Insurance Company is hereby GRANTED.

David F. Hassett, Esq., and Sarah B. Christie, Esq., of Hassett & Donnely, P.C., shall be substituted as counsel-of-record for Defendant, Old Dominion Insurance Company, in the stead of Eric G. Belsky, Esq., of Johnson, Leiter & Belsky, P.A., who is hereby relieved of further responsibility in this regard.

DONE and ORDERED in New Orleans, Louisiana, on this  22nd  day of  November , 2010.

By: _____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE