UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL Docket No. 09-2047

SECTION L
JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO THE
FOLLOWING CASE
Foster v. Northstar Holdings, Inc., et al.
No. 09-4320 L (2)

_____/

**ORDER**

Upon consideration of the Plaintiff's Renewed Motion to Amend Complaint, it is hereby ORDERED that said motion is GRANTED. Plaintiff Foster is hereby directed to file her Amended Class Action Complaint.

New Orleans, Louisiana this 22nd day of November 2010.

_____
JUDGE ELDON E. FALLON