UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION "L" |
| BARRY DEMPSTER, et al. CASE NO. 2:09-5482-EEF-JCW; AND | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| T. JACK KENT, et al., CASE NO. 2:10-01110-EEF-JCW; AND | * * * | |
| OMNIBUS COMPLAINT III (GROSS/BENES) CASE NO. 2:09-6690-EEF-JCW. | * * | |

**************************************************

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746 OF TIMOTHY J. TAYLOR

I, TIMOTHY J. TAYLOR, declare under penalty of perjury under the law of the United State of America, that the following is true and correct:

1. I am the President and CEO of Total Class Solutions, LLC ("TCS"). TCS is serving as the settlement administrator in *Vereen v. Lowe's Home Centers, Inc.*, No. SU10-cv-2267B (Super. Ct. Muscogee Cty), which includes maintenance of the website www.DrywallSettlement.info and the toll free number associated with the settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached to this Declaration and marked TCS 001-009 are true and correct copies of documents received by TCS reflecting that "Terazas Jack Kent, 4960 N. Harrison Rd., Mims, FL 32754" has submitted a Request for Exclusion signed and dated October 18, 2010.



I declare under penalty of perjury that the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of November, 2010 at Plano, Texas.

_____
TIMOTHY J. TAYLOR