# REQUEST FOR EXCLUSION

TO:
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers, Inc.*, Case NO. SU10-CV-2267B.

TERAZAS  JACK  KENT
(Full Name – Please Print Clearly)

4960  N. HARRISON Rd
(Address)

Mims  Fl   32754
(City, State, Zip Code)

T. Jack Kent
(Signature)

10/18/2010
(Date)

Must be mailed before: November 9, 2010

TCS-001

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I · SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

October 22, 2010

**Via Regular, Certified Mail Return Receipt Requested & Overnight Mail**
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

Re: Glen Vereen v. Lowe's Home Centers, Inc.
Case No.: SU10-CV-2267B

To Whom It May Concern:

Enclosed please find our client, Terazas Jack Kent's fully executed Request for Exclusion from the settlement in the above captioned matter.

Should you have any questions or concerns, please do not hesitate to contact our office.

Thank you.

Very truly yours,

C. David Durkee

CDD;prl
Enclosure

TCS-002

**ROBERTS & DURKEE, P.A.**
ATTORNEYS AT LAW
ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

CERTIFIED MAIL

7010 0290 0002 7093 4477



7500264+3086

Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

UNITED STATES POSTAGE
$ 005.54⁰
PITNEY BOWES

## REQUEST FOR EXCLUSION

TO:
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

     I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers, Inc.*, Case NO. SU10-CV-2267B.

TERAZAS  Jack  KENT
(Full Name – Please Print Clearly)

4960  N. HARRISON Rd
(Address)

Mims  Fl  32754
(City, State, Zip Code)

T. Jack Kent
(Signature)

10/18/2010
(Date)

Must be mailed before: November 9, 2010



TCS-004

T. J. Kent
4960 Harrison Rd.
Mims, FL 32754-4617



7009 1680 0000 0313 6147

Louis'D Drywall Exclusions
P.O. Box 869066
PLANO, TEXAS 75086-9066

750869066



TCS-005

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

October 22, 2010

**Via Regular, Certified Mail Return Receipt Requested & Overnight Mail**
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

  Re: Glen Vereen v. Lowe's Home Centers, Inc.
     Case No.: SU10-CV-2267B

To Whom It May Concern:

  Enclosed please find our client, Terazas Jack Kent's fully executed Request for Exclusion from the settlement in the above captioned matter.

  Should you have any questions or concerns, please do not hesitate to contact our office.

  Thank you.

Very truly yours,

C. David Durkee

CDD;prl
Enclosure

RECEIVED
OCT 27 2010
BY: ........................

TCS-006

## REQUEST FOR EXCLUSION

TO:
Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

I request that I be excluded from the Settlement in *Glen Vereen v. Lowe's Home Centers, Inc.*, Case NO. SU10-CV-2267B.

TERAZAS  JACK  KENT
(Full Name – Please Print Clearly)

4960  N. Harrison Rd
(Address)

Mims  Fl  32754
(City, State, Zip Code)

J. Jack Kent
(Signature)

10/18/2010
(Date)

Must be mailed before: November 9, 2010


RECEIVED
OCT 22 2010
BY: .....................

TCS-007

home or office at usps.com/pickup

Print postage online - Go to usps.com/postage

UNITED STATES POSTAL SERVICE

MIAMI,FL 33134
OCT 26, 10
AMOUNT
1007
$18.30
00082503-07

PLEASE PRESS FIRMLY

PLEASE

# EXPRESS® MAIL

UNITED STATES POSTAL SERVICE

# Flat Rate Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**

EMS

When used internationally affix customs declarations (PS Form 2976, or 2976A).

E634645779 6US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

Addressee Copy
Label 11-B, March 2004

Post Office To Addressee

ORIGIN (POSTAL SERVICE USE ONLY)

| | | |
|---|---|---|
| PO ZIP Code | Day of Delivery ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage $ |
| Date Accepted Mo. Day Year | Scheduled Date of Delivery Month Day | Return Receipt Fee $ |
| Time Accepted ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee $ / Insurance Fee $ |
| | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ |
| Flat Rate ☐ or Weight lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

DELIVERY (POSTAL USE ONLY)

| | | |
|---|---|---|
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

CUSTOMER USE ONLY

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

FROM: (PLEASE PRINT) PHONE (

TO: (PLEASE PRINT) PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS

PRESS HARD. YOU ARE MAKING 3 COPIES.

BD

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.

TCS-008

ROBERTS & DURKEE, P.A.
ATTORNEYS AT LAW
ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1605
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

Lowe's Drywall Exclusions
P.O. Box 869066
Plano, Texas 75086-9066

TCS-009