UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| This document relates to: Hernandez v. AAA Insurance, et al. (Case No. 10-3070) | * * * | MAGISTRATE WILKINSON |

### NOTICE OF LIMITED APPEARANCE

Phillip J. Sheehe hereby gives notice of his limited appearance as lead counsel on behalf of Fidelity Fire & Casualty Company, defendant in <u>Hernandez v. AAA Insurance, et al,</u> United States District Court, Eastern District of Louisiana (10-3070), and Barbara S. Nolan gives notice of her limited appearance as additional counsel for Fidelity Fire & Casualty Company.

This limited appearance is submitted reserving all defenses, and without waiving any objections to service, venue, joinder, jurisdiction or consolidation on behalf of Fidelity Fire & Casualty Company.

Respectfully Submitted,

**SHEEHE & ASSOCIATES, P.A.**
Attorneys for Defendant,
Fidelity Fire & Casualty Company
One Biscayne Tower - Suite 2650
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 379-3515
Facsimile: (305) 379-5404

By: /s/ Phillip J. Sheehe
Florida Bar Number 259128
psheehe@sheeheandassociates.com

Barbara S. Nolan
Florida Bar Number 16832
bnolan@sheeheandassociates.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email _or_ by hand delivery and e-mail _and_ upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of November, 2010.

/s/ Phillip J. Sheehe