IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 |
| | | SECTION "L" |
| This Document Relates to: (Hernandez 10-3070) | * * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Dominic J. Ovella, Anne E. Medo, Sean P. Mount, and Jason M. Baer of the firm Hailey, McNamara, Hall, Larmann & Papale, LLP who enter their appearance as counsel of record for the Defendant, QBE Insurance Corporation.

RESPECTFULLY SUBMITTED this the 23 day of November, 2010.

[signature block on following page]

BY:   HAILEY, MCNAMARA, HALL,
      LARMANN & PAPALE, LLP


_____*s/ Sean P. Mount*_____
**DOMINIC J. OVELLA, #15030 – T.A.**
**dovella@hmhlp.com**
**ANNE E. MEDO, #24556**
**amedo@hmhlp.com**
**SEAN P. MOUNT, #27584**
**smount@hmhlp.com**
**JASON M. BAER, #31609**
**jbaer@hmhlp.com**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana  70001
Telephone: (504) 836-6500
Counsel for Defendants, Empire Fire and
Marine Insurance Company, Empire
Indemnity Insurance Company, Sterling
National Insurance Agency, Inc. (formerly
known as ZC Sterling Insurance Agency,
Inc. and erroneously listed as ZC Sterling
Insurance Company) and QBE Insurance
Corporation