UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE: FALLON <br><br> MAG. WILKINSON |
| This Document Relates to: <br><br> *Charlene and Tatum Hernandez v. AAA Insurance, et al.,* Case No. 10-3070 _____/ | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Amy L. Koltnow and Maria E. Abate are entering an appearance for defendant, Southern Oak Insurance Company, preserving all rights, defenses and objections, including, without limitation, the right to object to jurisdiction, venue and/or service:

Respectfully submitted,

*/s/ Amy L. Koltnow*
**Amy L. Koltnow, Esq.**
Fla. Bar No.: 899010
akoltnow@cftlaw.com
**Maria E. Abate, Esq.**
Fla. Bar No.: 770418
mabate@cftlaw.com
**COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P.A.**
One Financial Plaza, 23rd Floor
100 S.E. Third Avenue
Fort Lauderdale, Florida 33394
(954) 492-4010 (Telephone)
(954) 492-1144 (Fax)

**ATTORNEYS FOR DEFENDANT, SOUTHERN OAK INSURANCE COMPANY**

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing **NOTICE OF APPERANCE OF COUNSEL** has been served on Plaintiffs' Liaison Counsel, **RUSS HERMAN**, and Defendants' Liaison Counsel, **KERRY MILLER**, by US Mail and e-mail OR by hand delivery and e-mail AND upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23nd day of November, 2010.

                /s/ *Amy L. Koltnow*
                Amy L. Koltnow, Esq.