UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| Case No. 10-362 | : | |
| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* | : | |

## MOTION TO WITHDRAW BROAD AND CASSEL AS COUNSEL OF RECORD FOR CORNERSTONE GROUP DEVELOPMENT, LLC AND CORNERSTONE GROUP

Pursuant to Local Rule 83.2.11, Peter R. Goldman, Esq. and Vanessa M. Serrano, Esq., of Broad and Cassel move to withdraw their appearance as counsel of record for Defendants Cornerstone Group Development, LLC, and Cornerstone Group (hereinafter "Cornerstone").

Undersigned counsel entered an appearance as counsel of record for Cornerstone on May 17, 2010. Broad and Cassel now seeks to withdraw as counsel of record. The undersigned certifies that this Motion has been discussed with Cornerstone and Cornerstone has no objection to the withdrawal. Broad and Cassel also requests that the Court afford Cornerstone twenty (20) days to secure new counsel. In the interim, all future notices and pleadings can be served upon Cornerstone at the following address: 2100 Hollywood Blvd., Hollywood, Florida 33020.

WHEREFORE, Broad and Cassel respectfully request that the Court grant the Motion to Withdraw and afford Cornerstone 20 days in which to obtain new counsel.

Dated November 23, 2010          Respectfully submitted,

By: __/s/ Peter R. Goldman_____
     PETER R. GOLDMAN
     Florida Bar No. 860565
     VANESSA M. SERRANO
     Florida Bar No. 51555
     BROAD AND CASSEL
     100 S.E. Third Ave., Ste. 2700
     Fort Lauderdale, FL 33394
     Ph:   (954) 764-7060
     Fax: (954) 761-8135
     pgoldman@broadandcassel.com
     vserrano@broadandcassel.com

     *Counsel for Defendants*
     *Cornerstone Group Development, LLC*
     *Cornerstone Group*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been served on Plaintiffs'

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail

and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve

in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the

Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will

send a notice of electronic filing in accordance with the procedures established in MDL 2047, on

this 20th day of November 2010.

                                                       __/s/ Vanessa M. Serrano_____
                                                       Vanessa M. Serrano