UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON  MAG. JUDGE WILKINSON |
| Case No. 10-362  *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* | : : | |

### NOTICE OF HEARING ON MOTION TO WITHDRAW BROAD AND CASSEL AS COUNSEL OF RECORD FOR CORNERSTONE GROUP DEVELOPMENT, LLC AND CORNERSTONE GROUP

Pursuant to Local Rule 83.2.11, Peter R. Goldman, Esq. and Vanessa M. Serrano, Esq., of Broad and Cassel hereby give notice that they will bring its Motion to Withdraw Broad and Cassel as Counsel of Record for Cornerstone Group Development, LLC and Cornerstone Group before the Honorable Judge Eldon. E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United Stated Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on December 1, 2010 at 9:00 a.m. or as soon thereafter that it may be heard.

Dated August 31, 2010                              Respectfully submitted,

                                                                  By: __/s/ Vanessa M. Serrano_____

PETER R. GOLDMAN

Florida Bar No. 860565

VANESSA M. SERRANO

Florida Bar No. 51555

BROAD AND CASSEL

100 S.E. Third Ave., Ste. 2700

Fort Lauderdale, FL 33394

Telephone: (954) 764-7060

Facsimile: (954) 761-8135

pgoldman@broadandcassel.com

vserrano@broadandcassel.com

    Dated November 23, 2010           Respectfully submitted,

                                                By: __/s/ Peter R. Goldman_____
                                                   PETER R. GOLDMAN
                                                   Florida Bar No. 860565
                                                   VANESSA M. SERRANO
                                                   Florida Bar No. 51555
                                                   BROAD AND CASSEL
                                                   100 S.E. Third Ave., Ste. 2700
                                                   Fort Lauderdale, FL 33394
                                                   Ph:  (954) 764-7060
                                                   Fax: (954) 761-8135
                                                   pgoldman@broadandcassel.com
                                                   vserrano@broadandcassel.com

                                                   *Counsel for Defendants*

*Cornerstone Group Development, LLC*
*Cornerstone Group*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of November 2010.

        __/s/ Vanessa M. Serrano_____
        Vanessa M. Serrano