UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　　＊　CASE NO.  2:09-MD-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION　　　　　　　　　　　　　　　　＊　SECTION "L"

　　　　　　　　　　　　　　　　　　　　　　　＊　JUDGE ELDON E. FALLON

This document relates to:
09-7628 (Phillips Abita Lumber Company, Inc.)   *  MAGISTRATE JUDGE WILKINSON
******************************************

## NOTICE OF APPEARANCE

NOW COMES Stephen N. Elliott, Caroline D. Elliott and Jeanne M. Mauldin of the law firm of Bernard, Cassisa, Elliott & Davis, and notifies this Court of their appearance as counsel for the Defendant Phillips Abita Lumber Company, Inc. ("Phillips") and requests that any orders, notices, motions, pleadings, correspondence, etc., issued from this Honorable Court be forwarded to the undersigned.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**BERNARD, CASSISA, ELLIOTT & DAVIS**
　　　　　　　　　　　　　　　　A Professional Law Corporation

　　　　　　　　BY:　  *S/ Stephen N. Elliott*
　　　　　　　　　　　　　　　　**STEPHEN N. ELLIOTT (#5326)**
　　　　　　　　　　　　　　　　**CAROLINE D. ELLIOTT (#28568)**
　　　　　　　　　　　　　　　　**JEANNE M. MAULDIN (#28923)**
　　　　　　　　　　　　　　　　1615 Metairie Road
　　　　　　　　　　　　　　　　P.O. Box 55490
　　　　　　　　　　　　　　　　Metairie, LA  70055-5490
　　　　　　　　　　　　　　　　Telephone:  (504) 834-2612
　　　　　　　　　　　　　　　　Email: elliotts@bcedlaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th Day of November 2010.

    Respectfully submitted,


    *S/ Stephen N. Elliott*
    Stephen N. Elliott (Bar No. 5326)
    Phone: (504) 834-2612
    Fax: (504) 838-9438
    E-Mail: elliotts@bcedlaw.com