UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * * | JUDGE: FALLON |
| **This document related to:** | * * | |
| *David Gross, et al v. Knauf Gips KG, et al*<br>Docket No. 09-6690 | * * | MAG: WILKINSON |

## MEMORANDUM IN SUPPORT OF MOTION TO ADOPT 12(B) MOTION TO DISMISS

**MAY IT PLEASE THE COURT:**

The defendant, Swedberg Enterprises, Inc., d/b/a Florida Drywall ("Swedberg"), respectfully submits the following Memorandum in Support of its Motion to Adopt Swedberg's Rule 12(b) Motion to Dismiss.

As this Honorable Court is well aware, thousands of plaintiffs have filed suit across several states alleging damages from defective Chinese drywall that was "imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold" by hundreds of defendant entities. (Rec. Doc. 2187, Case. No. 2:09-md-02047-EEF-JCW). The U.S. Judicial Panel on Multidistrict Litigation created an MDL entitled *In re: Chinese-Manufactured Drywall Products Liability Litigation* for these so-called Chinese drywall cases. (Rec. Doc. 1). One such suit was recently filed directly into the MDL and styled as an "omnibus class action complaint in intervention." (Rec. Doc. 2187). In response to that action, Swedberg filed a 12(b) Motion to Dismiss, which was filed on October 1, 2010.

Subsequently, several new plaintiffs filed another omnibus class action in intervention, making similar allegations against the defendants. Rec. Doc. 5580. In response, Swedberg asks

1

that the Court adopt as Swedberg's response to the new omnibus pleading the 12(b) Motion it previously filed on October 1, 2010. Rec. Doc. 5643.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
**Counsel for Defendant, Swedberg Enterprises, Inc.**

## CERTIFICATE

I hereby certify that the above and foregoing Memorandum in Support of Motion to Adopt Rule 12(b) Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of November, 2010.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

2