IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| This Document Relates to: (Hernandez 10-3070) | * * * | JUDGE FALLON MAGISTRATE WILKINSON |

*************************************************************

## INSURER PROFILE FORM

Each Insurer named as a party in any action pending in MDL No. 2047 must complete and either a representative of the Insurer or its counsel of record must sign this Insurer Profile Form. If the matter involves a class action, the reporting obligations relate only to the named plaintiff(s) therein, and not to any unnamed class members. If additional information becomes known after completion, this Insurer Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Insurer Profile Form that relates to the specific attachment or document. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By submitting an Insurer Profile Form, and by answering the Insurer Profile Form, the Insurer is not consenting to or waiving any challenge to jurisdiction or venue in the MDL proceeding, and is not waiving the work product and/or attorney client privileges. All such objections, challenges and privileges, along with all defenses, are specifically reserved. Please print legibly or type your responses in English.

I. **IDENTIFICATION AND CONTACT INFORMATION**

    A. Insurer Name: Louisiana Citizens Property Insurance Corporation

    B. Principal Place of Business: Baton Rouge, LA.

    C. State of Incorporation: Louisiana

    D. Registered Agent: Secretary of State- Louisiana

    E. Attach a copy of your FRCP Rule 7.1 Corporate Disclosure form or provide this corporate disclosure information here: (See Attached.)

II. **COUNSEL OF RECORD FOR INSURER**

    A. Name: Darren A. Patin

    B. Firm: Hailey, McNamara, Hall, Larmann & Papale, L.L.P.

    C. Address: One Galleria Blvd., Suite 1400, Metairie, LA. 70001

    D. Phone Number: (504) 836-6500

    E. Fax Number: (504) 836-6565

    F. E-Mail: dpatin@hmhlp.com

III. **LIABILITY INSURANCE**

If you are named as a party in any lawsuit pending in MDL No. 2047 that, in whole or in part, seeks determination of insurance coverage under a liability insurance policy (which is any policy of insurance on which a claimant asserts coverage for a claim in which that claimant is not the insured under the policy and liability against the insured tinder the policy is asserted) issued by you, for each such policy identified in the lawsuit, provide the following information and attach a copy of the policy with the declarations page, subject to the confidentiality provisions of Pretrial Orders #22 and #23;

Named Insured:

Policy Number:

Policy Period:

Type of Policy:

IV. **PROPERTY INSURANCE**

If you are named as a party in any lawsuit pending in MDL No. 2047 that, in whole or in part, seeks determination of insurance coverage under a property insurance policy (which is any policy of insurance on which an insured under the policy asserts coverage for a claim for the insured's own damages) issued by you, for each such policy identified in the lawsuit, provide the following information and attach a copy of the policy with the declarations page, subject to the confidentiality provisions of Pretrial Orders #22 and #23:

| | |
|---|---|
| Named Insured: | Shaun Michael Boudreaux and Justine Elizabeth Trudeau |
| Case Number: | 10-3070 |
| Insured Property Address: | 3005 Blanchard Dr., Chalmette, LA. 70043 |
| Policy Number: | FH 20071910526 01 |
| Policy Period: | 08/03/08-08/03/09 |

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Insurer Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in the insurance company's possession, custody or control.

| | |
|---|---|
| _____ <br> Date | _____ <br> Entity <br><br> By: _____ <br><br> Its: _____ |

        BY:   HAILEY, MCNAMARA, HALL,
                   LARMANN & PAPALE, LLP

                  *s/ Darren A. Patin*
                  **DARREN A. PATIN, #23244**
                  **dpatin@hmhlp.com**
                  **DARREN P. TYUS, #30772**
                  **dtyus@hmhlp.com**
                  One Galleria Boulevard, Suite 1400
                  Metairie, Louisiana 70001
                  Telephone: (504) 836-6500
                  Counsel for Defendants, Louisiana Citizens
                  Property Insurance Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 24th day of November, 2010.

                  *s/ Darren A. Patin*
                  **DARREN A. PATIN**