IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | CASE NO. 2:09-MD-2047 |
| | * | SECTION "L" |
| This Document Relates to: (Hernandez 10-3070) | * * * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |

*****************************************************************

## CORPORATE DISCLOSURE STATEMENT

Louisiana Citizens Property Insurance Corporation certifies that it is a non-governmental corporation and existing under the laws of the State of Louisiana, with its principal place of business in Baton Rouge, Louisiana.

Louisiana Citizens Property Insurance Corporation submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. Louisiana Citizens Property Insurance Corporation is not a publicly-held corporation or other publicly-held entity.

2. Louisiana Citizens Property Insurance Corporation does not have any parent corporation.

3. No publicly held corporation owns 10 percent or more of Louisiana Citizens Property Insurance Corporation's stock.

Dated: _____

BY: HAILEY, MCNAMARA, HALL, LARMANN & PAPALE, LLP

*s/ Darren A. Patin*
DARREN A. PATIN, #23244
dpatin@hmhlp.com
DARREN P. TYUS, #30772
dtyus@hmhlp.com
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Counsel for Defendants, Louisiana Citizens
Property Insurance Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 19th day of October, 2010.

*s/ Darren A. Patin*
DARREN A. PATIN