**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

November 16, 2010

United States District Court, Eastern District of Louisiana
500 Poydras,
New Orleans, LA 70130

Re: Kenneth and Barbara Wiltz, et al., Pltfs. vs. Beijing New Building Materials Public Limited Co., et al. including McCar Homes, Inc., Dfts.

Case No. 10-361  L(2)

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Lyndell McBride
Process Specialist

Log# 517609543

FedEx Tracking# 794122852845

cc:  Russ M. Herman
     Herman, Herman, Katz & Coltar, LLP
     820 O'Keefe Avenue,
     New Orleans, LA 70113