UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 09-2047<br>*<br>* SECTION: L<br>*<br>* JUDGE FALLON<br>* MAG. JUDGE WILKINSON |
| "This Document Relates to Docket No.: 10-3070" | *<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM**
**FOR EXTENSION OF TIME IN WHICH TO PLEAD**

**NOW INTO COURT**, through undersigned counsel comes defendant, National Home Insurance Company, a Risk Retention Group ('NHIC"), who hereby represents to the Court that it was served with a summons in the referenced matter on November 5, 2010.  Counsel has recently received the file from NHIC and requires additional time within which to prepare responsive pleadings.

Accordingly, NHIC moves the Court for an Order granting it an extension of twenty-one (21) additional days from November 26, 2010 until December 17, 2010 to file responsive pleadings in this matter.

This is NHIC's first request for additional time within which to plead.  No party has filed

an objection to the granting of this motion into the record of this matter.

        Respectfully submitted,

    \s\ Susan F. Clade
    Jay H. Kern (Bar No.7345)
    Susan F. Clade (Bar No. 01033)
    Douglass F. Wynne(Bar No. 32019)
    SIMON, PERAGINE, SMITH & REDFEARN, LLP
    1100 Poydras Street
    30th Floor, Energy Centre
    New Orleans, Louisiana  70163-3000
    Telephone:  (504) 569-2030
    **Attorneys for Defendant,**
    **National Home Insurance Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system, with the exception of the following listed counsel of record, who will receive a copy of this filing via United States Mail, postage prepaid and addressed as follows:

New Orleans, Louisiana, this **23th** day of **November, 2010.**

    \s\ Susan F. Clade

N:\DATA\M23421063\Motion Extension of Time.wpd