UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    * MDL NO. 09-2047
        PRODUCTS LIABILITY LITIGATION         *
                                           * SECTION: L
                                           *
                                           * JUDGE FALLON
                                           * MAG. JUDGE WILKINSON
**"This Document Relates to Docket No.: 10-3070"**    *
                                             *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing:

**IT IS ORDERED** that defendant, National Home Insurance Company, a Risk Retention Group, be and is hereby granted a twenty one (21) day extension of time in which to respond, except, or object to Plaintiff's petition.

New Orleans, LOUISIANA, this _____ day of _____, 2010.

                                                           _____
                                                           UNITED STATES DISTRICT COURT JUDGE

N:\DATA\M23421063\Order for Motion For Extension of Time.wpd