UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____/

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS

I. **Letter of Request**

   1. **Sender**

   **Shubhra R. Mashelkar, Esquire**
   WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
   smashelkar@wwhgd.com
   3344 Peachtree Road
   Suite 2400
   Atlanta, GA 30326
   Telephone (404)876-2700
   Fax (404) 875-9433
   *Counsel for Banner Supply Company*

2. **Central Authority of the Requested State**

>   *Bavaria*
>   Der Präsident
>   des Oberlandesgerichts München
>   Prielmayerstrasse 5
>   80335 München
>   [Postal address: D - 80097 MÜNCHEN]
>   Telephone: +49 (89) 5597-02
>   Fax: +49 (89) 5597-3575
>   E-mail: poststelle@olg-m.byern.de
>   Website: www.jutiz.bayern.de/gericht/olg/m

3. **Person to whom the executed request is to be returned**

>   **Shubhra R. Mashelkar, Esquire**
>   WEINBERG, WHEELER, HUDGINS,
>   GUNN & DIAL, LLC
>   smashelkar@wwhgd.com
>   3344 Peachtree Road
>   Suite 2400
>   Atlanta, GA  30326
>   Telephone (404)876-2700
>   Fax (404) 875-9433
>   *Counsel for Banner Supply Company*

II. In conformity with Article III of the Convention, the undersigned applicant has the honor to submit the following requests:

1. **Requesting Judicial Authority**

>   United States District Court for the Eastern District of Louisiana

2. **Competent Authority**

      *Bavaria*
      Der Präsident des Oberlandesgerichts München
      (The President of the Higher Regional Court of Munich)
      Prielmayerstrasse 5
      80335 München
      [Postal address: D - 80097 MÜNCHEN]
      Telephone: +49 (89) 5597-02
      Fax: +49 (89) 5597-3575
      E-mail: poststelle@olg-m.byern.de
      Website: www.jutiz.bayern.de/gericht/olg/m

3. **Names and Addresses of the Parties and Their Representatives**

   a. **Plaintiff**

      Plaintiffs' Liaison Counsel
      Russ Herman
      Herman, Herman, Katz & Cotlar, L.L.P.
      820 O'Keefe Avenue
      New Orleans, Louisiana, 70113
      Telephone: (504)581-4892
      Fax: (504)561-6024
      rherman@hhkc.com

   b. **Defendant**

      ***Banner Supply Company***
      Shubhra R. Mashelkar, Esquire
      WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC
      smashelkar@wwhgd.com
      3344 Peachtree Road
      Suite 2400
      Atlanta, GA  30326
      Telephone (404)876-2700
      Fax (404) 875-9433

      Nicholas P. Panayotopoulos, Esquire
      WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC
      npanayo@wwhgd.com
      3344 Peachtree Road
      Suite 2400
      Atlanta, GA  30326

Telephone (404)876-2700
Fax (404) 875-9433

4. **Nature and Purpose of the Proceedings and Summary of Facts**

   Plaintiffs are numerous homeowners, builders, and suppliers that allegedly suffered damages as a result of the allegations explained below.

   Defendant Banner Supply Company is a Florida, United States of America corporation, with its principal place of business in Miami, Florida.

   This is multidistrict litigation commenced in the United States District Court for the Eastern District of Louisiana. This action was brought by numerous individuals, homebuilders, and suppliers to resolve numerous disputes regarding alleged defects in Chinese-manufactured drywall that was used in the construction and refurbishing of homes in the coastal areas of the United States, most notably along the East Coast and the Gulf Coast (Gulf of Mexico). Sometime after the installation of the Chinese-manufactured drywall, homeowners began to complain of emissions of smelly gasses, the corrosion and blackening of metal wiring, surfaces, and objects, and the breaking down of appliances and electrical devices in their homes. Many of these homeowners also began to complain of various physical afflictions allegedly caused by the Chinese-manufactured drywall. This litigation resulted from those complaints.

   The foreign company from whom Defendant seeks to obtain certain documents and information is Fraunhofer-Gesellschaft. The Fraunhofer Institute for Building Physics – Holzkirchen, which is a branch of Fraunhofer-Gesellschaft, is identified as having performed numerous scientific tests on Chinese-manufactured drywall produced by Knauf,[1] one of the defendants in the litigation.

5. **Evidence to be Obtained or Other Judicial Act to be Performed**

   The evidence requested herein consists of documents relating to any testing performed by the Fraunhofer Institute for Building Physics on Chinese-manufactured drywall produced by Knauf, including, but not limited to, any x-ray, gas chromatography, chemical composition, and/or odor-related testing. Also requested are documents relating to communications between Knauf and

---

[1] Knauf consists of Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. (collectively referred to as "Knauf").

4

Fraunhofer-Gesellschaft and/or the Fraunhofer Institute for Building Physics regarding tests performed on Chinese-manufactured drywall.

6. **Identity and Address of Company from Whom Documents are Requested.**

   Fraunhofer-Gesellschaft zur Förderung der angewandten Forschung e.V.
   Postfach 20 07 33
   80007 Munich, Germany
   Phone +49 89 1205-0
   Fax +49 89 1205-7531

   <u>Alternative Address</u>:

   Hansastraße 27 c
   80686 Munich, Germany

7. **Statement of the Subject Matter about which the Persons Named in Paragraph 6 are to be Examined**

   Fraunhofer-Gesellschaft, through scientific testing completed by its subsidiary, the Fraunhofer Institute for Building Physics, has been identified as a company that possesses documents and/or information regarding scientific tests performed on Chinese-manufactured drywall produced by Knauf.

8. **Documents or Other Property to be Produced**

   Documents relating to any testing performed by the Fraunhofer Institute for Building Physics on Chinese-manufactured drywall produced by Knauf, including, but not limited to, any x-ray, gas chromatography, chemical composition, and/or odor-related testing. Also requested are e-mails and other written communications between Knauf and Fraunhofer-Gesellschaft and/or the Fraunhofer Institute for Building Physics regarding tests performed on Chinese-manufactured drywall.

9. **Oath or Affirmation**

   This requests that the documents be produced under affirmation that all documents are true and correct copies of originals and that all documents responsive to this request are being produced.

10. **Special Methods or Procedure**

    It is requested that all documents be produced as photocopies, and delivered either in paper form or electronically.

11. **Request for Attendance or Participation of Judicial Personnel**

    None.

12. **Fees and Costs**

    The fees and costs incurred which are reimbursable under the Hague Convention will be borne by Defendant.

13. **Date of Request**

    November 17, 2010

14. **Signature and Seal of the Requesting Authority**

    *[signature]*

    The Honorable Eldon E. Fallon
    United States District Court Judge

    Sworn to and subscribed before me this 23rd day of Nov, 2010.

    *[signature]* Ruth H. Leard
    Notary Public

    My Commission Expires: upon death

    RUTH H. LEARD
    Orleans Parish, Louisiana
    Notary Public
    Notary ID Number: 3892
    My Commission is issued for Life