**BEZIRKSGERICHT DER VEREINIGTEN STAATEN**
**ÖSTLICHER DISTRIKT VON LOUISIANA**

| | |
|---|---|
| IN SACHEN: IN CHINA HERGESTELLTE GIPSPLATTEN PRODUKTHAFTUNGS RECHTSSTREIT | MDL-PROZESSLISTE: 2047<br>ABTEILUNG: L<br><br>RICHTER FALLON WILKINSON |
| DIESES DOKUMENT BEZIEHT SICH UNTERSUCHUNGSRICHTER ALLE FÄLLE | |

**ERSUCHEN UM INTERNATIONALE RECHTSHILFE GEMÄSS DEM HAAGER ÜBEREINKOMMEN VOM 18. MÄRZ 1970 ÜBER DIE BEWEISAUFNAHME IM AUSLAND IN ZIVIL- ODER HANDELSSACHEN**

**I      Ersuchen**

    **1.   Absender**

**Shubhra R. Mashelkar, RA**
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
smashelkar@wwhgd.com
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326      Tel. +1 (404)876-2700
Fax +1 (404) 875-9433
*Verteidiger für die Banner Supply Company*

    **2.   Zentrale Autorität des ersuchten Landes**

*Bayern*
Der Präsident
des Oberlandesgerichts München
Prielmayerstrasse 5
80335 München
[Postanschrift: D - 80097 MÜNCHEN]
Tel.: +49 (89) 5597-02

1

Fax: +49 (89) 5597-3575
E-mail: poststelle@olg-m.byern.de
Website: www.jutiz.bayern.de/gericht/olg/m

3. **Personen, an die das durchgeführte Ersuchen zurück geschickt werden soll**

**Shubhra R. Mashelkar, Esquire**
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
smashelkar@wwhgd.com
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326
Tel. +1 (404)876-2700
Fax +1 (404) 875-9433
*Anwalt für Banner Supply Company*

II. **In Übereinstimmung mit Artikel III des Übereinkommens bittet der Unterzeichnete und Gesuchsteller Folgendes:**

1. **Ersuchende Justizbehörde**

Bezirksgericht der Vereinigten Staaten für den östlichen Distrikt von Louisiana

2. **Zuständige Behörde**

*Bayern*
Der Präsident des Oberlandesgerichts München
Prielmayerstrasse 5
80335 München
[Postadresse: D - 80097 MÜNCHEN]
Tel.: +49 (89) 5597-02
Fax: +49 (89) 5597-3575
E-mail: poststelle@olg-m.byern.de
Website: www.jutiz.bayern.de/gericht/olg/m

3  Namen und Adressen der Parteien und ihrer entsprechenden Vertreter

    a.  K l ä g e r i n

        Verbindungsanwalt der Klägerin
        Russ Herman
        Herman, Herman, Katz & Cotlar, L.L.P. 820
        O'Keefe Avenue
        New Orleans, Louisiana, 70113
        Tel.: +1 (504)581-4892
        Fax: +1 (504)561-6024
        rherman@hhkc.com

    b.  B e k l a g t e

        ***Banner Supply Company***
        Shubhra R. Mashelkar, RA
        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC
        smashelkar@wwhgd.com
        3344 Peachtree Road
        Suite 2400
        Atlanta, GA 30326    Tel.
        +1 (404)876-2700
        Fax +1 (404) 875-9433

        Nicholas P. Panayotopoulos, Esquire
        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC
        npanayo@wwhgd.com334
        4 Peachtree Road Suite
        2400
        Atlanta, GA 30326
        Tel. +1 (404)876-2700
        Fax +1 (404) 875-9433

4  Art und Zweck des Verfahrens und Zusammenfassung des Sachverhalts

Die Kläger sind zahlreiche Hausbesitzer, Bauherren und Lieferanten, denen angeblich Schäden entstanden sind aufgrund der nachfolgend dargestellten Behauptungen.

Die Beklagte Banner Supply Company ist ansässig in Florida in den Vereinigten Staaten von Amerika und hat ihren Hauptgeschäftssitz in

Miami, Florida.

Dieses Verfahren bezieht sich auf mehrere Bezirke und wurde im Bezirksgericht der Vereinigten Staaten für den östlichen Distrikt von Louisiana angestrengt. Die Klägerinnen sind zahlreiche Einzelpersonen, Bauherren und Lieferanten, die zahlreiche Streitigkeiten über angebliche Defekte in den in China produzierten Gipsplatten beigelegt haben möchten. Diese Gipsplatten wurden für den Bau und die Renovierung von Häusern in den Küstengebieten der Vereinigten Staaten benutzt, und zwar hauptsächlich entlang der Ostküste und dem Golf von Mexiko. Einzige Zeit nach dem Einbau der in China hergestellten Gipsplatten fingen die Hauseigentümer an, sich über austretende übel riechende Gase, die Korrosion und die Schwarzfärbung von metallischen Leiterbahnen, Oberflächen und Gegenständen sowie über nicht funktionierende Haushalts- und Elektrogeräte zu beschweren. Viele dieser Hauseigentümer fingen auch an, sich über zahlreiche Gesundheitsprobleme zu beschweren, die angeblich von den in China hergestellten Gipsplatten herrührten. Diese Beschwerden haben letztendlich zu diesem Verfahren geführt.

Das deutsche Unternehmen, von dem die Beklagte bestimmte Unterlagen und Informationen einholen möchte, ist die Fraunhofer Gesellschaft. Das Fraunhofer Institut für Bauphysik in Holzkirchen, das eine Einrichtung der Fraunhofer Gesellschaft ist, hat zahlreiche wissenschaftliche Prüfungen an den in China hergestellten Gipsplatten durchgeführt, die von Knauf[1,] einer der Beklagten in diesem Verfahren produziert wurden.

5. **Einzuholende Beweise oder andere durchzuführende Justizhandlungen**

Die hier erbetenen Beweise sind Dokumente, die sich auf die vom Fraunhofer Institut für Bauphysik durchgeführten Prüfungen an den in China hergestellten und von Knauf produzierten Gipsplatten beziehen, wie z.B. auch Röntgenaufnahmen, Gaschromatographie, die chemische Zusammensetzung und/oder sich auf Geruch beziehende Prüfungen. Ebenso wird ersucht um Dokumente, die sich auf die Kommunikationen zwischen Knauf und der Fraunhofer Gesellschaft und/oder dem Fraunhofer Institut für Bauphysik über die an den in China hergestellten Gipsplatten durchgeführten Prüfungen beziehen.

---

[1] Knauf besteht aus Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., und Knauf Plasterboard (Dongguan) Co., Ltd. (gegemeinsam bezeichnet als "Knauf").

4

6. **Identität und Adresse des Unternehmens von dem Dokumente erbeten werden.**

   Fraunhofer Gesellschaft zur Förderung der angewandten Forschung e.V.
   Postfach 20 07 33
   80007 München, Deutschland
   Tel. +49 89 1205-0
   Fax +49 89 1205-7531

   <u>Alternative Adresse:</u>

   Hansastraße 27 c
   80686 München, Deutschland

7. **Stellungnahme zum Sachverhalt, über den die in Absatz 6 aufgeführten Personen befragt werden sollen**

   Die Fraunhofer Gesellschaft ist aufgrund der wissenschaftlichen Prüfungen, die von ihrer Tochtergesellschaft, dem Fraunhofer Institut für Bauphysik, durchgeführt wurden, identifiziert worden als ein Unternehmen, das sich im Besitz von Dokumenten und/oder Informationen über die wissenschaftlichen, an der in China hergestellten und von Knauf produzierten Gipsplatten durchgeführten Prüfungen befindet.

8. **Dokumente oder anderweitige herauszugebendes Eigentum**

   Dokumente, die sich auf die vom Frauenhofer Institut für Bauphysik an den in China hergestellten und von Knauf produzierten Gipsplatten durchgeführten Prüfungen beziehen, wie z.B. sämtliche Röntgenaufnahmen, Gaschromatographie, über die chemische Zusammensetzung und/oder sich auf Geruch beziehende Prüfungen. Ebenso erbeten sind E-Mails sowie andere schriftlichen Kommunikationen zwischen Knauf und der Frauenhofer Gesellschaft und/oder dem Frauenhofer Institut für Bauphysik in Bezug auf die an den in China hergestellten Gipsplatten durchgeführten Prüfungen.

9. **Eid oder Zusicherung**

   Es wird hiermit erbeten, dass hinsichtlich der herauszugebenden Dokumente zugesichert wird, dass alle Dokumente wahrheitsgetreue Kopien der Originale darstellen und dass alle Dokumente, auf die sich dieses Ersuchen bezieht, herausgegeben worden sind.

10. **Besondere Methode oder Vorgehensweise**

    Alle Dokumente sollten als Fotokopie und entweder in Papierform oder elektronisch zugestellt werden.

11. **Ersuchen um die Anwesenheit oder Teilnahme von Justizangestellten**

    Entfällt.

12. **Gebühren und Kosten**

    Die entstandenen Gebühren und Kosten sind gemäß der Haager Vereinbarung erstattungsfähig und werden von der Beklagten getragen.

13. **Datum des Ersuchens**

    17. November 2010

14. **Unterschrift und Siegel der ersuchenden Behörde**

    _[signature]_
    Eldon E. Fallon
    Richter im Bezirksgericht der
    Vereinigten Staaten

    Unterzeichnet und vor mir beeidigt an diesem 23rd Tag im Nov, 2010.

    _[signature]_
    Notar

    Meine Befugnis erlischt am: upon death

    **RUTH H. LEARD**
    **Orleans Parish, Louisiana**
    **Notary Public**
    **Notary ID Number: 3892**
    **My Commission is issued for Life**