UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____/

### CERTAIN BANNER ENTITIES MEMORANDUM IN SUPPORT OF MOTION TO LIFT THE STAY AS TO CERTAIN BANNER ENTITIES' EMERGENCY MOTION FOR A FINDING OF CONTEMPT AND TO COMPEL AGAINST CENTER OF TOXICOLOGY AND ENVIRONMENTAL HEALTH, LLC

COMES NOW Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC and Banner Supply International, LLC (collectively "Banner"), named Defendants in the above-styled action, and moves this Honorable Court for an Order directing the Stay to be lifted for the limited purpose of addressing Banner's Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC, ("CTEH") showing as follows:

The documents sought from CTEH are necessary and material to ascertain Knauf's knowledge as to the chemical composition and other properties of Chinese drywall. These

documents are essential to Banner's defense and its cross-claim against Knauf.[1] As this Court is well aware, several Knauf GIPS corporate depositions are currently underway. These documents are vital for taking of these depositions.[2] Therefore, Banner respectfully requests that the instant Motion to Lift the Stay be set for a hearing simultaneously with Banner's Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC.

Banner respectfully requests that the Court schedule a hearing on its Motion to Lift the Stay and corresponding Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC on the 2nd day of December, 2010 at a time set by the Court.

Respectfully submitted, this 23rd day of November, 2010.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Shubhra R . Mashelkar
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number: 475388
smashelkar@wwhgd.com
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700

***Counsel for Banner Supply Company***

---

[1] Knauf consists of Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dougguan) Co., Ltd. (collectively referred to as "Knauf").

[2] Defendant Banner reserves the right to re-depose any of the Knauf GIPs 30(b)(6) deponents, if at a later time it is determined that the documents from CTEH were improperly withheld.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Banner's Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC, has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 23rd day of November, 2010.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ *Shubhra R . Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**