UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY        SECTION: L
LITIGATION

                                  JUDGE FALLON
THIS DOCUMENT RELATES TO:         MAG. JUDGE WILKINSON
ALL CASES
_____/

## ORDER

Having considered Certain Banner Entities' Motion to Lift the Stay as to Banner's Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC,

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited purpose of addressing Banner's Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC,

**IT IS FURTHER ORDERED BY THE COURT** that a hearing is set on Banner's Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC on the 2nd day of December, 2010.

New Orleans, Louisiana, this ___ day of November, 2010.

_____
The Honorable Eldon E. Fallon
United States District Court Judge