UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____/

## ORDER

Having considered Banner Supply Company's ("Banner") Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC and Memorandum of Law in Support,

IT IS HEREBY ORDERED that Banner's Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC is GRANTED.

New Orleans, Louisiana, this ___ day of November, 2010.

_____
The Honorable Eldon E. Fallon
United States District Court Judge