UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |

THIS DOCUMENT RELATES TO:
ALL CASES

_____/

## CERTAIN BANNER ENTITIES' MOTION FOR LEAVE TO FILE UNDER SEAL THE MEMORANDUM OF LAW IN SUPPORT OF THEIR EMERGENCY MOTION FOR A FINDING OF CONTEMPT AND TO COMPEL AGAINST CENTER OF TOXICOLOGY AND ENVIRONMENTAL HEALTH, LLC

On motion of Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC and Banner Supply International, LLC (collectively "Banner"), who upon suggesting to the Court that it has filed a Memorandum of Law in Support of its Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC, for failing to properly and adequately respond to a Banner's Subpoena and Re-Notice of Oral Videotaped Deposition *Duces Tecum* Pursuant to Fed.R.Civ.P. 30(b)(6), seeks leave to permit said filing under seal. Banner desires and requests leave of Court to file this Memorandum and exhibits thereto under

seal so as to comply with this Court's Pretrial Order No. 16, paragraph 12, mandating that the depositions of Knauf employees be maintained as confidential.

Respectfully submitted, this 23rd day of November, 2010.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Shubhra R. Mashelkar
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number: 475388
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700
smashelkar@wwhgd.com
*Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading, Certain Banner Entities' Motion for Leave to File Under Seal the Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC, has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 23rd day of November, 2010.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Shubhra R. Mashelkar
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number: 475388
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700
smashelkar@wwhgd.com
*Counsel for Banner Supply Company*