UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL DOCKET: 2047
SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES

_____/

## ORDER

Considering the Banner Entities' Motion for Leave to File Under Seal the Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC;

IT IS SO ORDERED BY THE COURT that the Banner Entities are granted leave of court to file its Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC under seal and that such remains confidential subject to the further orders of this Court.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge