UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARY CALLAIS AND MICHELLE CALLAIS | * * * | CIVIL ACTION |
| Plaintiff, | * * | Case No.: 10-3372 |
| versus | * * | Section: L |
| | * | |
| GEOVERA SPECIALTY INSURANCE SERVICES, INC. | * * * | Magistrate: 2 |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT comes GeoVera Specialty Insurance, Inc. (incorrectly identified previously as GeoVera Specialty Insurance Services, Inc.) (hereinafter "GeoVera"), who respectfully moves this Honorable Court for an order substituting Seth A. Schmeeckle and Ralph S. Hubbard of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as counsel of record and trial attorney in this action in lieu and in place of Scott G. Jones of Inabnet & Jones, LLC.

Respectfully submitted,

/s/ Scott G. Jones
Scott G. Jones, #14408
INABNET & JONES, LLC
1331 West Casueway Approach
Mandeville, LA 70471
Telephone: (985)624-9920
Facsimile: (985)624-9940
Attorney for defendant,

GeoVera Specialty Insurance, Inc. (incorrectely identified reviously as GeoVera Specialty Insurance Services, Inc.)

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November 2010, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF to:

Scott R. Bickford
Lawrence J. Centola, III
Martzel & Bickford
338 Lafayette Street
New Orleans, Louisiana 70130

/s/ Scott G. Jones
Scott G. Jones