UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY CALLAIS AND MICHELLE CALLAIS<br><br>Plaintiff,<br><br>versus<br><br>GEOVERA SPECIALTY INSURANCE SERVICES, INC.<br><br>Defendant. | CIVIL ACTION<br><br>Case No.: 10-3372<br><br>Section: L<br><br>Magistrate: 2 |

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel filed by GeoVera Specialty Insurance, Inc. (incorrectly identified previously as GeoVera Specialty Insurance Services, Inc.) (hereinafter "GeoVera");

IT IS ORDERED, ADJUDGED AND DECREED that Seth A. Schmeeckle and Ralph S. Hubbard of the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard be substituted as counsel of record for Scott G. Jones of the law firm of Inabnet & Jones, LLC in the above entitled and numbered matter.

New Orleans, Louisiana this _____ day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE