UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Payton, et al. v. Knauf Gips KG, et al. No. 09-7628 (E.D. La.) | * * * | MAG. JUDGE WILKINSON |
| Rogers, et al. v. Knuaf Gips KG, et al., No. 10-000362 (E.D. La.) | * * * | |

### INTERIOR/EXTERIOR'S RESPONSES TO KNAUF PLASTERBOARD'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT**, through undersigned counsel, comes Interior/Exterior Building Supply, LP, and Interior/Exterior Enterprises, LLC ("INEX") who responds to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents as follows.

### REQUEST FOR PRODUCTION NO. 1:

All documents reflecting referring to or consisting of INEX's purchase of drywall during the period January 1, 2005 to December 31, 2007 other than those already produced in the Chinese Drywall litigation, including but not limited to, INEX's attempts to secure supply of drywall during that period from any source.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Objection.  This Request seeks information that irrelevant and not likely to lead to the discovery of admissible evidence.  Subject thereto, the documents, Bates Labeled INT/EXT 034860-034872, are being produced to counsel for Knauf Plasterboard (Tianjin) Co., Ltd. in electronic format via U.S. Mail and will be made available to any requesting Party by contacting Jenniffer Martin at Credence Corp., a non-party document vendor, via telephone at (954) 462-0855, or via email at jmartin@credencecorp.com or Seth Turnoff via email at sturnoff@magnals.com.  When requesting the production, the requesting party must provide the following passcode: **4GJPRO1129**.

Dated: November 29, 2010.

            Respectfully submitted,

            */s/ Richard G. Duplantier, Jr.*
            _____
            Richard G. Duplantier, Jr. #18874
            Lambert J. Hassinger, Jr. #21683
            Carlina C. Eiselen, #28524
            Jeffrey P. Green #30531
            Galloway, Johnson, Tompkins, Burr & Smith
            701 Poydras Street, Suite 4040 One Shell Square
            New Orleans, LA 70139
            504 525 6802 / 504 525 2456 Fax
            rduplantier@gjtbs.com   /   jhassinger@gjtbs.com
            ceiselen@gjtbs.com   /   jgreen@gjtbs.com
            *Counsel for Interior Exterior Building Supply, L.P.*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 29th day of November, 2010.

*/s/ Richard G. Duplantier, Jr.*

Richard G. Duplantier, Jr.