UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL 2047 SECTION L |
| | * * * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Payton, et al. v. Knauf Gips KG, et al. No. 09-7628 (E.D. La.) | * * * | MAG. JUDGE WILKINSON |
| Rogers, et al. v. Knuaf Gips KG, et al., No. 10-000362 (E.D. La.) | * * * | |

### INTERIOR/EXTERIOR'S RESPONSES TO KNAUF PLASTERBOARD'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT**, through undersigned counsel, comes Interior/Exterior Building Supply, LP, and Interior/Exterior Enterprises, LLC ("INEX") who responds to Knauf Plasterboard (Tianjin) Co., Ltd.'s Second Request for Production of Documents as follows.

**REQUEST FOR PRODUCTION NO. 1:**

All documents reflecting communications between INEX and any and all foreign or domestic governmental agencies between January 1, 2005 and the present, including but not limited to the CPSC, EPA, CDC, and APSDR, concerning alleged problems with Chinese Drywall, including any symptoms of the drywall's presence such as smells or odors, air conditioning unit or component replacement, corrosion of metals, electrical and/or plumbing systems or components, and any health and safety concerns, issues or claims.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Objection. This Request seeks information that is confidential and not subject to disclosure by INEX. All communication from and to any governmental agency was done

pursuant to and protected by Louisiana Revised Statute 51:1404, 15 U.S.C. § 2055(a)(2)-(4), and in particular, 15 U.S.C. § 2055(a)(2)-(4) which provides in pertinent part that: "All information reported or otherwise obtained by the Commission or its representative under this Act which information relates to a trade secret or other matter . . . subject to section 552(b)(4) of Title 5 shall be considered confidential and shall not be disclosed."

**REQUEST FOR PRODUCTION NO. 2:**

All documents provided by INEX to any and all foreign or domestic government agencies, legislative bodies, departments and/or representatives between January 1, 2005 and the present in connection with any governmental investigations, research or inquiries concerning Chinese Drywall.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Objection.  This Request seeks information that is confidential and not subject to disclosure by INEX.  All communication to any governmental agency was done pursuant to and protected by Louisiana Revised Statute 51:1404, 15 U.S.C. § 2055(a)(2)-(4), and in particular, 15 U.S.C. § 2055(a)(2)-(4) which provides in pertinent part that: "All information reported or otherwise obtained by the Commission or its representative under this Act which information relates to a trade secret or other matter . . . subject to section 552(b)(4) of Title 5 shall be considered confidential and shall not be disclosed."

Dated: November 29, 2010.

Respectfully submitted,

/s/ Richard G. Duplantier, Jr.
_____

Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 29th day of November, 2010.

/s/ Richard G. Duplantier, Jr.
_____
Richard G. Duplantier, Jr.