UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | Section: L |
| This Document Relates to: | Judge Fallon |
| | Mag. Judge Wilkinson |
| *Charlene and Tatum Hernandez vs. AAA Insurance, et al.,* 10-CV-3070 | |

_____/

## NOTICE OF APPEARANCE

Please take notice that Eduardo Cosio and Julie Bork Glassman are entering an appearance on behalf of Defendant, NORTH POINTE INSURANCE COMPANY.  Defendant reserves its right to assert all defenses and objections, and specifically does not waive any jurisdictional, service, or venue objections. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence in connection with this action be served upon them in accordance with the address and contact information below.

Respectfully submitted,

  /s/ Julie B. Glassman
Eduardo Cosio
Florida Bar No.: 714331
ecosio@cosiolaw.com
Julie Bork Glassman
Florida Bar No.: 014184
j.glassman@cosiolaw.com
EDUARDO COSIO, P.A.
901 Ponce de Leon Blvd., Suite 304
Coral Gables, FL 33134
Tel: (305) 567-0503
Fax: (305) 567-9875
**ATTORNEYS FOR NORTH POINTE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, LA 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras Street, New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail or email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this   29th   day of November, 2010.

    /s/ Julie B. Glassman
    Julie Bork Glassman