UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CASE NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| Relates to *Hernandez* (OMNI VI) | ) | |
| No. 10-3070 | ) | |
| | ) | MAG. JUDGE WILKINSON |

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, without waiver of any defenses, the undersigned law

firm  of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, and their respective individual counsel,

hereby give notice of their appearance as counsel for Defendant Teachers Insurance Company

("Teachers") in the above-captioned matter.

Teachers reserves all rights and defenses, and does not waive any objections, including

objections to service of process, venue, personal jurisdiction, or subject matter jurisdiction.

Undersigned counsel respectfully request that all future pleadings, documents, notices, and

correspondence in connection with this action be served upon all the undersigned counsel.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard III (La. Bar #7040)
Seth A. Schmeeckle, Esq. (La. Bar #27076)
**Lugenbuhl, Wheaton, Peck, Rankin
   & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Tel: (504) 568-1990 Ext. 119
Fax: (504) 310-9195
e-mail:     rhubbard@lawla.com
           sschmeeckle@lawla.com

**Counsel    for    Teachers    Insurance
Company**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>29th</u> day of November, 2010.

     /s/*Seth A. Schmeeckle*
    **Seth A. Schmeeckle, La. Bar No. 27076**

2