UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| Case No. 10-362 | : | |
| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* | : | |

## ORDER

The Court, having considered Broad and Cassel's Motion to Withdraw as Counsel of Record for Cornerstone Group Development, LLC, and Cornerstone Group, HEREBY ORDERS:

Broad and Cassel's Motion to Withdraw is granted. Broad and Cassel shall have no further responsibility with regard to this lawsuit. Cornerstone Group Development, LLC and Cornerstone Group shall have twenty days (20) to retain new counsel in this matter. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendants Cornerstone Group Development, LLC and Cornerstone Group at 2100 Hollywood Blvd., Hollywood, Florida 33020.

New Orleans, Louisiana this 29th day of November, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE