UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL　　\* MDL NO. 09-2047
　　　PRODUCTS LIABILITY LITIGATION　　　 \*
　　　　　　　　　　　　　　　　　　　　　\* SECTION: L
　　　　　　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　\* JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　　\* MAG. JUDGE WILKINSON
"This Document Relates to Docket No.: 10-3070"　\*
　　　　　　　　　　　　　　　　　　　　　\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

　　　Considering the foregoing:

IT IS ORDERED that defendant National Home Insurance Company's Motion for Extension of Time is DENIED AS MOOT. Pursuant to Pretrial Order No. 1G, the deadline for filing responsive pleadings has not yet begun to run. The Court directs counsel to familiarize themselves with the Court's MDL website (http://www.laed.uscourts.gov/Drywall/Drywall.htm), particularly the FAQs page, for information on the procedural rules in the MDL litigation.

　　　New Orleans, LOUISIANA, this 29th day of November 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE