UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARY CALLAIS AND MICHELLE CALLAIS | * * * | |
| Plaintiff, | * * | CIVIL ACTION |
| | * | Case No.: 10-3372 |
| versus | * * | Section: L |
| | * | |
| GEOVERA SPECIALTY INSURANCE SERVICES, INC. | * * * | Magistrate: 2 |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel filed by GeoVera Specialty Insurance, Inc. (incorrectly identified previously as GeoVera Specialty Insurance Services, Inc.) (hereinafter "GeoVera");

IT IS ORDERED, ADJUDGED AND DECREED that Seth A. Schmeeckle and Ralph S. Hubbard of the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard be substituted as counsel of record for Scott G. Jones of the law firm of Inabnet & Jones, LLC in the above entitled and numbered matter.

New Orleans, Louisiana this 29th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE