UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 09-2047 |
| | | JUDGE FALLON |
| **This document relates to:** | * | |
| ***Charlene and Tatum Hernandez et al., v. AAA Insurance et al.*** Case No. 10-3070 (E.D. La.) | * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that AMELIA W. KOCH, STEVEN F. GRIFFITH, JR., JENNIFER McNAMARA, and KATHRYN B. COOPER of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. hereby enter their appearance as counsel for defendant, USAA Casualty Insurance Company, in the above-captioned matter.

Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC


BY: _____*s/Kathryn B. Cooper*_____
AMELIA W. KOCH (#2186)
STEVEN F. GRIFFITH, JR., T.A.(#27232)
JENNIFER McNAMARA (#23946)
KATHRYN B. COOPER (#32404)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: akoch@bakerdonelson.com
E-mail: sgriffith@bakerdonelson.com
E-mail: jmcnamara@bakerdonelson.com
E-mail: kcooper@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
USAA CASUALTY INSURANCE COMPANY**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of November, 2010.


_____*s/Kathryn B. Cooper*_____
KATHRYN B. COOPER