UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL No. 2047
PRODUCTS LIABILITY LITIGATION

        SECTION: L

This Document Relates to:         CASE NO.  2:10-cv-03070
CHARLENE AND TATUM
HERNANDEZ, ET AL         JUDGE FALLON

V.         MAG. JUDGE WILKINSON

AAA INSURANCE, ET AL

## NOTICE OF APPEARANCE OF COUNSEL

     An appearance is hereby filed by Andrew L. Plauché, Jr. and James K. Ordenaux and Glenn

Newbauer of the law firm of PLAUCHÉ MASELLI PARKERSON L.L.P., 701 Poydras St., Suite

3800, New Orleans, LA 70139-3800, as attorneys of record for defendant, Shelter Mutual Insurance

Company, erroneously designated as Shelter Insurance Company in the above-referenced matter.

     This Notice of Appearance of Counsel concerns the plaintiffs' Omnibus Class Action

Complaint (VI) that was served on  Shelter Mutual Insurance Company on or about November 8,

2010.

      Shelter Mutual Insurance Company reserves all rights and defenses, including objections to

the jurisdiction and/or venue of this Court.   Shelter Mutual Insurance Company states that this

Notice does not constitute a waiver of service.

Respectfully submitted:

PLAUCHÉ MASELLI PARKERSON L.L.P.


s/ Andrew L. Plauché, Jr.
ANDREW L. PLAUCHÉ, JR. (Bar No. 11023)
JAMES K. ORDENEAUX (Bar No. 28179)
GLENN S. NEWBAUER (Bar No. 27587)
701 Poydras St., Suite 3800
New Orleans, LA 70139
Telephone: (504) 582-1142
Fax: (504) 582-1172
COUNSEL FOR  SHELTER MUTUAL
INSURANCE COMPANY, ERRONEOUSLY
DESIGNATED AS SHELTER INSURANCE
COMPANY


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of November, 2010.


s/ Andrew L. Plauché, Jr.