UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED        :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY          :
LITIGATION                          :      SECTION: L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:           :      JUDGE FALLON
                                    :
*Payton*, et al. v. Knauf Gips KG, et al.   :      MAG. JUDGE WILKINSON
No. 09-7628 (E.D. La.)              :
                                    :
-----------------------------------------------------------------x

**KNAUF DEFENDANTS' OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTTE'S EMERGENCY MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS AND EXPEDITE HEARING**

Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong, Knauf New Building Materials Products Co., Ltd., and Knauf Gips KG (collectively the "Knauf Defendants") oppose the PSC's motion to lift the stay as to various pending motions to the extent that the PSC's motion is directed to class certification motions recently filed against the Knauf Defendants, Banner Supply Co. ("Banner") and Interior/Exterior Building Supply LP ("INEX") for the reasons stated in their previously filed opposition to the PSC's motion to lift the stay, dated October 4, 2010 [Rec. Doc. 5650], which is incorporated by reference.

Dated: November 29, 2010               Respectfully submitted,


                                       By:  /s/ Kyle A. Spaulding
                                       MILES P. CLEMENTS (#4184)
                                       PETER E. SPERLING (#17812)
                                       KERRY J. MILLER (#24562)
                                       KYLE A. SPAULDING (#29000)
                                       PAUL C. THIBODEAUX (#29446)
                                       FRILOT L.L.C.
                                       1100 Poydras Street
                                       Suite 3700

314717_1.DOC

New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for Defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Materials Products Co., Ltd. and Knauf Gips KG

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Knauf Defendants' Opposition to Plaintiffs' Steering Committee's Emergency Motion to Lift Stay as to Various Pending Motions and Expedite Hearing has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 29th day of November, 2010.

                                                   /s/ Kyle A. Spaulding