UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This documents relates to: Charlene and Tatum Hernandez, et al. v. AAA Insurance, et al. Case No. 2010-3070 | MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COME NOW, Marshall M. Redmon, Virginia Y. Trainor, and Pablo Gonzalez of the law firm of Phelps Dunbar LLP and hereby enroll as counsel on behalf of Tower Hill Select Insurance Company. It is respectfully requested that all future pleadings, orders, notices motions, documents and correspondence be served upon them in connection with this action. By filing this Notice of Appearance, Tower Hill Select Insurance Company is not consenting to or waiving any challenge to service, jurisdiction or venue in the Chinese Drywall Multidistrict Litigation proceedings. All such objections and challenges are specifically reserved.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:  */s/ Virginia Y. Trainor*
     Marshall M. Redmon (La. Bar No. 18398)
     Virginia Y. Trainor (La. Bar No. 25275)
     II City Plaza
     400 Convention Street, Suite 1100
     Baton Rouge, Louisiana 70802-5618
     P.O. Box 4412
     Baton Rouge, Louisiana 70821-4412
     Telephone: (225) 346-0285
     Telecopier: (225) 381-9197
     Email: redmonm@phelps.com
            trainorg@phelps.com

- AND –

     Pablo Gonzalez, (La. Bar No. 29215)
     365 Canal Street • Suite 2000
     New Orleans, Louisiana 70130-6534
     Telephone: (504) 566-1311
     Telecopier: (504) 568-9130
     Email: gonzalep@phelps.com

**ATTORNEYS FOR DEFENDANT,
TOWER HILL SELECT INSURANCE
COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of November, 2010.

/s/ *Virginia Y. Trainor*
Virginia Y. Trainor
Bar No. 25275
Attorney for Tower Hill Select Insurance Company
Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
trainorg@phelps.com