

**THE PLAINTIFFS' STEERING COMMITTEE'S STATUS REPORT PURSUANT TO**
**PRE-TRIAL ORDER 1H (POST-NOTICE OF COMPLETION MOTIONS PRACTICE)**