**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND** | |

**THE PLAINTIFFS' STEERING COMMITTEE'S STATUS REPORT PURSUANT TO**
**PRE-TRIAL ORDER 1H (POST-NOTICE OF COMPLETION MOTIONS PRACTICE)**

In accordance with Pre-Trial Order 1H [doc# 6083], the Plaintiffs' Steering Committee

("PSC") hereby advises the Court regarding the current status of service of the several omnibus

class action complaints:

1.      **Omnibus I and Related Intervention Complaints.**

   A.      ***Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628**
           **(E.D.La.) (Original Omnibus I Complaint):**

   •      404 domestic defendants have been served;

   •      80 domestic defendants - service has been attempted but not yet
          perfected;

   •      4 of the 5 foreign defendants have been served pursuant to the
          Hague Convention;

   •      85 defendants have been dismissed.

   B.      **Amended Omnibus I Complaint [document # 3160]:**

   •      357 domestic defendants have been served;

   •      56 domestic defendants - service has been attempted but not yet
          perfected;

   •      The PSC is in negotiations with the Knauf defendants to reach and

1

agreement whereby they will agree to accept service of process in lieu of having the PSC comply with the requirements of the Hague Convention;

- 59 defendants have been dismissed.

**C.**   **Intervention Complaint by Phillip Kennedy and Lyzet Machado-Kennedy (Omnibus I(A)) [document # 5578]:**

- The PSC has obtained summonses for each of the named defendants and has forwarded the same to APS International, Ltd. (hereafter "APS") for service - APS is in the process of serving summonses and complaints

**D.**   **Intervention Complaint by Benjamin and Jennifer Abt (Omnibus I(B)):**

- Intervening plaintiffs' motion to intervene is pending before the Court.

**2.**   **Omnibus II and Related Intervention Complaints.**

**A.**   ***Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.,* Case No. 2:10-cv-00361 (E.D.La.) (Omnibus II) [document # 1747]:**

- 169 domestic defendants have been served;

- 64 domestic defendants - service has been attempted but not yet perfected;

- 5 foreign defendants are in the process of being served under the Hague Convention;

- 2 defendants have been dismissed.

**B.**   **Intervention Complaint by Kenneth and Cynthia Burke (Omnibus II(A)) [document # 5579]:**

- 6 domestic defendants have been served;

- 182 domestic  - APS is in the process of serving summonses and complaints

      **C.**      **Intervention Complaint by Eduardo and Carmen Armorin (Omnibus II(B)):**

- Intervening plaintiffs' motion to intervene is pending before the Court.

**3.**      *Gross* **and Related Intervention Complaints:**

      **A.**      ***Gross, et al. v. Knauf Gips KG, et al.*, Case No. 2:09-cv-6690 (E.D.La.) [document # 366]:**

- 36 domestic defendants have been served;

- 4 domestic defendants - service has been attempted but not yet perfected for several reasons. Some defendants may no longer exist and/or may not be present at their listed addresses. Efforts to perfect service on these defendants are at an impasse for the moment.

- 41 foreign defendants have been served;

- 12 foreign defendants are in the process of being served under the Hague Convention;

- The April 8, 2010 Order amending portions of the *Gross* complaint is currently being served on the defendants.

      **B.**      **Intervention Complaint by Mary Anne Benes (Omnibus III) [document # 2187]:**

- 283 domestic defendants have been served;

- 114 domestic defendants - service has been attempted but not yet perfected;

- 48 foreign defendants are in the process of being served under the Hague Convention;

- 18 defendants have been dismissed.

      **C.**      **Intervention Complaint by Ruben Jaen (Omnibus III(A)):**

- 174 domestic defendants have been served;

- 165 domestic defendants - APS is in the process of serving summonses and complaints

4.   **Omnibus IV and Related Intervention Complaints.**

   A.   ***Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.) (Omnibus IV) [document # 1749]:**

   - 113 domestic defendants have been served;

   - 27 domestic defendants - service has been attempted but not yet perfected;

   - 4 foreign defendants are in the process of being served under the Hague Convention;

   - 1 defendant has been dismissed.

   B.   **Intervention Complaint by Kathleen and Mariss Barbee (Omnibus IV(A)) [document 5575]:**

   - The PSC has obtained summonses for each of the named defendants and has forwarded the same to APS for service - APS is in the process of serving summonses and complaints

   C.   **Intervention Complaint by Roxanne Burey (Omnibus IV(B)):**

   - Intervening plaintiff's motion to intervene is still pending before the Court.

5.   **Omnibus V Complaint.**

   A.   ***Dean Dawn Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.) (Omnibus V) [document # 3132]:**

   - 184 of the defendants have been served;

   - 11 defendants - service has been attempted but not yet perfected for several reasons.  Some defendants may no longer exist and/or may not be present at their listed addresses.  Efforts to perfect service on these defendants are at an impasse for the moment.

6.      **Omnibus VI Complaint.**

    A.    ***Charlene and Tatum Hernandez, et al. v. AAA Insurance, et al.*, Case No. 2:10-cv-3070 (E.D.La.) (Omnibus VI):**

        •    61 domestic defendants have been served

        •    18 domestic defendants - APS is in the process of serving summonses and complaints

The PSC is engaged in certain jurisdictional discovery involving the Knauf defendants and Taishan Gypsum Co., Ltd.  This discovery is ongoing.  Based on the current status of service and discovery, the PSC is not prepared to file a notice of completion of amendments for any of the omnibus class action complaints.

                    Respectfully submitted,

Dated: November 30, 2010          <u>/s/ Russ M. Herman</u>
                    Russ M. Herman, Esquire (Bar No. 6819)
                    Leonard A. Davis, Esquire (Bar No. 14190)
                    Stephen J. Herman, Esquire (Bar No. 23129)
                    HERMAN, HERMAN, KATZ & COTLAR, LLP
                    820 O'Keefe Avenue
                    New Orleans, Louisiana 70113
                    Phone: (504) 581-4892
                    Fax: (504) 561-6024
                    LDavis@hhkc.com
                    *Plaintiffs' Liaison Counsel*
                    *MDL 2047*

                    Arnold Levin (On the Brief)
                    Fred S. Longer (On the Brief)
                    Matthew C. Gaughan (On the Brief)
                    Levin, Fishbein, Sedran & Berman
                    510 Walnut Street, Suite 500
                    Philadelphia, PA 19106
                    215-592-1500 (phone)
                    215-592-4663 (fax)
                    Alevin@lfsblaw.com
                    *Plaintiffs' Lead Counsel*
                    *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Status Report Pursuant to Pre-Trial Order 1H (Post-Notice of Completion Motions Practice) has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of November, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*