UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**CERTAIN BANNER ENTITIES' SUPPLEMENTAL RESPONSE TO PSC'S MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS**

Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers LLC, Banner Supply Company Tampa, and Banner Supply International (hereinafter collectively referred to as "Banner") named Defendants in the above-styled action, and moves this Honorable Court to grant Banner's Supplemental Response to PSC's Motion to Lift Stay as to Various Pending Motions. In support of its Motion, Banner relies on its Supplemental Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Banner prays that this Honorable Court grant its Motion and allow the stay to be lifted for the limited purpose of addressing Banner's Supplemental Response to PSC's Motion to Lift Stay as to Various Pending Motions.

Respectfully submitted, this 29th day of November, 2010.

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        */s/ Shubhra R. Mashelkar*
        **SHUBHRA R. MASHELKAR, ESQUIRE**
        Georgia Bar Number: 475388
        3344 Peachtree Road, Suite 2400
        Atlanta, GA 30326
        Telephone (404)876-2700
        smashelkar@wwhgd.com
        ***Counsel for Banner Supply Company***

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Banner's Supplemental Response to PSC's Motion to Lift Stay as to Various Pending Motions has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 29th day of November, 2010.

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        */s/ Shubhra R. Mashelkar*
        **SHUBHRA R. MASHELKAR, ESQUIRE**