UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION 'L' |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON |
| CHARLENE AND TATUM HERNANDEZ, Individually and on behalf of others similarly situated, | * * * * | MAG. JUDGE WILKINSON |
| Plaintiffs, | * * | |
| v. | * * | |
| AAA INSURANCE, et al., | * * | |
| Defendants. | * * | |
| CASE NO. 10-3070 | * * | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS**

COME NOW Robert I. Siegel, Margaret L. Sunkel, and Emily E. Eagan of the law form of Gieger, Laborde & Laperouse, LLC who hereby enter their appearance on behalf of Defendant, American International Group, Inc. It is respectfully requested that copies of all

1

future pleadings, orders, notices, motions, documents and correspondence in connection with this action be served upon them in accordance with the address and contact information below.

          Respectfully submitted,

          _/s/ Emily E. Eagan_____
          ROBERT I. SIEGEL (12063)
          MARGARET L. SUNKEL (25888)
          EMILY E. EAGAN (29166)
          GIEGER, LABORDE & LAPEROUSE, L.L.C.
          701 Poydras Street, Suite 4800
          New Orleans, Louisiana 70139-4800
          Telephone: (504) 561-0400
          Facsimile: (504) 561-1011
          rsiegel@glllaw.com
          msunkel@glllaw.com
          eeagan@glllaw.com
          ATTORNEYS FOR AMERICAN INTERNATIONAL GROUP, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 920 O'Keefe Avenue, Suite 100, New Orleans, Louisiana, 70113, drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana, 70163, kmiller@frilot.com, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 29TH day of November, 2010.

_/S/ Emily E. Eagan__