UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | * * * | MDL NO. 09-2047 |
| This document relates to: | * | JUDGE: FALLON |
| *Donna Borrello, et al. v. Francioni Builders, Inc., et al.* **Case No. 10-4174** | * * * * | MAGISTRATION: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ENCOMPASS INDEMNITY COMPANY'S
## NOTICE OF APPEARANCE

Judy Y. Barrasso hereby gives notice of her appearance as lead counsel on behalf of Encompass Indemnity Company, erroneously named as "Encompass Insurance Company of America," defendant in *Donna Borrello, et al. v. Francioni Builders, Inc., et al.,* United States District Court, Eastern District of Louisiana (10-4174). Catherine Fornias Giarrusso gives notice of her appearance as additional counsel for Encompass Indemnity Company.

Respectfully submitted,

/s/ *Catherine Fornias Giarrusso*
Judy Y. Barrasso, 2814
jbarrasso@barrassousdin.com
Catherine Fornias Giarrusso, 29875
cgiarrusso@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
 & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Encompass Indemnity Company*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November, 2010.

/s/   *Catherine Fornias Giarrusso*