UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to:<br>Charlene and Tatum Hernandez, et al. v. AAA Insurance Company, et al.<br>Case No. 2:2010-cv-3070 | MAGISTRATE JUDGE WILKINSON |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COME NOW, George B. Hall, Jr. and Pablo Gonzalez of the law firm of Phelps Dunbar LLP and W. Lane Neilson of the law firm Neilson and Associates, P.A. and hereby enroll as counsel on behalf of Great American Insurance Company ("Great American"). It is respectfully requested that all future pleadings, orders, notices, motions, documents and correspondence be served upon them. By filing this Notice of Appearance, Great American is not consenting to or waiving any challenge to jurisdiction or venue in the Chinese Drywall Multidistrict Litigation proceedings. All such objections and challenges are specifically reserved.

PD.4508112.1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   */s/ Pablo Gonzalez*
George B. Hall, Jr.(La. Bar No. 6432)
Pablo Gonzalez (La. Bar No. 29215)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email:  hallb@phelps.com
         gonzalep@phelps.com

**- AND –**


**NEILSON AND ASSOCIATES, P.A.**

W. Lane Neilson
1332 West Colonial Drive
Orlando, Florida  32804-7119
Telephone:  (407) 843-6514
Telecopier:  (407) 843-0427
Email:  lneilson@ntlaw.com

**ATTORNEYS FOR DEFENDANT,
GREAT AMERICAN INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November, 2010.

/s/ *Pablo Gonzalez*
Pablo Gonzalez
Bar No. 29215
Attorney for Great American Insurance Company
Phelps Dunbar LLP
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email:  gonzalep@phelps.com