UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: (Hernandez 10-3070)** | * * | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

Judy Y. Barrasso hereby gives notice of her appearance as lead counsel on behalf of America First Insurance Company, defendant in *Charlene and Tatum Hernandez v. AAA Insurance, et al,* United States District Court, Eastern District of Louisiana (10-3070), and H. Minor Pipes, III, and Catherine F. Giarrusso, give notice of their appearance as additional counsel for America First Insurance Company.

Respectfully submitted,

/s/ *Catherine F. Giarrusso*
Judy Y. Barrasso, 2814
jbarrasso@barrassousdin.com
H. Minor Pipes, III, 24603
mpipes@barrassousdin.com
Catherine F. Giarrusso, 29875
cgiarrusso@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
  & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:   (504) 589-9700
Facsimile:   (504) 589-9701

*Attorneys for America First Insurance Company*

1

591016_1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November, 2010.

/s/ *Catherine F. Giarrusso*