UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| THIS RELATES TO: 2:10-cv-04174 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO REMAND AND
FOR COSTS AND EXPENSES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Donna Borrello and Thomas Stallings ("Plaintiffs") and respectfully submit that there is no basis in law or in fact for removal of this case. It was clearly filed without a reasonable inquiry into its merits and in clear violation of the federal rules. In addition, because the removal is so totally lacking in merit, defendant Encompass Insurance Company of America ("Encompass") should be required to pay all costs and expenses, including attorney's fees, incurred by Plaintiffs as a result of this frivolous removal.

**WHEREFORE,** for the reasons more fully set forth in the Memorandum accompanying this Motion, it is respectfully requested that this case be remanded and that Encompass be ordered to pay all costs and expenses of this removal, including attorney's fees, pursuant to 28 U.S.C. § 1447(c).

Respectfully submitted,

/s/ Donna M. Borrello
**Donna M. Borrello, Bar No. 16817**
Attorney at Law
206 Decatur Street
New Orleans, Louisiana 70130
Telephone: (504) 595-6191
dborrello@delacroixcorp.com

**COUNSEL FOR PLAINTIFFS:
DONNA BORRELLO AND
THOMAS STALLINGS**

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Judy Y. Barrasso
Catherine Fornias Giarrusso

and I have mailed a copy of the filing to:

Rodney J. Lacoste, Jr., Esq.
One Canal Place
365 Canal Street – Suite 2550
New Orleans, LA 70130

James R. Sutterfield, Esq.
Jessica B. Cozart, Esq.
Sutterfield & Webb, L.L.C.
650 Poydras St. – Suite 2715
New Orleans, LA 70130-6111

C. Michael Pfister, Jr., Esq.
Nicole M. Boyer, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center – Suite 2900
Metairie, LA 70002

/s/ Donna M. Borrello