

## Louisiana Department of Insurance

1-800-259-5300    Commissioner James J. Donelon

| Home | Office Directory | Industry Access | Documents and Forms | Media | Contact Us | Search |

### Active Company Search Form

**New Search**

Search By:
- ◉ Name
- ○ Companies Licensed Since
- ○ NAIC Number
- ○ License Type
- ○ Coverage Line
- ○ Classification

Note: Use the name field to search for a company name or the first name OR last name of an adjuster (Example: ABC Insurance Company; John OR Doe)

Name: Encompass Insurance    [Search]

Print a complete listing of your results. [Print]

Export a complete listing of your results in Excel. [Export to Excel]

| Company Information | |
|---|---|
| Encompass Insurance Company of America | |
| **NAIC:** | 10071 |
| **Status:** | Active |
| **Domicile:** | IL |
| **Address:** | 3075 Sanders Road Suite H1A<br>Northbrook, IL 600627127 |
| | Click here for additional addresses |
| **Phone:** | (847) 402-5000 |
| | Click here for additional phones |
| **Agent For Service of Process:** | Louisiana Secretary of State |
| **Agent Address:** | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 |

**License Types:** Admitted Insurer - 02/12/2003

**Classification:** Fire And Casualty

**Coverage Lines:** Fire and allied lines
Home Owners
Liability
Marine and transportation
Miscellaneous
Vehicle
Credit property and casualty - 08/25/2010

1

Copyright © 2010 Louisiana Department of Insurance
1702 N. Third Street
P.O. Box 94214
Baton Rouge, LA 70802
webmaster@ldi.la.gov
1-800-259-5300

**Exhibit 2**