ATTORNEY'S NAME: Borrello, D___ 16817
AND ADDRESS: Ste 4500, 701 Poydras St
New Orleans   LA 70139-4596

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2010 — 09891   3   SECTION:   15 — B

BORRELLO, DONNA   ET AL VERSUS FRANCIONI BUILDERS, INC.   ET AL

# CITATION

TO: ENCOMPASS INSURANCE COMPANY OF AMERICA
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LA SECRETARY
OF STATE
8585 ARCHIVES AVENUE

BATON ROUGE   LA   70809

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   September 24, 2010.

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____ Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the w/i petition | On this _____ day of _____ served a copy of the w/i petition |
| FOR DAMAGES | FOR DAMAGES |
| On ENCOMPASS INSURANCE COMPANY OF AMERICA on the named party | On _____ ENCOMPASS INSURANCE COMPANY OF AMERICA |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LA SECRETARY OF STATE by tendering ☐ TAMMY GLOVER ☒ JULIE NESBITT | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LA SECRETARY OF STATE |
| Returned same day East Baton Rouge | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ENCOMPASS INSURANCE COMPANY OF AMERICA |
| Deputy Sheriff of _____ | being absent from the domicile at time of said service. Returned same day _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |

ENTERED / PAPER / RETURN

SERIAL NO. _____ DEPUTY _____ PARISH _____

#29.34

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Exhibit 3