

# U.S. District Court
# Eastern District of Louisiana

## Federal Holidays 

The U.S. District Clerk's Office will be closed in observance of the following holidays:

## 2010

| Holiday | Date |
|---|---|
| New Year's Day | January 1 |
| Martin Luther King, Jr.'s Birthday | January 18 |
| President's Day | February 15 |
| Mardi Gras | February 16 |
| Memorial Day | May 31 |
| Independence Day | July 5 |
| Labor Day | September 6 |
| Columbus Day | October 11 |
| Veteran's Day | November 11 |
| Thanksgiving Day | November 25 |
| Christmas Day | December 24 |

## 2011

| Holiday | Date |
|---|---|
| New Year's Day | December 31, 2010 |
| Martin Luther King, Jr.'s Birthday | January 17 |
| Washington's Birthday | February 21 |
| Mardi Gras | March 8 |
| Memorial Day | May 30 |
| Independence Day | July 4 |
| Labor Day | September 5 |
| Columbus Day | October 10 |
| Veteran's Day | November 11 |
| Thanksgiving Day | November 24 |
| Christmas Day | December 26 |
| New Year's Day 2012 | January 2, 2012 |

[Fee Schedule] [Court Location] [PACER]

**Exhibit 4**