UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

SECTION: L

This Document Relates to:
CHARLENE AND TATUM
HERNANDEZ, ET AL

CASE NO. 2:10-cv-03070

JUDGE FALLON

V.

MAG. JUDGE WILKINSON

AAA INSURANCE, ET AL

## NOTICE OF APPEARANCE OF COUNSEL

An appearance is hereby filed by Michael K. Fitzpatrick of the law firm of FITZPATRICK & BURNETTE, L.L.C., 541 Julia Street, Suite 200, New Orleans, LA 70130, and Guy E. Burnette, Jr. and Joseph L. Zollner of the law firm of GUY E. BURNETTE, JR. P.A., 3020 N. Shannon Lakes Drive, Tallahassee, FL 32309, as attorneys of record for Defendant, HomeWise Preferred Insurance Company. It is respectfully requested that all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action. By filing this Notice of Appearance, HomeWise Preferred Insurance Company is not consenting to or waiving any challenge to service, jurisdiction or venue in the Chinese Drywall

Multidistrict Litigation proceedings. All such objections and challenges are specifically reserved.

                Respectfully submitted,

                Guy E. Burnette, Jr., Esq.
                Fla. Bar No. 236578
                Joseph L. Zollner, Esq.
                Fla. Bar No. 188506
                GUY E. BURNETTE, JR. P.A.
                3020 N. Shannon Lakes Drive
                Tallahassee, FL  32309
                Telephone:  (850) 668-7900
                Facsimile:    (850) 668-7972
                geb@gburnette.com
                jlz@gburnette.com

                and

                FITZPATRICK & BURNETTE, L.L.C.

                s/Michael K. Fitzpatrick
                Michael K. Fitzpatrick, Esq.
                LA Bar No. 5596
                541 Julia Street, Suite 200
                New Orleans, LA  70130
                Telephone:  (504) 581-7121
                Facsimile:    (504) 265-8746
                mfitzpatrick@mfitzpatricklaw.com

                COUNSEL FOR HOMEWISE PREFERRED INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November, 2010.

s/Michael K. Fitzpatrick