UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| HERNANDEZ, ET AL. v. AAA INSURANCE, ET AL. CASE NO. 2:10-cv-03070 (E.D. La.) | MAGISTRATE WILKINSON |

## LIMITED NOTICE OF APPEARANCE

Jeffrey A. Rubinton and the law firm of Rubinton & Laufer, P.A make an appearance as counsel of record for:

1. Universal Insurance Company of North America

2. Universal Group, Inc.

Appearances on behalf of the above-listed defendants are made reserving all rights to object to jurisdiction, venue and service, and preserving all defenses. Undersigned counsel respectfully request that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

Dated November 30, 2010

                                                Respectfully submitted,

                                                **Rubinton & Laufer, P.A.**
                                                Emerald Hills Executive Plaza II
                                                4651 Sheridan Street, Suite 200
                                                Hollywood, Florida 33021
                                                Telephone:  954-966-9908
                                                Fax:          954-966-9904
                                                E-mail:    jrubinton@rl-associates.com

                                                By: __/s/ Jeffrey A. Rubinton_____
                                                      Jeffrey A. Rubinton, Esq.
                                                      Florida Bar: 821756
                                                  *Attorneys for Defendants,*
                                                  *Universal Ins. Co. of N. America*

1

*and Universal Group, Inc.* (to the extent as noted above)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November, 2010.

            __/s/Jeffrey A. Rubinton__
            **JEFFREY A. RUBINTON**