UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2:09-md-02047

**This document relates to:**

JUDGE FALLON

HERNANDEZ, ET AL. v.
AAA INSURANCE, ET AL.

MAGISTRATE WILKINSON

CASE NO. 2:10-cv-03070 (E.D. La.)

**CORPORATE DISCLOSURE STATEMENT OF UNIVERSAL DEFENDANTS**

COME NOW the Defendants, UNIVERSAL INSURANCE COMPANY OF NORTH AMERICA (hereinafter, "UNIVERSAL INSURANCE") and UNIVERSAL GROUP, INC. (hereinafter, "UNIVERSAL GROUP"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, respectfully submit the following statement of their corporate interests and affiliations for use by this Court.

1. UNIVERSAL INSURANCE is a Florida insurance corporation with its principal place of business in Sarasota, FL.

2. UNIVERSAL INSURANCE is a subsidiary of Universal Insurance Holdings of North America, Inc., a Delaware corporation, which is owned by Universal Overseas, Inc., a Puerto Rico corporation, which is owned by UNIVERSAL GROUP, INC., a Puerto Rico corporation.

3. UNIVERSAL GROUP is a Puerto Rico corporation with its principal place of business in San Juan, PR.

4. UNIVERSAL GROUP is neither a subsidiary nor owned in whole or in part by any other corporate entity.

*Hernandez, et. al. v. AAA Ins., et. al.*
Case No. 2:10-cv-03070
Universal Defendants' Corporate Disclosure
Page 2

Respectfully submitted,

**Rubinton & Laufer, P.A.**
Emerald Hills Executive Plaza II
4651 Sheridan Street, Suite 200
Hollywood, Florida 33021
Telephone:  954-966-9908
Fax:             954-966-9904
E-mail:       jrubinton@rl-associates.com

By: _/s/ Jeffrey A. Rubinton_____
    Jeffrey A. Rubinton, Esq.
    Florida Bar: 821756
    ***Attorneys for Defendants,***
    ***Universal Ins. Co. of N. America***
    ***and Universal Group, Inc.*** (to
    the extent as noted above)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ASI Defendants' Corporate Disclosure has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November, 2010.

/s/Jeffrey A. Rubinton_____
**JEFFREY A. RUBINTON**