## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2010, the Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m), Memorandum in Support thereof, Notice of Hearing and Proposed Order, were served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of December, 2010.

I further certify that service on all unrepresented domestic defendants on the attached lists was made via First Class Mail at their last known address, and upon all unrepresented foreign defendants via Federal Express.

Dated: December 1, 2010

/s/ Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| ***PAYTON - OMNI I* DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| 911 Drywall, Inc.<br>141 Kamal Parkway<br>Cape Coral, FL 33904 |
| Ace Drywall<br>22214 Hoffman Road<br>Mandeville, LA 70471 |
| Adam Carpenter<br>102 Chinchuba Gardens Dr.<br>Mandeville, LA 70471 |
| Alana Development Corporation<br>56 Sandpiper Drive<br>St. Augustine, FL 32086 |
| Alternative Source, Inc.<br>503 S. Holly St.<br>Hammond, LA 70403 |
| American Dream Builders, Inc.<br>17598 Boat Club Drive<br>Fort Myers, FL 33908 |
| American Gallery Development Group, LLC<br>d/b/a American Gallery Homes<br>1120 Skiff Place<br>Sanibel, FL 33957 |
| Anthony F. Marino General Contractor, LLC<br>4800 Sharp Rd.<br>Mandeville, LA 70471 |
| Anthony Raggs<br>10810 NW 19th Avenue<br>Miami, FL 33167 |
| Anthony Skrmetti<br>130 Daniels Way<br>Perkinston, MS 39573 |
| Arizen Homes, Inc.<br>3905 N.W. 122nd Terrace<br>Sunrise, FL 33323 |
| B&W Complete Construction, Inc.<br>5257 NW Gamma St.<br>Port St. Lucie, FL 34986 |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| Belmont Lakes Investments, LLC<br>10100 West Sample Road, Suite 205<br>Coral Springs, FL 33065 |

| PAYTON - OMNI I DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Bill Gregory Drywall<br>3775 Creekwood Circle<br>Loganville, GA 30052 |
| Blackhawk Partners, LLC<br>2840 University Drive<br>Coral Springs, FL 33065 |
| Bonita Beachwalk, LLC<br>1955 Mission Drive<br>Naples, FL 34109 |
| Bove Company<br>Hathaway & Reynolds, PA<br>115 Professional Drive<br>Suite 101<br>Ponte Vedra Beach, FL 32092 |
| Brantly Homes, Inc.<br>**501 Crosscreek Trail<br>Pelham, AL 35124** |
| Brian Papania<br>22074 Family Lane<br>Picayune, MS 39466 |
| Building Materials Wholesale (B.M.W.)<br>11470 Ashley Drive<br>Panama City, FL 32413 |
| Caribe Central LLC<br>5901 SW 74th St. #411<br>Miami, FL 33143 |
| Caribe East LLC<br>5901 S.W. 74th ST., Ste. 411<br>Miami, FL 33143 |
| Catalano Custom Homes, LLC<br>71 Victoria Lane<br>Mandeville, LA 70471 |
| CDC Builders, Inc.<br>5805 Blue Lagoon Drive, Ste. 480<br>Miami, FL 33126 |
| Centurion Homes of Louisiana, LLC<br>210 Eydie Lane<br>Slidell, LA 70458 |
| Chabot Enterprises, Inc.<br>5135 S.E. Manatee Terrace<br>Stuart, FL 34997 |
| Chris Billot<br>70269 7th Street<br>Covington, LA 70433 |
| Christopher M. Odom<br>107 Westwood St.<br>Mobile, AL 36606 |

| *PAYTON - OMNI I* <br> **DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| Craftsmen Builders, Inc. <br> 737 E. Atlantic Blvd. <br> Pompano Beach, FL 33060 |
| Crosby Development Company, L.L.C. <br> 311 Rue St. Ann <br> Metairie, LA 70005 |
| CSI Contractor Services, Inc. <br> 744 Overriver Drive <br> North Fort Myers, FL 33903 |
| David Ray Gavins <br> Gavins Construction Company <br> 960 Riverview Drive <br> Biloxi, MS 39532-3302 |
| DeMorgan Homes of Bradenton, Inc., a/k/a Mtn Homes Southwest, Inc <br> .11503 Savannah Lakes Drive <br> Parrish, FL 34219 |
| Design Contractors, LLC <br> 40235 Hwy 42, Ste. C <br> Prairieville, LA 70769 |
| Drywall Service <br> 20257 Dan Walker Rd. <br> Saucier, MS 39574 |
| Drywall Service, Inc. <br> 306 McSween Road <br> Picaune, MS 39466 |
| E. Jacob Fakouri Construction, Inc. <br> c/o Elias Jacob Fakouri <br> 15735 Florida Blvd. <br> Baton Rouge, LA 70819 |
| E.B. Developers, Inc. <br> Kodsi Law Firm PA <br> 701 W. Cypress Creek Road, 3rd Floor <br> F.t Lauderdale, FL 33309 |
| EH Building Group <br> **Michelle Sides, Esquire 544 Terrace View Pl. Port Hueneme, CA 93041** |
| Elite Construction Co. SW Inc. <br> 2327 Lowe Davis Road <br> Covington, LA 70435 |
| Elite Home Construction Inc. <br> 22521 Lowe Davis Rd. <br> Covington, LA 70435 |
| Empire Construction, LLC <br> 30441 SH 59 <br> Loxley, AL |

| PAYTON - OMNI I<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 |
| Excel Construction of S.W. Florida, Inc.<br>2217 SW 43rd St.<br>Cape Coral, FL 33914 |
| Executive Home Builders, LLC<br>12040 Niece Rd. St.<br>Amant, LA 70774 |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 |
| First Construction Corporation<br>1344 Villere St<br>Mandeville, LA 70448 |
| Florida Style Services, Inc.<br>2422 SE 28th Street<br>Cape Coral, FL 33904 |
| Fusion Building Concepts, Inc.<br>701 North Lake Davis Drive<br>Orlando, FL 32806 |
| G. Drywalls Corporation<br>14602 SW 182nd Terrace<br>Miami, FL 33177 |
| Garram Homes, Inc.<br>999 Ponce De Leon Blvd. 720<br>Coral Gables, FL 33134 |
| Gatco Construction, Inc.<br>16570 Crownsbury Way, Unit 101<br>Fort Myers, FL 33908 |
| Gateway Drywall, Inc.<br>3091 SE Jay Street<br>Stuart, FL 34997 |
| Gavins Construction Company<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| Genesis Residential Group, Inc<br>200 Central Ave., #290<br>Saint Petersburg, FL 33701 |
| George Meza<br>4824 Belle Drive<br>Metarie, LA 70006 |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation<br>1600 Sawgrass Corporate Parkway<br>Sutie 230<br>Sunrise, FL 33323 |

Page 4 of 11

| *PAYTON - OMNI I* **DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| Gooden Homes, LLC<br>201 S. Charles Ave.<br>40th Floor<br>New Orleans, LA 70170 |
| Greystoke Homes at South Point II LLC<br>Corporate Creations Network, Inc.<br>11380 Prosperity Farms Road #221E<br>Palm Beach Gardens, FL 33410 |
| Guillermo Permuy<br>521 SW 127 Avenue<br>Miami, FL 33184 |
| Gulfstream Development, LLC<br>3501 Gulf Shores Pkwy, Ste 5<br>Gulf Shores, AL 36542 |
| Gwen Core<br>44 Park Lane<br>Folsom, LA 70137 |
| H & H Custom Homebuilders<br>312 Primrose Lane<br>Covington, LA 70433 |
| Hutchinson Homes, Inc.<br>12 Woodgrove Circle<br>Fairhope, AL 36533 |
| Independent Drywall Distributors, LLC<br>109 S. 6th St.,<br>Flagler Beach, FL 32136 |
| Interior/Exterior Enterprises, LLC<br>727 South Cortez Street<br>New Orleans, LA 70119 |
| Investment Properties Unlimited Inc.<br>2360 Hidden Lake Court, Apt. 1<br>Naples, FL 34112 |
| J&H Distributers<br>551 Evergreen Dr.<br>Mandeville, LA 70448 |
| JB Plaster, Inc.<br>26747 Stardust Drive<br>Bonita Springs, FL 34125 |
| Jim Walter Homes, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| JM Interiors, Inc.<br>2208 SW Abalon Circle<br>Port St. Lucie, FL 34953 |

Page 5 of 11

| *PAYTON - OMNI I* **DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| John Eschete<br>22214 Hofman Road<br>Mandeville, LA 70471 |
| John Paul George d/b/a JPG Enterprises, Inc.<br>1861 Primrose Lane<br>Wellington, FL 33414 |
| Jon A. Wilder, Inc.<br>619 John Anderson Hwy<br>Flagler Beach, FL 32136 |
| JP Drywall, LLC<br>100 Wood Rose Lane<br>Wake Forest, NC 27587 |
| JST Properties, LLC of Mississippi<br>229 Leed Street<br>Slidell, LA 70461 |
| Just-Rite Supply<br>Corporation Service Company<br>506 South President Street<br>Jackson, MS 39201 |
| Kemah Construction, Inc.<br>1254 Chariot Drive<br>Baton Rouge, LA 70816 |
| L.A. HOMES, INC.<br>2604 SEAGULL DR.<br>MARRERO, LA 70072 |
| Land Resources LLC<br>5309 Hidden Harbor Road<br>Sarasota, FL 34242 |
| Las Playas LLC<br>2655 Lejeaune Rd.<br>Suite 514<br>Coral Gables, FL 33134 |
| Last Minute Properties, LLC<br>4431 Iberville St.<br>Mandeville, LA 70471 |
| Lee Harbor Homes of Florida, Inc.<br>1708 Lincoln Avenue<br>Lehigh Acres, FL 33972 |
| Legend Custom Builders, Inc.<br>1429 Colonial Boulevard, Ste. 201<br>Fort Myers, FL 33907 |
| Liongate Design Structure, LLC<br>NCG Management LLC<br>232 Andalusia Avenue, Ste. 202<br>Coral Gables, FL 33134 |
| Louran Builders, Inc.<br>414 SW D Dalton Circle<br>Port St. Lucie, FL 34953 |

| PAYTON - OMNI I<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Louran Gips KG<br>414 SW Dalton Circle<br>Port St. Lucie, FL 34953 |
| Lucra Investments, Inc.<br>750 N. 150 E.<br>Tetonia, ID 83452 |
| M.E. Gibbens, Inc.<br>114 McDonald Lane<br>Bay St. Louis, MS 39520 |
| Manuel Gonzales Terra Group, Intl.<br>1310 S. Greenway Drive<br>Miami, FL 33134 |
| Mayeaux Construction, Inc.<br>14 Carolina Ct.<br>Covington, LA 70433 |
| Meridian Homes USA, Inc.<br>c/o Michael C. Daniel, Esquire<br>PRIOR, DANIEL & WILTSHIRE<br>490 North Milledge Avenue<br>Athens, GA 30601 |
| Methodical Builders, Inc.<br>14700 County Rd. 9<br>Summerdale, AL 36580 |
| Midwest Construction & Development Incorporated<br>1817 West Call Street, #B-17<br>Tallahassee, FL 32304 |
| Millennium Homes and Development, Inc.<br>481 Flamingo Drive<br>Apollo Beach. FL 33572 |
| Miller Professional Contracting, Inc.<br>3108 SW 18th Place<br>Cape Coral, FL 33914 |
| Ming K. Wong<br>1355 Francis Harriet Drive<br>Baton Rouge, LA 70815 |
| Morrison Homes, Inc.<br>NRAI Services, Inc., 2731<br>Executive Park Drive, Ste. 4<br>Weston, FL 33331 |
| Nathanial Crump<br>2927 Plank Road<br>Baton Rouge, LA 70805 |
| North Palm Estates Homes, Inc.<br>7901 W 25 AVE # 3<br>Hialeah, FL 33016 |

| *PAYTON - OMNI I* <br> **DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| Northeast Drywall <br> 3938 Lake Padgett Dr. <br> Land O Lakes, FL 30637 |
| Northstar Homebuilders Inc. <br> 5901 SW 74th Street #411 <br> Miami, FL 33143 |
| Oak Avenue, LLC <br> 411 S. Park Avenue <br> Miami, FL 33172 |
| Oakbrook Building and Design, Inc. <br> 6751 N. Federal Hwy., Ste. 301 <br> Boca Raton, FL 33496 |
| Ocean Springs Lumber Company, LLC <br> 7 Chandeluer Cove <br> Ocean Springs, MS 39564 |
| PARAGON HOMES CORPORATION <br> 3020 Colonial Ridge Dr. <br> Brandon, FL 33511 |
| Parish Home Center <br> 9493 Main Street <br> Zachary, LA 70791 |
| Paul Hyde Homes <br> 54 Coronado Avenue <br> Kennver, LA 70065 |
| Philip Latapie <br> 4431 Iberville St. <br> Mandeville, LA 70741 |
| Pioneer Construction, LLC <br> 5001 Thompson Road <br> Folsom, LA 70437-3304 |
| Ponce Riviera, LLC <br> 500 S. Dixie Hwy, Ste. 307 <br> Miami, FL 33146 |
| Ponce Siding & Remodeling <br> 20075 Highway 36 <br> Covington, LA 70433 |
| Premier Communities, Inc. <br> LPS Corporate Services, Inc. <br> 46 North Washington Blvd, #1 <br> Sarasota, FL 34236 |
| Premier Plastering of Naples <br> 800 Harbour Drive <br> Naples, FL 34103 |
| Punta Gorda Partners, LLC <br> 354 Royal Tern Road South <br> Ponte Vedra Beach, FL 32082 |

| *PAYTON - OMNI I* <br> **DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| R.J. Homes, LLC <br> 13004 Little Bluff Drive <br> Vancleave, MS 39565-9723 |
| Rafuls & Associates Construction Co., Inc. <br> 7901 W 25 AVE # 3 <br> HIALEAH, FL 33016 |
| Ray Horvath Drywall Inc. <br> 10155 NE 101st St. <br> Okeechobee, FL 34972 |
| Reed Builders, LLC <br> 141 Shady Lake Parkway <br> Baton Rouge, LA 70810 |
| Regency Homes, Inc. <br> 7601 North Federal Highway <br> 165 A <br> Boca Raton, FL 33487 |
| Resource Rental & Renovation LLC <br> 21 Beth Drive <br> Covington, LA 70433 |
| Richardson Drywall <br> 2128 Hollywood Drive <br> Bay St. Louis, MS 39520 |
| Right Way Finishing, Inc. <br> 3953 Tierra Venado Dr. <br> El Paso, TX 79938 |
| RJM BUILDERS NORTH, INC. <br> 15340 Meadowwood Dr. <br> Wellington, FL 33414 |
| Rookery Park Estates, LLC <br> 1400 E. Oakland Park Blvd., Ste. 111 <br> Oakland Park, FL 33334 |
| Royal Homes (Anthony Marino) <br> 288 Bunting Drive <br> Mandeville, LA 70471 |
| SAMPSON DRYWALL, INC. <br> 127 Dehaven St <br> St Augustine, FL 32086 |
| Saturno Construction AB Inc. <br> 1621 SE Mariner Ln. <br> Port St. Lucie, FL 34983 |
| Scott Colson <br> 100 NE International Drive <br> Diamond Head, MS |
| Sea Coast Construction, LLC <br> 8017 Jefferson Hwy, Wolfe's Creek, Ste. B3 <br> Baton Rouge, LA 70809 |

| *PAYTON - OMNI I* DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Signature Series Homes, Inc.<br>4302 Pecos River Dr.<br>Spring, TX 77386 |
| Smith and Core, Inc.<br>14373 C. Gotti Road<br>Folsom, LA 70437 |
| Southwell Homes, LLC<br>16191 NW 57th Ave.<br>Miami, FL 33014 |
| Star Homes of Florida, LLC<br>146 N. Sewalls Point Rd.<br>Stuart, FL 34966 |
| STEPHEN STEINER D/B/A STEINER DRYWALL<br>16344 Three Rivers Road<br>Biloxi, MS 39532 |
| Stephen Shivers<br>375 Teagarden Road<br>Gulfport, MS 39507 |
| Stonebrook Homes LLC<br>2840 University Dr.<br>Coral Springs, FL 33065 |
| Sundown Development<br>1025 W. Indiantown Road<br>Suite 101<br>Jupiter, FL 33458 |
| Sunrise Custom Homes & Construction, LLC<br>3598 Sligo Road<br>Haughton, LA 71037 |
| Supreme Builders<br>28453 Eagle Ridge Drive<br>Magnolia, TX 77355 |
| Tad Brown<br>19450 North 6th St.<br>Citronelle, AL 36522 |
| Tepeyac, LLC<br>5975 Sunset Dr., Ste. 503<br>South Miami, FL 33143 |
| The New Morning, LLC<br>215 Elk Avenue<br>Crested Butte, CO 81224 |
| Tikal Construction Co.<br>7824 Embassy Blvd.<br>Miramar, FL  33023 |
| Total Contracting and Roofing, Inc.<br>5975 NW 72 Ct.<br>Parkland, FL 33067 |

| **PAYTON - OMNI I**<br>**DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| United Home Builders, Inc.<br>1309 CALOOSA VISTA ROAD<br>FORT MYERS, FL 33901 |
| Velvet Pines Construction, LLC<br>19214 Wymer Rd.<br>Covington, LA 70435 |
| Vicinity Drywall, Inc.<br>5257 NW Gamma St.<br>Port Saint Lucie, FL 34986 |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 |
| Wellington Drywall, Inc.<br>18 Winchester Road<br>Ormond Beach Fl 32174 |
| Ybarzabal Contractors, LLC<br>200 Oak Island Drive<br>Mandeville, LA 70448 |
| Zamora Corporation<br>260 Palermo Avenue<br>Coral Gables, FL 33134 |

| Wiltz - Omni II Defendants' List |
|---|
| **Defendant** |
| Aces Towing Enterprises, L.L.C.<br>205 W. St. Bernard Hwy.<br>Chalmette, LA 70043 |
| Ainslie Group, Inc.<br>4525 South Blvd. - Ste. 300<br>Virginia Beach, VA 23462 |
| All Florida Drywall Supplies, Inc.<br>1225-B 131st Ave.<br>Tampa, FL 33612 |
| Alvian Homes, Inc.<br>3812 SW 3rd Terrace<br>Cape Coral, FL 33991 |
| American Building Materials, Inc.<br>1102 N. 50th Street<br>Tampa, FL 33619 |
| American Gallery Development Group, LLC<br>1120 Skiff Place<br>Sanibel, FL 33957 |
| Arizen Homes, Inc.<br>3905 NW 122nd Terrace<br>Sunrise, FL 33323 |
| Barony Homes, Inc.<br>2508 Del Prado Blvd S<br>Cape Coral, FL 33904 |
| Bass Homes, Inc.<br>34661 Highway 59 South<br>Stapleton, AL 36578 |
| Bay Colony – Gateway, Inc.<br>24301 Walden Center Dr., Ste. 300<br>Bonita Springs, FL 34134 |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| BE Wholesale<br>81 Golden Property Road<br>Bremen, GA 30110 |

| WILTZ - OMNI II<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Beijing New Building Materials Public Limited Co.<br>No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |
| BRISTOL CORNER, LLC<br>114 S. Fremont Avenue<br>Tampa, FL 33606 |
| Bush Construction Corp.<br>4029 Ironbound Road - Ste. 200<br>Williamsburg, VA 23185 |
| Cajun Construction & Design, Inc.<br>2310 Perdido Street<br>New Orleans, LA 70119 |
| CB Creek, Inc.<br>405 SE 31st St.<br>Cape Coral, FL 33904 |
| Chase Construction, Inc.<br>1714 Cape Coral Pkwy East<br>Cape Coral, FL 33904 |
| City Salvage, Inc.<br>804 Lambert Street<br>Laurel, MS 39440 |
| Country Walk Sales, LLC<br>12610 Race Track Road<br>Tampa, FL 33626 |
| Qinhuangdao Taishan Building Material Co. Ltd. a/k/a<br>Qinhuang Dao Taishan Building Material Co., Ltd<br>Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000 |
| Crossroad Homes, Inc.<br>2760 Southeast Eagle Drive<br>Port St. Lucie, FL 34984 |
| Curb Appeal Home Builders, Inc.<br>209 Business Park Drive<br>Virginia Beach, VA 23462 |
| Dalessio Drywall & Painting Corporation<br>39406 Rock Ford Avenue<br>Zephyrhills, FL 33542 |

| WILTZ - OMNI II DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| David Daniels, Individually<br>205 Trade Winds Drive<br>Indian Harbour Beach, FL 32937 |
| Deangelis Diamond Construction, Inc.<br>8085 Tauren Ct.<br>Naples, FL 34119 |
| Delgado's Painting<br>422 Terry Parkway<br>Gretna, LA 70056 |
| DELTA-EDEN, INC.<br>21 East Acre Drive<br>Plantation, FL 33317 |
| Development Co. of Boca, Inc. d/b/a Boca Developers<br>321 E. Hillsboro Blvd.<br>Deerfield Beach, FL 33441 |
| DRYWALL EXPERTS, INC.<br>1513 N. K Street<br>Lake Worth, FL 33460 |
| E.B. Developers, Inc.<br>701 West Cypress Creek Road<br>Third Floor<br>Ft. Lauderdale, FL 33309 |
| ENCHANTED HOMES, INC.<br>11915 King James Court<br>Cape Coral, FL 33991 |
| FHBF Partners, LLP, f/k/a First Home Builders of Florida<br>12806 Aston Oaks Drive<br>Ft. Myers, FL 33912 |
| Five Star Drywall, Inc.<br>6901 North Drive<br>Ft. Myers, FL 33905 |
| G. Drywalls Corporation<br>12951 SW 124 Street<br>Miami, FL 33186 |
| G&B Roofing & Construction, Inc.<br>503 Du Monde Drive<br>Westwego, LA 70094 |
| Gryphon Corporation<br>540 Biltmore Way<br>Coral Gables, FL 33134 |

| WILTZ - OMNI II<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Harrell's Drywall, Inc.<br>1225-B 131 St. Avenue<br>Tampa, FL 33612 |
| Home DevCo LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Inman Construction Services, Inc.<br>618 Central Avenue<br>Jefferson, LA 70121 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC 727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Galloway Construction, Inc.<br>1146 Highway 20<br>Interlachen, FL 32148 |
| Jim Morris & Sons, Inc.<br>561 Rainer Street NE<br>Palm Bay, FL 32907 |
| Joseph Scott<br>4967 Brittany Court<br>New Orleans, LA 70124 |
| K&B HOMES, INC.<br>1010 Lumsden Trace Circle<br>Valrico, FL 33594 |
| Kevin Burton<br>11120 S. Idlewood Court<br>New Orleans, LA 70128 |
| Lopez Drywall, Inc.<br>1416 Kingsly Ave.<br>Orange Park, FL 32073 |
| LTL Construction, Inc.<br>4400 Helena St. NE<br>St. Petersburg, FL 33703 |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 |

| WILTZ - OMNI II<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Mariner Village Townhomes, Inc.<br>7975 NW 154TH Street,<br>Ste. 400<br>Miami Lakes, FL 33016 |
| McCAR HOMES, INC.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Mesa Construction Group, Inc.<br>6460 SW 5th Place<br>Margate, FL 33068 |
| Millennium Builders, Inc.<br>310 Pinhurst Street, Suite 3<br>Lafayette, LA 70508 |
| Millennium Homes & Development, Inc.<br>1599 S.W. 21st Street<br>Boca Raton, FL 33486 |
| MW Johnson Construction of Florida, Inc.<br>16823 Island Avenue<br>Lakeville, MN 55044 |
| Northstar Holdings at B & A, LLC<br>364 S. Country Club Road<br>Atlantis, FL 33462 |
| Oscar Jiles d.b.a. JJ Construction<br>108 Jiles Lane<br>Braithwaite, LA 70040 |
| Overlook, LLC<br>192 Ballard Court, Suite 400<br>Virginia Beach, VA 23462-6538 |
| Palm Isles Holdings, LLC<br>436 SW 8th Street<br>Miami, FL 33131 |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd<br>f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br>Dongyang Dianzi Cun (Village),<br>Pingyi Zhen (Town),<br>Pingyi Xian (County),<br>Shandong, China 273300<br>Contact: Mr. Wang,<br>Kaixue |
| Preferred Homes, Inc.<br>P.O. Box 1107<br>Slidell, LA 70458 |

| WILTZ - OMNI II<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Premier International Realty d/b/a Henin Realty<br>861 Bonita Drive<br>Winter Park, FL 32789 |
| Ray Turner Drywall, LLC<br>10736 Jacamar Drive<br>New Port Richey, FL 34654 |
| Residential Drywall, Inc<br>1010 N. Florida Avenue<br>Tampa, FL 33602 |
| Rosen Building Supplies, Inc.<br>3045 Lake Point Place<br>Davie, FL 33328 |
| S3 Enterprises, Inc. d/b/a A1Brothers Metal Framing and Drywall<br>3323 SW 8th Street<br>Cape Coral, FL 33991 |
| Safeway Contractors, L.L.C.<br>705 Florida Street<br>River Ridge, LA 70123 |
| South Kendall Construction Corporation<br>436 SW 8th St.<br>Miami, FL 33130 |
| Stock Building Supply, LLC<br>123 East Marcy<br>Santa Fe, NM 87501 |
| Stone Development, LLC<br>303 34th Street - Ste. 5<br>Virginia Beach, VA 23451 |
| Suarez Housing Corporation<br>6522 Gunn Hwy.<br>Tampa, FL 33625 |
| Sunrise Homes<br>643 Magazine Street<br>Suite 300<br>New Orleans, LA 70130 |
| Suntree Homes, Inc.<br>2113 Greenview Cove Drive<br>West Palm Beach, FL 33414 |
| Taian Taishan Plasterboard Co., Ltd.<br>Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271000<br>China |

Page 6 of 8

| WILTZ - OMNI II<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.<br>Dawenkou Daiyue District<br>East of National Road 104, 25km South<br>Tai'an City<br>271000 Taian, Shandong, China |
| Taylor Morrison of Florida, Inc.<br>2731 Executive Park Drive Ste. 4<br>Weston, FL 33331 |
| Timberline Builders, Inc.<br>3618 Del Prado Blvd.<br>Cape Coral, FL 33904 |
| Tony Helton Construction, LLC<br>230 Black Fin Cove<br>Slidell, LA 70458 |
| Touchstone At Rapallo, Inc.<br>2390 Tamiami Trail N #204<br>Naples, FL 34103 |
| TURN KEY HOME BUILDERS, INC.<br>169 Seaview Avenue<br>Palm Beach, FL 33480 |
| United Homes, Inc.<br>7975 NW 154th Street, Suite 400<br>Miami Lakes, FL 33016 |
| United Homes International, Inc.<br>7975 NW 154 St.<br>Suite 400<br>Miami Lakes, FL 33016 |
| Vasquez Construction Company, LLC<br>806 Young Street<br>Ypsilanti, MI 48198 |
| VENUS STREET, LLC<br>Sandor Genet, Esq.; Sandor F. Genet & Assoc, PA; 99 NE 167th St.<br>North Miami Beach, FL 33162 |
| Vernon Construction Corporation<br>3201 Bayou Sound<br>Longboat Key, FL 34228 |
| Vet Construction, Inc.<br>709 North Armada Road<br>Venice FL 34285 |
| Vizcaya Custom Homes, Inc.<br>3311 Oakellar Avenue<br>Tampa, FL 33611 |

Page 7 of 8

| WILTZ - OMNI II DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Walker Homes, Inc<br>141 W. Baffin Drive<br>Venice, FL 33595 |
| Wholesale Direct Lumber, LLC<br>2713 Bienville Street<br>New Orleans, LA  70119 |
| Wolf & Bear Distributors<br>5124 Kirkwood Avenue<br>Spring Hill, FL 34608 |
| Woodside Homes of Southeast Florida, LLC<br>Paracorp Incorporated<br>236 East 6 Avenue<br>Tallahassee, FL 32303 |