| *GROSS - OMNI III*<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| A & C Development, LLC<br>4437 Park Blvd.<br>Pinellas Park, FL 33781 |
| Aarco, LLC<br>57 Doubloon Drive<br>Slidell, Louisiana 70461 |
| Ace Home Center, Inc.<br>21090 Hwy. 59 South<br>Robertsdale, AL 36567 |
| Adams Homes Realty, Inc.<br>5508-B N. "W" Street<br>Pensacola, FL 32505 |
| Adrian Kornman<br>2053 E. Gause Blvd, Ste. 200<br>Slidell, LA 70461 |
| Albert Howard, Jr.<br>2685 Columbus Highway<br>Box Springs, GA 31801 |
| All County Drywall Service, Inc.<br>2702 Wallace Branch Road<br>Plant City, FL 33565 |
| American Gallery Development<br>1120 Skiff Place<br>Sanibel, FL 33957 |
| Angel Developments, LLC<br>216 South West Maclay Way<br>Port Saint Lucie, FL 34986 |
| Atchafalaya Homes<br>4478 N.E. Evangeline Trwy<br>Carenero, LA 70520 |
| Avalon Building Corporation of Tampa Bay<br>1716 Hermit Thrush Circle<br>Palm Harbor, FL 34683 |
| B&B Stucco, Inc.<br>12244 Treeline Avenue #10<br>Fort Myers, FL 33913 |
| Bailey Lumber & Supply Company of Biloxi<br>Bailey Building<br>Washington Avenue<br>Gulfport, MS 39507 |
| Banner Homes of Florida, Inc.<br>Business Filings Incorporated, 8040 Excelsior Drive, Suite 200,<br>Madison, WI 53717 |

| *GROSS - OMNI III*<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Banner Supply Company Pompano, LLC<br>GY Corporate Services, Inc., Two South Biscayne Blvd., Ste.<br>3400, Miami, FL 33131 |
| Baron Construction Co.<br>749 Huckleberry Lane<br>Terrytown, LA 70056 |
| Bay Colony-Gateway, Inc.<br>24301 Walden Center Dr., Ste. 300<br>Bonita Springs, FL 34134 |
| Bell Construction<br>PO Box 322<br>Hermanville, MS 39086 |
| Beta Drywall, LLC<br>6586 Hypoluxo Road #306<br>Lake Worth, FL 33467 |
| Boyle Lumber Company<br>PO Box 1208<br>Cleveland, MS 38732 |
| Brian Saltalmachia<br>3721 East Louisiana Street<br>Kenner, LA 70065 |
| Brothers Properties, LA, LLC<br>173 Pebble Beach<br>Slidell, LA 70458 |
| Building Supply House, LLC<br>8550 United Plaza Blvd., Ste. 1001<br>Baton Rouge, LA 70809 |
| Burmon Properties, LLC<br>National Registered Agents, Inc.<br>1011 N. Causeway Blvd., Ste. 3<br>Mandeville, LA 70471 |
| C.L. Paul Plastering, Inc.<br>6601 Marna Lane, N.<br>Ft. Myers, FL 33917 |
| Capital Construction<br>336 Coosada Ferry Rd<br>Montgomery, AL 36110 |
| Carter Custom Homes, Inc.<br>61701 Military Rd<br>Slidell, LA 70452 |
| CB Dupree Construction, LLC<br>17607 Heritage Estates Dr.<br>Baton Rouge, LA 70810 |

| *GROSS - OMNI III*<br>DEFENDANTS' LIST |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Chase Construction, Inc.<br>1714 Cape Coral Parkway East<br>Cape Coral, FL 33904 |
| Chateau Development, LLC<br>61 Highpointe Drive<br>Hattiesburg, MS 39402 |
| Colvin Homes, Inc.<br>6102 Center St<br>Ocean Springs, MS 39564 |
| Comfort Home Builders, Inc.<br>514 North East 16th Place - Unit #4<br>Cape Coral, FL 33909 |
| Cornerstone Builders, LLC<br>61085 Atkins Drive<br>Slidell, LA 70461 |
| Curington Contracting, Inc.<br>2652 NE 24 Street<br>Ocala, FL 34470 |
| Daniel Dae Loughy Homes, Inc. d/b/a Tropical Homes<br>308 Chambord Terrace; Palm Beach Gardens, FL  33410 |
| Dave Walker Construction, Inc.<br>6161 Hidden Oaks Lane<br>Naples, FL 34119 |
| David W. Stewart, Inc.<br>53089 Highway 433<br>Slidell, LA 70461 |
| Devon International Group, Inc.<br>1100 First Avenue, Suite 100<br>King of Prussia, PA 19406 |
| Done-Rite Construction<br>915 1st Avenue, NW<br>Arab, AL 35016 |
| Dupont Builders, Inc.<br>5695 Shaddelee LN<br>Ft. Myers, FL 33919 |
| Dupree Construction Co. , LLC<br>10626 Timberlake Drive<br>Baton Rouge, LA 70810 |
| Dynamic Contractors<br>425 Heart D. Farm Rd.<br>Youngsville, LA 70592 |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 |

### GROSS - OMNI III
### DEFENDANTS' LIST

| DEFENDANT (LIST FULL LEGAL NAME) |
| --- |
| Florida Style Services, Inc.<br>5309 Cocoa Ct<br>Cape Coral, FL 33904 |
| G & F Drywall<br>2101 Standard Place<br>Chalmette, LA 70043 |
| Gant & Shivers<br>2355 - B Pass Road<br>Biloxi, MS 39531 |
| Garraway's Stores, Inc.<br>2127 Columbia Ave.<br>Prentiss, MS 39474 |
| George Meza<br>4824 Belle Drive<br>Metairie, LA 70006 |
| Grogan Construction and Real Estate, Inc.<br>4992 Sagemeadow Cir<br>Hickory, NC 28601-9120 |
| Gulf Coast Drywall Building Products, LLC 18288 Old Covington Highway<br>Hammond, LA 70403 |
| Hanover Homes, Inc.<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| HC Seals Drywall Partners<br>125 George Mitchell Rd.<br>Carriere, MS 39426 |
| Hendrickson Contracting<br>981 Gum Pond Beall Road<br>Lumberton, MS 39455 |
| Homes of Merit, Inc.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Hulsey-Nezlo Construction, L.L.C.<br>346 Railroad Avenue<br>Albertville, AL 35950 |
| Inman Construction Services, Inc.<br>618 Central Avenue<br>Jefferson, LA 70121 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |

| *GROSS - OMNI III*<br>DEFENDANTS' LIST |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Interior Exterior Enterprises, LLC<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior-Exterior<br>7350 E. Industrial<br>Baton Rouge, LA 70805 |
| J & S Drywall<br>68491 Martha Drive<br>Pearl River, LA 70452 |
| James Kayser<br>2414 Welly St.<br>Prichard, AL 36610 |
| Jay 37 Construction, LLC<br>CMC Professional Services LLC<br>2609 Catalpa Avenue<br>Moss Point, MS 39563 |
| Jeff Laporte<br>2157 Third Street<br>Suite E<br>Mandeville, LA 70471 |
| Jim Walter Homes, Inc.<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Jim Walter Homes, LLC<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| John P. Gregg<br>336 Driftwood Circle<br>Slidell, LA 70458 |
| Johnny Weary<br>616 Lincerne Street<br>Bogalusa, LA 70427 |
| JP Renovations, Inc.<br>207 St. John Street<br>Madisonville, LA 70447 |
| K&B HOMES, INC.<br>1121 Lumsden Trace Circle<br>Valrico, FL 33594 |
| Karr Drywall, Inc.<br>3550 Work Drive, Suite B-9<br>Fort Myers, FL 33916 |
| KC2 Investments, LLC<br>1820 North Corporate Lakes Blvd.; Suite 105; Weston, FL 33326 |

| *GROSS - OMNI III*<br>DEFENDANTS' LIST |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Kelley Drywall, Inc.<br>13755 115 Street<br>Fellsmere, FL 32948 |
| Kenneth B Speights Construction Co<br>2675 Gates Drive<br>Bassfield, MS 39421 |
| Kenneth Campo<br>1301 Ysclockey Hwy<br>Saint Bernard, LA 70085 |
| Kimball Hill Homes Florida, Inc.<br>Corporation Center System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| L & J Builders, Inc.<br>6 Intracoastal Way<br>Lake Worth, FL 33460 |
| L&W Supply Corporation d/b/a Seacoast Supply Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| La Homes and Properties Inc.<br>2922 Oakland Rd<br>Lakeland, LA 70752 |
| Laporte Family Properties, LLC<br>950 West Causeway Approach<br>Mandeville, LA 70471 |
| Lawrence McCorvey<br>1671 Horandy Rd.<br>Monroeville, AL 36460 |
| Legend Custom Builders, Inc.<br>1429 Colonial Blvd. - Ste. 201<br>Fort Myers, FL 33907 |
| Leon Ramsey<br>192 Music Rd.<br>Monroe, LA 71203 |
| Leroy Laporte, Jr.<br>950 W. Causeway Approach<br>Mandeville, LA 70471 |
| Lowe's Home Centers, Inc.<br>Corporation Service Company<br>327 Hillsborough Street<br>Raleigh NC 27603 |
| LPR Builders, INC.<br>1150 NW 72 Avenue, Ste. 501<br>Miami, FL 33126 |

| *Gross - Omni III*<br>**Defendants' List** |
|---|
| **Defendant (List Full Legal Name)** |
| Lucas Construction Corporation<br>5472 Louis Prima Drive, West<br>New Orleans, LA 70128 |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 |
| Magnum Development, LLC<br>6704 Kenwood Drive<br>North Port, FL 34287 |
| Martinez Drywall & Painting, LLC<br>515 Drury Lane<br>Slidell, LA 70460 |
| Master Builders of South Florida, Inc.<br>100 North State Road 7, Ste. 300<br>Margate, FL 33063 |
| Mat D Construction<br>732 Carricox Street<br>Gretna, LA 70053 |
| MATSA Construction<br>16800 SW 248 Street<br>Homestead, FL 33031 |
| Mazer's Discount Home Centers, Inc.<br>2 South 41st Street<br>Birmingham, AL 35222 |
| McCar Homes - Tampa, LLC<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| McLean Drywall<br>508 Bear Paw Trail<br>Blue Ridge, GA 30513 |
| Meadows of Estero – Bonita Springs Ltd. P'ship, d/b/a Shelby Homes<br>NRAI Services, Inc.<br>2731 Executive Park Drive, Ste. 4<br>Weston, FL 33331 |
| Mesa Construction Group, Inc.<br>6460 SW 5th Place<br>Margate, FL 33068 |
| MGB Construction<br>3585 Lucia Drive<br>Vero Beach, FL 32967 |
| Miller Construction Company<br>National Registered Agents, Inc.<br>150 S. Perry St.<br>Montgomery, AL 36104 |

| *GROSS - OMNI III*<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Mitchell Homes, Inc.<br>C.T. Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Modern Construction Group, Inc<br>6530 Nina Rosa Drive<br>Orlando, FL 32819 |
| MW Johnson Construction of Florida, Inc.16823 Island Ave.<br>Lakeville, MN 55044 |
| Negotiable Remodeling<br>17 Kerry Street<br>Carriere, MS 39426 |
| Norman Gannon<br>32 Napoleon Cir<br>Brandon, MS 39047 |
| North Pacific Group<br>10300 SW Greenburg Road<br>Portland, OR 97223 |
| NuWay Drywall, LLC<br>384 Snapdragon Loop<br>Brandenton, FL 34212 |
| Oakwood Mobile Homes, Inc.<br>2225 South Holden Road<br>Greensboro, NC 27417 |
| O.C.D. of S. Florida, Inc.<br>3431 SW 11 St. #11<br>Deerfield Beach, FL 33442 |
| Ocean Springs Lumber Company, L.L.C.<br>1001 Bowen Avenue<br>P. O. Box 1647<br>Ocean Springs, MS 39566 |
| Oyster Bay Homes, Inc.<br>5260 S. Landings Drive # 308<br>Fort Myers, FL 33919 |
| Palm Isles Holdings, LLC<br>436 SW 8th Street<br>Miami, FL 33131 |
| Paramount Quality Homes Corp.<br>8702 Native Dance Rd. North<br>Palm Beach Gardens, FL 33418 |
| Parkview Homes Realty, Inc.<br>12610 Race Track Road<br>Tampa, FL 33626 |
| Paul England\ Construction<br>4503 Chippewa Avenue<br>Pascagoula, MS 39581 |

| GROSS - OMNI III<br>DEFENDANTS' LIST |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Picayune Discount Building Supply<br>1919 Palestine Road<br>Picayune, MS 39466 |
| Pine Ridge Development, Inc.<br>2227 Murphy Court<br>North Port, FL 34289-1905 |
| Pine Ridge Real Estate Enterprises, L.L.C.<br>1311 Newport Center Drive West, Suite C<br>Deerfield Beach, FL 33442 |
| POD HOMES, LLC<br>2141 Lakeview Dr.<br>Sebring, FL 33870 |
| R & B Housing, LLC<br>34141 Myrtle Court<br>Slidell, LA 70468 |
| Ray Horvath Drywall, Inc.<br>10155 NE 101st Street<br>Okeechobee, FL 34972 |
| Redman Homes Inc.<br>The Corporation Trust Inc.<br>Registered Office<br>300 E. Lombard St.<br>Baltimore, MD 21202-3219 |
| Renfrow Insulation & Supply<br>5650 Terry Rd.<br>Jackson, MS 39272 |
| Renfrow Insulation I<br>400 Byram Dr.<br>Byram, MS 39272 |
| RJL Drywall, Inc.<br>All Florida Firm, Inc.<br>813 Deltona Blvd. Ste. A<br>Box # 1357305<br>Deltona, FL 32725 |
| Rocky Ruckman<br>11367 Creel Cr<br>Gulfport, MS |
| Roman Gonzalez<br>3232 Sugar Mill Road<br>Kenner, LA 70065 |
| Rylex Homes, Inc.<br>542 Grassland Drive, Maryville, TN 37804-6120 |
| S. Petersen Homes, Inc.<br>1217 E. Cape Coral Pkwy, Suite 201 Cape Coral, Fl 33904 |

| *GROSS - OMNI III*<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Sands Construction Group, LLC<br>6230 SW 58 Street<br>Miami, FL 33143 |
| Sedgwick Developers, Inc.<br>One Biscayne Tower<br>15th Floor<br>Miami, FL 33131 |
| Shelter Products, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Smoky Mountain Materials, Inc.<br>8040 Old Palafox Street<br>Pensacola, FL 32534 |
| Sorrento Lumber Co., Inc.<br>9563 Airline Highway<br>Sorrento, LA 70778 |
| South Kendall Construction Corp.<br>436 SW 8th St.<br>Miami, FL 33130 |
| Southern Homes, LLC<br>2053 E. Gause Blvd, Ste. 200<br>Slidell, LA 70461 |
| Springhill, LLC<br>2053 E. Gause Blvd, Ste. 200<br>Slidell, LA 70461 |
| Steve Harrington Homes, Inc.<br>8335 Highway 89<br>Milton, FL 32570 |
| Steven R. Carter, Inc.<br>401 East Kennedy Blvd.<br>Tampa, FL 33602 |
| Stine Lumber, LLC<br>199 US Hwy 61 South<br>Natchez, MS 39120 |
| Summit Homes, LLC<br>n/k/a PHL Construction, LLC<br>11017 Perkins Road, Suite C<br>Baton Rouge, La 70810 |
| Sunrise Homes<br>1100 Poydras Street<br>Suite 1150<br>New Orleans, LA 70163 |
| Trust America Homes, Inc.<br>555 Gaspar Drive<br>Placida, FL 33946 |

United Drywall & Stucco, Inc.
4040 16th Avenue South East
Naples, FL 34117

United Home Builders, Inc.
231 Del Prado Blvd.
Suite #11
Cape Coral, FL 33990

USG Corporation
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Veal Enterprises, Inc.
1316 Ames Blvd.
Marrero, LA 70072

Venture Homes
1580 Terrell Mill Road, SE
Marietta, GA 30067

VENUS STREET, LLC
Sandor Genet, Esq.
Sandor F. Genet & Assoc, PA
99 NE 167th St.
North Miami Beach, FL 33162

W.B. Howland Co., L.L.C.
2039 Centre Point Blvd.
Suite 201
Tallahassee, FL 32308

Waterways Joint Venture IV, LLC
15489 Summit Place Circle
Naples, FL 34119

WB Construction Company, Inc.
4205 23rd Street SW
Lehigh Acres, FL 33976

All Interior Supply, Inc.
C.T. Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Banner Supply Co
GY Corporate Services
Two South Biscayne Blvd.
Suite 3400
Miami, FL 33131

Beijing New Building Materials Public Limited Company (BNBM)
No. 16 West Road
Jiancaicheng Xisanqi
Haidian District
Beijing China
100096

| |
|---|
| Beijing New Building Materials Group Co., Ltd. (BNBM Group)<br>No. 16<br>West Road Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |
| Black Bear Gypsum Supply, Inc.<br>14733 Turnberry Court<br>Clearwater, FL |
| Smoky Mountain Materials, Inc.<br>8040 Old Palafox Street<br>Pensacola, FL 32534 |
| Builders Gypsum Supply, L.L.P<br>2018 Pasket<br>Houston, TX 77092 |
| Builders Gypsum Supply Co., Inc.<br>2018 Pasket<br>Houston, TX 77092 |
| Changzhou Yinhe Wood Industry Co., Ltd.<br>Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China<br>213 103 |
| China National Building Materials Co., Ltd. (CNBM)<br>17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |
| China National Building Material Group Corporation (CNBM Group)<br>17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |
| CNBM USA Corp<br>650 Camino de Gloria<br>Walnut, CA 91789 |
| Davis Construction Supply, LLC<br>20725 SW 46th Avenue<br>Newberry, FL 32669 |
| Devon International Group, Inc.<br>1100 1st Ave.<br>Suite 100<br>King of Prussia, PA 19406 |
| Fuxin Taishan Gypsum And Building Material Co., Ltd.<br>Pingxi Industrial Park North<br>Haizhou District<br>Fuxin<br>Liaoning<br>123000 |
| Great Western Building Materials<br>3652 E. Miami St.<br>Phoenix, AZ 85040 |

Hubei Taishan Building Material Co., Ltd.
Jingmen High and New Technology Industrial Park,
Hubei
448000

I.B.S.A., Inc. Independent Builders Supply Association, Inc.
1801 Wal Pat Road
Smithfield, NC 27477

Interior/Exterior Building Supply, LP
727 South Cortez Street
New Orleans, LA 70119

Interior/Exterior Enterprises, LLC
727 South Cortez Street
New Orleans, LA 70119

International Materials Trading, Incorporated
204 W. Spear Street
Carson City, NV 89703

J.W. Allen & Company Incorporated
200 Crofton Road
Box 34
Kenner, LA 70062

Jinan Run & Fly New Materials Co., Ltd.
3-201, Ruyibei BLD.
Hualong Road
Jinan, Shandong China
250100

Knauf AMF GMBH& Co. KG
Elsenthal 15
Grafenau Germany 94481

Knauf DO Brasil, Ltd.
Praça Floriano 19 sala 3101 - Centro
Cep: 20031-050 Rio de Janeiro / RJ

Knauf GIPS KG
Postfach 10, 97343
Iphofen, Germany

Knauf Gypsum Indonesia
The Landmark Centre Tower A
19th Floor
Jl. Jendral Sudirman No. 1
Setiabudi, Jakarta Selatan 12910

Knauf Insulation GMBH a/k/a Knauf USA One Knauf Drive
Shelbyville, Indiana 46176

Knauf Plasterboard (Tianjin) Co. Ltd.
North Yinhe Bridge
East Jingjin Road
Beichen District
Tianjin, 300400 P.R.C.

Guangdong Knauf New Building Materials Products Co., Ltd.
No. 2 Xinsha Development Zone
Machong Country
RC-523147, Guangdong
China

L & W Supply Corporation
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
302 658 7581

La Suprema Enterprise, Inc.
Steve M. Bimston, Esquire
Rosenthal, Rosenthal, Rasco, Kaplan, LLC
One Aventura, Suite 600
20900 N.E. 30th Avenue
Aventura, FL 33180

La Suprema Trading, Inc.
Steve M. Bimston, Esquire
Rosenthal, Rosenthal, Rasco, Kaplan, LLC
One Aventura, Suite 600
20900 N.E. 30th Avenue
Aventura, FL 33180

Mazer's Discount Home Centers Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Metro Resources Corp.
The Corporate Place, Inc.
601 East Charleston Blvd.
Suite 100
Las Vegas, NV 89104

Nanhai Silk Imp. & Exp. Corporation Block 1
4 Nangui Road, West
Foshan Guangdong
China, 528200

Oriental Trading Company, LLC
1406 Selbydon Way
Winter Garden, FL 34787

Pingyi Baier Building Materials Co., Ltd.
Baier Industrial Park
Ziqiu Town
Pingyi County
Shandong
China 273305

Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.  f/k/a Shandong
Chenxiang Building Materials Co., Ltd (Chexiang)
Dongyah Dianzi Village
Pingyi Town
Pingyi County
Shandong China 273300

Qingdao Yilie International Trade Co., Ltd Room 804
Building 1
Tianshengyuan
21 Donghai West Road
Shinan District
Qingdao, Shandong, China
266071

Qinhuangdao Taishan Building Material Co., Ltd
Gangcheng Street
East No. 69
Haigang District
Qinhuangdao
066000

Shaanxi Taishan Gypsum Co., Ltd
.Weibei Industrial Park
Xinshi Township
Linwei District
Weinan City
Shaanxi
714000

Shandong Oriental International Trading Co., Ltd.
17 - 21/F Shandong
International Trades Mansion
51 Taiping Road
Qingdao, China 266002

Shandong Yifang Gypsum Industry Co., Ltd.
Industry Park of
Taierzhuang, Zaozhuang City,
Shandong
China 277400

Shanghai East Best Arts & Crafts Co., Ltd.
273 SI Ping Lu
Shanghai
Shanghai China 200081

Shanghai Yu Yuan Imp. & Exp.Co., Ltd
3/F No. 135-1
Jiu Jiao Chang Road
Shanghai
China 200010

SIIC Shanghai International Trade (Group) Co., Ltd.
30/F, SIIC Building
No. 18, Caoxi North Road
Shanghai, China 200030

Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd
Dabancheng Village
Dabancheng Township
Dabancheng District
Urumchi
Xinjiang Uygur
Autonomous Region
8300389

Steeler, Inc.
701 Fifth Avenue., Ste 5500
Seattle, WA 98104

Stock Building Supply, Inc
C T Corporation System
123 East Marcy
Santa Fe, NM 87501

Stock Building Supply, LLC
C T Corporation System
123 East Marcy
Santa Fe, NM 87501

| |
|---|
| Sunrise Building Materials Ltd.<br>Unit 7, 55 Nugget Ave.<br>Scarborough, Toronto, ON<br>Canada, M1S 3L1 |
| Tai'an Jindun Building Material Co., Ltd.<br>Dawenkou<br>Daiyue District<br>Tai'an<br>271026<br>0538-8812516 |
| Tai'an Kangyijia Building Materials Co., Ltd.<br>Shigao Industrial Park<br>Dawenkou, Tai'an City<br>Shandong, China<br>271024 |
| Tai'an Taishan Gypsum Board Co., Ltd.<br>Houzhou Village<br>Dawenkou<br>Daiyue District<br>Tai'an<br>271026<br>0538-8811078 |
| Taian Taishan Plasterboard Co., Ltd.<br>Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271026<br>China |
| Taishan Gypsum (Baotou) Co., Ltd.<br>No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 |
| Taishan Gypsum (Chongqing) Co., Ltd.<br>Luhuang Industrial Park A<br>Jiangjin<br>Chongqing<br>402260 |
| Taishan Gypsum (Henan) Co., Ltd.<br>Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi<br>Henan<br>471900 |
| Taishan Gypsum (Hengshui) Co., Ltd.<br>Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City<br>053000 |
| Taishan Gypsum (Jiangyin) Co., Ltd.<br>Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 |

| |
|---|
| Taishan Gypsum (Pingshan) Co., Ltd.<br>Dianchang Road<br>Pingshan Township<br>Pingshan County<br>050400 |
| Taishan Gypsum (Pizhou) Co., Ltd.<br>Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>221200 |
| Taishan Gypsum (Tongling) Co., Ltd.<br>Jinqiao Industrial Park<br>Tongling Anhui<br>244000 |
| Taishan Gypsum (Wenzhou) Co., Ltd.<br>Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi<br>Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 |
| Taishan Gypsum (Xiangtan) Co., Ltd.<br>Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan<br>Hunan<br>411102 |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd.<br>Dawenkou Daiyue District<br>271026 Taian, Shandong, China |
| Taishan Gypsum Co., Ltd. Lucheng Branch Ganlin Road No. 3<br>Lucheng, Shaanxi<br>047500 |
| The China Corporation, LTD<br>Room A22, 13/F, Block A<br>37-41 San Mei Street<br>Wah Lok Industrial Centre<br>Fotan, Sha Tin, New Territories<br>Hong Kong, SAR |
| Tianjin Tianbao Century Development Co., Ltd.<br>3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China<br>300461 |
| TMO Global Logistics, LLC<br>416 Park St.<br>Charlottesville, VA 22902 |
| Tov Trading Inc.<br>The Corporation<br>5014 20th Avenue<br>Brooklyn, NY 11204 |
| Triorient Trading, Inc.<br>76 Tokeneke Road<br>Darien, CT 06820 |

| |
|---|
| USG Corporation<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Venture Supply, Inc.<br>Convergence Center IV<br>301 Bendix Road<br>Suite 500<br>Virginia Beach, VA 23452 |
| Weifang Aotai Gypsum Co., Ltd.<br>Anqiu Economic Development Zone North Weifang<br>262100 |
| Yunnan Taishan Gypsum And Building Material Co., Ltd.<br>Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 |

| **Rogers - Omni IV**<br>**Defendants' List** |
| --- |
| 3180 Lamb Court Acquisition, LLC<br>3732 NW 16 Street<br>Ft. Lauderdale, FL  33311 |
| AI Brothers, Inc.<br>919 S. Charlotte St.<br>Lombard, IL  60148 |
| Angel Developments, LLC<br>216 SW Maclay Way<br>Port St. Lucie, FL 34986 |
| B & E Construction of Miami Corp.<br>7944 SW 199 Terrace<br>Miami, FL 33189 |
| Buquoi Construction LLC<br>10569 Buddy Gore Road<br>Gonzales, LA 70737 |
| Burmaster Construction, Inc.<br>25058 Pin Oak Lane<br>Folsom, LA 70437 |
| Cabot Homes<br>2161 Mcgregor Blvd., Suite B<br>Fort Myers Fl 33901 |
| Cajun Construction & Development, LLC<br>800 Wiegand Drive<br>Bridge City, LA 70094 |
| Can-Am Drywall, Inc.<br>14420 SW 23 Street<br>Davie, FL 33325 |
| Cape Cement & Supply, Inc<br>.645 Commercial Park Place<br>Cape Coral, FL 33991 |
| Carribean Custom Builders and Developers<br>29141 Clover Lane<br>Big Pine Key, FL 33043 |
| Comfort Home Builders, Inc.<br>514 NE 26th Place - Unit #4<br>Cape Coral, FL 33909 |
| Davis General Contractors<br>218 Kenlyn Road<br>Palm Beach Fl 33480 |
| Enchanted Homes, INC.<br>11915 King James Court<br>Cape Coral, FL 33991 |

| Rogers - Omni IV<br>Defendants' List |
|---|
| First Home Builders of Florida I, LLC<br>100 North Tampa Street, Ste. 4100<br>Tampa, FL 33602 |
| Freemar Homes, Inc.<br>5410 Endeavor Ave.<br>Dover, FL 33527 |
| Gomez Interiors, Inc.<br>15745 SW 297th Terrace<br>Homestead, Fl 33033 |
| Grand Palazzo Hendricks, LLC<br>7800 Red Road, Suite 127<br>South Miami, FL 33143 |
| Gremillion Homes, Inc.<br>14249 Hwy 1077<br>Folsom, LA 70437 |
| Hanover Homes<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| Hilliard Butler Construction Company, Inc.<br>5026 Par Four Drive<br>New Orleans, LA 70128 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Cherry and Sons, Inc.<br>2212 SW Racquet Club Drive<br>Palm City, FL 34990 |
| James Stokley d/b/a Choctaw Builders, Inc.<br>26543 Hwy 17<br>Millry, AL 36558 |
| Jim Walter Homes, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Joseph E. Clouse, Inc.<br>8661 Glenlyon Court<br>Fort Myers, FL 33912 |
| KB Homes<br>1121 Lumsden Trace Circle<br>Valrico, FL 33594 |

| Rogers - Omni IV<br>Defendants' List |
|---|
| L.R. Gardere Drywall Construction, Inc.<br>108 Southdown Lane<br>Covington, LA 70433 |
| L&W Supply Corporation d/b/a Seacoast Supply Company<br>The Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Laporte Builders, Inc.<br>168 NE Sagamore Terr.<br>Port St. Lucie, FL 34983 |
| Lennar Homes, Corp.<br>CT Corporation System<br>1200 South Pine Island Rd.<br>Plantation, FL 33324 |
| Liberty Home Builders, Inc.<br>14 Rose Dr.<br>Ft. Lauderdale, FL 33316 |
| Linel Consulting, LLC<br>9010 SW 117th St<br>Miami, FL 33176 |
| Lloyd & Sons Construction, Inc.<br>156 Village Blvd., Unit-A,<br>Tequesta, FL 33469 |
| LPR Builders, Inc.<br>1150 NW 72 Avenue, Ste. 501<br>Miami, FL 33126 |
| M J F Construction Corporation<br>1805 Ponce De Leon Blvd. #110<br>Coral Gables, FL 33134 |
| Marsiglia Construction Company<br>2909 Division Street<br>Metairie LA 70005 |
| O' Key Homes, Inc.<br>1450 SE 16th Terrace<br>Cape Coral FL  33990 |
| P N K Builders, LLC<br>444 Swift Fox Run<br>Madisonville, LA 70447 |
| Palm Isles Holdings, LLC<br>436 SW 8th Street<br>Miami, FL 33131 |
| Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber<br>Company, Inc.<br>21459 Highway 36<br>Abita Springs, LA 70420 |

| **Rogers - Omni IV**<br>**Defendants' List** |
| --- |
| Pine Ridge Real Estate Enterprises, LLC<br>1177 S.E. 3rd Ave.<br>Fort Lauderdale, FL 33316 |
| RCR Holdings I and II, LLC<br>1500 Gateway Blvd. Suite 200<br>Boynton Beach, FL 33426 |
| Royal Homes, L.L.C.<br>4800 Sharp Road<br>Mandeville, LA 70471 |
| South Kendall Construction Corp.<br>436 SW 8th Street<br>Miami, FL 33131 |
| Southern Homes, LLC<br>2053 E. Gause Blvd., Ste. 200<br>Slidell, LA 70461 |
| Sovereign Homes, LLC<br>241 Monterrey Drive<br>Naples, FL 34119 |
| Summit Homes, LLC<br>n/k/a PHL Construction, LLC<br>7525 Picardy Ave.<br>Suite 220<br>Baton Rouge, LA 70808 |
| Symphony Builders, Inc.<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 |
| Treasure Coast<br>2400 SE Federal Hwy. 4th Floor<br>Stuart, FL 34997 |
| USG Corporation<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Venus Street, LL<br>99 NE 167th Street<br>North Miami Beach, FL 33162 C |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 |
| Waterways Joint Venture IV<br>3358 Woods EdgeCircle, #102<br>Bonita Springs, FL 34134 |

| Rogers - Omni IV<br>Defendants' List |
| --- |
| Woodside f/k/a GHO Properties<br>3600 Burgundy Drive<br>North Palm Beach Gardens, FL 33410 |
| Woodside Homes of Southeast Florida, LLC<br> Paracorp Incorporated<br>236 East 6th Avenue<br>Tallahassee, FL  32303 |