UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| Wiltz, et al. v. Beijing New Building Materials Public Limited, Co., et al. Case No. 10-361 (E.D.La.) OCIIC Intervention C V. Beijing New Building Materials Public Limited, Co., et al. | * * * * * * | |

******************************************

**PLAINTIFFS, ROY AND CRYSTAL BARRY**
**NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that Roy and Crystal Barry, Plaintiffs in the above captioned matter, will begin remediation of their property beginning on Wednesday, December 15, 2010. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Richard

1

J. Serpe at rserpe@serpefirm.com.

Respectfully submitted,

**/s/ Leonard A. Davis**

**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:   (504) 581-4892
Fax No.:   (504) 561-6024
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2010.

/s/ Leonard A. Davis

LEONARD A. DAVIS