UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| David Gross, et. al. v.<br>Knauf Gips, KG, et al.<br>Case No. 09-6690 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

### NANCY A. FARLEY'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CURINGTON CONTRACTING, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff-Intervenor, Nancy A. Farley, hereby dismisses without prejudice all claims or causes of action against Defendant Curington Contracting, Inc. in Plaintiffs' Substituted and Amended Omnibus Class Action Complaint In Intervention (III), reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiff-Intervenor, Nancy A. Farley shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NANCY A. FARLEY'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CURINGTON CONTRACTING, INC. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2010.

/s/ Leonard A. Davis

# EXHIBIT "A"



**Colson Hicks Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

November 19, 2010

Mr. Leonard Davis
Herman Herman Katz O'Keefe
820 Okeefe Avenue, Suite 100
New Orleans, LA 70113

RE: Chinese Manufactured Drywall Products Liability Litigation
MDL No. 2047 – Farley Notice of Voluntary Dismissal

Dear Leonard:

We respectfully request that you file a Notice of Voluntary Dismissal without Prejudice of Defendant Curington Contracting, Inc. on behalf of our client, Nancy A. Farley.

Very truly yours,

Ervin A. Gonzalez
Patrick Montoya

Enclosures as stated

THE LAW FIRM OF COLSON HICKS EIDSON
255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
T: 202.386.6706 | F: 202.386.6706