UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## <u>ARMIN SEIFART AND LISA GORE SEIFART'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KNAUF</u>

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Armin Seifart and Lisa Gore Seifart, hereby dismiss without prejudice all claims or causes of action against Defendant Knauf [1] in Plaintiffs' Omnibus Complaint (I). Each party is to bear its own attorneys' fees and costs. Plaintiffs, Armin Seifart and Lisa Gore Seifart shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

---

[1] Knauf entities consist of Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd. and Knauf Plasterboard (Dongguan) Co., Ltd. (collectively "Knauf").

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing ARMIN SEIFART AND LISA GORE
SEIFART'S VOLUNTARY DISMISSAL has been served on Plaintiffs' Liaison
Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and
e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading
the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the
foregoing was filed with the Clerk of Court of the United States District Court for the
Eastern District of Louisiana by using the CM/ECF System, which will send a notice of
electronic filing in accordance with the procedures established in MDL 2047, on this 1st
day of December, 2010.

/s/ Leonard A. Davis

# EXHIBIT "A"


Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

November 22, 2010

Mr. Leonard Davis
Herman Herman Katz O'Keefe
820 Okeefe Avenue, Suite 100
New Orleans, LA 70113

> RE:   **Chinese Manufactured Drywall Products Liability Litigation**
> **MDL No. 2047 – Seifart Notice of Voluntary Dismissal**

Dear Lenny:

We respectfully request that you file a Notice of Voluntary Dismissal without Prejudice of all claims or causes of action against Defendant Knauf in Plaintiffs' Omnibus Complaint (I) on behalf of our clients, Armin Seifart and Lisa Gore Seifart.

Very truly yours,

Ervin A. Gonzalez
Patrick Montoya

Enclosures as stated

| THE LAW FIRM OF COLSON HICKS EIDSON
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706