## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf GIPS KG, et al.,<br>Case No. 2:09-cv-07628 (E.D.La.) | |

### JAMES BURZOTTA AND RITA BURZOTTA'S
### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
### OF DEFENDANT, LEE WETHERINGTON HOMES, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), JAMES BURZOTTA and RITA BURZOTTA, hereby dismiss without prejudice all of their claims against DEFENDANT, LEE WETHERINGTON HOMES, INC., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. JAMES BURZOTTA and RITA BURZOTTA, shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Mark A. Hanson, Esquire, counsel for JAMES BURZOTTA and RITA BURZOTTA, dated November 19, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: December 1, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of December, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

2

# EXHIBIT "A"

DANIEL J. LOBECK

MARK A. HANSON*

MICHELLE A. STELLACI

JEREMY V. ANDERSON

DAVID P. BABNER**

DAVID J. FREDERICKS

2033 MAIN STREET, SUITE 403
SARASOTA, FL 34237
(941) 955-5622
FAX (941) 951-1469

E-MAIL law@lobeckhanson.com
INTERNET www.lobeckhanson.com

# THE LAW OFFICES OF
# LOBECK & HANSON
### PROFESSIONAL ASSOCIATION

November 19, 2010

CONDOMINIUM

COOPERATIVE AND

COMMUNITY

ASSOCIATIONS

CIVIL LITIGATION

PERSONAL INJURY

FAMILY LAW

LAND USE LAW

ESTATES AND TRUSTS

*FLA. SUPR. CT. CERTIFIED MEDIATOR
**ALSO ADMITTED IN MASS., N.Y., D.C.

VIA FACSIMILE (504) 561-6024
AND U.S. MAIL

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
       Case No. 2:09-cv-07628 (E.D.La.)

Dear Russ and Lenny:

My client(s), James Burzotta and Rita Burzotta, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, Lee Wetherington Homes, Inc. in the above matter, reserving their right and claim against any and all other defendants therein.

Very truly yours,

Mark A. Hanson, Esquire

MAH/jw
cc: clients