## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABLITY LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | SECT.  L |
| CHARLENE AND TATUM HERNANDEZ, et al | * | |
| | * | MAG. WILKINSON |
| | * | |
| versus | * | MAG. 2 |
| | * | |
| AAA INSURANCE , et al | * | 10-3070 |

*   *   *   *   *   *   *   *   *   *   *   *   *

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firms of Porteous, Hainkel and Johnson, L.L.P.; Stone, Pigman, Walther, and Wittmann, L.L.C.; and Sutherland Asbill & Brennan, LLP and hereby file this Notice of Appearance as counsel on behalf of the following:

(1) Defendant State Farm Fire & Casualty Company, as the homeowners insurer of Plaintiffs Robert and Langlois Roth and Joel and Pearl Milliet, although erroneously named as State Farm Insurance with regard to Plaintiffs Joel and Pearl Milliet and in the complaint. *See* No. 10-3070, Dkt.1, p.9 ¶ 31,¶ 32 and p.39 ¶ 168.

(2) Defendant State Farm Florida Insurance Company, as the homeowners insurer of Plaintiff Daniel D'Loughey. *See* No. 10-3070, Dkt.1 p. 21, ¶ 86.

1

It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel at the law firms set forth below in connection with this action.

/s/ Wayne J. Lee
**WAYNE J. LEE, (La. 7916), T.A.**
**HEATHER M. LONIAN, ( La.29956)**
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361
Email: wlee@stonepigman.com
hlonian@stonepigman.com

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER ( La.  2861)**
**PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.**
408 North Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Facsimile: (985) 893-1392
abaumgartner@phjlaw.com


**THOMAS W. CURVIN (Ga. 202740)**
**AMY K. AVERILL  (Ga. 029359)**
**SUTHERLAND ASBILL & BRENNAN LLP**
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
Telephone:  (404) 853-8000
tom.curvin@sutherland.com
amy.averill@sutherland.com


**Counsel for  Defendants State Farm Fire & Casualty Company and State Farm Florida Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2010.

/s/ Adrianne L. Baumgartner