007028.000004

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **CASE NO.: 2047**<br>**SECTION: L**<br>Honorable Eldon E. Fallon<br>**MAG: JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*WILTZ, ET. AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.*<br><br>*CASE No. 2:10-cv-00361 (E.D.LA.)* | |

_____/

## ORDER GRANTING
## TAG-ALONG DEFENDANT'S,
## COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.'S
## MOTION TO EXCEED PAGE LIMITATION

Considering Tag-Along Defendant Coastal Construction of South Florida, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Omnibus Complaint in this action, or in the Alternative Remand the Tag-Along Case Number:10-1113 to the United States District Court for the South District of Florida.

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED. New Orleans, Louisiana, this_____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE