007028.000004

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **CASE NO.: 2047**<br><br>**SECTION: L**<br><br>Honorable Eldon E. Fallon<br><br>MAG: JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br>*WILTZ, ET. AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.*<br><br>*CASE No.   2:10-cv-00361 (E.D.LA.)* | |

_____/

## ORDER GRANTING
## TAG-ALONG DEFENDANT'S,
## COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.'S
## MOTION TO DISMISS
## OR IN THE ALTERNATIVE REMAND TO THE COURT OF ORIGIN

Considering Tag-Along Defendant Coastal Construction of South Florida, Inc.'s Motion to Dismiss the Omnibus Complaint and Tag-Along Complaint (Case Number:10-1113)in this action,

IT IS ORDERED that the Motion to Dismiss with prejudice, for failure to state a claim upon which relief can be granted and for lack of personal jurisdiction pursuant to the Federal Rules of Civil Procedure is GRANTED and the Tag-Along Case 10-1113 is remanded to the United States District Court for the Southern District of Florida.

New Orleans, Louisiana, this_____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE