FNI-107790

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLENE AND TATUM HERNANDEZ,
INDIVIDULLAY, AND ON BEHALF OF
OTHERS SIMILARY SITUATED, ET AL.,

CASE NO: 10-3070

        Plaintiffs,

vs.

AAA INSURANCE, ET AL.,

        Defendants.
_____

## NOTICE OF APPEARANCE

The law firm of BAZINSKY, KORMAN & BAKER, P.A., hereby gives notice of its appearance on behalf of Defendant, FEDERATED NATIONAL INSURANCE COMPANY, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

By: /S/ Joshua S. Beck
JOSHUA S. BECK
Bazinsky, Korman & Baker, P.A.
7901 SW 6th Court, Suite 450
Plantation, Florida 33324
Tel.: (954) 626-0000
Fax: (954) 626-0011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was sent via CM/ECF system to the following on December 2, 2010:

Russ M. Herman, Esq.
Herman, Herman, Katz & Collar, LLP
82- O'Keefe Avenue
New Orleans, LA 70113

By: /S/ Joshua S. Beck
JOSHUA S. BECK