UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL            MDL NO. 2047
PRODUCTS LIABILITY LITIGATION
                                                SECTION L
THIS DOCUMENT RELATES TO:
                                                JUDGE FALLON
*Gross, et al. v. Knauf Gips KG, et al.*        MAG. JUDGE WILKINSON
2:09-cv-6690 (E.D. La.)

-------------------------------------------------------------------

### MARTIN AND DORIS TATUM'S COMBINED ERRATA AND NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT LA HOMES AND PROPERTIES, INC.

Plaintiffs Martin and Doris Tatum hereby note the following Errata to the complaint in *Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.) (the "Omnibus III Complaint"): La Homes and Properties, Inc. (paragraph 1229; subclass 164) is mistakenly identified as the builder of Plaintiffs Martin and Doris Tatum's home. The actual builder of the Tatums' home is L.A. Homes, Inc. (paragraph 1226; subclass 161). Plaintiffs shall proceed with their claims against L.A. Homes, Inc. (subclass 161) and are voluntarily dismissing, without prejudice, their claims against La Homes and Properties, Inc (subclass 164).

Pursuant to Fed.R.Civ.P. 41(a) (1) (A) (i), Plaintiffs Martin and Doris Tatum hereby voluntarily dismiss, without prejudice, their claims against La Homes and Properties, Inc. (paragraph 1229; subclass 164). The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is a correspondence from Daniel E. Becnel, Jr., Esq., counsel for Martin and Doris Tatum, dated November 16, 2010, which specifically authorizes the undersigned to file this Combined Errata and Notice of Voluntary Dismissal.

2

Respectfully submitted,

December 2, 2010

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liason Counsel
MDL 2047

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Combined Errata and Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of December, 2010.

                                      /s/ Leonard A. Davis
                                      Leonard A. Davis, Esquire
                                      Herman, Herman, Katz & Cotlar, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      LDavis@hhkc.com
                                      Plaintiffs' Liaison Counsel
                                      MDL 2047

# EXHIBIT "A"

# BECNEL LAW FIRM, L.L.C.

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
CATHERINE BECNEL
CHANCE WHITE
TONI BECNEL
*ALSO ADMITTED IN COLORADO

106 WEST SEVENTH STREET
P. O. DRAWER H
RESERVE, LA 70084
(985)-536-1186
FAX NO. 536-6445
WWW.BECNELLAW.COM

LAPLACE OFFICE
425 W. AIRLINE HWY
SUITE B
LAPLACE, LA 70068
(985) 651-6101
FAX NO. 651-6104

November 19, 2010

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Re: *In Re: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047*
*Gross, et al v. Knauf Gips KG, et al, No. 2:09-cv-6690*

Dear Counselors:

Please file the enclosed Combined Errata and Notice of Voluntary Dismissal for our clients, Martin and Doris Tatum, in the above captioned matter. If you have any questions, please feel free to contact me at (985) 536-1186.

Sincerely,

Matthew B. Moreland