UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION L
THIS DOCUMENT RELATES TO:

JUDGE FALLON
*Gross, et al. v. Knauf Gips KG, et al.*     MAG. JUDGE WILKINSON
2:09-cv-6690 (E.D. La.)

---

### BRENT DESSELLE'S COMBINED ERRATA AND NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT LA HOMES AND PROPERTIES, INC.

Plaintiff Brent Desselle hereby notes the following Errata to the complaint in *Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.) (the "Omnibus III Complaint"): La Homes and Properties, Inc. (paragraph 1229; subclass 164) is mistakenly identified as the builder of Plaintiff Brent Desselle's home. The actual builder of Desselle's home is L.A. Homes, Inc. (paragraph 1226; subclass 161). Plaintiff shall proceed with his claims against L.A. Homes, Inc. (subclass 161) and is voluntarily dismissing, without prejudice, his claims against La Homes and Properties, Inc (subclass 164).

Pursuant to Fed.R.Civ.P. 41(a) (1) (A) (i), Plaintiff Brent Desselle hereby voluntarily dismisses, without prejudice, his claims against La Homes and Properties, Inc. (paragraph 1229; subclass 164). The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is a correspondence from Daniel E. Becnel, Jr., Esq., counsel for Brent Desselle, dated November 16, 2010, which specifically authorizes the undersigned to file this Combined Errata and Notice of Voluntary Dismissal.

                                                      Respectfully submitted,

December 2, 2010                       /s/ Leonard A. Davis
                                                    Russ M. Herman, Esq. (LA Bar No. 6819)
                                                    Leonard A. Davis, Esq. (LA Bar No. 14190)
                                                    Stephen J. Herman, Esq. (LA Bar No. 23129)
                                                    Herman, Herman, Katz & Cotlar, LLP
                                                    820 O'Keefe Ave.
                                                    New Orleans, LA 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    LDavis@hhkc.com
                                                    Plaintiffs' Liason Counsel
                                                    MDL 2047

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Combined Errata and Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of December, 2010.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047

# EXHIBIT "A"

# BECNEL LAW FIRM, L.L.C.

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
CATHERINE BECNEL
CHANCE WHITE
TONI BECNEL
*ALSO ADMITTED IN COLORADO

106 WEST SEVENTH STREET
P. O. DRAWER H
RESERVE, LA 70084
(985)-536-1186
FAX NO. 536-6445
WWW.BECNELLAW.COM

LAPLACE OFFICE
425 W. AIRLINE HWY
SUITE B
LAPLACE, LA 70068
(985) 651-6101
FAX NO. 651-6104

November 19, 2010

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Stephen J. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

   Re: *In Re: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047*
     *Gross, et al v. Knauf Gips KG, et al, No. 2:09-cv-6690*

Dear Counselors:

  Please file the enclosed Combined Errata and Notice of Voluntary Dismissal for our client, Brent Desselle, in the above captioned matter. If you have any questions, please feel free to contact me at (985) 536-1186.

            Sincerely,

            Matthew B. Moreland