UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| | ) | JUDGE FALLON |
| **This document relates to:** | ) | |
| **(Hernandez 2:10-cv-3070)** | ) | MAG. JUDGE WILKINSON |
| _____/ | | |

## NOTICE OF APPEARANCE

John P. Joy of Walton Lantaff Schroeder & Carson LLP hereby gives notice of his appearance as lead counsel on behalf of Universal Property & Casualty Insurance Company and Universal Adjusting Corporation, defendants in <u>Charlene and Tatum Hernandez v. AAA Insurance, et al.</u>, United States District Court for the Eastern District of Louisiana (2:10-cv-3070).  Kelly M. Corcoran of Walton Lantaff Schroeder & Carson LLP hereby gives notice of his appearance as additional counsel for Universal Property & Casualty Insurance Company and Universal Adjusting Corporation.

Respectfully submitted,

  /s/ John P. Joy_____
John P. Joy (Fla. Bar #327018)
jjoy@waltonlantaff.com
Kelly M. Corcoran (Fla. Bar #055564)
kcorcoran@waltonlantaff.com
Walton Lantaff Schroeder & Carson LLP
Corporate Center
110 E. Broward Blvd., Suite 2000
Fort Lauderdale, FL  33301-3503
Tel:    (954) 463-8456
Fax:   (954) 763-6294
Attorneys for Universal Property & Casualty
Insurance Company and Universal Adjusting
Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of December, 2010.

                                                                               /s/ John P. Joy
                                                                                  John P. Joy