FNI-107790

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLENE AND TATUM HERNANDEZ,
INDIVIDULLAY, AND ON BEHALF OF
OTHERS SIMILARY SITUATED, ET AL.,

MASTER CASE NO: 09-2047

INSTANT CASE NO: 10-3070

Plaintiffs,

vs.

AAA INSURANCE, ET AL.,

Defendants.

## DEFENDANT, FEDERATED NATIONAL INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Defendant, FEDERATED NATIONAL INSURANCE COMPANY, (hereinafter "FEDERATED"), hereby files this Motion for Extension of Time to Respond to Complaint and moves the Court for an extension of time within which to file its response to the Complaint in this action and states:

1.   FEDERATED is a company located in Broward County, Florida.

2.   FEDERATED was served with the Summons and Complaint in this action on November 12, 2010.

3.   The time demanded by the Summons for a response to the Complaint is twenty (20) days from the date of service.  Therefore, FEDERATED's response is due on December 2, 2010.

4.   FEDERATED needs an additional forty five (45) days from December 2, 2010, in order to prepare a response to the Complaint.

5. Plaintiffs' counsel agreed to the granting of this extension on December 2, 2010.

6. FEDERATED files this Motion in good faith and is not attempting to unduly delay these proceedings.

7. A proposed Order is being submitted with this Motion.

WHEREFORE, the Defendant, FEDERATED NATIONAL INSURANCE COMPANY respectfully prays for an Order granting up to, and including January 18, 2011, within which to file a response to the Complaint.

/S/ Joshua S. Beck
JOSHUA S. BECK
Bazinsky, Korman & Baker, P.A.
7901 SW 6th Court, Suite 450
Plantation, Florida 33324
Tel.: (954) 626-0000
Fax: (954) 626-0011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was sent via CM/ECF system to the following on December 2, 2010:

Russ M. Herman, Esq.
Herman, Herman, Katz & Collar, LLP
82- O'Keefe Avenue
New Orleans, LA 70113

By: /S/ Joshua S. Beck
JOSHUA S. BECK

## ORDER

The foregoing Motion for Extension is granted. The Defendant shall have up to, and including, January 18, 2011, within which to file a response to the Complaint.

Dated:_____    By: _____
                                     UNITED STATES DISTRICT JUDGE