FNI-107790

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLENE AND TATUM HERNANDEZ,
INDIVIDULLAY, AND ON BEHALF OF
OTHERS SIMILARY SITUATED, ET AL.,

MASTER CASE NO: 09-2047

INSTANT CASE NO: 10-3070

Plaintiffs,

vs.

AAA INSURANCE, ET AL.,

Defendants.

___

### ORDER GRANTING DEFENDANT, FEDERATED NATIONAL INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This cause came before the court on Defendant, FEDERATED NATIONAL INSURANCE COMPANY's Motion for Extension of Time to Respond to Complaint and the Court, being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is granted. This Defendant shall have up to, and including, January 18, 2011, to serve its response to the Complaint.

DONE AND ORDERED in Chambers on _____.

By: _____
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record