UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS
LIABILITY LITIGATION

MDL No.: 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO

Payton et al. v. Knauf Gips KG et al.
Case No 09 cv 7628 EEF-JCW (E.D.La.)
_____/

## PLAINTIFF'S KAY MAUNSBACH'S NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Kay Maunsbach, Plaintiff in the above captioned matter, will begin remediation of her property located at 7295 NE 5th Avenue, Miami, FL 33138 on December 22, 2010. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Spencer Aronfeld, Esq. at aronfeld@aronfeld.com.

Respectfully submitted,

/s/ Russ M. Herman
_____
Russ M. Herman, Esq.
Stephen J. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
ldavis@hhkc.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff, Kay Maunsbach's Notice of Remediation, has been served on Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6 and that the forgoing was electronically fined with the Clerk of Court system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 2nd day of December 2010.

/s/ Leonard A. Davis
_____
Leonard A. Davis