UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | **CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| | **DRYWALL PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | **SECTION "L"** |
| | | * | |
| **THIS RELATES TO:  2:10-cv-04174** | | * | **JUDGE FALLON** |
| *Donna Borrello and Thomas Stallings vs.* | | * | |
| *Francioni Builders, Inc., et al.* | | * | **MAG. JUDGE WILKINSON (L-2)** |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO REMAND AND
## FOR COSTS AND EXPENSES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Donna

Borrello and Thomas Stallings ("Plaintiffs") and respectfully submit that there is no

basis in law or in fact for removal of this case. It was clearly filed without a reasonable

inquiry into its merits and in clear violation of the federal rules.  In addition, because the

removal is so totally lacking in merit, defendant Encompass Insurance Company of

America ("Encompass") should be required to pay all costs and expenses, including

attorney's fees, incurred by Plaintiffs as a result of this frivolous removal.

**WHEREFORE,** for the reasons more fully set forth in the Memorandum accompanying this Motion, it is respectfully requested that this case be remanded and that Encompass be ordered to pay all costs and expenses of this removal, including attorney's fees, pursuant to 28 U.S.C. § 1447(c).

<div style="margin-left: 40%;">

Respectfully submitted,

/s/ Donna M. Borrello
**Donna M. Borrello, Bar No. 16817**
Attorney at Law
206 Decatur Street
New Orleans, Louisiana 70130
Telephone: (504) 595-6191
dborrello@delacroixcorp.com

**COUNSEL FOR PLAINTIFFS:
DONNA BORRELLO AND
THOMAS STALLINGS**

</div>

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Judy Y. Barrasso
> Catherine Fornias Giarrusso

I further certify that I have mailed the foregoing document and notice of electronic filing by first-class mail to:

Rodney J. Lacoste, Jr.,  Esq.
One Canal Place
365 Canal Street – Suite 2550
New Orleans, LA  70130

James R. Sutterfield, Esq.
Jessica B. Cozart, Esq.
Sutterfield & Webb, L.L.C.
650 Poydras St. – Suite 2715
New Orleans, LA  70130-6111

C. Michael Pfister, Jr., Esq.
Nicole M. Boyer, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center – Suite 2900
Metairie, LA  70002


                              /s/ Donna M. Borrello _____