

# Louisiana Department of Insurance

1-800-259-5300  Commissioner James J. Donelon

Home | Office Directory | Industry Access | Documents and Forms | Media | Contact Us | Search

## Active Company Search Form

New Search

**Search By:**
- ● Name
- ○ Companies Licensed Since
- ○ NAIC Number
- ○ License Type
- ○ Coverage Line
- ○ Classification

Note: Use the name field to search for a company name or the first name OR last name of an adjuster (Example: ABC Insurance Company; John OR Doe)

Name: Encompass Insurance    [Search]

Print a complete listing of your results. [Print]

Export a complete listing of your results in Excel. [Export to Excel]

| Company Information | | |
|---|---|---|
| Encompass Insurance Company of America | | |
| **NAIC:** | 10071 | |
| **Status:** | Active | |
| **Domicile:** | IL | **License Types:** Admitted Insurer - 02/12/2003 |
| **Address:** | 3075 Sanders Road Suite H1A<br>Northbrook, IL 600627127 | **Classification:** Fire And Casualty<br><br>**Coverage Lines:** Fire and allied lines<br>Home Owners<br>Liability<br>Marine and transportation<br>Miscellaneous<br>Vehicle<br>Credit property and casualty - 08/25/2010 |
| | Click here for additional addresses | |
| **Phone:** | (847) 402-5000 | |
| | Click here for additional phones | |
| **Agent For Service of Process:** | Louisiana Secretary of State | |
| **Agent Address:** | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 | |

1

Copyright © 2010 Louisiana Department of Insurance
1702 N. Third Street
P.O. Box 94214
Baton Rouge, LA 70802
webmaster@ldi.la.gov
1-800-259-5300

**Exhibit 2**