ID NAME: Borrello, Donna   16817
ID ADDRESS: Ste 4500, 701 Poydras St
New Orleans   LA 70139-4596

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 -- 09891   3

SECTION: 15 -- B

BORRELLO, DONNA   ET AL VERSUS FRANCIONI BUILDERS, INC.   ET AL

# CITATION

TO: ENCOMPASS INSURANCE COMPANY OF AMERICA
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LA SECRETARY OF STATE
8585 ARCHIVES AVENUE

BATON ROUGE   LA   70809

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   September 24, 2010

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____ Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____
_____ served a copy of the w/i petition
FOR DAMAGES

On OCT 01 2010
ENCOMPASS INSURANCE COMPANY OF AMERICA
I made service on the named party through the office of the Secretary of State by tendering a document to
☑ JULIE NESBITT  ☐ TAMMY GLOVER
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LA SECRETARY OF STATE ☐ MEGHAN SHANKS
Cummings, East Baton Rouge
Returned same day
Deputy Sheriff   No. _____
Deputy Sheriff of _____
Mileage: $ _____

_____ / ENTERED / _____
PAPER    RETURN
2 / 01
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____
_____ served a copy of the w/i petition
FOR DAMAGES

On _____
ENCOMPASS INSURANCE COMPANY OF AMERICA

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LA SECRETARY OF STATE
by leaving same at the dwelling house, or usual place of abode, in the hands of _____
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____
ENCOMPASS INSURANCE COMPANY OF AMERICA

being absent from the domicile at time of said service.
Returned same day
No. _____
Deputy Sheriff of _____

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

VERIFIED
10/8/10

Exhibit 3