UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION "L" |
| THIS RELATES TO: 2:10-cv-04174 *Donna Borrello and Thomas Stallings vs. Francioni Builders, Inc., et al.* | * * * | JUDGE FALLON MAG. JUDGE WILKINSON (L-2) |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs, Donna Borrello and Thomas Stallings, will bring their Motion to Remand and for Costs and Expenses for consideration by this Court, before the Honorable Judge Eldon E. Fallon, Section "L" of the Eastern District of Louisiana, on January 19, 2011, at 9:00 a.m., or at a date and time set further by this Court.

Respectfully submitted,

/s/ Donna M. Borrello
**Donna M. Borrello, Bar No. 16817**
Attorney at Law
206 Decatur Street
New Orleans, Louisiana 70130
Telephone: (504) 595-6191
dborrello@delacroixcorp.com

**COUNSEL FOR PLAINTIFFS:
DONNA BORRELLO AND
THOMAS STALLINGS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Judy Y. Barrasso
> Catherine Fornias Giarrusso

I further certify that I have mailed the foregoing document and notice of electronic filing by first-class mail to:

> Rodney J. Lacoste, Jr., Esq.
> One Canal Place
> 365 Canal Street – Suite 2550
> New Orleans, LA 70130

- 3 -

James R. Sutterfield, Esq.
Jessica B. Cozart, Esq.
Sutterfield & Webb, L.L.C.
650 Poydras St. – Suite 2715
New Orleans, LA 70130-6111

C. Michael Pfister, Jr., Esq.
Nicole M. Boyer, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center – Suite 2900
Metairie, LA 70002

/s/ Donna M. Borrello