**CT Corporation**

2 North Jackson Street  
Suite 605  
Montgomery, AL 36104

334 649 4100 tel  
334 649 4104 fax  
www.ctlegalsolutions.com

*[Filed stamp: EASTERN DISTRICT COURT EASTERN DISTRICT OF LOUISIANA 2010 NOV 26 PM 1:08 LORETTA G. WHYTE CLERK]*

November 15, 2010

**COPY**

Russ M. Herman  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Ave.,  
New Orleans, LA 70113

Re: David Gross, et al., Pltfs. vs. Knauf Gips KG, et al. including Oakwood Mobile Homes, Inc., Dfts.

Case No. 09-6690

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Company as the purported agent for service of process for Oakwood Mobile Homes, Inc.

Oakwood Mobile Homes, Inc. is inactive on the records of the State AL. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

*Laura Payne* (signature)

Laura Payne  
CT Rep

Log# 517603532

FedEx Tracking# 790238401530

cc: US District Court Eastern District  
  500 Poydras Street,  
  Room C-151,  
  New Orleans, LA 70130