UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL Docket No. 09-2047

SECTION L
IN RE: CHINESE MANUFACTURED            JUDGE FALLON
DRYWALL PRODUCTS LIABILITY             MAGISTRATE JUDGE WILKINSON
LITIGATION

THIS DOCUMENT RELATES TO THE
FOLLOWING CASE
Foster v. Northstar Holdings, Inc., et al.
No. 09-4320

_____/

**NOTICE OF FILING**

Plaintiff Katherine Foster, on behalf of herself and all others similarly situated, by and through the undersigned counsel, hereby files her Amended Class Action Complaint (attached as Exhibit "A") in compliance with this Court's Order [6424] granting [6390] Motion to Amend-Correct Complaint.

Respectfully submitted,

*/s/ Robert B. Brown, III*_____
Robert B. Brown, III
Florida Bar No. 621609
Bruce Steckler
Texas State Bar No. 00785039
**BARON & BUDD, P.C**
2665 South Bayshore Drive, Suite #220
Miami, FL  33133
Tel. 786-837-5444; Fax 786-837-5445
bbrown@baronbudd.com
bsteckle@baronbudd.com

**Attorneys for Katherine L. Foster, Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of December, 2010.

*/s/ Robert B. Brown, III*_____
Robert B. Brown, III (Florida Bar No. 621609)