# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

2010 NOV 26 PM 1:08

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| DAVID GROSS, et al | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| KNAUF GIPS, KG, et al | ) |
| | ) |
| Defendant | ) |

CIVIL ACTION NO.: 09-6690-

## ANSWER AND AFFIRMATIVE DEFENSE OF DEFENDANT, CURINGTON CONTRACTING, INC.

Defendant, CURINGTON CONTRACTING, INC., 2652 NE 24th Street, Ocala, Florida, 34470, files this its Answer and Affirmative Defense to the above-entitled Complaint, and says:

1.    Defendant denies or is Without Knowledge as to all allegations set forth in the Complaint.

2.    Defendant specifically denies allegation 1315 of Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III).  At no time did Defendant build "certain Subclass Members' homes", and neither did Defendant, directly or through agents, install any drywall in these homes, defective or otherwise.

## AFFIRMATIVE DEFENSE

CURINGTON CONTRACTING, INC., has been named as a Defendant in this matter in connection with Plaintiff, NANCY A. FARLEY ("FARLEY").  However, Plaintiff is estopped from bringing this action against CURINGTON CONTRACTING, INC. ("CURINGTON"), because CURINGTON did not construct a home for NANCY A. FARLEY, but rather, sold to Plaintiff only the lot on which a home was subsequently constructed by a third party.  The law firm of Colson Hicks Eidson, 255 Aragon Avenue, 2nd Floor, Coral Gables, Florida, 33134-5008, as counsel for said Plaintiff, acknowledged that CURINGTON was mistakenly named as a Defendant, which acknowledgement was communicated by letter to CURINGTON and Arnold Levin, Esquire of Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, Pennsylvania, 19106-3697.  Copies of the letter dated March 22, 2010 from Patrick S. Montoya, Esquire of the

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

firm of Colson Hicks Eidson and his letter dated May 26, 2010 to Arnold Levin, Esquire are attached hereto as Exhibit "A." Copies of the Corporate Warranty Deed dated June 30, 2000 from CURINGTON to FARLEY, which shows CURINGTON's conveyance of the real estate, the Notice of Commencement permit for the construction of a home on the property in 2001 by a contractor other than CURINGTON, and the Marion County, Florida building permit issued October 1, 2001, which shows THOMAS R. GOULD, INC., as the contractor, are attached hereto as Composite Exhibit "B."

Dated this *18* of November, 2010.

CURINGTON CONTRACTING, INC.

By: _____
JOHN W. CURINGTON, PRESIDENT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing  was furnished to Russ M. Herman, Esquire, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana, 70113, Arnold Levin, Esquire, Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, Pennsylvania, 19106-3697 and Patrick S. Montoya, Esquire, Colson Hicks Eidson, 255 Aragon Avenue, 2nd Floor, Coral Gables, Florida, 33134-5008, by U.S. Regular Mail this 23rd day of November, 2010.

CURINGTON CONTRACTING, INC.

By: _____
JOHN W. CURINGTON, PRESIDENT



**Colson
Hicks
Eidson**

PATRICK S. MONTOYA

*Via-facsimile and First Class Mail*

March 22, 2010

Curington Contracting, Inc.
John W. Curington
2652 NE 24 Street
Ocala, FL 34470

**Re:    Defective Drywall —** *Nancy A. & William M. Farley, residing at 551 NE 61st Terrace, Ocala, FL 33470*

Dear Mr. Curington:

        We are in receipt of your correspondence dated March 18, 2010, regarding the Farley home located at 551 NE 61st Terrace, Ocala, Florida. We are in agreement with your correspondence and will be dropping Curington Contracting, Inc. from the lawsuit. Given the size of the lawsuit, we anticipate it will take 45-60 days to have Curington Contracting, Inc. removed from the lawsuit.  Additionally, if Curington Contracting, Inc. is served with subpoenas or any other items regarding this litigation, please forward them to me immediately so that we can inform any others not to take any actions against Curington Contracting, Inc. in this matter.  We will not pursue any further action against Curington Contracting as it relates to the Farley home listed above.  Should you have any questions, please do not hesitate to contact me.

                                Very truly yours,

                                Patrick S. Montoya

PSM/ac



| The Law Firm of Colson Hicks Eidson
| 255 Aragon Avenue  |  2nd Floor  |  Coral Gables, Florida  |  33134-5008
| T: 305.476.7400  |  F: 305.476.7444  |  W: colson.com

# Corporate Warranty Deed

DAVID R. ELLSPERMANN, CLERK OF CIRCUIT COURT
FILE: 2000-067720
DATE: 07/20/00 11:21
OR BOOK/PAGE: 2819/1721
MARION COUNTY

**This Indenture,** made this 30th day of June A.D. 2000 , **Between**

Curington Contracting, Inc.

Deed Doc Stamps 181.30 PAID

07/20/00 MARION COUNTY — D. Miller

whose post office address is: 2652 NE 25th Street
Ocala, FL 34470

a corporation existing under the laws of the
State of Florida , Grantor and
William M. Farley and his wife, Nancy A.
Farley

whose post office address is: 7528 Chestnut Ridge Road
Lockport, NY 14094

Grantees' SSN:

Grantee,

**Witnesseth,** that the said Grantor, for and in consideration of the sum of ( Ten & NO/100 )
Dollars, to it in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and
sold to the said Grantee forever, the following described land, situate, lying and being in the County of
Marion , State of Florida, to wit:
Lot 3, Block B, GREEN RIDGE ACRES, according to the plat thereof
recorded in Plat Book N, page(s) 34, Public Records of Marion
County, Florida.

Parcel ID #R31830-002-03

Subject to covenants, restrictions and easements of record. Subject
also to taxes for 2000 and subsequent years.

**And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful
claims of all persons whomsoever.
**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly
authorized officer and caused its corporate seal to be affixed the day and year first above written.

Curington Contracting, Inc.

*Signed and Sealed in Our Presence:*

By: _____
John Curington
Its President

Witness Print Name: **B.B. CONNOLLY**

Witness Print Name: *Patti Jangro*

(Corporate Seal)

State of FLORIDA
County of MARION

The foregoing instrument was acknowledged before me this 30th day of June , 2000 by
of John Curington, President
Curington Contracting, Inc.
a corporation existing under the laws of the State of Florida , on behalf of the corporation.
He/She is personally known to me or has produced as identification.

Notary Public
Print Name: REBECCA R. CONNOLLY
My Commission Expires: Notary Public, State of Florida
My comm. exp. Apr. 30, 2004
Comm. No. CC932235

00-555

PREPARED BY: Becky Bryant-Connolly
RECORD & RETURN TO:
AFFILIATED TITLE OF MARION COUNTY, LTD.
2303 SE 17th Street, Suite 204
Ocala, Florida 34471

CWD-1
6/99

*Farley*

**MARION COUNTY**
**NOTICE OF COMMENCEMENT**
**PERMIT # _____**

DAVID R. ELLSPERMAN, CLERK OF COURT   MARION COUNTY
DATE: 11/19/2001 09:12:23 AM
FILE NUM 2001117709    OR BK/PG 03055/1224
**RECORDING FEES 6.00**

AFTER PURCHASING YOUR PERMITS, TAKE THIS NOTARIZED COPY TO THE CLERK'S OFFICE AT THE COURTHOUSE IN MARION COUNTY. HAVE THIS RECORDED & OBTAIN A CERTIFIED COPY. COPY MUST BE RECEIVED BY THE BUILDING DEPARTMENT BEFORE ANY INSPECTIONS & 1 COPY POSTED AT JOB SITE

IF YOU INTEND TO OBTAIN FINANCING CONSULT WITH YOUR LENDER OR AN ATTORNEY BEFORE RECORDING YOUR NOTICE OF COMMENCEMENT

THE UNDERSIGN, NOTIFIES ALL PARTIES THAT IMPROVEMENTS WILL BE MADE TO CERTAIN REAL PROPERTY, AND IN ACCORDANCE WITH SECTION 713.13 FLORIDA STATUTES, THE FOLLOWING INFORMATION IS STATED IN THIS NOTICE OF COMMENCEMENT.

DESCRIPTION OF PROPERTY (LEGAL DESCRIPTION OF THE PROPERTY, AND STREET ADDRESS IF AVAILABLE): *Lot 3, Block B, Green Ridge Acres   Parcel ID# R31830-002-03 Plat Book N, page 34*

GENERAL DESCRIPTION OF IMPROVEMENTS (IE: SINGLE FAMILY RESIDENCE, SHED, POOL): *Swimming Pool w/encloser*

OWNERS NAME & ADDRESS: *William + Nancy Farley   551 SE 61 Terk OCALA*

OWNERS INTEREST IN THE PROPERTY DESCRIBED AS: *Fee Simple*

CONTRACTORS NAME AND ADDRESSES: *Phil Mann*
*5430 W Cinnamon Ridge Blvd Decantie 34461*

NAME AND ADDRESS OF FEE SIMPLE TITLE HOLDER (IF OTHER THAN OWNER): *NA*

SURETY (IF ANY) AND SURETY'S ADDRESS: *Karl P. Carney, P.S.M.   P.O. Box 770221   Ocala Fl 34474*

AMOUNT OF BOND: $ _____

NAME AND ADDRESS OF LENDER IF ANY, MAKING A LOAN FOR CONSTRUCTION OF THE IMPROVEMENTS:

*Florida Citizen Bank   Pine Street   Ocala Florida 34474*

NAME OF PERSON WITHIN THE STATE OF FLORIDA DESIGNATED BY OWNER UPON WHOM NOTICES OR OTHER DOCUMENTS MAY BE SERVED AS PROVIDED BY SECTION 713.13 (1) (a) 7, FLORIDA STATUTES (NAME AND ADDRESS)

IF ADDITION, OWNER DESIGNATES THE FOLLOWING PERSON TO RECEIVE COPY OF THE LIENOR'S NOTICE AS PROVIDED IN SECTION 713.13 FLORIDA STATUES: *Thomas Gould*

*19 Teak Way Drive   Ocala, Florida   34472*

EXPIRATION DATE OF NOTICE COMMENCEMENT (THE EXPIRATION DATE IS 1 YEAR FROM THE DATE OF RECORDING UNLESS A DIFFERENT DATE SPECIFIED): _____

*William M Farley*
**OWNERS SIGNATURE**

STATE OF FLORIDA, COUNTY OF *Marion*
SWORN TO (OR AFFIRMED) AND SUBSCRIBED BEFORE ME THIS *10* DAY OF *July* *2001*
BY: *William M. Farley*
☐ PERSONALLY KNOW TO ME
☒ PRODUCED AS IDENTIFICATION

*NY DL*
**TYPE OF IDENTIFICATION**

*Georgia L Jones*
**NOTARY SIGNATURE**

FORM - NOTICE OF COMMENCE.LMF.WPD
REV 9/29/99



GEORGIA L JONES
MY COMMISSION # CC 768939
EXPIRES: August 25, 2002
Bonded Thru Notary Public Underwriters

 Marion County Board of County Commissioners
"Meeting Needs by Exceeding Expectations"

- Home
- Jobs
- Contact
- Sitemap

search here    [Go]

 HORSE CAPITAL OF THE WORLD

Home ▸ Divisions ▸ I Want To... ▸ Public Information ▸ Related Links ▸ Contact Us ▸
> Home > Departments > Department A-Z > Growth Management > Building > I Want To... >
Schedule Inspection or Locate Contractor Info

### Notice to All Contractors and Owner Builders
### Effective October 1, 2009

1. The 2008 National Electric Code will take effect.
2. Changes for Flood Zone Inspections and Elevation Certificates.
   Click here for new requirements and details.

**Permit Data:**
Permit Number: 2001091293    Parcel ID: 31830-002-03    Status: COED

Permit Type: R002 - SINGLE FAMILY RESIDENCE  NOC: AFFIDAVIT SUBMITTED

Block:        B  Lot: 3  Total SQFT: 2922  Job Value: 149980
Subdivision:   GREEN RIDGE ACRES
Street Address:   551 NE 61ST TER

**Applicant Info:**
Issued Date: 10/1/2001  Expire Date:  7/24/2002 3:08:20 PM    Type:  CONTRACTOR
Name:        THOMAS GOULD  Job Phone: (352)624-3514

**Owner Info:**
Name:     FARLEY WILLIAM M & NANCY A
Address:    7528 CHESTNUT RIDGE RD
            LOCKPORT NY 14094

**Contractor Info:**
License No.: CBC059027    Name: THOMAS R. GOULD INC

Address:  19 TEAK WAY DRIVE
          OCALA FL 34472-

Phone:  (352)624-3514

| Impact Fees:        Other fees may be due on this permit | Amt Due | Amt Paid |
|---|---|---|
| IMPACT PROCESS FEE | 20 | 20 |
| TRANS. IMPACT FEE DISTRICT 3 | 1359 | 1359 |

[ Additional Info ]  [ Inspections ]  [ Dept. Reviews ]  [ Contractor ]  [ Sub Contractor ]

[ Hold Comments ]

[ Return to Menu ]  [ Back ]

**Marion County Building**