UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL D'AMICO AND** | * | **CIVIL ACTION NO. 09-4367** |
| **MICHELLE D'AMICO** | * | |
| | * | **SECTION "L"** |
| **VERSUS** | * | |
| | * | **MAGISTRATE "2"** |
| **KNAUF GIPS KG, ET AL** | * | |
| | * | **JURY TRIAL DEMANDED** |

*************************************************************************

**Related to:**

    *Amato v. Liberty Mutual Insurance Company,* No. 10-932, L(2) (E.D. La. 3/19/10),
    *Payton, et al v. Knauf Gips KG, et al*, No. 09-7628,L(2) (E.D. La. 12/9/09),
    and *In re: Chinese-manufactured Drywall Products Liability Litigation*,
    MDL No. 2047, L(2) (E.D. La.).

## O R D E R

**IT IS HEREBY ORDERED** that:

1)    Plaintiffs are granted leave to file their Amended Complaint;

Thus done and signed New Orleans, Louisiana, this <u>30th</u> day of November, 2010.

                                                THE HONORABLE ELDON E. FALLON
                                                JUDGE, UNITED STATES DISTRICT COURT