MINUTE ENTRY
FALLON, J.
DECEMBER 2, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL NO. 2047
      DRYWALL PRODUCTS
      LIABILITY LITIGATION                   SECTION: L

THIS DOCUMENT RELATES TO: All Cases      JUDGE FALLON
                                                                           MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Susan Zielie

Appearances: Arnold Levin, Esq. For PSC

I.     Plaintiffs' Steering Committee's Motions to Lift the Stay as to Various Pending Motions (R. 5572, 5939).

       GRANTED IN PART; CONTINUED IN PART.

The Court has set a few of the motions listed in these Motions for hearing, while continuing others. The following motions include those in which the Court has continued from past monthly status conferences and new motions the PSC seeks to have set for hearing.

      1.     Plaintiffs' Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co. in *Vickers* and *Payton* (R. 5564); Plaintiffs' Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief in *Silva* (R. 5567); Plaintiffs' Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Against Knauf in *Payton* (R. 5570).

       GRANTED-the Court directed counsel to submit, within two weeks, a joint discovery, briefing, and hearing schedule for these motions, as well as a list of all state court cases with conflicting class actions and the presiding judges.

      2.     Plaintiffs' Motion for Class Certification in *Germano* (R. 3293); Plaintiffs' Omnibus Motion for Preliminary Default Judgment in *Gross* (R. 5621).

       CONTINUED to the next monthly status conference scheduled for January 20, 2011.

JS10:    :03

MDL 2047 - L                                                                                                      Page 2
December 2, 2010

        3.       Plaintiffs' Motion to Intervene in *Payton*-Omni I (R. 5668); Plaintiffs' Motion to Intervene in *Wiltz*-Omni II (R. 5669); Plaintiffs' Motion to Intervene in *Rogers* (R. 5672).

        GRANTED-set for hearing immediately.

II.     Banner's Motion to Lift the Stay as to Certain Banner Entities' Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC.  (R. 6448).

     GRANTED-Response briefs to be filed by Friday, December 3, 2010.  A hearing on the Motion is scheduled for December 8, 2010, at 4:00 p.m.