UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 SECTION: L |

THIS DOCUMENT RELATES TO:
ALL CASES

_____/

## CERTAIN BANNER ENTITIES' EMERGENCY MOTION FOR A FINDING OF CONTEMPT AND TO COMPEL AGAINST CENTER OF TOXICOLOGY AND ENVIRONMENTAL HEALTH, LLC

NOW INTO COURT, comes Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC and Banner Supply International, LLC (collectively "Banner"), who upon suggesting to the Court, that as is more fully set forth in the attached Memorandum in Support, its Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC, should be granted.

Respectfully submitted, this 23rd day of November, 2010.

        **WEINBERG, WHEELER, HUDGINS,**
        **GUNN & DIAL, LLC**

        */s/ Shubhra R. Mashelkar*
        **SHUBHRA R. MASHELKAR, ESQUIRE**
        Georgia Bar Number: 475388
        3344 Peachtree Road, Suite 2400
        Atlanta, GA 30326
        Telephone (404)876-2700
        smashelkar@wwhgd.com
        *Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading, Certain Banner Entities' Emergency Motion for Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC, has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 23rd day of November, 2010.

        **WEINBERG, WHEELER, HUDGINS,**
        **GUNN & DIAL, LLC**

        */s/ Shubhra R. Mashelkar*
        **SHUBHRA R. MASHELKAR, ESQUIRE**
        Georgia Bar Number: 475388
        3344 Peachtree Road, Suite 2400
        Atlanta, GA 30326
        Telephone (404)876-2700
        smashelkar@wwhgd.com
        *Counsel for Banner Supply Company*