UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL DOCKET: 2047
SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES

_____/

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 2nd day of December 2010, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Certain Banner Entities' Emergency Motion for A Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted, this 23rd day of November, 2010.

>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>
>/s/ Shubhra R. Mashelkar
>**SHUBHRA R. MASHELKAR, ESQUIRE**
>Georgia Bar Number: 475388
>3344 Peachtree Road, Suite 2400
>Atlanta, GA 30326
>Telephone (404)876-2700
>smashelkar@wwhgd.com
>*Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading, Notice of Hearing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 23rd day of November, 2010.

>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>
>/s/ Shubhra R. Mashelkar
>**SHUBHRA R. MASHELKAR, ESQUIRE**
>Georgia Bar Number: 475388
>3344 Peachtree Road, Suite 2400
>Atlanta, GA 30326
>Telephone (404)876-2700
>smashelkar@wwhgd.com
>*Counsel for Banner Supply Company*