UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to:<br>Charlene and Tatum Hernandez, et al. v.<br>AAA Insurance, et al.<br>Case No. 2010-3070 | MAGISTRATE JUDGE WILKINSON |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COME NOW, H. Alston Johnson, III, Virginia Y. Trainor, Jay R. Sever and Charlotte Jane Sawyer of the law firm of Phelps Dunbar LLP and hereby enroll as counsel on behalf of Scottsdale Insurance Company. It is respectfully requested that all future pleadings, orders, notices motions, documents and correspondence be served upon them in connection with this action. By filing this Notice of Appearance, Scottsdale Insurance Company is not consenting to or waiving any challenge to service, jurisdiction or venue in the Chinese Drywall Multidistrict Litigation proceedings. All such objections and challenges are specifically reserved.

PD.4529259.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Virginia Y. Trainor*
      H. Alston Johnson, III (La. Bar No. 7293)
      Virginia Y. Trainor (La. Bar No. 25275)
      II City Plaza
      400 Convention Street, Suite 1100
      Baton Rouge, Louisiana 70802-5618
      P.O. Box 4412
      Baton Rouge, Louisiana 70821-4412
      Telephone: (225) 346-0285
      Telecopier: (225) 381-9197
      Email: johnsona@phelps.com
            trainorg@phelps.com

- AND –

      Jay Russell Sever (La. Bar No. 23935)
      Charlotte Jane Sawyer (La. Bar No. 28493)
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: severj@phelps.com
            sawyerc@phelps.com

**ATTORNEYS FOR DEFENDANT,
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of December, 2010.

*/s/ Virginia Y. Trainor*
Virginia Y. Trainor
Bar No. 25275
Attorney for Farmers Group, Inc.
Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
trainorg@phelps.com