UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Upon consideration of the Plaintiffs' Steering Committee's Motion to Compel Discovery Responses From Mark P. Norris

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion is granted.  Mark P. Norris shall present himself at the expense of the Knauf entities, for the conclusion of his deposition to take place at the law offices of Herman, Herman, Katz & Cotlar, 820 O'Keefe Avenue, New Orleans, Louisiana 70113 within thirty (30) days of this Order.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE