UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                    MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                                     SECTION L

This document relates to:

SEAN AND BETH PAYTON, *et. al.,*                JUDGE FALLON
     Plaintiffs,
  v.                                    MAGISTRATE JUDGE WILKINSON
KNAUF GIPS KG, *et. al.,*
     Defendants.

Civil Action No.:  09-7628
_____/

## MOTION TO WITHDRAW
*(originally filed with the USDC Eastern District of Louisiana on September 13, 2010)*
*(resubmitted with proposed order on November 19, 2010*

JOHN H. RAINS, III, of the law firm John H. Rains III, P.A., hereby moves this Court for an order permitting the withdrawal as counsel of record for Defendant, WINDSHIP HOMES OF FLORIDA, INC., and allowing Defendant a reasonable time to obtain new counsel.  In support thereof, counsel states:

    1.    Irreconcilable differences have developed between counsel and WINDSHIP HOMES OF FLORIDA, INC. to the extent that counsel is unable to effectively represent Defendant and which prevent undersigned counsel from continuing representation.

    2.    John H. Rains III, P.A. hereby moves this Honorable Court for leave to withdraw as counsel for WINDSHIP HOMES OF FLORIDA, INC. in this action.

    3.    WINDSHIP HOMES OF FLORIDA, INC. is fully advised of this situation and has been advised of the intent to file this Motion to Withdraw.  See below the incorporated Consent to Withdraw signed by Windship Homes of Florida, Inc.

4.    Defendant's last known address and telephone number are:  Windship Homes of Florida, Inc., Attn:  James H. Sutton, Jr., 10627 Broadland Pass, Thonotosassa, FL  33592  Telephone; 813-263-7970.

5.    No party to this action will be prejudiced by withdrawal at this time.

WHEREFORE, John H. Rains III, P.A. hereby moves to withdraw as counsel for Defendant herein.

## WINDSHIP HOMES OF FLORIDA, INC.'S CONSENT TO MOTION TO WITHDRAW

WINDSHIP HOMES OF FLORIDA, INC. hereby consents to the withdrawal of JOHN H. RAINS, III, of the law firm John H. Rains III, P.A., as counsel of record for WINDSHIP HOMES OF FLORIDA, INC., and understands it will be allowed a reasonable time to obtain new counsel.

WINDSHIP HOMES OF FLORIDA, INC.

By: _____ CFO

Printed Name: JAMES H. Sutton, Jr

Title: _____CFO_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Windship Homes of Florida, Inc.'s Motion to Withdraw has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was paper filed by forwarding via U.S. Mail with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of November, 2010.

s/ John H. Rains, III

John H. Rains, III       FBN 280283
John H. Rains III, P.A.
Suite 750, 501 East Kennedy Boulevard
Tampa, FL  33602
Phone: (813) 221-2777/Fax:  (813) 221-3737
E-mail:  jrains@johnrains.com
Attorneys for Windship Homes of Florida, Inc.