UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L |
| This document relates to: | |
| SEAN AND BETH PAYTON, *et. al.*,<br>    Plaintiffs,<br>v.<br>KNAUF GIPS KG, *et. al.*,<br>    Defendants. | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
| Civil Action No.: 09-7628<br>_____/ | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR WINDSHIP HOMES OF FLORIDA, INC.

THIS CAUSE came before the Court on John H. Rains III, P.A.'s Motion to Withdraw, and the Court having reviewed the file, and being otherwise advised, it is ORDERED AND ADJUDGED as follows:

1. John H. Rains III, P.A.'s Motion to Withdraw as Counsel for WINSHIP HOMES OF FLORIDA, INC. is GRANTED, and that John H. Rains, III and the Law Firm of John H. Rains III, P.A. are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of WINDSHIP HOMES OF FLORIDA, INC.

2. All future communications regarding this matter are to be sent to Windship Homes of Florida, Inc., Attn: James H. Sutton, Jr., 10627 Broadland Pass, Thonotosassa, FL  33592.

DONE AND ORDERED this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon