IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | |
| This Document Relates to ALL CASES | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| | * | |

**********************************************************

MOTION FOR LEAVE TO FILE UNDER SEAL
KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S
MEMORANDUM N SUPPORT OF CTEH'S AND KPT'S RESPONSE
TO CERTAIN BANNER ENTITIES' EMERGENCY
<u>MOTION FOR A FINDING OF CONTENT AND TO COMPEL</u>

**COMES NOW** Defendant, Knauf Plasterboard Tianjin Co., Ltd., appearing through undersigned counsel, who moves this Honorable Court to seal its Memorandum in Support of CTEH's and KPT's Response to Certain Banner Entities' Emergency Motion for a Finding of Content and to Compel, as it references confidential documents under seal.

Respectfully submitted by,

/s/ Kyle A. Spaulding

| | |
|---|---|
| Steven Glickstein (NY Bar No. 1038157)<br>Jay P. Mayesh (NY Bar No. 1081603)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY  10022-3598<br>Telephone:     (212) 836-6000<br>Facsimile:      (212) 836-8689<br><br>Kerry Miller (LA Bar No. 24562)<br>Kyle A. Spaulding (LA Bar No. 29000)<br>FRILOT L.L.C.<br>1100 Poydras Street<br>Suite 3700<br>New Orleans, Louisiana 70163<br>Telephone:     (504) 599-8194<br>Facsimile:      (504) 599-8145<br>Email:  kmiller@frilot.com<br>Email:  sglickstein@kayescholer.com<br><br>*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd.* | Donald J. Hayden<br>BAKER & McKENZIE LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1700<br>Miami, FL  33131<br>Telephone:     (305) 789-8966<br>Facsimile:      (305) 789-8953<br>Email:  donald.j.hayden@bakermckenzie.com<br><br>Douglas B. Sanders<br>BAKER & MCKENZIE LLP<br>130 E. Randolph Drive<br>One Prudential Plaza<br>Chicago, IL  60601<br>Telephone:     (312) 861-8075<br>Facsimile:      (312) 698-2375<br>Email:  douglas.b.sanders@bakermckenzie.com<br><br>*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd. and Center for Toxicology and Environmental Health* |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of CTEH's and KPT's Response to Certain Banner Entities' Emergency Motion for a Finding of Contempt and to Compel has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 3rd day of December, 2010.

/s/ Kyle Spaulding