IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * *

## **O R D E R**

**CONSIDERING** the Motion for Leave to File Under Seal the Memorandum in Support of CTEH's and KPT's Response to Certain Banner Entities' Emergency Motion for a Finding of Content and to Compel;

**IT IS ORDERED** that CTEH and KPT are granted leave of Court to file the Memorandum in Support of CTEH's and KPT's Response to Certain Banner Entities' Emergency Motion for a Finding of Content and to Compel under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana, this _____ day of December, 2010.

_____
JUDGE ELDON E. FALLON