UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Payton, et al vs. Knauf Gips, et al*<br>*Civil Action No. 09-7628* | MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE OF COUNSEL

An appearance is hereby filed by Patricia A. Krebs, Beth E. Abramson, and Thomas S. Schneidau, of the law firm King, Krebs & Jurgens, P.L.L.C., as attorneys of record for Defendant, Sunrise Custom Homes & Construction, LLC, in the above entitled matter. Defendant reserves all rights and defenses, including objections to the jurisdiction or venue of this Honorable Court. Defendant further avers that this Notice does not constitute a waiver of service. Please direct service of all future pleadings upon undersigned counsel.

Respectfully Submitted,

*[signature]*

PATRICIA A. KREBS (LA #2035)
BETH E. ABRAMSON (LA #27350)
THOMAS S. SCHNEIDAU (LA #33359)
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone:    (504) 582-3808
Facsimile:     (504) 582-1233
pkrebs@kingkrebs.com
babramson@kingkrebs.com
tschneidau@kingkrebs.com
**Attorneys for Defendant**
**Sunrise Custom Homes & Construction, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, <u>or</u> by hand delivery and email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve, in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of December, 2010.

*[signature]*
Beth E. Abramson