1/2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Payton, et al vs. Knauf Gips, et al*<br>Civil Action No. 09-7628 | MAG. JUDGE WILKINSON |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Palm Coast Construction, LLC., who moves this Honorable Court for an order enrolling Beth E. Abramson, Louisiana Bar No. 27350, and Thomas S. Schneidau, Louisiana Bar No. 33359, as additional counsel of record on behalf of Defendant in the above-captioned matter. Ms. Abramson and Mr. Schneidau are with the law firm of King, Krebs & Jurgens, P.L.L.C., 201 St. Charles Ave., 45th Floor, New Orleans, Louisiana 70170.

{N0414287-}

Respectfully Submitted,

*[signature]*

PATRICIA A. KREBS (LA #2035)
CHARLOTTE P. LIVINGSTON (LA #26894)
KING, KREBS, AND JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3808
Facsimile: (504) 582-1233
pkrebs@kingkrebs.com
clivingston@kingkrebs.com
**Attorneys for Defendant**
**Palm Coast Construction, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll Additional Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of December, 2010.

*[signature]*

Patricia A. Krebs

{N0414287 -}