UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Payton, et al vs. Knauf Gips, et al* <br> Civil Action No. 09-7628 | MAG. JUDGE WILKINSON |

## O R D E R

Considering the foregoing Motion to Enroll Additional Counsel of Record, filed by Defendant, Palm Coast Construction, LLC;

**IT IS HEREBY ORDERED** that Beth E. Abramson and Thomas S. Schneidau be enrolled as additional counsel of record for Defendant, Palm Coast Construction, LLC.

New Orleans, Louisiana, on this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

{N0414293 -}