Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0198

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Advantage Builders of America, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __1st__ day of __October__, 20 __10__, at __10:40__ o'clock __A__ M

Place of Service: at __11796-C Metro Pkwy__, in __Ft Myers, FL  33966__

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Advantage Builders of America, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an __office manager__ whose name and title is: __Jackie Juliano, office manager on the second attempt.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'0"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Raymond V Laakso_
Signature of Server  #157154

Subscribed and sworn to before me this __10th__ day of __October__, 20 __10__

_Elena Alvarado_
Notary Public            (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

5688