Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0346

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Affordable Homes & Land, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )
Name of Server: _Kenneth Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4th_ day of _October_, 20 _10_, at _4:30_ o'clock _P_ M

Place of Service: at _2232 Caroline St._, in _Mandeville, LA 70448_

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Affordable Homes & Land, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Rob Kosiere_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_; Skin Color _Cauc._; Hair Color _Grey_; Facial Hair _No_
Approx. Age _60_; Approx. Height _6'0"_; Approx. Weight _210_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth Landry_
Signature of Server

Subscribed and sworn to before me this _11th_ day of _October_, 20 _10_

_Tenure for Life_ (Commission Expires)
Notary Public

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY