Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0263

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Andrews Hardware Company, Inc., dba Andrews Ace Hardware
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Alabama_ ) ss.
County of: _Mobile_ )

**Name of Server:** _Cherie A. Weatherby_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6th_ day of _October_, 20_10_, at _1:31_ o'clock _P_ M

**Place of Service:** at _19750 North 3rd St._, in _Citronelle, AL 36522-3060_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Andrews Hardware Company, Inc., dba Andrews Ace Hardware**
By delivering them into the hands of an officer or managing agent whose name and title is: _Manager, Brian Andrews_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Blonde_ ; Facial Hair _None_
Approx. Age _42-44_ ; Approx. Height _6'1_ ; Approx. Weight _220_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cherie A Weatherby_
Signature of Server

Subscribed and sworn to before me this _11_ day of _October_, 20 _10_

_[signature]_                     7-15-13
Notary Public          (Commission Expires)

**APS International, Ltd.**

[Notary Seal: LINDA K. SMITH, My Commission Expires 07-15-2013, NOTARY PUBLIC, ALABAMA STATE AT LARGE]