OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -3 PM 12: 19

LORETTA G. WHYTE
CLERK

Date: 12/2/10

Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690  Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: in Intervention ) to the following:

1. (name) Yunan Taishan Gypsum and Building Material Co. Ltd
   (address) Sanjia Village Liujiezhen Factor

2. (name) Yimen County, Yunan 651107
   (address)

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs

Address _____

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.