OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA     70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -3 PM 12:19

LORETTA G. WHYTE
CLERK

Date: 12/2/10

Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690 Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the (complaint) ~~(amended complaint)~~ ~~(     amended complaint)~~ ~~(third party complaint)~~ (other: in Intervention) to the following:

1. (name) Taishan Gypsum (Hengshui) Co., Ltd.
   (address) Renmin West Road
2. ~~(name)~~ Chengfeng Power Plant Ecology Industrial (Park)
   (address) Hengshui City 053000
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

[signature]

"Signature"

Attorney for Plaintiffs

Address _____

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____