UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| CHARLENE AND TATUM HERNANDEZ, et al. vs. AAA INSURANCE, et al. | MAG. JUDGE WILKINSON |
| | CASE NO. 2:10-CV-3070 |
| _____/ | |

## NOTICE OF APPEARANCE

In accordance with Pretrial Orders Nos. 1F and 1G, please take notice that Harry O. Thomas of the law firm of Radey, Thomas, Yon & Clark, P.A., whose street address is 301 S. Bronough Street, Suite 200, Tallahassee, Florida 32301, and mailing address is Post Office Box 10967, Tallahassee, Florida 32302, hereby appears as counsel for Defendant, Cabrillo General Insurance Agency, Inc. Please serve copies of all pleadings, motions, notices and orders to Mr. Thomas at the address set forth herein.

        /s/ Harry O. Thomas
HARRY O. THOMAS (Fla. Bar No. 195097)
Radey, Thomas, Yon & Clark, P.A.
301 S. Bronough Street, Suite 200
Tallahassee, Florida  32301-1722
(850) 425-6654  -  (850) 425-6694-fax
E-Mail:  hthomas@radeylaw.com

ATTORNEYS FOR DEFENDANT CABRILLO
GENERAL INSURANCE AGENCY, INC.

1

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of December, 2010.

                                                /s/ Harry O. Thomas
                                          Harry O. Thomas