*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* **- Case No. 10-361**

**Exhibit "A"–Plaintiffs' Counsel Contact Information in Plaintiffs', Eduardo and Carmen Amorin,** *et. al.***, Omnibus Class Action Complaint in Intervention (II(B))**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

| |
|---|
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |
| Russ M. Herman<br>Leonard A. Davis<br>Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax. (504) 561-6024<br>rherman@hhkc.com |
| Hugh P. Lambert<br>Lambert & Nelson<br>701 Magazine Street<br>New Orleans, LA 70130-3629<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>amy@lambertandnelson.com |

| |
|---|
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Sidney D. Torres, III<br>Roberta L. Burns<br>Law Offices of Sidney D. Torres, III<br>Torres Park Plaza, Suite 303<br>8301 West Judge Perez Dr.<br>Chalmette, LA 70043<br>Phone: (504) 271-8421<br>Fax: (504) 271-1961<br>Pmichon@torres-law.com |
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |
| Ben Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 S. Baylen Street<br>Pensacola, FL 32501<br>Phone: (850) 435-7087<br>Fax: (850) 436-6087<br>bgordon@levinlaw.com |

| |
|---|
| Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>P.O. Box 17529<br>Raleigh, NC  27619<br>Phone (919) 981-0191<br>Fax: (919) 981-0199<br>akf@lewis-roberts.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Jerrold Parker<br>Jordan L. Chaikin<br>April S. Goodwin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jchaikin@yourlawyer.com |
| Victor M. Diaz<br>Podhurst Orseck, PA<br>25 W. Flagler St., Suite 800<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>vdiaz@podhurst.com<br>jdonner@podhurst.com |
| Jordan Torry<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Phone: (713) 622-7271<br>Fax: (713) 623-8724<br>dacevedo@reichandbinstock.com |

| |
|---|
| Christopher Seeger<br>Jeffery Grand<br>Seeger Weiss, LLP<br>One William Street<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>egoldberg@seegerweiss.com |
| Michael B. Shapiro<br>Allison Grant<br>Shapiro, Blasi, Wasserman & Gora, PA<br>Corporate Centre at Boca Raton<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Phone: (561) 477-7800<br>Fax: (561) 477-7722<br>agrant@sbwlawfirm.com |
| Andrew A. Lemmon<br>Irma L. Netting<br>Lemmon Law Firm<br>P.O. Box 904<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>tiffany@lemmonlawfirm.com |
| Tom W. Thornhill<br>N. Frank Elliot III<br>The Thornhill Law Firm<br>1308 Ninth Street<br>Slidell, LA 70458<br>Phone:  (337) 309-6999<br>Fax: (337) 439-2545<br>frank@nfelaw.com |
| Rick W. Sadorf<br>Wilkinson & Sadorf, PA<br>1744 North Belcher Raod, Suite 150<br>Clearwater, FL 33765<br>Phone: (727) 726-1514<br>Fax: (727) 726-9044<br>rsadorf@wspalaw.com |

| **PRO SE PLAINTIFF** |
|---|
| 2522 Cambronne Street, LLC<br>c/o Toso, Michael J. III<br>2514 Cambronne Street<br>New Orleans, LA 70130<br>Phone: (504) 636-7497<br>Fax: (504) 636-7498<br>michael@michaeltoso.com |