OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2010 DEC -6  AM 11: 56

LORETTA G. WHYTE
CLERK

Date: 12/6/2010

Sean and Beth Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628    Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Knauf Insulation GmbH a/k/a Knauf USA and/or Knauf Insulation USA c/o Kerry Miller
   (address) 1100 Poydras St. suite 3700 New Orleans, LA 70130

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _____

Address _____

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____