OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

*DISTRICT COURT
EASTERN DISTRICT OF LA*

*2010 DEC 13  PM 2:52*

*LORETTA G. WHYTE
CLERK*

Date: _12/3/10_

_Gross, et al_

vs.

_Knauf Gips KG, et al_

Case No. _09-6690_  Section  _L_

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the ~~(complaint)~~ (amended complaint) ( ___ amended complaint) ~~(third party complaint)~~

(other : _Supplement to Amended Complaint_ to the following:

1. (name) _Knauf Insulation GMBH a/k/a Knauf USA_
2. (name) _Knauf Plasterboard (Tianjin) Co., Ltd._
3. (name) _Knauf Plasterboard (Wuhu) Co., Ltd._
4. (name) _Guangdong Knauf New Building Materials Products Co, Ltd_
5. (name) _Knauf AMF GMBH & Co, KG_
6. (name) _Knauf Do Brasil, Ltd._
7. (name) _Knauf Gips KG_
8. (name) _Knauf Gypsum Indonesia._
   _c/o Kerry Miller, Esq_

Very truly yours,

_"Signature"_

Attorney for _Plaintiffs_
LEVIN, FISHBEIN, SEDRAN & BERMAN
Address _510 WALNUT STREET - SUITE 500_
PHILADELPHIA, PA 19106-3697

_Fee ___
✓ Process ___
X Dkld ___
___ CtRmDep ___
___ Doc ___