OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -3  PM 1:54

LORETTA G. WHYTE
CLERK

Date: 12/3/2010

David Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Guangdong Knauf New Building Materials Products Co., Ltd. c/o Kerry J. Miller, Frilot LLC
   (address) 1100 Poydras St. Suite 3700 New Orleans, LA 70130

2. (name) Knauf Plasterboard (Wuhu) Co., Ltd. c/o Kerry J. Miller, Frilot LLC
   (address) 1100 Poydras St. Suite 3700 New Orleans, LA 70130

3. (name) Knauf Plasterboard (Tianjin) Co., Ltd. c/o Kerry J. Miller, Frilot LLC
   (address) 1100 Poydras St. Suite 3700 New Orleans, LA 70130

4. (name) Knauf Insulation GMBH d/b/a Knauf USA c/o Kerry J. Miller, Frilot LLC
   (address) 1100 Poydras St. Suite 3700 New Orleans, LA 70130

Very truly yours,

_____
"Signature"
Attorney for Russ M. Herman
Address 820 O'Keefe Ave.
New Orleans, LA 70113

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____