OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -3 PM 1:53

LORETTA G. WHYTE
CLERK

Date: 12/3/2010

David Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-1690   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Knauf Gypsum Indonesia c/o Kerry J. Miller Esquire Frilot, LLC
   (address) 1100 Poydras St. Suite 3700 New Orleans, LA 70130

2. (name) Knauf Gips KG c/o Kerry J. Miller, esquire Frilot, LLC
   (address) 1100 Poydras St. Suite 3700 New Orleans, LA 70130

3. (name) Knauf DO Brasil, Ltd. c/o Kerry J. Miller, esquire Frilot, LLC
   (address) 1100 Poydras St. Suite 3700 New Orleans, LA 70130

4. (name) Knauf AMF GMBH & Co, KG c/o Kerry J. Miller, esquire Frilot, LLC
   (address) 1100 Poydras St. Suite 3700 New Orleans, LA 70130

Very truly yours,

_____
"Signature"

Attorney for Russ M. Herman

Address 820 O'Keefe Ave.
New Orleans, LA 70113

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.