OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -3  PM 1:52

LORETTA G. WHYTE
CLERK

Date: 12/3/10

Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690  Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the (complaint) ~~(amended complaint)~~ ~~( ___ amended complaint)~~ ~~(third party complaint)~~ (other: in Intervention) to the following:

1. (name) Knauf Gypsum Indonesia
2. (name) Knauf Gips KG
3. (name) Knauf DO Brasil, Ltd
4. (name) Knauf AMF GMBH & Co, KG
5. (name) Guangdong Knauf New Building Materials Products Co. Ltd
6. (name) Knauf Plasterboard (Wuhu) Co, Ltd
7. (name) Knauf Plasterboard (Tianjin) Co. Ltd
8. (name) Knauf Insulation GMBH a/k/a Knauf USA

c/o Kerry Miller, Esquire

Very truly yours,

"Signature"

Attorney for Plaintiffs
LEVIN, FISHBEIN, SEDRAN & BERMAN
Address   510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.