OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -3 PM 1:52

LORETTA G. WHYTE
CLERK

Date: 12/3/10

Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690 Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the ~~(complaint)~~ (amended complaint) (_____ amended complaint) ~~(third party complaint)~~ (other: _____) to the following:

1. (name) Knauf Do Brasil, Ltd
   (address) c/o Kerry Miller, Esq
2. (name) Knauf Gypsum Indonesia
   (address) c/o Kerry Miller, Esq.
3. (name) Knauf Plasterboard (Wuhu) Co., Ltd
   (address) c/o Kerry Miller, Esq.
4. (name) Guangdong Knauf New Building Products Co., Ltd
   (address) c/o Kerry Miller, Esq.

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
LEVIN, FISHBEIN, SEDRAN & BERMAN
Address  510 WALNUT STREET - SUITE 500
         PHILADELPHIA, PA 19106-3697

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____