OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -3 PM 1:52

LORETTA G. WHYTE
CLERK

Date: 12/3/10

Rogers, et al

vs.

Knauf Gips KG, et al

Case No. 10-362   Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the (complaint) ~~(amended complaint)~~ ( ___ amended complaint) ~~(third party complaint)~~ (other : in Intervention ) to the following:

1. (name) Knauf Plasterboard (Wuhu) Co., Ltd
   (address) c/o Kerry Miller, Esquire
2. (name) Knauf Plasterboard (Tianjin) Co., Ltd
   (address) c/o Kerry Miller, Esquire
3. (name) Knauf Gips KG
   (address) c/o Kerry Miller, Esquire
4. (name) Guangdong Knauf New Building Materials Products Co., Ltd
   (address) c/o Kerry Miller, Esquire

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address _____

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

___ Fee___
___ Process___
X   Dktd___
___ CtRmDep___
___ Doc. No.___