OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -3 PM 1:52

LORETTA G. WHYTE
CLERK

Date: 12/3/10

Vickers, et al

vs.

Knauf Gips KG, et al

Case No. 09-4117   Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the ~~(complaint)~~ ~~(amended complaint)~~ ( 2ND amended complaint ) ~~(third party complaint)~~

(other : _____ ) to the following:

1. (name) Knauf Plasterboard (Wuhu) Co., Ltd
   (address) c/o Kerry Miller, Esq.
2. (name) Guangdong Knauf New Building Material Products Co. Ltd.
   (address) c/o Kerry Miller, Esq.
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  Plaintiffs
LEVIN, FISHBEIN, SEDRAN & BERMAN
Address   510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____