UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | 2:09-MD-02047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| This Relates to Case: 2:10-cv-3070 | : | |
| Hernandez, et al v. AAA Insurance, et al | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE WILKINSON |

*************************************************************************

# NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow enter an appearance in this Court as counsel of record for AMICA MUTUAL INSURANCE COMPANY.

John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow's address and firm affiliation are as follows:

> Keogh, Cox & Wilson, Ltd.
> 701 Main Street
> Baton Rouge, LA 70802
> Post Office Box 1151
> Baton Rouge, Louisiana  70821
> Telephone: (225) 383-3796
> Facsimile: (225) 343-9612
> www.kcwlaw.com

Respectfully submitted by:

**KEOGH, COX & WILSON, LTD.**

BY:   s/John P. Wolff
      JOHN P. WOLFF, III, T.A., Bar #14504,
      jwolff@kcwlaw.com
      NANCY B. GILBERT, Bar #23095,
      ngilbert@kcwlaw.com
      CHRISTOPHER K. JONES, Bar #28101,
      cjones@kcwlaw.com
      STEPHEN M. WHITLOW, Bar #21945
      swhitlow@kcwlaw.com
      701 Main Street
      Post Office Box 1151
      Baton Rouge, Louisiana  70821
      Telephone:  (225) 383-3796
      Telecopier: (225) 343-9612
      *Counsel for Amica Mutual Insurance Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 6th day of December, 2010.

   s/John P. Wolff, III
    JOHN P. WOLFF, III
    NANCY B. GILBERT
   CHRISTOPHER K. JONES
    STEPHEN M. WHITLOW