UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *<br>*<br>*   MDL No. 2047<br>* |
| THIS DOCUMENT RELATES TO | *   JUDGE FALLON<br>*   MAG. WILKINSON<br>* |
| WENDY HUBBELL AND CHRISTY CIMO | *   CIVIL ACTION NUMBER: 10-2064<br>*<br>* |
| Versus | *<br>* |
| TALLOW CREEK, L.L.C., SOUTHERN HOMES, L.L.C., , INTERIOR EXTERIOR BUILDING SUPPLY, LP, ET AL | *<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STATEMENT IN COMPLIANCE WITH FEDERAL RULE
OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE**

**NOW INTO COURT,** through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, and, for the purpose of complying with Federal Rule of Civil Procedure 7.1 and Local Rule 5.6E, respectfully submits the following:

Defendant, State Farm Fire and Casualty Company, is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company, a mutual insurance company having no stock and no stockholders. No publicly held company owns 10% or more of the stock of State Farm Fire and Casualty Company or State Farm Mutual Automobile Insurance Company.

1

PORTEOUS, HAINKEL & JOHNSON, L.L.P.

/s/ Adrianne L. Baumgartner

**ADRIANNE L. BAUMGARTNER (#2861)**
**DARRIN M. O'CONNOR  (#24582)**
**EMILY STICKNEY MORRISON  (#18351)**
408 North Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Facsimile: (985) 893-1392
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801-1309
Telephone:  (225) 383-8900
cchassaignac@phjlaw.com

**Counsel for State Farm Fire and Casualty Company**
**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading, i.e. Defendant State Farm Fire & Casualty Company's Statement of Corporate Disclosure has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 7th day of December, 2010.

<u>Adrianne L. Baumgartner</u>