## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, the Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m), Memorandum in Support thereof, Notice of Hearing and Proposed Order, were served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of December, 2010.

I further certify that service on all unrepresented domestic defendants on the attached list was made via First Class Mail at their last known address.

Dated: December 7, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| Omni VI |
| --- |
| **Hernandez v. AAA Insurance, et al** |
| Allmerica Financial Corporation,<br>f/k/a The Hanover Insurance Group, Inc.<br>Ct Corporation System<br>101 Federal Street<br>Boston, MA 02110 |
| American National Property and Casualty Company<br>The Corporation Company<br>120 South Central Avenue<br>Clayton, MO 63105 |
| Ameriprise Insurance Company<br>Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| Amica Mutual Insurance Company<br>Charles E. Overfield<br>550 Eisenhower Rd.<br>Leavenworth, KS 66048 |
| Armed Forces Insurance Corporation<br>Illinois Corporation Service C<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| Assurance Company of America<br>Carl D. Kraft<br>12901 North Forty Dr.<br>St. Louis, MO 63141 |
| Auto Club Family Insurance Company<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Cabrillo General Insurance Agency, Inc.<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Chubb Group of Insurance Companies Hernandez,<br>Aylin<br>10770 SW 151 Street<br>Miami, FL 33176 |
| Citizens Property Insurance Corporation<br>Chief Financial Officer<br>200 E. Gaines Street |

Tallahassee, FL 32399-0000

Cypress Casualty Insurance Company
Chief Financial Officer
P.O. Box 6200 32314-6200
200 E. Gaines St.
Tallahassee, FL 32399

Edison Insurance Company
Chief Financial Officer
P.O. Box 6200 32314-6200
200 E. Gaines St.
Tallahassee, FL 32399

Federated National Insurance Company Vendittelli,
Louis V Esq.
7131 Business Park Lane, Suite 300
Lake Mary, FL 32746

Fidelity National Financial, Inc.
C T Corporation System
818 W 7th St.
Los Angeles, CA 90017

Fireman's Fund Insurance Company
Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399

Florida Farm Bureau Casualty Insurance Company
Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399

Florida Peninsula Insurance Company Michael
Zukerman
4820 Business Center Dr Ste 200
Fairfield, CA 94534

Imperial Fire and Casualty Insurance Company
Neal R Scharmer
118 2nd Ave. SE
Cedar Rapids, IA 52407

Lantana Insurance LTD
United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Lexington Insurance Company
Corporation Service Company
84 State St.
Boston, MA 02109

Lillian Assurance Group, Inc.
4043 Golfside Dr.
Orlando, FL 32808

Louisiana Citizens Property Insurance Corporation
Henry H. Bernard, Jr.
9516 Airline Highway
Baton Rouge, LA 70815

Mercury Insurance Group
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

Mississippi Farm Bureau Insurance
Larry Martin
C/O Colorado Division Of Insurance
1560 Broadway
Denver, CO 80202

National Home Insurance Company
Chief Financial Officer
200 E. Gaines St
Tallahassee Fl 32399-0000

The Progressive Casualty Insurance Company
The Corporation Trust Company
Corporation Trust Center 1209
Orange Street
Wilmington, DE 19801

QBE Insurance Corporation
LOUISIANA SECRETARY OF STATE
8585 Archives Ave.
BATON ROUGE, LA 70809

Republic Fire and Casualty Insurance Company
Chief Financial Officer
200 E. Gaines St.
Tallahassee, FL 32399-0000

Royal Palm Insurance Company
Corporation Service Company A/K/A Csc - Lawyers
Incorporating Service
2730 Gateway Oaks Dr., Ste 100
Sacramento, CA 95833

Scottsdale Insurance Company
Chief Financial Officer
200 E. Gaines St.
Tallahassee, FL 32399-0000

Security First Insurance
Shelter General Insurance Company
1817 West Broadway

| |
|---|
| Columbia, MO 65218 |
| Southern Fidelity Insurance Company<br>Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| Southern Oak Insurance Company<br>Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| St. Johns Insurance Company<br>Edward B. Rust Jr.<br>One State Farm Plaza<br>Bloomington, IL 61710 |
| The Republic Group<br>Scott R. Rowe<br>7201 NW 11th Place<br>Gainesville, FL32605 |
| United Property & Casualty Insurance Co. Travis L. Miller<br>301 S. Bronough St.<br>Tallahassee, FL 32301 |
| Universal Adjusting Corp.<br>Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| Universal Property and Casualty Insurance Company<br>Denise Cannaday Usaa<br>5800 Northampton Blvd<br>Norfolk, VA 23502-5514 |
| ZC Sterling Insurance Company<br>Chief Financial Officer<br>P.O. Box 6200 (32314-6200)<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| Zurich North America<br>Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| Empire Fire and Marine Insurance Company Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |