## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, the Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m), Memorandum in Support thereof, Notice of Hearing and Proposed Order, were served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of December, 2010.

I further certify that service on all unrepresented domestic defendants on the attached list was made via First Class Mail at their last known address.

Dated: December 7, 2010

_____
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| Omni VI |
| --- |
| **Hernandez v. AAA Insurance, et al** |
| Allmerica Financial Corporation, f/k/a The Hanover Insurance Group, Inc. Ct Corporation System 101 Federal Street Boston, MA 02110 |
| American National Property and Casualty Company The Corporation Company 120 South Central Avenue Clayton, MO 63105 |
| Ameriprise Insurance Company Chief Financial Officer 200 E. Gaines St. Tallahassee, FL 32399-0000 |
| Amica Mutual Insurance Company Charles E. Overfield 550 Eisenhower Rd. Leavenworth, KS 66048 |
| Armed Forces Insurance Corporation Illinois Corporation Service C 801 Adlai Stevenson Drive Springfield, IL 62703 |
| Assurance Company of America Carl D. Kraft 12901 North Forty Dr. St. Louis, MO 63141 |
| Auto Club Family Insurance Company The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 |
| Cabrillo General Insurance Agency, Inc. The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 |
| Chubb Group of Insurance Companies Hernandez, Aylin 10770 SW 151 Street Miami, FL 33176 |
| Citizens Property Insurance Corporation Chief Financial Officer 200 E. Gaines Street |

| |
|---|
| Tallahassee, FL 32399-0000 |
| Cypress Casualty Insurance Company<br>Chief Financial Officer<br>P.O. Box 6200 32314-6200<br>200 E. Gaines St.<br>Tallahassee, FL 32399 |
| Edison Insurance Company<br>Chief Financial Officer<br>P.O. Box 6200 32314-6200<br>200 E. Gaines St.<br>Tallahassee, FL 32399 |
| Federated National Insurance Company Vendittelli, Louis V Esq.<br>7131 Business Park Lane, Suite 300<br>Lake Mary, FL 32746 |
| Fidelity National Financial, Inc.<br>C T Corporation System<br>818 W 7th St.<br>Los Angeles, CA 90017 |
| Fireman's Fund Insurance Company<br>Chief Financial Officer<br>200 E. Gaines Street<br>Tallahassee, FL 32399 |
| Florida Farm Bureau Casualty Insurance Company<br>Chief Financial Officer<br>200 E. Gaines Street<br>Tallahassee, FL 32399 |
| Florida Peninsula Insurance Company Michael Zukerman<br>4820 Business Center Dr Ste 200<br>Fairfield, CA 94534 |
| Imperial Fire and Casualty Insurance Company<br>Neal R Scharmer<br>118 2nd Ave. SE<br>Cedar Rapids, IA 52407 |
| Lantana Insurance LTD<br>United States Corporation Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| Lexington Insurance Company<br>Corporation Service Company<br>84 State St.<br>Boston, MA 02109 |

| |
|---|
| Lillian Assurance Group, Inc.<br>4043 Golfside Dr.<br>Orlando, FL 32808 |
| Louisiana Citizens Property Insurance Corporation<br>Henry H. Bernard, Jr.<br>9516 Airline Highway<br>Baton Rouge, LA 70815 |
| Mercury Insurance Group<br>C T Corporation System<br>5615 Corporate Blvd., Ste. 400B<br>Baton Rouge, LA 70808 |
| Mississippi Farm Bureau Insurance<br>Larry Martin<br>C/O Colorado Division Of Insurance<br>1560 Broadway<br>Denver, CO 80202 |
| National Home Insurance Company<br>Chief Financial Officer<br>200 E. Gaines St<br>Tallahassee Fl 32399-0000 |
| The Progressive Casualty Insurance Company<br>The Corporation Trust Company<br>Corporation Trust Center 1209<br>Orange Street<br>Wilmington, DE 19801 |
| QBE Insurance Corporation<br>LOUISIANA SECRETARY OF STATE<br>8585 Archives Ave.<br>BATON ROUGE, LA 70809 |
| Republic Fire and Casualty Insurance Company<br>Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| Royal Palm Insurance Company<br>Corporation Service Company A/K/A Csc - Lawyers Incorporating Service<br>2730 Gateway Oaks Dr., Ste 100<br>Sacramento, CA 95833 |
| Scottsdale Insurance Company<br>Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| Security First Insurance<br>Shelter General Insurance Company<br>1817 West Broadway |

| |
|---|
| Columbia, MO 65218 |
| Southern Fidelity Insurance Company<br>Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| Southern Oak Insurance Company<br>Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| St. Johns Insurance Company<br>Edward B. Rust Jr.<br>One State Farm Plaza<br>Bloomington, IL 61710 |
| The Republic Group<br>Scott R. Rowe<br>7201 NW 11th Place<br>Gainesville, FL 32605 |
| United Property & Casualty Insurance Co. Travis L. Miller<br>301 S. Bronough St.<br>Tallahassee, FL 32301 |
| Universal Adjusting Corp.<br>Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| Universal Property and Casualty Insurance Company<br>Denise Cannaday Usaa<br>5800 Northampton Blvd<br>Norfolk, VA 23502-5514 |
| ZC Sterling Insurance Company<br>Chief Financial Officer<br>P.O. Box 6200 (32314-6200)<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |
| Zurich North America<br>Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| Empire Fire and Marine Insurance Company Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0000 |