UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of Court to file Exhibits A and B attached to the Plaintiffs' Steering Committee's Memorandum in Support of the Motion to Compel Discovery Responses from Mark P. Norris UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT that Exhibits A and B attached to the Plaintiffs' Steering Committee's Memorandum in Support of the Motion to Compel Discovery Responses from Mark P. Norris attached hereto are FILED UNDER SEAL.

New Orleans, Louisiana, this __6th__ day of December, 2010.

_____
Eldon E. Fallon
United States District Court Judge