UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   CHINESE-MANUFACTURED DRYWALL   MDL NO. 09-2047
         PRODUCTS LIABILITY LITIGATION   SECTION: L

                                         JUDGE FALLON

                                         MAG. JUDGE WILKINSON

_____

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

MOTION TO DISMISS

This class action includes numerous claims from around the country, arising out of the importation, installation, and use, of allegedly defective drywall. On March 15, 2010, Plaintiffs filed "Plaintiffs' Amended Omnibus Class Action Complaint (II)" naming GREENSPRINGS CONDOMINIUMS, LLC, and hundreds of others, as Defendants. The Plaintiffs name GREENSPRINGS CONDOMINIUMS, LLC, as a Defendant, alleging that it built the homes of certain subclass members, and installed allegedly defective drywall in their homes during construction. GREENSPRINGS CONDOMINIUMS, LLC is correctly alleged to be Virginia business entities, with its principal places of business located in cities within the Commonwealth of Virginia.  On July 9, 2010, various plaintiffs filed an Omnibus Class

Action Complaint Intervention. Those pleadings were served on this defendant on November 16, 2010.

NOW COMES the undersigned defendant, GREENSPRINGS CONDOMINIUMS, LLC, and moves this Honorable Court to issue an Order dismissing the claims of the Plaintiffs under Fed. R. Civ. Proc. Rule 12(b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, GREENSPRINGS CONDOMINIUMS, LLC., is not subject to, nor has it submitted to the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against Defendant, GREENSPRINGS CONDOMINIUMS, LLC.

WHEREFORE, Defendant, GREENSPRINGS CONDOMINIUMS, LLC, prays that said Defendant's Motion to Dismiss, pursuant to Fed. R. Civ. Proc. Rule 12 be granted, and that this Honorable Court dismiss the Plaintiffs' claims against Defendant, GREENSPRINGS CONDOMINIUMS, LLC as this Court does not have personal jurisdiction over this Defendant, and the Eastern District of Louisiana is an improper venue for any claims against GREENSPRINGS CONDOMINIUMS, LLC.

GREENSPRINGS CONDOMINIUMS, LLC

By: _____/s/_____
Todd M. Fiorella, Esquire
Virginia State Bar No. 30238
Attorney for Defendant GREENSPRINGS CONDO., LLC
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, Virginia 23510
Telephone: (757) 227-5900
Fax: (757) 227-5901
mdl.drywall@ff-legal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2010, the above and foregoing Motion to Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_____/s/_____
Todd M. Fiorella, Esquire
Virginia State Bar No. 30238
Attorney for Defendant GREENSPRINGS CONDO., LLC
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, Virginia 23510
Telephone: (757) 227-5900
Fax: (757) 227-5901
mdl.drywall@ff-legal.com