UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court finds that it is an appropriate time in the MDL litigation to schedule trials to resolve the claims involving Interior Exterior Building Supply, LP.  Accordingly, IT IS ORDERED that a telephone status conference is scheduled for December 21, 2010, at 8:30 a.m. to discuss the current status of the claims against Interior Exterior, as well as appropriate pretrial and trial dates.  IT IS FURTHER ORDERED that the following counsel are to participate: Russ Herman, Arnold Levin, Fred Longer, Chris Seeger, Lenny Davis, Kerry Miller, Richard Duplantier, as well as counsel for Interior Exterior's insurers: Judy Barrasso, H. Minor Pipes, Catherine Giarrusso, D. Russel Holwadel, Gregory O. Currier, James W. Hailey, III, Melissa Swabacker, Sidney J. Angelle, III, Eric B. Berger, Gary J. Russo, and Megan E. Donohue .  The conference call number is 877-336-1839, the access code is 4227405, and the security code is 12211.

New Orleans, Louisiana, this 6th day of December 2010.

_____

U.S. DISTRICT JUDGE