UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court was contacted by counsel to request a continuance of the hearing date for Banner's Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC (R. 6518). Accordingly, IT IS ORDERED that the hearing date for Banner's Motion is CONTINUED from December 8, 2010, to December 10, 2010, at 1:30 p.m. The conference call number for counsel who will be participating by phone is 877-336-1839, the access code is 4227405, and the security code is 12101. This line is for counsel who are arguing and not for the general public as the line will be open for speaking.

New Orleans, Louisiana, this 6th day of December 2010.

_____
U.S. DISTRICT JUDGE