IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>Section L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO<br><br>WILTZ, et al. vs. BEIJING NEW BUILDING MATERIALS, et al.<br><br>Case No. 10-361 | |

**ORDER ON ALL FLORIDA DRYWALL SUPPLIES, INC.'S MOTION
FOR EXTENSION OF TIME TO SUBMIT DISTRIBUTOR PROFILE FORM**

The Court, having considered All Florida Drywall Supplies, Inc.'s Motion for Extension of Time to Submit Distributor Profile Form filed in the instant action, hereby orders as follows:

All Florida Drywall Supplies, Inc.'s Motion for Extension of Time to Submit Distributor Profile Form is GRANTED. All Florida Drywall Supplies, Inc. shall have up to and including January 7, 2011, within which to submit its Distributor Profile Form in the above-captioned matter.

SO ORDERED in New Orleans, Louisiana, this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE