UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L
THIS DOCUMENT RELATES TO:

JUDGE FALLON
Kenneth and Barbara Wiltz, et al. v.
Beijing New Building Materials Public Ltd. Co., et al,          MAG. JUDGE WILKINSON
Case No. 2:10-cv-00361.

_____/

**<u>NOTICE OF APPEARANCE</u>**

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their

appearance as counsel of record for Southern Homes of Broward XI, Inc. ("Southern Homes")

with respect to the claims asserted against Southern Homes in the current Complaints in

Intervention and request that copies of all pleadings, filings, and other documents served in this

case be served upon the undersigned pursuant to the procedures established by the Court.

Dated:  December 8, 2010.

s/ Adam C. King
JEFFREY M. PASKERT
Florida Bar No. 846041
jpaskert@mpdlegal.com
ADAM C. KING
Florida Bar No. 156892
aking@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa Street, Suite 2010
Tampa, Florida  33602
(813) 229-3500 − Telephone
(813) 229-3502 − Facsimile
*Attorneys for Southern Homes of Broward XI, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 8, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.


s/ Adam C. King
Attorney