UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2:09-MD-02047 <br><br> JUDGE: FALLON |
| **This document related to:** | * * | |
| *David Gross, et al v. Knauf Gips KG, et al* <br> Docket No. 09-6690 | * * | MAG: WILKINSON |

*****************************************************************************

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the Rule 12(b) Motion to Dismiss filed by Swedberg Enterprises, Inc., is hereby set for the 5th day of January, 2011, at 9:00 a.m.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,
        PFISTER, & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        **PAUL J. VERLANDER (#19196)**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Fax: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com
        kderham@duplass.com
        **Counsel for Defendant, Swedberg Enterprises, Inc.**

## **C E R T I F I C A T E**

I hereby certify that on the 9th day of December, 2010, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK