UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:      CHINESE-MANUFACTURED DRYWALL        MDL NO. 09-2047
            PRODUCTS LIABILITY LITIGATION       SECTION: L

                                                JUDGE FALLON

                                                MAG. JUDGE
                                                WILKINSON
_____

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING
MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:     2010 CV 361

## MOTION TO DISMISS

This class action includes numerous claims from around the country, arising out of the importation, installation, and use, of allegedly defective drywall. On March 15, 2010, Plaintiffs filed "Plaintiffs' Amended Omnibus Class Action Complaint (II)" naming FRANCISCUS HOMES, INC., and hundreds of others, as Defendants. The Plaintiffs name FRANCISCUS HOMES, INC., as a Defendant, alleging that it built the homes of certain subclass members, and installed allegedly defective drywall in their homes during construction. FRANCISCUS HOMES, INC. is correctly alleged to be a Virginia business entity, with its principal places of business located in cities within the Commonwealth of Virginia. On July 9, 2010, various plaintiffs filed an Omnibus Class Action Complaint in Intervention. Those pleadings were served on this defendant on November 22, 2010.

NOW COMES the undersigned defendant, FRANCISCUS HOMES, INC., and moves this Honorable Court to issue an Order dismissing the claims of the Plaintiffs under Fed. R. Civ. Proc. Rule 12(b)(2) and (3) for the reasons articulated in the attached Memorandum.  Specifically, FRANCISCUS HOMES, INC.., is not subject to, nor has it submitted to the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against Defendant, FRANCISCUS HOMES, INC..

WHEREFORE, Defendant, FRANCISCUS HOMES, INC. prays that said Defendant's Motion to Dismiss, pursuant to Fed. R. Civ. Proc. Rule 12 be granted, and that this Honorable Court dismiss the Plaintiffs' claims against Defendant, FRANCISCUS HOMES, INC. as this Court does not have personal jurisdiction over this Defendant, and the Eastern District of Louisiana is an improper venue for any claims against FRANCISCUS HOMES, INC.

FRANCISCUS HOMES, INC

By:_____/s/_____
Todd M. Fiorella, Esquire
Virginia State Bar No. 30238
Attorney for Defendant, FRANCISCUS HOMES, INC
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, Virginia 23510
Telephone:  (757) 227-5900
Fax:  (757) 227-5901
mdl.drywall@ff-legal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2010, the above and foregoing Motion to Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                                _____/s/_____
                                        Todd M. Fiorella, Esquire
                                        Virginia State Bar No. 30238
                                        Attorney for Defendant, FRANCISCUS HOMES, INC
                                        Fraim & Fiorella, P.C.
                                        150 Boush Street, Suite 601
                                        Norfolk, Virginia 23510
                                        Telephone: (757) 227-5900
                                        Fax: (757) 227-5901
                                        mdl.drywall@ff-legal.com