UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:    CHINESE-MANUFACTURED DRYWALL          MDL NO. 09-2047
          PRODUCTS LIABILITY LITIGATION          SECTION: L

                                                 JUDGE FALLON

                                                 MAG. JUDGE WILKINSON

_____

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:    2010 CV 361

_____

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, FRANCISCUS HOMES, INC., has filed the attached Motion to Dismiss.

PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on February 16, 2011 at 9:00 am, before the Honorable Eldon E. Fallon.

FRANCISCUS HOMES, INC.

By: _____/s/_____
    Todd M. Fiorella, Esquire
    Virginia State Bar No. 30238
    Attorney for Defendant, FRANCISCUS HOMES, INC.
    Fraim & Fiorella, P.C.
    150 Boush Street, Suite 601
    Norfolk, Virginia 23510
    Telephone: (757) 227-5900
    Fax: (757) 227-5901
    mdl.drywall@ff-legal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2010, the above and foregoing Notice of Hearing has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                            _____/s/_____
                                            Todd M. Fiorella, Esquire
                                            Virginia State Bar No. 30238
                                            Attorney for Defendant FRANCISCUS HOMES, INC.
                                            Fraim & Fiorella, P.C.
                                            150 Boush Street, Suite 601
                                            Norfolk, Virginia 23510
                                            Telephone: (757) 227-5900
                                            Fax: (757) 227-5901
                                            mdl.drywall@ff-legal.com