UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

_____

**THIS DOCUMENT RELATES TO:**

**KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,**

**CASE #:    2010 CV 361**

MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY
AND SUBMISSION OF BUILDER PROFILE FORMS
<u>PENDING RESOLUTION OF RULE 12(b) MOTIONS</u>

NOW INTO COURT, through the undersigned counsel, comes Defendant, FRANCISCUS HOMES, INC, who moves this Honorable Court, pursuant to Fed.R.Civ.P. 26(c), to issue a Protective Order, staying any discovery requirements or requests to said Defendant, including the submission of any Builder Defendant Profile Forms, pending resolution of its Fed.R.Civ.P. 12(b) motions to dismiss for lack of personal jurisdiction and improper venue.

In support thereof, the Defendant states as follows:

1.     On March 15, 2010, Kenneth and Barbara Wiltz, individually, and on behalf of all others similarly situated, filed their Plaintiffs' Amended Omnibus Class Action

Complaint (II) (hereinafter "Omnibus II"), in the United States District Court for the Eastern District of Louisiana, a lawsuit bearing Case No. 10-361, which was then subsumed within the "Chinese Drywall" multi-district litigation, bearing MDL No. 2:09-md-02047 ("the MDL").

2. FRANCISCUS HOMES, INC. was identified by the Plaintiffs in Omnibus II as a builder of homes containing Chinese drywall. While the Defendant disputes this characterization, inasmuch as only some of these entities engage in home building, it feels constrained to respond to the requirements of the Court for "Builder Defendants," based on the Plaintiff's erroneous characterization.

3. On August 17, 2009, Judge Fallon issued Pretrial Order # 11, instructing that the parties prepare and submit profile forms, including forms directed to Builder Defendants.

4. On March 9, 2010, Judge Fallon extended the requirement that various profile forms be completed and submitted to liaison counsel, including Builder Defendant Profile Forms, and the specific deadlines for such submissions, pursuant to Pretrial Order # 1F.

5. On July 9, 2010, various plaintiffs filed an Omnibus Class Action Complaint Intervention. Those pleadings were served on this defendant on November 22, 2010.

6. In Omnibus II, FRANCISCUS HOMES, INC. filed a Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b), asserting the Court's lack of personal jurisdiction over the Defendant, and improper venue. The Virginia Defendant has not had <u>any</u> contact with the State of Louisiana, much less the "minimum contacts" required by the United

States Supreme Court in its *International Shoe* decision.

7. The United States Court of Appeals for the Fifth Circuit has repeatedly instructed its trial courts to stay discovery under Fed.R.Civ.P. 26(C) when the disposition of pending dispositive motions would preclude the need for discovery altogether, thus saving the time and expense of such litigation efforts.

8. The Builder Defendant Profile Forms are to be submitted by Defendant under oath, and the submitting party is subject to the penalties for perjury. The Builder Defendant Profile Forms require the disclosure of extensive information, including data regarding all affected properties, the identification of the Defendants' insurers as well as production of claims and insurance policy information. This is discovery, pure and simple.

9. Since a ruling in the Defendant's favor on the pending Rule 12(b) motions would relieve it of any obligation to prepare and submit Builder Defendant Profile Forms, produce the data sought by the Court, or disclose insurance and claim information, this Court should stay the Defendant's obligation to comply with the Court's Order until after the pending 12(b) motions are resolved.

10. On November 22, 2010, FRANCISCUS HOMES, INC. has been served with the following claims:

- Elwood Miller
- Mark Tompkins and Karen Tompkins
- Larkin D. Combs
- Deborah Bailey

- Janie Corbett

- Caroline Hartline

WHEREFORE, the Defendant, FRANCISCUS HOMES, INC, prays that its Motion for Protective Order, pursuant to Fed. R. Civ. Proc. 26(c) be granted, and that an Order be entered staying all discovery against the defendant, including the submission of Builder Defendant Profile Forms, pending the outcome of the Defendants' Motion to Dismiss, pursuant to Fed. R. Civ. Proc. 12(b).

                  FRANCISCUS HOMES, INC

By: _____/s/_____
Todd M. Fiorella, Esquire
Virginia State Bar No. 30238
Attorney for Defendant, FRANCISCUS HOMES, INC
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, Virginia 23510
Telephone: (757) 227-5900
Fax: (757) 227-5901
mdl.drywall@ff-legal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2010, the above and foregoing Motion for Protective Order Staying Discovery and Submission of Builder Profile Forms Pending Resolution of Rule 12(b) Motions has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_____/s/_____
Todd M. Fiorella, Esquire
Virginia State Bar No. 30238
Attorney for Defendant, FRANCISCUS HOMES, INC
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, Virginia 23510
Telephone: (757) 227-5900
Fax: (757) 227-5901
mdl.drywall@ff-legal.com