**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES**<br><br>_____/ | **MDL DOCKET: 2047**<br>**SECTION: L** |

## <u>ORDER</u>

Considering the Banner Entities' Motion for Leave to File the Amended Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC to Correct Clerical Errors;

IT IS SO ORDERED BY THE COURT that the Banner Entities are granted leave of court to file its Amended Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC.

New Orleans, Louisiana this ____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge