UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY            MDL DOCKET: 2047
LITIGATION                            SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES

_____/

**CERTAIN BANNER ENTITIES' AMENDED MEMORANDUM OF LAW IN SUPPORT OF THEIR EMERGENCY MOTION FOR A FINDING OF CONTEMPT AND TO COMPEL AGAINST CENTER OF TOXICOLOGY AND ENVIRONMENTAL HEALTH, LLC TO CORRECT CLERICAL ERRORS**

# FILED UNDER SEAL