UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY            MDL DOCKET: 2047
LITIGATION                            SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES

_____/

**CERTAIN BANNER ENTITIES' MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE TO FILE UNDER SEAL THE AMENDED MEMORANDUM OF LAW IN
SUPPORT OF THEIR EMERGENCY MOTION FOR A FINDING OF CONTEMPT
AND TO COMPEL AGAINST CENTER OF TOXICOLOGY AND ENVIRONMENTAL
HEALTH, LLC TO CORRECT CLERICAL ERRORS**

On motion of Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC and Banner Supply International, LLC (collectively "Banner"), who upon suggesting to the Court that it has filed an Amended Memorandum of Law in Support of its Emergency Motion for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC to Correct Clerical Errors, seeks leave to permit said filing under seal. Banner desires and requests leave of Court to file this Amended Memorandum under seal so as to comply with this Court's Pretrial Order No. 16, paragraph 12, mandating that the depositions of Knauf employees be maintained as confidential.

Respectfully submitted, this 9th day of December, 2010.

        **WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

        */s/ Shubhra R. Mashelkar*
        **SHUBHRA R. MASHELKAR, ESQUIRE**
        Georgia Bar Number: 475388
        3344 Peachtree Road, Suite 2400
        Atlanta, GA 30326
        Telephone (404)876-2700
        smashelkar@wwhgd.com
        *Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading, Certain Banner Entities' Motion and Incorporated Memorandum for Leave to File Under Seal the Amended Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC to Correct Clerical Errors, has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 9th day of December, 2010.

                **WEINBERG, WHEELER, HUDGINS,**
                 **GUNN & DIAL, LLC**

                */s/ Shubhra R. Mashelkar*_____
                **SHUBHRA R. MASHELKAR, ESQUIRE**
                Georgia Bar Number: 475388
                3344 Peachtree Road, Suite 2400
                Atlanta, GA 30326
                Telephone (404)876-2700
                smashelkar@wwhgd.com
                *Counsel for Banner Supply Company*