## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES<br><br>_____/ | MDL DOCKET: 2047<br>SECTION: L |

## ORDER

Considering the Banner Entities' Motion for Leave to File Under Seal the Amended Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC to Correct Clerical Errors;

IT IS SO ORDERED BY THE COURT that the Banner Entities are granted leave of court to file its Amended Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC under seal.

New Orleans, Louisiana this ___ day of _____, 2010.

                                                                                     _____
                                                                                     Honorable Eldon E. Fallon
                                                                                     U.S. District Judge