**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## CERTAIN BANNER ENTITIES' MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL AGAINST CTEH

Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC and Banner Supply International, LLC (collectively "Banner") respectfully requests leave of court to supplement the record to file its Reply in Support of Its Motion to Compel Against CTEH, which is to be filed under seal. Banner desires and requests leave of court to file this Reply brief to address issues raised in Memorandum of CTEH and KPT in Opposition to Banner's motion.

Respectfully submitted, this 9th day of December, 2010.

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

/s/ *Nicholas P. Panayotopoulos*_____
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number:  560679
npanayo@wwhgd.com
3344 Peachtree Road
Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700

*Counsel for Banner Supply Company*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certain Banner Entities' Motion and Incorporated of Memorandum For Leave Of Court To File Its Reply in Support Of Its Motion To Compel Against CTEH has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 9th day of December, 2010.

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

/s/ *Nicholas P. Panayotopoulos*_____
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**