UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES<br><br>_____/ | MDL DOCKET: 2047<br>SECTION: L |

## ORDER

Considering the Banner Entities' Motion for Leave to File Its Reply in Support of its Motion to Compel Against CTEH;

IT IS SO ORDERED BY THE COURT that the Banner Entities are granted leave of court to file its Reply in Support of its Motion to Compel Against CTEH.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge