1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES _____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**BANNER'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL AGAINST CTEH**

# **FILED UNDER SEAL**