UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY          MDL DOCKET: 2047
LITIGATION                          SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES

_____/

**CERTAIN BANNER ENTITIES' MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL AGAINST CTEH**

On motion of Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC and Banner Supply International, LLC (collectively "Banner"), who upon suggesting to the Court that it has filed its Reply in Support of its Motion to Compel Against CTEH, seeks leave to permit said filing under seal. Banner desires and requests leave of Court to file this Reply brief so as to comply with this Court's Pretrial Order No. 16, paragraph 12, mandating that the depositions of Knauf employees be maintained as confidential.

Respectfully submitted, this 9th day of December, 2010.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ *Nicholas P. Panayotopoulos*_____
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
npanayo@wwhgd.com
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700

*Counsel for Banner Supply Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certain Banner Entities' Motion and Incorporated Memorandum For Leave Of Court To File Under Seal Its Reply in Support Of Its Motion To Compel Against CTEH has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 9th day of December, 2010.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ *Nicholas P. Panayotopoulos*_____
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**