UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES<br><br>_____/ | MDL DOCKET: 2047<br>SECTION: L |
|---|---|

## ORDER

Considering the Banner Entities' Motion for Leave to File Under Seal its Reply in Support of Its Motion to Compel Against CTEH;

IT IS SO ORDERED BY THE COURT that the Banner Entities are granted leave of court to file its Reply in Support of Its Motion to Compel Against CTEH under seal.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge