**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**BANNER'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL AGAINST CTEH**

# FILED UNDER SEAL

1