**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE WILKINSON |
| *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO LANDMARK AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES**

Pursuant to Local Rule 7.5E, Plaintiff, Robert C. Pate, as Trustee for the Chinese Drywall Trust ("Pate"), hereby moves this Court for leave to submit a reply to the supplemental memorandum of Landmark American Insurance Company ("Landmark") in support of its motion to dismiss this action for failure to join an indispensable party.

Pate seeks this Court's permission to file a supplemental memorandum (attached hereto as Exhibit A) in order to respond to Landmark's argument that this Court's November 3, 2010 ruling dismissing Owners Insurance Company ("Owners") from this action entitles Landmark to be dismissed as well under Fed. R. Civ. P. 12(b)(7). Pate seeks to address Landmark's position that a commonly-used "other insurance" allocation clause in its policy somehow mandates that its duties to WCI cannot be determined without the presence of Owners, and why Landmark could not seek reimbursement from Owners separately should Landmark be held liable in this action.

Accordingly, Pate respectfully requests leave of Court to file a supplemental memorandum in opposition to Landmark's motion to dismiss this action for failure to join an indispensable party.

NYDOCS1-957701.2 - 1 -

December 9, 2010                                          Respectfully submitted,

/s/ Anna M. Piazza
Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
P: 212-278-1000
F: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com
*Plaintiff's Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of December, 2010.

/s/ Anna M. Piazza
Anna M. Piazza