**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>*Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |

**ORDER**

Considering the foregoing motion, IT IS HEREBY ORDERED that the Motion for Leave of Court to File a Supplemental Memorandum of Plaintiff Robert C. Pate, as Trustee for the Chinese Drywall Trust, is GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge

NYDOCS1-958581.1