Case Name: Vickers v. Knauf Gips KG
Defendant: Knauf Gips KG
Court Case No.: 09-04117 (E.D.La.)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* September 7, 2010
   - at (place, street, number)
   - *à (localité, rue numéro)* Kitzingen, Friedenstr. 3a

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ x ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* Daniel Gabel

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Person authorized by the addressee

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Order to Appoint Special Process Service, Summons in a Civil Case (Second Amended Complaint), Second Amended Complaint - Class Action, Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

Summary of the Document to be served

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
Summons in a Civil Case (Second Amended Complaint), Second Amended Complaint-Class Action, Translations

Done at , the
*Fait à* Kitzingen , *le* September 7, 2010

Signature and/or stamp.
*Signature et/ou cachet.*
Court Seal                    Signature
                              Hamm
                              Judicial Official

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2    Local Court Kitzingen
     Friedenstr. 3 a
     97318 Kitzingen