```
                                              ┌──────────────────────────────┐
                                              │    U. S. DISTRICT COURT      │
                                              │ EASTERN DISTRICT OF LOUISIANA│
                                              │                              │
                                              │ FILED    DEC - 6 2010 WP     │
                                              │                              │
                                              │     LORETTA G. WHYTE         │
                                              │         CLERK                │
                                              └──────────────────────────────┘
```

NONE (See Motion #2) )

_____ )

Plaintiff )

V. ) Civil Action No. 09-6690 L(2)

Knauf Gips KG, et al (Comfort Home Builders, Inc.) )

_____ )

Defendant

---

**MOTION #1** to allow the former Owner (100% of common stock) and Former President of Defendant; Comfort Home Builders, Inc (CHBI); **James A. Gordon**, to represent CHBI in this Civil Action.

**MOTION #2**, to dismiss, which will be the only representations the defendant will be making to the court.

Submitted by:

*[signature]*

James A. Gordon

Former President of Comfort Home Builders, Inc.
1686 Lakeview Terrace
North Ft. Myers, Florida 33903
Phone: 239-656-5090 (cell: 239-246-5748)

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
     Doc. No. _____

**TENDERED FOR FILING**

DEC - 6 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1 of 4 - Motion to Represent & Dismiss -Civil Case No. 09-6690

Copy to: Counsel for the Plaintiff:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113