## MEMORANDUN IN SUPPORT OF MOTION #1

**Financial Hardship:** The defendant CHBI has been totally liquidated during 2009 as a result of the personal bankruptcy (Chapter 7) of James A. Gordon the sole former owner of CHBI. (see Motion #2 for more deals). Any expense born from obtaining legal counsel for this civil action would need to be paid by James Gordon personally which I cannot afford and CHBI has no assets.

**Unable to find free legal representation:** The defendant apologizes to the court for the slow response to the clerk's return of my original reply, but in seeking an attorney just to reply to the court for CHBI without fee has been impossible thus far. Therefore the necessity for this motion so as to not delay the outcome of this case any further...

**Representing CHBI for only one additional action:** With the courts approval of this Motion to represent CHBI I will only be representing the defendant for the attached Motion #2 to dismiss this case as outlined in the Motion #2. If the court chooses to not dismiss the case, no further representation will be necessary as the plaintiffs have nothing to gain from judgment against the defunct CHBI.

Attachments:

Exhibit #1 (Motion #1) Copy of Chapter 7

## MEMORANDUN IN SUPPORT OF MOTION #2 to Dismiss

### Closure & Liquidation of CHBI prior to this lawsuit:

CHBI discontinued all business in the course of 2008 & 2009 by the following actions:

    a. Construction office closure on or about April 2008.

    b. Sale office closure as of September 2008.

    c. Registration of the Corporation was not made in 2009 or 2010 (as required in May each year). <u>The Corporation is no longer active in the State of Florida.</u>

In April 2009 I filed for a personal Chapter 7 Bankruptcy which was granted by the court in October 2009. (United States Bankruptcy Court Case # 9:09-bk-07034-ALP, Copy of Discharge is attached) As the sole owner of CHBI the Bankruptcy court required payment for all CHBI assets based on value to the court. This was accomplished by liquidating all the remaining assets of the Corporation which were audited by the court.

As of December 31, 2009 CHBI filed its FINAL income tax return to the Internal Revenue Service. If there is still a plaintiff in this case there is nothing to gain in that CBBI has zero assets and no longer exists.

### No Plaintiff against CHBI.

In reviewing the revised plaintiff list in the Complaint, I was unable to associate any Single Family Residence by Plaintiff name or property address listed in Cape Coral Florida that was built by CHBI. I believe that CHBI was in the revised complaint in error.

Attachments
Exhibit #1 (Motion #2) Copy of Chapter 7
Exhibit #2 Copy of cover letter to Plaintiffs' attorney
Copy of revised complaint summons page