B18J(Form 18J) (08/07)

# United States Bankruptcy Court

*Exhibit #1*

## Middle District of Florida

### Case No. 9:09-bk-07034-ALP

#### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James A Gordon
1686 Lakeview Terrace
North Fort Myers, FL 33903

Sam M Gordon
aka Sam Marie Gordon
1686 Lakeview Terrace
North Fort Myers, FL 33903

Social Security No.:
  xxx-xx-1873

                               xxx-xx-3061

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_Alexander L. Paskay_

Dated: October 12, 2009

Alexander L. Paskay
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

AO 440 (Rev. 12/09)  Summons in a Civil Action

*COPY*

*Revised Complaint*

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

David Gross, et al.                     )
                                        )
_____         )
            *Plaintiff*                 )
               v.                       )     Civil Action No.  09-6690 Sect. L
Knauf Gips, KG, et al.                  )
                                        )
_____         )
            *Defendant*                 )

### SUMMONS IN A CIVIL ACTION     Complaint in Intervention
                                           III(A)

To: *(Defendant's name and address)*  Comfort Home Builders, Inc.
                                       514 North East 16th Place - Unit #4
                                       Cape Coral, FL 33909

*11686 Lakeview Terrace*
*North Ft Myers, FL  33903*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Russ M. Herman, Esquire
                                        Leonard A. Davis, Esquire
                                        Herman, Herman, Katz & Cotlar, LLP
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana  70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Loretta G. Whyte

Date:  **Sept 27 2010**     _____
                                 *Signature of Clerk or Deputy Clerk*

Donald Skipper

157197

November 29, 2010

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RESPONSE: Civil Action No. 09-6690
Dear Mr. Herman & Mr. Davis

Based on the attached information I am giving the Court today I ask that you agree to a dismissal of Comfort Home Builders, Inc.(#95 in original complaint 5/10)) from this class action lawsuit.

The Plaintiff's name from the original complaint is no longer in the revised complaint. That being the case CHBI should no longer be included in the complaint at all.

Additionally, CHBI is completely out of business and all assets have been liquidated between early 2008 & 12/31/09 when the FINAL federal tax return was submitted to the IRS. There is nothing to be gained even if a plaintiff still exists.

If you have any question please call me at 239-656-5090.

Sincerely,

James A. Gordon
Former President & Owner of Comfort Home Builders, Inc.


Encl:
Copy of Response to the Court / with exhibits 6 pages

James A. Gordon
1686 Lakeview Terrace
North FT. Myers FL. 33903

Response Civil Action Case # 09-7628-3339 C026

RETURN RECEIPT
REQUESTED

7010 1670 0001 6625 2639

Clerk of the Court
US District Court
Eastern District of Louisiana
500 Poydras St. Room C-121
New Orleans, LA 70130



UNITED STATES
POSTAL SERVICE

1000

70130

U.S. POSTAGE
PAID
N. FORT MYERS,FL
33903
DEC 01 '10
AMOUNT
$5.71
0009664 3-04