**CT Corporation**   1200 S. Pine Island Road   954 473 5503 tel
Plantation, FL 33324   www.ctlegalsolutions.com



December 07, 2010

Sect L

U.S. District Court, Eastern District of Louisiana
500 Poydras Street,
New Orleans, LA  70130

Re: Chinese-Manufactured Drywall Products Liability (See Proposed Order for Additional Cases) // To: McCar Homes, Inc.

Case No.  MDL No. 2047

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Lyndell McBride
Process Specialist

Log# 517709241

FedEx Tracking# 794193038040

cc: Arnold Levin
    Levin, Fishbein, Sedran & Berman
    510 Walnut Street,
    Suite 500,
    Philadelphia, PA  19106-3697