IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION

> MDL NO. 09-2047
> SECTION: L
> JUDGE FALLON
> MAG. JUDGE WILKINSON

**************************************************************************

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. v. BEIJING NEW BUILDING MATERIALS, PUBLIC, LTD., ET. AL.

CASE NO.: 2010 CV 361

-----------------------------------------------------------------------------------------------------------------

## DEFENDANT WOODALL, LLC'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND TO ADOPT PRIOR MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Comes now, through undersigned counsel, defendant Woodall, LLC, who moves this honorable court to issue an Order dismissing the claims of the Intervening Plaintiffs under Fed. R. Civ. Proc. Rule 12(b)(2) and (3). In an effort to preserve judicial resources, Woodall, LLC adopts its prior Motion to Dismiss and Memorandum of Law in Support of its Motion to Dismiss filed with this court on June 7, 2010 for the reasons articulated in that memorandum attached hereto. Specifically, this defendant is not subject to, nor have they submitted to, the jurisdiction of this court, and accordingly the Eastern District of Louisiana is an improper venue for the proceeding against the defendant Woodall, LLC.

As noted in its original memorandum, under the well established rules and standards of the Due Process Claus of the United States Constitution, as interpreted by the United States District Court of Louisiana, the United States Court of Appeals, Fifth Circuit, and the United

States Supreme Court, the State of Louisiana lacks personal jurisdiction over Defendant Woodall, LLC.

Woodall, LLC is not a resident of Louisiana and lacks any contact with Louisiana. This action does not arise from any of Woodall's contacts with Louisiana.

Pursuant to the Federal Rules of Civil Procedure 12(b)(2) and (3), Defendant Woodall, LLC respectfully requests that its Motion to Dismiss be granted on the grounds that this Court lacks personal jurisdiction over Woodall, LLC and that the Eastern District of Louisiana is an improper venue for any claims against Woodall, LLC, and for the reasons articulated, and incorporated herein, in its prior Motion to Dismiss and Memorandum of Law in Support of its Motion to Dismiss filed with this court on June 7, 2010.

WOODALL, L.L.C.

By: /s/
Counsel

David L. Dayton, Esquire (VSB No.: 31177)
KALBAUGH, PFUND & MESSERSMITH, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 (facsimile)
*Counsel for Woodall L.L.C.*

### CERTIFICATE

I hereby certify that on this 9th day of December, 2010, the above and foregoing Motion to Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order # 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2047.

/s/

David L. Dayton