IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*************************************************************************

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. v. BEIJING NEW BUILDING MATERIALS, PUBLIC, LTD., ET. AL.

CASE NO.: 2010 CV 361, Section L Mag 2

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Woodall, L.L.C., has filed the attached Motion and Incorporated Memorandum to Adopt Prior its Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss.

PLEASE FURTHER TAKE NOTICE that the Motion will be brought on for hearing on February 16, 2011 at 9:00 a.m. before the honorable Eldon E. Fallon.

WOODALL, L.L.C.

By: _____/s/_____
Counsel

David L. Dayton, Esquire (VSB No.: 31177)
KALBAUGH, PFUND & MESSERSMITH, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 (facsimile)
*Counsel for Woodall L.L.C.*

## **CERTIFICATE**

I hereby certify that on this 10th day of December 2010, the above and foregoing Motion to Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order # 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2047.



/s/
David L. Dayton