# EXHIBIT "B"

02/15/2007  12:03   5612790611                    IRONWOOD                              PAGE  10/10

**EAST REGION**
Mail to:
2-10 HBW®
1728 Montreal Cir.
Tucker, GA 30084

**BUILDER APPLICATION FOR HOME ENROLLMENT**
FORM HBW 302 FL
THIS DOCUMENT IS NOT YOUR NEW HOME WARRANTY

8404

The undersigned Builder Member of the 2-10 HBW® New Home Warranty program makes application for enrollment of the home whose address is listed below. The Builder Member is responsible for completion of all enrollment requirements on the home. If all enrollment requirements are not completed on the new home, this Application will be denied and no coverage by the Builder's Warranty Insurer will be provided. The Builder must send or have his closing agent send the original of this Application for Home Enrollment and a check for full payment to 2-10 HBW®. If the Builder Member has satisfied all the enrollment requirements and 2-10 HBW® has received this Application and full payment within 15 days of the date of closing on the home, the Buyer will receive the Certificate of Warranty Coverage and Warranty Booklet within 30 days of closing from 2-10 HBW®. IF THE BUYER HAS NOT RECEIVED THE CERTIFICATE OF WARRANTY COVERAGE AND WARRANTY BOOKLET FROM 2-10 HBW® WITHIN THIRTY (30) DAYS AFTER CLOSING, THEN THERE IS NO COVERAGE BY THE BUILDER'S WARRANTY INSURER, YOU SHOULD CONTACT YOUR BUILDER.

**PLEASE PRINT OR TYPE:**

1. Buyer(s): __JULIE A. VARGO__
   (Name(s) as recorded on deed)

   Address of Home: __2836 St Barts Square__  City: __Vero Beach__  State: __FL__  Zip Code: __32967__
   Lot / Block: __184__    Subdivision: __The Antilles__

2. Builder Name: __Ironwood Properties, Inc.__    HBW Builder No: __8800-9486__

3. Effective Date of Warranty: Date of Closing: __2-15-07__  Date of earlier first occupancy if before closing: _____
   CONDOMINIUMS ONLY: The Effective Date of Common Elements Coverage is the date the main structure housing individual units was completed. Effective date of Common Elements Coverage: _____

4. COVERAGE-Both the Builder and Buyer(s) must check and initial which of the following coverage(s) apply to the unit being enrolled.
   A. ☑ __1__-Year Workmanship / 2-Year Systems / 10-Year Structural Coverage
   B. ☐ 10-Year Structural Coverage Only
   C. ☐ 2-10 Plus Extended Warranty Plan Accepted
   D. ☐ 5-Year Extended Structural Warranty

5. ☑ Single Family Detached   ☐ Townhome   ☐ Manufactured   ☐ Modular   ☐ Condominium
   If Condominium:   ☐ Low Rise   ☐ Mid Rise (3-5 Story)   ☐ High Rise (6 Story or Greater)
   No common elements coverage will be provided unless all units in a building are enrolled.

6. Type Financing:   FHA Check One:  A. ☐ FHA using Bldg. Permit; C.O./or equivalent and HUD-92544
                                      B. ☐ FHA using HUD-approved 2-10 warranty
   ☐ VA   ☐ RHS   ☑ Conventional   ☐ Cash                    REC'D MAR 1 2007

7. A. Rate Formula for 1-Year Workmanship / 2-Year Systems / 10-Year Structural Coverage or Ten Year Structural Only Coverage:

   __669,811__ ÷ 1,000 = __669.81__ × __.99__ = __663.11__ × _____ = __663.11__ (A)
   Final Sales Price        Rate         Basic          If price does not      Basic
                                         Warranty Fee   include land          Warranty Fee

   B. Rate Formula for Optional 5-Year Extended Structural Warranty:

   03599932  ÷ 1,000 = _____ × _____ = _____ × _____ = _____ (B)
   Final Sales Price        Rate         5-Year Extended   If price does not   5-Year Extended
                                         Structural Premium  include land     Warranty Fee

   + __$30.00__ (C) + _____ (D) + _____ (E) - __$0.00__ (F) = __663.11__
   If (6B.) checked   Final Sale Price X $1.00 per   Any additional   Less the       A+B+C+D+E−F=
   Add FHA/VA Fee     $1,000 for condo wood          fee              prepaid fee    Total Warranty Fee Due
                      stud or similar coverage

   BUILDER'S AUTHORIZED SIGNATURE __[signature]__  President  Date __2-15-07__

   **BUYER'S ACKNOWLEDGEMENT AND CONSENT**
   Your Builder is applying to enroll your home in the 2-10 HBW® New Home Warranty program. By signing below, you acknowledge that you have read a sample copy of the Warranty Booklet, and CONSENT TO THE TERMS OF THESE DOCUMENTS INCLUDING THE BINDING ARBITRATION PROVISION contained therein. You further understand that when the warranty is issued on your new home, it is an Express Limited Warranty and that all claims and liabilities are limited to and by the terms and conditions of the Express Limited Warranty as stated in the 2-10 HBW® Booklet. IF YOU, THE BUYER(S), HAVE NOT RECEIVED A CERTIFICATE OF WARRANTY COVERAGE AND A WARRANTY BOOKLET FROM 2-10 HBW® WITHIN THIRTY (30) DAYS AFTER CLOSING, THEN THERE IS NO COVERAGE BY THE BUILDER'S WARRANTY INSURER, YOU SHOULD CONTACT YOUR BUILDER.

   Buyer(s) Signature __[signature]__  Date __2-15-07__
   Buyer(s) Signature __[signature]__  Date _____
   Buyer(s) Phone # _____

   **OFFICE USE ONLY**
   Accounting: _____
   Risk Mgmt: _____
   Warranty No. __FL26806__ 

HBW 302 FL 10/01