


3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

# Invoice

| Date | Invoice # |
|---|---|
| 4/17/2006 | 4451 |

RECEIVED APR 1 8 2006 BY:

**Bill To:**

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

| Terms | Due Date |
|---|---|
| Due the 20th of ... | 4/17/2006 |

| Project |
|---|
| Lot 184/2836 St Barts Sq/Nevis Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Framing | Framing Complete | 11,034.40 | | 11,034.40 |

Job ____
Code ____
Amount 11,034.40 / 5,903
Standard ____
Extra ____
Upgrade ____
Model ____
Initial ____

Thank you for your business.

| | |
|---|---|
| **Total** | $11,034.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $11,034.40 |



3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2006 | 4810 |

**Bill To:**

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

RECEIVED
OCT 29 2006
BY:

| Terms | Due Date |
|---|---|
| Net 20th | 11/21/2006 |

| Project |
|---|
| Lot 184/2836 St Barts Sq/Nevis Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Stock & Hang | Stock & Hang complete<br><br>Lot 184<br>Nevis Model | 8,275.80 | | 8,275.80 |

Job Art.
Code 5000
Amount 8275.80
Standard ✓
Extra
Upgrade
Model
Initial [signature]

Thank you for your business.

| | |
|---|---|
| **Total** | $8,275.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,275.80 |




3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2006 | 4811 |

Bill To:

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

RECEIVED
OCT 29 2006
BY:

| Terms | Due Date |
|---|---|
| Net 20th | 11/21/2006 |

| Project |
|---|
| Lot 184/2836 St Barts Sq/Nevis Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Drywall Compl | Drywall complete<br><br>Lot 184<br>Nevis Model | 8,272.80 | | 8,272.80 |

Job
Code 5000
Amount 8272.80
Standard ✓
Extra
Upgrade
Model
Initial

Thank you for your business.

| | |
|---|---|
| **Total** | $8,272.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,272.80 |