003578.00801M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 09-2047<br>SECTION: L<br>Honorable Eldon E. Fallon<br>MAG: JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

_____/

## ORDER GRANTING
## DEFENDANTS', ANTILLES VERO BEACH, LLC., and IRONWOOD PROPERTIES, INC., MOTION TO COMPEL ABRITRATION AND FOR A STAY OF PROCEEDINGS PURSUANT TO FLORIDA STATUTES §682.02 - §682.03 AND 9 U.S.C. §1

Considering Defendants, ANTILLES VERO BEACH, LLC., and IRONWOOD PROPERTIES, INC., Motion to Compel Arbitration and for a Stay of Proceedings pursuant to Florida Statutes §682.02 - §682.03 AND 9 U.S.C. §1 in this action,

IT IS ORDERED that the Motion to Compel Arbitration and for a Stay of Proceedings pursuant to Florida Statutes §682.02 - §682.03 AND 9 U.S.C. §1 GRANTED.

New Orleans, Louisiana, this_____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

967903