

# Invoice

**PDC Drywall Contractors, Inc.**
3458 S.E. Gran Parkway
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

| Date | Invoice # |
|---|---|
| 1/30/2006 | 4232 |

**Bill To:**
Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-265-0529

| Terms | Due Date |
|---|---|
| Net 15 | 2/14/2006 |

| Project |
|---|
| Lot 25/2849 St Barts Square |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Framing | Framing Complete<br><br>Antilles<br>Model: Bermuda<br>Lot: 25 | 8,040.00 | | 8,040.00 |

Job ANT
Code 5000
Amount 8040.00
Standard
Extra
Upgrade
Model
Initial

RECEI
JAN 3 1
BY:

Thank you for your business.

| | |
|---|---|
| **Total** | $8,040.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,040.00 |



3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

JUN 1 4 2006

# Invoice

| Date | Invoice # |
|---|---|
| 6/9/2006 | 4563 |

**Bill To:**
Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-265-0529

| Terms | Due Date |
|---|---|
|  | 6/9/2006 |

| Project |
|---|
| Lot 25/2849 St Barts Square/Bermuda Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Stock & Hang | Stock & Hang complete | 6,399.90 |  | 6,399.90 |
|  | Lot 25 |  |  |  |
|  | Model: Bermuda |  |  |  |

Job _____
Code ___5000___
Amount ___6399.90___
Standard _____
Extra _____
Upgrade _____
Model _____
Initial _____

Thank you for your business.

| | |
|---|---|
| **Total** | $6,399.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,399.90 |



3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

RECEIVED JUL 2 8 2006 BY:

# Invoice

| Date | Invoice # |
|---|---|
| 7/28/2006 | 4658 |

**Bill To:**
Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-265-0529

| Terms | Due Date |
|---|---|
| Net 20th | 8/21/2006 |

| Project |
|---|
| Lot 25/2849 St Barts Square/Bermuda Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Drywall Compl | Drywall complete | 6,399.90 | | 6,399.90 |
| | Bermuda Model | | | |
| | Lot 25 | | | |

Job _Ant._
Code _5002_
Amount _6,399.90_
Standard ✓
Extra
Upgrade
Model
Initial _[signature]_

We appreciate your prompt payment.

| | |
|---|---|
| **Total** | $6,399.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,399.90 |