

3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

RECEIVED
OCT 2 3 2006
BY:____

# Invoice

| Date | Invoice # |
|---|---|
| 10/19/2006 | 4796 |

**Bill To:**

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

| Terms | Due Date |
|---|---|
| Net 20th | 11/21/2006 |

| Project |
|---|
| Lot 42/2883 St Barts Sq/Martinique Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Framing | Framing Complete | 8,980.00 | | 8,980.00 |
| | Lot 42 Martinique Model | | | |

Job _____
Code _____ 5000
Amount _____ $8,980 00
Standard ✓
Extra _____
Upgrade _____
Model _____
Initial _____

Thank you for your business.

| | |
|---|---|
| **Total** | $8,980.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,980.00 |



**PDC Drywall Contractors, Inc.**
3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

# Invoice

RECEIVED MAR 09 2007 By _____

| Date | Invoice # |
|---|---|
| 3/8/2007 | 5046 |

**Bill To:**
Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

| Terms | Due Date |
|---|---|
| Net 20th | 3/21/2007 |

**Project:** Lot 42/2883 St Barts Sq/Martinique Model

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Stock & Hang | Stock & Hang complete<br>Lot 42<br>Martinique Model | 6,625.00 | | 6,625.00 |

Job ANT 42
Code 3000
Amount 6,625.00
Standard ✓
Extra
Upgrade
Model
Initial [signature]

Thank you for your business.

| Total | $6,625.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,625.00 |



**PDC Drywall Contractors, Inc.**
3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

# Invoice

| Date | Invoice # |
|---|---|
| 3/15/2007 | 5055 |



RECEIVED MAR 1 6 2007 By _____

| Bill To: |
|---|
| Ironwood Properties, Inc.<br>277 Southeast Fifth Avenue<br>Delray Beach, FL 33483<br>561-279-8952<br>561-279-0611 |

| Terms | Due Date |
|---|---|
| Net 20th | 3/21/2007 |

| Project |
|---|
| Lot 42/2883 St Barts Sq/Martinique Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Drywall Compl | Drywall complete | 6,625.00 | | 6,625.00 |
| | Lot 42<br>Martinique Model | | | |

Job Code: ANT 42
Amount: 5000r / $6,625.00
Standard: ✓
Extra:
Upgrade:
Model:
Initial: [signature]

Thank you for your business.

| **Total** | $6,625.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,625.00 |