

3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

**RECEIVED**
OCT 1 1 2006
BY:_____

# Invoice

| Date | Invoice # |
|---|---|
| 10/6/2006 | 4771 |

**Bill To:**
Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-265-0529

| Terms | Due Date |
|---|---|
| Net 20th | 10/21/2006 |

| Project |
|---|
| Lot 9/2817 St Barts Square/Nevis Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Drywall Compl | Drywall complete | 8,275.80 | | 8,275.80 |
| | Lot 9 | | | |
| | Nevis Model | | | |

Job Code _5000_
Amount _8,275.80_
(Standard)
Extra
Upgrade
Model
Initial _JJ_

Thank you for your business.

| | |
|---|---|
| **Total** | **$8,275.80** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$8,275.80** |



**PDC Drywall Contractors, Inc.**
3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

RECEIVED
SEP 2 8 2006
BY:_____

# Invoice

| Date | Invoice # |
|---|---|
| 9/28/2006 | 4752 |

Bill To:
Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-265-0529

| Terms | Due Date |
|---|---|
| Net 20th | 10/21/2006 |

| Project |
|---|
| Lot 9/2817 St Barts Square/Nevis Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Stock & Hang | Stock & Hang complete | 8,275.80 | | 8,275.80 |
| | Lot 9 Nevis Model | | | |

JOB_____
CODE_____ 500(
PHASE NO._____
AMOUNT____ 8,275.
(STANDARD)
EXTRA_____
UPGRADE____
MODEL_____
INITIAL____ LR

Thank you for your business.

| Total | $8,275.80 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,275.80 |