# EXHIBIT "D"

Print Date:  4/24/2007

# 2-10 Home Buyers Warranty
# Certificate of Warranty Coverage
### Warranty FL272661



**Home Owner:**

EDWARD M TIGHE
2820 SAINT BARTS SQUARE
VERO BEACH, FL 32967

**Builder:**

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483

Insured by:
National Home Insurance Company (A Risk Retention Group)

Your builder, Ironwood Properties, Inc.
HBW Builder # 8800-9486

has completed the enrollment process. Your home has now been enrolled in the following warranty program with an effective date of warranty of 3/24/2007

One Year Workmanship/Two Year Systems/Ten Year Structural.

Warranty Limit: $637,590.00

The Address and legal description of the home which has been accepted for enrollment is:

2820 SAINT BARTS SQUARE
VERO BEACH, FL 32967

176
THE ANTILLES

The Home Buyers Warranty Limited Warranty Booklet enclosed is dated 1/17/2006 HBW 307

The Builder Application for Home Enrollment that you signed with your Builder prior to your home being enrolled in the HBW program, this Certificate of Warranty Coverage and the enclosed Home Buyers Warranty Limited Warranty Booklet make up your warranty contract. No Party will be bound by any other representations or agreements made by any persons.

Notice: Any modifications, alterations or revisions made to this document will void the warranty coverage.

HBW 320 5/03

HBW District