003578.00801M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 09-2047<br>SECTION: L<br>Honorable Eldon E. Fallon<br>MAG: JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES |  |

_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants, ANTILLES VERO BEACH, LLC., and IRONWOOD PROPERTIES, INC. has filed the attached Motion to Compel Arbitration and for a Stay of Proceedings pursuant to Florida Statutes §682.02 - §682.03 AND 9 U.S.C. §1 in this action.

PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on January 19, 2011 at 9:00 am, before the Honorable Eldon E. Fallon.

Respectfully submitted,

Dated: December 14, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL 33126
Tel: 305-774-9966
Fax: 305-774-7743
rloredo@defensecounsel.com

CASE NO.:
Page 2 of 2

/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 14th day of December, 2010.

/s/ Raul R. Loredo
Raul R. Loredo