**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

In re:  **CHINESE-MANUFACTURED**    *     **MDL Docket No. 2047**
       **DRYWALL PRODUCTS**       *
       **LIABILITY LITIGATION**     *     **SECTION L**
                                *
                                *     **JUDGE FALLON**
**THIS RELATES TO: 2:10-cv-04174**   *
                                *     **MAG. JUDGE WILKINSON**
                                *

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION TO SEVER AND JOIN**</u>

      **NOW INTO COURT,** through undersigned counsel, come defendants, Lawrence E. Francioni, III and Francioni Builders, Inc. who, pursuant to Rule 21 of the Federal Rules of Civil Procedure and for the reasons contained in its Memorandum in Support, now moves the Court to sever all of plaintiffs' claims against Lawrence E. Francioni, III and Francioni Builders, Inc. and join the claims with the "Chinese manufactured drywall products liability litigation."

      **WHEREFORE** defendants, Lawrence E. Francioni, III and Francioni Builders, Inc., pray that in accordance with Rule 21 of the Federal Rules of Civil Procedure, the Court sever all of plaintiffs' claims against Lawrence E. Francioni, III and Francioni Builders, Inc. and join the claims with the "Chinese manufactured drywall products liability litigation."

Respectfully submitted,

Of Counsel:

SUTTERFIELD & WEBB, L.L.C.

/s/ JAMES R. SUTTERFIELD
James R. Sutterfield (La. Bar No. 12597)
Jessica B. Cozart (La. Bar No. 31626)
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:     (504) 598-2715
Facsimile:      (504)529-7197
jsutterfield@swslaw.com
jcozart@swslaw.com
**COUNSEL FOR LAWRENCE FRANCIONI, III and FRANCIONI BUILDERS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana  70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana   70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 14th day of December, 2010.

/s/ JAMES R. SUTTERFIELD