UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS RELATES TO: 2:10-cv-04174 | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |

NOTICE OF HEARING/SUBMISSION

**PLEASE TAKE NOTICE,** that defendants, Lawrence E. Francioni, III and Francioni Builders, Inc., will bring before this Honorable Court the attached Motion to Sever and Join for hearing/submission on the 19th day of January, 2011 at 9:00 a.m. or at a date and time set further by this Court.

Respectfully submitted,

Of Counsel:

SUTTERFIELD & WEBB, L.L.C.

/s/ JAMES R. SUTTERFIELD
James R. Sutterfield (La. Bar No. 12597)
Jessica B. Cozart (La. Bar No. 31626)
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:     (504) 598-2715
Facsimile:      (504)529-7197
jsutterfield@swslaw.com
jcozart@swslaw.com
**COUNSEL FOR LAWRENCE FRANCIONI, III and FRANCIONI BUILDERS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana  70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana  70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 14th day of December, 2010.

/s/ JAMES R. SUTTERFIELD