UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS RELATES TO: 2:10-cv-04174 | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the Motion Sever and Join filed by Lawrence E. Francioni, III and Francioni Builders, Inc., in the above-captioned matter, and having found good cause therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Sever and Join is granted.

NEW ORLEANS, LOUISIANA, this _____ day of _____ 2010.

_____
U.S. DISTRICT COURT JUDGE

1