UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL DOCKET: 2047<br>SECTION: L |
|---|---|

## ORDER

Considering the Banner Entities' Motion for Leave to File Its Reply in Support of its Motion to Compel Against CTEH;

IT IS SO ORDERED BY THE COURT that the Banner Entities are granted leave of court to file its Reply in Support of its Motion to Compel Against CTEH.

New Orleans, Louisiana this 10th day of December, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge