## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS RELATES TO: 2:10-cv-04174 | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |

**************************************

### MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

**MAY IT PLEASE THE COURT:**

Defendants, Lawrence E. Francioni, III and Francioni Builders, Inc. recently filed a Memorandum in Support of its Motion to Sever and avers that all of the background and reasoning asserted therein is applicable to its Memorandum in Opposition to Plaintiffs' Motion to Remand and therefore, defendants incorporate it by reference as if copied herein *in extenso.*

**WHEREFORE** defendants, Lawrence E. Francioni, III and Francioni Builders, Inc., pray that this Court deny plaintiffs' Motion to Remand and accept this as defendants Memorandum in Opposition to such Motion.

                                        Respectfully submitted,

Of Counsel:

SUTTERFIELD & WEBB, L.L.C.

                                        /s/ JAMES R. SUTTERFIELD
                                        James R. Sutterfield (La. Bar No. 12597)
                                        Jessica B. Cozart (La. Bar No. 31626)
                                        650 Poydras Street, Suite 2715
                                        New Orleans, LA  70130
                                        Telephone:     (504) 598-2715
                                        Facsimile:      (504)529-7197
                                        jsutterfield@swslaw.com
                                        jcozart@swslaw.com
                                        **COUNSEL FOR LAWRENCE FRANCIONI,**
                                        **III and FRANCIONI BUILDERS, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana  70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana  70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 14th day of December, 2010.

                                                  /s/ JAMES R. SUTTERFIELD