

3458 S.E. Gran Parkway
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2006 | 4234 |

Bill To:

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-279-0611

| Terms | Due Date |
|---|---|
| Net 15 | 2/14/2006 |

| Project |
|---|
| Lot 162/6655 Martinique Way/Bermuda Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Framing | Framing Complete<br><br>Antilles<br>Model: Bermuda<br>Lot: 162 | 8,040.00 | | 8,040.00 |

Job ANT
Code 5000
Amount 8040
Standard
Extra
Upgrade
Model
Initial

RECEIVED
JAN 3 1 2006
BY:

Thank you for your business.

| | |
|---|---|
| **Total** | $8,040.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,040.00 |



**PDC**
Drywall Contractors Inc.

3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

RECEIVED
JUL 0 6 2006
BY:_____

# Invoice

| Date | Invoice # |
|---|---|
| 7/6/2006 | 4620 |

**Bill To:**

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-279-0611

| Terms | Due Date |
|---|---|
| Net 20th | 7/21/2006 |

| Project |
|---|
| Lot 162/6655 Martinique Way/Bermuda Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Stock & Hang | Stock & Hang complete | 6,399.90 | | 6,399.90 |
| | Lot 162 | | | |
| | Model:Bermuda | | | |

Job _____
Code  5000
Amount  6399.90
Standard  ✓
Extra _____
Upgrade _____
Model _____
Initial _____

Thank you for your business.

| Total | $6,399.90 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,399.90 |



3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

# Invoice

**RECEIVED**
JUL 13 2006
BY:_____

| Date | Invoice # |
|---|---|
| 7/13/2006 | 4629 |

**Bill To:**
Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-279-0611

| Terms | Due Date |
|---|---|
| Net 20th | 8/20/2006 |

| Project |
|---|
| Lot 162/6655 Martinique Way/Bermuda Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Drywall Compl | Drywall complete<br><br>Lot 162<br>Model: Bermuda | 6,399.90 | | 6,399.90 |

JOB _____
CODE _____ ST00
PHASE NO. _____
AMOUNT __ 6399.90
STANDARD _____
EXTRA _____
UPGRADE _____
MODEL _____
INITIAL _____

Thank you for your business.

| | |
|---|---|
| **Total** | $6,399.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,399.90 |