# EXHIBIT "D"

Print Date:    10/23/2008              **BUILDER COPY**

# 2-10 Home Buyers Warranty®
## Certificate of Warranty Coverage
### Warranty  FL294450



Home Buyers Warranty®

**Home Owner:**

PETER BLANCHARD, SALLY L BLANCHARD
2866 SAINT BARTS SQUARE
VERO BEACH, FL 32967

**Builder:**

Ironwood Properties, Inc.
202 SE 5th Ave
Delray Beach, FL 334835207

Insured by:

National Home Insurance
Company (A Risk Retention
Group)

Your builder,    Ironwood Properties, Inc.
HBW Builder #    8800-9486

has completed the enrollment application process.  Your home has now been enrolled in the following warranty program with an effective date of warranty of: 9/30/2008

**One Year Workmanship/Two Year Systems/Ten Year Structural.**

**Warranty Limit: $368,500.00**

The Address and legal description of the home which has been accepted for enrollment is:

2866 SAINT BARTS SQUARE                    187
VERO BEACH, FL 32967                       THE ANTILLES

The Home Buyers Warranty Limited Warranty Booklet defining the Warranty: HBW-307 NH 05/12/2008

The Builder Application for Home Enrollment that you signed with your Builder prior to your home being enrolled in the HBW program, this Certificate of Warranty Coverage and the enclosed Home Buyers Warranty Limited Warranty Booklet make up your warranty contract.  No party will be bound by any other representations or agreements made by any persons.

**Notice:** A reproduction of this Certificate of Warranty Coverage is not acceptable proof of warranty coverage.  Any modifications, alterations or revisions made to this document will void the warranty coverage.