

3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

JUN 14 2006

# Invoice

| Date | Invoice # |
|---|---|
| 6/9/2006 | 4567 |

**Bill To:**

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

| Terms | Due Date |
|---|---|
|  | 6/9/2006 |

| Project |
|---|
| Lot 187/2866 St Barts Sq/Antigua Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Framing | Framing Complete<br><br>Lot 187<br>Model: Antigua | 7,002.00 |  | 7,002.00 |

Job _Ant_
Code _5000_
Amount _7002.00_
Standard ✓
Extra _____
Upgrade _____
Model _____
Initial _____

Thank you for your business.

| Total | $7,002.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,002.00 |



3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

RECEIVED
NOV 1 2 2006
BY:_____

# Invoice

| Date | Invoice # |
|---|---|
| 11/9/2006 | 4846 |

Bill To:

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

| Terms | Due Date |
|---|---|
| Net 20th | 11/21/2006 |

| Project |
|---|
| Lot 187/2866 St Barts Sq/Antigua Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Drywall Compl | Drywall complete<br><br>Lot 187<br>Antigua Model | 13,790.00 | | 13,790.00 |

Job ____
Code  5000
Amount  13,790.00
Standard ✓
Extra ____
Upgrade ____
Model ____
Initial ____

Thank you for your business.

| | |
|---|---|
| **Total** | $13,790.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,790.00 |



**PDC**
Drywall Contractors Inc.

3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

# Invoice

| Date | Invoice # |
|---|---|
| 11/9/2006 | 4845 |

Bill To:

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

RECEIVED
NOV 1 2 2006
BY:

| Terms | Due Date |
|---|---|
| Net 20th | 11/21/2006 |

| Project |
|---|
| Lot 187/2866 St Barts Sq/Antigua Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Framing | Framing Complete | 9,336.00 | | 9,336.00 |
| Framing | Framing Invoice #4567 dated 6/9/06 paid as billed | -7,002.00 | | -7,002.00 |
| | Lot 187 Antigua Model | | | |

Balance please check

Job
Code
Amount  $2,334.00
Standard
Extra
Upgrade
Model
Initial

Thank you for your business.

| | |
|---|---|
| **Total** | $2,334.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,334.00 |