

PDC wall Contractors, Inc.

3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

MAY 0 1 2006

# Invoice

| Date | Invoice # |
|---|---|
| 5/1/2006 | 4481 |

**Bill To:**

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-265-0529

| Terms | Due Date |
|---|---|
| Due the 20th of ... | 5/1/2006 |

| Project |
|---|
| Lot 24/2847 St Barts Square/Martinique |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Framing | Framing Complete | 8,980.00 | | 8,980.00 |
| | Lot 24 Model: Martinique | | | |

Job _____
Code _5000_
Amount _8980.00_
Standard _✓_
Extra _____
Upgrade _____
Model _____
Initial _____

Thank you for your business.

| Total | $8,980.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,980.00 |

3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

RECEIVED
SEP 2 8 2006
BY:_____

# Invoice

| Date | Invoice # |
|---|---|
| 9/28/2006 | 4750 |

**Bill To:**

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-441-8537
561-265-0529

| Terms | Due Date |
|---|---|
| Net 20th | 10/21/2006 |

| Project |
|---|
| Lot 24/2847 St Barts Square/Martinique |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Hang/Tape/Fi... | Hang, tape & finish Lot 24 Martinique Model | 13,470.00 | | 13,470.00 |

JOB _____ Ant
CODE _____ 5000
PHASE NO. _____
AMOUNT  13,470.00
(STANDARD)
EXTRA _____
UPGRADE _____
MODEL _____
INITIAL  JL

Thank you for your business.

| | |
|---|---|
| **Total** | $13,470.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,470.00 |