003578.00801M

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No.: 09-2047**<br><br>**SECTION: L**<br><br>**Honorable Eldon E. Fallon**<br><br>**MAG: JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

_____/

**ORDER GRANTING
DEFENDANTS', ANTILLES VERO BEACH, LLC., and IRONWOOD PROPERTIES,
INC., MOTION TO COMPEL ABRITRATION AND FOR A STAY OF PROCEEDINGS
PURSUANT TO FLORIDA STATUTES §682.02 - §682.03 AND 9 U.S.C. §1**

Considering Defendants, ANTILLES VERO BEACH, LLC., and IRONWOOD PROPERTIES, INC., Motion to Compel Arbitration and for a Stay of Proceedings pursuant to Florida Statutes §682.02 - §682.03 AND 9 U.S.C. §1 in this action,

IT IS ORDERED that the Motion to Compel Arbitration and for a Stay of Proceedings pursuant to Florida Statutes §682.02 - §682.03 AND 9 U.S.C. §1 GRANTED.

New Orleans, Louisiana, this_____ day of _____, 2010.

_____

ELDON E. FALLON

UNITED STATES DISTRICT JUDGE

969380