

CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC 10 AM 10: 10

LORETTA G. WHYTE
CLERK

December 08, 2010

U.S. District Court - Eastern District of Louisiana
Clerk of the Court,
500 Poydras Street,
New Orleans, LA  70130

See L

Re:  Chinese-Manufactured Drywall Products Liability Litigation // To: HomeDevco, LLC

Case No.  2047

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517701615

FedEx Tracking# 796530017096

cc:  Arnold Levin
     Levin, Fishbein, Sedran & Berman
     510 Walnut Street,
     Suite 500,
     Philadelphia, PA  19106-3697