MINUTE ENTRY
FALLON, J.
DECEMBER 10, 2010

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: All Cases | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON          Friday, December 10, 2010, 1:30 pm
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox
Appearances: Lenny Davis, Esq. & Hugh Lambert, Esq. For PSC
                     Nicholas Panayotopoulos, Esq. For Banner Supply
                     Steve Glickstein, Esq. & Doug Sanders, Esq.(by phone) For Knauf

Emergency Motion of Banner Supply Company, Banner Supply Company Pompano LLC, Banner Supply Company Fort Myers LLC, Banner Supply Company Tampa LLC and Banner Supply International LLC, for a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health LLC   (6518)
Argument:
          GRANTED IN PART, DENIED IN PART, and CONTINUED IN PART as follows:

          Granted insofar as CTEH is required to produce a privilege log for the discovery requested pertaining to its 2006 consultation within ten days of the hearing; but denied insofar as CTEH is, at least not at this time, precluded from producing a privilege log.

          Granted insofar as CTEH is required to produce all of its materials it prepared for the MDL trials and exchanged with plaintiffs.

          Continued insofar as Banner's request that CTEH produce discovery related to its meetings with the CPSC.  This issue will be taken up at the Court's next monthly status conference on January 20, 2011, at 9:00 a.m.  Other involved parties should also be prepared to discuss the production of discovery related to their discussions with the CPSC, so as to allow the Court to formulate a uniform rule for producing such discovery.

          Denied insofar as Banner's request for finding CTEH in contempt.

FILED UNDER SEAL are the attached Amendments to Exhibits D & T to Banner's Amended Brief in Support of its Motion (rec. 6518)
JS10:   :46