11:47   5612790511                   IRONWOOD                              PAGE  06/13



**PDC Drywall Contractors, Inc.**
3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

# Invoice

| Date | Invoice # |
|---|---|
| 12/22/2006 | 4913 |

**Bill To:**
Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611



| Terms | Due Date |
|---|---|
| Net 20th | 1/21/2007 |

**Project**
Lot 151/6555 Martinique Way/Antigua Model

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Drywall Compl | Drywall complete | 6,895.00 | | 6,895.00 |
| | Lot 151 | | | |
| | Antigua Model | | | |

Job  Ant 151
Code  $5000
Amount  6,895.00
Standard  ✓
Extra
Upgrade
Model
Initial  [signature]

Thank you for your business.

| | | |
|---|---|---|
| **Total** | | $6,895.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $6,895.00 |

01/23/2007  11:44  7722213770  PDC DRYWALL  PAGE 06/13



**PDC Drywall Contractors, Inc.**
3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

JUN 2 2 2006

# Invoice

| Date | Invoice # |
|---|---|
| 6/22/2006 | 4601 |

Bill To:

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

| Terms | Due Date |
|---|---|
|  | 6/22/2006 |

| Project |
|---|
| Lot 151/6555 Martinique Way/Antigua Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Framing | Framing Complete | 9,336.00 |  | 9,336.00 |
|  | Lot: 151 |  |  |  |
|  | Model: Antigua |  |  |  |

Job _____
Code 5000
Amount 7336.00
Standard _____
Extra _____
Upgrade _____
Model _____
Initial _____

Thank you for your business.

| | |
|---|---|
| **Total** | $9,336.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,336.00 |



3458 S.E. Gran Park Way
Stuart, FL 34997
Off 772-221-3710
Fax 772-221-3770

RECEIVED
OCT 3 1 2006
BY:

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2006 | 4814 |

Bill To:

Ironwood Properties, Inc.
277 Southeast Fifth Avenue
Delray Beach, FL 33483
561-279-8952
561-279-0611

| Terms | Due Date |
|---|---|
| Net 20th | 11/21/2006 |

| Project |
|---|
| Lot 151/6555 Martinique Way/Antigua Model |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Stock & Hang | Stock & Hang complete | 6,895.00 | | 6,895.00 |
| | Lot 151 | | | |
| | Antigua Model | | | |

Job _____
Code _5000_
Amount _6895-_
Standard ✓
Extra _____
Upgrade _____
Model _____
Initial _____

Thank you for your business.

| | |
|---|---|
| **Total** | $6,895.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,895.00 |