UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Dean and Dawn Amato, et al. vs.*<br>*Liberty Mutual Insurance Company, et al.*<br>*Civil Action No. 10-932* | MAG. JUDGE WILKINSON |

<u>**SUNRISE CUSTOM HOMES & CONSTRUCTION, LLC'S**</u>
<u>**MOTION FOR EXTENSION OF TIME TO SUBMIT ITS BUILDER PROFILE FORMS**</u>

Defendant, Sunrise Custom Homes & Construction, LLC, respectfully moves this Honorable Court for an additional thirty (30) days, through and including January 13, 2011, within which to submit its Builder Profile Forms to liaison counsel in the above-captioned matter. This is Sunrise Custom Homes & Construction, LLC's first request for an extension of time in this matter. The thirty (30) day extension will neither prejudice any party nor delay the progression of this case.

**WHEREFORE**, Sunrise Custom Homes & Construction, LLC prays for an additional thirty (30) days, through and including January 13, 2011, within which to submit its Builder Profile Forms to liaison counsel in the above-captioned matter.

{N0417036 -}

Respectfully Submitted,

PATRICIA A. KREBS (LA #2035)
BETH E. ABRAMSON (LA #27350)
THOMAS S. SCHNEIDAU (LA #33359)
KING, KREBS, AND JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone:   (504) 569-3319
Facsimile:   (504) 582-1233
pkrebs@kingkrebs.com
babramson@kingkrebs.com
tschneidau@kingkrebs.com

**Attorneys for Defendant**
**Sunrise Custom Homes & Construction, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Sunrise Custom Homes & Construction, LLC's Motion for Extension of Time to Submit Its Builder Profile Forms has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of December, 2010.

Beth E. Abramson