UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Dean and Dawn Amato, et al. vs. Liberty Mutual Insurance Company, et al.* *Civil Action No. 10-932* | MAG. JUDGE WILKINSON |

## DISCLOSURE STATEMENT
## OF SUNRISE CUSTOM HOMES & CONSTRUCTION, LLC

NOW INTO COURT, through undersigned counsel, comes Defendant, Sunrise Custom Homes & Construction, LLC, to file its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6 of the Local Rules.

1.

There are no parent corporations of Sunrise Custom Homes & Construction, LLC.

2.

No publicly traded company owns a 10% or more ownership interest in Sunrise Custom Homes & Construction, LLC.

Respectfully Submitted,

_____
PATRICIA A. KREBS (LA #2035)
BETH E. ABRAMSON (LA #27350)
THOMAS S. SCHNEIDAU (LA #33359)
KING, KREBS, AND JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone:    (504) 569-3319
Facsimile:    (504) 582-1233
pkrebs@kingkrebs.com
babramson@kingkrebs.com
tschneidau@kingkrebs.com

**Attorneys for Defendant
Sunrise Custom Homes & Construction, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Disclosure Statement of Sunrise Custom Homes & Construction, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of December, 2010.

_____
Beth E. Abramson