UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| | * | |
| **This document related to:** | * | |
| | * | |
| *David Gross, et al v. Knauf Gips KG, et al* | * | MAG: WILKINSON |
| Docket No. 09-6690 | * | |

******************************************************************************

## MOTION TO ADOPT 12(B) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant, R&H Masonry Contractor, Inc. ("R&H"), who respectfully requests that the Court adopt R&H's Rule 12(b) Motion to Dismiss[1] as its response to the newly-filed Omnibus Class Action Complaint in Intervention (III(A)). Rec. Doc. 5580. In support of this motion, the defendant refers the Court to its memorandum of law filed contemporaneously.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
**Counsel for Defendant, R&H Masonry Contractor, Inc.**

---

[1] Rec. Doc. 5422.

## **C E R T I F I C A T E**

I hereby certify that the above and foregoing Motion to Adopt Rule 12(b) Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of December, 2010.

                                                              s/Andrew D. Weinstock
                                    _____
                                    ANDREW D. WEINSTOCK #18495
                                            andreww@duplass.com