UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| | * | JUDGE:  FALLON |
| | * | |
| **This document related to:** | * | |
| | * | |
| *David Gross, et al v. Knauf Gips KG, et al* | * | MAG:  WILKINSON |
| Docket No. 09-6690 | * | |

**********************************************************************************

## ORDER

Considering the foregoing Motion to Adopt 12(b) Motion to Dismiss;

**IT IS ORDERED** that the 12(b) Motion to Dismis (Rec. Doc. No. 5422) filed on behalf

of R & H Masonry Contractor, Inc., be and is hereby accepted as its response to the newly-filed

Omnibus Class Action Complaint in Intervention (III(A)) (Rec. Doc. 5580).

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

00032647-1