UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL         MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON
David Gross, et al. v. Knauf Gips, KG, et al.,         MAG. JUDGE WILKINSON
Case No. 2:09-cv-06690
_____/

## MARVIN'S, INC.'S MOTION FOR EXTENSION OF TIME
## TO SUBMIT ITS RETAILER PROFILE FORM

Defendant, Marvin's, Inc., respectfully moves this Honorable Court for an additional thirty (30) days, through and including January 15, 2011, within which to submit its Retailer Profile Form to liaison counsel in the above-captioned matter. This is Marvin's, Inc.'s first request for an extension of time in this matter. The thirty (30) day extension will neither prejudice any party nor delay the progression of this case.

**WHEREFORE**, Marvin's, Inc. prays for an additional thirty (30) days, through and including January 15, 2011, within which to submit its Retailer Profile Form to liaison counsel in the above-captioned matter.

Respectfully submitted,

 /s/ Lynne Stephens O'Neal
Lynne Stephens O'Neal (ASB-3829-N77L)

 /s/ Jim H. Wilson
Jim H. Wilson (ASB-9979-S70J)

Counsel for Defendant Marvin's, Inc.

ORIGINAL SIGNED DOCUMENT ON
FILE WITH THE COURT

OF COUNSEL:

1

LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
420 North 20th Street
Wells Fargo Tower, Suite 2000
Birmingham, AL 35203-2601
205.251.5900
loneal@lspclaw.com
jwilson@lspclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Extension of Time to Submit its Retailer Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 15th day of December, 2010.

/s/Jim H. Wilson