UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-06690 | MAG. JUDGE WILKINSON |
| _____/ | |

**ORDER REGARDING MARVIN'S, INC.'S**
**MOTION FOR EXTENSION OF TIME**
**TO SUBMIT ITS RETAILER PROFILE FORM**

Considering Marvin's, Inc.'s, foregoing Motion for Extension of Time to Submit its Retailer Profile Form:

**IT IS ORDERED** that Defendant Marvin's, Inc., be and hereby is **GRANTED** an additional thirty (30) days, through and including January 15, 2011, within which to submit its Retailer Profile Form to liaison counsel in the above-caption matter.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

1