# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOYCE W. ROGERS, et al.

        Plaintiffs,

v.

KNAUF GIPS KG, et al.

CASE NO.: 10-362

PLAINTIFFS', ALFONS AND DAWN BUCAJ, *et. al.*,
OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (IV(C))

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Rogers* plaintiffs and the defendants named in the *Rogers* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Rogers* complaint ¶¶ 1-6, and 529-838 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Rogers*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Rogers* complaint. The *Rogers* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

Finally, Intervening Plaintiffs are asserting claims against Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf UK GMBH; and Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA and/or Knauf USA) for their role in the design, manufacture, importing, exporting, distribution, delivery, supply, marketing, inspection, and sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below. This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| | **INTERVENING PLAINTIFFS** | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 1. | Bucaj, Alfons and Dawn | 8320 Meredith Place<br>Vero Beach, FL 32968 | FL | Woodside f/ka/ GHO Properties | 123 |
| 2. | Campbell, Scott and Mary<br><br>**previously included in Omni IV** | 171 Silo Hill Road<br>Madison, AL 35758 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 61<br><br>6<br><br>7 |
| 3. | Cissell, Darin and Melissa<br><br>**previously included in Omni IV** | 392 Woodward Court<br>Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 6<br><br>7 |
| 4. | Elliott, Kevin and Mirela<br><br>**previously included in Omni IV** | 5337 Creekside Loop<br>Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 6<br><br>7 |

2

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 5. Francis, Carrol A. (previously listed in Omni I(B)) | 13533 Ashby Avenue Baton Rouge, LA 70815 | LA | Summit Homes, LLC | 106 |
| 6. Groom, Richard and Pamela *previously included in Omni I | 3138 Ohio Street Coconut Grove, FL 33133 | FL | Gomez Interiors, Inc. | 133 |
| 7. Hubbard, Shane and Elizabeth previously included in Omni IV | 1728 Mayfair Drive Birmingham, AL 35209 | AL | Interior/Exterior Building Supply, LP Interior/Exterior Enterprises, LLC | 6 7 |
| 8. Kelley, Sharon previously included in Omni IV | 1412 Sutherland Place Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP Interior/Exterior Enterprises, LLC | 6 7 |
| 9. Ladd, Keith and Brantley previously included in Omni IV | 705 Small Lake Drive Odenville, AL 35120 | AL | Interior/Exterior Building Supply, LP Interior/Exterior Enterprises, LLC | 6 7 |
| 10. Myers, Christopher and Kandice previously included in Omni IV | 1226 NW 14th Avenue Cape Coral, FL 3393 | FL | Comfort Home Builders, Inc. | 35 |
| 11. Verrett, Charvis and Catherine (being intervened in both Omnis I(C) and IV(C) | 6939 Lagoon Court Greenwell Springs, LA 70739 | LA | Summit Homes, LLC n/k/a Phl Construction, LLC | 106 |

3

| INTERVENING PLAINTIFFS ||||||
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 12. | Williams, Alicia<br><br>**previously included in Omni IV** | 1001 Seminole Place<br>Calera, AL 35040 | AL | HPH Properties, LLC | 61 |
| | | | | Interior/Exterior Building Supply, LP | 6 |
| | | | | Interior/Exterior Enterprises, LLC | 7 |
| 13. | Wylie, Patrick and Kim<br><br>**previously included in Omni IV** | 821 Vanessa Lane<br>Trussville, AL 35173 | AL | Interior/Exterior Building Supply, LP | 6 |
| | | | | Interior/Exterior Enterprises, LLC | 7 |

## ALLEGATIONS REGARDING DEFENDANT GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG

1. Defendant Gebrueder Knauf Verwaltungsgesellschaft, KG ("GKV") is a foreign corporation doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. GKV is an investment holding company owned by members of the Knauf family including Alfons Frederick Knauf, Karl Rudolf Thies, Alfons Jean Knauf, Christine Brigitte Knauf, Karl Heinrich Knauf, Angelika Werhan, Beatrix Knauf, Carlo Knauf, Christiane Knauf, Alexander Heinrich Knauf, Isabel Corinna Knauf, Mathias Knauf, Karl Konstantin Knauf, Phillippe Knauf, Rupert Knauf, Dr. Albrecht Knauf Beteiligungs GmbH & Company KGI, Lothar Knauf, Nikolaus Knauf, and Baldwin Knauf. GKV is the parent corporation of Defendant Knauf International GmbH.

2. GKV acted as an agent for Knauf GIPS KG and the Knauf Group lending assistance and participating in the design, manufacture, importing, promotion, distribution, marketing, supply, and sale of the drywall at issue in this litigation to American suppliers.

Accordingly, GKV was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold. This conduct by GKV has resulted in harm and damages to Plaintiffs.

**ALLEGATIONS REGARDING DEFENDANT KNAUF INTERNATIONAL GmbH**

3. Defendant Knauf International GmbH ("Knauf International") is foreign corporation doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf International is a holding company for GKV and the Knauf Group. It is closely related to Knauf Gips. Knauf International is the parent corporation of Defendants Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf.

4. Knauf International acted as an agent for Knauf GIPS KG and the Knauf Group lending assistance and participating in the design, manufacture, importing, promotion, distribution, marketing, supply, and sale of the drywall at issue in this litigation to American suppliers. Accordingly, Knauf International was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold. This conduct by Knauf International has resulted in harm and damages to Plaintiffs.

**ALLEGATIONS REGARDING DEFENDANT KNAUF INSULATION GmbH**

5. Defendant Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA) is a foreign corporation with a principal place of business in Shelbyville, Indiana.

6. Upon information and belief, Knauf Insulation is a subsidiary of GKV. Knauf Insulation acted as an agent for Knauf GIPS KG and the Knauf Group lending assistance and participating in the promotion, distribution, marketing, and sale of the drywall at issue in this litigation to American suppliers. Accordingly, Knauf Insulation was responsible for the drywall

5

at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold. This conduct by Knauf Insulation has resulted in harm and damages to Plaintiffs.

## ALLEGATIONS REGARDING DEFENDANT KNAUF UK GmbH

7. Defendant Knauf UK GMBH ("Knauf UK") is a foreign corporation doing business in doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.

8. Knauf UK is involved in the insulation and building material industry. It is associated with GKV, Knauf Gips and the Knauf Group. Knauf UK has participated in the activities and sales of the Knauf Group's drywall manufactured in China and sold in the United States. This conduct by Knauf Insulation has resulted in harm and damages to Plaintiffs.

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

    a. an order certifying the case as a class action;

    b. an order certifying the Class and each of the Subclasses;

    c. an order appointing Plaintiffs as the Class Representatives of the Class;

    d. an order appointing undersigned counsel and their firms as counsel for the Class;

    e. compensatory and statutory damages;

f.  punitive damages as allowed by law;

g.  pre and post-judgment interest as allowed by law;

h.  injunctive relief;

I.  an award of attorneys' fees as allowed by law;

j.  an award of taxable costs; and

k.  any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: December 15, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

8

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE [1]

Richard S. Lewis  
HAUSFELD LLP  
1700 K Street, N.W  
Suite 650  
Washington, DC 20006  
Phone: (202) 540-7200  
Fax: (202) 540-7201  
rlewis@hausfeldllp.com  

Daniel K. Bryson  
Lewis & Roberts  
3700 Glenwood Avenue, Suite 410  
Raleigh, NC 27612  
Phone: (919) 981-0191  
Fax: (919) 981-0431  
dkb@lewis-roberts.com  

Jeremy W. Alters  
Alters Law Firm, P.A.  
4141 N.E. 2nd Avenue  
Suite 201  
Miami, FL 33137  
Phone: (305) 571-8550  
Fax: (305) 571-8559  
jeremy@abbrclaw.com  

Richard J. Serpe, Esquire  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
rserpe@serpefirm.com  

---

[1] Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel.

**Colson, Hicks, Eidson, Colson Matthews, Martinez, Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/ Hausfeld, LLP and Law Offices of Richard J. Serpe,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Groom, Richard and Pamela

**Herman, Herman, Katz & Cotlar and Haley & McKee, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Verrett, Charvis and Catherine

**Herman, Herman, Katz & Cotlar,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Francis, Carrol A.

**Lewis & Roberts, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Cissell, Darin and Melissa
Elliott, Kevin and Mirela
Hubbard, Shane and Elizabeth
Kelley, Sharon
Ladd, Keith and Brantley
Williams, Alicia
Wylie, Patrick and Kim
Myers, Christopher and Kandice

**Shapiro, Blasi, Wasserman & Gora, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bucaj, Alfons and Dawn

# EXHIBIT A

*Joyce W. Rogers, et al. v. Knauf Gips, KG, et al.* - 10-362

Exhibit "A"–Plaintiffs' Counsel Contact Information in
Plaintiffs', Alfons and Dawn Bucaj, *et al.*,
Omnibus Class Action Complaint in Intervention (IV(C))

| PLAINTIFF'S COUNSEL |
|---|
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |
| Russ M. Herman<br>Leonard A. Davis<br>Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax. (504) 561-6024<br>rherman@hhkc.com |

| |
|---|
| Randy George McKee<br>Haley & McKee, L.L.C.<br>650 Poydras Street, Suite 2615<br>New Orleans, LA 70130<br>Phone: (504) 525-6836<br>Fax: (504) 525-7289<br>rmckee@haleymckee.com |
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |
| Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>P.O. Box 17529<br>Raleigh, NC 27619<br>Phone (919) 981-0191<br>Fax: (919) 981-0199<br>akf@lewis-roberts.com |

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com