## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2010, the Notice of Hearing, Plaintiffs' Motion to Intervene and Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of December, 2010.

I further certify that service on all unrepresented domestic defendants on the attached list was made via First Class Mail at their last known address.

Dated: December 15, 2010

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

| Rogers - Omni IV<br>Defendants' List |
|---|
| 3180 Lamb Court Acquisition, LLC<br>3732 NW 16 Street<br>Ft. Lauderdale, FL 33311 |
| AI Brothers, Inc.<br>919 S. Charlotte St.<br>Lombard, IL 60148 |
| Angel Developments, LLC<br>216 SW Maclay Way<br>Port St. Lucie, FL 34986 |
| B & E Construction of Miami Corp.<br>7944 SW 199 Terrace<br>Miami, FL 33189 |
| Buquoi Construction LLC<br>10569 Buddy Gore Road<br>Gonzales, LA 70737 |
| Burmaster Construction, Inc.<br>25058 Pin Oak Lane<br>Folsom, LA 70437 |
| Cabot Homes<br>161 Mcgregor Blvd., Suite B<br>Fort Myers Fl 33901 |
| Cajun Construction & Development, LLC<br>800 Wiegand Drive<br>Bridge City, LA 70094 |
| Can-Am Drywall, Inc.<br>14420 SW 23 Street<br>Davie, FL 33325 |
| Cape Cement & Supply, Inc<br>645 Commercial Park Place<br>Cape Coral, FL 33991 |
| Carribean Custom Builders and Developers<br>9141 Clover Lane<br>Big Pine Key, FL 33043 |
| Comfort Home Builders, Inc.<br>514 NE 26th Place - Unit #4<br>Cape Coral, FL 33909 |
| Davis General Contractors<br>18 Kenlyn Road<br>Palm Beach Fl 33480 |
| Enchanted Homes, INC.<br>11915 King James Court<br>Cape Coral, FL 33991 |

| Rogers - Omni IV<br>Defendants' List |
|---|
| First Home Builders of Florida I, LLC<br>100 North Tampa Street, Ste. 4100<br>Tampa, FL 33602 |
| Freemar Homes, Inc.<br>5410 Endeavor Ave.<br>Dover, FL 33527 |
| Gomez Interiors, Inc.<br>15745 SW 297th Terrace<br>Homestead, Fl 33033 |
| Grand Palazzo Hendricks, LLC<br>7800 Red Road, Suite 127<br>South Miami, FL 33143 |
| Gremillion Homes, Inc.<br>14249 Hwy 1077<br>Folsom, LA 70437 |
| Hanover Homes<br>1407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| Hilliard Butler Construction Company, Inc.<br>5026 Par Four Drive<br>New Orleans, LA 70128 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Cherry and Sons, Inc.<br>2212 SW Racquet Club Drive<br>Palm City, FL 34990 |
| James Stokley d/b/a Choctaw Builders, Inc.<br>26543 Hwy 17<br>Millry, AL 36558 |
| Jim Walter Homes, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Joseph E. Clouse, Inc.<br>8661 Glenlyon Court<br>Fort Myers, FL 33912 |
| KB Homes<br>121 Lumsden Trace Circle<br>Valrico, FL 33594 |

| Rogers - Omni IV<br>Defendants' List |
|---|
| L.R. Gardere Drywall Construction, Inc.<br>108 Southdown Lane<br>Covington, LA 70433 |
| L&W Supply Corporation d/b/a Seacoast Supply Company<br>The Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Laporte Builders, Inc.<br>168 NE Sagamore Terr.<br>Port St. Lucie, FL 34983 |
| Lennar Homes, Corp.<br>CT Corporation System<br>1200 South Pine Island Rd.<br>Plantation, FL 33324 |
| Liberty Home Builders, Inc.<br>14 Rose Dr.<br>Ft. Lauderdale, FL 33316 |
| Linel Consulting, LLC<br>9010 SW 117th St<br>Miami, FL 33176 |
| Lloyd & Sons Construction, Inc.<br>156 Village Blvd., Unit-A,<br>Tequesta, FL 33469 |
| LPR Builders, Inc.<br>1150 NW 72 Avenue, Ste. 501<br>Miami, FL 33126 |
| M J F Construction Corporation<br>1805 Ponce De Leon Blvd. #110<br>Coral Gables, FL 33134 |
| Marsiglia Construction Company<br>2909 Division Street<br>Metairie LA 70005 |
| O' Key Homes, Inc.<br>450 SE 16th Terrace<br>Cape Coral FL 33990 |
| P N K Builders, LLC<br>444 Swift Fox Run<br>Madisonville, LA 70447 |
| Palm Isles Holdings, LLC<br>436 SW 8th Street<br>Miami, FL 33131 |
| Pine Ridge Real Estate Enterprises, LLC<br>1177 S.E. 3rd Ave.<br>Fort Lauderdale, FL 33316 |

| Rogers - Omni IV<br>Defendants' List |
|---|
| RCR Holdings I and II, LLC<br>1500 Gateway Blvd. Suite 200<br>Boynton Beach, FL 33426 |
| Royal Homes, L.L.C.<br>4800 Sharp Road<br>Mandeville, LA 70471 |
| South Kendall Construction Corp.<br>436 SW 8th Street<br>Miami, FL 33131 |
| Southern Homes, LLC<br>2053 E. Gause Blvd., Ste. 200<br>Slidell, LA 70461 |
| Sovereign Homes, LLC<br>241 Monterrey Drive<br>Naples, FL 34119 |
| Summit Homes, LLC<br>n/k/a PHL Construction, LLC<br>7525 Picardy Ave.<br>Suite 220<br>Baton Rouge, LA 70808 |
| Symphony Builders, Inc.<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 |
| Treasure Coast<br>1400 SE Federal Hwy. 4th Floor<br>Stuart, FL 34997 |
| USG Corporation<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Venus Street, LL<br>99 NE 167th Street<br>North Miami Beach, FL 33162 C |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 |
| Waterways Joint Venture IV<br>1358 Woods EdgeCircle, #102<br>Bonita Springs, FL 34134 |
| Woodside f/k/a GHO Properties<br>1600 Burgundy Drive<br>North Palm Beach Gardens, FL 33410 |

| Rogers - Omni IV          |
| Defendants' List          |
|---------------------------|
| Woodside Homes of Southeast Florida, LLC<br>Paracorp Incorporated<br>236 East 6th Avenue<br>Tallahassee, FL  32303 |