UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL DOCKET: 2047<br>SECTION: L |

## ORDER

Considering the Banner Entities' Motion for Leave to File the Amended Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC to Correct Clerical Errors;

IT IS SO ORDERED BY THE COURT that the Banner Entities are granted leave of court to file its Amended Memorandum of Law in Support of its Emergency Motion For a Finding of Contempt and to Compel Against Center of Toxicology and Environmental Health, LLC.

New Orleans, Louisiana this 14th day of December, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge