# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH AND BARBARA WILTZ, et al.

        **Plaintiffs,**

    v.

**BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO., et al.**

**CASE NO.: 10-361**

### PLAINTIFFS', CLIFFORD ABROMATTS AND JANICE WOROBEC, *et. al.*,
### OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (II(C))

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Wiltz* plaintiffs and the defendants named in the *Wiltz* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Wiltz* complaint ¶¶ 1-5, and 505-912 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the classes identified in *Wiltz*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Wiltz* complaint. The *Wiltz* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below.  This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 1. Abromatts, Clifford and Worobec, Janice | 3437 Lago de Talavera Wellington, FL 33467 | FL | Beijing New Building Materials Public Limited Co.<br><br>Banner Supply Company Pompano, LLC<br><br>J.W. Hodges Drywall, Inc. | 1<br><br>18<br>212 |
| 2. Adamson, Andre | 5650 NW 54th Avenue Tamarac, FL 33319 | FL | Taishan<br><br>Banner Supply Co. | 11<br><br>17 |
| 3. Andersen, Michael | 2105 SW 39th Terrace Cape Coral, FL 33914 | FL | Taishan<br><br>Baywood Construction, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>59<br><br>16 |
| 4. Arriola, Ruben and Martha | 17181 Morris Bridge Road Thonotossa, FL 33592 | FL | Taishan | 11 |
| 5. Astrin, Terri and Scott | 8600 Athena Court Lehigh Acres, FL 33971 | FL | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 6. | Back, Charles and Mary | 1215 Magnolia Alley Mandeville, LA | LA | Taishan | 11 |
| | | | | Interior/Exterior Building Supply, LP | 30 |
| | | | | Interior/Exterior Enterprises, LLC | 31 |
| | | | | Southern Star Construction Company, Inc. | 164 |
| 7. | Barreto, Adolfo | 8111 W 36th Avenue, Unit 3 Hialeah, FL 33018 | FL | Taishan | 11 |
| 8. | Barrios, Ana | 11584 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan | 11 |
| | | | | Rivercrest, LLC/The St. Joe Company | 154 |
| 9. | Barry, Crystal and Roy | 8063 Bi County Road Norfolk, VA 23518 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| 10. | Benish, Fran | 11353 SW Mountain Ash Circle Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 11. | Benzo, Ramon and Candida | 2576 Sea Wind Way Clearwater, FL 33763 | FL | Taishan | 11 |
| | | | | KB Home Tampa, LLC | 114 |

3

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 12. | Binetti, Michael | 2929 Riddick Lane Virginia Beach, VA 23456 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 13. | Blackburn, Benton and Amy | 2076 Mohican Drive Waverly, AL 36879 | AL | Taishan | 11 |
| 14. | Blue, John and Rachelle | 422 28th Street New Orleans, LA 70124 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 11<br><br>30<br><br>31 |
| 15. | Blue Water Condominium Association | 178 Shadroe Cove Circle Units 901 Cape Coral, FL 33991<br><br>210 Shadroe Cove Circle, Unit 201 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |

4

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 16. Blue Water of Cape Coral | 202 Shadroe Cove Circle, Unit 401 and 403 Cape Coral, FL 33991<br><br>174 Shadroe Cove Circle, Unit 1004 Cape Coral, FL 33991<br><br>194 Shadroe Cove Circle, Unit 604 Cape Coral, FL 33991<br><br>198 Shadroe Cove Circle, Unit 902 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 17. Bollenberg, Craig | 100 Patricks Court Carrollton, VA 23314 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 18. Borges, Virgilio and Janaina | 5660 Kensington Loop Ft. Myers, FL 33912 | FL | Taishan | 11 |
| 19. Borklund, Stephen | 917 Alford Avenue Hoover, AL 35226 | AL | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 20. Borne, Barry and Mary | 1217 Magnolia Avenue Mandeville, LA 70124 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC<br><br>Southern Star Construction Company, Inc. | 11<br><br>30<br><br>31<br><br>164 |
| 21. Bowers, Roger and Gail | 2805 West Shelton Avenue Tampa, FL 33611 | FL | Taishan | 11 |
| 22. Bradshaw, Steven | 1128 Barclay Wood Drive Ruskin, FL 33570 | FL | Taishan<br><br>Suarez Housing Corporation | 11<br><br>168 |
| 23. Braga, Henry and Deborah | 1325 NW 1st Avenue Cape Coral, FL 33993 | FL | Taishan | 11 |
| 24. Braselman, Holly | 1206 Magnolia Alley Mandeville, LA 70471 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC<br><br>Southern Star Construction Company, Inc. | 11<br><br>30<br><br>31<br><br>164 |

6

| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
|---|---|---|---|---|---|
| | **INTERVENING PLAINTIFFS** | | | | |
| 25. | Burke, Amanda and Kevin | 8150 North View Blvd. Norfolk, VA 23518 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Harbor Walk Development, LLC | 97 |
| | | | | Genesis Group, Inc. | 89 |
| | | | | Wermers Development, Inc. | 192 |
| | | | | Clark-Whitehall Enterprises, Inc. | 70 |
| 26. | Caple, Janelle | 946 SW 6th Court Cape Coral, FL 33991 | FL | Taishan | 11 |
| | | | | Hansen Homes of South Florida, Inc. | 96 |
| 27. | Carbone, Vincent and Kathleen | 20271 Chapel Trace Estero, FL 33928 | FL | Pro Wall | 8 |
| 28. | Carbonell, Wayne and Kimberly | 1718 NE 27th Terrace Cape Coral, FL 33909 | FL | Taishan | 11 |
| | | | | Hansen Homes of South Florida, Inc. | 96 |
| 29. | Cardiello, Frank and Gayle | 1006 NW 38th Place Cape Coral, FL 33993 | FL | Taishan | 11 |
| | | | | Aranda Homes, Inc. | 52 |
| 30. | Caricato, Lisa | 13471 Little Gem Circle Fort Myers, FL 33913 | FL | Taishan | 11 |
| | | | | Beazer Homes Corp. | 61 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |

7

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 31. Carroll, Cynthia | 1220 Magnolia Alley Mandeville, LA 70124 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC<br><br>Southern Star Construction Company, Inc. | 11<br><br>30<br><br>31<br><br>164 |
| 32. Carter, Daniel and My-Duyen | 522 NW 36th Place Cape Coral, FL 33993<br><br>508 NW 38th Avenue Cape Coral, FL 34134 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>52<br><br>198 |
| 33. Castro, Lidice | 1147 NW 19 Avenue Cape Coral, FL 33993 | FL | Taishan | 11 |
| 34. Chinoy, Vinita and Raymond | 11525 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan<br><br>Rivercrest, LLC/The St. Joe Company | 11<br><br>154 |
| 35. Collins, James and Laura | 22866 Country Ridge Parkway McCalla, AL 35111 | AL | Taishan | 11 |
| 36. Correa, Edgar and Gilmore, Elsie | 12600 SW 50th Court 407 Miramar, FL 33027 | FL | Taishan<br><br>Southern Homes of Broward XI, Inc. | 11<br><br>163 |
| 37. Cummings, Byron and Younger-Cummings, Leslie | 221 SE 24th Street Cape Coral, FL 33990 | FL | Taishan | 11 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 38. | Cushen, Mark | 1309 Little Alafia Drive Plant City, FL 33567 | FL | Taishan<br><br>Millennium Homes & Development, Inc.<br><br>Hinkle Drywall, Inc. | 11<br><br>132<br><br>210 |
| 39. | D'Ambrosio, John and Pamela | 338 Mestre Place North Venice, FL 34275 | FL | Taishan | 11 |
| 40. | Daniels, Anatoly | 1907 SE 21st Court Homestead, FL 33035 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 41. | Davesnport, Janelle and DuShane | 4045 Bradshaw Road Williamsburg, VA 23188 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 42. | Dawkins, Benny | 13103 Linden Drive Spring Hill, FL 34609 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan | 9<br><br><br>11 |
| 43. | DeKeyser, Lee and Phyllis | 6051 Jonathan's Bay, Unit 401 Ft. Myers, FL 33908 | WI | Taishan | 11 |
| 44. | Delisser, John and Marvalyn | 1120 SW Gardena Avenue Port Saint Lucie, FL 34953 | NY | Taishan | 11 |
| 45. | Demirgian, Edward and Tonya | 24504 Sunrise Drive Port Charlotte, FL 33980 | FL | Taishan | 11 |

9

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 46. | Diazviana, Jose | 1503 Canton Avenue Cape Coral, FL 33972 | FL | Pro Wall  MW Johnson Construction of Florida, Inc. | 8  134 |
| 47. | Dickinson, William | 11825 Bayport Lane Fort Myers, FL 33908 | FL | Taishan | 11 |
| 48. | Dimitrov, Nokolay and Ilyana | 1925 Maxey Manor Court Virginia Beach, VA 23454 | VA | Taishan  The Porter-Blaine Corporation  Tobin Trading, Inc.  Venture Supply, Inc. | 11  38  39  40 |
| 49. | Donnelly, James and Rose, Mary | 11837 Bayport Lane Unit 4 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 50. | Downing, Kenneth and Maria | 10540 E. Park Avenue Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 51. | Dryman, Lauren f/k/a Bove, Lauren | 10211 Avelar Ridge Drive Riverview, FL 33578 | FL | Taishan  Taylor Morrison of Florida, Inc. | 11  175 |
| 52. | Dudreck, Albert and Thomas | 10622 Camarelle Circle Fort Myers, FL 33913 | IL | Taishan | 11 |
| 53. | Duke, Barry and Marlene | 20241 Chapel Trace Estero, FL 33928 | FL | Pro Wall | 8 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 54. | Dunn, Keith and Crystal | 11547 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan | 11 |
| 55. | Durrance, Barry | 18030 Driftwood Lane Lutz, FL 33558 | FL | Taishan Avalon Building Co. of Tampa | 11 21 |
| 56. | Engasser, Paul | 1451 NW 39th Avenue Cape Coral, FL 33993 | FL | Taishan | 11 |
| 57. | England, Charles P., Sr. **previously included in Omni II(B)** | 2516 Reunion Drive Violet, LA 70092 | LA | Home Depot U.S.A., Inc. | 29 |
| 58. | Entrust IRA SW Florida, LLC for Edward Adams (IRA 56926) | 11843 Bayport Lane 801 Fort Myers, FL 33908 | NJ | Taishan | 11 |
| 59. | Evans, Donald and Barbara | 13944 Clubhouse Drive Tampa, FL 33618 | FL | Taishan LTL Construction, Inc. | 11 123 |
| 60. | Ewald, Thomas and Kristina | 6050 Jonathan's Bay Circle 401 Fort Myers, FL 33908 | MI | Taishan | 11 |
| 61. | Ewell, Timothy and Abby | 1638 Cicero Court Chesapeake, VA 23322 | VA | Taishan The Porter-Blaine Corporation Tobin Trading, Inc. Venture Supply, Inc. | 11 38 39 40 |
| 62. | Frasiolas, Steve and Harriet | 11436 Mountain Ash Circle Port Saint Lucie, FL 34987 | NJ | Taishan | 11 |

11

| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 63. | Freel, Kevin | 2236 Soho Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 64. | Fugazy, Lenni and Justin | 157 SE 16th Terrace Cape Coral, FL 33990 | FL | Taishan | 11 |
| | | | | Hansen Homes of South Florida, Inc. | 96 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |
| 65. | Gale, Thomas and Dawn | 614 Plum Street Cape Charles, VA 19428 | PA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| 66. | Gammage, Dr. Daniel | 1210 Magnolia Alley Mandeville, LA 70471 | LA | Taishan | 11 |
| | | | | Interior/Exterior Building Supply, LP | 30 |
| | | | | Interior/Exterior Enterprises, LLC | 31 |
| | | | | Southern Star Construction Company, Inc. | 164 |
| 67. | Gangle, Donald and Michelle | 11812 Bayport Lane Unit 3 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 68. | Garcia, Jorge | 13820 BJ Boulevard Bokeelia, FL 33922 | FL | Enchanted Homes, Inc. | 85 |
| | | | | Shamrock Gold | 10 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 69. | Gardette, Michael and Nicole | 268 Penn Mill Lakes Blvd. Covington, LA 70435 | LA | Gridmarx<br><br>Sunrise Construction, LLC<br><br>Sunrise Construction and Development, LLC<br><br>Sunrise Homes | 2<br><br>169<br><br>170<br><br>171 |
| 70. | Garrido, Carlos and Olga | 8111 W. 36 Avenue 4 Hialeah, FL 33018 | FL | Taishan | 11 |
| 71. | Garvey, Steven and Karen | 11813 Bayport Lane Unit 3 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 72. | Gaylord, Kelly | 240 West End Drive #321 Punta Gorda, FL 33950 | FL | Taishan | 11 |
| 73. | Gelman, Aleksandr<br><br>**\*previously included in Omni II** | 2849 St. Barts Square Vero Beach, FL 33483 | FL | P.D.C. Drywall Contractors, Inc. | 219 |
| 74. | Giannini Trust, Dominic | 622 SW 31st Street Cape Coral, FL 33914 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>52<br><br>16 |
| 75. | Giannoussidis, Nikolaos | 1189 Bayport Lane Unit 404 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 76. | Gill, Ted and Pamela | 13464 Little Gem Circle Fort Myers, FL 33913 | MI | Taishan<br><br>Beazer Homes Corp. | 11<br><br>61 |

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 77. | Goede, John and Kristin | 7527 Bristol Circle Naples, FL 34120 | FL | Taishan | 11 |
| 78. | Goldberg, Joan | 58 Sunny Meadows Drive Talladega, AL 35160 | AL | Taishan | 11 |
| 79. | Guerreiro, Michael and Nancy | 153636 Yellow Wood Drive Alva, FL 33920 | FL | Taishan<br><br>Pro Wall<br><br>MW Johnson Construction of Florida, Inc. | 11<br><br>8<br><br>134 |
| 80. | Guillette, Jason and Melissa | 2525 White Sand Lane Clearwater, FL 33763 | FL | Taishan<br><br>KB Home Orlando, LLC | 11<br><br>113 |
| 81. | Harris, James, Edward and Booker | 5401 7th Avenue North Bessemer, AL 35020 | AL | Taishan | 11 |
| 82. | Harrison, Barry and Hillary | 142 SE 20th Street Cape Coral, FL 33990 | FL | Taishan | 11 |
| 83. | Harter, Harry and Olga | 2040 NW 1st Street Cape Coral, FL 33993 | NV | Taishan | 11 |
| 84. | Harumph, LLC | 2841 St. Bart's Square Vero Beach, FL 32967 | FL | Taishan<br><br>Antilles Vero Beach, LLC<br><br>P.D.C. Drywall Contractors, Inc. | 11<br><br>51<br><br>219 |
| 85. | Hattemer, Greg and Jennifer | 2202 SW 13th Avenue Cape Coral, FL 33991 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>52<br><br>16 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 86. | Heath, Jr., Howell and Kathleen | 213 NW 1st Street Cape Coral, Fl 33993 | FL | Pro Wall<br><br>R. Fry Builders, Inc. | 8<br><br>151 |
| 87. | Hembree, Roger and Laura | 8558 Pegasus Drive Lehigh Acres, FL 33971 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan | 9<br><br><br><br><br><br>11 |
| 88. | Hemphill, James and Gail | 4609 Town Creek Drive Williamsburg, VA 23188 | MD | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc.<br><br>Atlantic Homes, LLC<br><br>HHJV, LLC | 11<br><br>38<br><br><br>39<br><br>40<br><br>55<br><br>98 |
| 89. | Hernandez, Humberto | 1204 NW 33 Place Cape Coral, FL 33993 | FL | Taishan | 11 |
| 90. | Hesbeens, Timothy and Erin | 506 Wheaton Trent Place Tampa, FL 33619 | FL | Taishan<br><br>KB Home Orlando, LLC<br><br>American Building Materials, Inc. | 11<br><br>113<br><br>197 |
| 91. | Hill, Jerry | 194 Shadroe Cove Circle, #601 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 92. | Hirt, Frederick and Ellen | 7814 Classics Drive Naples, FL 34113 | PA | South Florida Custom Trim, Inc.<br><br>Stock Building Supply, LLC<br><br>Pro Wall | 226<br><br>37<br><br><br>8 |

15

| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 93. | Hoffman, Hannelore and Lengel, Donna | 13964 Clubhouse Drive Tampa, FL 33618 | NV | Taishan | 11 |
| 94. | Holloway, Sylvia | 174 Shadroe Cove Circle, 1002 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 95. | Hornbeck, Ronald and Linda | 174 Shadroe Cove Circle Unit 1003 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 96. | Hubbard, Curtis and Michelle | 3617 East Renellie Circle Tampa, FL 33629 | FL | Taishan | 11 |
| 97. | Hudson, Michelle | 9794 Casa Mar Circle Fort Myers, FL 33919 | FL | Taishan<br><br>Standard Pacific of South Florida, GP, Inc. | 11<br><br>165 |
| 98. | Ilich, Richard | 4023 Appaloosa Court Suffolk, VA 23434 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 99. | Ingram, Ronald and Finch, Tiffany | 4025 Appaloosa Court Suffolk, VA 23434 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 100. | Jackson, Edmund | 3227 Surfside Blvd. Cape Coral, FL 33914 | NJ | Taishan<br><br>AI Brothers, Inc. | 11<br><br>196 |

16

| | | | | | |
|---|---|---|---|---|---|
| | INTERVENING PLAINTIFFS | | | | |
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 101. | Johnson, Christopher | 2024 NW 5th Street Cape Coral, FL 33991 | FL | Taishan<br><br>United Homes, Inc. | 11<br><br>183 |
| 102. | Johnson, Fred and Sylvia | 3200 Heathrow Downs Birmingham, AL 35228 | AL | Taishan | 11 |
| 103. | Johnson, Simartra | 2410 E. 31st Avenue Tampa, FL 33610 | FL | Taishan | 11 |
| 104. | Jones, Joyce | 4123 Walmsley Avenue New Orleans, LA 70125 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 105. | Karaian, George and Bernadette | 11842 Bayport Lane 2102 Fort Myers, FL 33908 | NH | Taishan | 11 |
| 106. | Kayea, Charles | 5159 9th Street, NE Ruskin, FL 33570 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan<br><br>Suarez Housing Corporation | 9<br><br><br><br>11<br><br>168 |
| 107. | Kazakov, Sergey and Alexandra **previously included in Omni II(B)** | 1307 Glenn Avenue Lehigh Acres, FL 33972 | FL | MW Johnson Construction of Florida, Inc. | 134 |

17

| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 108. | Kehoe, Molly | 1204 Magnolia Alley Mandeville, LA 70124 | LA | Taishan | 11 |
| | | | | Interior/Exterior Building Supply, LP | 30 |
| | | | | Interior/Exterior Enterprises, LLC | 31 |
| | | | | Southern Star Construction Company, Inc. | 164 |
| 109. | Keller, Brad and Kerry | 9950 Via San Marco Loop Fort Myers, FL 33905 | FL | Taishan | 11 |
| 110. | Kostelecky, Joseph and Charlotte | 19139 Blueberry Lane Silverhill, AL 36579 | AL | Taishan | 11 |
| | | | | Bass Homes, Inc. | 57 |
| 111. | Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd. Unit 2310 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 112. | Lawlor, Bruce and Carol | 9513 7th Bay Street Norfolk, VA 23518 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| 113. | Lazard, Lloyd | 3320 Delachaise Street New Orleans, LA 70125 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 114. | Leger, Marie | 3803 Machado Street Tampa, FL 33610 | FL | Taishan | 11 |

18

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 115. Leon, Daimarys and Rodriguez, Yalier | 811 West 36 Avenue Hialeah, FL 33018 | FL | Taishan | 11 |
| 116. Lewis, Todd and Jayme | 6040 Jonathan's Bay Circle Unit 501 Fort Myers, FL 33908 | FL | Taishan Banner Supply Company Fort Myers, LLC | 11 16 |
| 117. Loader, Jennifer | 3918 West Bay Court Avenue Tampa, FL 33611 | FL | Taishan | 11 |
| 118. Lonergan, John | 393 NW Stratford Lane Port St. Lucie, FL 34983 | MD | Taishan | 11 |
| 119. Look, Peter | 2125 Santa Barbara Boulevard Cape Coral, FL 33990 | FL | Taishan | 11 |
| 120. Lopez, Stephen | 622 Wilmington Parkway Cape Coral, FL 33993 | FL | Taishan | 11 |
| 121. Love, Nakisha Rockliff Christie | 2540 Middleton Grove Drive Brandon, FL 33511 | FL | Lennar Corporation Banner Supply Company Fort Myers, LLC Pro Wall | 119 16 8 |
| 122. Love, Robert and Adelle | 10480 SW Stephanie Way Unit 208 Port St. Lucie, FL 34987 | MA | Taishan O.C.D. of S. Florida, Inc. | 11 218 |

19

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 123. Lowande, Paul and Renee | 2308 NE Juanita Place Cape Coral, FL 33909 | FL | Taishan<br><br>Hansen Homes of South Florida, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>96<br><br>16 |
| 124. Luntz, George and Adrienne | 1660 Renaissance Commons Blvd. Unit 2501 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 125. Magdalena Gardens Condominium Association | 240 West End Drive #221, 321, 1411, 1412 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 126. Magnolia Holiness Church | 426 3112 John-Johnson Road McIntosh, AL 36553 | AL | Taishan | 11 |
| 127. Malhoe, Ashok | 1617 SE 2nd Street Cape Coral, FL 33990 | FL | Taishan<br><br>Baywood Construction, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>59<br><br>16 |
| 128. Mallin, Karen and Jonathan | 3008 West San Carlos Street Tampa, FL 33629 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 129. Maloy, Jack and Louise | 1328 SW 4th Avenue Cape Coral, FL 33991 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>52<br><br>16 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 130. Mancini, Richard | 11813 Bayport Lane 304 Ft. Myers, FL 33908 | FL | Taishan | 11 |
| 131. Maniscalco, Frank and Grace | 11853 Bayport Lane Unit 4 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 132. Maradona, Michael and Arlen | 20516 Ardore Lane Estero, FL 33928 | FL | Taishan<br><br>Lennar Corporation | 11<br><br>119 |
| 133. Marrero, Ingrid | 8105 West 36th Avenue #4 Hialeah, FL 33018 | FL | Taishan | 11 |
| 134. Marston, Claire | 240 West End Drive #1412 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 135. Martin, Victor and Geraldine | 11819 Bayport Lane Unit 402 Ft. Myers, FL 33908 | FL | Taishan | 11 |
| 136. Mastrogiacomo, Kim | 6071 Jonathans Bay Circle Unit 401 Ft. Myers, FL 33908 | FL | Taishan | 11 |
| 137. McArthur, Robert and Meradee | 13401 Holly Lane Carrollton, VA 23314 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |

21

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 138. McEldowney, Larry | 916 Fitch Avenue Lehigh Acres, FL 33872 | FL | Pro Wall<br><br>MW Johnson Construction of Florida, Inc. | 8<br><br>134 |
| 139. McKinley, Jacob | 23 Hammock Road Carriere, MS 39426 | MS | Taishan | 11 |
| 140. McNealy, James and Fran | 8882 SW 229 Street Cutler Bay, FL 33190 | FL | Taishan | 11 |
| 141. Meinholz, Nancy | 1660 Renaissance Commons Blvd. Unit 2211 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 142. Meister, David and Diane | 6060 Jonathan's Bay Circle 302 Ft. Myers, FL 33908 | OH | Taishan | 11 |
| 143. Melton, Carolyn and Jackson, Ivory | 340B 13th Avenue North Birmingham, AL 35234 | AL | Taishan | 11 |
| 144. Mike, Tamas and Blana, Eva | 6302 N. 17th Street Tampa, FL 33610 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan | 9<br><br><br><br>11 |
| 145. Mitchell, Robert and Bonnie | 1442 Eldorado Parkway Cape Coral, FL 33914 | FL | Taishan<br><br>Chase Construction, Inc.<br><br>RJL Drywall, Inc. | 11<br><br>69<br><br>223 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 146. Moore, Jerry and Rhonda | 20001 US Hwy. 411 Springville, AL 35146 | AL | Taishan | 11 |
| 147. Morillo, Madelyn | 11337 Bridge Pine Drive Riverview, FL 33569 | NY | Taishan  Rivercrest, LLC/The St. Joe Company | 11  154 |
| 148. Morisset, Onel and Margareth | 2414 E. 31st Avenue Tampa, FL 33610 | FL | Taishan | 11 |
| 149. Moses, Bryant and Brenda | 1312-14 Coffin Avenue New Orleans, LA 70117 | LA | Taishan | 11 |
| 150. Mt. Joy Baptist Church | 5640 Smith Lake Damn Road Jasper, AL 35504 | AL | Taishan | 11 |
| 151. Mueller, Lawrence and Jaime | 939 Golden Pond Court Cape Coral, FL 33909 | PA | Pro Wall | 8 |
| 152. Mundt, Elaine | 11806 Bayport Lane Unit 1 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 153. Murray, Robin and Marva | 535 Davidson Street South East Unit 50 Palm Bay, FL 32909 | FL | Taishan | 11 |
| 154. Neighbours, Sidney | 57 Riverview Avenue Portsmouth, VA 23704 | VA | Taishan  The Porter-Blaine Corporation  Tobin Trading, Inc.  Venture Supply, Inc. | 11  38  39  40 |

23

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 155. Nuccio, Darlene and Thomas | 2628 NW 4th Place Cape Coral, FL 33993 | FL | Taishan<br><br>Banner Supply Company of Fort Myers, LLC | 11<br><br>16 |
| 156. Nukho, Michael, George and Edward | 430 SE 21st Terrace Cape Coral, FL 33990 | NY | Taishan | 11 |
| 157. Nunes, Norberto | 7060 Venice Way Unit 301 Naples, FL 34119 | FL | Taishan | 11 |
| 158. Ondrovic, Joseph | 14122 Kensington Lane Fort Myers, FL 33912 | FL | Taishan | 11 |
| 159. Owen, Scott and Emilia | 2032 North West 1st Place Cape Coral, FL 33993 | FL | Taishan | 11 |
| 160. Page, Michael and Rikke | 20092 Larina Loop Estero, FL 33928 | FL | Taishan<br><br>Lennar Homes, LLC<br><br>L&W Supply Corporation d/b/a Seacoast Supply Company | 11<br><br>120<br><br>32 |
| 161. Parikh, Jayesh and Kirti | 7569 Bristol Circle Naples, FL 34120 | NJ | Taishan | 11 |
| 162. Parr, Patrick and Linda | 3145 NE 15th Avenue Cape Coral, FL 33909 | GA | Taishan<br><br>Hansen Homes of South Florida, Inc. | 11<br><br>96 |
| 163. Patchan, Catherine | 1345 Lyonshire Drive Wesley Chapel, FL 33543 | FL | Taishan | 11 |