| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 164. Patin, Jose and Ruth | 11305 Laurel Brook Ct. Riverview, FL 33569 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan<br><br>Rivercrest, LLC/The St. Joe Company | 9<br><br><br><br>11<br><br>154 |
| 165. Patterson, Kelli | 622 SW 147th Terrace Pembroke Pines, FL 33027 | FL | Taishan<br><br>Standard Pacific Homes of South Florida, GP, Inc. | 11<br><br>165 |
| 166. Perez, Carlos | 8129 W. 76th Street 3 Hialeah, FL 33018 | FL | Taishan | 11 |
| 167. Pfeiffer, Marion | 1117 Cassin Avenue Lehigh Acres, FL 33971 | FL | MW Johnson Construction of Florida, Inc.<br><br>Pro Wall | 134<br><br><br>8 |
| 168. Pham, Kelly and Amador, Dagoberto | 8696 Pegasus Drive Lehigh Acres, FL 33971 | FL | Pro Wall | 8 |
| 169. Pierce, Alton | 7452 Briarheath Dr. New Orleans, LA 70128 | LA | Taishan | 11 |
| 170. Pietrantonio, Robert and Tamie | 6050 Jonathan's Bay Circle Unit 102 Building 5 Fort Myers, FL 33908 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 171. Pittman, Earnest and Beverly | 1128 Craft Street, E. Lehigh Acres, FL 33974 | FL | Taishan | 11 |

25

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 172. | Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd. Unit 2210 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 173. | Powell, Claire and George | 5508 Holly Road Virginia Beach, VA 23451<br><br>5510 Holly Road Virginia Beach, VA 23451 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 174. | PSC Enterprises, LLC | 362 Eisenhower Blvd. Lehigh Acres, FL 33974 | FL | Taishan | 11 |
| 175. | Purcell, Veronica | 6845 Mitchel Street Jupiter, FL 33458 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan | 9<br><br><br><br><br>11 |
| 176. | Racius, Lubraine and Anese | 4013 24th Street SW Lehigh Acres, FL 33971 | FL | Taishan<br><br>A&D Homes, Inc. | 11<br><br>42 |
| 177. | Rand, Richard | 8607 Athena Court Lehigh Acres, FL 33971 | FL | Taishan | 11 |
| 178. | Raspall, Maria | 8105 W. 36th Avenue #3 Hialeah, FL 33018 | FL | Taishan | 11 |
| 179. | Reaves, Eugenje and Lori | 202 Shadroe Cove Circle 402 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 180. | Reeves, Carrie H. | 4926 Paradise Lake Circle Birmingham, AL 35244 | AL | Taishan<br><br>Venture Supply, Inc. | 11<br><br>40 |
| 181. | Reilly, Karen and Paul | 198 The Maine Williamsburg, VA 23185 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 182. | Reiprecht, Raymond | 10560 SW Stephanie Way Unit 202 Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 183. | Richardson, Valerie | 8596 Athena Court Lehigh Acres, FL 33971 | CT | Taishan<br><br>Rosen Building Supplies, Inc. | 11<br><br>36 |
| 184. | Riley, Estela | 419 SW 19th Terrace Cape Coral, FL 33991 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>52<br><br>198 |
| 185. | RMM Investments, LLC | 1660 Renaissance Commons Blvd. Unit 2112 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 186. | Roth, Stephen and Leslie | 6050 Jonathan's Bay Circle Unit 402 Fort Myers, FL 33908 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 187. Ryan, William and Shanna | 66 Scotland Road Hampton, VA 23663 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 188. Sakalauskas, Alberto and Laura | 3142 South West Martin Street Port Saint Lucie, FL 34953 | FL | Taishan | 11 |
| 189. Saliba, Dawn<br><br>**previously included in Omni II** | 6102 Raintree Trail Fort Pierce, FL 34950 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc.<br><br>Banner Supply Co. | 46<br><br>47<br><br>6 |
| 190. Samos Holdings, LLC | 27021 Eden Road Ct. Bonita Springs, FL 34135 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan | 9<br><br><br><br><br>11 |
| 191. Sanders, Joseph | 174 Shadroe Cove Circle #1001 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 192. Santiago, Angel and Shawn | 4018 NW 12th Street Cape Coral, FL 33993 | FL | Taishan<br><br>Baywood Construction, Inc.<br><br>Banner Support Company Fort Myers, LLC | 11<br><br>59<br><br>16 |

28

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 193. Santiago, Cesar and Crespo, Ailene | 12978 Turtle Cove Trail North Fort Myers, FL 33903 | FL | Taishan | 11 |
| | | | Meritage Homes of Florida, Inc. | 130 |
| | | | Banner Supply Company Fort Myers, LLC | 16 |
| 194. Santos, Joel | 3223 31st Street West Lehigh Acres, FL 33971 | FL | MW Johnson Construction of Florida, Inc. | 134 |
| | | | Pro Wall | 8 |
| 195. Schultz, Kimberly | 2021 Kings Fork Road Suffolk, VA 23434 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Tobin Trading, Inc. | 39 |
| | | | Venture Supply, Inc. | 40 |
| 196. Scott, Steven and Berna | 1757 W. Queen Street Hampton, VA 23666 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Tobin Trading, Inc. | 39 |
| | | | Venture Supply, Inc. | 40 |
| 197. Seddon, Robert | 13946 Clubhouse Drive Tampa, FL 33945 | NJ | Taishan | 11 |
| | | | LTL Construction, Inc. | 123 |
| | | | Residential Drywall, Inc. | 222 |
| 198. Segnello, Jeffrey and Monica | 393 NW Sheffield Circle Port Saint Lucie, FL 34983 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| | | | Taishan | 11 |

29

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 199. Sellman, Terry and Donna | 10710 Miracle Lane New Port Richey, FL 34654 | FL | Taishan | 11 |
| 200. Seratt, Douglas and Bernice | 213 Shore Front Lane Wilsonville, AL 35186 | AL | Taishan | 11 |
| 201. Sheehan, Michael | 3351 South West 15th Place Cape Coral, FL 33914 | FL | Taishan  Banner Supply Company Fort Myers, LLC | 11  16 |
| 202. Shelmandine, Gerald A. and Connie L. | 11106 Kiskadee Circle New Port Richey, FL 34654 | FL | Taishan | 11 |
| 203. Sims, Ronald and Serbrenia | 4215 New Town Avenue Williamsburg, VA 23188 | VA | Taishan  The Porter-Blaine Corporation  Tobin Trading, Inc.  Venture Supply, Inc.  Atlantic Homes, LLC  HHJV, LLC | 11  38  39  40  55  98 |
| 204. Singh, Govinhd | 8374 Sumner Avenue Fort Myers, FL 33908 | FL | Taishan | 11 |
| 205. Sistrunk, Earl | 6615 Sable Ridge Lane Naples, FL 34109 | FL | Taishan  Banner Supply Company Fort Myers, LLC | 11  16 |

30

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 206. | Skinner, Andre' | 3703 Polk Street Portsmouth, VA 23703 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 207. | Smith, Gloria and Robert | 11837 Bayport Lane Fort Myers, FL 33908<br><br>Unit 1 Building 7 Phase 2 | FL | Taishan | 11 |
| 208. | Smith, Richard | 8001 Sherwood Circle Labelle, FL 33935 | FL | Taishan | 11 |
| 209. | Somma, Joseph | 4739 Quarter Staff Road Birmingham, AL 35223 | AL | Taishan | 11 |
| 210. | Spencer, Edna | 3806 N. 24th Street Tampa, FL 33610 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan | 9<br><br><br><br>11 |
| 211. | Suarez, Eduardo and Mercedes | 14113 Stilton Street Tampa, FL 33626 | FL | Taishan<br><br>Beazer Home Corp.<br><br>Harrell's Drywall, Inc. | 11<br><br>61<br><br>208 |
| 212. | Sullivan, William and Sheila | 12623 20th Street East Parrish, FL 34219 | FL | Taishan | 11 |

31

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 213. | Summerall, Charles and Sharon | 2060 Deerwood Road Seffner, FL 33584 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan | 9<br><br><br><br><br>11 |
| 214. | Swartz, Christopher and Sylvia | 4030 South West 9th Place Cape Coral, FL 33914 | FL | Taishan | 11 |
| 215. | Taylor, Noel | 3110 Law Street New Orleans, LA 70117 | LA | Taishan<br><br>Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 11<br><br>9 |
| 216. | Teitelbaum, Ronald and Donna | 11825 Bayport Lane 502 Ft. Myers, FL 33908 | NJ | Taishan | 11 |
| 217. | Templeton, Sherry | 13934 Clubhouse Drive Tampa, FL 33618 | FL | Taishan<br><br>LTL Construction, Inc.<br><br>Residential Drywall, Inc. | 11<br><br>123<br><br>222 |
| 218. | Thompson, Benjamin and Deborah | 11527 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan<br><br>Rivercrest, LLC/The St. Joe Company, Inc. | 11<br><br>154 |
| 219. | Thompson, Lisa | 1412 NW 12th Place Cape Coral, FL 33993 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan | 9<br><br><br><br><br>11 |

32

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 220. Thornton, Stanley and April | 336 County Road 703 Jemison, AL 35085 | AL | Taishan | 11 |
| 221. Tighe, Edward | 2820 St. Barts Square Vero Beach, FL 32967 | FL | Taishan<br><br>Ironwood Properties, Inc.<br><br>P.D.C. Drywall Contractors, Inc.<br><br>Banner Supply Co. | 11<br><br>104<br><br>129<br><br>17 |
| 222. Toler, Calvin and Allison | 10440 SW Stephanie Way Unit 210 Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 223. Tomac, Tom and Carrie | 11601 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan<br><br>Rivercrest, LLC/The St. Joe Company, Inc. | 11<br><br>154 |
| 224. Troublefield, Elmer and Jefferies, Rorrier | 8 St. John Drive Hampton, VA 23666 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 225. Tyler, Albania | 6 St. Johns Drive Hampton, VA 23666 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 226. Vacationhit, LLC a/k/a Koch, Torsten and Diana | 2118 SW 25th Street Cape Coral, FL 33914 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. Taishan | 9 11 |
| 227. Villalobos, Giliam | 8129 W 36 Avenue 4 Hialeah, FL 33018 | FL | Taishan | 11 |
| 228. Villasana, George | 170 SE 2nd Street Deerfield Beach, FL 33441 | FL | Taishan | 11 |
| 229. Wagner, Jonathon and Samantha | 11526 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan Rivercrest, LLC/The St. Joe Company, Inc. | 11 154 |
| 230. Walker, Craig and Melissa | 1536 Abyss Drive Odessa, FL 33556 | FL | Taishan | 11 |
| 231. Way, Cedric and Michele | 14929 Man O War Drive Odessa, FL 33556 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. Taishan | 9 11 |
| 232. Weinsberg, Edgar and Yvonne | 6568 41st Street East Sarasota, FL 34243 | FL | Taishan | 11 |
| 233. Wienstroer, Danny and Patrick | 11509 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan Rivercrest, LLC/The St. Jose Company, Inc. | 11 154 |
| 234. Wilcox, Eric and Karen | 14117 Stowbridge Avenue Tampa, FL 33626 | FL | Taishan Beazer Home Corp. Harrell's Drywall, Inc. | 11 61 208 |

34

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 235. | Wiley, Thad | 1660 Renaissance Commons Blvd. Unit 2111 Boynton Beach, FL 33426 | CA | Taishan | 11 |
| 236. | Wilson, Diane and Richard | 11812 Bayport Lane 4 Ft. Myers, FL 33908 | OH | Taishan | 11 |
| 237. | Winn, Brandon and Juliet | 12616 20th Street East Parrish, FL 34219 | FL | Residential Drywall, Inc.<br>Taishan | 222<br>11 |
| 238. | Wiseman, Patrick | 117 Overlook Point Yorktown, VA 23693 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc.<br><br>Overlook Point, LLC<br><br>Atlantic Homes, LLC | 11<br><br>38<br><br>39<br><br>40<br><br>138<br><br>55 |
| 239. | Wohleber, David and Marlene | 4095 Cherrybrook Loop Fort Myers, FL 33966 | PA | Taishan | 11 |
| 240. | Woods, Claudia | 3804 N. 24th Street Tampa, FL 33610 | FL | Taishan | 11 |
| 241. | Woods, Matthew and Vernestine | 2430 Ballentine Blvd. Norfolk, VA 23509 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 242. Woods, Randy and Sherry | 3205 North West 76th Jennings, FL 32053 | FL | Taishan | 11 |
| 243. Yassa, Alain | 3402 NW 5th Terrace Cape Coral, FL 33993 | FL | Taishan | 11 |
| 244. Yelton, Charles | 23086 Madelyn Avenue Port Charlotte, FL 33954 | FL | Taishan | 11 |
| 245. Yeshman, Larry | 2534 NW 25th Place Cape Coral, FL 33993 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.  Taishan | 9    11 |
| 246. Yokers, Stephanie DeAnn | 1322 Railroad Drive Hayden, AL 35079 | AL | Taishan | 11 |
| 247. Yusuf, Nejeh | 3732 SW 7th Place Unit 4 Cape Coral, FL 33914 | FL | Taishan | 11 |
| 248. Zavala, Carlos | 14119 Danpark Loop Fort Myers, FL 33912 | FL | Taishan | 11 |

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

36

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

    a.    an order certifying the case as a class action;

    b.    an order certifying the Class and each of the Subclasses;

    c.    an order appointing Plaintiffs as the Class Representatives of the Class;

    d.    an order appointing undersigned counsel and their firms as counsel for the Class;

    e.    compensatory and statutory damages;

    f.    punitive damages as allowed by law;

    g.    pre and post-judgment interest as allowed by law;

    h.    injunctive relief;

    I.    an award of attorneys' fees as allowed by law;

    j.    an award of taxable costs; and

    k.    any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: December 15, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

37

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE** [1]

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

---

[1] Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel and pro se plaintiff.

40

**Baron & Budd; Alters Law Firm, P.A.; and**
**Shapiro, Blasi, Waserman & Gora, PA**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Blue Water of Cape Coral
Blue Water Condominium Association
Downing, Kenneth and Maria
Engasser, Paul
Gaylord, Kelly
Hill, Jerry
Holloway, Sylvia
Johnson, Simartra
Leger, Marie
Lonergan, John
Magdalena Gardens Condominium Association

Marrero, Ingrid
Marston, Claire
McNealy, James and Fran
Morisset, Onel and Margareth
Pittman, Earnest and Beverly
Raspall, Maria
Sanders, Joseph
Villasana, George
Walker, Craig and Melissa
Woods, Claudia

**Barrios, Kingsdorf & Casteix, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Jones, Joyce
Lazard, Lloyd

**Bruno & Bruno, L.L.P.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Gardette, Michael and Nicole

**Colson, Hicks, Eidson, Colson Matthews, Martinez,**
**Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/**
**Hausfeld, LLP and Law Offices of Richard J. Serpe,** *Counsel on*
*Behalf of the Following Individual Plaintiffs*:

Arriola, Ruben and Martha
Barry, Crystal and Roy
Binetti, Michael
Bollenberg, Craig
Bradshaw, Steven
Burke, Amanda and Kevin
Castro, Lidice
Davesnport, Janelle and DuShane
Diazviana, Jose
Dimitrov, Nokolay and Ilyana
Ewell, Timothy and Abby

Finch, Tiffany
Gale, Thomas and Dawn
Gelman, Aleksandr
Harumph, LLC
Hemphill, James and Gail
Ilich, Richard
Ingram, Ronald and
Jefferies, Rorrier
Lawlor, Bruce and Carol
McArthur, Robert and Meradee
Neighbours, Sidney

41

Powell, Claire and George
Reilly, Karen and Paul
Ryan, William and Shanna
Saliba, Dawn
Schultz, Kimberly
Scott, Steven and Berna
Sims, Ronald and Serbrenia

Skinner, Andre'
Troublefield, Elmer and
Tyler, Albania
Wiseman, Patrick
Woods, Matthew and Vernestine
Worobec, Janice
Yelton, Charles

## Lambert & Nelson, PLC
*Counsel on Behalf of the Following Individual Plaintiffs*:

Back, Charles and Mary
Blue, John and Rachelle
Borne, Barry and Mary
Braselman, Holly
Carroll, Cynthia

Gammage, Dr. Daniel
Kehoe, Molly
Pierce, Alton
Taylor, Noel

## Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Mallin, Karen and Jonathan
Suarez, Eduardo and Mercedes
Wilcox, Eric and Karen

## Lewis & Roberts, PLLC,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Blackburn, Benton and Amy
Borklund, Stephen
Carbone, Vincent and Kathleen
Duke, Barry and Marlene
England, Charles P., Sr.
Goldberg, Joan
Harris, James, Edward and Booker
Johnson, Fred and Sylvia
Kazakov, Sergey and Alexandra
Kramer, Ronald and Anita
Luntz, George and Adrienne
Magnolia Holiness Church
McKinley, Jacob
Meinholz, Nancy

Melton, Carolyn and
Jackson, Ivory
Moore, Jerry and Rhonda
Moses, Bryant and Brenda
Mt. Joy Baptist Church
Polychronopoulos, Nathalie and George
Reeves, Carrie H.
RMM Investments, LLC
Seratt, Douglas and Bernice
Somma, Joseph
Thornton, Stanley and April
Wiley, Thad
Yokers, Stephanie DeAnn

42

## Morgan & Morgan, P.A.,
### *Counsel on Behalf of the Following Individual Plaintiffs*:

Dawkins, Benny
Heath, Jr., Howell and Kathleen
Hembree, Roger and Laura
Kayea, Charles
McEldowney, Larry
Mike, Tamas and
Blana, Eva
Patin, Jose and Ruth
Purcell, Veronica

Samos Holdings, LLC
Segnello, Jeffrey and Monica
Spencer, Edna
Summerall, Charles and Sharon
Thompson, Lisa
Vacationhit, LLC a/k/a Koch, Torsten and
Diana
Way, Cedric and Michele
Yeshman, Larry

## Parker Waichman Alonso, LLP,
### *Counsel on Behalf of the Following Individual Plaintiffs*:

Andersen, Michael
Astrin, Terri and Scott
Barreto, Adolfo
Barrios, Ana
Benish, Fran
Benzo, Ramon and Candida
Borges, Virgilio and Janaina
Bowers, Roger and Gail
Braga, Henry and Deborah
Caple, Janelle
Carbonell, Wayne and Kimberly
Cardiello, Frank and Gayle
Caricato, Lisa
Carter, Daniel and My-Duyen
Chinoy, Vinita and Raymond
Collins, James and Laura
Correa, Edgar and
Gilmore, Elsie
Cummings, Byron and
Younger-Cummings, Leslie
D'Ambrosio, John and Pamela
Daniels, Anatoly
DeKeyser, Lee and Phyllis
Delisser, John and Marvalyn
Demirgian, Edward and Tonya
Dickinson, William
Donnelly, James and
Rose, Mary
Dryman, Lauren f/k/a Bove, Lauren
Dudreck, Albert and Thomas

Dunn, Keith and Crystal
Durrance, Barry
Entrust IRA SW Florida, LLC for Edward
Adams (IRA 56926)
Evans, Donald and Barbara
Ewald, Thomas and Kristina
Frasiolas, Steve and Harriet
Freel, Kevin
Fugazy, Lenni and Justin
Gangle, Donald and Michelle
Garcia, Jorge
Garrido, Carlos and Olga
Garvey, Steven and Karen
Giannini Trust, Dominic
Giannoussidis, Nikolaos
Gill, Ted and Pamela
Goede, John and Kristin
Guerreiro, Michael and Nancy
Guillette, Jason and Melissa
Harrison, Barry and Hillary
Harter, Harry and Olga
Hattemer, Greg and Jennifer
Hernandez, Humberto
Hesbeens, Timothy and Erin
Hirt, Frederick and Ellen
Hoffman, Hannelore and
Lengel, Donna
Hornbeck, Ronald and Linda
Hubbard, Curtis and Michelle
Hudson, Michelle

43

Jackson, Edmund
Johnson, Christopher
Karaian, George and Bernadette
Keller, Brad and Kerry
Kostelecky, Joseph and Charlotte
Leon, Daimarys and
Rodriguez, Yalier
Lewis, Todd and Jayme
Loader, Jennifer
Look, Peter
Lopez, Stephen
Love, Nakisha
Rockliff Christie
Love, Robert and Adelle
Lowande, Paul and Renee
Malhoe, Ashok
Maloy, Jack and Louise
Mancini, Richard
Maniscalco, Frank and Grace
Maradona, Michael and Arlen
Martin, Victor and Geraldine
Mastrogiacomo, Kim
Meister, David and Diane
Mitchell, Robert and Bonnie
Morillo, Madelyn
Mueller, Lawrence and Jaime
Mundt, Elaine
Murray, Robin and Marva
Nuccio, Darlene and Thomas
Nukho, Michael, George and Edward
Nunes, Norberto
Ondrovic, Joseph
Owen, Scott and Emilia
Page, Michael and Rikke
Parikh, Jayesh and Kirti
Parr, Patrick and Linda
Patchan, Catherine
Patterson, Kelli
Perez, Carlos
Pfeiffer, Marion
Pham, Kelly and
Amador, Dagoberto

Pietrantonio, Robert and Tamie
PSC Enterprises, LLC
Racius, Lubraine and Anese
Rand, Richard
Reaves, Eugenje and Lori
Reiprecht, Raymond
Richardson, Valerie
Riley, Estela
Roth, Stephen and Leslie
Sakalauskas, Alberto and Laura
Santiago, Angel and Shawn
Santiago, Cesar and
Crespo, Ailene
Santos, Joel
Seddon, Robert
Sellman, Terry and Donna
Sheehan, Michael
Shelmandine, Gerald A. and Connie L.
Singh, Govinhd
Sistrunk, Earl
Smith, Gloria and Robert
Smith, Richard
Sullivan, William and Sheila
Swartz, Christopher and Sylvia
Teitelbaum, Ronald and Donna
Templeton, Sherry
Thompson, Benjamin and Deborah
Tighe, Edward
Toler, Calvin and Allison
Tomac, Tom and Carrie
Villalobos, Giliam
Wagner, Jonathon and Samantha
Weinsberg, Edgar and Yvonne
Wienstroer, Danny and Patrick
Wilson, Diane and Richard
Winn, Brandon and Juliet
Wohleber, David and Marlene
Woods, Randy and Sherry
Yassa, Alain
Yusuf, Nejeh
Zavala, Carlos

**Shapiro, Blasi, Wasserman & Gora, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Adamson, Andre
Cushen, Mark

# EXHIBIT A

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building*
*Materials Public Limited Co., et al.* **- Case No. 10-361**

**Exhibit "A"–Plaintiffs' Counsel Contact Information in**
**Plaintiffs', Clifford Abromatts and Janice Worobec, *et. al.*,**
**Omnibus Class Action Complaint in Intervention (II(C))**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy W. Alters<br>Alters Law Firm, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |
| Joseph M. Bruno<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 525-1335<br>Fax: (504) 561-6775<br>www.brunobrunolaw.com |

| |
|---|
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |
| Hugh P. Lambert<br>Lambert & Nelson<br>701 Magazine Street<br>New Orleans, LA 70130-3629<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>amy@lambertandnelson.com |
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC  27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Jerrold Parker
Jordan L. Chaikin
April S. Goodwin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com