UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al., Case No. 2:10-cv-00361 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The clerk is hereby directed to enter of record Plaintiffs',Clifford Abromatts and Janice Worobec, *et al.*, Omnibus Class Action Complaint in Intervention (II(C)), Exhibit "A" to Plaintiffs' Motion to Intervene.

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the proceedings in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.).

By the Court,

_____
HONORABLE ELDON E. FALLON

1