# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**SEAN AND BETH PAYTON, et al.**

           **Plaintiffs,**

      **v.**

**KNAUF GIPS KG, et al.**

**CASE NO.: 09-07628**

### PLAINTIFFS', BONNIE AND JOHN H. ADAMS, III, *et al.*,
### OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (I(C))

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Payton, et al. v. Knauf GIPS KG, et al.*, Case No. 09-07628 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Payton* plaintiffs and the defendants named in the *Payton* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Payton* complaint ¶¶ 1-5, and 2,073-2,770, as amended, herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Payton*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Payton* complaint. The *Payton* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

Finally, Intervening Plaintiffs are asserting claims against Gebrueder Knauf Verwaltungsgesellschaft, KG; Knauf International GmbH; Knauf UK GMBH; and Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA and/or Knauf USA) for their role in the design, manufacture, importing, exporting, distribution, delivery, supply, marketing, inspection, and sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below. This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 1. Abt, Benjamin and Jennifer **previously included in Omni I(B)** | 2237 Chalybe Drive Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP Interior/Exterior Enterprises, LLC | 23 24 |
| 2. Adams, John H., III and Bonnie | 2291 Abby Glenn Circle Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP Interior/Exterior Enterprises, LLC | 23 24 |
| 3. Aguirre, Gilberto | 8223 Sugar Cane Drive Baytown, TX 77523 | TX | | |
| 4. Alcindor, Robert and Nancy | 3603 NW 14th Court Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |
| 5. Ali, Jennifer and Lindon | 1855 SE Genaro Terrace Port St. Lucie, FL 34952 | FL | Paramount Quality Homes | 319 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 6. | Andrews, Tia | 3930 SW 52 Avenue #5 Pembroke Park, FL 33023 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| | | | | Banner Supply Co. | 6 |
| 7. | Arroyo, Terrell | 73274 Penn Mill Road Covington, LA 70435 | LA | | |
| 8. | Augusta, Twana | 19506 Green Chase Lane Houston, TX 77073 | TX | | |
| 9. | Augustin, Elena | 3541 NW 14th Court Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |
| 10. | Austin, Anthony and Kathryn | 1011 Grassy View Drive Houston, TX 77073 | TX | | |
| 11. | Baldwin, Ralph | 5981 Royal Okley Lane Bokeelia, FL 33922 | FL | | |
| 12. | Bayoh, Jarieu | 3608 North West 13th Street Lauderhill, FL 33311 | FL | Centerline Homes at Georgetown, LLC | 109 |
| 13. | Becerril, Jose | 19923 Cypresswood Square Spring, TX 77373 | TX | | |
| 14. | Bell, James and June | 2107 Hollywood Drive Bay St. Louis, MS 39520 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 15. | Bennett, Lynell | 4543 New Hope Terrace Katy, TX 77449 | TX | | |
| 16. | Betzer, Lenny | 211 Fair Way Dr. Pass Christian, MS 39571 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |

3

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 17. | Bhatia, Jasbir | 11035 Gasparilla Road Rotonda Sands, FL 33947 | FL | L&W Supply Corporation d/b/a Seacoast Supply<br><br>Residential Drywall, Inc. | 28<br><br>511 |
| 18. | Bicehouse, Daniel and Tracy<br><br>**previously included in Omni I** | 1021 Columbia Circle Birmingham, AL 35242 | AL | Highland Lakes, LLC d/b/a Edelman Homes, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 205<br><br>23<br><br>24 |
| 19. | Blacker, Bruce | 921 Latil St. Long Beach, MS 39560 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC | 23<br><br>24<br><br>44<br><br>45 |
| 20. | Blankenship, Clyde, Jr. and Janie | 331 Highland View Drive Birmingham, AL 35242 | AL | | |
| 21. | Bodden, Roy and Bibi | 13911 Brayford Place Court Houston, TX 77014 | TX | | |
| 22. | Bond, Charles and Patty<br><br>**previously included in Omni I(B)** | 11561 Briarstone Place Gulfport, MS 39503 | MS | Great Southern Homes, Inc.<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 187<br><br>23<br><br>24 |
| 23. | Bordelson, Donald<br><br>**previously included in Omni I(B)** | 3404 Livingston Street New Orleans, LA 70118 | LA | Home Depot USA, Inc. | 20 |
| 24. | Braden, Charlotte L. | 14119 Seagler Spring Houston, TX 77044 | TX | | |

4

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 25. | Brady, John and Joann **\*previously included in Omni I** | 6585 Martinque Way Vero Beach, FL 32967 | FL | P.D.C. Drywall Contractors, Inc. | 504 |
| 26. | Brien, Karen and Richard | 6101 Clubhouse Drive Trussville, AL 35173 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |
| 27. | Brooks, Christopher J. and Katherine E. | 112 Timber Wood Drive Madisonville, LA 70447 | LA | Elite Home Construction, Inc. | 156 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |
| | | | | Interior/Exterior Building Supply, LP | 478 |
| | | | | Interior/Exterior Enterprises, LLC | 479 |
| 28. | Brooks, Jacel | 11927 Longwood Gardens Houston, TX 77047 | TX | | |
| 29. | Brown, Larry | 2041 Hamilton Place Birmingham, AL 35215 | AL | | |
| 30. | Brown, Toyanika | 5320 Washington Blvd. Theodore, AL 56582 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |
| 31. | Bruner, Janice and Ronald P. | 548 Pelican Ridge Drive Madisonville, LA 70447 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 32. | Buie, Dewayne | 1806 Gill Road Mobile, AL 36605 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 33. | Buuck, Christopher and Celeste | 60 Rolling Ridge Circle Odenville, AL 35120 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 34. | Calcutta, Richard and Debra | 2820 Villa Venezia Court Ocean Springs, MS 39564 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC | 23<br><br>24<br><br>44<br><br>45 |
| 35. | Callaway, Julian and Mona Joseph | 1132 SW Kickaboo Road North Miami Beach, FL 33311 | FL | | |
| 36. | Calle, Gina | 900 NW Leonardo Circle Port St. Lucie, FL 34986 | FL | Centerline Port St. Lucie, Ltd.<br><br>Centerline Homes, Construction, Inc. | 114<br><br>112 |
| 37. | Calvert, David | 17611 Simpson Road Prairieville, LA 70769 | LA | | |
| 38. | Carletto Real Estate Inc. | 40 NE 9th Avenue Cape Coral, FL 33909 | FL | Enchanted Homes, Inc. | 159 |
| 39. | Carter, James | 2375 Bellevue Terrace Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 40. | Carter, Niki F. | 21126 Wortham Oaks Drive Humble, TX 77338 | TX | | |

6

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 41. Caudle, Annie<br><br>**previously included in Omni I** | 297 Seven Oaks Drive Cook Springs AL 35052 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 42. Certain, Aleijandro and Renowitzky, Marcela | 9660 SW 146 Street Miami, FL 33176 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc.<br><br>Banner Supply Co. | 46<br><br>47<br><br>6 |
| 43. Chin, Gabriel and Mark | 12383 NW 80th Place Parkland, FL 33076 | FL | Banner Supply Co. | 6 |
| 44. Cindrich, Jeffery and Tamara | 4430 SW 12th Place Cape Coral, FL 33914 | FL | Rothchilt International, Ltd.<br><br>LaSuprema Trading, Inc. | 38<br><br>46 |
| 45. Clark, Charles E.<br><br>**previously included in Omni I** | 4337 Village Green Way Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 46. Clay, Aygemang | 3532 NW 14th Court Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |
| 47. Clayton, James Mark and S. Elizabeth<br><br>**previously included in Omni I(B)** | 1125 Springhill Lane Birmingham, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 48. Cochran, Jacob | 21442 Olympic Forest Drive Porter, TX 77365 | TX | | |
| 49. Cole, Allen and Glenda | 8591 Lower Bay Road Bay St. Louis, MS 39520 | MS | Bailey Lumber & Supply Company | 5 |
| 50. Coleman, Jessidra | 15121 SW 106th Avenue Miami, FL 33176 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc.<br><br>Banner Supply Co. | 46<br><br>47<br><br>6 |

7

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 51. Colston, Carl E. and Janice F. | 21511 Skyla Circle Humble, TX 77338 | TX | | |
| 52. Compton, David | 21127 Escala Drive Humble, TX 77338 | TX | | |
| 53. Cook, Fred | 18875 Ferney Lane Porter, TX 77365 | TX | | |
| 54. Corona, Vincent and Barbara | 737 Kahala Drive Diamondhead, MS 39525 | MS | Bailey Lumber & Supply Company | 5 |
| | | | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 55. Cowart, Kenneth **previously included in Omni I(B)** | 25620 County Road 65 Loxley, AL 36551 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 56. Cox, Paul | 203 Felicity St. Bay St. Louis, MS 39520 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Building Supply, LLC | 45 |
| 57. Crochett, Adam | 1829 Alvar Street New Orleans, LA 70117 | LA | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 58. Dahan, Stephanie and Daniel-Dahan, Oshrat | 3131 NE 14th Court Cape Coral, FL 33909 | FL | K. Hovnanian First Homes, LLC | 234 |
| 59. Daley, Keith and Maria | 3699 NE Renar Avenue Jensen Beach, FL 34957 | FL | | |

8

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 60. | Damas, Bedelia and Martinez, Carlos | 8425 NW 113th Path Doral, FL 33178 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc.<br><br>Banner Supply Co. | 46<br><br>47<br><br>6 |
| 61. | Dang, Phung T. | 18903 Bressingham Tomball, TX 77375 | TX | | |
| 62. | Darnell, Deidre | 21115 Escala Drive Humble, TX 77338 | TX | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 63. | Davis, Elliott and Teyona<br><br>**previously included in Omni I(B)** | 9312 Alcove Lane Ocean Springs, MS 39564 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 64. | Davis, Rebecca and Kenneth | 14188 Sampere Lane Tickfaw, LA 70466 | LA | | |
| 65. | Dawkins, Christine (C. Minters) | 3503 NW14th Court Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |
| 66. | DeBruin, Candice | 501 Falcon Lake Drive Friendswood, TX 77546 | TX | | |
| 67. | DeHarde, Christopher and Kelly | 64211 Virginia Drive Pearl River, LA 70452 | LA | | |
| 68. | DelValle, Ferdinand and Alba | 1005 SW McCoy Avenue Port St. Lucie, FL 34953 | NY | Paramount Quality Homes Corp. | 319 |
| 69. | Dennis, Jack, Jr. and Sabrina<br><br>**previously included in Omni I** | 301 Highland View Drive Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 70. | Dennis, John C. | 1106 Lake Forest Circle Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 71. | Denson, Bruce | 2533 Canterbury Road Birmingham, AL 35223 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 72. | Denton, Thomas Wade and Angela<br><br>**previously included in Omni I(A)** | 11151 Elysian Circle Daphne, AL 36526 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 73. | Destin, Norton and Stacy | 9235 Taftsberry Drive Houston, TX 77095 | TX | | |
| 74. | Dewey, Michael and Cynthia<br><br>**previously included in Omni I(B)** | 33165 Shinnecock Lane Loxley, AL 36551 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 75. | Diaz, Guillermo | `7864 NW 200th Street Miami, FL 33015 | FL | | |
| 76. | Dickey, Loren and Candice<br><br>**previously included in Omni I(B)** | 1291 Legacy Drive Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 77. | Ditta, Peggy | 8310 Maunalani Place Diamondhead, MS 39525 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 78. | Duarte, Jaime | 9314 Vender Rock Drive Houston, TX 77095 | TX | | |
| 79. | Eckersley, Joan and Gary Hahn | 2421 NE 65th St, 305 Fort Lauderdale, FL 33308 | FL | Banner Supply Company Pompano, LLC | 8 |
| 80. | Eckman, Christopher and Jennifer | 14487 Windmill Cove Gulfport, MS 39503 | MS | Sun Construction, LLC d/b/a Sunrise Homes<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 393<br><br>23<br><br>24 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 81. | Edwards, John and Annie | 3438 Acton Road Moody, AL 35004 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 82. | Eisenberg, Brian and Lauren **\*previously included in Omni I** | 9957 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Precision Drywall | 506 |
| 83. | Elliott, Dezman **\*previously included in Omni I** | 9845 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Precision Drywall | 506 |
| 84. | Eloi, Francois and Gina | 1422 Kew Gardens Avenue North Port, FL 34286 | FL | | |
| 85. | Esparza, Hector and Minerva | 4450 NW Brownell Terr. Port St. Lucie, FL 34983 | FL | Majestic Homes and Realty SW, LLC | 270 |
| | | | | Majestic Homes of Port St. Lucie, Inc. | 272 |
| | | | | Banner Supply Company Port St. Lucie, LLC | 9 |
| 86. | Estela, Michael and Melissa | 412 SW Kabot Avenue Port St. Lucie, FL 34953 | FL | | |
| 87. | Estes, Latresha | 8395 South Carolina Avenue Gulfport, MS 39501 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |
| 88. | Ezenweani, Ignatius | 25222 Ibris Ranch Drive Katy, TX 77494 | TX | | |

11

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 89. Fann, Ann **previously included in Omni I(B)** | 2084 Cypress Cove Zachary, LA 70791 | LA | Dunn Wright Construction, Inc. | 148 |
| 90. Fayyaz, Parveen **previously included in Omni I(B)** | 2360 Arbor Glen Birmingham, AL 35244 | AL | HPH Properties, LLC | 210 |
| | | | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 91. Felicetti, Steven and Gayle | 9941 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Banner Supply Company Pompano, LLC | 8 |
| | | | Rothchilt International, Ltd. | 38 |
| | | | LaSuprema Trading, Inc. | 46 |
| 92. Fernandez, Damian ***previously included in Omni I** | 14881 SW 161 Street Miami, FL 33187 | FL | CGF Construction Corp. | 119 |
| 93. Ferrell, Brian and Ginger | 120 Fox Valley Drive Maylene, AL 35114 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, LLC | 45 |
| 94. Ferrucci, Bridgette | 27280 Bradley Road Pass Christian, MS 39571 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Building Supply, LLC | 45 |
| 95. Fincher, Donald | 277 Penn Mill Lakes Boulevard Covington, LA 70435 | LA | | |
| 96. Frederic, Clifford | 3546 NW 14th Court Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |

12

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 97. Frenchman, Beth  *previously included in Omni I | 10133 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Precision Drywall | 506 |
| 98. Fugler, Judith and John, III | 11867 Home Port Drive Maurepas, LA 70449 | LA | | |
| 99. Fulgeira, Maria E. and Gonzalez, Oscar J.  *previously included in Omni IV | 8711 SW 203 Street Cutler Bay, FL 33189 | FL | Santa Barbara Estates, Inc. | 361 |
| 100. Gaita, Gina  *previously included in Omni I and III | 10480 SW Stephanie Way Unit #3-202 Port St. Lucie, FL 34986 | FL | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall  P.D.C. Drywall Contractors, Inc. | 502  504 |
| 101. Garcia, Andres and Samantha Medina | 1626 Trail Oaks Court Kingwood, TX 77339 | TX | | |
| 102. Gargala, Christopher and Susan  previously included in Omni I(B) | 120 Maple Trace Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, LLC | 23  24 |
| 103. Gaudio, Frank | 9817 Boraso Way South Unit #105 Fort Myers, FL 33908 | FL | | |
| 104. Ghent, Carol and Stovall, Wilma | 2421 NE 65th St., 415 Fort Lauderdale, FL 33308 | FL | Banner Supply Company Pompano, LLC | 8 |
| 105. Giles, Ryan | 2635 Dolly Ridge Road Vestavia Hills, AL 35243 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, LLC | 44  45 |
| 106. Gilmore, John and Connie | 1917 Russell Place St. Bernard, LA 70085 | LA | | |

13

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 107. | Givens, Stan and Bonnie | 2524 W. Maryland Avenue Tampa, FL 33629 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| | | | | Banner Supply Company Tampa, LLC | 10 |
| 108. | Glenz, David  *previously included in Omni IV | 2810 St. Barts Square Vero Beach, FL 32967 | FL | P.D.C. Drywall Contractors, Inc. | 504 |
| 109. | Gottlieb, David and Lindsey  previously included in Omni I | 1025 Columbia Circle Birmingham, AL 35242 | AL | Highland Lakes, LLC d/b/a Edelman Homes, LLC | 205 |
| | | | | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 110. | Grace, Anthony and Shewanda | 3607 NW 14th Court Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |
| 111. | Grau, Maryann and Steven  previously included in Omni I(B) | 1408 SW Seahawk Way Palm City, FL 34990 | FL | Chabot Enterprises, Inc. | 120 |
| | | | | Global Home Builders, LLC | 182 |
| | | | | Vicinity Drywall, Inc. | 528 |
| 112. | Green, Normie and JoAnn | 21623 Trilby Way Humble, TX 77338 | TX | | |
| 113. | Groves, Glenn and Margaret | 13546 Citrus Creek Court Fort Myers, FL 33905 | | Banner Supply Co. | 6 |
| 114. | Guerra, Jose A. Pineiro | 11422 NW 84th Terrace Miami, FL 33178 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| | | | | Banner Supply Co. | 6 |
| 115. | Guerra, Thomas and Janet | 2457 SE Isaac Road Port St. Lucie, FL 34952 | FL | | |

14

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 116. | Hahn, Ryan | 15364 Summerfield Dr. Gulfport, MS 39503 | KY | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |
| 117. | Harrison, Barrie and Hillary | 142 South East 13th Avenue Cape Coral, FL 33991 | CA | | |
| 118. | Hartenstein, Michael and Mary | 5929 Catina Street New Orleans, LA 70124 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |
| 119. | Hayes, Brian D. **previously included in Omni I** | 1031 Maryanna Road Calera, AL 35040 | AL | HPH Properties, LLC | 210 |
| | | | | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 120. | Hayes, Lennette | 72125 Stephen Street Abita Springs, LA 70420 | LA | | |
| 121. | Haynes, Juanita and Tracy | 1011 Maryanna Road Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 122. | Helms, Cynthia | 1882 Cedar Circle Dayton, TX 77535 | TX | | |
| 123. | Henderson, Linda **(previously listed in Omni I)** | 70510 Fourth Street Covington, LA 70433 | LA | Philips Abita Lumber Company d/b/a Abita Lumber Company, Inc. | 35 |

15

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 124. | Hernandez, Tatum B. and Charlene M. (previously listed in Omni I) | 68034 Marion Street Mandeville, LA 70471 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |
| | | | | Interior/Exterior Building Supply, LP | 478 |
| | | | | Interior/Exterior Enterprises, LLC | 479 |
| 125. | Hickey, Raymond and Elizabeth | 243 Carriage Pines Lane Covington, LA 70435 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |
| 126. | Hildago, Larry and Debra | 607 Trail Springs Court Kingwood, TX 77339 | TX | | |
| 127. | Hill, Robert W. | 21446 Pleasant Forest Bend Porter, TX 77365 | TX | | |
| 128. | Hiraldo, Winston | 3520 NE 3rd Drive Homestead, FL 33033 <br><br> 3377 NE 4th Street Homestead, FL 33033 | FL | | |
| 129. | Hodgson, Robert M. and Doris C. | 29382 Josephine Drive Elberta, AL 36530 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |
| 130. | Holden, Mark | 6912 Pinehurst Drive Ocean Springs, MS 39564 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |

16

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 131. | Holland, Cynthia | 4071 Cardinal Dr. Bay St. Louis, MS 39520 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |
| 132. | Hopper, Delbert A. | 160 Blairs Circle Pell City, AL 35128 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 133. | Horton, Jamie and Kimberly **previously included in Omni I** | 1020 Columbia Circle Birmingham, AL 35242 | AL | Highland Lakes, LLC d/b/a Edelman Homes, LLC | 205 |
| | | | | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 134. | House, Mary | 11913 San Spereil Drive Houston, TX 77047 | TX | | |
| 135. | Hueston, Deborah ***previously included in Omni I and III** | 10320 SW Stephanie Way Unit #211, Bldg. 7 Port St. Lucie, FL 34987 | FL | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall | 502 |
| | | | | P.D.C. Drywall Contractors, Inc. | 504 |
| 136. | Hughes, Charles and Kimberly | 362 Hickory Valley Road Trussville, AL 35173 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |

| | | | | | |
|---|---|---|---|---|---|
| **INTERVENING PLAINTIFFS** | | | | | |
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 137. | Hulse, Valerie and Mark | 138 Pebble Beach Drive Slidell, LA 70453 | LA | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |
| 138. | Indovina, Philip and Kathryn | 624 SW 11th Terrace Cape Coral, FL 33991 | WA | Hansen Homes of South Florida, Inc. | 202 |
| 139. | Jackson, James and Amy | 1060 Kings Way Birmingham, AL 35242 | AL | | |
| 140. | Jackson, Robbie | 398 Fossil Rock Road Springville, AL 35146 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |
| 141. | Jackson, Steve and Pam **previously included in Omni I** | 106 Miles Drive Bessemer, AL 35023 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 142. | Jacobson, Kevin and Rhonda | 1829 NW 20th Avenue Cape Coral, FL 33993 | FL | Oyster Bay Homes, Inc. | 313 |
| | | | | A1 Brothers, Inc. | 439 |
| | | | | Banner Supply Company Fort Myers, LLC | 7 |
| 143. | Jairaffo, James | 1873 SW Open View Drive Port St. Lucie, FL 34953 | FL | Majestic Homes and Realty SW, LLC | 270 |
| | | | | Majestic Homes of Port St. Lucie, Inc. | 272 |
| | | | | Banner Supply Company Port St. Lucie, LLC | 9 |

18

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 144. Jamel Investment, Inc. | 13430 SW 192nd Street Miami, FL 33177 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc.<br><br>Banner Supply Co. | 46<br><br>47<br><br>6 |
| 145. James, Jeremy and Parks-James, Monique | 210 Wild Bird Drive Spring, TX 77373 | TX | | |
| 146. Jenkins, Creig and Maria | 1423 NW 36th Way Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |
| 147. Jimenez, Pablo A., Jr. | 21514 Skyla Circle Humble, TX 77338 | TX | | |
| 148. Johns, Timothy and Shana | 21139 Escala Drive Humble, TX 77338 | TX | | |
| 149. Johnson, Brandon and Brandi | 28919 Hidden Cove Drive Magnolia, TX 77354 | TX | Supreme Builders | 397 |
| 150. Johnson, Charles and Molly<br><br>*previously included in Omni I | 10125 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Precision Drywall | 506 |
| 151. Johnson, George and Millicent<br><br>previously included in Omni I | 1129 Springhill Lane Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 152. Jones, Casey L. and Kelley C. | 5841 Chestnut Trace Birmingham, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 153. Jones, Dutchess | 5736 Park Side Pass Birmingham, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 154. Jones, James Roy | 5609 Savannah Woods Lane Rosharon, TX 77373 | TX | | |

19

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 155. Jones, Reginald and Winfred<br><br>**previously included in Omni I(A)** | 1040 Seminole Place Calera, AL 35040 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 210<br><br>23<br><br>24 |
| 156. Kellogg, James and Donna<br><br>**previously included in Omni I(A)** | 1140 Hardwood Cove Road Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 157. Kelly, Timothy | 9336 Alcove Lane Ocean Springs, MS 39565 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC | 23<br><br>24<br><br>44<br><br>45 |
| 158. Kidd, Trina | 354 Lang Avenue Pass Christian, MS 39571 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC | 23<br><br>24<br><br>44<br><br>45 |
| 159. King, Sara | 19106 Coxwood Lane Tomball, TX 77375 | TX | | |
| 160. Kirn, Joseph<br><br>**previously included in Omni I** | 1083 Baldwin Lane Birmingham, AL 35242 | AL | Anthony's Drywalls, Inc.<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 444<br><br>23<br><br>24 |

20