| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 161. | Klemann, Travis and Rachael<br><br>**previously included in Omni I** | 3942 SW Hainlin Street Port St. Lucie, FL 34953 | FL | Banner Supply Co. | 6 |
| | | | | Banner Supply Company Fort Myers, LLC | 7 |
| | | | | Banner Supply Company Pompano, LLC | 8 |
| | | | | Banner Supply Company Port St. Lucie, LLC | 9 |
| | | | | Banner Supply Company Tampa, LLC | 10 |
| 162. | Kluetz, James E. | 2421 NE 65th Street, Unit 2-412 Fort Lauderdale, FL 33308 | FL | Banner Supply Company Pompano, LLC | 8 |
| 163. | Knight, James and Christine | 7840 Rue Morgan Ocean Springs, MS 39564 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |
| 164. | Kubiak, Jeff | 6105 Clubhouse Drive Trussville, AL 35173 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |
| 165. | Kynard, Wylie | 3509 NW 14th Court Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |
| 166. | L&M Estates, Inc.<br><br>**\*previously included in Omni I** | 12430 SW 20th Street Davie, FL 33325 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprises, Inc. | 47 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 167. Lahey, Patrick<br><br>**\*previously included in Omni I** | 2817 St. Barts Square<br>Vero Beach, FL 32967 | FL | Banner Supply Co.<br><br>P.D.C. Drywall Contractors, Inc. | 6<br><br>504 |
| 168. Lambert, Brian | 444 SE 13th Place<br>Cape Coral, FL 33909 | FL | | |
| 169. Landry, Jeremy | 1978 Magnolia Circle<br>Dayton, TX 77535 | TX | | |
| 170. Lane, Peter and Sheila<br><br>**previously included in Omni I(B)** | 4004 Butler Springs Place<br>Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 171. Laughry, Richard | 1810 Clover Patch Lane<br>Alvin, TX 77511 | TX | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 172. LeBlanc, Cortney S. | 22240 8th Street<br>Abita Springs, LA 70420 | LA | | |
| 173. LeClair, Richard | 5512 Moss Hill Lane<br>Rosharon, TX 77583 | TX | | |
| 174. Lewis, Willie | 10121 Boulevard Way<br>New Orleans, LA 70127 | LA | | |
| 175. Limbach, Richard<br><br>**previously included in Omni I** | 2396 Arbor Glenn<br>Hoover, AL 35244 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 210<br><br>23<br><br>24 |
| 176. Lin, Chao Rui, Cui Ping and Lam, Chao Lin | 997 SW N. Globe Avenue<br>Port St. Lucie, FL 34953 | FL | Aburton Homes, Inc. | 50 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 177. Lin, Zian and Wen Mei **previously included in Omni I(B)** | 6275 NW Gisela Street Port St. Lucie, FL 34986 | FL | Banner Supply Co. | 6 |
| | | | Banner Supply Company Fort Myers, LLC | 7 |
| | | | Banner Supply Company Pompano, LLC | 8 |
| | | | Banner Supply Company Port St. Lucie, LLC | 9 |
| | | | Banner Supply Company Tampa, LLC | 10 |
| 178. Lumly, Michael and Brown, William | 3306 23rd Street, SW Leigh Acres, FL 33976 | FL | La Suprema Trading, Inc. | 46 |
| | | | La Suprema Enterprise, Inc. | 47 |
| | | | Banner Supply Company Fort Myers, LLC | 7 |
| 179. Lupo, John and Karen | 4811 Lupo Lane SW Ranches, FL 33330 | FL | La Suprema Trading, Inc. | 46 |
| | | | La Suprema Enterprise, Inc. | 47 |
| | | | Banner Supply Co. | 6 |
| 180. Lykes, Richard | 2017 Springhill Court Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, LLC | 45 |
| 181. Magana, Manuel | 10718 Country Squire Blvd. Baytown, TX 77523 | TX | | |
| 182. Mandsukhani, Gul | 8139 NW 108 Pl. Miami, FL 33178 | FL | La Suprema Trading, Inc. | 46 |
| | | | La Suprema Enterprise, Inc. | 47 |
| | | | Banner Supply Co. | 6 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 183. | Manuel, Alvin | 1047 Verde Trails Houston, TX 77073 | TX | | |
| 184. | Marshall, George and Beth **previously included in Omni I(B)** | 135 Poinsettia Loop Pass Christian, MS 39571 | MS | Interior/Exterior Building Supply, LP Interior/Exterior Enterprises, LLC | 23 24 |
| 185. | Mathieu, Monna | 3019/21 Robert Street New Orleans, LA 70125 | LA | | |
| 186. | Matzer, Joy and Robert | 348 Deer Ridge Lane Chelsea, AL 35043 | AL | | |
| 187. | Mauffray, Thomas and Sherrie | 8570 Lower Bay Road Bay St. Louis, MS 39520 | MS | Bailey Lumber & Supply Co. | 5 |
| 188. | Maytin, Rolando | 7758 NW 200 Street Miami, FL 33015 | FL | North Palm Estates Homes, Inc. La Suprema Trading, Inc. La Suprema Enterprise, Inc. Banner Supply Co. | 304 46 47 6 |
| 189. | McGarter, Charlene | 25557 Ramrock Dr. Porter, TX 77365 | TX | | |
| 190. | McKinley Development, LLC | 210 Second Avenue Long Beach, MS 39560 | MS | Interior/Exterior Building Supply, LP Interior/Exterior Enterprises, LLC | 23 24 |
| 191. | McKinney, Christopher and Courtney | 25223 Bluma Ranch Drive Katy, TX 77494 | TX | Interior/Exterior Building Supply, LP Interior/Exterior Enterprises, LLC | 23 24 |
| 192. | McLaury, Rex A. | 100 Spotted Fawn Road Huntsville, AL 35801 | AL | Interior/Exterior Building Supply, LP Interior/Exterior Enterprises, LLC | 23 24 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 193. McMillan, William and Maleah<br><br>**previously included in Omni I** | 3089 Arbor Bend Hoover, AL 35244 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 210<br><br>23<br><br>24 |
| 194. Meier, Christian and Stephanie McCauley | 2001 Cardinal Ridge Circle Friendswood, TX 77546 | TX | | |
| 195. Meleady, Jeffrey and Joyce<br><br>**previously included in Omni I(B)** | 9220 Plymouth Road Ocean Springs, MS 39564 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 196. Menendez, Charles and Margaret<br><br>**previously included in Omni I(B)** | 433 E. Beach Street Ocean Springs, MS 39564 | MS | Bailey Lumber & Supply Company | 5 |
| 197. Mikita, Michael<br><br>**\*previously included in Omni I** | 3125 NE 7th Drive Boca Raton, FL 33431 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc.<br><br>Antilles Vero Beach, LLC<br><br>P.D.C. Drywall Contractors, Inc. | 46<br><br>47<br><br>66<br><br>504 |
| 198. Miller, Rene | 23548 SW 112th Court Miami, Fl 33032 | FL | Lennar Homes, LLC<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc.<br><br>Banner Supply Co. | 253<br><br>46<br><br>47<br><br>6 |
| 199. Minear, Melinda<br><br>**previously included in Omni I(B)** | 602 Esplanade Avenue Bay St. Louis, MS 39520 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 200. | Mitchell, Donald | 6140/42 Pontchartrain Blvd. New Orleans, LA 70124 | LA | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 201. | Moreno, Jose | 17931 Avalon Point Ct. Cypress, TX 77429 | TX | | |
| 202. | Morgan, Ken<br><br>**previously included in Omni I(B)** | 22097 Cedar Street Robertsdale, AL 36567 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 203. | Moye, Sonya | 10378 Jack Springs Road Atmore, AL 36502 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 204. | Moye-Roach, Sabrina | 21631 Tribly Way Humble, TX 77338 | TX | | |
| 205. | Murray, John and Sylvia<br><br>**previously included in Omni I(B)** | 1628 2nd Street Gulfport, MS 39501 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 206. | Murray, Mary Craig and Joseph | 752 Cherry Hill Dr. Diamondhead, MS 39525 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC | 23<br><br>24<br><br>44<br><br>45 |
| 207. | Nabulsy, Samer | 18902 Telford Way Tomball, TX 77375 | TX | | |
| 208. | Newton, Donald J. and Marilyn S. | 15340 Overlook Drive Gulfport, MS 39503 | MS | Bailey Lumber & Supply Company | 5 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 209. Ng, Winnie & Cheewah **\*previously included in Omni I** | 10101 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Precision Drywall | 506 |
| 210. Nordean, Renee | 8369 Pegasus Drive Lehigh Acres, FL 33971 | FL | | |
| 211. O'Byrne, Richard and Pamela | 700 Beach Blvd. Unit 707 Long Beach, MS 39560 | MS | Interior/Exterior Building Supply, LP  Interior/Exterior Building Supply, LLC  Interior/Exterior Building Supply, LP  Interior/Exterior Building Supply, LLC | 23  24  44  45 |
| 212. Obeying His Commandments Holiness Church c/o Bishop Gloria Stewart **previously included in Omni I(B)** | 7212 6th Street Mobile, AL 36608 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, LLC | 23  24 |
| 213. Onsott, Margaret | 1948 Cocco Palm Place (SE 16th Street) Lauderdale by the Sea, FL 33062 | FL | La Suprema Trading, Inc.  La Suprema Enterprise, Inc.  Banner Supply Co. | 46  47  6 |
| 214. Orazco, Jose | 21543 Tribly Way Humble, TX 77338 | TX | | |
| 215. Otter, Keith and Melanie **previously included in Omni I(B)** | 331 Stonegate Drive Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, LLC | 23  24 |
| 216. Ozuna, Maria G. | 21139 Wortham Oak Humble, TX 77338 | TX | | |
| 217. Pacheco, Olga and Roberto Palma | 1055 Verde Trail Drive Houston, TX 77073 | TX | | |

27

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 218. | Parker, Pamela | 7048 Barrington Court New Orleans, LA 70128 | LA | | |
| 219. | Paschal, Susan | 21123 Escala Drive Humble, TX 77338 | TX | | |
| 220. | Patterson, Samantha and Cole, Rohan | 1421 NW 36th Way Lauderhill, FL 33311 | FL | Centerline Homes at Georgetown, LLC | 109 |
| | | | | Centerline Homes Construction, Inc. | 112 |
| | | | | Centerline Homes, Inc. | 113 |
| 221. | Pennisi, Steve | 2402 Solo Ridge Drive Spring, TX 77373 | TX | | |
| 222. | Peresich, Ron and Ashley | 659 North Haven Dr. Biloxi, MS 39532 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |
| 223. | Perez, Andres and Raquel | 574 Eisenhower Blvd. Lehigh Acres, FL 33974 | FL | Hansen Homes of South Florida, Inc. | 202 |
| 224. | Perez, Daniel and Martha | 25306 Hamden Valley Drive Richmond, TX 77406 | TX | | |
| 225. | Perez, Jose | 14931 Opera House Row Dr. Cypress, TX 77429 | TX | | |
| 226. | Perkins, Alfred, Jr. and Kerensa **previously included in Omni I(B)** | 607 Mill Springs Court Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 227. | Phillips, John | 21126 Feild House Court Humble, TX 77338 | TX | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 228. | Pinho, Dawn and Osvaldo | 1874 SW Effland Avenue Port St. Lucie, FL 34953 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| | | | | Banner Supply Company Port St. Lucie, LLC | 9 |
| 229. | Pinto, Jose and Stephanie **previously included in Omni I(B)** | 663 N. Vaughn Drive Satsuma, AL 36572 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 230. | Pipkin, Andrew and Valerie Kilgore | 415 Surtees Street Fairhope, AL 36532 | AL | | |
| 231. | Powell, Jeffery and Corrie | 5747 Park Side Road Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 232. | Powers, Guyana | 21127 Escala Drive Humble, TX 77338 | TX | | |
| 233. | Powers, Yolanda | 1079 Verde Trails Drive Houston, TX 77073 | TX | | |
| 234. | Promenade at Tradition Community Association, Inc. ***previously included in Omni I and III** | 430 NW Lake Whitney Place Port St. Lucie, FL 34986 | FL | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall | 502 |
| | | | | P.D.C. Drywall Contractors, Inc. | 504 |
| 235. | Prynada, Christine ***previously included in Omni IA** | 2068 Zuyder Terrace North Port, FL 34286 | FL | Banner Supply Company | 6 |
| | | | | Holiday Builders, Inc. | 207 |
| 236. | Rampersad, Kowsil Vidya and Balkrishna | 10769 NW 81 Lane Doral, FL 33178 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| | | | | Banner Supply Co. | 6 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 237. Ramsay, Craig | 7530 Blakeley Oaks Drive, S. Spanish Fort, AL 36527 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 238. Reed, Kenneth | 2140 NE 28th Street Cape Coral, FL 33909 | FL | Hansen Homes of South Florida, Inc. | 202 |
| 239. Rice, James and Heather<br><br>**previously included in Omni I(A)** | 17062 Equestrian Lane Fairhope, AL 36532 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 240. Rider, Tessie | 802 McMillan Avenue Bay Minette, AL 36507 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 241. Riggio, Brenda and Ignatius | 636 Huseman Lane Covington, LA 70435 | LA | Sun Construction, LLC d/b/a Sunrise Homes<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 393<br><br>44<br><br>45 |
| 242. Roberson, Stephen | 3014 Chelsea Ridge Trail Columbiana, AL 35051 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 243. Roberts, David and Ann | 207 Balentine St. Bay St. Louis, MS 39520 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC | 23<br><br>24<br><br>44<br><br>45 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 244. | Roberts, Don | 2006 Miteer Dr. Bay St. Louis, MS 39520 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |
| 245. | Roberts, Steven and Jennifer  *previously included in Omni I | 10013 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Precision Drywall | 506 |
| 246. | Rodriguez, Duviel | 2182 S.W. Algiers Port St. Lucie, FL 34953 | FL | | |
| 247. | Rodriguez, Jeryl and Jose  *previously included in Omni I | 9725 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Precision Drywall | 506 |
| 248. | Rodriquez, Josephine | 19103 Crystola Park Spring, TX 77373 | TX | | |
| 249. | Rohan, Patricia and Donald | 17407 Popcorn Avenue Vancleave, MS 39565 | MS | | |
| 250. | Rolfes, June | 8 Golf View Drive Pass Christian, MS 39571 | MS | Bailey Lumber & Supply Company | 5 |
| 251. | Roll, Patrick and Jane  previously included in Omni I | 2000 Mountain View Road Birmingham, AL 35210 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |

31

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 252. | Ronquille, Nikia and Felix | 4222 Noma Place Diamondhead, MS 39525 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |
| 253. | Rose, Martin and Roswitha | 184 Belle Grove Lane Royal Palm Beach, FL 33411 | FL | | |
| 254. | Rubio, Silverio and Julia **previously included in Omni I** | 730 Ridgefield Way Odenville, AL 35120 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 255. | Russoniello, Joe | 2421 NE 65th Street, Unit 205 Fort Lauderdale, FL 33308<br><br>2421 NE 65th Street, Unit 2-513 Fort Lauderdale, FL 33308<br><br>2421 NE 65th Street, Unit 2-612 Fort Lauderdale, FL 33308 | FL | Banner Supply Company Pompano, LLC | 8 |
| 256. | Saito, Drew | 2421 NE 65th Street, Unit 2-218 Fort Lauderdale, FL 33308 | FL | Banner Supply Company Pompano, LLC | 8 |
| 257. | Salinas, Jesus J. | 14123 Seagler Springs Lane Houston, TX 77044 | TX | | |
| 258. | Santamaria, Carolyn and Daniel **\*previously included in Omni I** | 8765 Cobblestone Preserve Court Boynton Beach, FL 33472 | FL | Precision Drywall | 506 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 259. | Santilles 2830, LLC | 2830 St. Barts Square Vero Beach, FL 32967 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| | | | | Antilles Vero Beach, LLC | 66 |
| | | | | P.D.C. Drywall Contractors, Inc. | 504 |
| 260. | Santilles 2837, LLC | 2837 St. Barts Square Vero Beach, FL 32967 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| | | | | Antilles Vero Beach, LLC | 66 |
| | | | | P.D.C. Drywall Contractors | 504 |
| 261. | Sardina, Raymond **\*previously included in Omni I** | 8812 SW 203 Terrace Cutler Bay, FL 33189 | FL | Santa Barbara Estates, Inc. | 361 |
| 262. | Schroth, Byron F. and Bernadette R. | 9588 Collier Loop Daphne, AL 36525 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 263. | Seal, Sandra | 26157 Via Del San Francesco Daphne, AL 36526 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |

33

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 264. | Sellier, Kent | 7068 Meadow Dale St. Bay St. Louis, MS 39520 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Building Supply, LLC | 24 |
| | | | | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Building Supply, LLC | 45 |
| 265. | Sewell, Michael and Laura | 3019 Joseph Street New Orleans, LA 70125 | LA | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 266. | Sewell, Randy | 2228 Waterford Village Missouri City, TX 77459 | TX | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 267. | Sheldon Friefeld, Inc. & Southern Homes Development Corp.  **\*previously included in Omni I** | 7242 Horizon Drive W. Palm Beach, FL 33412 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| | | | | Banner Supply Co. | 6 |
| 268. | Sherrell, Steven and Ashlei | 603 Trail Spring Court Kingswood, TX 77339 | TX | | |
| 269. | Sholz, Warren | 2305 Tarrytown Crossing Drive Conroe, TX 77304 | TX | | |
| 270. | Sinagra, Robert | 1800 South East Gaskins Circle Port Saint Lucie, FL 34952 | NY | | |
| 271. | Sindhu, Sarbjit Singh | 21122 Sprouse Circle Humble, TX 77338 | TX | | |
| 272. | Sirota, Alli and Paul  **\*previously included in Omni I** | 9629 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | Precision Drywall | 506 |

34

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 273. | Slidell Property Management, LLC (John Campbell) | 1013 Clairise Court Slidell, LA 70461<br><br>1029 Clairise Court Slidell, LA 70461<br><br>1072 Clairise Court Slidell, LA 70461<br><br>1080 Clairise Court Slidell, LA 70461<br><br>1096 Clairise Court Slidell, LA 70461<br><br>1033 Clairise Court Slidell, LA 70461<br><br>1036 Clairise Court Slidell, LA 70461 | CT | Southern Homes, LLC<br><br>Springhill, LLC | 374<br><br>378 |
| 274. | Sloan, Ashley | 21475 Forest Colony Porter, TX 77365 | TX | | |
| 275. | Smith, Frank and Cherylbeth<br><br>**previously included in Omni I** | 3698 Old Margaret Road Odenville, AL 35120 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 276. | Smith, Geoffery | 8199 Lock 17 Road Bessemer, AL 35023 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 277. | Smith, Karen | 580 Brooke Lane Odenville, AL 35120 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 278. | Smith, Shawn and April | 15471 Styx River Road Stapleton, AL 36578 | AL | Bass Homes, Inc.<br><br>Swift Supply, Inc. | 78<br><br>42 |
| 279. | Smith, Tim | 1592 Langston Road Carbon Hill, AL 35549 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |

35

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 280. Southern Equity Financial, LLC | 79 Wail Ridge Lane McHenry, MS 39561 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 281. Spencer, Johnny | 2216 Waterford Village Missouri City, TX 77459 | TX | | |
| 282. Spink-Farmer, Carol<br><br>**previously included in Omni I** | 2375 Arbor Glen Hoover, AL 35244 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 210<br><br>23<br><br>24 |
| 283. St. Onge, Sandra | 3697 N.E. Renar Avenue Jensen Beach, FL 34957 | FL | | |
| 284. Stark, David | 138 Shady Shoal Loop Fairhope, AL 36532 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC | 23<br><br>24<br><br>44<br><br>45 |
| 285. Stephens, Ricardo<br><br>***previously included in Omni I** | 8771 SW 203 Terrace Miami, FL 33189 | FL | Santa Barbara Estates, Inc. | 361 |
| 286. Stephens, Urseleen | 5161 Salinger Drive Darrow, LA 70725 | LA | D.R. Horton, Inc. | 134 |
| 287. Steven, Eva | 2122 Sprouse Circle Humble, TX 77338 | TX | | |
| 288. Stokes, Barbara | 16809 Old Ganey Road Bay Minette, AL 36507 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |

36

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 289. Storie, Phillip and Beth **previously included in Omni IV** | 201 Courtside Drive Birmingham, AL 35242 | AL | Highland Lakes, LLC d/b/a Edelman Homes, LLC | 205 |
| | | | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 290. Sullivan, Marianne and Michael T. | 1205 Pertshire Court Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, LLC | 45 |
| 291. Sutherland, Heath and Holly **previously included in Omni I(B)** | 3608 Morgans Run Parkway Bessemer, AL 35022 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 292. Swartz, Douglas | 2230 NW Juanita Place Cape Coral, FL 33993 | FL | Baywood Construction, Inc. | 82 |
| 293. Sweat, Gwen | 2421 NE 65th Street, Unit 309 Fort Lauderdale, FL 33308 | FL | Banner Supply Company Pompano, LLC | 8 |
| 294. Thames, David L. | 41 Quail Ridge Lane McHenry, MS 39561 | MS | O'Neil/Holliman Corporation | 309 |
| | | | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 295. Thompson, Clayton and Rose **previously included in Omni I(B)** | 510 Sears Avenue Waveland, MS 39576 | MS | Bailey Lumber & Supply Company | 5 |
| 296. Tillman, Joshua and Chassity **previously included in Omni I(B)** | 3113 Washington Street Bay St. Louis, MS 39520 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 297. Todd, Debra and Smith, Frank  **previously included in Omni I and IV** | 3396 NE 29th Avenue Lighthouse Point, FL 33064 | FL | Banner Supply Co. | 6 |
| | | | Banner Supply Company Pompano, LLC | 8 |
| | | | L&W Supply Corporation d/b/a Seacoast Supply | 28 |
| | | | La Suprema Trading, Inc. | 46 |
| | | | La Suprema Enterprise, Inc. | 47 |
| | | | Rothchilt International, Ltd. | 48 |
| 298. Tomeny, Phillip | 46 Mayhaw Road Covington, LA 70433 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, LLC | 45 |
| | | | Louisiana Lumber, LLC | 29 |
| 299. Torbet, Christopher  **previously included in Omni I** | 1278 Easterwood Blvd. Gardendale, AL 35071 | AL | HPH Properties, LLC | 210 |
| | | | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 300. Turner, Justin and Carolyn  **previously included in Omni I(B)** | 510 Crestview Lane Trussville, AL 35173 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 301. Valderrama, Ronald | 21122 Escala Drive Humble, TX 77338 | TX | | |
| 302. Valdovinos, Jose | 8215 Sugar Cane Baytown, TX 77523 | TX | | |
| 303. Varner, Rhonda | 8207 Sugar Cane Baytown, TX 77523 | TX | | |
| 304. Veal, David and Mary | 2284 Bellevue Court Hoover, AL 35226 | AL | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 305. | Veillion, Jr., Louis R. and Lisa L. | 113 Tammy Drive Slidell, LA 70458 | LA | | |
| 306. | Venditti, Dante and Brugh, Dale and Patricia | 16058 Via Solera Circle - Unit 103 Fort Myers, FL 33908 | NC (Venditti)<br><br>OH (Brugh) | | |
| 307. | Verner, Greg and Andrea<br><br>**previously included in Omni I(A)** | 15433 Timber Ridge Drive Foley, AL 36535 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |
| 308. | Verrett, Chavis and Catherine<br>**(being intervened in both Omnis I(C) and IV(C)** | 6939 Lagoon Court Greenwell Springs, LA 70739 | LA | 84 Lumber Company<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 1<br><br>44<br><br>45<br><br>478<br><br>479 |
| 309. | Viles, Shara and Andres | 845 Crestview Place Argo, AL 35173 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 44<br><br>45 |
| 310. | Vixama, Regine and Coffy, Martha<br><br>**previously included in Omni I(B)** | 3600 NW 13th Street Lauderhill, FL 33311 | FL | Centerline Homes at Georgetown, LLC<br><br>Centerline Homes Construction, Inc.<br><br>Centerline Homes, Inc. | 109<br><br>112<br><br>113 |
| 311. | Walla, Henry and Dorothy | 307 Burris Park Spring, TX 77373 | TX | | |
| 312. | Wallace, Travis T., III and Leslie | 330 Gershwin Drive Houston, TX 77079 | TX | | |
| 313. | Wallace, Walter and Sandra | 10907 Northam Drive Tomball, TX 77375 | TX | | |
| 314. | Walsh, John and Louise | 450 SE St. Lucie Blvd. Stuart, FL 34996 | FL | P.D.C. Drywall Contractors, Inc. | 504 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 315. Watts, Darlene and Dennis | 13320 Jocelyn Walker, LA 70785 | LA | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24<br><br>44<br><br>45 |
| 316. Weller, Jeffrey and Diane<br><br>**previously included in Omni I(B)** | 20455 NW 13th Street Dunnellon, FL 34431 | FL | L&W Supply Corporation d/b/a Seacoast Supply | 28 |
| 317. West, Manuela | 2114 Grandin Wood Court Humble, TX 77338 | TX | | |
| 318. Williamson, Chris and Nicole<br><br>**previously included in Omni IV** | 1001 Seminole Place Calera, AL 35040 | AL | Lifescape Builders, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 255<br><br>23<br><br>24 |
| 319. Wilson, Scott | 25307 Metzler Creek Dr. Spring, TX 77389 | TX | | |
| 320. Wisniewski, Jerry | 6700 Southwind Blvd. Biloxi, MS 39529 | MS | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Building Supply, LLC | 23<br><br>24<br><br>44<br><br>45 |
| 321. Wood, Glen | 6034 Pontaic Drive Kiln, MS 39556 | MS | | |
| 322. Wright, Lori Ledesma<br><br>**previously included in Omni I(B)** | 1667 Nichole Woods Drive Houston, TX 77047 | TX | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |

40

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 323. | Wright, Stephen | 1726 NE 6th Street Boynton Beach, FL 33435 | FL | | |
| 324. | Youdan, James C. | 21142 Wortham Oaks Drive Humble, TX 77338 | TX | | |
| 325. | Youssef, Mark and Marian **previously included in Omni IV(A)** | 445 21st Court SW Vero Beach, FL 32962 | FL | Banner Supply Co. | 6 |
| | | | | Banner Supply Company Fort Myers, LLC | 7 |
| | | | | Banner Supply Company Pompano, LLC | 8 |
| | | | | Banner Supply Company Port St. Lucie, LLC | 9 |
| | | | | Banner Supply Company Tampa, LLC | 10 |
| 326. | Zakhary, Bahgat **previously included in Omni IV(A)** | 430 21st Court SW Vero Beach, FL 32962 | FL | Banner Supply Co. | 6 |
| | | | | Banner Supply Company Fort Myers, LLC | 7 |
| | | | | Banner Supply Company Pompano, LLC | 8 |
| | | | | Banner Supply Company Port St. Lucie, LLC | 9 |
| | | | | Banner Supply Company Tampa, LLC | 10 |
| 327. | Zelazny, Louis | 405 NW 8th Terrace Cape Coral, FL 33993 | FL | United Home Builders, Inc. | 417 |
| 328. | Zeno, Lenol R. | 21115 Rebecca Hill Court Richmond, TX 77406 | TX | | |

41

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 329. | Zolak, Joan | 201 Legacy Court Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |

## ALLEGATIONS REGARDING DEFENDANT GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG

1.      Defendant Gebrueder Knauf Verwaltungsgesellschaft, KG ("GKV") is a foreign corporation doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  GKV is an investment holding company owned by members of the Knauf family including Alfons Frederick Knauf, Karl Rudolf Thies, Alfons Jean Knauf, Christine Brigitte Knauf, Karl Heinrich Knauf, Angelika Werhan, Beatrix Knauf, Carlo Knauf, Christiane Knauf, Alexander Heinrich Knauf, Isabel Corinna Knauf, Mathias Knauf, Karl Konstantin Knauf, Phillippe Knauf, Rupert Knauf, Dr. Albrecht Knauf Beteiligungs GmbH & Company KGI, Lothar Knauf, Nikolaus Knauf, and Baldwin Knauf. GKV is the parent corporation of Defendant Knauf International GmbH.

2.      GKV acted as an agent for Knauf GIPS KG and the Knauf Group lending assistance and participating in the design, manufacture, importing, promotion, distribution, marketing, supply, and sale of the drywall at issue in this litigation to American suppliers. Accordingly, GKV was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold.  This conduct by GKV has resulted in harm and damages to Plaintiffs.