## ALLEGATIONS REGARDING DEFENDANT KNAUF INTERNATIONAL GmbH

3.      Defendant Knauf International GmbH ("Knauf International") is foreign corporation doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Knauf International is a holding company for GKV and the Knauf Group.  It is closely related to Knauf Gips.  Knauf International is the parent corporation of Defendants Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf.

4.      Knauf International acted as an agent for Knauf GIPS KG and the Knauf Group lending assistance and participating in the design, manufacture, importing, promotion, distribution, marketing, supply, and sale of the drywall at issue in this litigation to American suppliers.  Accordingly, Knauf International was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold.  This conduct by Knauf International has resulted in harm and damages to Plaintiffs.

## ALLEGATIONS REGARDING DEFENDANT KNAUF INSULATION GmbH

5.      Defendant Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA) is a foreign corporation with a principal place of business in Shelbyville, Indiana.

6.      Upon information and belief, Knauf Insulation is a subsidiary of GKV.  Knauf Insulation acted as an agent for Knauf GIPS KG and the Knauf Group lending assistance and participating in the promotion, distribution, marketing, and sale of the drywall at issue in this litigation to American suppliers.  Accordingly, Knauf Insulation was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold.  This conduct by Knauf Insulation has resulted in harm and damages to Plaintiffs.

### ALLEGATIONS REGARDING DEFENDANT KNAUF UK GmbH

7.        Defendant Knauf UK GMBH ("Knauf UK") is a foreign corporation doing business in  doing business in several states including but not limited to Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.

8.        Knauf UK is involved in the insulation and building material industry.  It is associated with GKV, Knauf Gips and the Knauf Group.  Knauf UK has participated in the activities and sales of the Knauf Group's drywall manufactured in China and sold in the United States.  This conduct by Knauf Insulation has resulted in harm and damages to Plaintiffs.

### DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

### PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a.      an order certifying the case as a class action;

b.      an order certifying the Class and each of the Subclasses;

c.      an order appointing Plaintiffs as the Class Representatives of the Class;

d.      an order appointing undersigned counsel and their firms as counsel for the Class;

e.      compensatory and statutory damages;

f.      punitive damages as allowed by law;

g.      pre and post-judgment interest as allowed by law;

44

h.      injunctive relief;

i.      an award of attorneys' fees as allowed by law;

j.      an award of taxable costs; and

k.      any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated:  December 15, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

45

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE[1]**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

---

[1]Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel.

**Baron & Budd; Alters Law Firm, P.A.; and**
**Shapiro, Blasi, Waserman & Gora, PA**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Alcindor, Robert and Nancy | Ghent, Carol and |
| Ali, Jennifer and Lindon | Stovall, Wilma |
| Augustin, Elena | Gilmore, John and Connie |
| Baldwin, Ralph | Grace, Anthony and Shewanda |
| Callaway, Julian and Mona Joseph | Groves, Glenn and Margaret |
| Chin, Gabriel and Mark | Guerra, Thomas and Janet |
| Clay, Aygemang | Jairaffo, James |
| Daley, Keith and Maria | Jenkins, Creig and Maria |
| Dawkins, Christine (C. Minters) | Kluetz, James E. |
| Diaz, Guillermo | Kynard, Wylie |
| Eckersley, Joan and Gary Hahn | Russoniello, Joe |
| Esparza, Hector and Minerva | Saito, Drew |
| Estela, Michael and Melissa | Sweat, Gwen |
| Frederic, Clifford | Wright, Stephen |

**Barrios, Kingsdorf & Casteix, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Hartenstein, Michael and Mary
St. Onge, Sandra
Tomeny, Phillip
Venditti, Dante and
Brugh, Dale and Patricia

**Becnel Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Arroyo, Terrell | Parker, Pamela |
| DeHarde, Christopher and Kelly | Rider, Tessie |
| Fincher, Donald | Riggio, Brenda and Ignatius |
| Fugler, Judith and John, III | Rolfes, June |
| Hayes, Lennette | Smith, Shawn and April |
| Hickey, Raymond and Elizabeth | Stephens, Urseleen (also a client of Morris Bart, LLC) |
| Lewis, Willie | |

**Berniard Law Firm**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bruner, Janice and Ronald P.
Davis, Rebecca and Kenneth

**Bruno & Bruno, L.L.P.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Calvert, David
Crochett, Adam
Mathieu, Monna
Mitchell, Donald

**Collins & Horsley, P.C.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Augusta, Twana
Austin, Anthony and Kathryn
Becerril, Jose
Bennett, Lynell
Bodden, Roy and Bibi
Braden, Charlotte L.
Brooks, Jacel
Carter, Niki F.
Cochran, Jacob
Colston, Carl E. and Janice F.
Dang, Phung T.
Ezenweani, Ignatius
Garcia, Andres and Samantha Medina
Green, Normie and JoAnn
Helms, Cynthia
Hildago, Larry and Debra
Hill, Robert W.
House, Mary
Jackson, James and Amy
James, Jeremy and
Parks-James, Monique
Jimenez, Pablo A., Jr.
Jones, James Roy
King, Sara

Landry, Jeremy
Magana, Manuel
Manuel, Alvin
Meier, Christian and Stephanie McCauley
Moye-Roach, Sabrina
Nabulsy, Samer
Orazco, Jose
Ozuna, Maria G.
Pacheco, Olga and Roberto Palma
Paschal, Susan
Pennisi, Steve
Phillips, John
Powers, Yolanda
Rodriquez, Josephine
Salinas, Jesus J.
Sherrell, Steven and Ashlei
Sholz, Warren
Sloan, Ashley
Steven, Eva
Walla, Henry and Dorothy
Wallace, Travis T., III and Leslie
Wallace, Walter and Sandra
West, Manuela
Youdan, James C.

**Colson, Hicks, Eidson, Colson Matthews, Martinez,**
**Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/**
**Hausfeld, LLP and Law Offices of Richard J. Serpe,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Andrews, Tia
Brady, John and Joann
Certain, Aleijandro and
Renowitzky, Marcela
Coleman, Jessidra
Damas, Bedelia and
Martinez, Carlos
Eisenberg, Brian and Lauren
Elliott, Dezman
Fernandez, Damian
Frenchman, Beth
Fulgeira, Maria E. and
Gonzalez, Oscar J.
Gaita, Gina
Givens, Stan and Bonnie
Glenz, David
Guerra, Jose A. Pineiro
Hueston, Deborah
Jamel Investment, Inc.
Johnson, Charles and Molly
L&M Estates, Inc.
Lahey, Patrick
Lumly, Michael and

Brown, William
Lupo, John and Karen
Mandsukhani, Gul
Maytin, Rolando
Mikita, Michael
Miller, Rene
Ng, Winnie & Cheewah
Onsott, Margaret
Pinho, Dawn and Osvaldo
Promenade at Tradition Community
Association, Inc.
Prynada, Christine
Rampersad, Kowsil Vidya and Balkrishna
Roberts, Steven and Jennifer
Rodriguez, Jeryl and Jose
Santamaria, Carolyn and Daniel
Santilles 2830, LLC
Santilles 2837, LLC
Sardina, Raymond
Sheldon Friefeld, Inc. & Southern Homes
Development Corp.
Sirota, Alli and Paul
Stephens, Ricardo

**Don Barrett, P.A.**
**Lovelace Law Firm, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Newton, Donald J. and Marilyn S.

**Doyle Law Firm, PC,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Brien, Karen and Richard
Buuck, Christopher and Celeste
Carter, James
Dennis, John C.
Denson, Bruce
Ferrell, Brian and Ginger
Giles, Ryan
Jackson, Robbie

Jones, Dutchess
Kubiak, Jeff
Lykes, Richard
Moye, Sonya
Ramsay, Craig
Roberson, Stephen
Seal, Sandra
Smith, Geoffery

50

Smith, Karen                                    Sullivan, Marianne and Michael T.
Smith, Tim                                      Viles, Shara and Andres
Stokes, Barbara                                 Zolak, Joan

**Gainsburgh, Benjamin, David, Meunier  & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

LeBlanc, Cortney S.
Schroth, Byron F. and Bernadette R.
Veillion, Jr., Louis R. and Lisa L.

**Herman, Herman, Katz & Cotlar, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Brooks, Christopher J. and Katherine E.
Henderson, Linda
Hernandez, Tatum B. and Charlene M.
Verrett, Chavis and Catherine (also a client of Haley & McKee, LLC)

**Lambert & Nelson, PLC,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Hulse, Valerie and Mark
Slidell Property Management, LLC
(John Campbell)
Watts, Darlene and Dennis

**Lemmon Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Sewell, Michael and Laura

**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Cindrich, Jeffery and Tamara
Felicetti, Steven and Gayle
Matzer, Joy and Robert
Rohan, Patricia and Donald
Walsh, John and Louise

**Lewis & Roberts, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Abt, Benjamin and Jennifer
Adams, John H., III and Bonnie
Bicehouse, Daniel and Tracy
Blankenship, Clyde, Jr. and Janie
Bond, Charles and Patty
Bordelson, Donald
Brown, Larry
Buie, Dewayne
Calle, Gina
Caudle, Annie
Clark, Charles E.
Clayton, James Mark and S. Elizabeth
Cole, Allen and Glenda
Corona, Vincent and Barbara
Cowart, Kenneth
Davis, Elliott and Teyona
Dennis, Jack, Jr. and Sabrina
Denton, Thomas Wade and Angela
Destin, Norton and Stacy
Dewey, Michael and Cynthia
Dickey, Loren and Candice
Eckman, Christopher and Jennifer
Edwards, John and Annie
Fann, Ann
Fayyaz, Parveen
Gargala, Christopher and Susan
Gottlieb, David and Lindsey
Grau, Maryann and Steven
Hayes, Brian D.
Haynes, Juanita and Tracy
Holden, Mark
Horton, Jamie and Kimberly
Hughes, Charles and Kimberly
Jackson, Steve and Pam
Johnson, Brandon and Brandi
Johnson, George and Millicent
Jones, Reginald and Winfred
Kellogg, James and Donna
Kirn, Joseph
Klemann, Travis and Rachael
Lane, Peter and Sheila
Limbach, Richard
Lin, Chao Rui, Cui Ping and

Lam, Chao Lin
Lin, Zian and Wen Mei
Marshall, George and Beth
Mauffray, Thomas and Sherrie
McLaury, Rex A.
McMillan, William and Maleah
Meleady, Jeffrey and Joyce
Menendez, Charles and Margaret
Minear, Melinda
Morgan, Ken
Murray, John and Sylvia
Obeying His Commandments Holiness Church
c/o Bishop Gloria Stewart
Otter, Keith and Melanie
Patterson, Samantha and
Cole, Rohan
Perkins, Alfred, Jr. and Kerensa
Pinto, Jose and Stephanie
Powell, Jeffery and Corrie
Rice, James and Heather
Roll, Patrick and Jane
Rubio, Silverio and Julia
Smith, Frank and Cherylbeth
Spink-Farmer, Carol
Storie, Phillip and Beth
Sutherland, Heath and Holly
Thames, David L.
Thompson, Clayton and Rose
Tillman, Joshua and Chassity
Todd, Debra and Smith, Frank
Torbet, Christopher
Turner, Justin and Carolyn
Veal, David and Mary
Verner, Greg and Andrea
Vixama, Regine and Coffy, Martha
Weller, Jeffrey and Diane
Williamson, Chris and Nicole
Wright, Lori Ledesma
Youssef, Mark and Marian
Zakhary, Bahgat
Zelazny, Louis
Zeno, Lenol R.

**Lumpkin, Reeves & Mestayer, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Betzer, Lenny
Blacker, Bruce
Brown, Toyanika
Calcutta, Richard and Debra
Cox, Paul
Estes, Latresha
Ferrucci, Bridgette
Hahn, Ryan
Holland, Cynthia
Kelly, Timothy
Kidd, Trina

Knight, James and Christine
Murray, Mary Craig and Joseph
O'Byrne, Richard and Pamela
Peresich, Ron and Ashley
Roberts, David and Ann
Roberts, Don
Ronquille, Nikia and Felix
Sellier, Kent
Stark, David
Wisniewski, Jerry

**McCallum, Hoaglund, Cook & Irby, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Hopper, Delbert A.
Jones, Casey L. and Kelley C.

**Middagh & Lane, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Duarte, Jaime
LeClair, Richard
McGarter, Charlene
Moreno, Jose
Perez, Jose
Wilson, Scott

**Morgan & Morgan, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bhatia, Jasbir
Dahan, Stephanie and Daniel-Dahan, Oshrat
Jacobson, Kevin and Rhonda
Reed, Kenneth
Swartz, Douglas

**Parker Waichman Alonso, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Bayoh, Jarieu | Indovina, Philip and Kathryn |
| Carletto Real Estate Inc. | Nordean, Renee |
| Eloi, Francois and Gina | Perez, Andres and Raquel |
| Gaudio, Frank | Rose, Martin and Roswitha |
| Harrison, Barrie and Hillary | Sinagra, Robert |
| Hiraldo, Winston | Sindhu, Sarbjit Singh |

**Reich & Binstock, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Aguirre, Gilberto | Perez, Daniel and Martha |
| Compton, David | Powers, Guyana |
| Cook, Fred | Sewell, Randy |
| Darnell, Deidre | Spencer, Johnny |
| DeBruin, Candice | Valderama, Ronald |
| Johns, Timothy and Shana | Valdovinos, Jose |
| Lambert, Brian | Varner, Rhonda |
| Laughry, Richard | Wood, Glen |
| McKinney, Christopher and Courtney | |

**Shapiro, Blasi, Wasserman & Gora, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Rodriguez, Duviel
Stone, Granade & Crosby
Pipkin, Andrew and Valerie Kilgore

**Vaughan Bowden, PA**
**Wooten Law Firm, PLLC ,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bell, James and June
Ditta, Peggy
McKinley Development, LLC
Southern Equity Financial, LLC

**Weiss, Handler, Angelos & Cornwell, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

DelValle, Ferdinand and Alba

54

**Yance Law Firm, LLC** ,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Hodgson, Robert M. and Doris C.

# EXHIBIT A

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.* - 09-07628

**Exhibit "A"–Plaintiffs' Counsel Contact Information in
Plaintiffs', Bonnie and John H. Adams, III, *et al.*,
Omnibus Class Action Complaint in Intervention (I(C))**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy W. Alters<br>Alters Law Firm, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

Jeffrey P. Berniard
Berniard Law Firm
643 Magazine Street, Suite 402
New Orleans, LA 70130
Phone: (504) 527-6225
Fax: (504) 617-6300
Jeffberniard@laclaim.com

Joseph M. Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-1335
Fax: (504) 561-6775
www.brunobrunolaw.com

W. Brian Collins
Allston Macon
Collins & Horsley, PC
2021 Morris Avenue
Suite 200
Birmingham, AL 35203
brian@collinshorsley.com
205-324-1834
205-324-1846 fax

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Paul Taylor
Don Barrett, P.A.
Lovelace Law Firm, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095
Phone: (662) 834-2488
Fax: (662) 834-2628
ptaylor@barrettlawoffice.com

Jimmy Doyle, Esquire
Doyle Law Firm, PC
P.O. Box 36445
Birmingham, AL 35236
Phone:  (205) 533-9500
Fax: (205) 332-1362
jvdoyle2@yahoo.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Michael D. Hausfeld
Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Hugh P. Lambert
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130-3629
Phone: (504) 581-1750
Fax: (504) 529-2931
amy@lambertandnelson.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Andrew A. Lemmon
Irma L. Netting
Lemmon Law Firm, LLC
P.O. Box 904
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
tiffany@lemmonlawfirm.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner &
Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC  27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

James Reeves
Lumpkin, Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
info@lumpkinreeves.com

Eric Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
ehoaglund@mhcilaw.com

Robert Lane
Middagh & Lane, PLLC
5433 Westheimer Road, Suite 875
Houston, TX 77056
Phone: (713) 581-7358
lane@middaghlaw.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Jerrold Parker
Jordan L. Chaikin
April S. Goodwin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

Jordan Torry
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dacevedo@reichandbinstock.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com

Thomas Vaughn
Vaughn & Bowden, PA
P.O. Box 240
Gulfport, MS 39502
Phone: (228) 863-5656
Fax: (228) 863-8962

Eric D. Wooten
Wooten Law Firm, PLLC
P.O. Box 640
Gulfport, MS 39502
Phone: (228) 214-1281
Fax: (228) 864-8962
wooten@wootenlawfirmms.com

Seth A. Kolton
Weiss, Handler, Angelos & Cornwell, P.A.
2255 Glades Road, Suite 218-A
Boca Raton, FL 33437
Phone: (561) 997-9995
Fax: (561-997-5280
hbh@weissandhandlerpa.com

R. Tucker Yance
Yance Law Firm, LLC
169 Dauphin Street, Suite 318
Mobile, AL 36602
Phone:  (251) 432-8003
Fax:  (251) 432-8009
www.yancelaw.com