# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>Payton, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-07628 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of

Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said

motion is GRANTED.  The clerk is hereby directed to enter of record Plaintiffs' Bonnie and John

H. Adams, III, *et al.*, Omnibus Class Action Complaint in Intervention (I(C)), Exhibit "A" to

Plaintiffs' Motion to Intervene.

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the

proceedings in *Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628 (E.D.La.).


By the Court,


_____

HONORABLE ELDON E. FALLON

1