## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2010, the Notice of Hearing, Plaintiffs' Motion to Intervene and Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of December, 2010.

I further certify that service on all unrepresented domestic defendants on the attached list was made via First Class Mail at their last known address.

Dated: December 15, 2010

_____
Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

| *PAYTON - OMNI I*<br>**DEFENDANTS' LIST** |
| --- |
| **DEFENDANT** |
| 911 Drywall, Inc.<br>141 Kamal Parkway<br>Cape Coral, FL 33904 |
| Ace Drywall<br>22214 Hoffman Road<br>Mandeville, LA 70471 |
| Adam Carpenter<br>102 Chinchuba Gardens Dr.<br>Mandeville, LA 70471 |
| Alana Development Corporation<br>56 Sandpiper Drive<br>St. Augustine, FL 32086 |
| Alternative Source, Inc.<br>503 S. Holly St.<br>Hammond, LA 70403 |
| American Dream Builders, Inc.<br>17598 Boat Club Drive<br>Fort Myers, FL 33908 |
| American Gallery Development Group, LLC<br>d/b/a American Gallery Homes<br>1120 Skiff Place<br>Sanibel, FL 33957 |
| Anthony F. Marino General Contractor, LLC<br>4800 Sharp Rd.<br>Mandeville, LA 70471 |
| Anthony Raggs<br>10810 NW 19th Avenue<br>Miami, FL 33167 |
| Anthony Skrmetti<br>130 Daniels Way<br>Perkinston, MS 39573 |
| Arizen Homes, Inc.<br>3905 N.W. 122nd Terrace<br>Sunrise, FL 33323 |
| B&W Complete Construction, Inc.<br>5257 NW Gamma St.<br>Port St. Lucie, FL 34986 |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| Belmont Lakes Investments, LLC<br>10100 West Sample Road, Suite 205<br>Coral Springs, FL 33065 |

| *PAYTON - OMNI I*<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Bill Gregory Drywall<br>3775 Creekwood Circle<br>Loganville, GA 30052 |
| Blackhawk Partners, LLC<br>2840 University Drive<br>Coral Springs, FL 33065 |
| Bonita Beachwalk, LLC<br>1955 Mission Drive<br>Naples, FL 34109 |
| Bove Company<br>Hathaway & Reynolds, PA<br>115 Professional Drive<br>Suite 101<br>Ponte Vedra Beach, FL 32092 |
| Brantly Homes, Inc.<br>501 Crosscreek Trail<br>Pelham, AL 35124 |
| Brian Papania<br>22074 Family Lane<br>Picayune, MS 39466 |
| Building Materials Wholesale (B.M.W.)<br>11470 Ashley Drive<br>Panama City, FL 32413 |
| Caribe Central LLC<br>5901 SW 74th St. #411<br>Miami, FL  33143 |
| Caribe East LLC<br>5901 S.W. 74th ST., Ste. 411<br>Miami, FL 33143 |
| Catalano Custom Homes, LLC<br>71 Victoria Lane<br>Mandeville, LA 70471 |
| CDC Builders, Inc.<br>5805 Blue Lagoon Drive, Ste. 480<br> Miami, FL 33126 |
| Centurion Homes of Louisiana, LLC<br>210 Eydie Lane<br>Slidell, LA 70458 |
| Chabot Enterprises, Inc.<br>5135 S.E. Manatee Terrace<br>Stuart, FL 34997 |
| Chris Billot<br>70269 7th Street<br>Covington, LA 70433 |
| Christopher M. Odom<br>107 Westwood St.<br>Mobile, AL 36606 |

| *PAYTON - OMNI I* DEFENDANTS' LIST |
| --- |
| **DEFENDANT** |
| Craftsmen Builders, Inc.<br>737 E. Atlantic Blvd.<br>Pompano Beach, FL 33060 |
| Crosby Development Company, L.L.C.<br>311 Rue St. Ann<br>Metairie, LA 70005 |
| CSI Contractor Services, Inc.<br>744 Overriver Drive<br>North Fort Myers, FL 33903 |
| David Ray Gavins<br>Gavins Construction Company<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| DeMorgan Homes of Bradenton, Inc., a/k/a Mtn Homes Southwest, Inc<br>.11503 Savannah Lakes Drive<br>Parrish, FL 34219 |
| Design Contractors, LLC<br>40235 Hwy 42, Ste. C<br>Prairieville, LA 70769 |
| Drywall Service<br>20257 Dan Walker Rd.<br>Saucier, MS 39574 |
| Drywall Service, Inc.<br>306 McSween Road<br>Picaune, MS 39466 |
| E. Jacob Fakouri Construction, Inc.<br>c/o Elias Jacob Fakouri<br>15735 Florida Blvd.<br>Baton Rouge, LA 70819 |
| E.B. Developers, Inc.<br>Kodsi Law Firm PA<br>701 W. Cypress Creek Road, 3rd Floor<br>F.t Lauderdale, FL 33309 |
| EH Building Group<br>Michelle Sides, Esquire 544 Terrace View Pl.<br>Port Hueneme, CA 93041 |
| Elite Construction Co. SW Inc.<br>2327 Lowe Davis Road<br>Covington, LA 70435 |
| Elite Home Construction Inc.<br>22521 Lowe Davis Rd.<br>Covington, LA 70435 |
| Empire Construction, LLC<br>30441 SH 59<br>Loxley, AL |

| *PAYTON - OMNI I*<br>**DEFENDANTS' LIST** |
| --- |
| **DEFENDANT** |
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 |
| Excel Construction of S.W. Florida, Inc.<br>2217 SW 43rd St.<br>Cape Coral, FL 33914 |
| Executive Home Builders, LLC<br>12040 Niece Rd. St.<br>Amant, LA 70774 |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 |
| First Construction Corporation<br>1344 Villere St<br>Mandeville, LA  70448 |
| Florida Style Services, Inc.<br>2422 SE 28th Street<br>Cape Coral, FL 33904 |
| Fusion Building Concepts, Inc.<br>701 North Lake Davis Drive<br>Orlando, FL 32806 |
| G. Drywalls Corporation<br>14602 SW 182nd Terrace<br>Miami, FL 33177 |
| Garram Homes, Inc.<br>999 Ponce De Leon Blvd.  720<br>Coral Gables, FL 33134 |
| Gatco Construction, Inc.<br>16570 Crownsbury Way, Unit 101<br>Fort Myers, FL 33908 |
| Gateway Drywall, Inc.<br>3091 SE Jay Street<br>Stuart, FL 34997 |
| Gavins Construction Company<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| Genesis Residential Group, Inc<br>200 Central Ave., #290<br>Saint Petersburg, FL 33701 |
| George Meza<br>4824 Belle Drive<br>Metarie, LA 70006 |
| GL Homes Limited Corporation a/k/a GL Homes<br>Limited Corporation<br>1600 Sawgrass Corporate Parkway<br>Sutie 230<br>Sunrise, FL 33323 |

| *PAYTON - OMNI I* |
| :-- |
| DEFENDANTS' LIST |

| DEFENDANT |
| :-- |
| Gooden Homes, LLC<br>201 S. Charles Ave.<br>40th Floor<br>New Orleans, LA 70170 |
| Greystoke Homes at South Point II LLC<br>Corporate Creations Network, Inc.<br>11380 Prosperity Farms Road #221E<br>Palm Beach Gardens, FL  33410 |
| Guillermo Permuy<br>521 SW 127 Avenue<br>Miami, FL 33184 |
| Gulfstream Development, LLC<br>3501 Gulf Shores Pkwy, Ste 5<br>Gulf Shores, AL 36542 |
| Gwen Core<br>44 Park Lane<br>Folsom, LA 70137 |
| H & H Custom Homebuilders<br>312 Primrose Lane<br>Covington, LA 70433 |
| Hutchinson Homes, Inc.<br>12 Woodgrove Circle<br>Fairhope, AL 36533 |
| Independent Drywall Distributors, LLC<br>109 S. 6th St.,<br>Flagler Beach, FL 32136 |
| Interior/Exterior Enterprises, LLC<br>727 South Cortez Street<br>New Orleans, LA 70119 |
| Investment Properties Unlimited Inc.<br>2360 Hidden Lake Court, Apt. 1<br>Naples, FL 34112 |
| J&H Distributers<br>551 Evergreen Dr.<br>Mandeville, LA 70448 |
| JB Plaster, Inc.<br>26747 Stardust Drive<br>Bonita Springs, FL 34125 |
| Jim Walter Homes, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| JM Interiors, Inc.<br>2208 SW Abalon Circle<br>Port St. Lucie, FL 34953 |

| *PAYTON - OMNI I* DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| John Eschete<br>22214 Hofman Road<br>Mandeville, LA 70471 |
| John Paul George d/b/a JPG Enterprises, Inc.<br>1861 Primrose Lane<br>Wellington, FL 33414 |
| Jon A. Wilder, Inc.<br>619 John Anderson Hwy<br>Flagler Beach, FL 32136 |
| JP Drywall, LLC<br>100 Wood Rose Lane<br>Wake Forest, NC 27587 |
| JST Properties, LLC of Mississippi<br>229 Leed Street<br>Slidell, LA 70461 |
| Just-Rite Supply<br>Corporation Service Company<br>506 South President Street<br>Jackson, MS 39201 |
| Kemah Construction, Inc.<br>1254 Chariot Drive<br>Baton Rouge, LA 70816 |
| L.A. HOMES, INC.<br>2604 SEAGULL DR.<br>MARRERO, LA 70072 |
| Land Resources LLC<br>5309 Hidden Harbor Road<br>Sarasota, FL 34242 |
| Las Playas LLC<br>2655 Lejeaune Rd.<br>Suite 514<br>Coral Gables, FL 33134 |
| Last Minute Properties, LLC<br>4431 Iberville St.<br>Mandeville, LA 70471 |
| Lee Harbor Homes of Florida, Inc.<br>1708 Lincoln Avenue<br>Lehigh Acres, FL 33972 |
| Legend Custom Builders, Inc.<br>1429 Colonial Boulevard, Ste. 201<br>Fort Myers, FL 33907 |
| Liongate Design Structure, LLC<br>NCG Management LLC<br>232 Andalusia Avenue, Ste. 202<br>Coral Gables, FL 33134 |
| Louran Builders, Inc.<br>414 SW D Dalton Circle<br>Port St. Lucie, FL 34953 |

| PAYTON - OMNI I DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Louran Gips KG<br>414 SW Dalton Circle<br>Port St. Lucie, FL 34953 |
| Lucra Investments, Inc.<br>750 N. 150 E.<br>Tetonia, ID 83452 |
| M.E. Gibbens, Inc.<br>114 McDonald Lane<br>Bay St. Louis, MS 39520 |
| Manuel Gonzales Terra Group, Intl.<br>1310 S. Greenway Drive<br>Miami, FL 33134 |
| Mayeaux Construction, Inc.<br>14 Carolina Ct.<br>Covington, LA  70433 |
| Meridian Homes USA, Inc.<br>c/o Michael C. Daniel, Esquire<br>PRIOR, DANIEL & WILTSHIRE<br>490 North Milledge Avenue<br>Athens, GA 30601 |
| Methodical Builders, Inc.<br>14700 County Rd. 9<br>Summerdale, AL 36580 |
| Midwest Construction & Development Incorporated<br>1817 West Call Street, #B-17<br>Tallahassee, FL 32304 |
| Millennium Homes and Development, Inc.<br>481 Flamingo Drive<br>Apollo Beach. FL  33572 |
| Miller Professional Contracting, Inc.<br>3108 SW 18th Place<br>Cape Coral, FL 33914 |
| Ming K. Wong<br>1355 Francis Harriet Drive<br>Baton Rouge, LA 70815 |
| Morrison Homes, Inc.<br>NRAI Services, Inc., 2731<br>Executive Park Drive, Ste. 4<br>Weston, FL 33331 |
| Nathanial Crump<br>2927 Plank Road<br>Baton Rouge, LA 70805 |
| North Palm Estates Homes, Inc.<br>7901 W 25 AVE # 3<br>Hialeah, FL 33016 |

| *PAYTON - OMNI I*<br>**DEFENDANTS' LIST** |
|---|
| **DEFENDANT** |
| Northeast Drywall<br>3938 Lake Padgett Dr.<br>Land O Lakes, FL 30637 |
| Northstar Homebuilders Inc.<br>5901 SW 74th Street #411<br>Miami, FL 33143 |
| Oak Avenue, LLC<br>411 S. Park Avenue<br>Miami, FL 33172 |
| Oakbrook Building and Design, Inc.<br>6751 N. Federal Hwy., Ste. 301<br>Boca Raton, FL  33496 |
| Ocean Springs Lumber Company, LLC<br>**7 Chandeluer Cove**<br>**Ocean Springs, MS 39564** |
| PARAGON HOMES CORPORATION<br>3020 Colonial Ridge Dr.<br>Brandon, FL 33511 |
| Parish Home Center<br>9493 Main Street<br>Zachary, LA 70791 |
| Paul Hyde Homes<br>54 Coronado Avenue<br>Kennver, LA 70065 |
| Philip Latapie<br>4431 Iberville St.<br>Mandeville, LA 70741 |
| Pioneer Construction, LLC<br>5001 Thompson Road<br>Folsom, LA 70437-3304 |
| Ponce Riviera, LLC<br>500 S. Dixie Hwy, Ste. 307<br> Miami, FL 33146 |
| Ponce Siding & Remodeling<br>20075 Highway 36<br>Covington, LA 70433 |
| Premier Communities, Inc.<br>LPS Corporate Services, Inc.<br>46 North Washington Blvd, #1<br>Sarasota, FL 34236 |
| Premier Plastering of Naples<br>800 Harbour Drive<br>Naples, FL 34103 |
| Punta Gorda Partners, LLC<br>354 Royal Tern Road South<br>Ponte Vedra Beach, FL 32082 |

| *PAYTON - OMNI I*<br>DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| R.J. Homes, LLC<br>13004 Little Bluff Drive<br>Vancleave, MS 39565-9723 |
| Rafuls & Associates Construction Co., Inc.<br>7901 W 25 AVE # 3<br>HIALEAH, FL 33016 |
| Ray Horvath Drywall Inc.<br>10155 NE 101st St.<br>Okeechobee, FL 34972 |
| Reed Builders, LLC<br>141 Shady Lake Parkway<br>Baton Rouge, LA 70810 |
| Regency Homes, Inc.<br>7601 North Federal Highway<br>165 A<br>Boca Raton, FL 33487 |
| Resource Rental & Renovation LLC<br>21 Beth Drive<br>Covington, LA 70433 |
| Richardson Drywall<br>2128 Hollywood Drive<br>Bay St. Louis, MS 39520 |
| Right Way Finishing, Inc.<br>3953 Tierra Venado Dr.<br>El Paso, TX 79938 |
| RJM BUILDERS NORTH, INC.<br>15340 Meadowwood Dr.<br>Wellington, FL 33414 |
| Rookery Park Estates, LLC<br>1400 E. Oakland Park Blvd., Ste. 111<br>Oakland Park, FL 33334 |
| Royal Homes (Anthony Marino)<br>288 Bunting Drive<br>Mandeville, LA 70471 |
| SAMPSON DRYWALL, INC.<br>127 Dehaven St<br>St Augustine, FL 32086 |
| Saturno Construction AB Inc.<br>1621 SE Mariner Ln.<br>Port St. Lucie, FL 34983 |
| Scott Colson<br>100 NE International Drive<br>Diamond Head, MS |
| Sea Coast Construction, LLC<br>8017 Jefferson Hwy, Wolfe's Creek, Ste. B3<br>Baton Rouge, LA 70809 |

| *PAYTON - OMNI I* DEFENDANTS' LIST |
|---|
| **DEFENDANT** |
| Signature Series Homes, Inc. 4302 Pecos River Dr. Spring, TX 77386 |
| Smith and Core, Inc. 14373 C. Gotti Road Folsom, LA 70437 |
| Southwell Homes, LLC 16191 NW 57th Ave. Miami, FL 33014 |
| Star Homes of Florida, LLC 146 N. Sewalls Point Rd. Stuart, FL 34966 |
| STEPHEN STEINER D/B/A STEINER DRYWALL 16344 Three Rivers Road Biloxi, MS 39532 |
| Stephen Shivers 375 Teagarden Road Gulfport, MS 39507 |
| Stonebrook Homes LLC 2840 University Dr. Coral Springs, FL 33065 |
| Sundown Development 1025 W. Indiantown Road Suite 101 Jupiter, FL 33458 |
| Sunrise Custom Homes & Construction, LLC 3598 Sligo Road Haughton, LA 71037 |
| Supreme Builders 28453 Eagle Ridge Drive Magnolia, TX 77355 |
| Tad Brown 19450 North 6th St. Citronelle, AL 36522 |
| Tepeyac, LLC 5975 Sunset Dr., Ste. 503 South Miami, FL 33143 |
| The New Morning, LLC 215 Elk Avenue Crested Butte, CO 81224 |
| Tikal Construction Co. 7824 Embassy Blvd. Miramar, FL  33023 |
| Total Contracting and Roofing, Inc. 5975 NW 72 Ct. Parkland, FL 33067 |

| *PAYTON - OMNI I*<br>DEFENDANTS' LIST |
| --- |
| **DEFENDANT** |
| United Home Builders, Inc.<br>1309 CALOOSA VISTA ROAD<br>FORT MYERS, FL 33901 |
| Velvet Pines Construction, LLC<br>19214 Wymer Rd.<br>Covington, LA 70435 |
| Vicinity Drywall, Inc.<br>5257 NW Gamma St.<br>Port Saint Lucie, FL 34986 |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 |
| Wellington Drywall, Inc.<br>18 Winchester Road<br>Ormond Beach Fl 32174 |
| Ybarzabal Contractors, LLC<br>200 Oak Island Drive<br>Mandeville, LA 70448 |
| Zamora Corporation<br>260 Palermo Avenue<br>Coral Gables, FL 33134 |