UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Sean and Beth Payton, et al vs. Knauf Gips, KG, et al | * * * * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Case No. 2:09-cv-07628-EEF-JCW | * | |

******************************************

## MICHAEL LUNDY'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT LLJ CONSTRUCTION, INC.
### (IMPROPERLY NAMED AS "LAWRENCE MIGLIAR LLJ CONSTRUCTION")

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff **Michael Lundy** hereby dismisses, with prejudice, all of his claims against Defendant **LLJ Construction, Inc., improperly named as "Lawrence Migliar LLJ Construction,"** in Plaintiffs' Omnibus Complaint (I), reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Michael Lundy shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein.

Attached hereto as Exhibit "A" is correspondence from Matthew L. Lundy, Esq., counsel for Michael Lundy, dated November 19, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: December 15, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of December, 2010.

                              /s/ Leonard A. Davis
                              Leonard A. Davis, Esquire
                              Herman, Herman, Katz & Cotlar, LLP
                              820 O'Keefe Avenue
                              New Orleans, Louisiana 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              LDavis@hhkc.com
                              Plaintiffs' Liaison Counsel
                              MDL 2047

# EXHIBIT "A"



| | | |
|---|---|---|
| Marital and Family Law<br><br>Christina J. Anton<br>Jessica M. Felix<br>Matthew L. Felix<br>Matthew L. Lundy<br>Michael L. Lundy*<br>Benjamin C. Older<br>Michelle A. Ralat<br><br>*Also admitted in New York and Georgia | 3014 West Palmira Avenue, Suite 301<br>Tampa, FL 33629<br>Telephone: (813) 254-8998<br>Facsimile: (813) 839-4411<br>www.olderlundylaw.com | Personal Injury, Insurance Coverage, and Disability Insurance Claims<br><br>Gary S. Weisman |

November 19, 2010

**VIA FACSIMILE AND U.S. MAIL**
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047
*Plaintiffs Omnibus Class Action Complaint (I)*, Case 2:09-cv-07628

Dear Russ and Lenny:

My client, **Michael Lundy**, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP, to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, with prejudice, all of his claims against defendant **LLJ Construction, Inc., improperly named as "Lawrence Migliar LLJ Construction,"** in the above matter, reserving his rights and claims against any and all other defendants therein.

Very truly yours,

Matthew L. Lundy

cc:  Michael L. Lundy, Esq.