OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC 14 PM 2:59

LORETTA G. WHYTE
CLERK

Date: 12/14/10

Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690 Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the ~~(complaint) (amended complaint) ( ___ amended complaint) (third-party complaint)~~ (other: Supplement to Amended Complaint) to the following:

1. (name) Taishan Gypsum (Hengshui) Co. Ltd
   (address) Renmin West Road (Hengfeng Power Plant Ecology Industrial Park) Hengshui City 053000

2. (name) Yunan Taishan Gypsum and Building Material Co. Ltd
   (address) Sanjia Village Liujiezhen Factor; Yinan County, Yu 6511

3. (name) Sinkiang Tianshan Building Material and Gypsum Product Co. Ltd
   (address) Dabancheng Village; Dabancheng Township; Dabancheng District; Urumchi Xinjian Uygur; Autonomous Region 830389

Very truly yours,

[Signature]

"Signature"

Attorney for Plaintiffs

Address: LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

Fee _____
✓ Process _____
x Dktd _____
___ CtRmDep _____
___ Doc. No. _____