UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL NO. 2047 |
| | | SECTION: "L" |
| | | JUDGE FALLON |
| Relates to *Hernandez* (OMNI VI) No. 10-3070 | | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### TEACHERS INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT MADE PURSUANT TO F.R.C.P. 7.1

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW INTO COURT, comes defendant, Teachers Insurance Company, and in compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E, states as follows:

> Teachers Insurance Company is an Illinois Corporation wholly owned by Horace Mann Educators Corporation. No other publicly traded companies own 10% or more of any stock in Horace Mann Educators Corporation (HMEC).

> The principal business office of Teachers Insurance Company and HMEC is 1 Horace Mann Plaza, Springfield, Illinois 62715.  Horace Mann Educators Corporation is a Delaware corporation with trading symbol (HMN) on the New York Stock Exchange.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard, III (La. Bar #7040)
Seth A. Schmeeckle, Esq. (La. Bar #27076)
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Tel: (504) 568-1990 Ext. 119
Fax: (504) 310-9195
e-mail:   rhubbard@lawla.com
          sschmeeckle@lawla.com
**Counsel for Teachers Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Corporate Disclosure Statement Made Pursuant to F.R.C.P. 7.1 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of December, 2010.

  /s/*Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 27076**