UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| *Hernandez*, No. 10-CV-3070 | * | |
| | * | MAG. WILKINSON |

**************************************************

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Defendant, GeoVera Specialty Insurance Company, respectfully submits the following disclosure pursuant to Fed. R. Civ. P. 7.1:

GeoVera Specialty Insurance Company is a wholly owned subsidiary of GeoVera Holdings, Inc., a Delaware corporation.

Respectfully Submitted,

/s/ Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195
e-mail:   rhubbard@lawla.com
            sschmeeckle@lawla.com

And

**Stephen E. Goldman**
**Gerald P. Dwyer, Jr.**
**Wystan M. Ackerman**
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

|  |  |
|---|---|
| Telephone: | (860) 275-8200 |
| Facsimile: | (860) 275-8299 |
| e-mail: | sgoldman@rc.com |
|  | gdwyer@rc.com |
|  | wackerman@rc.com |

**Counsel for GeoVera Specialty Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Corporate Disclosure Statement Made Pursuant to F.R.C.P. 7.1 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of December, 2010.

_/s/*Seth A. Schmeeckle*_____
**Seth A. Schmeeckle, La. Bar No. 27076**