## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | | SECTION "L" |
| THIS DOCUMENT RELATES TO: *Hernandez*, No. 10-CV-3070 | * * * | JUDGE FALLON |
| | | MAG. WILKINSON |

*****************************************

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Defendants Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest and Property and Casualty Insurance Company of Hartford (improperly identified as The Hartford Financial Services Group, Inc.) respectfully submit the following disclosure pursuant to Fed. R. Civ. P. 7.1[1]:

Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest and Property and Casualty Insurance Company of Hartford are wholly-owned subsidiaries of The Hartford Financial Services Group, Inc., a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

Respectfully Submitted,

 /s/ Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

---

[1] "AARP of Hartford," which is improperly identified in the Complaint as a subsidiary of The Hartford Financial Services Group, Inc., does not exist.

|  |  |
|---|---|
| e-mail: | rhubbard@lawla.com |
|  | sschmeeckle@lawla.com |
|  | lwilson@lawla.com |

**Stephen E. Goldman**
**Gerald P. Dwyer, Jr.**
**Wystan M. Ackerman**
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

|  |  |
|---|---|
| Telephone: | (860) 275-8200 |
| Facsimile: | (860) 275-8299 |
| e-mail: | sgoldman@rc.com |
|  | gdwyer@rc.com |
|  | wackerman@rc.com |

**Counsel for Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Property & Casualty Insurance Company of Hartford (improperly identified as The Hartford Financial Services Group, Inc.) and the entity improperly identified as "AARP of Hartford" (a non-existent entity)**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Corporate Disclosure Statement Made Pursuant to F.R.C.P. 7.1 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of December, 2010.

  /s/*Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 27076**