UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court received a request from counsel that the telephone status conference scheduled for December 21, 2010, at 8:30 a.m. to discuss scheduling trials against Interior Exterior Building Supply, *see* (R. 6591), be in person, rather than via telephone. Agreeing that the importance of this conference warrants an in person meeting, IT IS ORDERED that the telephone status conference is converted to an in-person conference for all *local* counsel. However, all out-of-town counsel may still participate by phone at the conference call number previously provided by the Court. *See id.*

New Orleans, Louisiana, this 16th day of December 2010.

_____
U.S. DISTRICT JUDGE