UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED             MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                              SECTION: L

                                        JUDGE:  FALLON

This Document Relates to:
                                        MAG.  WILKINSON

*Charlene and Tatum Hernandez v.*
*AAA Insurance, et al.,* Case No. 10-3070
_____/

## CORPORATE DISCLOSURE STATEMENT OF
## FLORIDA PENINSULA INSURANCE COMPANY

Florida Peninsula Insurance Company certifies that it is a non-governmental corporation

and existing under the laws of the State of Florida, with its principal place of business in Boca

Raton, Florida.

Florida Peninsula Insurance Company submits the following statement of its corporate

interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use

of the judges of this Court.

1.      Florida Peninsula Insurance Company is not a publicly-held corporation or other

publicly-held entity.

2.      Florida Peninsula Insurance Company is 100 percent wholly owned by Florida

Peninsula Holdings, LLC, which is privately held.

3.      No publicly-held corporation owns 10 percent or more of Florida Peninsula

Insurance Company's stock.

Dated: <u>December 16, 2010</u>

1

Respectfully submitted,

*/s/ Amy L. Koltnow*
**Amy L. Koltnow, Esq.**
Fla. Bar No.: 899010
akoltnow@cftlaw.com
**Maria E. Abate, Esq.**
Fla. Bar No.: 770418
mabate@cftlaw.com
**COLODNY, FASS, TALENFELD,
KARLINSKY & ABATE, P.A.**
One Financial Plaza, 23rd Floor
100 S.E. Third Avenue
Fort Lauderdale, Florida 33394
(954) 492-4010 (Telephone)
(954) 492-1144 (Fax)

**ATTORNEYS FOR DEFENDANT,
FLORIDA PENINSULA INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **CORPORATE DISCLOSURE STATEMENT** has been served on Plaintiffs' Liaison Counsel, **RUSS HERMAN**, and Defendants' Liaison Counsel, **KERRY MILLER**, by US Mail and e-mail OR by hand delivery and e-mail AND upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of December, 2010.

*/s/ Amy L. Koltnow*
Amy L. Koltnow, Esq.