**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

December 13, 2010

U.S. District Court, Eastern District of Louisiana
500 Poydras Street,
New Orleans, LA 70130

Re: Chinese-Manufactured Drywall Products Liability (See Proposed Order for Additional Cases) // To: McCar Homes, Inc.

Case No. MDL No. 2047

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Michelle Cohen
CL Operations Specialist

Log# 517733839

FedEx Tracking# 794212593871

cc: Andrew A. Lemmon
    Lemon Law Firm, LLC
    15058 River Road,
    Post Office Box 904,
    Hahnville, LA 70057