UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH D. WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS, et al. | * * * * * | JUDGE FALLON |
| Case No. 2:10-CV-361 | * | MAGISTRATE WILKINSON |

## MOTION TO WITHDRAW AND ENROLL/SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Catherine Simon, to respectfully request Russ M. Herman, Leonard A. Davis and Stephen J. Herman of the law firm, Herman, Herman, Katz & Cotlar, L.L.P. be allowed to withdraw as counsel of record and the following attorneys be formally enrolled and substituted as counsel of record:

> Hugh P. Lambert (La. Bar No. 7933)
> Cayce C. Peterson (La. Bar No. 32217)
> Candice C. Sirmon (La. Bar No. 30728)
> Lambert and Nelson, P.L.C.
> 701 Magazine Street
> New Orleans, LA 70130
> Phone: (504) 581-1750
> Fax: (504) 529-2931

WHEREFORE, Catherine Simon prays that Russ M. Herman, Leonard A. Davis, and Stephen J. Herman of the law firm of Herman, Herman, Katz & Cotlar, L.L.P. be allowed to withdraw as counsel of record and that Hugh P. Lambert, Cayce C. Peterson, and Candice C. Sirmon of the law firm of Lambert and Nelson, P.L.C. be substituted as counsel of record.

1

Respectfully Submitted,

/s/ Leonard A. Davis
_____
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

LAMBERT & NELSON, P.L.C.

/s/ Hugh P. Lambert[1]
_____
Hugh P. Lambert (La. Bar No. 7933)
Cayce C. Peterson (La. Bar No. 32217)
Candice C. Sirmon (La. Bar No. 30728)
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lamnel.com
ATTORNEYS FOR PLAINTIFF,
CATHERINE SIMON

---

[1] Signed with permission from Hugh P. Lambert

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of December, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Leonard A. Davis
_____