AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Susan W. Silvestri | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.   10-2762 L (2) |
| ASI Lloyds | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ASI Lloyds
Through its Agent for Service of Process:
LA Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

SERVED ON
TOM SCHEDLER

DEC 16 2010

SECRETARY OF STATE
COMMERCIAL DIVISION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  Aug 18 2010

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-2762 L (2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ASI Lloyds
was received by me on *(date)* Dec 16, 2010 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Julie Nesbitt, who is designated by law to accept service of process on behalf of *(name of organization)* Secretary of State on *(date)* Dec 16, 2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Dec 16, 2010

*Server's signature*

Rudy Rodriguez
*Printed name and title*

3090 Gause Blvd - #241
Slidell, LA 70461
*Server's address*

Additional information regarding attempted service, etc:

Print  Save As...  Reset