# EXHIBIT A

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

Website: www.CivilActionGroup.com

December 14, 2010

Attn: Ms. Jennifer Lascio
LEVIN, FISHBEIN, ET AL
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

RE: Germano v Taishan Gypsum Co. Ltd.
Vickers v Knauf Gips KG
Gross v Knauf Gips, KG
Payton v Knauf Gips KG
Wiltz v Beijing New Building Materials Public Limited Co.
Rogers v Knauf Gips KG
Gross Intervener Documents
Amato v Liberty Mutual Insurance Company

--Updated International Services

Dear Ms. Lascio:

Below is a list of services requested in relation to the above matters:

**Germano v Taishan Gypsum Co. Ltd.**
**2:09-cv-202**

Complaint filed 5/26/2009
Foreign service request:

--Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
  Sent Abroad 7/7/2009 - Documents served 8/3/2009

---

**Germano v Taishan Gypsum Co. Ltd.**
**09-6687 (E.D.La.)**

Complaint filed 11/18/2009
Foreign service request:

-- Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
  Sent Abroad 7/21/2010 – Documents served 9/3/2010

### Vickers v Knauf Gips KG
### 1:09-cv-20510-ASG

Complaint filed 3/11/2009
Foreign service requests:

--Knauf Gips KG
  Sent Abroad 5/28/2009 - Documents served 11/3/2009

Amended Complaint filed 3/24/2009
Foreign service requests:
--Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 5/6/2009 - Documents served 8/17/2009
-- Knauf Plasterboard Wuhu Co., Ltd.
  Sent Abroad 5/6/2009 - Documents served 6/23/2009
-- Knauf Plasterboard Dongguan Co. Ltd.
  Sent Abroad 5/6/2009 – Proof of Non-Service returned stating that the company has a different name on the registered license, therefore they refused to accept and sign the service document
-- Rothchilt International Limited
  Documents sent abroad 1/15/2010, notice that response sent to court sent to client 8/11/2010
-- Guangdong Knauf New Building Materials Products Co., Ltd.
  Sent Abroad 3/26/2010 - Documents served 6/3/2010

### Vickers v Knauf Gips KG
### 09-04117 (E.D.La.)

Complaint filed 2/11/2010
Foreign service requests:

-- Guangdong Knauf New Building Material Products Co., Ltd.
Sent Abroad 7/21/2010, no response yet received, follow up sent to Central Authority 11/23/2010
-- Knauf Plasterboard (Tianjin) Co., Ltd.
Sent Abroad 7/21/2010 – Documents served 8/20/2010
-- Knauf Plasterboard (Wuhu) Co., Ltd.
Sent Abroad 7/21/2010, no response yet received, follow up sent to Central Authority 11/23/2010
-- Knauf Gips KG
Sent Abroad 7/21/2010 – Documents served 9/7/2010

### Gross v Knauf Gips, KG
### 09-6690

Complaint filed 10/7/2009
Foreign service requests:

--Knauf Gips KG
  Sent Abroad 12/16/2009, documents served 3/2/2010
-- Knauf AMF GmbH & Co. KG
  Sent Abroad 12/16/2009, documents served 2/4/2010

-- Rothchilt International, Ltd.
  Request sent to forwarding authority 2/10/2010, notice that response sent to court sent to client 8/11/2010
-- Knauf Do Brasil Ltd.
  Request sent to forwarding authority 2/4/2010, no response yet received
-- Knauf Gypsum Indonesia
  Request sent to forwarding authority 3/19/2010, no response yet received
-- King Shing Steel Enterprises Co., Ltd.
  Request sent to forwarding authority 2/10/2010, notice that response sent to court sent to client 9/29/2010
-- Sunrise Building Materials Ltd.
  Sent Abroad 12/4/2009 – Documents Served 12/7/2009
-- The China Corporation, Ltd.
  Sent Abroad 12/14/2009, Hong Kong authorities refused to serve the papers (receipt of returned documents in my office on 2/18/2010), claiming that the language in paragraphs 38, 42 and 44 of the Class Action Complaint, "controlled by the Chinese government", should be changed to, "owned by the Chinese government", or, "a Chinese state-owned entity"
  **Order amending Complaint received and documents resubmitted on 7/2/2010 – Documents served 9/22/2010**
-- Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/5/2010
-- Knauf Plasterboard (Wuhu) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 4/1/2010
-- Knauf Plasterboard (Dongguan) Co., Ltd.
  Sent Abroad 1/13/2010, documents not served due to incorrect name
-- Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd.
  Sent Abroad 1/13/2010, documents served 2/4/2010
-- Pingyi Baier Building Materials Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Beijing New Building Materials Public Limited Company (BNBM)
  Sent Abroad 1/13/2010, defendant refused to accept, documents may be considered served
-- China National Building Materials Co., Ltd. (CNBM)
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
  Sent Abroad 1/13/2010, documents not served due to incorrect name/address
  ** **Documents resubmitted for service at different address 7/7/2010, no response yet received**
-- China National Building Material Group Corporation (CNBM Group)
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
  Sent Abroad 1/13/2010, documents served 4/30/2010
-- Taishan Gypsum Co., Ltd., Lucheng Branch
  Sent Abroad 1/13/2010, documents served 3/26/2010
-- Yunan Taishan Gypsum and Building Material Co. Ltd.
  Sent Abroad 1/13/2010, documents served 4/7/2010
-- Tai'an Jindun Building Material Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/4/2010
-- Taishan Gypsum (Xiangtan) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/24/2010
-- Taishan Gypsum (Pingshan) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/11/2010
-- Taishan Gypsum (Hengshui) Co., Ltd.
  Sent Abroad 1/13/2010, defendant rejected the documents, stating that it was only a branch of a company, the head of which has already been served

-- Taishan Gypsum (Henan) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/25/2010
-- Hubei Taishan Building Material Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/8/2010
-- Taishan Gypsum (Tongling) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/20/2010
-- Weifang Aotai Gypsum Co., Ltd.
  Sent Abroad 1/13/2010, documents not served due to incorrect address
-- Taishan Gypsum (Pizhou) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/3/2010
-- Fuxin Taishan Gypsum and Building Material Co. Ltd.
  Sent Abroad 1/13/2010, documents served 3/4/2010
-- Taishan Gypsum (Wenzhou) Co., Ltd.
  Sent Abroad 1/13/2010 defendant refused to accept, documents may be considered served
-- Taishan Gypsum (Chongqing) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/9/2010
-- Taishan Gypsum (Jiangyin) Co., Ltd.
  Sent Abroad 1/13/2010, defendant refused to accept, documents may be considered served
-- Qinhuangdao Taishan Building Material Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/9/2010
-- Tai'an Taishan Gypsum Board Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/4/2010
-- Taishan Gypsum (Baotou) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/3/2010
-- Shaanxi Taishan Gypsum Co., Ltd.
  Sent Abroad 1/13/2010, defendant refused to accept, documents may be considered served
-- Taian Taishan Plasterboard Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/4/2010
-- Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/26/2010
-- Changzhou Yinhe Wood Industry Co., Ltd.
  Sent Abroad 1/13/2010, documents served 6/27/2010
-- Nanhai Silk Imp. & Exp. Corporation
  Sent Abroad 1/13/2010, documents served 3/12/2010
-- Jinan Run & Fly New Materials Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/8/2010
-- Shandong Yifang Gypsum Industry Co., Ltd.
  Sent Abroad 1/13/2010, documents not served, non-existent address
-- SIIC Shanghai International Trade (Group) Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/10/2010
-- Tianjin Tianbao Century Development Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received, written follow up sent 6/18/2010, second written follow up sent 7/20/2010, affidavit regarding Article 15 of the Hague Convention Default Provisions sent to client on 10/28/2010
-- Wide Strategy Limited
  Sent Abroad 1/13/2010, documents not served due to insufficient address
-- Shandong Oriental International Trading Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/25/2010
-- Shanghai East Best Arts & Crafts Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/8/2010
-- Qingdao Yilie International Trade Co., Ltd.
  Sent Abroad 1/13/2010, documents served 2/22/2010
-- Tai'an Kangyijia Building Materials Co., Ltd.
  Sent Abroad 1/13/2010, documents served 3/1/2010

-- Guangdong Knauf New Building Product Co., Ltd.
  Sent Abroad 1/13/2010, defendant refused to accept, documents may be considered served
-- Guangdong Knauf New Building Materials Products Co., Ltd.
  Sent Abroad 3/31/2010, documents served 5/10/2010

## Payton v Knauf Gips KG
## 09-7628
Complaint Filed 12/9/2009
Foreign Service Requests:

--Guangdong Knauf New Building Materials Products Co., Ltd.
  Sent Abroad 5/28/2010, documents served 7/20/2010
--Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 5/28/2010, documents served 7/9/2010
--Knauf Plasterboard (Wuhu) Co., Ltd.
  Sent Abroad 5/28/2010, documents served 7/8/2010
--Knauf Gips KG
  Sent Abroad 4/28/2010, documents served 7/2/2010
--Rothchilt International Limited
  Request sent to forwarding authority 5/27/2010, no response yet received

## Wiltz v Beijing New Building Materials Public Limited Co.
## 10-361
Complaint Filed 3/15/2010
Foreign Service Requests:

--Beijing New Building Materials Public Limited Co.
  Sent Abroad 7/28/2010, no response yet received
-- Qinhuangdao Taishan Building Materials Co. Ltd.
  Sent Abroad 7/28/2010, no response yet received
-- Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd
  Sent Abroad 7/28/2010, no response yet received
-- Taian Taishan Plasterboard Co., Ltd.
  Sent Abroad 7/28/2010, no response yet received
-- Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
  Sent Abroad 7/28/2010, no response yet received

## Rogers v Knauf Gips KG
## 10-362
Complaint Filed 3/15/2010
Foreign Service Requests:

-- Knauf Plasterboard (Wuhu) Co. Ltd.
  Sent Abroad 8/25/2010, no response yet received
-- Knauf Plasterboard (Tianjin) Co., Ltd.

    Sent Abroad 8/25/2010, no response yet received
-- Guangdong Knauf New Building Material Products Co., Ltd.
    Sent Abroad 8/25/2010, no response yet received
-- Knauf Gips KG
    Sent Abroad 9/23/2010, no response yet received

---

### Gross v Knauf Gips KG
### Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
### 09-6690
Complaint Filed 3/2010
-- Knauf Gips KG
    Service request cancelled per client instruction
-- Knauf AMF GMBH & Co. KG
    Service request cancelled per client instruction
-- Beijing New Building Materials Public Limited Company (BNBM)
    Documents being assembled to be sent abroad
-- Beijing New Building Materials Group Co., Ltd. (BNBM Group)
    Documents being assembled to be sent abroad
-- China National Building Material Group Corporation (CNBM Group)
    Documents being assembled to be sent abroad
-- China National Building Materials Co., Ltd. (CNBM)
    Documents being assembled to be sent abroad
-- Changzhou Yinhe Wood Industry Co., Ltd.
    Documents being assembled to be sent abroad
-- Fuxin Taishan Gypsum and Building Material Co., Ltd.
    Documents being assembled to be sent abroad
-- Hubei Taishan Building Material Co., Ltd.
    Documents being assembled to be sent abroad
-- Jinan Run & Fly New Materials Co., Ltd.
    Documents being assembled to be sent abroad
-- Knauf do Brasil, Ltd.
    Service request cancelled per client instruction
-- Knauf Gypsum Indonesia
    Service request cancelled per client instruction
-- Knauf Plasterboard (Tianjin) Co. Ltd.
    Service request cancelled per client instruction
-- Knauf Plasterboard (Wuhu) Co. Ltd.
    Service request cancelled per client instruction
-- Guangdong Knauf New Building Material Products Co., Ltd.
    Service request cancelled per client instruction
-- Nanhai Silk Imp. & Exp. Corporation
    Documents being assembled to be sent abroad
-- Pingyi Baier Building Materials Co., Ltd.
    Documents being assembled to be sent abroad
-- Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.
    Documents being assembled to be sent abroad
-- Qingdao Yilie International Trade Co., Ltd.
    Documents being assembled to be sent abroad
-- Qinhuangdao Taishan Building Material Co., Ltd.
    Documents being assembled to be sent abroad

-- Shaanxi Taishan Gypsum Co., Ltd.
  Documents being assembled to be sent abroad
-- Shandong Oriental International Trading Co., Ltd.
  Documents being assembled to be sent abroad
-- Shandong Yifang Gypsum Industry Co., Ltd.
  Documents being assembled to be sent abroad
-- Shanghai East Best Arts & Crafts Co., Ltd.
  Documents being assembled to be sent abroad
-- Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
  Documents being assembled to be sent abroad
-- SIIC Shanghai International Trade (Group) Co., Ltd.
  Documents being assembled to be sent abroad
-- Sinkiang Tainshan Building Material and Gypsum Product Co., Ltd.
  Documents being assembled to be sent abroad
-- Sunrise Building Materials Ltd.
  Sent abroad 9/10/2010, defendant not found at address given
-- Tai'an Jindun Building Material Co., Ltd.
  Documents being assembled to be sent abroad
-- Tai'an Kangyijia Building Materials Co., Ltd.
  Documents being assembled to be sent abroad
-- Tai'an Taishan Gypsum Board Co., Ltd.
  Documents being assembled to be sent abroad
-- Taian Taishan Plasterboard Co., Ltd.
  Documents being assembled to be sent abroad
-- Tai'an Gypsum (Baotou) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum (Chongqing) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum (Henan) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum (Hengshiu) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum (Jiangyin) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum (Pingshan) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum (Pizhou) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum (Tongling) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum (Wenzhou) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum (Xiangtan) Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.
  Documents being assembled to be sent abroad
-- Taishan Gypsum Co., Ltd. Lucheng Branch
  Documents being assembled to be sent abroad
-- The China Corporation, LTD.
  Sent abroad 9/13/2010, no response yet received
-- Tianjin Tianbao Century Development Co., Ltd.
  Documents being assembled to be sent abroad

-- Weifang Aotai Gypsum Co., Ltd.
  Documents being assembled to be sent abroad
-- Yunnan Taishan Gypsum and Building Material Co., Ltd.
  Documents being assembled to be sent abroad

---

### Gross Intervenor II
Foreign defendant quotes currently in progress

---

### Amato v Liberty Mutual Insurance Company – No Foreign Defendants

---

Sincerely,


Josh Cobb
Direct Extension: 338
APS International, Ltd.
International Division
JCobb@CivilActionGroup.com