# EXHIBIT B



January 25, 2010

Dear Moody River Homeowner,

I am writing to update you on the progress of Meritage's efforts to repair and remodel those Meritage Homes affected by defective Chinese drywall. As of the date of this letter, I am proud to report to you that over two-thirds (2/3) of the affected Meritage Homes are in varying stages of the repair and remodeling process. In fact, just this past week, the owners of the first home repaired were thrilled to be moving back into their remodeled Meritage home. We anticipate that over the following couple weeks, several others among the initial group of homeowners to take advantage of Meritage's repair and remodeling program will be conducting their final walk-through inspections and moving back into their homes, which are free from defective Chinese drywall and with the benefit of Meritage's Additional Warranty.

As for the few of you who have yet to accept the opportunity presented by Meritage's repair and remodeling program, it is not too late. We have heard that some of you are reluctant to take advantage of this opportunity for fear that doing so will somehow preclude you from pursuing your legal rights for personal injury, punitive and other damages against the manufacturers of the defective Chinese drywall. This is an unfortunate misunderstanding which is apparently being perpetuated by a few attorneys who are far more concerned with their own best interests than yours. They simply do not want you to agree to have your home repaired by Meritage because, if you do, they lose the opportunity to collect substantial hourly and/or contingency fees in suing the manufacturer for the cost of such repairs; the same repairs which Meritage is already offering to complete for you right now at no cost and without months or even years of legal delay. Fortunately, many of the attorneys involved do have your best interests in mind rather than their own. In fact, we have addressed this very issue with many of your neighbors and/or their legal counsel and thereafter moved forward with executing the Limited Release Agreement and then repairing and remodeling their homes.

Along with you and other affected homeowners, Meritage is also a victim of the defective drywall brought to the market by Knauf and others. Regardless of the manufacturers' ultimate responsibility, however, Meritage's repair and remodeling program is first and foremost about simply trying to "do the right thing" for Meritage's valued customers now. In doing so, Meritage is obviously incurring substantial cost and expense in providing temporary relocation benefits to homeowners and repairing their homes. The assignment provisions of the Limited Release Agreement agreed to by so many of your

neighbors simply permit Meritage to pursue the manufacturers and others for reimbursement of the costs and expenses Meritage incurs to repair and remodel those homes. Meanwhile, any claims for punitive damages, bodily injury or otherwise which those homeowners may have had against Knauf *before* agreeing to Meritage's Limited Release Agreement are still theirs to pursue afterwards.

I certainly hope that this letter has cleared up any misunderstanding about Meritage's Limited Release Agreement. Enclosed please find another full copy of the Limited Release and Repair Work Authorization Agreement for your consideration. If any of you have any remaining questions or concerns, please discuss them with Camille Nesbitt at (480) 515-8064. Likewise, we welcome any questions or concerns your legal counsel may have and encourage them to contact Mark Reynolds at (480) 515-8045. In the meantime, we invite you to reconsider and look forward to the opportunity to repair and remodel your Meritage home.


Cordially,
MERITAGE HOMES CORPORATION



Steven J. Hilton
Chairman and Chief Executive Officer

SJH:mem

17851 N. 85th Street
Suite 300
Scottsdale, AZ  85255
p. 480-515-8100
f. 480-998-9178



# RELOCATION BENEFITS PACKAGE

In order to begin staging your Home for repair, we encourage you to secure alternative housing arrangements promptly. In order to facilitate your relocation, Meritage will provide you with the following benefits.

1.  **MONTHLY HOUSING ALLOWANCE**

Upon your execution of the Relocation, Repair Work Authorization and Limited Release Agreement, Meritage Homes will provide you with a fixed, monthly housing allowance. The amount of your monthly housing allowance shall be determined by the square footage of your Meritage Home in accordance with the following chart, which was compiled taking into account a variety of factors such as local rental rates, market surveys and the cost of maintaining the basic utilities (water and electric) in your Meritage Home while vacant:

| Meritage Home Square Footage | Monthly Housing Allowance |
| --- | --- |
| 1300 – 1699 sq. feet | $1,200 per month |
| 1700 – 2099 sq. feet | $1,500 per month |
| 2100 – 2499 sq. feet | $2,000 per month |
| 2500 – 2899 sq. feet | $2,300 per month |
| 2900 – 3899 sq. feet | $2,600 per month |

In order to help you get started in the relocation process, the first two months of your housing allowance shall be processed and paid to you as a lump sum promptly after your execution of the Relocation, Repair Work Authorization and Limited Release Agreement.

Thereafter, beginning with the third month, you will automatically be sent a check for your monthly housing allowance until such time as the repairs to your Meritage Home have been completed and Meritage has notified you that it is ready for you to move back in. Forty-Five (45) days prior to the completion of the repair work on your Home, Meritage shall provide you written notice of the date upon which the repairs to your Home will be complete so that you can begin making arrangements to move back into your Meritage Home promptly thereafter. Upon receipt of this notice, you will want to be mindful of and timely provide any required notices to your landlord and/or storage rental company as well contacting your moving company, all in planning to move back into your Meritage Home. The monthly housing allowance payment you receive during the month of the completion of repairs to your Meritage Home shall be the final monthly housing allowance payment you will receive.

While it is your responsibility to promptly secure alternative housing of your choosing, for your convenience in identifying a variety of local options that may fit your tastes and needs, Adrianna Valencia of Rental Link has compiled a list of currently available properties for rent in your area. In the event you would like to inquire further about these available properties you may contact Ms. Valencia directly.

Ms. Adriana Valencia
Rental Link Division Manager
(239) 437-1800 ext. 331.

Please note, however, that Meritage has no affiliation with Rental Link or Ms. Valencia and is making this information available to you simply as a courtesy. You are certainly free to contact any real estate professionals whom you feel will be most helpful in your search.

**2.      MOVING AND STORAGE EXPENSES**

Once you have obtained alternative housing and are ready to move your personal property to your alternative home and/or storage facility of your choice, it is your responsibility to make the necessary arrangements which fit your needs. Meritage shall reimburse you for your reasonable and customary out-of-pocket expenses actually paid to third-party moving companies and, if applicable, storage facilities provided that you obtain Meritage's written pre-approval of your moving/storage estimates in advance and a copy of your receipt. Meritage has consulted with several local moving and storage companies regarding moving and storage costs and will be assessing the estimates you propose in light of the costs generally available. This reimbursement shall apply to moving both into your alternative housing and then later back into your Meritage Home upon completion of repairs. This reimbursement will, if applicable, also cover the cost of storing household items of personal property currently located in your Meritage Homes.

We have compiled contact information for a few local moving/storage service companies as a courtesy which we hope you find helpful. Meritage has no affiliation with and does not particularly recommend any of these companies and we encourage you to select a moving/storage company that best fits your needs.

Moving and Storage

Sun Coast Moving and Storage (Atlas Van Lines)
Contact: Will Jenson (239) 594-9111

Gulf Coast Transfer and Storage (dba All The Way With Bill Vernay)
Contact: Shawn Nelson (239) 694-8002

Modern Movers
Contact:  Pete or Amy (239) 939-7983

Storage only

PODS
Contact: Guy Huey (772) 538-6478
Note: PODS works along with Pack 'N Load Services

Meritage shall have no responsibility or liability for any damages to or loss of your personal property during packing, moving, storage or any other phase of this process.

**3.      REIMBURSEMENT PROCEDURES**

Initial Monthly Housing Allowance Payment

Promptly following full execution of the Relocation, Repair Work Authorization and Limited Release Agreement by both you and Meritage, Meritage shall automatically process and pay to you by check a lump sum payment for the first two full months of your monthly housing allowance.

Third and Subsequent Months Payment of Monthly Housing Allowance

Meritage shall automatically process and pay to you by monthly check the monthly housing allowance for the third and, if applicable, subsequent months following full execution of the Relocation, Repair Work Authorization and Limited Release Agreement by both you and Meritage.

Moving and Storage Expense Reimbursement

a.     Upon obtaining a written estimate from a moving/storage company of your choice, complete a "MERITAGE RELOCATION ESTIMATE PRE-APPROVAL FORM" and, along with a complete, legible copy of the estimate, mail or scan and e-mail the materials to:

E-MAIL: Virginia.musselwhite@meritagehomes.com

MAIL:   Meritage Homes of Florida
        Attention: Virginia Musselwhite – Relocation Benefits
        5337 Millenia Lakes Blvd.
        Orlando, Florida 32839

This pre-approval process shall apply to both your move from and later back to your Meritage Home.

b.     Upon receipt of your estimates and related materials, Meritage shall promptly notify you in writing as to the approval or rejection of the estimate as a reasonable estimate. In the event your estimate is not approved, we will be happy to speak with you as to the reason(s) for the rejection and how it may be satisfactorily modified.

c.     Following pre-approval and completion of the move of your personal property to your alternative housing and/or storage facility you shall be responsible for the payment of all pre-approved charges to your mover and/or storage facility.

d.     Following full payment and obtaining a written receipt for same, complete a "MERITAGE RELOCATION REIMBURSEMENT FORM" and, along with a complete, legible copy of the receipt, mail or scan and e-mail the materials to Ms. Musselwhite using the contact information provided above.

e.     Upon receipt of your materials Meritage shall, within ten (10) days thereafter, promptly process and pay to you by check reimbursement for the pre-approved and paid expenses.

Miscellaneous

a.     All monthly payments made hereunder shall be mailed to the address of your Meritage Home as specified on the Relocation, Repair Work Authorization and Limited Release Agreement unless and until you specify a different address in writing to Ms. Virginia Musselwhite using the above contact information.

b.     Checks shall be processed and sent on a monthly basis.

c.     Any recurring expense for monthly storage of some or all of your personal property shall be submitted for payment on a monthly basis, however, need not be pre-approved monthly unless the charge initially approved is increased.

d.    In anticipation of your prompt move back to your Home, the month in which repairs are completed to your Meritage Home shall be the final month for which the monthly housing allowance and/or any recurring personal property storage expenses shall be paid by Meritage.

e.    All receipts for pre-approved moving/storage expenses submitted for reimbursement must be submitted to Meritage no later than forty-five (45) days after the date of the receipt submitted.

f.    Any moving/storage expenditure not pre-approved by Meritage shall not be reimbursable.

g.    Meritage's obligations hereunder are conditional upon your reasonable cooperation with Meritage and its employees and shall terminate upon the completion of repairs to your Meritage Homes for your occupancy.



## SCOPE OF WORK

The repair of your Home shall include the following:

- Inspection by a qualified, independent third-party inspector, accompanied by the Homeowner and a Meritage representative to identify, confirm and document/record signs of Defective Drywall in the Home;

- Upon Homeowner's relocation, re-key the Home and schedule/stage the Home for repair work;

- Complete the demolition process including, at a minimum, the removal and disposal of all drywall and other affected materials. Such affected materials will include:

  - All insulation;
  - Selected components of the HVAC system;
  - All interior electrical wiring, selected receptacles, switches, lighting and other electrical fixtures;
  - All soft flooring, carpet and carpet padding;
  - All smoke and/or carbon monoxide detectors;
  - All fire suppression sprinklers (if applicable);
  - Selected interior electric boxes/panels;
  - Selected plumbing fixtures;
  - Selected mirrors and medicine cabinets;
  - All kitchen appliances;
  - All kitchen and bathroom cabinetry; and
  - All interior doors and trim.

  Meritage reserves the right, in its discretion, to retain, remove for storage and later re-install and/or dispose of for later replacement, any and all other components of the Home found or suspected to be affected during the demolition process though not specifically listed above including, but not limited to, countertops, hard floor surfaces such as wood or tile, sinks, toilets, shower enclosures, bathtubs and stair railing;

- Complete HEPA vacuuming of the Home to remove demolition dust and debris and an "air-out" period of no less then ten (10) days to allow any residual odor(s) to dissipate;

- Re-inspection by a qualified, independent third-party inspector, accompanied by a Meritage representative, to confirm and document the complete removal of all drywall and affected materials from the home;

- Complete reconstruction of the interior of the Home by a qualified contractor and subcontractors including hanging, completely finishing and painting new drywall and to the extent included in the original construction of the Home by Meritage, replacing all components of the Home removed and/or damaged as part of the demolition process using materials of equal or better quality than that installed in the original construction of the Home; and

- Final cleaning and re-keying of Home for your move-in.



## ADDITIONAL WARRANTY

Meritage Homes warrants the performance of all replaced and/or repaired components of your Home and provides a one year Additional Warranty for "covered defects," defined as defects in material and/or workmanship related to the work performed in connection with the scope of work, commencing on the date your home is returned to you and terminating one (1) year thereafter. All manufacturer warranties for replaced consumer products, such as kitchen appliances, will be transferred to the Homeowner and not directly warranted by Meritage Homes. Meritage Homes will, at the time your Home is returned to you, provide you with written confirmation of your manufacturer warranties where applicable, and their expiration date(s). This Additional Warranty will not apply to any components of the Home not repaired or replaced in connection with the scope of work.

This is neither an insurance policy nor a maintenance agreement, but does define what the Homeowner has a right to expect in terms of warranty.

This Additional Warranty is provided to the current Homeowner and is transferable to all subsequent owners who take title prior to or within the Additional Warranty period.



**RELOCATION, REPAIR WORK AUTHORIZATION**
**AND**
**LIMITED RELEASE AGREEMENT**

Homeowner: _____

Address of Home to be Repaired:_____

Homeowner Business Address:_____

Homeowner Business Phone Number(s):_____

Homeowner Cell Phone Number(s):_____

Homeowner E-mail Address(es):_____

Homeowner Relocation Address:_____

---

This RELOCATION, REPAIR WORK AUTHORIZATION AND LIMITED RELEASE AGREEMENT (the "Agreement") is entered as of the ___ day of September, 2009, (the "Effective Date") by and between Meritage Homes of Florida, Inc., an Arizona corporation, its directors, officers, shareholders, employees, agents, representatives, subsidiaries, affiliates, successors and assigns (the "Builder") and the "Homeowner" identified above, on behalf of himself/herself/themselves and his/her/their heirs, estate, assigns, agents, successors and representatives.

WHEREAS, Homeowner purchased the Home identified above from and/or constructed by Builder;

WHEREAS, the drywall materials used in the actual construction of the Home by independent drywall installation contractors, who obtained the drywall materials from one or more manufacturers, suppliers, distributors and/or importers (collectively the "Responsible Parties"), were in whole or in part in a defective condition (the "Defective Drywall") which may have also damaged other affected materials and components in the Home (the "Affected Materials"); and

_____ (initial)                    _____ (initial)
Homeowner                                        Builder

1 of 12

WHEREAS, in consideration of Builder providing Homeowner with relocation benefits, removing and replacing the Defective Drywall and repairing or replacing other Affected Materials and providing an Additional Warranty regarding such repairs in the Home, Homeowner desires to release any and all claims, demands, losses, or damages for property damage resulting and/or associated directly or indirectly from the Defective Drywall and Affected Materials at the Home, including any claims related to the relocation of Homeowner during the Repair Work (the "Potential Claims"), Homeowner and Builder agree as follows:

1.   **RELOCATION**

   1.1   Homeowner represents and warrants to Builder that, as of the Effective Date of this Agreement, Homeowner is the title owner, entitled to sole possession, of the Home identified above (the "Home") and is fully authorized to enter into this Agreement. In the event the Home is occupied by someone other than the Homeowner (such as a tenant or other occupant) it shall be the sole responsibility of Homeowner to make any and all arrangements Homeowner deems necessary and/or desirable for such tenant or other occupant to vacate the Home. The benefits set forth in this Agreement are not assignable.

   1.2   The rights and obligations of the Homeowner and Builder as set forth in the Relocation Benefits Package, attached hereto as Exhibit "A", are incorporated as if fully rewritten herein.

   1.3   Homeowner covenants and agrees to cooperate with Builder in relocating from the Home as soon as is practicably and reasonably possible, in communicating with Builder as soon as Homeowner knows of the date Homeowner shall vacate the Home and in scheduling and attending all orientation meetings and inspections as reasonably requested by Builder.

2.   **WORK AUTHORIZATION, REPAIRS AND ADDITIONAL WARRANTY**

   2.1   Homeowner hereby authorizes Builder to perform and Builder hereby agrees to perform the repairs and other work set forth in the Scope of Work attached hereto as Exhibit "B" (the "Repair Work"), which is incorporated as if fully rewritten herein.

   2.2   Upon completion of the Repair Work, Builder shall provide the Additional Warranty, attached hereto as Exhibit "C," and incorporate as if fully rewritten herein.

_____ (initial)                           _____ (initial)
Homeowner                                        Builder

**3.     LIMITED RELEASE AND ASSIGNMENT OF CLAIMS**

3.1     In consideration of Builder performing the Repair Work at the Home, providing the Additional Warranty and providing the Relocation Benefits Package, Homeowner hereby releases and forever discharges Builder of and from all debts, demands, actions, causes of action, suits, damages, losses, fees, sums of money, controversies, agreements, promises, implied or express warranties (with the sole exception of the Additional Warranty), claims, and all liabilities whatsoever, past, present or future, vested or contingent, both at law and in equity, whether direct or indirect, foreseen or unforeseen, known or unknown, which Homeowner had, now has, or in the future may have for property damage associated directly or indirectly in any manner whatsoever with the Potential Claims.

3.2     Builder intends to recover the expense arising from, among other things, the Repair Work from the Responsible Parties. In order to facilitate such recovery, Homeowner hereby assigns to Builder all of its present and future rights, title, interest, claims, demands, and all other "Assigned Rights", as defined herein, whether legal, equitable, or otherwise, against any individual or entity, including, but not limited to, the Responsible Parties, arising from or connected with, directly or indirectly, the Potential Claims for property damage. As used herein, the term "Assigned Rights" shall mean all debts, demands, actions, suits, sums of money, damages, liabilities, losses, causes of action or claims against any individual or entity, and rights to recovery, whether in equity, at law, or otherwise, direct or indirect, known or unknown, foreseen or unforeseen, existing or which may later accrue in Homeowner's favor, and arising out of or in any manner related directly or indirectly to the Potential Claims for property damage.

3.3     Accordingly, Builder shall have the exclusive right to bring any action or claim in connection with any property damage related to the Defective Drywall and Affected Materials. Homeowner shall cooperate and assist Builder in its recovery efforts, including but not limited to providing all documentation and information in Homeowner's possession concerning the Defective Drywall, Affected Materials, Responsible Parties, and any other issue relating thereto, the reasonable costs of which shall be borne by Builder. Homeowner's assistance and cooperation with any and all of Builder's recovery efforts includes but is not limited to any litigation related thereto.

3.4     This Agreement and all documents relating to it are not, and shall not be construed as, an admission by any of the parties as to the validity of the Potential Claims, nor an admission by any of the parties of any liability or wrongdoing by any of them.

3.5     Homeowner represents and warrants that: (a) Homeowner has not settled or compromised, or released from liability any individual or entity, in whole or in part, with respect to any of the Potential Claims for property damage, and further warrants that it will not do so in the future without the prior written consent of Builder including any and all claims Homeowner has or may have against Homeowner's insurance carrier(s);

_____ (initial)                          _____ (initial)
Homeowner                                   Builder

3 of 12

(b) all documents, records, examinations, investigations, and information relating directly or indirectly to the Potential Claims which are discovered in the future will be furnished to Builder promptly upon their discovery; and (c) Homeowner has not and will not do anything to prejudice Builder's rights as its subrogee and assignee. Homeowner shall have no right to share in any proceeds, associated costs, and attorneys' fees recovered by Builder in connection with the Potential Claims.

3.6     This Agreement does not merge, affect, or supplant any consistent terms, conditions, rights, or obligations set forth in the original Purchase and Sale Agreement executed in connection with the sale of your Home.

3.7     The parties agree that this Agreement contains the entire agreement between the parties hereto and may not be modified except in a writing signed by both parties. The parties agree they shall not except to the extent specifically set forth or incorporated herein, be bound by any terms, conditions, statements, warranties or representations regarding the Potential Claims, the Relocation Benefits Package, the Scope of Work or the Additional Warranty, whether oral or written.

3.8     Homeowner acknowledges that Homeowner has read and fully understands the provisions of this Agreement and has executed this Agreement freely and voluntarily. Therefore, the language of this Agreement shall not be construed presumptively against Homeowner or Builder.   Moreover, Homeowner acknowledges that Homeowner has been encouraged to seek advice of counsel with respect to this Agreement.

3.9     This Agreement shall be binding upon and inure to the benefit of Homeowner and Builder and their respective predecessors, successors, assigns, subsidiary corporations, heirs, personal representatives, agents, or other representatives.

3.10    This Agreement shall be governed and construed in accordance with the laws of the State of Florida, without regard to its conflict of laws principles. Nothing in this agreement is intended or shall be construed to give any other persons or entities any right, remedy or claim under or by reason of this Agreement.

3.11    Homeowner hereby certifies, swears and affirms, under penalty of perjury, that the information they have provided is true and correct to the best of their knowledge.

## 4.     BINDING ARBITRATION

4.1     Any controversy or claim arising out of or relating to this Agreement (including all Exhibits hereto), or the breach thereof, shall be settled by neutral binding arbitration in accordance with the rules of Commercial or Construction Industry Arbitration Rules, as appropriate, of the American Arbitration Association, and not by any court action except as provided by Florida law for judicial review of arbitration proceedings. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having appropriate jurisdiction. The following matters are excluded from arbitration under this paragraph:

_____ (initial)              _____ (initial)
Homeowner                        Builder

(i) action for unlawful detainer, (ii) filing or enforcement of a construction lien, (iii) any matter within the jurisdiction of a probate or bankruptcy court. Homeowner and Builder shall bear their own costs and expenses, including attorney's fees, and an equal share of the arbitrators' fees, administrative fees or arbitration expenses, and costs. **BY INITIALING AT THE END OF THIS PARAGRAPH, HOMEOWNER AND BUILDER ACKNOWLEDGE AND AGREE TO THE FOREGOING PROVISION REGARDING BINDING ARBITRATION.**

        _____ (initial)         _____ (initial)
        Homeowner         Builder

## 5.   AUTHORIZATION AND ACCEPTANCE

By signing below, Homeowner authorizes Builder to perform the Repair Work described in the "Scope of Work," accepts the benefits of the Relocation Benefits Package and Additional Warranty, and agrees to the terms of the Limited Release and Assignment of Claims.

**IN WITNESS WHEREOF**, we have set our hands and seals.

**HOMEOWNER**         **ADDITIONAL HOMEOWNER (If Applicable)**

Signature:_____     Signature:_____

Printed
Name:_____     Printed
Name:_____

Date:_____     Date:_____

**MERITAGE HOMES OF FLORIDA, INC.**

Signature:_____

Printed
Name:_____

Date:_____

EXHIBIT "A"

**RELOCATION BENEFITS PACKAGE**

In order to begin staging your Home for repair, we encourage you to secure alternative housing arrangements promptly. In order to facilitate your relocation, Meritage will provide you with the following benefits.

1.    **MONTHLY HOUSING ALLOWANCE**

Upon your execution of the Relocation, Repair Work Authorization and Limited Release Agreement, Meritage Homes will provide you with a fixed, monthly housing allowance. The amount of your monthly housing allowance shall be determined by the square footage of your Meritage Home in accordance with the following chart, which was compiled taking into account a variety of factors such as local rental rates, market surveys and the cost of maintaining the basic utilities (water and electric) in your Meritage Home while vacant:

| Meritage Home Square Footage | Monthly Housing Allowance |
|---|---|
| 1300 – 1699 sq. feet | $1,200 per month |
| 1700 – 2099 sq. feet | $1,500 per month |
| 2100 – 2499 sq. feet | $2,000 per month |
| 2500 – 2899 sq. feet | $2,300 per month |
| 2900 – 3899 sq. feet | $2,600 per month |

In order to help you get started in the relocation process, the first two months of your housing allowance shall be processed and paid to you as a lump sum promptly after your execution of the Relocation, Repair Work Authorization and Limited Release Agreement.

Thereafter, beginning with the third month, you will automatically be sent a check for your monthly housing allowance until such time as the repairs to your Meritage Home have been completed and Meritage has notified you that it is ready for you to move back in. Forty-Five (45) days prior to the completion of the repair work on your Home, Meritage shall provide you written notice of the date upon which the repairs to your Home will be complete so that you can begin making arrangements to move back into your Meritage Home promptly thereafter. Upon receipt of this notice, you will want to be mindful of and timely provide any required notices to your landlord and/or storage rental company as well contacting your moving company, all in planning to move back into your Meritage Home. The monthly housing allowance payment you receive during the month of the completion of repairs to your Meritage Home shall be the final monthly housing allowance payment you will receive.

While it is your responsibility to promptly secure alternative housing of your choosing, for your convenience in identifying a variety of local options that may fit your tastes and needs, Adrianna Valencia of Rental Link has compiled a list of currently available properties for rent in your area. In the event you would like to inquire further about these available properties you may contact Ms. Valencia directly.

Ms. Adriana Valencia
Rental Link Division Manager
(239) 437-1800 ext. 331.

_____ (initial)          _____ (initial)
Homeowner                    Builder

6 of 12

Please note, however, that Meritage has no affiliation with Rental Link or Ms. Valencia and is making this information available to you simply as a courtesy. You are certainly free to contact any real estate professionals whom you feel will be most helpful in your search.

## 2.    MOVING AND STORAGE EXPENSES

Once you have obtained alternative housing and are ready to move your personal property to your alternative home and/or storage facility of your choice, it is your responsibility to make the necessary arrangements which fit your needs. Meritage shall reimburse you for your reasonable and customary out-of-pocket expenses actually paid to third-party moving companies and, if applicable, storage facilities provided that you obtain Meritage's written pre-approval of your moving/storage estimates in advance and a copy of your receipt. Meritage has consulted with several local moving and storage companies regarding moving and storage costs and will be assessing the estimates you propose in light of the costs generally available. This reimbursement shall apply to moving both into your alternative housing and then later back into your Meritage Home upon completion of repairs. This reimbursement will, if applicable, also cover the cost of storing household items of personal property currently located in your Meritage Homes.

We have compiled contact information for a few local moving/storage service companies as a courtesy which we hope you find helpful. Meritage has no affiliation with and does not particularly recommend any of these companies and we encourage you to select a moving/storage company that best fits your needs.

Moving and Storage

Sun Coast Moving and Storage (Atlas Van Lines)
Contact: Will Jenson (239) 594-9111

Gulf Coast Transfer and Storage (dba All The Way With Bill Vernay)
Contact: Shawn Nelson (239) 694-8002

Modern Movers
Contact: Pete or Amy (239) 939-7983

Storage only

PODS
Contact: Guy Huey (772) 538-6478
Note: PODS works along with Pack 'N Load Services

Meritage shall have no responsibility or liability for any damages to or loss of your personal property during packing, moving, storage or any other phase of this process.

_____ (initial)          _____ (initial)
Homeowner                      Builder

3.      **REIMBURSEMENT PROCEDURES**

Initial Monthly Housing Allowance Payment

>   Promptly following full execution of the Relocation, Repair Work Authorization and Limited Release Agreement by both you and Meritage, Meritage shall automatically process and pay to you by check a lump sum payment for the first two full months of your monthly housing allowance.

Third and Subsequent Months Payment of Monthly Housing Allowance

>   Meritage shall automatically process and pay to you by monthly check the monthly housing allowance for the third and, if applicable, subsequent months following full execution of the Relocation, Repair Work Authorization and Limited Release Agreement by both you and Meritage.

Moving and Storage Expense Reimbursement

a.      Upon obtaining a written estimate from a moving/storage company of your choice, complete a "MERITAGE RELOCATION ESTIMATE PRE-APPROVAL FORM" and, along with a complete, legible copy of the estimate, mail or scan and e-mail the materials to:

>               E-MAIL:  Virginia.musselwhite@meritagehomes.com

>                   MAIL:  Meritage Homes of Florida
>                          Attention: Virginia Musselwhite – Relocation Benefits
>                          5337 Millenia Lakes Blvd.
>                          Orlando, Florida 32839

>   This pre-approval process shall apply to both your move from and later back to your Meritage Home.

b.      Upon receipt of your estimates and related materials, Meritage shall promptly notify you in writing as to the approval or rejection of the estimate as a reasonable estimate. In the event your estimate is not approved, we will be happy to speak with you as to the reason(s) for the rejection and how it may be satisfactorily modified.

c.      Following pre-approval and completion of the move of your personal property to your alternative housing and/or storage facility you shall be responsible for the payment of all pre-approved charges to your mover and/or storage facility.

_____ (initial)                    _____ (initial)
        Homeowner                                        Builder

d.     Following full payment and obtaining a written receipt for same, complete a "MERITAGE RELOCATION REIMBURSEMENT FORM" and, along with a complete, legible copy of the receipt, mail or scan and e-mail the materials to Ms. Musselwhite using the contact information provided above.

e.     Upon receipt of your materials Meritage shall, within ten (10) days thereafter, promptly process and pay to you by check reimbursement for the pre-approved and paid expenses.

<u>Miscellaneous</u>

a.     All monthly payments made hereunder shall be mailed to the address of your Meritage Home as specified on the Relocation, Repair Work Authorization and Limited Release Agreement unless and until you specify a different address in writing to Ms. Virginia Musselwhite using the above contact information.

b.     Checks shall be processed and sent on a monthly basis.

c.     Any recurring expense for monthly storage of some or all of your personal property shall be submitted for  payment on a monthly basis, however, need not be pre-approved monthly unless the charge initially approved is increased.

d.      In anticipation of your prompt move back to your Home, the month in which repairs are completed to your Meritage Home shall be the final month for which the monthly housing allowance and/or any recurring personal property storage expenses shall be paid by Meritage.

e.     All receipts for pre-approved moving/storage expenses submitted for reimbursement must be submitted to Meritage no later than forty-five (45) days after the date of the receipt submitted.

f.     Any moving/storage expenditure not pre-approved by Meritage shall not be reimbursable.

g.     Meritage's obligations hereunder are conditional upon your reasonable cooperation with Meritage and its employees and shall terminate upon the completion of repairs to your Meritage Homes for your occupancy.

_____ (initial)                    _____ (initial)
        Homeowner                                    Builder

EXHIBIT "B"

SCOPE OF WORK

The repair of your Home shall include the following:

- Inspection by a qualified, independent third-party inspector, accompanied by the Homeowner and a Meritage representative to identify, confirm and document/record signs of Defective Drywall in the Home;

- Upon Homeowner's relocation, re-key the Home and schedule/stage the Home for repair work;

- Complete the demolition process including, at a minimum, the removal and disposal of all drywall and other affected materials. Such affected materials will include:

  - All insulation;
  - Selected components of the HVAC system;
  - All interior electrical wiring, selected receptacles, switches, lighting and other electrical fixtures;
  - All soft flooring, carpet and carpet padding;
  - All smoke and/or carbon monoxide detectors;
  - All fire suppression sprinklers (if applicable);
  - Selected interior electric boxes/panels;
  - Selected plumbing fixtures;
  - Selected mirrors and medicine cabinets;
  - All kitchen appliances;
  - All kitchen and bathroom cabinetry; and
  - All interior doors and trim.

  Meritage reserves the right, in its discretion, to retain, remove for storage and later re-install and/or dispose of for later replacement, any and all other components of the Home found or suspected to be affected during the demolition process though not specifically listed above including, but not limited to, countertops, hard floor surfaces such as wood or tile, sinks, toilets, shower enclosures, bathtubs and stair railing;

- Complete HEPA vacuuming of the Home to remove demolition dust and debris and an "air-out" period of no less then ten (10) days to allow any residual odor(s) to dissipate;

- Re-inspection by a qualified, independent third-party inspector, accompanied by a Meritage representative, to confirm and document the complete removal of all drywall and affected materials from the home;

_____ (initial)          _____ (initial)
Homeowner                         Builder

10 of 12

- Complete reconstruction of the interior of the Home by a qualified contractor and subcontractors including hanging, completely finishing and painting new drywall and to the extent included in the original construction of the Home by Meritage, replacing all components of the Home removed and/or damaged as part of the demolition process using materials of equal or better quality than that installed in the original construction of the Home; and

- Final cleaning and re-keying of Home for your move-in.


_____ (initial)           _____ (initial)
Homeowner                              Builder

## EXHIBIT "C"

## ADDITIONAL WARRANTY

Meritage Homes warrants the performance of all replaced and/or repaired components of your Home and provides a one year Additional Warranty for "covered defects," defined as defects in material and/or workmanship related to the work performed in connection with the scope of work, commencing on the date your home is returned to you and terminating one (1) year thereafter. All manufacturer warranties for replaced consumer products, such as kitchen appliances, will be transferred to the Homeowner and not directly warranted by Meritage Homes. Meritage Homes will, at the time your Home is returned to you, provide you with written confirmation of your manufacturer warranties where applicable, and their expiration date(s). This Additional Warranty will not apply to any components of the Home not repaired or replaced in connection with the scope of work.

This is neither an insurance policy nor a maintenance agreement, but does define what the Homeowner has a right to expect in terms of warranty.

This Additional Warranty is provided to the current Homeowner and is transferable to all subsequent owners who take title prior to or within the Additional Warranty period.

_____ (initial)     _____ (initial)
Homeowner                              Builder

12 of 12



September 23, 2009

Dear Moody River Homeowner,

As anticipated in our recent correspondence to you, we are now prepared to proceed with repair of homes which have been adversely affected by Chinese drywall. The purpose of this letter is to provide you with an overview of the process and to enclose additional, more detailed information about each step of the process.

## 1. INSPECTION / CONFIRMATION

A Meritage representative either has or will shortly be contacting you to schedule a third-party inspection of your home. The purpose of this inspection is to determine, or for those of you whose homes were previously inspected by Meritage to confirm, the presence or absence of Chinese drywall. This inspection shall be completed by qualified, independent professionals retained by Meritage. The inspector will generally be making note of unusual odors associated with Chinese drywall, inspecting a variety of metal items in your home such as wiring, fixtures and HVAC components for unusual corrosion and, where accessible, inspecting the back of drywall panels for markings indicative of Chinese drywall. A Meritage employee shall accompany the inspector as part of the process and you are welcome to point out to them your own observations from having lived in the home. If no indications of Chinese drywall are present, we will share this fact with you and provide you with a copy of the inspection report. If indications of Chinese drywall are present in your home, we will provide you with a copy of the report and ask you to sign a Relocation, Repair Work Authorization and Limited Release Agreement, a copy of which is included in this package for your review, to authorize us to repair your home.

## 2. RELOCATION

While we cannot provide you with a definite schedule for the commencement or completion of repairs to your home, we encourage you to relocate now both for your convenience as the holiday season approaches and so that your home can be staged and scheduled for repair.

Upon full execution of the Repair Work Authorization and Release Agreement, Meritage shall provide you with a variety of benefits for your relocation. You will be responsible for securing alternative housing arrangements of your choosing and arranging for your personal property to be moved to your temporary residence and/or storage facility as you deem appropriate. In securing alternative housing and rental storage space, you will want to be flexible so that you can be ready

to re-occupy your Meritage Home promptly after repairs are complete. The Relocation Benefits Package we are making available to you will provide you with a fixed monthly housing allowance in a pre-determined amount relative to the square footage of your Meritage home that will be paid until your home is repaired and ready for you to re-occupy. The monthly housing allowance shall be paid to you regardless of whether you currently occupy your Meritage Home. You will also be reimbursed for your moving and storage costs assuming that you or a tenant occupy your Moody River home and/or have personal property in your home which needs to be removed. Please note that Meritage will only be making these payments to the owners of the affected homes and if your home is occupied by a tenant or another party, it will be the owner's responsibility to handle any moving and reimbursement arrangements with them and insuring their compliance with this program. The Relocation Benefits Package we are providing to you for your review with this letter provides you with resources to assist you in quickly identifying available local rentals as well as local moving and storage companies.

## 3. REPAIR OF YOUR HOME

Once you notify Meritage that your home has been completely vacated and absolutely all personal property and all other contents have been removed, we will change the locks for the security of your home and your home will be ready for repair. We appreciate your recognition of and patience with the fact that all of the homes cannot be repaired at once. During our remodeling orientation with you we will provide more detailed information about the scheduling of repairs to your home. At this time, we have identified a grouping of single family residences to commence repair work on and anticipate a rolling scheduling process as those homes are completed. For those of you in condominium units, please keep in mind that the pace at which the affected homes in your building are completely vacated will obviously affect the scheduling of repair work so that all of the affected units in your building can be repaired at the same time.

The initial stage of the repair process will be the complete removal and disposal of all drywall, electrical wiring, insulation, kitchen and bathroom cabinetry, kitchen appliances, carpeting, interior doors and trim in your home. Numerous other components such as hard floor surfaces, countertops, stair railing and other components will be inspected and retained if it is determined to be reasonably possible to do so without damaging them. Once all of these materials have been removed, Meritage will HEPA vacuum the home and allow it to "air-out" for no less than ten (10) days so that any residual odors can dissipate. Your home will then be re-inspected by a third-party professional to confirm that all drywall and affected materials, including those identified in the original inspection, have been removed from your home.

The next stage will then be the reconstruction of your Meritage home to its original condition. We will hang, finish and paint new drywall throughout the home along with replacing and/or reinstalling all components of your home removed in this initial stage to the extent that those components were originally installed in your home by Meritage. Meritage will warrant the materials and workmanship of these repairs for one (1) full year after completion.

Once repairs are commenced on your home, we anticipate roughly a 90-120 day repair period. We will provide you with forty-five (45) days advance written notice of the date the repairs to your home will be completed and the home ready for you to re-occupy. Upon receipt of this notice, you will want to be mindful of and timely provide any required notices to your landlord and/or storage rental company as well as contacting your moving company, all in planning to move back into your Meritage Home.

Jay Coughlin is the Meritage employee who will be managing the inspection and repair process and will be assisted by Roy Silva, who many of you already know. In the event you have any questions or concerns, please feel free to contact Jay at (239) 633-9633 and/or Roy Silva at (239) 940-2679.

We thank you for your continued patience and anticipated cooperation throughout this process.

Sincerely,
Meritage Homes of Florida, Inc.

Camille Nesbitt
Manager – National Customer Relations

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List   Next on List   Return To List
Events      No Name History

Entity Name Search  [Submit]

# Detail by Entity Name

## Florida Profit Corporation

PARAGON HOMES, INC.

## Filing Information

**Document Number** 382763
**FEI/EIN Number** 591352018
**Date Filed** 05/24/1971
**State** FL
**Status** INACTIVE
**Last Event** DISSOLVED BY PROCLAMATION
**Event Date Filed** 05/23/1973
**Event Effective Date** NONE

## Principal Address

509 N MAGNOLIA AVE
SUITE 2
ORLANDO FLA 32801

## Mailing Address

509 N MAGNOLIA AVE
SUITE 2
ORLANDO FLA 32801

## Registered Agent Name & Address

WITTE,LEONARD
1550 LEE RD
PO BOX 336
WINTER PARK FL

## Officer/Director Detail

Name & Address

Title PD

WITTE,LEONARD

WINTER PARK FL

Title VD

LITTLE,E F

WINTER PARK FL

Title SD

ROBERTS,SELMA

WINTER PARK FL

## Annual Reports

**No Annual Reports Filed**

## Document Images

No images are available for this filing.

Note: This is not official record. See documents if question or conflict.

Previous on List   Next on List   Return To List
Events      No Name History

Entity Name Search  [Submit]