# EXHIBIT C

# Comparison of Builder Settlement to Court's Findings Regarding
## Proper Scope of Remediation for Homes With Chinese Drywall

| Meritage Settlement Offer | *Hernandez* Findings of Fact re: Proper Scope of Remediation for Chinese Drywall |
|---|---|
| Removal and replacement of *all* drywall. | Removal and replacement of *all* drywall, whether Chinese or domestic. |
| Removal and replacement of *all* insulation. | Removal and replacement of *all* insulation. |
| Removal and replacement of *all* interior electrical wiring, smoke and carbon monoxide detectors, but only *selected* interior electric boxes/panels. | Removal and replacement of the *entire* electrical system, *all* receptacles and *all* lighting fixtures containing copper or silver. |
| Removal and replacement of only *selected* components of the HVAC system. | Removal and replacement of the *entire* HVAC system, including coated copper coils, wires, insulation, circuit boards and the outside condenser. |
| Removal and replacement of only *selected* plumbing fixtures. | Removal and replacement of *all* copper and silver plumbing components (excepting PVC and non-metal plumbing components). |
| Removal and replacement of *all* soft flooring, carpet and carpet padding. | Removal and replacement of *all* carpet. |
| Removal and replacement of *all* kitchen and bathroom cabinetry, interior doors and trim. | Removal and replacement of *all* cabinets and molding and trim. |
| Removal and replacement of *all* kitchen appliances. | Removal and replacement of *all* appliances. |
| Removal and replacement of *selected* mirrors and medicine cabinets. | Removal and replacement of *all* flexible duct work, *all* switches, and non-electronic, metallic personal items such as "door knobs and strike plates," and silver picture frames. |
| Meritage expressly reserves the right, in its discretion, to retain for *storage and later reinstallation* any countertops, hard floor surfaces such as wood or tile, sinks, toilets, shower enclosures, bathtubs and stair railing. | Removal and replacement of *all* countertops, fixtures, and bathroom porcelain.<br><br>Wood flooring *may* need to be replaced. Tile need not be replaced. |
| *No* provision for replacement of consumer electronics. | Removal and replacement of consumer electronics damaged by Chinese drywall. |
| HEPA vacuuming only; *no* washing | HEPA vacuuming and pressure washing or |

1

2

| **Meritage Settlement Offer** | ***Hernandez* Findings of Fact re: Proper Scope of Remediation for Chinese Drywall** |
|---|---|
| mentioned. Final cleaning. | wipe-down of all surfaces with damp cloth. |
| Settlement provides for an "air-out" period of *10 days*. | After drywall removal and cleaning, Plaintiffs' homes should be aired-out for up to *30 days* to allow all odors and gases to be eliminated while the studs of the home are exposed. |
| *No certification* mentioned. Provides only for re-inspection by qualified, independent third-party inspector. | Written certification of the completion and safety of the remediation by an independent, environmental consultant. |