# EXHIBIT E

# Comparison of Builder Settlement to Court's Findings Regarding Proper Scope of Remediation for Homes With Chinese Drywall

| **Standard Pacific Settlement Offer** | *Hernandez* **Findings of Fact re: Proper Scope of Remediation for Chinese Drywall** |
|---|---|
| Removal and replacement of *all* drywall *except* for non-Chinese drywall behind bathroom tiles | Removal and replacement of *all* drywall, whether Chinese or domestic. |
| Removal and replacement of *all* insulation. | Removal and replacement of *all* insulation. |
| Removal and replacement of *all* electrical wiring. | Removal and replacement of the *entire* electrical system, *all* receptacles and *all* lighting fixtures containing copper or silver. |
| Removal and replacement of only *selected interior components* of the air handlers in the HVAC system. | Removal and replacement of the *entire* HVAC system, including coated copper coils, wires, insulation, circuit boards and the outside condenser. |
| Removal and replacement of *damaged* plumbing fixtures. | Removal and replacement of *all* copper and silver plumbing components (excepting PVC and non-metal plumbing components). |
| Removal and replacement of *damaged* carpet. | Removal and replacement of *all* carpet. |
| Removal and replacement of *damaged* cabinetry. | Removal and replacement of *all* cabinets. |
| Removal and replacement of *damaged* appliances. | Removal and replacement of *all* appliances. |
| Removal and replacement of *damaged* items permanently built into home. | Removal and replacement of *all* flexible duct work, *all* switches, and non-electronic, metallic personal items such as "door knobs and strike plates," and silver picture frames. |
| Removal and replacement of *damaged* items. *No* replacement of tile, stone or hardwood flooring. | Removal and replacement of *all* molding, countertops, trim, fixtures, and bathroom porcelain. Wood flooring *may* need to be replaced. Tile need not be replaced. |
| *No removal or replacement* of consumer electronics. | Removal and replacement of consumer electronics damaged by Chinese drywall. |
| HEPA vacuuming only. *No* washing | HEPA vacuuming and pressure washing or |

1

| **Standard Pacific Settlement Offer** | ***Hernandez* Findings of Fact re: Proper Scope of Remediation for Chinese Drywall** |
|---|---|
| mentioned. | wipe-down of all surfaces with damp cloth. |
| <u>No</u> provision for any "air-out" period. | After drywall removal and cleaning, Plaintiffs' homes should be aired-out for up to *30 days* to allow all odors and gases to be eliminated while the studs of the home are exposed. |
| Allows for final inspection by homeowner only and provides for "any final sign-off required by the local municipality." | Written certification of the completion and safety of the remediation by an independent, environmental consultant. |