# EXHIBIT F



ADAMS AND REESE LLP

Attorneys at Law
Alabama
Florida
Louisiana
Mississippi
Tennessee
Texas
Washington, DC

October 22, 2010

**Via Facsimile (504-529-2931) and U.S. Mail**

Mr. Russ Herman
Plaintiffs' Liaison Counsel
c/o Ms. Amy Guidry
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

> RE: **Joint Request for Voluntary Dismissal of <u>LLJ Construction, Inc.,</u> Pursuant to Settlement**
> *Plaintiffs Omnibus Class Action Complaint (I)*, Case 2:09-cv-07628
> Chinese-Manufactured Drywall Products Liability Litigation,
> MDL No. 2047
> <u>Adams and Reese File No.: 74-363</u>

Dear Mr. Herman:

This firm represents the interests of LLJ Construction, Inc., ("**LLJ**") in the captioned matter. LLJ is a builder-defendant erroneously named as "Lawrence Migliar LLJ Construction" in the Plaintiffs' Omnibus (I) Class Action Complaint ("Omni I").[1] LLJ is brought into Omni I exclusively by plaintiff Michael Lundy.[2] **Mr. Lundy released LLJ from this claim in December of 2009.**

**Claim and Settlement History:**

1. On September 21, 2009, Michael Lundy (who is, himself, an attorney), provided notice to his homebuilder, LLJ, of allegedly defective drywall in his residence at 3956 Versailles Drive, Tampa, FL 33624.[3]

2. Mr. Lundy, through his counsel, accepted a lump-sum payment of $40,000.00 (forty-thousand and xx/100 dollars) in exchange for releasing his claim against LLJ.[4]

---

[1] *See* Omni I, Schedule 3, at p. 33, attached as Exhibit "A."
[2] *Id.*
[3] *See* Sept. 21, 2009, correspondence of Michael Lundy to LLJ Construction, attached as Exhibit "B."
[4] *See* Dec. 2, 2009, correspondence of Gary Weisman to Auto Owners Ins. Co., attached as Exhibit "C."

Mr. Russ Herman
October 22, 2010
Page 2

> 3. The parties' agreement is evidenced by a Full Release Receipt executed December 9, 2009, by Mr. Lundy and LLJ's insurer, Auto-Owners Insurance.[5]

By telephone conference of October 13, 2010, Mr. Lundy's attorney, Gary Weisman, confirmed that Mr. Lundy did not intend to name LLJ in the Omni I complaint.[6] In fact, Mr. Weisman said that we were the first to inform him that Mr. Lundy had named LLJ in the MDL.

Before engaging in litigation, we ask that you voluntarily dismiss Michael Lundy's claim against LLJ Construction, Inc., with prejudice. In light of the parties' December, 2009, settlement agreement, **plaintiff's counsel joins us in requesting this immediate voluntary dismissal of LLJ**.

Please contact us at your earliest convenience to discuss LLJ Construction, Inc.'s dismissal from the captioned matter. Thanking you for your courtesy, we remain

Very truly yours,

**ADAMS AND REESE LLP**

*/s/ David C. Coons*

Christopher A. D'Amour
David C. Coons

CAD/DCC:lkg

cc: Gary S. Weisman, Esq., *counsel for Plaintiff Michael Lundy* (Via E-Mail only)

---

[5] *See* Full Release Receipt, attached as Exhibit "D."
[6] N.B.: Although Omni I erroneously identifies Mr. Lundy's address as 3355 Versailles Drive (*see* Doc. 1, ¶ 1084, attached as Exhibit "E"), Mr. Lundy's attorney and law partner, Gary Weisman, confirms that Mr. Lundy has only one residence on Versailles Drive.

Case 2:09-md-02047-EEF-MBN   Document 6669-7   Filed 12/16/10   Page 4 of 10

Case 2:09-cv-07628-EEF-JCW   *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*   Document 1-11   Filed 12/09/09   Page 33 of 67

Schedule "3"–Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Jaquez, Frank<br>17445 North West 10 Street<br>Pembroke Pines, FL 33029 | Las Playas LLC | 246 |
| Toran, George, Jr.<br>8008 North Clarke<br>Tampa, FL 33614 | Las Playas, LLC | 246 |
| Toran, George<br>8008 North Clarke<br>Tampa, FL 33614 | Las Playas LLC | 246 |
| Alfonso, Cindy<br>12141 McGee Rd.<br>Covington, LA 70435 | Last Minute Properties, LLC | 247 |
| Lundy, Michael<br>3956 Versailles Drive<br>Tampa, FL 33634 | Lawrence Migliar LLJ Construction | 248 |
| Louis, Adlain<br>4119 18th Street South West<br>Lehigh Acres, FL 33971 | Lee Harbor Homes of Florida, Inc. | 249 |
| Burzotta, James and Rita<br>104 Country View Lane<br>McMurray, PA 15317 | Lee Wetherington Homes, Inc. | 250 |
| Tuhro, Raymond W. and Nancy<br>2025 E. Shore Drive<br>Lansing, NY 14882 | Lee Wetherington Homes, Inc. | 250 |
| Villaverde, Gilbert & Gloria<br>1616 SW 52nd Street<br>Cape Coral, FL 33914 | Legend Custom Builders, Inc. | 251 |
| Baginski, Andrea<br>20095 Larino Loop<br>Estero, FL 33928 | Lennar Corporation | 252 |
| Farmer, Richard, Connie and Tracie<br>5912 French Creek Ct.<br>Ellenton, FL 34222 | Lennar Corporation | 252 |
| Hernandez, Marla<br>11475 Southwest 238 Street<br>Homestead, FL 33032 | Lennar Corporation | 252 |
| Wilson, Teresa<br>4301 Avalon Drive<br>Randolph, MA 02368 | Lennar Corporation | 252 |
| Woolley, Scott<br>7050 Montauk Point Crossing<br>Bradenton, FL 34212 | Lennar Corporation | 252 |
| Egan, Michelle and Giancarlo Lee<br>10860 SW 136 Street<br>Miami, FL 33176 | Lennar Homes, LLC | 253 |
| Elliott, William & Mary Ann Frye<br>2926 NE 2nd Dr.<br>Homestead, FL 33033 | Lennar Homes, LLC | 253 |

EXHIBIT "A"

# Older & Lundy
ATTORNEYS AT LAW
3014 West Palmira Avenue, Suite 301
Tampa, Florida 33629
Telephone: (813) 254-8998
Facsimile: (813) 839-4411
www.olderlundylaw.com

Attorneys:

Christina J. Anton
Jessica M. Felix
Matthew L. Felix
Lisa A. Haldermota*
Matthew L. Lundy
Michael L. Lundy*
Benjamin C. Older
Michelle A. Raist
Gary S. Weisman

• Of Counsel

*Also admitted in New York and Georgia

September 21, 2009

**VIA HAND DELIVERY ONLY**
Mr. Lawrence Migliara
LLJ Construction

Re:   Drywall from China that you installed in my home

Dear Lawrence:

I am writing to you as required under Section 558 of the Florida Statutes to provide you notice of a construction defect resulting from the work your company performed at my home, which is located at 3956 Versailles Drive, Tampa, Florida 33634. As you are aware, defective drywall was installed during your work. This came to my attention as a result of extensive air conditioning repairs my home has required. It appears the air conditioning service calls resulted from defective drywall, and the defects have caused, and likely will continue to cause, additional damages throughout my home.

This notice is given under Section 558 of the Florida Statutes so that you may have the opportunity to inspect the damage. In addition, I expect that you will either repair or pay for any repairs necessary to remedy the damages resulting from the defects. This includes, but is not limited to, replacing the defective drywall, replacing any existing insulation, replacing any electrical wiring that may be damaged, repairing the air conditioning unit, cleaning all air conditioning ducts, having the interior of the home professionally relocated/protected/cleaned (including all flooring and contents), replacing any damages fixtures, and provide housing accommodations during the remediation work.

The purpose of this notice is to provide us an opportunity to amicably resolve these issues without the need for extensive litigation. I look forward to hearing from you immediately regarding the remedies you propose for this situation.

Sincerely,

Michael L. Lundy

**EXHIBIT "B"**



**OLDER & LUNDY**
ATTORNEYS AT LAW

Attorneys:

Christina J. Anton
Jessica M. Felix
Matthew L. Felix
Lisa A. Haidermota·
Matthew L. Lundy
Michael L. Lundy*
Benjamin C. Older
Michelle A. Ralat

· Of Counsel

*Also admitted in New York and Georgia

3014 West Palmira Avenue Suite 301
Tampa, FL 33629
Telephone: (813) 254-8998
Facsimile: (813) 839-4411
www.olderlundylaw.com

Personal Injury, Insurance Coverage, and Disability Insurance Claims

Gary S. Weisman
Group Practice Leader

December 2, 2009

<u>VIA FACSIMILE #727-532-9825 ONLY</u>

Mr. Chris Stafford, Manager
Clearwater Claims Branch, Auto Owners Insurance Company
Post Office Box 17500
Clearwater, FL 33762-0500

    Re:    My Client:    Michael L. Lundy
            Address:    3956 Versailles Drive, Tampa, FL 33634
            Your Insured:    LLJ Construction, Inc.
            Claim No.:    30266509

Dear Mr. Stafford:

       Please allow this letter to confirm our settlement agreement in the above captioned claim. We have agreed to accept $40,000 in exchange for executing a general release against your insured. In addition, your office will forward to me the reports generated from the property inspection that was conducted. This was previously agreed to, but we have not yet received those reports.

       As part of this agreement, we will work together to establish mutually agreeable language in the release that preserves Mr. Lundy's claims against any other responsible parties. Please forward a copy of your form release so we can finalize the language.

       You may make the check payable to Older & Lundy, Attorneys at Law and Michael Lundy. Should you require it, our tax identification number is 02-0659717.

**EXHIBIT "C"**

Auto-Owners Insurance
Claim No.: 30266509
December 2, 2009
Page Two

    Thank you for your professional courtesy during the handling of this matter. Should you have any questions, please do not hesitate to contact me.

                        Sincerely,

                        Gary S. Weisman

GSW/cah

Cc: Michael L. Lundy, client

2

FULL RELEASE RECEIPT                                            Claim # ____30-2665-09____

For an in consideration of the sum of <u>forty thousand and 00/100</u>
_____ Dollars ( $40,000 ) paid by
<u>Auto-Owners Insurance</u>
of ____<u>Lansing</u>____ State of ____<u>Michigan</u>____
I/We <u>Michael L. Lundy and my attorney, Gary S. Weisman</u>
of ____<u>Tampa</u>____ State of ____<u>Florida</u>____
hereby acknowledge receipt of said sum and accept the same in full satisfaction and settlement of all claims and demands against said ____<u>LLJ Construction, Inc., and Auto-Owners Insurance Company</u>____
and I/we for myself/ourselves, and my/our heirs, executors, administrators and assigns hereby release and discharge the said named ____<u>LLJ Construction, Inc., and Auto-Owners Insurance Company</u>____
from all claims, demands, actions or causes of action on account of personal injuries and property damage, direct or indirect, both known or unknown resulting from or which may hereafter result from an accident that occurred on or about the ____21st____ day of ____September____, ____2009____, at ____<u>39056 Versailles Drive, Tampa, FL</u>____.

The undersigned understands and agrees that said payment is the sole consideration for this release and is in full settlement of all claims resulting from said accident and warrants that no promise or inducement has been offered or made except as herein set forth. The undersigned is of legal age and legally competent to execute this release and accept its full responsibility.

The undersigned warrants and represents that no assignment of this claim has been made.

The undersigned understands that the parties hereby released admit no liability of any sort by reason of said accident and agrees that the said payment and settlement is made in compromise to terminate further controversy respecting all claims for damages against LLJ Construction, Inc. and/or Auto Owners Insurance Company that the undersigned have previously asserted or that the undersigned or his/their personal representatives might hereafter assert because of said accident. The undersigned specifically retains the right to pursue any other liable parties for the incident noted above but agrees that any claims against LLJ Construction, Inc. and/or Auto Owners Insurance Company for any damages resulting from this incident are forever released.

The undersigned agrees to assume full responsibility for all medical bills and liens of any kinds. In Witness Whereof, I/we have hereunto set my/our hands this ____9th____ day of ____December____, ____2009____.

X _____      X _____
Signature of Claimant                       Witness Signature

____Michael L. Lundy____                 ____Cindy Hartzough____
Printed Name of Claimant                    Witness Name Printed

Dated: __12/9/09__                          Dated: __12/9/09__

EXHIBIT "D"

FLORIDA STATUTES PROVIDE THAT "Any person who knowingly, and with intent to injure, defraud or deceive an insurance company files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

1080. Plaintiff, Demitrius Williams is a resident of Florida and owns real property located at 3499 NW 14th Court, Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1081. Plaintiff, Stephen Yourich is a resident of Florida and owns real property located at 2446 NE Letiticia Street, Jensen Beach, Florida 34957. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1082. Plaintiff, David Orlowski is a resident of Florida and owns real property located at 2722 SW 10th Avenue, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1083. Plaintiffs, Alexandra and Craig Bartholomen are residents of Louisiana and together own real property located at 959 Avenue B, Westwego, Louisiana 70094. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1084. Plaintiff, Michael Lundy is a resident of Florida and owns real property located at 3355 Versailles Drive, Tampa, Florida 33634. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1085. Plaintiffs, Mario and Diane Martinez are residents of Florida and together own real property located at 17744 44th Place North, Loxahatchee, Florida 33470. Plaintiffs are



EXHIBIT "E"