# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| ------------------------------------------------- | x | ---------------------------------------------- |
|  | x |  |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
|  |  | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | x |  |
| LITIGATION | x | SECTION: L |
|  | x |  |
|  | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | x |  |
| CASES |  | MAG. JUDGE WILKINSON |
|  |  |  |
| ------------------------------------------------- | x | ---------------------------------------------- |

## DEFENDANT, FLORIDA STYLE SERVICES, INC.'S CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO BANNER SUPPLY COMPANY'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION

Defendant, FLORIDA STYLE SERVICES, INC., by and through undersigned counsel, respectfully moves this Court for an extension of time to respond to Banner Supply Company's First Set of Interrogatories and First Request for Production propounded on this Defendant on November 19, 2010. In furtherance of this Motion, Defendant states:

1. Defendant, FLORIDA STYLE SERVICES, INC. was served with Banner Supply's First Set of Interrogatories and First Request for Production on November 19, 2010 in the above-referenced matter

2. The discovery responses are due on December 19, 2010.

3. Due to the voluminous nature of the documents associated with the properties at issue, the undersigned counsel has been unable to obtain the information necessary to appropriately respond to the discovery within the time provided by the *Florida Rules of Civil Procedure*.

4. Therefore, Defendant moves this Honorable Court for an entry of an Order granting a thirty (30) day extension of time through and including January 19, 2011 within which to serve its responses and objections to Banner Supply Company's discovery requests.

5. This Motion is filed so that the ends of justice may be met and not for purposes of hinderance or delay.

6. The undersigned counsel contacted counsel for Banner Supply Company to request an extension, and counsel for Banner Supply Company agrees to the extension.

WHEREFORE, Defendant, FLORIDA STYLE SERVICES, INC. respectfully requests this Court grant its extension of time of thirty (30) days from December 19, 2010 through January 19, 2011 to file its responses and objections.

Dated: December 15, 2010.

KaRoberts    (0044758)
ROBERT V. FITZSIMMONS
Florida Bar No. 355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3047)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant Florida Style Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the

Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of December, 2010.

*KaRoberts (0044758)*
ROBERT V. FITZSIMMONS
Florida Bar No. 355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3047)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant Florida Style Services, Inc.*

3801184