UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

# O R D E R

Considering the Plaintiffs' Steering Committee's Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted insofar as to the following pending motions:

1. Plaintiffs' Motion to Intervene *Payton* [Document #6651];

2. Plaintiffs' Motion to Intervene *Wiltz* [Document #6649];

3. Plaintiffs' Motion to Intervene *Rogers* [Document #6647];

4. Plaintiffs Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) re: Payton, Wiltz, Rogers, and Gross [Document #6493];

5. The Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) re: Hernandez [Document #6582];

6. The Plaintiffs' Steering Committee's Motion to Compel Discovery Responses from Mark P. Norris [Document #6526];

7. The Plaintiffs' Steering Committee's Motion for an Accounting and other Relief [Document #6669].

      IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motions following the monthly status conference in December, or at a time set by the Court.

      New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge