UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL           MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

JUDGE FALLON

THIS DOCUMENT RELATES TO:                      SECTION:  L
*Hernandez*, No. 10-CV-3070

MAG. JUDGE WILKINSON

_____/

**DEFENDANT CABRILLO GENERAL INSURANCE AGENCY, INC.'S**
**CORPORATE DISCLOSURE STATEMENT, PURSUANT TO FED. R. CIV. P. 7.1**

Defendant, Cabrillo General Insurance Agency, Inc., respectfully submits the following

disclosure pursuant to Fed. R. Civ. P. 7.1:

1.      Cabrillo General Insurance Agency, Inc. has no parent corporation; and

2.      No publicly traded corporation owns 10% or more of the company's stock.

                    /s/ Harry O. Thomas
                    HARRY O. THOMAS (Fla. Bar No. 195097)
                    Radey, Thomas, Yon & Clark, P.A.
                    301 S. Bronough Street, Suite 200
                    Tallahassee, Florida  32301-1722
                    (850) 425-6654  -  (850) 425-6694-fax
                    E-Mail:  hthomas@radeylaw.com

                    ATTORNEYS FOR DEFENDANT CABRILLO
                    GENERAL INSURANCE AGENCY, INC.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Corporate Disclosure has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of December, 2010.

    /s/ Harry O. Thomas
Harry O. Thomas