IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL DOCKET NO.: 2047 |
| | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| CASE NO. 2:09cv-07628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT, RESIDENTIAL DRYWALL, INC.'S OBJECTION TO DEFENDANT, BANNER SUPPLY COMPANY'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION

Appearing specially, and without waiving any defense/objection to jurisdiction, venue, service or any other defense or objection, and specifically reserving any objection to the Interrogatories and Request to Produce served by Banner Supply, RESIDENTIAL DRYWALL, INC. objects to this discovery as it has a pending Motion for Protective Order and to Stay Discovery Pending Resolution of its Motion to Dismiss filed on May 17, 2010. A copy of said Motion is attached hereto.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing OBJECTION TO BANNER SUPPLY COMPANY'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the

USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of December, 2010.

        SELLARS, MARION & BACHI, P.A.

        By: /s/ Jeremy D. Bertsch
        Florida Bar No.: 0043308
        Attorneys for Defendant, Residential Drywall, Inc.
        811 North Olive Avenue
        West Palm Beach, FL 33401
        Telephone: (561) 655-8111
        Facsimile: (561) 655-4994



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| | * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |

*****************************************

## RESIDENTIAL DRYWALL INC.'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant, Residential Drywall, Inc. ("Residential"), by special appearance[1] of its undersigned counsel and pursuant to Fed.R.Civ.P. 34, 45 and 26, hereby moves this Honorable Court for an Order that Residential does not have to submit itself to discovery in this matter until its Motion to Dismiss for Lack of Personal Jurisdiction has been decided and as such it should not have to comply with the Subpoena for documents and for deposition of a corporate representative, which have by Pretrial Order 24 been turned into Rule 34 Request for Production and Rule 30(b)(6) deposition, issued by Plaintiffs, or participate in or respond to any discovery in this matter.

Pursuant to Federal Rule of Civil Procedure 26(c)d and Local Rule 37.1, it is hereby certified that Defendant's counsel has conferred with Plaintiff's counsel in an attempt to resolve the issues

---

[1] Residential has been served with a copy of the summons and complaint in Payton v. Knauf Gips, KG et al., Case No. 0907628, and has been responded by special appearance with a motion to dismiss for lack of jurisdiction. It should be noted that this appearance is special, preserving all objections to jurisdiction in Louisiana over Residential.

1

presented herein and no agreement has been reached.

WHEREFORE, Defendant Residential Drywall, Inc., respectfully requests that the Court enter an Order that Residential does not have to submit itself to discovery in this matter until its Motion to Dismiss for Lack of Personal Jurisdiction has been decided and as such it should not have to comply with the Subpoena for documents and for deposition of a corporate representative, which have by Pretrial Order 24 been turned into Rule 34 Request for Production and Rule 30(b)(6) deposition, issued by Plaintiffs., and providing such other and further relief as the court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for Defendant, Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

2