UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2047 SECTION "L" JUDGE FALLON |
| **This document relates to:** **(Hernandez 2:10-cv-3070)** | ) ) ) / | MAG. JUDGE WILKINSON |

**STATEMENT IN COMPLIANCE WITH**
**UNIFORM LOCAL RULE 5.6E CORPORATE DISCLOSURE**

**NOW INTO COURT**, through undersigned counsel, comes Universal Adjusting Corporation, who files this Corporate Disclosure Statement, pursuant to Fed.R.Civ.P. 7.1 and Uniform Local Rule 5.6E, as follows:

1. Universal Adjusting Corporation is a wholly owned subsidiary of Universal Insurance Holdings, Inc.

2. Universal Insurance Holdings, Inc. is a publicly traded company.

Respectfully submitted,

  /s/ John P. Joy_____
John P. Joy (Fla. Bar #327018)
jjoy@waltonlantaff.com
Kelly M. Corcoran (Fla. Bar #055564)
kcorcoran@waltonlantaff.com
Walton Lantaff Schroeder & Carson LLP
Corporate Center
110 E. Broward Blvd., Suite 2000
Fort Lauderdale, FL  33301-3503
Tel:    (954) 463-8456
Fax:   (954) 763-6294
Attorneys for Universal Adjusting Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Corporate Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of December, 2010.

                                                              /s/ John P. Joy
                                                                John P. Joy