UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2:09-md-02047

**This document relates to:**

JUDGE FALLON

HERNANDEZ, ET AL. v.
AAA INSURANCE, ET AL.

MAGISTRATE WILKINSON

CASE NO. 2:10-cv-03070 (E.D. La.)

### NOTICE OF SERVICE OF INSURER PROFILE FORM

Defendant, UNIVERSAL INSURANCE COMPANY OF NORTH AMERICA (hereinafter, "UNIVERSAL INSURANCE"), by and through its undersigned counsel, hereby gives notice of serving its Insurer Profile Form in accordance with Pre-Trial Order 23. Defendant UNIVERSAL GROUP, INC. is not an insurer, but rather the parent corporation of UNIVERSAL INSURANCE. Therefore UNIVERSAL GROUP, INC. has not provided an insurer profile form.

Dated December 17, 2010

Respectfully submitted,

**Rubinton & Laufer, P.A.**
Emerald Hills Executive Plaza II
4651 Sheridan Street, Suite 200
Hollywood, Florida 33021
Telephone:  954-966-9908
Fax:        954-966-9904
E-mail:     jrubinton@rl-associates.com

By: __/s/ Jeffrey A. Rubinton_____
    Jeffrey A. Rubinton, Esq.
    Florida Bar: 821756
    ***Attorneys for Defendants*** (to the
    extent as noted above)

*Hernandez, et. al. v. AAA Ins., et. al.*
Case No. 2:10-cv-03070
Notice of Service of Insurer Profile Form
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Service of Insurer Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of December, 2010.

    /s/Jeffrey A. Rubinton
**JEFFREY A. RUBINTON**