UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>WILTZ, et al. v. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al., Case Number: 2:10-cv-00361 (E.D.La) | |

MARCUS AND DEBBIE STEVENSON'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANTS, TAISHAN GYPSUM, CO. LTD., FRANCISCUS HOMES, INC.,
BUSH CONSTRUCTION CORP., PLAINTATION GROUP, LLC, GREENSPRINGS
PLANTATION, INC., GREENSPRINGS CONDOMINIUMS, LLC, PORTER-BLAINE
CORP., VENTURE SUPPLY, INC. AND TOBIN TRADING, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Marcus and Debbie Stevenson, hereby dismiss, without prejudice, all of their claims against DEFENDANTS, Taishan Gypsum, Co. Ltd., Franciscus Homes, Inc., Bush Construction Corp., Plantation Group, LLC, Greensprings Plantation, Inc., Greensprings Condominiums, LLC, Porter-Blaine, Corp., Venture Supply, Inc. and Tobin Trading, Inc., in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from the Law Offices of Richard J. Serpe, P.C., counsel for Marcus and Debbie Stevenson, dated December 6, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: Dec. 20, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of December, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT "A"



LAW OFFICES OF
RICHARD J. SERPE, P.C.

December 6, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et
      al., Case Number: 2:10-cv-00361 (E.D.La)

Dear Russ and Lenny:

My clients, Marcus and Debbie Stevenson, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendants Taishan Gypsum, Co., Ltd., Franciscus Homes, Inc., Bush Construction Corp., Plantation Group, LLC, Greensprings Plantation, Inc., Greensprings Condominiums, LLC, Porter-Blaine Corp., Venture Supply, Inc. and Tobin Trading, Inc. in the above matter.

Sincerely,

LAW OFFICES OF RICHARD J. SERPE, P.C.

Richard J. Serpe

RJS/ric