UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| This document relates to: Hernandez v. AAA Insurance, et al. (Case No. 10-3070) | * * * | MAGISTRATE WILKINSON |

### DEFENDANT FIDELITY INSURANCE HOLDINGS, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Fidelity Insurance Holdings, Inc., by and through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, discloses that Fidelity Insurance Holdings, Inc. has no parent corporation and no publicly held company owns any of its stock.

Respectfully Submitted,

**SHEEHE & ASSOCIATES, P.A.**
Attorneys for Defendant,
Fidelity Insurance Holdings, Inc.
One Biscayne Tower-Suite 2650
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 379-3515
Facsimile: (305) 379-5404

By: /s/ Phillip J. Sheehe
    Florida Bar Number 259128
    psheehe@sheeheandassociates.com

    Barbara S. Nolan
    Florida Bar Number 16832
    bnolan@sheeheandassociates.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Corporate Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of December, 2010.

/s/ Phillip J. Sheehe