### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY M. NISWONGER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 10-2734** |
| | * | |
| **INTERIOR EXTERIOR ENTERPRISES,** | * | **SECTION: "L" (2)** |
| **LLC, INTERIOR EXTERIOR** | * | |
| **BUILDING SUPPLY, LP AND** | * | **JUDGE ELDON E. FALLON** |
| **BANKERS INSURANCE GROUP** | * | |
| | * | **MAG. JOSEPH C. WILKINSON, JR.** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXTENSION OF TIME

Bankers Insurance (Company) Group, through undersigned counsel, who, upon certifying to the court that there has been no previous extension of time to plead and that the opposing party has not filed, in the record, an objection to an extension of time, requests an extension of 30 days from the date of this order being granted to Bankers Insurance (Company) Group in which to file responsive pleadings.

    **Respectfully submitted,**

    **UNGARINO & ECKERT L.L.C.**

    **/s/ MATTHEW J. UNGARINO**
    **MATTHEW J. UNGARINO (#15061)**
    **3850 North Causeway Boulevard**
    **Suite 1280**
    **Metairie, Louisiana  70002**
    **Telephone:     (504) 836-7531**
    **Fax:              (504) 836-7538**
    mungarino@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion for Extension of Time has been electronically delivered to all counsel to these proceedings, this 20th day of December, 2010.

/s/MATTHEW J. UNGARINO