UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY M. NISWONGER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 10-2734** |
| | * | |
| **INTERIOR EXTERIOR ENTERPRISES,** | * | **SECTION: "L" (2)** |
| **LLC, INTERIOR EXTERIOR** | * | |
| **BUILDING SUPPLY, LP AND** | * | **JUDGE ELDON E. FALLON** |
| **BANKERS INSURANCE GROUP** | * | |
| | * | **MAG. JOSEPH C. WILKINSON, JR.** |

* * * * * * * * * * * * * * * * *

## O R D E R

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED** that Bankers Insurance (Company) Group, be and the same is hereby granted an extension of time to the ____day of _____, 2010, within which to file responsive pleadings.

**NEW ORLEANS, LOUISIANA THIS ____DAY OF _____,2010.**

_____
**UNITED STATES DISTRICT JUDGE**