## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **CASE NO.: 2:09-MD-2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| **10-3078 (Hernandez)** | * | **MAGISTRATE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes defendants, Lafayette Insurance Company United Fire & Casualty Company, and United Fire Group, which provides the following Corporate Disclosure Statement as required by Federal Rule of Civil Procedure 7.1:

1. Lafayette Insurance Company is a domestic insurer domiciled in Louisiana.

2. United Fire & Casualty Company, a foreign insurer domiciled in Iowa, which is publicly traded on NASDAQ.

3. Lafayette Insurance Company is a wholly owned subsidiary of the United Fire & Casualty Company.

4. United Fire Group is a trade name under which several companies operate including Lafayette Insurance Company and United Fire & Casualty Company.

Respectfully submitted,

**BERNARD, CASSISA, ELLIOTT & DAVIS**
A Professional Law Corporation

BY: *s/Howard B. Kaplan*
   **HOWARD B. KAPLAN (#14414)**
   1615 Metairie Road, P.O. Box 55490
   Metairie, Louisiana 70055-5490
   Telephone: (504) 834-2612

   **COUNSEL FOR,**
   **UNITED FIRE GROUP, UNITED FIRE & CASUALTY COMPANY, AND LAFAYETTE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of December, 2010.

   *s/Howard B. Kaplan*
   **HOWARD B. KAPLAN (#14414)**