UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

**ORDER**

A status conference to discuss setting trials in the MDL against Interior Exterior is scheduled for December 21, 2010, at 8:30 a.m.  *See* (R. 6591).  Following the discussion on these trials, the Court would like to discuss moving forward with *Vickers v. Knauf Gips KG*, case no. 09-4117, as well as hearings on class certification.  Accordingly, IT IS ORDERED that counsel who are involved with the *Vickers* case and/or the class certification motions are to participate in the December 21st conference.  Local counsel are to participate in person, but any counsel who are out-of-town may call 877-336-1839, and enter access code 4227405 and security code is 12201.

New Orleans, Louisiana, this 20th day of December 2010.

_____
U.S. DISTRICT JUDGE