UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL DOCUMENTS AND PLEADINGS**

COMES NOW Lloyd N. Shields, Elizabeth L. Gordon, Andrew G. Vicknair and Adrian A. D'Arcy of the law firm of Shields Mott Lund L.L.P. who hereby enter their appearance on behalf of defendant, C. A. Steeleman, Inc. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence in

connection with this action be served upon them in accordance with the address and contact information below.

                Respectfully submitted,

                /s/ Elizabeth L. Gordon
                Lloyd N. Shields (La. Bar No. 12022)
                Elizabeth L. Gordon (La. Bar No. 21619)
                Andrew G. Vicknair (La. Bar No. 28448)
                Adrian A. D'Arcy (La. Bar No. 29137)
                Shields Mott Lund L.L.P.
                650 Poydras Street, Suite 2600
                New Orleans, Louisiana 70130
                Telephone: (504) 581-4445
                Facsimile: (504) 584-4440
                lnshields@shieldsmottlund.com
                elgordon@shieldsmottlund.com
                ajvicknair@shieldsmottlund.com
                aadarcy@shieldsmottlund.com

                Attorneys for
                  C. A. Steeleman, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 21th day of December, 2010.

/s/ Elizabeth L. Gordon

62065-02\Pleadings\Notice of Appearance.001.wpd

3