## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Rogers, et al v. Knauf Gips, Kg, et al; Cause No. 10-0362** | |

## PLAINTIFFS' NOTICE OF
## VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
## OF DEFENDANT, CARRIBEAN CUSTOM BUILDERS AND DEVELOPERS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs Craig Carr and Jill Windsor, hereby dismiss without prejudice all of their claims against **DEFENDANT CARRIBEAN CUSTOM BUILDERS AND DEVELOPERS,** in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Plaintiffs Craig Carr and Jill Windsor, shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from Bob Brown, counsel for Plaintiffs Craig Carr and Jill Windsor, dated October 28, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: December 21, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of December, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

3

# EXHIBIT A



**BARON B BUDD, P.C.**  DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE

800.222.2766  3102 Oak Lawn Avenue
tel 214.521.3605  Suite 1100
fax 214.520.1181  Dallas, TX 75219-4281

December 17, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:  **In re: Chinese Manufactured Drywall Products Liability Litigation
OMNI COMPLAINT IV; Joyce W. Rogers, et al v. Knauf Gips KG, et al
Cause No. 10-0362; MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

My clients, Craig Carr and Jill Windsor, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Carribean Custom Builders and Developers in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Bob Brown