## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Sean Payton, et al. v. Knauf Gips, KG, et al. Case No.: 09-7628 | * * * | MAG. JUDGE WILKINSON |

**************************************

### SANIBEL CONDO OWNERS ASSOCIATION'S
### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Sanibel Condo Owners Association, hereby dismisses without prejudice all of its claims in Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Sanibel Condo Owners Association, dated December 21, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

00391297.WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of December, 2010.

/s/ Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel, MDL 2047

# EXHIBIT "A"

# LEWIS & ROBERTS
### PROFESSIONAL LIMITED LIABILITY COMPANY
### ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| Richard M. Lewis | Jeffrey A. Misenheimer | 3700 Glenwood Avenue, Suite 410 | **Charlotte Office** |
| James A. Roberts, III | Paul R. Dickinson, Jr. | Raleigh, North Carolina 27612 | 5960 Fairview Road, Suite 102 |
| Winston L. Page, Jr. | Matthew C. Bouchard ** | Mailing Address | Charlotte, NC 28210-3102 |
| Timothy S. Riordan | Paul C. McCoy | Post Office Box 17529 | Telephone (704) 347-8990 |
| Daniel K. Bryson | Sarah C. Blair | Raleigh, NC 27619-7529 | Facsimile (704) 347-8929 |
| John D. Elvers | Scott C. Harris | | |
| Brian D. Lake | Melissa K. Walker | (888) 981-0939 | |
| John H. Ruocchio | William J. Blakemore | Telephone (919) 981-0191 | |
| Gary V. Mauney | J. Timothy Wilson | Facsimile (919) 981-0199 | |
| Kimberly R. Wilson * | Brooke N. Albert | | Daniel K. Bryson |
| | | | Direct Dial: (919) 719-8526 |
| | | | Email: dkb@lewis-roberts.com |

\* Also Admitted in W. VA          \*\* Also Admitted in MA

December 21, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

> In Re:  Chinese Manufactured Drywall Products Liability Litigation
> Sean Payton, et al. v. Knauf Gips, KG, et al.
> Case No.: 09-7628

Dear Lenny and Russ:

My client, Sanibel Condo Owners Association, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against any and all defendants in the above referenced Omni Complaint.

Very truly yours,

Daniel K. Bryson

{00393299.DOC}