UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED          :       MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :       SECTION:     L
-------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :       JUDGE FALLON
                                      :
09-cv-4115, 09-cv-4117, 09-cv-4119, 09-cv-4324,   :   MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-0340,   :
10-cv-0720, 10-cv-1111                :
-------------------------------------------------------------------x

**JOINT MOTION FOR ENTRY OF**
**STIPULATION CONCERNING DISCOVERY FROM KNAUF PLASTERBOARD (TIANJIN)**
**CO., LTD., KNAUF PLASTERBOARD (WUHU) CO., LTD., AND GUANGDONG KNAUF NEW**
**BUILDING MATERIALS PRODUCTS CO., LTD.**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC"), and Defendants, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd. ("Wuhu"), Guangdong Knauf New Building Materials Products Co., Ltd. ("Dongguan"), Knauf Gips KG, Knauf International GmbH, and Knauf Insulation GmbH, who respectfully present the agreed stipulation attached hereto as Exhibit "A" to the Court for approval.  The parties further represent to the Court that the attached stipulation is fair, adequate and reasonable to streamline discovery in this litigation.  For these reasons, the parties jointly move the Court for an Order approving the agreed stipulation attached hereto as Exhibit "A."

WHEREFORE, the PSC and Defendants, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd. ("Wuhu"), Guangdong Knauf New Building Materials Products Co., Ltd. ("Dongguan"), Knauf Gips KG, Knauf International GmbH, and Knauf Insulation GmbH request that this Court approve the agree stipulation and enter same into the Court record.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN, KATZ
  & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

/s/ Kyle A. Spaulding
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone: (212) 836-8485
Fax: (212) 836-6485
Email: sglickstein@kayescholer.com

AND

Kerry J. Miller (#24562)
Kyle A. Spaulding (#29000)
Paul C. Thibodeaux (#29446)
FRILOT, L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8194
Fax: (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison

Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance

with Pre-Trial Order No. 6, and electronically filed with the Clerk of Court of the United States District

Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of

electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of

December, 2010.

/s/ Kyle Spaulding