UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED          :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :      SECTION:     L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :      JUDGE FALLON
                                      :
09-cv-4115, 09-cv-4117, 09-cv-4119, 09-cv-4324,   :   MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-0340,   :
10-cv-0720, 10-cv-1111                :
---------------------------------------------------------------x

## ORDER

Considering the Joint Motion For Entry of Stipulation Concerning Service of Process and Product Identification., the Court finds the motion meritorious and should be granted;

IT IS HEREBY ORDERD that the agreed stipulation attached as Exhibit "A" to the Joint Motion For Entry of Stipulation Concerning Service of Process and Product Identification is hereby entered into the record of this matter.

_____
JUDGE ELDON E. FALLON