

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

RECEIVED
DISTRICT COURT
E. DISTRICT OF LA

2010 DEC 20 PM 4:55

LORETTA G. WHYTE
CLERK

December 15, 2010

Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street,
Suite 500,
Philadelphia, PA 19106-3697

Re: Chinese-Manufactured Drywall Products Liability Litigation // To: Auto Club Family Insurance Company

Case No. 2047

Dear Sir/Madam:

We are herewith returning the Letter, Notice of Hearing, Lists, Proposed Order, Motion, Blank Page, Memorandum, Certificate of Service, Amended Certificate of Service which we received regarding the above captioned matter.

Auto Club Family Insurance Company is not listed on our records or on the records of the State of DE.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517734694

FedEx Tracking# 794224642833

cc: United States District Court - Eastern District
500 Poydras Street,
Room C-151,
New Orleans, LA 70130