UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * * | SECTON "L" |
| Kenneth and Barbara Wiltz, et al. vs. Beijing New Building Materials Public Limited Co., et al. | * * * * * | JUDGE FALLON  MAG. JUDGE WILKINSON |
| CASE NO.: 2:10-CV-00361-EEF-JCW | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### BASS HOMES, INC.'S RULE 12(B) MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY PENDING ARBITRATION

Defendant Bass Homes, Inc. ("**Bass**"), an Alabama Corporation, moves to dismiss with prejudice all claims against it in the *Wiltz* Plaintiffs' Omnibus Class Action Complaint (II) ("**Omni II**") pursuant to Federal Rule of Civil Procedure 12(b)(6). Bass is named in Omni II by Braxton and Kerrie Collins, Jason and Cassie Herrington, and Greg and Sherry Wiggins (collectively, the "**Plaintiffs**"). The Plaintiffs are owners of homes built by Bass in Mississippi (Collins; Herrington) and Alabama (Wiggins). As detailed in the accompanying Memorandum in Support of this Motion, the Plaintiffs' claims against Bass should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Alabama law.

Alternatively, Bass moves to compel arbitration and to stay the proceeding against it in the pending case. The Plaintiffs each contracted with Bass for binding arbitration of all disputes arising under their respective home construction contracts. The Plaintiffs failed to arbitrate this matter before filing suit in this Court. Therefore, Bass specifically invokes the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*.

1

WHEREFORE, for the reasons set forth in the accompanying memorandum which is incorporated by reference, Defendant Bass Homes, Inc., respectfully requests that the Court enter an order dismissing the claims against it pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Bass its fees in defending this action pursuant to the Alabama Deceptive Trade Practices Act or, alternatively, stay the proceedings against it pending arbitration.

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar # 26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar # 32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
***Attorneys for Defendant Bass Homes, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of December, 2010.

s/ David C. Coons