UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Mary Anne Benes, et al. vs. Knauf Gips KG., et al. | * * * * | JUDGE FALLON |
| | * * | MAG. JUDGE WILKINSON |
| CASE NO.: 2:09-CV-6690-EEF-JCW | * | |

*******************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Movant/Defendant herein, Bass Homes, Inc., will bring its Rule 12(b) Motion to Dismiss or, Alternatively, to Stay Pending Arbitration before the Honorable Eldon Fallon at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 16th day of February, 2011, at 9:00am, or at a time set further by the Court.

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar #26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar #32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Bass Homes, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of December, 2010.

s/ David C. Coons