## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| AMATO, et al. | * | MAGISTRATE WILKINSON |
| VS. | * | |
| LIBERTY MUTUAL INS. CO., et al | * | |
| CASE NO. 10-932 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RULE 12(b)(6) MOTION TO DISMISS
### BASED ON LACK OF CAPACITY TO BE SUED

NOW INTO COURT, through undersigned counsel, comes Defendant, North American Specialty Insurance Company ("NAS"), and hereby moves this Honorable Court to dismiss all claims made against it by Plaintiffs, James and Barbara Fallmann (the "Fallmanns") and Bradley and Tricia Miller (the "Millers"), pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that plaintiff fails to state a claim upon which relief can be granted against the Defendant, NAS.

In the Plaintiffs' Amended Omnibus Class Action, the Fallmanns and the Millers name Sterling Communities, Inc. and Sterling Communities Reality, Inc. as insured Defendants, allegedly insured by NAS, among other listed Insurer Company Defendants. However, neither Sterling Communities, Inc. nor Sterling Communities Reality, Inc. are named insureds under the relevant policy of NAS insurance, bearing Policy Number BXG0008456-00. Moreover, neither named entity is related in any way to the actual insured named by NAS under this policy, The Sterling Collection, Inc. Because NAS

does not insure the insured Defendants named by the Fallmanns and the Millers, these specific Plaintiffs fail to state a claim against NAS upon which relief can be granted.

WHEREFORE, premises considered, North American Specialty Insurance Company requests that this court dismiss all claims against it by James and Barabara Fallmann and Bradley and Tricia Miller.

Respectfully submitted, this 22nd day of December, 2010.

/s/ Doris T. Bobadilla_____
**DORIS T. BOBADILLA  (#24025)**
**ANDREA L. ALBERT (#27353)**
**SHANNON T. BROWN (#32366)**
**GALLOWAY, JOHNSON, TOMPKINS,**
     **BURR & SMITH**
Three Sanctuary Boulevard, Suite 301
New Orleans, Louisiana  70471
Telephone: (985) 674-6680
Facsimile:  (985) 674-6681
*Counsel for Purported Defendant, North American Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing pleading has been served by U.S. Mail on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail or by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing pleading was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047.

      This 22nd day of December, 2010.

                                                  <u>/s/ Doris T. Bobadilla</u>_____
                                                  DORIS T. BOBADILLA