UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| AMATO, et al. | * | MAGISTRATE WILKINSON |
| VS. | * | |
| LIBERTY MUTUAL INS. CO., et al | * | |
| CASE NO. 10-932 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion to Dismiss filed by the insurer defendant, North American Specialty Insurance Company, will be heard on the 19th day of January, 2011 at 9:00 a.m., or as soon thereafter as counsel can be heard, before the Honorable Eldon E. Fallon at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted, this the 22nd day of December, 2010.

/s/ Doris T. Bobadilla
**DORIS T. BOBADILLA  (#24025)**
**ANDREA L. ALBERT (#27353)**
**SHANNON T. BROWN (#32366)**
**GALLOWAY, JOHNSON, TOMPKINS,**
   **BURR & SMITH**
Three Sanctuary Boulevard, Suite 301
New Orleans, Louisiana  70471
Telephone: (985) 674-6680
Facsimile:  (985) 674-6681
*Counsel for Purported Defendant, North American Specialty Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing pleading has been served by U.S. Mail on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail or by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing pleading was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047.

      This 22nd day of December, 2010.

                                              **/s/ Doris T. Bobadilla**_____
                                              DORIS T. BOBADILLA