a principal place of business at 62250 West End Boulevard, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana and can be served through its registered agent, David C. Leob, 643 Magazine Street, Suite 300, New Orleans, LA 70130. Defendant built certain Subclass Members' homes and, directly or through agents, installed Chinese drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

602. Defendant, Sunrise Construction and Development, LLC is an entity or individual with a principal place of business at 62250 West End Boulevard, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana and can be served through its registered agent, David C. Leob, 643 Magazine Street, Suite 300, New Orleans, LA 70130. Defendant built certain Subclass Members' homes and, directly or through agents, installed Chinese drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

603. Defendant, Sunrise Custom Homes and Construction, LLC is an entity or individual with a principal place of business at 3598 Sligo Road, Haughton, Louisiana 71037. Defendant is organized under the laws of Louisiana and can be served through its registered agent, David Allen 3598 Sligo Road, Haughton, LA 70130. Defendant built certain Subclass Members' homes and, directly or through agents, installed Chinese drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

604. Defendant, Taylor Morrison of Florida, Inc. is an entity or individual with a principal place of business at 4900 Scottsdale Road, Suite 2000, Scottsdale, Arizona 85251. Defendant is organized under the laws of Florida and can be served through its registered agent, NRAI Services, Inc., 2731 Executive Park Drive, Suite 4, Weston, FL 33331. Defendant built certain Subclass Members' homes and, directly or through agents, installed Chinese drywall in these homes, which

118

has resulted in harm and damages to Subclass members as described herein.

605.  Defendant, Taylor Morrison, Inc. is an entity or individual with a principal place of business at 4900 N. Scottsdale Road, Suite 2000, Scottsdale, Arizona 85251. Defendant is organized under the laws of Delaware and can be served through its registered agent, NRAI Services, Inc., 2731 Executive Park Drive, Suite 4, Weston, FL 33331. Defendant built certain Subclass Members' homes and, directly or through agents, installed Chinese drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

606.  Defendant, Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc., is an entity or individual with a principal place of business at 4900 N. Scottsdale Road, Suite 2000, Scottsdale, Arizona 85251. Defendant is organized under the laws of Delaware and can be served through its registered agent, NRAI Services, Inc., 2731 Executive Park Drive, Suite 4, Weston, FL 33331. Defendant built certain Subclass Members' homes and, directly or through agents, installed Chinese drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

607.  Defendant, Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company is an entity or individual with a principal place of business at 4900 Scottsdale Road, Suite 2000, Scottsdale, Arizona 85251. Defendant is organized under the laws of Florida and can be served through its registered agent, NRAI Services, Inc., 2731 Executive Park Drive, Suite 4, Weston, FL 33331. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed Chinese drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

608.  Defendant, Velvet Pines Construction, LLC is an entity or individual with a principal

119

place of business at 69160 Hwy. 59, Suite 1, Mandeville, Louisiana 70471. Defendant is organized

under the laws of Louisiana and can be served through its registered agent, John T. Barry, 19214

Wymer Road, Covington, LA 70435. Defendant built certain Subclass Members' homes and,

directly or through agents, installed Chinese drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

609. Defendant, Ybarzabal Contractors, LLC is an entity or individual with a principal place

of business at 200Oak Island Drive, Mandeville, Louisiana 70448. Defendant is organized under

the laws of Florida and can be served through its registered agent, Wade J. Ybarzabal, 200 Oak

Island Drive, Mandeville, LA 70448. Defendant built certain Subclass Members' homes and,

directly or through agents, installed Chinese drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

### The Contractor/Installer Defendants

610. Defendant, Beta Drywall, LLC is an entity or individual with a principal place of

business at 6586 Hypoluxo Road, Suite 306, Lake Worth, Florida 33467 . Defendant is organized

under the laws of Florida and can be served through its registered agent, Michael B. Watkins, 6601

Lyons Road, A-3, Coconut Creek, FL 33073. Upon information and belief, Defendant constructed

or installed Chinese drywall in the homes of certain Subclass Members, which has resulted in harm

and damages to Subclass Members.

611. Defendant, F. Vicino and Company, Inc. is an entity or individual with a principal place

of business at 15 NE 2 Avenue, Deerfield Beach, Florida 33441. Defendant is organized under the

laws of Florida and can be served through its registered agent, Frank Vicino, Jr., 15 NE 2nd Avenue,

Deerfield Beach, FL 33441. Upon information and belief, Defendant constructed or installed Chinese

drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

612. Defendant, Gateway Drywall, Inc. is an entity or individual with a principal place of business at 3091 SE Jay Street, Stuart, Florida 34997. Defendant is organized under the laws of Florida and can be served through its registered agent, Michael N. Motto, Jr., 3091 SE Jay Street, Stuart, Florida 34997. Upon information and belief, Defendant constructed or installed Chinese drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

613. Defendant, Graf's Drywall, LLC is an entity or individual with a principal place of business at 57460 St. Alexander Road, Husser, Louisiana 70442. Defendant is organized under the laws of Louisiana and can be served through its registered agent, Russell Graf, 57460 St. Alexander Road, Husser, Louisiana 70442. Upon information and belief, Defendant constructed or installed Chinese drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

614. Defendant, Hinkle Drywall, Inc. is an entity or individual with a principal place of business at 1460 Booth Drive, Valrico, Florida 33594. . Defendant is organized under the laws of Florida and can be served through its registered agent, Gary S. Hinkle, 1460 Booth Drive, Valrico, FL 33594. Upon information and belief, Defendant constructed or installed Chinese drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

615. Defendant, JM Interiors, Inc. is an entity or individual with a principal place of business at 1135 SW Biltmore Street, Port Saint Lucie, Florida 34983. Defendant is organized under the laws of Florida and can be served through its registered agent, John J. Morin, 2208 SW Abalon Circle,

Port Saint Lucie, Florida 34953. Upon information and belief, Defendant constructed or installed Chinese drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

616. Defendant, Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. is an entity or individual with a principal place of business at 3431 SW 11th Street, Deerfield Beach, Florida 33442. Defendant is organized under the laws of Florida and can be served through its registered agent, Peter Chamberland, 3431 SW 11th Street, Deerfield Beach, FL 33442. Upon information and belief, Defendant constructed or installed Chinese drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

617. Defendant, The Porter-Blaine Corporation is an entity or individual with a principal place of business at 301 Bendix Road, Ste. 500, Virginia Beach, Virginia 23452. Defendant is organized under the laws of Virginia and can be served through its registered agent, Richard E. Biemiller, Convergence Center IV, 301 Bendix Road, Ste. 500, Virginia Beach, VA 23452. Upon information and belief, Defendant constructed or installed Chinese drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

618. Defendant, Precision Drywall, Inc. is an entity or individual with a principal place of business at 352 Tall Pines Road, Unit E, West Palm Beach, FL. 33413. Defendant is organized under the laws of Florida and can be served through its registered agent, Jose J. Barajas, 352 Tall Pines Road, Unit E, West Palm Beach, FL 33413. Upon information and belief, Defendant constructed or installed Chinese drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

619. Defendant, Residential Drywall, Inc. is an entity or individual with a principal place

122

of business at 9237 Lazy Lane, Tampa, Florida 33614. Defendant is organized under the laws of

Florida and can be served through its registered agent, Andrea M. Fair, Esq., 1010 N. Florida

Avenue, Tampa, Florida 33602. Upon information and belief, Defendant constructed or installed

Chinese drywall in the homes of certain Subclass Members, which has resulted in harm and damages

to Subclass Members.

620. Defendant, Right Way Finishing, Inc. is an entity or individual with a principal place

of business at 13089 Cypress Swamp Drive, Geismar, Louisiana 70734. Defendant is organized

under the laws of Louisiana and can be served through its registered agent, Adam Ray, 13089

Cypress Swamp Drive, Geismar, LA 70734. Upon information and belief, Defendant constructed

or installed Chinese drywall in the homes of certain Subclass Members, which has resulted in harm

and damages to Subclass Members.

621. Defendant, RJL Drywall, Inc. is an entity or individual with a principal place of

business at 8181 Bayshore Road, Fort Myers, Florida 33917. Defendant is organized under the laws

of Florida and can be served through its registered agent, Lawrence A. Fitch, 8181 Bayshore Road,

Fort Myers, FL 33917. Upon information and belief, Defendant constructed or installed Chinese

drywall in the homes of certain Subclass Members, which has resulted in harm and damages to

Subclass Members.

622. Defendant, Vicinity Drywall, Inc. is an entity or individual with a principal place of

business at 5257 NW Gamma St., Port St. Lucie, Florida 34986. Defendant is organized under the

laws of Florida and can be served through its registered agent, Brian P. White, 5257 NW Gamma

St., Port St. Lucie, Florida 34986. Defendant built certain Subclass Members' homes and, directly

or through agents, installed Chinese drywall in these homes, which has resulted in harm and damages

123

to Subclass members as described herein.

## FACTS REGARDING CHINESE DRYWALL PRODUCT

623.   Upon information and belief, the Insured Defendants' drywall contains gypsum.

624.   In "Chinese drywall" (such as that designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed, and/or sold by the Insured Defendants herein), the gypsum and other components of the product break down and release sulfides and other noxious gases that are then emitted (or "off-gassed") from the drywall.

625.   The "Chinese drywall" is not fit for its ordinary and intended purpose in that it contains high levels of sulfur and  strontium, which emit high levels of sulfur and sulfur compounds, including sulphuric acid and hydrogen sulfide, carbonyl sulfide and sulfur dioxide which corrode copper wires, copper plumbing, copper piping, air-conditioner coils, and other component parts of building, appliances, and personal property, including, but not limited to, HVAC systems, refrigerators, televisions, personal computers and other electrical and electronic devices.

626.   The Chinese-manufactured drywall (and the hydrogen sulfide and/or other compounds emitted therefrom, either independently and/or in combination with other ambient compounds such as formaldehyde) sold by and/or through the Insured Defendants has also been widely associated with an offensive smell, headaches, eye irritation, coughing, sore throats, an aggravation of allergy and/or breathing problems, and fear of potential long-term health effects, which have, in many cases, further contributed to a loss of enjoyment, mental anguish, and/or loss of use.

627.   As a direct and proximate result of the Insured Defendants' actions and omissions, Plaintiffs' and the Class Members' structures, personal property, and bodies have been exposed to Defendants' Chinese drywall and the corrosive and harmful effects of the hydrogen sulfide and other

compounds being released from Defendants' Chinese drywall.

628.  The Insured Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the Chinese drywall, which caused corrosion and damage to personal property in Plaintiffs' and Class Members' homes, residences or structures and/or caused personal injury resulting in headaches, eye irritation, a sore throat and cough, aggravation of allergy and/or breathing problems, nausea, and fear of potential long term health effects.

629.  The Insured Defendants negligently manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the Chinese drywall at issue in this litigation.

630.  The Insured Defendants negligently implemented faulty procedures for purposes of formulating, preparing, testing, and otherwise ensuring the quality and/or character of the Chinese drywall at issue in this litigation.

631.  As a direct and proximate result of the Insured Defendants' Chinese drywall and the corrosive and harmful effects of the hydrogen sulfide and other compounds being released from these products, Plaintiffs and Class Members have suffered, and continue to suffer economic harm and/or personal injury.

632.  As a direct and proximate result of the Insured Defendants' Chinese drywall and the corrosive and harmful effects of the hydrogen sulfide and other compounds being released from these products, the Plaintiffs and the Class Members have suffered, and continue to suffer damages. These damages include, but are not limited to, costs of inspection; costs and expenses necessary to remedy, replace and remove the Chinese drywall and other property that has been impacted; lost value or

125

devaluation of their homes, residences or structures and property as a direct result of damage caused to the property and indirect damage to the property, including stigma damages; loss of use and enjoyment of their home and property; other ensuing loss; and/or damages associated with personal injuries.

633. As a direct and proximate result of the Insured Defendants' Chinese drywall and the corrosive and harmful effects of the hydrogen sulfide and other compounds being released from these products, Plaintiffs and the Class Members have been exposed to toxic gases, suffered personal injury, have been placed at an increased risk of disease, and have need for injunctive relief in the form of repair and remediation of their home, of their home contracts, emergency/corrective notice, environmental testing and monitoring, and/or medical monitoring.

634. The Class Representatives are pursuing nationwide class action, against the manufacturers, distributors, suppliers, importers, exporters, brokers, builders, developers, contractors, and installers of the Chinese manufactured drywall located in Plaintiffs' homes, in *Payton, et al. v. Knauf Gips KG, et al.*, No. 09-7628 (E.D. La.) (Omni I); *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, No. 10-361 (E.D. La.) (Omni II); *Benes, et al. v. Knauf Gips KG, et al.*, No. 09-6690 (E.D. La.) (Omni III); and *Rogers, et al. v. Knauf Gips KG, et al.*, No. 10-362 (E.D. La.) (Omni IV). Plaintiffs' claims sound in negligence, strict liability, breach of warranty, breach of contract, unjust enrichment, nuisance, violation of Louisiana New Home Warranty Act, redhibition, negligent discharge of a corrosive substance, and violation of consumer protection acts (the "Underlying Claims").

635. Plaintiffs here seek declaratory relief mandating coverage by the respective Insurance Company Defendants for all damages and remedies under the pertinent insurance policies for the

Underlying Claims for which the Insured Defendants are liable.

636. In addition, the Direct Action Plaintiffs (i.e., Subclass 1) file this direct action pursuant to Louisiana Revised Statute 22:1269 against the respective Insured Defendants and Insurance Company Defendants (collectively, the "Direct Action Defendants") for damages individually, jointly, and *in solido*.

## FACTS REGARDING THE INSURANCE POLICIES

637. The Insurance Company Defendants provide and/or provided general liability, excess, and/or umbrella insurance policies (the "Insurance Policies") to one or more of the Insured Defendants.

638. Upon information and belief, the Insurance Policies are based on standardized forms and as such are virtually, if not precisely identical, such that they are subject to uniform interpretation.

639. The Insurance Policies cover the losses arising from the Underlying Claims.

640. Upon information and belief, the Insured Defendants timely provided notice under the Insurance Policies.

641. Upon information and belief, the Insured Defendants have satisfied fully all conditions precedent and obligations under the Insurance Policies.

642. Upon information and belief, the Insured Defendants and/or their Subcontractors have paid substantial sums for the Insurance Policies, constituting all premiums due thereunder.

643. Upon information and belief, the Insurance Company Defendants have either denied coverage, reserved their rights, failed to reply to the Insured Defendants' notice letters, or otherwise failed to acknowledge coverage.

## CLASS ACTION ALLEGATIONS

### The Declaratory Judgment Class

644.  All Plaintiffs bring this suit as a class action pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and the following Class comprised of:

> All owners and residents (past or present) of real property located in the United States containing Chinese drywall designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by an Insured Defendant.

### The Direct Action Subclass (Subclass 1)

645.  The representative Plaintiffs with claims against the Insurance Company Defendants under the Louisiana Direct Action (indicated as members of Subclass 1 in the attached Schedule 1) bring this suit as a class action pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against the Insured Defendants and the Insurance Company Defendants for whom they have standing (collectively, the "Direct Action Defendants").  The designated Plaintiffs in Schedule 1 define Subclass 1 to be as follows:

> All owners and residents (past or present) of real property located in the State of Louisiana containing Chinese drywall, and all owners and residents (past and present) of real property located in the United States containing Chinese drywall where the policy of insurance sued upon was written or delivered in the State of Louisiana.

### The Insurance Company Defendants and Subclasses (Subclasses 2 et seq.)

646.  The representative Plaintiffs with claims against the Insurance Company Defendants of the Insured Defendants, set forth in the attached Schedule 1 (the alignment of the representative

128

Plaintiffs, the Insured Defendants, and the Insurance Company Defendants is depicted in Schedule

1 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4)

of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against

the Insurance Company Defendants for whom they have standing.  The designated Plaintiffs in

Schedule 1 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located in
> the United States containing Chinese drywall, where each of the
> Insured Defendants identified in Schedule 1 was the distributor,
> supplier, importer, exporter, broker, builder, developer, contractor, or
> installer of the property, and where the Insurance Company
> Defendants identified in Schedule 1 provided an Insurance Policy
> covering the Insured Defendant.

647.  The subclasses identified in Schedule 1 are comprised as follows:

| | |
|---|---|
| Subclass #2: | Ace Fire Underwriters Insurance Company |
| Subclass #3: | Alabaster Assurance Company, Ltd. |
| Subclass #4: | Allied World Assurance Company |
| Subclass #5: | American Guarantee and Liability Insurance Company |
| Subclass #6: | American Home Assurance Company |
| Subclass #7: | American Insurance Company |
| Subclass #8: | American International Specialty Lines Insurance Company |
| Subclass #9: | American International Surplus Lines Agency, Inc. |
| Subclass #10: | American Reliable Insurance Corporation |
| Subclass #11: | American Strategic Insurance Corporation |
| Subclass #12: | American Zurich Insurance Company |
| Subclass #13: | Amerisure Insurance Company |

129

| | |
|---|---|
| Subclass #14: | Amerisure Mutual Insurance Company |
| Subclass #15: | Arch Insurance Company |
| Subclass #16: | Assurance Company of America |
| Subclass #17: | Atlantic Casualty Insurance Company |
| Subclass #18: | Audubon  Insurance Group |
| Subclass #19: | Auto-Owners Insurance Company |
| Subclass #20: | Axis Surplus Insurance Company |
| Subclass #21: | Bankers Insurance Company |
| Subclass #22: | Bituminous  Insurance  Companies  a/k/a  Bituminous Casualty Corporation |
| Subclass #23: | Builders Insurance Company |
| Subclass #24: | Builders Mutual Insurance Company |
| Subclass #25: | The Builders Risk Plan |
| Subclass #26: | Canal Indemnity Company |
| Subclass #27: | Catlin Specialty Insurance Company |
| Subclass #28: | Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.) |
| Subclass #29: | Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company |
| Subclass #30: | Chubb Custom Insurance Company |
| Subclass #31: | Cincinnati Insurance Company |
| Subclass #32: | Clarendon America Insurance Company |
| Subclass #33: | Continental Casualty Company |

| | |
|---|---|
| Subclass #34: | Crum & Forster Specialty Insurance Company |
| Subclass #35: | Employers Insurance of Wausau |
| Subclass #36: | Endurance American Insurance Company |
| Subclass #37: | Endurance Specialty Insurance Ltd. |
| Subclass #38: | Essex Insurance Company |
| Subclass #39: | FCCI Commercial Insurance Company |
| Subclass #40: | FCCI Insurance Company |
| Subclass #41: | Fireman's Fund Insurance Company |
| Subclass #42: | First Commercial Insurance Company |
| Subclass #43: | General Fidelity Insurance Company |
| Subclass #44: | General Security Indemnity Company of Arizona |
| Subclass #45: | Granada Insurance Company |
| Subclass #46: | Great American Assurance Company |
| Subclass #47: | Greenwich Insurance Company |
| Subclass #48: | The Hanover American Insurance Company |
| Subclass #49: | Hanover Insurance Company |
| Subclass #50: | Harleysville Mutual Insurance Company |
| Subclass #51: | Heath Insurance Brokers, Incorporated |
| Subclass #52: | Illinois National Insurance Company |
| Subclass #53: | The Insurance Company of the State of Pennsylvania |
| Subclass #54: | Interstate Fire & Casualty Company |
| Subclass #55: | Landmark American Insurance Company |

131

| | |
|---|---|
| Subclass #56: | Lexington Insurance Company |
| Subclass #57: | Liberty Mutual Insurance Company |
| Subclass #58: | Louisiana Home Builders Association General Liability Trust |
| Subclass #59: | Markel Insurance Company |
| Subclass #60: | Mid-Continent Casualty Company |
| Subclass #61: | Mount Hawley Insurance Company |
| Subclass #62: | National Union Fire Insurance Company |
| Subclass #63: | National Union Fire Insurance Company of Pittsburgh |
| Subclass #64: | Nationwide Mutual Insurance Company |
| Subclass #65: | Nationwide Mutual Fire Insurance Company |
| Subclass #66: | Nationwide Property and Casualty Insurance Company |
| Subclass #67: | Nautilus Insurance Company |
| Subclass #68: | North American Specialty Insurance Company |
| Subclass #69: | The North River Insurance Company |
| Subclass #70: | Old Dominion Insurance Company |
| Subclass #71: | Old Republic Insurance Company |
| Subclass #72: | Owners Insurance Company |
| Subclass #73: | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| Subclass #74: | QBE Specialty Insurance Company |
| Subclass #75: | Quanta Indemnity Company |
| Subclass #76: | RLI Insurance Company |

Subclass #77:        RSUI Group, Inc.

Subclass #78:        Royal & Sunalliance Insurance Agency Inc.

Subclass #79:        Safeco Insurance Company of America

Subclass #80:        Scottsdale Insurance Company

Subclass #81:        Southern-Owners Insurance Company

Subclass #82:        SR International Business Insurance Company Ltd.

Subclass #83:        Standard Fire Insurance Company

Subclass #84:        State Farm Fire and Casualty Company

Subclass #85:        Steadfast Insurance Company

Subclass #86:        St. Paul Fire & Marine Insurance Company

Subclass #87:        Sunshine State Insurance Company

Subclass #88:        Swiss Re International SE

Subclass #89:        Travelers Indemnity Company of Connecticut

Subclass #90:        Travelers Property Casualty Company of America f/k/a Travelers
                     Indemnity Company of Illinois

Subclass #91:        Underwriters at Lloyd's, London

Subclass #92:        Vinings Insurance Company

Subclass #93:        Wausau Underwriters Insurance Company

Subclass #94:        Wesco Insurance Company

Subclass #95:        Westchester Surplus Lines Insurance Company

Subclass #96:        XL Europe Ltd.

Subclass #97:        XL Insurance Company Ltd., a/k/a XL Insurance America, Inc.

Subclass #98:        Zurich American Insurance Company

Subclass #99:       Zurich North America

**General Class Allegations and Exclusions from the Class Definitions**

648. The following Persons shall be excluded from the Class and Subclasses: (1) Defendants and their subsidiaries, affiliates, officers and employees; (2) all Persons who make a timely election to be excluded from the proposed Class; (3) governmental entities; and (4) the judge(s) to whom this case is assigned and any immediate family members thereof.

649. Plaintiffs reserve the right to modify or amend the definition of the proposed Classes and Subclasses before the Court determines whether certification is appropriate.

650. Upon information and belief, Chinese drywall was installed in at least hundreds of homes, residences, or other structures owned by Plaintiffs and Class Members. Therefore, the Class and Subclasses are sufficiently numerous such that the joinder of all members of the Class and Subclasses in a single action is impracticable.

651. There are numerous common questions of law and fact that predominate over any questions affecting only individual members of the Class or Subclasses. Among these common questions of law and fact are the following:

    a.    whether one or more of the Insurance Company Defendant's policies provides coverage with respect to the Insured Defendants' fault and/or other legal liability to the plaintiffs for property damage, repair and/or restoration costs, diminution in value, loss of use, and/or other economic damages or injures;

    b.    whether one or more of the Insurance Company Defendant's policies provides coverage with respect to the Insured Defendants' fault and/or other legal liability to the plaintiffs for damage to personal property;

c.    whether one or more of the Insurance Company Defendant's policies provides coverage with respect to the Insured Defendants' fault and/or other legal liability to the plaintiffs for inconvenience, mental anguish, and/or fear and fright;

d.    whether one or more of the Insurance Company Defendant's policies provides coverage with respect to the Insured Defendants' fault and/or other legal liability to the plaintiffs for personal injuries;

e.    whether one or more of the Insurance Company Defendant's policies provides coverage with respect to the Insured Defendants' fault and/or other legal liability to the plaintiffs for attorneys' fees, expenses, and taxable court costs;

f.    whether one or more of the Insurance Company Defendant's policies includes valid exclusions which limit or eliminate coverage for some or all of the Insured Defendants' fault and/or other legal liability to the plaintiffs for the damages or other remedies claimed;

g.    whether the Insured Defendants' Chinese drywall products that release hydrogen sulfide and other compounds are fit for their intended purpose;

h.    whether the Insured Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed, and/or sold Chinese drywall products;

i.    whether Plaintiffs are entitled to recover compensatory, incidental, consequential, and/or other damages as a result of the Insured Defendants' unlawful and tortious conduct;

j.    whether Plaintiffs are entitled to a declaratory judgment that the Insurance Company

135

Defendants are mandated to provide coverage for damages and remedies for which

the Insured Defendants may be liable under the Insurance Policies;

k.      whether Plaintiffs are entitled to recover injunctive and/or equitable relief as a result

of the Insured Defendants' unlawful and tortious conduct.

652. The legal claims of named Plaintiffs are typical of the legal claims of other Class and

Subclass Members. Additionally, for each of the subclasses that named Plaintiffs seek to participate

in, the legal claims of the named Plaintiffs are typical of the legal claims of other Subclass Members.

Named Plaintiffs have the same legal interests and need for legal remedies as other Class and/or

Subclass Members.

653. Named Plaintiffs are adequate representatives of the Class and Subclasses in which they

participate, and together with their legal counsel, each will fairly and adequately protect the interests

of Class and Subclass Members. Named Plaintiffs have no known conflict with the Class or

Subclasses and are committed to the vigorous prosecution of this action.

654. The undersigned counsel are competent counsel experienced in class action litigation,

mass torts, and complex litigation involving insurance disputes. Counsel will fairly and adequately

protect the interests of the Class and Subclasses.

655. The various claims asserted in this action are certifiable under the provisions of Federal

Rule of Civil Procedure 23(b)(1) because prosecuting separate actions by or against individual Class

and/or Subclass Members would create a risk of inconsistent or varying adjudications with respect

to individual Class and Subclass Members that would establish incompatible standards of conduct

for the party opposing the Class and Subclass; or adjudications with respect to individual Class and

Subclass Members that, as a practical matter, would be dispositive of the interests of the other Class

136

and Subclass Members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests.

656. The claims for injunctive relief in this case are certifiable under Federal Rule of Civil Procedure 23(b)(2). Defendants have acted or refused to act on grounds that apply generally to the Class and/or Subclass, so that final injunctive relief is appropriate respecting the Class and/or Subclass as a whole.

657. A class action is superior in this case to other methods of dispute resolution. The Class and Subclass Members have an interest in class adjudication rather than individual adjudication because of their overlapping rights. It is highly desirable to concentrate the resolution of these claims in this single forum because it would be difficult and highly unlikely that the affected Class and Subclass Members would protect their rights on their own without this class action case. Management of the class will be efficient and far superior to the management of individual lawsuits. Accordingly, Plaintiffs' legal claims are properly certified pursuant to Rule 23(b)(3).

658. The issues particularly common to the Class and Subclass Members' claims, some of which are identified above, are alternatively certifiable pursuant to Federal Rule of Civil Procedure 23(c)(4), as resolution of these issues would materially advance the litigation, and class resolution of these issues is superior to repeated litigation of these issues in separate trials.

## COUNT I
## DECLARATORY JUDGMENT
(Against All Defendants)

659. Plaintiffs adopt and restsate the preceding paragraphs as if fully set forth herein.

660. Under the terms of the policies, the Insurance Company Defendants are obligated to indemnify the Insured Defendants in connection with the Underlying Claims.

137

661.   Upon information and belief, the Insured Defendants have asked the Insurance Company Defendants to perform their contractual obligations under the policies.

662.   A justiciable controversy exists as to the insurance coverage the policies provide.

663.   Accordingly, the Plaintiffs are entitled to a judgment declaring that the Insurance Company Defendants are obligated to indemnify the Insured Defendants in connection with the Underlying Claims, pursuant to 28 U.S.C. § 2201.

### COUNT II
### NEGLIGENCE
**(Against the Direct Action Defendants)**

664.   Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

665.   Defendants owed a duty to Plaintiffs and Class Members to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, i) installing, j) marketing, and/or k) selling this drywall, including a duty to adequately warn of their failure to do the same.

666.   Defendants knew or should have known that their wrongful acts and omissions would result in harm and damages in the manner set forth herein.

667.   Defendants breached their duty to exercise reasonable care in the designing, manufacturing, exporting, importing, distributing, delivering, supplying, inspecting, marketing, and/or selling this drywall.

668.   Defendants likewise breached their duties to Plaintiffs and Class Members by failing to warn about the nature of the drywall. Defendants, through the exercise of reasonable care, knew or should have known the nature of the Chinese drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

138

669. Defendants breached their duty to exercise reasonable care to timely remove and/or recall from the market and/or otherwise prevent the continued contact of Plaintiffs and Class Members with the drywall, upon learning it had been sold in an unreasonably dangerous condition.

670. Given the properties in the Defendants' Chinese drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

671. As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

## COUNT III
## NEGLIGENCE PER SE
### (Against the Direct Action Defendants)

672. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

673. Defendants owed statutory duties to Plaintiffs and Class Members to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, I) marketing, and/or j) selling this drywall.

674. Defendants breached their statutory duties to the Plaintiffs and Class Members by failing to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, I) marketing, and/or j) selling this drywall.

675. Defendants likewise breached their statutory duties, including but not limited to those imposed under the International Building Code ("IBC") and other State and local Building Codes, to Plaintiffs and Class Members by failing to warn about the nature of the Chinese drywall. For instance, it is specifically alleged that Defendants furnished the drywall in violation of ASTMC C 1396/C 1396M-069, and its predecessor(s).

139

676. Defendants likewise breached their statutory duties by failing to install electrical wiring, electrical components, and/or electrical products, including but not limited to, security systems, fire alarms, and air conditioning units, that were compatible with a highly corrosive environment, as is required by State and local Building Codes. Defendants failed to notify and warn Plaintiffs and Class Members of the undisputed corrosive environment caused by the Chinese drywall, and additionally failed to notify and warn Plaintiffs and Class Members that all of the Chinese drywall, electrical wiring, electrical components thereto, and/or electrical products were not installed in accordance with all State and local Building Codes, pertaining to corrosive environments. As a result, Plaintiffs' and Class Members' homes were built in violation of applicable State and local Building Codes.

677. Defendants, through the exercise of reasonable care, knew or should have known the nature of the Chinese drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

678. Given the properties in the Defendants' Chinese drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

679. As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

## COUNT IV
## STRICT LIABILITY
### (Against the Direct Action Defendants)

680. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

681. At all times relevant hereto, Defendants were in the business of distributing, delivering, supplying, inspecting, marketing, and/or selling drywall for sale to the general public.

682.   The drywall, including that installed in the homes of Class Members was placed by Defendants in the stream of commerce.

683.   Defendants knew that the subject drywall would be used by consumers.

684.   Defendants intended that the drywall reach the ultimate consumers, such as Class Members, and it indeed reached Class Members when it was installed in their homes.

685.   When installed in Class Members' homes, the drywall was in substantially the same condition as it was in when Defendants manufactured, sold, and/or delivered it.

686.   At all times relevant hereto the subject drywall was used in a manner consistent with the uses intended by, or known to Defendants, and in accordance with the Defendants' directions and instructions.

687.   The subject drywall was not misused or altered by any third parties.

688.   The Defendants' drywall was manufactured, designed, inspected, tested, marketed, distributed, and sold in a condition that was not suitable for use in homes or buildings.

689.   The drywall was designed to allow high levels of sulfur and/or other chemicals to emit through off-gassing.

690.   The Chinese drywall was improperly selected, tested, inspected, mined, made, and assembled using gypsum for drywall with levels of sulfur that were too high and emitted various sulfide gases and/or other chemicals through off-gassing.

691.   The Chinese drywall was improperly exported, imported, distributed, delivered, supplied, inspected, marketed, and/or sold, as described above.

692.   The Defendants' manufacture, design, inspection, testing, marketing, distribution, and selling of the Chinese drywall rendered it unsafe and unreasonably dangerous for its intended use and to

141

Class Members.

693. Defendants failed to adequately warn and instruct Class Members of the design, inspection, testing, manufacturing, marketing, and selling and off-gassing properties of the Chinese drywall.

694. Defendants likewise breached their statutory duties by failing to install electrical wiring, electrical components, and/or electrical products, including but not limited to, security systems, fire alarms, and air conditioning units, that were compatible with a highly corrosive environment, as is required by State and local Building Codes. Defendants failed to notify and warn Plaintiffs and Class Members of the undisputed corrosive environment caused by the Chinese drywall, and additionally failed to notify and warn Plaintiffs and Class Members that all of the Chinese drywall, electrical wiring, electrical components thereto, and/or electrical products were not installed in accordance with all State and local Building Codes, pertaining to corrosive environments. As a result, Plaintiffs' and Class Members' homes were built in violation of applicable State and local Building Codes.

695. Class Members were unaware of the unreasonably dangerous propensities and off-gassing conditions of the drywall, nor could Class Members, acting as reasonably prudent people discovery that Defendants' drywall emitted corrosive gasses, as set forth herein, or perceive its danger.

696. Defendants' Chinese drywall was much more dangerous and harmful than expected by the average consumer and by Class Members.

697. Defendants' Chinese drywall benefit to Class Members, if any, was greatly outweighed by the risk of harm and danger to them.

698. The off-gassing corrosive properties in the drywall, as well as Defendants' failure to adequately warn Class Members of the drywall's off-gassing properties was the direct and proximate cause of damages and/or personal injuries to Class Members.

## COUNT V
## BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### (Against the Direct Action Defendants)

699. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

700. Defendants and/or their agents were in privity with Plaintiffs and Class Members and/or Plaintiffs and Class Members were foreseeable third party beneficiaries of any warranty.

701. At the times Defendants utilized, supplied, inspected, and/or sold this drywall for use in structures owned by Plaintiffs and Class Members, Defendants knew, or it was reasonably foreseeable, that the drywall would be installed in structures owned by Plaintiffs and Class Members for use as a building material, and expressly or impliedly warranted the product to be fit for that use.

702. Defendants placed their drywall products into the stream of commerce in the aforementioned condition and these products were expected to, and did, reach users, handlers, and persons coming into contact with said products without substantial change in the condition in which they were sold.

703. The Chinese drywall was not merchantable because it was unfit for the uses intended or reasonably foreseeable by Defendants; to wit, the installation of the drywall in structures owned by Plaintiffs and Class Members for use as a building material, because it contained off-gassing properties as set forth herein.

704. The Defendants breached their warranty because the drywall was not fit and safe for the particular purposes for which the goods were required (to be installed in structures owned by Plaintiffs and Class Members as a building material) due to the off-gassing properties set forth herein.

705. Defendants had reasonable and adequate notice of the Plaintiffs' and the Class Members' claims for breach of warranty and failed to cure.

143

706.  As a direct and proximate cause of Defendants' breach of warranties, Plaintiffs and Class Members have incurred harm and damages and/or personal injuries as described herein.

**COUNT VI**
**BREACH OF CONTRACT**
**(Against Direct Action Builders and their Insurance Company Defendants Only)**

707.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

708.  As part of the agreements to purchase real properties from the Builder Defendants, for which Subclass Members paid valuable consideration, the Builder Defendants contracted with Subclass Members to construct homes that would not cause the harm and damages as described, and plead, heretofore.

709.  The Builder Defendants materially breached their contracts by providing Subclass Members with homes that contained drywall from China that emits various hydrogen sulfide and other compounds through off-gassing that causes harm and damage as described herein.

710.  As a direct and proximate cause of the Builder Defendants' breach of contract, Plaintiffs and Subclass Members have incurred harm and damages as described herein.

**COUNT VII**
**VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT**
**(on Behalf of Plaintiffs Who Own Homes in the State of Louisiana)**
**(Against Louisiana Builders Only)**

711.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

712.  The Louisiana New Home Warranty Act provides protection to owners of homes against builders in connection with the construction of the homes.

713.  For each applicable subclass, every subclass plaintiff is an "owner," as that term is defined by Louisiana Revised Statute 9:3143(3), who is asserting a claim under the New Home Warranty Act against their "builder," as that term is defined by Louisiana Revised Statute 9:3143(1).

144

714.  Implicit in every Builder Defendant's building contract is the requirement that the work to be completed be performed in a workmanlike manner that is free from conditions, as previously described with the Chinese drywall, and in workmanship.

715.  Each of the Builders who are subject to this claim violated their duty to use materials that are free from all the conditions, as have previously been described throughout this Complaint, as relate to Chinese drywall.

716.  The Builders knew or should have known that the Chinese drywall product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

717.  As a direct and proximate cause of the Builders' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

**COUNT VIII**
**REDHIBITION**
**(Against the Direct Action Defendants)**

718.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

719.  The drywall manufactured, distributed and/or sold by Defendants was not reasonably fit for its ordinary and intended purpose.

720.  Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the premises, in accordance with Louisiana Civil Code article 2524.

721.  In addition, or in the alternative, the drywall manufactured, distributed and/or sold by Defendants contained, in that, at the time of delivery, the propensity to emit or off-gas Sulfer compounds and/or other potentially harmful, irritating and/or corrosive substances renders the drywall so useless and/or inconvenient that it must be presumed that Plaintiffs would not have purchased the drywall had they known of the above.

145

722. Upon information and belief, Defendants knew of the above properties in the Chinese drywall at the time the drywall was delivered and/or sold.

723. Defendants have had numerous opportunities to repair and/or replace the drywall and associated fixtures and/or building components and have failed to do so; in addition, and/or in the alternative, such requests have been, would have been and/or would be futile; Manufacturing Defendants and/or Distributor Defendants are, moreover, deemed to be placed on notice when notice is provided to Builder Defendants (and/or Distributor Defendants); and All Defendants, in addition, or alternatively, had actual knowledge of the problems in the drywall and the need for replacement, remediation and/or repair.

724. All Direct Action Defendants are therefore liable to all Louisiana Plaintiffs for a return of the purchase price (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale and those incurred for the preservation of the drywall and associated items, for damages, and for reasonable attorneys' fees, in accordance with Louisiana Civil Code article 2545.

725. In the alternative, to the extent that any Distributor Defendant and/or Builder Defendant did not know of the aforementioned properties in the drywall at the time of delivery and/or sale, those defendants are liable to Louisiana Plaintiffs to repair, remedy or correct; and/or, if unable to do so, for a return of the purchase price (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale, and those expenses incurred for the preservation of the drywall and associated items, in accordance with Louisiana Civil Code article 2531.

## COUNT IX
## LOUISIANA PRODUCTS LIABILITY ACT
### (Plead in the Alternative Against the Direct Action Distributor Defendants)

726. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

727. In addition to any and all damages, attorneys fees and other remedies made available to

146

Louisiana Plaintiffs under the warranty of fitness and/or warranty against redhibition, the Manufacturing Defendants are liable to Louisiana Plaintiffs under the Louisiana Products Liability Act ("LPLA"), Louisiana Revised Statute 9:2800.51, *et seq.*

728. The LPLA is also pleaded in the alternative with respect to any Distributor Defendant who might be considered a "manufacturer" under La. R.S. 9:2800.53(1)(a) (labels or otherwise holds the drywall out as his own), 9:2800.53(1)(b) (exercises control over or influences a characteristic of the drywall causing damage), 9:2800.53(1)(c) (the manufacturer of a product which contains the drywall as a component part), and/or 9:2800.53(1)(d) (a seller of a product of an alien manufacturer where the seller is in the business of importing or distributing the drywall for resale and is the *alter ego* of the alien manufacturer).

729. The drywall at issue is, in all cases, unreasonably dangerous by virtue of the unreasonable off-gassing and/or emission of Sulfer compounds and/or other corrosives, toxins and/or irritants, which do not in any way contribute to or enhance the utility of the drywall, yet pose a risk to the wiring, plumbing, appliances, personal property, overall economic value of the property and financial security of the owner, and/or the health of the residents of the property.

730. At all times pertinent and material hereto, there existed alternative feasible manufacturing processes and/or designs of drywall which perform all of the functions and utility of traditional drywall, without emitting unreasonable levels of Sulfer and/or other toxic and/or corrosive compounds.

731. At all times pertinent and material hereto, the Distributer Defendants who may be considered "manufacturers" under the LPLA knew that their drywall was unreasonably dangerous as set forth herein.

732. In the alternative, the Distributer Defendants who may be considered "manufacturers" under

147

the LPLA should have, at all times pertinent and material hereto, known of the unreasonably dangerous

characteristics and/or conditions, had they reasonably employed then-existing scientific and/or technical

knowledge, reasonable testing, and/or other reasonable and then-accepted methods of quality assurance

and/or quality control.

733. Defendants' drywall is unreasonably dangerous in composition or construction in that, at

the time it left Defendant's control, it deviated in a material way from Defendant's own specifications or

performance standards.

734. In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in design,

in that, at the time the drywall left Defendant's control, there existed an alternative design for the product

that was capable of preventing Plaintiffs' damage, and the likelihood of causing the plaintiffs' damage

and the gravity of that harm outweighed the burden (if any) on the Defendant in adopting such alternative

design and the adverse effect (if any) on the utility of the drywall.

735. In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in that

it fails to conform to an express warranty about the product which induced the use of the product and

caused damage to Plaintiffs to the extent that the warranty was untrue.

736. In addition, and in the alternative, Defendants' drywall is unreasonably dangerous due to

an inadequate warning, in that, at the time the drywall left Defendant's control, the drywall possessed a

characteristic that might cause damage and yet Defendant failed to use reasonable care to provide an

adequate warning of such characteristics and/or dangers to users and/or handlers of the drywall.

737. Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the

premises.

## COUNT X
## PRIVATE NUISANCE

148

**(Against the Direct Action Defendants)**

738. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

739. The Defendants' tortious or wrongful acts or omissions have caused sulfide gas and/or other chemical leaching into structures owned by Plaintiffs and Class Members which has unreasonably interfered, and continues to interfere, with the Plaintiffs' and Class Members' use and enjoyment of their properties and caused them harm and damage as discussed herein.

740. Defendants' interference has impaired the rights of Plaintiffs' and Class Members' health, comfort, safety, free use of their property, and/or peaceful enjoyment of their property.

741. Defendants' invasions were negligent or reckless.

742. The interference with Plaintiffs' and Class Members' use of their property caused by Defendants is substantial and is ongoing.

743. Defendants' private nuisance was the direct, proximate, and foreseeable cause of Plaintiffs' and Class Members' damages, injuries, harm, loss, and increased risk of harm, which they suffered and will continue to suffer.

744. As a direct and proximate cause of Defendants' creation of a private nuisance, Plaintiffs and Class Members have incurred harm and damages and/or personal injuries as described herein.

**COUNT XI**
**NEGLIGENT DISCHARGE OF A CORROSIVE SUBSTANCE**
**(Against the Direct Action Defendants)**

745. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

746. Defendants had actual or constructive knowledge of the extremely corrosive and dangerous propensities of the drywall at issue in this litigation.

747. Notwithstanding their actual or constructive knowledge of the corrosive and dangerous

propensities of the drywall, Defendants nevertheless designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold the drywall for use in the homes or other structures owned by Plaintiffs and class members.

748.   By causing the sale, distribution, delivery, and/or supply of the drywall under these circumstances, Defendants breached their duty to exercise reasonable care and created a foreseeable zone of risk of injury to Plaintiffs and class members.

749.   Defendants likewise breached their duties to Plaintiffs and Class Members by failing to warn about the corrosive and dangerous propensities of the drywall.   Defendants, through the exercise of reasonable care, knew or should have known the nature of the Chinese drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

750.   Plaintiffs and class members have suffered injuries by virtue of their exposure to the Chinese drywall at issue in this litigation.   Given the properties in the Defendants' Chinese drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

751.   As a direct and proximate result of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.   The injuries sustained by Plaintiffs and Class Members are within the foreseeable zone of risk created by Defendants.

## COUNT XII
## UNJUST ENRICHMENT
### (Against the Direct Action Defendants)

752.   Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

753.   Defendants received money as a result of Plaintiffs' and Class Members' purchases of

Defendants' Chinese drywall, or purchases of structures containing this drywall, either directly or through an agent, and Defendants wrongfully accepted and retained these benefits to the detriment of Plaintiffs and Class Members.

754. Defendants' acceptance and retention of these benefits under the circumstances make it inequitable and unjust for Defendants to retain the benefit without payment of the value to the Plaintiffs and the Class Members.

755. Defendants, by the deliberate and tortious conduct complained of herein, have been unjustly enriched in a manner which warrants restitution.

## COUNT XIII
## VIOLATION OF LOUISIANA UNFAIR TRADE PRACTICES
## AND CONSUMER PROTECTION LAW
### (Against the Direct Action Defendants)

756. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

757. This is an action for relief under the Louisiana Unfair Trade Practices and Consumer Protection Law, Louisiana Revised Statute 51:1401, *et seq.*

758. The Defendants' acts and omissions as well as their failure to use reasonable care in this matter as alleged in this complaint, including but not limited to, the knowing misrepresentation or failure to disclose the source, affiliation, origin, characteristics, ingredients, standards and quality of Chinese drywall constitute violation of the provisions of the Consumer Protection Acts of the Relevant States.

759. Plaintiffs and Class Members have suffered actual damages as a result of Defendants' violation of these Consumer Protection Acts and are entitled to relief.

760. As a direct and proximate cause of Defendants' violations of the Louisiana Unfair Trade Practices and Consumer Protection Law, Plaintiffs and Class Members have incurred harm and damages as described herein.

151

## COUNT XIV
## EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING
### (Against All Defendants)

761. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

762. Plaintiffs and the Class Members are without adequate remedy at law, rendering injunctive and other equitable relief appropriate.

763. Plaintiffs and the Class Members will suffer irreparable harm if the Court does not render the injunctive relief and medical monitoring relief set forth herein, and if defendants are not ordered to recall, buy back, rescind, and/or repair the structures owned by Plaintiffs and Class Members.

764. Plaintiffs, on behalf of themselves and all others similarly situated, demand injunctive and equitable relief and further, that defendants be ordered to: (1) to buy back or rescind the contracts for Plaintiffs' and Class Members' homes or other structures, or in the alternative, remediate, repair and/or replace the drywall in such structures upon proof by the defendants of the feasibility of such remedy or repair; (2) cease and desist from misrepresenting to the Class and the general public that there is no danger associated with the drywall; (3) institute, at their own cost, a public awareness campaign to alert the Class and general public of the dangers associated with the drywall; and (4) create, fund, and support a medical monitoring program.

765. Until Defendants' Chinese drywall has been removed and remediated, Defendants must provide continued environmental and air monitoring in the structures owned by Plaintiffs and Class Members.

766. Plaintiffs and Class Members have been exposed to greater than normal background levels of sulfides and other hazardous chemicals as a result of exposures to Defendants' Chinese drywall and have suffered personal injuries as a result.

152

767. The sulfides and other noxious gases which have been released from Defendants drywall and to which Plaintiffs and Class Members have been exposed are proven hazardous, dangerous, or toxic substances.

768. Plaintiffs' and Class Members' exposures were caused by the Defendant's negligent or otherwise tortious conduct.

769. Plaintiffs' and Class Members' exposure may lead to serious health problems, diseases, and medical conditions that may be prevented by timely medical diagnosis and treatment.

770. The method and means for diagnosing the Plaintiffs' and Class Members' potential medical problems are well accepted in the medical and scientific community and will be of great benefit to the Plaintiffs and Class Members by preventing or minimizing health problems that they may encounter as a result of the Chinese drywall.

771. As a proximate result of their exposure to hydrogen sulfide and other compounds from Defendants' Chinese drywall, Plaintiffs and Class Members have developed a significantly increased risk of contracting a serious latent disease.

772. Monitoring procedures exist that make the early detection of any latent disease possible that are different from those normally recommended in the absence of the exposure.

773. The prescribed monitoring regime is reasonably necessary according to contemporary scientific principles.

## DEMAND FOR JURY TRIAL

Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

153

WHEREFORE Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a.  an order certifying the case as a class action;

b.  an order certifying the Class and each of the Subclasses;

c.  an order appointing Plaintiffs as the Class Representatives of the Class;

d.  an order appointing undersigned counsel and their firms as counsel for the Class;

e.  a declaratory judgment in favor of Plaintiffs and the proposed Class and Subclass Members and against the Insurance Company Defendants mandating coverage for all damages and remedies (including equitable, injunctive, and medical monitoring) for which the Insured Defendants may be liable under the Insurance Policies;

f.  compensatory and statutory damages;

g.  punitive damages as allowed by law;

h.  pre and post-judgment interest as allowed by law;

i.  injunctive relief;

j.  an award of attorneys' fees as allowed by law;

k.  an award of taxable costs; and

l.  any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: May 11, 2010

By:_____
Russ M. Herman
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue

154

New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez

155

Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzales,
Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
& Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker

156

Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING
COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson

157

Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

## COUNSEL FOR INDIVIDUAL PLAINTIFFS[1]

### Alters, Boldt, Brown, Rash & Culmo and
### Shapiro, Blasi, Wasserman & Gora, P.A.
*Counsel on Behalf of the Following Individual Plaintiffs*

Metcalfe, George and Amy
Mottolo, Gene

### Anthony Irpino
*Counsel on Behalf of the Following Individual Plaintiffs*

Musgrave, Richard and Michele

### Baron & Budd, P.C.

---

[1]Attached hereto as Exhibit "C" is the contact information for each plaintiff's counsel and pro se plaintiff.

158

*Counsel on Behalf of the Following Individual Plaintiffs*

Dinette, Rodney and Geraldine
Finke, Margaret
LeBlanc, Steven and Dana
Zamora, Hope

## Baron & Budd and Alters, Boldt, Brown, Rash & Culmo
*Counsel on Behalf of the Following Individual Plaintiffs*

Arsenaux, Everiste and Lizette
Collins, John and Brenda
Guillot, Eno and Frances
Hogan, Barbara
Mitchell, Michael
Shelton, Michael and Leslie
Talbert, Bill
Tedesco, Caroline and Robert
Young, Linda and Raymond

## Barrios Firm
*Counsel on Behalf of the Following Individual Plaintiffs*

Brown, Judalyne Brown
Mosley, Shawn
O'Hear, Anne M.
Puig, Donald and Marcelyn
Randolph, Vincent L
Schmitt, Leah and Todd; Hammond, Anne and Cangelosi, Pam

## Becnel Law Firm
*Counsel on Behalf of the Following Individual Plaintiffs*

Donaldson, Jill and Oertling, Jared
Kelly, Gary and Vicki
Riggio, Brenda and Ignatius
Staub, Dana and Marcus
Stone, Thomas and Lauren
Wischler, Robert

## Becnel Law Firm and Herman, Herman, Katz and Cotlar LLP
*Counsel on Behalf of the Following Individual Plaintiffs*

Alldredge, Emily and Rufus
Amerson, Amy Louise
Ancira, Chris and Lilah
Barone, John and Heather
Boquet, Edwin
Ceruti, Ronald and Sharon
Chatman, Funell and Gail
Chiappetta, Kevin and Karen
Duhon, Christopher and Kimberly
Ganucheau, Renee

Guidry, Christopher and Jerene
Heck, Joshua and Kelly
Hulsey, Charles and Sarah
Lea, Chris and Julie
Ledet, Trisha and Darryl
Nunez, Ernest and Marie
Pavageau, Craig and Olivia
Payton, Sean and Beth
Quividia, Joseph Todd
Rigney, George and Raffy

159

Rodosta, Toni
Tiemann, Richard and Jean
Toras, Nikolaos

Torrance, Matthew and Mary
Waguespack, Jacques and Nicole

## Becnel Law Firm and Roda and Nast
*Counsel on Behalf of the Following Individual Plaintiffs*

Ruesch, Kevin and Dorothy

## Becnel Law Firm, Morris Bart, and Herman, Herman, Katz and Cotlar LLP
*Counsel on Behalf of the Following Individual Plaintiffs*

Brumfield, Ollie and Andreienne
Canty, Honore and Elaine
Cassagne, Jordan and Brande
Gaussiran, Maxi
Gillane, William and Maureen
Martin, Michael
Quick, William and Maxine
Spencer, Patricia

## Berman, Kean & Riguera, P.A.
*Counsel on Behalf of the Following Individual Plaintiffs*

First East Side Savings Bank

## Berniard Law
*Counsel on Behalf of the Following Individual Plaintiffs*

Borne, Carol
Kessler, David and Amanda
Price, Joshua and Kimberlea
Rosetta, Dufrene and Ernest

## Cuneo, Gilbert & LaDuca, LLP
*Counsel on Behalf of the Following Individual Plaintiffs*

Minafri, Steven
Stanley, Duke

## Daigle, Fisse & Kessenich
*Counsel on Behalf of the Following Individual Plaintiffs*

Fernandez, Vernon Leroy & JoAnn Cross

## Davis & Duncan
*Counsel on Behalf of the Following Individual Plaintiffs*

Wayne, William and Kelly

160

## deGravelles, Palmintier, Holthause & Fruge, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Amaud, Lester and Catherine
Bradley, Jimmy and Louise
Matus, Aldo and Ghedy
Turner, Tyrone C.
Wheeler, Don and Agnes
Brian, Wilton and Rita

## Don Barrett, P.A.
*Counsel on Behalf of the Following Individual Plaintiffs*

Perry, Timothy and Tracy

## Don Barrett, P.A. and Lovelace Law Firm, P.A.
*Counsel on Behalf of the Following Individual Plaintiffs*

Galle, Joey and Amanda
Galle, Joseph and Debbie
Steubben, John and Grace

## Donna Borrello, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Borrello, Donna M. and Stallings, Thomas W.

## F. Gerald Maples, PA
*Counsel on Behalf of the Following Individual Plaintiffs*

Robbins, Margaret and Glenwood

## Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Alonzo, Lana
Benjamin, Jack and Claire
Clague, Randy and Lisa
Hernandez, John and Diane E.
Hewitt, Margie
Hopper, Dean and Dena
Jarreil, Chad and Darlene

Meyer, Lawrence and Elizabeth
Morias, Ralph and Paula
Peres, Tony and Kathy
Petagna, Brent and Lisa
Skinner, Helena
Watts, Sharon
Allen, Andrew and Nicole

## Galante & Bivalacqua, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Guerra, Darlyn
Barlow, Regine and John

## Gould Cooksey Fenne, P.C.

*Counsel on Behalf of the Following Individual Plaintiffs*

Archer, Steven and Anja
Cameron, Christine
Corr, Thomas Leo, III and Marchetti, Shawn
Harmon, Dennis and Nancy

### Gregory DiLeo
*Counsel on Behalf of the Following Individual Plaintiffs*

Cathcart, Carolyn
St. Martin, Steven and Janeau

### Herman, Herman, Katz and Cotlar LLP
*Counsel on Behalf of the Following Individual Plaintiffs*

Barreca, Antoine and Nicole
Barreca, Corinne
Barrow, Clarence and Marion
Boutte, Don and Robinson, Michael
Cheramie, Bertoule and Joan
Cordier, Gregory and Jean
Cotlar, Sideny and Diane
Cunningham, Dennis and Susan
Dejan, Charlotte
Dejan, Leroy and Ann
Galatas, Bernadette
Gardette, Michael and Rhonda
Genovese, Karen
Gleason, Herman and Deborah
Guice, Kenneth
Jones, Allie and Jeanie
Lartigue, C.W. and Margaret

Maillot, Georges and Janice
Mills, Jeannete
Morici, Mark and Maureen
Naden, Craig and Roberta
Nunez, Frederick and Lisa
Olson, Olaf A. and Wanda G.,
Orduna, Albert and Judith
Pasentine, Judith Ellen
Peoples, Debra
Petrey, Charles and Marcia
Roberson, Sandra
Rome, Erwin and Karen
Ryckman, Rickey
Velez, Louis
Ward, Amy and Truman
Wenzel, John and Lorraine
White, Taeneia

### Hymel, Davis & Petersen
*Counsel on Behalf of the Following Individual Plaintiffs*

Colby, Richard and Susan; Jordan, Nathan; Nickens, Florette

### James F. Humphreys & Assoc.
*Counsel on Behalf of the Following Individual Plaintiffs*

Boothe, Neil
Walker, Demetra

### Kanner & Whiteley
*Counsel on Behalf of the Following Individual Plaintiffs*

Bronaugh, David and Heather
Butler, James and Joycelyn
Dennis, Patrick and Kathleen
Galloway, James and Cynthia

162

## Lambert & Nelson, PLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Amato, Dean and Dawn
Back, Charles and Mary
Blue, John and Rachelle
Borne, Barry and Mary
Braselman, Holly
Carrol, Cindy
Donahoe, Patrick and Tina
Fineschi, Nicola and Connie

Fisher, Steve and Corrinn
Gammage, Dr. Dan
Kehoe, Molly
Pierson, Jan and Neil
Wilfer, Rosanne

## Landskroner, Grieco, Madden, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Austin, John
Martineau, Bill and Cynthia

163

### Law Offices of Rusell Lazega
*Counsel on Behalf of the Following Individual Plaintiffs*

Orlowski, David

### Law Offices of Sidney D. Torres, III
*Counsel on Behalf of the Following Individual Plaintiffs*

Evans, Jamie Lynn
Gerica, Ramona
Landry, Gerard and Kiefer, J. Leatrice
Reynolds, Karen
Sicard, Austin, Jr.
Uli, Peter and Catherine

### Leopold-Kuvin, P.A., *Counsel on Behalf of the Following Individual Plaintiffs*

Lefton, David and Garcia, Michelle

### Lemmon Law Firm, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

LaCroix, Jim
Darby, Harry and Melissa

### Levin, Fishbein, Sedran & Berman Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane Hausfeld, LLP and Law Offices of Richard J. Serpe
*Counsel on Behalf of the Following Individual Plaintiffs*

Akers, Christine and Robert
Allen, Philip and Clarine
Ameneiro, Sandra and Gino
Anderson, Alexander
Anello, Joe and Delma
Asad, Issa and Noha
Atkins, Taddarreio and Mattea
Atwell, Roger
Bagley, Gerald
Balan, Kirenia and Jorge
Bello de Bachek, Nilda
Berry, Keith and Elizabeth
Bloom, Andrew and Ina
Byrne, Gertrude
Edmonds, Rick
Egan, Michelle and Giancario Lee
Elliot, Dezman
Elsenberg, Brian and Lauren
Eskenazi, Anna and Mark
Frenchman, Beth
Gaita, Gina (Promenade)
Galvin, Larry and Rene
Gamboa, Hernan

Godwin, Franklin & Veronica
Gonzalez, Miguel Angel
Hay, Robert and Maria
Herbert, Jason and Shanique
Houston, Debra (Promenade)
Johnson, Charles and Molly
Johnson, Kenneth and Jeri and Johnson Family Living Trust
Labell, Barry
Laraque, Jean and Gueldie
Lukaszewski, Lynn
Mizne, Michael and Jeannine
Montalvo, Samuel, Jr.
Neumann, Allan
Novello, Robin
Page, Dwight and Psyche
Promenade at Tradition Community Association, Inc.
Ramsarran, Lloyd and Dinah
Real Property Resolutions Group, LLC
Reid, Grant and Kathryn
Rookery Park Estates, LLC
Roseman, Robert and Linda
Rosen, Michael
Seifart, Armin and Gore, Lisa

164

Tarzy, Jim
Vest, Hugh and Tracy

Wood, Bryan and Kimberly

## Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P. A.
*Counsel on Behalf of the Following Individual Plaintiffs*

Conrad, Formica and Fayard, Crystal
Felicetti, Steven and Gayle
Rohan, Patricia and Donald
Wilcox, Eric and Karen
Brewton, I.D., III and Sonia
Kapalin, Daniel and Danielle
Morris, Robert
Salter, Kenneth and Cindy

## Levin, Tannenbaum
*Counsel on Behalf of the Following Individual Plaintiffs*

James, Jason and Jessica

## Lewis & Roberts, PLLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Burke, Jules and Barbara
Buxton, Darren and Tracy
Dorsey, Glenda F.
Dupre, Ross and Marlo
Durham, Scott and Heather
Eleuterius, Gregory and Elizabeth
Eleuterius, Marshall and Tasha
Farmer, Richard, Connie and Tracie
Greco, Vincent
Guillory, Gregory and Cynthia
Hankins, Lee and Barbara
Harkins, Rochelle Frazier
Harris, Anthony Richard
Hart, Jesse and Sheila

Headley, Danny and Cathy
Kitts, Corey and Monique
Landry, Justin and Renee
Lasserre, Paul
Ledford, Samuel
Middleton, Michael and Megham
Pentecost, Mary Louise
Petone, Anthony Peter
Raborn, Randy and Pamela
Taylor, David Jason and Amanda B.
Thomas, Brian and Tamara
Thornton, Stanley and April
Youmans, Dr. Cassandra

## Martzell & Bickford
*Counsel on Behalf of the Following Individual Plaintiffs*

Garrett, Philip and Courtney
Gotreaux, Dustin and Korie
Lang, Joe and Amy
Methvin, William and Deborah
Patin, Danielle
Robair, Alexander
Schields, Larry
Smith, Clinton and Kelly

Steele, Jason and Peny
Tabor, Edward and Emmilou
Whitaker, Robert and Dana
Blalock, Angeles
Callais, Gary and Michelle
Kustenmacher, Kenneth and Juile
Theard, Avery and Tjaynell

## Matthews & Associates
*Counsel on Behalf of the Following Individual Plaintiffs*

Elliott, William and Fryc, Mary Ann

165

Owens, Brenda
Penny, Andrew & Rachel
Rogers, Joyce W.

## McIntosh, Sawran, Peltz & Cartaya
*Counsel on Behalf of the Following Individual Plaintiffs*

Casey, Hugh

## Milstein, Adelman & Kreger and Roberts & Durkee
*Counsel on Behalf of the Following Individual Plaintiffs*

Albano, Carol
Auerbach, Suely
Barcia, Aurora
Barragan, Fernando & Barbara
Bissoon, Suresh and Oma
Braithwaite, Judy
Cohen, Carol
Corell, Roberto and Angela
Crawford, Monique and Elaine
De Los Santos, Rosibel and Brian
Fallmann, James and Barbara
Feler, Svyatoslaw/
     /Smolyanskaya, Yelena
Fores, David, Vasquez, Monica
Gonzalez, Luis and Caridad

Helmick, Timothy & Maria
James, Janelle
Mackoff, Arlene and Charles
Miller, Bradley and Tricia
Mullen, Thomas and Kathleen
Nunez, Carmela
Peace, Stephanie & John
Peterson, Derrick and Robin
Restrepo, Socorro
Rizzo, Jack and Luz
Scott, Terrance and Semrau, Deborah
Segundo, Rafael and Ana
Transland, LLC
Watson, Patrick and Paula
Williams, Margret and Wakeland, Angella and Nicholas

## Morgan & Morgan
*Counsel on Behalf of the Following Individual Plaintiffs*

Alava, Alicia
Antilles Vero Beach, LLC, c/o Ironwood Development
Burke, Richard and Rebecca
Campbell, Thomas and Kelli
Gody, Anthoney and Candace
Janssen, Richard/Tamara
Kottkamp, Jeffrey and Cynthia
Lee, Kevin

Mercado, Juan and Irena
McLendon, Brian/Stephanie
Nichols, James and Kathleen
Patterson, Joan
Perga, Anthony and Marcia
Rekhels, Alexander and Irina
Tenny, Thomas/Rene
Ursa, Flaviu-Emil/Dorina

## Morris Bart LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Gross, Cheryl and David

## Murphy, Rogers, Sloss & Gambel
*Counsel on Behalf of the Following Individual Plaintiffs*

Macmurdo, William and Cornelia

## Parker, Waichman, Alonso, LLP

166

### Counsel on Behalf of the Following Individual Plaintiffs

Baginski, Andrea
Bettencourt, Virgil and Mary
Bilski, Walter and Tracey
Bound, Brenda
Boxe, Kevin and Roxann
Brazon, Kevin and Jennifer
Brennan, John and Barbara
Carciato, Lisa
Coogan, Kevin and Stella
Cucci, Jacqueline
Dinitto, Patrick and Magalhaes, Hevanilson
Dodge, Dale and Beverly
Durrance, Barry and Denise
Evans, Donald & Barbara
George, Christopher/Vacca,
   Natalie
Gill, Ted and Pamela
Hanlon, Patrick and Ann
Hernandez, Marla

Hoffman, Hannelor, Lengel, Donna
Julian, Marcelo
Knight, Christopher and Rosemary
Lau, Donald
McKenzie, James and Elizabeth
Mercedes, William & Carmen
Nevels, Susan
Nord, John
Pena, Orlando
Petkin, Paul and Therese
Plotkin, Peter/McNeel, Diane
Pryce Hazel and Smith, Dionne
Ristovski, Van
Saggese, Thomas and Joy
Santiago, Marcos & Carmen
Seddon, Robert & Joan
Sullivan, William & Sheila
Wilson, Teresa
Woolley, Scott

### Paul A. Lea, Jr.
### Counsel on Behalf of the Following Individual Plaintiffs

Bonnecarrere, Wavi Lee
Bourdon, Lucille
Donaldson, Malcom and Kelli
Gremillion, Paul and Andrea
Hufft, Val and Audrey
Jackson, Senora B.

King, David and Mary
LeBlance, Calvin and Sara
LeJeune, Michael and Melissa
Piwetz, Randy and Jeanne
Segreto, Mark and Victoria

### Courcelle and Burkhalter, LLC
### Counsel on Behalf of the Following Individual Plaintiffs

Boudreaux, Virginia R.

### Podhurst Orseck, PA
### Counsel on Behalf of the Following Individual Plaintiffs

1100 Valencia LLC
Alcindor, Nevinsthon and Marlen
Dauterive, Valliere and Margaret; Savoy; Ann Dauterive
Garcia, Jesus and Fernandez, Julio
Querol, Damien

### Pro Se Plaintiffs

Cooper, Brenda
McCoy, Clyde and Ira
Singleton, Enrica

### Scott N. Gelfand, PA

Goddard, Alan and Annette

### Seale & Ross, APLC and Kevin Landreneau

*Counsel on Behalf of the Following Individual Plaintiffs*

Anders, Thomas G. and Nicole P.
Cassard, Jesse and Angela

## Seeger Weiss, LP
*Counsel on Behalf of the Following Individual Plaintiffs*

Huckaby, Brian
Macon, Jeremy
Polk, Donna
Williams, Diana and Terry

## Taylor, Martino, Zarzaur, P.C.
*Counsel on Behalf of the Following Individual Plaintiffs*

Prichard Housing Authority

## The Andry Law Firm
*Counsel on Behalf of the Following Individual Plaintiffs*

Van Winkle, Ronnie and Anne

## The Law Office of Joseph M. Bruno, APLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Carter, Daniel
Clark, Carolyn
Eugene, Adrien
Gardette, Michael A. and Nicole

Kuykendall, Beverly
Peters, Ronald
Roberts, Jeffrey D.

## The Thornhill Law Firm, APLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Anderson, Shawnree and John
Chutz, Lily Rose
Diez, Mr. Douglas (agent/member and Pelican Point Properties, L.L.C.)
DiMaggio, Juanita
Jastremski, Florence
Johnson, Willie L. Jr.
McLain, Jon Scott
Niswonger, Mary M.
Pelican Point Properties, L.L.C., (A Maryland Limited Liability Company)
Silvestri, Susan W.
Thomas, Darlene and James

## Walters, Papillion, Thomas, Cullens, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Bourgeois, Richard and Gail
Dupuy, Cullen and Mary
Langlois, Rebecca and Roth, Robert

### Watts Hilliard, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Franatovich, Mitchell J.

### Webb & Scarmozzino, PA
*Counsel on Behalf of the Following Individual Plaintiffs*

Kelly, Christopher & Jesica

### Willis & Buckley, APC
*Counsel on Behalf of the Following Individual Plaintiffs*

Mayo, Edward and Jacqueline

### Wolfe Law Group, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Brown, Ada and Hillary
Hakenjo, Candace and Todd
Hidalgo, Tony and Sidney
Hubbell, Wendy and Cimo, Christy
Parr, Shelly and Kelly
Rogers, Brad and Cassandra

### Yance Law Firm, LLC
*Counsel on Behalf of the Following Individual Plaintiffs*

Fernandez, Joseph
Parker, Charles and Rachael

169

# EXHIBIT A

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

## Exhibit A – Additional Plaintiffs Named in Plaintiffs
## Amended Omnibus Class Action Complaint (V)

1100 Valencia LLC
Akers, Christine and Robert
Alava, Alicia
Albano, Carol
Alcindor, Nevinsthon and Marlen
Alldredge, Emily and Rufus
Allen, Andrew and Nicole
Allen, Philip and Clarine
Alonzo, Lana
Amato, Dean and Dawn
Amaud, Lester and Catherine
Ameneiro, Sandra and Gino
Amerson, Amy Louise
Ancira, Chris and Lilah
Anders, Thomas G. and Nicole P.
Anderson, Alexander
Anderson, Shawnree and John
Anello, Joe and Delma
Antilles Vero Beach, LLC, c/o
Ironwood Development
Archer, Steven and Anja
Arsenaux, Everiste and Lizette
Asad, Issa and Noha
Atkins, Taddarreio and Mattea
Atwell, Roger
Auerbach, Suely
Austin, John
Back, Charles and Mary
Baginski, Andrea
Bagley, Gerald
Balan, Kirenia and Jorge
Barcia, Aurora
Barlow, Regine and John
Barone, John and Heather
Barragan, Fernando & Barbara
Barreca, Antoine and Nicole
Barreca, Corinne
Barrow, Clarence and Marion
Bello de Bachek, Nilda
Benjamin, Jack and Claire
Berry, Keith and Elizabeth
Bettencourt, Virgil and Mary
Bilski, Walter and Tracey
Bissoon, Suresh and Oma
Blalock, Angeles
Bloom, Andrew and Ina
Blue, John and Rachelle
Bonnecarrere, Wavi Lee
Boothe, Neil
Boquet, Edwin
Borne, Barry and Mary
Borne, Carol

Borrello, Donna M. and Stallings,
Thomas W.
Boudreaux, Virginia R.
Bound, Brenda
Bourdon, Lucille
Bourgeois, Richard and Gail
Boutte, Don and Robinson, Michael
Boxe, Kevin and Roxann
Bradley, Jimmy and Louise
Braithwaite, Judy
Braselman, Holly
Brazon, Kevin and Jennifer
Brennan, John and Barbara
Brewton, LD., III and Sonia
Brian, Wilton and Rita
Brown, Ada and Hillary
Brown, Judalyne
Brumfield, Ollie and Andreienne
Burke, Jules and Barbara
Burke, Richard and Rebecca
Buxton, Darren and Tracy
Byrne, Gertrude
Callais, Gary and Michelle
Cameron, Christine
Campbell, Thomas and Kelli
Canty, Honore and Elaine
Carciato, Lisa
Carrol, Cindy
Carter, Daniel
Casey, Hugh
Cassagne, Jordan and Brande
Cassard, Jesse and Angela
Cathcart, Carolyn
Ceruti, Ronald and Sharon
Chatman, Funell and Gail
Cheramie, Bertoule and Joan
Chiappetta, Kevin and Karen
Chutz, Lily Rose
Clague, Randy and Lisa
Clark, Carolyn
Cohen, Carol
Colby, Richard and Susan; Jordan,
Nathan and Nickens, Florette
Collins, John and Brenda
Conrad, Formica and Fayard,
Crystal
Coogan, Kevin and Stella
Cooper, Brenda
Cordier, Gregory and Jean
Corell, Roberto and Angela
Corr, Thomas Leo, III and
Marchetti, Shawn

Cotlar, Sideny and Diane
Crawford, Monique and Elaine
Cucci, Jacqueline
Cunningham, Dennis and Susan
Darby, Harry and Melissa
Dauterive, Valliere and Margaret;
and Dauterive Savoy, Ann
De Los Santos, Rosibel and Brian
Dejan, Charlotte
Dejan, Leroy and Ann
Diez, Mr. Douglas (agent/member
and Pelican Point Properties, L.L.C.)
DiMaggio, Juanita
Dinette, Rodney and Geraldine
Dinitto, Patrick and Magalhaes,
Hevanilson
Dodge, Dale and Beverly
Donahoe, Patrick and Tina
Donaldson, Jill and Oertling, Jared
Donaldson, Malcom and Kelli
Dorsey, Glenda F.
Duhon, Christopher and Kimberly
Dupre, Ross and Marlo
Dupuy, Cullen and Mary
Durham, Scott and Heather
Durrance, Barry and Denise
Edmonds, Rick
Egan, Michelle and Giancario Lee
Eleuterius, Gregory and Elizabeth
Eleuterius, Marshall and Tasha
Elliot, Dezman
Elliott, William and Frye, Mary Ann
Elsenberg, Brian and Lauren
Eskenazi, Anna and Mark
Eugene, Adrien
Evans, Donald and Barbara
Evans, Jamie Lynn
Fallmann, James and Barbara
Farmer, Richard, Connie and Tracie
Feler, Svyatoslaw and
Smolyanskaya, Yelena
Felicetti, Steven and Gayle
Fernandez, Joseph
Fernandez, Vernon Leroy and JoAnn
Cross
Fineschi, Nicola and Connie
Finke, Margaret
First East Side Savings Bank
Fisher, Steve and Corrinn
Fores, David and Vasquez, Monica
Franatovich, Mitchell J.
Frenchman, Beth

Gaita, Gina (Promenade)
Galatas, Bernadette
Galle, Joey and Amanda
Galle, Joseph and Debbie
Galloway, James and Cynthia
Galvin, Larry and Rene
Gamboa, Hernan
Gammage, Dr. Dan
Ganucheau, Renee
Garcia, Jesus and Fernandez, Julio
Gardette, Michael A. and Nicole
Gardette, Michael and Rhonda
Garrett, Philip and Courtney
Gaussiran, Maxi
Genovese, Karen
George, Christopher and Vaca, Natalie
Gerica, Ramona
Gill, Ted and Pamela
Gillane, William and Maureen
Gleason, Herman and Deborah
Goddard, Alan and Annette
Godwin, Franklin & Veronica
Gody, Anthoney and Candace
Gonzalez, Luis and Caridad
Gonzalez, Miguel Angel
Gotreaux, Dustin and Korie
Greco, Vincent
Gremillion, Paul and Andrea
Gross, Cheryl and David
Guerra, Darlyn
Guice, Kenneth
Guidry, Christopher and Jerene
Guillory, Gregory and Cynthia
Guillot, Eno and Frances
Hakenjo, Candace and Todd
Hankins, Lee and Barbara
Hanlon, Patrick and Ann
Harkins, Rochelle Frazier
Harmon, Dennis and Nancy
Harris, Anthony Richard
Hart, Jesse and Sheila
Hay, Robert and Maria
Headley, Danny and Cathy
Heck, Joshua and Kelly
Helmick, Timothy and Maria
Herbert, Jason and Shanique
Hernandez, John and Diane E.
Hernandez, Marla
Hewitt, Margie
Hidalgo, Tony and Sidney
Hoffman, Hannelore and Lengel, Donna
Hogan, Barbara
Hopper, Dean and Dena
Houston, Debra (Promenade)
Hubbell, Wendy and Cimo, Christy
Huckaby, Brian
Hufft, Val and Audrey

Hulsey, Charles and Sarah
Jackson, Senora B.
James, Janelle
James, Jason and Jessica
Janssen, Richard and Tamara
Jarrell, Chad and Darlene
Jastremski, Florence
Johnson, Charles and Molly
Johnson, Kenneth and Jeri and
Johnson Family Living Trust
Johnson, Willie L. Jr.
Jones, Allie and Jeanie
Julian, Marcelo
Kapalin, Daniel and Danielle
Kehoe, Molly
Kelly, Christopher and Jessica
Kelly, Gary and Vicki
Kessler, David and Amanda
King, David and Mary
Kitts, Corey and Monique
Knight, Christopher and Rosemary
Kottkamp, Jeffrey and Cynthia
Kustenmacher, Kenneth and Juile
Kuykendall, Beverly
Labell, Barry
LaCroix, Jim
Landry, Gerard and Kiefer, J.
Leatrice
Landry, Justin and Renee
Lang, Joe and Amy
Langlois, Rebecca and Roth, Robert
Laraque, Jean and Gueldie
Lartigue, C.W. and Margaret
Lasserre, Paul
Lau, Donald
Lea, Chris and Julie
LeBlanc, Steven and Dana
LeBlanc, Calvin and Sara
Ledet, Trisha and Darryl
Ledford, Samuel
Lee, Kevin
Lefton, David and Garcia, Michelle
LeJeune, Michael and Melissa
Lukaszewski, Lynn
Mackoff, Arlene and Charles
Macmurdo, William and Cornelia
Macon, Jeremy
Maillot, Georges and Janice
Martin, Michael
Martineau, Bill and Cynthia
Matus, Aldo and Ghedy
Mayo, Edward and Jacqueline
McCoy, Clyde and Ira
McKenzie, James and Elizabeth
McLain, Jon Scott
McLendon, Brian and Stephanie
Mercado, Juan and Irena
Mercedes, William and Carmen
Metcalfe, George and Amy

Methvin, William and Deborah
Meyer, Lawrence and Elizabeth
Middleton, Michael and Megham
Miller, Bradley and Tricia
Mills, Jeannete
Minafri, Steven
Mitchell, Michael and Christina
Mizne, Michael and Jeannine
Montalvo, Samuel, Jr.
Morici, Mark and Maureen
Morlas, Ralph and Paula
Morris, Robert
Mosley, Shawn
Mottolo, Gene
Mullen, Thomas and Kathleen
Musgrave, Richard and Michele
Naden, Craig and Roberta
Neumann, Allan
Nevels, Susan
Nichols, James and Kathleen
Niswonger, Mary M.
Nord, John
Novello, Robin
Nunez, Carmela
Nunez, Ernest and Marie
Nunez, Frederick and Lisa
O'Hear, Anne M.
Olson, Olaf A. and Wanda G.,
Orduna, Albert and Judith
Orlowski, David
Owens, Brenda
Page, Dwight and Psyche
Parker, Charles and Rachael
Parr, Shelly and Kelly
Pasentine, Judith Ellen
Patin, Danielle
Patterson, Joan
Pavageau, Craig and Olivia
Payton, Sean and Beth
Peace, Stephanie and John
Pelican Point Properties, L.L.C., (A
Maryland Limited Liability
Company)
Pena, Orlando
Penny, Andrew and Rachel
Pentecost, Mary Louise
Peoples, Debra
Peres, Tony and Kathy
Perga, Anthony and Marcia
Perry, Timothy and Tracy
Petagna, Brent and Lisa
Peters, Ronald
Peterson, Derrick and Robin
Petkin, Paul and Therese
Petone, Anthony Peter
Petrey, Charles and Marcia
Pierson, Jan and Neil
Piwetz, Randy and Jeanne
Plotkin, Peter

Polk, Donna
Price, Joshua and Kimberlea
Prichard Housing Authority
Promenade at Tradition
Community Association, Inc.
Pryce, Hazel and Smith, Dionne
Puig, Donald and Marcelyn
Querol, Damien
Quick, William and Maxine
Quividia, Joseph Todd
Raborn, Randy and Pamela
Ramsarran, Lloyd and Dinah
Randolph, Vincent L.
Real Property Resolutions Group,
LLC
Reid, Grant and Kathyrn
Rekhels, Alexander and Irina
Restrepo, Socorro
Reynolds, Karen
Riggio, Brenda and Ignatius
Rigney, George and Raffy
Ristovski, Van
Rizzo, Jack and Luz
Robair, Alexander
Robbins, Margaret and Glenwood
Roberson, Sandra
Roberts, Jeffrey D.
Rodosta, Toni
Rogers, Brad and Cassandra
Rogers, Joyce W.
Rohan, Patricia and Donald
Rome, Erwin and Karen
Rookery Park Estates, LLC
Roseman, Robert and Linda
Rosen, Michael
Rosetta, Dufrene and Ernest

Ruesch, Kevin and Dorothy
Ryckman, Rickey
Saggese, Thomas and Joy
Salter, Kenneth and Cindy
Santiago, Marcos and Carmen
Schields, Larry
Schmitt, Leah and Todd;
Hammond, Anne and Cangelosi,
Pam
Scott, Terrance and Semrau,
Deborah
Seddon, Robert and Joan
Segreto, Mark and Victoria
Segundo, Rafael and Ana
Seifart, Armin and Gore, Lisa
Shelton, Michael and Leslie
Sicard, Austin, Jr.
Silvestri, Susan W.
Singleton, Enrica
Skinner, Helena
Smith, Clinton and Kelly
Spencer, Patricia
St. Martin, Steven and Janeau
Stanley, Duke
Staub, Dana and Marcus
Steele, Jason and Peny
Steubben, John and Grace
Stone, Thomas and Lauren
Sullivan, William and Sheila
Tabor, Edward and Emmilou
Talbert, Billy
Tarzy, Jim
Taylor, David Jason and Amanda B.
Tedesco, Caroline and Robert
Tenny, Thomas and Rene
Theard, Avery and Tjaynell

Thomas, Brian and Tamara
Thomas, Darlene and James
Thornton, Stanley and April
Tiemann, Richard and Jean
Toras, Nikolaos
Torrance, Matthew and Mary
Transland, LLC
Turner, Tyrone C.
Uli, Peter and Catherine
Ursa, Flaviu-Emil and Dorina
Van Winkle, Ronnie and Anne
Velez, Louis
Vest, Hugh and Tracy
Waguespack, Jacques and Nicole
Walker, Demetra
Ward, Amy and Truman
Watson, Patrick and Paula
Watts, Sharon
Wayne, William and Kelly
Wenzel, John and Lorraine
Wheeler, Don and Agnes
Whitaker, Robert and Dana
White, Taeneia
Wilcox, Eric and Karen
Wilfer, Rosanne
Williams, Diana and Terry
Williams, Margret and Wakeland,
Angella and Nicholas
Wilson, Teresa
Wischler, Robert
Wood, Bryan and Kimberly
Woolley, Scott
Youmans, Dr. Cassandra
Young, Linda and Raymond
Zamora, Hope

# EXHIBIT B

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

### Exhibit B – Additional Defendants Named in
### Plaintiffs Amended Omnibus Class Action Complaint (V)

<u>Insurance Company Defendants</u>
Ace Fire Underwriters  Insurance Company
Alabaster Assurance Company, Ltd.
Allied World Assurance Company
American Guarantee and Liability Insurance Company
American Home Assurance Company
American Insurance Company
American International Specialty Lines Insurance Company
American International Surplus Lines Agency, Inc.
American Reliable Insurance Corporation
American Strategic Insurance Corporation
American Zurich Insurance Company
Amerisure Insurance Company
Amerisure Mutual Insurance Company
Arch Insurance Company
Assurance Company of America
Atlantic Casualty Insurance Company
Audubon  Insurance Group
Auto-Owners Insurance Company
Axis Surplus Insurance Company
Bankers Insurance Company
Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation
Builders Insurance Company
Builders Mutual Insurance Company
The Builders Risk Plan
Canal Indemnity Company
Catlin Specialty Insurance Company
Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability
      Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.)
Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance
      Company
Chubb Custom Insurance Company
Cincinnati Insurance Company
Clarendon America Insurance Company
Continental Casualty Company
Crum & Forster Specialty Insurance Company
Employers Insurance of Wausau
Endurance American Insurance Company
Endurance Specialty  Insurance Ltd.
Essex Insurance Company
FCCI Commercial Insurance Company
FCCI Insurance Company
Fireman's Fund Insurance Company

First Commercial Insurance Company
General Fidelity Insurance Company
General Security Indemnity Company of Arizona
Granada Insurance Company
Great American Assurance Company
Greenwich Insurance Company
The Hanover American Insurance Company
Hanover Insurance Company
Harleysville Mutual Insurance Company
Heath Insurance Brokers, Incorporated
Illinois National Insurance Company
The Insurance Company of the State of Pennsylvania
Interstate Fire & Casualty Company
Landmark American Insurance Company
Lexington Insurance Company
Liberty Mutual Insurance Company
Louisiana Home Builders Association General Liability Trust
Markel Insurance Company
Mid-Continent Casualty Company
Mount Hawley Insurance Company
National Union Fire Insurance Company
National Union Fire Insurance Company of Pittsburgh
Nationwide Mutual Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Property and Casualty Insurance Company
Nautilus Insurance Company
North American Specialty Insurance Company
The North River Insurance Company
Old Dominion Insurance Company
Old Republic Insurance Company
Owners Insurance Company
Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc.
QBE Specialty Insurance Company
Quanta Indemnity Company
RLI Insurance Company
RSUI Group, Inc.
Royal & Sunalliance Insurance Agency Inc.
Safeco Insurance Company of America
Scottsdale Insurance Company
Southern-Owners Insurance Company
SR International Business Insurance Company Ltd.
Standard Fire Insurance Company
State Farm Fire and Casualty Company
Steadfast Insurance Company
St. Paul Fire & Marine Insurance Company
Sunshine State Insurance Company
Swiss Re International SE
Travelers Indemnity Company of Connecticut

Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois
Underwriters at Lloyd's, London
Vinings Insurance Company
Wausau Underwriters Insurance Company
Wesco Insurance Company
Westchester Surplus Lines Insurance Company
XL Europe Ltd.
XL Insurance Company Ltd., a/k/a XL Insurance America, Inc.
Zurich American Insurance Company
Zurich North America

**Distributors/Suppliers/Importer/Exporter/Brokers**
84 Lumber Company
84 Lumber Company, LP
Bailey Lumber & Supply Company
Bailey Lumber & Supply Company of Biloxi
Banner Supply Co.
Banner Supply Company Ft. Myers, LLC
Banner Supply Company Pompano, LLC
Banner Supply Company Port St. Lucie, LLC
Banner Supply Company Tampa, LLC
Banner Supply International, LLC
Black Bear Gypsum Supply, Inc.
Black Bear Gypsum, LLC
Interior/Exterior Building Supply, LP
Interior/Exterior Enterprises, LLC
L&W Supply Corporation d/b/a Seacoast Supply Company
Mazer's Discount Home Centers, Inc.
Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials
Tobin Trading, Inc.
USG Corporation
Venture Supply Company
Venture Supply, Inc.

**Developer/Builders**
Advantage Builders of America, Inc.
Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc.
Alana Development Corporation
Albanese-Popkin The Oaks Development Group, L.P.
Aubuchon Homes, Inc.
Barony Homes, Inc.
Beazer Homes Corp.
Brightwater Community #1 LLC
Centerline Homes at Delray, Inc.
Centerline Homes at Georgetown, LLC
Centerline Homes at Port St. Lucie, LLC
Centerline Homes at Tradition, LLC
Centerline Homes at Vizcaya, Inc.

Centerline Homes Construction, Inc.
Centerline Homes, Inc.
Centerline Port St. Lucie, Ltd.
Completed Communities II, LLC
Daelen of Tangiaphoa, LLC
Design Drywall of South Florida, LLC
E. Jacob Construction, Inc.
E. Jacob Fakouri Construction, Inc.
Gooden Homes, LLC
Gryphon Construction, LLC
Gryphon Corporation
Lennar Corporation
Lennar Homes, LLC
Louran Builders, Inc.
MATSA Construction Company, Inc.
Mayeaux Construction, Inc.
Medallion Homes Gulf Coast, Inc.
M/I Homes, Inc.
M/I Homes of Tampa, LLC
The Mitchell Co.
Morrison Homes, Inc.
Northstar Holdings at B and A, LLC
Northstar Homebuilders, Inc.
Northstar Homes, Inc.
The Overlook, LLC
Overlook Point, LLC
Parallel Design and Development, LLC
Premier Communities, Inc.
Ray Beck, Inc.
Saturno Construction AB, Inc.
Siesta Bay Custom Homes, LLC
Southwell Homes, LLC
Sterling Communities, Inc.
Sterling Communities Realty, Inc.
The Sterling Collection, Inc.
Summit Contractors, Inc.
Summit Homes of LA, Inc.
Summit Homes, LLC n/k/a PHL Construction, LLC
Sun Construction, LLC
Sun Construction, LLC d/b/a Sunrise Homes
Sunrise Construction and Development, LLC
Sunrise Custom Homes and Construction, LLC
Taylor Morrison of Florida, Inc.
Taylor Morrison, Inc.
Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc.
Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company
Velvet Pines Construction, LLC
Ybarzabal Contractors, LLC

Amended Omni V Exhibit B - Defendant List - Page 4

<u>Contractor/Installers</u>
Beta Drywall, LLC
F. Vicino and Company, Inc.
Gateway Drywall, Inc.
Graf's Drywall, LLC
Hinkle Drywall, Inc.
JM Interiors, Inc.
Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.
The Porter-Blaine Corporation
Precision Drywall, Inc.
Residential Drywall, Inc.
Right Way Finishing, Inc.
RJL Drywall, Inc.
Vicinity Drywall, Inc.

# EXHIBIT C

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

### Exhibit "C"

**Plaintiffs' Counsel and Pro Se Plaintiffs Contact Information in Plaintiffs Amended Omnibus Class Action Complaint (V)**

| PLAINTIFF'S COUNSEL |
| --- |
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Kea Sherman<br>The Andry Law Firm<br>610 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 586-8899<br>ksherman@andrylawfirm.com |
| Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134<br>Phone: (305) 441-0440<br>Fax: (305) 441-0198<br>aronfeld@aronfeld.com |

1

Bruce Steckler
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281
Phone: (214) 521-3605
Fax: (214) 520-1181
**bsteckle@baronbudd.com**

Barrett Law Office, P.A.
404 Court Square
P.O. Box 987
Lexington, MS 39095
(662) 834-2376

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
**Barrios@bkc-law.com**

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
**mmoreland@becnellaw.com**

Bencomo & Associates
639 Loyola Ave.
Suite 2110
New Orleans, LA 70119
Phone: (504) 529-2929
**ben_law@bellsouth.net**

2

Michael I. Kean
Berman, Kean & Riguera, P.A.
2101 W. Commercial Boulevard
Suite 2800
Fort Lauderdale, FL 33309
Phone: (954) 735-0000
Fax: (954) 735-3636
mik@bemankean.com

Jeffrey Berniard
Berniard Law Firm, LLC
643 Magazine Street
Suite 402
New Orleans, LA 70130
Phone: (504) 527-6225
Fax: (504) 617-6300
Jeffberniard@laclaim.com

E. John Litchfield
Matthew P. Chenevert
Berrigan, Litchfield, Schonekas,
 Mann & Traina, LLC
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
Phone: (504) 568-0541
Fax: (504) 561-8655
mchenevert@berriganlaw.net

Edward Blizzard
Blizzard, McCarthy & Nabers, LLP
The Lyric Centre Building
440 Louisiana, Suite 1710
Houston, TX 77002-1689
Phone: (713) 844-3750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

Donna Borrello, LLC
206 Decatur Street
New Orleans, LA 70124
Phone: (504) 595-6191
**borellodm@cox.net**

George C. Gaskell
Brown, Brown & Gaskell
1626 90th Avenue
Vero Beach, FL 32966
**ggaskell@brownllp.com**

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
**stephaniep@jbrunolaw.com**

Andrew J. Cross
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 725-7700
**Across@careydanis.com**

Kyle W. Hawthorne
Champlin Law Firm
4137 S. Sherwood Forest Blvd., Suite 120
Baton Rouge, LA 70816
Phone: (225) 295-3600
Fax: (225) 292-3144
**kyle@champlintitle.com**

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
**Ervin@colson.com**

Patrick Connick
Law Offices of Patrick Connick
1335 Barataria Blvd.
Marrero, LA 70072
Phone: (504) 347-4535

Jack Reise
Stephen R. Astley
Coughlin, Stoia, Geller, Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Phone: (561) 750-3000
Fax: (561) 750-3364
**creynolds@csgrr.com**

Peyton B. Burkhalter
Courcelle & Burkhalter, LLC
Executive Tower, Suite 185
3500 North Causeway Boulevard
Metairie, LA 70002
Phone: (504) 828-1315
Fax: (504) 828-1379
**pburkhalter@candbllc.com**

Charles J. LaDuca
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: (202) 789-3960
Fax: (202) 789-1813
**wanderson@cuneolaw.com**

John M. Dubreuil
Daigle, Fisse & Kessenich
227 Hwy 21
Madisonville, LA 70447
Phone: (985) 871-0800
Fax: (985) 871-0899
**jdubreuil@daiglefisse.com**

Grady J. Flattmann
Henry Dart Attorneys at Law
510 N. Jefferson Street
Covington, LA 70433
Phone: (985) 809-8093
Fax: (985) 809-8094
**gflattman@dartlaw.com**

Mark G. Duncan
Davis & Duncan, L.L.C.
201 Carroll Street
Mandeville, LA 70448
Phone: (985) 626-5770
Fax: (985) 626-5771
**mduncan@davisduncanlaw.com**

Joshua M. Palmintier
deGravelles, Palmintier, Holthaus & Fruge, LLC
618 Main Street
Baton Rouge, LA 70801
Phone: (225) 344-3735
Fax: (225) 336-1146

Julie Jochum
Gregory Dileo
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Phone: (504) 522-3456
Fax: (504) 522-3888
**jjochumnola@gmail.com**

Elizabeth Borne
Dysart & Tabary, LLP
3 Courthouse Square
Chalmette, LA 70043
Phone: (504) 271-8011
Fax: (504) 648-0255
LisaB@dst-law.com

Richard J. Fernandez
Richard J. Fernandez, LLC
3000 West Esplanade Ave.
Suite 200
Metairie, LA 70002
Phone: (504) 834-8500
Fax: (504) 834-1511
rick@rjfernandezlaw.com

Michael L. Fondren, PC,
906 Convent Avenue
Pascagoula, MS 39567

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott M. Galante
Galante & Bivalacqua, LLC
650 Poydras Street
Suite 2015
New Orleans, LA 70130
Phone: (504) 648-1858
Fax: (504) 561-0559
scott@gb-lawfirm.com

7

Jessica G. Lagos
George Hartz & Lundeen
4800 LeJeune Road
Coral Gables, FL 33146
Phone: (305) 662-4800
Fax: (305) 667-8015
jessicalagos@georgehartz.com

Thomas M. Dougherty
Geraghty, Dougherty & Edwards, P.A.
1531 Hendry Street
Fort Myers, FL 33901
Phone: (239) 334-9500
Fax: (239) 334-8930
linda@7-litagators.com

R. Bowen Gillespie, III
Gillespie & Allison, PA
Suite A165
7601 North Federal Highway
Boca Raton, FL 33487-1683
Phone: (561) 368-5758
Fax: (561) 395-0917
gillespie-allison@prodigy.net

Brian J. Connelly
Jason L. Odom
Gould Cooksey Fennell P.A.
979 Beachland Blvd.
Vero Beach, FL 32963
Phone: (772) 231-1100
Fax: (772) 231-2020
nlr@gouldcooksey.com

8

Richard H. Gaines
Greenspoon, Marder, PA
100 W. Cypress Creek Rd., Suite 700
Ft. Lauderdale, FL 33309
Phone: (954) 491-1120
Fax: (954) 343-6944
Richard.Gaines@gmlaw.com

Scott N. Gelfand
Scott N. Gelfand, PA
5501 University Drive, Suite 101
Coral Springs, FL 33067
Phone: (954) 225-7900
Fax: (954) 255-7905
scott@gelfandpa.com

Michael D. Hausfeld
Richard S. Lewis
James J. Pizzirusso
Hausfeld LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeldllp.com

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
Egibson@hsglawfirm.net

Eric Grindley
Henderson, Franklin Starnes & Holt, PA
1715 Monroe Street
P.O. Box 280
Ft. Myers, FL 33902
Phone: (239) 344-1299
Fax: (239) 344-1526
Eric.Grindley@henlaw.com

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Christopher Casper
James, Hoyer, Newcomer, Smiljanich
 & Yanchunis, P.A.
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609
Phone: (813) 286-4100
Fax: (813) 286-4174
ccasper@jameshoyer.com

Samuel Elswick
James F. Humphreys & Associates, L.C.
500 Virginia Street East
Suite 800, United Center
Charleston, WV 25301
Phone: (304) 347-5050
Fax: (304) 347-5055
amcclelland@jfhumphreys.com

10

L. J. Hymel
Hymel, Davis & Petersen, L.L.C.
10602 Coursey Blvd.
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119
**ljhymel@hymeldavis.com**

Anthony Irpino
Irpino Law Firm
One Canal Place
365 Canal Street
Suite 2290
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
**info@louisianalegal.com**

Alan Kanner
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
Fax: (504) 524-5763
**M.Fuselier@kanner-law.com**

Brad Kelsky
Law Offices of Brad Kelsky, PA
10189 Cleary Blvd.
Suite 102
Plantation, FL 33324

Michael J. Ryan
Krupnick Campbell Malone Buser Slama
Hancock Liberman & McKee, P.A.
700 Southeast Third Avenue
Ft. Lauderdale, FL 33316-1186
Phone: (954) 763-8181
Fax: (954) 763-8292
**ksolares@krupnicklaw.com**

11

Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
gerry@lambertandnelson.com

Jack Landskroner
Landskroner, Grieco, Madden. Ltd.
1360 West 9th Street
Suite 200
Cleveland, OH 44113
Phone:  (216) 522-9000
Fax: (216) 522-9007
jack@landskronerlaw.com

Russell Lazega
Law Offices of Russel Lazega, P.A.
13499 Biscayne Blvd., Suite 107
North Miami, FL 33181
Phone: (305) 981-9055
Fax: (305) 981-9053
Joey@LazegaLaw.com

Paul A. Lea, Jr.
Paul A. Lea, Jr., APLC
527 E. Boston St., Suite 201
Covington, LA 70433-2948
Phone: (985) 292-2300
Fax: (985) 292-3501
jean@paullea.com

Andrew A. Lemmon
Lemmon Law Firm
P.O. Box 904
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
tiffany@lemmonlawfirm.com

Theodore J. Leopold
Leopold-Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax: (561) 515-1401
lmarks@leopoldkuvin.com

Andrea S. Lestelle
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard
Suite 602
Metairie, LA 70002-3726
Phone: (504) 828-1224
Fax: (504) 828-1229
lestelle@lestellelaw.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner &
Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
**bgordon@levinlaw.com**

Alan E. Tannenbaum
Levin, Tannenbaum
1680 Fruitville Road, suite 102
Sarasota, FL 34236
Phone: (941) 316-0794
Fax: (941) 316-0301
**ddurik@levintannenbaum.com**

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC  27619
Phone (919) 981-0191
Fax: (919) 981-0199
**akf@lewis-roberts.com**

Mark A. Hanson
The Law Offices of Lobeck & Hanson, P.A.
2033 Main Street, Suite 403
Sarasota, FL 34237
Phone: (941) 955-5622
Fax: (941) 951-1469
**law@lobeckhanson.com**

14

Lovelace Law Firm, P.A.
12870 U.S. Hwy 98 West Suite 200
Miramar Beach, FL 32550
Phone: (888) 837-2281
Fax: (850) 837-4093

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

F. Gerald Maples
F. Gerald Maples, PA
365 Canal St., Suite 2650
New Orleans, LA 70130
ebowler@fgmaples.com

Scott R. Bickford
Larry J. Centola
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
ljc@mbfirm.com

David P. Matthews
Julie L. Rhoades
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
Phone: (713) 535-7179
Fax: (713) 535-7184
lnielsen@dpmlawfirm.com

15

Chip A. McCallum
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
lmarler@mhcilaw.com

Douglas M. McIntosh
Manuel R. Comras
McIntosh, Sawran, Peltz & Cartaya, P.A.
1601 Forum Place
Suite 1110
West Palm Beach, FL 33401-4025
Phone: (561) 682-3202
Fax: (561) 682-3206
mcomras@mspcesq.com

Mark A. Milstein
Jason J. Rudolph
Milstein, Adelman and Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
eshipman@maklawyers.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

16

| |
|---|
| Morris Bart<br>Morris Bart, LLC<br>909 Poydras St.<br>20th Floor<br>New Orleans, LA 70112<br>Phone: (504) 599-3224<br>**morrisbart@morrisbart.com** |
| Gary J. Gambel<br>Murphy, Rogers, Sloss & Gambel<br>One Shell Square<br>701 Poydras Street, Suite 400<br>New Orleans, LA 70139<br>Phone: (504) 523-0400<br>Fax: (504) 523-5574<br>**tdepaula@mrsnola.com** |
| Matthew L. Lundy<br>Older & Lundy<br>3014 West Palmira Avenue<br>Suite 301<br>Tampa, FL 33629<br>Phone: (813) 254-8998<br>Fax: (813) 839-4411<br>**MattLundy@olderlundylaw.com** |
| Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>**Jchaikin@yourlawyer.com** |

H.K. Skip Pita
Pita & Del Prado
9350 South Dixie Hwy, Suite 1200
Miami, FL 33156
Phone: (305) 670-8060
Fax: (305) 670-6666
spita@pdfirm.com

W. Lee Pittman
Booth Samuels
Pittman, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
Birmingham, AL 35203
Phone: (205) 322-8880
Fax: (205) 328-2711
booths@pdkhlaw.com

Victor M. Diaz
Podhurst Orseck, PA
25 W. Flagler St., Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com
jdonner@podhurst.com

Ewell Potts, Jr.
Potts & Potts, APLC
7216 W. Judge Perez Drive
Arabi, LA 70032
Phone: (504) 277-1588
Fax: (504) 277-1589
pottsandpotts@bellsouth.net

Jordan Torry
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dacevedo@reichandbinstock.com

H. Clay Roberts
Roberts & Durkee, PA
Alhambra Towers, Penthouse I
121 Alhambra Plaza, Suite 1603
Coral Gable, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559
roberts@rdlawnet.com

Dianne Nast
Roda & Nast, PC
801 Estelle Dr.
Lancaster, PA 17601
Phone: (717) 892-3000
Fax: (717) 892-1200
dnast@rodanast.com

Richard Kriseman
Saunders & Walker, PA
3491 Gandy Blvd. N., Suite 200
Pinellas Park, FL 33781
Phone: (727) 579-4500
Fax: (727) 577-9696
rick@saunderslawyers.com

19

T. J. Seale, III
Kevin Landreneau
Seale & Ross, APLC
10357 Old Hammond Highway
Baton Rouge, LA 70816
Phone: (225) 293-0886
Fax: (225) 293-0887
**kevinlandreneau@sealeross.com**

Christopher Seeger
Jeffery Grand
Seeger Weiss, LLP
One William Street
Phone: (212) 584-0700
Fax: (212) 584-0799
**egoldberg@seegerweiss.com**

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
**rserpe@serpefirm.com**

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
**agrant@sbwlawfirm.com**

20

Michael W. Simon
Simon, Sigalos & Spyredes PA
3839 NW Boca Raton Blvd.
Suite 100
Boca Raton, FL 33431
Phone: (561) 447-0017
Fax: (561) 447-0018
msimon@3slaw.com

George R. Irvine, III
Stone, Granade & Crosby, P.C.
7133 Stone Drive
Daphne, Alabama 36526
Phone: (251) 626-6696
Fax: (251) 626-2617
gri@sgclaw.com

Richard Taylor
Taylor Martino Zarzaur PC
P.O. Box 894
Mobile, AL 36601
Phone: (251) 433-3131
Fax: (251) 405-5080
richartaylor@taylormartino.com

Tom W. Thornhill
Thornhill Law Firm A PLC
1308 Ninth Street
Slidell, LA 70458
Phone: (985) 641-5010
Fax: (985) 641-5011
tom@thornhilllawfirm.com

21

Sidney D. Torres, III
Roberta L. Burns
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, LA 70043
Phone: (504) 271-8421
Fax: (504) 271-1961
Pmichon@torres-law.com

Thomas Vaughn
Vaughn & Bowden, PA
P.O. Box 240
Gulfport, MS 39502
Phone: (228) 863-5656
Fax: (228) 863-8962

Marcus Viles
Viles and Beckman, LLC
6350 Presidential Court
Fort Myers, FL 33919
Phone: (239) 334-3922
michael@vilesandbeckman.com
marcus@vilesandbeckman.com

J.E. Cullens, Jr.
Darrel Papillion
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
cullens@lawbr.net

Ryan L. Thomson
Watts, Hilliard, LLC
4 Dominion Drive
Bldg 3, Ste. 100
San Antonio, TX 78257-1300
Phone: (210) 447-0500
Fax: (210) 447-0501
Rthompson@wgclawfirm.com

James M. Scarmozzino, Esquire
Webb & Scarmozzino, PA
2121 West First Street, Ste. 200
Ft. Myers, FL 33901
Phone: (239) 334-1600
Fax: (239) 334-7979

Rick W. Sadorf
Wilkinson & Sadorf, P.A.
1744 N. Belcher Rd., Suite 150
Clearwater, FL 33765
Phone: (727) 726-1514
Fax: (727) 726-9044
rsadorf@wspalaw.com

Eric Williams
Williams Law Office, LLC
3000 W. Esplanade Ave., Ste. 200
Metairie, LA 70002
Phone: (504) 832-9898
Fax: (504) 834-1511
eric@amlbenzene.net

Willis and Buckley, APC
3723 Canal Street
New Orleans, Louisiana 70119
Phone: (504) 488-6301
Fax: (504) 488-6302

Scott G. Wolfe, Jr.
Seth J. Smiley
Wolfe Law Group, LLC
4821 Prytania Street
New Orleans, LA 70115
Phone: (504) 894-9653
Fax (866) 761-8934
seth@wolfelaw.com

Webb & Scarmozzino, P.A.
2121 West First Street
Fort Myers, FL 33901
Phone: (239) 334-1600
Fax: (239) 334-7979

Eric D. Wooten
Wooten Law Firm, PLLC
1617 25th Avenue
Gulfport, MS 39501
Phone: (228) 214-1281
Fax: (228) 864-8962
edwvbw@gmail.com

R. Tucker Yance
Yance Law Firm, LLC
169 Dauphin St.
Suite 318
Mobile, AL 36602
Phone: (251) 432-8003
Fax: (251) 432-8009
rty@yancelaw.com

Gordon Rudd
Zimmerman Reed, PLLP
651 Nicollet Maill, Suite 501
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
Julianne.VanNorman@zimmreed.com

24

| PRO SE PLAINTIFFS |
|---|
| Brenda Cooper<br>1812-14 Mazant Street<br>New Orleans, Louisiana 70117 |
| Clyde and Ira McCoy<br>11417 S. St. Andrew Circle<br>New Orleans, Louisiana 70128 |
| Enrica Singleton<br>11413 Longview Drive<br>New Orleans, Louisiana 70128 |

**CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST**

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW IS INAPPLICABLE STATE N/A.

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED - STATE INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Ace Fire Underwriters Insurance Company | Insurance Company | 1601 Chestnut Street Philadelphia, PA 19103 | Pennsylvania | Louisiana Secretary of State | |
| Alabaster Assurance Company, Ltd. | Insurance Company | 125 South Franklin St., Chicago, IL 60606 | Vermont | Downs Rachlin & Martin PC 199 Main Street Burlington, VT 05402 | |
| Allied World Assurance Company | Insurance Company | 2711 Centerville Wilmington, DE 19808 | Delaware | Louisiana Secretary of State | |
| American Guarantee and Liability Insurance Company | Insurance Company | One Liberty Plaza 165 Broadway, 32nd Floor New York, NY 10006 | New York | Louisiana Secretary of State | |

*CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST*

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH.) ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E. DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST INFORMATION PROVIDED FROM EH SECRETORY OF STATE SESITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OR STATE SESITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| American Home Assurance Company | Insurance Company | 70 Pine Street New York, NY 10270 | New York | Louisiana Secretary of State | |
| American Insurance Company | Insurance Company | 312 Walnut Street, Ste. 1110 Cincinnati, OH 94998 | Ohio | Louisiana Secretary of State | |
| American International Specialty Lines Insurance Company | Insurance Company | 175 Water Street, 18th Floor New York, New York 10038 | New York | Louisiana Secretary of State | |
| American International Surplus Lines Agency, Inc. | Insurance Company | 175 Water Street, 18th Floor New York, New York 10038. | New York | Louisiana Secretary of State | |

*CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST*

**IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OR THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A**

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED – STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OF STATE SERSTE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| American Reliable Insurance Corporation | Insurance Company | 2338 West Royal Palm Rd., Suite J Phoenix, Arizona 85021 | Arizona | Louisiana Secretary of State | |
| American Strategic Insurance Corporation | Insurance Company | 805 Executive Center Drive West, Suite 300, St. Petersburg, Florida 33702 | Florida | Chief Financial Officer P. O. Box 6200 Tallahassee, Florida 32399 | |
| American Zurich Insurance Company | Insurance Company | 1400 American Lane Tower I, 19th floor Schaumburg, IL 601961056 | Illinois | Louisiana Secretary of State | |
| Amerisure Mutual Insurance Company | Insurance Company | 26777 Halsted Road Farmington Hills, MI 48331-3586 | Michigan | Louisiana Secretary of State | |

*CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST*

**IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (E.G., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW IS INAPPLICABLE, STATE N/A.**

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE, ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLP'S AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED – STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OF STATE SERSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Arch Insurance Company | Insurance Company | 3100 Broadway Kansas City, MO 64111-2479 | Missouri | Louisiana Secretary of State | |
| Assurance Company of America | Insurance Company | One Liberty Plaza 165 Broadway 32nd Floor New York, NY 10006 | New York | Louisiana Secretary of State | |
| Atlantic Casualty Insurance Company | Insurance Company | 400 Commerce Court, Goldsboro, North Carolina 27534 | North Carolina | Louisiana Secretary of State | |
| Audubon Insurance Group | Insurance Company | 4150 South Sherwood Forest Boulevard Baton Rouge, LA 70816 | Louisiana | Darrell W. Alligood & John Cerami 4150 South Sherwood Forest Boulevard Baton Rouge, LA 70816 | |

*CHINESE DRYWALL LITIGATION* – DEFENDANTS' LIST

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE, STATE N/A

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED – STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OF STATE SERSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Auto-Owners Insurance Company | Insurance Company | 6101 Anacapri Blvd. Lansing, Michigan 48917 | Michigan | CT Corp System 4701 Cox Road, Ste. 301 Glen Allen, VA 23060 | |
| Axis Surplus Insurance Company | Insurance Company | 303 West Madison Street, Ste. 500 Chicago, IL 30022 | Illinois | Louisiana Secretary of State | |
| Bankers Insurance Company | Insurance Company | 360 Central Avenue St. Petersburg, FL 33701 | Florida | Louisiana Secretary of State | |
| Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation | Insurance Company | 320 18th Street Rock Island, IL 61201 | Illinois | Louisiana Secretary of State | |

**CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST**

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OR THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS USING ONE OF THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED – STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE SEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Builders Insurance Company | Insurance Company | 9435 W. Tropicana Ave, Ste 102#113 Las Vegas, NV 89147 | Nevada | Paracorp Incorporated, 318 N. Carson St. #208 Carson City, NV 89701 | |
| Builders Mutual Insurance Company | Insurance Company | 5580 Centerview Drive Raleigh, North Carolina 27606 | North Carolina | Richard W.E. Bland 5398 Twin Hickory Rd. Glen Allen, VA 23059 | |
| The Builders Risk Plan | Insurance Company | 1400 American Lane Schaumburg, Illinois 60196 | Illinois | Louisiana Secretary of State | |
| Canal Indemnity Company | Insurance Company | 400 East Stone Ave., Greenville, South Carolina 29601 | South Carolina | Louisiana Secretary of State | |

**CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST**

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE STATE WHERE ORGANIZED - STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OF STATE SERSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Catlin Specialty Insurance Company | Insurance Company | 17 State Street New York, New York 10004 | Delaware | Louisiana Secretary of State | |
| Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.) | Insurance Company | 175 Water Street New York, NY | New York | Louisiana Secretary of State | |
| Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company | Insurance Company | 175 Water Street New York, NY | New York | Louisiana Secretary of State | |
| Chubb Custom Insurance Company | Insurance Company | 32 Loockerman Square Dover, DE 19901 | Delaware | Louisiana Secretary of State | |

*CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST*

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A.

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED – STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Cincinnati Insurance Company | Insurance Company | 6200 South Gilmore Road Fairfield, OH 45014 | Ohio | Louisiana Secretary of State | |
| Clarendon America Insurance Company | Insurance Company | 224 West States Street Trenton, NJ 08608 | New Jersey | Louisiana Secretary of State | |
| Continental Casualty Company | Insurance Company | 333 S. Wabash Ave. Chicago, IL 60604 | Illinois | Louisiana Secretary of State | |
| Crum & Forster Specialty Insurance Company | Insurance Company | 305 Madison Ave Morristown, NJ 07962 | Arizona | Louisiana Secretary of State | |
| Employers Insurance Company of Wausau | Insurance Company | 2000 Westwood Drive Wausau, WI 544028017 | Wisconsin | Louisiana Secretary of State | |

*CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST*

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPs AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED – STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE SERSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Endurance American Insurance Company | Insurance Company | 1209 Orange Street Wilmington, DE 19801 | Delaware | Louisiana Secretary of State | |
| Endurance Specialty Insurance Ltd. (FOREIGN CORPORATION) | Insurance Company | Wellesley House, 90 Pitts Bay Road Pembroke Hm 08, Bermuda | | Louisiana Secretary of State | |
| Essex Insurance Company | Insurance Company | 1209 Orange Street Wilmington, DE 19801 | Delaware | Louisiana Secretary of State | |
| FCCI Commercial Insurance Company | Insurance Company | 6300 University Parkway Sarasota, FL 34240 | Florida | Louisiana Secretary of State | |
| FCCI Insurance Company | Insurance Company | 6300 University Parkway Sarasota, FL 34240 | Florida | Louisiana Secretary of State | |

**CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST**

**IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL, LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OR THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW AS INAPPLICABLE, STATE N/A DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A**

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED - STATE WHERE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OF STATE SEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Fireman's Fund Insurance Company | Insurance Company | 777 San Marin Drive Navato, CA 94998 | California | Louisiana Secretary of State | |
| First Commercial Insurance Company | Insurance Company | 2300 West 84th Street, Hialeah, Florida 33016 | Florida | Chief Financial Officer P. O. Box 6200 Tallahassee, FL 32399 | |
| General Fidelity Insurance Company | Insurance Company | 450 B St., Ste. 670 San Diego, CA 92101 | South Carolina | Louisiana Secretary of State | |
| General Security Indemnity Company of Arizona | Insurance Company | 3225 North Central Ave. Phoenix, AZ 85012 | Arizona | Louisiana Secretary of State | |

**CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST**

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE SEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE SEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Granada Insurance Company | Insurance Company | 4075 SW 83rd Avenue Miami, Florida 33155 | Florida | Chief Financial Officer P.O. Box 6200 Tallahassee, FL 32301 | |
| Great American Assurance Company member of Zurich North American | Insurance Company | 580 Walnut Street Cincinnati, OH 45202 | Ohio | Louisiana Secretary of State | |
| Greenwich Insurance Company | Insurance Company | 1201 North Market Street Suite 501 Wilmington, DE 19801 | Delaware | Louisiana Secretary of State | |
| The Hanover American Insurance Company | Insurance Company | Ten Corporate Drive Bedford Springs, NH 03110 | New Hampshire | Louisiana Secretary of State | |

Page 11 of 61

*CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST*

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE, STATE N/A

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE "INDIVIDUAL" WHERE ORGANIZED - STATE STATE WHERE ORGANIZED - STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE SEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Hanover Insurance Company | Insurance Company | Ten Corporate Drive Bedford Springs, NH 03110 | New Hampshire | Louisiana Secretary of State | |
| Harleysville Mutual Insurance Company | Insurance Company | 355 Maple Avenue Harleysville, PA 19438 | Pennsylvania | Louisiana Secretary of State | |
| Heath Insurance Brokers, Incorporated | Insurance Company | 195 Farmington Avenue, Suite 195 Farmington, Connecticut 06032 | Connecticut | National Registered Agents, Inc. 145 Baker Street Marion, OH 43302 | |
| Illinois National Insurance Company | Insurance Company | 70 Pine Street New York, NY 10270 | Illinois | Louisiana Secretary of State | |

**IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE(S) OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A**

*CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST*

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, LIST INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OF STATE SEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| The Insurance Company of the State of Pennsylvania | Insurance Company | 2704 Commerce Drive, Ste. B Harrisburg, PA 17110 | Pennsylvania | Louisiana Secretary of State | |
| Interstate Fire & Casualty Company | Insurance Company | 33 West Monroe Street Chicago, IL 60603 | Illinois | Louisiana Secretary of State | |
| Landmark American Insurance Company | Insurance Company | 115 S.W. 89th Street Oklahoma, OK 73139-8511 | Oklahoma | Louisiana Secretary of State | |
| Lexington Insurance Company | Insurance Company | 2711 Centerville Road, Ste. 400 Wilmington, DE 19808 | Delaware | Louisiana Secretary of State | |

*CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST*

**IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL, LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A.**

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED - STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OF STATE SENSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Liberty Mutual Insurance Company | Insurance Company | 175 Berkeley Street Boston, MA 02116 | Massachusetts | Corporation Service Company 320 Somerulos St. Baton Rouge, LA 70802-6129 | |
| Louisiana Home Builders Association General Liability Trust, a Louisiana entity | Insurance Company | 4970 Bluebonnet Blvd, Suits A Baton Rouge, Louisiana 70809 | Louisiana | 4970 Bluebonnet Blvd, Suite A Baton Rouge, Louisiana 70809 | |
| Markel Insurance Company | Insurance Company | Ten Parkway North Deerfield, IL 60015 | Illinois | Louisiana Secretary of State | |
| Mid-Continent Casualty Company | Insurance Company | 1437 South Boulder Dr. Tulsa, OK 74119 | Ohio | Louisiana Secretary of State | |

*CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST*

**IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A.**

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED - STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OF STATE SEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| | | | | | |
| Mount Hawley Insurance Company | Insurance Company | 9025 North Lindbergh Drive Peoria, Illinois 61615 | Illinois | Louisiana Secretary of State | |
| National Union Fire Insurance Company | Insurance Company | 175 Water Street New York, NY 10038 | Alabama | Louisiana Secretary of State | |
| National Union Fire Insurance Company of Pittsburgh, PA | Insurance Company | 70 Pine Street New York, NY 10270 | Pennsylvania | Louisiana Secretary of State | |
| Nationwide Mutual Insurance Company | Insurance Company | One West Nationwide Plaza Columbus, OH 43215 | Ohio | Louisiana Secretary of State | |
| Nationwide Mutual Fire Insurance Company | Insurance Company | One West Nationwide Plaza Columbus, OH 43215 | Ohio | Louisiana Secretary of State | |

*CHINESE DRYWALL LITIGATION* – DEFENDANTS' LIST

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A.

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED – STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH SECRETORY OF STATE SEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Nationwide Property and Casualty Insurance Company | Insurance Company | One West Nationwide Plaza, Columbus, Ohio 43215 | Ohio | CT Corp. 4701 Cox Rd., Ste. 301, Glen Allen, VA 23060. | |
| Nautilus Insurance Company | Insurance Company | 7233 East Butherus Dr. Scottdale, AZ 85260 | Arizona | Louisiana Secretary of State | |
| North American Specialty Insurance Company | Insurance Company | 650 Elm Street, Manchester, New Hampshire 03101 | New Hampshire | Louisiana Secretary of State | |
| The North River Insurance Company | Insurance Company | 305 Madison Ave. Morristown, NJ 07962 | New Jersey | Louisiana Secretary of State | |

CHINESE DRYWALL LITIGATION – DEFENDANTS' LIST

IMPORTANT INSTRUCTIONS: PLEASE NOTE THAT EACH DEFENDANT MAY ONLY BE LISTED IN ONE OF THE CATEGORIES BELOW (FOR INSTANCE, A PARTY MAY BE LISTED AS BUILDER OR A CONTRACTOR/INSTALLER, BUT NOT AS BOTH). ALSO, YOU MUST IDENTIFY PROSPECTIVE DEFENDANTS USING THEIR "FULL, LEGAL NAMES" AS SET FORTH ON THE SECRETARY OF STATE WEBSITE OF THE STATE WHERE THAT DEFENDANT IS INCORPORATED. WHEN IDENTIFYING MULTIPLE DEFENDANTS IN ONE OF THE CATEGORIES BELOW (I.E., DISTRIBUTOR/SUPPLIER/EXPORTER/IMPORTER/BROKER), USE SEMICOLONS TO SEPARATE THE DEFENDANTS. WHERE THE CATEGORIES BELOW AS INAPPLICABLE STATE N/A.

| DEFENDANT (LIST FULL LEGAL NAME) | TYPE OF DEFENDANT (SEE ABOVE ABOUT ONLY LISTING IN ONE CATEGORY) | PRINCIPAL PLACE OF BUSINESS (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM THE WEBSITE OF THE STATE WEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | STATE OF INCORPORATION (FOR LLPS AND OTHER LEGAL ENTITIES, LIST STATE WHERE ORGANIZED - STATE "INDIVIDUAL" WHERE APPROPRIATE) | ADDRESS FOR SERVICE (FOR CORPORATIONS AND OTHER LEGAL ENTITIES, THIS INFORMATION SHOULD ONLY BE PROVIDED FROM EH PROVIDED FROM THE SECRETARY OR STATE SEBSITE OF THE STATE WHERE THE ENTITY IS INCORPORATED AND/OR ORGANIZED) | NAME OF FIRM |
|---|---|---|---|---|---|
| Old Dominion Insurance Company | Insurance Company | 4601 Touchton Road East, Suite 3300 Jacksonville, Florida 32246-4485 | Florida | Chief Financial Officer P.O. Box 6200 Tallahassee, FL 32399 | |
| Old Republic Insurance Company | Insurance Company | 414 West Pittsburgh Street Greensburgh, PA 15601 | Pennsylvania | Louisiana Secretary of State | |
| Owners Insurance Company | Insurance Company | 2325 N. Cole Street Lima, OH 45801 | Ohio | CT Corp System 4701 Cox Rd. Ste. 301 Glen Allen, VA 23060 | |
| Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. | Insurance Company | Wall Street Plaza 88 Pine Street, 10th Floor New York, New York 10005 | Delaware | Louisiana Secretary of State | |