**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 21, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE WILKINSON** |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. The conference was convened to discuss scheduling trials against Interior Exterior Building Supply, as well as establishing briefing and hearing schedules for the pending class certification motions and the Knauf defendants' alter ego and personal jurisdiction challenges. Counsel directly involved with these issues participated in person and by phone.

As to scheduling trials against Interior Exterior, the Court set a conference to follow the monthly status conference on January 20, 2011, to discuss specific trial and pretrial dates. However, the Court directed the parties, in the meantime, to focus on (1) the global resolution of Interior Exterior's Knauf-related claims, and (2) to obtain a better census for Interior Exterior's Taishan-related claims.

As to the pending class certification motions in *Vickers*, *Payton*, and *Silva*, the Court selected June 1, 2, and 3, 2011, for the hearing dates. The Court directed the parties to meet and

JS10(00:30)

confer to develop a joint discovery and briefing schedule based upon these hearing dates, and to submit this schedule to the Court for its consideration.

As to Knauf's alter ego and personal jurisdiction challenges, the Court directed the parties to meet-and-confer and present a joint discovery, briefing, and hearing schedule at the next monthly status conference on January 20, 2011. A hearing on these issues is anticipated some time early next year. Plaintiffs indicated that they may request more discovery and/or depositions, and that they object to a number of the Knauf-defendants' privilege and confidentiality designations.

Finally, the parties informed the Court that Judge Weinstein of Broward County court in Florida has scheduled a class certification hearing on January 18, 2011. The Court indicated that it would contact Judge Weinstein to discuss coordination.