FNI-107790

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLENE AND TATUM HERNANDEZ,
INDIVIDULLAY, AND ON BEHALF OF
OTHERS SIMILARY SITUATED, ET AL.,

MASTER CASE NO: 09-2047

INSTANT CASE NO: 10-3070

Plaintiffs,

vs.

AAA INSURANCE, ET AL.,

Defendants.

## ORDER

This cause came before the court on Defendant, FEDERATED NATIONAL INSURANCE COMPANY's Motion for Extension of Time to Respond to Complaint and the Court, being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED AS MOOT.

Pretrial Order No. 1G governs the deadlines for responsive pleadings. Counsel is directed to consult this pretrial order and all others on the Court's website at http://www.laed.uscourts.gov/Drywall/Orders/Orders.htm

By: _____
UNITED STATES DISTRICT JUDGE

New Orleans, Louisiana, this 21st day of December 2010.