UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY M. NISWONGER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 10-2734** |
| | * | |
| **INTERIOR EXTERIOR ENTERPRISES,** | * | **SECTION: "L" (2)** |
| **LLC, INTERIOR EXTERIOR** | * | |
| **BUILDING SUPPLY, LP AND** | * | **JUDGE ELDON E. FALLON** |
| **BANKERS INSURANCE GROUP** | * | |
| | * | **MAG. JOSEPH C. WILKINSON, JR.** |

* * * * * * * * * * * * * * * * *

## O R D E R

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED** that Bankers Insurance (Company) Group's Motion is DENIED as MOOT. Pretrial Order No. 1G governs responsive pleading deadlines. Counsel is directed to read the Court's pretrial orders on its website at http://www.laed.uscourts.gov/Drywall/Orders/Orders.htm.

**NEW ORLEANS, LOUISIANA THIS** 21st **DAY OF** December **,2010.**

_____
**UNITED STATES DISTRICT JUDGE**