UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED * CASE NO. 2:09-MD-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION * SECTION "L"

                                                                                                   * JUDGE ELDON E. FALLON

This document related to:
*Joyce W. Rogers, et al v. Knauf GIPS KG, et al*
Docket No. 10-362 * MAGISTRATE JUDGE WILKINSON
******************************************************************************

## **ORDER**

Given the foregoing Motion for Extension of Time to Complete Retailer Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, Phillips Abita Lumber Company, Inc., is hereby granted a thirty (30) day extension of time, or until January 23, 2011, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
HONORABLE ELDON E. FALLON
UNITED STATE DISTRICT JUDGE