Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| For Internal Use Only |
|---|
| File Number |
| Date Received |

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

*Section I. Property Information*

Name Property Owner: Roger and Gail Bowers

Address of Affected Property: 2805 West Shelton Avenue

City: Tampa State: FL Zip: 33611

Is this Property:* Residential [✓] Commercial [ ] Governmental [ ]

Name of Person Completing this Form: Nancy Saporito

Is above your primary residence? Yes [✓] No [ ]

Mailing Address (if different):

City: State: Zip:

Phone: 813.932.3989

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one: Owner-Occupant [✓] Owner Only [ ] Renter-Occupant [ ]

Represented By: Parker Waichman Alonso LLP

Address: 3301 Bonita Beach Road

City: Bonita Springs State: FL Zip: 34134

Phone: 800-LAW-INFO

Case No. /Docket Info: 09-6690

*Section II. Insurance Information*

Homeowner/ Renter Insurer: ASI Assurance Corp.

Policy #: FSA167266

Agent: GEICO Insurance Agency, Inc.

Address: 1 Geico Blvd

City: Fredericksburg State: VA Zip: 22412

Phone: 888.395.1200

+ Attach Copy of Insurance Declaration Page

*Section III. Claimant Information*

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Robert Bowers | 07-31-2008 | | M [✓] F [ ] | 04-22-1946 | Yes [✓] No [ ] | Owner-Occupant |
| Gail Bowers | 07-31-2008 | | M [ ] F [✓] | 06-08-1937 | Yes [✓] No [ ] | Owner-Occupant |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

EXHIBIT "A"

tabbies



BowersR000001

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? Yes [✓] No [ ]

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Kross Inspectors

1.2. When did the inspection take place? 12-23-2009

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? Yes [✓] No [ ]

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Brandon Richardson

2.2. When was this determination made? 12-23-2009

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Unknown | Unknown | Unknown |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall? Yes [✓] No [ ]

1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent? Steven R. Carter, Inc.

1.2. When was notice sent? 01-29-2010

+ Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home? Yes [ ] No [✓]

2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

2.2. When was the request made?

+ Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall? Yes [ ] No [✓]

3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered? Yes [ ] No [✓]

3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

3.1.b. Who made the offer?

3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated? Yes [ ] No [✓]

3.2.a. Have any such repairs to your home been completed? Yes [ ] No [✓]

3.2.b. Who paid or is paying for the repairs?

3.2.c. What was/is the total cost?

3.2.d. Have samples of the Chinese-manufactured drywall been kept? Yes [✓] No [ ]

3.2.e. Who possesses the samples? Homeowner

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home? Yes [✓] No [ ]

1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent? Steven R. Carter, Inc.

1.2. When was notice sent? 01-29-2010

+ Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558? Yes [ ] No [✓]

2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558? Yes [ ] No [✓]

3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558? Yes [ ] No [✓]

4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558? Yes [ ] No [✓]

5.1. If "Yes" to Question 5.0., Section VI. Who performed those repairs?

5.2. What repairs were performed?

5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

*Section VII. Home Information*

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3,458 | Occupied | ✓ | |
| Estimated Sq. Ft. of Drywall | Unknown | Year-round | ✓ | |
| Height of Interior Walls | 10 feet | Summer | ✓ | |
| Number of Bedrooms: | 4 | Winter | ✓ | |
| Number of Bathrooms: | 4 | | | |

Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✓ | |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

*Section VIII. Construction/Renovation Information*

| Date Range for New Home Construction: (Month/Day/Year) | | | |
|---|---|---|---|
| Start Date: | Unknown | Completion Date | Unknown |
| Move In Date: | 07-31-2008 | Date Acquired Home | 07-10-2008 |

| Date Range for Renovations: (Month/Day/Year) | | | |
|---|---|---|---|
| Start Date: | | Completion Date | |
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✓ | |
| First Floor: Full Wall of drywall replaced | | ✓ | |
| Second Floor: Any drywall replaced | | ✓ | |

*Section IX. Homebuilder/ General Contractor/ Developer Information*

Homebuilder/ General Contractor/ Developer's Name: Steven R. Carter, Inc.

Address: 3800 West San Nicholas Street

City: Tampa State: FL Zip: 33629

Phone: (813) 250-0604

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

*Section X. Drywall Installer*

Drywall Installer's Name:

Address:

City: State: Zip:

Phone:

*Section XI. Drywall Supplier*

Drywall Supplier's Name:

Address:

City: State: Zip:

Phone:

*Section XII. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| For Internal Use Only |
|---|
| File Number |
| Date Received |

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

***Section I. Property Information***

Name Property Owner: Curtis and Michelle Hubbard

Address of Affected Property: 3617 East Renellie Circle

City: Tampa State: FL Zip: 33629

Is this Property:* Residential [✓] Commercial [ ] Governmental [ ]

Name of Person Completing this Form: Dana M. Trivino

Is above your primary residence? Yes [✓] No [ ]

Mailing Address (If different):

City: State: Zip:

Phone: (813) 832-3703

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one: Owner-Occupant [✓] Owner Only [ ] Renter-Occupant [ ]

Represented By: Parker Waichman Alonso LLP

Address: 3301 Bonita Beach Road

City: Bonita Springs State: FL Zip: 34134

Phone: 800-LAW-INFO

Case No. /Docket Info: 09-6690

***Section II. Insurance Information***

Homeowner/ Renter Insurer: United Services Automobile Association

Policy #: USAA 00504 97 56 93A

Agent: N/A

Address: 9800 Fredericksburg Road

City: San Antonio State: TX Zip: 78288

Phone: (800) 531-8111

+ Attach Copy of Insurance Declaration Page

***Section III. Claimant Information***

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Curtis Hubbard | 02-28-2008 | N/A | M [✓] F [ ] | 03-27-1968 | Yes [✓] No [ ] | Owner-Occupant |
| Michelle Hubbard | 02-28-2008 | N/A | M [ ] F [✓] | 05-31-1970 | Yes [✓] No [ ] | Owner-Occupant |
| William C. Hubbard | 02-28-2008 | N/A | M [✓] F [ ] | 07-12-2003 | Yes [✓] No [ ] | Occupant |
| Kara S. Hubbard | 02-28-2008 | N/A | M [ ] F [✓] | 04-04-2006 | Yes [✓] No [ ] | Occupant |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

EXHIBIT "B"

tabbies



HubbardC000001

*Section IV. Inspection Information*

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? Yes [✓] No [ ]

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Kross Inspectors

1.2. When did the inspection take place? 11-18-2009

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? Yes [✓] No [ ]

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Alisa Ballestra

2.2. When was this determination made? 11-18-2009

*Section V. Drywall Information*

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Unknown | MADE IN CHINA | Attic Hatch |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall? Yes [✓] No [ ]

1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent? Steven R. Carter, Inc.

1.2. When was notice sent? 01-29-2010

+ Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home? Yes [ ] No [✓]

2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

2.2. When was the request made?

+ Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall? Yes [ ] No [✓]

3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered? Yes [ ] No [✓]

3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

3.1.b. Who made the offer?

3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated? Yes [ ] No [✓]

3.2.a. Have any such repairs to your home been completed? Yes [ ] No [✓]

3.2.b. Who paid or is paying for the repairs?

3.2.c. What was/is the total cost?

3.2.d. Have samples of the Chinese-manufactured drywall been kept? Yes [✓] No [ ]

3.2.e. Who possesses the samples? Homeowner

*Section VI. Questions for Florida Residents Only**

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home? Yes [✓] No [ ]

1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent? Steven R. Carter, Inc.

1.2. When was notice sent? 01-29-2010

+ Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558? Yes [ ] No [✓]

2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558? Yes [ ] No [✓]

3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558? Yes [ ] No [✓]

4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558? Yes [ ] No [✓]

5.1. If "Yes" to Question 5.0., Section VI. Who performed those repairs?

5.2. What repairs were performed?

5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs' claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

*Section VII. Home Information*

| Approx. Sq. Ft. of House: | 2455 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | unknown | Occupied | ✓ | |
| Height of Interior Walls | 9 feet | Year-round | ✓ | |
| Number of Bedrooms: | 4 | Summer | ✓ | |
| Number of Bathrooms: | 2.5 | Winter | ✓ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✓ | |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | ✓ | |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

*Section VIII. Construction/Renovation Information*

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | 02-28-2008 | Date Acquired Home | 02-28-2008 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

*Section IX. Homebuilder/ General Contractor/ Developer Information*

Homebuilder/ General Contractor/ Developer's Name: Steven R. Carter, Inc

Address: 3800 West San Nicholas Street

City: Tampa State: FL Zip: 33629

Phone: (813) 250-0604

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

*Section X. Drywall Installer*

Drywall Installer's Name:

Address:

City: State: Zip:

Phone:

*Section XI. Drywall Supplier*

Drywall Supplier's Name:

Address:

City: State: Zip:

Phone:

*Section XII. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

*Section I. Property Information*

| | |
|---|---|
| Name Property Owner | Isaac and Shanon Peltier |
| Address of Affected Property | 2811 W. Shelton Ave |
| | City: Tampa State: Fl Zip: 33611 |
| Is this Property:* | Residential [✓] Commercial [ ] Governmental [ ] |
| Name of Person Completing this Form | Milay D. Curbelo |
| Is above your primary residence? | Yes [✓] No [ ] |
| Mailing Address (if different) | |
| | City: State: Zip: |
| Phone: | 813-774-2240 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Check one: | Owner-Occupant [✓] Owner Only [ ] Renter-Occupant [ ] |
| Represented By: | Parker Waichman Alonso LLP |
| Address: | 3301 Bonita Beach Road |
| | City: Bonita Springs State: FL Zip: 34134 |
| Phone: | 800-LAW-INFO |
| Case No. /Docket Info: | 09-6690 |

*Section II. Insurance Information*

| | |
|---|---|
| Homeowner/ Renter Insurer: | USAA Casualty Insurance Company |
| Policy #: | 9610149 |
| Agent: | unk |
| Address: | 9800 Fredericksburh Road |
| | City: San Antonio State: CA Zip: 78288 |
| Phone: | 800-531-8111/8222 |

+ Attach Copy of Insurance Declaration Page

*Section III. Claimant Information*

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Isaac J. Peltier | 06-25-2008 | n/a | M [✓] F [ ] | 08-10-1970 | Yes [ ] No [✓] | Owner-Occupant |
| Shanon M. Peltier | 06-25-2008 | n/a | M [ ] F [✓] | 11-25-1969 | Yes [ ] No [✓] | Owner-Occupant |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.






Peltier1000001

Plaintiff Profile Form - Residential Properties

*Section IV. Inspection Information*

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? Yes [✓] No [ ]

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Kross Inspectors

1.2. When did the inspection take place? 12-1-2009

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? Yes [✓] No [ ]

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Shawn Burdolski

2.2. When was this determination made? 12-01-2009

*Section V. Drywall Information*

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Unknown | Made in China | wall cavity |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall? Yes [✓] No [ ]

1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent? Steven R. Carter, Inc.

1.2. When was notice sent? 1-28-2009

+ Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home? Yes [ ] No [✓]

2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

2.2. When was the request made?

+ Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall? Yes [ ] No [✓]

3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered? Yes [ ] No [✓]

3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

3.1.b. Who made the offer?

3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated? Yes [ ] No [✓]

3.2.a. Have any such repairs to your home been completed? Yes [ ] No [✓]

3.2.b. Who paid or is paying for the repairs?

3.2.c. What was/is the total cost?

3.2.d. Have samples of the Chinese-manufactured drywall been kept? Yes [✓] No [ ]

3.2.e. Who possesses the samples? claimants

*Section VI. Questions for Florida Residents Only**

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home? Yes [ ] No [✓]

1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?

1.2. When was notice sent?

+ Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558? Yes [ ] No [✓]

2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558? Yes [ ] No [✓]

3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558? Yes [ ] No [✓]

4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558? Yes [ ] No [✓]

5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

5.2. What repairs were performed?

5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs' claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

*Section VII. Home Information*

| Approx. Sq. Ft. of House: | 2700 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | unknown | Occupied | ✓ | |
| Height of Interior Walls | unknown | Year-round | ✓ | |
| Number of Bedrooms: | 4 | Summer | ✓ | |
| Number of Bathrooms: | 3.5 | Winter | ✓ | |

**Plumbing System**

| | Blackening or Corrosion? Yes | No | N/A |
|---|---|---|---|
| PVC/ CPVC/ Plastic Piping | | ✓ | |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? Yes | No | N/A |
|---|---|---|---|
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | ✓ | | |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

*Section VIII. Construction/Renovation Information*

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | Date Acquired Home | |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ✓ |
| First Floor: Full Wall of drywall replaced | | | ✓ |
| Second Floor: Any drywall replaced | | | ✓ |

*Section IX. Homebuilder/ General Contractor/ Developer Information*

Homebuilder/ General Contractor/ Developer's Name: Steven R. Carter, Inc.

Address: 3808 E. San Nicholas St

City: Tampa State: FL Zip: 33629

Phone: 813-250-0604

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

*Section X. Drywall Installer*

Drywall Installer's Name:

Address:

City: State: Zip:

Phone:

*Section XI. Drywall Supplier*

Drywall Supplier's Name:

Address:

City: State: Zip:

Phone:

*Section XII. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |