# THE AMERICAN INSTITUTE OF ARCHITECTS



AIA Document A111

# Standard Form of Agreement Between Owner and Contractor

where the basis of payment is the

## COST OF THE WORK PLUS A FEE

### 1978 EDITION

THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES; CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OR MODIFICATION

Use only with the 1976 Edition of AIA Document A201, General Conditioins of the Contract for Construction. This document has been approved and endorsed by the Associated General Contractors of America

AGREEMENT

made as of the ____16th____ day of ____October____ in the year Two Thousand.

**BETWEEN** the Owner:  Mr. and Mrs. Edward Howard

and the Contractor:  Dave Walker Construction, Inc.

the Project:  New home on your lot in Quail West development

the Architect:  Mark Hansen

The Owner and Contractor agree as set forth below.

AIA DOCUMENT A111 · COST-PLUS OWNER-CONTRACTOR AGREEMENT · NINTH EDITION · APRIL 1978 · AIA
© 1978 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 20006

A111-1978          1



## ARTICLE 1

### THE CONTRACT DOCUMENTS

1.1  The Contract Documents consist of this Agreement, the Conditions of the Contract (General, Supplementary and other Conditions), the Drawings, the Specifications, all Addenda issued prior to and all Modifications issued after execution of this Agreement. These form the Contract, and all are as fully a part of the Contract as if attached to this Agreement or repeated herein. An enumeration of the Contract Documents appears in Article 16. If anything in the Contract Documents is inconsistent with this Agreement, the Agreement shall govern.

## ARTICLE 2

### THE WORK

2.1  The Contractor shall perform all the work required by the Contract Documents for
(here insert the caption descriptive of the work as used on other Contract Documents.)

New home on your lot in Quail West, as per plans.

## ARTICLE 3

### THE CONTRACTOR'S DUTIES AND STATUS

3.1  The contractor accepts the relationship of trust and confidence established between him and the Owner by this Agreement. He covenants with the Owner to furnish his best skill and judgment and to cooperate with the Architect in furthering the interest of the Owner. He agrees to furnish efficient business administration and superintendence and to use his best efforts to furnish at all times an adequate supply of workmen and materials, and to perform the Work in the best way and in the most expeditious and economical manner consistent with the interest of the Owner.

## ARTICLE 4

### TIME OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

4.1  The Work to be performed under this Contract shall be commenced as soon as possible. Substantial Completion shall be achieved no later than as soon as possible.

## ARTICLE 5

### COST OF THE WORK

The Owner agrees to reimburse the Contractor for the Cost of the Work as defined in Article 8. Such reimbursement shall be in addition to the Contractor's Fee stipulated in Article 6.

## ARTICLE 6

### CONTRACTOR'S FEE

In consideration of the performance of the Contract, the Owner agrees to pay the Contractor in current funds as compensation for his services a Contractor's Fee as follows:

Contractors Fee and supervision - 15% of the cost of the work
Labor rates:
    General labor    $22.00 per hour
    Carpentry labor  $36.00 per hour

For Changes in the Work, the Contractor's Fee shall be adjusted as follows.

6.3    The Contractor shall be paid   fifteen                                    percent (15%) of the proportional amount of his Fee with each progress payment, and the balance of his Fee shall be paid at the time of final payment.

## ARTICLE 7
## CHANGES IN THE WORK

7.1.1    The Owner may make changes in the Work as provided in the Contract Documents. The Contractor shall be reimbursed for Changes in the Work on the basis of Cost of the Work as defined in Article 8.

7.1.2    The Contractor's Fee for Changes in the Work shall be as set forth in Paragraph 6.2, or in the absence of specific provisions therein, shall be adjusted by negotiation on the basis of the Fee established for the original Work.

## ARTICLE 8
## COSTS TO BE REIMBURSED

8.1    The term Cost of the Work shall mean costs necessarily incurred in the proper performance of the Work and paid by the Contractor. Such costs shall be at rates not higher than the standard paid in the locality of the Work except with prior consent of the Owner, and shall include the items set forth below in this Article 8.

8.1.1    Wages paid for labor in the direct employ of the contractor in the performance of the Work under Applicable collective bargaining agreement, or Under a salary or wage schedule agreed upon by the Owner and Contractor, and including such welfare or other benefits, if any, as may be payable with respect thereto.

8.1.5    Cost of all materials, supplies and equipment incorporated in the Work, including costs of transportation thereof.

8.1.6    Payments made by the Contractor to Subcontractors for Work performed pursuant to Subcontracts under this Agreement.

8.1.7    Cost, including transportation and maintenance, of all materials, supplies, equipment, temporary facilities and hand tools not owned by the workers, which are consumed in the performance of the Work, and cost less salvage value on such items used but not consumed which remain the property of the Contractor.

8.1.8    Rental charges of all necessary machinery and equipment, temporary facilities and hand tools, used at the site of Work, whether rented from the Contractor or others, including Installation, minor repairs and replacements, dismantling, removal, transportation and delivery costs thereof, at rental charges consistent with those prevailing in the area.

8.1.9    Cost of premiums for all bonds and insurance which the Contractor is required by the Contract Documents to purchase and maintain.

8.1.10    Sales, use or similar taxes related to the Work and for which the Contractor is liable imposed by any governmental authority.

8.1.11    Permit fees, royalties, damages for infringement of patents and costs of defending suits therefor, and deposits lost for causes other than the Contractor's negligence.

8.1.12    Losses and expenses, not compensated by insurance or otherwise, sustained by the Contractor in connection with the Work, provided they have resulted from causes other than the fault or neglect of the Contractor. Such losses shall Include settlements made with the written consent and approval of the Owner. No such losses and expenses shall be included in the Cost of the Work for the purpose of determining the Contractor's Fee. If, however, such loss requires reconstruction and the Contractor is placed 'in charge thereof, he shall be paid for his services a Fee proportionate to that stated in Paragraph 6.1.

8.1.13    Minor expenses such as telegrams, long distance telephone calls, telephone service at the site, expressage, and similar petty cash items in connection with the Work.

8.1.15   Costs incurred due to an emergency affecting the safety of persons and property.

8.1.16   Other costs incurred in the performance of the Work if and to the extent approved in advance in writing by the Owner.
*(Here insert modifications or limitations to any of the above Subparagraphs, such as equipment rental charges and small tool charges applicable to the Work.)*

## ARTICLE 9
### COSTS NOT TO BE REIMBURSED

9.1   The term Cost of the Work shall not include any of the items set forth below in this Article 9.

9.1.1   Salaries or other compensation of the Contractor's personnel at the Contractor's principal office and branch Offices.

9.1.2   Expenses of the Contractors principal and branch offices other than the field office.

9.1.3   Any part of the Contractor's capital expenses, including interest on the Contractor's capital employed for the Work.

9.1.4   Except as specifically provided for in Subparagraph 8.1.8 or in modifications thereto, rental costs of machinery and equipment.

9.1.5   Overhead or general expenses of any kind, except as may be expressly included in Article 8.

9.1.6   Costs due to the negligence of the Contractor, any Subcontractor, anyone directly or indirectly employed by any of them, or for whose acts any of them may be liable, including but not limited to the correction of defective or nonconforming Work, disposal of materials and equipment wrongly supplied, or making good any damage to property.

9.17   The cost of any item not specifically and expressly included in the items described in Article 8.

9.18   Costs in excess of the Guaranteed Maximum Cost, if any, as set forth in Article 5 and adjusted pursuant to Article 7.

## ARTICLE 10

### DISCOUNTS, REBATES AND REFUNDS

10.1   All cash discounts shall accrue to the Contractor unless the Owner deposits funds with the Contractor with which to make payments, in which case the cash discounts shall accrue to the Owner. All trade discounts, rebates and refunds, and all returns from sale of surplus materials and equipment shall accrue to the Owner, and the Contractor shall make provisions so that they can be secured.
*(Here insert any provisions relating to deposits by the Owner to permit the Contractor to obtain cash discounts.)*

## ARTICLE 11

### SUBCONTRACTS AND OTHER AGREEMENTS

11.1   All portions of the Work that the Contractor's organization does not perform shall be performed under Subcontracts or by other appropriate agreement with the Contractor. The Contractor shall request bids from Subcontractors and shall deliver such bids to the Architect. The Owner will then determine, with the advice of the Contractor and subject to the reasonable objection of the Architect, which bids will be accepted.

11.2   All Subcontracts shall conform to the requirements of the Contract Documents. Subcontracts awarded on the basis of the cost of such work plus a fee shall also be subject to the provisions of this Agreement insofar as applicable

## ARTICLE 12

### ACCOUNTING RECORDS

12.1   The Contractor shall check all materials, equipment and labor entering into the Work and shall keep such full and detailed accounts as may be necessary for proper financial management under this Agreement, and the system shall be satisfactory to the Owner. The Owner hall be afforded access to all the Contractor's records, books, correspondence, instructions, drawings, receipts, vouchers, memoranda and similar data relating to this Contract, and the Contractor shall preserve all such records for a period of three years, or for such longer period as may be required by law, after the final payment.

## ARTICLE 13

### APPLICATION FOR PAYMENT

Monthly draws.  Contractor shall receive payment from owner on or before the 10th day of each month.

## ARTICLE 14

### PAYMENTS TO THE CONTRACTOR

14.2   Final payment, constituting the entire unpaid balance of the Cost of the Work and of the Contractor's Fee, shall be paid by the Owner to the Contractor _____ days after Substantial Completion of the Work unless otherwise stipulated in the Certificate of Substantial Completion, provided the Work has been completed, the Contract fully performed, and final payment has been recommended by the Architect.

14.3   Payments due and unpaid under the Contract Documents shall bear interest from the date payment is due at the rate entered below, or in the absence thereof, at the legal rate prevailing at the place of the Project.
*(Here insert any rate of interest agreed upon)*

14.4   Payment for construction shall be due in full upon substantial completion. It is understood that occupancy of a structure constitutes acceptance thereof, and that all work is to be considered accepted by the customer unless notified immediately to the contrary in writing.
*(Usury laws and requirements under the Federal Truth in Lending Act similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principal place of business, the location of the Project and elsewhere may affect the validity of this provision. Specific Legal advice should be obtained with respect to deletion, modification, or other requirements such as written disclosures or waivers.)*

## ARTICLE 15

### TERMINATION OF CONTRACT

15.1   The Contract may be terminated by the Contractor as provided in the Contract Documents.

15.2   If the Owner terminates the Contract as provided in the Contract Documents, he shall reimburse the Contractor for any unpaid Cost of the Work due him under Article 5, plus (1) the unpaid balance of the Fee computed upon the Cost of the Work to the date of termination at the rate of the percentage named in Article 6, or (2) If the Contractor's Fee be stated as a fixed sum, such an amount as will increase the payments on account of his Fee to a sum which bears the same ratio to the said fixed sum as the Cost of the Work at the time of termination bears to the adjusted Guaranteed Maximum Cost, if any, otherwise to a reasonable estimated Cost of the Work when completed. The Owner shall also pay to the Contractor fair compensation, either by purchase or rental at the election of the Owner, for any equipment retained. In case of such termination of the Contract the Owner shall further assume and become liable for obligations, commitments and unsettled claims that the Contractor has previously undertaken or incurred in good faith in connection with said Work. The Contractor shall, as a condition of receiving the payments referred to in this Article 15, execute and deliver all such papers and take all such steps, including the legal assignment of his contractual rights, as the Owner may require for the purpose of fully vesting in himself the rights and benefits of the Contractor under such obligations or commitments.

## ARTICLE 16
## MISCELLANEOUS PROVISIONS

16.1  Terms used in the Agreement which are defined in the Contract Documents shall have the meanings designated in those Contract Documents.

16.2  The Contract Documents, which constitute the entire agreement between the Owner and the Contractor, are Listed in Article 1 and, except for Modifications issued after execution of this Agreement, are enumerated as Follows:

(List below the Agreement, the Conditions of the Contract [General, Supplementary, and other Conditions], the Drawings, the specifications, and any Addenda and accepted alternates, showing page or sheet numbers in all cases and dates where applicable.)

This Agreement entered into as of the day and year first written above.

OWNER                                                      CONTRACTOR

_[signatures]_

AIA DOCUMENT A111 - COST-PLUS OWNER-CONTRACTOR AGREEMENT - NINTH EDITION - APRIL 1978 - AIA
© 1978 - THE AMERICAN INSTITUTE OF ARCHITECTS 1735 NEW YORK AVE., N.W., WASHINGTON, D.C. 20006     A111-1978     8

CDPR2025

# COLLIER COUNTY
# BOARD OF COUNTY COMMISSIONERS
# CERTIFICATE OF OCCUPANCY

This Certificate is issued persuant to the requirments of the Standard Building Code certifying that at the time of issuance this structure was in compliance with the various ordinances of the county regulating building construction or use. For the following:

PERMIT NBR: 2000120016    CO NBR:   199629    STATUS: ISSUED

   CO TYPE: FINAL       ISSUED DATE: February 08, 2002

   ADDRESS: 4109  BRYNWOOD DR

SUBDIVISION:         1489 Quail West Unit 1 Replat

      LOT:  30     BLOCK:           T.R.S.:

SLUC CODE:         0      UTILITY COMPANY:

  JOB DESC: CBS S/F HOUSE 400 AMPS                NUMBER OF METERS:

     OWNER: HOWARD, EDWARD G=& MONIKA M
            4189 BRYNWOOD DR

            NAPLES
            FL         341190000

LEGAL DESCRIPTION

         QUAIL WEST UNIT ONE, REPLAT
         LOT 30


Note: A new certificate is required if the use of the building or premises is changed, or if alterations are made to the building or property described. A new certificate voids any certificate of prior date.

EXHIBIT B


Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

February 22, 2010

*Via Certified Mail and First Class Mail*

Dave Walker Construction, Inc.
David C. Walker
6161 Hidden Oaks Lane
Naples, FL 34119

   Re: Defective Drywall—Monika Howard,
      residing at 4109 Brynwood Drive, Naples, FL 34119

To Whom It May Concern:

  Pursuant to Florida Statutes chapter 558 on behalf of Monika Howard, residing at 4109 Bryndwood Drive, Naples, FL 34119, we write to provide you notice of our intent to file an action for construction defect against Dave Walker Construction, Inc. on behalf of Ms. Howard. The problem in the home is caused by defective drywall that emits high levels of sulfur. The drywall in the home emits levels of sulfur that damages wires, pipes, metal, air conditioning, HVAC, plumbing electronic equipment, fixtures, furnishings, and potentially health. The problem causes economic damages and potential personal injury and an increased risk of future health problems.

  In order to fix the problem, the following items must be removed and replaced: all of the drywall in the home, all of the flooring in the home, the air conditioning unit(s), cabinetry, mirrors, any affected electrical wiring and plumbing. You are also responsible for consequential damages in the form of moving costs and comparable replacement housing for the homeowners during time the home is fixed, as set forth above, as well as the cost of medical monitoring and damage related to potential personal injury. The homeowners have also suffered economic damages from the loss of value of their home, as a result of the stigma attached to their house because of the defective drywall. Pursuant to Florida Statutes section 558.004(5), you have 45 days to serve a written response upon undersigned counsel on how you intend to remedy this situation.

  This letter is also our formal request pursuant to Fla. Stat. § 627.4137 regarding the disclosure of certain information pertaining to insurance coverage. Pursuant to the Statute, please provide us with a statement within thirty (30) days, under oath, of a corporate officer setting forth the following information with regard to each known policy of insurance on the aforementioned property, including excess or umbrella insurance: ...



EXHIBIT C

| THE LAW FIRM OF COLSON HICKS EIDSON
| 255 ARAGON AVENUE | 2ND FLOOR | CORAL GABLES, FLORIDA | 33134-5008
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM



Colson Hicks Eidson

1. The name of the insurer;
2. The name of each insured;
3. The limits of the liability coverage;
4. A statement of any policy or coverage defense which the insurer reasonably believes is available to the insurer at the time of filing such statement;
5. A copy of the entire policy (we will not accept a declaration page);
6. The name and coverage of each known insurer of your policy holder.

We request that you take all steps necessary to preserve all evidence regarding Dave Walker Construction, Inc.'s involvement in the construction of the subject home so that we may have the opportunity to inspect the same.

Additionally, under Florida Statutes section 558.004(15), within 30 days, please provide us with any design plans, specifications, and as-built plans; any documents detailing the design drawings or specifications; photographs, videos, and expert reports that describe any defect upon which the claim is made; subcontracts; and purchase orders for the work that is claimed defective or any part of such materials. We will pay the reasonable costs of reproduction. Thank you for your anticipated cooperation in this regard.

We look forward to your early reply. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

ERVIN A. GONZALEZ

EAG/by

| THE LAW FIRM OF COLSON HICKS EIDSON
| 255 ARAGON AVENUE | 2ND FLOOR | CORAL GABLES, FLORIDA | 33134-5008
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM