UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DAVID GROSS, et al vs. KNAUF GIPS, KG, et al Case No. 2:09-CV-6690 | * * * * * | JUDGE FALLON MAGISTRATE WILKINSON |

### ORDER GRANTING DEFENDANT PARR-SELF, INC.'S
### MOTION TO EXCEED PAGE LIMITATION

Considering Defendant Parr-Self, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 23rd day of December, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE