UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DAVID GROSS, et al. vs. KNAUF GIPS KG, et al Case No. 09-6690 | * * * * * | JUDGE FALLON<br><br>MAG. WILKINSON |

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

FAYE H. SELF

who, being duly sworn, upon his oath deposed and stated as follows:

1. She is the Senir Vice President for Parr-Self, Inc., (Parr-Self"), and as such, has personal knowledge of the following based on his review of records maintained by Parr-Self in the regular course of business.

2. Parr-Self is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Parr-Self is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.



4. Parr-Self has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Parr-Self has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Parr-Self does not have an agent for service of process in Louisiana.

7. Parr-Self does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Parr-Self does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Parr-Self has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Parr-Self does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Parr-Self has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Parr-Self never anticipated it would be haled into court in Louisiana.

_____
FAYE H. SELF

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 8th DAY OF September, 2010.

_____
NOTARY PUBLIC

[Notary Seal: RACHEL TUCKER, MY COMMISSION EXPIRES May 11, 2013, #DD 888689, NOTARY PUBLIC, STATE OF FLORIDA]

2

**Faye H. Self, licensed State of Florida Residential contractor and Parr-Self, Inc. will provide the following services:**

- Licensed Residential Contractor Services through Parr-Self, Inc. to allow building permit application and construction.

- Professional services to assist in selecting subcontractors and review bids tendered as needed.

- All subcontractors must be licensed to do business in Lee County, and must provide certificates of insurance showing general liability and workman's compensation insurance coverage.

- Reasonable telephone consultation throughout project until Certificate of Occupancy is issued by Lee County.

- Parr-Self, Inc. may make unannounced audits of construction sites(s) and routine site visits for project oversight as needed.

- ~~Parr-Self, Inc. may elect to receive all deposit payments, progress payments, and construction stage draw payments.~~

- ~~Parr-Self, Inc. may elect to make payments from construction deposits, progress payments and/or construction loan draws for construction related cost to be handled through a checking account established for such purpose. In the event that it is necessary for Parr-Self, Inc. to make a deposit to said account to cover costs without draws or deposits to cover said cost, Parr-Self, Inc. may elect to provide short term interim financing with interest for such service to be charged at 10% unless otherwise agreed.~~

<u>Payment of all construction related costs; builders risk insurance coverage, and direct supervision of on-site work shall be the responsibility of the Client.</u>

<u>Client will provide the management services for the construction related work.</u>

- ~~In the event that it is necessary for Parr-Self, Inc. to provide direct supervision of on-site work, the rate for such supervision is $75.00 per hour.~~ If this service is necessary, an invoice will be submitted at the end of each calendar month. Payment from the client for each invoice will be the 10th of the following month.

*Note: Improper business practices by client will result in contract termination, payment of all legal and penalty fees as required to compensate for any fines/fees, loss of license judgements and loss of business revenue suffered by the residential contractor as a result of actions taken by the Building Department, state/local regulators and/or individuals and subcontractors due to such use by Client.*

Time Allowance:

After completion of the foundation, the completion of the unit shall be no more than eight months unless otherwise agreed by contractor and client.

Fee for Service: $3,500.00 per residential building.

1. When the construction period extends beyond the allowed time, an additional fee will apply on a per Diem basis of $50.00 for each day. Per Diem charges will not apply when delays in construction are caused by weather related conditions. or subcontractor relateted

EXHIBIT B

Page 1 of 2

2. Trips to the construction site, building department or client's office that must be made to straighten out problems created by client not following the recommended plan of action after the eight month's time allotment will result in a $75.00 trip charge, above and beyond the $50.00 daily charge.

The above requirements have been reviewed, understood and agreed upon, as attested by the following signatures.

_____             _____
Signature of Client: Owner             Signature of Contractor

Carmin Maurice                         Faye H. Self        Print Name

STATE OF FLORIDA     :
COUNTY OF _____    :

I HEREBY CERTIFY that on this day before me, personally appeared Carmin Maurice who executed the foregoing instrument and acknowledged that they executed said instrument for the purposes therein expressed.
( ) Personally known or  ( ) Produced Identification

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2006.

                                       _____
Seal:                                  Notary public

Page 2 of 2