UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH D. WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS, et al. | * * * * * | JUDGE FALLON |
| Case No. 2:10-CV-361 | * | MAGISTRATE WILKINSON |

### ORDER

Considering the motion of Catherine Simon to enroll/substitute new counsel and withdraw former counsel;

IT IS HEREBY ORDERED that Russ M. Herman, Leonard A. Davis and Stephen J. Herman of the law firm, Herman, Herman, Katz & Cotlar, L.L.P. be allowed to withdraw as counsel of record and the following attorneys be formally enrolled and substituted as counsel of record:

> Hugh P. Lambert (La. Bar No. 7933)
> Cayce C. Peterson (La. Bar No. 32217)
> Candice C. Sirmon (La. Bar No. 30728)
> Lambert and Nelson, P.L.C.
> 701 Magazine Street
> New Orleans, LA 70130
> Phone: (504) 581-1750
> Fax: (504) 529-2931

New Orleans, Louisiana, this 21st day of December, 2010

JUDGE