UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| **This document related to:** | * * | |
| *David Gross, et al v. Knauf Gips KG, et al* Docket No. 09-6690 | * * | MAG: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Adopt 12(b) Motion to Dismiss;

**IT IS ORDERED** that the 12(b) Motion to Dismis (Rec. Doc. No. 5422) filed on behalf of R & H Masonry Contractor, Inc., be and is hereby accepted as its response to the newly-filed Omnibus Class Action Complaint in Intervention (III(A)) (Rec. Doc. 5580).

New Orleans, Louisiana, this   21st   day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

00032647-1