UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 <br><br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO: <br><br> *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing motion, IT IS HEREBY ORDERED that the Motion for Leave of Court to File a Supplemental Memorandum of Plaintiff Robert C. Pate, as Trustee for the Chinese Drywall Trust, is GRANTED.

New Orleans, Louisiana, this 21st day of December, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge

NYDOCS1-958581.1