UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

Considering the Plaintiffs' Steering Committee's Motion to Lift the Stay as to Various Pending Motions (R. 6672), IT IS ORDERED that this Motion is set for hearing following the monthly status conference on January 20, 2011, at 9:00 a.m. Responses in opposition to this Motion are to be filed by January 13, 2011.

New Orleans, Louisiana, this  22nd  day of December, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE