UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Wiltz v. Beijing New Building Material Public, Ltd.*, **Case No. 10-361.**

### ORDER

Considering Defendant Franciscus Homes, Inc.'s Motion for Protective Order Staying Discovery and Submission of Builder Profile Forms Pending Resolution of Rule 12(b) Motions (R. 6603), IT IS ORDERED that this Motion is DENIED. Defendant is required, as all other defendants in the litigation, to submit a profile form pursuant to the terms of Pretrial Order No. 1G.

New Orleans, Louisiana, this __22nd__ day of December, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE