UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Wiltz v. Beijing New Building Material Public, Ltd.*, **Case No. 10-361.**

### ORDER

Considering Defendant Greensprings Condominiums, LLC's Motion for Protective Order Staying Discovery and Submission of Builder Profile Forms Pending Resolution of Rule 12(b) Motions (R. 6590), IT IS ORDERED that this Motion is DENIED. Defendant is required, as all other defendants in the litigation, to submit a profile form pursuant to the terms of Pretrial Order No. 1G.

New Orleans, Louisiana, this  22nd  day of December, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE