UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| 09-cv-4115, 09-cv-4117, 09-cv-4119, 09-cv-4324, 09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-0340, 10-cv-0720, 10-cv-1111 | : | MAG. JUDGE WILKINSON |

## ORDER

Considering the Joint Motion For Entry of Stipulation Concerning Discovery From Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Materials Products Co., Ltd., the Court finds the motion meritorius and should be granted;

IT IS HEREBY ORDERD that the agreed stipulation attached as Exhibit "A" to the Joint Motion For Entry of Stipulation Concerning Discovery From Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Materials Products Co., Ltd. is hereby entered into the record of this matter.

New Orleans, Louisiana, this 22nd day of December 2010.

JUDGE ELDON E. FALLON