UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED          :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :   SECTION:   L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :   JUDGE FALLON
                                      :
09-cv-4115, 09-cv-4117, 09-cv-4119, 09-cv-4324,  :   MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-0340,  :
10-cv-0720, 10-cv-1111                :
------------------------------------------------------------x
```

## STIPULATION CONCERNING SERVICE OF PROCESS AND PRODUCT IDENTIFICATION

1. As used in this Stipulation:

    a. The "Knauf Defendants" means Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd. ("Wuhu"), Guangdong Knauf New Building Materials Products Co., Ltd. ("Dongguan"), Knauf Gips KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, and Gebr. Knauf Verwaltungsgesellschaft KG.

    b. The Plaintiffs' Steering Committee ("PSC") means the Committee appointed pursuant to Pretrial Order No. 8.

**SERVICE OF PROCESS**

2. The Knauf Defendants agree to accept service of process for a complaint or intervention complaint filed in federal court on or before December 31, 2010 – which is brought on behalf of any person or entity represented by the PSC – by registered mail, return receipt requested, upon counsel for the Knauf Defendants, Kerry J. Miller, Esq., Frilot L.L.C., 1100 Poydras Street, New Orleans, LA 70163. By accepting service of summons in this fashion, the

32067336 (3).DOCX


EXHIBIT A

Knauf Defendants specifically waive service of summons and complaint under the Hague Convention.

3.     The Knauf Defendants will have 45 days from receipt of process by Mr. Miller to answer, move or otherwise plead with respect to any complaint or intervention complaint, unless such time is lengthened or shortened by consent or by court order. Currently there is no requirement to answer complaints under Pretrial Order 1G.

4.     The Knauf Defendants' agreement to accept service of process under the terms of this Stipulation shall not be construed as a waiver of the defense of lack of personal jurisdiction or of any rights or objections to the enforcement of any judgment that might be entered against them.

**PRODUCT IDENTIFICATION**

5.     Lynn C. Greer, Esq. of Brown Greer PLC (115 S. 15th Street, Suite 400, Richmond, VA 23219-4209, Tel: (804) 521-7202, Fax: (804) 521-7299, drywallspecialmaster@browngreer.com) shall be appointed as a Master under Federal Rule of Civil Procedure 53 for the purpose of collecting indicia from plaintiffs that the homes in question contain KPT, Wuhu or Dongguan drywall and resolving disputes concerning the sufficiency of such indicia. The Knauf Defendants and the PSC will split equally the Special Master's fees and costs.

6.     Within 30 days of filing a complaint or intervention complaint, or within 30 days from this Stipulation if the complaint has previously been filed, each plaintiff who has sued a Knauf Defendant must provide sufficient indicia that the homes in question contain KPT, Wuhu or Dongguan drywall (e.g., photographs, samples, visual inspections or reports identifying KPT, Wuhu or Dongguan markings on drywall in the home) to Special Master: Lynn C. Greer, Esq.,

Brown Greer PLC by mail or overnight delivery to 115 S. 15th Street, Suite 400, Richmond, VA 23219-4209, Tel: (804) 521-7202, or by Fax to (804) 521-7299, or by email attachment to drywallspecialmaster@browngreer.com. Upon an application filed prior to the expiration of the deadline, accompanied by a declaration from the plaintiff or his or her counsel setting forth the steps that will be taken to obtain the requisite proof, the Court may grant an extension of 30 days. Extensions other than as set forth above will be granted only on a showing of good cause. The Knauf Defendants and the PSC shall have the right to obtain such indicia maintained by Brown Greer. The Knauf Defendants may challenge the sufficiency of any plaintiff's indicia or any plaintiff's failure to provide such indicia within the specified time frame by written objection submitted to Brown Greer and served on counsel for the plaintiff. If the Knauf Defendants challenge the sufficiency of indicia provided by any plaintiff or the failure of any plaintiff to provide indicia within the specified time frame, that plaintiff will have 21 days from service to respond. The Knauf Defendants will have 7 days from service of the plaintiff's response to reply. Brown Greer will issue an order under Federal Rule of Civil Procedure 53(d) resolving any such challenge, which will be subject to review by the Court under the provisions of Federal Rule of Civil Procedure 53(f).

Dated: December 21, 2010

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN, KATZ
 & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892

/s/ Kyle A. Spaulding
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone: (212) 836-8485
Fax: (212) 836-6485

Fax: (504) 561-6024
Email: Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

Email: sglickstein@kayescholer.com

AND

Kerry J. Miller (#24562)
Kyle A. Spaulding (#29000)
Paul C. Thibodeaux (#29446)
FRILOT, L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8194
Fax: (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation Concerning Service of Process and Product Identification has been served upon Plaintiffs' Liaison Counsel by e-mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of December, 2010.

                                                                                              _s/Kyle Spaulding_