**CT Corporation**  1209 Orange Street, Wilmington, DE 19801   302 777 0220 tel   800 677 3394 toll free   www.ctlegalsolutions.com



December 22, 2010

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue,
New Orleans, LA 70113

Re: Kenneth and Barbara Wiltz, Pltfs. vs. Beijing New Building Materials Public Ltd.Co., et al. including Home DevCo LLC, Dfts.

Case No. 2:10-CV-00361

Dear Sir/Madam:

We are returning the Letter, Proposed Order, Notice of Hearing, Motion, Memorandum, Exhibit(s) which we received regarding the above captioned matter.

The Corporation Trust Company has filed a resignation of agent with the State of DE on 01/01/0001. Service can no longer be taken for this entity.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517778558

FedEx Tracking# 794255618919

cc: United States District Court: Eastern District
    500 Poydras Street, Room C-151,
    New Orleans, LA 70130