**CT Corporation**  1200 S. Pine Island Road   954 473 5503 tel
Plantation, FL 33324   www.ctlegalsolutions.com

December 20, 2010

US District Court, Eastern District of Louisiana
500 Poydras Street,
New Orleans, LA 70130-3353

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation, Wiltz, et al., Pltfs. vs. Beijing New Building Materials Public Limited Co., et al. including McCar Homes, Inc., Dfts.

Case No.   2:10-cv-00361

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Lyndell McBride
Process Specialist

Log# 517771459

FedEx Tracking# 794244795625

cc:  Matthew C. Gaughan
     Levin, Fishbein, Sedran & Berman
     510 Walnut Street,
     Suite 500,
     Philadelphia, PA  19106-3697