# EXHIBIT
# "A"

# CONSTRUCTION CONTRACT

This agreement made Friday, December 30, 2005, by Princeton Homes, Inc., hereinafter called "Princeton" or "Contractor" and  Paul R. Theberge and Marisol Boiteau who presently resides at 165 Village Circle Way ,# #22, Manchester, NH 03102, Phone-603-222-1209 or 603-682-7743 hereinafter called the "Buyer".

WITNESSETH:  PRINCETON AND BUYER for good and valuable consideration as hereinafter set forth, do mutually agree as follows:

Princeton agrees to furnish all materials, labor and services necessary to construct a single family residence on the property of the Buyers Lot 137 of St. James Golf Club Pod F, 302 Somerset Circle Port St. Lucie, FL 34983 , and further agrees to build and construct said residence in a first-class and workman like manner and in full compliance with Plans and Specifications as attached hereto and made a part hereof.  Princeton shall be allowed to make structural or mechanical changes to ensure that any and all requirements of the Port St. Lucie building code, as it may be updated from time to time, are fully met.

The Buyers agree to pay Princeton in U.S. currency for the construction of improvement as per attached plans. Payments will be made in accordance with the draw schedule of the lending institution.

| Contract Cost Breakdown | |
|---|---|
| Lot Price: | $ 25,500.00 |
| Lot Premium: | $ 70,000.00 |
| Home Price: (Model - Sherwood - Left ) | $ 260,650.00 |
| Structural Options: | $ 825.00 |
| Color Selections: | TBD |
| Total Contract Amount: | $ 356,975.00 |
| Deposit At Contract: | $ 17,849.00 |

1. CLOSING COSTS All customary costs of closing, including, but not limited to, the cost of documentary stamps on deed, note and mortgage, intangible tax on note and mortgage and construction liability and title insurance shall be at the expense of the Buyers.

2. NO CHANGES WITHOUT CONSENT No changes in said Plans and Specifications attached hereto as Exhibit "A" which shall increase the contract price shall be made without the joint written consent of Princeton, Buyers, and the Lender of permanent financing, if applicable.  After initial selection of colors and options, no further changes may be made once construction has commenced.

3. SPECIFICATIONS AND FIXTURES INCLUDED The contract price includes all materials, appliances, fixtures and finishes specified on the specification sheet attached hereto as Exhibit "B" and by this reference, incorporated herein.

4. MAXIMUM TIME TO CONSTRUCT Upon the Buyers obtaining a binding financing commitment, and all color selections are complete, Princeton shall complete engineering and apply for building permit. Color selections must be completed within 10 business days of contract.  Construction shall be completed and final inspection obtained within 210 working days following permit issuance, which do not include weekends and/or major holidays, with delays caused by events beyond Princeton's control including but not limited to: strikes, acts of God including weather which prevents construction, government regulations and restrictions, delays caused by the Buyers' actions or omissions, or the unavailability of necessary materials or labor in the marketplace.

5. WARRANTY Princeton shall warrant construction for a period of one year after completion, with an extended 10-year warranty provided by Bonded Builder, normal wear and tear and routine maintenance expected.  All appliances and equipment warranties shall be assigned to Buyers.

6. CONSTRUCTION TO BE DIRECTED BY PRINCETON Buyer shall not interfere with the work being performed by Princeton or designated subcontractor. The Buyer shall not be permitted to direct the subcontractors in the performance of their work, and any delay or expense resulting from the presence of the Buyer on the construction site shall be the responsibility of the Buyer.

7. CONTINGENCY ON AVAILABILITY OF FINANCING The Buyers' obligations herein are conditioned upon their securing financing from a lending institution (Lender) for the purchase of the real estate and construction of the residence. Buyers will make application within 5 days after the execution of this agreement and will use best efforts and due diligence to obtain the required loan commitment and, thereafter to satisfy the terms and conditions of the commitment and close the loan. In the event the Buyers after reasonable diligence are unable to secure such financing within 20 calendar days after the execution of this contract, Princeton may declare this contract null and void, whereupon Princeton shall return the Deposit to the Buyer, and neither party shall have any further liability hereunder.

8. OBTAINING PERMIT Princeton will work diligently to secure all necessary permits for construction within 60 days of Princeton receiving notice of buyer securing a financing commitment. In the event these permits are not secured by that time, Princeton may return all Deposits to the Buyer, whereupon the contract shall be null and void, and neither Party shall have any further obligations hereunder.

9. FINAL INSPECTION BY OWNER Final payment of all monies are due after the Certificate of Occupancy (The C.O.) has been issued, final bank inspections has been completed, and Princeton has provided final release of lien affidavit to the Lender. Buyer occupancy shall not occur until all monies due are paid to Princeton. Buyer shall inspect the home with Princeton and make a written list of items which must be completed and/or corrected post closing, called the "punch list." All items on said list shall be addressed and completed by Princeton within 14 days of initial inspection or unless otherwise determined by Princeton at time of inspection that additional time is needed for completion. Any items found after the initial inspection shall not be added to the punch list, but are to be addressed as warranty items when applicable.

10. INSURANCE Princeton agrees to maintain all necessary form of insurance to protect the Buyer from liability for any occurrence arising from the performance of this contract. Contractor agrees to cover its own employees for worker's compensation and carry general liability, and that all forms of insurance carried hereunder shall be with reputable companies licensed to do business in Florida. Buyer shall incur a pro-rata portion of the costs of the general liability premium, to be included in closing costs. Buyer shall obtain and maintain homeowner insurance for protective coverage during the time of construction, where deemed necessary by Lender.

11. SUBCONTRACTORS:

A. Contractor shall select subcontractors as required to complete this contract. Owner acknowledges that various portions of the work will be done by subcontractors. Any subcontractor selected by Contractor shall have all required licenses for the work to be done by such subcontractor, and Contractor shall issue subcontracts in writing whose specifications are consistent with the contract.

B. Princeton utilizes Certified Building Contractors for the purpose of pulling Building permits and for a portion of the home construction. That notwithstanding, Princeton will at all times be in full control of and will direct Construction and continue to be fully responsible for all the provisions and covenants of this contract between Princeton and the Buyer.

C. It shall be the duty of the Contractor to use reasonable care in the selection of subcontractors. Contractor shall require all subcontractors to have such types of insurance in force as are required to hold harmless and indemnify the Buyer from any claim for injuries or property damage by any agent or employee of a subcontractor.

D. Contractor shall pay subcontractors on a timely basis and obtain from subcontractors any necessary documentation required to release their lien rights, if any, as the work proceeds.

12. INDEMNITY Princeton does hereby agree to indemnify and hold Buyer harmless against all claims or damages to person or property by reason of the intentional acts or negligence of the Contractor or Contractor's agents, employees, subcontractors or workmen in the construction herein.

13. ST. JAMES HOMEOWNER'S ASSOCIATION AND ASSESSMENT DISTRICT As with most planned unit developments, St James Golf Club has a homeowners' association (HOA) which is responsible

for the maintenance and upkeep of the community and its facilities, and which assesses each homeowner on a quarterly basis. The St. James HOA declaration spells out all of its functions, and can be provided for your review by our office at your request. There is also an assessment district formed for the installation of some of the infrastructure improvements benefiting your home (the St. James Special Assessment District), the purposes, benefits and costs of which we believe benefit you by allowing some of your lot cost to be financed over 20 years at tax-free rates of interest.

14. NO ASSIGNMENT Neither party may assign the contract in whole or in part, except with the written consent of the other party.

15. PRINCETON RESPONSIBILITIES

A. Princeton shall supervise and direct the work, and shall be solely responsible for all construction means, techniques, sequences and procedures and for coordinating all portions of the work under the contract. Princeton shall provide and pay labor, materials, equipment, tools, construction equipment and machinery, transportation and other facilities and services necessary for the proper execution and completion of the work, whether temporary or permanent and whether or not incorporated or to be incorporated in the project. Princeton also warrants to the Buyer that all materials and equipment incorporated in the work will be new and that all work will be of good quality, free from faults and defects and in conformance with the contract and all governmental rules and regulations, including building codes. Any work not conforming to these requirements may be considered defective. Princeton shall pay for all sales, consumer, use and other similar taxes, and shall secure and pay for the building permit and for all other permits and governmental fees, licenses and inspections necessary for the proper execution and completion of the work.

B. Princeton shall use the most current approved 713 lien law format provided, and shall bond off any mechanical or material liens placed on the subject property by any of Princeton's suppliers or subcontractors at Princeton's expense.

C. The deposits received as acknowledged above shall be utilized only after Buyer has been approved by the Lender, and only for purposes limited to lot acquisition, permit, architectural and engineering expenses and for work performed onsite in connection with construction of the Home.

D. Along with delivery of the finished home, Princeton shall supply to Buyer a list of all major subcontractors and suppliers, with addresses and phone numbers.

E. Princeton will be responsible for filing a notice of commencement at the beginning of construction and notice of termination of notice of commencement at the completion of construction.

F. Any notice to buyers filed on the construction will be sent to both Princeton and Buyer.

G. Venue for any dispute arising from this contract shall be St. Lucie County, Florida.

H. Any increase in permit or impact fees by the City of Port St. Lucie, St. Lucie County or other governmental entity accruing after the date hereof but prior to permit issuance shall be added to the Purchase Price of the home.

I. Time is of the essence with respect to matters contained herein.

J. This contract may only be modified by written agreement executed by both parties.

K. Princeton will provide final release of lien affidavit to Lender prior to final payment and provide all release of liens for notice to Lender on Buyers' property. Princeton shall supply Lender partial and final release of liens for any notice to Buyer filed against Buyers' property.

16. CHOICE OF FLOORPLAN, ELEVATION & SPECIFICATIONS. The floor plan and elevations, Exhibit "A", the standard specifications, Exhibit "B", and the options selected, Exhibit "C", all initialed by Princeton and Buyer and attached hereto are here incorporated into this contract. Princeton shall be responsible for constructing the home in accordance with those documents, unless the Buyer and Princeton shall together agree in writing to any changes to them.

17. SELECTION CHANGES AND ADDENDUMS. The Selections attached and specifications chosen at the time of the "Color Selections Appointment" by the buyer and builder shall be part of this contract. Changes to the original selections from that day forward will be charged a $400.00 per item administrative

charge above the change order for processing.

Buyer is aware of color differences in tile that may vary in shading between selected tile and actual tile installed.  Tile colors may vary, especially in multi-color tile.  Granite may also have color variations due to the natural conditions of this material.

_____
Paul R. Theberge (Buyer)

_____
Marisol Boiteau (Buyer)

Date: Dec 30th, 2005

_____
PRINCETON HOMES, INC. (Contractor)

BY: Liz Beaty

ITS: Sales Associate

Date: 12/30/05

**COVERED LANAI**
20'-8" x 6'-0"
11'-4" CEILING

**MASTER SUITE**
15'-6" x 13'-0"
11'-4" CEILING

**GREAT ROOM**
20'-4" x 15'-6"
11'-4" CEILING

**W.I.C.**

**W.I.C.**

**KITCHEN**
16'-6" x 12'-4"
11'-4" CEILING

**DRESSING AREA**

**DINING ROOM**
14'-4" x 10'-10"
11'-4" CEILING

**PANTRY**

**REF.**

**MASTER BATH**
12'-0" x 10'-2"
11'-4" CEILING

**DRY** **WASH**

**L.R.**

**BEDROOM 3**
12'-0" x 11'-4"
11'-4" CEILING

**FOYER**
7'-4" x 6'-6"
16'-6" CEILING

**BATH**

**2 CAR GARAGE**
19'-6" x 19'-4"
8'-6" CEILING

**COVERED ENTRY**
7'-4" x 8'-6"
15'-6" CEILING

**BEDROOM 2**
12'-6" x 12'-0"
11'-4" CEILING

(All Dimensions Shown Are Subject to Change Without Notice)

Exhibit A: Sherwood

*(handwritten signatures and "12/30/05")*

## PRINCETON HOMES

# DISTINCTIVE FEATURES

### COMMUNITY FEATURES:
- Located in Port St. Lucie, east of the Turnpike, minutes from I-95, beaches, shopping, fine dining and recreation
- Elegant gated entrance
- Championship 18-hole golf course
- Residents clubhouse with tennis courts, fitness room and tot lot
- Community pool and spa

### OUTSIDE YOUR HOME:
- CBS Construction
- Foam injection Owens Corning insulation
- Monitored installation
- Termite-treated, steel-reinforced concrete foundation
- Steel-reinforced concrete block construction
- Mediterranean-S style cement tile roofs
- Tumbled brick paver driveway, walkway and front entry
- Automatic garage door openers with two remotes
- Steel-reinforced garage doors with decorative raised-panels
- Eight-foot entry doors with glass side lights (per plan)
- Selection of coordinated exterior color combinations
- Aluminum window frames with screening on all operable windows
- Pre-finished vented aluminum soffits
- 5/8" CDX roof sheathing
- 1/2" CDX wall sheathing
- Weatherproof G.F.I. electrical outlets (per plan)
- Textured exterior stucco with architectural banding
- Decorative coach lights on garage (per plan)
- Hose bibs conveniently located
- Protective hurricane panels for all windows and glass panel doors
- Ten-year Manufacturer warranty fascie

### INSIDE YOUR KITCHEN:
- GE® appliance package including:
  - 21.7 cu. ft. side-by-side refrigerator with "easy touch" ice and water dispenser in the door
  - Self-cleaning full-size electric range with "easy touch" controls
  - Undercounter multi-cycle energy-efficient dishwasher
  - Built in microwave
- European-style cabinetry with 42" upper cabinets in a choice of designer colors
- Easy-care mica countertops in a choice of colors with 4" backsplash
- Stainless Steel 50/50 overmount with 1/3 hp disposal and Moen® faucet with pull out sprayer
- Spacious pantry for added storage (per plan)
- Tile Flooring
- Kitchen Options
  - Talk to your new home consultant about available options and upgrades

### INSIDE YOUR HOME:
- 10' ceiling heights (Sheffield Series)
- 11' 4" ceiling heights (Stratford Series)
- 8' raised panel interior doors
- Spacious secondary bedrooms
- 13" x 13" ceramic tile floors in the foyer, laundry room, kitchen, and bathrooms (per plan)
- Plush wall-to-wall carpeting with stain-control treatment
- Alarm system with keypad
- Walk-in closets (per plan)
- Spacious linen closets (per plan)
- Separate laundry room
- High-efficiency central air conditioning and heating system
- Knockdown textured walls and ceilings
- Custom lighting detail throughout, including hi-hats and pre-wiring (per plan)
- Modern rocker-style electrical switches
- Ceiling fan pre-wire in family room, living room, covered lanai and all bedrooms (per plan)
- Cable TV RG-6 quad shield wiring in family room, den, great room and bedrooms (per plan)
- High-speed CAT5 telephone wiring in kitchen, all bedrooms and den with 4-line telephone capability (per plan)
- Colonial-style 6-panel doors throughout with decorative antique brass hardware (per plan)
- Colonial-style wood door trim and baseboards
- Colonial-style bi-fold closet doors
- Cultured marble window sills throughout home
- Energy-efficient R-19 ceiling insulation
- 50-gallon quick-recovery hot water heater
- Copper plumbing supply lines
- Smoke detectors throughout home (per plan)

### INSIDE YOUR BATHS:
- Dual vanities in master bath
- European style vanities
- Luxurious Roman tub in master bath
- Clear glass enclosed shower in master bath with chrome frame enclosure
- Cultured marble countertops with backsplash and integrated sinks in a choice of colors
- Designer lighting in guest bath
- Ceramic tile floors in all wet areas
- Moen® faucets
- Elongated water closets
- 36" European-style cabinetry in a choice of colors
- Oversized bathroom mirrors and designer medicine cabinets with beveled edges
- Glass block (see plan, select models)
- Linen closets
- Ceramic bath accessories

### WELCOME HOME BENEFITS:
- 10-year HBW VI Builders Warranty
- Full 1 year Builders Warranty
- Fully Irrigated Yard
- Floratam Sod
- Tropical landscaping package
- Designer mailbox
- 200 AMP electrical service



## ST. JAMES

ST. JAMES Deren Ct., Port St. Lucie, Fl 34988 • P 772-340-7979 • F 772-340-7877

*Features subject to change without notice.*



---

**Exhibit B: Standard Features**

Dear Valued Homeowner:

As a liability protection requirement we cannot have homeowners touring homes under construction, unless accompanied by a company representative.  Your salesperson will be glad to set up a "framing stage" walk-through of the house for you, so you can assess the progress of your house at the mid-construction stage. Otherwise, a final walk-through and orientation will be scheduled when your house is completed.

Thank you for your cooperation while we bring you a quality home in a timely manner.

_____
Purchaser's Acknowledgement

_____
Purchaser's Acknowledgement

_____
Salesperson's Acknowledgement

City of Port St. Lucie Building Department Property Owner's Affidavit
For Owner's of Property
Who Are Contracting To Have a Dwelling Constructed.

Name of Owners: Paul R. Theberge

Marisol Boiteau

Owner's Current Address: 165 Village Circle Way .# #22,  Manchester,  NH,  03102
                         Street,                        City,           State,  Zip

Address of Property: 302 Somerset Circle, Port St. Lucie, FL 34983

Legal Description: Lot 137 of Pod F, St. James Golf Club

Parcel ID (if available): _____

Name of Contractor: Certified Building Contractors

Address of Contractor: 747 SW Macedo Blvd Port St. Lucie, FL 34983

Contractor License No. CGC 016291                        4514 .
                      State of Fl.                       City of PSL

We (I), affirm that we, (I), own the above property and have contracted with, and fully
authorize the above contractor to apply for and obtain all required Building Permit(s).

_____
Signature of Owner

_____
Signature of Owner

Sworn and Subscribed before me this _____ day of _____ 20____
The above is personally known to me or has produced _____
As identification.  Number _____ Exp. Date _____

Witness _____      Notary Public _____
        Signature                      State of _____ County of _____

Property owners affidavit effective date 08/01/99
gtapps\wp60\paula\propertyownersaffadavit726
replaces all other property owner affidavits.

Princeton Homes at St. James Golf Club

STRUCTURAL OPTION SELECTIONS - FINAL

Customer: **Paul R. Theberge**
Model: **Sherwood**
Location: **Pod F - Lot 137**

Structural Options

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|------------|----------------|
| 6 | Glass Block Window in Master Bath at Tub | X | $ 825.00 | 1 | $825.00 | |
| | | | | Total | $825.00 | |

By signing below, Buyer(s) agree that the structural options selected above are finalized and cannot be changed after the execution date of this document.

Paul R. Theberge (Buyer)

Marisol Boiteau (Buyer)

Dec. 30th, 2005.
Date



Structural Options Sketch



**PRINCETON HOMES**

# ADDENDUM TO CONTRACT REQUEST

DATE: 12 – 30 - 05

ADDENDUM

LOT   137      POD  F

TEHBERGE - BOITEAU

PREVIOUS CONTRACT AMT:                          $ 356,975

DEVELOPER DISCOUNT:                               ($ 5,000)
(to be applied towards closing costs)

PURCHASER *Marisol Boiteau*                   DATE *Dec 30th, 2005*

PURCHASER *Paul G*                               DATE *Dec 30th/05*

PRINCETON HOMES *Liz Beaty*                   DATE *12/30/05*

ST. JAMES GOLF CLUB.
511 NW Dover Court • Port St. Lucie, Fl. 34983
tel 772.340.7879 • fax 772.340.7877 • www.princeton-homes.org



Jan 11 06 10:48a     Paul Theberge          603-847-8470                    p.8

# ADDENDUM TO CONTRACT REQUEST
## DRAFT

Date: 01/11/06
Options Addendum: 1
Pod F – Lot 137
Model: Sherwood

| | |
|---|---|
| PREVIOUS CONTRACT AMOUNT | $ 356,975.00 |
| Color Selection and Added Options | $ 22,335.00 |
| Closing Costs Paid By Princeton Homes, Inc. | $0.00 |
| REVISED CONTRACT AMOUNT | $ 379,310.00 |

*(handwritten notes):* MB / Jan 11th/06
$5,000.00 see enclosed "Addendum to contract Request" signed by all parties Dec 30th 06

DISCLOSURE: BUYER IS AWARE THAT CERTAIN ITEMS REQUESTED IN THIS REQUEST MAY NOT BE AVAILABLE AND/OR ARE SUBJECT TO APPROVAL BY THE CONSTRUCTION DEPARTMENT. SHOULD ANY ITEM NOT BE APPROVED, THE MONIES PAID FOR THAT ITEM WILL BE REFUNDED. PRICES FIRM WITH THE EXCEPTION OF AN INCREASE IN MATERIAL OR LABOR PRICE TO US THAT MAY OCCUR BETWEEN THE TIME OPTIONS ARE SELECTED AND ORDERS ARE PLACED.

PURCHASER _Margot Boileau_          DATE 01/11/06

PURCHASER _Paul Otter_              DATE 01/11/06

PRINCETON HOMES _Richa Nadine_      DATE 01.11.06

Jan 11 06 10:48a     Paul Theberge          603-847-8470          p.2

## Princeton Homes at St. James Golf Club
### OPTION SELECTIONS - DRAFT

Date: _____
Options Addendum: 1
Customer: **Paul R. Theberge**
Model: **Sherwood**
Location: Pod F - Lot 137

### Electrical Options

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 3 | Additional Cable Jack | X | $ 75.00 | 1 | $75.00 | See Floor Plan for Location |
| 5 | Additional Phone Jack | X | $ 75.00 | 1 | $75.00 | See Floor Plan for Location |
| | | | | Total | $150.00 | |

### Plumbing Options

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 43 | Kitchen-Stainless Steel 70/30 / #2237/3 / 28"x18" | X | $ 875.00 | 1 | $875.00 | Single Hole Undermount |
| | | | | Total | $875.00 | |

### Counters

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 2 | Granite - 4" Backsplash standard edge - Level 1 | X | $ 6,170.00 | 1 | $6,170.00 | Real Stone; Colour: New Venezian Gold; Edge: Full B/N; Sink: Single Hole Undermount |
| 33 | For Undermount - Each | X | $ 250.00 | 1 | $250.00 | Location: Kitchen |
| | | | | Total | $6,420.00 | |

### Cabinets

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 1 | Level 1 Kitchen and Baths | X | $ 0.00 | 1 | $0.00 | Cabinet Style: Standard Raised White Thermofoil Panel |
| 6 | 2 1/2" Crown on Cabinets | X | $ 795.00 | 1 | $795.00 | White Thermofoil |
| | | | | Total | $795.00 | |

### Range

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 4 | JBP63WHWW Coun Top, Self Clean, Clearview - White | X | $ 340.00 | 1 | $340.00 | Colour: White on White |
| | | | | Total | $340.00 | |

### Refrigerator

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 4 | GSS25WG SXS 24.9 cu.ft. Glass, Disp. Filtr - White | X | $ 300.00 | 1 | $300.00 | |
| | | | | Total | $300.00 | |

### Dishwasher

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 1 | Standard Dishwasher - GSD2200 - White | X | $ 0.00 | 1 | $0.00 | |
| | | | | Total | $0.00 | |

Page 1

*MB*
*Jan 11th/06*

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|-----|------|--------|-------|------|-----------|----------------|
| 1 | Standard Handrails - Oyster/White | X | $7.00 | 1 | $0.00 | |
| | | | | Total | $0.00 | |

## Flooring – Std Floor Tile Area

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|-----|------|--------|-------|------|-----------|----------------|
| 3 | Foyer, Kitchen, Laundry - Tile - Level 3 | X | $505.00 | 1 | $505.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand Set Diagonal |
| 7 | Foyer, Kitchen, Laundry - Tile Diag. Surcharge | X | $210.00 | 1 | $210.00 | |
| | | | | Total | $715.00 | |

## Flooring – Extended Foyer

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|-----|------|--------|-------|------|-----------|----------------|
| 12 | Ext. Foyer - Tile - Level 3 | X | $295.00 | 1 | $295.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand Set Square |
| 16 | Ext. Foyer - Tile Diag. Surcharge | X | $60.00 | 1 | $60.00 | |
| | | | | Total | $355.00 | |

## Flooring – Guest Hall

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|-----|------|--------|-------|------|-----------|----------------|
| 12 | Guest Hall - Tile - Level 3 | X | $200.00 | 1 | $200.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand Set Square |
| 16 | Guest Hall - Tile Diag. Surcharge | X | $45.00 | 1 | $45.00 | |
| | | | | Total | $245.00 | |

## Flooring – Dining Room

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|-----|------|--------|-------|------|-----------|----------------|
| 12 | Dining Room - Tile - Level 3 | X | $1,265.00 | 1 | $1,265.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand Set Diagonal |
| 16 | Dining Room - Tile Diag. Surcharge | X | $215.00 | 1 | $215.00 | |
| | | | | Total | $1,480.00 | |

## Flooring – Great Room

| No. | Item | Select | Price | Qty. | Item Total | Color/Comments |
|-----|------|--------|-------|------|-----------|----------------|
| 12 | Great Room - Tile - Level 3 | X | $2,130.00 | 1 | $2,130.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand Set Diagonal |
| 16 | Great Room - Tile Diag. Surcharge | X | $350.00 | 1 | $350.00 | |
| | | | | Total | $2,480.00 | |

J.
MB
Jun. 11 th /06

Page 2

Jan 11 06 10:48a     Paul Theberge            603-847-8470          p.3

Jan 11 06 10:48a     Paul Theberge          603-647-8470              p.4

## Flooring - Bathrooms

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 5 | Master Bath - Tile - Level 3 | X | $ 260.00 | 1 | $260.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand: Set: Diagonal |
| 7 | Master Bath - Tile Diag. Surcharge | X | $ 120.00 | 1 | $120.00 | |
| 10 | Guest Bath - Tile - Level 3 | X | $ 100.00 | 1 | $100.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand: Set: Diagonal |
| | | | | Total | $420.00 | |

## Tile Packages

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 5 | Master Bath Wall - Level 3 | X | $ 1,325.00 | 1 | $1,325.00 | Style: Redondo; Colour: Noce |
| | | | | | | W499X; Size: 9x12; Grout: 985 |
| | | | | | | Sand: Set: Square |
| 9 | Master Bath Installed Deco Package - Level 3 | X | $ 350.00 | 1 | $350.00 | Still MISC FOR DETAIL |
| 12 | Guest Bath Wall - Level 1 | X | $ 0.00 | 1 | $0.00 | Style: Mercury; Colour: Beau |
| | | | | | | W6204; Size 4"; Grout: 94D |
| | | | | | | Antique White; Set: Square |
| | | | | Total | $1,675.00 | |

## Flooring - Master Bedroom

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 12 | Master Bedroom - Tile - Level 3 | X | $ 2,175.00 | 1 | $2,175.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand: Set: Diagonal |
| 16 | Master Bedroom - Tile Diag. Surcharge | X | $ 350.00 | 1 | $350.00 | |
| | | | | Total | $2,525.00 | |

## Flooring - Bedroom 2

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 12 | Bedroom 2 - Tile - Level 3 | X | $ 815.00 | 1 | $815.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand: Set: Diagonal |
| 16 | Bedroom 2 - Tile Diag. Surcharge | X | $ 140.00 | 1 | $140.00 | |
| | | | | Total | $955.00 | |

## Flooring - Den/Bedroom 3

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 13 | Bedroom 3/Den - Tile - Level 3 | X | $ 815.00 | 1 | $815.00 | Style: Redondo; Colour: Noce |
| | | | | | | W5074; Size: 18"; Grout: 985 |
| | | | | | | Sand: Set: Diagonal |
| 16 | Bedroom 3/Den - Tile Diag. Surcharge | X | $ 140.00 | 1 | $140.00 | |
| | | | | Total | $955.00 | |

MB  Jan 11th/06

**Custom Paints**

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|------------|----------------|
| 1 | Paint - Entire Home - One Color | X | $1,425.00 | | $1,425.00 | Colour: To Be Determined |
| | | | | Total | $1,425.00 | |

**Color Selections**

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|------------|----------------|
| 3 | Interior Color | X | $ 0.00 | 1 | $0.00 | Colour: SW6119 Antique White |
| 4 | Roof Tile Color | X | $ 0.00 | 1 | $0.00 | Colour: Nutmeg |
| 6 | Fascer Color | X | $ 0.00 | 1 | $0.00 | Colour: Camel |
| 7 | Trim Color | X | $ 0.00 | 1 | $0.00 | Colour: SW6120 Believable Buff |
| 8 | Body Color | X | $ 0.00 | 1 | $0.00 | Colour: SW6137 Burlap |
| 9 | Garage Door | X | $ 0.00 | 1 | $0.00 | Colour: SW6120 Believable Buff |
| 10 | Kitchen Cabinet Color | X | $ 0.00 | 1 | $0.00 | Wohn: Style: Standard Raised White Thermofoil Panel w/ crown |
| 11 | Kitchen Cabinet Pulls Color | X | $ 0.00 | 1 | $0.00 | Finished Nickel/Knob/Football |
| 12 | Bath Cabinet Color | X | $ 0.00 | 1 | $0.00 | Ohfahn: Style: Standard Raised White Thermofoil Panel w/ crown |
| 13 | Bath Cabinet Pulls Color | X | $ 0.00 | 1 | $0.00 | Finished Nickel/Knob/Football |
| 14 | Kitchen Appliances Color | X | $ 0.00 | 1 | $0.00 | White on White; Please note range and refrigerator upgrades |
| 15 | Kitchen Counter Tops Color | X | $ 0.00 | 1 | $0.00 | Real Stone: Colour: New Venion Gold, Edge: Full BN; Sink: Single Hole Undermount |
| 16 | Marble Counters in Master Bath Color | X | $ 0.00 | 1 | $0.00 | Cultured Marble: Colour: Biscuit |
| 17 | Marble Counters in Guest Bath Color | X | $ 0.00 | 1 | $0.00 | Cultured Marble: Colour: Biscuit |
| 18 | Plumbing Master Bath Color | X | $ 0.00 | 1 | $0.00 | Fixture: Moen/Castleby/Chrome Finish: WC/ Tub: Rena |
| 19 | Plumbing Guest Bath Color | X | $ 0.00 | 1 | $0.00 | Fixture: Moen/Castleby/Chrome Finish: WC/ Tub: Rena |
| 20 | Tile Master Bath Color | X | $ 0.00 | 1 | $0.00 | Style: Redondo; Colour: Noce W5074; Size: 18"; Grout: 9k5 Sand; Set: Diagonal |
| 21 | Wall Master Bath Color | X | $ 0.00 | 1 | $0.00 | Style: Redondo; Colour: Noce W4990; Size: 9x12; Grout: 989 Sand; Set: Square |
| 22 | Tile Guest Bath Color | X | $ 0.00 | 1 | $0.00 | Style: Redondo; Colour: Noce W5074; Size: 18"; Grout: 9k5 Sand; Set: Diagonal |
| 23 | Wall Guest Bath Color | X | $ 0.00 | 1 | $0.00 | Style: Mercury; Colour: Hona W6204; Size: 6"; Grout: 940 Antique White; Set: Square |
| 24 | Kitchen Sink Color | X | $ 0.00 | 1 | $0.00 | Stainless 70/30, Single Hole Undermount |
| 25 | Kitchen Faucet Color | X | $ 0.00 | 1 | $0.00 | Style: Moen/Salora/Chrome Finish: Single Hole Mount No Plate |
| | | | | Total | $0.00 | |

MB  Jan 11/06

| Misc Item No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 1 | ELECTRICAL - ADEL DUPLEX OUTLET | X | $ 75.00 | | $75.00 | See Floor Plan for Location |
| 2 | TILE - LISTELLO DETAIL | X | $ 0.00 | | $0.00 | Listello to be placed @shower 5' off & tub wall perimeter. W3612 Multi Listello 4X8 "Tolisso" |
| 3 | ELECTRICAL - PENDANT PREWIRE/CAPPED | X | $ 150.00 | | $150.00 | Location: Centered over Kitchen Bar |
| | | | | Total | $225.00 | |

Page 5

Y1-
MJB.
Jan 11th/06.

| Total Options Cost | | | | Total | $22,335.00 |

By signing below, Buyer(s) agree that the options selected above are finalized and cannot be changed after the execution date of this document.

_Paul R. Theberge_

Paul R. Theberge (Buyer)

_Marisol Boiteau_

Marisol Boiteau (Buyer)

_01 /11 / 06_

Date

Jan 11 06 10:49a   Paul Theberge        603-647-8470                P.9



Options Addendum 1 Sketch

*Manoo Boiteau  01/11/05*