# EXHIBIT

# "A"

Aug 15 2005 3:04PM  Princeton Homes          7723407877          P.1

PURCHASE AGREEMENT
TERMS AND CONDITIONS

This agreement made **Saturday, July 16, 2005**, by Princeton Homes, Inc., hereinafter called "Princeton" or "Contractor" and **Frank A. Gumina and Rosemarie Gumina** who presently resides at **4853 NW 54th Avenue, Coconut Creek, FL 33073, Phone-954-426-8699 or 954-461-0579** hereinafter called the "Buyer".

WITNESSETH: PRINCETON AND BUYER for good and valuable consideration as hereinafter set forth, do mutually agree as follows:

1. AGREEMENT TO SELL. Purchaser agrees to buy the Lot and Home **Lot 88 of St. James Golf Club Pod D, 503 NW Ashton Way Port St. Lucie, FL 34983** from Princeton upon the terms and conditions as indicated below:

| Cost Breakdown | |
|---|---|
| Home Price: (Model – Oxford – Left ) | $ 323,900.00 |
| Lot Premium: | $ 69,000.00 |
| Structural Options: | $ 9,585.00 |
| Options Selected: | TBD |
| Lot Price: | $ 39,000.00 |
| Total Sales Price: | $ 441,485.00 |
| Less Deposit Received at Contract Signing: | $ 86,380.00 |
| Balance of Purchase Price due at Closing plus costs of closing as noted below: | $ 355,105.00 |

2. MORTGAGE PROVISIONS. The Purchasers' obligations herein are conditioned upon their securing financing from a lending institution (Lender) for the purchase of the real estate and construction of the residence. Purchaser will provide all required application materials within 5 days after the execution of this agreement and will use best efforts and due diligence to satisfy the terms and conditions of the commitment and close the loan. In the event the Purchasers after such efforts are unable to secure such financing within 20 calendar days after the execution of this contract, Princeton may declare this contract null and void, whereupon Princeton shall return the Deposit to the Buyer, and neither party shall have any further liability hereunder.

3. CONSTRUCTION.

3.1. CONSTRUCTION. Princeton agrees to construct the Home in accordance with industry standards prevailing in the City of Port St. Lucie, in substantial conformance with the plan and specifications attached hereto as Exhibits A and B. Purchaser understands that the floor plan of Purchaser's Home may be the reverse or mirror image of the floor plan of any model or the floor plan shown on the sales brochure or other materials, and that dimensions are approximate. Purchaser acknowledges that Princeton may make modifications, changes or omissions to the Home if required by governmental authority, that the location of telephone, electric, cable TV and other utility outlets are subject to reasonable change, and that materials are subject to shading and gradation and may vary from samples, models or color charts.

3.3. COMPLETION. Within 210 working days of the start of construction, excluding days lost due to weather or other Acts of God.

3.4. INTERFERENCE WITH CONSTRUCTION. Prior to the closing neither Purchaser nor anyone working on Purchaser's behalf may put any property in the Home, interfere with the progress of construction, perform any work or make any changes to the Home.

3.5. COMPLETEION. The issuance of a certificate of occupancy for the Home will conclusively establish completion of Purchaser's Home and Purchaser's unconditional obligation to close.

**3.6. ADDITIONAL COSTS.** If any new statute, ordinance, regulation or building code, or any change to same adopted by a governmental body after the date hereof causes a change in cost to the home, that cost, with no profit or overhead attached, may be added to the purchase price due from Purchaser at closing.

**3.7. CONDITIONS.** If Princeton cannot obtain all utilities, permits and authorizations necessary to construct the Home in accordance with Princeton's current plans and specifications in a reasonable time, Princeton may refund all deposits and terminate this Contract.

**3.8. UTILIZATION OF DEPOSIT FOR CONSTRUCTION.** The deposits received as acknowledged above shall be utilized only for work performed onsite in connection with construction of the Home.

## 4. CLOSING.

**4.1. DATE AND PLACE OF CLOSING.** Princeton will notify Purchaser in writing of the time, place and date of closing, which will be at least 7 days from the date of Princeton's notification unless Purchaser agrees to appear at an earlier closing date. The Closing will be after a certificate of occupancy is issued for Purchaser's Home. If Purchaser fails to close on the date and time set Purchaser will be in default, with time being of the essence. Princeton may permit the closing, including where applicable, the closing of Purchaser's mortgage, to be effected by mail, and within 24 hours after Purchaser receives the closing documents Purchaser will return them to Princeton properly executed and notarized when needed, along with all monies and closing costs, by overnight delivery. Otherwise Purchaser (and Purchaser's spouse if required by the lender's documents) will be required to appear at the time, place and date set forth in Princeton's notice in order to effectuate the closing with any other persons required to execute the closing documents.

**4.2. TITLE.** At the closing Princeton will convey good and marketable title to Purchaser's Home by statutory warranty deed, subject only to the following: conditions, restrictions, limitations, reservations, agreements, declarations, dedications and easements of record, and existing zoning, as of the date of closing; taxes including city utility and stormwater assessments, for the year in which the closing occurs and all subsequent years and pending governmental liens; facts that an accurate surveyor would disclose; and any mortgage executed by Purchaser at closing.

**4.3. CLOSING DOCUMENTS and COSTS.** At the closing Purchaser will execute any documents required to effectuate the closing of this Contract, the release of all escrowed deposits to Princeton, and, where applicable, the closing of Purchaser's mortgage. At the closing Purchaser will pay the following via bank funds or by cashier's check:

4.3.1. The balance of the total purchase price, as it may be adjusted pursuant to this Contract.

4.3.2. If Princeton anticipate taxes for the current year will not be separately assessed for Purchaser's Home, Purchaser will pay Princeton a pro rata portion of the estimated real estate taxes for Purchaser's Home and Princeton will pay the real estate taxes for the current year. If Princeton anticipate current taxes will be separately assessed for Purchaser's Home, Princeton will reimburse Purchaser for Princeton's pro rata share of such taxes upon presentation of a tax bill based upon the maximum discount for early payment, unless the tax bill has been issued or paid by Princeton in which event taxes will be appropriately prorated at the closing. If real estate taxes are prorated pursuant to this paragraph prior to the issuance of the actual tax bill, then upon the issuance of the actual tax bill we will reprorate taxes if either of us so request, based upon the maximum discount for early payment.

4.3.3. Any deposits and installation charges for utilities, cable, telephone and power.

4.3.4. A prorated portion of the periodic assessment of any applicable homeowners association, plus the required repair reserve contribution (3 months assessment).

4.3.5. Documentary stamps and recording costs for Purchaser's deed.

4.3.6. The amount of any lenders title insurance policy required by Purchaser's lender, if any. The amount of the owners title insurance policy, and any abstracting or title update charges, along with costs of insurance associated with the construction.

4.3.7. Charges imposed by Bank (if applicable) or title company, or their affiliates for their appraisal, inspection, document preparation and other services performed in connection with Purchaser's purchase. None of those payments are made to Princeton.

4.3.8. Mortgage loan closing costs imposed by Purchaser's lender.

All prorations and charges will be made as of the closing date originally set by Princeton, except that if the closing date is extended at Princeton's request the prorations and charges will be made as of the delayed closing date. If Purchaser cause a delay in the closing date, at the closing Purchaser will pay Princeton, in addition to all other sums required, an amount equal to 18% per year calculated on a daily basis on the total purchase price less any deposits, from the date Princeton originally set for closing to the actual date of closing. This charge will neither be in place of nor modify Princeton's right to declare Purchaser in default if Purchaser fails to close on the date set by Princeton.

4.4. TITLE-INSURANCE. A title insurance commitment issued by a financially responsible title insurance company selected by Princeton for an ALTA (Form B) Owners Title Insurance Policy will be furnished to Purchaser 7 days prior to the closing, if requested by Purchaser or Purchaser's representative. Additionally, copies of all exceptions may be reviewed by Purchaser or Purchaser's representative at Princeton's office upon reasonable notice. Within a reasonable time after the closing Princeton will have a title insurance policy issued to Purchaser in the amount of the total purchase price, unless Purchaser elect for Princeton not to provide a title insurance policy. The title insurance policy will provide for standard exclusions and exceptions, and the exceptions set forth above. In any event Princeton will not be required to provide Purchaser with an abstract for Purchaser's Home.

5. WARRANTY. At the closing Princeton will give Purchaser Princeton's standard one-year limited construction warranty and a 10 year limited structural warranty provided by an independent entity. Princeton's warranty specifically excludes any consumer products, including appliances and heating/air conditioning systems, although Princeton will give Purchaser at closing or within a reasonable time thereafter all warranties received by Princeton from the manufacturers of any new appliances, equipment, fixtures, or other consumer products in Purchaser's Home. There are no warranties which extend beyond the description on the face of Princeton's warranty, and any implied warranties, including but not limited to, any implied warranty of fitness for a particular purpose or an implied warranty of merchantability, are hereby excluded. Princeton's sole liability in the event of any defect in any design, workmanship and/or materials will be to correct or replace same, provided Purchaser give Princeton written notice of such defect as provided in Princeton's warranty. Princeton will not be liable for damages or injury to any improvements Purchaser make in Purchaser's Home, or to Purchaser's personal property, or for any consequential damages including, but not limited to, inability to possess Purchaser's Home, inconvenience, or loss of time, due to any defects.

6. DEED RESTRICTIONS AND DECLARATIONS. Purchaser understands that title to Purchaser's Home will be subject to the Declaration of Covenants, Conditions and Restrictions for St. James Golf Club (the "St. James Golf Club Declaration"), as well as to the golf course Reciprocal Easement and Operating Agreement and all exhibits and amendments thereto, copies of which are or shall be available for Purchaser's inspection in Princeton's sales office. Purchaser acknowledge the declarations contain various use and maintenance restrictions which Purchaser will be required to comply with, and which require Purchaser to obtain approval from Princeton or from a homeowners or property owners association prior to making any exterior changes to Purchaser's Home or to Purchaser's landscaping. Pursuant to the declarations, Purchaser will be required to be a member of and pay assessments to the St. James Golf Club Homeowner's Association, and the Association will have a lien against Purchaser's Home to secure the payment of the assessments. Purchaser acknowledge that any information Princeton have given Purchaser regarding the amount of any such assessments is an estimate, and that the actual assessments may be adjusted from time to time in accordance with the Declarations.

7. NO LIEN. Purchaser hereby waive any lien rights, legal or equitable, which might be available to Purchaser by virtue of this Contract, and Purchaser agree this Contract is subordinate to any mortgage now or hereafter executed by Princeton which encumbers Purchaser's Home, but any such mortgage will be released as to Purchaser's Home upon Purchaser's closing.

8. DAMAGE. If a casualty occurs to the property prior to closing, Princeton may, at Princeton's option, either cancel this Contract and return the deposit, without interest, in which event this Contract shall become void and of no effect, or rebuild as soon as possible, in which event this Contract shall be in full force and effect, the completion date herein set forth shall be extended for the amount of time lost by such casualty. Purchaser shall not have an interest in any insurance proceeds paid on account of said casualty.

9. BROKERS. Princeton and Purchaser confirm to each other that, unless superceded by an addendum attached hereto, neither has employed nor utilized the services of a real estate broker in connection with this Purchase.

10. **INSPECTION PRIOR TO CLOSING AND SERVICE.** Prior to closing Purchaser will be given the opportunity to inspect Purchaser's Home with Princeton and make a reasonable list of any work (the "Punch List") which is defective or has not been completed. If Purchaser does not attend the inspection, Princeton's customer service representative will complete a punch list, which Purchaser will be bound by. Princeton will complete the items set forth on the list within a reasonable time after the closing, and except for items covered by Princeton's warranty, Princeton will not be responsible for any other defects or repairs.

11. **RADON GAS.** The following notification is required by Florida Statutes, Section 404.056: Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from Princeton's county public health unit.

12. **INSULATION.** The type, thickness, and R-value of the insulation Princeton will install in each part of Purchaser's Home is set forth below. Purchaser understands that only the air conditioned envelope of Purchaser's Home will be insulated. Princeton will have the right to substitute insulation so long as the R-value is equal to or greater than that set forth below. Purchaser understand the R-values set forth below are supplied by the manufacturer, and Princeton will have no liability if the R-value is, in fact, different than that indicated.

|  | Type | R-Value |
|---|---|---|
| Exterior CBS Walls | Foam Injection | 11.6 |
| Ceiling (excluding garage) | Blown insulation or Fiberglass Batt | 19 |
| Adjacent Garage Wall (between garage and living area) | Fiberglass Batt | 11 |

13. **MISCELLANEOUS.**

13.1. This Contract is binding upon the Parties and their respective heirs, legal representatives, successors and assigns, and all of the provisions will survive the closing. However, neither Purchaser nor Princeton may assign this Contract. The provisions of this Contract shall survive the closing.

13.2. This Contract constitutes our entire agreement, and no representations or inducements made by sales persons or otherwise which are not contained in this Contract are binding on Princeton. This Contract may not be amended or modified except by an instrument in writing signed by us. Brochures and advertising representations and illustrations constitute general concepts only, and are subject to change and modification at Princeton's discretion.

13.3. Purchaser may not record this Contract or any notice or memorandum thereof in any public records, and any recording by Purchaser will be a default.

13.4. All notices and demands given under this Contract shall be in writing at the addresses set forth as indicated in this Contract. However, Purchaser agrees that any notice by Princeton of a closing or any extension of a closing may be given orally, by telephone, telegram, or any other means.

13.5. Venue for purposes of interpretation or enforcement of the provisions of this Contract shall be St. Lucie County, Florida.

13.6. Time is of the essence insofar as Purchaser's performance under this Contract is concerned, including Purchaser's obligation to close.

13.7. If after closing an error is discovered in any closing document, including where applicable, any mortgage loan closing document, the Parties agree to execute any further documents and/or to pay any amount required to correct the error.

13.8. Purchaser acknowledges that Princeton has made no representation or warranty as to the manner in which Princeton or any other builder or developer may develop any other lot or property in St. James Golf Club, and that the type, size, location price, and nature of other homes and improvements that may be constructed in the future are subject to change.

13.9. Any increase in permit or impact fees by the City of Port St. Lucie, St. Lucie County or other governmental entity accruing after the date hereof but prior to permit issuance shall be added to the Purchase Price of the home.

13.10 The following exhibits are attached hereto and made a part hereof if executed by us:

  Exhibit "A" Site Plan

  Exhibit "B" Standard Features

  Exhibit "C" Options Selected

14. DISCLOSURE REGARDING WATER BODIES. Purchaser understands and acknowledges that any lakes, wetlands, conservation or preserve areas are designed as water management and conservation areas and are not designed as aesthetic features. Due to fluctuations in ground water elevations within the immediate area, the water levels will rise and fall. Purchaser understands and acknowledges that Princeton have no control over ground water elevations.

15. DISCLOSURE RE: CONSTRUCTION ACTIVITIES. All buyers, occupants and users of the property are hereby placed on notice that Princeton and/or its affiliates, agents, contractors, subcontractors, licensees and other designees, successors or assignees will be, from time to time, conducting excavation, construction and other activities within or in proximity to the property and the community, both the building of new homes along Purchaser's street and land or street development elsewhere in the St. James Golf Club. By the acceptance of their deed or other conveyance or mortgage, leasehold, license or other interest and by using any portion of the property or the community generally, each such grantee, occupant and user automatically acknowledges, stipulates and agrees (i) that none of the aforesaid activities shall be deemed nuisances or noxious or offensive activities under any applicable covenants or at law generally, (ii) not to enter upon, or allow their children or other persons under their control or direction to enter upon (regardless of whether such entry is a trespass or otherwise) any property within or in proximity to the property or the community where such activities are being conducted (even if not being actively conducted at the time of entry, such as at night or otherwise during non-working hours), (iii) Princeton, any affiliates, agents, contractors, subcontractors, licensees and other designees, successors and assignees, shall not be liable but, rather, shall be held harmless for any and all losses, damages (compensatory, consequential, punitive or otherwise), injuries or deaths arising from or relating to the aforesaid activities, (iv) any purchase or use of any portion of the property or the community has been and will be made with full knowledge of the foregoing; and (v) this acknowledgment and agreement is a material inducement to Princeton to sell, convey, lease and/or allow the use of the property or other applicable portions of the community.

THE FOLLOWING STATEMENT IS REQUIRED BY FLORIDA LAW: PURCHSER SHOULD NOT EXECUTE THIS AGREEMENT UNTIL PURCHSER HAS RECEIVED AND READ THE DISCLOSURE SUMMARY REQUIRED BY SECTION 689.26, FLORIDA STATUTES.

ANY PRICING NOT IN ACCORDANCE WITH PUBLISHED PRICES, OR ANY AMENDMENT TO THE PRE-PRINTED PROVISIONS, SHALL ONLY BE VALID AND BINDING AGAINST YOU WHEN SIGNED BY ONE OF YOUR OFFICERS.

IN WITNESS WHEREOF, Purchasers have executed this Contract on the date above written.

Frank A. Gumina (Buyer)                    PRINCETON HOMES, INC. (Contractor)

                                           BY: Gina Bochenek

                                           ITS: Sales Associate

Rosemarie Gumina (Buyer)

Date: Aug 11, 2005                         Date: 8/11/2005

Case 2:09-md-02047-EEF-MBN  Document 6738-2  Filed 12/29/10  Page 8 of 22

Princeton Homes at St. James Golf Club

## STRUCTURAL OPTION SELECTIONS - FINAL

Customer: **Frank A. Gumina**
Model: **Oxford**
Location: Pod.D - Lot 88

**Structural Options**

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| 2 | 14' x 32'4" Extended Lanai | X | $ 4,050.00 | 1 | $4,050.00 | |
| 4 | Screen Standard Lanai | X | $ 2,125.00 | 1 | $2,125.00 | |
| 6 | Access Door in Garage | X | $ 650.00 | 1 | $650.00 | |
| 9 | Whirpool Tub in Master | X | $ 1,960.00 | 1 | $1,960.00 | |
| 10 | Bath #2 Shower in Lieu of Tub | X | $ 800.00 | 1 | $800.00 | |
| | | | | Total | $9,585.00 | |

By signing below, Buyer(s) agree that the structural options selected above are finalized and cannot be changed after the execution date of this document.

*[signature]*

Frank A. Gumina (Buyer)

*[signature]*

Rosemarie Gumina (Buyer)

*Aug 11, 2005*

Date

Aug 15 2005 3:06PM   Princeton Homes     7723407677        P.8



(All Dimensions Shown Are Subject to Change Without Notice)

Exhibit A: Oxford

# DISTINCTIVE FEATURES

**COMMUNITY FEATURES:**
- Located in Port St. Lucie, east of the Turnpike, minutes from I-95, beaches, shopping, fine dining and recreation
- Elegant gated entrance
- Championship 18-hole golf course
- Residents clubhouse with tennis courts, fitness room and tot lot
- Community pool and spa.

**OUTSIDE YOUR HOME:**
- CBS Construction
- Foam injected Owens Corning insulation
- Monitored engineering
- Termite-treated, steel-reinforced concrete foundation
- Steel-reinforced concrete-block construction
- Mediterranean-S-style cement tile roofs
- Tumbled-brick paver driveway, walkway and front entry
- Automatic garage door openers with two remotes
- Steel-reinforced garage doors with decorative raised-panels
- Eight-foot entry doors with glass side lights (per plan)
- Selection of coordinated exterior color combinations
- Aluminum window frames with screening on all operable windows
- Pre-finished vented aluminum soffits
- 5/8" CDX roof sheathing
- 1/2" CDX wall sheathing
- Weatherproof G.F.I. electrical outlets (per plan)
- Textured exterior stucco with architectural banding
- Decorative coach lights on garage (per plan)
- Hose bibs conveniently located
- Protective hurricane panels for all windows and glass panel doors
- Ten-year Manufacturer warranty fascia

**INSIDE YOUR KITCHEN:**
- GE® appliance package including:
- 21.7 cu. ft. side-by-side refrigerator with "easy touch" ice and water dispenser in the door
- Self-cleaning full-size electric range with "easy touch" controls
- Undercounter multi-cycle energy efficient dishwasher
- Built-in microwave
- European-style cabinetry with 42" upper cabinets, in a choice of designer colors
- Easy-care mica countertops in choice of colors with 4" backsplash
- Stainless Steel 50/50 overmount with 1/3 hp disposal and Moen® faucet with pull out sprayer
- Spacious pantry for added storage (per plan)
- Tile Flooring
- Kitchen Options
- Talk to your new-home consultant about available options and upgrades

**INSIDE YOUR HOME:**
- 10' ceiling heights (Sheffield Series)
- 11' 4" ceiling heights (Stratford Series)
- 8' raised panel interior doors
- Spacious secondary bedrooms
- 13" x 13" ceramic tile floors in the foyer, laundry room, kitchen, and bathrooms (per plan)
- Plush wall-to-wall carpeting with stain control treatment
- Alarm system with keypad
- Walk-in closets (per plan)
- Spacious linen closets (per plan)
- Separate laundry room
- High-efficiency central air conditioning and heating system
- Knockdown-textured walls and ceilings
- Custom lighting detail throughout, including hi-hats and pre-wiring (per plan)
- Modern locker-style electrical switches
- Ceiling fan pre-wire in family room, living room, covered lanai and all bedrooms (per plan)
- Cable TV RG-6 quad-shield wiring in family room,

den, great room and bedrooms (per plan)
- High-speed CAT5 telephone wiring in kitchen, all bedrooms and den with 4-line telephone capability (per plan)
- Colonial-style 6-panel doors throughout with decorative antique brass hardware (per plan)
- Colonial-style wood door trim and baseboards
- Colonial-style bi-fold closet doors
- Cultured marble window sills throughout home
- Energy-efficient R-19 ceiling insulation
- 50-gallon quick-recovery hot water heater
- Copper plumbing supply lines
- Smoke detectors throughout home (per plan)

**INSIDE YOUR BATHS:**
- Dual vanities in master bath
- European style vanities
- Luxurious Roman tub in master bath
- Clear glass enclosed shower in master bath with chrome frame enclosure
- Cultured marble countertops with backsplash and integrated sinks in a choice of colors
- Designer lighting in guest bath
- Ceramic-tile floors in all wet areas
- Moen® faucets
- Elongated water closets
- 36" European-style cabinetry in a choice of colors
- Oversized bathroom mirrors and designer medicine cabinets with beveled edges
- Glass-block (see plan, select models)
- Linen closets
- Ceramic bath accessories

**WELCOME HOME BENEFITS:**
- 10-year HBW VI Builders Warranty
- Full 1 year Builders Warranty
- Fully irrigated Yard
- Floratam Sod
- Tropical landscaping package
- Designer mailbox
- 200 AMP electrical service



**ST. JAMES**

511 Taft Dowel Ct., Port St. Lucie, FL 34982 • P 772-340-7877 • F 772-340-7877

**Exhibit B: Standard Features**

Dear Valued Homeowner:

As a liability protection requirement we cannot have homeowners touring homes under construction, unless accompanied by a company representative.  Your salesperson will be glad to set up a "framing stage" walk-through of the house for you, so you can assess the progress of your house at the mid-construction stage. Otherwise, a final walk-through and orientation will be scheduled when your house is completed.

Thank you for your cooperation while we bring you a quality home in a timely manner.

_____
Purchaser's Acknowledgement

_____
Purchaser's Acknowledgement

_____
Salesperson's Acknowledgement

Aug 15 2005 3:07PM   Princeton Homes          7723407877          p.11

**City of Port St. Lucie Building Department Property Owner's Affidavit**
**For Owner's of Property**
**Who Are Contracting To Have a Dwelling Constructed.**

Name of Owners: Frank A. Gumina

Rosemarie Gumina

Owner's Current Address: 4853 NW 54th Avenue, Coconut Creek, FL. 33073
                         Street,                City,        State, Zip

Address of Property: 503 NW Ashton Way, Port St. Lucie, FL 34983

Legal Description: Lot 88 of Pod D, St. James Golf Club

Parcel ID (if available): _____

Name of Contractor: Certified Building Contractors

Address of Contractor: 747 SW Macedo Blvd Port St. Lucie, FL 34983

Contractor License No. CGC 016291                      4514
                       State of Fl.                     City of PSL

We (I), affirm that we, (I), own the above property and have contracted with, and fully
authorize the above contractor to apply for and obtain all required Building Permit(s).

+ _____
  Signature of Owner

+ _____
  Signature of Owner

Sworn and Subscribed before me this _____ day of _____ 20____
The above is personally known to me or has produced _____
As identification. Number _____ Exp. Date _____

Witness _____    Notary Public _____
        Signature                   State of _____ County of _____

Property owners affidavit effective date 08/01/99
grappa\wp60\paula\propertyownersaffidavit726
replaces all other property owner affidavits.

# ADDENDUM TO CONTRACT REQUEST
## DRAFT

Date: _____
Options Addendum: 1
Pod D - Lot 88
Model: Oxford

| | |
|---|---|
| PREVIOUS CONTRACT AMOUNT | $ 441,485.00 |
| Color Selection and Added Options | $ 51,601.25 |
| Closing Costs Paid By Princeton Homes, Inc. | $ 0.00 |
| REVISED CONTRACT AMOUNT | $ 493,086.25 |

#2 (450) archcredit = $492636.25

**DISCLOSURE: BUYER IS AWARE THAT CERTAIN ITEMS REQUESTED IN THIS REQUEST MAY NOT BE AVAILABLE AND/OR ARE SUBJECT TO APPROVAL BY THE CONSTRUCTION DEPARTMENT. SHOULD ANY ITEM NOT BE APPROVED, THE MONIES PAID FOR THAT ITEM WILL BE REFUNDED. PRICES FIRM WITH THE EXCEPTION OF AN INCREASE IN MATERIAL OR LABOR PRICE TO US THAT MAY OCCUR BETWEEN THE TIME OPTIONS ARE SELECTED AND ORDERS ARE PLACED.**

PURCHASER _____ DATE 11/9/05

PURCHASER _____ DATE 11/9/05

PRINCETON HOMES _____ DATE 11.09.2005

Aug 21 2006 12:32PM   Princeton Homes   7723407877   P.3

Princeton Homes at St. James Golf Club
OPTION SELECTIONS – DRAFT

Original to Master File
cc:   DC 1 & 2
      MaryEllen
      Homeowner

Date: 11/9/05
Options Addendum: 1
Customer: Frank A. Gumina
Model: Oxford
Location: Pod D – Lot 88

**Electrical Options**

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| 1 | Programmable Thermostat | X | $ 110.00 | 1 | $110.00 | |
| 3 | Additional Cable Jack | X | $ 75.00 | 1 | $75.00 | Location: Kitchen - See Floor Plan |
| 10 | Designated Receptacle - For Freezer Only | X | $ 240.00 | 1 | $240.00 | In Laundry Room - see floor plan |
| 11 | Under Cabinet Lighting-Kitchen | X | $ 1,300.00 | 1 | $1,300.00 | Valance: AYA; Style: Charleston; Colour: Terra Maple |
| 17 | Upgrade Lighting Package #3 | X | $ 550.00 | 1 | $550.00 | |
| 19 | 3 Additional Garage Outlets | X | $ 350.00 | 1 | $350.00 | See Floorplan |
| | | | | Total | $2,625.00 | |

**Plumbing Options**

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| | Kitchen-Stainless Steel 70/30 / #223T2/3 / 28"x18" | | $ 875.00 | 1 | $875.00 | Set: Single Hole/Undermount |
| | | | | Total | $875.00 | |

**Counters**

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| | Granite - 18" Backsplash Standard Edge - Level 1 | | $ 8,865.00 | 1 | $8,865.00 | REAL STONE; Colour: Tan Brown; Edge: Std Bullnose; Single Hole Undermount |
| 28 | For Undermount - Each | X | $ 250.00 | 1 | $250.00 | Location: Kitchen |
| | | | | Total | $9,115.00 | |

**Cabinets**

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| | Level 4 Kitchen and Baths | | $ 4,540.00 | 1 | $4,540.00 | AYA; Style: Charleston; Colour: Terra Maple |
| | 3" Crown on Cabinets | | $ 750.00 | 1 | $750.00 | |
| 14 | Single Lite Glass Door Front - Each - Level 1 | X | $ 200.00 | 1 | $400.00 | See Floor Plan |
| 16 | Upper Cabinets to Match Interior | X | $ 210.00 | 1 | $210.00 | AYA; Style: Charleston; Colour: Terra Maple |
| | | | | Total | $5,900.00 | |

**Appliances**

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| | Standard Package is White on White | | $ 0.00 | 1 | $0.00 | |
| | | | | Total | $0.00 | |

RG   11-9-05

11-9-05

Aug 21 2006 12:32PM  Princeton Homes                7723407877

## Flooring – Std. Tile Areas

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
|  | Kitch/Laund/Foyer – Tile - Level 5 |  | $ 945.00 | 1 | $945.00 | Style: New Trier; Colour: Beige |
|  |  |  |  |  |  | W4644; Size: 18"; Grout: 940 |
|  |  |  |  |  |  | Antique White; Set: DIAGONAL |
| 7 | Kitch/Laund/Foyer - Tile Diag. Surcharge | X | $ 200.00 | 1 | $200.00 |  |
|  |  |  |  | Total | $1,145.00 |  |

## Flooring – Dining Room

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
|  | Dining Room – Tile - Level 5 |  | $ 1,115.00 | 1 | $1,115.00 | Style: New Trier; Colour: Beige |
|  |  |  |  |  |  | W4644; Size: 18"; Grout: 940 |
|  |  |  |  |  |  | Antique White; Set: DIAGONAL |
| 15 | Dining Room - Tile Diag. Charge | X | $ 140.00 | 1 | $140.00 |  |
|  |  |  |  | Total | $1,255.00 |  |

## Flooring – Living Room

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
|  | Living Room – Tile - Level 5 |  | $ 2,680.00 | 1 | $2,680.00 | Style: New Trier; Colour: Beige |
|  |  |  |  |  |  | W4644; Size: 18"; Grout: 940 |
|  |  |  |  |  |  | Antique White; Set: DIAGONAL |
| 15 | Living Room - Tile Diag. Charge | X | $ 320.00 | 1 | $320.00 |  |
|  |  |  |  | Total | $3,000.00 |  |

## Flooring – Family Room

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
|  | Family/Nook/Gst Hall – Tile - Level 5 |  | $ 3,635.00 | 1 | $3,635.00 | Style: New Trier; Colour: Beige |
|  |  |  |  |  |  | W4644; Size: 18"; Grout: 940 |
|  |  |  |  |  |  | Antique White; Set: DIAGONAL |
| 15 | Family/Nook/Gst Hall - Tile Diag. Charge | X | $ 410.00 | 1 | $410.00 |  |
|  |  |  |  | Total | $4,045.00 |  |

## Flooring – Guest Hall

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
|  | Hall to Bed 4 – Tile - Level 5 |  | $ 860.00 | 1 | $860.00 | Style: New Trier; Colour: Beige |
|  |  |  |  |  |  | W4644; Size: 18"; Grout: 940 |
|  |  |  |  |  |  | Antique White; Set: DIAGONAL |
| 15 | Hall to Bed 4 - Tile Diag. Charge | X | $ 100.00 | 1 | $100.00 |  |
|  |  |  |  | Total | $960.00 |  |

## Flooring – Master Bedroom

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
|  | Master Bedroom - Carpet - Level 4 |  | $ 290.00 | 1 | $290.00 | Style: Chapel Point; Colour: 751 |
|  |  |  |  |  |  | Golden Wheat |
| 8 | Master Bedroom - Carpet - Pad Level 2 | X | $ 90.00 | 1 | $90.00 |  |
|  |  |  |  | Total | $380.00 |  |

11/9/05
11/9/05

Aug 21 2006 12:32PM  Princeton Homes  7723407877  P.5

## Flooring - Bedroom 2

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| | Bedroom 2 - Carpet - Level 4 | | $ 145.00 | 1 | $145.00 | Style: Classic Ballad; Colour: 723 Soft Blush |
| 8 | Bedroom 2 - Carpet - Pad Level 2 | X | $ 45.00 | 1 | $45.00 | |
| | | | | Total | $190.00 | |

## Flooring - Bedroom 3

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| | Bedroom 3 - Carpet - Level 4 | | $ 145.00 | 1 | $145.00 | Style: Classic Ballad; Colour: Dawn Mist 728 |
| 8 | Bedroom 3 - Carpet - Pad Level 2 | X | $ 45.00 | 1 | $45.00 | |
| | | | | Total | $190.00 | |

## Flooring - Bedroom 4

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 16 | Bedroom 4 - Wood Level 1 | | $ 1,390.00 | 1 | $1,390.00 | Style: RW103 Castleton Oak; Colour: 20 Golden Parti# 10910 |
| | | | | Total | $1,390.00 | |

## Flooring - Bathrooms

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| | Master Bath - Tile - Level 5 | | $ 475.00 | 1 | $475.00 | Style: New Trier; Colour: Beige W3489; Size: 19"; Grout: 940 Antique White; Set: DIAGONAL |
| 7 | Master Bath - Tile Diag. Surcharge | X | $ 110.00 | 1 | $110.00 | |
| | Guest Bath 2 - Tile - Level 5 | | $ 250.00 | 1 | $250.00 | Style: New Trier; Colour: Beige W4644; Size: 18"; Grout: 940 Antique White; Set: DIAGONAL |
| 14 | Guest Bath 2 - Tile Diag. Surcharge | X | $ 60.00 | 1 | $60.00 | |
| | Guest Bath 3 - Tile - Level 5 | | $ 210.00 | 1 | $210.00 | Style: New Trier; Colour: Beige W4644; Size: 18"; Grout: 940 Antique White; Set: DIAGONAL |
| 21 | Guest Bath 3 - Tile Diag. Charge | X | $ 55.00 | 1 | $55.00 | |
| | | | | Total | $1,160.00 | |

## Tile Packages

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| | Master Bath Wall - Level 4 | | $ 1,010.00 | 1 | $1,010.00 | Style: New Trier; Colour: W4686 Beige; Size 10x13; Grout 940 Antique White; Set: Square |
| | Guest Bath 2 Wall - Level 4 | | $ 530.00 | 1 | $530.00 | Style: New Trier; Colour: W4686 Beige; Size 10x13; Grout 940 Antique White; Set: Square |
| 18 | Guest Bath 3 Wall - Level 4 | | $ 530.00 | 1 | $530.00 | Style: New Trier; Colour: W4686 Beige; Size 10x13; Grout 940 Antique White; Set: Square |
| 21 | Towel Bar Accessory Package | X | $ 235.00 | 1 | $235.00 | Location: Master Bath |
| | | | | Total | $2,305.00 | |

11/9/05
11/9/05

## Custom Paints

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| 1 | Paint - Entire Home - One Color | X | $1,980.00 | 1 | $1,980.00 | MAB# SW6119 Antique White |
| | | | | Total | $1,980.00 | |

## Insulation

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| 1 | R-19 in Garage | X | $200.00 | 1 | $200.00 | |
| 2 | R-19 Batting in Garage | X | $250.00 | 1 | $250.00 | |
| | | | | Total | $450.00 | |

## Spray Deck Area

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| | Diagonal Tile Pattern - Lanai - $3.75 sq. | | $3.75 | 647 | $2,426.25 | Colour: Natural |
| | | | | Total | $2,426.25 | |

## Crown Molding

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| 1 | Foyer, Living Room, Dining Room - Single | X | $1,005.00 | 1 | $1,005.00 | Colour: SW6142 Macadamia; SEE MISC FOR ADD'L CROWN |
| 2 | Family Room, Kitchen, Nook - Single | X | $1,060.00 | 1 | $1,060.00 | Colour: SW6142 Macadamia; SEE MISC FOR ADD'L CROWN |
| 3 | Master Bedroom and Bath - Single | X | $1,090.00 | 1 | $1,090.00 | Colour: SW6142 Macadamia; SEE MISC FOR ADD'L CROWN |
| 4 | Bedroom # 2 - Single | X | $440.00 | 1 | $440.00 | Colour: SW6142 Macadamia |
| 5 | Bedroom #3 - Single | X | $440.00 | 1 | $440.00 | Colour: SW6142 Macadamia |
| 6 | Bedroom #4 - Single | X | $440.00 | 1 | $440.00 | Colour: SW6142 Macadamia |
| 9 | Guest Hallway - Single | X | $190.00 | 1 | $190.00 | Colour: SW6142 Macadamia |
| | | | | Total | $4,665.00 | |

## Custom Options

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|-----|------|--------|-------|-----|-----------|----------------|
| 10 | Arch at Living Room into Kitchen | X | $450.00 | 1 | $450.00 | |
| 11 | Rounded Corners Per Corner | X | $22.00 | 40 | $880.00 | Wall corners only; not window & niches |
| | Entire Home Gutter and Downspout System | | $1,840.00 | 1 | $1,840.00 | |
| | | | | Total | $3,170.00 | |

RG 11/9/05
11/9/05

Page 4

Aug 21 2006 12:33PM   Princeton Homes        7723407877                    P. 7

## Color Selections

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 3 | Spray Deck | | $ 0.00 | | $0.00 | Colour: Natural |
| 4 | Interior Color | X | $ 0.00 | 1 | $0.00 | MAB# SW6119 Antique White |
| 5 | Roof Tile Color | X | $ 0.00 | 1 | $0.00 | Colour: Morocco (SL) |
| 6 | Paver Color | X | $ 0.00 | 1 | $0.00 | Colours: Red/Tan/Charcoal Blend |
| 7 | Trim Color | X | $ 0.00 | 1 | $0.00 | MAB# SW7012 Creamy |
| 8 | Body Color | X | $ 0.00 | 1 | $0.00 | MAB# SW6107 Nomadic Desert |
| 9 | Garage Door | X | $ 0.00 | 1 | $0.00 | MAB# SW7012 Creamy |
| 10 | Kitchen Cabinet Color | X | $ 0.00 | 1 | $0.00 | AYA; Style: Charleston; Colour: Terra Maple |
| 11 | Kitchen Cabinet Pulls Color | X | $ 0.00 | 1 | $0.00 | AYA; Doors & Drawers: H001-04/Pulls/Pewter |
| 12 | Bath Cabinet Color | X | $ 0.00 | 1 | $0.00 | AYA; Style: Charleston; Colour: Terra Maple |
| 13 | Bath Cabinet Pulls Color | X | $ 0.00 | 1 | $0.00 | Master: AYA; Doors & Drawers: H001-04/Pulls/Pewter; Guests: H009-09/Pulls/Brushed Nickel |
| 14 | Kitchen Appliances Color | X | $ 0.00 | 1 | $0.00 | Standard White Package |
| 15 | Kitchen Counter Tops Color | X | $ 0.00 | 1 | $0.00 | REAL STONE; Colour: Tan Brown; Edge: Std Bullnose; Single Hole Undermount |
| 16 | Marble Counters in Master Bath Color | X | $ 0.00 | 1 | $0.00 | Cultured Marble: Bisquit |
| 17 | Marble Counters in Guest Bath#2 Color | X | $ 0.00 | 1 | $0.00 | Cultured Marble: Bisquit |
| 18 | Marble Counters in Guest Bath#3 Color | X | $ 0.00 | 1 | $0.00 | Cultured Marble: Bisquit |
| 19 | Plumbing Master Bath Color | X | $ 0.00 | 1 | $0.00 | Fixtures: Moen/Castleby/Chrome Finish: Tub/WC: Bone |
| 20 | Plumbing Guest Bath#2 Color | X | $ 0.00 | 1 | $0.00 | Fixtures: Moen/Castleby/Chrome Finish: Tub/WC: Bone |
| 21 | Plumbing Guest Bath#3 Color | X | $ 0.00 | 1 | $0.00 | Fixtures: Moen/Castleby/Chrome Finish: Tub/WC: Bone |
| 22 | Tile Master Bath Color | X | $ 0.00 | 1 | $0.00 | Style: New Trier; Colour: Beige W3889; Size: 13"; Grout: 940 Antique White; Set: DIAGONAL |
| 23 | Wall Master Bath Color | X | $ 0.00 | 1 | $0.00 | Style: New Trier; Colour: W4686 Beige; Size 10x13; Grout: 940 Antique White; Set: Square |
| 24 | Tile Guest Bath#2 Color | X | $ 0.00 | 1 | $0.00 | Style: New Trier; Colour: Beige W4644; Size: 18"; Grout: 940 Antique White; Set: DIAGONAL |
| 25 | Wall Guest Bath#2 Color | X | $ 0.00 | 1 | $0.00 | Style: New Trier; Colour: W4686 Beige; Size 10x13; Grout 940 Antique White; Set: Square |
| 26 | Tile Guest Bath#3 Color | X | $ 0.00 | 1 | $0.00 | Style: New Trier; Colour: Beige W4644; Size: 18"; Grout: 940 Antique White; Set: DIAGONAL |
| 27 | Wall Guest Bath#3 Color | X | $ 0.00 | 1 | $0.00 | Style: New Trier; Colour: W4686 Beige; Size 10x13; Grout: 940 Antique White; Set: Square |
| 28 | Kitchen Sink Color | X | $ 0.00 | 1 | $0.00 | Kitchen-Stainless Steel 70/30 / #2272J3 / 28"x18" |
| 29 | Kitchen Faucet Color | X | $ 0.00 | 1 | $0.00 | Moen / Salora / Stainless Finish |
| | | | | Total | $0.00 | |

11/9/05
11/9/05

## Misc Item

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 4 | TILE - Master Bath Listello/Deco Pkg | X | $400.00 | 1 | $400.00 | Style: New Trier; Universal/Multi W4865; Size: 4x13 / Deco W4851 (2 on each shower wall) |
| 5 | TILE - Guest Bath #2 Decos | X | $200.00 | 1 | $260.00 | Style: New Trier; Deco W4851 (2 on each shower wall) |
| 6 | TILE - Guest Bath #3 - Listello | X | $200.00 | 1 | $200.00 | Style: New Trier; Universal/Multi W4865; Size: 4x13 |
| 8 | ELECTRICAL - Pendant Prewires/Capped | X | $150.00 | 3 | $450.00 | Location: Over Kitchen Bar; See Floor Plan |
| 10 | CABINETRY - Shelves in Cabinet Bath | X | $490.00 | 1 | $490.00 | AYA; Style: New Haven; Colour: Terra Maple |
| 11 | TILE - Listello at Foyer/Entry | X | $725.00 | 1 | $725.00 | Style: Murano Noce Polished 3.5x1.75; See Oxford Model for Pattern |
| 12 | EXTENDED LANAI SCREENING - Additional Door | X | $300.00 | 1 | $300.00 | Locations: See Floor Plan for Location & Swing Direction |
| 13 | ELECTRICAL - ADD'L DUPLEX RECEPTACLE | X | $75.00 | 2 | $150.00 | Location: Bdrm #4 - Closet; MBdrm - Closet; See Floor Plan for Locations |
| 14 | ELECTRICAL - WEATHERPROOF GFI | X | $125.00 | 1 | $125.00 | Location: Extended Lanai at MBdrm Window 12"off, centered; See Floor Plan for Location |
| 15 | GRANITE - Foyer 1/2 Wall Cap | X | $625.00 | 1 | $625.00 | REAL STONE; Colour: Tea Brown; Edge: Std Bullnose |
| 17 | CROWN MOLDING - MASTER BEDROOM COFFER | X | $230.00 | 1 | $230.00 | Colour: SW6142 Macadamia |
| 18 | CROWN MOLDING - DINING ROOM COFFER | X | $155.00 | 1 | $155.00 | Colour: SW6142 Macadamia |
| 19 | CROWN MOLDING - NOOK COFFER | X | $115.00 | 1 | $115.00 | Colour: SW6142 Macadamia |
| | | | | | Total | $4,765.00 |

11/9/05
11/9/05

| Total Options Cost | | Total | $51,601.25 |
| --- | --- | --- | --- |

By signing below, Buyer(s) agree that the options selected above are finalized and cannot be changed after the execution date of this document.

_Frank A. Gumina (Buyer)_

Frank A. Gumina (Buyer)

_Rosemarie Gumina (Buyer)_

Rosemarie Gumina (Buyer)

11/9/05

Date



Options Addendum 1 Sketch

11/9/05

11/9/05



## PRINCETON HOMES

# ADDENDUM TO CONTRACT REQUEST

**DATE: February 8, 2006**
**NAME: GUMINA**
**ADDENDUM # 3**
**LOT: 88      POD : D**
**MODEL: OXFORD**

**PREVIOUS CONTRACT AMOUNT:**                    $ 492,636.25

    **EXTENSION OF PAVERS**                    $      190.00
    **(See Survey P. Switch/Approved by J. Rosenblum)**

**REVISED CONTRACT AMOUNT**                    $ 492,826.25

**DISCLOSURE:** BUYER IS AWARE THAT CERTAIN ITEMS REQUESTED IN THIS REQUEST MAY NOT BE MADE DUE TO ORDERING OF MATERIAL FOR THE NEW HOME. THIS IS ONLY A REQUEST FOR CHANGE AND MUST BE APPROVED BY THE CONSTRUCTION DEPARTMENT. PAYMENT MUST BE IN FULL PRIOR TO REQUEST SUBMITTAL. SHOULD THE REQUEST NOT BE APPROVED, BUYER WILL RECEIVE A FULL REFUND OF THE ADDENDUM AMOUNT.

PURCHASER _____ DATE _2/15/06_

PURCHASER _____ DATE _2/15/06_

PRINCETON HOMES _____ DATE _2/15/06_

Original to file
cc:    DC 1 & 2
      MaryEllen
      Construction
      Homeowner

ST. JAMES GOLF CLUB
511 NW Dover Court • Port St. Lucie, FL 34983
tel 772.340.7879 • fax 772.340.7877 • www.princetonhomes.org