# EXHIBIT "D"

Print Date: 12/04/2006

# 2-10 Home Buyers Warranty
## Certificate of Warranty Coverage
### Warranty FL260826



**Home Buyers Warranty**
**America's Choice**

**Home Owner:**

ROSEMARIE GUMINA, FRANK GUMINA

503 NORTHWEST ASHTON WAY
PORT SAINT LUCIE, FL 34983

**Builder:**

Princeton Homes, Inc.

511 NW Dover Ct.
Port St. Lucie, FL 34983

Insured by:
National Home Insurance Company (A Risk Retention Group)

Your builder,   **Princeton Homes, Inc.**                                   HBW Builder #   **8800-8973**

has completed the enrollment process. Your home has now been enrolled in the following warranty program with an effective date of warranty of **10/24/06**

**One Year Workmanship/Two Year Systems/Ten Year Structural.**
**Warranty Limit: $441,485.00**

The Address and legal description of the home which has been accepted for enrollment is:

503 NORTHWEST ASHTON WAY          88 D
PORT SAINT LUCIE, FL 34983         SAINT JAMES GOLF CLUB

The Home Buyers Warranty Limited Warranty Booklet enclosed is dated          1/17/2006 HBW 307

The Builder Application for Home Enrollment that you signed with your Builder prior to your home being enrolled in the HBW program, this Certificate of Warranty Coverage and the enclosed Home Buyers Warranty Limited Warranty Booklet make up your warranty contract. No Party will be bound by any other representations or agreements made by any persons.

**Notice:** Any modifications, alterations or revisions made to this document will void the warranty coverage.

HBW 320 5/03

HBW District