# CT Corporation

**Service of Process Transmittal**
10/05/2010
CT Log Number 517388653

**TO:** Pam Broyard
Allstate Insurance Company
SE LA Liability/Casualty MCO, 3900 No. Causeway Boulevard
Suite 400
Metairie, LA 70002-

**RE:** Process Served in Louisiana

**FOR:** Encompass Insurance Company of America (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Donna Borrello and Thomas Stallings, Pltfs. vs. Francioni Builders, Inc., et al., including Encompass Insurance Company of America, Dfts.

**DOCUMENT(S) SERVED:** Letter, Citation, Petition, Service List

**COURT/AGENCY:** Orleans Civil District Court, Parish of Orleans, LA
Case # 10-9891

**NATURE OF ACTION:** Insurance Litigation - Policy benefits claimed for property damage received as a result of Chinese Drywall being used in the repair of the Pltfs. property

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Baton Rouge, LA

**DATE AND HOUR OF SERVICE:** By Certified Mail on 10/05/2010 postmarked on 10/04/2010

**APPEARANCE OR ANSWER DUE:** Within 15 days after service

**ATTORNEY(S) / SENDER(S):** Donna M. Borrello
Ste 4500, 701 Poydras St
New Orleans, LA 70130
504-595-3191

**REMARKS:** Process forwarded by the Louisiana Secretary of State on 10/04/2010.

**ACTION ITEMS:** SOP Papers with Transmittal, via Fed Ex Priority Overnight, 796312010903
Email Notification, Patti Cummings pgarq@allstate.com

**SIGNED:** C T Corporation System
**PER:** Lisa Uttech
**ADDRESS:** 5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808
**TELEPHONE:** 225-922-4490

ROBERT SHANNON
OCT 07 2010

SUIT RECEIVED
OCT 06 2010


EXHIBIT A

Page 1 / LU

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



Home | Office Directory | Industry Access | Documents and Forms | Media | Conta

Please wait while we prepare this page for printing.

**Active Company Search Form**

[ New Search ]

Search By:

◉ Name
○ Companies Licensed Since
○ NAIC Number
○ License Type
○ Coverage Line
○ Classification

Note: Use the name field to search for a company name or the first name Insurance Company; John OR Doe)

Name | encompass indemnity | [ Search ]

Print a co

Export a complete listing of your results in E>

| Company Information | | |
|---|---|---|
| ENCOMPASS INDEMNITY COMPANY | | |
| NAIC: | 15130 | |
| Status: | Active | License Typ |
| Domicile: | IL | Classificatio |
| Address: | 3075 Sanders Road Suite H1a<br>Northbrook , IL 600627127 | Coverage Li<br>Fire and alli |
| | Click here for additional addresses | Home Owne |

EXHIBIT B

http://www.ldi.state.la.us/search_forms/company/Default.aspx        12/29/2010

| Phone: | (847) 402-5000 | Liability |
|---|---|---|
| | Click here for additional phones | Marine and Vehicle Credit prope |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE | |
| Agent Address: | 8585 Archives Ave. BATON ROUGE, LA 70809 | |

Copyright © 2010 Louisiana Department of Insurance
1702 N. Third Street
P.O. Box 94214
Baton Rouge, LA 70802
webmaster@ldi.la.gov
1-800-259-5300

http://www.ldi.state.la.us/search_forms/company/Default.aspx                12/29/2010



Home | Office Directory | Industry Access | Documents and Forms | Media | Conta

Please wait while we prepare this page for printing.

**Active Company Search Form**

[ New Search ]

Search By:
- ⦿ Name
- ○ Companies Licensed Since
- ○ NAIC Number
- ○ License Type
- ○ Coverage Line
- ○ Classification

Note: Use the name field to search for a company name or the first name Insurance Company; John OR Doe)

Name: colony insurance    [ Search ]

Print a co

Export a complete listing of your results in E>

| Company Information | | |
|---|---|---|
| COLONY INSURANCE COMPANY | | |
| NAIC: | 39993 | |
| Status: | Active | |
| Domicile: | VA | License Typ( |
| Address: | P.O. Box 85122<br>Richmond , VA 232855122 | Classificatio |
| | Click here for additional addresses | Coverage Li |
| Phone: | (804) 560-2000 | |
| | Click here for additional phones | |

| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE |
|---|---|
| Agent Address: | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 |

Copyright © 2010 Louisiana Department of Insurance
1702 N. Third Street
P.O. Box 94214
Baton Rouge, LA 70802
webmaster@ldi.la.gov
1-800-259-5300

http://www.ldi.state.la.us/search_forms/company/Default.aspx          12/22/2010



| Home | Office Directory | Industry Access | Documents and Forms | Media | Conta |

Please wait while we prepare this page for printing.

**Active Company Search Form**

[ New Search ]

Search By:
- ⦿ Name
- ○ Companies Licensed Since
- ○ NAIC Number
- ○ License Type
- ○ Coverage Line
- ○ Classification

Note: Use the name field to search for a company name or the first name Insurance Company; John OR Doe)

Name | american insurance company | [ Search ]

Print a co

Export a complete listing of your results in E>

| Company Information | | |
|---|---|---|
| AMERICAN INSURANCE COMPANY, THE | | |
| NAIC: | 21857 | |
| Status: | Active | |
| Domicile: | OH | License Type<br>Classificatio |
| Address: | 777 San Marin Drive<br>Novato, CA 94998 | Coverage Li<br>Crop<br>Fidelity |

http://www.ldi.state.la.us/search_forms/company/Default.aspx                    12/22/2010

|  |  | Fire and alli(
Health and a
Home Owne |
|---|---|---|
|  | Click here for additional addresses |  |
| Phone: | (415) 899-2000 | Liability
Marine and
Miscellaneou
Steam Boiler
Vehicle
Workers' Co
Surety
Credit prope |
|  | Click here for additional phones |  |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE |  |
| Agent Address: | 8585 Archives Ave.
BATON ROUGE, LA 70809 |  |

Copyright © 2010 Louisiana Department of Insurance
1702 N. Third Street
P.O. Box 94214
Baton Rouge, LA 70802
webmaster@ldi.la.gov
1-800-259-5300