# EXHIBIT "B"

Mail to:
Home Buyers Warranty
PO Box 371348
Denver, CO 80237-1348
800.488.8844

# BUILDER/SELLER APPLICATION FOR HOME ENROLLMENT
FORM 302
THIS DOCUMENT IS NOT YOUR NEW HOME WARRANTY

2-10 Home Buyers Warranty®
America's Choice

Your Builder/Seller is applying to enroll in the 2-10 HBW® Program the home whose address is listed below. The Builder/Seller is responsible to complete all enrollment requirements on the home, and if not completed, no coverage by the Builder/Seller's Warranty Insurer will be provided. The Buyer will receive the Certificate of Warranty Coverage and Warranty Booklet within 30 days of the warranty company's receipt of this Application and full payment. **If the buyer has not received the Certificate of Warranty Coverage and Warranty Booklet within *THIRTY (30) days* after closing, THE BUYER SHOULD CONTACT THE BUILDER/SELLER.**

### PLEASE PRINT OR TYPE, COMPLETING ALL FIELDS BELOW

1. Buyer(s): _____
   (Name(s) as recorded on deed)
   In which Building Dept. _____ Lot / Block: _____ Subdivision: _____
   Address of Home: _____
   Street Address    City    State    Zip Code
   Homeowners Mailing Address: _____
   Street Address    City    State    Zip Code

2. Builder/Seller Name: _____ 2-10 HBW® Member No: _____

3. Effective Date of Warranty: (Provide dates for each)
   Date of Closing: _____ Date of First Title Transfer: _____ Date of First Occupancy by anyone: _____
   **MULTIFAMILY BUILDINGS ONLY:** Effective date of Common Elements Coverage is the date the certificate of occupancy is issued for the building.
   Specify date: _____
   Full common elements coverage will not be provided unless all units in a building are enrolled.

4. COVERAGE: Both the Builder/Seller and Buyer(s) must check and initial which of the following coverage(s) apply to the home being enrolled.
   A. ☐ _____ **\*\*2-10 Product:** 1-Year Workmanship / 2-Year Systems / 10-Year Structural Coverage\*
   B. ☐ _____ **10-Year Product:** 10-Year Structural Coverage\*
   C. ☐ _____ **2-10 (HBW 107) Product for Manufactured on Permanent Foundation:** 1-year Workmanship/2-year systems 10-year Structural Coverage\*(foundation only)
   \*See warranty booklet for specific coverages protected by the Warranty Insurer.
   \*\***For Texas Builders Choose One** ☐ TRCC  ☐ NON-TRCC OPTION ONE  ☐ NON-TRCC OPTION TWO

5. Type of Home: ☐ Single Family Detached ☐ Duplex ☐ Single Family Attached (3 or more units, including town homes)
   If Multi Family: ☐ Low Rise (1-2 Story) ☐ Mid Rise (3-5 Story) ☐ High Rise (6 Story or Greater)

6. Type of Construction: ☐ Site Built ☐ Modular ☐ Manufactured with Permanent Foundation

7. FHA/VA Financing: Yes ☐ No ☐ If **YES** Check One: A. ☐ FHA/VA using Bldg. Permit; C.O./or equivalent and HUD-92544
   B. ☐ FHA/VA using HUD-approved 2-10 warranty

8. Rate Formula:
   [___] ÷ 1,000 = [___] × [___] = [___] × 1.25 = [___] (A)
   Final Sales Price         Rate    Basic Warranty Fee    If price does not include land    Basic Warranty Fee

   [___] (A) + [___] (B) = [___]
   Basic Warranty Fee    Final Sale Price x $1.00 per $1,000 for condo wood stairs & landings coverage    A + B = Total Warranty Fee Due

**BUYER'S ACKNOWLEDGEMENT AND CONSENT**
Buyer(s) agree that any and all claims or disputes between him (them) and the Builder/Seller (including any person you contend is responsible for a defect in your home) arising from or relating to the Warranty, shall be submitted to binding arbitration pursuant to the Federal Arbitration Act (9 U.S.C. § §1-16), with your choice of 3 different arbitration services. By signing below, Buyer acknowledges reading a sample copy of the 2-10 HBW Warranty Booklet, and **CONSENTS TO THE TERMS OF THAT DOCUMENT INCLUDING THE BINDING ARBITRATION PROVISION** contained therein. [Initial Here] Buyer(s) accepts the 2-10 HBW warranty and in return, waives the Builder/Seller's implied warranty of habitability, merchantability or fitness.

BUILDER/SELLER'S AUTHORIZED SIGNATURE _____ Date _____
Buyer(s) Signature _____ Date _____
Buyer(s) Signature _____ Date _____
Buyer(s) Phone # _____ Date _____
Buyer(s) Email Address _____

**OFFICE USE ONLY**
Accounting: _____
Risk Mgmt: _____
Warranty No. _____

HBW 302 030910