UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

**MDL No. 09-2047**

**JUDGE FALLON**

**This document relates to:**

**MAG. JUDGE WILKINSON**

**Charlene and Tatum Hernandez et al.,
v. AAA Insurance et al.
      Case No.  10-3070 (E.D.La.)**
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE that JANET L. BROWN** and **DONNA J. DAVIS,** of Boehm, Brown, Fischer, Harwood, Kelly & Scheihing, P.A., hereby enters their appearance as counsel for Defendant, Lexington Insurance Company, in the above-captioned matter.

This appearance is submitted reserving all defenses, and without waiving any objections to consolidation, joinder, jurisdiction, venue, or service on behalf of Lexington Insurance Company.

Respectfully submitted,

Boehm, Brown, Fischer, Harwood, Kelly
    & Scheihing, P.A.

BY:       */s/ Donna J. Davis*
        Janet L. Brown
        Florida Bar No. 0226629
        E-mail:  jbrown@boehmbrown.com
        Donna J. Davis
        E-mail: ddavis@boehmbrown.com
        Louisiana Bar No. 18860
        Florida Bar No. 848948
        Boehm, Brown, Fischer, Harwood, Kelly
             & Scheihing, P.A
        101 Southhall Lane, Ste. 375
         Maitland, Florida 32751

(407) 660-0990
(407) 660-5052 Facsimile

**ATTORNEYS FOR DEFENDANT,
LEXINGTON INSURANCE CO.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **29th** day of **December, 2010**.

/s/ Donna J. Davis
DONNA J. DAVIS