# EXHIBIT "A"

## CONSTRUCTION CONTRACT

This agreement made **Monday, September 19, 2005**, by Princeton Homes, Inc., hereinafter called "Princeton" or "Contractor" and **Daniel J. Campbell** who presently resides at **19 A Woodland Ave, Farmingdale, NY 11735, Phone-631-694-4336 or 516-635-1750** hereinafter called the "Buyer".

WITNESSETH: PRINCETON AND BUYER for good and valuable consideration as hereinafter set forth, do mutually agree as follows:

Princeton agrees to furnish all materials, labor and services necessary to construct a single family residence on the property of the Buyers **Lot 39 of St. James Golf Club Pod F, 372 NW Stratford Lane Port St. Lucie, FL 34983**, and further agrees to build and construct said residence in a first-class and workman like manner and in full compliance with Plans and Specifications as attached hereto and made a part hereof. Princeton shall be allowed to make structural or mechanical changes to ensure that any and all requirements of the Port St. Lucie building code, as it may be updated from time to time, are fully met.

The Buyers agree to pay Princeton in U.S. currency for the construction of improvement as per attached plans. Payments will be made in accordance with the draw schedule of the lending institution.

| Contract Cost Breakdown | |
|---|---:|
| Lot Price: | $ 25,500.00 |
| Lot Premium: | $ 65,000.00 |
| Home Price: (Model - Sherwood - Right) | $ 264,400.00 |
| Structural Options: | $ 825.00 |
| Color Selections: | TBD |
| Total Contract Amount: | $ 355,725.00 |
| Deposit At Contract: | $ 17,745.00 |

1. **CLOSING COSTS** All customary costs of closing, including, but not limited to, the cost of documentary stamps on deed, note and mortgage, intangible tax on note and mortgage and construction liability and title insurance shall be at the expense of the Buyers.

2. **NO CHANGES WITHOUT CONSENT** No changes in said Plans and Specifications attached hereto as Exhibit "A" which shall increase the contract price shall be made without the joint written consent of Princeton, Buyers, and the Lender of permanent financing, if applicable. After initial selection of colors and options, no further changes may be made once construction has commenced.

3. **SPECIFICATIONS AND FIXTURES INCLUDED** The contract price includes all materials, appliances, fixtures and finishes specified on the specification sheet attached hereto as Exhibit "B" and by this reference, incorporated herein.

4. **MAXIMUM TIME TO CONSTRUCT** Upon the Buyers obtaining a binding financing commitment, and all color selections are complete, Princeton shall complete engineering and apply for building permit. Color selections must be completed within 10 business days of contract. Construction shall be completed and final inspection obtained within 210 working days following permit issuance, which do not include weekends and/or major holidays, with delays caused by events beyond Princeton's control including but not limited to: strikes, acts of God including weather which prevents construction, government regulations and restrictions, delays caused by the Buyers' actions or omissions, or the unavailability of necessary materials or labor in the marketplace.

5. **WARRANTY** Princeton shall warrant construction for a period of one year after completion, with an extended 10-year warranty provided by Bonded Builder, normal wear and tear and routine maintenance expected. All appliances and equipment warranties shall be assigned to Buyers.

6. CONSTRUCTION TO BE DIRECTED BY PRINCETON Buyer shall not interfere with the work being performed by Princeton or designated subcontractor. The Buyer shall not be permitted to direct the subcontractors in the performance of their work, and any delay or expense resulting from the presence of the Buyer on the construction site shall be the responsibility of the Buyer.

7. CONTINGENCY ON AVAILABILITY OF FINANCING The Buyers' obligations herein are conditioned upon their securing financing from a lending institution (Lender) for the purchase of the real estate and construction of the residence. Buyers will make application within 5 days after the execution of this agreement and will use best efforts and due diligence to obtain the required loan commitment and, thereafter to satisfy the terms and conditions of the commitment and close the loan. In the event the Buyers after reasonable diligence are unable to secure such financing within 20 calendar days after the execution of this contract, Princeton may declare this contract null and void, whereupon Princeton shall return the Deposit to the Buyer, and neither party shall have any further liability hereunder.

8. OBTAINING PERMIT Princeton will work diligently to secure all necessary permits for construction within 60 days of Princeton receiving notice of buyer securing a financing commitment. In the event these permits are not secured by that time, Princeton may return all Deposits to the Buyer, whereupon the contract shall be null and void, and neither Party shall have any further obligations hereunder.

9. FINAL INSPECTION BY OWNER Final payment of all monies are due after the Certificate of Occupancy (The C.O.) has been issued, final bank inspections has been completed, and Princeton has provided final release of lien affidavit to the Lender. Buyer occupancy shall not occur until all monies due are paid to Princeton. Buyer shall inspect the home with Princeton and make a written list of items which must be completed and/or corrected post closing, called the "punch list." All items on said list shall be addressed and completed by Princeton within 14 days of initial inspection or unless otherwise determined by Princeton at time of inspection that additional time is needed for completion. Any items found after the initial inspection shall not be added to the punch list, but are to be addressed as warranty items when applicable.

10. INSURANCE Princeton agrees to maintain all necessary form of insurance to protect the Buyer from liability for any occurrence arising from the performance of this contract. Contractor agrees to cover its own employees for worker's compensation and carry general liability, and that all forms of insurance carried hereunder shall be with reputable companies licensed to do business in Florida. Buyer shall incur a pro-rata portion of the costs of the general liability premium, to be included in closing costs. Buyer shall obtain and maintain homeowner insurance for protective coverage during the time of construction, where deemed necessary by Lender.

11. SUBCONTRACTORS:

A. Contractor shall select subcontractors as required to complete this contract. Owner acknowledges that various portions of the work will be done by subcontractors. Any subcontractor selected by Contractor shall have all required licenses for the work to be done by such subcontractor, and Contractor shall issue subcontracts in writing whose specifications are consistent with the contract.

B. Princeton utilizes Certified Building Contractors for the purpose of pulling Building permits and for a portion of the home construction. That notwithstanding, Princeton will at all times be in full control of and will direct Construction and continue to be fully responsible for all the provisions and covenants of this contract between Princeton and the Buyer.

C. It shall be the duty of the Contractor to use reasonable care in the selection of subcontractors. Contractor shall require all subcontractors to have such types of insurance in force as are required to hold harmless and indemnify the Buyer from any claim for injuries or property damage by any agent or employee of a subcontractor.

D. Contractor shall pay subcontractors on a timely basis and obtain from subcontractors any necessary documentation required to release their lien rights, if any, as the work proceeds.

12. INDEMNITY Princeton does hereby agree to indemnify and hold Buyer harmless against all claims or damages to person or property by reason of the intentional acts or negligence of the Contractor or Contractor's agents, employees, subcontractors or workmen in the construction herein.

13. ST. JAMES HOMEOWNER'S ASSOCIATION AND ASSESSMENT DISTRICT As with most planned unit developments, St James Golf Club has a homeowners' association (HOA) which is responsible

for the maintenance and upkeep of the community and its facilities, and which assesses each homeowner on a quarterly basis. The St. James HOA declaration spells out all of its functions, and can be provided for your review by our office at your request. There is also an assessment district formed for the installation of some of the infrastructure improvements benefiting your home (the St. James Special Assessment District), the purposes, benefits and costs of which we believe benefit you by allowing some of your lot cost to be financed over 20 years at tax-free rates of interest.

14. NO ASSIGNMENT Neither party may assign the contract in whole or in part, except with the written consent of the other party.

15. PRINCETON RESPONSIBILITIES

    A. Princeton shall supervise and direct the work, and shall be solely responsible for all construction means, techniques, sequences and procedures and for coordinating all portions of the work under the contract. Princeton shall provide and pay labor, materials, equipment, tools, construction equipment and machinery, transportation and other facilities and services necessary for the proper execution and completion of the work, whether temporary or permanent and whether or not incorporated or to be incorporated in the project. Princeton also warrants to the Buyer that all materials and equipment incorporated in the work will be new and that all work will be of good quality, free from faults and defects and in conformance with the contract and all governmental rules and regulations, including building codes. Any work not conforming to these requirements may be considered defective. Princeton shall pay for all sales, consumer, use and other similar taxes, and shall secure and pay for the building permit and for all other permits and governmental fees, licenses and inspections necessary for the proper execution and completion of the work.

    B. Princeton shall use the most current approved 713 lien law format provided, and shall bond off any mechanical or material liens placed on the subject property by any of Princeton's suppliers or subcontractors at Princeton's expense.

    C. The deposits received as acknowledged above shall be utilized only after Buyer has been approved by the Lender, and only for purposes limited to lot acquisition, permit, architectural and engineering expenses and for work performed onsite in connection with construction of the Home.

    D. Along with delivery of the finished home, Princeton shall supply to Buyer a list of all major subcontractors and suppliers, with addresses and phone numbers.

    E. Princeton will be responsible for filing a notice of commencement at the beginning of construction and notice of termination of notice of commencement at the completion of construction.

    F. Any notice to buyers filed on the construction will be sent to both Princeton and Buyer.

    G. Venue for any dispute arising from this contract shall be St. Lucie County, Florida.

    H. Any increase in permit or impact fees by the City of Port St. Lucie, St. Lucie County or other governmental entity accruing after the date hereof but prior to permit issuance shall be added to the Purchase Price of the home.

    I. Time is of the essence with respect to matters contained herein.

    J. This contract may only be modified by written agreement executed by both parties.

    K. Princeton will provide final release of lien affidavit to Lender prior to final payment and provide all release of liens for notice to Lender on Buyers' property. Princeton shall supply Lender partial and final release of liens for any notice to Buyer filed against Buyers' property.

16. CHOICE OF FLOORPLAN, ELEVATION & SPECIFICATIONS. The floor plan and elevations, Exhibit "A", the standard specifications, Exhibit "B", and the options selected, Exhibit "C", all initialed by Princeton and Buyer and attached hereto are here incorporated into this contract. Princeton shall be responsible for constructing the home in accordance with those documents, unless the Buyer and Princeton shall together agree in writing to any changes to them.

17. SELECTION CHANGES AND ADDENDUMS. The Selections attached and specifications chosen at the time of the "Color Selections Appointment" by the buyer and builder shall be part of this contract. Changes to the original selections from that day forward will be charged a $400.00 per item administrative

charge above the change order for processing.

Buyer is aware of color differences in tile that may vary in shading between selected tile and actual tile installed. Tile colors may vary, especially in multi-color tile. Granite may also have color variations due to the natural conditions of this material.

_____   _____
Daniel J. Campbell (Buyer)         PRINCETON HOMES, INC. (Contractor)
                                   BY: Christine Keller
                                   ITS: Sales Associate

Date: 9-19-05                      Date: 9-19-05

10/02/2006 14:05 FAX 8316836308                                                    @001/001
Oct 02 2006 2:09PM    Princeton Homes                    7729407877              p.1

# ADDENDUM TO CONTRACT REQUEST

DATE: October 2, 2006

CAMPBELL

ADDENDUM - Carpet Re-selection

LOT 39 POD F

PLEASE INSTALL THE FOLLOWING NEW CARPET SELECTION AS A SUBSTITUTE FOR THE ORIGINAL DISCONTINUED CARPET:

REGENCY GRAND
DREAM CATCHER
COLOR 863 – COCOA POWDER

PURCHASER _Jan Campbell_ DATE 10-2-06
PURCHASER _Dawn Campbell_ DATE 10-2-06
PRINCETON HOMES _Christie Rella_ DATE 10-2-06

## ADDENDUM TO CONTRACT REQUEST

## DRAFT

Date: 01.07.06
Options Addendum: 1
Pod F - Lot 39
Model: Sherwood

| | |
|---|---:|
| PREVIOUS CONTRACT AMOUNT | $ 355,725.00 |
| Color Selection and Added Options | $ 13,145.00 |
| Closing Costs Paid By Princeton Homes, Inc. | $ 0.00 |
| REVISED CONTRACT AMOUNT | $ 368,870.00 |

DISCLOSURE: BUYER IS AWARE THAT CERTAIN ITEMS REQUESTED IN THIS REQUEST MAY NOT BE AVAILABLE AND/OR ARE SUBJECT TO APPROVAL BY THE CONSTRUCTION DEPARTMENT. SHOULD ANY ITEM NOT BE APPROVED, THE MONIES PAID FOR THAT ITEM WILL BE REFUNDED. PRICES FIRM WITH THE EXCEPTION OF AN INCREASE IN MATERIAL OR LABOR PRICE TO US THAT MAY OCCUR BETWEEN THE TIME OPTIONS ARE SELECTED AND ORDERS ARE PLACED.

PURCHASER _Daniel J Campbell_ DATE 1/7/06

PURCHASER _____ DATE _____

PRINCETON HOMES _____ DATE 1.7.2006

Princeton Homes at St. James Golf Club
STRUCTURAL OPTION SELECTIONS - FINAL

Customer: **Daniel J. Campbell**
Model: **Sherwood**
Location: **Pod F - Lot 39**

### Structural Options

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 6 | Glass Block Window in Master Bath at Tub. | X | $825.00 | 1 | $825.00 | |
| | | | | Total | $825.00 | |

By signing below, Buyer(s) agree that the structural options selected above are finalized and cannot be changed after the execution date of this document.

_Daniel J. Campbell_ (Buyer)

9-19-05

Date



Dear Valued Homeowner:

As a liability protection requirement we cannot have homeowners touring homes under construction, unless accompanied by a company representative. Your salesperson will be glad to set up a "framing stage" walk-through of the house for you, so you can assess the progress of your house at the mid-construction stage. Otherwise, a final walk-through and orientation will be scheduled when your house is completed.

Thank you for your cooperation while we bring you a quality home in a timely manner.

_David Campbell_
Purchaser's Acknowledgement

_____
Purchaser's Acknowledgement

_Christine Keller_
Salesperson's Acknowledgement

CAMPBELL - 39 F *DC



(All Dimensions Shown Are Subject to Change Without Notice)

Exhibit A: Sherwood

CAMPBELL ; 39 F   



## DISTINCTIVE FEATURES

**COMMUNITY FEATURES:**
- Located in Port St. Lucie, east of the Turnpike, minutes from I-95, beaches, shopping, fine dining and recreation
- Elegant gated entrance
- Championship 18-hole golf course
- Residents clubhouse with tennis courts, fitness room and tot lot
- Community pool and spa

**OUTSIDE YOUR HOME:**
- CBS Construction
- Foam Injection Owens Corning Insulation
- Monitored engineering
- Termite-treated, steel-reinforced concrete foundation
- Steel-reinforced concrete block construction
- Mediterranean-S style cement tile roofs
- Tumbled brick paver driveway, walkway and front entry
- Automatic garage door openers with two remotes
- Steel-reinforced garage doors with decorative raised-panels
- Eight-foot entry doors with glass side lights (per plan)
- Selection of coordinated exterior color combinations
- Aluminum window frames with screening on all operable windows
- Pre-finished vented aluminum soffits
- 5/8" CDX roof sheathing
- 1/2" CDX wall sheathing
- Weatherproof G.F.I. electrical outlets (per plan)
- Textured exterior stucco with architectural banding
- Decorative coach lights on garage (per plan)
- Hose bibs conveniently located
- Protective hurricane panels for all windows and glass panel doors
- Ten-year Manufacturer warranty fascia

**INSIDE YOUR KITCHEN:**
- GE® appliance package including:
  - 21.7 cu. ft. side-by-side refrigerator with "easy touch" ice and water dispenser in the door
  - Self-cleaning full-size electric range with "easy touch" controls
  - Undercounter multi-cycle energy-efficient dishwasher
  - Built in microwave
- European-style cabinetry with 42" upper cabinets in a choice of designer colors
- Easy-care mica countertops in choice of colors with 4" backsplash
- Stainless Steel 50/50 overmount with 1/3 hp disposal and Moen® faucet with pull out sprayer
- Spacious pantry for added storage (per plan)
- Tile Flooring
- Kitchen Options
  - Talk to your new home consultant about available options and upgrades

**INSIDE YOUR HOME:**
- 10' ceiling heights (Sheffield Series)
- 11' 4" ceiling heights (Stratford Series)
- 8' raised panel interior doors
- Spacious secondary bedrooms
- 13"x13" ceramic tile floors in the foyer, laundry room, kitchen, and bathrooms (per plan)
- Plush wall-to-wall carpeting with stain-control treatment
- Alarm system with keypad
- Walk-in closets (per plan)
- Spacious linen closets (per plan)
- Separate laundry room
- High-efficiency central air conditioning and heating system
- Knockdown textured walls and ceilings
- Custom lighting detail throughout, including hi-hats and pre-wiring (per plan)
- Modern rocker-style electrical switches
- Ceiling fan pre-wire in family room, living room, covered lanai and all bedrooms (per plan)
- Cable TV RG-6 quad shield wiring in family room, den, great room and bedrooms (per plan)
- High-speed CAT5 telephone wiring in kitchen, all bedrooms and den with 4-line telephone capability (per plan)
- Colonial-style 6-panel doors throughout with decorative antique brass hardware (per plan)
- Colonial-style wood door trim and baseboards
- Colonial-style bi-fold closet doors
- Cultured marble window sills throughout home
- Energy-efficient R-19 ceiling insulation
- 50-gallon quick-recovery hot water heater
- Copper plumbing supply lines
- Smoke detectors throughout home (per plan)

**INSIDE YOUR BATHS:**
- Dual vanities in master bath
- European style vanities
- Luxurious Roman tub in master bath
- Clear glass enclosed shower in master bath with chrome frame enclosure
- Cultured marble countertops with backsplash and integrated sinks in a choice of colors
- Designer lighting in guest bath
- Ceramic tile floors in all wet areas
- Moen® faucets
- Elongated water closets
- 36" European-style cabinetry in a choice of colors
- Oversized bathroom mirrors and designer medicine cabinets with beveled edges
- Glass block (see plan, select models)
- Linen closets
- Ceramic bath accessories

**WELCOME HOME BENEFITS:**
- 10-year HBW VI Builders Warranty
- Full 1 year Builders Warranty
- Fully Irrigated Yard
- Floratam Sod
- Tropical landscaping package
- Designer mailbox
- 200 AMP electrical service



811 SW Dover Ct., Port St. Lucie, FL 34983 • P 772-340-7879 • f 772-340-7877

*Features subject to change without notice.*



11/03

Exhibit B: Standard Features