# EXHIBIT "B"

8404



**EAST REGION**
Mail to:
2-10 HBW®
1728 Montreal Cir.
Tucker, GA 30084

**BUILDER APPLICATION FOR HOME ENROLLMENT**
FORM HBW 302 FL
THIS DOCUMENT IS NOT YOUR NEW HOME WARRANTY

The undersigned Builder Member of the 2-10 HBW® New Home Warranty program makes application for enrollment of the home whose address is listed below. The Builder Member is responsible for completion of all enrollment requirements and the payment of all enrollment requirements are not completed on the new home, this Application will be denied and no coverage by the Builder's Warranty Insurer will be provided. The Builder must send or have his closing agent send the original of this Application for Home Enrollment and a check for full payment to 2-10 HBW®. If the Builder Member has satisfied all the enrollment requirements and 2-10 HBW® has received this Application and full payment within 15 days of the date of closing on the home, the Buyer will receive the Certificate of Warranty Coverage and Warranty Booklet within 30 days of closing from 2-10 HBW®. IF THE BUYER HAS NOT RECEIVED THE CERTIFICATE OF WARRANTY COVERAGE AND WARRANTY BOOKLET FROM 2-10 HBW® WITHIN THIRTY (30) DAYS AFTER CLOSING, THEN THERE IS NO COVERAGE BY THE BUILDER'S WARRANTY INSURER, YOU SHOULD CONTACT YOUR BUILDER.

PLEASE PRINT OR TYPE:

1. Buyer(s): CAMPBELL, DAN
   Address of Home: 372 NW STRATFORD LANE, PSL FL 34983
   Lot / Block: 39 F    Subdivision: STGC

2. Builder Name: PRINCETON HOMES   HBW Builder No: 8800-8973

3. Effective Date of Warranty: Date of Closing: 11/17/06  Date of earlier first occupancy if before closing: 11/17/06
   CONDOMINIUMS ONLY: The Effective Date of Common Elements Coverage is the date the main structure housing individual units was completed. Effective date of Common Elements Coverage: ___

4. COVERAGE: Both the Builder and Buyer(s) must check and initial which of the following coverage(s) apply to the unit being enrolled.
   A. ☒ 1-Year Workmanship / 2-Year Systems / 10-Year Structural Coverage
   B. ☐ 10-Year Structural Coverage Only
   C. ☐ 2-10 Plus Extended Warranty Plan Accepted       REC'D MAR 19 2007
   D. ☐ 5-Year Extended Structural Warranty

5. ☒ Single Family Detached    ☐ Townhome    ☐ Manufactured    ☐ Modular    ☐ Condominium
   If Condominium:   ☐ Low Rise    ☐ Mid Rise (3-5 Story)    ☐ High Rise (6 Story or Greater)
   No common elements coverage will be provided unless all units in a building are enrolled.

   overnight OK PMH 3-30-7

6. Type Financing:  FHA Check One:  A. ☐ FHA using Bldg. Permit; C.O./or equivalent and HUD-92544
                                    B. ☐ FHA using HUD-approved 2-10 warranty
   ☐ VA    ☐ RHS    ☐ Conventional    ☐ Cash

7. A. Rate Formula for 1-Year Workmanship / 2-Year Systems / 10-Year Structural Coverage or Ten Year Structural Only Coverage:
   [355,725] ÷ 1,000 = [355.73] × [88] = [313.04] × [ ] = [313.04] (A)
   Final Sales Price          Rate        Basic Warranty Fee   If price does not include land   Basic Warranty Fee

   B. Rate Formula for Optional 5-Year Extended Structural Warranty:
   [ ] ÷ 1,000 = [ ] × [ ] = [ ] × [ ] = [ ] (B)
   Final Sales Price          Rate        5-Year Extended Structural Premium   If price does not include land   5-Year Extended Warranty Fee

   + [$30.00] (C) + [ ] (D) + [ ] (E) − [$0.00] (F) = [ ]
   If (6B.) checked    Final Sale Price X $1.00 per   Any additional    Less the    A + B + C + D + E − F =
   Add FHA / VA Fee    $1,000 for condo wood         fee               prepaid fee  Total Warranty Fee Due
                       stairs & landings coverage

BUILDER'S AUTHORIZED SIGNATURE (Frank Princeton)  Date 11/17/06
                                    Homes

**BUYER'S ACKNOWLEDGEMENT AND CONSENT**
Your Builder is applying to enroll your home in the 2-10 HBW® New Home Warranty program. By signing below, you acknowledge that you have read a sample copy of the Warranty Booklet, and **CONSENT TO THE TERMS OF THESE DOCUMENTS INCLUDING THE BINDING ARBITRATION PROVISION** contained therein. You further understand that when the warranty is issued on your new home, it is an Express Limited Warranty and that all claims and liabilities are limited to and by the terms and conditions of the Express Limited Warranty as stated in the 2-10 HBW® Booklet. IF YOU, THE BUYER(S), HAVE NOT RECEIVED A CERTIFICATE OF WARRANTY COVERAGE AND A WARRANTY BOOKLET FROM 2-10 HBW® WITHIN THIRTY (30) DAYS AFTER CLOSING, THEN THERE IS NO COVERAGE BY THE BUILDER'S WARRANTY INSURER, YOU SHOULD CONTACT YOUR BUILDER.

Buyer(s) Signature: Daniel L Campbell    Date 11/17/06
Buyer(s) Signature: ___    Date ___
Buyer(s) Phone #: ___

APP

**OFFICE USE ONLY**
Accounting: ___
Risk Mgmt: ___
Warranty No. FL 269283

HBW 302 FL 10/04