# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Joyce W. Rogers v. Kanuf GIPS KG, et al.*
Case No. 10-362

_____/

### AFFIDAVIT OF GAVIN GUINAN IN SUPPORT OF ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P.'S MOTION TO DISMISS INTERVENER PLAINTIFFS', ALAN GODDARD AND ANNETTE GODDARD, INTERVENER COMPLAINT [D.E. 3100]

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF PALM BEACH    )

PERSONALLY APPEARED BEFORE ME, GAVIN GUINAN, who, under oath, deposes and states as follows:

1. Affiant is the Vice President of Operations for Albanese-Popkin The Oaks Development Group, L.P. ("Albanese") and is authorized to make this Affidavit on behalf of Albanese. The Affiant is over the age of eighteen years of age is otherwise *sui juris*. This Affidavit is based upon person knowledge and a review of the records maintained by Albanese in the regular course of business.

2. Albanese is a limited partnership organized and existing pursuant to the laws of the State of Florida and has its principle place of business in Palm Beach County, Florida.

3. Albanese is a homebuilder that contracts with third party vendors for the construction of single family homes and/or sells completed single-family homes.

4. Albanese has never built a residence in the State of Louisiana.

5.  Albanese has never been licensed or registered to conduct business in the State of Louisiana.

6.  Albanese has never had any offices or employees in the State of Louisiana.

7.  Albanese does not have an agent for service of process in the State of Louisiana.

8.  Albanese does not have any bank accounts in the State of Louisiana or own any property in the State of Louisiana.

9.  Albanese does not solicit business in the State of Louisiana or transact business in the State of Louisiana.

10. Albanese has never maintained a telephone line in the State of Louisiana or kept a post office box or otherwise received mail in the State of Louisiana.

11. Albanese does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

12. Albanese has never received any business from any contacts in the State of Louisiana, whether from individual customers or business customers.

13. All plaintiffs and/or class members purporting to make claims against Albanese reside in the State of Florida.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GAVIN GUINAN

The foregoing instrument was acknowledged before me this 29th day of December, 2010, by Gavin Guinan, as Vice President of Operations for Albanese-Popkin The Oaks Development Group, L.P., who ( ) is personally known to me or (✓) has produced Florida Driver's license G-550 290 66 430 as identification.

_____
NOTARY PUBLIC

My Commission Expires:

APRIL D. ENGEL
MY COMMISSION # DD 964407
EXPIRES: February 24, 2014
Bonded Thru Notary Public Underwriters

Page 2 of 2