# EXHIBIT A

ST. JAMES GOLF CLUB

COMPLETED SPEC / MODEL HOME PURCHASE AGREEMENT

THIS AGREEMENT made **Monday, December 08, 2008**, by Princeton Homes, Inc., hereinafter called "Princeton" or "Contractor" and **John J Lonergan Sr.** who presently reside(s) at **8797 Veterans Hwy, Millersville, MD 21108-2046, Phone 410-320-0093 or 410-923-4185** hereinafter called the "Buyer".

WITNESSETH: PRINCETON AND BUYER for good and valuable consideration as hereinafter set forth, do mutually agree as follows:

Princeton agrees to deliver a fully constructed single family residence on the property of the Buyer(s), Lot 82 within Pod F, at address 393 NW Stratford LN, Port St. Lucie, FL 34983 of St James Golf Club and further agrees that the building and constructing of said residence was conducted in a first-class and workman like manner and in full compliance with Plans and Specifications to ensure that any and all requirements of the Port St Lucie building code, as it may be updated from time to time, are fully met.

| | |
|---|---|
| Yorkshire (MODEL) (includes all options & upgrades, and homesite) | $ 259,900.00 |
| Deposit at Contract | $ 23,500.00 |
| BALANCE AT CLOSING: | $ 236,400.00 |

1. CLOSING COSTS. All customary costs of closing, including, but not limited to, the cost of documentary stamps on deed, note and mortgage, intangible tax on note and mortgage and construction liability title insurance shall be at the expense of the Buyers.

2. SPECIFICATIONS AND FIXTURES INCLUDED. The contract price includes all materials, appliances, fixtures and finishes specified on the specification sheet attached hereto as Exhibit C and by this reference, incorporated herein.

3. WARRANTY. Princeton shall warrant construction for a period of one year after completion, with an extended 10-year warranty provided by 2-10 Home Buyers Warranty, normal wear and tear and routine maintenance excepted. All appliances and equipment warranties shall be assigned to Buyer.

4. CONTINGENCY ON AVAILABILITY OF FINANCING. The Buyers' obligations herein are conditioned upon their securing financing from a lending institution (Lender) adequate for the full payment of the total contract amount noted above and any other monies due hereunder beyond the deposit advanced as noted above. Buyers must make application within 5 days after the execution of this agreement and will use best efforts and due diligence to obtain the required loan commitment and, thereafter to satisfy the terms and conditions of the commitment and close the loan. Buyer must provide Princeton written evidence from an institutional lender of such financing within 20 calendar days after the execution of this contract, or Princeton may without further notice declare this contract null and void, whereupon Princeton shall return the Deposit to the Buyer, and neither party shall have any further liability hereunder. Princeton's right to cancel cannot be modified by any verbal representation of any Princeton representative, and may only be rescinded or waived by a document executed by an officer of Princeton.

5. INSPECTION PRIOR TO CLOSING. Prior to closing Buyer will be given the opportunity to inspect Buyer's Home with Princeton and make a reasonable list of any work (the "Punch List") which is defective or has not been completed. If Buyer does not attend the inspection, Princeton's customer service representative will complete a punch list, which Buyer will be bound by. Princeton will complete the items set forth on the list within a reasonable time after the closing, and except for items covered by Princeton's warranty, Princeton will not be responsible for any other defects or repairs.

6. DATE AND PLACE OF CLOSING. Princeton will notify Buyer of the time, place and date of closing (the "Closing Date"). If Buyer fails to close on the date and time set Buyer will be in default, with time being of the essence. Should Buyer failing to fund closing on the Closing Date the Purchase Price shall be increased at the rate of 18% per annum until closing shall occur. Unless otherwise permitted by Princeton, Buyer (and Buyer's spouse if required by the lender's documents) will be required to appear at the time,

place and date set forth in Princeton's notice in order to effectuate the closing with any other persons required to execute the closing documents.

7. TITLE. At the closing Princeton will convey good and marketable title to Buyer's Home subject only to the following: conditions, restrictions, limitations, reservations, agreements, declarations, dedications and easements of record, and existing zoning, as of the date of closing; taxes including city utility and storm water assessments, for the year in which the closing occurs and all subsequent years and pending governmental liens; facts that an accurate surveyor would disclose; and any mortgage executed by purchase at closing.

8. INDEMNITY. Princeton does hereby agree to indemnify and hold Buyer harmless against all claims or damages to person or property by reason of the intentional acts or negligence of Princeton or its agents, employees, subcontractors or workmen in the construction herein.

9. DEED RESTRICTIONS AND DECLARATIONS. Purchaser understands that title to Purchaser's Home will be subject to the Declaration of Covenants, Conditions and Restrictions for St. James Golf Club (the "St. James Golf Club Declaration"), as well as to the golf course Reciprocal Easement and Operating Agreement and all exhibits and amendments thereto, copies of which are or shall be available for Purchaser's inspection in Princeton's sales office. Purchaser acknowledge the declarations contain various use and maintenance restrictions which Purchaser will be required to comply with, and which require Purchaser to obtain approval from Princeton or from a homeowners or property owners association prior to making any exterior changes to Purchaser's Home or to Purchaser's landscaping. Pursuant to the declarations, Purchaser will be required to be a member of and pay assessments to the St. James Golf Club Homeowner's Association, and the Association will have a lien against Purchaser's Home to secure the payment of the assessments. Purchaser acknowledge that any information Princeton have given Purchaser regarding the amount of any such assessments is an estimate, and that the actual assessments may be adjusted from time to time in accordance with the Declarations.

Because Buyer is purchasing property in the Community and will become a member of the Association, Section 720.401, Florida Statutes, requires, and Princeton hereby provides, the following disclosure:

Buyer should not execute this Contract unless and until Buyer has received and read that certain Disclosure Summary, a copy of which is attached hereto as Exhibit "D" and made a part hereof.

If the Disclosure summary required by Section 720.401, Florida Statutes, has not been provided to the prospective purchaser before executing this contract for sale, this contract is voidable by Buyer by delivering the Seller or Seller's Agent or representative written notice of the Buyer's intention to cancel within 3 days after receipt of the disclosure summary or prior to closing, whichever occurs first. Any purported waiver of this voidability right has no effect. Buyer's right to void this contract shall terminate at closing.

10. NO ASSIGNMENT Neither party may assign the contract in whole or in part, except with the written consent of the other party.

11. MISCELLANEOUS

   A. Dispute resolution. In the event of a dispute arising hereunder, the parties shall be obliged to attend a non-binding arbitration conducted by an arbitrator selected by mutual agreement, or alternatively jointly selected by an arbitrator selected by each party.

   B. Venue. Venue for any dispute arising from this contract shall be St. Lucie County, Florida.

   C. Time is of the essence with respect to matters contained herein.

   D. No verbal modification. This contract may only be modified by written agreement executed by both parties.

   E. Damage. If a casualty or Act of God causing material damage occurs to the property prior to closing, Princeton may, at Princeton's option, either cancel this Contract and return the deposit, without interest, in which event this Contract shall become void and of no effect, or rebuild as soon as reasonably practicable, in which event this Contract shall be in full force and effect, the completion date herein set forth shall be extended for the amount of time lost by such casualty. Buyer shall not have an interest in any insurance proceeds paid on account of said casualty.

   F. Releases of lien. Princeton will provide final release of lien affidavit to Lender prior to final payment



and provide all release of liens for notice to Lender on Buyers' property. Princeton shall supply Lender partial and final release of liens for any notice to Buyer filed against Buyers' property.

G. Property taxes. Pursuant to Florida requirement, Princeton hereby advises Buyer that the property taxes for the townhome cannot be estimated from the past year's property taxes, which may rise upon reassessment following the sale of the townhome.

12. FLOORPLAN, ELEVATION & SPECIFICATIONS. The floor plan and elevations, Exhibit B, the standard specifications, Exhibit C, and the options included, Exhibit D, all initialed by Princeton and Buyer and attached hereto are here incorporated into this contract. Princeton shall be responsible for constructing the home in accordance with those documents, unless the Buyer and Princeton shall together agree in writing to any changes to them.

13. SELECTION CHANGES AND ADDENDUMS. The Selections attached shall be part of this contract.

Buyer is aware that color differences in tile may vary in shading between selected tile and actual tile installed. Tile colors may vary, especially in multi-color tile. Granite may also have color variations due to the natural condition of this material.

14. BROKERS. Princeton and Buyer confirm to each other that, unless this provision is superceded by an addendum attached hereto, neither has employed nor utilized the services of a Licensed Real Estate Salesperson or Broker in connection with this purchase.

15. RADON GAS. The following notification is required by Florida Statutes, Section 404.056: Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from Princeton's county public health unit.

_____
John J Lonergan Sr. (Buyer)

Date: 12/09/2008

_____
SELLER: PRINCETON HOMES, INC.
BY: Beth Graham
ITS: Sales Associate
Date: 12/11/08



(All Dimensions Shown Are Subject to Change Without Notice)

Exhibit A: Yorkshire



PRINCETON HOMES — SHEFFIELD & STRATFORD COURT

## DISTINCTIVE FEATURES

**COMMUNITY FEATURES:**
- Located in Port St. Lucie, east of the Turnpike, minutes from I-95, beaches, shopping, fine dining and recreation
- Elegant gated entrance
- Championship 18-hole golf course
- Residents clubhouse with tennis courts, fitness room and tot lot
- Community pool and spa

**OUTSIDE YOUR HOME:**
- CBS Construction
- Foam injection Owens Corning insulation
- Monitored engineering
- Termite-treated, steel-reinforced concrete foundation
- Steel-reinforced concrete block construction
- Mediterranean-S style cement tile roofs
- Tumbled brick paver driveway, walkway and front entry
- Automatic garage door openers with two remotes
- Steel-reinforced garage doors with decorative raised-panels
- Eight-foot entry doors with glass side lights (per plan)
- Selection of coordinated exterior color combinations
- Aluminum window frames with screening on all operable windows
- Pre-finished vented aluminum soffits
- 5/8" CDX roof sheathing
- 1/2" CDX wall sheathing
- Weatherproof G.F.I. electrical outlets (per plan)
- Textured exterior stucco with architectural banding
- Decorative coach lights on garage (per plan)
- Hose bibs conveniently located
- Protective hurricane panels for all windows and glass panel doors
- Ten-year Manufacturer warranty fascia

**INSIDE YOUR KITCHEN:**
- GE® appliance package including:
  - 21.7 cu. ft. side-by-side refrigerator with "easy touch" ice and water dispenser in the door
  - Self-cleaning full-size electric range with "easy touch" controls
  - Undercounter multi-cycle energy-efficient dishwasher
  - Built in microwave
- European-style cabinetry with 42" upper cabinets in a choice of designer colors
- Easy-care mica countertops in choice of colors with 4" backsplash
- Stainless Steel 50/50 overmount with 1/3 hp disposal and Moen® faucet with pull out sprayer
- Spacious pantry for added storage (per plan)
- Tile Flooring
- Kitchen Options
  - Talk to your new home consultant about available options and upgrades

**INSIDE YOUR HOME:**
- 10' ceiling heights (Sheffield Series)
- 11' 4" ceiling heights (Stratford Series)
- 8' raised panel interior doors
- Spacious secondary bedrooms
- 13" x 13" ceramic tile floors in the foyer, laundry room, kitchen, and bathrooms (per plan)
- Plush wall-to-wall carpeting with stain-control treatment
- Alarm system with keypad
- Walk-in closets (per plan)
- Spacious linen closets (per plan)
- Separate laundry room
- High-efficiency central air conditioning and heating system
- Knockdown textured walls and ceilings
- Custom lighting detail throughout, including hi-hats and pre-wiring (per plan)
- Modern rocker-style electrical switches
- Ceiling fan pre-wire in family room, living room, covered lanai and all bedrooms (per plan)
- Cable TV RG-6 quad shield wiring in family room, den, great room and bedrooms (per plan)
- High-speed CAT5 telephone wiring in kitchen, all bedrooms and den with 4-line telephone capability (per plan)
- Colonial-style 6-panel doors throughout with decorative antique brass hardware (per plan)
- Colonial-style wood door trim and baseboards
- Colonial-style bi-fold closet doors
- Cultured marble window sills throughout home
- Energy-efficient R-19 ceiling insulation
- 50-gallon quick-recovery hot water heater
- Copper plumbing supply lines
- Smoke detectors throughout home (per plan)

**INSIDE YOUR BATHS:**
- Dual vanities in master bath
- European style vanities
- Luxurious Roman tub in master bath
- Clear glass enclosed shower in master bath with chrome frame enclosure
- Cultured marble countertops with backsplash and integrated sinks in a choice of colors
- Designer lighting in guest bath
- Ceramic tile floors in all wet areas
- Moen® faucets
- Elongated water closets
- 36" European-style cabinetry in a choice of colors
- Oversized bathroom mirrors and designer medicine cabinets with beveled edges
- Glass block (see plan, select models)
- Linen closets
- Ceramic bath accessories

**WELCOME HOME BENEFITS:**
- 10-year HBW VJ Builders Warranty
- Full 1 year Builders Warranty
- Fully Irrigated Yard
- Floratam Sod
- Tropical landscaping package
- Designer mailbox
- 200 AMP electrical service



ST. JAMES

511 NW Dover Ct., Port St. Lucie, FL 34983 • P 772-340-7879 • F 772-340-7877
*Features subject to change without notice.

11/03

Exhibit B: Standard Features

Exhibit D:

## DISCLOSURE SUMMARY FOR ST. JAMES GOLF CLUB

As a Purchaser of property in this community, you will be obligated to become a member of the Homeowners Association. Copies of the restrictive covenants governing the use and occupancy of the property in this community are available for inspection at the Princeton Homes' sales office. You will be obligated to pay assessments to the Association, which are subject to periodic change. The current amount is $420 per quarter. In addition, you will be obligated to pay any special assessments imposed by the Association. Should the City of Port St. Lucie, St. Lucie County or any future Special Assessment District furnish additional amenities which require special assessments, you will be obligated to pay those assessments. All assessments are subject to periodic change. Failure to pay special assessments or assessments levied by the homeowners association could result in a lien on your property. There may be a future obligation to pay rent or land use fees for recreational or other commonly used facilities as an obligation of membership in the homeowners association. Prior to turnover to the homeowners, the developer may have the right to amend the restrictive covenants without the approval of the association membership or the approval of the parcel owners. The statements in this disclosure are only summary in nature. As a prospective purchaser, you should refer the covenants and the association governing documents before purchasing the property. These documents are matters of public record and can be obtained from the record office in St. Lucie County, or from the Princeton Homes' sales office.

_____
John J Lonergan Sr. (Purchaser)

Date: 12/09/2008

_____
SELLER: PRINCETON HOMES, INC.
BY: Beth Graham
ITS: Sales Associate
Date: 12/11/08

Dear Valued Homeowner:

As a liability protection requirement we cannot have homeowners touring homes under construction, unless accompanied by a company representative. Your salesperson will be glad to set up a "framing stage" walk-through of the house for you, so you can assess the progress of your house at the mid-construction stage. Otherwise, a final walk-through and orientation will be scheduled when your house is completed.

Thank you for your cooperation while we bring you a quality home in a timely manner.

_____
Purchaser's Acknowledgement

_____
Purchaser's Acknowledgement

_____
Salesperson's Acknowledgement

Princeton Homes at St. James Golf Club
OPTION SELECTIONS - Final

Date: 12/8/2008
Options Addendum: 1
Customer: **John J Lonergan Sr.**
Model: **Yorkshire**
Location: **Pod F Lot 82**

Misc Item

| No. | Item | Select | Price | Qty | Item Total | Color/Comments |
|---|---|---|---|---|---|---|
| 1 | Builder Discount | X | -$ 24,900.00 | 1 | -$24,900.00 | |
| | | | | Total | -$24,900.00 | |

| Total Options Cost | | |
|---|---|---|
| | Total | -$24,900.00 |

By signing below, Buyer(s) agree that the options selected above are finalized and cannot be changed after the execution date of this document.

_____
John J Lonergan Sr. (Buyer)

12/09/2008
Date

## ADDENDUM TO CONTRACT REQUEST

Date: 12/8/2008
Options Addendum: 1
Pod F Lot 82
Model: Yorkshire

| | |
|---|---:|
| PREVIOUS CONTRACT AMOUNT | $ 259,900.00 |
| Color Selection and Added Options | -$ 24,900.00 |
| Closing Costs Paid By Princeton Homes, Inc. | $ 0.00 |
| REVISED CONTRACT AMOUNT | $ 235,000.00 |

DISCLOSURE: BUYER IS AWARE THAT CERTAIN ITEMS REQUESTED IN THIS REQUEST MAY NOT BE AVAILABLE AND/OR ARE SUBJECT TO APPROVAL BY THE CONSTRUCTION DEPARTMENT. SHOULD ANY ITEM NOT BE APPROVED, THE MONIES PAID FOR THAT ITEM WILL BE REFUNDED. PRICES FIRM WITH THE EXCEPTION OF AN INCREASE IN MATERIAL OR LABOR PRICE TO US THAT MAY OCCUR BETWEEN THE TIME OPTIONS ARE SELECTED AND ORDERS ARE PLACED.

PURCHASER _[signature]_ DATE 12/09/2008
PURCHASER _____ DATE _____
PRINCETON HOMES _[signature]_ DATE 12/11/08



Options Addendum 1 Sketch

## ADDENDUM TO CONTRACT

Date: 12/8/08

Addendum #2

Buyer Name: John J. Lonergan Sr.

Property Description:  393 NW Stratford Lane, Port St. Lucie FL 34983- Lot 82-F

Buyer and Seller agree to following:

1. As an incentive to purchase, Seller, Princeton Homes, agrees to pay the following closing costs- documentary stamps on deed and owners title insurance policy.   The maximum seller contribution toward these costs is not to exceed $3000.00.
2. Contract effective date is December 8th, 2008.  Buyer agrees to close on or before December 30,2008 in order to receive the above mentioned closing cost incentive.
3. Buyer agrees to return executed purchase agreement, deposit,  and all addendums  by no later than December 11th, 2008, or this agreement will be null and void.
4. Princeton Homes agrees to pay John Crawford of Sun Realty a 3% Broker commission based on the discounted purchase price of $235,000.00.

Buyer _John J. Lonergan Sr._  Date _12/09/2008_

Buyer _____  Date _____

Princeton Homes _____  12-11-08

**JOHN J. LONERGAN, SR.**
8797 VETERANS HIGHWAY
MILLERSVILLE, MD 21108-2046
410-923-4185
CELL 410-320-0093

SANDY SPRING NATIONAL BANK

65-109/550

1556

12/9/2008

PAY TO THE ORDER OF Princeton Homes, Inc. $ *23,500.00

Twenty-Three Thousand Five Hundred and 00/100 ************************************ DOLLARS

Princeton Homes, Inc.
6060 Helmsdale Way
Port Saint Fl. 34983

Attention Beth Grahm

MEMO _____

AUTHORIZED SIGNATURE

⑈055001096⑈ 13 3106190061 1556⑈

JOHN J. LONERGAN, SR.   Princeton Homes, Inc.   12/9/2008   23,500.00   1556

Personal Checking-Sa   Attention Beth Grahm   23,500.00


Jul 12 2006 2:13PM Princeton Homes 7723427971 p.1
Case 2:09-md-02047-EEF-MBN Document 6747-2 Filed 12/29/10 Page 15 of 15

Building Department of Port St. Lucie, FL
CERTIFICATE OF OCCUPANCY   PERMIT #: 0514151

THIS CERTIFICATE ISSUED PURSUANT TO THE REQUIREMENTS OF SECTION 150.10392 OF THE CITY CODE CERTIFYING THAT AT THE TIME OF ISSUANCE THIS STRUCTURE WAS IN COMPLIANCE WITH THE VARIOUS ORDINANCES OF THE CITY OF PORT ST. LUCIE REGULATING BUILDING CONSTRUCTION OR USE FOR THE FOLLOWING:

USE CLASSIFICATION: SINGLE FAMILY RESIDENCE

OWNER: PRINCETON HOMES                           TYPE: RS

ADDRESS: 393 NW STRATFORD LN                     CONST TYPE: CBS

CONTRACTOR: CERTIFIED BUILDING CONTRACTORS INC   UNITS: 1

SEC/BLK/LOT: SJGC-POD F-82                       COMPLETED: 07/12/06

LOCALITY: Port St. Lucie, Florida       Fire Dist: St. Lucie County
                              BY: BUILDING DEPT.
_Joseph S. Salama_  * * * POST IN A CONSPICUOUS PLACE * * *
BUILDING OFFICIAL

Building Department of Port St. Lucie, FL
CERTIFICATE OF OCCUPANCY   PERMIT #: 0514151

THIS CERTIFICATE ISSUED PURSUANT TO THE REQUIREMENTS OF SECTION 150.10392 OF THE CITY CODE CERTIFYING THAT AT THE TIME OF ISSUANCE THIS STRUCTURE WAS IN COMPLIANCE WITH THE VARIOUS ORDINANCES OF THE CITY OF PORT ST. LUCIE REGULATING BUILDING CONSTRUCTION OR USE FOR THE FOLLOWING:

USE CLASSIFICATION: SINGLE FAMILY RESIDENCE

OWNER: PRINCETON HOMES                           TYPE: RS

ADDRESS: 393 NW STRATFORD LN                     CONST TYPE: CBS

CONTRACTOR: CERTIFIED BUILDING CONTRACTORS INC   UNITS: 1

SEC/BLK/LOT: SJGC-POD F-82                       COMPLETED: 07/12/06

LOCALITY: Port St. Lucie, Florida       Fire Dist: St. Lucie County
_Joseph S. Salama_, BUILDING DEPT.
BUILDING OFFICIAL       * * * POST IN A CONSPICUOUS PLACE * * *

Lonergan