# EXHIBIT "D"



Home Buyers Warranty®
America's Choice

November 13, 2009

John Lonergan Sr.
393 Northwest Stratford Lane
Port St. Lucie, FL 34983

Dear Princeton Homes, Inc:

This is to acknowledge receipt of your recent correspondence describing issues you believe may be your Builder's responsibility. By copy of this letter, we are informing your Builder of this matter.

Princeton Homes Inc., has provided your home with the most comprehensive express limited warranty coverage available today, from the company recognized as the leader in the home warranty industry—**2-10 Home Buyers Warranty** ("HBW"). As Administrator for your Builder's warranty, HBW acts as a facilitator between builders and homeowners by helping to resolve issues regarding builder warranty responsibilities and homeowner expectations. HBW's goal is to support builders in fulfilling their warranty commitments to homeowners, as defined in the Construction Performance Guidelines (CPG) set forth in the HBW Warranty Booklet. We are confident your Builder will strive to meet these standards, and we suggest that you review the CPG and Exclusions Sections in the HBW Booklet in order to familiarize yourself with their content.

To resolve the current situation quickly, we ask that you and your Builder meet within thirty (30) days to review and inspect your specific warranty/non-warranty items. If together you are unable to agree on particular issues, we ask that you notify this office, so we may provide assistance.

Your Builder's warranty has time limits. Our records indicate the effective date of warranty on your home is 05/19/2008. If you are unable to conciliate with your Builder, HBW must be so-informed in writing within sixty (60) days of today's date, to preserve your warranty rights. Otherwise, we will assume this case has been resolved and shall close your file.

If you have any questions, please contact us. For your convenience, our fax number is (303) 368-0529.

Respectfully,

*Wendy Stephan*

Wendy Stephan
Warranty Administration Specialist

File No: FL 249197-01

cc: Princeton Homes, Inc.

One Denver Highlands ♦ 10375 East Harvard Avenue, Suite 100 ♦ Denver, Colorado 80231
Phone: 720.747.6000 ♦ Fax: 303.368.0529 ♦ www.2-10.com