UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>**SECTION L**<br>**JUDGE FALLON**<br>**MG. JUDGE WILKINSON** |
| THIS DOCUMENT RELATES TO:<br>*Joyce W. Rogers v. Kanuf GIPS KG, et al.*<br>*Case No. 10-362*<br>_____ / | |

### DEFENDANT, ALBANESE POPKIN THE OAKS DEVELOPMENT GROUP, LP, MOTION TO EXCEED PAGE LIMITATION

Defendant, Albanese Popkin The Oaks Development Group, LP ("Albanese"), by and through its undersigned counsel, fully reserving any and all defenses, including jurisdiction, and pursuant to Federal Rule of Procedure 7 and Local Rule 7.8.1E, hereby files this Motion to Exceed Page Limitation for its Motion to Dismiss Plaintiffs Amended Omnibus Class Action Complaint (IV) and Motion to Strike Demand for Jury Trial, and respectfully requests that the Court enter an Order permitting Albanese to exceed the twenty-five (25) page limitation for its Motion to Dismiss and Motion to Strike for the reasons set forth in its accompanying Memorandum of Law filed in support of this Motion.

WHEREFORE, Defendant, Albanese Popkin The Oaks Development Group, LP, respectfully requests that the Court grant the instant Motion, and enter an Order permitting Albanese's Motion to Dismiss Plaintiffs Amended Omnibus Class Action Complaint (IV) and Motion to Strike Demand for Jury Trial to exceed the twenty-page (25) page limitation, and grant such other and further relief as is just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of December, 2010.

SACHS SAX CAPLAN
Attorneys for Defendant, Albanese-Popkin The Oaks
Development Group, L.P.
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, Florida 33487
Tele:   (561) 994-4499
Fax:   (561) 994-4985

By:   /s/ *Brett A. Duker*
      Lysa M. Friedlieb
      Florida Bar No. 898538
      lfriedlieb@ssclawfirm.com
      Brett A. Duker
      Florida Bar No. 0021609
      bduker@ssclawfirm.com

-2-