UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**THE PLAINTIFFS' STEERING COMMITTEE'S STATUS REPORT PURSUANT TO PRE-TRIAL ORDER 1H (POST-NOTICE OF COMPLETION MOTIONS PRACTICE)**

In accordance with Pre-Trial Order 1H [doc# 6083], the Plaintiffs' Steering Committee ("PSC") hereby advises the Court regarding the current status of service of the several omnibus class action complaints:

1. **Omnibus I and Related Intervention Complaints.**

   A. *Payton, et al. v. Knauf GIPS KG, et. al.*, **Case No. 2:09-cv-07628 (E.D.La.) (Original Omnibus I Complaint):**

   • 404 domestic defendants have been served;

   • 80 domestic defendants - service has been attempted but not yet perfected;

   • 4 of the 5 foreign defendants (Knauf Gips KG ("Knauf Gips"); Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf Tianjin"); Knauf Plasterboard (Wuhu) Co., Ltd. ("Knauf Wuhu"); and Guangdong Knauf New Building Materials Products Co., Ltd. ("Guangdong Knuaf")) have been served pursuant to the Hague Convention;

   • The PSC has suspended its efforts to serve the other foreign defendant, Rothchilt International, Ltd. ("Rothchilt"), since the whereabouts of this defendant are unknown;

   • 85 defendants have been dismissed.

B.  **Amended Omnibus I Complaint [document # 3160]:**

- 364 domestic defendants have been served;

- 49 domestic defendants - service has been attempted but not yet perfected;

- The PSC is obtaining summonses to serve the Knauf defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf) pursuant to the stipulation on service with Knauf - the PSC anticipates these defendants will be served before the January 2011 status conference;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown;

- 59 defendants have been dismissed.

C.  **Intervention Complaint by Phillip Kennedy and Lyzet Machado-Kennedy (Omnibus I(A)) [document # 5578]:**

- 22 domestic defendants have been served;

- 357 domestic defendants - service has been attempted but not yet perfected;

- 5 of the 6 foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation GmbH ("Knauf Insulation")) are in the process of being served pursuant to the stipulation on service with Knauf - the PSC anticipates these defendants will be served before the January 2011 status conference;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown.

D.  **Intervention Complaint by Benjamin and Jennifer Abt (Omnibus I(B)):**

- Intervening plaintiffs' motion to intervene is pending before the Court.

2

E. **Intervention Complaint by Bonnie and John H. Adams, III (Omnibus I(C):**

- Intervening plaintiffs' motion to intervene is pending before the Court.

2. **Omnibus II and Related Intervention Complaints.**

A. *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, **Case No. 2:10-cv-00361 (E.D.La.) (Omnibus II) [document # 1747]:**

- 169 domestic defendants have been served;

- 64 domestic defendants - service has been attempted but not yet perfected;

- 5 foreign defendants are in the process of being served under the Hague Convention;

- 9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown;

- 2 defendants have been dismissed.

B. **Intervention Complaint by Kenneth and Cynthia Burke (Omnibus II(A)) [document # 5579]:**

- 144 domestic defendants have been served;

- 44 domestic - APS is in the process of serving summonses and complaints;

- 5 foreign defendants are in the process of being served under the Hague Convention;

- 9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown.

C. **Intervention Complaint by Eduardo and Carmen Armorin (Omnibus II(B)):**

- Intervening plaintiffs' motion to intervene is pending before the Court.

3

    **D.**    **Intervention Complaint by Clifford Abromatts and Janice Worobec (Omnibus II(C)):**

- Intervening plaintiffs' motion to intervene is pending before the Court.

**3.**    ***Gross* and Related Intervention Complaints:**

    **A.**    ***Gross, et al. v. Knauf Gips KG, et al.*, Case No. 2:09-cv-6690 (E.D.La.) [document # 366]:**

- 36 domestic defendants have been served;

- 4 domestic defendants - service has been attempted but not yet perfected for several reasons. Some defendants may no longer exist and/or may not be present at their listed addresses. Efforts to perfect service on these defendants are at an impasse for the moment;

- 41 foreign defendants have been served;

- 12 foreign defendants are in the process of being served under the Hague Convention - 4 of these foreign defendants (Guangdong Knauf, Knauf Wuhu, Knauf DO Brasil, Ltd. ("Knauf Brasil"), and Knauf Gips Indonesia ("Knauf Indonesia")) are in the process of being served pursuant to the stipulation on service with Knauf - the PSC anticipates the Knauf defendants will be served before the January 2011 status conference;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown;

- The April 8, 2010 Order amending portions of the *Gross* complaint is currently being served on the defendants.

    **B.**    **Intervention Complaint by Mary Anne Benes (Omnibus III) [document # 2187]:**

- 283 domestic defendants have been served;

- 114 domestic defendants - service has been attempted but not yet perfected;

- 48 foreign defendants are in the process of being served under the Hague Convention - 8 of these foreign defendants (Knauf Gips,

        Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF GMBH & Co., KG ("Knauf AMF")) are in the process of being served pursuant to the stipulation on service with Knauf - the PSC anticipates the Knauf defendants will be served before the January 2011 status conference;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown;

- 18 defendants have been dismissed.

    **C.**    **Intervention Complaint by Ruben Jaen (Omnibus III(A)):**

- 241 domestic defendants have been served;

- 98 domestic defendants - APS is in the process of serving summonses and complaints;

- 48 foreign defendants are in the process of being served under the Hague Convention - 8 of these defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) are in the process of being served pursuant to the stipulation on service with Knauf - the PSC anticipates the Knauf defendants will be served before the January 2011 status conference;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown.

**4.**    **Omnibus IV and Related Intervention Complaints.**

    **A.**    *Rogers, et al. v. Knauf GIPS KG, et. al.*, **Case No. 2:10-cv-00362 (E.D.La.) (Omnibus IV) [document # 1749]:**

- 113 domestic defendants have been served;

- 27 domestic defendants - service has been attempted but not yet perfected;

- Knauf Gips, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf are in the process of being served pursuant to the stipulation on service with Knauf - the PSC anticipates these defendants will be served before the January 2011 status conference;

- 1 defendant has been dismissed.

B. **Intervention Complaint by Kathleen and Mariss Barbee (Omnibus IV(A)) [document 5575]:**

- The PSC has obtained summonses for each of the named defendants and has forwarded the same to APS for service - APS is in the process of serving summonses and complaints;

- Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation are in the process of being served pursuant to the stipulation on service with Knauf - the PSC anticipates these defendants will be served before the January 2011 status conference.

C. **Intervention Complaint by Roxanne Burey (Omnibus IV(B)):**

- Intervening plaintiff's motion to intervene is still pending before the Court.

D. **Intervention Complaint by Alfons and Dawn Bucaj (Omnibus IV(C)):**

- Intervening plaintiff's motion to intervene is still pending before the Court.

5. **Omnibus V Complaint.**

A. *Dean Dawn Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.) (Omnibus V) [document # 3132]:**

- 184 of the 197 defendants have been served;

- 11 defendants - service has been attempted but not yet perfected for several reasons. Some defendants may no longer exist and/or may not be present at their listed addresses. Efforts to perfect service on these defendants are at an impasse for the moment;

- 2 defendants have been dismissed.

6. **Omnibus VI Complaint.**

A. *Charlene and Tatum Hernandez, et al. v. AAA Insurance, et al.*, **Case No. 2:10-cv-3070 (E.D.La.) (Omnibus VI):**

- 61 domestic defendants have been served;

- 18 domestic defendants - APS is in the process of serving summonses and complaints;

- The PSC has temporarily suspended service of the Omnibus VI complaint to address discrepancies in the addresses on summonses and other complications in serving the complaint.

The PSC is engaged in certain jurisdictional discovery involving the Knauf defendants and Taishan Gypsum Co., Ltd. This discovery is ongoing. Based on the current status of service and discovery, the PSC is not prepared to file a notice of completion of amendments for any of the omnibus class action complaints.

Respectfully submitted,

Dated: December 30, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

| | |
|---|---|
| James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com | Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com | Jeremy W. Alters<br>Alters Law Firm, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Status Report Pursuant to Pre-Trial Order 1H (Post-Notice of Completion Motions Practice) has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of December, 2010.

         /s/ Leonard A. Davis
         Leonard A. Davis, Esquire
         Herman, Herman, Katz & Cotlar, LLP
         820 O'Keefe Avenue
         New Orleans, Louisiana 70113
         Phone: (504) 581-4892
         Fax: (504) 561-6024
         Ldavis@hhkc.com
         Plaintiffs' Liaison Counsel
         MDL 2047

         *Co-counsel for Plaintiffs*