# EXHIBIT "B"

Case 2:09-md-02047-EEF-MBN   Document 6752-3   Filed 12/30/10   Page 2 of 2

EAST REGION
Mail to:
2-10 HBW®
1728 Montreal Cir.
Tucker, GA 30084

**BUILDER APPLICATION FOR HOME ENROLLMENT**
FORM HBW 302 FL
THIS DOCUMENT IS NOT YOUR NEW HOME WARRANTY



The undersigned Builder Member of the 2-10 HBW® New Home Warranty program makes application for enrollment of the home whose address is listed below. The Builder Member is responsible for completion of all enrollment requirements on the home. If all enrollment requirements are not completed on the new home, this Application will be denied and no coverage by the Builder's Warranty Insurer will be provided. The Builder must send or have his closing agent send the original of this Application for Home Enrollment and a check for full payment to 2-10 HBW®. If the Builder Member has satisfied all the enrollment requirements and 2-10 HBW® has received this Application and full payment within 15 days of the date of closing on the home, the Buyer will receive the Certificate of Warranty Coverage and Warranty Booklet within 30 days of closing from 2-10 HBW®. **IF THE BUYER HAS NOT RECEIVED THE CERTIFICATE OF WARRANTY COVERAGE AND WARRANTY BOOKLET FROM 2-10 HBW® WITHIN THIRTY (30) DAYS AFTER CLOSING, THEN THERE IS NO COVERAGE BY THE BUILDER'S WARRANTY INSURER, YOU SHOULD CONTACT YOUR BUILDER.**

**PLEASE PRINT OR TYPE:**

1. Buyer(s): Paul & Lisa Myers
   Address of Home: 376 NW Sheffield Circle, Port St Lucie, FL 34983
   Lot / Block: 102 E      Subdivision: SJGC
2. Builder Name: Princeton Homes      HBW Builder No: 8800-8973
3. Effective Date of Warranty: Date of Closing: 7-26-06  Date of earlier first occupancy if before closing: 7/20/06
   CONDOMINIUMS ONLY: The Effective Date of Common Elements Coverage is the date the main structure housing individual units was completed. Effective date of Common Elements Coverage: _____
4. COVERAGE: Both the Builder and Buyer(s) must check and initial which of the following coverage(s) apply to the unit being enrolled.
   A. ☒  LP  1-Year Workmanship / 2-Year Systems / 10-Year Structural Coverage
   B. ☐     10-Year Structural Coverage Only
   C. ☐     2-10 Plus Extended Warranty Plan Accepted
   D. ☐     5-Year Extended Structural Warranty

   **POSTED  POSTED**

5. ☒ Single Family Detached   ☐ Townhome   ☐ Manufactured   ☐ Modular   ☐ Condominium
   If Condominium:   ☐ Low Rise   ☐ Mid Rise (3-5 Story)   ☐ High Rise (6 Story or Greater)
   No common elements coverage will be provided unless all units in a building are enrolled.

6. Type Financing:   FHA Check One: A. ☐ FHA using Bldg. Permit; C.O./or equivalent and HUD-92544
                                    B. ☐ FHA using HUD-approved 2-10 warranty
   ☐ VA   ☐ RHS   ☐ Conventional   ☐ Cash

7. A. Rate Formula for 1-Year Workmanship / 2-Year Systems / 10-Year Structural Coverage or Ten Year Structural Only Coverage:
   | 394,900 | ÷ 1,000 = | 394.90 | × | $.88 | = | 347.51 | × | | = | 347.51 | (A) |
   Final Sales Price / Rate / Basic Warranty Fee / If price does not include land / Basic Warranty Fee

   B. Rate Formula for Optional 5-Year Extended Structural Warranty:
   _____ ÷ 1,000 = _____ × _____ = _____ × _____ = _____ (B)
   Final Sales Price / Rate / 5-Year Extended Structural Premium / If price does not include land / 5-Year Extended Warranty Fee

   + $30.00 (C) + _____ (D) + _____ (E) - $0.00 (F) = _____
   If (6B.) checked Add FHA / VA Fee   Final Sale Price X $1.00 per $1,000 for condo wood stairs & landings coverage   Any additional fee   Less the prepaid fee   A + B + C + D + E - F = Total Warranty Fee Due

BUILDER'S AUTHORIZED SIGNATURE: _Tm, Princeton Homes_    Date: 9/26/06

**BUYER'S ACKNOWLEDGEMENT AND CONSENT**
Your Builder is applying to enroll your home in the 2-10 HBW® New Home Warranty program. By signing below, you acknowledge that you have read a sample copy of the Warranty Booklet, and CONSENT TO THE TERMS OF THESE DOCUMENTS INCLUDING THE BINDING ARBITRATION PROVISION contained therein. You further understand that when the warranty is issued on your new home, it is an Express Limited Warranty and that all claims and liabilities are limited to and by the terms and conditions of the Express Limited Warranty as stated in the 2-10 HBW® Booklet. IF YOU, THE BUYER(S), HAVE NOT RECEIVED A CERTIFICATE OF WARRANTY COVERAGE AND A WARRANTY BOOKLET FROM 2-10 HBW® WITHIN THIRTY (30) DAYS AFTER CLOSING, THEN THERE IS NO COVERAGE BY THE BUILDER'S WARRANTY INSURER, YOU SHOULD CONTACT YOUR BUILDER.

Buyer(s) Signature: _____ Date X 7-26-06
Buyer(s) Signature: _Lisa Myers_ Date X 7-26-06
Buyer(s) Phone #: _____

APP

**OFFICE USE ONLY**
Accounting: _____
Risk Mgmt: _____
Warranty No. FL260836

HBW 302 FL 10/04