OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 DEC 29 PM 4: 33
LORETTA G. WHYTE
CLERK

Date: _12-29-2010_

_Sean and Beth Payton, et al._

vs.

_Knauf Gips KG, et al._

Case No. _09-7628_  Section _L_

Dear Sir:

        Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

    1.  (name) _Guangdong Knauf New Building Materials  Kerry Miller, esquire Frilot llc._
        (address) _1100 Poydras st. suite 3700  New orleans_

    2.  (name) _Knauf Gips KG  Kerry Miller, esquire  Frilot llc._
        (address) _1100 Poydras suite 3700  new orleans_

    3.  (name) _Knauf Plasterboard (wuhu) Co., Ltd  Kerry Miller esquire Frilot llc._
        (address) _1100 Poydras st. suite 3700  new orleans._

    4.  (name) _Knauf Plasterboard (tianjin) Co ,Ltd. Kerry Miller esquire Frilot llc_
        (address) _1100 Poydras st. suite 3700  new orleans._

                    Very truly yours,

                    _____
                        "Signature"
        Attorney for _Russ. M. Herman_

        Address _820 O'Keefe Ave._
                _New orleans, LA 70113_

_____ Fee _____
_____ Process _EM(4)SMS_
_X_ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____