UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      *   CASE NO.  2:09-MD-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                        *   SECTION "L"

                                  *   JUDGE ELDON E. FALLON

This document relates to:         * MAGISTRATE JUDGE WILKINSON
Sean and Beth Payton et al. v. Knauf Gips KG, et al.
Case No. 2:09-cv-07628
*****************************************

### ORDER

Given the foregoing Motion for Extension of Time to Complete Retailer Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, Phillips Abita Lumber Company, Inc., is

hereby granted a thirty (30) day extension of time, or until January 23, 2011, in which to complete

and submit the appropriate Profile Form.


New Orleans, Louisiana this _____3rd_____ day of _____January_____, 2011.


_____
HONORABLE ELDON E. FALLON
UNITED STATE DISTRICT JUDGE