UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>**SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON** |

THIS DOCUMENT RELATES TO:
*David Gross v. Knauf GIPS KG, et al.*
*Case No. 09-6690*
_____/

## NOTICE OF HEARING

**TAKE NOTICE** that Defendant, Albanese Popkin The Oaks Development Group, LP, will bring on for hearing its Motion to Dismiss Plaintiffs' Substituted and Amended Omnibus Class Action Complaint (III) in Intervention and Motion to Strike Demand for Attorneys' Fees on February 2, 2011 at 9:00 a.m.

                                                SACHS SAX CAPLAN
                                                Attorneys for Defendant, Albanese-Popkin The Oaks
                                                Development Group, L.P.
                                                6111 Broken Sound Parkway NW, Suite 200
                                                Boca Raton, Florida 33487
                                                Tele:  (561) 994-4499
                                                Fax:   (561) 994-4985

                                                By:     /s/ *Brett A. Duker*
                                                            Brett A. Duker
                                                           Florida Bar No. 0021609
                                                           bduker@ssclawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of January, 2011.

    SACHS SAX CAPLAN
Attorneys for Defendant, Albanese-Popkin The Oaks Development Group, L.P.
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, Florida 33487
Tele:   (561) 994-4499
Fax:   (561) 994-4985

By:   /s/ *Brett A. Duker*
    Brett A. Duker
    Florida Bar No. 0021609
    bduker@ssclawfirm.com