UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| David Gross, *et al.*, v. Knauf Gips, KG, *et al.*, Case No. 2:09-cv-06690 | JUDGE FALLON MAG. JUDGE WILKINSON |

_____/

## MARVIN'S, INC.'S MOTION TO FILE CORPORATE DISCLOSURE STATEMENT OUTSIDE PRESCRIBED TIME

Defendant, Marvin's, Inc., respectfully moves this Honorable Court to allow it to file the attached Corporate Disclosure Statement, which is being submitted outside the time prescribed by *Fed. R. Civ. P.* 7.1. In support of said Motion, Marvin's states that the Statement was inadvertently not filed with the first Notice of Appearance on behalf of Marvin's by the undersigned, who has just discovered his oversight.

**WHEREFORE**, Marvin's, Inc. prays that the Court will grant Marvin's Motion and allow its Corporate Disclosure Statement to be filed.

Respectfully submitted,

/s/ Lynne Stephens O'Neal
Lynne Stephens O'Neal (ASB-3829-N77L)

/s/ Jim H. Wilson
Jim H. Wilson (ASB-9979-S70J)

Counsel for Defendant Marvin's, Inc.

**ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT**

1

OF COUNSEL:

LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
420 North 20th Street
Wells Fargo Tower, Suite 2000
Birmingham, AL 35203-2601
205.251.5900
loneal@lspclaw.com
jwilson@lspclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Extension of Time to Submit its Retailer Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and by email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 4th day of January, 2011.

                                                    /s/Jim H. Wilson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| David Gross, *et al.*, v. Knauf Gips, KG, *et al.*, Case No. 2:09-cv-06690 _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

## DISCLOSURE OF CORPORATE INTERESTS BY DEFENDANT MARVIN'S, INC.

Pursuant to *Federal Rule of Civil Procedure* 7.1, Defendant Marvin's, Inc., is a privately held corporation, has no parent corporation, and there is no other publicly held corporation that holds any stock in Defendant's company.

Respectfully submitted,

/s/ Lynne Stephens O'Neal
Lynne Stephens O'Neal (ASB-3829-N77L)

/s/ Jim H. Wilson
Jim H. Wilson (ASB-9979-S70J)

Counsel for Defendant Marvin's, Inc.

ORIGINAL SIGNED DOCUMENT ON
FILE WITH THE COURT

OF COUNSEL:

LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
420 North 20th Street
Wells Fargo Tower, Suite 2000
Birmingham, AL 35203-2601
205.251.5900
loneal@lspclaw.com
jwilson@lspclaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and by email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 4th day of January, 2011.

                                                         /s/Jim H. Wilson