UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| David Gross, *et al.*, v. Knauf Gips, KG, *et al.*, Case No. 2:09-cv-06690 _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

### ORDER REGARDING MARVIN'S, INC.'S MOTION TO FILE CORPORATE DISCLOSURE STATEMENT OUTSIDE PRESCRIBED TIME

The Court having considered Defendant Marvin's, Inc.'s Motion to File Corporate Disclosure Statement Outside Prescribed Time:

**IT IS ORDERED** that Marvin's Motion is hereby **GRANTED**, and Marvin's is directed to promptly file the required Corporate Disclosure Statement.

New Orleans, Louisiana this _____ day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

1