UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

**CERTAIN DEFENDANTS MOTION TO COMPEL RESPONSES TO DISCOVERY**

Defendants Interior Exterior Building Supply, Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC Banner Supply International, LLC, and Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guandong Knauf New Building Materials Products Co., Ltd. and Knauf Gips KG (collectively "Defendants"), by and through their counsel, hereby moves this Court for the entry of an Order compelling Plaintiffs to respond to Defendants' Steering Committee's First Interrogatories and Request for Production propounded on October 13, 2009. In support of its Motion, Defendants relies on its Memorandum in Support, which is filed contemporaneously herewith.

1

WHEREFORE, Defendants prays that this Honorable Court grant its Motion and Order Plaintiffs to respond to Defendants' Steering Committee's First Interrogatories and Request for Production propounded on October 13, 2009.

Respectfully submitted this 4th day of January, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Shubhra R. Mashelkar
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number: 475388
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700
smashelkar@wwhgd.com
*Counsel for Certain Banner Entities*

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

/s/ Richard G. Duplantier, Jr.
Richard G. Duplantier, Jr. #18874
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
*Counsel for Interior Exterior Building Supply*

**KAYE SCHOLER LLP**

/s/ Steven Glickstein
Steven Glickstein (NY Bar No. 1038157)
425 Park Avenue
New York, NY 10022
Telephone: (212) 836 8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com
*Counsel for Knauf Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading, CERTAIN DEFENDANTS MOTION TO COMPEL RESPONSES TO DISCOVERY has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 4TH day of January, 2010.

      **WEINBERG, WHEELER, HUDGINS,**
       **GUNN & DIAL, LLC**

      /s/ Shubhra R. Mashelkar
      **SHUBHRA R. MASHELKAR, ESQUIRE**
      Georgia Bar Number:  475388
      3344 Peachtree Road, Suite 2400
      Atlanta, GA  30326
      Telephone (404)876-2700
      smashelkar@wwhgd.com
      *Counsel for Certain Banner Entities*