UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### CERTAIN DEFENDANTS MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL RESPONSES TO DISCOVERY

Defendants Interior Exterior Building Supply, Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC Banner Supply International, LLC, and Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guandong Knauf New Building Materials Products Co., Ltd. and Knauf Gips KG (collectively "Defendants"), by and through their counsel, hereby moves this Court for the entry of an Order compelling Plaintiffs to respond to Defendants' Steering Committee's First Interrogatories and Request for Production propounded on October 13, 2009, and in support thereof state as follows:

  1.  On behalf of the Defendants, DSC served its First Interrogatories and Request for Production upon all Plaintiffs involved in the Multi District Litigation (MDL) on October 13,

2009.  Copies of DSC's First Interrogatories and Request for Production are attached hereto as Composite Exhibit "A." [1]

2. Out of the thousands of Plaintiffs involved in the MDL, only a few Plaintiffs have actually responded to this discovery which was served more than a year ago.  For example, only <u>five</u> Plaintiffs in the *Payton* action, <u>five</u> Plaintiffs in the *Vickers* action, <u>three</u> Plaintiffs in the *Rogers* action, and <u>one</u> Plaintiff in the *Gross* action have responded to DSC's first discovery requests.  The other Plaintiffs neither filed an appropriate response to the discovery propounded nor requested additional extension of time to respond to same.

3. On October 11, 2010, defense counsel wrote a good faith letter addressed to Plaintiffs' Steering Committee ("PSC") in efforts to obtain responses to the outstanding 2009 discovery requests.  In that letter, Plaintiffs were asked to provide the requested information within 15 days of receipt of the letter.  A copy of the referenced correspondence is attached hereto as Exhibit "B."

4. Plaintiffs failed to respond to defense counsel's good faith effort.

5. Defense counsel once again made a good faith effort to resolve this dispute and obtain responses to the discovery requests served in 2009 by sending a second letter to PSC on November 16, 2010.  In that letter, Plaintiffs were reminded that it has been over one year since the discovery was propounded and again asked to provide the requested information.  A copy of the referenced correspondence is attached hereto as Exhibit "C."

6. In an effort to resolve this dispute, defense counsel also left a telephone message for PSC member, Lenny Davis.  There was no response to this phone message.

---

[1]  The Defendants is not interested in Plaintiffs reiterating any of the information provided in the profile forms. However, the Defendants are entitled to the information that was not included in the Plaintiffs' profile forms.

7. On January 4, 2010, defense counsel wrote yet again to PSC members, Lenny Davis and Russ Herman, requesting that Plaintiffs address defense counsel's concerns over the lack of responses from Plaintiffs. A copy of the referenced correspondence is attached hereto as Exhibit "D."

8. As of the date of this Motion, no additional responses have been received from Plaintiffs despite the numerous good faith efforts to avoid court involvement.

9. This Court has made it clear that discovery from all parties shall proceed. The Plaintiffs have propounded numerous discovery requests on the Defendants yet, with a few Plaintiff exceptions that are not the subject of this motion, have refused to respond to a single discovery request propounded by the DSC.

10. Notably, more than a year after being served with DSC's discovery, on December 30, 2010, PSC filed "General Objections" to the October 2009 discovery requests.

11. Due to PSC's refusal to cooperate in the discovery process or even discuss the matter, Defendants are left with no choice but to file the instant Motion to Compel and Brief in Support.

## CERTIFICATION OF COMPLIANCE WITH RULE 37 (a)(1)

Before filing this Motion to Compel and pursuant to the requirements of Rule 37(a)(1) of the Federal Rules of Civil Procedure, defense counsel attempted in good faith to confer with counsel for the Plaintiffs through their liaison counsel in an effort to secure the responses without court involvement. This Motion is made in good faith and in the interests of justice and is not intended to delay these proceedings.

WHEREFORE, based upon the foregoing, Defendants respectfully requests this Honorable Court enter an Order compelling Plaintiffs to respond to the above-referenced

discovery requests and an award of attorneys' fees and costs as this Court may deem appropriate.

A proposed Order is attached hereto as Exhibit "E."

Respectfully submitted this 4th day of January, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Shubhra R. Mashelkar
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number:  475388
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
smashelkar@wwhgd.com
*Counsel for Certain Banner Entities*

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

/s/ Richard G. Duplantier, Jr.
Richard G. Duplantier, Jr. #18874
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
*Counsel for Interior Exterior Building Supply*

**KAYE SCHOLER LLP**

/s/ Steven Glickstein
Steven Glickstein (NY Bar No. 1038157)
425 Park Avenue
New York, NY 10022
Telephone: (212) 836 8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com
*Counsel for Knauf Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading, CERTAIN DEFENDANTS MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL RESPONSES TO DISCOVERY has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 4TH day of January, 2010.

        **WEINBERG, WHEELER, HUDGINS,**
         **GUNN & DIAL, LLC**


        /s/ Shubhra R. Mashelkar
        **SHUBHRA R. MASHELKAR, ESQUIRE**
        Georgia Bar Number:  475388
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326
        Telephone (404)876-2700
        smashelkar@wwhgd.com
        *Counsel for Certain Banner Entities*