# WEINBERG, WHEELER,
# HUDGINS, GUNN & DIAL, LLC

ATTORNEYS AT LAW

3344 PEACHTREE ROAD, NE
SUITE 2400
ATLANTA, GEORGIA 30326
TELEPHONE (404) 876-2700
FACSIMILE (404) 875-9433
WWW.WWHGD.COM

**Writer's Direct Dial:**  (404) 832-9540
**E-mail:**  npanayo@wwhgd.com

October 11, 2010

**SERVED VIA LEXISNEXIS**
*Plaintiffs' Steering Committee*

Re:   ***In Re: Chinese-Manufactured Drywall Products Liability Litigation***
United States District Court, Eastern District of Louisiana
MDL No. 2047

Dear Counsel:

This letter shall serve as a good faith effort to obtain responses to Defendants' Steering Committee's First Interrogatories and Request for Production propounded on October 13, 2009.  To date, no responses or objections have been filed for the Plaintiffs indicated on EXHIBIT A, attached hereto.  Please provide the requested information within fifteen (15) days of your receipt of this letter.

We are optimistic that with your cooperation, there should be no need for us to require Court assistance.  Please do not hesitate to contact me with any questions or concerns.  Thank you for your prompt attention to this matter.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

NPP/mpf                                      Nicholas P. Panayotopoulos
Attachments

cc:   All Counsel of Record indicated on EXHIBIT A, attached hereto

**EXHIBIT "B"**



## EXHIBIT A

EXHIBIT A

| Plaintiff's Last Name | Plaintiff's First Name | Counsel of Record |
|---|---|---|
| Adams | Kevin | Jeremy Alters<br>Alters, Boldt, Brown, Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>305-571-8550 PHONE<br>jeremy@abbrelaw.com |
| Akers | Chrstine<br>Robert | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Albano | Carol | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |
| Alcindor | Marlen<br>Nevinsthon | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Allen | Nicole<br>Shane | |
| Ameneiro | Gino<br>Sandra | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Archer | Anja<br>Steven | Brian J. Connelly<br>Gould Cooksey Fenne, PC<br>979 Beachland Boulevard<br>Vero Beach, FL 32963 |
| Arroyave | Angela | |
| Asad | Issa<br>Noha | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

### EXHIBIT A

| | | |
|---|---|---|
| Auerbach | Suely | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |
| Austin | Gerald<br>Pamela | Daniel E. Beenel, Jr.<br>Matthew B. Moreland<br>Beenel Law Firm LLC<br>PO Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084 |
| Baginski | Andrea | |
| Bagley | Gerald | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Bailey | Georgia | |
| Balan | Jorge<br>Kirenia | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Banks<br>Nicholls | James<br>Richard | Hugh P. Lambert<br>Lambert & Nelson, PC<br>701 Magazine Street<br>New Orleans, LA 70130 |
| Barcia | Aurora | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |
| Bautenberg | Lee | |
| Bello de Bachek | Nilda | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

## EXHIBIT A

| | | |
|---|---|---|
| Blanco | Christopher Cristina | Podhurst Orseck, PA 25 W. Flager Street Suite 800 Miami, FL 33130 |
| Bloom | Andrew Ina | Ervin A. Gonzalez Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane 255 Aragon Avenue, 2nd Floor Cora Gables, FL 33134 305-476-7400 Ervin@colson.com |
| Borgardt | David Kathy | |
| Brown | Faith | Podhurst Orseck, PA 25 W. Flager Street Suite 800 Miami, FL 33130 |
| Bruce | Erick Jamie | |
| Byrne | Gertrude | Ervin A. Gonzalez Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane 255 Aragon Avenue, 2nd Floor Cora Gables, FL 33134 305-476-7400 Ervin@colson.com |
| Camastro | Francesco Georgina | Lewis & Roberts, PLLC |
| Cameron | Christine | Brian J. Connelly Gould Cooksey Fenne, PC 979 Beachland Boulevard Vero Beach, FL 32963 |
| Camposano | Francisco de Pilar Pais | Ervin A. Gonzalez Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane 255 Aragon Avenue, 2nd Floor Cora Gables, FL 33134 305-476-7400 Ervin@colson.com |
| Canciglia | Michael F. Runda S. | |
| Candela | Hilario | George Hartz & Lundeen 4800 LeJeune Road Coral Gables, FL 33146 |
| Cannistraci | Darlene | Jerrold Parker Jordan L. Chaikin Parker, Waichman, Alonson, LLP 3301 Bonita Beach Road Bonita Springs, FL 34134 |

## EXHIBIT A

| | | |
|---|---|---|
| Cassanova | Filberto | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Charles<br>Paulin | Frantz<br>Damaris | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Chavin<br>Shmuely | Valerie<br>Rami | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Cindrich | Jeffrey<br>Tamara | Ben Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA<br>316 S. Baylen Street<br>Pensacola, FL 32501<br>850-435-7087<br>bgordon@levinlaw.com |
| Cole | Brenda<br>Harley | Scott Wm. Weinstein<br>Morgan and Morgan<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907 |
| Coombs | Donald | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Courtney | Henry | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Corr, III | Thomas Leo | Brian J. Connelly<br>Gould Cooksey Fenne, PC<br>979 Beachland Boulevard<br>Vero Beach, FL 32963 |

## EXHIBIT A

| | | |
|---|---|---|
| Crawford<br>Shand | Monique<br>Elaine | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |
| Cucci | Jacqueline | |
| Cyr | Emmanuel St<br>Randa | |
| Dabalsa | Ricardo | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |
| Dacosta | George | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Dauterive<br>Savoy | Annielys / Ann<br>Valliere<br>Margaret | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Davis | Jesse | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Deane | Lois<br>Robert | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| DeLos<br>Santos | Brian<br>Rosibel | |
| Denkhaus | David<br>Diane | |

## EXHIBIT A

| | | |
|---|---|---|
| Deutsch | Hunting<br>Mary | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| DiNitto<br>Hevanilson | Patrick<br>Magalhaes | |
| D'Loughy | Daniel J. | Michael Shapiro<br>Allison Grant<br>Shapiro, Blasi, Wasserman & Gora, PA<br>Corporate Centre at Boca Raton<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434 |
| Doby | Brenda | |
| Dodge | Beverly<br>Dale | |
| Durand | Alice<br>Pedro | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Efries | Nathan<br>Patricia | |
| Egan | Giancarlo<br>Michelle | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Elliott<br>Frye | William<br>Mary Ann | David P. Matthews<br>Julie L. Rhoades<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>713-535-7179 PHONE<br>lnielsen@dpmlawfirm.com |
| Elsenberg | Brian<br>Lauren | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

## EXHIBIT A

| | | |
|---|---|---|
| Elzein | Hassib | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Eskenazi | Anna<br>Mark S. | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Etter | Cathy<br>Steve | Theodore J. Leopold<br>Leopold-Kuvin, PA<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL 33410<br>561-515-1400 PHONE<br>lmarks@leopoldkuvin.com |
| Farmer | Connie<br>Tracie<br>Richard | |
| Fasano | Jack | |
| Ferguson, Jr. | Kejuana<br>Livingston | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Fernandez | Damian | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Fernandez | Jorge<br>Michelle | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Fernandez<br>Garcia | Julio<br>Jesus | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |

EXHIBIT A

| | | |
|---|---|---|
| Feuerberg | Bryan<br>Emily | |
| FL Waterfront Holdings LLC | | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| FL Waterfront Holdings LLC | | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Fleck | Joe | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Flores | Julian<br>Nathalia Cora<br>Noah | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Ford | Melanie<br>William | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |
| Fothergill | Zen | |
| Frankze | Julianne | |
| Frenchman | Beth | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

## EXHIBIT A

| | | |
|---|---|---|
| Fuchs | Steven | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Gaita | Gina | |
| Gamboa Teixeira | Hernon Ana | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Garcia | Jose Mon Maribel Guterrez de | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Gonzalez | Dolores | |
| Gonzalez | Miguel Angel | |
| Gonzalez Velez | Omar Victoria Miriam | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Gropp | Hilary Terry | Scott Wm. Weinstein<br>Morgan and Morgan<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907 |
| Guerrazzi | Diego | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Gutierrez | Bibiana Victor | |
| Hansen | Deborah | |
| Harmon | Dennis Nancy | Brian J. Connelly<br>Gould Cooksey Fenne, PC<br>979 Beachland Boulevard<br>Vero Beach, FL 32963 |

## EXHIBIT A

| | | |
|---|---|---|
| Hartz | Charles<br>Joy | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Hartz | Charles<br>Joy | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Hay | Maria<br>Robert | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, Fl. 33134<br>305-476-7400<br>Ervin@colson.com |
| Hayre | Harbhajan | Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonson, LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134 |
| Herbert | Shanique<br>Jason | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, Fl. 33134<br>305-476-7400<br>Ervin@colson.com |
| Hernandez | Marla | |
| Hernandez | James (Tripp)<br>Sherri | Brian J. Connelly<br>Gould Cooksey Fenne, PC<br>979 Beachland Boulevard<br>Vero Beach, FL 32963 |
| Houston | Debra | |
| Hoxter<br>Tailor | Scott<br>Lloyd | Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>PO Box 17529<br>Raleigh, NC 27619 |
| Hurley | Harry<br>Rosemarie | Scott Wm. Weinstein<br>Morgan and Morgan<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907 |
| Jacobsen | Kevin<br>Rhonda | Pro Se |
| James | Janelle | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |

## EXHIBIT A

| | | |
|---|---|---|
| Jesus | Liliane R.<br>Manuel M. | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Johnson | Caron<br>Paul | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Johnson | Charles<br>Molly | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Johnson | Christopher<br>Loray | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Klujian | Matthew (Jr.)<br>Sirapi | |
| Knouff | Jacqueline<br>John | |
| Kolbenheyer | Howard | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Kuhne | Erica | |
| Kurutz | Barbara<br>Stephen | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| L&M Estates, Inc. | | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

## EXHIBIT A

| | | |
|---|---|---|
| Lakind | Linda<br>Alan | |
| Lamma | Husein | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Laraque | Gueldie<br>Jean | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Leben | Janett<br>Roger | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Leblang | David<br>Sharon | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Leon | Maria Elena | |
| Lezama | Juan Carlos | Jeremy Alters<br>Alters, Boldt, Brown, Rash & Culmo<br>4141 Northeast 2nd Avenue, Suite 201<br>Miami, FL 33137 |
| Litten | Randall | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Livesay | Michael J. | Scott Wm. Weinstein<br>Morgan and Morgan<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907 |
| Lobb | Karol<br>Tatiana | |

**EXHIBIT A**

| | | |
|---|---|---|
| Lukaszewski | Lynn | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzalez, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Machado | Sandra<br>Cleber | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzalez, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Mackle | Frank | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Mackoff | Arlene<br>Charles | |
| Maltby | Diane<br>Wesley | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzalez, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Mardeni | Marirose<br>Roberto | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzalez, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Marr | John | Brian J. Connelly<br>Gould Cooksey Fenne, PC<br>979 Beachland Boulevard<br>Vero Beach, FL 32963 |
| Martinez | Tyrone | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |
| Maunsbach | Kay | Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Pince de Leon Boulevard<br>Coral Gables, FL 33134 |
| Mekras | George | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |

## EXHIBIT A

| | | |
|---|---|---|
| Miller | Teresa William | Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>PO Box 17529<br>Raleigh, NC 27619 |
| Mirakian | Samuel K | |
| Mizne | Jeannie Michael | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Morales | Claro | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Mosley | Shawn | |
| Mulero | Juan | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Mulligan | Vincent Virginia | |
| Naidus | Gary | |
| Nano | Magaly | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Neumann | Allan Christine | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

## EXHIBIT A

| | | |
|---|---|---|
| Nevels | Susan | Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonson, LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134 |
| Ng | CheeWah<br>Winnie | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Novello | Robin | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| O'Brien | Wendy | |
| Otero | Kellie Ann<br>Edgar | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Oves | Jose Francisco<br>Ana Maria | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Pabon | Fernando | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Patino | Hector | |
| Pelner | Debra<br>Richard | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

**EXHIBIT A**

| | | |
|---|---|---|
| Penalba | Ramiro<br>Claudia<br>Maria | H.K. Skip Pita<br>Pita & Del Prado<br>9350 S. Dixie Highway<br>Suite 1200<br>Miami, FL 33156 |
| Pensabene | Joseph<br>Patricia | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |
| Perez | Aida<br>Tyrone | Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonson, LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134 |
| Petersman | Craig | |
| Peterson | Derrick<br>Robin | H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse 1<br>121 Alhambra Plaza, Suite 1603<br>Coral Gables, FL 33134<br>305-442-1700 PHONE<br>roberts@rdlawnet.com |
| Poplausky | Hanna<br>Maurice | Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>PO Box 17529<br>Raleigh, NC 27619 |
| Ramirez | Julio<br>Myriam | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Ramirez | Frederick | |
| Raso | Anthony | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Real Estate Resolutions<br>Group, Inc. | | |
| Real Estate Resolutions<br>Group, Inc. | | |
| Real Estate Resolutions<br>Group, Inc. | | |

## EXHIBIT A

| | | |
|---|---|---|
| Real Estate Resolutions Group, Inc. | | |
| Real Estate Resolutions Group, Inc. | | |
| Real Estate Resolutions Group, Inc. | | |
| Real Estate Resolutions Group, Inc. | | |
| Real Estate Resolutions Group, Inc. | | |
| Real Estate Resolutions Group, Inc. | | |
| Real Estate Resolutions Group, Inc. | | |
| Real Estate Resolutions Group, Inc. | | |
| Real Estate Resolutions Group, Inc. | | |
| Reid | Marvin | |
| Reino | Helen Kimberly | Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonson, LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134 |
| Richardson | Franklyn Kimberley | Scott Wm. Weinstein<br>Morgan and Morgan<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907 |
| Rismiller | Todd | |
| Ristovski | Van | |
| Rizzo | Jack Luz | |

## EXHIBIT A

| | | |
|---|---|---|
| Rizzo<br>Alfonso | Ricardo<br>Madelin | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Roberts | Jennifer<br>Steven | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Robinhood Terrace, LLC | | |
| Rodriguez | Jeryl<br>Jose | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Ronkin | Joel<br>Sharri | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Roseman | Linda<br>Robert | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Rosen | Michael | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Rossi | Joanna<br>Richard | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

EXHIBIT A

| | | |
|---|---|---|
| Ruiz | Aniceto Otilia | Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonson, LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134 |
| Runyon | Sonia Thomas | Scott Wm. Weinstein<br>Morgan and Morgan<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907 |
| Salguero | Diana | |
| Salinas | Maria E. | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Samberg | Brian Lori | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Sanchez | Lisset | |
| Santamaria | Carolyn Daniel | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Schatzle | Judith Ralph | Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonson, LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134 |
| Scott<br>Semrau | Terrance<br>Deborah | |
| Seifart<br>Gore | Armin Lisa | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Senior | Wendy Lucianil | |

19

## EXHIBIT A

| | | |
|---|---|---|
| | | Ervin A. Gonzalez |
| | | Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane |
| | | 255 Aragon Avenue, 2nd Floor |
| | | Cora Gables, FL 33134 |
| | | 305-476-7400 |
| Seyour | Serge | Ervin@colson.com |
| | | Ervin A. Gonzalez |
| | | Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane |
| | | 255 Aragon Avenue, 2nd Floor |
| | | Cora Gables, FL 33134 |
| | | 305-476-7400 |
| Sherman | Aryn | Ervin@colson.com |
| | | Ervin A. Gonzalez |
| | | Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane |
| | | 255 Aragon Avenue, 2nd Floor |
| | Allison | Cora Gables, FL 33134 |
| | Paul | 305-476-7400 |
| Sirota | | Ervin@colson.com |
| | Adrian | |
| Smith | Micaile | |
| | | Ervin A. Gonzalez |
| | | Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane |
| | | 255 Aragon Avenue, 2nd Floor |
| | David | Cora Gables, FL 33134 |
| | Wendy | 305-476-7400 |
| Smith | | Ervin@colson.com |
| | | Brian J. Connelly |
| | David | Gould Cooksey Fenne, PC |
| | Ellen | 979 Beachland Boulevard |
| Smith | | Vero Beach, FL 32963 |
| | | Podhurst Orseck, PA |
| | | 25 W. Flager Street |
| | | Suite 800 |
| Smith | Stephen | Miami, FL 33130 |
| | | |
| Souza | Juliana | |
| | | Brian J. Connelly |
| | Heather | Gould Cooksey Fenne, PC |
| | Malcolm | 979 Beachland Boulevard |
| Stafford | | Vero Beach, FL 32963 |
| | | Ervin A. Gonzalez |
| | | Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane |
| | | 255 Aragon Avenue, 2nd Floor |
| | | Cora Gables, FL 33134 |
| | David | 305-476-7400 |
| Stanley | Patricia | Ervin@colson.com |

## EXHIBIT A

| | | |
|---|---|---|
| Starkman | Jeffrey<br>Sharlene | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Sternstein | Jerry | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Stokes | Wyman | Scott Wm. Weinstein<br>Morgan and Morgan<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907 |
| Stopa | Sharon<br>Gary | |
| Suarez | Gaston<br>Marta | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Suarez | Gaston<br>Marta | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Suarez | Gaston<br>Marta | George Hartz & Lundeen<br>4800 LeJeune Road<br>Coral Gables, FL 33146 |
| Tellez | Luisa | Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonson, LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134 |
| The Sanctuary at Blue Heron, Inc. | | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| The Sanctuary at Blue Heron, Inc. | | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| The Sanctuary at Blue Heron, Inc. | | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

## EXHIBIT A

| | | |
|---|---|---|
| The Sanctuary at Blue Heron, Inc. | | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| The Sanctuary at Blue Heron, Inc. | | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| The Sanctuary at Blue Heron, Inc. | | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| The Sanctuary at Blue Heron, Inc. | | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Thomas | Michael | Podhurst Orseck, PA<br>25 W. Flager Street<br>Suite 800<br>Miami, FL 33130 |
| Trepkowski | Carrie<br>David | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Turner<br>Caretti | Earnest<br>Pigi | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Tutin | Barbara<br>Barry | |

## EXHIBIT A

| | | |
|---|---|---|
| Urdaneta<br>Aular | Herving<br>Annielys | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Vargo | Julie | Brian J. Connelly<br>Gould Cooksey Fenne, PC<br>979 Beachland Boulevard<br>Vero Beach, FL 32963 |
| Vickers | Karin | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Victores | Monica<br>Didio | Jeremy Alters<br>Alters, Boldt, Brown, Rash & Culmo<br>4141Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>305-571-8550 PHONE<br>jeremy@abbrelaw.com |
| Villalta | Yesenia<br>Daniel | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez,<br>Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Villamizar | German<br>Janice | Brian J. Connelly<br>Gould Cooksey Fenne, PC<br>979 Beachland Boulevard<br>Vero Beach, FL 32963 |
| Volke | Christina<br>Chip | |
| Wachter | Jill<br>William | Theodore J. Leopold<br>Leopold-Kuvin, PA<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL 33410<br>561-515-1400 PHONE<br>lmarks@leopoldkuvin.com |
| Wakeland | Angella<br>Nicholas | |
| Williams | Margret | |

## EXHIBIT A

| | | |
|---|---|---|
| Walter | Todd | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Watson | Patrick<br>Paula | |
| Watts | Linda<br>James | |
| Wetzler | Melissa | Brad Kelsky<br>Law Offices of Brad Kelsky, PA<br>10189 Cleary Blvd.<br>Suite 102<br>Plantation, FL 33324 |
| William | Jordan | Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>PO Box 17529<br>Raleigh, NC 27619 |
| Wilson | Teresa | |
| Wisdom | Katori<br>Patrick | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Woodbridge | Dale<br>Robert | Ervin A. Gonzalez<br>Coison, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |
| Woolley | Scott | |
| Young | Michael P.<br>Patricia A. | Scott Wm. Weinstein<br>Morgan and Morgan<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907 |
| Zeller<br>Solabella Company<br>Limited | Maria Rosa | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>305-476-7400<br>Ervin@colson.com |

EXHIBIT A

| | | |
|---|---|---|
| | | Jessica G. Lagos |
| | | George Hartz & Lundeen |
| | | 4800 LeJeune Road |
| | | Coral Gables, FL 33146 |
| | David | 305-662-4800 PHONE |
| Ziska | Julie | jessicalagos@georgehartz.com |