# WEINBERG, WHEELER,
# HUDGINS, GUNN & DIAL, LLC

ATTORNEYS AT LAW

3344 PEACHTREE ROAD, NE
SUITE 2400
ATLANTA, GEORGIA 30326
TELEPHONE (404) 876-2700
FACSIMILE (404) 875-9433
WWW.WWHGD.COM

**Writer's Direct Dial:** (404) 832-9540
**E-mail:** npanayo@wwhgd.com

November 16, 2010

SERVED VIA LEXISNEXIS
*Plaintiffs' Steering Committee*

Re:   ***In Re: Chinese-Manufactured Drywall Products Liability Litigation***
United States District Court, Eastern District of Louisiana
MDL No. 2047

Dear Counsel:

This letter shall serve as a second good faith effort to obtain responses to Defendants' Steering Committee's First Interrogatories and Request for Production propounded on **October 13, 2009**. The first good faith letter was served via LexisNexis on October 11, 2010. A copy of that letter is attached hereto for your reference. It has now been over one year since the discovery was propounded, and to date, only four claimants in the *Payton* action and five claimants in the *Vickers* action have responded to these first discovery requests.

If the requested information is not provided within ten (10) days of your receipt of this letter, we will be forced to file a Motion to Compel. Thank you for your very prompt attention to this important matter.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC


_/s/ Nicholas P. Panayotopoulos_
Nicholas P. Panayotopoulos, Esq.


NPP/kns
cc:   All Counsel of Record – Via LexisNexis
Russ Herman, Plaintiffs' Liaison Counsel (*via E-Mail: rherman@hhkc.com*)
Arnold Levin, Plaintiffs' Lead Counsel (*via E-Mail: alevin@lfsblaw.com*)
Kerry J. Miller, Defendants' Liaison Counsel (*via E-Mail: kmiller@frilot.com*)
Kyle A. Spaulding, Defendants' Liaison Counsel (*via E-Mail: kspaulding@frilot.com*)

# WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

ATTORNEYS AT LAW

3344 PEACHTREE ROAD, NE
SUITE 2400
ATLANTA, GEORGIA 30326
TELEPHONE (404) 876-2700
FACSIMILE (404) 875-9433
WWW.WWHGD.COM

**Writer's Direct Dial:** (404) 832-9540
**E-mail:** npanayo@wwhgd.com

October 11, 2010

<u>SERVED VIA LEXISNEXIS</u>
*Plaintiffs' Steering Committee*

Re:   ***In Re: Chinese-Manufactured Drywall Products Liability Litigation***
      United States District Court, Eastern District of Louisiana
      MDL No. 2047

Dear Counsel:

This letter shall serve as a good faith effort to obtain responses to Defendants' Steering Committee's First Interrogatories and Request for Production propounded on October 13, 2009. To date, no responses or objections have been filed for the Plaintiffs indicated on EXHIBIT A, attached hereto. Please provide the requested information within fifteen (15) days of your receipt of this letter.

We are optimistic that with your cooperation, there should be no need for us to require Court assistance. Please do not hesitate to contact me with any questions or concerns. Thank you for your prompt attention to this matter.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

NPP/mpf                          Nicholas P. Panayotopoulos
Attachments

cc:   All Counsel of Record indicated on EXHIBIT A, attached hereto

---

ATLANTA                    LAS VEGAS                    MIAMI
954296v1