## Mashelkar, Shubhra

**From:** Panayotopoulos, Nicholas
**Sent:** Tuesday, January 04, 2011 1:10 PM
**To:** Lenny Davis; rherman@hhkc.com
**Cc:** Mashelkar, Shubhra; Glickstein, Steven
**Subject:** DSC's first discovery requests to Plaintiffs served in 2009

Lenny and Russ,

My office has been trying to get in touch with y'all (via both phone and correspondence) regarding the lack of responses to the aforementioned discovery requests which were served on all Plaintiffs' counsel on October 13th, 2009. We have received no phone calls or letters in response to our good faith efforts over the last several months to resolve this discovery dispute. Although I think we have already exhausted all reasonable efforts to get a response from you on this matter, I am making one last effort. Please call me today if you have any interest in discussing this matter. Steve Glickstein can also discuss this matter if you would rather talk with him.

Nick


Nicholas P. Panayotopoulos, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
Direct: (404) 832-9540
Firm:   (404) 876-2700
Fax:    (404) 875-9433

*Caution: The contents of this message may be subject to attorney-client privilege and/or the litigation work product doctrine.

*This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email.

EXHIBIT "D"

1/4/2011