**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES _____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER TO COMPEL RESPONSES TO DISCOVERY**

Having considered Defendants Interior Exterior Building Supply, Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC Banner Supply International, LLC, and Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guandong Knauf New Building Materials Products Co., Ltd. and Knauf Gips KG (collectively "Defendants") Motion to Compel Responses to Discovery, and the Court being duly advised of the facts and premises of this cause,

IT IS HEREBY ORDERED that Defendants' Motion to Compel Responses to Defendants' Steering Committee's First Interrogatories and Request for Production propounded on October 13, 2009 is GRANTED, and Plaintiffs shall fully respond to the aforementioned discovery requests on or before January 30, 2011.

EXHIBIT "E"

New Orleans, Louisiana, this _____ day of January, 2011.

                                                                _____  
                                                                 ELDON E. FALLON  
                                                                 UNITED STATES DISTRICT JUDGE