UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

_____/

**ORDER**

Having considered Banner Supply Co.'s Emergency Motion to Enjoin Conflicting State Proceedings and Incorporated Memorandum of Law in Support;

**IT IS HEREBY ORDERED** that Banner Supply Co.'s Emergency Motion to Enjoin Conflicting State Proceedings and Incorporated Memorandum of Law in Support is hereby GRANTED.

New Orleans, Louisiana this \_\_\_ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge