UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION     SECTION: L

    JUDGE FALLON
    MAG. JUDGE WILKINSON

_____

THIS DOCUMENT RELATES TO:
Rogers et al. v. Knauf GIPS KG et al.; Case No. 2:10-CV-362-EEF-JCW

## NOTICE OF HEARING

DEFENDANT DAVIS GENERAL CONTRACTING CORPORATION gives notice that its Restated Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint (IV) and Plaintiffs', Kathleen and Mariss Barbee et al. Omnibus Class Action Complaint in Intervention for Failure of Service of Process And Lack of Personal Jurisdiction shall be heard on **February 2, 2011 at 9:00 a.m.** in courtroom C468, United States District Court, 500 Poydras Street, New Orleans, LA 70130, before the Honorable Eldon E. Fallon, United States District Court Judge.

       /s/ John C. Davis
       JOHN C. DAVIS
       Fla. Bar No. 0827770
       Law Office of John C. Davis
       623 Beard Street
       Tallahassee, FL 32303
       (850) 222-4770
       (850) 222-3119 (fax)
       Attorney for Davis General Contracting Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittmann@stonepigman.com, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of January, 2011.

/s/ John C. Davis
JOHN C. DAVIS