Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0266

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bass Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Alabama_ ) ss.
County of: _Baldwin_ )

**Name of Server:** _Cherie A Weatherby_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8th_ day of _October_, 20 _10_, at _12:41_ o'clock _P_ M

**Place of Service:** at _34661 State Highway 59_, in _Stapleton, AL  36578_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Bass Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Account Manager, Crystal Deering_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Black_; Facial Hair _None_
Approx. Age _30_; Approx. Height _5'6_; Approx. Weight _115_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cherie A Weatherby_
Signature of Server

Subscribed and sworn to before me this _11_ day of _October_, 20 _10_

_[signature]_   7-15-13
Notary Public    (Commission Expires)

**APS International, Ltd.**

[Notary Seal: LINDA K. SMITH, NOTARY PUBLIC, ALABAMA STATE AT LARGE, 07-15-2013]