Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0168

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Blue Oaks/Gulfstream Development LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Lee_ )

Name of Server: _Barbara Gray_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _1st_ day of _October_, 20 _10_, at _11:40_ o'clock _A_ M

Place of Service: at _114 Del Prado Blvd S_, in _Cape Coral, FL  33990_

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement**
**to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Blue Oaks/Gulfstream Development LLC**

Person Served, and Method of Service: By delivering them into the hands of an _office manager_ whose name and title is: _Shaun Pitts, office manager on the second attempt._

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age _30-35_ ; Approx. Height _5'7"_ ; Approx. Weight _140_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_
Signature of Server  #157153

**APS International, Ltd.**

Subscribed and sworn to before me this _10th_ day of _October_, 20 _10_
_Elena Alvarado_
Notary Public          (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

5677