Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0208

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Brian Papania
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6_ day of _OCTOBER_, 20_10_, at _2:45_ o'clock _P_ M

**Place of Service:** at _U.S. POST OFFICE, 1200 HWY 90_, in _BAY ST. LOUIS, MS 39520_
~~Corner of 603 and I-10~~  ~~Pass Christian, MS 39521~~

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Brian Papania**
By delivering them into the hands of an officer or managing agent whose name and title is: _CYNTHIA PAPANIA - WIFE_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BLACK_ ; Facial Hair ___
Approx. Age _31-50_ ; Approx. Height _5'7_ ; Approx. Weight _155_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _7th_ day of _October_, 2010

_Sharon M. McKinney_
Notary Public   (Commission Expires)
11-19-2010

APS International, Ltd.

There correct address is 22074 Family Lane Picayune MS 39466.