**Sean and Beth Payton, et. al., Plaintiff(s)**
vs.
**Knauf Gips KG, et. al., Defendant(s)**



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0200

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--C.A. Steelman, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4th__ day of __October__, 20 __10__, at __10:45__ o'clock __A__ M

**Place of Service:** at __2271 Brunner Ln, Ste #5__, in __Fort Myers, FL  33912__

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**C.A. Steelman, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of a: __manager__ whose name and title is: __Lenora Welch, Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Blonde__ ; Facial Hair _____
Approx. Age __40-45__ ; Approx. Height __5'4"__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__  #15713
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __7th__ day of __October__, 20 __10__

__Elena Alvarado__
Notary Public      (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012