Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0100

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CGF Construction
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __Donna Baden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __4th__ day of __October__, 20 __10__, at __1:20__ o'clock __P__ M

Place of Service: at __12780 S.W. 105 Avenue__, in __Miami, FL  33176__

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**CGF Construction**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Ashley Sarela Stepdaughter of Carlos Fernandez__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __20__ ; Approx. Height __5'3__ ; Approx. Weight __110__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __6__ day of __Oct.__, 20 __10__

Notary Public       (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013