Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Case 2:09-md-02047-EEF-MBN   Document 6784   Filed 01/05/11   Page 1 of 1

Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0259

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Christopher M. Odom
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ALABAMA ) ss.
County of: MOBILE )

**Name of Server:** NORRIS ARMSTRONG, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of OCTOBER, 20 10, at 745 o'clock P M

**Place of Service:** at 107 Westwood St., in Mobile, AL 36606

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Christopher M. Odom**

☐ By personally delivering them into the hands of the person to be served.

☒ By delivering them into the hands of MRS ODOM - (WIFE), a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Christopher M. Odom** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color WHITE; Hair Color BLOND; Facial Hair NONE
Approx. Age 40; Approx. Height 5'3"; Approx. Weight 120 LB

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 15th day of October, 20 10

Notary Public
(Commission Expires) 06/24/2012