Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0098

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Continental Drywall Contractors, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: Donna Baden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of October, 20 10, at 12:30 o'clock PM

Place of Service: at 10809 SW 143 Court, in Miami, FL 33186

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Continental Drywall Contractors, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Henry Pacheco President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair NO
Approx. Age 62 ; Approx. Height 6'2 ; Approx. Weight 180

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 6 day of Oct., 20 10

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**


Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013