Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0225

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cornerstone Construction of S.W. Florida, Inc, a/k/a
Cornerstone Construction of Collier Co.,LLC
**Court Case No. 09-7628**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4th** day of **October**, 20 **10**, at **7:00** o'clock **P** M

**Place of Service:** at **8416 Mallow Lane**, in **Naples, FL 34113**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Cornerstone Construction of S.W. Florida, Inc, a/k/a Cornerstone Construction of Collier Co.,LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Daniel Russetto, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Grey**; Facial Hair _____
Approx. Age **50**; Approx. Height **5'9"**; Approx. Weight **175**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server #157299

Subscribed and sworn to before me this **7th** day of **October**, 20 **10**

_____
Notary Public            (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/08/2012