Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0265

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Creola Ace Hardware, Inc.
Court Case No. 09-7628

State of: _Alabama_ ) ss.
County of: _Mobile_ )

Name of Server: _Cherie A. Weatherby_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _6th_ day of _October_ , 20 _10_ , at _2:01_ o'clock _P_ M

Place of Service: at _10041 Highway 43_ , in _Creola, AL  36525_

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement**
**to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Creola Ace Hardware, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Manager, Christopher Odom_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _44_ ; Approx. Height _5'10_ ; Approx. Weight _180_

[X] To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Cherie A Weatherby_
Signature of Server

Subscribed and sworn to before me this
_11_ day of _October_ , 20 _10_

_[signature]_          _7-15-13_
Notary Public          (Commission Expires)

**APS International, Ltd.**

