Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0183

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Duncan Construction of South West Florida, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __October__, 20 __10__, at __10:00__ o'clock __A__ M

**Place of Service:** at __17280 Frank Road__, in __Alva, FL 33920__

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Duncan Construction of South West Florida, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of __Spouse of Registered Agent__ whose name and title is: __Lisa Duncan, Spouse of Registered Agent David Duncan at their residence on 2nd attempt.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __white__; Hair Color __Black__; Facial Hair ____
Approx. Age __50__; Approx. Height __5'1"__; Approx. Weight __120__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Raymond V Laakso__    #15715Y
Signature of Server

Subscribed and sworn to before me this __7th__ day of __October__, 20 __10__

__Elena Alvarado__
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012