Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0094

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Eastern Construction Group, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**State of:** Florida ) ss.
**County of:** Dade )

**Name of Server:** Donna Baden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of October, 20 10, at 3:30 o'clock P M

**Place of Service:** at 9275 SW 97 Terr., in Miami, FL 33176

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Eastern Construction Group, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Darey Gonzalez Son of Manny Gonzalez Owner

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 35 ; Approx. Height 5'10 ; Approx. Weight 175

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 6 day of Oct., 20 10

Notary Public     (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013