Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0174

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Enchanted Homes, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Lee_ )

**Name of Server:** _Donald Skipper II_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7th_ day of _October_, 20 _10_, at _6:15_ o'clock _P_ M

**Place of Service:** at _11915 King James Court_, in _Cape Coral, FL  33991_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Enchanted Homes, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Charles Frazier, President/owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Bald_ ; Facial Hair
Approx. Age _48_ ; Approx. Height _6'0"_ ; Approx. Weight _195_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Donald Skipper II_
Signature of Server  #157197

Subscribed and sworn to before me this _10th_ day of _October_, 20 _10_

_Elena Alvarado_
Notary Public        (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD779441
Expires 04/06/2012

