Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0066

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--G.L. Homes Limited Corporation, aka GL Homes Limited Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12th day of October, 20 10, at 3:27 o'clock P.M

**Place of Service:** at 1600 Sawgrass Corporate Parkway, Suite 230, in Sunrise, FL 33323

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
G.L. Homes Limited Corporation, aka GL Homes Limited Corporation
By delivering them into the hands of an officer or managing agent whose name and title is: Becky Medley, Legal Department Representative

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair ___
Approx. Age 40 ; Approx. Height 5'7" ; Approx. Weight 110

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____ Jesse Picone
Signature of Server

Subscribed and sworn to before me this 12th day of October, 2010

Jonathan Levy
Notary Public                    (Commission Expires)

**APS International, Ltd.**