**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED     *
DRYWALL PRODUCTS                *
LIABILITY LITIGATION            *
                                *   **MDL Docket No. 2047**
                                *
**THIS DOCUMENT RELATES TO:**   *   **Section L**
Sean and Beth Payton, et al.,   *
vs.                             *   **Judge Fallon**
Knauf Gips, K.G., et al.,       *
Case No.: 09-7628               *
                                *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

---

## NOTICE OF APPEARANCE

To:      The Clerk of Court and all parties of record:

         The undersigned hereby files this Notice of Appearance in the above-styled cause of action as

Counsel of record for the following Plaintiffs:

- Ashley Ball,
- Thurburn Botterill,
- Caroline Botterill,
- Michael Brady,
- Barbara Brady,
- Dr. Ritu Chadha,
- Crystal Cox,
- Shane Cox,
- Maria Cox,
- Ajay Dhawan,
- Luis Diaz,
- Kathy Dugan,
- James Dugan,
- Thomas Ess,
- Jack Fasano,
- David Lincoln,
- Margaret Lincoln,
- Heather Martin,
- James Martin,
- Dailyn Martinez,
- Gail Moore-Walters,

- Christopher Moss,
- Danette Oler,
- Raymond Oler,
- Victor Piper,
- Eusebio Plasencia,
- Edgar Robinson,
- Lynne Robinsonn,
- Dr. Jacqueline Romero,
- Jose Romero,
- Luis Santos,
- Odette Santos,
- Martin Scholand,
- Constance Scholand,
- Brigid Soldavini-Clapper,
- Ryan Tronchet,
- Gilbert Villaverde,
- Gloria Villaverde,
- John Walsh,
- Joanne Walsh,
- Jim Watts,
- Linda Watts.

All further pleadings and notices should be served on the undersigned.

Dated this 5th day of January, 2011.

By:    /s/ Scott Wm. Weinstein
       Scott Wm. Weinstein, Esq.
       Florida Bar No. 563080
       MORGAN & MORGAN, P.A.
       P. O. Box 9504
       Fort Myers, FL  33906-9504
       Telephone: (239) 433-6880
       Facsimile: (239) 433-6836
       Email:  sweinstein@forthepeople.com
       *Attorney for above-named Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 5th day of January, 2011, a copy of this Notice of Appearance has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

       /s/ Scott Wm. Weinstein
       Scott Wm. Weinstein, Esq.