UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * MDL Docket No. 2047 * |
| THIS DOCUMENT RELATES TO: Kenneth and Barbara Wiltz, et al., | * Section L * * Judge Fallon |
| vs. Beijing New Building Materials Public Limited Co., et al., Case No.: 10-361 | * * * * * |

* * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

The undersigned hereby files this Notice of Appearance in the above-styled cause of action as

Counsel of record for the following Plaintiffs:

- Louis Appleman,
- Sara Appelman,
- Ashley Ball,
- Paul Callan,
- Gloria Callan,
- John Clark,
- Mary Clark,
- Aladin Destacamento,
- Marilou Destacamento,
- Luis Diaz,
- Tonya Disapio,
- Carmine Disapio,
- Matthew Distel,
- Stephanie Distel,
- Thomas Ess,
- Roger Hembree,
- Laura Hembree,
- Jean Martel,
- Carmelle Martel,
- Dailyn Martinez,
- James Morris,
- Joyce Morris,
- Nelson Pinney,
- Losi Pinney,
- Pollux LP,
- Ralph Sangiovanni,
- Cathy Sangiovanni,
- Luis Santos,
- Odette Santos,
- Brigid Soldavini-Clapper,
- Frank Vollmar,
- Elizabeth Vollmar,
- David Williams, and
- Cassidy Williams.

All further pleadings and notices should be served on the undersigned.

Dated this 5th day of January, 2011.

>By: /s/ Scott Wm. Weinstein
> Scott Wm. Weinstein, Esq.
> Florida Bar No. 563080
> MORGAN & MORGAN, P.A.
> P. O. Box 9504
> Fort Myers, FL  33906-9504
> Telephone: (239) 433-6880
> Facsimile: (239) 433-6836
> Email: sweinstein@forthepeople.com
> *Attorney for above-named Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this 5th day of January, 2011, a copy of this Notice of Appearance has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

> /s/ Scott Wm. Weinstein
> Scott Wm. Weinstein, Esq.