UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*  MDL Docket No. 2047<br>* |
| THIS DOCUMENT RELATES TO:<br>Joyce W. Rogers, et al.<br>vs.<br>Knauf Gips, K.G., et al<br>Case No.: 10-362 | *  Section L<br>*<br>*  Judge Fallon<br>*<br>*<br>* |

* * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

The undersigned hereby files this Notice of Appearance in the above-styled cause of action as Counsel of record for the following Plaintiff:

- Ariel Gonzalez.

All further pleadings and notices should be served on the undersigned.

Dated this 5th day of January, 2011.

By:  /s/ Scott Wm. Weinstein
Scott Wm. Weinstein, Esq.
Florida Bar No. 563080
MORGAN & MORGAN, P.A.
P. O. Box 9504
Fort Myers, FL  33906-9504
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Email:  sweinstein@forthepeople.com
*Attorney for above-named Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that this 5th day of January, 2011, a copy of this Notice of Appearance has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Scott Wm. Weinstein
Scott Wm. Weinstein, Esq.
