**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                           **SECTION L
                                                                           JUDGE FALLON
                                                                           MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*Joyce W. Rogers v. Knauf GIPS KG, et al.*
*Case No. 10-362*

_____/

**NOTICE OF HEARING**

        **TAKE NOTICE** that Defendant, Albanese Popkin The Oaks Development Group, LP, will

bring on for hearing its Motion to Dismiss Intervener Plaintiffs', Alan Goddard and Annette

Goddard, Intervener Complaint [D.E. 3100]  on February 2, 2011 at 9:00 a.m.

                                        SACHS SAX CAPLAN
                                        Attorneys for Defendant, Albanese-Popkin The Oaks
                                        Development Group, L.P.
                                        6111 Broken Sound Parkway NW, Suite 200
                                        Boca Raton, Florida 33487
                                        Tele:   (561) 994-4499
                                        Fax:    (561) 994-4985

                                        By:     /s/ *Brett A. Duker*
                                                Brett A. Duker
                                                Florida Bar No. 0021609
                                                bduker@ssclawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

     **I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of January, 2011.

SACHS SAX CAPLAN
Attorneys for Defendant, Albanese-Popkin The Oaks
Development Group, L.P.
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, Florida 33487
Tele:  (561) 994-4499
Fax:  (561) 994-4985

By:    /s/ *Brett A. Duker*
         Brett A. Duker
         Florida Bar No. 0021609
         bduker@ssclawfirm.com