Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0376

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gooden Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Kennith Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6th day of October, 20 10, at 12:00 o'clock P M

**Place of Service:** at 201 S. Charles Ave., 40th Floor, in New Orleans, LA 70170

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Gooden Homes, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Janice Garner / Legal Asst.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Asian Amer. Hair Color Black ; Facial Hair No.
Approx. Age 57 ; Approx. Height 5'3" ; Approx. Weight 170

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Kennith Landry
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 11th day of October, 20 10

Tenure for Life
Notary Public    (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY