UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                  SECTION L
                                  JUDGE FALLON
                                  MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Kenneth and Barbara Wiltz v. Beijing New Building*
*Materials Limited Co., et al.; Case No. 10-361*
_____/

**NOTICE OF HEARING**

      **TAKE NOTICE** that Defendant, Albanese Popkin The Oaks Development Group, LP, will bring on for hearing its Motion to Dismiss Intervener Plaintiffs', Alan Goddard and Annette Goddard, Intervener Complaint [D.E. 3099] on February 2, 2011 at 9:00 a.m.

                                  SACHS SAX CAPLAN
                                  Attorneys for Defendant, Albanese-Popkin The Oaks
                                  Development Group, L.P.
                                  6111 Broken Sound Parkway NW, Suite 200
                                  Boca Raton, Florida 33487
                                  Tele:  (561) 994-4499
                                  Fax:   (561) 994-4985

                                  By:    /s/ *Brett A. Duker*
                                       Brett A. Duker
                                       Florida Bar No. 0021609
                                       bduker@ssclawfirm.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of January, 2011.

           SACHS SAX CAPLAN
           Attorneys for Defendant, Albanese-Popkin The Oaks Development Group, L.P.
           6111 Broken Sound Parkway NW, Suite 200
           Boca Raton, Florida 33487
           Tele: (561) 994-4499
           Fax: (561) 994-4985

           By: /s/ *Brett A. Duker*
             Brett A. Duker
             Florida Bar No. 0021609
             bduker@ssclawfirm.com