UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION _____/ THIS DOCUMENT RELATES TO: ALL CASES | MDL NO.: 2047 SECTION: L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO RULE 34 REQUESTS**

I. **INTRODUCTION**

The Plaintiffs' Steering Committee ("PSC"), pursuant Federal Rule of Civil Procedure 37, requests that this Honorable Court compel certain defendants to respond to Rule 34 requests for documents. The PSC initially propounded the requests pursuant to Rule 30(b)6 and issued subpoenas. By Order of the Court dated April 27, 2010, these subpoenas were converted to Rule 34 requests for documents. None of the defendants identified below have provided documents, in violation of the Court's Order.

II. **FACTUAL BACKGROUND BY INDIVIDUAL DEFENDANT**

   A. DEFENDANTS UNREPRESENTED

      1. Defendant Genesis Residential Group, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 1, 2010. Service was confirmed in a letter from Lemmon Law Firm, LLC to defendant's attorneys dated November 10, 2010 (Exhibit A). As of this date, defendant has not responded.

      2. Defendant Bove Company was served with a 30(b)6 Notice of Deposition for

Records and subpoena on April 6, 2010. Service was confirmed in a letter from Lemmon Law Firm, LLC to defendant's registered agent dated August 31, 2010 (Exhibit B). As of this date, defendant has not responded.

3. Defendant Gatco Construction, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 6, 2010. Letters to confirm service sent by Lemmon Law Firm LLC were refused by defendant's registered agent on September 3, 2010 and September 18, 2010 (Exhibit C). As of this date, defendant has not responded.

4. Defendant Hutchinson Homes, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 8, 2010. Lemmon Law Firm, LLC attempted to confirm service by certified mail dated August 31, 2010. That letter went unclaimed by defendant's registered agent (Exhibit D). On November 8, 2010, Lemmon Law Firm LLC again attempted to confirm service by certified mail (Exhibit E). As of this date, defendant has not responded.

5. Defendant Brantly Homes, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 8, 2010. Service was confirmed in a letter to its registered agent from Lemmon Law Firm, LLC dated October 28, 2010 (Exhibit F). As of this date, defendant has not responded.

6. Defendant Ponce Siding and Remodeling was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 2, 2010. On September 16, 2010, a letter confirming service from Lemmon Law Firm, LLC to its registered agent was returned unclaimed (Exhibit G). As of this date, defendant has not

responded.

7. Defendant B&W Complete Construction, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 1, 2010. Defendant's registered agent refused Lemmon Law Firm, LLC's letter dated September 12, 2010, confirming service (Exhibit H). As of this date, defendant has not responded.

8. Defendant Summit Homes of LA., Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 2, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent on September 1, 2010 (Exhibit I). As of this date, defendant has not responded.

9. Defendant Stonebrook Homes, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 6, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent on September 20, 2010 (Exhibit J). On September 21, 2010, defendant's registered agent sent Lemmon Law Firm, LLC a letter indicating that the 30(b)6 Notice of Deposition for Records was forwarded to the last known address of the subject company (Exhibit K). As of this date, defendant has not responded.

10. Defendant Star Homes of Florida, LLC was served with a 30(b)6 Notice of Deposition for Records on April 5, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent on September 10, 2010 (Exhibit L). As of this date, defendant has not responded.

11. Defendant Regency Homes, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on March 12, 2010. Service was confirmed by letter

from Lemmon Law Firm, LLC to defendant's registered agent dated September 2, 2010 (Exhibit M). On September 10, 2010, defendant's registered agent sent Lemmon Law Firm, LLC a letter indicating that the 30(b)6 Notice of Deposition for Records was forwarded to the last known address of the subject company (Exhibit N).  As of this date, defendant has not responded.

12. Defendant Reed Builders, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 7, 2010.  Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent dated September 2, 2010 (Exhibit O). On September 24, 2010, defendant's registered agent, Mr. Raphew Reed, Sr., contacted Lemmon Law Firm, LLC indicating that he would have someone contact Lemmon Law Firm.  Lemmon Law Firm, LLC subsequently attempted to contact Mr. Reed on September 24, 2010, October 7, 2010, October 25, 2010, and November 10, 2010.  As of this date, defendant has not responded.

13. Defendant Master Builders of South Florida, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on March 19, 2010.  Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent dated September 10, 2010 (Exhibit P).   As of this date, defendant has not responded.

14. Defendant Legend Custom Builders, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 6, 2010.  Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent dated September 3, 2010 (Exhibit Q).  As of this date, defendant has not responded.

15. Defendant Las Playas LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 6, 2010. Service was confirmed by letter from Lemmon Law Firm LLC to defendant's registered agent dated September 3, 2010 (Exhibit R). As of this date, defendant has not responded.

16. Defendant Hallmark Homes, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 2, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent dated September 7, 2010 (Exhibit S). As of this date, defendant has not responded.

17. Defendant G. Drywalls Corporation was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 1, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent dated September 2, 2010 (Exhibit T). As of this date, defendant has not responded.

18. Defendant E.B. Developers, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 5, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent dated September 3, 2010 (Exhibit U). As of this date, defendant has not responded.

B. DEFENDANTS REPRESENTED BY COUNSEL

1. Defendant Anthony F. Marino General Contractor, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 6, 2010. Service was confirmed by a letter from Lemmon Law Firm, LLC to defendant's attorneys dated August 31, 2010 (Exhibit V). As of this date, defendant has not responded.

2. Defendant Bradford Plastering, Inc. was served with a 30(b)6 Notice of

Deposition for Records and subpoena on March 31, 2010. Service was confirmed in a letter from Lemmon Law Firm, LLC to defendant's attorneys on August 31, 2010 (Exhibit W). As of this date, defendant has not responded.

3. Defendant CDC Builders, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 1, 2010. Service was confirmed in a letter to defendant's attorneys from Lemmon Law Firm, LLC dated August 31, 2010 (Exhibit X). As of this date, defendant has not responded.

4. Defendant Standard Pacific of South Florida GP, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 1, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's attorneys dated August 31, 2010 (Exhibit Y). On September 16, 2010, attorney for defendant faxed Lemmon Law Firm, LLC a letter indicating that a response was provided in the form of Defendants' Motion to Stay Discovery Pending Resolution of Their Motion to Dismiss for Lack of Personal Jurisdiction of April 29, 2010 (Exhibit Z). It has not responded further.

5. Defendant RJL Drywall was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 5, 2010. Service was confirmed by letter from Lemmon Law Firm to defendant's registered agent dated August 31, 2010 (Exhibit AA). On September 2, 2010, counsel for defendant emailed Lemmon Law Firm, LLC indicating that it filed a motion to stay discovery and refusing to comply with the requests (Exhibit BB). It has not responded further.

6. Defendant Precision Drywall was served with a 30(b)6 Notice of Deposition for

Records and subpoena on March 18, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent dated August 31, 2010 (Exhibit CC). Counsel for defendant has filed for motion to stay discovery but has not otherwise responded.

7. Defendant Murphy Bateman Building Supplies, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 6, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's registered agent dated September 1, 2010 (Exhibit DD). On September 2, 2010, defendant's attorneys contacted Lemmon Law Firm, LLC indicating that the motion to stay discovery that was filed and thus argued that it is not obligated to comply with the request. It has not responded further.

8. Defendant Corner Stone Construction of S.W. Florida, Inc.; AKA Cornerstone Construction of Collier Col, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 7, 2010. Service was confirmed by letter from Lemmon Law Firm. LLC to defendant's attorneys dated August 31, 2010 (Exhibit EE). As of this date, defendant has not responded.

9. Defendant Florida Style Services, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 1, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's attorneys dated August 31, 2010 (Exhibit FF). As of this date, defendant has not responded.

10. Defendant Marigold Court, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 6, 2010. Service was confirmed by letter from

Lemmon Law Firm, LLC to defendant's attorneys dated August 31, 2010 (Exhibit GG). As of this date, defendant has not responded.

11. Defendant Tuscan-Harvey Estate Homes, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 5, 2010. Service was confirmed in a letter from Lemmon Law Firm, LLC to defendant's attorneys dated August 31, 2010 (Exhibit HH). As of this date, defendant has not responded.

12. Defendant Gryphon Construction, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 1, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's attorneys dated August 30, 2010 (Exhibit II). Lemmon Law Firm, LLC received at letter from counsel for defendant dated September 10, 2010, indicating that a motion to stay discovery and a motion to dismiss were pending and, as such, it refused to respond (Exhibit JJ). No stay has been entered, and it has not responded further.

13. Defendant HPH Properties, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 8, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's attorneys dated August 31, 2010 (Exhibit KK). As of this date, defendant has not specifically responded to the request. It also filed a Motion to Stay Discovery Pending Resolution for Their Motion to Dismiss for Lack of Personal Jurisdiction on May 14, 2010 but has not otherwise responded.

14. Defendant K. Hovnanian First Homes, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 1, 2010. Service was confirmed

by letter from Lemmon Law Firm, LLC to defendant's registered agent dated August 30, 2010 (Exhibit LL). Lemmon Law Firm, LLC received correspondence from counsel for defendant dated September 8, 2010, indicating that a motion to stay discovery that was filed and refusing to respond (Exhibit MM).

15. Defendant Oyster Bay Homes, Inc. was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 7, 2010. Service was confirmed by letter from Lemmon Law Firm, LLC to defendant's attorneys dated August 31, 2010 (Exhibit NN). Lemmon Law Firm, LLC received at letter from counsel for defendant dated September 2, 2010, indicating that responses were provided in the form of objection (Exhibit OO).

C. BANKRUPT/DISSOLVED DEFENDANTS

1. Defendant Schenley Park Homes, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 5, 2010. Lemmon Law Firm attempted to confirm service via certified mail dated October 28, 2010 (Exhibit PP). That letter went unclaimed by defendant's manager. As of this date, defendant has not responded.

2. Defendant Catalano Custom Homes, LLC was served with a 30(b)6 Notice of Deposition for Records and subpoena on April 6, 2010. Service was confirmed by letters from Lemmon Law Firm, LLC dated August 31, 2010 and September 1, 2010, to defendant's registered agent and owner, respectively (Exhibit QQ). Lemmon Law Firm, LLC was put in contact with defendant's bankruptcy attorney

9

and, on October 20, 2010, Lemmon Law Firm, LLC contacted defendant's bankruptcy attorney and bankruptcy trustee in an attempt to obtain responses (Exhibit RR). On October 26, 2010, defendant's bankruptcy trustee sent a letter to Lemmon Law Firm, LLC indicating that no records were in his possession (Exhibit SS). As of the date of filing, defendant has not provided responses.

### III. ARGUMENT

The individual defendants identified above have refused to participate in discovery and should be ordered to produce documents relative to insurance coverage as requested herein. Initially the requests were made as Rule 30(b)6 Notice of Deposition for Records that were served along with subpoenas. This Honorable Court's Pretrial Order No. 24, dated April 27, 2010, converted the 30(b)6 Notices to Rule 34 Requests for Documents and ordered the defendants to respond within twenty days after the Order or thirty days after service of the requests.

After the allotted time passed, the PSC contacted or attempted to contact each of the defendants who failed or refused to comply with the document requests, notified them of their failure to respond, and requested responses within another 30 days to avoid a Motion to Compel, including a request for costs and attorneys' fees. The circumstances of each individual defendant's failure to respond are set out in the Factual Circumstance section above.

The PSC now requests and is entitled to an Order requiring each of the identified defendants to respond to the Rule 34 Request for Documents forthwith and that any objections to the requests be deemed waived. It also requests that each defendant be responsible for a pro rata share of the costs and attorneys' fees associated with bringing this motion.

## IV. CONCLUSION

The defendants identified above should be compelled to comply with the Rule 34 requests at the offices of Herman, Herman, Katz & Cotlar, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, within 5 days after the Order.

Any objections to the requests should be deemed waived, and each said defendant should be assessed a pro rata share of the costs and attorneys' fees associated with bringing this Motion.

Respectfully submitted,

Dated: January 5, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445 |
| Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973 |
| Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Memorandum in Support of Motion to Compel Responses to Rule 30(B)6 and Rule 34 Requests from Certain Defendants has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of January, 2011.

/s/ Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*