

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

<u>REPLY TO HAHNVILLE OFFICE</u>
November 8, 2010

Mr. Glenn Goldberg
Genesis Residential Group, Inc
1360 Monterey Boulevard NE
St. Petersburg, FL 33704

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
      MDL No. 2047

Dear Mr. Goldberg:

You were served with a 30(B)6 Notice of Deposition for Records on 4/1/2010. Per the notice, you were to respond on or before 4/9/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith within ten days of receipt of this letter, I will be required to file a Motion to Compel.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk



EXHIBIT A

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) H S Goldberg | C. Date of Delivery |
| 1. Article Addressed to:<br>Mr. Glenn Goldberg<br>Genesis Residential group<br>1360 Monterey Blvd NE<br>St. Petersburg, FL 33704 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7008 2810 0000 9735 6404 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here: NOV 2010, [?]VILLE LA 70057

Sent To: Mr Glenn Goldberg
Street, Apt. No.; or PO Box No.: Genesis Residential group 1360 Monterey Blvd NE
City, State, ZIP+4: St Petersburg FL 33704

Article Number: 7008 2810 0000 9735 6404