

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

**REPLY TO HAHNVILLE OFFICE**
August 31, 2010

Bove Company
c/o Mr. Dennis W. Hallack
Hathaway & Reynolds, PA
115 Professional Drive, Suite 101
Ponte Vedra Beach, FL 32092

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
      MDL No. 2047

Dear Mr. Hallack:

You were served with a 30(B)6 Notice of Deposition for Records on 4/6/2010. Per the notice, you were to respond on or before 4/9/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel. My planned filing date is October 1, 2010.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk
cc: Hathaway & Reynolds, PA



Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*