

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 2810 0000 9735 5995**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 12:36 pm on September 13, 2010 in HAHNVILLE, LA 70057.

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

Detailed Results:
* **Delivered**, September 13, 2010, 12:36 pm, HAHNVILLE, LA 70057
* **Notice Left**, September 13, 2010, 9:15 am, HAHNVILLE, LA 70057
* **Refused**, September 03, 2010, 12:35 pm, FORT MYERS, FL 33907
* **Arrival at Unit**, September 03, 2010, 8:33 am, FORT MYERS, FL 33907

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



EXHIBIT
C

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do         9/16/2010



# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road  
Post Office Box 904  
Hahnville, LA 70057  
P 985.783.6789 · F 985.783.1333

650 Poydras Street  
Suite 2335  
New Orleans, LA 70130  
P 504.581.5644 · F 504.581.2156

*9/15 sent to new address*

**CERTIFIED MAIL**  
**RETURN RECEIPT REQUESTED**

**REPLY TO HAHNVILLE OFFICE**  
August 30, 2010

Mr. Robert M. Moore  
Gatco Construction, Inc.  
5100 S. Cleveland Ave  
318-347  
Fort Myers, FL 33907

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation  
       MDL No. 2047

Dear Mr. Moore:

You were served with a 30(B)6 Notice of Deposition for Records on 4/6/2010. Per the notice, you were to respond on or before 4/9/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel. My planned filing date is October 1, 2010.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk

Andrew A. Lemmon  
andrew@lemmonlawfirm.com

James (Jake) Lemmon  
jake@lemmonlawfirm.com

Irma L. Netting  
irma@lemmonlawfirm.com

Harry T. Lemmon  
of Counsel



**LEMMON LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>**CERTIFIED MAIL**</u>
<u>**RETURN RECEIPT REQUESTED**</u>

<u>REPLY TO HAHNVILLE OFFICE</u>
November 8, 2010

Mr. Robert M. Moore
Gatco Construction, Inc.
12995 South Cleveland Avenue, Suite 285
Fort Meyers, FL 33907-3880

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
MDL No. 2047

Dear Mr. Moore:

You were served with a 30(B)6 Notice of Deposition for Records on 4/6/2010. Per the notice, you were to respond on or before 4/9/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith within ten days of receipt of this letter, I will be required to file a Motion to Compel.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

**LEMMON LAW FIRM, LLC**
15058 River Road
Post Office Box 904
Hahnville, LA 70057

7008 2810 0000 9735 6282

CERTIFIED MAIL

Mr. Robert M. Moore
Gatco Construction, Inc.
16570 Crownsbury Way, Unit 101
Fort Myers, FL 33908

U.S. POSTAGE PAID
HAHNVILLE, LA 70057
SEP 15, '10
AMOUNT $5.54
00033984-01



---

**LEMMON LAW FIRM, LLC**
15058 River Road
Post Office Box 904
Hahnville, LA 70057

7008 2810 0000 9735 5995

refused
9/?

Robert M. Moore
Gatco Construction, Inc.
5100 S. Cleveland Ave
318-347
Fort Myers, FL 33907

9-13



NIXIE   327   DE 1   00  09/07/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 70057090404   *0285-05100-31-44







