




# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road  
Post Office Box 904  
Hahnville, LA 70057  
P 985.783.6789 · F 985.783.1333

650 Poydras Street  
Suite 2335  
New Orleans, LA 70130  
P 504.581.5644 · F 504.581.2156

**CERTIFIED MAIL**  
**RETURN RECEIPT REQUESTED**

**REPLY TO HAHNVILLE OFFICE**  
August 30, 2010

Mr. John T. Hutchinson  
Hutchinson Homes, Inc.  
12 Woodgrove Circle  
Fairhope, AL 36533

Re: In re: Chinese-Manufactured Drywall Products Liability Litigation  
MDL No. 2047

Dear Mr. Hutchinson:

You were served with a 30(B)6 Notice of Deposition for Records on 4/8/2010. Per the notice, you were to respond on or before 4/9/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel. My planned filing date is October 1, 2010.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk

Andrew A. Lemmon  
andrew@lemmonlawfirm.com

James (Jake) Lemmon  
jake@lemmonlawfirm.com

Irma L. Netting  
irma@lemmonlawfirm.com

Harry T. Lemmon  
of Counsel