

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

<u>REPLY TO HAHNVILLE OFFICE</u>
October 28, 2010

Billy Ray Brantly
Brantly Homes, Inc.
3631 Morgans Run Pkwy
Bessemer, AL 35022-1628

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
      MDL No. 2047

Dear Mr. Brantley:

You were served with a 30(B)6 Notice of Deposition for Records on 4/8/2010. Per the notice, you were to respond on or before 4/23/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk


EXHIBIT
F

| Andrew A. Lemmon | James (Jake) Lemmon | Irma L. Netting | Harry T. Lemmon |
| andrew@lemmonlawfirm.com | jake@lemmonlawfirm.com | irma@lemmonlawfirm.com | of Counsel |

**U.S. Postal Service**
**CERTIFIED MAIL — RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .44 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.54 |

Postmark Here — HAHNVILLE LA 70057 OCT 2010 USPS CDW

Sent To: Billy Ray Brantly
Street, Apt. No.; or PO Box No.: Brantly Homes, Inc.
3631 Morgan's Run Pkwy
City, State, ZIP+4: Bessemer, AL 35022-1628

PS Form 3800, August 2006

Article Number: 7008 2810 0000 9735 6343

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Billy Ray Brantly
   Brantly Homes, Inc.
   3631 Morgan's Run Pkwy
   Bessemer, AL 35022-1628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature]  ☒ Agent  ☐ Addressee
B. Received by (Printed Name): R. Brantley
C. Date of Delivery: 10/30/10
D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 9735 6343

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540