**LEMMON LAW FIRM, LLC**

15058 River Road
Post Office Box 904
Hahnville, LA 70057

7008 2810 0000 9735 6077

Brian White
B&W Complete Construction, Inc.
5257 NW Gamma Street
Port St. Lucie, FL 34986

BC: 700570904040

NIXIE         334   DE 1           00  09/12/10
              RETURN TO SENDER
              REFUSED
              UNABLE TO FORWARD

              *0265-05953-31-44*

---

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here

Sent To: Mr. Brian White, B&W Complete Construction, Inc.
Street, Apt. No.; or PO Box No. 5257 NW Gamma Street
City, State, ZIP+4 Port St. Lucie, FL 34986

7008 2810 0000 9735 6077

EXHIBIT H



# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

850 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

**REPLY TO HAHNVILLE OFFICE**
August 30, 2010

Mr. Brian White
B&W Complete Construction, Inc.
5257 NW Gamma Street
Port St. Lucie, FL 34986

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
      MDL No. 2047

Dear Mr. White:

You were served with a 30(B)6 Notice of Deposition for Records on 4/1/2010. Per the notice, you were to respond on or before 4/9/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel. My planned filing date is October 1, 2010.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel