THE LAW FIRM OF

# GILLESPIE & ALLISON, P.A.

SUITE A165
7601 NORTH FEDERAL HIGHWAY
BOCA RATON, FLORIDA 33487-1683

gillespie.allison@prodigy.net

R. BOWEN GILLESPIE, III
DONALD M. ALLISON*

TELEPHONE (561) 368-5758
TELECOPIER (561) 395-0917

*Also Admitted in Arizona & California

September 21, 2010

Andrew A. Lemmon, Esquire
15058 River Road
P.O. Box 904
Hahnville, LA 70057

via: **Telefax, (985) 783-6789**
**U.S. Mail and e-mail**
**andrew@lemmonlawfirm.com**

RE: Chinese Manufactured Dry Wall Products
Liability Litigation – Stonebrook Homes, LLC
MDL No. 2047

Dear Mr. Lemmon:

Please be advised that I am in receipt of your correspondence sent to my attention dated August 30, 2010 pertaining to the above-referenced matter. I am a former Resident Agent of Stonebrook Homes, LLC.

You sent me a copy of a Notice of Deposition for records directed to Stonebrook Homes, LLC. I forwarded the notice to the last known address of the subject company. I am not an officer, director or stockholder in the company and do not have access to any of the records that have been requested.

Sincerely yours,

R. Bowen Gillespie

EXHIBIT K