**LEMMON**
LAW FIRM LLC

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

**REPLY TO HAHNVILLE OFFICE**
August 31, 2010

Mr. Jose L. Fernandez
Star Homes of Florida, LLC
146 N. Sewalls Point Road
Stuart, FL 34966

     Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
           MDL No. 2047

Dear Mr. Fernandez:

     You were served with a 30(B)6 Notice of Deposition for Records on 4/5/2010. Per the notice, you were to respond on or before 4/9/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

     No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel. My planned filing date is October 1, 2010.

     Thanking you for your cooperation in this matter, I am,

                         Very truly yours,

                         Andrew A. Lemmon

AAL/tik



Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jose L. Fernandez
Star Homes of Florida, LLC
146 N. Sewalls Point Road
Stuart, FL 34966

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Jose   Fernand

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7008 2810 0000 9735 5759

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .44 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.54 |

Postmark Here

Sent To   Jose L. Fernandez
Street,   Star Homes of Florida, LLC
or PO B   146 N. Sewalls Point Road
City, St   Stuart, FL 34966

7008 2810 0000 9735 5759