

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road  
Post Office Box 904  
Hahnville, LA 70057  
P 985.783.6789 · F 985.783.1333

650 Poydras Street  
Suite 2335  
New Orleans, LA 70130  
P 504.581.5644 · F 504.581.2156

**CERTIFIED MAIL**  
**RETURN RECEIPT REQUESTED**

**REPLY TO HAHNVILLE OFFICE**  
August 31, 2010

Mr. George Hallal  
Hallmark Homes, Inc.  
530 Autumn Wind Lane  
Mandeville, LA 70471

   Re: In re: Chinese-Manufactured Drywall Products Liability Litigation  
     MDL No. 2047

Dear Mr. Hallal:

  You were served with a 30(B)6 Notice of Deposition for Records on 4/2/2010. Per the notice, you were to respond on or before 4/12/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

  No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel. My planned filing date is October 1, 2010.

  Thanking you for your cooperation in this matter, I am,

                Very truly yours,

                Andrew A. Lemmon

AAL/tlk



EXHIBIT S

Andrew A. Lemmon  
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*  
jake@lemmonlawfirm.com

Irma L. Netting  
irma@lemmonlawfirm.com

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _(signed)_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  Deborah B. Hallal<br>C. Date of Delivery  9-7-10 |
| 1. Article Addressed to:<br><br>George Hallal<br>Hallmark Homes, Inc.<br>530 Autumn Wind Lane<br>Mandeville, LA 70471 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7008 2810 0000 9735 5841 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7008 2810 0000 9735 5841

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Sent To: George Hallal
Street, Apt. No.; or PO Box No.: Hallmark Homes, Inc.
530 Autumn Wind Lane
City, State, ZIP+4: Mandeville, LA 70471