

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
August 31, 2010

Mr. Robert V. Fitzsimmons
Rumberger, Kirk & Caldwell
Post Office Box 01-9041
Miami, FL 33101

    Re:    In re: Chinese-Manufactured Drywall Products Liability Litigation
            MDL No. 2047

Dear Mr. Fitzsimmons:

    Your client, Bradford Plastering, Inc., was served with a 30(B)6 Notice of Deposition for Records on 3/31/2010. Per the notice, your client was to respond on or before 04/09/10. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery responses. Please contact me or my paralegal, Tiffany, within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel. My planned filing date is October 1, 2010.

    Thanking you for your cooperation in this matter, I am,

                                                  Very truly yours,

                                                  Andrew A. Lemmon

AAL/tlk



Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*