## Tiffany Kuiper

From: Andrew Lemmon
Sent: Thursday, September 16, 2010 12:36 PM
To: Derek J. Angell
Cc: Tiffany Kuiper
Subject: CDW

I will have to review the motions when I return to the office on Monday. But, I don't believe that the court has stayed discovery by 30b6, and yours is the only objection that I have on this basis. What is the basis to your objection to federal court jurisdiction in the MDL. As you see, we are looking for insurance information. Thanks. Andrew

---

From: Derek J. Angell [mailto:DAngell@ogdensullivan.com]
Sent: Thu 9/16/2010 8:49 AM
To: Andrew Lemmon
Cc: Tiffany Kuiper
Subject: FW: Chinese Drywall MDL

Dear Mr. Lemmon:

I have not heard from your office regarding my correspondence sent to you on September 2, attached below. Again, we do not intend to comply with the discovery at this time, as we do not believe that we are under any obligation to comply. Please contact me at your earliest convenience if you believe otherwise. Thank you.

Regards,

Derek J. Angell, Esq.
Ogden, Sullivan & O'Connor, P.A.
111 North Orange Avenue #850
Orlando, Florida 32802-4850
(407) 843-2100
(407) 843-2061 fax
dangell@ogdensullivan.com

---

From: Derek J. Angell
Sent: Thursday, September 02, 2010 3:47 PM
To: 'andrew@lemmonlawfirm.com'
Cc: 'tiffany@lemmonlawfirm.com'; Kieran F. O'Connor
Subject: Chinese Drywall MDL

Dear Mr. Lemmon:

This is to confirm my conversation with your paralegal, Tiffany. We are in receipt of your notice regarding a potential motion to compel discovery from our client, RJL Drywall. The discovery was sent in the form of a deposition duces tecum and was served on RJL on 4/5/10. We were to respond four days later. Thereafter, a number of defendants moved to stay discovery pending resolution of outstanding motions to dismiss for lack of personal jurisdiction. Judge Fallon, on 6/3/10 (docket #3491), ordere

EXHIBIT BB

9/17/2010

that Plaintiffs respond to these motions. We filed a similar motion on behalf of RJL Drywall the next day (docket # 3537), as we have a pending Motion to Dismiss for Lack of Personal Jurisdiction (docket # 2388). Plaintiffs filed their response to Defendants' motions on 6/11/10 (docket # 3681).

As far as we are aware, Judge Fallon has not ruled on these motions, and the issues therein remain pending. If you have documentation to the contrary, please direct it to our attention. Otherwise, we do not believe that we are obligated to comply with the discovery served on our client on 4/5/10.

Please confirm receipt of this correspondence, and feel free to contact us concerning this matter at your convenience. Thank you.

Regards,

Derek J. Angell, Esq.
Ogden, Sullivan & O'Connor, P.A.
111 North Orange Avenue #850
Orlando, Florida 32802-4850
(407) 843-2100
(407) 843-2061 fax
dangell@ogdensullivan.com

9/17/2010