

**Bilzin Sumberg**
ATTORNEYS AT LAW

Robert Turken, Esq.
Tel 305.350.2381
Fax 305.351.2262
rturken@bilzin.com

September 8, 2010

Andrew A. Lemmon
15058 River Road
Post Office Box 904
Hahnville, LA 70057

Re: In re: Chinese-Manufactured Drywall Products Liability Litigation
MDL No. 2047

Dear Mr. Lemmon:

This letter is in response to your letter dated August 30, 2010.

It is our understanding that Pre-Trial Order No. 24 ordered that the Rule 30(b)(6) depositions be rescheduled at a mutually agreeable date. We have received no communications from you with regard to the rescheduling of any deposition. Moreover, K. Hovnanian First Homes, LLC ("KHFH") has filed motions to stay discovery on the basis that KHFH is **not** within the personal jurisdiction of the Court, which have not been ruled on by the Court. In light of the Court's lack of personal jurisdiction over KHFH, and the pending Motions to Dismiss for Lack of Personal Jurisdiction and Motions to Stay Discovery, KHFH objects to responding to the discovery requests or appearing for deposition.

Please do not hesitate to contact me directly should you wish you discuss this matter further.

Sincerely,

Robert Turken

RTW/fm

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593



EXHIBIT MM



Mar 25 2010
11:08PM

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

(This Document Relates to Case No. 2:09-CV-7628)

MDL NO.: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## DEFENDANT K. HOVNANIAN FIRST HOMES, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant K. Hovnanian First Homes, LLC, a Florida limited liability company ("KHFH"), pursuant to Rule 12(b)(2), Federal Rules of Civil Procedure, hereby files its Motion to Dismiss For Lack of Personal Jurisdiction. As more specifically set forth in the accompanying Memorandum in support of this Motion, KHFH is not within the personal jurisdiction of this Court.[1]

WHEREFORE, Defendant, KHFH, respectfully requests that this Court issue an Order dismissing Plaintiffs' claims against KHFH for lack of personal jurisdiction, together with such other and further relief that this Court deems just, appropriate, and fair.

---

[1] Defendant, KHFH, brings the instant Motion to Dismiss For Lack of Personal Jurisdiction, and the accompanying Memorandum of Law in support of same, reserving all rights with respect to all claims and defenses including, but not limited to, the right to compel arbitration.

Dated March 25, 2010

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant, KHFH
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:   /s/ *Melissa Pallett-Vasquez*
ROBERT W. TURKEN, ESQ.
Florida Bar No. 306355
rturken@bilzin.com
ADAM F. HAIMO, ESQ.
Florida Bar No. 502731
ahaimo@bilzin.com
MELISSA PALLETT-VASQUEZ, ESQ.
Florida Bar No. 715816
mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Dismiss For Lack of Personal Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2010.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| (This Document Relates to Case No. 2:09-CV-7628) | |

### DEFENDANT K. HOVNANIAN FIRST HOMES, LLC'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant K. Hovnanian First Homes, LLC ("KHFH"), reserving all rights and defenses,[1] including specifically its objection to the jurisdiction of this Court as set forth in its Motion to Dismiss For Lack of Personal Jurisdiction [DE 2090], hereby moves to be relieved of the requirement of completing the Homebuilder Profile Form, and for a stay of any other discovery with regard to KHFH, for the reasons more specifically set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendant, KHFH, respectfully requests that this Court issue an Order granting its Motion to Stay Discovery Pending the Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction, together with such other and further relief that this Court deems just, appropriate, and fair.

---

[1] KHFH brings the instant Motion, and the accompanying Memorandum of Law in support of same, reserving all rights with respect to all claims and defenses, including but not limited to, the right to compel arbitration.

Dated: March 25, 2010

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant, KHFH
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:   /s/ *Melissa Pallett-Vasquez*
ROBERT W. TURKEN, ESQ.
Florida Bar No. 306355
rturken@bilzin.com
ADAM F. HAIMO, ESQ.
Florida Bar No. 502731
ahaimo@bilzin.com
MELISSA PALLETT-VASQUEZ, ESQ.
Florida Bar No. 715816
mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Stay has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2010.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez