LEMMON
LAW FIRM, LLC

15058 River Road
Post Office Box 904
Hahnville, LA 70057

CERTIFIED MAIL

7009 2820 0000 6070 1411

Mr. Anthony Martin
Schenley Park Homes, LLC
9000 SW 28th Street
Miami, FL 3'

NIXIE        331    DE    1        00 12/09/10

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 7005709404        *0265-01121-09-39

Not   12-13

UNITED STATES POSTAGE
$005.54
PITNEY BOWES
02 1P
0003334169   OCT 28 2010
MAILED FROM ZIP CODE 70057



EXHIBIT

PP

tabbies



# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

350 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

<u>REPLY TO HAHNVILLE OFFICE</u>
October 28, 2010

Mr. Anthony Martin
Schenley Park Homes, LLC
9000 SW 28th Street
Miami, FL 33165-3215

     Re:    In re: Chinese-Manufactured Drywall Products Liability Litigation
              MDL No. 2047

Dear Mr. Martin:

You were served with a 30(B)6 Notice of Deposition for Records on 4/5/2010. Per the notice, you were to respond on or before 4/9/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*