

**LEMMON LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

<u>REPLY TO HAHNVILLE OFFICE</u>
September 1, 2010

Mr. Frank Catalano, Sr.
Catalano Custom Homes, LLC
71 Victoria Lane
Mandeville, LA 70471

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
       MDL No. 2047

Dear Mr. Catalano:

You were served with a 30(B)6 Notice of Deposition for Records on 4/6/2010. Per the notice, you were to respond on or before 4/13/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel. My planned filing date is October 1, 2010.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk


EXHIBIT QQ

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

<u>REPLY TO HAHNVILLE OFFICE</u>
August 31, 2010

Mr. Michael Mayhall
Catalano Custom Homes, LLC
510 N. Jefferson Avenue
Covington, LA 70433

Re: In re: Chinese-Manufactured Drywall Products Liability Litigation
MDL No. 2047

Dear Mr. Mayhall:

You were served with a 30(B)6 Notice of Deposition for Records on 4/6/2010. Per the notice, you were to respond on or before 4/13/2010. To date we have received no response whatsoever. Pursuant to Rule 37.1 (E) of the Rules of the United States District Court for the Eastern District of Louisiana, I am notifying you that I may move for an order compelling discovery.

No attorney has enrolled on your behalf. If any attorney has been retained, please give them this letter. I ask that you contact me or my paralegal, Tiffany, (or have your attorney contact my office) within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your responses. Upon your failure to reply in good faith, I will be required to file a Motion to Compel. My planned filing date is October 1, 2010.

Thanking you for your cooperation in this matter, I am,

Very truly yours,

Andrew A. Lemmon

AAL/tlk

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

## U.S. Postal Service CERTIFIED MAIL RECEIPT (Left)

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

- Postage: $ .44
- Certified Fee: 2.80
- Return Receipt Fee (Endorsement Required): 2.30
- Restricted Delivery Fee (Endorsement Required):
- Total Postage & Fees: $ 5.54

CD W Postmark Here

Article Number: 7008 2810 0000 9735 5858

Michael Mayhall
Catalano Custom Homes, LLC
510 N. Jefferson Avenue
Covington, LA 70433

## U.S. Postal Service CERTIFIED MAIL RECEIPT (Right)

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

- Postage: $ .44
- Certified Fee: 2.80
- Return Receipt Fee (Endorsement Required): 2.30
- Restricted Delivery Fee (Endorsement Required):
- Total Postage & Fees: $ 5.54

Postmark: MADISONVILLE, LA 70447 SEP 1 2010 USPS

Article Number: 7008 2810 0000 9735 6176

Sent To: Mr. Frank Catalano, Sr.
Street, Apt. No. or PO Box No.: Catalano Custom Homes, LLC
71 Victoria Lane
City, State, ZIP: Mandeville, LA 70471

---

## Domestic Return Receipt (Top)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X K Weaver — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): K Weaver
- C. Date of Delivery: 9-1-10
- D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

    Michael Mayhall
    Catalano Custom Homes, LLC
    510 N. Jefferson Avenue
    Covington, LA 70433

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 9735 5858

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Domestic Return Receipt (Bottom)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Frank Catalano — ☐ Agent ☑ Addressee
- B. Received by (Printed Name): FRANK CATALANO
- C. Date of Delivery: 9/2/10
- D. Is delivery address different from item 1? ☑ Yes ☐ No

1. Article Addressed to:

    Mr. Frank Catalano, Sr.
    Catalano Custom Homes, LLC
    71 Victoria Lane
    Mandeville, LA 70471

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 9735 6176

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540