

**LEMMON LAW FIRM LLC**

www.LemmonLawFirm.com

| | |
|---|---|
| 15058 River Road<br>Post Office Box 904<br>Hahnville, LA 70057<br>P 985.783.6789 · F 985.783.1333 | 650 Poydras Street<br>Suite 2335<br>New Orleans, LA 70130<br>P 504.581.5644 · F 504.581.2156 |

<u>REPLY TO HAHNVILLE OFFICE</u>

October 20, 2010

Ms. Robin Ronquillo DeLeo
800 Ramon Street
Mandeville, LA 70448

Mr. William J. Babin, Jr.
3027 Ridgelake Drive
Metairie, LA 70001

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047
Catalano Custom Homes, LLC

Dear Ms. DeLeo and Mr. Babin:

My paralegal Tiffany has spoken with both your offices regarding Catalano Custom Homes. While we respect the bankruptcy proceedings, we are still seeking insurance related documents including a copy of the insurance policy. Between the two of you, please let us know where and when the documents are available so that we can make arrangements to have copies made.

Thank you for your anticipated cooperation in this matter.

Sincerely,

Andrew A. Lemmon

AAL/tlk



| | | | |
|---|---|---|---|
| Andrew A. Lemmon<br>andrew@lemmonlawfirm.com | James (Jake) Lemmon<br>jake@lemmonlawfirm.com | Irma L. Netting<br>irma@lemmonlawfirm.com | Harry T. Lemmon<br>of Counsel |