**WILBUR J. "BILL" BABIN, JR.**
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 837-1230
TELECOPIER: (504) 837-0324

October 26, 2010

Mr. Andrew Lemmon
15058 River Road
Hahnville, LA 70057

                Re:    Catalano Custom Homes, LLC
                         D/B/A Catalano Builders
                         USBC, EDLA No. 10-11892-B

Dear Mr. Lemmon:

In response to your October 20, 2010 letter, please be advised that I am not administering any assets in this case and have closed my file. Accordingly, I do not have any records of the debtor.

With best wishes, I am

                                    Very truly yours,

                                    WILBUR J. "BILL" BABIN, JR.
                                    TRUSTEE

WJBjr/bbm

cc:    Ms. Robin R. DeLeo

EXHIBIT SS