UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION _____/ THIS DOCUMENT RELATES TO: ALL CASES | MDL NO.: 2047 SECTION: L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

## ORDER

Upon consideration of the Plaintiffs' Steering Committee's Motion to Compel Responses to Rule 34 Requests for Documents,

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion is granted. The following defendants shall provided responses to the Rule 34 requests at their own expense to the office of Herman, Herman, Katz & Cotlar, 8/20 O'Keefe Avenue, New Orleans, Louisiana 70113 within 5 days of this Order:

Chabot Enterprises, Inc.

Anthony F. Marino General Contractor, LLC

Bove Company

Gatco Construction, Inc.

Genesis Residential Group, Inc.

Hutchinson Homes, Inc.

Brantly Homes, Inc.

Schenley Park Homes, LLC

1

Ponce Siding and Remodeling

Ace Drywall

Blackhawk Partners, LLC

Bradford Plastering, Inc.

B&W Complete Construction, Inc.

Catalano Custom Homes, LLC

CDC Builders, Inc.

Summit Homes of LA., Inc.

Stonebrook Homes, LLC

Star Homes of Florida, LLC

Standard Pacific of South Florida GP, Inc.

RJL Drywall

Regency Homes, Inc.

Reed Builders, LLC

Precision Drywall

Murphy Bateman Building Supplies

M/I Homes of Tampa, LLC

Master Builders of South Florida, Inc.

Legend Custom Builders, Inc.

Las Playas, LLC

Hallmark Homes, Inc.

G. Drywalls Corporation

E.B. Developers, Inc.

Corner Stone Construction of SW Florida, Inc.

Christopher M. Odom

Florida Style Services, Inc.

Jonathan Scott Shewmake

Marigold Court, LLC

Tuscan-Harvey Estate Homes, Inc.

IT IS FURTHER ORDERED BY THE COURT that all objections to said Rule 34 requests are deemed waived.

IT IS FURTHER ORDERED BY THE COURT that defendants are obligated to pay costs and attorneys' fees of _____ each for failure to respond to Rule 34 requests.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE