IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | * | |
| | * | |
| | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: ALL CASES | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| | * | |

**********************************************

### S3 ENTERPRISES, INC. d/b/a AL BROTHERS METAL FRAMING AND DRYWALL'S RESPONSE TO THE PLAINTIFFS' NOTICE OF RECORDS DEPOSITION

Defendant, S3 ENTERPRISES, INC. d/b/a AL BROTHERS METAL FRAMING AND DRYWALL ("S3 Enterprises"), by special appearance[1] of its undersigned counsel and pursuant to Fed.R.Civ.P. 34, 45 and 26, hereby submits the following objections/response to the Notice of Records Deposition, which have by Pretrial Order 24 been turned into a Rule 34 Request for Production and Rule 30(b)(6) deposition, issued by Plaintiffs:

### GENERAL OBJECTIONS

The Notice of Records Deposition/request for documents is overly broad and burdensome, not limited in time and scope, seek information that is not reasonably calculated to lead to discoverable material, inconsistent with the Federal Rules of Civil Procedure, seek proprietary information, are vague and ambiguous, and calls for information encompassed by privilege or other exemption from discovery, including without limitation attorney-client, work-product and/or any

---

[1] S3 Enterprises, Inc. d/b/a Al Brothers Metal Framing and Drywall has been served with a copy of the summons and complaint in two action in the MDL and has responded by special appearance with a motion to dismiss for lack of jurisdiction. It should be noted that this appearance is special, preserving all objections to jurisdiction in Louisiana over S3 Enterprises, Inc. d/b/a Al Brothers Metal Framing and Drywall. Nothing in this response should be considered as a waiver of its defense of lack of personal jurisdiction, and such response is being filed to comply with the Court's Order.

1

other applicable privilege or exemption from discovery.  Further, it is not appropriate given that this Defendant has a motion to dismiss this action for lack of personal jurisdiction pending.  This Defendant preserves all other objections.

## OBJECTIONS AND RESPONSE TO DOCUMENT REQUEST

REQUEST NO. 1: Certified copies of any and all documents relative to numbers 1 through 8 of Exhibit "A."

RESPONSE TO REQUEST NO.1:

     Subject to the general objections stated above, and without waiving same, S3 Enterprises hereby agrees to make available for inspection and copying, at a mutually agreeable time, all policies of insurance in its possession, custody or control, responsive to the request, in accordance with Rule 34 of the Federal Rules of Civil Procedure.

SELLARS, MARION & BACHI, P.A.

By:_____ /s/ Jeremy D. Bertsch_____
Florida Bar No.:  0043308
Attorneys for Defendant, Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL  33401
Telephone:  (561) 655-8111
Facsimile:  (561) 655-4994

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing RESPONSE TO THE PLAINTIFF'S

STEERING COMMITTEE'S DOCUMENT REQUEST/NOTICE OF RECORDS DEPOSITION

has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants'

Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by

electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.

6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2047, on this 5th day of January, 2011.

SELLARS, MARION & BACHI, P.A.


By:_____/s/ Jeremy D. Bertsch_____
Florida Bar No.: 0043308
Attorneys for Defendant, Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

3