UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Chinese-Manufactured Drywall Products Liability Litigation | MDL No. 2047 Section: L |
| THIS DOCUMENT RELATES TO ALL CASES | Judge Fallon Magistrate Judge Wilkinson |

## MUNB HOLDINGS, LLC'S OBJECTIONS TO SUBPOENA OF BANNER SUPPLY COMPANY

Pursuant to Rules 26, 34, and 45 of the Federal Rules of Civil Procedure, non-party MUNB Holdings, LLC, successor interest by assignment from Mellon United National Bank ("Mellon"), through its undersigned counsel, makes the following objections to the subpoena, dated December 14, 2010, and issued to Environ International Corporation ("Environ") by Banner Supply Company ("Banner"):

1. The subpoena as written purports to require Environ to review and produce the tens, if not hundreds, of thousands of potentially responsive documents in Environ's possession. Mellon's attorneys, in connection with foreclosure litigation pending in Florida, had a report done by Environ which may be responsive to Banner's subpoena.

2. Mellon objects to the subpoena because it seeks information that is protected from disclosure by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Mellon does not waive these privileges. These privileges are not Environ's to waive. Indeed, Environ has many different clients involved in this litigation and cannot be expected to make decisions regarding privilege on their behalf.

3. Mellon incorporates by reference and joins the objections set forth within "Homebuilders' Steering Committee's Objections to Subpoena to Environ International Corp.," which were e-served on December 2010.

18015134.1

For the foregoing reasons, Mellon respectfully objects to the requests contained in the subpoena.

Date:  January 5, 2010	/s/ D. Matthew Allen
	D. Matthew Allen
	Florida Bar No. 866326
	CARLTON FIELDS, P.A.
	P.O. Box 3239
	Tampa, FL 33601
	813-223-7000 (t)
	813-229-4133 (f)

	David J. Smith
	Florida Bar No. 876119
	CARLTON FIELDS, P.A.
	100 SE Second Street
	Suite 4200
	Miami, FL 33131
	305-530-0050 (t)
	305-530-0055 (f)
	dsmith@carltonfields.com

	*Counsel for MUNB Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of January, 2011.

	/s/ D. Matthew Allen