UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*Dean and Dawn Amato v. Liberty Mutual Ins. Company, et. al.*
Case No. 10-932
_____/

### DEFENDANT'S, ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P., MOTION TO DISMISS PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (V)

Defendant, Albanese-Popkin The Oaks Development Group, L.P., by and through its undersigned counsel, and for the reasons set forth in its accompanying Memorandum of Law in Support, respectfully moves this Court to dismiss Plaintiffs' Amended Omnibus Class Action Complaint (V) pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction and/or Fed. R. Civ. P. 12(b)(3) for improper venue. Alternatively, Defendant moves the Court to transfer this case to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404 and 28 U.S.C. § 1406(a).

WHEREFORE, Albanese-Popkin The Oaks Development Group, L.P., respectfully request that the Court grant its Motion to Dismiss, award Defendant its attorneys' fees and costs for defending this cause, and grant such other and further relief as is just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of January, 2011.

      SACHS SAX CAPLAN
      Attorneys for Defendant, Albanese-Popkin The Oaks Development Group, L.P.
      6111 Broken Sound Parkway NW, Suite 200
      Boca Raton, Florida 33487
      Tele:  (561) 994-4499
      Fax:  (561) 994-4985

By:   /s/ *Brett A. Duker*
      Brett A. Duker
      Florida Bar No. 0021609
      bduker@ssclawfirm.com