Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0185

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GulfCoast Engineering, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **Charlotte** )

**Name of Server:** **Sean K. Spoonts**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5th** day of **October**, 20 **10**, at **11:40** o'clock **A** M

**Place of Service:** at **18401 Murdock Circle**, in **Port Charlotte, FL  33948-1088**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**GulfCoast Engineering, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Haley Timmons - Legal Assistant to Miko P. Grunderson Esq. (Registered Agent)**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Dark Brown**; Facial Hair ____
Approx. Age **27**; Approx. Height **5'7"**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_  #157595
Signature of Server

Subscribed and sworn to before me this **6th** day of **October**, 20 **10**

_[signature]_ Victoria Lynn McVay
Notary Public    (Commission Expires)

**APS International, Ltd.**

VICTORIA LYNN McVAY
Comm# DD0785729
Expires 6/1/2012
Florida Notary Assn., Inc