Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0181

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hansen Homes of South Florida, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 1st day of October, 20 10, at 12:00 o'clock P M

Place of Service: at 1436 SE 16th Place, in Cape Coral, FL 33915

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Hansen Homes of South Florida, Inc

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Duane Davis, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color Black; Hair Color Bald; Facial Hair ___
Approx. Age 40-45; Approx. Height 6'0"; Approx. Weight 200

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray #157153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 10th day of October, 20 10

Elena Alvarado
Notary Public    (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012