Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0377

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hilliard Butler Construction Company, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Kenneth Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of October, 20 10, at 7:10 o'clock P M

**Place of Service:** at 5026 Par Four Drive, in New Orleans, LA 70128

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hilliard Butler Construction Company, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mrs. Hilliard Butler / Co Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color African Amer; Hair Color Brown ; Facial Hair No
Approx. Age 48 ; Approx. Height 5'3" ; Approx. Weight 140

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 7th day of October, 20 10

Tenure for Life
Notary Public   (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY