Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0104

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--ICI Homes Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **VOLUSIA** )

**Name of Server:** **PAUL STRICKLAND**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4TH** day of **OCTOBER**, 20 **10**, at **10:35** o'clock **A** M

**Place of Service:** at 2379 Beville Road, in Daytona Beach, FL 32119

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**ICI Homes Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **ANDY HAGAN    ATTORNEY - GENERAL COUNSEL FOR CORP.**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **BLONDE**; Facial Hair **NONE**
Approx. Age **42**; Approx. Height **5'9"**; Approx. Weight **150**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **4TH** day of **OCTOBER**, 20 **10**

/s/ Signature of Server

/s/ William C. Phelps
Notary Public    (Commission Expires)

**APS International, Ltd.**

WILLIAM A. PHELPS
Commission DD 749368
Expires January 16, 2012
Bonded Thru Troy Fain Insurance 800-385-7019