Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0333

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Helms Construction, Inc., dba Sundown Development
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Michael Rocco ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6th day of October, 20 10, at 10:20 o'clock A. M

**Place of Service:** at 8297 Southeast Country Estates Way, in Jupiter, FL 33458

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
J. Helms Construction, Inc., dba Sundown Development

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Tara Helms, managing agent/co-resident

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color black ; Facial Hair —
Approx. Age 25 ; Approx. Height 5'2" ; Approx. Weight 115

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
Michael Rocco
Signature of Server

Subscribed and sworn to before me this
7th day of October, 20 10
Jonathan Levy
Notary Public (Commission Expires)

**APS International, Ltd.**