Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0409

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Jacks Drywall LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _LOUISIANA_ ) ss.

County of: _ST. TAMMANY_ )

Name of Server: _Kennith Landry_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _6th_ day of _October_, 20 _10_, at _3:20_ o'clock _P_ M

Place of Service: at _43420 N. Pinecrest Street_, in _Gonzales, LA  70737_

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement**
**to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Jacks Drywall LLC**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Rebecca Jacks / Co Owner_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _43_ ; Approx. Height _5'3_ ; Approx. Weight _150_
☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                _11_ day of _October_, 20 _10_

_Kennith Landry_                                    _Tenure for Life_
Signature of Server                    Notary Public        (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY