Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0307

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--John L. Crosby, L.L.C.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )
**Name of Server:** _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6th_ day of _October_, 20 _10_, at _9:50_ o'clock _A_ M

**Place of Service:** at _311 Rue St. Ann_, in _Metairie, LA 70005_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
John L. Crosby, L.L.C.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Lisa Crosby Forshag / Co Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc._ ; Hair Color _Brown_; Facial Hair _No_
Approx. Age _56_ ; Approx. Height _5'3"_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server

Subscribed and sworn to before me this _11th_ day of _October_, 20 _10_

Notary Public    _Tenure for Life_
(Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY