Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendaut(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0449

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Fort Myers, LLC, by serving Corporation Service Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

**Name of Server:** James A Ali, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18 day of Oct, 20 10, at 1030 o'clock A M

**Place of Service:** at 1201 Hays Street, in Tallahassee, FL 32301-2525

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
KB Home Fort Myers, LLC, by serving Corporation Service Company
By delivering them into the hands of an officer or managing agent whose name and title is: Joyce Markley

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Blk; Facial Hair ___
Approx. Age 42; Approx. Height 5'8; Approx. Weight 151

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.
10-18-10
Signature of Server

Subscribed and sworn to before me this 18 day of Oct, 20 10
Notary Public    (Commission Expires)

APS International, Ltd.



DENNIS C. GILHOUSEN JR.
Commission DD 790369
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019