Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0411

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L.A. Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _ST. Tammany_ )

**Name of Server:** _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8th_ day of _October_, 20 _10_, at _10:15_ o'clock _A_ M

**Place of Service:** at _2604 Seagull Dr._, in _Marrero, LA  70072_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**L.A. Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Sarah Franz / Office Mgr._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc._ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _25_ ; Approx. Height _5'8"_ ; Approx. Weight _180_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth Landry_
Signature of Server

Subscribed and sworn to before me this _11th_ day of _October_, 20 _10_

_[signature]_  Tenure for Life
Notary Public    (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

APS International, Ltd.

NOTARY ATTESTS TO
SIGNATURES ONLY