Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0352

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lakeside Village Development LLC 1
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4th** day of **October**, 20 **10**, at **2:15** o'clock **P** M

**Place of Service:** at **1 Sanctuary Blvd.**, in **Mandeville, LA 70741**

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lakeside Village Development LLC 1**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Beverly T. Hand / Home Owners Assoc Agt**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **Cauc** ; Hair Color **Blond** ; Facial Hair **No**
Approx. Age **53** ; Approx. Height **5'8"** ; Approx. Weight **125**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Kenneth Landry*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **4th** day of **October**, 20 **10**
*Tenure for Life*
Notary Public          (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY