Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0304

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lebaron Bros. Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Kennith Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of October, 20 10, at 10:20 o'clock A M

**Place of Service:** at 32941 Duff Road, in Walker, LA 70785

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Lebaron Bros. Drywall

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Derik Lebaron / Owner

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Cauc. ; Hair Color Brown ; Facial Hair No
Approx. Age 20's ; Approx. Height 6'0" ; Approx. Weight 175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server

Subscribed and sworn to before me this 11th day of October, 20 10

_Tenure for Life_
Notary Public       (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY