UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED           :       MDL NO. 2047
DRYWALL PRODUCTS LIABILITY             :
LITIGATION                             :       SECTION:    L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:              :       JUDGE FALLON
                                       :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324,  :   MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-340,    :
10-cv-362, 10-cv-720, 10-cv-804, 10-cv-1111,      :
10-cv-1553                             :
---------------------------------------------------------------x

**MOTION FOR LEAVE TO FILE UNDER SEAL
KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S
MEMORANDUM IN OPPOSITION TO THE PLAINTIFF' STEERING
COMMITTEE'S MOTION TO COMPEL DISCOVERY RESPONSES FROM
MARK P. NORRIS AND IN SUPPORT OF ITS
<u>CROSS-MOTION FORA PROTECTIVE ORDER</u>**

**COMES NOW** Defendant, Knauf Plasterboard Tianjin Co., Ltd., appearing through undersigned counsel, who moves this Honorable Court to seal its Memorandum in Opposition to the Plaintiffs' Steering Committee's Motion to Compel Discovery Responses From Mark P. Norris and in Support of Its Motion for a Protective Order, as it references confidential documents under seal.

Respectfully submitted by,

/s/ Kyle A. Spaulding
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:     (212) 836-6000
Facsimile:      (212) 836-8689

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:     (504) 599-8194
Facsimile:      (504) 599-8145
Email:  kmiller@frilot.com
Email:  sglickstein@kayescholer.com

*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 5th day of January 2011.

/s/ Kyle Spaulding