UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED          :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :      SECTION:      L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :      JUDGE FALLON
                                      :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324,  :      MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-340,    :
10-cv-362, 10-cv-720, 10-cv-804, 10-cv-1111,      :
10-cv-1553                            :
------------------------------------------------------------x
```

**KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S
MOTION TO LIFT STAY AS TO VARIOUS
<u>PENDING MOTIONS AND EXPEDITE HEARING</u>**

  **COMES NOW** Defendant, Knauf Plasterboard Tianjin Co., Ltd., appearing through undersigned

counsel, who moves this Honorable Court to lift the stay in this matter pertaining to the various pending

motions and set them for hearing in an expedited fashion, as more fully outlined in the attached

Memorandum in Support.

Respectfully submitted by,


/s/ Kyle A. Spaulding
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:      (212) 836-6000
Facsimile:      (212) 836-8689


Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:      (504) 599-8194
Facsimile:      (504) 599-8145
Email:  kmiller@frilot.com
Email:  sglickstein@kayescholer.com

*Attorneys for Defendant Knauf Plasterboard
(Tianjin) Co., Ltd.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Motion to Lift the Stay as to Various Pending Motions has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 5th day of January 2011.

/s/ Kyle Spaulding