UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED      :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY        :
LITIGATION                                           :      SECTION:     L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:        :      JUDGE FALLON
                                                          :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324,   :   MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-340,     :
10-cv-362, 10-cv-720, 10-cv-804, 10-cv-1111,       :
10-cv-1553                                            :
---------------------------------------------------------------x

## KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S
## MEMORANDUM IN SUPPORT OF EMERGENCY MOTION TO LIFT THE
## STAY AS TO VARIOUS PENDING MOTIONS AND
## <u>EXPEDITE HEARING</u>

Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") submits the following memorandum in support of its Motion to Lift the Stay as to Various Pending Motions and Expedite Hearing;

The PSC filed a Motion to Compel Discovery Responses from Mark P. Norris on December 3, 2010 [Rec. Doc. 6526], KPT and Banner Supply Co. filed a Joint Motion to Compel Responses to Discovery by Defendant [Rec. Doc. 6766] on January 4, 2011, and KPT opposed the PSC's Motion to Compel Discovery from Mark P. Norris and filed a Cross-Motion for Protective Order [filed under seal on January 5, 2011], all of which are pending before this Honorable Court.

KPT believes it is essential that these motions be set for hearing at the January 20, 2011 status conference, and ruled upon to continue the progress of this litigation.

Respectfully submitted by,

/s/ Kyle A. Spaulding
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:      (212) 836-6000
Facsimile:       (212) 836-8689

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:      (504) 599-8194
Facsimile:       (504) 599-8145
Email:  kmiller@frilot.com
Email:  sglickstein@kayescholer.com

*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 5th day of January 2011.

                                                                  /s/ Kyle Spaulding