UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED    :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY      :
LITIGATION                                         :    SECTION:    L
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:         :    JUDGE FALLON
                                                        :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324,  :    MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-340,     :
10-cv-362, 10-cv-720, 10-cv-804, 10-cv-1111,       :
10-cv-1553                                            :
------------------------------------------------------------------x

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Knauf Plasterboard (Tianjin) Co., Ltd., appearing through undersigned counsel, will bring the foregoing Motion to Lift the Stay As to Various Pending Motions on for hearing before the Honorable Eldon E. Fallon, Section "E," of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 20th day of January, 2010 following the monthly status conference, or as soon after as counsel can be heard.

Respectfully submitted by

/s/ Kyle A. Spaulding

Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:     (212) 836-6000
Facsimile:      (212) 836-8689

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:     (504) 599-8194
Facsimile:      (504) 599-8145
Email:  kmiller@frilot.com
Email:  sglickstein@kayescholer.com

*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 5th day of January 2011.

/s/ Kyle Spaulding