UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED                  :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY                    :
LITIGATION                                    :    SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                     :    JUDGE FALLON
                                              :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324,  :  MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-340,    :
10-cv-362, 10-cv-720, 10-cv-804, 10-cv-1111,      :
10-cv-1553                                        :
-----------------------------------------------------------------x
```

## O R D E R

**CONSIDERING** Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion to Lift Stay As to Various Pending Motions;

**IT IS ORDERED** that the stay in Pre-Trial Order No. 1 is lifted insofar as to the following pending motions:

1. Motion to Compel Discovery Responses from Mark P. Norris [Rec. Doc. 6526]

2. Joint Motion to Compel Responses to Discovery by Defendant [Rec. Doc. 6766]

3. Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order [filed under seal on January 5, 2011]

**IT IS FURTHER ORDERED** that a hearing on each of these motions shall take place following the monthly status conference on January 20, 2011, or at a time set by the Court.

New Orleans, Louisiana, this _____ day of January, 2011.

_____
JUDGE ELDON E. FALLON