Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0153

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Management Services of Lee County, Inc, f/k/a Paul Homes, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **30th** day of **September**, 20**10**, at **9:40** o'clock **A** M

**Place of Service:** at **4524** SE 16th Place, #2C, in Cape Coral, FL 33904

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Management Services of Lee County, Inc, f/k/a Paul Homes, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Robert Knight as Vice President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Grey**; Facial Hair ___
Approx. Age **55-60**; Approx. Height **5'9"**; Approx. Weight **170 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray*
Signature of Server **Barbara Gray #0153**

Subscribed and sworn to before me this **10th** day of **October**, 20 **10**

*Elena Alvarado*
Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/08/2012