Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0069

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mandy Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Donna Baden**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4Th** day of **October**, 20 **10**, at **11:30** o'clock **A** M

Place of Service: at **220 SW 123 Ave.**, in **Miami, FL  33184**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Mandy Drywall, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Manny Gutierrez  President**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair ___
Approx. Age **42**; Approx. Height **6'2**; Approx. Weight **310**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **6** day of **Oct.**, 20 **10**

Notary Public         (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013