Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0067

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Manny Garcia
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

**Name of Server:** Donna Baden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of October, 20 10, at 1:30 o'clock P M

**Place of Service:** at 10501 SW 127 St., in Miami, FL 33176

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Manny Garcia**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Manny Garcia** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Salt&Pepper; Facial Hair _____; Approx. Age 55; Approx. Height 5'5; Approx. Weight 150

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 6 day of Oct., 20 10

Notary Public   (Commission Expires)


Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013