Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0111

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Palm State Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

**Name of Server:** BILL PHELPS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6TH day of OCTOBER, 20 10, at 5:25 o'clock P M

**Place of Service:** at 3825 N. State Rd., 15A , in Deland, FL 32724

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Palm State Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: PATTY DAVIES, VICE-PRESIDENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color GRAY ; Facial Hair —
Approx. Age 64 ; Approx. Height 5'4" ; Approx. Weight 140

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Bill Phelps
Signature of Server

Subscribed and sworn to before me this 6th day of October, 20 10
Lucrista Whitton
Notary Public     (Commission Expires)

**APS International, Ltd.**

LUCRISTA WHITTON
Commission # DD 839417
Expires November 18, 2012
Bonded Thru Troy Fain Insurance 800-385-7019