Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Case 2:09-md-02047-EEF-MBN   Document 6868   Filed 01/06/11   Page 1 of 1

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0397

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Phillip Latapie
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4th** day of **October**, 20 **10**, at **12:30** o'clock **P** M

**Place of Service:** at 4431 Iberville St., in Mandeville, LA 70741

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Phillip Latapie**

**Person Served, and Method of Service:**
☑ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Phillip Latapie** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Grey**; Facial Hair **No**
Approx. Age **40**; Approx. Height **6'1"**; Approx. Weight **185**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **11th** day of **October**, 20 **10**

_Kennith Landry_
Signature of Server
APS International, Ltd.

_Tenure for life_
Notary Public   (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY