Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0385

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Phillips Abita Lumber Company, Inc., dba Abita Lumber Company, Inc.

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __ST. Tammany__ )

**Name of Server:** __Kenneth Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __October__, 20 __10__, at __10:30__ o'clock __A__ M

**Place of Service:** at __21459 Hwy 36__, in __Abita Springs, LA  70420__

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Phillips Abita Lumber Company, Inc., dba Abita Lumber Company, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: __David Melton / General Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Cauc.__ ; Hair Color __Brown__ ; Facial Hair __Yes__
Approx. Age __35__ ; Approx. Height __5'7"__ ; Approx. Weight __270__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Kenneth Landry__
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __5th__ day of __October__, 20 __10__

Notary Public       (Commission Expires)
Tenure for Life

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY