Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0155

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--R. Fry Builders, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30th** day of **September**, 20**10**, at **10:20** o'clock **A** M

Place of Service: at **923 Del Prado Blvd. Ste. 203**, in **Cape Coral, FL  33990**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**R. Fry Builders, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Connie Fry as Registered Agent**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ____
Approx. Age **65-70**; Approx. Height **5'8"**; Approx. Weight **145 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Barbara Gray**
Signature of Server **Barbara Gray #151153**

Subscribed and sworn to before me this **4th** day of **October**, 20**10**

**Elena Alvarado**
Notary Public       (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena O Alvarado
My Commission DD775441
Expires 04/06/2012

S6859