Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0393

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ray Bec, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5th_ day of _October_, 20 _10_, at _6:30_ o'clock _A_ M

**Place of Service:** at _1197 Salem Drive_, in _Slidell, LA  70461_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ray Bec, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Kay Beck_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Cauc_ ; Hair Color _None_ ; Facial Hair _yes_
Approx. Age _64_ ; Approx. Height _6'2"_ ; Approx. Weight _200_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    _11th_ day of _October_, 20 _10_

_Kennith Landry_                                          _Tenure for Life_
Signature of Server                   Notary Public        (Commission Expires)

APS International, Ltd.              ROBERT JOHN COMEAUX
                                     Louisiana Civil Law Notary
                                     ID # 026458
                                     Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY