Sean and Beth Payton, et. al., Plaintiff(s)
   vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0158

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rickelman Construction, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Donald Skipper, II, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2nd day of October, 20 10, at 1:05 o'clock P M

**Place of Service:** at 3237 Delilah Drive, in Cape Coral, FL 33993

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Rickelman Construction, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Dave Rickelman as Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 50 ; Approx. Height 5'9" ; Approx. Weight 240 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server Donald Skipper II
#157197

Subscribed and sworn to before me this 6th day of October, 20 10

Elma Alvarado
Notary Public      (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elma G Alvarado
My Commission DD775441
Expires 04/08/2012

