Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0392

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Southern Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Kennith L. Audry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4th__ day of __October__, 20 __10__, at __9:40__ o'clock __A__ M

**Place of Service:** at __2053 E. Gause Blvd., Ste. 200__, in __Slidell, LA  70461__

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Southern Homes, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Helene Brawn / Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cauc.__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __40's__ ; Approx. Height __5'8"__ ; Approx. Weight __150__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this that the foregoing is true and correct.    __11th__ day of __October__, 20 __10__

__Kennith Audry__       __Tenure for Life__
Signature of Server                                                     Notary Public              (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY