Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0331

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Sundown Development
Court Case No. 09-7628

State of: Florida ) ss.
County of: Palm Beach )

| | |
|---|---|
| Name of Server: | Michael Rocco , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 5th day of October , 20 10 , at 10:20 o'clock A. M |
| Place of Service: | at 1025 W. Indiantown Road, Suite 101 , in Jupiter, FL 33458 |
| Documents Served: | the undersigned served the documents described as: Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Sundown Development** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is:  Ms. Tera Helms, Managing Agent |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color White ; Hair Color Black ; Facial Hair Approx. Age 25 ; Approx. Height 5'2" ; Approx. Weight 115 |
| | ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. | Subscribed and sworn to before me this 7th day of October , 20 10 |
| | Michael Rocco _____ Signature of Server | Jonathan Levy _____ Notary Public (Commission Expires) |

**APS International, Ltd.**