Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0381

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Sunrise Construction and Development, L.L.C.
  Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **ST. TAMMANY** )

**Name of Server:** **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6th** day of **October**, 20 **10**, at **12:20** o'clock **P** M

**Place of Service:** at **643 Magazine St., Ste. 300**, in **New Orleans, LA 70130**

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Sunrise Construction and Development, L.L.C.
By delivering them into the hands of an officer or managing agent whose name and title is: **Tamara Plattsmier / Legal Sect.**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Cauc**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **27**; Approx. Height **5'2"**; Approx. Weight **100**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.           **11th** day of **October**, 20 **10**

_Kennith Landry_                                  _Tenure for Life_
Signature of Server                               Notary Public        (Commission Expires)

APS International, Ltd.                           ROBERT JOHN COMEAUX
                                                  Louisiana Civil Law Notary
                                                  ID # 026458
                                                  Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY