Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0264

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Tad Brown
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Alabama ) ss.
County of: Mobile )

**Name of Server:** Cherie A. Weatherby, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6th day of October, 20 10, at 1:14 o'clock PM

**Place of Service:** at 19450 North 6th St., in Citronelle, AL 36522

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Tad Brown**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Tad Brown** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Black ; Facial Hair Gotee
Approx. Age 42-44 ; Approx. Height 5'8 ; Approx. Weight 155-160 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Cherie A. Weatherby
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 11 day of October, 20 10

Notary Public    7-15-13
(Commission Expires)

LINDA K. SMITH
NOTARY PUBLIC
07-15-2013
ALABAMA STATE AT LARGE