Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0399

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Team Work Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kenwith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4th_ day of _October_, 20 _10_, at _5:00_ o'clock _P_ M

**Place of Service:** at _35 Stonebridge Court_, in _Mandeville, LA 70448_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Team Work Construction, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: _Eddie Horridge_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_; Skin Color _Cauc._; Hair Color _Grey_; Facial Hair _No_
Approx. Age _51_; Approx. Height _6'2"_; Approx. Weight _230_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenwith Landry_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _11th_ day of _October_, 20 _10_

_Tenure for Life_
Notary Public    (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY