Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0260

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Mitchell Co., Colonial Bank Centre 3rd Fl.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

Name of Server: **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7th** day of **OCTOBER**, 20 **10**, at **3:07** o'clock **P** M

Place of Service: at **41 W. Interstate 65, Service Rd. N.**, in **Mobile, AL 36608**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**The Mitchell Co., Colonial Bank Centre 3rd Fl.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Chester Stefan ~ VP**.

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Grey**; Facial Hair **None**
Approx. Age **64**; Approx. Height **5'10**; Approx. Weight **165#**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **13** day of **October**, 20 **10**

_____
Notary Public       (Commission Expires)
My Commission Expires: 6/24/12

**APS International, Ltd.**