Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0176

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Viking Homes of S.W. Florida, Inc
Court Case No. 09-7628

State of: __Florida__ ) ss.
County of: __Lee__ )

| | |
|---|---|
| Name of Server: | __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the __30th__ day of __September__, 20 __10__, at __10:42__ o'clock __A__ M |
| Place of Service: | at __1205 S.E. 9th Terrace__, in __Cape Coral, FL  33990__ |
| Documents Served: | the undersigned served the documents described as: **Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Viking Homes of S.W. Florida, Inc** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: __Mark Sobolt as President__ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex __M__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair ____ Approx. Age __00-65__ ; Approx. Height __5'0"__ ; Approx. Weight __185 lbs__ |

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

| | |
|---|---|
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this __4th__ day of __October__, 20 __10__

__Barbara Gray__  151153
Signature of Server

__Elena Alvarado__
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012