# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL           MDL No. 02047
PRODUCTS LIABILITY LITIGATION           SECTION L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUPF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW

_____/

## ARANDA HOMES, INC.'S MOTION TO DISMISS WITH PREJUDICE THE CLAIMS BROUGHT AGAINST IT IN THE KENNEDY (OMNI I (A)) AND ABT (OMNI I(B)) OMNIBUS CLASS ACTION COMPLAINTS IN INTERVENTION

For the reasons discussed in the supporting Memorandum of Law, Defendant Aranda Homes, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss with prejudice the claims brought against it in: (i) the July 9, 2010, Kennedy Omnibus Class Action Complaint In Intervention (Omni I (A)) by plaintiffs Maria and Florencio Botello, Charlotte Jamison, and Jorge Verissimo and (ii) the October 5, 2010 Abt Omnibus Class Action Complaint in Intervention (Omni I (B)) by intervening plaintiffs Michael & Sandra Burkhart, David & Denise Cramer, Lewis & Marcia D'Agresto, Larry & Dorothy Frazier, Richard & Linda Giggey, Ernest Hernandez, Douglas & Debra Jackson, Richard & Patricia Kampf, William & Jacqueline Lake, Richard & Kathleen Lundberg, Neil Rehrig, and Guiseppe & Romana Transazione.[1]

---

[1] The Memorandum of Law in support of this Motion is attached hereto as **Exhibit A**. Also, per the Local Rules, a Notice of Hearing is attached as **Exhibit B**.

{M2980579;1}

Dated:  January 6, 2011

### AKERMAN SENTERFITT

BY: /s/     Valerie Greenberg
Valerie Greenberg, Esq.
Fla. Bar No. 026514
Stacy Harrison, Esq.
Fla. Bar No. 44109
One Southeast Third Avenue, 25th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email:  valerie.greenberg@akerman.com
Email:  stacy.harrison@akerman.com

*Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
Susie.morgan@phelps.com
Skylar.rosenbloom@phelps.com

{M2980579;1}

## CERTIFICATE OF SERVICE

I hereby certify that *Aranda Homes, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Kennedy (Omni I(A)) and Abt (Omni I(B)) Omnibus Class Action Complains in Intervention* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of January, 2011.

/s/      Valerie Greenberg