UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL No. 02047
        PRODUCTS LIABILITY LITIGATION            SECTION L

                                                                            JUDGE FALLON
                                                                            MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUPF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW

_____/

**MEMORANDUM OF LAW IN SUPPORT OF ARANDA HOMES, INC.'S
MOTION TO DISMISS WITH PREJUDICE THE CLAIMS BROUGHT AGAINST IT
IN THE KENNEDY (OMNI I (A)) AND ABT (OMNI I (B))
<u>OMNIBUS CLASS ACTION COMPLAINTS IN INTERVENTION</u>**

       Defendant Aranda Homes, Inc. ("Aranda") hereby submits this Memorandum of Law in Support of its Motion to Dismiss With Prejudice the Claims Brought Against it in the Kennedy (Omni I (A)) and Abt (Omni I (B)) Omnibus Class Action Complaints In Intervention (the "Motion"). For the reasons stated in Aranda's previously filed Motion to Dismiss With Prejudice the Claims Brought Against it in the Payton Amended Omnibus Class Action Complaint (Omni I) and Memorandum of Law in support thereof [D.E. # 4362], which Aranda incorporates and adopts, Defendant Aranda Homes, Inc. respectfully requests that the Court enter an order dismissing the claims against it with prejudice, and awarding Aranda its fees in defending this action pursuant to Florida's Deceptive and Unfair Trade Practices Act.

{M2980584;1}

Dated:  January 6, 2011

**AKERMAN SENTERFITT**

BY:  /s/    Valerie Greenberg
          Valerie Greenberg, Esq.
          Fla. Bar No. 026514
          Stacy Harrison, Esq.
          Fla. Bar No. 44109
       One Southeast Third Avenue, 25th Floor
       Miami, FL  33131-1714
       Phone:  (305) 374-5600
       Fax:  (305) 374-5095
       Email:  valerie.greenberg@akerman.com
       Email:  stacy.harrison@akerman.com

   *Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
          Susie.morgan@phelps.com
          Skylar.rosenbloom@phelps.com

{M2980584;1}

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Memorandum of Law in Support of Aranda Homes, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Kennedy (Omni I(A)) and Abt (Omni I(B)) Omnibus Class Action Complaints in Intervention* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of January, 2011.

/s/     Valerie Greenberg