

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION: L |
| This Document Relates to Case No. 09-7628, 09-4119, 09-4115, 09-4117, 09-4324, 09-6741, and 10-01111 | * * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S FIRST SUPPLEMENTAL PRIVILEGE LOG SUBMITTED IN CONNECTION WITH ITS PRODUCTION OF DOCUMENTS TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Tianjin) Co., Ltd., ("KPT"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(b)(5), hereby submits this First Supplemental Privilege Log, attached as Exhibit 1, in connection with its in connection with production of documents to Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). KPT objects to the production of the following documents based upon the privilege(s) asserted. KPT further states that all documents listed in Exhibit 1 are in the custody and control of undersigned counsel. KPT reserves the right to supplement this privilege log as documents are produced to the PSC, HSC and DSC on a rolling basis. Given the volume of documentation being produced, KPT does not intend to waive

attorney client privileges or work product doctrine protections by inadvertent disclosure.

Respectfully submitted by,

/s/ Donald J. Hayden
Donald J. Hayden (FL Bar No. 0097136)
BAKER & McKENZIE LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin (IL Bar No. 6256621)
Douglas B. Sanders (IL Bar No. 0864390)
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry J. Miller (LA Bar No. 24562)
Miles P. Clements (LA Bar No. 4184)
Peter E. Sperling (LA Bar No. 17812)
Kyle A. Spaulding (LA Bar No. 29000)
Paul C. Thibodeaux (LA Bar No. 29446)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

>Steven Glickstein (NY Bar No. 1038157)
>Jay P. Mayesh (NY Bar No. 1081603)
>Gregory Wallance (NY Bar No. 1247337)
>Robert Grass (NY Bar No. 2501278)
>Karin Garvey (NY Bar No. 2997831)
>Mark Spatz (NY Bar No. 4180303)
>KAYE SCHOLER LLP
>425 Park Avenue
>New York, NY 10022-3598
>Telephone:    (212) 836-6000
>Facsimile:    (212) 836-8689
>Email: sglickstein@kayescholer.com
>
>*Attorneys for Defendant Knauf Wuhu*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **FIRST SUPPLEMENTAL PRIVILEGE LOG** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, Defendants' Liaison Counsel, Kerry Miller, and Penny Herman Grisamore, Chinese Drywall MDL 2047 Depository, by e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 26th day of July, 2010.

>By: /s/ Donald J. Hayden

MIADMS/367150.1

**EXHIBIT 1**

| Bate Number | Date | From | Recipient (Recipient and CC (if applicable)) | Description of Withheld Document Communication or Item Being Logged | Claimed Alleged Privileged Doc. |
|---|---|---|---|---|---|
| KPT-PRIV0000001-KPT-PRIV0000002 | 8/8/2006 | Shivon Daniele | Mark Norris | Confidential communication from Clement & Co Lawyers to client providing information requested by client to be used in the facilitation of the rendition of legal advice in an unrelated legal matter in Australia. | Attorney-Client; and Work Product |
| KPT-PRIV0000003 | 11/22/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel providing information requested by counsel relating to this litigation. | Attorney-Client; and Work Product |
| KPT-PRIV0000004 | 11/27/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel relating to drywall testing issues in this litigation. | Attorney-Client; and Work Product |
| KPT-PRIV0000005 | 11/16/2006 | Mark Norris | Joerg Schanow | Confidential communication between client and in-house counsel regarding the rendition of legal advice relating to drywall issues. | Attorney-Client; and Work Product |
| KPT-PRIV0000006-KPT-PRIV0000009 | 12/6/2006 | Mark Norris | Douglas B. Sanders; Donald J. Hayden | Confidential communication from client to counsel attaching work product related to drywall issues. | Attorney-Client; and Work Product |
| KPT-PRIV0000010-KPT-PRIV0000011 | 11/16/2006 | Mark Norris | Wang Heng Dan | Confidential communication between client representatives attaching confidential communication between client and in-house counsel regarding the rendition of legal advice relating to drywall issues. | Attorney-Client; and Work Product |
| KPT-PRIV0000012 | 12/7/2006 | Silke Hauk | Douglas B. Sanders; Donald J. Hayden; and CC to Hans-Peter Ingenillem; Mark Norris | Confidential communication from client to counsel regarding drywall issues. | Attorney-Client; and Work Product |
| KPT-PRIV0000013 | 11/16/2006 | Mark Norris | Joerg Schanow | Confidential communication between client and in-house counsel regarding the rendition of legal advice relating to drywall issues. | Attorney-Client; and Work Product |
| KPT-PRIV0000014-KPT-PRIV0000017 | 12/1/2006 | Mark Norris | Donald J. Hayden | Confidential communication from client to counsel relating to drywall issues with respect to shipment of drywall to the US. | Attorney-Client; and Work Product |
| KPT-PRIV0000018-KPT-PRIV0000019 | 11/16/2006 | Mark Norris | Wang Heng Dan | Confidential communication between client representatives attaching confidential communication between client and in-house counsel regarding the rendition of legal advice relating to drywall issues. | Attorney-Client; and Work Product |
| KPT-PRIV0000020 | 12/1/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel providing information requested by counsel in order to facilitate the rendition of legal advice. | Attorney-Client; and Work Product |
| KPT-PRIV0000021 | 11/27/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel related to drywall issues. | Attorney-Client; and Work Product |
| KPT-PRIV0000022-KPT-PRIV0000025 | 11/21/2006 | Mark Norris | Donald J. Hayden; Douglas B. Sanders | Confidential communication from client to counsel regarding the rendition of legal advice relating to drywall issues with attachment. | Attorney-Client; and Work Product |
| KPT-PRIV0000026 | 11/16/2006 | Prof. Dr. Hans-Ulrich Hummel | Mark Norris | Confidential communication between client representatives regarding legal advice provided by in-house counsel relating to drywall issues. | Work Product |
| KPT-PRIV0000027-KPT-PRIV0000028 | 11/29/2006 | Prof. Dr. Hans-Ulrich Hummel | Mark Norris; and CC to Hans-Peter Ingenillem; Joerg Schanow | Confidential communication between client representatives including in-house counsel regarding drywall issues with attachment. | Attorney-Client; and Work Product |

| Bates Number | Date | From | Recipients (including CC if applicable) | Description of Withheld Document/ Communication or Email Subject Title | Statement of Grounds Alleged for Withholding Document |
|---|---|---|---|---|---|
| KPT-PRIV0000029 | 8/4/2006 | Isabel Knauf | Nikolaus Knauf; Baldwin Knauf; Alexander Knauf; Beatrix Knauf; Mehmet Zaydin; fahimi@knaufiran.com; Michael Morgan; Hanz-Peter Ingenilfor; Joerg Schanow; Martin Stuermer; Edda Holk; Katanopoulos; Maurizio Casalini; Arno Hampel; Heinz Jurkowitsch; Tony Robson; Lothar Knauf; Thies Knauf; Klaus Kock; hable@aml- | Confidential communication between client seeking advice from in-house counsel relating to employment issue. | Attorney-Client; and Work Product |
| KPT-PRIV0000030-KPT-PRIV0000050 | 8/30/2006 | Ann Zhong | John Davis; Mark Norris; Sun Jing | Confidential communication between client representatives attaching confidential communications from King and Wood to client providing legal advice related to intellectual property rights. | Attorney-Client; and Work Product |
| KPT-PRIV0000051 | 9/22/2006 | Ann Zhong | Mark Norris | Confidential communication reflecting communication with counsel between client representatives including in-house and outside counsel regarding advice in a real estate matter unrelated to this litigation. | Attorney-Client; and Work Product |
| KPT-PRIV0000055 | 10/25/2006 | Tony Robson | Gerry Topper; Jeff Brisley; Bob Britton; Cyrille Fournier; Mark Norris; David Gregory; Frederick Knauf; Paul Manfred; and cc to Baldwin Knauf; | Confidential communication between client representatives including in-house counsel regarding the rendition of legal advice on shipping issues. | Attorney-Client; and Work Product |
| KPT-PRIV0000057 KPT-PRIV0000058 | 11/22/2006 | Donald J. Hayden | Dana Clay | Confidential communication between counsel and consultant related to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000059 KPT-PRIV0000060 | 11/22/2006 | Donald J. Hayden | Dana Clay | Confidential communication between counsel and consultant related to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000061 KPT-PRIV0000063 | 11/22/2006 | Dana Clay | Donald J. Hayden | Confidential communication between counsel and consultant related to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000064 KPT-PRIV0000069 | 11/22/2006 | Dana Clay | Donald J. Hayden | Confidential communication between counsel and consultant related to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000070 KPT-PRIV0000071 | 11/22/2006 | Dana Clay | Donald J. Hayden | Confidential communication between counsel and consultant related to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000072 KPT-PRIV0000074 | 12/1/2006 | Mark Norris | Donald J. Hayden | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000075 | 12/27/2006 | Richard M. Franklin | Douglas B. Sanders; Joerg Showrow; Mark Norris with CC to Donald J. Hayden; David Wix | Confidential communication from counsel to client related to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000076 KPT-PRIV0000083 | 12/27/2006 | Douglas B. Sanders | Joerg Schanow; Mark Norris with CC to Donald J. Hayden; Richard M. Franklin; David Wix | Confidential communication from counsel to client related to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000090 | 8/29/2005 | Wu Hong | Mark Norris with CC to Ann Zhong | Confidential communication between client representatives in relation to Chinese-manufactured drywall products at request of counsel. | Work Product |
| KPT-PRIV0000091 KPT-PRIV0000092 | 9/11/2006 | Tony Robson | daniel.berger@eac-consulting.de with CC to kusch@eac-consulting.de; Ann Zhong; Chen Yi Heng; Mark Norris; Xu Ping | Confidential communication from client to consultant containing work product information regarding relating to business transaction. | Attorney-Client; Work Product |

| Bates Number | Date | From | Recipient (if applicable) CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Grounds Claimed for Withholding Document |
|---|---|---|---|---|---|
| KPT-PRIV0000093 KPT-PRIV0000105 | 11/21/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel related to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000106 KPT-PRIV0000109 | 11/21/2006 | Mark Norris | Donald J. Hayden; Douglas B. Sanders | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000110 KPT-PRIV0000117 | 11/28/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000118 KPT-PRIV0000148 | 11/30/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000149 KPT-PRIV0000151 | 11/24/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000152 KPT-PRIV0000154 | 11/29/2006 | Mark Norris | Douglas B. Sanders with CC to Richard M. Franklin; Donald J. Hayden; David Wix | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000155 KPT-PRIV0000155 | 11/24/2006 | Douglas B. Sanders | Silke Hauk with CC to Hans-Peter Ingenillem | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000156 KPT-PRIV0000158 | 12/5/2006 | Douglas B. Sanders | Silke Hauk with CC to Hans-Peter Ingenillem | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000159 KPT-PRIV0000162 | 11/28/2006 | Douglas B. Sanders | Silke Hauk with CC to Hans-Peter Ingenillem | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000163 | 11/22/2006 | Douglas B. Sanders | Silke Hauk with CC to Richard M. Franklin; Donald J. Hayden; David Wix; Craig A. Roeder | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000164 KPT-PRIV0000167 | 12/5/2006 | Douglas B. Sanders | Silke Hauk; Hans-Peter Ingenillem with CC to Mark Norris; Donald J. Hayden | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000168 KPT-PRIV0000179 | 12/7/2006 | Douglas B. Sanders | Silke Hauk; Hans-Peter Ingenillem with CC to Mark Norris; Donald J. Hayden | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000180 KPT-PRIV0000185 | 12/21/2006 | Douglas B. Sanders | Silke Hauk; Mark Norris with CC to Donald J. Hayden | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000186 KPT-PRIV0000191 | 11/15/2006 | Douglas B. Sanders | Silke Hauk | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000192 KPT-PRIV0000197 | 11/15/2006 | Douglas B. Sanders | Silke Hauk with CC to Craig A. Roeder; Richard M. Franklin; David Wix | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000198 KPT-PRIV0000202 | 12/5/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000203 KPT-PRIV0000212 | 12/5/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000213 KPT-PRIV0000218 | 11/28/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000219 | 11/27/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000220 KPT-PRIV0000222 | 11/22/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000223 KPT-PRIV0000235 | 11/28/2006 | Douglas B. Sanders | Mark Norris; Silke Hauk with CC to Richard M. Franklin; Donald J. Hayden; David Wix | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000236 KPT-PRIV0000243 | 12/29/2006 | Douglas B. Sanders | Mark Norris; Joerg Shannow; Silke Hauk | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |

| Bates Number | Date | From | Recipient (if applicable) CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Asserted for Withholding Document |
|---|---|---|---|---|---|
| KPT-PRIV0000244 | 12/15/2006 | Mark Norris | Douglas B. Sanders; Donald J. Hayden | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000245 | 12/12/2006 | Mark Norris | Douglas B. Sanders with CC to Donald J. Hayden | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000246 KPT-PRIV0000250 | 12/6/2006 | Mark Norris | Douglas B. Sanders; Donald J. Hayden | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000251 KPT-PRIV0000254 | 12/5/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000255 KPT-PRIV0000256 | 11/29/2006 | Mark Norris | Donald J. Hayden with CC to David Wix; Douglas B. Sanders; Richard M. Franklin | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000257 | 11/28/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000258 | 11/27/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000259 | 11/24/2006 | Mark Norris | Douglas B. Sanders | Confidential communication from client to counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000260 KPT-PRIV0000267 | 12/27/2006 | Douglas B. Sanders | Joerg Schanow; Mark Norris with CC to Donald J. Hayden; Richard M. Franklin; David Wix | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000268 | 12/20/2006 | Douglas B. Sanders | Angela Harris with CC to Phil Goad | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000269 KPT-PRIV0000280 | 12/19/2006 | Douglas B. Sanders | Mark Norris; Silke Hauk with CC to Donald J. Hayden | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000281 | 12/19/2006 | Douglas B. Sanders | Mark Norris with CC to Donald J. Hayden | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000282 | 12/18/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000283 | 12/12/2006 | Douglas B. Sanders | Douglas B. Sanders; Mark Norris; Silke Hauk with CC to Donald J. Hayden | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000284 KPT-PRIV0000291 | 12/7/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000292 | 12/1/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000293 KPT-PRIV0000294 | 11/29/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000295 | 11/29/2006 | Douglas B. Sanders | Mark Norris with CC to Richard M. Franklin; Donald J. Hayden; David Wix | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000296 | 11/28/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000297 KPT-PRIV0000298 | 11/24/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000299 KPT-PRIV0000299 | 11/23/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000300 KPT-PRIV0000301 | 11/22/2006 | Douglas B. Sanders | Phil Goad | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |

| Bates Number | Date | From | Recipient (Recipients and CC Recipients) | Description of Withheld Document, Communication or Tangible Thing | Statutory Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| KPT-PRIV0000302 KPT-PRIV0000303 | 11/21/2006 | Douglas B. Sanders | Hans-Ulrich Hummel with CC to Hans-Peter Ingantilem; Joerg Schonow | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000304 KPT-PRIV0000309 | 11/21/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000310 | 11/21/2006 | Douglas B. Sanders | Hans-Ulrich Hummel | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000311 KPT-PRIV0000316 | 11/20/2006 | Douglas B. Sanders | Mark Norris | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000317 KPT-PRIV0000322 | 11/20/2006 | Douglas B. Sanders | Joerg Schonow; Sake Houk with CC to Richard M. Franklin; Donald L. Hayden; David Wix; Craig A. Roeder | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000323 KPT-PRIV0000324 | 11/19/2006 | Douglas B. Sanders | Hans-Ulrich Hummel | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000325 | 11/18/2006 | Douglas B. Sanders | Hans-Ulrich Hummel | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000326 | 11/17/2006 | Douglas B. Sanders | Hans-Ulrich Hummel with CC to Richard M. Franklin; David Wix | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000327 | 11/16/2006 | Douglas B. Sanders | schaefer@maxi.ispi.raum hofer.de with CC to Richard M. Franklin; David Wix | Confidential communication from counsel to expert consultant related to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000328 KPT-PRIV0000333 | 11/15/2006 | Douglas B. Sanders | Joerg Shownow | Confidential communication from counsel to client relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000334 KPT-PRIV0000337 | 12/1/2006 | Mark Norris | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000338 | 11/22/2006 | Douglas B. Sanders | Hans-Ulrich Hummel with CC to Joerg Schonow; Donald L. Hayden | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000339 KPT-PRIV0000355 | 11/22/2006 | Phil Goad | Douglas B. Sanders | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000356 KPT-PRIV0000358 | 11/22/2006 | Phil Goad | Douglas B. Sanders | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000359 KPT-PRIV0000360 | 11/22/2006 | Phil Goad | Douglas B. Sanders with CC to Angela Harris; Tamara House-Knight; Cory Davis | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000361 KPT-PRIV0000364 | 11/22/2006 | Phil Goad | Douglas B. Sanders | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000365 KPT-PRIV0000367 | 11/14/2006 | Phil Goad | Douglas B. Sanders | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000368 KPT-PRIV0000473 | 12/1/2006 | Angela Harris | Douglas B. Sanders | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000474 KPT-PRIV0000598 | 11/20/2006 | Alan Nye | Douglas B. Sanders with CC to Cory Davis; Phil Goad | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000599 KPT-PRIV0000620 | 11/20/2006 | Alan Nye | Douglas B. Sanders with CC to Cory Davis; Phil Goad | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000621 KPT-PRIV0000622 | 11/20/2006 | Douglas B. Sanders | Alan Nye with CC to Cory Davis; Phil Goad | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |
| KPT-PRIV0000623 KPT-PRIV0000626 | 11/27/2006 | Douglas B. Sanders | Phil Goad; Cory Davis | Confidential communication between counsel and consultants relating to Chinese-manufactured drywall and potential claims. | Work Product |

| Bates Number | Date | From | To (if applicable) and CC (if applicable) | Description of Withheld Document Communication on Template Three | Statement of Grounds Claimed for Withholding Document |
|---|---|---|---|---|---|
| KPT-PRIV0000627 KPT-PRIV0000628 | 12/15/2006 | Donald J. Hayden | Mark Norris; Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000629 KPT-PRIV0000630 | 12/13/2006 | Donald J. Hayden | Mark Norris; Douglas B. Sanders with CC to Richard M. Franklin; David Wiz; Silke Hauk | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000631 KPT-PRIV0000633 | 12/12/2006 | Donald J. Hayden | Douglas B. Sanders; Mark Norris | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000634 KPT-PRIV0000635 | 11/22/2006 | Donald J. Hayden | Richard M. Franklin; Douglas B. Sanders with CC to David Wiz; Craig A. Roeder; Silke Hauk | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000636 KPT-PRIV0000637 | 12/27/2006 | Richard M. Franklin | Douglas B. Sanders; Joerg Shownow; Mark Norris with CC to Donald J. Hayden; David Wiz | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000638 | 11/16/2006 | Richard M. Franklin | Silke Hauk with CC to Douglas B. Sanders; David Wiz; Craig A. Roeder | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000639 | 11/22/2006 | Richard M. Franklin | Douglas B. Sanders with CC to Donald J. Hayden; David Wiz; Craig A. Roeder; Silke Hauk | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000640 | 11/17/2006 | Silke Hauk | Richard M. Franklin with CC to Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000641 | 11/17/2006 | Silke Hauk | Richard M. Franklin with CC to Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000642 | 11/16/2006 | Silke Hauk | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000643 KPT-PRIV0000645 | 11/16/2006 | Silke Hauk | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000646 KPT-PRIV0000647 | 11/16/2006 | Silke Hauk | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000648 | 11/28/2006 | Silke Hauk | Douglas B. Sanders with CC to Hans-Peter Ingenillem | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000649 | 11/28/2006 | Silke Hauk | Douglas B. Sanders with CC to Hans-Peter Ingenillem | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000650 | 11/21/2006 | Silke Hauk | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000651 | 11/20/2006 | Silke Hauk | Douglas B. Sanders with CC to Hans-Peter Ingenillem | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000652 | 11/24/2006 | Silke Hauk | Douglas B. Sanders with CC to Hans-Peter Ingenillem | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000653 | 11/29/2006 | Silke Hauk | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000654 | 12/1/2006 | Silke Hauk | Douglas B. Sanders with CC to Hans-Peter Ingenillem | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000655 | 12/4/2006 | Silke Hauk | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000656 | 12/5/2006 | Silke Hauk | Douglas B. Sanders with CC to Hans-Peter Ingenillem | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |

| Bates Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document / Communication to Preserve Privilege | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| KPT-PRIV0000657 | 12/7/2006 | Silke Houk | Douglas B. Sanders; Donald J. Hayden with CC to Hans-Peter Ingenillem; Mark Norris | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000658 | 12/22/2006 | Silke Houk | Douglas B. Sanders with CC to Ann Zhong; Hans-Peter Ingenillem | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000659 | 12/20/2006 | Silke Houk | Douglas B. Sanders with CC to Hans-Peter Ingenillem | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000660 | 12/18/2006 | Silke Houk | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000661 KPT-PRIV0000662 | 11/22/2006 | Hans-Ulrich Hummel | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000663 | 11/21/2006 | Joerg Schanow | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000664 KPT-PRIV0000665 | 11/21/2006 | Hans-Ulrich Hummel | Douglas B. Sanders with CC to Hans-Peter Ingenillem; Joerg Schanow | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000666 KPT-PRIV0000667 | 11/20/2006 | Hans-Ulrich Hummel | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000668 KPT-PRIV0000669 | 11/19/2006 | Hans-Ulrich Hummel | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000670 KPT-PRIV0000671 | 11/19/2006 | Hans-Ulrich Hummel | Douglas B. Sanders | Confidential communication between client and counsel relating to Chinese-manufactured drywall products. | Attorney-Client; Work Product |
| KPT-PRIV0000672- KPT-PRIV0000678 | 11/29/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] with CC to Donald J. Hayden | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement. | Confidentiality Agreement |
| KPT-PRIV0000679 | 11/28/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] with CC to Donald J. Hayden | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement. | Confidentiality Agreement |
| KPT-PRIV0000680- KPT-PRIV0000691 | 12/22/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] with CC to Donald J. Hayden | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement with attachments. | Confidentiality Agreement |
| KPT-PRIV0000692- KPT-PRIV0000697 | 11/30/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement with attachments. | Confidentiality Agreement |
| KPT-PRIV0000698- KPT-PRIV0000703 | 11/30/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement with attachments. | Confidentiality Agreement |
| KPT-PRIV0000704- KPT-PRIV0000717 | 12/19/2006 | [Sender Identification Intentionally Omitted] | Douglas B. Sanders with CC to [Recipient Identification Intentionally Omitted] | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement with attachments. | Confidentiality Agreement |
| KPT-PRIV0000718- KPT-PRIV0000725 | 12/11/2006 | [Sender Identification Intentionally Omitted] | Douglas B. Sanders with CC to [Recipient Identification Intentionally Omitted] | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement with attachments. | Confidentiality Agreement |
| KPT-PRIV0000726- KPT-PRIV0000737 | 12/22/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] with CC to Donald J. Hayden | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement with attachments. | Confidentiality Agreement |

| Bates Number | Date | From | Recipient (Type of Recipient and CC Designation) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| KPT-PRIV0000738-KPT-PRIV0000740 | 12/19/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement. | Confidentiality Agreement |
| KPT-PRIV0000741-KPT-PRIV0000748 | 12/12/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement with attachments. | Confidentiality Agreement |
| KPT-PRIV0000749 | 11/28/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] with CC to Donald J. Hayden | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement. | Confidentiality Agreement |
| KPT-PRIV0000750-KPT-PRIV0000751 | 12/27/2006 | [Sender Identification Intentionally Omitted] | Douglas B. Sanders | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement. | Confidentiality Agreement |
| KPT-PRIV0000752-KPT-PRIV0000758 | 11/29/2006 | Douglas B. Sanders | [Recipient Identification Intentionally Omitted] with CC to Donald J. Hayden | Confidential communication relating to Chinese drywall withheld at request of third party pursuant to confidentiality agreement with attachments. | Confidentiality Agreement |