



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L |
| This Document Relates to Case No. 09-4119, 09-4117, 09-6741 | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**KNAUF PLASTERBOARD (WUHU) CO., LTD.'S FIRST SUPPLEMENTAL PRIVILEGE LOG SUBMITTED IN CONNECTION WITH ITS PRODUCTION OF DOCUMENTS TO PLAINTIFF STEERING COMMITTEE**

Knauf Plasterboard (Wuhu) Co., Ltd., ("Knauf Wuhu"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(b)(5), hereby submits this First Supplemental Privilege Log, attached as Exhibit 1, in connection with production of documents to Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). Knauf Wuhu objects to the production of the following documents based upon the privilege(s) asserted. Knauf Wuhu further states that all documents listed in Exhibit 1 are in the custody and control of undersigned counsel. Knauf Wuhu reserves the right to supplement this privilege log as documents are produced to the PSC, HSC and DSC on a rolling basis. Given the volume of documentation being produced, Knauf Wuhu does not

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131 – (305) 789-8900

intend to waive attorney client privileges or work product doctrine protections by inadvertent disclosure.

          Respectfully submitted by,

          /s/ Donald J. Hayden
          Donald J. Hayden (FL Bar No. 0097136)
          BAKER & McKENZIE LLP
          Sabadell Financial Center
          1111 Brickell Avenue, Suite 1700
          Miami, FL 33131
          Telephone:    (305) 789-8966
          Facsimile:     (305) 789-8953
          Email: donald.j.hayden@bakermckenzie.com

          Richard M. Franklin (IL Bar No. 6256621)
          Douglas B. Sanders (IL Bar No. 0864390)
          BAKER & MCKENZIE LLP
          130 E. Randolph Drive
          One Prudential Plaza
          Chicago, IL 60601
          Telephone:    (312) 861-8075
          Facsimile:     (312) 698-2375
          Email: douglas.b.sanders@bakermckenzie.com

          Kerry J. Miller (LA Bar No. 24562)
          Miles P. Clements (LA Bar No. 4184)
          Peter E. Sperling (LA Bar No. 17812)
          Kyle A. Spaulding (LA Bar No. 29000)
          Paul C. Thibodeaux (LA Bar No. 29446)
          FRILOT L.L.C.
          1100 Poydras Street, Suite 3700
          New Orleans, Louisiana 70163
          Telephone:    (504) 599-8194
          Facsimile:     (504) 599-8145
          Email: kmiller@frilot.com

>Steven Glickstein (NY Bar No. 1038157)
>Jay P. Mayesh (NY Bar No. 1081603)
>Gregory Wallance (NY Bar No. 1247337)
>Robert Grass (NY Bar No. 2501278)
>Karin Garvey (NY Bar No. 2997831)
>Mark Spatz (NY Bar No. 4180303)
>KAYE SCHOLER LLP
>425 Park Avenue
>New York, NY 10022-3598
>Telephone: (212) 836-6000
>Facsimile: (212) 836-8689
>Email: sglickstein@kayescholer.com
>
>*Attorneys for Defendant Knauf Wuhu*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **FIRST SUPPLEMENTAL PRIVILEGE LOG** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, Defendants' Liaison Counsel, Kerry Miller, and Penny Herman Grisamore, Chinese Drywall MDL 2047 Depository, by e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 26th day of July, 2010.

>By: /s/ Donald J. Hayden

MIADMS/367149.1

EXHIBIT 1

| Bates Number | Date | From | Recipient(s) (To/cc/bcc) and Office (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Basis Alleging Withheld Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000001 | 2/14/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000002 | 2/15/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000003 | 7/28/2006 | Mark Innis | David N. Gregory | Confidential communication from client to counsel regarding information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000004-WUHU-PRIV0000009 | 9/4/2005 | David N. Gregory | Dian Knauf | Confidential communication between client representatives attaching an engagement letter from counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000010 | 12/7/2006 | David N. Gregory | Isabel Knauf | Confidential communication between client representatives regarding legal advice provided by in-house counsel related to employee relations. | Attorney-Client; and Work Product |
| WUHU-PRIV0000011 | 12/6/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000013 | 8/9/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000015 | 9/4/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000016 | 3/21/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing counsel with information requested in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000017 | 4/14/2005 | David N. Gregory | Mark Innis; and CC to Sugianto Osman | Confidential communication from client to counsel providing information requested by counsel in an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000019 | 1/23/2005 | David N. Gregory | Rizal A. Dharma; and CC to Duane J. Gingerich; Mark Innis; Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000020 | 2/24/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000021 | 9/28/2006 | David N. Gregory | Tony Budidjaja; rhalaw@indosat.net.id | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bates Number | Date | From | To/cc/bcc (if applicable) and Affiliation | Description of Withheld Document, Communication or Tangible Thing | Statement of Grounds Asserted for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000022 | 9/28/2006 | David N. Gregory | mhutagalung@yahoo.com | Confidential communication between client representatives regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000023-WUHU-PRIV0000037 | 10/9/2006 | David N. Gregory | Isabel Knauf | Confidential legal memorandum attached to a confidential communication between client representatives regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000038 | 4/11/2005 | David N. Gregory | Sugianto Osman; Mark Innis | Confidential communication from client to counsel providing information to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000039 | 2/2/2005 | David N. Gregory | Rizal A. Dharma; and CC to Sugianto Osman | Confidential communication between client and counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000040-WUHU-PRIV0000042 | 1/26/2005 | David N. Gregory | Rizal A. Dharma; Sugianto Osman; and CC to Ismail Abu Tamam | Confidential communication between client and counsel attaching a confidential communication between client and counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000043 | 12/8/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication between counsel and client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000044-WUHU-PRIV0000047 | 2/3/2005 | David N. Gregory | Sugianto Osman | Confidential communication between counsel and client regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000048-WUHU-PRIV0000051 | 4/20/2006 | David N. Gregory | mpangestu@pacific.net.id | Confidential communication between client and client representative or consultant regarding a business dispute against PT Knauf Gypsum Indonesia with confidential memorandum from counsel providing legal assessment regarding a business dispute against PT Knauf Gypsum Indonesia and confidential communication between client and client representative or consultant regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000052-WUHU-PRIV0000054 | 2/16/2005 | David N. Gregory | Tony Robson | Confidential communication between client representatives attaching confidential documents drafted by counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000055 | 1/24/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000056-WUHU-PRIV0000061 | 2/14/2005 | David N. Gregory | Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000062 | 2/2/2005 | David N. Gregory | Silke Hauk | Confidential communication to in-house counsel from client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bates Number | Date | From | Recipient (Identifiable) and cc (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000064 | 1/27/2005 | David N. Gregory | Silke Hauk | Confidential communication from client representative to in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000065 | 1/28/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication between client and counsel regarding an unrelated corporate legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000066 | 2/3/2006 | David N. Gregory | Andi Y. Kadir; Tony Budidjaja; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000067-WUHU-PRIV0000069 | 1/26/2006 | David N. Gregory | Mark Innis; Tony Budidjaja | Confidential communication from client to counsel attaching confidential work product regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000070-WUHU-PRIV0000072 | 1/20/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000073 | 1/23/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000075 | 1/11/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000077-WUHU-PRIV0000079 | 1/25/2006 | David N. Gregory | Tony Budidjaja | Confidential communication between client and counsel regarding a business dispute against PT Knauf Gypsum Indonesia with confidential attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000080 | 1/11/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000081-WUHU-PRIV0000083 | 1/26/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching a draft letter regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000084-WUHU-PRIV0000088 | 12/2/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000089-WUHU-PRIV0000091 | 12/2/2005 | David N. Gregory | Ilya U. Sumono | Confidential communication from client to consultant regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000092 | 1/16/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000094 | 1/16/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000095 | 12/7/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000096-WUHU-PRIV0000103 | 11/8/2005 | David N. Gregory | Rizal A. Dharma; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000104 | 6/7/2005 | David N. Gregory | Joerg Schanow | Confidential communication between client and corporate counsel regarding an unrelated intellectual property issue. | Attorney-Client; and Work Product |

| Bates Number | Date | From | To/CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000105 | 5/27/2005 | David N. Gregory | Joerg Schanow | Confidential communication between client and corporate counsel regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000106-WUHU-PRIV0000109 | 8/16/2005 | David N. Gregory | Ramses Panjaitan | Confidential communication between client representatives attaching a confidential communication from in-house counsel to client regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000110-WUHU-PRIV0000117 | 8/22/2005 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives attaching a confidential document from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000118 | 7/13/2005 | David N. Gregory | Silke Hauk | Confidential communication from client to in-house counsel regarding an intellectual property legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000119 | 6/24/2005 | David N. Gregory | Johann Stadler | Confidential communication from client to intellectual property counsel regarding an unrelated intellectual property legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000121 | 9/6/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding an unrelated matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000123 | 10/1/2005 | David N. Gregory | Rizal A. Dharma; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000124 | 6/7/2005 | David N. Gregory | Silke Hauk | Confidential communication from client to in-house counsel regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000126-WUHU-PRIV0000134 | 7/14/2005 | David N. Gregory | Sugianto Osman | Confidential communication from client to counsel attaching confidential documents regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000135-WUHU-PRIV0000137 | 6/29/2005 | David N. Gregory | Mark Norris | Confidential communication between client representatives attaching confidential work product from intellectual property counsel regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000138-WUHU-PRIV0000140 | 8/4/2005 | David N. Gregory | Mark Norris | Confidential communication between client representatives attaching confidential work product regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000141-WUHU-PRIV0000143 | 8/23/2006 | David N. Gregory | Silke Hauk; and CC to Ann Zhong | Confidential communication from client to in-house counsel regarding an unrelated intellectual property matter with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000144 | 6/16/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives and in-house counsel regarding unrelated corporate legal documents. | Attorney-Client; and Work Product |
| WUHU-PRIV0000145 | 7/28/2006 | David N. Gregory | Joerg Schanow | Confidential communication between client representative and in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000146-WUHU-PRIV0000148 | 1/27/2005 | David N. Gregory | Joerg Schanow | Confidential communication between client representative and in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |

| Bate Number | Date | From | Recipient (Capacity) and (Affiliation) | Description of Withheld Document, Communication of Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000149-WUHU-PRIV0000161 | 6/12/2006 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000162 | 4/20/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000163-WUHU-PRIV0000172 | 7/25/2006 | David N. Gregory | admin@knauf.com.sg | Confidential communication between client representatives attaching confidential communications from counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000173-WUHU-PRIV0000179 | 12/9/2005 | David N. Gregory | mpangestu@pacific.net.id; and CC to John Johnson | Confidential communication between client representatives or consultant attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000180 | 1/15/2006 | David N. Gregory | Silke Plank | Confidential communication from client to in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000182 | 1/15/2006 | David N. Gregory | Silke Plank | Confidential communication from client to in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and |
| WUHU-PRIV0000183-WUHU-PRIV0000186 | 9/9/2005 | David N. Gregory | Silke Hauk | Confidential communication from client to in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000187 | 1/26/2005 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives forwarding confidential communication to client from counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000190-WUHU-PRIV0000191 | 12/18/2006 | David N. Gregory | Ann Zhong | Confidential communication between client representatives and in-house counsel regarding an unrelated corporate matter with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000192-WUHU-PRIV0000194 | 4/18/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000195 | 4/11/2006 | David N. Gregory | Tony Budidjaja; Andi Y. Kadir; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000196-WUHU-PRIV0000197 | 3/16/2006 | David N. Gregory | Andi Y. Kadir; Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000198 | 2/28/2006 | David N. Gregory | Tony Budidjaja; Andi Y. Kadir | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000199 | 10/7/2005 | David N. Gregory | Rizal A. Dharma; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bates Number | Date | From | Recipient (To, cc, bcc) and Other Recipients | Description of Withheld Document, Communication or Tangible Thing | Statute or Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000200 | 3/15/2006 | David N. Gregory | Tony Budidjaja; Andi Y. Kadir; and CC to Mark Innis; Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000201 | 1/28/2005 | David N. Gregory | Rizal A. Dharma; and CC to Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000203 | 2/1/2006 | David N. Gregory | Andy Y. Kadir; Tony Budidjaja; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000205-WUHU-PRIV0000220 | 7/27/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000221-WUHU-PRIV0000225 | 2/17/2005 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives regarding communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000226 | 7/14/2005 | David N. Gregory | Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000229 | 7/28/2006 | David N. Gregory | Mark Innis; and CC to Joerg Schanow | Confidential communication from client to counsel and in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000230 | 8/24/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000231-WUHU-PRIV0000235 | 8/3/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000236 | 7/28/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel requesting the rendition of legal advice from counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000237-WUHU-PRIV0000240 | 8/24/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia attaching work product. | Attorney-Client; and Work Product |
| WUHU-PRIV0000241-WUHU-PRIV0000245 | 2/17/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia attaching work product. | Attorney-Client; and Work Product |
| WUHU-PRIV0000246-WUHU-PRIV0000271 | 2/15/2005 | David N. Gregory | Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000272 | 9/19/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000274 | 8/10/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bates Number | Date | From | Recipient (if applicable) and cc (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000275 | 7/31/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000276 | 6/26/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000278-WUHU-PRIV0000281 | 2/8/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel providing information requested by counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000282-WUHU-PRIV0000285 | 2/7/2005 | David N. Gregory | Rizal A. Dharma; and CC to Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000286-WUHU-PRIV0000290 | 11/8/2005 | David N. Gregory | Rizal A. Dharma; and CC to Andi Y. Kadir; Ismail Abu Tamam; Mark Innis; Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000291 | 8/31/2005 | David N. Gregory | Andi Y. Kadir; and CC to Rizal A. Dharma | Confidential communication from client to counsel regarding legal strategy in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000298-WUHU-PRIV0000301 | 8/26/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel requesting legal advice regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000302 | 2/8/2005 | David N. Gregory | Ismail Abu Tamam; and CC to Rizal A. Dharma | Confidential communication between client representatives and counsel regarding the organizational structure of PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000304 | 9/13/2006 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000306 | 9/14/2006 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000309 | 9/13/2006 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000310-WUHU-PRIV0000314 | 2/22/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000315 | 4/6/2006 | David N. Gregory | Andi Y. Kadir | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000317 | 9/12/2006 | David N. Gregory | Tony Budidjaja; and CC to Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000318 | 9/12/2006 | David N. Gregory | Tony Budidjaja; and CC to Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000319-WUHU-PRIV0000325 | 4/6/2006 | David N. Gregory | Andi Y. Kadir; Tony Budidjaja; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |

| Bates Number | Date | From | Recipient (if applicable) and cc (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Asserted Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000326-WUHU-PRIV0000396 | 7/10/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product to counsel for the rendition of legal advice in a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000397-WUHU-PRIV0000409 | 7/10/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000410-WUHU-PRIV0000423 | 6/16/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000424 | 2/15/2005 | David N. Gregory | Sugianto Osman | Confidential communication between client and counsel attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000428 | 2/2/2005 | Silke Hauk | David N. Gregory | Confidential communication from in-house counsel to client regarding a shareholder resolution. | Attorney-Client; and Work Product |
| WUHU-PRIV0000429 | 6/14/2005 | Joerg Schanow | David N. Gregory | Confidential communication from in-house counsel regarding legal interpretation of decision in an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000430 | 12/22/2006 | David N. Gregory | Silke Hauk | Confidential communication between client and in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000432-WUHU-PRIV0000472 | 4/26/2006 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives regarding attached work product, draft petition for appeal prepared by counsel in a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000473-WUHU-PRIV0000485 | 4/20/2006 | David N. Gregory | John Johnson | Confidential communication between client representatives or consultant regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000486-WUHU-PRIV0000498 | 5/23/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000499-WUHU-PRIV0000511 | 4/18/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000512 | 12/22/2006 | David N. Gregory | Joerg Schanow | Confidential communication from client to in-house counsel regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000514-WUHU-PRIV0000526 | 4/18/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |

| Bates Number | Date | From | Recipient (if applicable) and cc (if applicable) | Description of Withheld Document/ Communication or Tangible Thing | Subject Matter/Ground/ Grounds for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000527 | 7/13/2005 | David N. Gregory | Johann Stadler | Confidential communication from client to intellectual property counsel regarding a trademark application for PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000528 | 12/19/2006 | David N. Gregory | Joerg Schanow | Confidential communication from client to in-house counsel regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; Work Product |
| WUHU-PRIV0000529 | 12/1/2006 | Yuan Hongwen | Gunnar.Wiessner@eac-consulting.de cc to Isabel Knauf; David Gregory; Martin Halbach; Ann Zhong | Confidential communication among client and counsel regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000530 | 1/6/2006 | Andi Y. Kadir; Tony Budidjaja; | David N. Gregory, Ismail Abu Tamam | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000531 | 1/24/2005 | Rizal Adi Dharma | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000532 | 1/11/2006 | Andi Y. Kadir | David N. Gregory, Ismail Abu Tamam | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000533 | 4/6/2006 | David N. Gregory | Andi Y. Kadir; Tony Budidjaja; | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000534 | 3/29/2006 | Andi Y. Kadir; Tony Budidjaja; | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000535 | 12/4/2006 | Xu Ping | Gunnar.Wiessner@eac-consulting.de, Isabel Knauf, David Gregory, Martin Halbach, Ann Zhong, Yuan Hongwen, Wayne Studdon, Cheg.Ming@eac-consulting.de, lailili@kingandwood.com | Confidential communication among client and counsel regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000536 | 9/26/2005 | David N. Gregory | Rizal Adi Dharma | Confidential communication from client to counsel requesting legal advice regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000537 | 7/31/2006 | Mark Innis | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000539 | 9/12/2006 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000540 | 6/15/2005 | David N. Gregory | Johann Stadler | Confidential communication from client to intellectual property counsel regarding an intellectual property matter related to PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000544 | 1/16/2006 | David N. Gregory | N/A | Confidential document prepared by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bate Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000548 | 3/7/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client rendering legal advice regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000550 | 1/23/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client |
| WUHU-PRIV0000551 | 2/6/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client rendering legal advice regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000552 | 3/7/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client rendering legal advice in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000554 | 12/5/2005 | Tony Budidjaja and Rizal Adi Dharma | David N. Gregory | Confidential communication from counsel to client rendering legal advice regarding a in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000555 | 4/28/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client rendering legal advice in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000556 | 12/7/2005 | Rizal Adi Dharma | David N. Gregory | Confidential communication from counsel to client rendering legal advice in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000557 | 2/2/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client rendering legal advice in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000558 | 1/7/2006 | David N. Gregory | Andi Yusuf Kadir, Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000559 | 1/15/2006 | David N. Gregory | Silke Hauk | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000560 | 3/17/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; Work Product; and Confidential |
| WUHU-PRIV0000561 | 1/16/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000562 | 10/21/2005 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000563 | 8/26/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000564 | 9/20/2005 | Rizal A. Dharma | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000565 | 3/7/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000566 | 1/4/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bates Number | Date | From | Recipients (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Grounds Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000567-WUHU-PRIV0000570 | 3/10/2006 | David N. Gregory | Tony Robson; Cheng Yi Heng | Confidential communication between client representatives attaching confidential attorney client communication regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000571-WUHU-PRIV0000622 | 12/15/2006 | David N. Gregory | Zhao Si Yuan | Confidential communication reflecting attorney client communications regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000623 | 4/17/2006 | David N Gregory | Tony Budidjaja; Rizal Adi Dharma with CC to Ismail Abu Tamam | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000624 | 3/6/2006 | David N Gregory | John Johnson | Confidential communication between client and consultant regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000625 | 12/5/2005 | David N Gregory | Rizal Adi Dharma with CC to Ismail Abu Tamam | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000626 | 11/24/2005 | David N Gregory | N/A | Confidential work product document regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000627 | 11/24/2005 | David N Gregory | N/A | Confidential work product document regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000628 | 3/23/2006 | David N Gregory | N/A | Confidential work product document regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000629 | 3/23/2006 | David N Gregory | N/A | Confidential work product document regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000630 | 3/23/2006 | David N Gregory | N/A | Confidential work product document regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000631 | 2/7/2005 | David N Gregory | dian@knauf.co.id | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000632 WUHU-PRIV0000634 | 8/4/2005 | David N Gregory | Johann Stadler | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000635 | 8/24/2005 | David N Gregory | Renner Alexandra | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000636 | 6/14/2005 | David N Gregory | Ramses Panjaitan | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000637 | 9/13/2005 | David N Gregory | Silke Plank | Confidential communication between client and in-house counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |

| Bates Number | Date | From | Recipients (if applicable) and cc (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Grounds Asserted for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000638 | 8/19/2005 | David N Gregory | Tony Robson | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000639 | 12/2/2005 | David N Gregory | John Johnson | Confidential communication between client and consultant regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000640 | 8/4/2005 | David N Gregory | Silke Houk | Confidential communication between client and in-house counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client |
| WUHU-PRIV0000641 | 6/15/2005 | David N Gregory | Silke Houk with CC to Ramses Panjaitan | Confidential communication between client and in-house counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000642 WUHU-PRIV0000643 | 6/14/2005 | David N Gregory | Silke Houk | Confidential communication between client and in-house counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000644 | 9/26/2005 | David N Gregory | Rizal Adi Dharma with CC to Ismail Abu Tamam | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000645 | 12/7/2006 | David N Gregory | Isabel Knauf with CC to Ann Zhong.Ann; Yuan Hong Wen; Xu Ping; Gunnar Weisner; Wayne Studdon; Martin Halbach | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000646 | 12/4/2006 | David N Gregory | Gunnar Weissner with CC to Isabel Knauf; Ann Zhong.Ann; Yuan Hong Wen; Xu Ping; Wayne Studdon; Martin Halbach | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000647 | 12/22/2006 | David N Gregory | Intan Darmawan | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000648 | 2/14/2006 | David N Gregory | Intan Darmawan | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000649 | 1/11/2006 | David N Gregory | Cheng Yi Heng | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000650 WUHU-PRIV0000651 | 3/9/2006 | David N Gregory | Tony Robson; Cheng Yi Heng | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |

| Bates Number | Date | From | Recipients (Addressee(s) and cc/Transmittal) | Subject Matter/ Description of Withheld Document, Communication or Tangible Thing | Asserted Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000652 WUHU-PRIV0000653 | 3/8/2006 | David N Gregory | John Johnson | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000654 | 12/11/2006 | David N Gregory | Intan Darmawan | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000655 | 12/11/2006 | David N Gregory | Xu Ping with cc to Isabel Knauf; Ann Zhong; Yuan Hong Wen; Wayne Studdon; Gunnar.Weisner@eac.consulting.de | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000656 | 12/4/2006 | David N Gregory | Gunnar Wiessner | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000657 | 12/8/2006 | David N Gregory | Intan Darmawan | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000658 | 11/14/2006 | David N Gregory | Isabel Knauf | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000659 | 9/26/2006 | David N Gregory | Intan Darmawan | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000660 | 3/9/2006 | David N Gregory | Tony Budidjaja | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000661 | 2/28/2006 | David N Gregory | Tony Budidjaja and Andi Kadir | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000662 | 3/16/2006 | David N Gregory | Tony Budidjaja; Andi Kadir with CC: Mark Innis; Ismail Abu Tamam | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000663 | 1/30/2006 | Andi Kadir | David N Gregory; Ismail Abu Tamam | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000664 | 2/3/2006 | David N Gregory | Tony Budidjaja; Andi Kadir | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000665 | 1/9/2006 | Tony Budidjaja; Andi Kadir | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |

| Bate Number | Date | From | Recipient(s) and copy recipient(s) | Description of Withheld Document, Communication or Tangible Thing | Grounds for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000666 | 3/2/2006 | Andi Kadir | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000667 | 2/1/2006 | Tony Budidjaja; Andi Kadir | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000668 | 2/28/2006 | Tony Budidjaja; Andi Kadir | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000669 | 12/10/2006 | David N Gregory | Isabel Knauf with CC to Gunnar Weissner | Confidential communication between client representatives containing work product information relating to business transaction | Attorney-Client; Work Product |
| WUHU-PRIV0000670 WUHU-PRIV0000671 | 12/1/2006 | David N Gregory | Ann Zhong; Wayne Studdon | Confidential communication between client representatives containing work product matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000672 | 12/5/2005 | David N Gregory | John Johnson | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000673 WUHU-PRIV0000686 | 12/18/2006 | David N Gregory | N/A | Confidential work product document regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000687 | 12/12/2006 | David N Gregory | Gunnar Wiessner | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000688 WUHU-PRIV0000689 | 12/19/2006 | David N Gregory | Gunnar Wiessner | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000690 WUHU-PRIV0000691 | 12/10/2006 | David N Gregory | Ann Zhong; Wayne Studdon | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000692 WUHU-PRIV0000694 | 12/14/2006 | David N Gregory | Gunnar Wiessner with CC to Chen Ming; Xu Ping; Isabel Knauf; Martin Halback; Yuan Hong Wen; Ann Zhong; Wayne Studdon | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000695 | 12/19/2006 | David N Gregory | Gunnar Wiessner | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000696 | 9/13/2005 | David N Gregory | N/A | Confidential work product document regarding matter unrelated to Chinese-manufactured drywall. | Work Product |

| Bates Number | Date | From | Recipient (and cc (if applicable) and bcc (if applicable)) | Description of Withheld Document, Communication or Tangible Thing | Privilege(s) and/or Protection(s) Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000697 | 12/6/2006 | *Xu Ping* | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000698 | 2/16/2005 | *Sugianto Osman* | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000699 | 12/4/2006 | David N Gregory | Gunnar Wiessner with CC to *Xu Ping*; Isabel Knauf; Yuan Hong Wen; Ann Zhong; Wayne Studdon | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000700 | 9/20/2006 | Ismail Abu Tamam | David N Gregory | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000701 WUHU-PRIV0000702 | 10/13/2006 | David N Gregory | Gunnar Wiessner | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000703 | 9/12/2005 | David N Gregory | Ismail Abu Tamam | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000704 | 1/13/2006 | David N Gregory | N/A | Confidential work product document regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000705 | 9/13/2006 | David N Gregory | *Tony Budidjaja* | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000706 | 12/12/2006 | David N Gregory | Gunnar Wiessner | Confidential communication between client and consultant containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000707 | 7/10/2005 | *Sugianto Osman* | Ismail Abu Tamam | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000708 | 12/20/2006 | *Xu Ping* | Ann Zhong | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000709 WUHU-PRIV0000710 | 12/4/2006 | David N Gregory | *Xu Ping* | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000711 | 2/22/2005 | *Rizal Adi Dharma* | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000712 | 9/15/2006 | David N Gregory | *Tony Budidjaja* | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |

| Bates Number | Date | From | Recipient (Reparient(s) and (cc/recipients)) | Description of Withheld Document, Communication or Tangible Thing | Standard/Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000713 WUHU-PRIV0000715 | 7/10/2006 | David N Gregory | Ibu Katarina Panjaitan | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000716 | 7/31/2006 | Mark Innis | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000717 | 2/7/2005 | Rizal Adi Dharma | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000718 WUHU-PRIV0000719 | 9/13/2006 | Tony Budidjaja | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000720 | 9/13/2006 | Tony Budidjaja | rhalaw@indosat.net.id | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000721 | 8/29/2005 | Rizal Adi Dharma | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000722 | 1/23/2006 | Mark Innis | David N Gregory | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000723 | 1/27/2005 | David N Gregory | Joerg Shonow | Confidential communication between client and in-house counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |
| WUHU-PRIV0000724 WUHU-PRIV0000725 | 11/25/2005 | David N Gregory | N/A | Confidential work product document regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000726 WUHU-PRIV0000727 | 12/10/2006 | David N Gregory | Intan Darmawan | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000728 WUHU-PRIV0000729 | 12/4/2006 | David N Gregory | Erry Al Gilfary | Confidential communication between client representatives containing work product information regarding matter unrelated to Chinese-manufactured drywall. | Work Product |
| WUHU-PRIV0000730 WUHU-PRIV0000732 | 12/19/2006 | David N Gregory | Rrizal Adi Dharma with CC to Ismail Abu Tamam | Confidential communication between client and counsel regarding matter unrelated to Chinese-manufactured drywall. | Attorney-Client; Work Product |