

31334849

May 26 2010
6:15PM

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-4115, 09-4117, 09-4119 | * * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

*******************************************

### KNAUF GIPS KG'S PRIVILEGE LOG SUBMITTED IN CONNECTION WITH ITS SECOND NOTICE OF DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE AND HOMEBUILDERS' STEERING COMMITTEE

Knauf Gips KG ("Knauf Gips") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., and pursuant to Federal Rule of Civil Procedure 26(b)(5), hereby submits its Privilege Log, attached as Exhibit 1, in connection with its Second Notice of Document Production to Plaintiff Steering Committee's ("PSC") First Request for the Production of Documents Concerning Jurisdictional Issues and the Homebuilders' Steering Committee's ("HSC") Personal Jurisdiction Request for Production to Knauf Gips, subject to its standing objection to Knauf Gips being subjected to discovery through means other than the Hague Convention. Knauf Gips further states that all documents listed in Exhibit 1 are in the custody

and control of Baker McKenzie, LLP and Frilot L.L.C., counsel for Knauf Gips. Knauf Gips reserves the right to supplement this privilege log as documents are produced to the PSC, HSC and DSC on a rolling basis. Given the volume of documents being produced, Knauf Gips does not intend to waive attorney client privileges or work product doctrine protections by inadvertent disclosure.

/s/ Donald J. Hayden
Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant Knauf Gips*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PRIVILEGE LOG** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 26th day of May, 2010.

By:/s/ Donald J. Hayden

MIADMS/360894.1

## EXHIBIT 1



31334849

May 26 2010
6:15PM

| Bates Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| KNAUFGIPS-PRIV0000001 | 10/26/2005 | Tony Robson | Baldwin Knauf, cc to Nikolaus Knauf, Joerg Schanow; Martin Halbach | Confidential communication between client representatives including in-house counsel, regarding potential employee litigation. | Attorney-Client; and Work Product |



EXHIBIT 1