# EXHIBIT "D"

**KPT and WUHU privilege log entries listing documents to/from persons who are employed by other Knauf entities**

**KPT First Supplemental Privilege Log (7/26/10) (Ex. A)**

| | |
|---|---|
| - KPT-PRIV0000005 | - KPT-PRIV0000328 - 333 |
| - KPT-PRIV0000012 | - KPT-PRIV0000338 |
| - KPT-PRIV0000013 | - KPT-PRIV0000629 - 630 |
| - KPT-PRIV0000026 | - KPT-PRIV0000634 - 635 |
| - KPT-PRIV0000027 - 28 | - KPT-PRIV0000636 - 637 |
| - KPT-PRIV0000029 | - KPT-PRIV0000638 |
| - KPT-PRIV0000055 | - KPT-PRIV0000639 |
| - KPT-PRIV0000075 | - KPT-PRIV0000640 |
| - KPT-PRIV0000076 - 83 | - KPT-PRIV0000641 |
| - KPT-PRIV0000091 - 92 | - KPT-PRIV0000642 |
| - KPT-PRIV0000155 | - KPT-PRIV0000643 - 645 |
| - KPT-PRIV0000156 - 158 | - KPT-PRIV0000646 - 647 |
| - KPT-PRIV0000159 - 162 | - KPT-PRIV0000648 |
| - KPT-PRIV0000163 | - KPT-PRIV0000649 |
| - KPT-PRIV0000164 - 167 | - KPT-PRIV0000650 |
| - KPT-PRIV0000168 - 179 | - KPT-PRIV0000651 |
| - KPT-PRIV0000180 - 185 | - KPT-PRIV0000652 |
| - KPT-PRIV0000186 - 191 | - KPT-PRIV0000653 |
| - KPT-PRIV0000192 - 197 | - KPT-PRIV0000654 |
| - KPT-PRIV0000223 - 235 | - KPT-PRIV0000655 |
| - KPT-PRIV0000236 - 243 | - KPT-PRIV0000656 |
| - KPT-PRIV0000260 - 267 | - KPT-PRIV0000657 |
| - KPT-PRIV0000269 - 280 | - KPT-PRIV0000658 |
| - KPT-PRIV0000283 | - KPT-PRIV0000659 |
| - KPT-PRIV0000302 - 303 | - KPT-PRIV0000660 |
| - KPT-PRIV0000310 | - KPT-PRIV0000661 - 662 |
| - KPT-PRIV0000317 - 322 | - KPT-PRIV0000664 - 665 |
| - KPT-PRIV0000323 - 324 | - KPT-PRIV0000666 - 667 |
| - KPT-PRIV0000325 | - KPT-PRIV0000668 - 669 |
| - KPT-PRIV0000326 | - KPT-PRIV0000670 - 671 |

**Wuhu First Supplemental Privilege Log (7/26/10) (Ex. B)**

- WUHU-PRIV0000010
- WUHU-PRIV0000023 - 37
- WUHU-PRIV0000052 - 54
- WUHU-PRIV0000062
- WUHU-PRIV0000064
- WUHU-PRIV0000104
- WUHU-PRIV0000105
- WUHU-PRIV0000118
- WUHU-PRIV0000124
- WUHU-PRIV0000141 - 143
- WUHU-PRIV0000145
- WUHU-PRIV0000146 - 148
- WUHU-PRIV0000180
- WUHU-PRIV0000182
- WUHU-PRIV0000183 - 186
- WUHU-PRIV0000229
- WUHU-PRIV0000428
- WUHU-PRIV0000430
- WUHU-PRIV0000512
- WUHU-PRIV0000527
- WUHU-PRIV0000528
- WUHU-PRIV0000529
- WUHU-PRIV0000535
- WUHU-PRIV0000559
- WUHU-PRIV0000631
- WUHU-PRIV0000637
- WUHU-PRIV0000638
- WUHU-PRIV0000640
- WUHU-PRIV0000641
- WUHU-PRIV0000642 - 643
- WUHU-PRIV0000645
- WUHU-PRIV0000646
- WUHU-PRIV0000650 - 651
- WUHU-PRIV0000655
- WUHU-PRIV0000658
- WUHU-PRIV0000692 - 694
- WUHU-PRIV0000699
- WUHU-PRIV0000723