UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                  MDL NO. 2047

                                               SECTION L

THIS DOCUMENT RELATES TO                       Judge: Fallon
Kenneth and Barbara Wiltz, et al. v. Beijing New      MAG  JUDGE WILKINSON
Building Materials Public Ltd. Co., et al.
Case No:  2:10-cv-00361 (E.D.La.)
_____/

### NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC'S  MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)

PLEASE  TAKE  NOTICE  that  Defendant,  Holiday  Builders  Construction  of  Florida,

LLC,  has  filed  the  attached  Motion  for  Protective  Order  and  to  Stay  Discovery  Pending

Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction under Federal Rule of Civil

Procedure 12(b)(2).  PLEASE TAKE FURTHER NOTICE that the Motion will be brought on

for hearing on February 16, 2011, at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted,

/s / John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders
Construction of Florida, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC'S NOTICE OF HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2), has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 6th day of January, 2011.

/s / John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders Construction of Florida, LLC*

335462 v_02 \ 999999.9999