MINUTE ENTRY
FALLON, J.
JANUARY 5, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Counsel from the Plaintiffs' Steering Committee, counsel for Banner Supply Co. and certain of its insurers, as well as counsel for the Knauf entities, participated. The conference was scheduled to discuss, among other issues, the class certification hearing before Judge Peter Weinstein in Florida state court on January 18, 2011, the *Vickers* case in the MDL, Banner's recently filed Emergency Motion to Enjoin Conflicting State Proceedings, and the status of settlement negotiations. After hearing from the parties, the Court ordered the parties to meet-and-confer in person on the disputed issues at some time between January 6th and 10th, 2011, and to inform the Court by tomorrow, January 6, 2011, when and where such meet-and-confer will take place. Additionally, the Court stated that it would schedule a follow-up conference to discuss the outcome of the meet-and-confer.

JS10(00:30)