# EXHIBIT "A"

**Lillian Flemming**

| | |
|---|---|
| **From:** | Lillian Flemming |
| **Sent:** | Thursday, December 30, 2010 11:52 AM |
| **To:** | 'kmiller@frilot.com' |
| **Cc:** | Spaulding, Kyle |
| **Subject:** | Chinese Drywall MDL 2047 re PSC's Responses to Defendants' First Set of Interrogatories to Plaintiffs and Defendants' Steering Committee's First Request for Production to Plaintiffs |
| **Attachments:** | PSC's Response to DSC's First Set of Interrogs and RFP 2010-12-30.pdf |

Please see attached from Leonard A. Davis, which has been uploaded to LexisNexis this date.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
PH: (504) 581-4892
FAX: (504) 561-6024
<http://www.hhkc.com/>

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

**THIS DOCUMENT RELATES TO ALL CASES**

**PLAINTIFF STEERING COMMITTEE'S RESPONSES TO  DEFENDANTS'
FIRST SET OF INTERROGATORIES TO PLAINTIFFS AND DEFENDANTS'
STEERING COMMITTEE'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFFS**

Now comes Plaintiffs' Liaison Counsel, Russ M. Herman, ("PLC"), on behalf of the

Plaintiffs' Steering Committee ("PSC"), who responds to the Defendants' First Set of Interrogatories

to Plaintiffs and Defendants' Steering Committee's First Request for Production to Plaintiffs, as

follows:

**GENERAL OBJECTIONS**

PLC objects because the discovery requests are propounded to "Plaintiffs, individually, on

behalf of their minor children, and on behalf of all other similarly situated plaintiffs."  Individual

parties have not been named as the recipients for the particular discovery requests.  The discovery

requests were served upon Plaintiffs' Liaison Counsel ("PLC") for distribution apparently to all

plaintiffs who have claims pending in MDL 2047.  Such procedures and the method by which the

discovery is issued is not allowed or authorized pursuant to the Federal Rules of Civil Procedure.

The PLC is not a party.  The individual plaintiff to who the discovery is issued needs to be notified

in each particular pending matter.  Furthermore, Pre-Trial Order No. 3 issued July 6, 2009,

1

appointed Russ Herman as Plaintiffs' Liaison Counsel and set forth specific responsibilities of Liaison Counsel. PTO No. 3 does not require Plaintiffs' Liaison Counsel to make "distribution to all plaintiffs who have claims pending in MDL 2047". The distribution of pleadings and filings was provided for in Pre-Trial Orders issued by this Court and Defendants must comply with the Pre-Trial Orders. PLC respectfully objects to Defendants' discovery requests to the extent that they call for the production of documents or information protected by the Attorney-Client Privilege and/or Work Product Doctrine. PLC respectfully objects to Defendants' discovery requests to the extent that they are vague or overbroad. PLC respectfully objects to Defendants' discovery requests to the extent that Defendants have equal or greater access to the documents or other information requested and much of the information is in the possession of Defendants. PLC further objects to the production of information or documents that may be in the possession of someone else. PLC objects to responding on behalf of all plaintiffs who have claims pending in MDL 2047. PLC further objects to the time frame set forth unilaterally by Defendants for responses to these discovery requests. The Court issued Pre-Trial Order No. 11 directing that Plaintiff Profile Forms be completed and returned and the purpose of such Profile Forms was to avoid unnecessary, burdensome and duplicative discovery. Furthermore, the Court issued Pre-Trial Order No. 13 instituting a Threshhold Inspection Program (TIP) to accomplish early property inspections and facilitate prompt and efficient case management. No cases are presently set for trial and the discovery issued specifically addresses trial matters and other information that would create a burden for all plaintiffs to respond to at the present time. The foregoing objections to the

2

Defendants' First Set of Interrogatories to Plaintiffs and Defendants' Steering Committee's First

Request for Production to Plaintiffs issued October 13, 2009 are well founded.

Respectfully submitted,

Dated: December 30, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

4

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

5

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 30th day of December, 2010.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com

W:\1 DRYWALL\27687 MDL\Discovery\PSC Answers to Interrogatories and Requests for Production\PSC's Response to DSC's First Set of Interrogs and RFP 2010-11-24.wpd

6