UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2047

                                                 SECTION L

THIS DOCUMENT RELATES TO                         Judge:  Fallon
David Gross, et al. v. Knauf Gips KG, et. al      MAG  JUDGE WILKINSON
Case No:  2:09-cv-06690 (E.D.La.)
_____/

**<u>NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS INC.'S  MOTION
FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION
OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER
FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)</u>**

PLEASE TAKE NOTICE that Defendant, Holiday Builders, Inc., has filed the attached

Motion for Protective Order and to Stay Discovery Pending Resolution of its Motion to Dismiss

for Lack of Personal Jurisdiction under Federal Rule of Civil Procedure 12(b)(2).   PLEASE

TAKE FURTHER NOTICE that the Motion will be brought on for hearing on February 16,

2011, at 9:00 a.m. before the Honorable Eldon E. Fallon.

                                      Respectfully submitted,

                                      */s /* John Armando Boudet
                                      John Armando Boudet
                                      Florida Bar No. 0515670
                                      jboudet@ralaw.com
                                      Roetzel & Andress, LPA
                                      420 South Orange Avenue
                                      CNL Center II, 7th Floor
                                      Orlando, FL  32801
                                      Telephone No:  407.896-2224
                                      Facsimile No:  407.835.3596
                                      *Counsel for Defendant, Holiday Builders, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS INC.'S NOTICE OF HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2), has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 6th day of January, 2011.

*/s /* John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896.2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*