UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION      MDL NO. 2047

SECTION L

THIS DOCUMENT RELATES TO          Judge: Fallon
Sean and Beth Payton, et al. v. Knauf Gips KG, et al.   MAG JUDGE WILKINSON
Case No: 2:09-cv-07628 (E.D.La.)

_____/

**NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS INC.'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)**

PLEASE TAKE NOTICE that Defendant, Holiday Builders, Inc., has filed the attached Motion for Protective Order and to Stay Discovery Pending Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction under Federal Rule of Civil Procedure 12(b)(2). PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on February 16, 2011, at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted,

*/s /* John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801
Telephone No: 407.896-2224
Facsimile No: 407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*

336301 v_02 \ 999999.9999

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS INC.'S NOTICE OF HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2), has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 6th day of January, 2011.

                                                      */s /* John Armando Boudet  
                                                      John Armando Boudet  
                                                      Florida Bar No. 0515670  
                                                      jboudet@ralaw.com  
                                                      Roetzel & Andress, LPA  
                                                      420 South Orange Avenue  
                                                      CNL Center II, 7th Floor  
                                                      Orlando, FL  32801  
                                                      Telephone No:  407.896-2224  
                                                      Facsimile No:  407.835.3596  
                                                      *Counsel for Defendant, Holiday Builders, Inc.*