UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY       SECTION: L
LITIGATION


                                 JUDGE FALLON
THIS DOCUMENT RELATES TO         MAG. JUDGE WILKINSON
ALL CASES
_____/

## CERTAIN BANNER ENTITIES' AMENDED EMERGENCY MOTION TO ENJOIN CONFLICTING STATE PROCEEDINGS

Defendants Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company Pompano, LLC, Banner Supply Company Port St. Lucie, and Banner Supply Company Tampa, LLC, (collectively "Banner"), by and through their counsel, hereby move this Court to grant Banner's Emergency Motion to Enjoin Conflicting State Proceedings. In support of its Motion, Banner relies on their Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Defendants pray that this Honorable Court grant their Emergency Motion to Enjoin Conflicting State Proceedings.

1

Respectfully submitted this 6th day of January, 2011.

**WEINBERG, WHEELER, HUDGINS,**
**GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Company, Banner Supply*
*Company Fort Myers, LLC, Banner Supply Company*
*Pompano, LLC, and Banner Supply Company Tampa,*
*LLC*

PETERSON & ESPINO, PA

 /s/ Michael P. Peterson
MICHAEL P. PETERSON, ESQUIRE
Florida Bar Number 982040
10631 Southwest 88th Street, Suite 220
Miami, Florida 33176
Telephone: (305) 270-3773
Facsimile:  (305) 275-7410
**Counsel For Defendant Banner Supply Company Port**
**St. Lucie, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading Certain Banner Entities' Amended Emergency Motion to Enjoin Conflicting State Proceedings, has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 6TH day of January, 2010.

> **WEINBERG, WHEELER, HUDGINS,**
> **GUNN & DIAL, LLC**
>
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**

3