UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL DOCKET: 2047
SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES

_____/

## ORDER

Having considered Banner Supply Co.'s Emergency Motion to Enjoin Conflicting State Proceedings and Incorporated Memorandum of Law in Support;

**IT IS HEREBY ORDERED** that Banner Supply Co.'s Emergency Motion to Enjoin Conflicting State Proceedings and Incorporated Memorandum of Law in Support is hereby GRANTED.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge