OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA     70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN -5 PM 1:20

LORETTA G. WHYTE
CLERK

Date: 01/05/2011

Kaith Vickers, et al

vs.

Knauf Gips KG, et al

Case No. 09-4117  Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Guangdong Knauf New Building Materials Products Co., Ltd c/o Kerry Miller, esq.  Frilot
   (address) 1100 Poydras St. suite 3700 new orleans, LA 70130

2. (name) Knauf Plasterboard (Wuhu) Co., Ltd. c/o Kerry Miller, Esq. Frilot, LLC
   (address) 1100 Poydras St. Suite 3700 new orleans, LA 70130

3. (name) Knauf Plasterboard (Tianjin) Co., Ltd. c/o Kerry Miller, esq. Frilot, LLC
   (address) 1100 Poydras St. Suite 3700 new orleans, LA 70130

4. (name) Knauf Gips KG c/o Kerry Miller, esq. Frilot, LLC
   (address) 1100 Poydras St. Suite 3700 new orleans, LA 70130

5. (name) Atco Interior Corp.
   (address) 13870 SW 151 lane. Miami, FL 33186

Very truly yours,

"Signature" _____

Attorney for Russ M. Herman

Address 820 O'Keefe Ave.
        New Orleans, LA 70113

Fee _____
✓ Process _____
x Dktd _____
___ CtRmDep _____
___ Doc. No. _____