OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN -5  PM 1:20

LORETTA G. WHYTE
CLERK

Date: 01/05/2011

Karin Vickers, et al

vs.

Knauf Gips KG, et al

Case No. 09-4117   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Banner Supply Company Tampa, LLC  GY Corporate Services Inc
   (address) Two South Biscayne Blvd., Ste. 3400 Miami, FL 33131

2. (name) Banner Supply Company Port St. Lucie, LLC
   (address) 7195 NW 30th Street Miami, FL 33122

3. (name) Banner Supply Company Pompano, LLC  GY Corporate Services Inc
   (address) Two South Biscayne Blvd., Ste. 5400 Miami, FL 33131

4. (name) Banner Supply Company Ft. Myers, LLC  GY Corporate Services Inc.
   (address) Two South Biscayne Blvd., Ste. 3400 Miami, FL 33131

Very truly yours,

_____
"Signature"

Attorney for Russ M. Herman

Address 820 O'Keefe Ave.
        New Orleans, LA 70113

Fee _____
✓ Process _____
x Dktd _____
__ CtRmDep _____
__ Doc. No. _____