**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Sixth Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted insofar as to the following pending motions:

1. The Plaintiffs' Steering Committee's Motion to Strike Confidentiality Designations of Various Knauf Entities [Document #6813];

2. The Plaintiffs' Steering Committee's Motion to Compel Responses to Rule 34 Requests for Documents[Document #6816]; and

3. The Plaintiffs' Steering Committee's Motion to Strike Attorney-Client Privilege Claims of Various Knauf Entities [Document #6904].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motions following the monthly status conference on January 20, 2011.

New Orleans, Louisiana, this _____ day of January, 2011.


_____
Eldon E. Fallon
United States District Court Judge