## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| ALL CASES | * * | MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ENTRY APPEARANCE

**PLEASE TAKE NOTICE** that the following counsel hereby makes their appearance as counsel for defendant, Assurance Company of America, and should receive copies of all future notices, correspondence, pleadings, etc. by serving same as follows:

    Richard E. King, Esq. (#25128)
    Jennifer L. Simmons, Esq. (#30060)
    ***Galloway, Johnson, Tompkins, Burr & Smith***
    701 Poydras Street, Suite 4040
    New Orleans, Louisiana 70139
    Telephone:  (504) 525-6802
    Facsimile:  (504) 525-2456
    Email:  rking@gjtbs.com
           jsimmons@gjtbs.com
           aditcharo@gjtbs.com
           tjackson@gjtbs.com

Respectfully submitted,

/s/ Richard E. King

**RICHARD E. KING (#25128)**
**JENNIFER L. SIMMONS (#30060)**
**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

*Counsel for Defendant,*
*Assurance Company of America*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served upon all counsel of record and other interested persons via the Court's Electronic Notification System this 7th day of January, 2011.

/s/ Richard E. King

**RICHARD E. KING**