IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2047<br><br>Section L |
| THIS DOCUMENT RELATES TO | : : | JUDGE FALLON |
| WILTZ, et al. V. BEIJING NEW BUILDING MATERIALS, et al. | : : : | MAG. JUDGE WILKINSON |
| Case No. 10-361 | : : | |

**MOTION FOR EXTENSION OF TIME TO SUBMIT DISTRIBUTOR PROFILE FORM**

Defendant, ALL FLORIDA DRYWALL SUPPLIES, INC. ("All Florida"), by and through undersigned counsel, hereby moves the Court for an additional thirty (30) days, through and including February 7, 2011, within which to submit its Distributor Profile Form in the above-captioned matter. In light of the dissolved corporate status of All Florida, the undersigned requires additional time in which to complete and submit the Distributor Profile Form. The requested extension will neither prejudice any party nor delay the progression of this case.

WHEREFORE, Defendant, All Florida Drywall Supplies, Inc., respectfully requests an extension of time up to and including February 7, 2011, to submit its Distributor Profile Form as required by the Court.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131-3302
Telephone: (305) 789-9200

IN RE: CHINESE-MANUFACTURED  Case No. 10-361
DRYWALL PRODUCTS LIABILITY LITIGATION  Page 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of January, 2011.

/s/Edward J. Briscoe
Edward J. Briscoe

W:\81681\MOTEXT48-2nd Mot for Ext of Time to Submit Dist Profile Form.SMH