**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | **MDL NO. 2047** |
| | ) | **SECTION:  L** |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL CASES | ) ) | **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| | ) ) | |

**<u>NOTICE OF ADDRESS CHANGE</u>**

COME NOW TODD R. EHRENREICH and the firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, counsel for  Defendant, BANNER SUPPLY, CO. and hereby notifies  opposing counsel and this Court that effective January 17, 2011, all pleadings, correspondence, and any notices should be mailed to their new office address, as follows:

TODD R. EHRENREICH, ESQ.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
2601 S. Bayshore Drive
**Suite 1500**
Miami, Florida  33133
Telephone (305)455-9500
Facsimile  (305)455-9501

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 7th day of January, 2011.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Todd R. Ehrenreich
**TODD R. EHRENREICH, ESQUIRE**
Florida Bar Number:  945900
2601 S. Bayshore Drive
Suite 850
Miami, Florida  33130
Telephone (305)455-9500
tehrenreich@wwhgd.com