UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
IN RE: CHINESE-MANUFACTURED DRYWALL  :     MDL NO:  2047
PRODUCTS LIABILITY LITIGATION,        :
                                      :     SECTION: L
THIS APPLIES TO: ALL CASES            :
                                      :     JUDGE: FALLON
                                      :     MAG. JUDGE WILKINSON
_____:

**<u>HARBOR WALK DEVELOPMENT, LLC'S RESPONSE AND OBJECTIONS TO
PLAINTIFFS' NOTICE OF RECORDS DEPOSITION PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 34</u>**

COMES NOW the defendant, Harbor Walk Development, LLC ("Harbor Walk"), by counsel, pursuant to Federal Rule of Civil Procedure 34, and objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 propounded by Plaintiffs' Steering Committee, and states as follows:

1. Harbor Walk objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 as there has been no determination of whether this Court has jurisdiction over this defendant and hereby incorporates by reference Harbor Walk's Motion to Dismiss and Memorandum of Law in Support of Harbor Walk, LLC's Motion to Dismiss previously filed with the Court.

2. Harbor Walk objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 on the basis that it is not reasonably calculated to lead to the discovery of admissible evidence regarding the issue of personal jurisdiction.

3. Harbor Walk objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 to the extent the information sought is protected from disclosure by attorney-work product and the attorney-client privilege.

4. Harbor Walk objects to the Plaintiffs' "Definitions & Instructions" to the extent they seek to impose obligations beyond the requirements of the Federal Rules of Civil Procedure and this Court's Pretrial Orders, and are beyond the scope of permissible discovery.

5. Harbor Walk objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 on the basis that the information requested is duplicative of information sought from and produced by Harbor Walk as part of its Profile Form and in response to the Plaintiffs' prior Requests for Production of Documents.  Harbor Walk previously responded to Plaintiffs' discovery requests on January 12, 2010, said responses being incorporated herein by reference.

6. Federal Rule of Civil Procedure 26 permits the protection of a party from the undue expense, burden, or inconvenience that would result from having to respond to improper or overreaching discovery requests. Requiring Harbor Walk to respond to Plaintiffs' requests at this stage of the proceedings would be unduly burdensome and expensive, particularly in view of Harbor Walk's assertion that the Court lacks jurisdiction over the claims being made against it.

7. "The Fifth Circuit has held that it is appropriate to stay discovery until preliminary questions that may dispose of the case are determined." *See, e.g., Parish of Jefferson v. Southern Recovery Mgmt.*, 1996 U.S. Dist. LEXIS 3894 at *5, 1996 WL 144400 at *2 (E.D. La. Mar. 27, 1996) (citing *Petrus v. Bowen*, 833 F2d 581, 583 (5th Cir. 1987)(stay of discovery was proper where requests did not affect determination of pending motion to dismiss); *see also Enplanar, Inc. v. Marsh*, 11 F.3d 1284, 1291 (5th Cir. 1994)(refusing to allow discovery to proceed was proper pending determination of motion to change venue); *Landry v. Air Line Pilots Assoc. Int'l AFL-CIO*, 901 F.2d 404, 435-36 (5th  Cir.

2

1990) *Dresser v. MEBA Med. & Benefits Plan*, 2008 WL 2705584 at *2 (E.D. La. July

10, 2008)(staying discovery in face of pending motion to dismiss).


HARBOR WALK DEVELOPMENT, LLC

By:_____/s/_____
                              Counsel


Christopher J. Wiemken (VSB #43299)
John Franklin, III (VSB #13267)
Dannille Hall-McIvor. (VSB #74098)
TAYLORWALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Harbor Walk Development, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above Harbor Walk Development LLC's Objections to Plaintiffs'

Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 has been served on

Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by

U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis

File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically

filed with the Clerk of the Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF System, which will send a notice of electronic filing in

accordance with the procedure established in MDL 2047, on this 7th day of January, 2011.


_____/s/_____
Christopher J. Wiemken


Christopher J. Wiemken (VSB No. 43299)
John Franklin, III (VSB No. 13267)
Dannille Hall-McIvor. (VSB No. 74098)
TAYLORWALKER, P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Harbor Walk Development, LLC