UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | : : : | MDL NO: 2047 |
| | : | SECTION: L |
| THIS APPLIES TO: ALL CASES | : : | JUDGE: FALLON |
| | : : | MAG. JUDGE WILKINSON |

**PARALLEL DESIGN AND DEVELOPMENT, LLC'S RESPONSE AND OBJECTIONS TO PLAINTIFFS' NOTICE OF RECORDS DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34**

COMES NOW the defendant, Parallel Design and Development, LLC (misidentified as "Parellel Design and Development, LLC") (hereinafter "Parallel"), by counsel, pursuant to Federal Rule of Civil Procedure 34, and objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 propounded by Plaintiffs' Steering Committee, and states as follows:

1. Parallel objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 as there has been no determination of whether this Court has jurisdiction over this defendant and hereby incorporates by reference Parallel's Motion to Dismiss and Memorandum of Law in Support of Parallel Design and Development, LLC's Motion to Dismiss previously filed with the Court.

2. Parallel objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 on the basis that it is not reasonably calculated to lead to the discovery of admissible evidence regarding the issue of personal jurisdiction.

3. Parallel objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 to the extent the information sought is protected from disclosure by attorney-work product and the attorney-client privilege.

4. Parallel objects to the Plaintiffs' "Definitions & Instructions" to the extent they seek to impose obligations beyond the requirements of the Federal Rules of Civil Procedure and this Court's Pretrial Orders, and are beyond the scope of permissible discovery.

5. Parallel objects to the following Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 on the basis that the information requested is duplicative of information sought from and produced by Parallel as part of its Profile Form.

6. Federal Rule of Civil Procedure 26 permits the protection of a party from the undue expense, burden, or inconvenience that would result from having to respond to improper or overreaching discovery requests. Requiring Parallel to respond to Plaintiffs' requests at this stage of the proceedings would be unduly burdensome and expensive, particularly in view of Parallel's assertion that the Court lacks jurisdiction over the claims being made against it.

7. "The Fifth Circuit has held that it is appropriate to stay discovery until preliminary questions that may dispose of the case are determined." *See, e.g., Parish of Jefferson v. Southern Recovery Mgmt.*, 1996 U.S. Dist. LEXIS 3894 at *5, 1996 WL 144400 at *2 (E.D. La. Mar. 27, 1996) (citing *Petrus v. Bowen*, 833 F2d 581, 583 (5th Cir. 1987)(stay of discovery was proper where requests did not affect determination of pending motion to dismiss); *see also Enplanar, Inc. v. Marsh*, 11 F.3d 1284, 1291 (5th Cir. 1994)(refusing to allow discovery to proceed was proper pending determination of motion to change venue); *Landry v. Air Line Pilots Assoc. Int'l AFL-CIO*, 901 F.2d 404, 435-36 (5th Cir.

1990) *Dresser v. MEBA Med. & Benefits Plan*, 2008 WL 2705584 at *2 (E.D. La. July 10, 2008)(staying discovery in face of pending motion to dismiss).

                                    PARALLEL DESIGN AND DEVELOPMENT, LLC

                                    By: /s/
                                            Counsel

Christopher J. Wiemken (VSB #43299)
John Franklin, III (VSB #13267)
Dannille Hall-McIvor. (VSB #74098)
TAYLORWALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Parallel Design and Development, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that the above Parallel Design and Development, LLC's Objections to Plaintiffs' Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 7th day of January, 2011.

                                                                                                      /s/
                                                      Christopher J. Wiemken

Christopher J. Wiemken (VSB No. 43299)
John Franklin, III (VSB No. 13267)
Dannille Hall-McIvor. (VSB No. 74098)
TAYLORWALKER, P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Parallel Design and Development, LLC