IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047  Section L |
| THIS DOCUMENT RELATES TO: | : : : | JUDGE FALLON  MAG. JUDGE WILKINSON |
| *David Gross, et. al. v. Kanuf Gips KG, et. al.*: Case No.: 2:09-cv-06690 (E.D.La.) | : : | |
| *Dean Amato et. al. v. Liberty Mutual Ins. Co.*: Case No.: 2:10-cv-000932 (E.D.La.) | : : : | |
| *Kenneth & Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.,* Case No. 2:10-cv-00361 (E.D.La.) | : : : : : | |

## BLACK BEAR GYPSUM SUPPLY, INC.'S AND BLACK BEAR GYPSUM, LLC'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ISSUES OF PERSONAL JURISDICTION

Defendants BLACK BEAR GYPSUM SUPPLY, INC. and BLACK BEAR GYPSUM, LLC (collectively, "Black Bear"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 26, 34, and 45, hereby moves this Honorable Court for an Order that Black Bear is not subject to discovery in the above-captioned matters until such time as the issue of whether this Court has personal jurisdiction over Black Bear in these matters has been resolved, and states in support thereof as follows:

1. Black Bear Gypsum Supply, Inc. was first served with a Complaint in the *Gross* case on March 1, 2010.

2. Black Bear Gypsum Supply, Inc. was first served with a Complaint in the *Wiltz* case

on April 14, 2010.

3. Black Bear Gypsum Supply, Inc. was first served with a Complaint in the *Amato* case on July 13, 2010.

4. Black Bear Gypsum, LLC was first served with a Complaint in the *Gross* case on May 27, 2010.

5. Black Bear Gyspum, LLC was first served with a Complaint in the *Wiltz* case on April 14, 2010.

6. Black Bear Gypsum, LLC was first served with a Complaint in the *Amato* case on July 13, 2010.

7. Subsequent to initial service of these Complaints on Black Bear, the Plaintiffs' Steering Committee (hereinafter "PSC") has amended the Complaints and/or filed additional Complaints in Intervention in the above-captioned cases. The PSC has indicated that it intends to further amend or file additional intervention complaints in these cases.

8. Pursuant to this Court's Pretrial Order 1G, the deadlines for responding to any of the Omnibus complaints are suspended. The Court's stated purpose for this suspension was to conserve judicial, attorney, and client resources and to avoid filing responses to complaints that will be amended. *See* Pretrial Order 1G.

9. In accordance with Pretrial Orders 1G and 1H, Black Bear has not filed motions to dismiss the Complaints currently pending against them. However, Black Bear fully intends to file motions to dismiss asserting a lack of personal jurisdiction over Black Bear in all of the above-captioned cases. Black Bear has not had any contact with the State of Louisiana and the minimum contacts necessary to form the basis of personal jurisdiction over Black Bear cannot be established.

10. As the issue of personal jurisdiction over Black Bear has yet to be resolved, and a

ruling in Black Bear's favor on such issue would relieve it of any obligation to submit to discovery in these matters, the pending discovery requests are premature.

11.     Counsel for Black Bear has attempted to confer with a representative of the PSC to resolve this motion.

WHEREFORE, Black Bear Gypsum Supply, Inc. and Black Bear Gypsum, LLC respectfully request this Honorable Court to enter a Protective Order suspending discovery of Black Bear Gypsum Supply, Inc. and Black Bear Gypsum, LLC in the above-captioned cases until such time as the issue of personal jurisdiction over these entities has been resolved.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

| | |
|---|---:|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>Page 4 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of January, 2011.

/s/Edward J. Briscoe
Edward J. Briscoe

W:\79857\MTNPRO16-MPO re insurance discovery.EJF

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131-3302 • (305) 789-9200