IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047<br><br>Section L |
| | : : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| *David Gross, et. al. v. Kanuf Gips KG, et. al.*: Case No.: 2:09-cv-06690 (E.D.La.) | : : | |
| *Dean Amato et. al. v. Liberty Mutual Ins. Co.*: Case No.: 2:10-cv-000932 (E.D.La.) | : : | |
| *Kenneth & Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co.,  et. al.,* Case No. 2:10-cv-00361 (E.D.La.) | : : : : : | |

**ORDER ON BLACK BEAR GYPSUM SUPPLY, INC.'S AND BLACK BEAR GYPSUM, LLC'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ISSUES OF PERSONAL JURISDICTION**

The Court, having considered Black Bear Gypsum Supply, Inc. and Black Bear Gypsum, LLC's Motion for Protective Order and to Stay Discovery Pending Resolution of Issues of Personal Jurisdiction filed in the instant action, hereby orders as follows:

Black Bear Gypsum Supply, Inc. and Black Bear Gypsum, LLC's Motion for Protective Order and to Stay Discovery Pending Resolution of Issues of Personal Jurisdiction is GRANTED.

SO ORDERED in New Orleans, Louisiana, this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE