IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047<br><br>Section L |
| THIS DOCUMENT RELATES TO: | : : : | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Kenneth & Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.,*<br>Case No. 2:10-cv-00361 (E.D.La.) | : : : : : | |

**ALL FLORIDA DRYWALL SUPPLIES, INC.'S
MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY
PENDING RESOLUTION OF ISSUES OF PERSONAL JURISDICTION**

Defendant All Florida Drywall Supplies, Inc. (hereinafter "All Florida"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 26, 34, and 45, hereby moves this Honorable Court for an Order that All Florida is not subject to discovery in the above-captioned matters until such time as the issue of whether this Court has personal jurisdiction over All Florida in these matters has been resolved, and states in support thereof as follows:

1.  All Florida was first served with a Complaint in the *Wiltz* case on November 18, 2010.

2.  Subsequent to initial service of this Complaint on All Florida, the Plaintiffs' Steering Committee (hereinafter "PSC") has amended the Complaint and/or filed additional Complaints in Intervention in the above-captioned case. The PSC has indicated that it intends to further amend or file additional intervention complaints in the Omnibus cases.

3.  Pursuant to this Court's Pretrial Order 1G, the deadlines for responding to any of the

Omnibus complaints are suspended. The Court's stated purpose for this suspension was to conserve judicial, attorney, and client resources and to avoid filing responses to complaints that will be amended. *See* Pretrial Order 1G.

4. In accordance with Pretrial Orders 1G and 1H, All Florida has not filed motions to dismiss the Complaints currently pending against them. However, All Florida fully intends to file motions to dismiss asserting a lack of personal jurisdiction over All Florida in all of the above-captioned cases. All Florida has not had any contact with the State of Louisiana and the minimum contacts necessary to form the basis of personal jurisdiction over All Florida cannot be established.

5. As the issue of personal jurisdiction over All Florida has yet to be resolved, and a ruling in All Florida's favor on such issue would relieve it of any obligation to submit to discovery in these matters, the pending discovery requests are premature.

6. Counsel for All Florida has attempted to confer with a representative of the PSC to resolve this motion.

WHEREFORE, All Florida Drywall Supplies, Inc. respectfully requests this Honorable Court to enter a Protective Order suspending discovery of All Florida Drywall Supplies, Inc. in the above-captioned case until such time as the issue of personal jurisdiction over this entity has been resolved.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>Page 3 |

Telephone: (305) 789-9200
Facsimile: (305) 789-9201

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th[th] day of January, 2011.

/s/Edward J. Briscoe
Edward J. Briscoe

IN RE: CHINESE-MANUFACTURED  MDL 2047
DRYWALL PRODUCTS LIABILITY LITIGATION  Page 4

W:\81681\MTNPRO80-MPO re insurance discovery.EJF