IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL No. 2047<br><br>Section L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Kenneth & Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.,*<br>Case No. 2:10-cv-00361 (E.D.La.) | | |

**ORDER ON ALL FLORIDA DRYWALL SUPPLIES, INC.'S
MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY
PENDING RESOLUTION OF ISSUES OF PERSONAL JURISDICTION**

The Court, having considered All Florida Drywall Supplies, Inc.'s Motion for Protective Order and to Stay Discovery Pending Resolution of Issues of Personal Jurisdiction filed in the instant action, hereby orders as follows:

All Florida Drywall Supplies, Inc.'s Motion for Protective Order and to Stay Discovery Pending Resolution of Issues of Personal Jurisdiction is GRANTED.

SO ORDERED in New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE