IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL No. 2047<br><br>Section L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Kenneth & Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.,*<br>Case No. 2:10-cv-00361 (E.D.La.) | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendants, BLACK BEAR GYPSUM SUPPLY, INC. AND BLACK BEAR GYPSUM, LLC, will bring their Motion for Protective Order and to Stay Discovery Pending Resolution of Issues of Personal Jurisdiction for hearing before the Honorable Eldon E. Fallon, Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans Louisiana 70130, on the 20th day of January, 2010 at 9:00 o'clock a.m. CST or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/Edward J. Briscoe
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>Page 2 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th[th] day of January, 2011.

/s/Edward J. Briscoe
Edward J. Briscoe

W:\81681\NOTHRG40-MPO.EJF