UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

Pursuant to the Court's Minute Entry of January 5, 2011 (R. 6907), the Court has been informed that the Plaintiffs' Steering Committee, the Banner Supply entities and their insurers, and the Knauf entities are meeting to discuss settlement on January 10, 2011.  Accordingly, IT IS ORDERED that a telephone status conference is scheduled for January 11, 2011, at 10:30 a.m. to inform the Court of the discussion and the status of settlement and any other pertinent issues.  The conference call number is 877-336-1839, the access code is 4227405, and the security code is 11111.

New Orleans, Louisiana, this 7th  day of January, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE