UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering Knauf Plasterboard (Tianin) Co., Ltd.'s Emergency Motion to Lift the Stay as to Various Pending Motions and Expedite Hearing (R. 6851), IT IS ORDERED that this Motion is GRANTED, and the Plaintiffs' Steering Committee's Motion to Compel Discovery Responses from Mark P. Norris (R. 6526) and KPT and Banner Supply Co.'s Joint Motion to Compel Responses to Discovery (R. 6766) are set for hearing following the monthly status conference on January 20, 2011. IT IS FURTHER ORDERED that responses to these motions are to be filed by January 13, 2011.

New Orleans, Louisiana, this 7th day of January, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE