UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED        :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY          :
LITIGATION                          :   SECTION:    L
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:           :   JUDGE FALLON
                                    :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324,   :   MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-340,     :
10-cv-362, 10-cv-720, 10-cv-804, 10-cv-1111,       :
10-cv-1553                                         :
------------------------------------------------------------------x

## O R D E R

**CONSIDERING** the Memorandum in Opposition to the Plaintiffs' Steering Committee's Motion to Compel Discovery Responses From Mark P. Norris and in Support of Its Motion for a Protective Order;

**IT IS ORDERED** that KPT is granted leave of Court to file the Memorandum in Opposition to the Plaintiffs' Steering Committee's Motion to Compel Discovery Responses From Mark P. Norris and in Support of Its Motion for a Protective Order under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana, this ___7th___ day of January, 2011.

_____
JUDGE ELDON E. FALLON