UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, KG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON  MAGISTRATE WILKINSON |

## MOTION FOR EXTENSION OF TIME
## TO SUBMIT BUILDER PROFILE FORM

Defendant Regency Homes, Inc. ("Regency Homes") by and through undersigned counsel, hereby moves the Court for an additional thirty (30) days, through and including February 7, 2011, within which to submit its Builder Profile Form in the above-captioned matter. Regency Homes reserves all rights to object to jurisdiction, venue or service and preserving all defenses. In light of the dissolved corporate status of Regency Homes and the recent retention of undersigned counsel to defend Regency Homes in the Chinese Drywall MDL, the undersigned requires additional time in which to complete and submit the Builder Profile Form. The requested extension will neither prejudice any party nor delay the progression of this case.

WHEREFORE, Defendant, Regency Homes, Inc., respectfully requests an extension of time up to and including February 7, 2011, to submit its Builder Profile Form as required by the Court.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/*Charles B. Long*
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:    504-299-3582
E-mail:       clong@kfplaw.com
E-mail:       tpeyton@kfplaw.com
ATTORNEYS FOR REGENCY HOMES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of January, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ *Charles B. Long*
CHARLES B. LONG
