UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, KG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

**ORDER ON REGENCY HOMES, INC.'S MOTION FOR
EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM**

The Court, having considered Regency Homes, Inc.'s Motion for Extension of Time to Submit Builder Profile Form filed in the instant action, hereby orders as follows:

Regency Homes, Inc.'s Motion for Extension of Time to Submit Builder Profile Form is GRANTED. Regency Homes, Inc. shall have up to and including February 7, 2011, within which to submit its Builder Profile Form in the above-captioned matter.

SO ORDERED in New Orleans, Louisiana, this ____ day of January, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE