UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL No. 2047
PRODUCTS LIABILITY LITIGATION

Section: L

This Document Relates to:   Judge Fallon

Mag. Judge Wilkinson

*Charlene and Tatum Hernandez vs.*
*AAA Insurance, et al.,* 10-CV-3070

_____/

## CORPORATE DISCLOSURE STATEMENT OF
## NORTH POINTE INSURANCE COMPANY

Defendant, NORTH POINTE INSURANCE COMPANY, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement, and states:

NORTH POINTE INSURANCE COMPANY is a wholly owned subsidiary of QBE Insurance Group Limited.

Respectfully submitted,

  /s/ Julie B. Glassman
Eduardo Cosio
Florida Bar No.: 714331
ecosio@cosiolaw.com
Julie Bork Glassman
Florida Bar No.: 014184
j.glassman@cosiolaw.com
EDUARDO COSIO, P.A.
901 Ponce de Leon Blvd., Suite 304
Coral Gables, FL 33134
Tel: (305) 567-0503
Fax: (305) 567-9875
**ATTORNEYS FOR NORTH POINTE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Corporate Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, LA 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras Street, New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail or email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this   10th   day of January, 2011.

                                                          /s/ Julie B. Glassman
                                                          Julie Bork Glassman