UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO ALL CASES | * * * * * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |

## OYSTER BAY HOMES, INC.'S OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL RESPONSES TO RULE 34 REQUESTS FOR DOCUMENTS

Defendant Oyster Bay Homes, Inc. ("Oyster Bay"), through special appearance of undersigned counsel preserving all objections to jurisdiction, venue or service and preserving all defenses, submits this memorandum in opposition to the Plaintiffs' Steering Committee's Motion to Compel Responses to Rule 34 Requests for Documents [Document #6816].

Oyster Bay properly responded to the Plaintiffs' Steering Committee's ("PSC") Rule 34 Requests for Documents on May 17, 2010 by hand delivering and uploading to LexisNexis[1] objections and providing bates labeled documents in accordance with the

---

[1] *See* Lexis File and Serve document 31147190, attached as exhibit "A."

discovery requests made by the PSC. Despite this, the PSC's motion and memorandum in support incorrectly represents that Oyster Bay merely provided objections to the PSC.

In an effort to resolve this discovery dispute without this Court's intervention, on January 7, 2011, counsel for Oyster Bay contacted Mr. Lemmon of the PSC and again provided the bates labeled documents referred to in Oyster Bay Homes' May 17, 2010 discovery responses.[2] Mr. Lemmon agreed that the Motion to Compel had been satisfied and the PSC would no longer seek the relief requested.

Accordingly, the Plaintiffs' Steering Committee's Motion to Compel Responses to Rule 34 Requests for Documents [Document #6816] has been satisfied by Oyster Bay Homes and there is no basis for the relief sought by the PSC.

> KREBS, FARLEY & PELLETERI, P.L.L.C.
>
> _/s/Charles B. Long_
> CHARLES B. LONG (#22824)
> THOMAS H. PEYTON (#32635)
> 400 Poydras Street, Suite 2500
> New Orleans, Louisiana   70130
> Telephone:   504-299-3570
> Facsimile:   504-299-3582
> E-mail:   clong@kfplaw.com
> E-mail:   tpeyton@kfplaw.com
> ATTORNEYS FOR
> OYSTER BAY HOMES, INC.

---

[2] _See_ letter to Mr. Lemmon dated January 7, 2011, attached as exhibit "B."

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Charles B. Long*
CHARLES B. LONG