# KREBS, FARLEY & PELLETERI, P. L. L. C.

ATTORNEYS AT LAW
400 POYDRAS STREET
SUITE 2500
NEW ORLEANS, LA 70130

(504) 299-3570
Fax: (504) 299-3582
Website: kfplaw.com

*Please reply to this address*
e-mail: clong@kfplaw.com

DAVID J. KREBS [1,3]
MATT J. FARLEY [1]
MAURA Z. PELLETERI [1]
CHARLES B. LONG [1,4,5]
ELLIE B. WORD [2,7]
BRIAN A. DODD [6,8]

RICHARD E. BAUDOUIN [1]
AMY M. BERNADAS [1,3]
MARC L. DOMRES [1,6]
AMY S. MALISH [1]
ANDREA A. MITTLEIDER [1]
THOMAS H. PEYTON [1]
SARA C. PORSIA [1]
KRISTEN H. SCHORP [1]
SANDRA L. SUTAK [1]
ALEC M. TAYLOR [2,6]
RACHEL WALSH [1]
CHRISTOPHER J. WEEMA [1]

COUNSEL
DIANE L. MATTHEWS [1]
CHARLES A. NUNMAKER [1,3]
KRYSTIL B. LAWTON [1]

ADMITTED IN LOUISIANA - 1
ADMITTED IN MISSISSIPPI - 2
ADMITTED IN TEXAS - 3
ADMITTED IN D. C. - 4
ADMITTED IN MARYLAND - 5
ADMITTED IN ALABAMA - 6
ADMITTED IN TENNESSEE - 7
ADMITTED IN GEORGIA - 8

January 7, 2011

7020-0014

**Via U.S. Mail and E-mail to andrew@lemmonlawfirm.com**
Mr. Andrew A. Lemmon
Lemon Law Firm, LLC
15058 River Road
PO Box 904
Hahnville, LA 70057

In Re: Chinese-Manufactured Drywall
Products Liability Litigation
MDL No. 2047; Judge Fallon; Mag. Judge Wilkinson

Dear Mr. Lemmon,

As noted in my letter of September 2, 2010, Oyster Bay Homes properly responded to the Plaintiffs' Steering Committee's ("PSC") Rule 34 Requests for Documents on May 17, 2010 by hand delivering to your office objections and providing bates labeled documents. Please see Lexis File and Serve document 31147190.

The PSC filed a Motion to Compel Responses to Rule 34 Requests for Documents from Oyster Bay Homes on January 5, 2011. Following review of the motion and memorandum in support, it is unclear what further PSC seeks from Oyster Bay Homes. In an effort to resolve this discovery dispute, I am again attaching the bates labeled documents referred to in Oyster Bay Homes' May 17, 2010 responses.

Please let me know immediately if the concerns of the PSC regarding its Rule 34 Requests for Documents are resolved.

Very truly yours,

Charles B. Long

CBL/gg
Enclosures

**EXHIBIT "B"**

Mr. Andrew A. Lemmon
January 7, 2011
Page 2

cc:   Thomas H. Peyton (w/o enc.)