UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CASE NO. 2:09-MD-2047<br><br>SECTION "L"<br><br>JUDGE FALLON |
| **This document relates to: (Hernandez 10-3070)** | * * | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

Stephen H. Kupperman and H. Minor Pipes, III of Barrasso, Usdin, Kupperman, Freeman & Sarver LLC, and Joel S. Feldman, Gerald L. Angst and Michelle W. Ordway of Sidley Austin, LLP, hereby give notice of their appearance on behalf of Citizens Property Insurance Corporation, defendant in *Charlene and Tatum Hernandez v. AAA Insurance, et al*, United States District Court, Eastern District of Louisiana (10-3070).

        Respectfully submitted,

        */s/ Stephen H. Kupperman*
        Stephen H. Kupperman, 07890
        H. Minor Pipes III, 24603
        skupperman@barrassousdin.com
        mpipes@barrassousdin.com
        BARRASSO USDIN KUPPERMAN FREEMAN
          & SARVER, LLC
        909 Poydras Street, Suite 2400
        New Orleans, Louisiana  70112
        Telephone:   (504) 589-9700
        Facsimile:    (504) 589-9701

        -and-

1

        Joel S. Feldman, Ill. Bar No. 3125052
        Gerald L. Angst, Ill. Bar No. 0057703
        Michelle W. Ordway, Ill. Bar No. 6244151
        SIDLEY AUSTIN, LLP
        One South Dearborn St.
        Chicago, Illinois 60603
        Telephone: (312)853-2030
        Facsimile: (312)853-7036
        jfeldman@sidley.com
        gangst@sidley.com
        mordway@sidley.com

        *Attorneys for Defendant,*
        *Citizens Property Insurance Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of January, 2011.

        /s/  Stephen H. Kupperman