UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO ALL CASES | * * * * * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |

### REGENCY HOMES, INC.'S OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL RESPONSES TO RULE 34 REQUESTS FOR DOCUMENTS

Defendant Regency Homes, Inc. ("Regency Homes"), through special appearance of undersigned counsel preserving all objections to jurisdiction, venue or service and preserving all defenses, submits this memorandum in opposition to the Plaintiffs' Steering Committee's Motion to Compel Responses to Rule 34 Requests for Documents [Document #6816].

The Plaintiffs' Steering Committee ("PSC") filed its motion on January 5, 2010. On or about the same date, undersigned counsel was contacted to defend Regency Homes in the

Chinese Drywall MDL[1]. As recognized in the PSC's motion, Regency Homes was unrepresented at the time it was allegedly served with the 30(b)6 Notice of Deposition for Records and subpoena on March 12, 2010. Regency Homes is an inactive Florida Corporation with no resources or employees to search for responsive documents.

In an effort to resolve the instant discovery dispute without this Court's intervention, on January 7, 2011, counsel for Regency Homes contacted Mr. Lemmon of the PSC. Counsel for Regency Homes notified Mr. Lemmon that undersigned counsel had only recently been retained to defend Regency Homes and that Regency Homes was an inactive Florida corporation with no resources to provide responses. Accordingly, Mr. Lemmon agreed to provide Regency Homes an additional 30 days to respond to the PSC's Rule 34 requests and indicated that the Motion to Compel had been satisfied and the PSC would no longer seek the relief requested.[2]

Accordingly, the Plaintiffs' Steering Committee's Motion to Compel Responses to Rule 34 Requests for Documents [Document #6816] has been satisfied by Regency Homes and there is no basis for the relief sought by the PSC.

---

[1] Undersigned counsel filed a Motion for Limited Appearance on behalf of Regency Homes on January 10, 2011.

[2] *See* letter from Mr. Peyton to Mr. Lemmon dated January 7, 2011, attached as exhibit "A," confirming agreement of counsel.

KREBS, FARLEY & PELLETERI, P.L.L.C.

  /s/Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:   clong@kfplaw.com
E-mail:   tpeyton@kfplaw.com
ATTORNEYS FOR
REGENCY HOMES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

  /s/Charles B. Long
CHARLES B. LONG