# KREBS, FARLEY & PELLETERI, P.L.L.C.

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2500
NEW ORLEANS, LA 70130

(504) 299-3570
Fax: (504) 299-3582
Website: kfplaw.com

*Please reply to this address*
e-mail: tpeyton@kfplaw.com

DAVID J. KREBS [1,3]
MATT J. FARLEY [1]
MAURA Z. PELLETERI [1]
CHARLES B. LONG [1,4,6]
ELLIE B. WORD [2,7]
BRIAN A. DODD [6,8]

RICHARD E. BAUDOUIN [1]
AMY M. BERNADAS [1,3]
MARC L. DOMRES [1,6]
AMY S. MALISH [1]
ANDREA A. MITTLEIDER [1]
THOMAS H. PEYTON [1]
SARA C. PORSIA [1]
KRISTEN H. SCHORP [1]
SANDRA L. SUTAK [1]
ALEC M. TAYLOR [2,8]
RACHEL WALSH [1]
CHRISTOPHER J. WEEMA [1]

COUNSEL
DIANE L. MATTHEWS [1]
CHARLES A. NUNMAKER [1,3]
KRYSTIL B. LAWTON [1]

ADMITTED IN LOUISIANA - 1
ADMITTED IN MISSISSIPPI - 2
ADMITTED IN TEXAS - 3
ADMITTED IN D.C. - 4
ADMITTED IN MARYLAND - 5
ADMITTED IN ALABAMA - 6
ADMITTED IN TENNESSEE - 7
ADMITTED IN GEORGIA - 8

January 7, 2011

7020-0059

**Via U.S. Mail and E-mail to andrew@lemmonlawfirm.com**
Mr. Andrew A. Lemmon
Lemon Law Firm, LLC
15058 River Road
PO Box 904
Hahnville, LA 70057

In Re: Chinese-Manufactured Drywall
Products Liability Litigation
MDL No. 2047; Judge Fallon; Mag. Judge Wilkinson

Dear Mr. Lemmon,

Following up on my conversation with your paralegal, Tiffany, and your voice mail message from this morning, this letter will confirm that you have agreed to allow Regency Homes, Inc. an additional 30 days to provide responses to the Plaintiffs' Steering Committee's ("PSC") Rule 34 Requests for Documents. You have also agreed to continue the PSC's Motion to Compel Responses to the Rule 34 Requests for Documents as against Regency Homes, Inc. pending receipt of Regency Homes, Inc.'s responses. Thank you for the professional courtesy.

Please let me know if you have any questions.

Very truly yours,

Thomas H. Peyton

THP/aca

cc:   Regency Homes, Inc.
      Charles B. Long

**EXHIBIT "A"**

Alabama Office: 1950 Stonegate Dr., Suite 225, Birmingham, AL 35242   Telephone: (205) 968-4009   Facsimile: (205) 968-7343
Mississippi Office: 188 E. Capitol Street, Suite 900, Jackson, MS 39201   Telephone: (601) 968-6710   Facsimile: (601) 968-6708