# RETURN OF SERVICE

**State of LOUISIANA**        **County of EASTERN**        **District Court**

Case Number: 2:09-CV-7628-EEF-JCW

Plaintiff:
**SEAN AND BETH PAYTON, ET AL.**
vs.
Defendant:
**HAMMER CONSTRUCTION SERVICES, LTD.,**

For:
Leslie M. Tomcazk
AKERMAN SENTERFITT
350 East Las Olas Blvd
Suite 1600
Ft. Lauderdale, FL 33301

Received by SERVICE OF PROCESS, INC. on the **16th day of December, 2010 at 11:18 am** to be served on **SWEET INTERIORS, INC. R/A DAMIAN A. CLASSETTI, SR., 805 S.W. 12TH CT., CAPE CORAL, FL 33391.**

I, SHANE EARHART.., do hereby affirm that on the **23rd day of December, 2010 at 8:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS ON A THIRD PARTY COMPLAINT, CROSS CLAIM AND THIRD PARTY CLAIM** with the date and hour of service endorsed thereon by me, to: **DAMIAN CLASSETTI, SR.** as **Registered Agent** at the address of: **1805 SW 12TH COURT, CAPE CORAL, FL 33391** on behalf of **SWEET INTERIORS, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THERE IS NO SUCH ADDRESS AS THE ABOVE ADDRESS.  LOCATED AND SERVED AT 1805 SW 12TH COURT, CAPE CORAL, FL 33391.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.  Notary not required pursuant to Florida Statute 92.525.

SHANE EARHART..
#157180

SERVICE OF PROCESS, INC.
P.O. Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: SCD-2010024994

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| SEAN AND BETH PAYTON, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:09:cv-7628-EEF-JCW |
| HAMMER CONSTRUCTION SERVICES, LTD. | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| SWEET INTERIORS, INC. | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  SWEET INTERIORS, INC.
By Serving Its Registered Agent
DAMIAN A. CLASSETTI, SR.
805 SW 12th Court
Cape Coral, FL 33391

   A lawsuit has been filed against defendant   Hammer Construction   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   s, Sean and Beth Payton   .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Stacy Bercun Bohm, Esq, Valerie B. Greenberg, Esq., and Leslie Miller Tomczak, Esq.
AKERMAN SENTERFITT, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL 33301

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Russ M. Herman, Esq., Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date:   Dec 09 2010

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*