UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 SECTION: "L" |
| This document relates to: | * * | JUDGE FALLON |
| **CA No. 10-0052** (Bourgeois v. Allstate Indemnity Co., et. al.) | * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## LOUISIANA CITIZENS' MOTION TO SUBSTITUTE COUNSEL

**ON THE MOTION** of Hailey, McNamara, Hall, Larmann & Papale, attorneys of record for defendants, Louisiana Citizens Property Insurance Corporation, and on suggesting to the Court that they wish to substitute the name of Joseph L. Spilman, III as counsel of record herein for defendants, Louisiana Citizens Property Insurance Corporation, in place of John T. Culotta.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this the 10 January 2011.

*s/ Darren A. Patin*

Respectfully Submitted:

HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

BY: s/Darren A. Patin
    JOSEPH L. SPILMAN, #17813
    DARREN A. PATIN, #23244
One Galleria Boulevard - Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
**Counsel for Defendant,** Louisiana Citizens Property Insurance Corporation