UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.:<br><br>09-MDL-2047<br><br>SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>Dean and Dawn Amato, et al<br>v.<br>Liberty Mutual Ins. Co., et al<br>Civil Action No. 10-932 | * * * * * * * * * * | MAGISTRATE: "2" -  JUDGE WILKINSON |

*************************************************************************

### ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, Louran Builders, Inc. to submit its Profile Form to Plaintiffs' Liaison Counsel is extended through and including January 31, 2011.

NEW ORLEANS, LOUISIANA this 7th day of January, 2011.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1