UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON
David Gross, *et al.*, v. Knauf Gips, KG, *et al.*,          MAG. JUDGE WILKINSON
Case No. 2:09-cv-06690
_____/

### ORDER REGARDING MARVIN'S, INC.'S
### MOTION TO FILE CORPORATE DISCLOSURE
### STATEMENT OUTSIDE PRESCRIBED TIME

The Court having considered Defendant Marvin's, Inc.'s Motion to File Corporate Disclosure Statement Outside Prescribed Time:

**IT IS ORDERED** that Marvin's Motion is hereby **GRANTED**, and Marvin's is directed to promptly file the required Corporate Disclosure Statement.

New Orleans, Louisiana this   7th   day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

1