UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047  SECTION: L  JUDGE FALLON  MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Under Seal the Memorandum in Support of Motion to Strike Confidentiality Designations of Various Knauf Entities (with attached Exhibits);

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave to file its Memorandum in Support of Motion to Strike Confidentiality Designations of Various Knauf Entities (with attached Exhibits) under seal and that such remains confidential subject to further order of this Court.

New Orleans, Louisiana, this 7th day of January, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge

-1-