UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Amato, et al. v. Liberty Mut. Ins. Co.*, et al. Case No. 10-932 | MDL NO.:  2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

**PLAINTIFF STEERING COMMITTEE'S
*EMERGENCY MOTION* FOR AN ORDER PREVENTING
THE PAYMENT OR TRANSFER OF CERTAIN MONEYS
OR, IN THE ALTERNATIVE, FOR COURT ORDERED MEDIATION
AND TEMPORARY STAY OF ALL OUTSIDE SETTLEMENT ACTIVITIES**

The Plaintiffs' Steering Committee ("PSC"), on behalf of lead plaintiffs and absent class members (together, "Plaintiffs"), respectfully moves this Court for an Order:

(i) Enjoining each Insurer Defendant from paying, tendering, conveying, or otherwise alienating any funds or moneys to a Direct Defendant or an unnamed third party under a policy covering Claims made by one or more named Plaintiffs on behalf of itself or on behalf of one or more absent class members, until resolution of all Claims in the Lawsuit;

(ii) Enjoining each Insurer Defendant from paying, tendering, conveying, or otherwise alienating any funds or moneys to any absent class member under a policy that covers Claims made against either a Direct Defendant or a presently unnamed third party by one or more Named Plaintiffs on behalf of itself or absent class members, until resolution of all claims in the Lawsuit;

(iii) Enjoining each Direct Defendant from seeking payment of funds or moneys under any policy covering a Claim made by a Named Plaintiff on behalf of itself or on behalf of one or more absent class members, whether issued by a named Insurer Defendant or by an unnamed insurer or guarantor, until resolution of all claims in the Lawsuit; and

> (iv) Enjoining each Direct Defendant from paying, tendering, conveying, or otherwise alienating any funds or moneys to any absent class member to settle (even in part) one or more Claims made by a Named Plaintiff on behalf of one or more absent class members without first giving the Plaintiffs' Steering Committee sixty (60) days' notice of the intent to make an offer of settlement or partial settlement, until resolution of all Claims in the Lawsuit.

As used herein, a "Claim" is a cause of action set forth in *Plaintiffs' Amended Omnibus Class Action Complaint (V)*, Case No. 2:09-md-02047 (E.D. La.), Document No. 3132, filed May 11, 2010 ("Omni V Complaint" and the "Lawsuit"). The "Insurer Defendants" are those parties listed on in the Omni V Complaint ¶¶ 428–527; and the "Direct Defendants" are those parties listed on the Omni V Complaint ¶¶ 528-548, ¶¶ 549-609, ¶¶ 610- 621 (altogether, the "Defendants").

Plaintiffs seek in the alternative an order staying all pending settlements, as well as disbursements of moneys in full or partial settlement or resolution of any Claim related to the subject matter of this litigation, until the conclusion of a mediation between the Plaintiffs Steering Committee and Defendants, before John Perry, and which the Court should order to take place within thirty (30) days.

For the reasons set forth in the accompanying memorandum of law, the PSC requests that its Motion be granted.

**Respectfully submitted**,

**Dated**: January 11, 2011.

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of January, 2011.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com