STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Amato, et al. v. Liberty Mut. Ins. Co.*, et al. Case No. 10-932 and<br><br>*All Cases* | MDL NO.:  2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
|---|---|

**ORDER**

Before the Court is *Plaintiff Steering Committee's Emergency Motion For An Order Preventing The Payment Or Transfer Of Certain Moneys Or, In The Alternative, For Court Ordered Mediation And Temporary Stay Of All Outside Settlement Activities*. The Court, after reviewing the parties' submissions and hearing on the matter conducted on _____, 2011, finds that the Motion should be **GRANTED**. It is therefore **ORDERED** that:

All parties before the court are directed to mandatory mediation before the court-appointed mediator, John Perry, Jr, at

**Perry Dampf Dispute Solutions**
721 Government Street, Ste. 102
Baton Rouge, LA 70802
Tel**:** **225-389-9899**
Fax**:** **225-389-9859**

The mediation is to occur within thirty (30) days of the date of this Order. All parties before the court are further directed to cease any and all settlement activities, regardless of whatever stage they are presently pending; no party is to execute any settlement agreement, or pay or otherwise transfer any funds related to any settlement or judgment without first giving notice to the PSC and obtaining leave of this Court.

New Orleans, Louisiana, this __ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge