AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

John Conry
*Plaintiff*

v.   Civil Action No. 10-4599

Gerald Daugherty
*Defendant*

**SECT. L   MAG. 2**

[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA, FILED JAN -7 2011 WP, LORETTA G. WHYTE CLERK]

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Gerald Daugherty
Through Counsel of Record John Davidson
2901 Independence Street
Suite 201
Metairie, LA 70006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Conry
4053 Turtle Bayou Dr
Kenner, LA 70065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
*CLERK OF COURT*

Date: DEC 2 2 2010

*Signature of Clerk or Deputy Clerk*

[Stamp: TENDERED FOR FILING JAN -7 2011 U.S. DISTRICT COURT Eastern District of Louisiana Deputy Clerk]

___ Fee
___ Process
X   Dkt
___ CtRmDpy
___ Doc. No.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Gerald Daugherty**
was received by me on *(date)* **Dec. 22, 2010**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **John Davidson**, who is designated by law to accept service of process on behalf of *(name of organization)* **Gerald Daugherty (as counsel)** on *(date)* **12/23/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1/5/10**

*Server's signature*

**John Conry**
*Printed name and title*

**4053 Turtle Bayou Dr**
**Kenner, LA 70065**
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP + 4® in this box.

John Conry
PO Box 641234
Kenner, LA 70064

**EXHIBIT A**

**Sender: Complete this section**

1. Complete item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

**Complete this section upon Delivery**

1. Article Number

   7196 9002 4390 1602 7332

2. Article Addressed to

   John Davidson
   2901 Independence
   Suite 201
   Metairie, LA 70006

3. Service Type

   **CERTIFIED MAIL**

4. Restricted Delivery? (Extra fee)

   YES

A. Received by (Printed name): *illegible*

B. Date of Delivery

C. Signature: *illegible*
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 2?
   If YES, enter delivery address below
   ☐ Yes
   ☐ No

PS Form **3811V**, March 2005 (PSN: 7530-07-000-0300)      Domestic Return Receipt



# CONRY & ASSOCIATES, LLC

John D Conry
PO Box 641234
Kenner, LA 70064

January 6, 2011

To: Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
Suite C-151
New Orleans, Louisiana 70130

**Conry v Daugherty 10-cv-4599 L-2**

Dear Clerk-

Please find enclosed Return of Service on Gerald Daugherty through his counsel, John Davidson. Please enter the same into the record in the above captioned matter. Thank you for your assistance in this matter.

Thank You,

John Conry

jc/jc

Phone: (504) 324-2387    www.conrylaw.com    Fax: (504) 754-7556
jconry@conrylaw.com

JOHN CONRY
PO Box 641234
Kenner, LA 70064-1234

Clerk of Court
United States District Court
Eastern District of Louisiana
Suite C151
New Orleans LA 70130



$0.95
US POSTAGE
FIRST-CLASS
FROM 70001
JAN 06 2011
stamps.com