U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    JAN - 7 2011 wf
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONRY                                          CIVIL ACTION

VERSUS                                         NUMBER 10-4599

DAUGHERTY ET AL.                               SECTION L-2

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 45(a)(1) and (2) of the Federal Rules of Civil Procedure, I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Civil Procedure.

X          **SUBPOENAS FOR PRODUCTION OF DOCUMENTS AS ATTACHED**
re Sprint and Verizon Wireless

JOHN D CONRY - *Pro Se*
PO BOX 641234
Kenner, LA 70064
P: 504-324-2387
F: 504-754-7556

TENDERED FOR FILING

JAN - 7 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk