UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
PRODUCTS LIABILITY LITIGATION
                                             SECTION: L
THIS DOCUMENT RELATES TO:
                                             JUDGE FALLON
David Gross, *et al.*, v. Knauf Gips, KG, *et al.*,          MAG. JUDGE WILKINSON
Case No. 2:09-cv-06690
_____/

## DISCLOSURE OF CORPORATE INTERESTS BY
## DEFENDANT MARVIN'S, INC.

Pursuant to *Federal Rule of Civil Procedure* 7.1, Defendant Marvin's, Inc., is a privately

held corporation, has no parent corporation, and there is no other publicly held corporation that

holds any stock in Defendant's company.

Respectfully submitted,


 /s/ Lynne Stephens O'Neal
Lynne Stephens O'Neal (ASB-3829-N77L)


 /s/ Jim H. Wilson
Jim H. Wilson (ASB-9979-S70J)


Counsel for Defendant Marvin's, Inc.

ORIGINAL SIGNED DOCUMENT ON
FILE WITH THE COURT


OF COUNSEL:

LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
420 North 20th Street
Wells Fargo Tower, Suite 2000
Birmingham, AL 35203-2601
205.251.5900
loneal@lspclaw.com
jwilson@lspclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Disclosure of Corporate Interests by Defendant Marvin's, Inc. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and by email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 11th day of January, 2011.

/s/Jim H. Wilson