UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047<br><br>SECTION: "L" |
| This document relates to: (Hernandez 10-3070) | * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## LOUISIANA CITIZENS' MOTION TO SUBSTITUTE COUNSEL

**ON THE MOTION** of Hailey, McNamara, Hall, Larmann & Papale, attorneys of record for defendants, Louisiana Citizens Property Insurance Corporation, and on suggesting to the Court that they wish to substitute the name of Joseph L. Spilman, III as counsel of record herein for defendants, Louisiana Citizens Property Insurance Corporation, in place of John T. Culotta.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this the 11 January 2011.<br><br>*s/ Darren A. Patin* | Respectfully Submitted:<br><br>HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.<br><br>BY: s/Darren A. Patin<br>  JOSEPH L. SPILMAN, #17813<br>  DARREN A. PATIN, #23244<br>One Galleria Boulevard - Suite 1400<br>Metairie, Louisiana 70001<br>Telephone: (504) 836-6500<br>**Counsel for Defendant**, Louisiana Citizens Property Insurance Corporation |