UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047<br><br>SECTION: "L" |
| This document relates to:<br>(Hernandez 10-3070) | * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS HEREBY ORDERED**, that Joseph L. Spilman, III, be, and is hereby substituted as co-counsel of record for defendants, Louisiana Citizens Property Insurance Corporation in place of John T. Culotta.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**J U D G E**