UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

### THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF SEVENTH MOTION TO LIFT THE STAY AS TO VARIOUS PENDING MOTIONS

MAY IT PLEASE THE COURT:

The Plaintiffs' Steering Committee ("PSC") submits the following memorandum in support of its Motion to Lift the Stay as to Various Pending Motions;

The PSC and/or plaintiffs have filed various motions which are pending before this Honorable Court. The PSC believes it is essential that these motions be set for hearing by the Court and ruled upon for the progress of the litigation. Accordingly, the PSC respectfully requests that the stay in this matter be lifted as to the following pending motions:

1. The Plaintiffs' Steering Committee's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of All Outside Settlement Activities [Document #6947].

The Court has previously granted similar motions to lift the stay and hear argument on similar motions presented by the PSC. *See* Minute Entry of September 12, 2010. The PSC and

1

plaintiffs respectfully request that the Court schedule argument on each of the foregoing motions following the monthly status conference scheduled for January 20, 2010.

Dated: January 11, 2011 Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

| | |
|---|---|
| Ervin A. Gonzalez | Gerald E. Meunier |
| Colson, Hicks, Eidson, Colson | Gainsburgh, Benjamin, David, Meunier |
|   Matthews, Martinez, Gonzales, |   & Warshauer, LLC |
|   Kalbac & Kane | 2800 Energy Centre, 1100 Poydras Street |
| 255 Aragon Avenue, 2nd Floor | New Orleans, LA 70163-2800 |
| Cora Gables, FL 33134 | Phone: (504) 522-2304 |
| Phone: (305) 476-7400 | Fax: (504) 528-9973 |
| Fax: (305) 476-7444 | gmeunier@gainsben.com |
| Ervin@colson.com | |

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis | Daniel K. Bryson |
| HAUSFELD LLP | Lewis & Roberts |
| 1700 K Street, N.W Suite 650 | 3700 Glenwood Avenue, Suite 410 |
| Washington, DC 20006 | Raleigh, NC 27612 |
| Phone: (202) 540-7200 | Phone: (919) 981-0191 |
| Fax: (202) 540-7201 | Fax: (919) 981-0431 |
| rlewis@hausfeldllp.com | dkb@lewis-roberts.com |

| | |
|---|---|
| Jeremy W. Alters | Richard J. Serpe, Esquire |
| Alters Law Firm, P.A. | Law Offices of Richard J. Serpe |
| 4141 N.E. 2nd Avenue, Suite 201 | Crown Center, Ste. 310 |
| Miami, FL 33137 | 580 East Main Street |
| Phone: (305) 571-8550 | Norfolk, VA 23510-2322 |
| Fax: (305) 571-8559 | rserpe@serpefirm.com |
| jeremy@abbrclaw.com | |