MINUTE ENTRY
FALLON, J.
JANUARY 11, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the status of settlement involving Banner Supply Co. The Plaintiffs' Steering Committee, Banner and certain of its insurers, and the Knauf entities participated, while a number of other parties listened-in. The parties provided the Court with a summary of the settlement conference held in Miami yesterday and discussed future steps they will take towards settlement. The Court directed counsel to provide it with a list of all state court judges presiding over cases with Chinese drywall-related claims against Banner. At this time, the Court declined to cancel the class certification hearing in June 2011, but indicated it would consider doing so if the parties reached a settlement agreement.

1

JS10(00:30)