UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO** *Amato, et al. v. Liberty Mutual Insurance Co., et al.*, **Case no. 10-932**

### ORDER

Considering the Plaintiffs' Steering Committee's Seventh Motion to Lift the Stay (R. 6954), which seeks to set for hearing its Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of all Outside Settlement Activities (R. 6947)**,** IT IS ORDERED that the Motion to Lift the Stay is scheduled for hearing after the monthly status conference on January 20, 2011. Responses to the Motion to Lift the Stay are to be filed by January 17, 2011, and should address whether and/or when the Motion should be set for hearing and not the substantive issues raised by the Motion.

New Orleans, Louisiana, this 11th day of January 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE