UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER NO. 8A

In accordance with Pretrial Order No. 8, the Court received a number of requests for appointment and reappointment to the Plaintiffs' Steering Committee. All applicants are talented and accomplished individuals, but because efficiency dictates that the Committee be a manageable size, the Court appoints the following counsel to the Committee for a one year term, to begin the date of this Order:

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445 |
| Daniel K. Bryson<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0431<br>Fax: (919) 981-0431 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7090<br>Fax: (850) 436-6091 | Robert C. Josefsberg<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382 |

| | |
|---|---|
| Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931 | Arnold Levin<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663 |
| Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973 | Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055 |
| James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630 | Christopher Seeger<br>1 William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799 |
| Richard J. Serpe<br>580 East Main Street, Suite 310<br>Norfolk, VA 23510<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455 | Bruce William Steckler<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Phone: (214) 523-6674<br>Fax: (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836 | |

Additionally, the Court re-appoints Plaintiffs' Liaison Counsel, Russ Herman, as an ex-officio member of the Committee and Arnold Levin as lead counsel. All members of Committee are charged with the responsibilities outlined in Pretrial Order No. 8.

New Orleans, Louisiana, this __11th__ day of January 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE