## MEMORANDUN IN SUPPORT OF MOTION to Dismiss #2

### Closure & Liquidation of CHBI prior to this lawsuit:

CHBI discontinued all business in the course of 2008 & 2009 by the following actions:

a. Construction office closure on or about April 2008.

b. Sale office closure as of September 2008.

c. Registration of the Corporation was not made in 2009 or 2010 (as required in May each year). The Corporation is no longer active in the State of Florida.

In April 2009 I filed for a personal Chapter 7 Bankruptcy which was granted by the court in October 2009. (United States Bankruptcy Court Case # 9:09-bk-07034-ALP, Copy of Discharge is attached) As the sole owner of CHBI the Bankruptcy court required payment for all CHBI assets based on value to the court. This was accomplished by liquidating all the remaining assets of the Corporation which were audited by the court.

As of December 31, 2009 CHBI filed its FINAL income tax return to the Internal Revenue Service.

### Plaintiffs never contacted CHBI about this defect in their home.

When in business the Plaintiffs, nor former owner, never contacted CHBI to report any drywall problems. This is required by Florida Law and the builders should have the right to arbitrate before any court action is filed.

Page 3 of 4 – Motion to Dismiss Civil Case No. 10-362, L (2)

**Plaintiffs never purchased the home from CHBI. The home was sold by it's owner (not CHBI) to a prior buyer in a bulk sale with 71 other homes expressly without warranty.**

The plaintiffs; Arcinega #285, did not buy the property in question from CHBI. CHBI never owned this property but was the builder of the property for JDC Florida, Inc. CHBI built over 250 homes for JDC Florida, Inc. since 2003. The last 72 homes built all had 72 separate contracts with CHBI (CHBI used to assume ownership from JDC at the time of closing to buyers as a normal course of business, than closed to the buyer in CHBI's name) All 72 homes fell out of contract during or after construction was completed in 2006 & 2007.

In 2008 all 72 completed homes were sold in bulk directly by JDC Florida, Inc.(the owner of them all) to Cape Coral 72 LLC on June 3rd 2008. The plaintiff's home was included in the bulk sale transaction which expressly was sold "AS IS" and additionally deleted any warranty on any of the 72 homes sold to Cape Coral 72 LLC. via that contract.

The Plaintiff had to have purchased the home from Cape Coral 72 LLC or from some other subsequent seller, not CHBI. There was no express or implied warranty given by CHBI to Cape Coral 72 LLC in that bulk contract. The standard form Florida Real Estate sales contract used had the warranty clauses expressly deleted in the contract.

Attachments
Exhibit #1 (Motion #2) Copy of Chapter 7
Exhibit #2 Copy of cover letter to Plaintiffs' attorney

January 6, 2011

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RESPONSE: Civil Action No. 10-362 Section L

Dear Mr. Herman & Mr. Davis

The attached motions were submitted to the court in May of 2010. I re submit the same motions based on the revised summons.

Having never heard anything on these motions I will repeat for the court that Comfort home Builders, Inc. no longer exists see attached. Motions are for dismissal.

Sincerely,

James A. Gordon
Former President & Owner of Comfort Home Builders, Inc.