B18J(Form 18J) (08/07)

# United States Bankruptcy Court

## Middle District of Florida

Case No. 9:09-bk-07034-ALP

Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James A Gordon  
1686 Lakeview Terrace  
North Fort Myers, FL 33903

Sam M Gordon  
aka Sam Marie Gordon  
1686 Lakeview Terrace  
North Fort Myers, FL 33903

Social Security No.:  
xxx-xx-1873

xxx-xx-3061

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: October 12, 2009

Alexander L. Paskay  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

022225

3870902247015

James A. Gordon
1686 Lakeview Terrace
North FT. Myers FL. 33903

CA No. 10-3632 Sec. L   7013030339 0026

Clerk of the Court
US District Court
Eastern District of Louisiana
500 Poydras St. Room C-121
New Orleans, LA 70130



USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER