OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN 10  PM 4:08

LORETTA G. WHYTE
CLERK

Date: January 10, 2011

In Re: Chinese Manufactured Drywall Products Liability Litigation
This document relates to: Vickers, et al.
vs.
Knauf GIPS KG, et al.

Case No. 09-04117 Section L

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) (4th amended complaint) (third party complaint) (other: _____ ) to the following: 6008

1. (name) Guangdong Knauf New Building Materials Products Co., Ltd. c/o Kerry J. Miller, Esq. Frilot, LLC.
   (address) Suite 3700, 1100 Poydras Street New Orleans, LA 70130

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff
Address 820 O'Keefe Avenue
New Orleans, LA 70113

___ Fee
_✓_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.