UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**PLAINTIFFS' STEERING COMMITTEE'S MOTION CHALLENGING THE
ADEQUACY AND COMPLETENESS OF THE DISCOVERY RESPONSES OF
DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN
PLASTERBOARD CO., LTD., AND TO COMPEL DISCOVERY & JURISDICTIONAL
DEPOSITIONS TO BEGIN IN FEBRUARY 2011**</u>

NOW INTO COURT, comes the Plaintiffs' Steering Committee ("PSC"), who served interrogatories and requests for production of documents concerning jurisdictional issues upon defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd..  (Exhibits A & B to the PSC's supporting memorandum).  As is more fully set forth in the accompanying memorandum of law, to date, said defendants have either failed to respond, or provided responses and documents which are incomplete and evasive.

The parties met and conferred[1] and discussed the scheduling depositions for the personal jurisdiction issues in this case.  Due to the Taishan Defendants evasive and incomplete answers and paltry document production to date, the PSC is prepared to begin the personal jurisdiction depositions in this case beginning in February 2011. The Taishan Defendants' counsel has represented that forthcoming document production will be limited in nature, this is no surprise

---

[1] Please see the PSC's letter dated December 27, 2010 to initiate the parties' meet and confer, and the Taishan Defendants' response, attached hereto respectively as Exhibits "G" and "H."

given the Taishan Defendants narrow interpretation of the PSC's discovery requests.   Given the paltry production to date and the Taishan Defendants' representations that future document production will not be voluminous, the PSC is prepared to begin depositions on personal jurisdiction in February.   The Taishan Defendants have offered the first week in April for depositions.   Given the substantial time that Taishan had to prepare for discovery in this matter and conduct its due diligence, the fact that it sat on the sidelines for over a year in these cases and did nothing, and the exigencies in the case for Plaintiffs facing potential health problems and foreclosure issues due Taishan's defective products, Taishan's suggestion of depositions in April is unacceptable.   As such, the PSC requests that the Court order Taishan to produce witnesses in February for jurisdictional depositions.

Additionally, the PSC has yet to receive the Taishan Defendants' privilege log.   During the parties meet and confer, the Taishan Defendants agreed to produce one by the end of January 2011, but would not commit to a date certain.   The Taishan Defendants' impermissibly narrow view of personal jurisdiction discovery to date is likely to generate a small amount of privileged documents, and the privilege log should be relatively small.   Given the anticipated small amount privileged documents expected to be identified in the privilege log, the exigencies in the case as set forth above facing Plaintiffs, and the need for depositions to begin in February 2011, the PSC requests that the Court require the Taishan Defendants produce a privilege log by January 21, 2011.

WHEREFORE, the PSC respectfully requests that this Honorable Court set a hearing at the January 20, 2011 Status Conference to address the instant motion to compel and to enter an appropriate Order in connection therewith.

Dated:   January 12, 2011

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.WSuite   650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of January, 2011.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA   70113
PH:   (504) 581-4892
Fax:   (504) 561-6024
ldavis@hhkc.com