UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion for Protective Order (R. Doc. 6948), IT IS ORDERED that this Motion is set for hearing following the monthly status conference on January 20, 2011.  Responses thereto are due to the Court on January 18, 2011.

New Orleans, Louisiana, this  12th  day of January 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE