UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

# **O R D E R**

Considering the Plaintiffs' Steering Committee's Eighth Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted insofar as to the following pending motions:

1. The Plaintiffs' Steering Committee's Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011 [Document #6964].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motions following the monthly status conference on January 20, 2011.

IT IS FURTHER ORDERED BY THE COURT that all responses to the motion must be filed by January 18, 2011.

1

New Orleans, Louisiana, this _____ day of January, 2011.

_____
Eldon E. Fallon
United States District Court Judge