UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED        :        MDL NO. 2047
DRYWALL PRODUCTS LIABILITY          :
LITIGATION                          :        SECTION:    L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:           :        JUDGE FALLON
                                    :
09-cv-4115, 09-cv-4117, 09-cv-4119, 09-cv-4324,  :   MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-0340,  :
10-cv-0720, 10-cv-1111              :
-----------------------------------------------------------------x
```

## SUPPLEMENTAL ORDER REGARDING STIPULATION CONCERNING SERVICE OF PROCESS AND PRODUCT IDENTIFICATION

On December 27, 2010, this Court entered the Stipulation Concerning Service of Process and Product Identification among Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard ("Wuhu") Co., Ltd. ("Wuhu"), Guangdong Knauf New Building Materials Products Co., Ltd. ("Dongguan"), Knauf Gips KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, and Gebr. Knauf Verwaltungsgesellschaft KG (collectively the "Knauf Defendants") and the Plaintiffs' Steering Committee ("PSC").

Consistent with the terms of the Stipulation, IT IS ORDERED THAT:

1.      Lynn C. Greer, Esq. of BrownGreer PLC (115 S. 15th Street, Suite 400, Richmond, VA 23219-4209, Tel:  (804) 521-7202, Fax:  (804) 521-7299, drywallspecialmaster@browngreer.com) is appointed as a Special Master under Federal Rule of Civil Procedure 53 for the purpose of collecting indicia from plaintiffs that the homes in question contain KPT, Wuhu or Dongguan drywall and resolving disputes concerning the sufficiency of such indicia.

2.      The Special Master shall proceed with all reasonable diligence to complete the

assigned duties under the procedures set forth in Paragraph 6 of the Stipulation.

3.      As contemplated by Paragraph 6 of the Stipulation, the Special Master shall issue orders under Federal Rule of Civil Procedure 53(d) as necessary to resolve disputes concerning the sufficiency of indicia supplied by plaintiffs.  Such orders shall be filed with the Clerk of this Court and promptly served on the Knauf Defendants, the PSC, and counsel for the affected plaintiff(s).  Such orders shall be subject to review by this Court under Federal Rule of Civil Procedure 53(f).

4.      The Special Master shall not engage in ex parte communications with the Court or parties, except as directed by the Court.

5.      The Special Master shall file a report summarizing her activities as directed by the Court.

6.      The Special Master shall preserve all indicia submitted by plaintiffs, all motions, briefs and other submissions by any party, all correspondence or other communications with any party, all orders, and any other materials that the Court directs.  At a later date, the Court will determine whether any such materials should be filed.

The Special Master will be paid for actual time incurred in connection with her duties at the hourly rates set forth in Exhibit A and for the reasonable out of pocket expenses incurred in connection with her duties, provided, however, that nothing shall preclude the Special Master, the Knauf Defendants and the PSC from agreeing to an alternative proposal for compensating the Special Master and submitting such alternative proposal to the Court for approval.  The Knauf Defendants and the PSC shall split equally, the Special Master's fees and costs.

NEW ORLEANS, LOUISIANA, this 12th day of January, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**SPECIAL MASTER HOURLY RATES**

Orran L. Brown:  $380
Lynn C. Greer:  $350
Attorneys:  $150
Software Project Manager:  $130
Software Programmer:  $90 - $120
Senior Analyst:  $65 - $110
Analyst:  $50 - $65
Specialist:  $45
Intake and Scanning:  $20 - $30

## EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED           :     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :     SECTION:    L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :     JUDGE FALLON
                                      :
09-cv-4115, 09-cv-4117, 09-cv-4119, 09-cv-4324,  :   MAG. JUDGE WILKINSON
09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-0340,  :
10-cv-0720, 10-cv-1111                :
---------------------------------------------------------------x
```

## AFFIDAVIT OF SPECIAL MASTER PURSUANT TO FED.R.CIV.P. 53(b)(3)

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit:

Lynn C. Greer, of full age, being duly sworn, upon her oath deposes and says:

1.      *Personal Information.* My name is Lynn C. Greer.  I am the President,

Secretary, and a founding partner of BrownGreer PLC, located at 115 S. 15th Street,

Suite 400, Richmond, Virginia.

2.      *Personal Knowledge.* The matters set forth in this Affidavit are based

upon my personal knowledge.

3.      *Purpose of Affidavit.* This Affidavit is submitted in accordance with

Fed.R.Civ.P. 53(b)(3) and 28 U.S.C. § 455.

4.      *No Grounds for Disqualification.* No grounds exist under 28 U.S.C.

§ 455 that would cause me to be disqualified from serving as the Special Master in

this proceeding and I have no such grounds to disclose to the Court and the parties.

5.    *Other Assignments.*  The PSC and the Knauf Defendants contemplate using Brown Greer as Settlement Administrator.  At the PSC's request, the Knauf Defendants will retain Brown Greer for that purpose

Executed on January 6, 2011.

_____
Lynn C. Greer

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit

Sworn to and subscribed before me, the undersigned authority, on this 6th day of January, 2011.

_____
Notary Public

My commission expires: 12|31|12

Registration Number: 320046

2