UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**09-cv-4115, 09-cv-4117, 09-cv-4119, 09-cv-4324, 09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-340, 10-cv-362, 10-cv-720, 10-cv-804, 10-cv-1111, 10-cv-1553** | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave of Court to File its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris [Rec. Doc. 6526] and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order [Rec. Doc. 6948];

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris [Rec. Doc. 6526] and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order [Rec. Doc. 6948].

New Orleans, Louisiana this ____ day of January, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge