**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>09-cv-4115, 09-cv-4117, 09-cv-4119, 09-cv-4324, 09-cv-6690, 09-cv-6741, 09-cv-7628, 10-cv-340, 10-cv-362, 10-cv-720, 10-cv-804, 10-cv-1111, 10-cv-1553 | |

**PLAINTIFFS' STEERING COMMITTEE'S REPLY
BRIEF IN SUPPORT OF THE MOTION TO COMPEL
DISCOVERY RESPONSES FROM MARK P. NORRIS AND
RESPONSE TO KNAUF PLASTERBOARD (TIANJIN) CO.,
LTD.'S CROSS-MOTION FOR A PROTECTIVE ORDER**

Knauf, KPT, acknowledges that Mr. Norris was extensively examined by Knauf's counsel after which all the other six examining counsel were left with only ten minutes to cross-examine the newly plowed territory covered by Mr. Mayesh. Knauf purposely misdirects by focusing its argument on wasted time, duplicative questioning, etc., and never addresses the fundamental prejudice presented by Mr. Norris' unavailability to answer questions regarding his testimony given in response to questions by his counsel. The PSC submits that it only had a ten to fifteen minutes of inquiry but that inquiry remaining was to attend to new subjects recently unearthed by Mr. Norris' answers to Mr. Mayesh's questions. By denying plaintiffs the opportunity to interrogate Mr. Norris on these matters, the PSC was effectively prohibited from cross-examining on Mr. Norris on germane subjects. Accordingly, Mr. Norris should be made available to conclude his deposition.

The PSC submits that Mr. Norris should have to appear in the United States rather than to have numerous counsel fly to him. This ratio of inconvenience is the most efficient use of the

parties' limited resources.[1]

Finally, in connection with KPT's cross-motion, the PSC submits that KPT's motion is mistaken. The PSC has always endeavored to avoid duplicative questioning. The PSC has only designated a single attorney to examine the witness on an area of common interest on behalf of the PSC. KPT, however, mistakes the appearance of coordinating state court counsel, who have their own questioning on areas of common interest, that present a different perspective than that of the PSC. To that end, the PSC and state court counsel have endeavored to coordinate their efforts and minimize duplicative questioning. The PSC expects that this effort will continue and that every effort to minimize duplicative questioning will be implemented.

WHEREFORE, the PSC respectfully submits that Mr. Norris should be compelled to present himself to conclude his deposition and KPT's cross-motion for a protective order should be denied.

Respectfully submitted,

Dated: January 13, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

---

[1] Alternatively, Knauf can pay for the PSC's travel to Hong Kong. The PSC is willing to consider other alternatives, however, including that KPT make Mr. Norris available the next time the PSC is in Hong Kong for other depositions, or Mr. Norris can be made available to conclude his deposition by telephone.

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020   bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of January, 2011.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047