UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

## DECLARATION OF ARNOLD LEVIN IN SUPPORT OF PLAINTIFFS' SECOND OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

I, Arnold Levin, declare as follows:

1. I am a partner in the law firm of Levin, Fishbein, Sedran & Berman, counsel of record for Plaintiffs in this matter. I am a member in good standing of the bar of the State of Pennsylvania. I submit this declaration in support of Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Plaintiffs received notice that service of process was perfected on Beijing New Building Materials (Group) Co., Ltd. on August 25, 2010; Qingdao Yilie International Trade Co., Ltd. on February 22, 2010; Shanghai East Best Arts & Crafts Co., Ltd. on March 8, 2010; SIIC Shanghai International Trade (Group) Co., Ltd. on March 10, 2010; and Tianjin Tianbao Century Development Co., Ltd. on February 8, 2010. These defendants shall be referred to herein collectively as the Defaulting Defendants. Documents memorializing effective service on the Defaulting Defendants are attached hereto as Exhibit "A".

3. To date, the Defaulting Defendants have failed to enter an appearance, answer, or otherwise respond to Plaintiffs' complaint.

I declare under penalty of perjury under the laws of the State of Pennsylvania and the United States that the foregoing is true and correct.

Executed this 13th day of January, 2011, at Philadelphia, Pennsylvania.

_____
ARNOLD LEVIN