UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2011, upon consideration of the Plaintiffs' Second Omnibus Motion for Preliminary Default Judgement, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs are awarded preliminary default judgement against the following defendants:

1. Beijing New Building Materials (Group) Co., Ltd.;

2. Qingdao Yilie International Trade Co., Ltd.;

3. Shanghai East Best Arts & Crafts Co., Ltd.;

4. SIIC Shanghai International Trade (Group) Co., Ltd.; and

5. Tianjin Tianbao Century Development Co., Ltd.

Plaintiffs and the class they seek to represent are entitled to an entry of default and preliminary default judgment on liability, with damages to be determined on further submission according to proof.

By the Court,

_____
J.