UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS | : | |
| LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| Mona Burke, wife of/and | : | |
| Thomas E. Burke, IV | : | |
| Daelen of Tangipahoa, L.L.C., et al. | : | |
| Case No. 10-1840 (E.D.La.) | : | |

## JOINT MOTION TO WITHDRAW AND
## SUBSTITUTE COUNSEL OF RECORD

**NOW TO COURT**, through undersigned counsel, comes Daelen of Tangipahoa, L.L.C., who, pursuant to LR83.2.11 of the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, moves this Honorable Court for an Order allowing T.J. Seale, III, Elsbet C. Smith and the law firm of Seale & Ross, P.L.C., to withdraw as counsel of record on behalf of Daelen of Tangipahoa, L.L.C., and substituting as counsel of record for Daelen of Tangipahoa, L.L.C., in these proceedings, and enrolling for those purposes, Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C.

**WHEREFORE**, Daelen of Tangipahoa, L.L.C., prays that T.J. Seale, III, Elsbet C. Smith and the law firm of Seale & Ross, P.L.C., be withdrawn as counsel of record for

Daelen of Tangipahoa, L.L.C., in these proceedings, and that Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., be allowed to enroll as counsel of record on behalf of Daelen of Tangipahoa, L.L.C., in these proceedings and that the Court's records be changed to reflect the same.

Respectfully submitted,

/s/Elsbet C. Smith
T.J. Seale, III (LA Bar #11901)
Elsbet C. Smith (LA Bar #31326)
**SEALE & ROSS, P.L.C.**
200 North Cate Street
Post Office Drawer 699
Hammond, LA  70404
Telephone: 985.542.8500
Facsimile: 985.542.4111

/s/ Drew R. Ballina
Warren Horn (LA Bar #14380)
Drew R. Ballina (LA Bar #01704)
**HELLER, DRAPER, HAYDEN
   PATRICK & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: 504.299.3300
Facsimile: 504.299.3399

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Joint Motion to Withdraw and Substitute Counsel of Record* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January 2011.

/s/ Drew R. Ballina
**DREW R. BALLINA**

3434.18913.312331.1            2