UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al., Case No. 2:10-cv-00361 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2011, upon consideration of the Plaintiffs' Omnibus Motion for Preliminary Default Judgement, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs are awarded preliminary default judgement against the following defendants:

1. Beijing New Building Materials Public Limited Co.;
2. Taian Taishan Plasterboard Co., Ltd.; and
3. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.

Plaintiffs and the class they seek to represent are entitled to an entry of default and preliminary default judgment on liability, with damages to be determined on further submission according to proof.

By the Court,

_____
J.