UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 JAN 13  AM 11: 03

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047 |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

This document relates to:
Sean and Beth Payton, et al
v. Knauf Gips KG, et al
Case No. 09-7628

************************************************************************

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE that JAY M. SIMON**, of Duncan and Simon, LLC., hereby enters his appearance as counsel for Defendant, Finish One Drywall, LLC., in the above captioned matter.

This appearance is submitted reserving all defenses, and without waiving any objections to consolidations, joinder, jurisdiction, venue or service on behalf of Finish One Drywall, LLC.

RESPECTFULLY SUBMITTED:

DUNCAN & SIMON, LLC
8480 Bluebonnet Blvd., Suite G
Baton Rouge, Louisiana 70810
TELEPHONE: (225) 768-7803
FACSIMILE:  (225) 768-7804

BY: _____
JAY M. SIMON, BAR NO. 26515
Counsel of Record

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email, on this 11th day of January, 2011.

_____
JAY M. SIMON

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____