UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                MDL NO. 2047

SECTION L

THIS DOCUMENT RELATES TO                     Judge: Fallon
Kenneth and Barbara Wiltz, et al. v. Beijing New    MAG JUDGE WILKINSON
Building Materials Public Ltd. Co., et al.
Case No: 2:10-cv-00361 (E.D.La.)
_____/

### NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)

PLEASE TAKE NOTICE that Defendant, Holiday Builders Construction of Florida, LLC, has filed the attached Motion for Protective Order and to Stay Discovery Pending Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction under Federal Rule of Civil Procedure 12(b)(2). PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on February 16, 2011, at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted,

*/s /* John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801
Telephone No: 407.896-2224
Facsimile No: 407.835.3596
*Counsel for Defendant, Holiday Builders Construction of Florida, LLC*

335462 v_02 \ 999999.9999

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC'S NOTICE OF HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2), has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 13th day of January, 2011.

/s / John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders Construction of Florida, LLC*

335462 v_02 \ 999999.9999