UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**HOMEBUILDERS' STEERING COMMITTEE'S RESPONSE
TO THE PLAINTIFFS' STEERING COMMITTEE'S
<u>FIFTH MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS</u>**

The Homebuilders' Steering Committee ("HSC") hereby submits its response to the Plaintiffs' Steering Committee's ("PSC") Fifth Motion to Lift Stay as to Various Pending Motions (Rec.Doc. 6672), and states:

1. On December 17, 2010, the PSC filed its Fifth Motion to Lift Stay as to Various Pending Motions, asking the Court to lift the stay as to seven motions pending before the Court. The motion to lift stay is noticed for hearing on January 20, 2011.

2. The HSC does not oppose the lifting of the stay on these seven motions as that is a matter of the Court's discretion. The HSC requests, however, that the Court establish a reasonable scheduling order for interested parties to file memoranda in opposition to the substantive motions.

1032963v.1

Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN**
*Local Lead Counsel of the HSC*
*Local Counsel for several homebuilders*
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 593-0804
Facsimile: (504) 593-0804
E-mail: pwittmann@stonepigman.com

By:   /s/ Phillip A. Wittmann
      PHILLIP A. WITTMANN
      Louisiana Bar No. 13625
      DOROTHY H. WIMBERLY
      Louisiana Bar No. 18509

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC*
*Counsel for Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com

By:   /s/ Hilarie Bass
      HILARIE BASS
      Florida Bar No. 334323
      MARK A. SALKY
      Florida Bar No. 058221

**SIVYER BARLOW & WATSON**
*Counsel for Taylor Woodrow Communities at Vasari, LLC and Taylor Morrison Services, Inc.*
100 S Ashley Drive, Suite 2150
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
Email: nsivyer@sbwlegal.com

By:   /s/ Neal Allen Sivyer
      NEAL A. SIVYER
      Florida Bar No. 373745

**KING & SPALDING LLP**
*Counsel for Beazer Homes Corp.*
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: kbuster@kslaw.com

By:   /s/ J Kevin Buster
      J. KEVIN BUSTER
      Georgia Bar No. 099267

3

        **CUNNINGHAM BOUNDS, LLC**
        *Counsel for The Mitchell Company, Inc.*
        Post Office Box 66705
        Mobile, Alabama  36660
        Telephone: (251) 471-6191
        Facsimile:  (251) 479-1031
        Email: sln@cunninghambounds.com


By:    <u>/s/ Steven L. Nicholas</u>
        STEVEN L. NICHOLAS
        Alabama Bar No. ASB-2021-N35S

1032963v.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly

1032963v.1