UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED            :         MDL NO. 2047
DRYWALL PRODUCTS LIABILITY              :
LITIGATION                              :         SECTION:      L
----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:               :         JUDGE FALLON
                                        :
**ALL CASES**                           :         MAG. JUDGE WILKINSON
                                        :
                                        :
----------------------------------------------------------------x

### MOTION FOR LEAVE TO FILE UNDER SEAL
### KNAUF DEFENDANTS' OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO STRIKE ATTORNEY-CLIENT PRIVILEGE CLAIMS OF
### VARIOUS KNAUF ENTITIES

**COMES NOW** the Knauf Defendants, appearing through undersigned counsel, who move this Honorable Court to seal its Memorandum in Opposition to the Plaintiffs' Steering Committee's Motion to Strike Attorney-Client Privilege Claims of Various Knauf Entities, as it references confidential documents under seal.

Respectfully submitted by,

/s/ Kyle A. Spaulding
Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:	(212) 836-6000
Facsimile:	(212) 836-8689

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:	(504) 599-8194
Facsimile:	(504) 599-8145
Email:  kmiller@frilot.com
Email:  sglickstein@kayescholer.com

Counsel for the Knauf Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 13th day of January 2011.

/s/ Kyle Spaulding