UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION: L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
 :
**ALL CASES** : MAG. JUDGE WILKINSON
 :
 :
---------------------------------------------------------------x

**O R D E R**

**CONSIDERING** its Memorandum in Opposition to the Plaintiffs' Steering Committee's Motion to Strike Attorney-Client Privilege Claims of Various Knauf Entities;

**IT IS ORDERED** that the Knauf Defendants are granted leave of Court to file the its Memorandum in Opposition to the Plaintiffs' Steering Committee's Motion to Strike Attorney-Client Privilege Claims of Various Knauf Entities under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana, this _____ day of January, 2011.

_____
JUDGE ELDON E. FALLON