UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION L |
| This document relates to: | * * * | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| STEVEN AND ISIS SILVA, ET AL<br>VERSUS<br>ARCH INSURANCE COMPANY, ET AL<br>No. 2:09-cv-08034 | * * * * * | |
| and | * * | |
| ROBERT C. PATE, as Trustee for the<br>Chinese Drywall Trust<br>VERSUS<br>AMERICAN INTERNATIONAL SPECIALTY<br>LINES INSURANCE, ET AL<br>No. 2:09-cv-07791 | * * * * * * | |

******************************************

### MOTION TO ENROLL ADDITIONAL COUNSEL FOR DEFENDANT, LANDMARK AMERICAN INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Landmark American Insurance Company (sometimes erroneously referred to as "RSUI" or "RSUI Group"), who respectfully moves this Honorable Court for an Order to enroll Judy L. Burnthorn, Esq., of the law firm Deutsch, Kerrigan & Stiles, L.L.P., 755 Magazine Street, New Orleans, Louisiana 70130-3672, as additional counsel of record in the above captioned matter.

Respectfully submitted:

*/s/ Melissa M. Swabacker*
JAMES W. HAILEY, III  (23111)
JUDY L. BURNTHORN (17496)
MELISSA M. SWABACKER (32710)
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans  LA  70130
Phone: (504) 581-5141
Fax: (504) 566-1201
jburnthorn@dkslaw.com
mswabacker@dkslaw.com
jhailey@dkslaw.com
*Counsel for Landmark American Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this13th day of January, 2010.

*/s/ Melissa M. Swabacker*