UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * * | MAG. JUDGE WILKINSON |
| STEVEN AND ISIS SILVA, ET AL VERSUS ARCH INSURANCE COMPANY, ET AL No. 2:09-cv-08034 | * * * * * | |
| and | * * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust VERSUS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL No. 2:09-cv-07791 | * * * * * * | |

******************************************

# **O R D E R**

Considering the foregoing Motion of Landmark American Insurance Company, to enroll additional counsel;

**IT IS ORDERED, ADJUDGED AND DECREED** that Judy L. Burnthorn of the law firm of Deutsch, Kerrigan & Stiles, L.L.C., be and is hereby enrolled as additional counsel of record in these proceedings for Defendant, Landmark American Insurance Company.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE