UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL            MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

**DEFENDANT'S RESPONSE TO THE PLAINTIFF STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO RULE 34 REQUESTS**

COMES NOW Defendant, HPH Properties, LLC ( hereinafter "Defendant" or "HPH"), reserving all rights and defenses, including specifically their objections to the jurisdiction of this Court as set forth in its Motion to Dismiss for Lack of Personal Jurisdiction, and hereby submits its Response to the Plaintiff Steering Committee's Memorandum in Support of Motion to Compel Responses to Rule 34 Requests.

1. On January 5, 2011, the Plaintiff Steering Committee filed a Motion to Compel Responses to Rule 34 Requests. Attached as Exhibit KK to the

Memorandum was the PSC's alleged notice to counsel for HPH as required under Fed. R. Civ. P. 37(a)(1).  However, counsel for HPH was *not* provided the requisite notice pursuant to the Federal Rules, as the letter was addressed to an attorney who is not representing HPH and is not associated with HPH's counsel's firm.  (See Attachment A, Letter to Kaye Courington).

2. On January 12-13, 2011, the undersigned counsel for HPH and Andrew Lemmon have conferred and reached an agreement as demonstrated in the attached e-mail correspondence.  (See Attachment B).  Accordingly, as the Motion to Compel relates to HPH, the issues have been resolved.

Respectfully submitted on this the  13th  day of January, 2011.

       /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for HPH Properties, LLC

OF COUNSEL:

KEE & SELBY, LLP
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Response to the Plaintiff Steering Committee's Memorandum in Support of Motion to Compel Responses to Rule 34 Requests* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 13th  day of January, 2011.

      /s/ Lucy W. Jordan
      OF COUNSEL