## Lucy Jordan

**From:** Andrew Lemmon [andrew@lemmonlawfirm.com]
**Sent:** Thursday, January 13, 2011 10:53 AM
**To:** Lucy Jordan
**Cc:** Tiffany Kuiper
**Subject:** RE: Chinese Drywall MDL - Motion to Compel

Thanks for your email, and I apologize if your client was not properly notified before the motion was filed. Please send me the profile form and the insurance documents requested. I understand that it in no way waives the substance of your motion.

I will be arguing the motion and will notify the court of your response.

In the meantime, I will look into the mixup with counsel.

Thanks again and call me if you need anything further.andrew

Andrew A Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
(985) 783-6789
(985) 783-1333 (fax)
andrew@lemmonlawfirm.com


**From:** Lucy Jordan [mailto:lj@keeselby.com]
**Sent:** Wednesday, January 12, 2011 12:47 PM
**To:** Tiffany Kuiper; Andrew Lemmon
**Subject:** Chinese Drywall MDL - Motion to Compel
**Importance:** High

Andrew and Tiffany:
Please give me a call at your earliest convenience regarding discovery from my client, HPH Properties. Plaintiffs' Steering Committee has filed a Motion to Compel Discovery against multiple entities, including my client, and the attachment to the Motion to Compel showing a request for the information and a meet and confer on August 31, 2010 was not sent to me, HPH, or any counsel for HPH. Certainly if I or my firm had received it, we would have been in touch with you in good faith. (I am attaching the exhibit for your reference – I have no idea who Kaye Courington is and she is not associated in any way with our firm or representation of HPH.) My first notice that a Motion to Compel was going to be filed was the filing of the Motion to Compel, which is not in compliance with FRCP 37(a)(1).

I am required to file a response to the motion to compel by tomorrow, January 13th, and will submit to the court that notice of filing a motion to compel was not sent to the proper counsel for HPH. Can we reach a resolution? I have profile forms that I will be sending and hope that this will satisfy the requests at this time. This in no way waives our jurisdictional motion or position that our discovery responses are not due because of the pending motions pertaining to same. However, I would like the opportunity to respond to the letter that was sent to the wrong attorney just as the other parties subject to the motion to compel were afforded.

You can reach me at the numbers below or on my cell phone: (205) ██████. I appreciate your attention to this matter.

1/13/2011

Lucy W. Jordan
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 986-5517 *direct line*
(205) 968-9900 *office*
(205) 968-9909 *facsimile*
lj@keeselby.com

1/13/2011