

Jan 5 2011
3:02PM

Robert Turken, Esq.
Tel: 305.350.2381
Fax: 305.351.2262
rturken@bilzin.com

September 8, 2010

Andrew A. Lemmon
15058 River Road
Post Office Box 904
Hahnville, LA 70057

Re: In re: Chinese-Manufactured Drywall Products Liability Litigation
    MDL No. 2047

Dear Mr. Lemmon:

This letter is in response to your letter dated August 30, 2010.

It is our understanding that Pre-Trial Order No. 24 ordered that the Rule 30(b)(6) depositions be rescheduled at a mutually agreeable date. We have received no communications from you with regard to the rescheduling of any deposition. Moreover, K. Hovnanian First Homes, LLC ("KHFH") has filed motions to stay discovery on the basis that KHFH is **not** within the personal jurisdiction of the Court, which have not been ruled on by the Court. In light of the Court's lack of personal jurisdiction over KHFH, and the pending Motions to Dismiss for Lack of Personal Jurisdiction and Motions to Stay Discovery, KHFH objects to responding to the discovery requests or appearing for deposition.

Please do not hesitate to contact me directly should you wish you discuss this matter further.

Sincerely,

Robert Turken

RTW/fm

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340   Tel 305.374.7580   Fax 305.374.7593

EXHIBIT 2