UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

Section: L

This document relates to:

David Gross, et al, Plaintiff
v.
Knauf Gips, KG, et al

JUDGE FALLON
MAG. JUDGE WILKINSON

Case No.:2:09-CV-6690-EEF-JCW

## NOTICE OF APPEARANCE AS COUNSEL FOR MAGNUM DEVELOPMENT, LLC

COME NOW, DAVID K. OAKS, ESQ., of the law firm of DAVID K. OAKS, P.A., and enroll as counsel on behalf of **MAGNUM DEVELOPMENT, LLC,** defendant in the above-referenced action. This Appearance is made without waiver of any rights or objections.

Please serve all future pleadings, notices, motions, documents and correspondence upon the undersigned in connection with this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been furnished on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison counsel, Kerry Miller by U. S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis nexis File & Serve in accordance with Pretrial order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in

**DAVID K. OAKS, P.A.**
407 EAST MARION AVE.
SUITE 101
PUNTA GORDA, FL 33950
(941) 639-7627
FAX (941) 575-0242

accordance with the procedures established in MDL 2047, on this 14th day of January, 2011.

*[Signature: David K. Oaks]*

DAVID K. OAKS, ESQ.
DAVID K. OAKS, P.A.
407 East Marion Avenue, Ste 101
Punta Gorda, FL  33950
(941) 639-7627
Fax:  941-575-0242
Email:  doaksesq@comcast.net
Florida Bar No. 0301817
Attorney for Defendant, MAGNUM DEVELOPMENT, LLC

DAVID K. OAKS, P.A.
407 EAST MARION AVE.
SUITE 101
PUNTA GORDA, FL 33950
(941) 639-7627
FAX (941) 575-0242