UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-06690 | MAG. JUDGE WILKINSON |
| _____/ | |

## MARVIN'S, INC.'S SECOND MOTION FOR EXTENSION OF TIME TO SUBMIT ITS RETAILER PROFILE FORM

Defendant, Marvin's, Inc., respectfully moves this Honorable Court for an additional thirty (30) days, through and including February 14, 2011, within which to submit its Retailer Profile Form to liaison counsel in the above-captioned matter. This is Marvin's, Inc.'s second request for an extension of time in this matter, which has been caused in part due to the holidays and the inclement weather. The additional thirty (30) day extension will neither prejudice any party nor delay the progression of this case.

**WHEREFORE**, Marvin's, Inc. prays that the Court will enter the attached proposed Order and grant Marvin's an additional thirty (30) days, through and including February 14, 2011, within which to submit its Retailer Profile Form to liaison counsel in the above-captioned matter.

Respectfully submitted,

 /s/ Lynne Stephens O'Neal
Lynne Stephens O'Neal (ASB-3829-N77L)

 /s/ Jim H. Wilson
Jim H. Wilson (ASB-9979-S70J)

Counsel for Defendant Marvin's, Inc.

1

ORIGINAL SIGNED DOCUMENT ON
FILE WITH THE COURT

OF COUNSEL:

LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
420 North 20th Street
Wells Fargo Tower, Suite 2000
Birmingham, AL 35203-2601
205.251.5900
loneal@lspclaw.com
jwilson@lspclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time to Submit its Retailer Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 14th day of January, 2011.

/s/Jim H. Wilson