UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| David Gross, *et al*., v. Knauf Gips, KG, *et al.*, Case No. 2:09-cv-06690 _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER REGARDING MARVIN'S, INC.'S SECOND MOTION FOR EXTENSION OF TIME TO SUBMIT RETAILER PROFILE FORM

The Court having considered Defendant Marvin's, Inc.'s Second Motion for Extension of Time to Submit Retailer Profile Form:

**IT IS ORDERED** that Defendant Marvin's , Inc., be and hereby is **GRANTED** an additional thirty (30) days, through and including February 14, 2011, within with to submit its Retailer Profile Form to liaison counsel in the above-captioned matter.

New Orleans, Louisiana this _____ day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

1