UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | Section: L |
| This Document Relates to: | Judge Fallon |
| | Mag. Judge Wilkinson |
| *Charlene and Tatum Hernandez vs. AAA Insurance, et al.,* 10-CV-3070 | |
| _____/ | |

## NOTICE OF SERVICE OF INSURER PROFILE FORM

Defendant, NORTH POINTE INSURANCE COMPANY, by and through its undersigned counsel, hereby gives notice of serving its Insurer Profile Form in accordance with Pre-Trial Order 23.

        Respectfully submitted,

          /s/ Julie B. Glassman
        Eduardo Cosio
        Florida Bar No.: 714331
        ecosio@cosiolaw.com
        Julie Bork Glassman
        Florida Bar No.: 014184
        j.glassman@cosiolaw.com
        EDUARDO COSIO, P.A.
        901 Ponce de Leon Blvd., Suite 304
        Coral Gables, FL 33134
        Tel: (305) 567-0503
        Fax: (305) 567-9875
        **ATTORNEYS FOR NORTH POINTE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Service of Insurer Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, LA 70113, rherman@hhkc.com, Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras Street, New Orleans, LA 70163, kmiller@frilot.com and Insurance Liaison Counsel, Judy Barrasso, Barrasso Usdin Kupperman Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112, cdwinsurance@barrassousdin.com, by U.S. Mail or email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  14th  day of January, 2011.

                                                   /s/ Julie B. Glassman
                                                  Julie Bork Glassman