IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION ) ) ) | MDL NO. 2047 |
| _____ ) ) | SECTION: "L" |
| THIS DOCUMENT RELATES TO: ) Amato, et al., v Liberty Mutual Ins. Co., ) et al. ) ) | |
| Case No. 10-932, Sect. L MAG. 2 ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

James M. Smith, and the law firm of Stockham, Carroll, & Smith, P.C., hereby make an appearance as attorney of record for Harleysville Mutual Insurance Company, in the above-referenced action. This Notice of Appearance is being made without waiver of, and expressly subject to any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 14th day of January, 2011.

/s/ James M. Smith
James M. Smith
Stockham, Carroll, & Smith, P.C.
Attorney for Harleysville Mutual
Insurance Company
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209
Tel:  (205) 879-9954
Fax:  (205) 879-9990
Alabama State Bar: ASB-9466-I71J
Email: jms@stockhampc.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, (kmiller@frilot.com), by U.S. Mail, and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of January, 2011.

James M. Smith
Stockham, Carroll, & Smith, P.C.
Attorney for Harleysville Mutual
Insurance Company
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209
Tel:   (205) 879-9954
Fax:   (205) 879-9990
Alabama State Bar: ASB-9466-I71J
Email: jms@stockhampc.com