UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al v. Knauf Gips KG, et al.* EDLA 09-04117 | |
| *Payton, et al v. Knauf Gips, KG, et al.* EDLA 09-07628 | |

## THE HOMEBUILDERS' STEERING COMMITTEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO INTERVENE IN PUTATIVE CLASS ACTIONS

The Homebuilders' Steering Committee ("HSC"), on behalf of the homebuilders, through counsel, hereby moves for a two-week extension of time to intervene in the above-referenced putative class actions, and in support thereof states as follows:

1. On September 20, 2010, Plaintiffs filed a Motion for Class Certification of a Florida Homeowner Class for Claims against Banner Supply Co. ("Banner") in the *Vickers* and *Payton* putative class actions [D.E. 5611].

2. Pursuant to the Court's Scheduling Order re: Hearings for Class Certification, dated January 12, 2011 [D.E. 6958], any interested party who seeks to intervene in *Vickers* or *Payton* "shall file appropriate pleadings with the Court prior to January 17, 2011."

3. On January 11, 2011, the Court conducted a hearing regarding the status of ongoing settlement discussions between the Plaintiffs' Steering Committee (the "PSC") and Banner. During this hearing, it was reported that a settlement is close and may involve the tender by Banner of all available insurance proceeds to the Court for

distribution.

4.  Many of the homebuilders have asserted or intend to assert claims against Banner. The homebuilders' decisions to intervene in these putative class actions may be directly impacted by whether all of Banner's available insurance proceeds are, in fact, tendered to the Court for distribution.

5.  Therefore, the HSC requests an extension of time for homebuilders to determine whether it is appropriate for them to intervene in the *Vickers* and *Payton* lawsuits until such time when the details of a potential settlement between the PSC and Banner are disclosed to the Court.

6.  The HSC has conferred with Ervin Gonzalez of the PSC regarding this requested relief, and the PSC indicated that it has no objection to a two-week extension of time.

**WHEREFORE,** for all the foregoing reasons, the HSC respectfully requests a two-week extension of time, up through and including January 31, 2011, for the homebuilders to intervene in the *Vickers* and *Payton* lawsuits.

Dated:      January 14, 2011                        Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN**
*Local Lead Counsel for the HSC*
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 593-0804
Facsimile: (504) 593-0804
E-mail: pwittmann@stonepigman.com

By:   /s/ Phillip A. Wittmann
      PHILLIP A. WITTMANN
      Louisiana Bar No. 13625

**SIVYER BARLOW & WATSON**
*Member of the HSC*
100 S Ashley Drive, Suite 2150
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
Email: nsivyer@sbwlegal.com

By:   /s/ Neal Allen Sivyer
      NEAL A. SIVYER
      Florida Bar No. 373745

**CUNNINGHAM BOUNDS, LLC**
*Member of the HSC*
Post Office Box 66705
Mobile, Alabama 36660
Telephone: (251) 471-6191
Facsimile: (251) 479-1031
Email: sln@cunninghambounds.com

By:   /s/ Steven L. Nicholas
      STEVEN L. NICHOLAS
      Alabama Bar No. ASB-2021-N35S

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com

By:   /s/ Hilarie Bass
      HILARIE BASS
      Florida Bar No. 334323
      MARK A. SALKY
      Florida Bar No. 058221

**KING & SPALDING LLP**
*Member of the HSC*
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: kbuster@kslaw.com

By:   /s/ J Kevin Buster
      J. KEVIN BUSTER
      Georgia Bar No. 099267

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Hilarie Bass
Hilarie Bass