UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al v. Knauf Gips KG, et al.* EDLA 09-04117 | |
| *Payton, et al v. Knauf Gips, KG, et al.* EDLA 09-07628 | |

_____/

### ORDER

Considering the Homebuilders' Steering Committee's Unopposed Motion for Extension of Time to Intervene in Putative Class Actions;

**IT IS ORDERED** that the homebuilders be and hereby are **GRANTED** a two (2) week extension of time, through and including January 31, 2011, within which to intervene in the *Vickers* and *Payton* lawsuits.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
United States District Court Judge