Exhibit A

A CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the **SECOND DISTRICT** of the City of New Orleans, in **SQUARE NO. 224, LAKEVIEW**, bounded by Fremont Street, West End Boulevard, Bragg and Catina Streets. According to a survey by Gilbert, Kelly & Couturie, Inc., Surveying & Engineering, dated November 6, 1976, according to which said lot is designated by the **LETTER B** begins at a distance of 40 feet from the corner of Catina and Freemont Streets, and measures thence on a line toward West End Boulevard 40 feet front on Fremont Street by a depth of 100.064 feet between equal and parallel lines and is composed of portions of original lots 17, 18, 19 & 20. All as more fully shown on survey by Gilbert, Kelly & Couturie, Inc., dated July 13, 1993.

The Improvements thereon bear the Municipal No. 123 Fremont Street, New Orleans, Louisiana 70124.



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

John Conry
*Plaintiff*

v.

Gerald Daugherty
*Defendant*

Civil Action No. 10-4599

**SECT. L MAG. 2**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN - 7 2011
LORETTA G. WHYTE
CLERK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Gerald Daugherty
Through Counsel of Record John Davidson
2901 Independence Street
Suite 201
Metairie, LA 70006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Conry
4053 Turtle Bayou Dr
Kenner, LA 70065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
CLERK OF COURT

Date: DEC 2 2 2010

*Signature of Clerk or Deputy Clerk*

TENDERED FOR FILING
JAN - 7 2011
U.S. DISTRICT
Eastern D

EXHIBIT
B

Fee _____
Process _____
X Dkt _____
X ctRmDep _____
Doc. No. _____

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Gerald Daugherty**
was received by me on *(date)* **Dec. 22, 2010.**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **John Davidson**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Gerald Daugherty (as counsel)** on *(date)* **12/23/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1/5/10**

Server's signature

**John Conry**
Printed name and title

**4053 Turtle Bayou Dr**
**Kenner, LA 70065**
Server's address

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box.

John Corry
PO Box 641234
Kenner, LA 70064

EXHIBIT
Return
A

**SENDER: COMPLETE THIS SECTION**

1. Complete item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Number

   7196 9002 4390 1602 7332

2. Article Addressed to:

   John Davidson
   2901 Independence St
   Suite 201
   Metairie, LA 70006

3. Service Type
   **CERTIFIED MAIL**

4. Restricted Delivery? (Extra fee)
   YES

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Printed name)  B. Date of Delivery
   [illegible signature]

C. Signature
   [signature]
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 2?
   If YES, enter delivery address below
   ☐ Yes  ☐ No

PS Form 3811V, March 2005 (PSN: 7530-07-000-0300)        Domestic Return Receipt



# CONRY & ASSOCIATES, LLC

John D Conry
PO Box 641234
Kenner, LA 70064

January 6, 2011

To: Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
Suite C-151
New Orleans, Louisiana 70130

**Conry v Daugherty 10-cv-4599 L-2**

Dear Clerk-

Please find enclosed Return of Service on Gerald Daugherty through his counsel, John Davidson. Please enter the same into the record in the above captioned matter. Thank you for your assistance in this matter.

Thank You,

John Conry

jc/jc

Phone: (504) 324-2387         www.conrylaw.com         Fax: (504) 754-7556
                              jconry@conrylaw.com

# DAVIDSON
# & DAVIDSON
A PROFESSIONAL LAW CORPORATION

2901 INDEPENDENCE STREET, SUITE 201
METAIRIE, LOUISIANA 70006
TEL: (504) 779-7979
FAX: (504) 455-8981

JOHN A. E. DAVIDSON
john@davidson-alliance.com

CHRISTOPHER J. DAVIDSON
chris@davidson-alliance.com

December 9, 2010

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED- 7009 2820 0000 6976 3854**

Mr. John Conry
**I Write It, Inc.**
4053 Turtle Bayou Drive
Kenner, La 70065

Dear John:

    You are hereby notified that a check numbered 1031 issued by you on July 23, 2010, drawn upon Omni Bank, and payable to Gerald Daugherty, in the amount of $10,500.00 dollars has been dishonored. Additionally, you are also hereby notified that a check numbered 1083 issued by you on September 17, 2010, drawn upon Omni Bank, and payable to Gerald Daugherty in the amount of $3,500.00 dollars has been dishonored. Pursuant to Louisiana law, you have fifteen (15) working days from the receipt of this notice to tender payment in full of the amount of these checks. Unless this amount is paid in full within the fifteen (15) working day period, the holder of the check may file a civil action against you for two times the amount of the checks or one hundred dollars, whichever is greater, plus any court costs and reasonable attorney fees incurred by the payee in taking the action.

Yours very truly,

John A. E. Davidson

JAED/mr



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONRY                                CIVIL ACTION

VERSUS                               NUMBER 10-4599

DAUGHERTY ET AL.                     SECTION L-2


### Affidavit of Military Service

STATE OF LOUISIANA

PARISH OF JEFFERSON

   BEFORE ME, the undersigned notary, on this day personally appeared John D Conry, the affiant, a person who is known to me. After I administered an oath to affiant, affiant testified:

   1. My name is John D Conry. I am competent to make this affidavit. The facts stated within this affidavit are within my personal knowledge and are true and correct.

   2. Defendant, Gerald Daugherty, is not in the military. Daugherty is ineligible for military service both because of his age and prior criminal convictions.

_____
JOHN D CONRY

   SWORN TO AND SUBSCRIBED, before me, this 13th day of January, 2011, in Jefferson Parish, Louisiana.

_____
NOTARY PUBLIC   #28017
Shawn T. Deggins
My Commission

**EXHIBIT**