UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONRY                    CIVIL ACTION

VERSUS                   NUMBER 10-4599

DAUGHERTY ET AL.         SECTION L-2

ORDER OF ENTRY OF DEFAULT

After considering the Plaintiff John Conry's request for entry of Default against Defendant Gerald Daugherty, proof of service, the affidavits, and other evidence on file, the clerk

FINDS that the record supports an entry of default and ORDERS the clerk enter default.

Signed on _____, 2011.

_____
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONRY                                    CIVIL ACTION

VERSUS                                   NUMBER 10-4599

DAUGHERTY ET AL.                         SECTION L-2

ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On _____, 2011, the court considered Plaintiff John conry's Motion for default judgment against defendant Gerald Daugherty. The Clerk of Court entered default on _____, 2011. After considering the court's file, proof of service, and the grounds thereof, this court:

GRANTS the Default Judgment as to all matters of liability subject to a hearing set for the ____ day of _____, 2011, to determine the amount of the damages.

Signed this _____ day of _____, 2011.

_____
U.S. District Judge