UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION             MDL NO. 2047

                                          SECTION: L

THIS DOCUMENT RELATES TO                  JUDGE: Fallon
Sean and Beth Payton, et al v. Knauf Gips KG, et al.   MAG. JUDGE WILKINSON
Case No: 2:09-cv-07628 (E.D.La.)
_____/

### NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS, INC.'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

PLEASE TAKE NOTICE that Defendant, Holiday Builders, Inc., has filed the attached Motion for Protective Order and to Stay Discovery Pending Resolution of its Motion to Dismiss For Lack of Personal Jurisdiction under Federal Rule of Civil Procedure 12(b)(2).  PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on February 16, 2011, at 9:00 a.m. before the Honorable Eldon E. Fallon.

          Respectfully submitted,

          */s /* John Armando Boudet
          John Armando Boudet
          Florida Bar No. 0515670
          jboudet@ralaw.com
          Roetzel & Andress, LPA
          420 South Orange Avenue
          CNL Center II, 7th Floor
          Orlando, FL  32801
          Telephone No: 407.896-2224
          Facsimile No: 407.835.3596
          *Counsel for Defendant, Holiday Builders, Inc*

337507 v_02 \ 108652.0083

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC., NOTICE OF HEARING, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 14th day of January, 2011.

>    */s /* John Armando Boudet
> John Armando Boudet
> Florida Bar No. 0515670
> jboudet@ralaw.com
> Roetzel & Andress, LPA
> 420 South Orange Avenue
> CNL Center II, 7th Floor
> Orlando, FL  32801
> Telephone No:  407.896-2224
> Facsimile No:  407.835.3596
> *Counsel for Defendant, Holiday Builders, Inc.*

337507 v_02 \ 108652.0083