- 1 -

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION L

THIS DOCUMENT RELATES TO
David Gross, et al. v. Knauf Gips KG, et. al
Case No: 2:09-cv-06690 (E.D.La.)
_____/

Judge: Fallon
MAG JUDGE WILKINSON

**HOLIDAY BUILDERS, INC.'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)**

Defendant, HOLIDAY BUILDERS, INC., a Florida corporation ("HOLIDAY BUILDERS"), through special appearance of its undersigned counsel[1], and pursuant to Fed.R.Civ.P. 34, 45 and 26 hereby moves this Honorable Court for an Order that HOLIDAY BUILDERS does not have to submit itself to discovery in this matter until its Motion to Dismiss Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) for Lack of Personal Jurisdiction Under Federal Rule of Civil Procedure 12(b)(2) ("Motion to Dismiss") has been decided, and further that it should not have to comply with any Rule 34 Requests for Production and Rule 30(b)(6) depositions issued by Plaintiffs, or participate in or respond to any discovery in this matter. In support thereof, HOLIDAY BUILDERS states the follows:

1. On May 19, 2010, Plaintiff, DAVID GROSS, individually, and on behalf of all others similarly situated, filed Plaintiff Mary Anne Benes' Substituted and Amended Omnibus

---

[1] HOLIDAY BUILDERS has been served with a copy of the summons and complaint in this action, and has responded by special appearance to file a motion to dismiss for lack of personal jurisdiction. This appearance is special, preserving all objections to jurisdiction in Louisiana over HOLIDAY BUILDERS.

- 1 -

Class Action Complaint in Intervention (III) ("Complaint") against Defendants, including HOLIDAY BUILDERS before this Court.

2. On June 2, 2010, HOLIDAY BUILDERS by and through the undersigned filed a Notice of Special Appearance for the sole purpose of contesting personal jurisdiction.

3. On June 18, 2010, HOLIDAY BUILDERS filed its Motion to Dismiss. Defendant, HOLIDAY BUILDERS, has not had <u>any</u> contact whatsoever with the State of Louisiana, much less the "minimum contacts" necessary to establish personal jurisdiction.

4. Because a ruling in HOLIDAY BUILDERS favor on the pending Motion to Dismiss would relieve it of any obligation to submit itself to discovery, this Court should stay the Defendant's obligation to comply with any discovery served by Plaintiffs until the Motion to Dismiss has been decided.

5. Pursuant to Federal Rule of Civil Procedure 26(c)(1) and Local Rule 27.1, counsel for Defendant has conferred with Plaintiff's counsel in an attempt to resolve the issues presented herein; however, as of the filing of this motion no agreement or decision has been reached.

WHEREFORE, Defendant, HOLIDAY BUILDERS, INC., prays its Motion for Protective Order and to Stay Discovery Pending Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction Under Federal Rule of Civil Procedure 12(b)(2) is granted and that the Court enters an Order that HOLIDAY BUILDERS, INC. does not have to submit itself to discovery in this matter until its Motion to Dismiss has been decided, and providing such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s /* John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670

337395 v_02 \ 108652.0100

jboudet@ralaw.com  
Roetzel & Andress, LPA  
420 South Orange Avenue  
CNL Center II, 7th Floor  
Orlando, FL  32801  
Telephone No:  407.896-2224  
Facsimile No:  407.835.3596  
*Counsel for Defendant, Holiday Builders, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC.'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2), has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 14th day of January, 2011.

    */s /* John Armando Boudet  
John Armando Boudet  
Florida Bar No. 0515670  
jboudet@ralaw.com  
Roetzel & Andress, LPA  
420 South Orange Avenue  
CNL Center II, 7th Floor  
Orlando, FL  32801  
Telephone No:  407.896-2224  
Facsimile No:  407.835.3596  
*Counsel for Defendant, Holiday Builders, Inc.*