UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION     MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO     JUDGE: Fallon
David Gross, et al v. Knauf Gips KG, et al.     MAG. JUDGE WILKINSON
Case No: 2:09-cv-06690 (E.D.La.)
_____/

### NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS, INC.'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

    PLEASE TAKE NOTICE that Defendant, Holiday Builders, Inc., has filed the attached Motion for Protective Order and to Stay Discovery Pending Resolution of its Motion to Dismiss For Lack of Personal Jurisdiction under Federal Rule of Civil Procedure 12(b)(2). PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on February 16, 2011, at 9:00 a.m. before the Honorable Eldon E. Fallon.

    Respectfully submitted,

    */s /* John Armando Boudet
    John Armando Boudet
    Florida Bar No. 0515670
    jboudet@ralaw.com
    Roetzel & Andress, LPA
    420 South Orange Avenue
    CNL Center II, 7th Floor
    Orlando, FL 32801
    Telephone No: 407.896-2224
    Facsimile No: 407.835.3596
    *Counsel for Defendant, Holiday Builders, Inc*

310617 v_03 \ 108652.0081

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC., NOTICE OF HEARING, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 14th day of January, 2011.

/s / John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*

310617 v_03 \ 108652.0081