**From:** Rick Stanley [mailto:rcs@stanleyreuter.com]
**Sent:** Monday, October 25, 2010 4:27 PM
**To:** ldavis@hhkc.com; Fred Longer
**Cc:** Tom Owen
**Subject:** Drywall Litigation

Lenny and Fred:

Thanks for speaking with me this afternoon. As I stated, our side believes the PSC's initial response to the Motion to Vacate still should be filed by October 28th, notwithstanding the issues you have raised regarding the MPF's. In addition, my co-counsel and I would like to meet and confer with you regarding issues relating to both the scope and logistics of jurisdictional discovery, and hope that this meeting could take place next week after your memorandum has been filed.

I also understand your position that your memorandum will be limited in some respects due to the fact that jurisdictional discovery has not yet gone forward, and that you want to be sure the Court and the parties have a clear understanding that supplemental briefs will be filed after the jurisdictional discovery process has been completed and before the motion is heard.

To that end, we agreed to meet with Judge Fallon on Thursday morning at 9:30 am to clarify these points with him. I will invite my co-counsel to participate by telephone.

Thanks, Rick


Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras St., Suite 2500
New Orleans, LA 70112
Telephone: 504.523.1580
Facsimile: 504.524.0069
www.stanleyreuter.com