# Hogan Lovells

December 17, 2010

Joe Cyr
Frank Spano
Eric Statman
Matthew Galvin
HOGAN LOVELLS US LLP
875 3rd Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

BY FEDERAL EXPRESS

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: 504-581-4892
Facsimile: 504-561-6024

Re:   IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION; MDL No. 2047

Dear Mr. Herman:

We write on behalf of Defendants Taishan Gypsum Co. Ltd. ("Taishan Gypsum") and Taian Taishan Plasterboard Co. Ltd. ("TTP"). Enclosed please find the Objections and Responses of Taishan Gypsum and the Objections and Responses of TTP to "Plaintiffs' First Set of Interrogatories Concerning Jurisdictional Issues," addressed to each of Defendants Taishan Gypsum and TTP.

We also enclose the Objections and Responses of Taishan Gypsum and the Objections and Responses of TTP in response to "Plaintiffs' First Request For Production Of Documents Concerning Jurisdictional Issues Addressed To Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd." Further, defendants jointly produce herewith their first in what will be a continuing, rolling production of documents, subject to their respective Objections and Responses to Plaintiffs' First Request. The enclosed disk contains the Bates range TG000001 to TG0001764. Taishan Gypsum and TTP each reserve the right to amend, modify or supplement document production as appropriate, and their counsel will supplement the document production in accordance with the agreement among counsel.

2

The documents we are producing to you are labeled "CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER" and are to be treated as confidential in accordance with Pretrial Order No. 16, ordered September 25, 2009, in the above referenced action.

If you have any questions regarding the enclosed materials, please do not hesitate to give me a call.

Sincerely,

Frank Spano

Enclosure
ccs:   Rick Stanley, Esq.
       Joe Cyr, Esq.