```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3   IN RE: CHINESE-MANUFACTURED  )
     DRYWALL PRODUCTS             )
 4   LIABILITY                    )
     LITIGATION                   )
 5                                ) CIVIL DOCKET NO. 09-MD-2047-EEF-JCW
                                  ) SECTION "L"
 6                                ) NEW ORLEANS, LOUISIANA
                                  ) THURSDAY, DECEMBER 2, 2010
 7                                ) 9:00 A.M.
     THIS DOCUMENT RELATES TO:    )
 8                                )
     ROBERT C. PATE, AS TRUSTEE   )
 9   FOR THE CHINESE DRYWALL      )
     TRUST                        )
10                                )
     vs.                          )
11                                )
     AMERICAN INTERNATIONAL       )
12   SPECIALTY LINES INSURANCE    )
     COMPANY, FCCI COMMERCIAL     )
13   INSURANCE COMPANY, FCCI      )
     INSURANCE COMPANY, ET AL     )
14                                )
     2:09-CV-07791 (E.D. LA.)     )
15   ***************************

16

17          TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

18           HEARD BEFORE THE HONORABLE ELDON E. FALLON

19                   UNITED STATES DISTRICT JUDGE

20


21
     APPEARANCES:
22
     FOR THE PLAINTIFFS'
23   STEERING COMMITTEE:              HERMAN HERMAN KATZ & COTLAR
                                      BY:  RUSS HERMAN, ESQUIRE
24                                    820 O'KEEFE AVENUE
                                      NEW ORLEANS, LA 70113
25
```

1  been advised that there is a small builder in Alabama who is
2  offering small settlements to homes in the Mobile County area,
3  and Mr. Herman is aware of that. And I'm keeping the PSE
4  informed of those developments.
5            THE COURT: Yeah. I think that's important. I'd like
6  to keep a handle on this so that it all goes through the same
7  program that we're doing in the MDL. I think that, if we get out
8  of kilter on different programs, it's going to make matters
9  difficult. And also there's costs and fees that are associated
10 with all of these things. So I'd like it all to go through with
11 the same program that we have with the MDL program here. So
12 everybody has to be aware of that.
13           MS. BARRIOS: Yes, Your Honor.
14           And the last issue regards cross noticing of
15 depositions. That I believe Mr. Miller cross-noticed some of the
16 foreign depositions in the state cases almost at the eleventh
17 hour, maybe two or three days before the depositions were to
18 occur. My phones lit up with state counsel complaining that they
19 didn't have adequate notice. And I believe Mr. Miller had
20 agreed, at least according to one counsel, to pull that down for
21 his case. So he did have to file a lot of motions to quash.
22           THE COURT: Yeah. One of the things that's done with
23 coordination is that, rather than have the litigants take
24 depositions two and three and four and five times, depending upon
25 the states and federal, I'd like to just have them taken one time

1  for all purposes and so everybody will have to be noticed, and
2  the states can participate to the extent that they need to
3  participate.  But we don't have to take them over again.  And my
4  agreement with the judges there is that they will not order that
5  they be taken again, because they have already been taken.  So
6  let's be aware of that, everybody.
7              MS. BARRIOS:  And, Your Honor, the complaint isn't about
8  the cross-noticing, it's just about the timing.  If Mr. Miller
9  could send it out earlier, we'd appreciate it.
10             Thank you, Your Honor.
11             THE COURT:  Thank you.
12             MR. MILLER:  Your Honor, on those points, a couple of
13  things.  First of all, in Alabama, I know that Judge Vowell was
14  mentioned by Ms. Barrios and by Your Honor.  A settlement was
15  reached, Your Honor, earlier this week involving the Pritchard
16  Housing Authority claim in Alabama that involved Knauf and
17  interior and exterior supplier Mitchell Homes, a builder in
18  Alabama.  We met in a mediation with John Perry and Rick Henry
19  two or three weeks ago and then had some follow-up calls.  We
20  were a bit delayed by the Thanksgiving holidays, but ultimately
21  resolved it on Monday.  So that's good news.  And we are trying
22  to resolve some additional Alabama cases there.
23             In terms of coordination, I know that there is a status
24  conference tomorrow with Judge Farina in Florida.  And we spoke
25  with liaison counsel in chambers with Your Honor about the