UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Payton, et al. vs. Knauf Gips, et al.*<br>Civil Action No. 09-7628 | MAG. JUDGE WILKINSON |

### ORDER

Considering Sunrise Custom Homes & Construction, LLC's foregoing Second Motion for Extension of Time to Submit Its Builder Profile Forms;

**IT IS ORDERED** that Defendant, Sunrise Custom Homes & Construction, LLC, be and hereby is **GRANTED** an additional thirty (30) days, through and including February 12, 2011, within which to submit its Builder Profile Forms to liaison counsel in the above-captioned matter.

New Orleans, Louisiana this 14th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

{N0426947 -}