UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Dean and Dawn Amato, et al. vs. Liberty Mutual Insurance Company, et al.* *Civil Action No. 10-932* | MAG. JUDGE WILKINSON |

### ORDER

Considering Sunrise Custom Homes & Construction, LLC's foregoing Second Motion for Extension of Time to Submit Its Builder Profile Forms;

**IT IS ORDERED** that Defendant, Sunrise Custom Homes & Construction, LLC, be and hereby is **GRANTED** an additional thirty (30) days, through and including February 12, 2011, within which to submit its Builder Profile Forms to liaison counsel in the above-captioned matter.

New Orleans, Louisiana this __14th__ day of ____January____, 2011.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

{N0426953 -}