UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION   L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAG. JUDGE WILKINSON |
| STEVEN AND ISIS SILVA, ET AL | * | |
| VERSUS | * | |
| ARCH INSURANCE COMPANY, ET AL | * | |
| No. 2:09-cv-08034 | * | |
| | * | |
| and | * | |
| | * | |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| No. 2:09-cv-07791 | * | |

*****************************************

## O R D E R

Considering the foregoing Motion of Landmark American Insurance Company, to enroll

additional counsel;

**IT IS ORDERED, ADJUDGED AND DECREED** that Judy L. Burnthorn of the law firm

of Deutsch, Kerrigan & Stiles, L.L.C., be and is hereby enrolled as additional counsel of record in

these proceedings for Defendant, Landmark American Insurance Company.

New Orleans, Louisiana, this 14th day of ___January___, 2011.

_____

THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE