UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

THIS DOCUMENT RELATES TO: ALL CASES

### DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S MOTION TO LIFT STAY TO HEAR THEIR MOTION FOR A PROTECTIVE ORDER

Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP"), through their undersigned counsel, respectfully move this Court to lift the stay in this matter pertaining to their Motion for a Protective Order ("Motion") and to set this Motion for hearing in conjunction with Plaintiff's Steering Committee's ("PSC's") Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011. The PSC has requested that its motion be set on an expedited basis following the next status conference on January 20, 2011.

As more fully outlined in the attached memorandum in support of the Motion, which is incorporated herein as if stated in full, the PSC has indicated an intention to take corporate depositions of TG and TTP in February 2011 and to seek information beyond the limited scope necessary to address the question of jurisdictional discovery. As such, TG and TTP have filed

the Motion for a protective order to establish the proper timing and scope of those depositions, which TG and TTP seek to have this Court decide before any depositions proceed.

Date: January 14, 2011

                                                  Respectfully submitted,

                                                  /s/ Thomas P. Owen, Jr.
                                                  Joe Cyr
                                                  Frank T. Spano
                                                  Eric Statman
                                                  Matthew J. Galvin
                                                  HOGAN LOVELLS US LLP
                                                  875 Third Avenue
                                                  New York, New York 10022
                                                  Email: Joe.cyr@hoganlovells.com
                                                  Frank.spano@hoganlovells.com
                                                  Eric.statman@hoganlovells.com
                                                  matthew.galvin@hoganlovells.com
                                                  Telephone: 212-918-3000
                                                  Facsimile: 212-918-3100

                                                  Richard C. Stanley (La. Bar No. 8487)
                                                  Thomas P. Owen, Jr. (La. Bar No. 28181)
                                                  STANLEY, REUTER, ROSS, THORNTON
                                                  & ALFORD, LLC
                                                  909 Poydras Street, Suite 2500
                                                  New Orleans, Louisiana 70112
                                                  Telephone: 504-523-1580
                                                  Facsimile: 504-524-0069
                                                  E-mail: rcs@stanleyreuter.com
                                                  tpo@stanleyreuter.com

                                                  **Attorneys for Taishan Gypsum Co. Ltd.**
                                                  **and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Lift Stay to Hear Their Motion for a Protective Order filed by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of January, 2011.

/s/ Thomas P. Owen, Jr.