UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

**THIS DOCUMENT RELATES TO:  ALL CASES**

### MEMORANDUM IN SUPPORT OF DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO. LTD.'S MOTION TO LIFT STAY TO HEAR THEIR MOTION FOR A PROTECTIVE ORDER

Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP") (collectively "Defendants"), through their undersigned counsel, respectfully submit this memorandum in support of their Motion to Lift Stay to hear their Motion for a Protective Order.

Defendants have responded to the Plaintiffs' Steering Committee's ("PSC's") jurisdictional written discovery requests and are in the process of completing a rolling production of documents responsive to those requests.  Defendants anticipate completion of the document production by the end of January 2011, the timeframe to which the parties agreed in a November 5, 2010 meet and confer.

In a later meet and confer on January 4, 2011, the PSC objected to Defendants' discovery responses and further stated that despite the issues regarding the scope of jurisdictional discovery, it wants to proceed with corporate depositions of TG and TTP in February 2011.  At the same meet and confer, Defendants' counsel stated that TG and TTP representatives could be made available for a corporate deposition the first week of April 2011 if the scope of jurisdictional

discovery was timely determined.  In a January 7, 2011 letter, the Defendants reconfirmed the availability of the first week of April for depositions, and also stated that the Defendants would file a motion for a protective order to determine the scope and timing of these depositions by January 14, 2011.  In response, the PSC filed a Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011 ("PSC Motion to Compel") on January 12, 2011.  Rec. Doc. No. 6964.  The PSC has sought to have this motion heard after the status conference scheduled for January 20, 2011.  Rec. Doc. No. 6966.

On January 14, 2011, Defendants filed a Motion for a Protective Order seeking to limit the PSC's proposed scope of TG's and TTP's corporate depositions on jurisdictional discovery and set the dates of the depositions of TG and TTP for April 5 and 6, 2011, respectively.  Rec. Doc. No. 7003.  Because this motion is interrelated with the PSC's Motion to Compel, Defendants request that the stay be lifted so that their Motion for a Protective Order can be heard at the same time as the PSC's motion.

Date: January 14, 2011

Respectfully submitted,

/s/ Thomas P. Owen, Jr.
Joe Cyr
Frank T. Spano
Eric Statman
Matthew J. Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Taishan Gypsum Co. Ltd.
and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Motion to Lift Stay to Hear Their Motion for a Protective Order filed by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of January, 2011.

                                                                                 /s/ Thomas P. Owen, Jr.