UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

THIS DOCUMENT RELATES TO:  ALL CASES

## NOTICE OF HEARING

Please take notice that the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at the monthly status conference on January 20, 2011, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Motion to Lift Stay to Hear Their Motion for a Protective Order filed by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd.

Date: January 14, 2011

        Respectfully submitted,

        <u>/s/ Thomas P. Owen, Jr.</u>
        Joe Cyr
        Frank T. Spano
        Eric Statman
        Matthew J. Galvin
        HOGAN LOVELLS US LLP
        875 Third Avenue
        New York, New York 10022
        Email: Joe.cyr@hoganlovells.com
        Frank.spano@hoganlovells.com
        Eric.statman@hoganlovells.com
        matthew.galvin@hoganlovells.com
        Telephone: 212-918-3000
        Facsimile: 212-918-3100

        Richard C. Stanley (La. Bar No. 8487)
        Thomas P. Owen, Jr. (La. Bar No. 28181)
        STANLEY, REUTER, ROSS, THORNTON
        & ALFORD, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: 504-523-1580
        Facsimile: 504-524-0069
        E-mail: rcs@stanleyreuter.com
        tpo@stanleyreuter.com

        **Attorneys for Taishan Gypsum Co. Ltd**
        **and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of January, 2011.

/s/ Thomas P. Owen, Jr.