UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                MDL NO. 2047

                                                        SECTION:  L

THIS DOCUMENT RELATES TO                     JUDGE:  Fallon
Sean and Beth Payton, et al v. Knauf Gips KG, et al.   MAG. JUDGE WILKINSON
Case No:  2:09-cv-07628 (E.D.La.)
_____/

## NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS, INC.'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

      PLEASE TAKE NOTICE that Defendant, Holiday Builders, Inc., has filed the attached Motion for Protective Order and to Stay Discovery Pending Resolution of its Motion to Dismiss For Lack of Personal Jurisdiction under Federal Rule of Civil Procedure 12(b)(2).  PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on February 16, 2011, at 9:00 a.m. before the Honorable Eldon E. Fallon.

                                         Respectfully submitted,

                                          */s /* John Armando Boudet
                                          John Armando Boudet
                                          Florida Bar No. 0515670
                                          jboudet@ralaw.com
                                          Roetzel & Andress, LPA
                                          420 South Orange Avenue
                                          CNL Center II, 7th Floor
                                          Orlando, FL  32801
                                          Telephone No:  407.896-2224
                                          Facsimile No:  407.835.3596
                                          *Counsel for Defendant, Holiday Builders, Inc*

337507 v_02 \ 108652.0083

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC., NOTICE OF HEARING, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 14th day of January, 2011.

*/s /* John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*

337507 v_02 \ 108652.0083