UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:10-cv-932 (Amato) | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| _____/ | |

### ORDER GRANTING TAYLOR MORRISON ENTITIES' MOTION TO LIFT STAY

THIS CAUSE, having come before the Court on Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C., (collectively "Taylor Morrison") Motion to Lift Stay and the Court having reviewed the Motion, and being otherwise fully advised in these premises,

**IT IS ORDERED** that the stay in Pretrial Order No. 1 is lifted insofar as to allow the filing of Taylor Morrison's Motion for Partial Summary Judgment against insurance defendant, Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance company.

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment as attached to Taylor Morrison's Motion to Lift Stay is deemed filed as of the date of this Order.

**IT IS FURTHER ORDERED** THAT THE Motion for Partial Summary Judgment shall be brought on for hearing on the ___ day of ___, 2011, at ___ o'clock.  Opposition to the motion shall be filed with the Court and served on counsel on or before the ___ day of ___, 2011, and any reply shall be filed with the Court and served on counsel on or before the ___ day of ____, 2011.

**DONE AND ORDERED** in chambers, New Orleans, Louisiana, this ___ day of January, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE