**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES<br><br>_____/ | MDL DOCKET: 2047<br>SECTION: L |

**NOTICE OF APPEARANCE AS CO-COUNSEL**

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, **STEPHEN J. RAPP**, srapp@wwhgd.com, Weinberg Wheeler, Hudgins, Gunn & Dial, LLC., 3344 Peachtree Road, Suite 2400, Atlanta, GA  30326 hereby enters this notice of appearance as additional counsel of record for the Defendant Banner Supply Company, Banner Supply Company Pompano, LLC, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC and Banner Supply International, LLC in the captioned matter.  Please update and add undersigned counsel to all your service and distribution lists in this case.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 18th day of January, 2011.

Respectfully submitted,

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Stephen J. Rapp*_____
STEPHEN J. RAPP
Georgia Bar Number: 103806
CO-COUNSEL FOR DEFENDANT
BANNER SUPPLY, CO.
3344 Peachtree Road
Suite 2400
Atlanta, GA  30326