UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>Mona Burke, wife of/and<br>Thomas E. Burke, IV<br>Daelen of Tangipahoa, L.L.C., et al.<br>Case No. 10-1840 (E.D.La.) | : : : : : : | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing *Joint Motion to Withdraw and Substitute Counsel of Record*, and the Court finding good grounds exist to grant the same, accordingly;

**IT IS ORDERED** that T.J. Seale, III, Elsbet C. Smith and the law firm of Seale & Ross, P.L.C., be and are hereby allowed to withdraw as counsel of record for Daelen of Tangipahoa, L.L.C., and that Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., be and are hereby substituted as counsel of record for Daelen of Tangipahoa, L.L.C., in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this  14th  day of  January  2011.

*[signature]*

**Eldon E. Fallon**
**United States District Court Judge**

3434.18913.312332.1