UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION:    L
----------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
  :
**ALL CASES** : MAG. JUDGE WILKINSON
  :
  :
----------------------------------------------------------------x

# O R D E R

**CONSIDERING** its Memorandum in Opposition to the Plaintiffs' Steering Committee's Motion to Strike Attorney-Client Privilege Claims of Various Knauf Entities;

**IT IS ORDERED** that the Knauf Defendants are granted leave of Court to file the its Memorandum in Opposition to the Plaintiffs' Steering Committee's Motion to Strike Attorney-Client Privilege Claims of Various Knauf Entities under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana, this   14th   day of January, 2011.

_____
JUDGE ELDON E. FALLON