UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Vickers, et al v. Knauf Gips KG, et al.*<br>EDLA 09-04117<br><br>*Payton, et al v. Knauf Gips, KG, et al.*<br>EDLA 09-07628 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the Homebuilders' Steering Committee's Unopposed Motion for Extension of Time to Intervene in Putative Class Actions;

**IT IS ORDERED** that the homebuilders be and hereby are **GRANTED** a two (2) week extension of time, through and including January 31, 2011, within which to intervene in the *Vickers* and *Payton* lawsuits.

New Orleans, Louisiana this __14th__ day of ____January____, 2011.

_____
Honorable Eldon E. Fallon
United States District Court Judge