UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>  PRODUCTS LIABILITY LITIGATION | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

**<u>ORDER</u>**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply to Durkee's Response to the Plaintiffs' Steering Committee's Memorandum in Support of its Motion for an Order Requiring an Accounting and Other Relief;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Reply to Durkee's Response to the Plaintiffs' Steering Committee's Memorandum in Support of its Motion for an Order Requiring an Accounting and Other Relief.

New Orleans, Louisiana, this ____ day of January, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge