# EXHIBIT A

# Chinese Drywall Plaintiffs Represented by Roberts & Durkee, PA

| Plaintiffs With Claims Pending in Florida State Court, as set forth in Exhibit "B" to the Memorandum in Opposition to the PSC's Motion for an Accounting and Other Relief | Plaintiffs Also Named in an Omni Complaint |
|---|---|
| Jose L. & Sofia Acosta v. Hansen Homes of South Florida, Inc. <br> Lee County Case No.: 10-CA-001851 | IV |
| Carol Albano, et al. v. Centerline Homes Construction, Inc., et al. <br> Broward County Case No.: 09-46262 | I |
| Dana and Rick Ammons, et al. v. Florida Style Services, Inc. <br> Lee County Case No.: 10-CA-002388 | I |
| Luis and Fatima Arbelo, et al. v. Midwest Construction and Development, Inc. <br> St. Lucie County Case No.: 56 2009 CA 010254 | I |
| Evelyn Arias v. D.R. Horton, Inc. <br> Lee County Case No.: 10-CA-001186 | I |
| Daniel Avello, et al. v. North Palm Estates Homes, Inc., et al. <br> Miami-Dade County Case No.: 09-81831CA25 | I |
| Gary and Kristi Bailey et al. v. Karr Drywall, Inc. <br> Lee County Case No.: 10-CA-002390 | I |
| Georgia and William Bailey v. Hansen Homes of South Florida, Inc. <br> Lee County Case No.: 10-CA-001852 | I |
| Jeremy and Carla Banks, et al. v. United Farmers, Inc. <br> Lee County Case No.: 10-CA-002399 | I |
| Aurora Barcia v. Chabot Enterprises, Inc., et al. <br> St. Lucie County Case No.: 56-2009-CA-009336 | I |
| Fernando and Barbara Barragan, et al. v. Pride Homes of Lakes By the Bay - Parcell H LLC, et al. <br> Miami-Dade County Case No.: 10-3357 CA 01 | I |
| Jean Beauvilet v. Westminister Builders <br> St. Lucie County Case No.: 56 2010 CA 5602 | I |
| Gerald and Helen Bell v. Banner Supply Co., et al. <br> Broward County Case No.: 1011668 | I |
| Suresh and Oma Bissoon v. Centerline Homes Construction, Inc., et al. <br> St. Lucie County Case No.: 56 2010 CA 001463 | I |
| David and Kathleen Borgardt v. Hansen Homes of South Florida, Inc., et al. <br> Lee County Case No.: 09-CA-005144 | I |
| Russell and Carol Brumbaugh v. Oyster Bay Homes, Inc. <br> Lee County Case No.: 09-CA-005611 | III |
| Jeannette Calvo and Tyrone Martinez v. Banner Supply Co., et al. <br> Miami-Dade County Case No.: 10-03371 CA 01(42) | I |

| Plaintiffs With Claims Pending in Florida State Court, as set forth in Exhibit "B" to the Memorandum in Opposition to the PSC's Motion for an Accounting and Other Relief | Plaintiffs Also Named in an Omni Complaint |
|---|---|
| Shanno Cambric, et al. v. G. Drywalls Corp. <br> Lee County Case No.: 10-CA-002400 | III |
| Raulin Carlo, et al. v. Pride Homes of Lakes by the Bay - Parcell J LLC, et al. <br> Miami-Dade County Case No.: 10-14513CA42 | IV |
| Lily Carranza v. Adams Homes of Northwest Florida, Inc., et al. <br> Lee County Case No.: 10-CA-000058 | No |
| Carlos Carvajalino, et al. v. Vincent Montalto Construction, Inc. <br> St. Lucie County Case No.: 562010CA002781 | I |
| Jack Rizzo, et al. v. Centerline Homes Construction, Inc., et al. <br> Palm Beach County Case No.: 502009 CA 039293 MB | I |
| John and Sandra Conroy v. Aranda Homes, Inc., et al. <br> Lee County Case No.: 09-CA-005760 | I |
| Armando and Ileana Costoya v. Banner Supply Co., et al. <br> Miami-Dade County Case No.: 10-03364-CA 01 | I |
| Bill and Jill Craig, et al. v. Harrell's Drywall Inc., et al. <br> Pasco County Case No.: 2010CA266185B | I |
| Prabhakara and Ramathilakam Cuddapah v. Aranda Homes, Inc. <br> Lee County Case No.: 10-CA-001191 | I |
| Anika Curbelo, et al. v. Centerline Homes Construction, Inc., et al. <br> Broward County Case No.: 10016551 | IV |
| Ricardo Dabalsa, et al. v. Banner Supply Co., et al. <br> Miami-Dade County Case No.: 09-55898 CA 42 | I |
| William De Leon, et al. v. Banner Supply Co., et al. <br> Miami-Dade County Case No.: 10-59146 CA 42 | IV |
| Rosibel and Brian De Los Santos v. Centerline Homes Construction Inc., et al. <br> St. Lucie County Case No.: 56 2009 CA 007181 | I |
| Decambre v. Majestic Homes <br> St. Lucie County Case No.: 56-2009 CA 00694 | I (Nadine) |
| Decambre & Bell v. Banner Supply Co., et al. <br> St. Lucie County Case No.: 56 2010 CA 5663 | I (Nadine) |
| Dolinsky & Wainstein v. BBS Builders <br> Broward County Case No.:10-35835 08 | I (Chanel) |
| Norma Edwards, et al. v. Centerline Homes Construction, Inc., et al. <br> St. Lucie County Case No.: 56 2010 CA 001465 | No |
| Nathan and Patricia Efries v. Hansen Homes of South Florida, Inc. <br> Lee County Case No.: 09-CA-005608 | I |
| Johnny Elmurr v. Groff Construction, Inc. <br> Lee County Case No.: 10-CA-001187 | I |

| Plaintiffs With Claims Pending in Florida State Court, as set forth in Exhibit "B" to the Memorandum in Opposition to the PSC's Motion for an Accounting and Other Relief | Plaintiffs Also Named in an Omni Complaint |
|---|---|
| Ronnie & Roidella Ervin v. Banner Supply Co., et al.<br>St. Lucie County Case No.: 562010CA05665 | IV |
| James Fallmann, et al. v. Sterling Communities, Inc., et al.<br>Palm Beach County Case No.: 50 2009 CA 027145 XXXX MB | I |
| Jose and Lisette Fernandez v. North Palm Estates Homes, Inc., et al.<br>Miami-Dade County Case No.: 09-81830CA15 | I |
| Dirk & Svetlana Fischer v. Arizen Homes, Inc., et al.<br>Lee County Case No.: 10-CA-004607 | I |
| David Flores and Monica Vasquez v. Pride Homes of Lakes by the Bay - Parcell H LLC, et al.<br>Miami-Dade County Case No.: 10-3353 CA 01 | III |
| William Ford, et al. v. Wilson Heights Development, Inc., et al.<br>Broward County Case No.: 09043767 | I |
| Diana Gay, et al. v. Bradco Supply Corporation<br>Lake County Case No.: 10CA2327 | I |
| Vincent and Joan Geraci v. Aranda Homes, Inc., et al.<br>Lee County Case No.: 09-CA-003646 | I |
| Alberto Gonzalez & Yarenis Diaz v. Banner Supply Co., et al.<br>Miami-Dade County Case No.:10 51516 CA 42 | IV |
| Luis Gonzalez v. Caribe Central, LLC, et al.<br>Miami-Dade County Case No.: 10-30775 CA 42 | I |
| Victor Gonzalez, et al. v. North Palm Estates Homes, Inc., et al.<br>Miami-Dade County Case No.: 09-81832CA10 | I |
| Wayne Graham, et al. v. Centerline Homes Construction, Inc., et al.<br>Broward County Case No.: 10016601 | IV |
| Richard and Olga Griffith v. Majestic Homes & Realty SW, LLC, et al.<br>St. Lucie County Case No.: 562010CA002780 | I |
| Tamarra Grunstead v. Stanton Mobile Home Sales, Inc.<br>Lee County Case No.: 10-CA-001185 | III |
| Gulf Reflections Condominium Association Inc., et al. v. JWR Construction Services, Inc.<br>Lee County Case No.: 10-CA-000371 | I |
| Richard Hamburg, et al. v. Sixty Fifth and One LLC, et al.<br>Broward County Case No.: 10-11665 (110 | No |
| Hanzel v. E.H. Building Corp.<br>Lee County Case No.: 10-CA-004439 | III (Gary) |
| Timothy and Maria Helmick v. Pride Homes of Lakes by the Bay - Parcel H, LLC<br>Miami-Dade County Case No.: 10-3361 CA 01 | III |

| Plaintiffs With Claims Pending in Florida State Court, as set forth in Exhibit "B" to the Memorandum in Opposition to the PSC's Motion for an Accounting and Other Relief | Plaintiffs Also Named in an Omni Complaint |
|---|---|
| Michael and Joanne Henry v. Bella Builders, Inc., et al. <br> Lee County Case No.: 1O-CA-004601 | I |
| Nicolbe Hernandez, et al. v. KB Home Treasure Coast, LLC, et al. <br> St. Lucie County Case No.: 562010CA002782 | I |
| Michael A. Honas II, et al. v. Baywood Construction <br> Lee County Case No.: 10CA3659 | No |
| James and Maria Ivory v. KB Home Fort Myers, LLC, et al. <br> Charlotte County Case No.: 09-3274-CA | I |
| John and Katherine Kallas v. K. Hovnanian First Homes, LLC, et al. <br> Lee County Case No.: 09-CA-005168 | I |
| Coral Lakes v. Tousa Homes, Inc., et al. <br> Lee County Case No.: 09-CA-001158 | No |
| T. Jack Kent, et al. v. Lowe's Home Centers, Inc. <br> Brevard County Case No.: 10CA007572 | I |
| Zulfiqar and Hasmita Khandwalla v. Centerline Homes Construction, Inc., et al. <br> Broward County Case No.: 10-24508 | No |
| Anke Kondek, et al. v. G. Drywalls Corporation <br> Lee County Case No.: 10-CA-002389 | IV |
| Kosakowski v. Fortis Construction <br> Port St. Lucie County Case No.: 09-CA-005356 | No |
| Helene and Christina Kranz, et al. v. Delacruz Drywall Plastering, et al. <br> Lee County Case No.: 10-CA-4809 | III |
| Nelly Larssen-Ping, et al. v. Brightwater Community #1, LLC, et al. <br> Pinellas County Case No.: 10-16735 CI 20 | No |
| Alejandro Larrazabal and Miguel & Ahlan Valentin v. EB Developers, Inc., et al. <br> Miami-Dade County Case No.:10 56535 CA 25 | No |
| Lev Levitan & Rosaliya Makarchuk v. Intercoastal Construction Co. <br> Flagler County Case No.: 2010-CA-001789 | I |
| Rodney and Suze Litus v. Meiben Home Builders, LLC, et al. <br> St. Lucie County Case No.: 562010CA002783 | I |
| Juan Macario, et al. v. LPR Builders, Inc., et al. <br> Miami-Dade County Case No.: 10-15985 CA 42 | I |
| Arlene and Charles Mackoff v. Upjohn-Delray, et al. <br> Palm Beach County Case No.: 502009 CA 039290 XXXX MB | I |
| Bryan Masmela v. E.B. Developers, Inc. <br> Miami-Dade County Case No.: 10-86822CA42 | I |
| McCallister v. Majestic Homes <br> St. Lucie County Case No.: 56 2010 CA 5664 | No |

| Plaintiffs With Claims Pending in Florida State Court, as set forth in Exhibit "B" to the Memorandum in Opposition to the PSC's Motion for an Accounting and Other Relief | Plaintiffs Also Named in an Omni Complaint |
|---|---|
| Kinelmi LLC, Partner Time McGee v. Shelby Building Corp., et al.<br>Lee County Case No.: 09-CA-003181 | I |
| Diane Medlen v. Adams Homes of Northwest Florida, Inc., et al.<br>Marion County Case No.: 10-4102-CA-B | IV |
| George Mihelich, et al. v. United Homes, Inc., et al.<br>Broward County Case No.: 0966810 | IV |
| Raphael M. Miller & Jeannette F. Miller v. Upjohn-Delray Limited Partnership, et al.<br>Palm Beach County Case No.: 502010 CA 024351 XXXX MB | No |
| Jetson and Lee Morgan v. American Dream Builders, Inc.<br>Collier County Case No.: 10-2976-CA | I |
| Thomas and Kathleen Mullen v. American Gallery Development Group, LLC, et al.<br>Lee County Case No.: 09-CA-004035 | I |
| Vincent Mulligan, et al. v. Centerline Homes Construction Inc., et al.<br>Broward County Case No.: 10016607 | I |
| David and Andrea Osterberg v. Steven R. Carter, Inc., et al.<br>Hillsborough County Case No.: 108014 | I |
| John and Susan Pelland, et al. v. Meritage Homes of Florida, Inc., et al.<br>Lee County Case No.: 09-CA-003029 | I |
| Adelky Pena v. Banner Supply Co.<br>Miami-Dade County Case No.: 10-05092CA42 | I |
| Jorge and Rosa Perez v. North Palm Estates Homes Inc, et al.<br>Miami-Dade County Case No.: 09-81828-CA-24 | I |
| Narayan and Durpattie Persaud v. Bannery Supply Co. Port St. Lucie, LLC, et al.<br>St. Lucie County Case No.: 562010CA005666 | I |
| Derrick and Robin Peterson v. Stuart South Group L.C. dba Treasure Coast Homes, et al.<br>Martin County Case No.: 09-3641-CA | I |
| Lindeerth Powell, et al. v. Pride Homes of Lakes by the Bay - Parcel H LLC, et al.<br>Miami-Dade County Case No.: 10-3349 CA 01 | III |
| Charles and Sandra Puckett v. Grove Hammocks Investments, LLC, et al.<br>Miami-Dade County Case No.: 10-26625CA42 | IV |
| Socorro Restrepo, et al. v. Pride Homes of Lakes by the Bay - Parcell H LLC, et al.<br>Miami-Dade County Case No.: 10-3343 CA 01 | I |
| Ramon Rivas Hernandez, et al. v. Intervest Construction, Inc., et al.<br>Osceola County Case No.: 09-CA-12818 PL | I |

| Plaintiffs With Claims Pending in Florida State Court, as set forth in Exhibit "B" to the Memorandum in Opposition to the PSC's Motion for an Accounting and Other Relief | Plaintiffs Also Named in an Omni Complaint |
|---|---|
| Erwin Rottau, et al. v. Aranda Homes, Inc., et al. Lee County Case No.: 09-CA-005757 | I |
| Thomas and Mary Sue Rucki v. Aranda Homes, Inc., et al. Lee County Case No.: 10-CA-000060 | IV |
| Sieglinde Saeks v. Aranda Homes, Inc., et al. Lee County Case No.: 10-CA-001189 | I |
| Perry and Stephanie Scarlett v. KB Home Treasure Coast LLC, et al. St. Lucie County Case No.: 56-2009-CA-010256 | I |
| Michael and Verena Schneider-Christians v. Coral Lakes Landbank LLC, et al. Lee County Case No.: 09-CA-005169 | III |
| John and Barbara Shaw v. Aranda Homes, Inc., et al. Lee County Case No.: 09 CA 005759 | I |
| Hassan and Frauke Siddiqui v. Rivercrest LLC Hillsborough County Case No.: 10 010182 | III |
| Silvestri v. United Home Builders Lee County Case No.: 10-CA-004443 | I (Richard)(Susan)* |
| Singleton v. Steven R. Carter, et al. Hillsborough County Case No.: 10 18146 | I (Enrica)* |
| Michael and Tatiana Smith v. K. Hovanian First Homes, LLC, et al. Lee County Case No.: 10-CA-000056 | I |
| Randa St. Cyr, et al. v. Centerline Homes Construction, Inc., et al. Broward County Case No.: 10017029 | I |
| Humberto Suarez v. Emerald Isle Homes, Inc. Lee County Case No.: 10-CA-001034 | I |
| Fred Surman, et al. v. Lucky Strike M.K., Inc., et al. Collier County Case No.: 10-2373-CA | I |
| Fred Surman, et al. v. Lucky Strike M.K. Inc., et al. Collier County Case No.: 10-0569-CA | I |
| Joseph Talerico, et al. v. Hansen Homes of South Florida, Inc. Lee County Case No.: 10-CA-002391 | No |

| Plaintiffs With Claims Pending in Florida State Court, as set forth in Exhibit "B" to the Memorandum in Opposition to the PSC's Motion for an Accounting and Other Relief | Plaintiffs Also Named in an Omni Complaint |
|---|---|
| Charles Taylor, et al. v. Centerline Homes Construction Inc., et al. Broward County Case No.: 10017028 | IV |
| Randy Teegarden, et al. v. McCar Homes - Tampa LLC Pasco County Case No.: 51-2010 CA 001483ES | I |
| Thomas & Nelson v. JD Custom Homes Lee County Case No.: 09-CA-003950 | I |
| Torres and Rodriguez v. R. Fry Builders County Case No.: 10-CA-004348 | No |
| Jarl and Janice Tucker v. Aranda Homes, Inc. Lee County Case No.: 10-CA-001190 | IV |
| Barry and Barbara Tutin v. Upjohn-Delray, et al. Palm Beach County Case No.: 50-2009-CA-039288 | I |
| Vrchota v. Suntree Homes Palm Beach County Case No.: 50 2010 CA 028862 | No |
| Patrick Watson, et al. v. Centerline Homes Construction, Inc., et al. St. Lucie County Case No.: 56 2010 CA 001470 | I |
| Webster v. Constructo Building Services County Case No.: Not issued yet | I (James)(Samuel)* |
| Udo Werner v. Comfort Home Builders, Inc. Lee County Case No.: 10-CA-001415 | I |
| Tyler Whidden v. Judson Construction Group, LLC Lee County Case No.: 09-CA-003961 | I |
| Margaret Williams, et al. v. Centerline Homes Construction, Inc., et al. St. Lucie County Case No.: 56 2010 CA 001468 | I |
| Victor and Lyudmila Zheltkov v. Intercoastal Construction Co. Flagler County Case No.: 2010CA986 | I |