# EXHIBIT B

# WEINBERG, WHEELER,
# HUDGINS, GUNN & DIAL, LLC

### ATTORNEYS AT LAW

2601 SOUTH BAYSHORE DRIVE
SUITE 850
MIAMI, FLORIDA 33133
TELEPHONE (305) 455-9500
FACSIMILE (305) 455-9501
WWW.WWHGD.COM

**Writer's Direct Dial:**   (305) 455-9505
**E-mail:**   tehrenreich@wwhgd.com

January 12, 2011

**Via E-Mail: lexy_butler@laed.uscourts.gov**
Judge Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA  70130

      **Re:**    **Case No. 2:2009-CV-04117 (E.D. La.) MDL 2047/Banner Supply, Co.**

Dear Judge Fallon:

      In compliance with this Court's directives of January 11, 2011, attached please find a list of judges presiding over the Chinese Drywall cases involving Banner Supply, the counties in which they preside, addresses of the courts, and the phone numbers of each judge.   Further, and in compliance with this court's directive, I have contacted Joe Hinkhouse, counsel for Chartis Insurance Company regarding his involvement in future discussions with the Plaintiff's Steering Committee. Mr. Hinkhouse's contact information is:

Hinkhouse Williams Walsh, LLP
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois  60601
Telephone number (312)784-5454

      Please let us know if the Court desires any other information.  We look forward to discussing any related matters with the Court on January 20th in chambers.

---

Page 2

Very truly yours,

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

Todd R. Ehrenreich

TRE/amg
Attachment
cc:  Arnold Levin, Plaintiff's Steering Committee (via e-mail)
     Kerry Miller, Defense Steering Committee (via e-mail)
     Ervin Gonzalez, Plaintiff's Steering Committee (via e-mail)
     Michael Peterson, Personal counsel, Banner Supply (via e-mail)
     Joe Hinkhouse, Counsel for Chartis (via e-mail)

01014609

## FLORIDA JUDGES PRESIDING OVER CHINESE DRYWALL CASES

| | |
|---|---|
| Miami-Dade County | Joseph P. Farina<br>Dade County Courthouse<br>73 West Flagler St.<br>Miami, Fl. 33130<br>(305) 349-7054 |
| Broward | Peter M. Weinstein<br>Broward County Courthouse<br>201 SE 6 Street<br>Fort Lauderdale, FL 33301<br>(954) 831-5506 |
| West Palm Beach | Glenn D. Kelley<br>Main Judicial Complex<br>205 North Dixie Highway<br>West Palm Beach, FL 33401<br>(561) 355-1980 |
| Lee County | Michael T. McHugh<br>Justice Center, Room 4R<br>1700 Monroe Street<br>Ft. Myers, FL 33901<br>(239) 533-2775 |
| Pinellas County | Paul Firmani<br>Rm. 315, 7530 Little Road<br>New Port Richey, FL 34654<br>(727) 847-8184 |
| Hillsborough County | Richard A. Nielsen<br>George E. Edgecomb Courthouse<br>800 Twiggs Street, Room 527<br>Tampa, FL 33602<br>(813) 272-5330 |
| Sarasota County | Charles E. Roberts<br>Silvertooth Judicial Center<br>2002 Ringling Blvd.<br>Sarasota, Florida 34237<br>(941) 861-7972 |

St. Lucie County

Burton C. Conner
St. Lucie County Courthouse
218 S. 2nd Street
Ft. Pierce, Florida 34950
(772) 462-6809

Collier County

Cynthia A. Pivacek
Collier Government Complex
3315 Tamiami Trail East
Naples, FL 34112
(239) 252-2783