UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | * * | |
| *Lawrence Meyer, et al.*<br>Case No.:  09-3960<br>*Sean and Beth Payton, et al.*<br>Case No.:  09-7628<br>*Dean and Dawn Amato, et al.*<br>Case No.:  10-932 | * * * * * * * * | SECTION: "L"<br><br><br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO DISMISS CLAIMS OF PLAINTIFF, SHARON WATTS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, SHARON WATTS, who files the instant Motion to Dismiss.  Plaintiff, SHARON WATTS, wishes to dismiss, without prejudice her claims brought in her Complaint for Damages in Case No.: 09-3960; Plaintiffs' Omnibus Class Action Complaint (I), Case No.:  09-7628; and Plaintiffs' Omnibus Class Action Complaint (V), Case No.:  10-932.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

    /s/ Michael J. Ecuyer
MICHAEL J. ECUYER (#23050)
GERALD E. MEUNIER (#9471)
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:  (504) 522-2304
Facsimile:  (504) 528-9973
E-mail:  mecuyer@gainsben.com
Attorneys for Plaintiff, SHARON WATTS

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss Claims of Plaintiff, SHARON WATTS, has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of January, 2011.

*ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT*

*/s/ Michael J. Ecuyer*