UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | * * | |
| *Lawrence Meyer, et al.* Case No.: 09-3960 *Sean and Beth Payton, et al.* Case No.: 09-7628 *Dean and Dawn Amato, et al.* Case No.: 10-932 | * * * * * * * | SECTION: "L" MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion to Dismiss Claims of Plaintiff, Sharon Watts:

**IT IS ORDERED, ADJUDGED and DECREED** that the claims of Plaintiff, Sharon Watts, brought in her Complaint for Damages in Case No.: 09-3960; Plaintiffs' Omnibus Class Action Complaint (I), Case No.: 09-7628; and Plaintiffs' Omnibus Class Action Complaint (V), Case No.: 10-932, are hereby dismissed without prejudice.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE