Judicial Association No. SX-1299

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1186 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy  Complaint, one copy | Summons, one copy  Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | Refuse to accept. | |

Issuer: Chen, Xin　　　　　　　　　　　　Servers: Ma, Jia Guo   Gu, Zhi Qiang
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Aug. 25, 2010

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

2nd Service Attempt    Server: Wang, Bao Wei    Jia, Ding
　　　　　　　　　　　　　　　　　　　　　　　　Nov. 11, 1020

3rd Service Attempt    Server: Tang, Ding    Wang, Bao Wei
　　　　　　　　　　　　　　　　　　　　　　　　Nov. 25, 2010

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST       NX-10-1299

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*     Beijing New Building Materials Public Limited Co.
            No. 16 West Road, Jiancaicheng Xisanqi,  Haidian District, Beijing, China, 100096
                        Tel:
[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action
--Plaintiffs' Amended Omnibus Class Action Complaint (II)
--Exhibits "A" - "C"
--Schedule 1
--Schedule 2
--Schedule 3
--Schedule 4
--Translations
--Summary of the Document to be Served

Done at                                                                              , the  7/28/10
*Fait à* Minneapolis, Minnesota, U.S.A.                             *, le*

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)                                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Wiltz  v.  Beijing New Building Materials Public Limited Co.
Defendant:  Beijing New Building Materials Public Limited Co.
Court Case No.:  10-361

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b)  in accordance with the following particular method*:
       *b)  selon la forme particulière suivante:* _____

  [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
       *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
        *Refused*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS:  Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (II), Exhibits "A" - "C", Schedule 1, Schedule 2, Schedule 3, Schedule 4, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at  *Beijing* _____
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

_____

\*  Delete if inappropriate.
   *Rayer les mentions inutiles.*

2