Case Name: Germano v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 09-6687 (E.D.La.)

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.*    *que la demande a été exécutée*
 - the (date)
 - *le (date)*    Sep 3, 2010
 - at (place, street, number)
 - *à (localité, rue numéro)*    Tai an Intermediate People's Court of Tai an City, ShanDong Province.

 - in one of the following methods authorised by article 5-
 - *dans une des formes suivantes prévues à l'article 5:*
     [ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ]   (b)   in accordance with the following particular method*:
          *b)*   *selon la forme particulière suivante:* _____

     [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
          *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
 - (identity and description of person)
 - *(identité et qualité de la personne)*   Peng, Wen Long

 - relationship to the addressee (family, business or other):
 - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Second Amended Complaint), Second Amended Complaint - Class Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

**Done at**                 **, the**
*Fait à*   Beijing *(stamp)*     *, le* 10/26/2010

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    Delete if inappropriate.          2
     Rayer les mentions inutiles.

*Judicial Association No. SX-10-1252*

## SHANDONG PROVINCE TAI'AN CITY
## INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Shandong Province Tai'an City Intermediate People's Court]

### (To be used by all types of cases)

| Cause No. | Judicial Assistance | Cause of Action | (2010) Shandong Superior Court Law Association No. 75 |
|---|---|---|---|
| Document Served and Number | Legal proceedings from US District Court, Easter District, Louisiana. | | |
| Recipient (Unit) | TAISHAN GYPSUM CO., LTD. | | |
| Address for Service | . | | |
| Recipient Signature or Seal | Peng, Wen Long (Company's staff) <br><br> September 3, 2010 | | |
| Recipient in substitution and reason(s) | <br><br> Date | | |
| Notes | | | |

Issuer:                                             Server:   Yi, Lei

Note:
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.