Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105700-0016

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gooden Homes, LLC
Court Case No. 10-932 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kenneth Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _23rd_ day of _August_, 20 _10_, at _9:30_ o'clock _A_ M

**Place of Service:** at _201 St. Charles Ave., 40th Fl._, in _New Orleans, LA_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gooden Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Deborah Bertonicre / Sect._

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Blond_ ; Facial Hair _No_
Approx. Age _45_ ; Approx. Height _5'7"_ ; Approx. Weight _103 lbs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _24th_ day of _August_, 20 _10_

_Tenure For Life_
Notary Public  (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY