UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| David Gross, *et al.*, v. Knauf Gips, KG, *et al.*, Case No. 2:09-cv-06690 _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

**ORDER REGARDING MARVIN'S, INC.'S
SECOND MOTION FOR EXTENSION OF
<u>TIME TO SUBMIT RETAILER PROFILE FORM</u>**

The Court having considered Defendant Marvin's, Inc.'s Second Motion for Extension of Time to Submit Retailer Profile Form:

**IT IS ORDERED** that Defendant Marvin's , Inc., be and hereby is **GRANTED** an additional thirty (30) days, through and including February 14, 2011, within with to submit its Retailer Profile Form to liaison counsel in the above-captioned matter.

New Orleans, Louisiana this   18th    day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

1