# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br>SECTION:   L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| Wiltz, et al. v. Beijing New Building Materials Public Limited, Co., et al.<br>Case No. 10-361 (E.D.La.)<br>OCIIB Intervention C V.<br>Beijing New Building Materials Public Limited, Co., et al. | * * * * * * | |

**********************************

## PLAINTIFFS, XUEMING SHEN AND XIAOYAN WU
## <u>NOTICE OF REMEDIATION</u>

NOTICE IS HEREBY given that Xueming Shen and Xiaoyan Wu, Plaintiffs in the above captioned matter, will begin remediation of their property beginning on Monday, January 31, 2011. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Richard J. Serpe at rserpe@serpefirm.com.

1

Respectfully submitted,

/s/ Leonard A. Davis

RUSS M. HERMAN, La. Bar No. 6819
LEONARD A. DAVIS, La. Bar No. 14190
STEPHEN J. HERMAN, La. Bar No. 23219
JOSEPH E. "JED" CAIN, La. Bar No. 29785
JEREMY S. EPSTEIN, La. Bar No. 32135
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:   (504) 581-4892
Fax No.:       (504) 561-6024
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Remediation has been served Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of January, 2011.

/s/ Leonard A. Davis

LEONARD A. DAVIS