UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| Payton (Docket No. 09-7628) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF ALL DOCUMENTS AND PLEADINGS**

Paula M. Wellons and Vicki A. Elmer of the law firm Taylor, Wellons, Politz & Duhé, APLC hereby enroll as counsel on behalf of Defendant, Ybarzabal Contractors, LLC. It is respectfully requested that all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

Respectfully Submitted,

**TAYLOR, WELLONS, POLITZ & DUHE, APLC**

*s/Vicki A. Elmer*

Paula M. Wellons (19028)
Vicki A. Elmer (28569)
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899
**Attorneys for Ybarzabal Contractors, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of January, 2011.

*s/Vicki A. Elmer*