UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * ** * * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:  ALL CASES**

## O R D E R

Considering the Motion to Lift Stay to Hear The Motion for a Protective Order filed by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd.;

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted for the Motion for a Protective Order filed by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd.  [Rec. Doc. No. 7003].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motion following the monthly status conference on January 20, 2011.

IT IS FURTHER ORDERED BY THE COURT that all responses to the motion must be filed by January 18, 2011.

New Orleans, Louisiana, this __18th__ day of January, 2011.

Hon. Eldon E. Fallon
United States District Court Judge