UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| Case No. 09-7628 | : | |
| *Sean Payton, et al. v. Knauf Gips KG, et al.* | : | |

**ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Upon consideration of Defendants, Centerline Homes at Tradition, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes at Delray, Inc., Centerline Port St. Lucie, Ltd., Centerline Homes Construction, Inc., and Centerline Homes, Inc.'s *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including February 18, 2011, to submit their respective Builder Profile Forms.

New Orleans, Louisiana this _____ day of January 2011.

                                        _____
                                        **HONORABLE ELDON E. FALLON**
                                        **UNITED STATES DISTRICT JUDGE**