# EXHIBIT B

# WEINBERG, WHEELER,
# HUDGINS, GUNN & DIAL, LLC

### ATTORNEYS AT LAW

2601 SOUTH BAYSHORE DRIVE
SUITE 850
MIAMI, FLORIDA 33133
TELEPHONE (305) 455-9500
FACSIMILE (305) 455-9501
WWW.WWHGD.COM

**Writer's Direct Dial:**   (305) 455-9505
**E-mail:**   tehrenreich@wwhgd.com

January 12, 2011

**Via E-Mail: lexy_butler@laed.uscourts.gov**
Judge Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA  70130

      **Re:**    **Case No. 2:2009-CV-04117 (E.D. La.) MDL 2047/Banner Supply, Co.**

Dear Judge Fallon:

In compliance with this Court's directives of January 11, 2011, attached please find a list of judges presiding over the Chinese Drywall cases involving Banner Supply, the counties in which they preside, addresses of the courts, and the phone numbers of each judge.   Further, and in compliance with this court's directive, I have contacted Joe Hinkhouse, counsel for Chartis Insurance Company regarding his involvement in future discussions with the Plaintiff's Steering Committee. Mr. Hinkhouse's contact information is:

Hinkhouse Williams Walsh, LLP
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois  60601
Telephone number (312)784-5454

Please let us know if the Court desires any other information.  We look forward to discussing any related matters with the Court on January 20th in chambers.

ATLANTA          LAS VEGAS          MIAMI

Page 2

Very truly yours,

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

Todd R. Ehrenreich

TRE/amg
Attachment
cc:  Arnold Levin, Plaintiff's Steering Committee (via e-mail)
     Kerry Miller, Defense Steering Committee (via e-mail)
     Ervin Gonzalez, Plaintiff's Steering Committee (via e-mail)
     Michael Peterson, Personal counsel, Banner Supply (via e-mail)
     Joe Hinkhouse, Counsel for Chartis (via e-mail)

01014609

## FLORIDA JUDGES PRESIDING OVER CHINESE DRYWALL CASES

Miami-Dade County

Joseph P. Farina
Dade County Courthouse
73 West Flagler St.
Miami, Fl. 33130
(305) 349-7054

Broward

Peter M. Weinstein
Broward County Courthouse
201 SE 6 Street
Fort Lauderdale, FL 33301
(954) 831-5506

West Palm Beach

Glenn D. Kelley
Main Judicial Complex
205 North Dixie Highway
West Palm Beach, FL 33401
 (561) 355-1980

Lee County

Michael T. McHugh
Justice Center, Room 4R
1700 Monroe Street
Ft. Myers, FL 33901
(239) 533-2775

Pinellas County

Paul Firmani
Rm. 315, 7530 Little Road
New Port Richey, FL 34654
(727) 847-8184

Hillsborough County

Richard A. Nielsen
George E. Edgecomb Courthouse
800 Twiggs Street, Room 527
Tampa, FL  33602
(813) 272-5330

Sarasota County

Charles E. Roberts
Silvertooth Judicial Center
2002 Ringling Blvd.
Sarasota, Florida 34237
(941) 861-7972

St. Lucie County

Burton C. Conner
St. Lucie County Courthouse
218 S. 2nd Street
Ft. Pierce, Florida 34950
(772) 462-6809


Collier County

Cynthia A. Pivacek
Collier Government Complex
3315 Tamiami Trail East
Naples, FL  34112
(239) 252-2783