UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>  PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

## **ORDER**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Memorandum in Support of Motion to Strike Confidentiality Designations of Various Knauf Entities and to File Its Reply, With Exhibit, Under Seal;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Reply Memorandum in Support of Motion to Strike Confidentiality Designations of Various Knauf Entities.

IT IS FURTHER ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave to file its Reply Memorandum in Support of Motion to Strike Confidentiality Designations of Various Knauf Entities, with Exhibit, UNDER SEAL and that such remains confidential subject to further order of this Court.

New Orleans, Louisiana, this ____ day of January, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge