UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

# THE PLAINTIFFS' STEERING COMMITTEE'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE CONFIDENTIALITY DESIGNATIONS OF VARIOUS KNAUF ENTITIES (WITH EXHIBIT)

# FILED UNDER SEAL