UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § | MDL. NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Otis Ashford, et al vs. Knauf Gips KG, et al*; No. 09-7042 | § § § | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFFS' MITCHELL FRANATOVICH, SARAH FRANATOVICH AND SARAH FRANATOVICH, ON BEHALF OF MACI FRANATOVICH, A MINOR NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Mitchell Franatovich, Sarah Franatovich and Sarah Franatovich, on behalf of Maci Franatovich, a minor, hereby dismiss, with prejudice, all of their claims against Defendants, Great Southern Builders, L.L.C. ("GSB"), and the following GSB insurers for GSB related claims; (1) Catlin Specialty Insurance Company, and (2) Nautilus Insurance Company, and specifically request that all rights against all other parties and claims are hereby fully reserved. Each party is to bear its respective costs.

WHEREFORE, Plaintiffs, Mitchell Franatovich, Sarah Franatovich and Sarah Franatovich, on behalf of Maci Franatovich, a minor, pray that all claims against GSB, and the following GSB insurers for GSB related claims; (1) Catlin Specialty Insurance Company, and (2) Nautilus Insurance Company, be dismissed be with prejudice, that all rights and claims against all other parties are reserved and that each party bear its respective costs.

Dated: January 19, 2011

Respectfully Submitted,

/s/ Mikal C. Watts

_____
Mikal C. Watts
State Bar No. 20981820
Robert C. Hilliard
Texas State Bar No. 09677700
Ryan L. Thompson
State Bar No. 24046969
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500

**Watts HILLIARD LLP**

4 Dominion Dr., Bldg. 3., Ste. 100
San Antonio, Texas 78257-1390
Telephone: (210) 447-0500
Facsimile: (210) 447-0501
mcwatts@wgclawfirm.com
bobh@hmglawfirm.com
rthompson@wgclawfirm.com
jesseg@hmglawfirm.com
kevin@hmglawfirm.com

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of January, 2011.

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**

2