UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL    PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

## **ORDER**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Response and Memorandum in Opposition to the Taishan Defendants' Motion for Protective Order [Rec. Doc. 7003] and Reply to the Taishan Defendants' Opposition to the Plaintiffs' Steering Committee's Motion to Compel [Rec. Doc. 7026];

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Response and Memorandum in Opposition to the Taishan Defendants' Motion for Protective Order [Rec. Doc. 7003] and Reply to the Taishan Defendants' Opposition to the Plaintiffs' Steering Committee's Motion to Compel [Rec. Doc. 7026].

New Orleans, Louisiana, this _____ day of January, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge