UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO THE CLAIMS IDENTIFIED ON EXHIBIT "A."**

## MEDIATION ORDER

After meeting with members of the Plaintiffs' Steering Committee and Knauf defendants' counsel regarding the status of recent settlement negotiations and the status of remediation of the properties owned by Slidell Property Management, LLC, the Court has determined that it is an appropriate time in the MDL to schedule a mediation in New Orleans, Louisiana for the claims identified on Exhibit "A."

Accordingly, IT IS ORDERED that Plaintiff, Slidell Property Management, L.L.C., through its duly authorized Member, John Campbell, Plaintiff's counsel, Hugh P. Lambert, Knauf defendants' counsel, Kerry J. Miller and Gregory Wallance, counsel for Interior Exterior Building Supply, L.P, Richard G. Duplantier, Jr, and counsel for Southern Homes, L.L.C., James M. Garner, are ordered to appear in the Chambers of the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C456, New Orleans, LA 70130 for a mediation refereed by John W. Perry on **Monday, January 24, 2011 at 9:00 am CST**. All attorneys for and/or agents of the aforementioned entities shall present to the mediation with full settlement authority.

New Orleans, Louisiana, this 20th day of January 2011.

                                            */s/ Eldon E. Fallon*
                                            ELDON E. FALLON
                                            UNITED STATES DISTRICT JUDGE