| Property Owner | Street | City | State | Zip |
|---|---|---|---|---|
| Slidell Property Management, LLC | 1013 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1020 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1024 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1028 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1029 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1032 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1033 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1036 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1037 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1040 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1041 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1044 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1045 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1057 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1061 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1072 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1080 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1084 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1096 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1100 Clairise Court | Slidell | LA | 70461 |