Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0253

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Anthony's Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Alabama** ) ss.
County of: **Shelby** )

Name of Server: **Daniel Moore**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18** day of **OCT**, 20 **10**, at **8:30** o'clock **P** M

Place of Service: at **10 Chatham Crt.**, in **Pelham, AL 35124**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Anthony's Drywall, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Luis Murcia**

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex **M**; Skin Color **H**; Hair Color **BLK**; Facial Hair
Approx. Age **35**; Approx. Height **5'7"**; Approx. Weight **180**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel Moore*
Signature of Server

Subscribed and sworn to before me this **19** day of **OCT**, 20 **10**

*Martha Moore*
Notary Public      (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014

**APS International, Ltd.**