Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0450

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Blackhawk Partners, LLC, c/o Rees B. Gillespie III
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Palm Beach_ )
Name of Server: _Michael Rocco_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the _14_ day of _October_ , 20_10_ , at _2:37_ o'clock _P_ M

Place of Service: at _7601 North Federal Highway, Suite A165_ . in _Boca Raton, FL 33487_

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement
to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Blackhawk Partners, LLC, c/o Rees B. Gillespie III

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Zandra Vann, Paralegal / Authorized Employee_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _BlK_ : Facial Hair _____
Approx. Age _50_ : Approx. Height _5'4"_ ; Approx. Weight _130_
To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_18_ day of _October_ , 20_10_

_____  (Commission Expires)
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.