Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0366

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Daelen of Tangipahoa, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **ST. TAMMANY** )

Name of Server: **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5th** day of **October**, 20 **10**, at **4:40** o'clock **P** M

Place of Service: at ~~22 Walnut Pl.~~ **200 N. Cate Street**, in ~~Covington, LA 70433~~ **Hammond, Louisiana**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Daelen of Tangipahoa, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kimberly Strayer as Asst. To Reg. Agent Elsbet Smith Sealle & Ross Law Firm**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Cauc.** ; Hair Color **Blond** ; Facial Hair **No**
Approx. Age **26** ; Approx. Height **5'4"** ; Approx. Weight **150**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this that the foregoing is true and correct.   **11th** day of **October**, 20 **10**

_Kennith Landry_
Signature of Server

_Tenure for Life_
Notary Public   (Commission Expires)

**APS International, Ltd.**

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY