Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0294

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Design Contractors, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

Name of Server: _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7th_ day of _October_, 20 _10_, at _3:40_ o'clock _P_ M

Place of Service: at _40235 Hwy. 42, Suite C_, ~~40177 Bordeaux Street~~, in Prairieville, LA 70769

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Design Contractors, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Wayne Close / Owner_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Cauc._ ; Hair Color _Blond_ ; Facial Hair _No_
Approx. Age _45_ ; Approx. Height _6'3"_ ; Approx. Weight _320_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server

Subscribed and sworn to before me this _11th_ day of _October_, 20 _10_

_[signature]_  _Tenure for Life_
Notary Public  (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY