UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 * * *  JUDGE FALLON |
| **This document relates to:** | * * |
| ELLEN BESSON., *et al.* v. REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, *et al.* **(2:11-cv-0057)** (E.D. La.). | * *  MAGISTRATE WILKINSON * * * |

*********************************************

# RESPONSE TO REMOVAL ORDER UNDER 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through undersigned counsel, comes defendant, Republic Fire and Casualty Insurance Company ("Republic"), and in response to the removal order issued by this Honorable Court on January 13, 2011, and in accordance with 28 U.S.C. § 1447(b), responds as follows:

1.

The parties named and remaining in the action are as follows:

**PLAINTIFFS:**

1. ELLEN BESSON

2. MICHAEL BESSON

1

**DEFENDANT:**

1. Republic Fire and Casualty Insurance Company

2.

Copies of all pleadings filed in State court were previously provided and attached to the *Notice of Removal*.

3.

Copies of the return of service of process for the *Petition* was previously provided and attached to the *Notice of Removal*.

4.

A copy of the *Notice of Filing of Removal* filed with the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana in conformity with 28 U.S.C. § 1446(b) is attached hereto as Exhibit "A".

Respectfully submitted,

**LARZELERE PICOU WELLS
SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:  (504) 834-6500
Fax:  (504) 834-6565

BY:    ___/s/ Andrew W. Lee_____
**JAY M. LONERO, T.A. (No. 20642)**
jlonero@lpwsl.com
**ANGIE ARCENEAUX AKERS (No. 26786)**
aakers@lpwsl.com
**ANDREW W. LEE (No. 31581)**
alee@lpwsl.com
**ATTORNEYS FOR DEFENDANT, REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Andrew W. Lee*