## 22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

### STATE OF LOUISIANA

NO. 2010-15766　　　　　　　　　　　　　　　　　DIVISION "I"

### ELLEN AND MICHAEL BESSON

### VERSUS

### REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY

FILED: _____　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### NOTICE OF FILING OF REMOVAL

TO:　Honorable Malise Prieto
　　　22nd Judicial District Court, Parish of St. Tammany
　　　P. O. Box 1090
　　　Covington, Louisiana 70434

　　　PLEASE TAKE NOTICE that defendant, Republic Fire and Casualty Insurance Company ("Republic"), has filed a *Notice of Removal*, in this matter hereby removing this action, entitled *Ellen and Michael Besson v. Republic Fire and Casualty Insurance Company*, bearing docket number 2010-15766 in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. This Notice is being filed in conformity with 28 U.S.C. § 1446(d).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LARZELERE PICOU WELLS
　　　　　　　　　　　　　　　　SIMPSON LONERO, LLC
　　　　　　　　　　　　　　　　Two Lakeway Center - Suite 1100
　　　　　　　　　　　　　　　　3850 North Causeway Boulevard
　　　　　　　　　　　　　　　　Metairie, LA 70002
　　　　　　　　　　　　　　　　Telephone: (504) 834-6500
　　　　　　　　　　　　　　　　Facsimile: (504) 834-6565

　　　　　　　　BY:　_____
　　　　　　　　　　　　JAY M. LONERO, T.A. (No. 20642)
　　　　　　　　　　　　　　jlonero@lpwsl.com
　　　　　　　　　　　　ANGIE ARCENEAUX AKERS (No. 26786)
　　　　　　　　　　　　　　aakers@lpwsl.com
　　　　　　　　　　　　ANDREW W. LEE (No. 31581)
　　　　　　　　　　　　　　alee@lpwsl.com

　　　　　　　　　　　　ATTORNEYS FOR REPUBLIC FIRE AND
　　　　　　　　　　　　CASUALTY INSURANCE COMPANY


EXHIBIT A

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 12th day of January, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding by telefacsimile and/or by placing same in the United States Mail, properly addressed and first class postage prepaid.

*/s/ [signature]*