Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  106415-0248

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Highland Lakes, LLC, dba Eddleman Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Alabama_ ) ss.
County of: _Jefferson_ )

**Name of Server:** _Daniel Moore_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _15_ day of _October_, 20 _10_, at _2:45_ o'clock _P_ M

**Place of Service:** at _2700 Hwy 280, Suite 425_, in _Birmingham, AL  35223_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Highland Lakes, LLC, dba Eddleman Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Cathy Talley, Authorized agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _brown_ ; Facial Hair _____
Approx. Age _50_ ; Approx. Height _5'5"_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel Moore_
Signature of Server

Subscribed and sworn to before me this _15_ day of _October_, 20 _10_

_[signature]_  _5/21/14_
Notary Public   (Commission Expires)

**APS International, Ltd.**