Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0249

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HPH Properties, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Alabama ) ss.
County of: Shelby )

**Name of Server:** Daniel Moore, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12 day of October, 20 10, at 12:15 o'clock P M

**Place of Service:** at 2236 Cahaba Valley Dr., Ste 100, in Birmingham, AL 33542

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**HPH Properties, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Bethany David

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color brown ; Facial Hair ___
Approx. Age 30 ; Approx. Height 5'9" ; Approx. Weight 125

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Daniel Moore
Signature of Server

Subscribed and sworn to before me this
12 day of Oct., 20 10

Martha Moore
Notary Public     (Commission Expires)

**APS International, Ltd.**

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014