Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0180

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hammer Construction Services, Ltd
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19th** day of **October**, 20 **10**, at **11:14** o'clock **A** M

Place of Service: at **12660 Palmetto Pines Drive**, in **Cape Coral, FL 33909**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hammer Construction Services, Ltd**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kelly Demark, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **45-50** ; Approx. Height **5'1"** ; Approx. Weight **110**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Barbara Gray**
Signature of Server  #157183

Subscribed and sworn to before me this **22nd** day of **October**, 20 **10**

**Elena Alvarado**
Notary Public        (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

5681