Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0349

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J & H Distributers
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )
Name of Server: __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6th__ day of __October__, 20 __10__, at __7:40__ o'clock __P__ M

Place of Service: at ~~1321 West Causeway Approach~~ __551 Evergreen Dr.__, in __Mandeville, LA 70471__

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**J & H Distributers**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Josie Adams__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cauc.__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __52__ ; Approx. Height __5'7"__ ; Approx. Weight __125__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct. __11th__ day of __October__, 20 __10__

__Kennith Landry__                          __Tenure for Life__
Signature of Server                Notary Public        (Commission Expires)

**APS International, Ltd.**

NOTARY ATTESTS TO
SIGNATURES ONLY

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life