Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0405

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nice Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _ST. Tammany_ )
Name of Server: _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7_ day of _October_, 20 _10_, at _2:30_ o'clock _P_ M

Place of Service: at _25160 Stassi Road_, in Plaquemine, LA 70764

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Nice Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Craig M. Bellot / Director_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _Cauc._; Hair Color _Bald_; Facial Hair _No_
Approx. Age _50_; Approx. Height _6'2"_; Approx. Weight _215_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   _11th_ day of _October_, 20 _10_

_Kennith Landry_   _Tenure for Life_
Signature of Server   Notary Public   (Commission Expires)

**APS International, Ltd.**   ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY