Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0292

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Parish Home Center
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **ST. Tammany** )

Name of Server: **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7th** day of **October**, 20 **10**, at **11:45** o'clock **A** M

Place of Service: at ~~23002 General Gardner~~ **9293 Main Street**, in Zachary, LA 70791

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Parish Home Center**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Tom Mautner / Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Cauc.** Hair Color **Brown** ; Facial Hair **Yes**
Approx. Age **55** ; Approx. Height **5'10"** ; Approx. Weight **175**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Kennith Landry*
Signature of Server

Subscribed and sworn to before me this **11th** day of **October**, 20 **10**

Notary Public   (Commission Expires) **Tenure for Life**

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO SIGNATURES ONLY