Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0435

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RJL Drywall, Inc., ATTN: Lawrence Fitch
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )
Name of Server: Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18th day of October, 20 10, at 9:10 o'clock A M

Place of Service: at 8181 Bayshore Rd., in Fort Myers, FL 33917

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**RJL Drywall, Inc., ATTN: Lawrence Fitch**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Lawrence Fitch, Registered Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair
Approx. Age 60 ; Approx. Height 6'1" ; Approx. Weight 190

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157154

Subscribed and sworn to before me this 19th day of October, 20 10

Notary Public        (Commission Expires)

**APS International, Ltd.**

