
## 22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

### STATE OF LOUISIANA

NO. 2010-15767                                                      DIVISION "F"

### JON SCOTT MCLAIN

### VERSUS

### REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY

FILED: _____     _____
                                                                    DEPUTY CLERK

### NOTICE OF FILING OF REMOVAL

TO:   Honorable Malise Prieto
        22nd Judicial District Court, Parish of St. Tammany
        P. O. Box 1090
        Covington, Louisiana 70434

PLEASE TAKE NOTICE that defendant, Republic Fire and Casualty Insurance Company ("Republic"), has filed a *Notice of Removal*, in this matter hereby removing this action, entitled *Jon Scott Mclain v. Republic Fire and Casualty Insurance Company*, bearing docket number 2010-15767 in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. This Notice is being filed in conformity with 28 U.S.C. § 1446(d).

Respectfully submitted,

**LARZELERE PICOU WELLS
SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, LA 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565

BY: _____

JAY M. LONERO, T.A. (No. 20642)
jlonero@lpwsl.com
ANGIE ARCENEAUX AKERS (No. 26786)
aakers@lpwsl.com
ANDREW W. LEE (No. 31581)
alee@lpwsl.com

ATTORNEYS FOR REPUBLIC FIRE AND
CASUALTY INSURANCE COMPANY

**EXHIBIT A**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 13th day of January, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding by telefacsimile and/or by placing same in the United States Mail, properly addressed and first class postage prepaid.

*/s/ [signature]*