UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | CASE NO. 2:09-MD-2047 |
| | * | SECTION "L" |
| | * | JUDGE ELDON E. FALLON |
| This document related to: *Joyce W. Rogers, et al v. Knauf GIPS KG, et al* Docket No. 10-362 | * | MAGISTRATE JUDGE WILKINSON |

*********************************************************************

**MOTION FOR EXTENSION OF TIME TO COMPLETE PROFILER FORMS**

Defendant, Phillips Abita Lumber Company, Inc. ("Phillips"), by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Defendant Retailer Profile Form in the above-captioned matter, and in support thereof states as follows:

1. Undersigned counsel has been diligently working to obtain the necessary information to complete the Retailer Defendant Profiler Forms. However, additional time is needed to obtain the information requested therein and to verify its accuracy.

2. Phillips therefore requests that the deadline for its Retailer Defendant Profiler Forms be extended for thirty (30) days, or until January 23, 2011.

3. This extension will neither prejudice any of the parties nor delay this matter.

4. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Phillips Abita Lumber Company, Inc., respectfully requests that this Court grant this Motion for Extension of Time to complete and serve the Retailer Profile Forms, through and including January 23, 2011.

    Respectfully submitted,

**BERNARD, CASSISA, ELLIOTT & DAVIS**

A Professional Law Corporation

BY:   *S/ Stephen N. Elliott*
       **STEPHEN N. ELLIOTT (#5326)**
       **CAROLINE D. ELLIOTT (#28568)**
       **JEANNE M. MAULDIN (#28923)**
       1615 Metairie Road
       P.O. Box 55490
       Metairie, LA  70055-5490
       Telephone:  (504) 834-2612
       Email: elliotts@bcedlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd Day of December, 2010.

    Respectfully submitted,

    *S/ Stephen N. Elliott*
    Stephen N. Elliott (Bar No. 5326)
    Phone: (504) 834-2612
    Fax: (504) 838-9438
    E-Mail: elliotts@bcedlaw.com