UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | CASE NO. 2:09-MD-2047 |
| | * | SECTION "L" |
| | * | JUDGE ELDON E. FALLON |
| This document relates to: Sean and Beth Payton et al. v. Knauf Gips KG, et al. Case No. 2:09-cv-07628 | * | MAGISTRATE JUDGE WILKINSON |

******************************************

### ORDER

Given the foregoing Second Motion for Extension of Time to Complete Retailer Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, Phillips Abita Lumber Company, Inc., is hereby granted a thirty (30) day extension of time, or until February 20, 2011, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
HONORABLE ELDON E. FALLON
UNITED STATE DISTRICT JUDGE