UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>Hernandez, et al. v. AAA Insurance, et. al., Case No. 2:10-cv-3070 (E.D.La.) | |

## ORDER

Upon consideration of plaintiffs' Rule 6(b) motion for extension of time for service of process under Rule 4(m);

It is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. Plaintiffs are hereby granted an additional 120 days for service of process under Rule 4(m).

New Orleans, Louisiana, this 20th day of January, 2010.

Eldon E. Fallon
United States District Court Judge

1