UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO** *Campbell v. Knauf Plasterboard (Tianjin) Co. Ltd.***, No. 09-7628**

## ORDER

The Court received a telephone call from Plaintiff's counsel indicating that his client is ambivalent about appearing in person for the mediation ordered by the Court.  *See* (R. Doc. 7052).  The Court now clarifies that this Order requires Plaintiff to appear in person in Chambers for mediation.  Accordingly, IT IS ORDERED that Plaintiff is to appear in person for the Court-ordered mediation on January 24, 2011, at 9:00 a.m., and if he fails to do so, there will be grounds for dismissal of his case and all costs incurred by the parties and mediator relating to the mediation will be shifted to the Plaintiff.

New Orleans, Louisiana, this 21st day of January 2011.

_____
U.S. DISTRICT JUDGE