## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) ) | SECTION "L" |
| This document relates to: | ) ) | |
| CHARLENE AND TATUM HERNANDEZ, et al. Case No. 10-3070 | ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Timothy P. Hurley and José R. Cot, Maginnis & Hurley, APLC, hereby make an appearance as counsel of record for Fidelity National Insurance Company and Fidelity National Financial, Inc. This Notice of Appearance is being made without waiver of, and expressly subject to any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted:
/s/ José R. Cot
**JOSÉ R. COT (La. 18852)**
**MAGINNIS & HURLEY, APLC**
365 Canal Street, Suite 2750
New Orleans, Louisiana  70130
Telephone:  (504) 524-5353
Telefax:  (504) 524-5403
**ATTORNEYS FOR**
Fidelity National Insurance Company
and Fidelity National Financial, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of January, 2011.

 /s/ José R. Cot
**JOSÉ R. COT**