# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL       MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                              **SECTION L**
                                              **JUDGE FALLON**
                                              **MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*Kenneth and Barbara Wiltz v. Beijing New Building*
*Materials Limited Co., et al.; Case No. 10-361*
_____/

## ORDER GRANTING DEFENDANT'S, ALBANESE POPKIN THE OAKS DEVELOPMENT GROUP, LP, MOTION TO EXCEED PAGE LIMITATION

Upon consideration of the Motion to Exceed Page Limitation regarding the Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint (II) and Plaintiffs' Omnibus Class Action Complaint in Intervention (II(B)), Motion to Strike Demand for Jury Trial and Motion to Strike Demand for Attorneys' Fees filed by Defendant, Albanese-Popkin The Oaks Development Group, L.P., it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant's Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint (II) and Plaintiffs' Omnibus Class Action Complaint in Intervention (II(B)), Motion to Strike Demand for Jury Trial and Motion to Strike Demand for Attorneys' Fees, Memorandum of Law in Support and all exhibits thereto are deemed filed as of the date of this Order and the Clerk of Court is directed to separately docket Defendant's aforementioned Motion to Dismiss.

DONE and ORDERED in New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
United States District Judge

cc:      All counsel of record