## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL        MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

**SECTION L**
**JUDGE FALLON**
**MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

### DEFENDANT'S, ALBANESE POPKIN THE OAKS DEVELOPMENT GROUP, LP, MEMORANDUM IN SUPPORT OF MOTION TO EXCEED PAGE LIMITATION

Defendant, Albanese Popkin The Oaks Development Group, LP ("Albanese"), by and through its undersigned counsel, fully reserving any and all defenses, including jurisdiction, and pursuant to Federal Rule of Procedure 7 and Local Rule 7.8.1E, hereby files its Memorandum of Law in Support of its Motion to Exceed Page Limitation for its Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint and Motion to Strike Demand for Jury Trial (hereinafter "Motion"), and respectfully requests that the Court enter an Order permitting Albanese to exceed the twenty-five (25) page limitation for its Motion to Dismiss, and in support thereof states:

1.    Local Rule 7.8.1E states that "[e]xcept with prior permission of the judge, no trial brief or memorandum supporting or opposing a motion shall exceed 25 pages in length." L.R. 7.8.1E

2.    Due to the complex nature of this action, Albanese's Motion exceeds the twenty-five page limitation. Albanese has made efforts to edit its Motion to comply with the page limitation, but found that eliminating the extensive arguments and case law cited therein would have compromised its substance.

WHEREFORE, Defendant,  Albanese Popkin The Oaks Development Group, LP,

respectfully requests that the Court grant the instant Motion, and enter an Order permitting Albanese's Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint and Motion to Strike Demand for Jury Trial to exceed the twenty-page (25) page limitation, and grant such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of January, 2011.

        SACHS SAX CAPLAN
        Attorneys for Defendant, Albanese-Popkin The Oaks
        Development Group, L.P.
        6111 Broken Sound Parkway NW, Suite 200
        Boca Raton, Florida 33487
        Tele: (561) 994-4499
        Fax: (561) 994-4985

    By:  /s/ *Brett A. Duker*
        Brett A. Duker
        Florida Bar No. 0021609
        bduker@ssclawfirm.com