# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL        MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

        **SECTION L**
        **JUDGE FALLON**
        **MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

## NOTICE OF HEARING

**TAKE NOTICE** that Defendant, Albanese Popkin The Oaks Development Group, LP, will bring on for hearing its Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint and Motion to Strike Demand for Jury Trial on February 16, 2011 at 9:00 a.m.

    SACHS SAX CAPLAN
    Attorneys for Defendant, Albanese-Popkin The Oaks
    Development Group, L.P.
    6111 Broken Sound Parkway NW, Suite 200
    Boca Raton, Florida 33487
    Tele:   (561) 994-4499
    Fax:    (561) 994-4985

By:   /s/ *Brett A. Duker*
       Brett A. Duker
       Florida Bar No. 0021609
       bduker@ssclawfirm.com

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of January, 2011.

      SACHS SAX CAPLAN
Attorneys for Defendant, Albanese-Popkin The Oaks Development Group, L.P.
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, Florida 33487
Tele:  (561) 994-4499
Fax:  (561) 994-4985

By:    /s/ *Brett A. Duker*
      Brett A. Duker
      Florida Bar No. 0021609
      bduker@ssclawfirm.com