Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0429

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply, LLC, c/o CT Corporation System
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **New Mexico** ) ss.
County of: **Santa Fe** )

Name of Server: **Jeff Bowers**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19** day of **October**, 20 **10**, at **11:55** o'clock **A** M

Place of Service: at **123 East Marcy**, in **Sante Fe, NM 87501**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply, LLC, c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: **Leanne Martoney (Agent)**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Cau.**; Hair Color **Brn**; Facial Hair **No**
Approx. Age **33**; Approx. Height **5'5**; Approx. Weight **140**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **20** day of **October**, 20**10**

Notary Public                (Commission Expires)

**APS International, Ltd.**

