Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0255

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Swift Supply, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Alabama_ ) ss.
County of: _Escambia_ )

**Name of Server:** _Larry Gross_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7_ day of _October_, 20 _10_, at _2:15_ o'clock _Pm_ M

**Place of Service:** at _1450 Swift Mill Road_, in _Atmore, AL 36502_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Swift Supply, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Laura Stacey, Managing agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Gray_; Facial Hair ___
Approx. Age _55_; Approx. Height _5'5"_; Approx. Weight _120_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Larry Gross_
Signature of Server

Subscribed and sworn to before me this _7_ day of _Oct._, 20 _10_

_Martha Moore_   _5/31/14_
Notary Public   (Commission Expires)

**APS International, Ltd.**