Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0074

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wilson Heights Development, Inc., c/o MARC BIRNBAUM, P.A.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Florida_ ) ss.
County of: _Dade_ )

Name of Server: _Carlos Aguirre_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _14th_ day of _October_ , 20 _10_ , at _11:30_ o'clock _A_ M

Place of Service: at _1041 Ives Dairy Rd., Ste 238_ , in _Miami, FL 33179_

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Wilson Heights Development, Inc., c/o MARC BIRNBAUM, P.A.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Marc Birnbaum R.A._

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _BROWN_ ; Facial Hair _NO_
Approx. Age _56_ ; Approx. Height _5'11_ ; Approx. Weight _220_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _14th_ day of _October_ , 20 _10_

_____
Notary Public (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013