Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0186

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Gallery Development Group, LLC, d/b/a
American Gallery Homes
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Florida_ ) ss.

County of: _Lee_ )

Name of Server: _Barbara Gray_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _19th_ day of _October_ , 20 _10_ , at _6:22_ o'clock _P_ M

Place of Service: at _1120 Skiff Place_ , in _Sanibel, FL 33957_

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement**
**to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**American Gallery Development Group, LLC, d/b/a American Gallery Homes**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Kenneth Colter, Managing Member by drop service_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Grey_ ; Facial Hair _____
Approx. Age _55-60_ ; Approx. Height _5'8"_ ; Approx. Weight _165_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _Barbara Gray_ #157153
Signature of Server

Subscribed and sworn to before me this _25th_ day of _October_ , 20 _10_

_Elena Alvarado_
Notary Public          (Commission Expires)

**APS International, Ltd.**


Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

5709