Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0439

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--G. Drywalls Corporation, c/o Jennifer Gonzalez,
Alejandro Gonzalez, or Lidia Alonso
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **October**, 20 **10**, at **4:45** o'clock **P** M

Place of Service: at **14602 SW 182nd Terrace**, in **Miami, FL 33177-7775**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**G. Drywalls Corporation, c/o Jennifer Gonzalez, Alejandro Gonzalez, or Lidia Alonso**

By delivering them into the hands of an officer or managing agent whose name and title is: **Jane Doe (Lady refused her Name)**

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex **F**; Skin Color ____; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **27th** day of **October**, 20 **10**

Signature of Server

Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013