Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, L**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0063

**AFFIDAVIT OF SERVICE -- Corpora**

Service of Process on:

--Global Home Builders, LL
Court Case No. 09-762

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Martin )

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18 day of October, 20 10, at 2:34 o'clock PM

Place of Service: at 217 E. Ocean Blvd., in Stuart, FL 34994

Documents Served: the undersigned served the documents described as: Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Global Home Builders, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Pam Coleman - Receptionist for R/A, Leif Grazi, ESQ.

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Dark Brown ; Facial Hair ---
Approx. Age 38-42 ; Approx. Height 5'4" ; Approx. Weight 115 lbs
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server: *Amy M. Kreyling*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 18 day of October, 20 10
*BAP*
Notary Public
7-14-12
(Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services