Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



APS International, Ltd.
1-800-328-7171

**AFFIDAVIT OF SERVICE**
--LLJ Construction, c/o Lawrence Migliara
Court Case No. 09-7628

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Christinia Therien, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 06-Oct-2010 10:56 am
**Place of Service:** at 4936 W San Rafael St, city of Tampa, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons: Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
LLJ Construction, c/o Lawrence Migliara
By delivering them into the hands of Julie Migliar, a person of suitable age and discretion residing at the Place of Service,
whose relationship to the person to be served is Wife/Co-Resident

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair __
Approx. Age 30-35 yo; Approx. Height 5'4"; Approx. Weight 115 lbs

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Christinia Therien_
Signature of Server

Subscribed and sworn to before me this 15 day of October, 2010

_/s/ Notary_
Notary Public     (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 106415-128



ALAN SEGEL
MY COMMISSION # DD 897202
EXPIRES June 8, 2013
Bonded Thru Notary Public Underwriters