Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0428

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Lucra Investments, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Idaho_ ) ss.
County of: _Teton_

**Name of Server:** _Lindsey Moss_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27_ day of _October_, 20 _10_, at _4.05_ o'clock _P_ M

**Place of Service:** at _47 South main_, in _Driggs, ID. 83422_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lucra Investments, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Person identified himself as Jeff Boyer. Was identified by the office manager Staci Stewart._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _m_ ; Skin Color _W_ ; Hair Color _Bro_ ; Facial Hair ___
Approx. Age ___ ; Approx. Height _Sitting at desk_ ; Approx. Weight ___

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lindsey Moss_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _27_ day of _October_, 20 _10_

_Cindy Hatch_     _9-15-2013_
Notary Public      (Commission Expires)

[Notary Seal: CINDY HATCH, NOTARY PUBLIC, STATE OF IDAHO]