Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
*1-800-328-7171*

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0452

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meritage Homes of Florida, Inc., c/o Corporation Service Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** __James A Ali__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2__ day of __Nov__, 20__10__, at __10:40__ o'clock __A__ M

**Place of Service:** at __1201 Hays Street__, in __Tallahassee, FL 32301__

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Meritage Homes of Florida, Inc., c/o Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Joyce Markley - process clerk__

**Description of Person Receiving Documents:**
Sex __F__; Skin Color __W__; Hair Color __Blk__; Facial Hair ____
Approx. Age __42__; Approx. Height __5'8__; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____11-2-10_____
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __2__ day of __Nov__, 20__10__

_____
Notary Public     (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019