**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**THE PLAINTIFFS' STEERING COMMITTEE'S**
**NINTH MOTION TO LIFT STAY AS TO VARIOUS PENDING MOTIONS**

NOW INTO COURT comes The Plaintiffs' Steering Committee ("PSC") who moves this Court to lift the stay in this matter pertaining to the various pending motions as more fully outlined in the attached Memorandum in Support.

WHEREFORE, the PSC prays that this Court lift the stay in this matter as to the various pending motions more fully outlined in the Memorandum in Support attached hereto.

Respectfully submitted,

Dated: January 24, 2011   /s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

1

                                                Arnold Levin (On the Brief)
                                                Fred S. Longer (On the Brief)
                                                Matthew C. Gaughan (On the Brief)
                                                Levin, Fishbein, Sedran & Berman
                                                510 Walnut Street, Suite 500
                                                Philadelphia, PA 19106
                                                215-592-1500 (phone)
                                                215-592-4663 (fax)
                                                Alevin@lfsblaw.com
                                                *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | |
| Barrios, Kingsdorf & Casteix, LLP | Ervin A. Gonzalez |
| 701 Poydras Street, Suite 3650 | Colson, Hicks, Eidson, Colson |
| New Orleans, LA 70139 |   Matthews, Martinez, Gonzales, |
| Phone: (504) 524-3300 |   Kalbac & Kane |
| Fax: (504) 524-3313 | 255 Alhambra Circle, Penthouse |
| Barrios@bkc-law.com | Cora Gables, FL 33134 |
| | Phone: (305) 476-7400 |
| Daniel E. Becnel, Jr. | Fax: (305) 476-7444 |
| Becnel Law Firm. LLC | Ervin@colson.com |
| P.O. Drawer H | |
| 106 W. Seventh Street | Ben W. Gordon, Jr. |
| Reserve, LA 70084 | Levin, Papantonio, Thomas, Mitchell |
| Phone: (985) 536-1186 |   Echsner & Proctor, P.A. |
| Fax: (985) 536-6445 | 316 S. Baylen Street, Suite 600 |
| dbecnel@becnellaw.com | Pensacola, FL 32502 |
| | Phone: (850) 435-7000 |
| Robert C. Josefsberg | Fax: (850) 435-7020 |
| Podhurst Orseck, P.A. | bgordon@levinlaw.com |
| 25 Flagler Street, 8th Floor | |
| Miami, FL 33130 | Hugh P. Lambert |
| Phone: (305) 358-2800 | Lambert and Nelson |
| Fax: (305) 358-2382 | 701 Magazine Street |
| rjosefsberg@podhurst.com | New Orleans, LA 70130 |
| | Phone: (504) 581-1750 |
| Bruce William Steckler | Fax: (504) 529-2931 |
| Baron & Budd, P.C. | hlambert@lambertandnelson.com |
| 3102 Oak Lawn Ave., Suite 1100 | |
| Dallas, TX 75219 | |
| Phone: (214) 521-3605 | |
| Fax: (214) 520-1181 | |
| bsteckler@baronbudd.com | |

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Ninth Motion to Lift Stay as to Various Pending Motions and Memorandum of Law in support there has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of January, 2011.

      /s/_Leonard A. Davis_____
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047