UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Ninth Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motions:

1. Plaintiffs' Omnibus Motion for Preliminary Default Judgment re: *Wiltz* [Document #6974]; and

2. Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment re: *Gross* [Document #6970].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motions following the monthly status conference on February 23, 2011, or at a time set by the Court.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge