Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Residential Drywall, Inc., by serving Andrea M. Fair, Esq
Court Case No. 09-7628

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** Christinia Theien, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 06-Oct-2010 09:05 am

**Place of Service:** at 16009 North Lake Village Dr., city of Odessa, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Residential Drywall, Inc., by serving Andrea M. Fair, Esq
By delivering them into the hands of an officer or managing agent whose name and title is
Sharla Horne, Legal Assistant to Andrea M. Fair, Esquire

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F : Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 39 yrs : Approx. Height 5'4" : Approx. Weight 130 lbs
✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christinia Theien_
Signature of Server

Subscribed and sworn to before me this 15 day of October, 2010

_[signature]_
Notary Public   (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 106415-129



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters