Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



**AFFIDAVIT OF SERVICE ON A CORPORATION**
--RL Homes IX, LLC
Court Case No. 09-7628

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __Donna Baden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on __22-Oct-2010 12:20 pm__

**Place of Service:** at __18001 Old Cutler Rd., Suite 423__, city of __Palmetto Bay__, state of __FL__

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
RL Homes IX, LLC
By delivering them into the hands of an officer or managing agent whose name and title is Daniel LeVine, President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Black__; Facial Hair ____
Approx. Age __35__; Approx. Height __6'2__; Approx. Weight __200__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __27th__ day of __October__, 20 __10__

Notary Public   (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 106415-__463__



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013