Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Law Firm Requesting Service: ——— — —
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE**
--Smith Family Homes Corporation
Court Case No. 09-7628

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** Christinia Therien , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 05-Oct-2010 09:09 am

**Place of Service:** at 17123 Journeys End Dr. , city of Odessa , state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement
to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on,** A true and correct copy of the aforesaid document(s) was served on:
**Person Served, and** **Smith Family Homes Corporation**
**Method of Service:** By delivering them into the hands of Marlene Smith , a person of
suitable age and discretion residing at the Place of Service,
whose relationship to the person to be served is Wife/Co-Resident .

**Description of** The person receiving documents is described as follows:
**Person Receiving** Sex: FEMALE ; Skin Color White ; Hair Color Red - Brown ; Facial Hair
**Documents:** Approx. Age 65 ; Approx. Height 5 ' 5" ; Approx. Weight 135 lb
☒ To the best of my knowledge and belief, said person was not engaged in the US Military
at the time of service.

**Signature of Server:** Undersigned declares under penalty of
perjury that the foregoing is true and correct.

*Christinia Therien*
Signature of Server

Subscribed and sworn to before me this
15 day of October , 20 10

*[signature]*
Notary Public (Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 106415-136



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters