UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Wiltz, et al.v. Beijing New Building Materials*, Case No. 10-361 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |

-----------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' JAMES AND JOYCE MORRIS' CLAIMS AGAINST DEFENDANT BAY COLONY – GATEWAY, INC.

Pursuant to Fed.R.Civ.P. 41(a), Plaintiffs James and Joyce Morris, hereby voluntarily dismiss without prejudice all of their claims against Defendant Bay Colony – Gateway, Inc. Plaintiffs' claims against the other defendants are to remain in full force and effect. The parties are to bear their own attorneys' fees and costs.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, counsel for James and Joyce Morris, dated January 6, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

January 24, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liason Counsel
MDL 2047

## CERTIFICATE OF SERVICE

I hereby certify that this 24th day of January, 2011, a copy of this Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Leonard A. Davis
Leonard A. Davis, Esq.

# EXHIBIT "A"

# MORGAN & MORGAN®

A LIMITED LIABILITY COMPANY



Attorneys At Law

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

January 6, 2011

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Client Joyce/James Morris**
*In Re: Chinese Manufactured Drywall Products Liability Litigation*
*Kenneth and Barbara Wiltz, et al. vs. Beijing New Building Materials Public Limited Co., et al. – Case No.: 10-361*
Our File No.: 1179914

Dear Russ & Lenny:

We represent Joyce and James Morris. We hereby authorize the attorneys of Herman, Herman, Katz & Kotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal Without Prejudice of the Morris' claims in this lawsuit against Defendant Bay Colony – Gateway, Inc.

Sincerely,

Pete V. Albanis
PVA/aam

ATTORNEYS AT LAW: PANAGIOTIS V. ALBANIS, KELLY A. AMRITT, JAMES D. ARNOLD, JR., RUSSELL E. ARTILLE, DANESE K. BANKS, H. SCOTT BATES, RICHARD W. BATES, JENNIFER M. BERMEL, ALEXANDER BILLIAS, T. LEE BODIE, SCOTT T. BORDERS, GREGORY J. BOSSELER, WILLIAM B. BOWLES, JR, ANDREW M. BRAGG, CHAD T. BRAZZEAL, ADAM BRUM, DONALD W. BUCKLER, NICHOLAS A. BUONICONTI, III, JAMES S. BYRD, TUCKER H. BYRD, KEVIN J. CARDEN, BRUCE H. CARRAWAY, III, BEVERLY A. CARSON, KEITH M. CARTER, MICHAEL J. CARTER, RICHARD B. CELLER, ALEXANDER M. CLEM, RONALD C. CONNER, WILLIAM R. DANIEL, VINCENT M. D'ASSARO, MICHAEL L. DAVIS, CLAY A. DEATHERAGE, JOSEPH M. DEFRANCO, LOUIS A. DEFREITAS, JR., JOHN W. DILL, ANDRE F. DUCOTE, JAMES J. DYE, TYLER B. EVERETT, ALBERT J. FERRERA, WILLIAM FINN, GREGORIO A. FRANCIS, ANDREW FRISCH, PETER B. GEE, JR., TAMRA C. GIVENS, STEVEN C. GODDARD, ALAN GOODMAN, MICHAEL GOETZ, CHRISTOPHER J. GRADDOCK, C. DOUGLAS GREEN, JOHN HALL, JENNIFER J. HALPERN, RYAN J. HAYES, LAUREN C. HEATWOLE, DAVID G. HENRY, MATTHEW I. HETZEL, CHRISTOPHER J. HINCKLEY, HERBERT H. HOFMANN II, WILLIAM P. HOWARD, KATHERINE V. HUNG, MARTIN J. JAFFE, HEATHER H. JONES, VELMA L. JONES, STEPHEN R. KANZER, SUMEET KAUL, JAMES W. KEETER, JAMES J. KELLEHER, HANS KENNON, STEPHEN J. KNOX, DARRELL W. KROPOG, JR., GERALD L. KUCIA, RYAN C. KUHL, GRANT A. KUVIN, MARK A. LAMBERT, ARMANDO T. LAURITANO, CLINT M. LAVENDER, CARLOS V. LEACH, JARED M. LEE, JASON R. LEONARD, NANETTE A. LEVI, JOSEPH A. LINNEHAN, JAMES T. LYNCH, MICHAEL D. MARRESE, BOBBY F. MARTIN, JR., KATHERINE M. MASSA, BERNARD R. MAZAHERI, TODD K. MAZIAR, BRIAN K. McCLAIN, DAVID A. McLAUGHLIN, J. ANDREW MEYER, JUSTIN D. MILLER, JASON S. MILLER, TODD K. MINER, W. CLAY MITCHELL, JR., KEITH R. MITNIK, BRIAN F. MOES, DAVID B. MOFFETT, CHARLES T. MOORE, HECTOR A. MORE, C. RYAN MORGAN, JOHN B. MORGAN, T. MICHAEL MORGAN, ULTIMA D. MORGAN, DAVID H. MOSKOWITZ, HENRY P. MOWRY, OMAR L. NELSON, DANIEL J. NEWLIN, CHRISTOPHER H. NEYLAND, KEENAN R.S. NIX, A. SCOTT NOECKER, DAVID S. OLIVER, DONNY A. OWENS, NICHOLAS P. PANAGAKIS, R.A. PATTERSON, III, KIRK A. PERROW, FRANK M. PETOSA, RONSON J. PETREE, JOHN M. PHILLIPS, FRANK W. PIAZZA, REYNOLDS E. PITTS, JR., GREGORY D. PRYSOCK, CHRISTOPHER V. PULEO, J. CARLOS REAL, MICHAEL T. REESE, GARRY J. RHODEN, DAVID I. RICKEY, DARRYL E. ROUSON, PAUL L. SANGIOVANNI, RANDY E. SCHIMMELPFENNIG, JAMES H. SCHMITT, P. CHRIS SCHROEDER, MEGAN O. SEARLS, JOSEPH H. SHAUGHNESSY, DANIEL W. SHEPPARD, W. BRYAN SMITH, MICHAEL J. SMITH, RACHEL L. SOFFIN, DAVID A. SPAIN, DEIRDRE M. STEPHENS-JOHNSON, CRAIG R. STEVENS, L. CHRIS STEWART, MICHAEL F. SUTTON, JOSEPH M. TARASKA, J. HOWARD THIGPEN, NICHOLAS R. THOMPSON, HARRAN E. UDELL, BERT E. UEBELE, IV, SCOTT J. URICCHIO, BASIL A. VALDIVIA, BRIAN C. VIGNESS, IVAN D. VORONEC, BILL M. WADE, SCOTT WM. WEINSTEIN, J. DENNIS WEITZEL, MATTHEW B. WHEELEY, SCOTT M. WHITLEY, BRADFORD T. WILLARD

OF COUNSEL: MICHAEL ESPY, MICHAEL K. HOUTZ, J. MICHAEL PAPANTONIO, CLAY M. TOWNSEND, MARK J. PROCTOR

* BOARD CERTIFIED CIVIL TRIAL LAWYER
* BOARD CERTIFIED WORKERS' COMPENSATION LAWYER
** ALSO LICENSED IN ARIZONA
*** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
LICENSED IN IL & ILLINOIS
LICENSED IN AL, MS, TN
LICENSED IN TEXAS
LICENSED IN NY & NJ
LICENSED IN TN & AR
LICENSED IN TN & MS
LICENSED IN MO & IL
LICENSED IN MS & LA
LICENSED IN MS & TN
LICENSED IN TEXAS ONLY
LICENSED IN TN, AR & MS
LICENSED IN TENNESSEE ONLY
LICENSED IN ILLINOIS ONLY
LICENSED IN AR, TN, MS, KY & ?
LICENSED IN NORTH CAROLINA
ALSO LICENSED IN CALIFORNIA
ALSO LICENSED IN GEORGIA
ALSO LICENSED IN TENNESSEE
ALSO LICENSED IN ILLINOIS
ALSO LICENSED IN NEW YORK
ALSO LICENSED IN NEW JERSEY
ALSO LICENSED IN AL & GA
ALSO LICENSED IN DC & OK
BOARD CERTIFIED CONSTRUCTION LAW

www.forthepeople.com

JACKSON, MS (601) 949-3388 · DAVIE (954) 318-0268 · ST. PETERSBURG (727) 490-2001 · TAVARES (352) 253-2700 · FT. MYERS (239) 433-6880 · ORLANDO (407) 420-1414 · KISSIMMEE (407) 452-6990 · TAMPA (813) 223-5505 · ATLANTA (404) 965-8811 · JACKSONVILLE (904) 398-2722 · MEMPHIS (901) 217-7000 · WINTER HAVEN (863) 291-0428