UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D. La.) | MAG. JUDGE WILKINSON |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' JEAN AND CARMELLE MARTEL'S CLAIMS AGAINST DEFENDANT BAY COLONY – GATEWAY, INC.

Pursuant to Fed.R.Civ.P. 41(a), Plaintiffs Jean and Carmelle Martel, hereby voluntarily dismiss without prejudice all of their claims against Defendant Bay Colony – Gateway, Inc. Plaintiffs' claims against the other defendants are to remain in full force and effect. The parties are to bear their own attorneys' fees and costs.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, counsel for Jean and Carmelle Martel, dated January 6, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

January 24, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liason Counsel
MDL 2047

## CERTIFICATE OF SERVICE

I hereby certify that this 24th day of January, 2011, a copy of this Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Leonard A. Davis
Leonard A. Davis, Esq.

# EXHIBIT "A"



# MORGAN & MORGAN

### A LIMITED LIABILITY COMPANY

*Attorneys At Law*

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

January 6, 2011

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Clients Jean/Carmelle Martel**
*In Re: Chinese Manufactured Drywall Products Liability Litigation*
*Gross, et al. vs. Knauf Gips, K.G., et al. – Case No.: 09-6690*
Our File No.: 1163542

Dear Russ & Lenny:

    We represent Jean and Carmelle Martel. We hereby authorize the attorneys of Herman, Herman, Katz & Kotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal Without Prejudice of the Martels' claims in this lawsuit against Defendant Bay Colony – Gateway, Inc.

Sincerely,

Pete V. Albanis
PVA/aam

ATTORNEYS AT LAW
PANAGIOTIS V. ALBANIS
KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
DANESE K. BANKS
H. SCOTT BATES
RICHARD W. BATES
JENNIFER M. BERMEL
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS
GREGORY J. BOSSELER
WILLIAM B. BOWLES, JR.
ANDREW M. BRAGG
CHAD T. BRAZZEAL
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
JAMES S. BYRD
TUCKER H. BYRD
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III
BEVERLY A. CARSON
KEITH M. CARTER
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER
WILLIAM R. DANIEL
VINCENT M. D'ASSARO
MICHAEL L. DAVIS
CLAY A. DEATHERAGE
JOSEPH M. DEFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL
ANDRE F. DUCOTE
JAMES J. DYE
TYLER B. EVERETT
ALBERT J. FERRERA
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH
PETER B. GEE, JR.
TAMRA C. GIVENS
STEVEN C. GODDARD
ALAN GOODMAN
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK
C. DOUGLAS GREEN
JOHN HALL
JENNIFER J. HALPERN
RYAN J. HAYES
LAUREN C. HEATWOLE
DAVID G. HENRY
MATTHEW I. HETZEL
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN II
WILLIAM P. HOWARD
KATHERINE V. HUNG
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER
HANS KENNON
STEPHEN J. KNOX
DARRELL W. KROPOG, JR.
GERALD L. KUCIA
RYAN C. KUHL
GRANT A. KUVIN
MARK A. LAMBERT
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JARED M. LEE
JASON R. LEONARD
NANETTE A. LEVI
JOSEPH A. LINNEHAN
JAMES T. LYNCH
MICHAEL D. MARRESE
BOBBY F. MARTIN, JR.
KATHERINE M. MASSA
BERNARD R. MAZAHERI
TODD K. MAZIAR
BRIAN K. McCLAIN
DAVID A. McLAUGHLIN
J. ANDREW MEYER
JUSTIN D. MILLER
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK
BRIAN F. MOES
DAVID B. MOFFETT
CHARLES T. MOORE
HECTOR A. MORE
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN

ULTIMA D. MORGAN
DAVID H. MOSKOWITZ
HENRY P. MOWRY
OMAR L. NELSON
DANIEL J. NEWLIN
CHRISTOPHER H. NEYLAND
KEENAN R.S. NIX
A. SCOTT NOECKER
DAVID S. OLIVER
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
FRANK M. PETOSA
RONSON J. PETREE
JOHN M. PHILLIPS
FRANK W. PIAZZA
REYNOLDS E. PITTS, JR.
GREGORY D. PRYSOCK
CHRISTOPHER V. PULEO
J. CARLOS REAL
MICHAEL T. REESE
GARRY J. RHODEN
DAVID I. RICKEY
DARRYL E. ROUSON
PAUL L. SANGIOVANNI
RANDY E. SCHIMMELPFENNIG
JAMES H. SCHMITT
P. CHRIS SCHROEDER
MEGAN D. SEARLS
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD
W. BRYAN SMITH
MICHAEL J. SMITH
RACHEL L. SOFFIN
DAVID A. SPAIN
DEIRDRE M. STEPHENS-JOHNSON
CRAIG R. STEVENS
L. CHRIS STEWART
MICHAEL F. SUTTON
JOSEPH M. TARASKA
J. HOWARD THIGPEN
NICHOLAS R. THOMPSON
HARRAN E. UDELL
BERT E. UEBELE, IV
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS
IVAN D. VORONEC
BILL M. WADE
SCOTT WM. WEINSTEIN
J. DENNIS WEITZEL
MATTHEW B. WHEELEY
SCOTT M. WHITLEY
BRADFORD T. WILLARD

OF COUNSEL
MICHAEL ESPY
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
CLAY M. TOWNSEND
MARK J. PROCTOR

† BOARD CERTIFIED CIVIL TRIAL LAWYER
* BOARD CERTIFIED WORKERS' COMPENSATION LAWYER
** ALSO LICENSED IN ARIZONA
*** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
Δ LICENSED IN ILLINOIS
º LICENSED IN AL, MS, TN
■ LICENSED IN TEXAS
¤ LICENSED IN NY & NJ
+ LICENSED IN TN & AR
⊥ LICENSED IN TN & MS
* LICENSED IN MO & IL
▥ LICENSED IN MS & LA
✕ LICENSED IN MS & TN
○ LICENSED IN TEXAS ONLY
□ LICENSED IN TN, AR & MS
∞ LICENSED IN TENNESSEE ONLY
✦ LICENSED IN ILLINOIS ONLY
✯ LICENSED IN AR, TN, MS KY & FL
◊ LICENSED IN NORTH CAROLINA
● ALSO LICENSED IN CALIFORNIA
▣ ALSO LICENSED IN GEORGIA
♦ ALSO LICENSED IN TENNESSEE
♣ ALSO LICENSED IN ILLINOIS
§ ALSO LICENSED IN NEW YORK
◘ ALSO LICENSED IN NEW JERSEY
Ω ALSO LICENSED IN AL & GA
⊛ ALSO LICENSED IN DC & OK
✓ BOARD CERTIFIED CONSTRUCTION LAW

www.forthepeople.com

JACKSON, MS (601) 949-3388 | DAVIE (954) 318-0268 | ST. PETERSBURG (727) 490-2001 | TAVARES (352) 253-2700 | FT. MYERS (239) 433-6880 | ORLANDO (407) 420-1414 | KISSIMMEE (407) 452-6990 | TAMPA (813) 223-5505 | ATLANTA (404) 965-8811 | JACKSONVILLE (904) 398-2722 | MEMPHIS (901) 217-7000 | WINTER HAVEN (863) 291-0428