UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                             SECTION L
THIS DOCUMENT RELATES TO:

                                             JUDGE FALLON
*Gross, et al. v. Knauf Gips KG, et al.,* Case No.     MAG. JUDGE WILKINSON
        2:09-cv-6690 (E.D. La.)
------------------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF FRANKIE JONES' CLAIMS

Pursuant to Fed.R.Civ.P. 41(a), Plaintiff Frankie Jones, hereby voluntarily dismisses without prejudice all of her claims against all defendants in this case. Ms. Jones' claims were part of the July 9, 2010 Motion to Intervene (paragraph 188). The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, counsel for Frankie Mae Jones, dated December 30, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                             Respectfully submitted,

January 24, 2011                             /s/ Leonard A. Davis
                                             Russ M. Herman, Esq. (LA Bar No. 6819)
                                             Leonard A. Davis, Esq. (LA Bar No. 14190)
                                             Stephen J. Herman, Esq. (LA Bar No. 23129)
                                             Herman, Herman, Katz & Cotlar, LLP
                                             820 O'Keefe Ave.
                                             New Orleans, LA 70113
                                             Phone: (504) 581-4892
                                             Fax: (504) 561-6024
                                             LDavis@hhkc.com
                                             Plaintiffs' Liason Counsel
                                             MDL 2047

## CERTIFICATE OF SERVICE

I hereby certify that this 24th day of January, 2011, a copy of this Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Leonard A. Davis
Leonard A. Davis, Esq.

# EXHIBIT "A"

ATTORNEYS AT LAW

PANAGIOTIS V. ALBANIS ✥
KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
DANESE K. BANKS ✥
H. SCOTT BATES
RICHARD W. BATES
JENNIFER M. BERMEL ○
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER †
WILLIAM B. BOWLES, JR.
ANDREW M. BRAGG
CHAD T. BRAZZEAL
ADAM BRUM
DONALD W. BUCKLER ✥
NICHOLAS A. BUONICONTI, III
JAMES S. BYRD
TUCKER H. BYRD ◇
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ***
BEVERLY A. CARSON ***
KEITH M. CARTER †
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ***
WILLIAM R. DANIEL ⊚
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
CLAY A. DEATHERAGE
JOSEPH M. DEFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
ANDRE F. DUCOTE ****
JAMES J. DYE
TYLER B. EVERETT
ALBERT J. FERRERA
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH ⊓
PETER B. GEE, JR. ◇
TAMRA C. GIVENS
STEVEN C. GODDARD
ALAN GOODMAN ✇
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ***
C. DOUGLAS GREEN
JOHN HALL ✖
JENNIFER J. HALPERN ‡
RYAN J. HAYES
LAUREN C. HEATWOLE
DAVID G. HENRY
MATTHEW I. HETZEL
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN II
WILLIAM R HOWARD
KATHERINE V. HUNG ***^
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JOREN
STEPHEN R. KANZER
SUMEET KAUL ⬧
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
DARRELL W. KROPOG, JR.
GERALD L. KUCIA
RYAN C. KUHL
GRANT A. KUVIN
MARK A. LAMBERT ^
ARMANDO T. LAURITANO §
CLINT M. LAVENDER
CARLOS V. LEACH
JARED M. LEE
JASON R. LEONARD **
NANETTE A. LEVI •
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE ✥
BOBBY F. MARTIN, JR. □
KATHERINE M. MASSA ✳
BERNARD R. MAZAHERI ▥
TODD K. MAZIAR ▨
BRIAN K. McCLAIN
DAVID A. McLAUGHLIN +
J. ANDREW MEYER
JUSTIN O. MILLER ***
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK †◇
BRIAN F. MOES
DAVID B. MOFFETT †
CHARLES T. MOORE
HECTOR A. MORE ʹ
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN

ULTIMA D. MORGAN
DAVID M. MOSKOWITZ ***
HENRY P. MOWRY
OMAR L. NELSON ****
DANIEL J. NEWLIN △
CHRISTOPHER R. NEYLAND***^*
KEENAN R.S. NIX † ***
A. SCOTT NOECKER
DAVID S. OLIVER
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
FRANK M. PETOSA
RONSON J. PETREE
JOHN M. PHILLIPS ⊡
FRANK W. PIAZZA
REYNOLDS E. PITTS, JR.
GREGORY D. PRYBOCK †
CHRISTOPHER V. PULEO
J. CARLOS REAL ^
MICHAEL T. REESE
GARRY J. RHODEN ✥
DAVID I. RICKEY *
DARRYL E. ROLISON
PAUL L. SANGIOVANNI ✓
RANDY E. SCHIMMELPFENNIG
JAMES H. SCHMITT
P. CHRIS SCHROEDER
MEGAN D. SEARLES
JOSEPH H. SHAUGHNESSY
DANIEL M. SHEPPARD †
W. BRYAN SMITH ∞
MICHAEL J. SMITH †
RACHEL L. SOFFIN
DAVID A. SPAIN
DEIRDRE M. STEPHENS-JOHNSON
CRAIG R. STEVENS †
L. CHRIS STEWART ***
MICHAEL F. SUTTON ‡
JOSEPH M. TARASKA †
J. HOWARD THIGPEN
NICHOLAS R. THOMPSON
HARRAN E. UDELL
BERT E. UEBELE, IV
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
BILL M. WADE +
SCOTT WM. WEINSTEIN
J. DENNIS WEITZEL †○
MATTHEW B. WHEELEY
SCOTT M. WHITLEY † □
BRADFORD T. WILLARD

OF COUNSEL
MICHAEL ESPY*****
MICHAEL A. HOUTZ
J. MICHAEL PAPANTONIO
CLAY M. TOWNSEND
MARK J. PROCTOR

# MORGAN & MORGAN®

### A LIMITED LIABILITY COMPANY



*Attorneys At Law*

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

December 30, 2010

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE:   **Our Client Frankie Jones**
      *In Re:  Chinese Manufactured Drywall Products Liability Litigation*
      *Gross, et al. v. Knauf Gips KG, et al., Case No. 2:09-cv-6690*
      Our File No.:  192665

Dear Russ & Lenny:

    We represent Ms. Frankie Jones.  We hereby authorize the attorneys of
Herman, Herman, Katz & Kotlar, LLP to file the enclosed Rule 41 Notice of
Voluntary Dismissal Without Prejudice of all of Ms. Jones' claims in this lawsuit.

Sincerely,

Pete V. Albanis
PVA/aam

†    BOARD CERTIFIED
     CIVIL TRIAL LAWYER
⬧    BOARD CERTIFIED WORKERS'
     COMPENSATION LAWYER
**   ALSO LICENSED IN ARIZONA
***  LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONL
^    LICENSED IN NEW YORK
‡    LICENSED IN GEORGIA
△    LICENSED IN ILLINOIS
○    LICENSED IN AL, MS, TN
▥    LICENSED IN TEXAS
⊓    LICENSED IN NY & NJ
+    LICENSED IN TN & AR
⅄    LICENSED IN TN & MS
⊚    LICENSED IN MO & IL
▨    LICENSED IN MS & LA
✖    LICENSED IN MS & TN
◇    LICENSED IN TEXAS ONLY
□    LICENSED IN TN, AR & MS
∞    LICENSED IN TENNESSEE ONL'
✥    LICENSED IN ILLINOIS ONLY
✦    LICENSED IN AR, TN, MS KY &
○    LICENSED IN NORTH CAROLINA
✳    ALSO LICENSED IN CALIFORNIA
▥    ALSO LICENSED IN GEORGIA
▨    ALSO LICENSED IN TENNESSEE
✦    ALSO LICENSED IN ILLINOIS
§    ALSO LICENSED IN NEW YORK
□    ALSO LICENSED IN NEW JERSE
Ω    ALSO LICENSED IN AL & GA
⊛    ALSO LICENSED IN DC & OK
✓    BOARD CERTIFIED
     CONSTRUCTION LAW