UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION L

THIS DOCUMENT RELATES TO:
*Payton, et al. v. Knauf Gips KG, et al.*, 09-7628   JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

## JEFFREY ROBERTS, MICHAEL A. AND NICOLE GARDETTE'S COMBINED ERRATA AND NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT SUNRISE CUSTOM HOMES & CONSTRUCTION, LLC

Plaintiffs Jeffrey Roberts and Michael A. and Nicole Gardette (hereafter referred to as "Plaintiffs") hereby notes the following Eratta to the complaint in *Payton, et al. v. Knauf Gips KG, et al.*, Case No. 09-7628 (the "Omnibus I Complaint"): Sunrise Custom Homes & Construction, LLC (Paragraph 2476; Subclass 396) is mistakenly identified as the builder of Plaintiffs' home. The actual builder of the Plaintiffs' home is Sun Construction, L.L.C. d/b/a Sunrise Homes (Paragraph 2474; Subclass 393). Plaintiff shall proceed with his claims against Sun Construction, L.L.C. d/b/a Sunrise Homes (Paragraph 2474; Subclass 393) and is voluntarily dismissing, without prejudice, their claims against Sunrise Custom Homes & Construction, LLC (Subclass 396).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismisses, without prejudice, their claims against Sunrise Custom Homes & Construction, LLC (Paragraph 2476; Subclass 396). The parties are to bear their own attorneys fees and costs.

Attached hereto as Exhibit "A" is a correspondence from Joseph M. Bruno, Esq., Counsel for Plaintiffs, dated January 18, 2011, which specifically authorized the undersigned to file this Combined Errata and Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: January 24, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Facsimile: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronic uploading same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of January, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Facsimile: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT "A"

| | | |
|---|---|---|
| **BRUNO & BRUNO** LLP | FRANK S. BRUNO | DAVID S. SCALIA |
| & YOU, SINCE 1950   TRIAL LAWYERS | STEPHEN P. BRUNO | JOSEPH BRUNO, JR. |
| | ROBERT J. BRUNO | CHRISTOPHER M. HATCHI |
| | | STEPHANIE MAY BRUNO |

January 10, 2011

**VIA HAND DELIVERY**
Russ M. Herman, Esq
Leonard A. Davis, Esq
Stephen J. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: *In Re: Chinese Manufactured Drywall Products Liability Litigation*
United States District Court, Eastern District of Louisiana
MDL No. 2047
*Payton, et al. v. Knauf Gips KG, et al.*; C.A. No. 09-7628

Dear Counselors:

Please find enclosed Combined Errata and Notice of Voluntary Dismissal for my clients, Jeffrey Roberts and Michael A. and Nicole Gardette; in the above captioned matter. If you have any questions, please feel free to contact me at (504) 525-1335.

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

Joseph M. BRuno