IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| | | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION: L |
| | x | |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to Banner Supply Company's First Set of Interrogatories and First Request for Production dated November 19, 2010, filed herein by Florida Style Services, Inc.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to Banner Supply Company's First Set of Interrogatories and First Request for Production dated November 19, 2010 be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant FLORIDA STYLE SERVICES, INC. shall be granted until February 21, 2011 within which to respond to Banner Supply Company's First Set of Interrogatories and First Request for Production dated November 19, 2010 in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 09-2047.

New Orleans, Louisiana, this __21st__ day of January, 2011.

Honorable Eldon E. Fallon
United States District Judge

Copies furnished to:
Counsel of Record

3865371v1