UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL )    MDL NO. 2047
  PRODUCTS LIABILITY LITIGATION )
                             )    SECTION: L
                             )
                             )    JUDGE FALLON
                             )    MAG. JUDGE WILKINSON
_____ )

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

      Considering the Plaintiffs' Steering Committee's Motion for Leave to File Response and Memorandum in Opposition to the Taishan Defendants' Motion for Protective Order [Rec. Doc. 7003] and Reply to the Taishan Defendants' Opposition to the Plaintiffs' Steering Committee's Motion to Compel [Rec. Doc. 7026];

      IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Response and Memorandum in Opposition to the Taishan Defendants' Motion for Protective Order [Rec. Doc. 7003] and Reply to the Taishan Defendants' Opposition to the Plaintiffs' Steering Committee's Motion to Compel [Rec. Doc. 7026].

      New Orleans, Louisiana, this 21st day of January, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge