UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED        MDL DOCKET: 2047
DRYWALLPRODUCTS LIABILITY
LITIGATION                          SECTION:  L


THIS DOCUMENT RELATES TO:           JUDGE FALLON
CASE NO. 2:10-cv-932 (Amato)
                                    MAG. JUDGE WILKINSON

_____/

TAYLOR MORRISON SERVICES, INC.  AND TAYLOR WOODROW
COMMUNITIES AT VASARI, L.L.C.'S MEMORANDUM IN SUPPORT OF ITS
AMENDED MOTION TO LIFT STAY TO SCHEDULE A HEARING ON ITS
MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants, Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C. (collectively, "**Taylor Morrison**") by and through undersigned counsel submits the following memorandum in support of its Amended Motion to Lift the Stay and to Schedule the Hearing on its Motion for Partial Summary Judgment against insurance company defendant, Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company, ("**Chartis**") as to the pollution exclusion.  As grounds therefore states:

Taylor Morrison has filed its Motion for Partial Summary Judgment against insurance company defendant Chartis, which is pending before this Honorable Court. Taylor Morrison believes that it is essential that this motion be set for hearing by the Court and ruled upon to streamline this matter and conserve the Court's and parties' resources.  Taylor Morrison respectfully requests that the stay in this matter be lifted as to its Motion for Partial Summary Judgment.

The Court has previously granted motions to lift the stay and hear arguments on motions related to insurance coverage issues.  Taylor Morrison respectfully requests that the Court schedule argument on its motion following the monthly status conference scheduled for February 23, 2011.

s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON,  P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

### CERTIFICATE OF SERVICE

I HEREBY certify that on January 24, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/ Neal A. Sivyer
Neal A. Sivyer
