UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO CASE NO. 2:10-cv-932 (Amato) _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that counsel for Defendants, Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, LLC., (collectively, "Taylor Morrison") in the above-numbered and entitled action, will move the Court to bring on for hearing its Amended Motion to Lift Stay in Pretrial Order No. 1 insofar as to set a hearing on Taylor Morrison's Motion for Partial Summary Judgment against insurance defendant, Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company,  before the Honorable Eldon E. Fallon, the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, LA  70130, at a date and time to be set by the Court at the Status Conference scheduled for **February 23, 2011,** or at a time set by this court.

Respectfully submitted,

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 24, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Neal A. Sivyer  
Neal A. Sivyer