MINUTE ENTRY
FALLON, J.
JANUARY 20, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Cathy Pepper

Appearances:  Arnold Levin, Esq. For PSC
Frank Spano, Esq. For Taishan Gypsum
Nick Panayotopoulos, Esq. For Banner
Patrick Montoya, Esq. For PSC

1. PSC's Motion to Lift Stay (R. Doc. 5572) re: PSC's Motion for Class Certification in *Germano* (R. Doc. 3293);

    NO ARGUMENT-CONTINUED until personal jurisdiction discovery is complete.

2. PSC's Motion to Lift Stay (R. Doc. 5939) re: PSC's Motion for Default Judgment in *Gross* (R. Doc. 5621);

    ARGUMENT-CONTINUED for one week to allow counsel for the defendants to enter an appearance; if counsel fails to do so, the Court grants the Motion and will move forward with the default.

3. Banner's Motion for a Finding of Contempt and to Compel Against the Center of Toxicology and Environmental Health (R. Doc. 6518) re: how to proceed with discovery related to the parties' communications with the CPSC;

    ARGUMENT-DENIED AS MOOT with the right to refile in case the requested discovery is not provided.

1

JS10:     :33

In re: Chinese Drywall Litigation  MDL - 2047 - L
Motion Hearing - January 20, 2011

4. PSC's Motion to Compel Discovery Responses from Mark Norris (R. Doc. 6527);

   NO ARGUMENT-DENIED AS MOOT.

5. PSC's Motion to Lift Stay (R. Doc. 6672) re: numerous PSC motions;

   NO ARGUMENT-GRANTED, with the understanding that the parties will submit a joint proposed briefing and hearing schedule for the PSC's Motion for an Accounting and Other Relief (R. Doc. 6669).

6. Knauf & Banner's Joint Motion to Compel Responses to Discovery (R. Doc. 6766);

   NO ARGUMENT-DENIED AS MOOT.

7. PSC's Motion to Strike Confidentiality Designations of Various Knauf Entities (R. Doc. 6813);

   NO ARGUMENT-DENIED AS MOOT.

8. PSC's Motion to Compel Responses to Rule 34 Requests for Documents (R. Doc. 6816);

   NO ARGUMENT-DENIED AS MOOT.

9. PSC's Motion to Strike Attorney-Client Privilege Claims of Various Knauf Entities (R. Doc. 6904);

   NO ARGUMENT-DENIED AS MOOT.

10. Knauf's Motion for Protective Order (R. Doc. 6948);

    NO ARGUMENT-DENIED AS MOOT.

11. PSC's Motion to Lift Stay (R. Doc. 6954) re: setting for hearing the PSC's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of all Outside Settlement Activities (R. Doc. 6947);

    NO ARGUMENT-GRANTED with the understanding the parties will submit a joint briefing and hearing schedule to the Court.

In re: Chinese Drywall Litigation                                  MDL - 2047 - L
Motion Hearing - January 20, 2011

12.     PSC's Motion Challenging the Adequate and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co. Ltd. & Taian Taishan Plasterboard Co., Ltd., & to Compel Discovery & Jurisdictional Depositions to Begin in February 2011 (R. Doc. 6964);

       ARGUMENT-DENIED with the right to refile.  IT IS ORDERED that the parties are to proceed with Rule 30(b)(6) depositions as soon as practicable.  The parties are directed to select mutually agreeable dates and inform the Court by next week.  IT IS FURTHER ORDERED that scope of the depositions is to be broad, including questions about related, subsidiary, parent, and affiliated companies.  The Court will be available by phone during the depositions to assist the parties.

13.     Taishan & Taian's Motion for Protective Order (R. Doc. 7003).

       ARGUMENT-DENIED.

3