IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Slidell Property Management, L.L.C. v. Knauf Plasterboard Tianjin Co., Ltd. et al.* Case No. 09-6068 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Plaintiff's Brief In Opposition to Dismissal of Suit for Failure to Prosecute**

**May it please the Court:** Plaintiff, Slidell Property Management, L.L.C. c/o John Campbell, submits this brief in opposition to dismissal of its suit for failure to prosecute, specifically for failure to comply with a Court Ordered Mediation. For the reasons set forth herein, Plaintiff respectfully requests that it be allowed to continue prosecution of its case.

On January 20, 2011, this Honorable Court issued a Court Order compelling mediation of the above captioned matter for 9:00am January 24, 2011 in the Chambers of the Judge Fallon. Upon notification of the compelled mediation, Plaintiff notified this Honorable Court that its representative, John Campbell, could only participate by phone. On January 21, 2011, this Honorable Court clarified its January 20th Order with a subsequent Order specifically stating that John Campbell was to appear in person at the Court Ordered Mediation on January 24, 2011. Mr. Campbell did not attend and this Court fined Mr. Campbell $7,000.00 for his failure to appear and set a show-cause hearing for January 26, 2011, wherein Plaintiff, specifically John Campbell, was ordered to appear and show cause why his suit should not be dismissed for failure to prosecute and for failure to

1

comply with a Court Order.

Plaintiff respectfully submits that John Campbell was not given sufficient notice to attend the Court Ordered Mediation in person. Plaintiff further submits that John Campbell was made available by phone for the mediation and was ready, willing, and able to participate with the compelled mediation. Furthermore, dismissal of Plaintiff's suit is extreme given the circumstances. Plaintiff has been an important participant in this litigation and prosecuted with vigor its causes of action. Plaintiff was regrettably unable to attend in person the Court Ordered Mediation. However, fines levied against Plaintiff are unreasonable, dismissal of Plaintiff's suit is unwarranted under the circumstances, and both would violate Plaintiff's constitutional right of due process because Plaintiff was given insufficient notice of the Compelled Mediation.

WHEREFORE, Plaintiff respectfully submits that its suit should not be dismissed and that it be allowed to continue prosecution of its case before Judge Fallon in the United States District Court for the Eastern District of Louisiana in the pursuit of a resolution and/or compromise commensurate with fairness and justice to all parties.

All of which is respectfully submitted:

    /s/Hugh P. Lambert
HUGH P. LAMBERT, T.A.   (LA Bar # 7933)
CAYCE C. PETERSON      (LA Bar # 32217)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
cpeterson@lamnel.com