UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO CASE NO. 2:10-cv-932 (Amato) | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

_____/

NOTICE OF FILING AFFIDAVITS IN SUPPORT OF THE TAYLOR MORRISON DEFENDANTS/CROSS CLAIMANTS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE POLLUTION EXCLUSION AGAINST DEFENDANT/ CROSS-DEFENDANT CHARTIS SPECIALTY INSURANCE COMPANY

Developer/Builder Defendants and Cross-Claimants Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., and Taylor Morrison of Florida, Inc., (collectively, "Taylor Morrison") by and through its undersigned counsel herby gives notice of filing the below affidavits in support of its Motion for Partial Summary Judgment against insurance company defendant, Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company, ("**Chartis**") as to the pollution exclusion.

1. Darrell C. Sherman;
2. Suzanne McDermott Brown; and
3. Mark A. DeLillo.

1

2

                Respectfully submitted,

                /s/ Neal A. Sivyer
                Neal A. Sivyer
                Florida Bar No. 373745
                **SIVYER BARLOW & WATSON, P.A.**
                401 E. Jackson Street, Suite 2225
                Tampa, Florida 33602
                Telephone: (813) 221-4242
                Facsimile: (813) 227-8598

## CERTIFICATE OF SERVICE

       I HEREBY certify that on January 24, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

                /s/ Neal A. Sivyer
                Neal A. Sivyer