UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, et al., | CASE NO.: 10-932 |
| Plaintiffs, | |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |

**AFFIDAVIT OF DARRELL C. SHERMAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE POLLUTION EXCLUSION**

I, Darrell C. Sherman, being duly sworn, depose and make under oath the following Affidavit:

1. I am the General Counsel, Secretary and a Vice President of Defendant/Cross-Claimant Taylor Morrison, Inc. and all of its subsidiaries, positions that I have held since June 2009. I am making this Affidavit in support of the Motion by Developer/Builder Defendants and Cross-Claimants Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., and Taylor Morrison of Florida, Inc., (collectively, "Taylor Morrison") for Partial Summary Judgment, pursuant to Federal Rule of Civil Procedure 56, against Insurance Company Defendant Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company ("Chartis"), for a ruling that the underlying Chinese drywall claims against Taylor Morrison are not subject to the pollution exclusions contained in the insurance policies issued by Chartis to Taylor Morrison.

2. I have the ultimate responsibility at Taylor Morrison for the handling of Taylor Morrison's claims against Chartis, as well as the underlying lawsuits against Taylor Morrison that led to the insurance coverage claims. I am the General Counsel, Secretary and a Vice

60494\4040319v1

President of each of the four Taylor Morrison Defendants/Cross-Claimants. Unless otherwise stated, each of the facts set forth herein is personally known to me and, if called as a witness, I could and would competently testify thereto.

### The Parties To This Motion

3. Defendant/Cross-Claimant Taylor Morrison, Inc. is a Delaware corporation. Its corporate office and principal place of business have been located in Scottsdale, Arizona since April 2008. I personally am located in the Scottsdale corporate office. Taylor Morrison, Inc., through its subsidiaries, is a real estate developer and builder with operations in Arizona, California, Colorado, Florida, Nevada and Texas. Taylor Morrison, Inc. is the ultimate parent company of the three other Taylor Morrison Defendants/Cross-Claimants in this action.

4. Defendant/Cross-Claimant Taylor Morrison Services, Inc., is also a Delaware corporation with its principal place of business in Scottsdale, Arizona. Taylor Morrison Services, Inc. currently acts as a general contractor in California, where it has 25 offices. Taylor Morrison Services, Inc. was formerly known as Morrison Homes, Inc. Previously, it acted as a real estate developer and builder in other states, including Florida, but it no longer builds or sells homes in Florida.

5. Defendant/Cross-Claimant Taylor Woodrow Communities at Vasari, L.L.C., is a Florida limited liability company with its principal place of business in Florida. Taylor Woodrow Communities at Vasari, L.L.C. is a real estate developer and builder with operations in Florida.

6. Defendant/Cross-Claimant Taylor Morrison of Florida, Inc. is a Florida corporation with its principal place of business in Florida. Taylor Morrison of Florida, Inc. is a real estate developer and builder with operations in Florida.

7. Defendant/Cross-Defendant Chartis states that it is "a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of New York." *See* Notice of Removal of Action, dated May 4, 2010 (paragraph 10) and Joinder filed by Chartis on May 5, 2010 in an unrelated matter entitled *Taylor Morrison Services, Inc. v. Zurich*

*American Ins. Co. et al.* Case No. CV-10-03334 (U.S.D.C., Central District of California), true and correct copies of which are attached hereto as Exhibit A.

8. Prior to 2007, Chartis was incorporated in Alaska. Attached as Exhibit B is a true and correct copy of the first page of the Chartis Annual Statement for 2006, as filed by Chartis with the National Association of Insurance Commissioners. This indicates that the "statutory home office" and "primary location of books and records" for Chartis in 2006 was in Anchorage, Alaska, but that the "main administrative office" and "mail address" for Chartis were both located at 70 Pine Street, New York, NY 10270 at that time.

9. Attached as Exhibit C is a true and correct copy of the first page of the Chartis Annual Statement for 2009. This states that the "statutory home office" for Chartis is now in Chicago, Illinois, but that its "main administrative office," "mail address" and "primary location of books and records" are all located at 175 Water Street, New York, NY 10038.

10. Attached as Exhibit D is a true and correct copy of "Schedule T" to the Annual Statement of Chartis for the year 2009. This shows that in 2009, Chartis had gross premiums of $36,276,119 in the State of Louisiana.

### Taylor Morrison's Ability To Pay Settlements Or Judgments Is Not Contingent Upon An Insurance Recovery

11. Taylor Morrison's ability to pay either settlements agreed with, or adverse judgments obtained by, the thirteen homeowners who have asserted claims against Taylor Morrison in this (Amato) action, is not contingent upon an insurance recovery from Chartis. Taylor Morrison has the financial strength to pay (and will pay) any such settlements or judgments from its own resources. Neither the payment of settlements nor the satisfaction of any such judgments would be contingent on the availability of insurance. Taylor Morrison is not asking Chartis to pay directly for the remediation of these thirteen homes; instead, it is seeking

declaratory relief that its claims are covered and (ultimately) reimbursement by Chartis of the losses that it incurs.

_____
Darrell C. Sherman

STATE OF ARIZONA

COUNTY OF MARICOPA

Sworn to (or affirmed) and subscribed before me this 6th day of December 2010, by Darrell C. Sherman, who is personally known to me or who has produced _____ as identification.

_____
Notary Public

> OFFICIAL SEAL
> DAWN D. BAXTER
> NOTARY PUBLIC - State of Arizona
> MARICOPA COUNTY
> My Comm. Expires April 4, 2014

My Commission expires:_____

**EXHIBIT A**



PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

# ANNUAL STATEMENT

FOR THE YEAR ENDED DECEMBER 31, 2006
OF THE CONDITION AND AFFAIRS OF THE

## American International Specialty Lines Insurance Company

NAIC Group Code __0012__ (Current) __0012__ (Prior)   NAIC Company Code __26883__   Employer's ID Number __02-0309036__

Organized under the Laws of __Alaska__, State of Domicile or Port of Entry __Alaska__
Country of Domicile __United States of America__

Incorporated/Organized __02/05/1973__   Commenced Business __07/20/1973__

Statutory Home Office __1400 W. Benson Boulevard, Suite 315__ (Street and Number), __Anchorage, AK 99503__ (City or Town, State and Zip Code)

Main Administrative Office __70 Pine Street__ (Street and Number), __New York, NY 10270__ (City or Town, State and Zip Code), __212-770-7000__ (Area Code) (Telephone Number)

Mail Address __70 Pine Street__ (Street and Number or P.O. Box), __New York, NY 10270__ (City or Town, State and Zip Code)

Primary Location of Books and Records __1400 W. Benson Boulevard, Suite 315__ (Street and Number), __Anchorage, AK 99503__ (City or Town, State and Zip Code), __907-277-6693__ (Area Code) (Telephone Number)

Internet Website Address __WWW.AIG.COM__

Statutory Statement Contact __Borys Mykola Kramarchuk__ (Name), __212-770-0753__ (Area Code) (Telephone Number)
__Borys.Kramarchuk@AIG.COM__ (E-mail Address), __212-770-0764__ (FAX Number)

Policyowner Relations Contact __Ralph Sartorius   175 Water Street__ (Street and Number), __New York, NY 10038__ (City or Town, State and Zip Code), __212-458-7007__ (Area Code) (Telephone Number)

### OFFICERS

President __John Thomas O'Brien #__   Senior V.P./Treasurer __Robert Scott Higgins Schimek__
Secretary __Elizabeth Margaret Tuck__   Chairman Of Board __Kristian Philip Moor__

### OTHER

| | | |
|---|---|---|
| Carl Everod Chamberlain  Vice President | Andrew Robert Holland  # Vice president | Gary E. Muoio  # Vice President |
| Kenneth Bryan Cornell  Vice President | Frank Heinmen Douglas Jr.  Senior Vice President | Agustin Formoso Jr.  Vice President |
| Kimberly Margaret Hanna  Vice President | Kenneth Vincent Harkins  Senior Vice President | James Martin Kilkenny Jr.  Vice President |
| Richard Thomas Pisano  Vice President | Richard Ruggiano  Vice President | Charles H. Dangelo  Senior Vice President |
| James C. Roberts # Vice President | Ronald John Topping  # Vice President | Richard Ogden Wagner  Vice President |

### DIRECTORS OR TRUSTEES

| | | |
|---|---|---|
| Lawrence David Herzog | Kristian Philip Moor | Win Jay Neuger |
| Robert Scott Higgins Schimeck | David Neil Fields # | Neil Anthony Faulkner # |
| Charles H. Dangelo | | |

State of __NEW YORK__
County of __NEW YORK__   SS:

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| JOHN THOMAS O'BRIEN<br>PRESIDENT | ELIZABETH MARGARET TUCK<br>SECRETARY | RICHARD THOMAS PISANO<br>COMPTROLLER |

Subscribed and sworn to before me this __26__ day of __FEBRUARY 2007__

a. Is this an original filing?...........   Yes [ X ]  No [ ]
b. If no,
   1. State the amendment number........
   2. Date filed ........
   3. Number of pages attached........

**EXHIBIT B**



PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

# ANNUAL STATEMENT
FOR THE YEAR ENDED DECEMBER 31, 2009
OF THE CONDITION AND AFFAIRS OF THE

## Chartis Specialty Insurance Company (formerly known as American International Specialty Lines Insurance Company)

| | | | | | |
|---|---|---|---|---|---|
| NAIC Group Code | 0012 (Current) | 0012 (Prior) | NAIC Company Code | 26883 | Employer's ID Number 02-0309086 |

Organized under the Laws of __Illinois__, State of Domicile or Port of Entry __Illinois__
Country of Domicile __United States of America__

Incorporated/Organized __02/05/1973__   Commenced Business __07/20/1973__

Statutory Home Office __300 South Riverside Plaza, Suite 2100__, __Chicago, IL 60606-6613__
(Street and Number) (City or Town, State and Zip Code)

Main Administrative Office __175 Water Street, 18th floor__
(Street and Number)
__New York, NY 10038__    __212-770-7000__
(City or Town, State and Zip Code)   (Area Code) (Telephone Number)

Mail Address __175 Water Street, 18th floor__, __New York, NY 10038__
(Street and Number or P.O. Box) (City or Town, State and Zip Code)

Primary Location of Books and Records __175 Water Street, 18th Floor__
(Street and Number)
__New York, NY 10038__    __212-770-7000__
(City or Town, State and Zip Code)   (Area Code) (Telephone Number)

Internet Website Address __WWW.CHARTISINSURANCE.COM__

Statutory Statement Contact __Borys Mykola Kramarchuk__    __212-770-0753__
(Name)  (Area Code) (Telephone Number)
__Borys.Kramarchuk@chartisinsurance.com__    __212-602-0109__
(E-mail Address)   (FAX Number)

### OFFICERS

| | | | |
|---|---|---|---|
| Chairman | John Quinlan Doyle | CFO/ SVP/ Treasurer | Robert Scott Higgins Schimek |
| President/CEO | David Neil Fields | SVP/Secretary | Andrew Robert Holland # |

#### OTHER

| | | |
|---|---|---|
| Frank Hienmen Douglas Jr. Senior Vice President | Gary Eugene Muoio Senior Vice President | Richard Thomas Pisano Senior Vice President |
| Richard Carl Woollams Senior Vice President | Carl Evered Chamberlain Vice President | Agustin Formoso Jr. Vice President |
| Gregory Joseph Giardiello Vice President | Douglas Paul Monska Vice President | James John Rowland Vice President |
| Richard Ruggiano Vice President | John Hugh Shalaida Vice President | David Grady Thomas Vice President |

### DIRECTORS OR TRUSTEES

| | | |
|---|---|---|
| John Quinlan Doyle | Peter James Eastwood # | David Neil Fields |
| William Watson Fish | Joseph Andrew Fitzpatrick | Stephen Joseph Grabek |
| Andrew Robert Holland | Charles Edward Meyers | Christopher Louis Sparro # |
| Mark Timothy Willis | | |

State of __New York__ SS:
County of __New York__

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| DAVID NEIL FIELDS | ANDREW ROBERT HOLLAND | GREGORY JOSEPH GIARDIELLO |
| PRESIDENT | SECRETARY | COMPTROLLER |

Subscribed and sworn to before me this
_____ day of _____

a. Is this an original filing? ..............  Yes [ ] No [ ]
b. If no,
  1. State the amendment number _____
  2. Date filed _____
  3. Number of pages attached _____

**EXHIBIT C**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | RAMIRO MORALES, # 167947<br>rmorales@mfrlegal.com<br>ELIZABETH CELNIKER, #211652<br>ecelniker@mfrlegal.com<br>MORALES FIERRO & REEVES<br>2300 Contra Costa Blvd., Suite 310<br>Pleasant Hill, CA 94523<br>Telephone: (925) 288-1776<br>Facsimile: (925) 288-1856 |
| 6<br>7 | Attorneys for Defendant ZURICH<br>AMERICAN INSURANCE COMPANY |

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
10 MAY -4 PM 3: 07
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

TAYLOR MORRISON SERVICES, INC., f/k/a Morrison Homes, Inc., a Delaware corporation,

Plaintiff,

vs.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation; NEW HAMPSHIRE INSURANCE COMPANY, a business entity of form unknown; ACE INSURANCE S.A. – N.V., a business entity of form unknown; and DOES 1-20, inclusive,

Defendants.

CASE NO.: CV 10-03334 CAS (JEMx)

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (Diversity Jurisdiction under 28 U.S.C. § 1332)

BY FAX

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

PLEASE TAKE NOTICE THAT Defendant Zurich American Insurance Company ("Zurich"), by and through its counsel Morales Fierro & Reeves, hereby

- 1 -

removes to this Court the action pending in the Superior Court of the State of California in and for the County of Los Angeles described below:

1. On February 23, 2010, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Plaintiff, vs. Zurich American Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, American International Specialty Lines Insurance Company, and Markel American Insurance Company, Defendants*, as Case Number BC432515 ("the State Court Action").

2. Prior to service of the State Court Action on any defendant, on or about March 22, 2010, a First Amended Complaint was filed in the State Court Action.

3. Prior to service of the State Court Action on any defendant, on April 5, 2010, the Court granted plaintiff leave to file a Second Amended Complaint in the State Court Action. The Second Amended Complaint is captioned *Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Plaintiff, vs. Zurich American Insurance Company, The Continental Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, American International Specialty Lines Insurance Company, Markel American Insurance Company, New Hampshire Insurance Company, and ACE Insurance S.A. – N.V., Defendants*.

4. Plaintiff Taylor Morrison Services, Inc. served Zurich with the Summons and Second Amended Complaint in the State Court Action on April 9, 2010. The earliest date on which any defendant in the State Court Action was served with the Summons and any complaint in the State Court Action was April 9, 2010. All process, pleadings, and orders served upon Zurich are attached hereto as Exhibit "A."

5. The State Court Action is a civil matter of which this Court has jurisdiction pursuant to 28 U.S.C. Sections 1332 and 1441 in that it is a civil action between citizens of different States and between a citizen of a State and a citizen or

1 subject of a foreign state and the matter in controversy exceeds $75,000, exclusive of interest and costs.

6. Plaintiff Taylor Morrison Services, Inc. is a corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Arizona. This is Plaintiff's allegation in Paragraph 2 of the Second Amended Complaint.

7. The citizenship of all defendants is diverse to that of Plaintiff Taylor Morrison Services, Inc. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Zurich is and was a corporation organized under the laws of the State of New York, with its principal place of business in the State of Illinois.

8. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant The Continental Insurance Company is and was a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in the State of Illinois.

9. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant National Union Fire Insurance Company of Pittsburgh, PA is and was a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in the State of New York.

10. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant American International Specialty Lines Insurance Company, now known as Chartis Specialty Insurance Company, is and was a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of New York.

///
///
///

11. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant Markel American Insurance Company is and was a corporation organized under the laws of the Commonwealth of Virginia, with its principal place of business in the State of Wisconsin.

12. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant New Hampshire Insurance Company is and was a corporation organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in the State of New York.

13. At the time the State Court Action was filed and at the time of the filing of this Notice of Removal, Defendant ACE Insurance S.A. – N.V. is a foreign business entity of unknown form, organized under the laws of a foreign country, with its principal place of business in a foreign country.

14. The citizenship of defendants sued under fictitious names is disregarded upon removal. 28 U.S.C. Section 1441(a).

15. None of the defendants is a citizen of the State of California.

16. The amount in controversy in the State Court Action exceeds $75,000, exclusive of interest and costs, because Plaintiff's claims in the State Court Action concern insurance with respect to the underlying class action suit captioned *Nicky Rosa, et al. v. Morrison Homes, Inc., et al.*, Stanislaus, California County Superior Court Case No. 373059 ("the *Rosa* Action"). Plaintiff alleges at Paragraph 53 of the Second Amended Complaint that the *Rosa* Action concerns 437 separate single-family homes and claims for damages in excess of $200,000 per home, or more than $87,400,000.

17. All defendants that have been served in this action either consent to removal or join in removal. Defendants The Continental Insurance Company and Markel American Insurance Company stipulate and join this Notice of Removal and their stipulation is filed concurrently herewith. Defendants National Union Fire Insurance Company of Pittsburgh, PA, American International Specialty Lines

1  Insurance Company, now known as Chartis Specialty Insurance Company, and New
2  Hampshire Insurance Company are filing a joinder to removal of the action.
3      WHEREFORE, Zurich requests that the above-entitled action be removed
4  from the Superior Court of the State of California in and for the County of Los
5  Angeles to this Court.

7  Dated: 5/3, 2010

MORALES FIERRO & REEVES

By: _____
RAMIRO MORALES, #167947
ELIZABETH B. CELNIKER, #211652
Attorneys for Defendant ZURICH
AMERICAN INSURANCE COMPANY

- 5 -

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441

1  MARY P. McCURDY (SBN 116812)
   MARYAM GILAK (SBN 218325)
2  McCURDY & FULLER LLP
   4300 Bohannon Drive, Suite 240
3  Menlo Park, CA 94025
   Telephone: (650) 618-3500
4  Facsimile: (650) 618-3599
   E-mail: mary.mccurdy@mccurdylawyers.com
5  E-mail: maryam.gilak@mccurdylawyers.com

6  Attorneys for Defendants
   AMERICAN INTERNATIONAL SPECIALTY LINES
7  INSURANCE COMPANY, now known as CHARTIS
   SPECIALTY INSURANCE COMPANY; NATIONAL UNION
8  INSURANCE COMPANY OF PITTSBURGH, PA and NEW
   HAMPSHIRE INSURANCE COMPANY

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| TAYLOR MORRISON SERVICES, INC., f/k/a Morrison Homes, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation; NEW HAMPSHIRE INSURANCE COMPANY, a business entity of form unknown; ACE INSURANCE S.A.N.V., a business entity of form unknown; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV10-03334-CAS(JEMx)<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, now known as CHARTIS SPECIALTY INSURANCE COMPANY; NATIONAL UNION INSURANCE COMPANY OF PITTSBURGH, PA and NEW HAMPSHIRE INSURANCE COMPANY'S JOINDER IN ZURICH AMERICAN INSURANCE COMPANY'S REMOVAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that defendants National Union Fire Insurance Company of

37998                               - 1 -
**Chartis Specialty, National Union and New Hampshire's Joinder In Zurich's Removal**

Pittsburgh, Pa ("National Union") and American International Specialty Lines Insurance Company now known as Chartis Specialty Insurance Company ("Chartis Specialty") hereby consent to and join the removal of defendant Zurich American Insurance Company ("Zurich").

Defendant New Hampshire Insurance Company ("New Hampshire"), though not a proper party to this action, hereby consents to and joins Zurich's removal.

National Union, Chartis Specialty and New Hampshire reserve all rights to present all applicable defenses and objections, including jurisdictional issues.

Dated: May 5, 2010

McCURDY & FULLER LLP

_____
MARY P. McCURDY
MARYAM GILAK
Attorneys for Defendants
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY, now known as CHARTIS
SPECIALTY INSURANCE
COMPANY; NATIONAL UNION
INSURANCE COMPANY OF
PITTSBURGH, PA and NEW
HAMPSHIRE INSURANCE
COMPANY

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

37998                                     - 2 -
Chartis Specialty, National Union and New Hampshire's Joinder In Zurich's Removal

# PROOF OF SERVICE

*Taylor Morrison Services, Inc. v. Zurich American Insurance Company, et al.*
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
Case No.: CV10-03334-CAS(JEMx)

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, now known as CHARTIS SPECIALTY INSURANCE COMPANY; NATIONAL UNION INSURANCE COMPANY OF PITTSBURGH, PA and NEW HAMPSHIRE INSURANCE COMPANY'S JOINDER IN ZURICH AMERICAN INSURANCE COMPANY'S REMOVAL**

Addressed to the following recipients:

**SEE ATTACHED SERVICE LIST**

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid, addressed to the person(s) on whom it is to be served, to be placed in the United States mail at Menlo Park, California.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 6, 2010 at Menlo Park, California

*/s/ Danielle Torres*
Danielle Torres

38032
- 2 -
Proof of Service

## SERVICE LIST

*Taylor Morrison Services, Inc. v. Zurich American Insurance Company, et al.*
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
Case No.: CV10-03334-CAS(JEMx)

Jeffrey D. Masters, Esq.
John R. Muitano, Esq.
Cox Castle & Nicholson, LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90069
(Attorneys for Plaintiff
*Taylor Morrison Services, Inc. fka
Morrison Homes, Inc.*)

Ramiro Morales, Esq.
Elizabeth Celniker, Esq.
Morales Fierro & Reeves
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
(Attorneys for Defendant
*Zurich American Insurance Company*)

Michael W. Melendez, Esq.
Melendez & Associates
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
(Attorneys for Defendant
*The Continental Ins. Co.*)

Irene Yesowitch, Esq.
Long & Levit
465 California Street, 5th Floor
San Francisco, CA 94104
(Attorneys for Defendant
*Markel American Ins. Co.*)

**EXHIBIT D**

ANNUAL STATEMENT FOR THE YEAR 2009 OF THE Chartis Specialty Insurance Company
(formerly known as American International Specialty Lines Insurance Company)

## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN
### Allocated by States and Territories

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | States, Etc. | Active Status | Gross Premiums, Including Policy and Membership Fees, Less Return Premiums and Premiums on Policies Not Taken — Direct Premiums Written | Direct Premiums Earned | Dividends Paid or Credited to Policyholders on Direct Business | Direct Losses Paid (Deducting Salvage) | Direct Losses Incurred | Direct Losses Unpaid | Finance and Service Charges Not Included in Premiums | Direct Premiums Written for Federal Purchasing Groups (Included in Column 2) |
| 1. | Alabama AL | L | 7,252,540 | 8,995,059 | 0 | 4,169,582 | (1,818,635) | 26,706,719 | 0 | |
| 2. | Alaska AK | L | 1,573 | 1,138 | 0 | (37) | (1,788) | 52,948 | 0 | |
| 3. | Arizona AZ | L | 4,082,345 | 11,172,523 | 0 | 142,942,057 | 139,074,336 | 47,045,102 | 0 | |
| 4. | Arkansas AR | L | 7,215,851 | 8,841,524 | 0 | 6,396,384 | 10,855,487 | 127,577,517 | 0 | |
| 5. | California CA | L | 101,557,082 | 174,385,250 | 0 | 236,893,469 | 188,301,688 | 677,222,269 | 0 | 303,789 |
| 6. | Colorado CO | L | 10,189,104 | 13,196,778 | 0 | 21,842,502 | (11,600,294) | 47,852,553 | 0 | 0 |
| 7. | Connecticut CT | L | 24,750,878 | 30,760,854 | 0 | 45,868,468 | 35,481,064 | 76,291,077 | 0 | 290,810 |
| 8. | Delaware DE | L | 4,601,909 | 3,302,067 | 0 | 8,876,134 | (241,808) | 13,268,164 | 0 | |
| 9. | District of Columbia DC | L | 12,877,756 | 12,021,611 | 0 | 4,616,682 | 7,328,612 | 32,815,956 | 0 | |
| 10. | Florida FL | L | 39,993,008 | 49,774,027 | 0 | 28,885,678 | 35,604,480 | 136,535,366 | 0 | 349,538 |
| 11. | Georgia GA | L | 23,864,710 | 29,986,130 | 0 | 14,935,590 | 9,789,235 | 99,850,219 | 0 | |
| 12. | Hawaii HI | L | 2,100,903 | 3,139,764 | 0 | 2,526,118 | 3,387,093 | 11,674,112 | 0 | |
| 13. | Idaho ID | L | 1,006,696 | 1,803,136 | 0 | 92,088 | (2,199,266) | 12,280,851 | 0 | |
| 14. | Illinois IL | L | 2,137,263 | 12,847,375 | 0 | 62,179,988 | 29,023,307 | 127,172,915 | 0 | (6,241) |
| 15. | Indiana IN | L | 12,284,972 | 13,883,458 | 0 | 27,596,955 | 27,725,762 | 34,387,913 | 0 | |
| 16. | Iowa IA | L | 5,299,491 | 6,307,469 | 0 | 541,256 | 370,862 | 14,424,947 | 0 | |
| 17. | Kansas KS | L | 5,547,512 | 6,982,652 | 0 | 3,883,844 | 4,852,857 | 18,504,484 | 0 | |
| 18. | Kentucky KY | L | 4,425,646 | 4,577,535 | 0 | 2,103,212 | 1,847,901 | 24,904,814 | 0 | |
| 19. | Louisiana LA | L | 34,727,047 | 36,276,119 | 0 | 12,755,431 | 16,348,614 | 89,188,535 | 0 | 14,980 |
| 20. | Maine ME | L | 1,183,254 | 2,059,681 | 0 | 672,607 | (5,073,077) | 6,162,283 | 0 | |
| 21. | Maryland MD | L | 7,503,411 | 11,928,570 | 0 | 7,325,079 | (14,527,086) | 52,935,580 | 0 | |
| 22. | Massachusetts MA | L | 33,226,973 | 42,876,160 | 0 | 77,603,018 | 30,405,322 | 105,546,131 | 0 | 60,324 |
| 23. | Michigan MI | L | 35,052,636 | 42,797,908 | 0 | 81,627,454 | 70,203,718 | 93,882,876 | 0 | |
| 24. | Minnesota MN | L | 13,632,625 | 18,792,381 | 0 | 8,601,409 | 7,712,093 | 43,684,325 | 0 | |
| 25. | Mississippi MS | L | 3,080,997 | 4,879,770 | 0 | 3,211,842 | 1,615,814 | 12,652,355 | 0 | |
| 26. | Missouri MO | L | 20,862,328 | 19,055,360 | 0 | 15,835,117 | 11,779,738 | 50,565,628 | 0 | |
| 27. | Montana MT | L | 1,123,410 | 1,495,749 | 0 | 25,796,658 | 27,143,805 | 6,275,485 | 0 | |
| 28. | Nebraska NE | L | 2,355,209 | 2,902,099 | 0 | 4,290,062 | 5,428,756 | 9,560,585 | 0 | |
| 29. | Nevada NV | L | 5,628,705 | 12,736,610 | 0 | 67,008,603 | 68,327,684 | 35,657,902 | 0 | |
| 30. | New Hampshire NH | L | 2,100,894 | 2,732,709 | 0 | 507,357 | (1,787,568) | 25,947,376 | 0 | |
| 31. | New Jersey NJ | L | 7,909,360 | 2,708,714 | 0 | 162,658 | 94,060 | (485,291) | 0 | |
| 32. | New Mexico NM | L | 690,653 | 1,015,305 | 0 | 62,833 | 157,060 | 3,682,497 | 0 | |
| 33. | New York NY | L | 79,607,891 | 117,037,035 | 0 | 127,610,062 | 139,200,725 | 274,201,800 | 0 | 887,512 |
| 34. | North Carolina NC | L | 13,736,315 | 17,383,739 | 0 | 13,923,353 | 19,715,458 | 50,721,476 | 0 | |
| 35. | North Dakota ND | L | 185,927 | 2,244,899 | 0 | 1,713,829 | 2,084,042 | 6,308,938 | 0 | |
| 36. | Ohio OH | L | 23,314,339 | 32,774,265 | 0 | 11,107,768 | (9,363,907) | 91,721,353 | 0 | |
| 37. | Oklahoma OK | L | 10,545,748 | 11,956,467 | 0 | 11,377,067 | 23,965,123 | 30,236,848 | 0 | |
| 38. | Oregon OR | L | 3,445,671 | 6,061,387 | 0 | 3,267,928 | 2,090,597 | 20,751,221 | 0 | |
| 39. | Pennsylvania PA | L | 25,812,700 | 40,563,663 | 0 | 26,353,500 | 16,850,691 | 118,565,201 | 0 | |
| 40. | Rhode Island RI | L | 4,945,207 | 7,017,894 | 0 | 11,418,383 | 11,855,889 | 23,882,459 | 0 | |
| 41. | South Carolina SC | L | 3,567,042 | 5,330,763 | 0 | 1,430,277 | 346,045 | 15,096,851 | 0 | |
| 42. | South Dakota SD | L | 2,184,853 | 2,374,417 | 0 | 284,093 | 1,111,353 | 4,239,353 | 0 | |
| 43. | Tennessee TN | L | 17,764,110 | 21,361,721 | 0 | 8,380,869 | 2,739,063 | 42,477,038 | 0 | |
| 44. | Texas TX | L | 91,300,399 | 126,639,657 | 0 | 63,575,473 | 70,380,920 | 341,374,365 | 0 | |
| 45. | Utah UT | L | 3,922,891 | 5,263,399 | 0 | 134,205 | 835,023 | 12,819,844 | 0 | |
| 46. | Vermont VT | L | 2,732,304 | 3,396,029 | 0 | 1,143,165 | 1,045,958 | 17,060,460 | 0 | |
| 47. | Virginia VA | L | 23,788,844 | 31,810,366 | 0 | 19,912,023 | 5,460,376 | 69,718,710 | 0 | |
| 48. | Washington WA | L | 11,324,375 | 15,224,971 | 0 | 29,390,161 | 34,214,873 | 72,785,883 | 0 | |
| 49. | West Virginia WV | L | 2,410,784 | 1,977,642 | 0 | 262,524 | 348,469 | 5,477,040 | 0 | |
| 50. | Wisconsin WI | L | 31,250,628 | 27,240,297 | 0 | 6,251,037 | 10,579,627 | 31,715,229 | 0 | |
| 51. | Wyoming WY | L | 261,530 | 289,145 | 0 | (8,733) | 23,607 | 474,447 | 0 | |
| 52. | American Samoa AS | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 53. | Guam GU | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 54. | Puerto Rico PR | L | 15,733 | 10,470 | 0 | 0 | 0 | 0 | 0 | |
| 55. | U.S. Virgin Islands VI | L | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 56. | Northern Mariana Islands MP | | | | | | | | | |
| 57. | Canada CN | N | 0 | 0 | 0 | 0 | (1,000) | 0 | 0 | |
| 58. | Aggregate Other Aliens OT | XXX | 38,108 | (44,823,845) | 0 | 4,224,686 | (39,496,780) | 40,626,050 | 0 | 0 |
| 59. | Totals (a) | (a) 2 | 790,422,141 | 1,025,369,865 | 0 | 1,261,551,765 | 989,595,877 | 3,334,078,748 | 0 | 1,900,712 |
| | DETAILS OF WRITE-INS | | | | | | | | | |
| 5801. | Miscellaneous Foreign | XXX | 38,108 | (44,823,845) | 0 | 4,224,686 | (39,496,780) | 40,626,050 | | |
| 5802. | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 5803. | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 5898. | Summary of remaining write-ins for Line 58 from overflow page | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5899. | Totals (Lines 5801 through 5803 plus 5898) (Line 58 above) | XXX | 38,108 | (44,823,845) | 0 | 4,224,686 | (39,496,780) | 40,626,050 | 0 | 0 |

Explanation of basis of allocation of premiums by states, etc.

(a) Insert the number of L responses except for Canada and Other Alien.
Property Risks: Allocation is based on location of risks insured. Ocean Marine Risks: Allocation is to the jurisdiction where insurance contract was negotiated. Automotive Risks: Allocation is to the jurisdiction where vehicle is principally garaged. Casualty Risks: Allocation is based on location of insured's home office. Workers Compensation: Allocation is based on location of insured's employees.