## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, et al., | CASE NO.:  10-932 |
| Plaintiffs, | |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |

### AFFIDAVIT OF SUZANNE MCDERMOTT BROWN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE POLLUTION EXCLUSION

I, Suzanne McDermott Brown, being duly sworn, depose and make under oath the following Affidavit:

1.      I am a Vice President of Willis of Florida, Inc. ("Willis"). I have been employed by Willis since 1998. Willis has been an insurance broker to Defendant/Cross-Claimant Taylor Morrison, Inc., its predecessor entities and subsidiaries since the latter part of 2003. I am making this Affidavit in support of the Motion by Developer/Builder Defendants and Cross-Claimants Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., Taylor Woodrow Communities at Vasari, L.L.C., and Taylor Morrison of Florida, Inc., (collectively, "Taylor Morrison") for Partial Summary Judgment, pursuant to Federal Rule of Civil Procedure 56, against Insurance Company Defendant Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company ("Chartis"), for a ruling that the underlying Chinese drywall claims against Taylor Morrison are not subject to the pollution exclusions contained in the insurance policies issued by Chartis to Taylor Morrison.

2.      I am the individual at Willis primarily responsible for the Taylor Morrison account, and have had this responsibility since 2003. Unless otherwise stated, each of the facts

60494\4040318v1

set forth herein is personally known to me and, if called as a witness, I could and would competently testify thereto.

3.     I was involved in the negotiation of the four insurance policies issued by Chartis to Taylor Morrison that I understand are in issue on this Motion, specifically:

| Policy Number | | Policy Period |
|---|---|---|
| 1) 9746096 | : | March 1, 2005 – March 1, 2006 |
| 2) 7412123 | : | March 1, 2006 – March 1, 2007 |
| 3) 7412254 | : | March 1, 2007 – March 1, 2008 |
| 4) 7412431 | : | March 1, 2008 – March 1, 2009 |

I will refer to these policies as the "Chartis Policies."

4.     Each of the Chartis Policies is counter-signed on the Declarations page and/or the last page of the 26 or 27-page Coverage Form, as well as on the endorsements, by one of the following Chartis representatives:

| Policy Number | | Chartis Counter Signatory |
|---|---|---|
| 1) 9746096 | : | Armand Pepin |
| 2) 7412123 | : | Charles Abruzzo |
| 3) 7412254 | : | Timothy McAuliffe |
| 4) 7412431 | : | Timothy McAuliffe |

My understanding is that all three of these individuals were executives employed by Chartis (or its AIG parent) in New York, New York at the time that they each counter-signed the Policy in question, and that they signed the Policies in New York. While I usually dealt with Warren Hayward, the Chartis underwriter in Atlanta, Georgia, on matters relating to the Taylor Morrison coverage, my understanding is that Mr. Hayward always relied upon Chartis in New York to issue the Policies, and this is borne out by the fact that all four Policies have the AISLIC/Chartis address in New York.

5.     Attached as Exhibit A is a true and correct copy of an e-mail from me to Mr. Hayward dated October 5, 2009 and his reply dated October 7, 2009. In this e-mail exchange,

Mr. Hayward confirmed the identity and location at the Chartis office in New York, New York of Timothy McAuliffe as the signatory on the Policies for 2007-2008 and 2008-2009.

Mr. Hayward has not expressly confirmed to me the location of the signatories on the two earlier Policies, but I believe it was New York, based on the reasons set forth in the previous paragraph.

_Suzanne McDermott Brown_
Suzanne McDermott Brown

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

Sworn to (or affirmed) and subscribed before me this 3rd day of December 2010, by Suzanne McDermott Brown, who is personally known to me or who has produced

_____ as identification.

_Sharon Daugherty_
Notary Public

My Commission expires: 2/26/2012

Notary Public State of Florida
Sharon Daugherty
My Commission DD761868
Expires 02/26/2012

**EXHIBIT A**

**From:** Hayward, Warren [mailto:Warren.Hayward@chartisinsurance.com]
**Sent:** Wednesday, October 07, 2009 11:09 AM
**To:** Brown, Suzanne
**Subject:** RE: Taylor Morrison - FL/TX

Suzanne,

Confirming our conversation, this is a little more involved than it might appear as 2007 and prior files are stored off site and/or in New York.

Please provide policy numbers for the 2004 & 2005 policy numbers in question so that I can recall these files.

2007 & 2008 – Timothy McAuliffe at 175 Water Street in NY. Tim is no longer with Chartis.

As soon as I have policy numbers I will recall the files and provide you the information you have requested.

---

**From:** Brown, Suzanne [mailto:brown_su@willis.com]
**Sent:** Monday, October 05, 2009 12:47 PM
**To:** Hayward, Warren
**Cc:** Miller, Pamela; Mothershead, Paula
**Subject:** Taylor Morrison - FL/TX

Warren,

We are trying to determine the AIG Executive signature on the dec pages for the FL/TX policies for the years from 2004 to 2008 and we need your assistance.

2004 & 2005 appear to have the name Armand Pepin. Can you verify that name and the spelling?

2006 appears to start with a first name of Clark?? What is that full name?

2008 & 2007 have the name Timothy J. McAuffle. Is that the correct spelling?

As usual, your assistance is always greatly appreciated. Thank you.

Suzanne McDermott Brown, CIC
Vice President
Willis HRH
3000 Bayport Dr Ste 300
Tampa FL 33607
Direct: 813-490-6806
Cell:   813-760-7493
Fax:   813-281-2234