# EXHIBIT A



**HOMEBUILDERS UMBRELL** ᴹ
**With Approved Counsel S.I.R. Credit**

A Capital Stock Insurance Company
C175 Water Street'
New York, NY 10038

AISL

A Member Company
of American
International Group,
Inc.

NOTICE: THIS INSURER IS NOT LICENSED IN THE STATE OF NEW YORK AND IS NOT SUBJECT
TO ITS SUPERVISION.

Surplus Lines Agent: James A. Lennon
Address: 901 King the Port Avenue, #1240
Tampa, FL 33602
License #: Au02540
_Pamela M. Iler_
Address: 3000 Bayport, Tampa FL
License #: A139663

Commercial Umbrella Liability Policy The Insurance issued pursuant to the
**Declarations** Florida Surplus Lines Laws.

| | | |
|---|---|---|
| **POLICY NUMBER: 9746096** | RENEWAL OF: 9746672 | Premium 620,300.00 |
| | | Administrative Fee 35.00 |
| **ITEM 1. NAMED INSURED: TAYLOR WOODROW , INC.** | Tax 31,016.2 | Stamping Fee 1,550.84 |
| **MAILING ADDRESS: 8430 ENTERPRISE CIRCLE, SUITE 100** | Inspection Fee: | — |
| **BRADENTON, FL 34202** | Agents Signature: _Pamela Cript_ | |

**ITEM 2. POLICY PERIOD:** FROM: MARCH 1, 2005 TO: MARCH 1, 2006
(At 12:01 A.M., standard time, at the address of the Named Insured stated above.)

**ITEM 3. LIMITS OF INSURANCE**

The Limits of Insurance, subject to the terms of this policy, are:

A. $25,000,000 Each Occurrence
B. $25,000,000 General Aggregate (in accordance with Section V. Limits of Insurance)
C. $25,000,000 Products-Completed Operations Aggregate (in accordance with
Section V. Limits of Insurance)

RECEIVED
JUN 24 2005
Willis of Florida

**ITEM 4. SELF-INSURED RETENTION — See Self-Insured Retention Schedule**

**ITEM 5. SCHEDULED UNDERLYING INSURANCE — See Schedule of Underlying Insurance**

**ITEM 6. APPROVED COUNSEL SELF-INSURED RETENTION CREDIT: N/A Percent**

**ITEM 7. PREMIUM AND PREMIUM COMPUTATION**
ESTIMATED TOTAL ANNUAL EXPOSURE See Endorsement #15 (FL & TX only)
RATES PER See Endorsement #15
ADVANCE PREMIUM $ 620.300
MINIMUM PREMIUM $ 496,240 80%.

**ITEM 8. THIS POLICY INCLUDES THESE ENDORSEMENTS AT INCEPTION DATE: SEE ATTACHED
SCHEDULE**

PRODUCER NAME: STEWART SMITH SOUTHEAST, INC.
ADDRESS: 601 BAYSHORE BOULEVARD, SUITE 720
TAMPA, FL 33606

Authorized Representative or
Countersignature (In States
Where Applicable)

Date

Issue Date: _____

Checked against
CA/A2 policy Uncle
Juan Por

79552 (04/02) 7/28/05

This insurance is issued pursuant to the Florida Surplus
Lines Law. Persons insured by Surplus Lines Carriers do
not have the protection of the Florida Insurance Guaranty Act
to the extent of any right of recovery for the obligation of an
solvent unlicensed insurer.

ENDORSEMENT NO. 2

This endorsement, effective 12:01 AM: March 1, 2005

Forms a part of policy no.:      9746096

Issued to:  TAYLOR WOODROW, INC.

By:  AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.


## SCHEDULE OF UNDERLYING RETAINED LIMITS


### TYPE OF COVERAGE

General Liability/Premises Operations

### LIMITS OF LIABILITY

$1,750,000 Each Occurrence
$1,750,000 Aggregate
Excess of $250,000 Each & Every
Indemnity Only Self Insured
Retention

Defense Cost are outside the limits
and do not erode the SIR


General Liability
Products/Completed Operations

$2,000,000
Each  and Every Occurrence
Indemnity only

Defense Costs are outside the Retained
Limit and do not erode


All other terms, conditions and exclusions of the policy remain unchanged.

Authorized Representative
or countersignature (where required by law)

## SCHEDULE OF UNDERLYING INSURANCE

Issued to: TAYLOR WOODROW, INC.

Policy Number:     9746096

By: AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

| TYPE OF POLICY OR COVERAGE | INSURER, POLICY NO. AND POLICY PERIOD | LIMITS |
|---|---|---|
| AUTO LIABILITY | Liberty Mutual 03/01/05 03/01/06 | $1,000,000 COMBINED SINGLE LIMIT |

Defense Expenses are in addition to the limit

EMPLOYERS LIABILITY

Liberty Mutual
03/01/05
03/01/06

$1,000,000
EACH ACCIDENT
$1,000,000
DISEASE EACH EMPLOYEE
$1,000,000
DISEASE POLICY LIMIT

Defense Expenses are in addition to the limit

_____

**AUTHORIZED REPRESENTATIVE**

UNDSCH (5/99)
AH0006

## FORMS SCHEDULE

**Named Insured:** TAYLOR WOODROW, INC.

**Policy Number:** 9746096
**Effective 12:01 AM:** March 1, 2005

| End't. No. | Form Name | Form Number/ Edition Date |
|---|---|---|
| | AISL / UMBRELLA LIABILITY DEC | 79552 (04/02) |
| | AISL / COMMERCIAL LIABILITY UMBRELLA POLICY | 80341 (06/02) |
| 1 | SCHEDULE OF UNDERLYING RETAINED LIMITS | MNSCPT (03/05) |
| 2 | WRAP UP AND JOINT VENTURE EXCLUSION | MNSCPT (03/05) |
| 3 | HOMEBUILDERS NAMED INSURED NOTICE AMENDMENT | MNSCPT (03/05) |
| 4 | AMENDMENT OF CONDITION G | MNSCPT (03/05) |
| 5 | AMENDMENT OF EXCLUSION Q | MNSCPT (03/05) |
| 6 | HOMEBUILDERS ACT OF TERRORISM RETAINED LIMIT | MNSCPT (03/05) |
| 7 | HOMEBUILDERS EMPLOYERS LIABILITY LIMITATION END | MNSCPT (03/05) |
| 8 | AUTO LIABILITY LIMITATION ENDORSEMENT | MNSCPT (03/05) |
| 9 | HOMEBUILDERS FINANCIAL INSTITUTIONS EXCLUSION END | MNSCPT (03/05) |
| 10 | HOMEBUILDERS FUNGUS EXCLUSION ENDORSEMENT | MNSCPT (03/05) |
| 11 | CHROMATED COPPER ARSENATE EXCLUSION | MNSCPT (03/05) |
| 12 | SILICA EXCLUSION ENDORSEMENT | MNSCPT (03/05) |
| 13 | HOMEBUILDERS EIFS EXCLUSION | MNSCPT (03/05) |
| 14 | NAMED INSURED ENDORSEMENT | MNSCPT (03/05) |
| 15 | POLICY AMENDMENT ENDORSEMENT | MNSCPT (04/05) |

**ENDORSEMENT NO. 1**

**This endorsement, effective 12:01 AM:** March 1, 2005

**Forms a part of policy no.:** 9746096

**Issued to:** TAYLOR WOODROW, INC.

**By:** AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

**SCHEDULE OF UNDERLYING RETAINED LIMITS**

| TYPE OF COVERAGE | LIMITS OF LIABILITY |
|---|---|
| General Liability/Premises Operations<br>LM EB1651203614015<br>Move to underlying insurance | $1,750,000 Each Occurrence<br>$1,750,000 Aggregate<br>Excess of $250,000 Each & Every Indemnity Only Self Insured Retention<br><br>Defense Cost are outside the limits and do not erode the SIR |
| General Liability OK<br>Products/Completed Operations<br><br>#EB1651203614025<br>LM | $2,000,000<br>Each and Every Occurrence<br>Indemnity only<br><br>Defense Costs are outside the etained Limit and do not erode |

All other terms, conditions and exclusions of the policy remain unchanged.

Authorized Representative
or countersignature (where required by law)

## SCHEDULE OF UNDERLYING INSURANCE

**Issued to:  TAYLOR WOODROW INC.**                     **Policy Number  9746096**

**BY: AMERICAN INTERNATIONAL SPECIALTY LINES INS CO.**

| **Type of Policy or Coverage** | **Insurer, Policy No. and Policy Limits Period** | **Limits** |
|---|---|---|
| **Automobile Liability** | 03/01/2005 03/01/2006 *LM #AS 265128361405* | $1,000,000 Combined Single Limit |

Defense Costs are outside the limits

| | | |
|---|---|---|
| **Employers Liability** | 03/01/2005 03/01/2006 *LM # WA76501941055* | $1,000,000 Each Accident $1,000,000 Disease Each Employee $1,000,000 Disease Policy Limit |

Defense Costs are outside the limits.

ENDORSEMENT NO. 2

This endorsement, effective 12:01 AM:   March 1, 2005

Forms a part of policy no.:          9746096

Issued to:   TAYLOR WOODROW, INC.

By:   AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

### HOMEBUILDERS UMBRELLAsm
### With Approved Counsel S.I.R. Credit

### Wrap-up and Joint Venture Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS, Paragraph DD., " Wrap-Ups", is deleted and replaced by the following:

Wrap-Ups and Joint Ventures

This insurance does not apply to **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** arising out of any joint venture, co-venture, joint lease, joint operating agreement or partnership, wrap-up or similar rating plan in which the Insured has a financial interest and/or there is another excess wrap-up or similar rating plan covering the wrap project.

However, this exclusion does not apply to any wrap-ups where units are reported, for coverage in our close of escrow policy with respect to any Occurrences happening in the States of Florida & Texas.

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**

**ENDORSEMENT NO. 3**

This endorsement, effective 12:01 AM:   March 1, 2005

Forms a part of policy no.:          9746096

Issued to:   TAYLOR WOODROW, INC.

By:   AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

### HOMEBUILDERS UMBRELLAsm
#### With Approved Counsel S.I.R. Credit

#### Homebuilders Named Insured Notice Amendment  For JV's and LLC's

This policy is amended as follows:

Section VI. DEFINITIONS, Paragraph M., NAMED INSURED, subparagraph 3. is deleted and replaced by the following:

3. Any  organization, that you  acquire or  form during  the  Policy Period  in which  you maintain  an interest of more than 50% and to which more specific insurance does not apply, provided that,

a. this  policy  does  not  apply  to  any  Bodily  Injury  or  Property  Damage  that occurred,  or  any Personal Injury and Advertising  Injury that was caused  by an Occurrence that  was committed, before you acquired  or formed  such organization or after you  ceased to maintain  an interest of more than 50% of such organization, and

b. you give us notice of within 90 days of such acquisition or formation of such organization

We may, at our option, make an additional premium charge for any  organization that you  acquire or form during the Policy Period.

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**

**ENDORSEMENT NO. 4**

**This endorsement, effective 12:01 AM:** March 1, 2005

**Forms a part of policy no.:** 9746096

**Issued to:** TAYLOR WOODROW, INC.

**By:** AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

**HOMEBUILDERS UMBRELLASM**
**With Approved Counsel S.I.R. Credit**

**Amendment of Condition G**

This policy is amended as follows:

Section VIII. Conditions, Paragraph G.4, "Duties in the Event of an Occurrence, Claim or Suit," is hereby deleted in its entirety and replaced by the following:

    4. No Insureds will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent as respects items G2 and G3 above.

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**

**ENDORSEMENT NO. 5**

This endorsement, effective 12:01 AM:   March 1, 2005

Forms a part of policy no.:         9746096

Issued to:   TAYLOR WOODROW, INC.

By:   AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

**HOMEBUILDERS UMBRELLASM**
**With Approved Counsel S.I.R. Credit**

Amendment of Exclusion Q.

This policy is amended as follows:

**Section VII. EXCLUSIONS,** Paragraph Q. "Media and Internet Type Businesses" is hereby deleted in its entirety and replaced by the following:

This insurance does  not apply to  **Personal Injury**  and Advertising Injury  committed by any **Insured** whose business is:

1. Advertising, broadcasting, publishing or telecasting,
2. Designing or determining content of web-sites for others, or
3. An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs P1, P2, and P3 of Section VI.

For the purposes of this exclusion, the placing of frames, borders or links, or  advertising, for you or others anywhere on the  Internet, is not  by itself, considered  the business of  advertising, broadcasting, publishing or telecasting.

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**

**ENDORSEMENT NO.** 6

This endorsement, effective 12:01 AM:  March 1, 2005

Forms a part of policy no.:       9746096

Issued to:  TAYLOR WOODROW, INC.

By:  AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

### HOMEBUILDERS UMBRELLAsm
#### With Approved Counsel S.I.R. Credit

#### Act of Terrorism Retained Limit Endorsement

Solely as respects an Act of Terrorism, this policy is amended as follows:

ITEM 3. OF THE DECLARATIONS, LIMITS OF INSURANCE is amended to include the following additional Self Insured Retention:

> E.    As set forth below in the Schedule of Retained Limits :
>
>> . Act of Terrorism Self Insured Retention (Each Occurrence)

ITEM 7. OF THE DECLARATIONS, PREMIUM AND PREMIUM COMPUTATION is amended to include the following:

#### ACT OF TERRORISM PREMIUM

$ 6,000

Section II. SELF-INSURED RETENTION is deleted in its entirety and replaced by the following:

We will be liable only for that portion of damages in excess of the  Insured's Retained Limit which is defined as the greater of either:

> 1.    The total of the  applicable limits of the  underlying policies listed in  the Schedule of Underlying Insurance  and  the applicable  limits of any other underlying  insurance providing coverage to the Insured, or
>
> 2.    The amount stated in the Declarations as  Self Insured Retention or  Act of Terrorism Self Insured Retention/Each  Occurrence as a result of any one Occurrence not covered by the underlying policies listed in the Schedule of Underlying Insurance nor by any other underlying insurance providing coverage to the  Insured,
>
> and then up to an amount not exceeding  the Each  Occurrence Limit as stated in  the Declarations.

ENDORSEMENT NO. 6 (Continued)

All claims and Suits seeking damages for any liability arising out of an Act of Terrorism are subject to this Act of Terrorism Self Insured Retention/Each Occurrence. Defense Expenses shall not erode this Act of Terrorism Self Insured Retention/Each Occurrence.

The Act of Terrorism Self Insured Retention/Each Occurrence applies whether or not there is any applicable underlying policies listed in the Schedule of Underlying Insurance or applicable limits of any other underlying insurance providing coverage to the Insured. If there is applicable underlying insurance listed in the Schedule of Underlying Insurance or any other underlying insurance providing coverage to the Insured, amounts received through such underlying insurance may be applied to reduce or exhaust the Act of Terrorism Self Insured Retention/Each Occurrence. However, in no event will amounts received through such underlying insurance for the payment of Defense Expenses reduce the Act of Terrorism Self Insured Retention/Each Occurrence.

For the purposes of this endorsement, Section VI. DEFINITIONS is amended to include the following additional definitions:

Defense Expenses means any payment allocated to a specific loss, claim or Suit for its investigation, settlement or defense, including but not limited to:

1.      Attorney's fees and all other investigation, loss adjustment and litigation expenses,

2.      Premiums on bonds to release attachments,

3.      Premiums on appeal bonds required by law to appeal any claim or Suit,

4.      Costs taxed against the Insured in any claim or Suit,

5.      Pre-judgement interest awarded against the Insured,

6.      Interest that accrues after entry of judgement.

Act of Terrorism is defined as either:

1.      A certified "act of terrorism" defined by Section 102. Definitions., of the Terrorism Risk Insurance Act of 2002 and any revisions or amendments.

        The following Section 102 definition of "act of terrorism" from the Terrorism Risk Insurance Act of 2002 applies:

        (1) Act of Terrorism -
            (A) Certification. - The term "act of terrorism" means any act that is certified by the Secretary of the Treasury of the United States, in concurrence with the Secretary of State, and the Attorney General of the United States --
                (i) to be an act of terrorism,
                (ii) to be a violent act or an act that is dangerous to --
                    (I) human life,
                    (II) property, or
                    (III) infrastructure,
                (iii) to have resulted in damage within the United States, or outside of the

ENDORSEMENT NO. 6 (Continued)

United States in the case of –

(I) an air carrier or vessel described in paragraph (5)(B), [for the convenience of this endorsement, paragraph (5)(B) reads: occurs to an air carrier (as defined in Section 40102 of title 49, United States Code) to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs, or at the premises of any United States mission],

(II) the premises of a United States mission, and

(iv) to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

(B) Limitation. -- No act shall be certified by the Secretary as an act of terrorism if --

(i) the act is committed as part of the course of a war declared by the Congress, except that this clause shall not apply with respect to any coverage for workers' compensation, or

(ii) property and casualty insurance losses resulting from the act, in the aggregate, do not exceed $5,000,000.

(C) Determinations Final. - Any certification of, or determination not to certify, an act as an act of terrorism under this paragraph shall be final, and shall not be subject to judicial review.

(D) Non-delegation. - The Secretary may not delegate or designate to any other officer, employee, or person, any determination under this paragraph of whether, during the effective period of the Program, an act of terrorism has occurred, or

2.      the use or threatened use of force or violence against person or property, or commission of an act dangerous to human life or property, or commission of an act that interferes with or disrupts an electronic or communication system, undertaken by any person or group, whether or not acting on behalf of or in connection with any organization, government, power, authority or military force, when the effect is to intimidate, coerce or harm a government, the civilian population or any segment thereof, or to disrupt any segment of the economy.

Act of Terrorism will also include any act which is verified or recognized by the United States Government as an act of terrorism.

Solely as respects any liability arising out of any Act of Terrorism, Section III. DEFENSE PROVISIONS Paragraphs A, B. and D. are deleted in their entirety and Paragraph A. is replaced by the following:

We will not be obligated to assume charge of the investigation, settlement or defense of any claim made, Suit brought or proceeding instituted against the Insured. We will however, have the right and shall be given the opportunity to participate in the defense and trial of any claims, Suits or proceedings relative to any Occurrence which, in our opinion, may create liability on our part under the terms of this policy. If we exercise such right, we will do so at our own expense.

ENDORSEMENT NO. 6 (Continued)

Schedule of Retained Limits:

Coverage:                                           Retained Limit:

Act of Terrorism as defined above                  $2,000,000 each Occurrence

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**

**ENDORSEMENT NO. 7**

**This endorsement, effective 12:01 AM:** March 1, 2005

**Forms a part of policy no.:** 9746096

**Issued to:** TAYLOR WOODROW, INC.

**By:** AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

**HOMEBUILDERS UMBRELLAsm**
With Approved Counsel S.I.R. Credit

Employers Liability Limitation Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS is amended to include the following additional exclusion:

This insurance does not apply to Bodily Injury to any employee of the Insured arising out of and in the course of the employee's employment by the Insured.

However, if insurance for such Bodily Injury is provided by a policy listed in the Schedule of Underlying Insurance:

1. This exclusion shall not apply, and

2. Coverage under this policy for such Bodily Injury will follow the terms, definitions, conditions and exclusions of the policy listed in the Schedule of Underlying Insurance, subject to the Policy Period, Limits of Insurance, premium and all other terms, definitions, conditions and exclusions of this policy. Provided, however, that coverage provided by this policy will be no broader than the coverage provided by the policy listed in the Schedule of Underlying Insurance.

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**

ENDORSEMENT NO. 8

This endorsement, effective 12:01 AM:  March 1, 2005

Forms a part of policy no.:        9746096

Issued to:  TAYLOR WOODROW, INC.

By:  AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

### HOMEBUILDERS UMBRELLAsm
#### With Approved Counsel S.I.R. Credit

#### Automobile liability limitation Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS is amended to include the following additional exclusion:

Automobile Liability

This insurance does not apply to any liability arising out of the ownership, maintenance, operation, use or entrustment to others of any Auto owned or operated by or rented or loaned to any Insured. Use includes operation and loading or unloading of any Auto.

However, this exclusion will not apply if coverage is provided for Bodily Injury or Property Damage by Scheduled Underlying Insurance.

Coverage under this policy for such Bodily Injury or Property Damage will follow the terms, definitions, conditions and exclusions of Scheduled Underlying Insurance, subject to the Policy Period, Limits of Insurance, premium and all other terms, definitions, conditions and exclusions of this policy. Provided, however, that coverage provided by this policy will be no broader than the coverage provided by Scheduled Underlying Insurance.

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**

ENDORSEMENT NO. 9


This endorsement, effective 12:01 AM:   March 1, 2005

Forms a part of policy no.:        9746096

Issued to:   TAYLOR WOODROW, INC.

By:   AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.


HOMEBUILDERS UMBRELLAsm
With Approved Counsel S.I.R. Credit

Financial Institutions Exclusion Endorsement


This policy is amended as follows:

Section VII. EXCLUSIONS, A. Aircraft and Watercraft is deleted in its entirety and replaced by the following:

A.    Aircraft, Watercraft, Auto and Railroad Vehicle

This insurance does not apply to Bodily Injury or Property Damage arising out of the ownership, maintenance, use, including operation, loading and unloading, or entrustment of others of any:

1. aircraft, watercraft or railroad vehicle in which the Insured has any financial interest,

2. aircraft, watercraft or railroad vehicle owned by the Insured or rented to the Insured without a crew,

3. off-lease aircraft, watercraft, Auto or railroad vehicle,

4. aircraft, watercraft, Auto or railroad vehicle repossessed by the Insured, or

5. Auto leased by the Insured to others.

Section VII. EXCLUSIONS is amended to include the following additional exclusions:

1.    This insurance does not apply to Bodily Injury or Property Damage to or arising out of any property held by or in the care, custody or control of the Insured while the Insured is acting in any Fiduciary Capacity,

2.    This insurance does not apply to Property Damage to money, currency, coin, bank notes, Federal Reserve notes, postage and revenue stamps, savings stamps, savings bonds, bullion, precious metals of all kinds and in any form, articles made from such precious metals, jewelry, watches, necklaces, bracelets, gems, precious and semi-precious stones,

ᴌ.ᴅDORSEMENT NO. 9 (Continued)

bonds, securities, evidences of debts, debentures, script, certificates, receipts, warrant rights, transfers, coupons, drafts, bills of exchange, acceptances, notes, checks, withdrawal orders, money orders, travelers checks, letters of credit, bills of lading, abstracts of title, insurance policies and assignments of such policies, deeds, mortgages upon real estate and/or upon chattels and upon interests therein and assignments of such mortgages and instruments, other valuable papers and documents and all other instruments similar to or in the nature of the foregoing, or

3.   This insurance does not apply to any damages, financial loss, loss of profits, inadequate value, diminution in value or out of pocket expenses arising out of any act, error, mistake or omission of any Insured or any agent or sub-agent of any Insured while acting in any Fiduciary Capacity.

Section VI. DEFINITIONS is amended to include the following additional definition:

Fiduciary Capacity means, but is not limited to, the following:

1.   administrator, executor, trustee under will or personal trust agreement, committee for incompetents, guardian, any agent or sub-agent for any of the foregoing, custodian of securities, manager of real or personal property, or

2.   interest or divided disbursing agent, paying agent, fiscal agent, transfer agent, Registrar, agent for voting trustee, warrant agent, depository, agent or committee of holders of stock or securities, escrow agent, trustee under bond indenture, sinking fund agent, receiver or trustee appointed by any court in receivership, bankruptcy or re-organization proceedings, or any similar trust or representative capacity.

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative
or countersignature (where required by law)**

**ENDORSEMENT NO. 10**

This endorsement, effective 12:01 AM:  March 1, 2005

Forms a part of policy no.:  9746096

Issued to:  TAYLOR WOODROW, INC.

By:  AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

**HOMEBUILDERS UMBRELLAsm**
**With Approved Counsel S.I.R. Credit**

Fungus, Molds, and Spores Exclusion Amendatory Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS, Paragraph N., Fungus(i), Mold(s) and Spore(s), is deleted and replaced by the following:

This insurance does not apply to Bodily Injury, Property Damage or Personal Injury and Advertising Injury or any other loss, injury, damage, cost or expense, including, but not limited to, losses, costs or expenses related to, arising from or associated with clean-up, remediation, containment, removal or abatement, caused directly or indirectly, in whole or in part, by:

    1.    Any Fungus(i), Molds(s), mildew or yeast, or

    2.    Any Spore(s) or toxins created or produced by or emanating from such Fungus(i), Mold(s), mildew or yeast, or

    3.    Any substance, vapor , gas, or other emission or organic or inorganic body or substance produced by or arising out of any Fungus(i), Mold(s), mildew or yeast, or

    4.    Any material, product, building component, building or structure, or any concentration of moisture, water or other liquid within such material, product, building component, building or structure, that contains, harbors, nurtures or acts as a medium for any Fungus(i), Mold(s), mildew, yeast, or Spore(s) or toxins emanating therefrom.

Paragraphs 1., 2., 3. and 4. above apply regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to that loss, injury, damage, cost or expense.

It is understood that to the extent any coverage may otherwise be provided under this policy or any of its endorsements, the provisions of this exclusion will supercede.

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**

ENDORSEMENT NO. 11

This endorsement, effective 12:01 AM:  March 1, 2005

Forms a part of policy no.:        9746096

Issued to:  TAYLOR WOODROW, INC.

By:  AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

HOMEBUILDERS UMBRELLAsm
With Approved Counsel S.I.R. Credit

Chromated Copper Arsenate ("CCA") Exclusion Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS is amended to include the following additional exclusion:

Chromated Copper Arsenate ("CCA")

This insurance does not apply to any liability arising out of Chromated Copper Arsenate ("CCA").

Section VI. DEFINITIONS is amended to include the following additional definition:

Chromated Copper Arsenate ("CCA") means:

1. the substance commonly known as Chromated Copper Arsenate ("CCA"),

2. any substance or product sold or distributed under any of Chromated Copper Arsenate's ("CCA") trade names, and

3. any substance or product which has the same or substantially similar chemical formulation, structure or function as Chromated Copper Arsenate ("CCA"), by whatever name manufactured, formulated, structured, sold or distributed.

It is understood that to the extent any coverage may otherwise be provided under this policy or any of its endorsements, the provisions of this exclusion will supercede.

All other terms, conditions and exclusions of the policy remain unchanged.

Authorized Representative
or countersignature (where required by law)

ENDORSEMENT NO. 12

**This endorsement, effective 12:01 AM:** March 1, 2005

**Forms a part of policy no.:** 9746096

**Issued to:** TAYLOR WOODROW, INC.

**By:** AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

HOMEBUILDERS UMBRELLAsm
With Approved Counsel S.I.R. Credit

Silica Exclusion Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS is amended to include the following additional exclusion:

Silica

This insurance does not apply to any liability arising out of Silica, Silica fiber(s) or Silica Dust or any product(s) containing Silica, Silica fiber(s) or Silica Dust.

Section VI. DEFINITIONS is amended to include the following additional definition:

Silica means:

1.    the substance commonly known as Silica, and

2.    any substance or product which has the same or substantially similar chemical formulation, structure or function as Silica, by whatever name manufactured, formulated, structured, sold or distributed.

Silica Dust means:

1.    dust comprising of Silica only, and

2.    dust comprising of Silica mixed with other dust or fiber(s) including, but not limited to, asbestos fibers.

It is understood that to the extent any coverage may otherwise be provided under this policy or any of its endorsements, the provisions of this exclusion will supercede.

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative
or countersignature (where required by law)**

ENDORSEMENT NO. 13

This endorsement, effective 12:01 AM: March 1, 2005

Forms a part of policy no.: 9746096

Issued to: TAYLOR WOODROW, INC.

By: AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

### HOMEBUILDERS UMBRELLA
#### With Approved Counsel S.I.R. Credit

#### Exterior Insulation and Finish System (EIFS) Exclusion Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS, Paragraph M, is deleted in its entirety and replaced with the following:

This insurance does not apply to:

**Bodily Injury, Property Damage, Personal Injury or Advertising Injury** included within the Products-Completed Operations Hazard, arising in whole or in part out of the design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement of an Exterior Insulation and Finish System (EIFS), synthetic stucco, or any part thereof, including the application or use of paints, conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such product.

All other terms, conditions and exclusions of the policy remain unchanged.

Authorized Representative
or countersignature (where required by law)

ENDORSEMENT NO. 14


This endorsement, effective 12:01 AM:  March 1, 2005

Forms a part of policy no.:        9746096

Issued to:  TAYLOR WOODROW, INC.

By:  AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.


## NAMED INSURED ENDORSEMENT


In consideration of the premium charged, it is agreed that the Named Insured in the policy declarations is amended to read as follows, but, for the purpose of giving and receiving notices and the payment or the return of premium, the first-named insured shall be deemed the only Named Insured and shall act as the agent for any and all other Named Insureds:

TAYLOR WOODROW / MONARCH BUSINESS ENTITIES for Florida, Texas, Georgia


Addison Reserve Realty, Inc. (a Florida corporation) (Profit)  (Broker of Record)
Addison Reserve Realty, Ltd. (a Florida limited partnership)
Alaqua Lakes Community Association, Inc. (Non-Profit)
Alaqua Lakes Realty, Inc. (a Florida corporation) (Profit)
Altessa At Vasari Village Association, Inc. (Non-Profit)
Altessa I At Vasari Condominium Association, Inc. (Non-Profit)
Altessa II At Vasari Condominium Association, Inc. (Non-Profit)
Altessa III At Vasari Condominium Association, Inc. (Non-Profit)
Andalusia At Mirasol Property Owners Association, Inc. (Parcel F) (Non-Profit)
Avalon Community Association, Inc. (a Texas corporation) (Non-profit)
Brendisi at Mediterra Condominium Association, Inc.
Capri At Mirasol Property Owners Association, Inc. (Parcel 1) (Non-Profit)
Esperanza At Mirasol Property Owners Association, Inc. (Parcel 3) (Non-Profit)
Matera at Vasari Village Association, Inc. (Non-Profit)
Meridian At the Oaks Preserve Commons Maintenance Association, Inc.  (Non-Profit)
Meridian III At the Oaks Preserve Condominium Association, Inc.
Meridian IV At the Oaks Preserve Condominium Association, Inc.
Mirasol Club Realty, L.L.C. (Profit)
Mirasol Club, Inc. (Non-Profit)
Mirasol Master Maintenance Association, Inc. (Non-Profit)
Monarch Club, Inc. (a Florida non-profit corporation)
Monarch Communities of Texas (Profit)
Monarch Country Club, Inc. (a Florida corporation) (50% interest) (Profit)
Monarch Developments of Georgia, Inc. (a Georgia corporation) (Profit)
Monarch Developments of Texas, Inc. (a Texas corporation)
Monarch Homes of Florida, Inc. (a Florida corporation) (Profit)

ENDORSEMENT NO. 14 (Continued)

- Monte Carlo At Mirasol Property Owners Association, Inc. (Parcel 24) (Non-Profit)
- Monterosso At Mediterra Neighborhood Association, Inc. (Non-Profit)
- Monterosso III At Mediterra Condominium Association, Inc. (Non-Profit)
- Oaks Meridian, Ltd. (a Florida limited partnership)
- Oaks Preserve Realty, Inc. (a Florida corporation) (Profit)
- Orange Park Country Club Owners Association, Inc. (Non-profit)
- Palacio At Mirasol Property Owners Association, Inc. (Parcel 9 & 10) (Non-Profit)
- Playa Rienta At Mirasol Property Owners Association, Inc. (Parcel 8) (Non-Profit)
- Porta Vecchio At Mediterra Neighborhood Association, Inc. (a Florida corporation) (Non-Profit)
- Porta Vecchio I At Mediterra Condominium Association, Inc. (a Florida corporation) (Non-Profit)
- Porta Vecchio II At Mediterra Condominium Association, Inc. (a Florida corporation) (Non-Profit)
- Porta Vecchio III At Mediterra Condominium Association, Inc. (a Florida corporation) (Non-Profit)
- Porto Vecchio At Mirasol Property Owners Association, Inc. (Parcel ___ ) (Non-Profit)
- Q-Park Utility Company (a Texas corporation) (Profit)
- Quantera At Mirasol Property Owners Association, Inc. (Parcel 12) (Non-Profit)
- Sawgrass Commercial Park, Inc. (a Florida corporation) (Profit)
- Sawgrass Community Association, Inc. (Non-profit)
- Shadow Wood Preserve Bay Woods I Condominium Association, Inc. (a Florida corporation) (Non-Profit)
- Shadow Wood Preserve Bay Woods II Condominium Association, Inc. (a Florida corporation) (Non-Profit)
- Shadow Wood Preserve Bay Woods III Condominium Association, Inc. (a Florida corporation) (Non-Profit) - Shadow Wood Preserve Bay Woods Neighborhood Association, Inc. (a Florida corporation) (Non-Profit)
- Shadow Wood Preserve Creekside Neighborhood Association, Inc. (a Florida corporation) (Non-Profit)
- Shadow Wood Preserve Parkside Neighborhood Association, Inc. (a Florida corporation) (Non-Profit)
- Shadow Wood Preserve Sandalwood I Condominium Association, Inc. (a Florida corporation) (Non-Profit)
- Shadow Wood Preserve Sandalwood II Condominium Association, Inc. (a Florida corporation) (Non-Profit)
- Shadow Wood Preserve Sandalwood Neighborhood Association, Inc. (a Florida corporation) (Non-Profit)
- St. Johns Forest Community Development District
- St. Johns Forest Master Property Owners Association, Inc. (Non-Profit) -
- Steiner Ranch Commercial Community, Inc. (Non-Profit) [COMMERCIAL/ MULTI-FAMILY/ASSOCIATION]
- Steiner Ranch Golf Club GP, LLC (a Texas limited liability company)    [Note: LLC has no periods]
- Steiner Utility Company, Inc. (a Texas corporation) (Profit)
- Talavera At Mirasol Property Owners Association, Inc. (Parcel 11) (Non-Profit)
- Taylor Woodrow Communities - League City, Ltd (a Texas limited partnership)
- Taylor Woodrow Communities (a Florida general partnership)
- Taylor Woodrow Communities at Heron's Glen, LLC
- Taylor Woodrow Communities At Med 113, L.L.C. (a Florida limited liability company)
- Taylor Woodrow Communities At Med 119, L.L.C. (a Florida limited liability company)
- Taylor Woodrow Communities At Med 121, L.L.C. (a Florida limited liability company)
- Taylor Woodrow Communities At Mirasol, Ltd. (a Florida limited partnership)
- Taylor Woodrow Communities At Seven Meadows, Ltd., a Texas limited partnership
- Taylor Woodrow Communities At Shadow Wood Preserve, L.L.C. (a Florida limited liability company) (Profit)

**ENDORSEMENT NO. 14(Continued)**

- Taylor Woodrow Communities At St. Johns Forest, L.L.C. (a Florida limited liability company)
- Taylor Woodrow Communities At Vasari, L.L.C. (a Florida limited liability company) (Profit)
- Taylor Woodrow Communities of Texas, L.P. (a Delaware limited partnership)
- Taylor Woodrow Communities/Steiner Ranch, Ltd. (a Texas limited partnership)
- Taylor Woodrow Construction Corporation (a New York corporation)
- Taylor Woodrow Development Holdings, L.L.C.
- Taylor Woodrow Developments of Florida, L.L.C.
- Taylor Woodrow Georgia, L.L.C. (a Georgia limited liability company)
- Taylor Woodrow Homes - Austin Division, Ltd.
- Taylor Woodrow Homes - Central Florida Division, L.L.C.
- Taylor Woodrow Homes - Houston Division, Ltd.
- Taylor Woodrow Homes - Southwest Florida Division, L.L.C. (fka Taylor Woodrow Communities at Med 121, LLC)
- Taylor Woodrow Homes - Southwest Florida Division, L.L.C.(fka Taylor Woodrow Communities at Med 121, L.L.C.)
- Taylor Woodrow Homes Florida Inc. (a Florida corporation) (Profit) *(no comma)*
- Taylor Woodrow Homes Houston (GP), L.L.C.
- Taylor Woodrow Homes of Texas, Ltd. (a Texas limited partnership)
- Taylor Woodrow Homes Southwest LLC (a Delaware limited liability corporation)
- Taylor Woodrow Investments, Inc. (a Delaware corporation)
- Taylor Woodrow Nominee, L.L.C.
- Taylor Woodrow Realty - Central Florida, L.L.C. (a Florida limited liability company)
- Taylor Woodrow Realty - Houston, L.L.C. (a Texas limited liability company)
- Taylor Woodrow Realty - Southwest Florida, L.L.C. (a Florida limited liability company)
- Taylor Woodrow Realty - SW, L.L.C. (a Florida limited liability company)
- Taylor Woodrow U.S. Tower, Inc. (a Delaware corporation)
- Taylor Woodrow, Inc. (a Delaware corporation)
- Taylor Woodrow/Kenco, Ltd. (a Florida limited partnership)
- Taylor-Woodrow/St. Regis Acquisition, LLC, a Delaware limited liability company
- The Beach Residences Condominium Association, Inc. (a Florida corporation) (Non-Profit)
- The Beach Residences, L.L.C. (a Florida limited liability company)
- The Country Club At Mirasol Community Association, Inc. (Non-Profit)
- The Legacy Club At Alaqua Lakes, Ltd. (a Florida limited partnership)
- The Legacy Club, Inc. (Profit)
- The Oaks Preserve Management Association, Inc., a Florida corporation (Non-Profit)
- The University Of Texas Golf Club, Ltd. (f/k/a Steiner Ranch Golf Club, Ltd.) (a Texas limited partnership)
- Toscana At Vasari Village Association, Inc. (Non-Profit)
- Toscana I At Vasari Condominium Association, Inc. (Non-Profit)
- Toscana II At Vasari Condominium Association, Inc. (Non-Profit)
- Toscana III At Vasari Condominium Association, Inc. (Non-Profit)
- Total Florida Title, Inc.
- Tranquilla at Mirasol Property Owners Association, Inc. (Parcel ___) (Non-Profit)
- Trieste At Vasari Village Association, Inc. (Non-Profit)
- Trieste I At Vasari Condominium Association, Inc. (Non-Profit)
- Trieste II at Vasari Condominium Association, Inc. (Non-Profit)
- TW Acquisitions, Inc. (a Florida corporation) (Profit)
- TW Oaks Meridian, Inc. (a Florida corporation) (Profit)
- TW/Beach Residences - Holiday, L.L.C. (a Florida limited liability company)
- TW/Beach Residences - Hollywood, L.L.C.

ENDORSEMENT NO. 14(Continued)

TW/Beach Residences - Madeira, L.L.C. (a Florida limited liability company)
TW/Beach Residences - Venice Beach, L.L.C. (a Florida limited liability company)
TW/Olson Holdings, LLC
TW/Olson Realty L.L.C.
TW/Olson Venture Management, L.L.C.
TW/Olson-Indrio, LLC
TW/Olson-Magnolia, LLC
TW/Olson-Thomas Drive, L.L.C.
TWC/Mirasol, Inc. (a Florida corporation) (Profit)
TWC/Seven Meadows, L.L.C. (a Texas limited liability company)
TWC/Steiner Ranch, L.L.C. (a Texas limited liability company)
TWC/Texas Homes, L.L.C. (a Texas limited liability company)
TWCF, Inc. (a Florida corporation) (Profit)
TWKC, Inc. (a Florida corporation) (Profit)
Vasari Community Development District
Vasari Country Club Master Association, Inc. (Non-Profit)
Via Verde At Mirasol Property Owners Association, Inc. (Parcel 2) (Non-Profit)
Villa Vasari At Mirasol Condominium Association, Inc. (Non-Profit)
Villalago At Mediterra Neighborhood Association, Inc.
Vizcaya At Mirasol Property Owners Association, Inc. (Parcel H, I) (Non-Profit)
Waterchase Master Property Owners Association, Inc. (Non-Profit)
WF/TW Mortgage Venture, LLC

2/16/04 and updated continuously

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**

ENDORSEMENT NO. 15

This endorsement, effective 12:01 AM:  March 1, 2005

Forms a part of policy no.:        9746096

Issued to:   TAYLOR WOODROW, INC.

By:   AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO.

POLICY AMENDMENT ENDORSEMENT

It is agreed and understood that Item 7 (ESTIMATED TOTAL ANNUAL EXPOSURE & RATES PER)
of the Declarations is amended to read as follows:

Estimated Total Annual Exposure:          893 units to close in escrow in the policy term
                                          (850 + 5% growth)

Rates Per:                                Units @$721.28 adjustable upward only

All other terms, conditions and exclusions of the policy remain unchanged.

**Authorized Representative**
**or countersignature (where required by law)**



**A Member Company**
**Of American International Group, Inc.**

# HOMEBUILDERS UMBRELLA<sup>SM</sup>
## With Approved Counsel S.I.R. Credit

A Capital Stock Insurance Company
175 Water Street
New York, NY 10038

**NOTICE: THIS INSURER IS NOT LICENSED IN THE STATE OF NEW YORK AND IS NOT SUBJECT TO ITS SUPERVISION.**

### COMMERCIAL UMBRELLA LIABILITY POLICY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the **Named Insured** shown in the Declarations and any other person or organization qualifying as a **Named Insured** under this policy. The words "we," "us" and "our" refer to the company providing this insurance shown in the Declarations.

The word **Insured** means any person or organization qualifying as such under Section VI. Definitions.

Other words and phrases that appear in bold print have special meaning. See Section VI. Definitions.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations, we agree to provide coverage as follows:

| I. | INSURING AGREEMENT: EXCESS LIABILITY OVER INSURED'S SELF-INSURED RETENTION AND SCHEDULED UNDERLYING INSURANCE |
|----|---|

A. We will pay on behalf of the **Insured** those sums in excess of the **Self-Insured Retention** that the **Insured** becomes legally obligated to pay as damages by reason of liability imposed by law because of **Bodily Injury, Property Damage,** or **Personal Injury and Advertising Injury** to which this insurance applies or because of **Bodily Injury** or **Property Damage** to which this insurance applies assumed by the **Insured** under an **Insured Contract,** provided that:

1. the **Bodily Injury** or **Property Damage** is caused by an **Occurrence** that takes place anywhere, and the **Bodily Injury** or **Property Damage** occurs during the **Policy Period**; or

2. the **Bodily Injury** or **Property Damage** occurred after the end of the **Policy Period** and within the applicable statute of limitations or within ten (10) years from the common area transfer of title or from the **Unit** close of escrow, whichever is less, and arising out of a **Unit** or **Common Area,** the deed or title to which was recorded in the name of the original third party purchaser with the county clerk during the **Policy Period**; or

3. the **Personal Injury and Advertising Injury** is caused by an **Occurrence** arising out of your business, but only if the **Occurrence** was committed during the **Policy Period**; or

4. prior to the **Policy Period,** no **Insured** shown in paragraph G2 of Section VI, no manager in your risk management, insurance or legal department and no employee who was authorized by you to give or receive notice of an **Occurrence,** claim or **Suit,** knew that **Bodily Injury** or **Property Damage** had

80341 (06/02)                    Page 1 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

occurred, in whole or in part or that an **Occurrence** had been committed that caused **Personal Injury and Advertising Injury**. If such an **Insured**, manager or authorized employee knew, prior to the **Policy Period**, that the **Bodily Injury** or **Property Damage** had occurred or that an **Occurrence** had been committed that caused **Personal Injury and Advertising Injury**, then any continuation, change or resumption of such **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** during or after the **Policy Period** will be deemed to have been known prior to the **Policy Period**.

5. **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** will be deemed to have been known to have occurred at the earliest time when any **Insured** listed under Paragraph G2 of Section VII, any manager in your risk management, insurance or legal department or any employee who was authorized by you to give or receive notice of an **Occurrence**, claim or **Suit**:

   a. reports all, or any part, of the **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** to us or any other insurer;

   b. receives a written or verbal demand or claim for damages because of the **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury**; or

   c. becomes aware by any other means that **Bodily Injury** or **Property Damage** has occurred or has begun to occur or an **Occurrence** has been committed that has caused or may cause **Personal Injury and Advertising Injury**.

6. Coverage under this Paragraph A will be provided on the terms, definitions, conditions and exclusions of this policy.

B. We will pay on behalf of the **Insured** those sums in excess of the total applicable limits of **Scheduled Underlying Insurance** that the **Insured** becomes legally obligated to pay as damages provided the damages would be covered by **Scheduled Underlying Insurance**, except for exhaustion of the total applicable limits of **Scheduled Underlying Insurance** by the payment of **Loss**.

Coverage under this Paragraph B will follow the terms, definitions, conditions and exclusions of **Scheduled Underlying Insurance**, subject to the **Policy Period**, Limits of Insurance, premium and all other terms, definitions, conditions and exclusions of this policy. If any provisions of **Scheduled Underlying Insurance** conflict with any provisions of this policy, the provisions of this policy will apply.

C. If we are prevented by law or statute from paying damages on behalf of the **Insured**, then we will indemnify the **Insured** for those sums in excess of the **Self-Insured Retention** or **Scheduled Underlying Insurance**.

D. We will not pay a **Loss**, unless the **Self-Insured Retention** or **Scheduled Underlying Insurance** has been exhausted by the payment of such **Loss**.

E. The amount we will pay for damages is limited as described in Section V. Limits of Insurance.

| II. | SELF-INSURED RETENTION |

A. This insurance applies only in excess of the **Self-Insured Retention** and only for those coverages listed in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations.

B. The Each Occurrence Self-Insured Retention and Aggregate Self-Insured Retention, if any, shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations will only be reduced or exhausted by the payment of **Loss**.

C. The **Self-Insured Retention** applies whether or not there is any available **Other Insurance**. If there is insurance purchased by the **Insured** applicable to a **Loss**, amounts received through such insurance for payment of the **Loss** may be applied to reduce or exhaust the Each Occurrence Self-Insured Retention shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations. However, in no event will

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

amounts received through such insurance for the payment of expenses to defend any **Suit** or to investigate any claim reduce the Each Occurrence Self-Insured Retention.

D. The Each Occurrence Self-Insured Retention shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations is the most the **Insured** will pay for all **Loss** with respect to any one covered **Occurrence**.

E. The Aggregate Self-Insured Retention, if any, shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations is the most the **Insured** will pay for all **Loss**.

## III. DEFENSE PROVISIONS

A. We will have the right but not the duty to defend any **Suit** against the **Insured** that seeks damages covered under this policy when the Self-Insured Retention has been exhausted by the payment of **Loss**, even if the **Suit** is groundless, false or fraudulent.

B. We will have the right and duty to defend any **Suit** against the **Insured** that seeks damages covered under this policy when the total applicable limits of **Scheduled Underlying Insurance** has been exhausted by the payment of **Loss**, even if the **Suit** is groundless, false or fraudulent.

C. When we assume the defense of any **Suit**, we will:

1. defend, investigate, negotiate and settle the **Suit** as we deem expedient; and

2. pay the following:

   a. premiums on bonds to release attachments for amounts not exceeding the applicable Limits of Insurance of this policy, but we are not obligated to apply for or furnish any such bond;

   b. premiums on appeal bonds required by law to appeal the **Suit**, but we are not obligated to apply for or furnish any such bond;

   c. all court costs taxed against the **Insured** in the **Suit**;

   d. pre-judgment interest awarded against the **Insured** on that part of the judgment we pay. If we make a settlement offer within the applicable Limits of Insurance of this policy that is acceptable to the claimant, we will not pay any pre-judgment interest accruing after we make such offer;

   e. post-judgment interest that accrues after entry of judgment and before we have paid, offered to pay or deposited in court that part of the judgment that is within the applicable Limits of Insurance of this policy; and

   f. the **Insured's** expenses incurred with our express written consent.

D. Except as provided in Paragraph B above, we will have no duty to defend any **Suit** against the **Insured**. We will, however, have the right, but not the duty, to participate in the defense of any **Suit** and the investigation of any claim to which this policy may apply. If we exercise any of these rights, we will do so at our own expense.

E. We will not defend any **Suit**, or pay any attorney fees or litigation expenses including, without limitation, the expenses described in Paragraph C above that accrue after the applicable Limits of Insurance of this policy have been exhausted by the payment of **Loss** and we will have the right to withdraw from the further defense of such **Suit** by tendering control of said defense to the **Insured**.

## IV. APPROVED COUNSEL S.I.R. CREDIT

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

With respect to the **Occurrence** giving rise to **Suit**, the Each Occurrence Self-Insured Retention shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations will be reduced by the Approved Counsel Self-Insured Retention Credit shown in Item 6 of the Declarations, provided you comply with the following conditions:

1. You retain a law firm that is approved by us in writing promptly after the **Suit** is filed against any **Insured**; and

2. You maintain as counsel of record the approved law firm to defend the **Suit** through to the final resolution.

| **V.   LIMITS OF INSURANCE** |
|---|

A. The Limits of Insurance shown in Item 3 of the Declarations and the rules below state the most we will pay regardless of the number of:

1. **Insureds**;

2. claims made or **Suits** brought against any or all **Insureds**;

3. persons or organizations making claims or bringing **Suits**; or

4. coverages provided under this policy.

B. The General Aggregate Limit shown in Item 3B of the Declarations is the most we will pay for all damages, except for damages included in the **Products-Completed Operations Hazard.**

C. The Products-Completed Operations Aggregate Limit shown in Item 3C of the Declarations is the most we will pay for all damages included in the **Products-Completed Operations Hazard.**

D. Subject to Paragraphs B and C above, the Each Occurrence Limit stated in Item 3A of the Declarations is the most we will pay for the sum of all damages arising out of any one **Occurrence.**

E. Subject to Paragraphs B and C above, the most we will pay for damages under this policy on behalf of any person or organization to whom you are obligated by written **Insured Contract** to provide insurance such as is afforded by this policy is the lesser of the Limits of Insurance shown in Item 3 of the Declarations or the Limits of Insurance you agreed to procure in such written **Insured Contract.**

F. If the Self-Insured Retention or limits of **Scheduled Underlying Insurance** are reduced or exhausted by the payment of **Loss**, we will:

1. in the event of reduction, pay excess of the remaining limits of **Self-Insured Retention** or **Scheduled Underlying Insurance** ; and,

2. in the event of exhaustion, continue in force as excess of the exhausted **Self-Insured Retention** or **Scheduled Underlying Insurance.**

G. Paragraph B applies only in excess of the total applicable limits of **Scheduled Underlying Insurance.** If, however, a policy shown in the Schedule of Underlying Insurance referenced in Item 5 of the Declarations has a limit of insurance:

1. greater than the amount shown in such schedule, this policy will apply in excess of the greater amount; or

2. less than the amount shown in such schedule, this policy will apply in excess of the amount shown in such schedule.

H. Expenses incurred to defend any **Suit** or to investigate any claim will reduce the applicable Limits of Insurance of this policy.

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

I. The Limit of Insurance of This policy as respects to Item 3B of the Declarations, General Aggregate, applies separately to each consecutive annual period and to any remaining period of less than twelve (12) months, beginning with the inception date of the **Policy Period**, unless the **Policy Period** is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance of this policy.

J. The Limit of Insurance of this policy as respects Item 3C of the Declarations, Products-Completed Operations Aggregate, applies for a period of ten (10) years after the end of the **Policy Period** or the applicable statute of limitations has expired, whichever occurs first. This limit shall not reinstate annually.

| VI. | DEFINITIONS |
|---|---|

A. **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

1. notices that are published include material placed on the Internet or on similar electronic means of communication; and

2. regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

B. **Auto** means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. **Auto** does not include **Mobile Equipment**.

C. **Bodily Injury** means bodily injury, sickness or disease sustained by any person, including death or mental anguish resulting from any of these at any time.

D. **Common Area** means:

1. **Improvements** to real estate, regardless of ownership, which are not part of, attached to or conveyed with a **Unit** and are contained within the geographical boundaries and are an integral part of the Project.

2. Common Area shall include, but not be limited to, any roads, curbs, retaining or decorative walls, berms, recreation amenities of any kind, sewer and water mains, athletic facilities, common rooms or recreation facilities, fire roads and breaks, utility access easements and any other **Improvement** given, conveyed, sold, or otherwise transferred by the **Insured** to any government entity or homeowners association, by whatever name.

E. **Fungus(i), Mold(s) and Spore(s)** means:

1. **Fungus(i)** includes, but is not limited to, any of the plants or organisms belonging to the major group Fungi, lacking chlorophyll, and including molds, rusts, mildews, smuts and mushrooms;

2. **Mold(s)** includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce molds.

3. **Spore(s)** means any dormant or reproductive body produced by or arising or emanating out of any **Fungus(i), Mold(s)**, mildew, plants, organisms or microorganisms.

F. **Hostile Fire** means a fire that becomes uncontrollable or breaks out from where it was intended to be.

G. **Impaired Property** means tangible property, other than **Your Product** or **Your Work**, that cannot be used or is less useful because:

1. it incorporates **Your Product** or **Your Work** that is known or thought to be defective, deficient, inadequate or dangerous; or

80341 (06/02)                    Page 5 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

   2.   you have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   1.   the repair, replacement, adjustment or removal of **Your Product** or **Your Work;** or

   2.   your fulfilling the terms of the contract or agreement.

H.  **Improvement** means an addition to real property, whether permanent or not; especially one that increases its value or utility or that enhances its appearance.

I.   **Insured** means:

   1.   the **Named Insured;**

   2.   if you are designated in the Declarations as:

       a.   an individual, you and your spouse are Insureds, but only with respect to the conduct of a business of which you are the sole owner;

       b.   a partnership or joint venture, you are an Insured.  Your members and your partners are also Insureds, but only with respect to the conduct of your business;

       c.   a limited liability company, you are an Insured.  Your members are also Insureds, but only with respect to the conduct of your business.  Your managers are Insureds, but only with respect to their duties as your managers;

       d.   an organization other than a partnership, joint venture or limited liability company, you are an Insured. Your executive officers and directors are Insureds, but only with respect to their duties as your officers or directors.  Your stockholders are also Insureds, but only with respect to their liability as stockholders;

       e.   a trust, you are an Insured.  Your trustees are also Insureds, but only with respect to their duties as trustees;

   3.   your employees other than your executive officers (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business;

   4.   your volunteer workers only while performing duties related to the conduct of your business;

   5.   any person or organization (other than your employee or volu       ⸺ while acting as your real estate manager;

   6.   any person or organization to whom you are obligated by a v such as is afforded by this policy, but only with respect to th by you or on your behalf.

   Notwithstanding any of the above, no person or organization is current, past or newly formed partnership, joint venture or limite **Named Insured** in Item 1 of the Declarations.

J.   **Insured Contract** means that part of any contract or agreeme **Insured** assumes the tort liability of another party to pay for person or organization.  Tort liability means a liability that wc contract or agreement.

80341 (06/02)                                     Page 6 of 26

© 2002 American International
Includes copyrighted material of the Insurance Ser

Insured **Contract** does not include that part of any contract or agreement:

1.  that indemnifies a railroad for **Bodily Injury** or **Property Damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

2.  that indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    a.  preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    b.  giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

3.  under which the **Insured**, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the **Insured's** rendering or failure to render professional services, including those listed in subparagraph 2 above and supervisory, inspection, architectural or engineering activities.

K.  **Loss** means those sums actually paid as judgments and settlements that would be covered by this policy.

L.  **Mobile Equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

1.  bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2.  vehicles maintained for use solely on or next to premises you own or rent;

3.  vehicles that travel on crawler treads;

4.  vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    a.  power cranes, shovels, loaders, diggers or drills; or

    b.  road construction or resurfacing equipment such as graders, scrapers or rollers;

5.  vehicles not described in Paragraph 1, 2, 3 or 4 above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    a.  air compressors, pumps and generators, including spraying, welding, building, cleaning, geophysical exploration, lighting and well servicing equipment; or

    b.  cherry pickers and similar devices used to raise or lower workers;

6.  vehicles not described in Paragraph 1, 2, 3 or 4 above maintained primarily for purposes other than the transportation of persons or cargo.

    However, self-propelled vehicles with the following types of permanently attached equipment are not **Mobile Equipment**, but will be considered **Autos**:

    a.  equipment designed primarily for:

        i)   snow removal;

        ii)  road maintenance, but not construction or resurfacing; or

        iii) street cleaning;

80341 (06/02)                                      Page 7 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

b. cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

c. air compressors, pumps and generators, including spraying, welding, building, cleaning, geophysical exploration, lighting and well servicing equipment.

M. **Named Insured** means:

1. any person or organization designated in Item 1 of the Declarations;

2. any organization in which you maintain an interest of more than fifty percent (50%) as of the effective date of this policy and to which more specific insurance does not apply, provided that this policy does not apply to any **Bodily Injury** or **Property Damage** that occurred or any **Personal Injury and Advertising Injury** that was caused by an **Occurrence** that was committed before you acquired or formed such organization or after you ceased to maintain an interest of more than fifty percent (50%) in such organization; and

3. any organization, except for a partnership or a joint venture, that you acquire or form during the **Policy Period** in which you maintain an interest of more than fifty percent (50%) and to which more specific insurance does not apply, provided that:

   a. this policy does not apply to any **Bodily Injury** or **Property Damage** that occurred, or any **Personal Injury** or **Advertising Injury** that was caused by an **Occurrence** that was committed, before you acquired or formed such organization or after you ceased to maintain an interest of more than fifty percent (50%) in such organization; and

   b. you give us notice within ninety (90) days of such acquisition or formation of such organization.

   A partnership or a joint venture that you acquire or form during the **Policy Period** may be added as an **Insured** only by a written endorsement that we make a part of this policy.

   We may, at our option, make an additional premium charge for any organization that you acquire or form during the **Policy Period**.

N. **Occurrence** means:

1. As respects **Bodily Injury**, an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results in **Bodily Injury** neither expected nor intended from the standpoint of any Insured.

   In the event of continuing or progressively deteriorating dam͏ᵥₑᵣ any length of time, such damage shall be one **Occurrence** and shall be deemed to occur only w ᶠⁱʳˢᵗ commences.

2. as respects **Property Damage**, an accident, including continu same general harmful conditions. All such exposure to subɔ will be deemed to arise out of one **Occurrence**.

3. as respects **Personal Injury and Advertising Injury**, an oʹ **Personal Injury and Advertising Injury**. All damages ˙ injurious material or act will be deemed to arise out of oᵢ repetition thereof, the number and kind of media used and t

O. **Other Insurance** means a policy of insurance providing cov this policy.

© 2002 American Interna
Includes copyrighted material of the Insuranc

    b.  cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    c.  air compressors, pumps and generators, including spraying, welding, building, cleaning, geophysical exploration, lighting and well servicing equipment.

M. **Named Insured** means:

1.  any person or organization designated in Item 1 of the Declarations;

2.  any organization in which you maintain an interest of more than fifty percent (50%) as of the effective date of this policy and to which more specific insurance does not apply, provided that this policy does not apply to any **Bodily Injury** or **Property Damage** that occurred or any **Personal Injury and Advertising Injury** that was caused by an **Occurrence** that was committed before you acquired or formed such organization or after you ceased to maintain an interest of more than fifty percent (50%) in such organization; and

3.  any organization, except for a partnership or a joint venture, that you acquire or form during the **Policy Period** in which you maintain an interest of more than fifty percent (50%) and to which more specific insurance does not apply, provided that:

    a.  this policy does not apply to any **Bodily Injury** or **Property Damage** that occurred, or any **Personal Injury** or **Advertising Injury** that was caused by an **Occurrence** that was committed, before you acquired or formed such organization or after you ceased to maintain an interest of more than fifty percent (50%) in such organization; and

    b.  you give us notice within ninety (90) days of such acquisition or formation of such organization.

A partnership or a joint venture that you acquire or form during the **Policy Period** may be added as an **Insured** only by a written endorsement that we make a part of this policy.

We may, at our option, make an additional premium charge for any organization that you acquire or form during the **Policy Period**.

N. **Occurrence** means:

1.  As respects **Bodily Injury**, an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results in **Bodily Injury** neither expected nor intended from the standpoint of any **Insured**.

    In the event of continuing or progressively deteriorating dam͟ ͏over any length of time, such damage shall be one **Occurrence** and shall be deemed to occur only w ͏first commences.

2.  as respects **Property Damage**, an accident, including continu͟ same general harmful conditions. All such exposure to sub͟ will be deemed to arise out of one **Occurrence**.

3.  as respects **Personal Injury and Advertising Injury**, an o′ **Personal Injury and Advertising Injury**. All damages ͏ injurious material or act will be deemed to arise out of o͟ repetition thereof, the number and kind of media used and t͟

O. **Other Insurance** means a policy of insurance providing cov͟ this policy.

© 2002 American Interna͟
Includes copyrighted material of the Insuranc′

However, **Other Insurance** does not include the **Self-Insured Retention, Scheduled Underlying Insurance**, or any policy of insurance specifically purchased to be excess of this policy affording coverage that this policy also affords.

P. **Personal Injury and Advertising Injury** means injury arising out of your business including consequential **Bodily Injury** arising out of one or more of the following offenses:

   1. false arrest, detention or imprisonment;

   2. malicious prosecution;

   3. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   4. oral or written publication, in any manner, of material that slanders or libels a person or organization, or disparages a person's or organization's goods, products or services;

   5. oral or written publication, in any manner, of material that violates a person's right of privacy;

   6. the use of another's advertising idea in your **Advertisement**; or

   7. infringement upon another's copyright, trade dress or slogan in your **Advertisement**.

Q. **Policy Period** means the period of time from the inception date shown in Item 2 of the Declarations to the earlier of the expiration date shown in Item 2 of the Declarations or the effective date of termination of this policy.

R. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.   Waste includes materials to be recycled, reconditioned or reclaimed.

S. **Products-Completed Operations Hazard** means all **Bodily Injury** and **Property Damage** occurring away from premises you own or rent and arising out of **Your Product** or **Your Work** except:

   1. products that are still in your physical possession; or

   2. work that has not yet been completed or abandoned. However, **Your Work** will be deemed completed at the earliest of the following times:

      a. when all of the work called for in your contract has been completed;

      b. when all of the work to be done at the job site has been completed if your contract calls for work at more than one job site; or

      c. when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **Products-Completed Operations Hazard** does not include **Bodily Injury** or **Property Damage** arising out of:

   1. the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you and that condition was created by the loading or unloading of that vehicle by any **Insured**; or

   2. the existence of tools, uninstalled equipment or abandoned or unused materials.

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

T.  **Property Damage** means:

1.  physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

2.  loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the **Occurrence** that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

U.  **Scheduled Underlying Insurance** means:

1.  the policy or policies of insurance and limits of insurance listed in the Schedule of Underlying Insurance forming a part of this policy; and

2.  automatically any renewal or replacement of any policy in Paragraph 1 above, provided that such renewal or replacement provides equivalent coverage to and affords limits of insurance equal to or greater than the policy being renewed or replaced.

**Scheduled Underlying Insurance** does not include a policy of insurance specifically purchased to be excess of this policy affording coverage that this policy also affords.

V.  **Self-Insured Retention** means the amount applicable to each **Occurrence** for which the **Insured** is responsible that is shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations.

W.  **Suit** means a civil proceeding in which damages because of **Bodily Injury**, **Property Damage**, or **Personal Injury** or **Advertising Injury** to which this policy applies are alleged. **Suit** includes:

1.  an arbitration proceeding in which such damages are claimed and to which the **Insured** must submit or does submit with our consent; or

2.  any other alternative dispute resolution proceeding in which such damages are claimed and to which the **Insured** submits with our consent.

X.  **Unit** means a home, townhouse, or condominium, built by the **Insured** or financed by the Insured and sold to an unrelated third party.

Y.  **Your Product** means:

1.  any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    a.  you;

    b.  others trading under your name; or

    c.  a person or organization whose business or assets you have acquired; and

2.  containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

**Your Product** includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **Your Product;** and

2. the providing of or failure to provide warnings or instructions.

**Your Product** does not include vending machines or other property rented to or located for the use of others but not sold.

Z. **Your Work** means:

1. work or operations performed by you or on your behalf; and

2. materials, parts or equipment furnished in connection with such work or operations.

**Your Work** includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **Your Work;** and

2. the providing of or failure to provide warnings or instructions.

| VII. EXCLUSIONS |

A. **Aircraft and Watercraft**

This insurance does not apply to **Bodily Injury** or **Property Damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any **Insured.** Use includes operation and loading and unloading.

This exclusion applies even if the claims against any **Insured** allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that **Insured,** if the **Occurrence** which caused the **Bodily Injury** or **Property Damage** involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any **Insured.**

This exclusion does not apply to a watercraft you do not own that is less than 26 feet long and not being used to carry persons or property for a charge.

B. **Asbestos**

This insurance does not apply to any liability arising out of:

1. the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos containing products or materials, asbestos fibers or asbestos dust;

2. any obligation of the **Insured** to indemnify any party because of damages arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust; or

3. any obligation to defend any **Suit** or claim against the **Insured** that seeks damages arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust.

C. **Chromium Copper Arsenate**

This insurance does not apply to:

80341 (06/02)                                    Page 11 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

1.   any liability arising out of manufacture, installation, use, sale, handling, removal, distribution of; or

2.   any **Bodily Injury**, **Property Damage** or **Personal Injury and Advertising Injury** arising out of inhalation, consumption of, or exposure to

any chemical or product containing Chromium Copper Arsenate (CCA) or which has the same chemical formulary, or which is generally known in the chemical trade as having a substantially similar formulation, structure, or function by whatever name manufactured, formulated, structured, sold or distributed.

D.   **Contractual Liability**

This insurance does not apply to **Bodily Injury** or **Property Damage** for which the **Insured** is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

1.   that the **Insured** would have in the absence of a contract or agreement; or

2.   assumed in an **Insured Contract**, provided the **Bodily Injury** or **Property Damage** occurs subsequent to the execution and prior to the termination of the **Insured Contract**. Solely for the purposes of liability assumed in an **Insured Contract**, reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an **Insured** are deemed to be damages because of **Bodily Injury** or **Property Damage**, provided:

   a.   liability to such party for, or for the cost of, that party's defense has also been assumed in the same **Insured Contract**; and

   b.   such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this policy applies are alleged.

E.   **Damage to Impaired Property**

This insurance does not apply to any **Property Damage** to **Impaired Property** or property that has not been physically injured, arising out of:

1.   a defect, deficiency, inadequacy or dangerous condition in **Your Product** or **Your Work**; or

2.   a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to loss of use of other property arising out of sudden and accidental physical injury to **Your Product** or **Your Work** after it has been put to its intended use.

F.   **Damage to Property**

This insurance does not apply to any **Property Damage** to:

1.   property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

2.   premises you sell, give away or abandon if the **Property Damage** arises out of any part of those premises;

3.   property loaned to you;

4.   personal property in the care, custody or control of the **Insured**;

80341 (06/02)                              Page 12 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

5. that particular part of real property on which you or any contractors working directly or indirectly on your behalf are performing operations if the **Property Damage** arises out of those operations; or

6. that particular part of any property that must be restored, repaired or replaced because **Your Work** was incorrectly performed on it.

Paragraph 2 of this exclusion does not apply if the premises are **Your Work** and were never occupied, rented or held for rental by you.

Paragraphs 3, 4, 5 and 6 of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph 6 of this exclusion does not apply to any **Property Damage** included in the **Products-Completed Operations Hazard**.

G.  **Damage to Your Product**

This insurance does not apply to any **Property Damage** to **Your Product** arising out of it or any part of it.

H.  **Damage to Your Work**

This insurance does not apply to any **Property Damage** to **Your Work** arising out of it or any part of it and included in the **Products-Completed Operations Hazard**.

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

I.  **Electronic Chatrooms or Bulletin Boards**

This insurance does not apply to **Personal Injury and Advertising Injury** arising out of an electronic chatroom or bulletin board the **Insured** hosts, owns, or over which the **Insured** exercises control.

J.  **Employees and Volunteers**

This insurance does not apply to liability of any employee or volunteer with respect to **Bodily Injury** or **Personal Injury and Advertising Injury**:
1. to you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to an employee of yours while in the course of his or her employment or performing duties related to the conduct of your business, or to another volunteer of yours while performing duties related to the conduct of your business;

2. to the spouse, child, parent, brother or sister of such injured employee or volunteer as a consequence of subparagraph 1 above;

3. for which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in subparagraphs 1 or 2 above; or

4. arising out of his or her providing or failing to provide professional health care services.

K.  **Employment Practices**

This insurance does not apply to any liability arising out of:

1. wrongful dismissal, discharge, or termination, including breach of an implied contract;

2. coercion or harassment, including quid pro quo, hostile work environment, or other sexual harassment;

3. discrimination;

80341 (06/02)                              Page 13 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

4. retaliation, including lockouts;

5. employment related misrepresentations;

6. employment related libel, slander, humiliation, defamation, or invasion of privacy;

7. wrongful failure to employ or promote;

8. wrongful deprivation of career opportunity, wrongful demotion or negligent employee evaluation, including the giving of negative or defamatory statements in connection with an employee reference;

9. wrongful discipline any of your employees or applicants for employment with you;

10. failure to grant tenure to any of your employees;

11. failure to provide or enforce adequate or consistent corporate policies and procedures relating to any employment practice;

12. violation of an individual's civil rights relating to any of the above.

This exclusion applies:

1. whether the Insured may be liable as an employer or in any other capacity; and

2. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

L. **Expected or Intended**

This insurance does not apply to any **Bodily Injury** or **Property Damage** expected or intended from the standpoint of any - **Insured**. However, this exclusion does not apply to **Bodily Injury** or **Property Damage** resulting from the use of reasonable force to protect persons or property.

M. **Exterior Insulation and Finish Systems**

This insurance does not apply to **Bodily Injury, Property Damage,** or **Personal Injury and Advertising Injury** arising in whole or in part out of the design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement of an Exterior Insulation and Finish System (EIFS), synthetic stucco, or any similar product or any part thereof, including the application or use of paints, conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such a product.

N. **Fungus (i), Mold(s) and Spore(s)**

This insurance does not apply to **Bodily Injury,** or **Personal Injury and Advertising Injury** or any other **Loss,** injury, damage, cost or expense, including, but not limited to, losses, costs or expenses related to, arising from or associated with clean-up, remediation, containment, removal or abatement, caused directly or indirectly, in whole or in part, by:

1. Any **Fungus(i), Molds(s),** mildew or yeast; or

2. Any **Spore(s)** or toxins created or produced by or emanating from such **Fungus(i), Mold(s),** mildew or yeast; or

3. Any substance, vapor, gas, or other emission or organic or inorganic body or substance produced by or arising out of any **Fungus(i), Mold(s),** mildew or yeast; or

80341 (06/02)                     Page 14 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

4. Any material, product, building component, building or structure, or any concentration of moisture, water or other liquid within such material, product, building component, building or structure, that contains, harbors, nurtures or acts as a medium for any **Fungus(i)**, **Mold(s)**, mildew, yeast, or **Spore(s)** or toxins emanating therefrom,

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to that **Loss**, injury, damage, cost or expense.

O. **Infringement of Copyright, Patent, Trademark or Trade Secret**

This insurance does not apply to **Personal Injury and Advertising Injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your **Advertisement**, of copyright, trade dress or slogan.

P. **Liquor Liability**

This insurance does not apply to any **Bodily Injury** or **Property Damage** for which any **Insured** may be held liable by reason of:

1. causing or contributing to the intoxication of any person;

2. the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

3. any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

Q. **Media and Internet Type Businesses**

This insurance does not apply to **Personal Injury and Advertising Injury** committed by any **Insured** whose business is:

1. advertising, broadcasting, publishing or telecasting;

2. designing or determining content of web-sites for others; or

3. an Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs U1, U2 and U3 of Section VII.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

R. **"No-Fault," "Uninsured Motorist" or "Underinsured Motorist" Laws**

This insurance does not apply to any obligation of the **Insured** under any "No-Fault," "Uninsured Motorist" or "Underinsured Motorist" law.

S. **Nuclear Liability**

This insurance does not apply to:

1. any liability:

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

    a. with respect to which the Insured is also an Insured under a nuclear energy liability policy issued by the Nuclear Energy Liability-Property Insurance Association, Mutual Atomic Energy Liability Underwriters or the Nuclear Insurance Association of Canada, or would be an Insured under any such policy but for its termination upon exhaustion of its limit of liability;

    b. resulting from the hazardous properties of nuclear material and with respect to which (1) any person or any organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (2) the Insured is, or had this policy not been available would be, entitled to indemnity from the United States of America or any agency thereof under any agreement entered into by the United States of America or an agency thereof with any person or organization;

    c. resulting from the hazardous properties of nuclear material if:

       i) the nuclear material (1) is at any nuclear facility owned by the Insured or operated by the Insured or on the Insured's behalf or (2) has been discharged or dispensed therefrom;

       ii) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by the Insured or on the Insured's behalf; or

       iii) the injury or damage arises out of the furnishing by the Insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion iii applies only to Property Damage to such nuclear facility and any property thereat.

2. As used in this exclusion:

    a. "hazardous properties" includes radioactive, toxic or explosive properties;

    b. "nuclear material" means source material, special nuclear material or by-product material;

    c. "source material," "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or any law amendatory thereof;

    d. "spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

    e. "waste" means any waste material (1) containing by-product material and (2) resulting from the operation by any person or organization of a nuclear facility included within the definition of nuclear facility below;

    f. "nuclear facility" means:

       i) any nuclear reactor;

       ii) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel or (3) handling, processing or packaging wastes;

       iii) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the Insured's custody at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

       iv) any structure, basin, excavation, premises or place prepared or used for storage or disposal of waste, and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

80341 (06/02)

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

g.   "nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

h.   **Property Damage** includes all forms of radioactive contamination of property.

T.  **Pollution**

This insurance does not apply to:

1.  any liability arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **Pollutants**:

   a.  at or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any **Insured**;

   b.  at or from any premises, site or location that is or was at any time used by or for any **Insured** or others for the handling, storage, disposal, processing or treatment of waste;

   c.  that are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any **Insured** or any person or organization for whom you may be legally responsible;

   d.  at or from any premises, site or location on which any **Insured** or any contractors or subcontractors working directly or indirectly on any **Insured's** behalf are performing operations if the **Pollutants** are brought on or to the premises, site or location in connection with such operations by such **Insured**, contractor or subcontractor;

   e.  at or from any premises, site or location on which any **Insured** or any contractors or subcontractors working directly or indirectly on any **Insured's** behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of **Pollutants**;

   f.  that are contained in any property that is:

      i)  being transported or towed by, handled or handled for movement into, onto or from an **Auto** covered by **Scheduled Underlying Insurance**;

      ii)  otherwise in the course of transit by or on behalf of the **Insured**; or

      iii) being stored, disposed of, treated or processed in or upon an **Auto** covered by **Scheduled Underlying Insurance**;

   g. i)  before the **Pollutants** or any property in which the **Pollutants** are contained are moved from the place where they are accepted by the **Insured** for movement into or onto an **Auto** covered by **Scheduled Underlying Insurance**; or

      ii)  after the **Pollutants** or any property in which the **Pollutants** are contained are moved from the **Auto** covered by **Scheduled Underlying Insurance** to the place where they are finally delivered, disposed of or abandoned by the **Insured**.

2.  any loss, cost or expense arising out of any:

   a.  request, demand order or statutory or regulatory requirement that any **Insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of **Pollutants**; or

80341 (06/02)            

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

b. claim or **Suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of **Pollutants**.

The exceptions to Paragraph 1 of this Pollution exclusion as set forth in subparagraphs 1) through 6) below will not apply unless such coverage as is provided by subparagraphs 1) through 6) is included under **Scheduled Underlying Insurance** and then for no broader coverage than is provided under such **Scheduled Underlying Insurance**.

1. **Products-Completed Operations Hazard:** Paragraphs 1a through 1d of this exclusion do not apply with respect to **Bodily Injury** or **Property Damage** included within the **Products-Completed Operations Hazard**, provided that **Your Product** or **Your Work** has not at any time been:

   a. discarded, dumped, abandoned, thrown away; or

   b. treated or handled as waste;

   by anyone.

2. **Hostile Fire:** Paragraphs 1a and 1d of this exclusion do not apply with respect to **Bodily Injury** or **Property Damage** arising out of heat, smoke or fumes from a **Hostile Fire**.

3. **Equipment to Heat the Building and Contractor/Lessee Operations:** Paragraph 1a of this exclusion does not apply to:

   a. **Bodily Injury** sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat the building; or

   b. **Bodily Injury** or **Property Damage** for which you may be held liable if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional **Insured** with respect to your ongoing operations performed for that additional **Insured** at such premises, site or location, and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any **Insured**, other than the additional **Insured**.

4. **Fuels, Lubricants and Other Operating Fluids - Mobile Equipment:** Paragraph 1d of this exclusion does not apply to:

   a. **Bodily Injury** or **Property Damage** arising out of the escape of fuels, lubricants or other operating fluids that are needed to perform normal electrical, hydraulic or mechanical functions necessary for the operation of **Mobile Equipment** or its parts if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the **Bodily Injury** or **Property Damage** arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor; or

   b. **Bodily Injury** or **Property Damage** sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

5. **Fuels, Lubricants, Fluids, etc. - Auto:** Paragraph 1f of this exclusion does not apply to fuels, lubricants, fluids, exhaust gases or other similar **Pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of an **Auto** covered by **Scheduled Underlying Insurance** or its parts if:

   a. the **Pollutants** escape, seep, migrate or are discharged, dispersed or released directly from an **Auto** part designed by its manufacturer to hold, store, receive or dispose of such **Pollutants**; and

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

b.  the Bodily Injury or Property Damage does not arise out of the operation of any equipment listed in Paragraphs 6b and 6c of the definition of Mobile Equipment.

6.  Upset, Overturn or Damage of an Auto:  Paragraph 1g of this exclusion does not apply to Occurrences that take place away from premises owned by or rented to an Insured with respect to Pollutants not in or upon an Auto covered by Scheduled Underlying Insurance if:

a.  the Pollutants or any property in which the Pollutants are contained are upset, overturned or damaged as a result of the maintenance or use of an Auto covered by Scheduled Underlying Insurance; and

b.  the discharge, dispersal, seepage, migration, release or escape of the Pollutants is caused directly by such upset, overturn or damage.

U.  Pre-Existing Damages and/or Defects

This insurance does not apply to Bodily Injury, Property Damage, or Personal Injury and Advertising Injury arising out of, based on, or involving, the continuation of, during the Policy Period, any pre-existing damages and/or defects known to any Insured before the effective date of this policy.

This exclusion shall apply whether or not the Insured's legal obligation to pay for such pre-existing damages and/or defects was established before the effective date of this policy.

V.  Prior Units

This insurance does not apply to Bodily Injury, Property Damage, Personal Injury and Advertising Injury included in the Products - Completed Operations Hazard arising out of a Unit, the deed or title to which was recorded in the name of a third party prior to the inception of the policy.

W.  Professional Services

This insurance does not apply to Bodily Injury, Property Damage, or Personal Injury and Advertising Injury arising out of any professional services performed by or on behalf of the Insured, including but not limited to the preparation or approval of maps, plans, opinions, reports, surveys, designs, or specifications, and any supervisory, inspections or engineering work.

X.  Recall of Products, Work or Impaired Property

This insurance does not apply to any damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1.  Your Product;

2.  Your Work; or

3.  Impaired Property;

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Y.  Securities

This insurance does not apply to any liability arising out of:

1.  any violation of any securities law, whether statutory or common law, or any regulation promulgated thereunder;

80341 (06/02)                          Page 19 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

2.  the purchase, sale, offer of sale or solicitation of any security, debt, insurance policy, bank deposit or financial interest or instrument;

3.  any representations made at any time in relation to the price or value of any security, debt, insurance policy, bank deposit or financial interest or instrument; or

4.  any depreciation or decline in price or value of any security, debt, insurance policy, bank deposit or financial interest or instrument.

## Z.  Unauthorized Use of Another's Name or Product

This insurance does not apply to **Personal Injury and Advertising Injury** arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

## AA. Various Personal Injury and Advertising Injury

This insurance does not apply to **Personal Injury and Advertising Injury**:

1.  caused by or at the direction of the **Insured** with the knowledge that the act would violate the rights of another and would inflict **Personal Injury and Advertising Injury**;

2.  arising out of oral, written or electronic publication of material if done by or at the direction of any **Insured** with knowledge of its falsity;

3.  arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the **Policy Period**;

4.  arising out of a criminal act committed by or at the direction of the **Insured**;

5.  for which the **Insured** has assumed liability in a contract or agreement.  This exclusion does not apply to liability for damages that the **Insured** would have in the absence of the contract or agreement;

6.  arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your **Advertisement**;

7.  arising out of the wrong description of the price of goods, products or services stated in your **Advertisement**.

## BB. Various Laws

This insurance does not apply to any obligation of the **Insured** under any of the following:

1.  the Employee Retirement Income Security Act of 1974 (including amendments relating to the Consolidated Omnibus Budget Reconciliation Act of 1985), and including any amendment or revision thereto, or any similar common or statutory law of the United States, Canada or any state or jurisdiction anywhere in the world; or

2.  any workers' compensation, unemployment compensation or disability benefits law, or under any similar law.

## CC. War

This insurance does not apply to any **Bodily Injury** or **Property Damage** due to war, whether or not declared, or any act or condition incident to war.  War includes civil war, insurrection, rebellion or revolution.  This exclusion applies only to liability assumed under a contract or agreement.

80341 (06/02)                              Page 20 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

DD. "Wrap-Ups"

This insurance does not apply to **Bodily Injury**, **Property Damage**, or **Personal Injury and Advertising Injury** arising out of any project insured under a "wrap-up" or any similar rating plan.

## VIII. CONDITIONS

A. Appeals

If the **Insured** or the **Insured's** underlying insurers do not appeal a judgment in excess of the **Self-Insured Retention** or **the Schedule of Underlying Insurance**, we may elect to exercise our right to do so. If we appeal, we will be liable for, in addition to the applicable Limits of Insurance of this policy, all costs, expenses incurred and interest on that amount of any judgment which does not exceed the applicable Limits of Insurance of this policy incidental to such an appeal.

B. **Audit**

We may audit and examine your books and records as they relate to this policy at any time during the **Policy Period** and for up to three (3) years after the expiration or termination of this policy.

C. **Bankruptcy or Insolvency**

Your bankruptcy, insolvency or inability to pay or the bankruptcy, insolvency or inability to pay of any of your underlying insurers will not relieve us from the payment of **Loss** covered by this policy. But under no circumstances will such bankruptcy, insolvency or inability to pay require us to drop down, replace or assume any obligation under the **Self-Insured Retention** or **Schedule of Underlying Insurance**.

D. **Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of non-payment of premium, we must mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than fifteen (15) days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Declarations will be sufficient to prove notice.

3. The **Policy Period** will end on the day and hour stated in the cancellation notice.

4. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final Premium will not be less than the pro rata share of the Minimum Premium shown in Item 6 of the Declarations.

5. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force and increased by our short rate cancellation table and procedure. Final premium will not be less than the short rate share of the Minimum Premium shown in Item 6 of the Declarations.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter, but the cancellation will be effective even if we have not made or offered any refund of unearned premium. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The first **Named Insured** in Item 1 of the Declarations will act on behalf of all other **Insureds** with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this policy.

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

8.   Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with that law.

E.  **Change In Control**

If during the **Policy Period**:

1.   the first **Named Insured** designated in Item 1 of the Declarations consolidates with or merges into, or sells all or substantially all of its assets to any person or entity; or

2.   any person or entity acquires an amount of the outstanding ownership interests representing more than 50% of the voting or designation power for the election of directors of the first **Named Insured** designated in Item 1 of the Declarations, or acquires the voting or designation rights of such an amount of ownership interests;

this policy will continue in full force and effect subject to any modifications to the terms and conditions of this policy that we may require as set forth in a written endorsement that we make to this policy, provided however, that 90 days prior to the effective date of such transaction, you provide us with full particulars of such transaction and agree to any additional premiums and modifications to the terms of this policy.

If prior to the effective date of such transaction, we do not agree that this policy will continue in full force and effect or you do not pay any additional premium that may be required, this policy will be deemed cancelled by you.

F.  **Changes**

Notice to any agent or knowledge possessed by any agent or any other person will not effect a waiver or change in any part of this policy.  This policy can be changed only by a written endorsement that we make to this policy.

G.  **Duties in the Event of an Occurrence, Claim or Suit**

1.   You must see to it that we are notified in writing as soon as practicable of an **Occurrence** that may result in a claim or **Suit** under this policy.  To the extent possible, notice should include:

a.   how, when and where the **Occurrence** took place;

b.   the names and addresses of any injured persons and any witnesses; and

c.   the nature and location of any injury or damage arising out of the **Occurrence**.

Written notice should be mailed or delivered to:

AIG Technical Services, Inc.
Excess Casualty Claim Department
175 Water Street
New York, NY  10038

2.   You must notify us not later than sixty (60) days after you receive notice of any **Occurrence** that may result in a claim or **Suit** under this policy involving any of the following:

a.   a fatality;

b.   severe burns;

c.   traumatic brain injury;

80341 (06/02)                        Page 22 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

    d.  dismemberment or amputation;

    e.  paralysis;

    f.  loss or impairment of eyesight or hearing;

    g.  a sexual assault or battery, including, but not limited to, rape, molestation, or sexual abuse; or

    h.  any **Occurrence**, claim or **Suit**, which in the reasonable opinion of you or any principal of yours may result in a **Loss** that is equal to or greater than 25% of the **Self-Insured Retention** or **Schedule of Underlying Insurance**.

  3.  You and any other involved **Insured** must:

    a.  immediately send us copies of any reports, notices, summonses or legal papers received or prepared by you or any person or organization acting on your behalf in connection with the claim or **Suit**;

    b.  authorize us to obtain records and other information;

    c.  cooperate with us in the investigation, settlement or defense of the claim or **Suit**; and

    d.  assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the **Insured** because of injury or damage to which this insurance may also apply.

    e.  immediately send us copies of title company or other escrow agent statement evidencing the **Unit Close of Escrow** for all properties forming a part of or at issue in the occurrence, claim or **Suit**.

  4.  No **Insureds** will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent.

  5.  Failure to comply with this Condition G shall result in a forfeiture of coverage under this policy.

## H.  Headings

  The descriptions in the headings of this policy are solely for convenience and form no part of the terms and conditions of coverage.

## I.  Inspection

  We have the right, but not the obligation, to inspect your premises and operations at any time. Our inspections are not safety inspections. They relate only to the insurability of your premises and operations and the premiums to be charged. We may give you reports on the conditions that we find. We may also recommend changes. We do not, however, undertake to perform the duty of any person or organization to provide for the health or safety of your employees or the public. We do not warrant the health and safety conditions of your premises or operations or represent that your premises or operations comply with laws, regulations, codes or standards.

## J.  Knowledge of Occurrence or Claim

  Knowledge of an **Occurrence**, claim or **Suit** by your agent, servant or employee will not in itself constitute knowledge by you, unless any **Insured** described in Paragraph G2 of Section VI, any manager in your risk management, insurance or legal department or any employee who was authorized by you to give or receive notice of an **Occurrence**, claim or **Suit** will have received notice of such **Occurrence**, claim or **Suit** from said agent, servant or employee.

## K.  Legal Actions Against Us

80341 (06/02)                              Page 23 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

No person or organization has a right under this policy:

1.  to join us as a party or otherwise bring us into a **Suit** asking for damages from an **Insured**; or

2.  to sue us under this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an **Insured**; but we will not be liable for damages that are not payable under this policy or that are in excess of the applicable Limits of Insurance of this policy. An agreed settlement means a settlement and release of liability signed by us, the **Insured** and the claimant or the claimant's legal representative.

L.  **Maintenance of Scheduled Underlying Insurance**

You agree that during the **Policy Period**:

1.  you will keep **Scheduled Underlying Insurance** in full force and effect;

2.  the terms, definitions, conditions and exclusions of **Scheduled Underlying Insurance** will not materially change;

3.  the total applicable limits of **Scheduled Underlying Insurance** will not decrease, except for any reduction or exhaustion of aggregate limits by payment of **Loss**; and

4.  any renewals or replacements of **Scheduled Underlying Insurance** will provide equivalent coverage to and afford limits of insurance equal to or greater than the policy being renewed or replaced.

If you fail to comply with these requirements, we will be liable only to the same extent that we would have, had you fully complied with these requirements

M.  **Other Insurance**

If other valid and collectible insurance applies to damages that are also covered by this policy, this policy will apply excess of the **Other Insurance**. However, this provision will not apply if the **Other Insurance** is specifically written to be excess of this policy.

N.  **Premium**

The first **Named Insured** designated in Item 1 of the Declarations will be responsible for payment of all premiums when due.

The premium for this policy will be computed on the basis set forth in Item 7 of the Declarations. At the beginning of the **Policy Period**, you must pay us the Advance Premium shown in Item 7 of the Declarations.

When this policy expires or if it is cancelled, we will compute the earned premium for the time this policy was in force. If this policy is subject to audit adjustment, the actual exposure base will be used to compute the earned premium. If the earned premium is greater than the Advance Premium, you will promptly pay us the difference. If the earned premium is less than the Advance Premium, we will return the difference to you. But in any event, we will retain the Minimum Premium as shown in Item 6 of the Declarations for each twelve months of the **Policy Period**.

O.  **Separation of Insureds**

Except with respect to the Limits of Insurance of this policy and rights or duties specifically assigned to the first **Named Insured** designated in Item 1 of the Declarations, this insurance applies:

1.  as if each **Named Insured** were the only **Named Insured**; and

80341 (06/02)                                     Page 24 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

2.  separately to each **Insured** against whom claim is made or **Suit** is brought.

P.  **Transfer of Rights of Recovery**

1.  If any **Insured** has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us.  The **Insured** must do nothing after loss to impair these rights and must help us enforce them.

2.  Any recoveries will be applied as follows:

a.  any person or organization, including the **Insured**, that has paid an amount in excess of the applicable Limits of Insurance of this policy will be reimbursed first;

b.  we then will be reimbursed up to the amount we have paid; and

c.  lastly, any person or organization, including the **Insured** that has paid an amount over which this policy is excess is entitled to claim the remainder.

Expenses incurred in the exercise of rights of recovery will be apportioned among the persons or organizations, including the **Insured**, in the ratio of their respective recoveries as finally settled.

3.  If, prior to the time of an **Occurrence**, you and the insurer of **Scheduled Underlying Insurance** waive any right of recovery against a specific person or organization for injury or damage as required under an **Insured Contract** we will also waive any rights we may have against such person or organization.

Q.  **Transfer of Your Rights and Duties**

Your rights and duties under this policy may not be transferred without our written consent.

If you die or are legally declared bankrupt, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative.  However, notice of cancellation sent to the first **Named Insured** designated in Item 1 of the Declarations and mailed to the address shown in this policy will be sufficient notice to effect cancellation of this policy.

R.  **Unintentional Failure to Disclose**

Your failure to disclose all hazards existing as of the inception date of the policy will not prejudice you with respect to the coverage afforded by this policy, provided that any such failure or omission is not intentional.

S.  **When Damages Are Payable**

We will not make any payment under this policy unless and until the **Self-Insured Retention** or **Schedule of Underlying Insurance** has been exhausted by the payment of **Loss**.

When the amount of **Loss** has finally been determined, we will promptly pay on behalf of the **Insured** the amount of such **Loss** within the applicable Limits of Insurance of this policy.

T.  **Service Of Suit**

In the event of our failure to pay any amount claimed to be due hereunder, we, at the request of the **Named Insured** or any additional **Insured**, will submit to the jurisdiction of a count of competent jurisdiction within the United States.  Nothing in this condition constitutes or should be understood to constitute a waiver of our rights to commence an action in any court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.  It is further agreed that service of process in such suit may be made upon Counsel, Legal Department, American International Specialty Lines Insurance Company, 70 Pine Street, New York, NY 10270, or his or her representative, and that in any suit instituted against us upon

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

this contract, we will abide by the final decision of such court or of any appellate court in the event of any appeal.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefor, we hereby designate the Superintendent, Commissioner, or Director of Insurance, other officer specified for that purpose in the statute, or his or her successor or successors in office as our true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the **Named Insured** or any additional **Insured** or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**IN WITNESS WHEREOF,** we have caused this policy to be executed and attested, but this policy will not be valid unless countersigned by one of our duly authorized representatives, where required by law.

Elizabeth M. Tuck

Secretary

L. H. Lelly

Chairman of the Board and CEO

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.