1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3   IN RE: CHINESE-MANUFACTURED    )
    DRYWALL PRODUCTS LIABILITY     )
4   LITIGATION                     )
                                   ) CIVIL DOCKET NO.
5                                  ) 09-MD-2047-EEF-JCW
                                   ) SECTION "L"
6                                  ) NEW ORLEANS, LOUISIANA
                                   ) MONDAY, JANUARY 24, 2011
7                                  ) 9:00 A.M.
    THIS DOCUMENT RELATES TO:      )
8                                  ) HELD IN CHAMBERS
    CAMPBELL                       )
9                                  )
    vs.                            )
10                                 )
    KNAUF PLASTERBOARD (TIANJIN)   )
11  COMPANY, LTD, NO. 09-7628      )
    * * * * * * * * * * * * * * * * * * * * * * * * * *

12

13

             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

14

         HEARD BEFORE THE HONORABLE ELDON E. FALLON

15

                 UNITED STATES DISTRICT JUDGE

16

17

18  APPEARANCES:

19  FOR THE PLAINTIFFS'
    STEERING COMMITTEE:        HERMAN HERMAN KATZ & COTLAR
20                             BY:  RUSS HERMAN, ESQUIRE
                               820 O'KEEFE AVENUE
21                             NEW ORLEANS, LA 70113

22

23

24

25

```
 1   APPEARANCES CONTINUED:

 2
     THE PLAINTIFFS:            HUGH P. LAMBERT, ESQUIRE
 3                              CAYCE C. PETERSON, ESQUIRE
                                701 MAGAZINE STREET
 4                              NEW ORLEANS, LA 70130

 5
                                SHER GARNER CAHILL RICHTER
 6                                  KLEIN & HILBERT
                                JAMES GARNER, ESQUIRE
 7                              909 POYDRAS STREET
                                28TH FLOOR
 8                              NEW ORLEANS, LA 70112

 9
     DEFENDANT:                 Frilot, LLC
10                              BY:  KYLE A. SPAULDING, ESQUIRE
                                ENERGY CENTRE
11                              1100 POYDRAS STREET
                                SUITE 3700
12                              NEW ORLEANS, LA 70163

13

14   ALSO APPEARING:           MARTHA CURTIS, ESQUIRE
                                MATTHEW CLARK, ESQUIRE
15                              RICK KINGREY, ESQUIRE

16

17

18

19   SUSAN A. ZIELIE, RPR, FCRR
     OFFICIAL COURT REPORTER
20   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
21   500 POYDRAS STREET, ROOM B406
     NEW ORLEANS, LA 70130
22   susan_zielie@laed.uscourts.gov
     504.589.7781
23

24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.
25   TRANSCRIPT PRODUCED BY COMPUTER AIDED TRANSCRIPTION.
```

1        NEW ORLEANS, LOUISIANA; MONDAY, JANUARY 24, 2011

2                           9:00 A.M.

3             THE COURT:  The Court ordered mediation in

4    this matter to begin at 9 o'clock.  I also clarified the

5    fact that I instructed the plaintiff to be here in

6    person.  Is he here?

7             MR. LAMBERT:  He's not, Your Honor.  His

8    communication to us just a few minutes ago was that he

9    was at a phone number, which I assume is the same one

10   we've had for awhile.  And he did notify us on Thursday,

11   the 20th, when Your Honor ordered the mediation, that he

12   could participate by phone but that it was inadequate

13   notice for him to get here in person.  And we've been

14   unable to speak to him verbally, only through emails,

15   until this morning when he called us.  I don't know

16   where he is.  He lives in Connecticut.  He also has a

17   residence I think in the islands some place.  And I

18   don't know where he is.

19            So I would ask that Your Honor consider,

20   since all of these parties are here and since he's

21   available by phone, letting us plow forward as best we

22   can with some recommendations that I have given to him

23   in writing in the past.  He hasn't agreed to those, but

24   I think that there's so many people here and well

25   prepared that we could make some significant progress.

1   And, at the point when we think we've reached an

2   impasse, come to Your Honor with some sort of

3   conclusionary results and then see how that works.

4   　　　　　THE COURT:   The reason that the Court felt

5   that everybody should be here is because that makes more

6   sense to me.

7   　　　　　I'm going to deny that request, and will

8   order him to pay a $7,000 fine, one for each individual

9   here.   I'm going to also set a motion on Wednesday to

10  show cause why his entire case should not be dismissed

11  for failing to prosecute, failure to follow court

12  orders.

13  　　　　　I appreciate everybody else being here, and

14  I apologize to you for any inconvenience.

15  　　　　　I'll give him one week in which to pay this

16  fine.   Thank you very much.

17  　　　　　(9:12 a.m., Proceedings Concluded.)

18

19

20  　　　　　　　　　　CERTIFICATE

21

22  　　　I, Susan A. Zielie, Official Court Reporter, do
    hereby certify that the foregoing transcript is correct.

23

24  　　　　　　　　　/S/ SUSAN A. ZIELIE, RPR, FCRR
    　　　　　　　　　_____
25  　　　　　　　　　　Susan A. Zielie, RPR, FCRR