Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0441

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Homes of Broward XI, Inc., c/o Michael Peredo, Hector Garcia, and/or Gerardo Aguirre
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **October**, 20 **10**, at **3:45** o'clock **P** M

Place of Service: at **12895 SW 132 Street, Suite 200**, in **Miami, FL 33186**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Southern Homes of Broward XI, Inc., c/o Michael Peredo, Hector Garcia, and/or Gerardo Aguirre**
By delivering them into the hands of an officer or managing agent whose name and title is: **Maria Palacious Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Grey**; Facial Hair ____
Approx. Age **55**; Approx. Height **5'5**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **27th** day of **October**, 20 **10**

Signature of Server

Notary Public  (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013