Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   106415-0430

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific Homes, dba Standard Pacific of
Colorado, Inc., a Delaware Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: California ) ss.
County of: Orange )

Name of Server: Shawn O'Malley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27 day of October, 20 10, at 3:46 o'clock P M

Place of Service: at 26 Technology Drive, in Irvine, CA 92618

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Standard Pacific Homes, dba Standard Pacific of Colorado, Inc., a Delaware Corporation**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: Peggy Yazloff, Authorized Individual

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian; Hair Color Red ; Facial Hair —
Approx. Age 40+ ; Approx. Height 5'7" ; Approx. Weight 155

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 2 day of November, 20 10

Notary Public (Commission Expires) 8/5/2011

**APS International, Ltd.**

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011