Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**AFFIDAVIT OF SERVICE ON A CORPORATION**

APS International, Ltd.
1-800-328-7171

--Steven R. Carter, Inc.
Court Case No. 09-7628

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Christinia Therien, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action:

**Date/Time of Service:** that on 05-Oct-2010 11:25 am

**Place of Service:** at 28 Sandpiper Rd., city of Tampa, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Steven R. Carter, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is
Thomas Fox, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair glasses
Approx. Age 59 y/o ; Approx. Height 5'10" ; Approx. Weight 180 lbs

✔ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Christinia Therien*
Signature of Server

Subscribed and sworn to before me this 15 day of October, 2010.

Notary Public    (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters