Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

---

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Windship Homes of Florida, Inc.
Court Case No. 09-7628

---

State of: ___Florida___ ) ss.
County of: ___Hillsborough___ )

| | |
|---|---|
| **Name of Server:** | **Kenneth R. Steinberg** ___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on  06-Oct-2010 04:50 pm |
| **Place of Service:** | at         10627 Broadland Pass        , city of        **Thonotosassa**        , state of   **FL** |
| **Documents Served:** | the undersigned served the documents described as: Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Windship Homes of Florida, Inc.** By delivering them into the hands of an officer or managing agent whose name and title is **James H. Sutton, Jr., Registered Agent** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color White   ; Hair Color Lt Brown ; Facial Hair Approx. Age 45 yrs ; Approx. Height 5'8" ; Approx. Weight 160lb ✔ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.  _(signature)_  Signature of Server | Subscribed and sworn to before me this  15  day of October , 20 10  _(signature)_  Notary Public    (Commission Expires) |

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File:

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES June 8, 2013
Bonded Thru Notary Public Underwriters