Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0073

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beazer Homes Corp., c/o Corporation Service Company
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Alar_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _18_ day of _Nov_ , 20 _10_ , at _950_ o'clock _A_ M

**Place of Service:** at _1201 Hays Street_ , in _Tallahassee, FL 32301_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Beazer Homes Corp., c/o Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Maukley - process clerk_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Blk_ ; Facial Hair ____
Approx. Age _35_ ; Approx. Height _58_ ; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_11·18·10_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _18_ day of _Nov_ , 20 _10_

Notary Public (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019