Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Orlando, LLC, Corporation Service Company
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )
Name of Server: __James A Alei__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __18__ day of __Nov__, 20__10__, at __950__ o'clock __A__ M

Place of Service: at  1201 Hays Street , in  Tallahassee, FL 32301

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**KB Home Orlando, LLC, Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: __Joyce Markley - process clerk__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Blk__; Facial Hair ____
Approx. Age __39__; Approx. Height __5'8__; Approx. Weight __141__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

11-18-10
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __18__ day of __Nov__, 20__10__
Notary Public    (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019