Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0113

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meritage Homes of Florida, Inc., c/o Corporation Service Company
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

**Name of Server:** James A Ali, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18 day of Nov, 20 10, at 9:50 o'clock A M

**Place of Service:** at 1201 Hays Street, in Tallahassee, FL 32301

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Meritage Homes of Florida, Inc., c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: Joyce Murphy - process clerk

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Blk; Facial Hair ___
Approx. Age 39; Approx. Height 5'8; Approx. Weight 141

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 18 day of Nov, 20 10

11-18-10
Signature of Server

Notary Public    (Commission Expires)

APS International, Ltd.


DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019