**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 24, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE WILKINSON** |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : | |

**THIS DOCUMENT RELATES TO** *Campbell v. Knauf Plasterboard (Tianjin) Co. Ltd.*, **No. 09-7628**

At the regularly scheduled monthly status conference on January 20, 2011, the Court discussed with the parties the necessity of moving forward on those cases that are ready for remediation in an effort to ultimately resolve the claims. Toward this end, a mediation was set for Monday, January 24, 2011. At the suggestion of Plaintiff's counsel and the involved defendants, the Plaintiff's properties were selected for the mediation. The Court issued orders requiring the Plaintiff to appear in person, *see* (R. Docs. 7052, 7088), so that the mediation could proceed efficiently and stand a better chance at success.

On Monday, January 24, 2011, at 9:00 a.m., the mediator, Rick Kingrea, was present, as well as Plaintiff's counsel. Also present were Matt Clark, Martha Curtis, and Jim Garner on behalf of Southern Homes, LLC; Kerry Miller and Kyle Spaulding on behalf of Knauf Plasterboard (Tianjin) Co., Ltd.; Russ Herman on behalf of the Plaintiffs' Steering Committee; and Richard Duplantier on behalf of Interior Exterior Building Supply. However, despite two orders from the Court requiring

1

JS10(00:03)

his presence at the mediation, *see id.*, as well as numerous conversations and correspondence, Plaintiff did not appear.  Because of his absence it was necessary to cancel the mediation, causing those present great inconvenience and expense.  It is appropriate that these burdens should be borne by the Plaintiff.  Accordingly, IT IS ORDERED that Plaintiff is to pay, within one week of this Minute Entry, $1000.00 for each person in attendance to cover his or her costs and time, for a total of $8,000.00.  Plaintiff is to send this payment in the form of a check to the Clerk of Court, Financial Unit, Eastern District of Louisiana, 500 Poydras St., New Orleans, LA 70130.

IT IS FURTHER ORDERED that on February 2, 2011, at 9:00 a.m., Plaintiff is to appear in person at a hearing on a rule to show cause why Plaintiff's claims should not be dismissed.

cc:  Financial Unit