Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0164

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:

--Touchstone At Rapallo, Inc.
Court Case No. 10-361 Section L

---

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14th** day of **December**, 20 **10**, at **12:00** o'clock **P** M

Place of Service: at **3440 Renaissance Blvd Ste 12**, in **Benita Springs FL 34134**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in**
**Intervention IIA;  Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Touchstone At Rapallo, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: **Debbie Wallace, Chief Operating Officer**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **55** ; Approx. Height **5'4"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
**16th** day of **December**, 20 **10**

_____
Notary Public        (Commission Expires)

Notary Public State of Florida
Elena C Alvarado
My Commission DD775441
Expires 04/06/2012

6611