Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Angel Developments, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5** day of **January**, 20**11**, at **6:50** o'clock **P** M

Place of Service: at **216 SW Maclay Way**, in **Port St. Lucie, FL 34986**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action
Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum
of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee;
Certificate of Service; Defendant List

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Angel Developments, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Gabriel Angel - President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **Spanish**; Hair Color **Grey**; Facial Hair —
Approx. Age ___; Approx. Height **5'7"**; Approx. Weight **150 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **6** day of **January**, 20**10**

Notary Public     7-14-12 (Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

**APS International, Ltd.**