Jo[...]s, et. al., Plaintiff(s)
vs
K[...]f G[...], et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108318-0050

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hanover Homes

LEVIN FISHBEIN, ET AL
Ms. Jenifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-362 Section L

State of: **Florida** ) ss.
County of: **Martin** )

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **23** day of **December**, 20 **10**, at **11:10** o'clock **A** M

Place of Service: at **2407 SW Monterrey Lane**, in **Port St. Lucie, FL 34953**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee; Certificate of Service; Defendant List**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hanover Homes**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Philip Petruzzelli - President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **YES**
Approx. Age **60's**; Approx. Height **5'8"-5'9"**; Approx. Weight **185 lbs**
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **23** day of **December**, 20 **10**

Notary Public
**7-14-12**
(Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

**APS International, Ltd.**