David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Building Supply, Inc., c/o C.T. Corporation System
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **New Mexico** ) ss.
County of: **Santa Fe** )

Name of Server: **Jeff Bowers**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25** day of **August**, 20 **10**, at **11:25** o'clock **a** M

Place of Service: at **123 East Marcy**, in **Sante Fe, NM 87501**

Documents Served: the undersigned served the documents described as:
**Summons;Complaint in Intervention**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Building Supply, Inc., c/o C.T. Corporation System**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Leanne Martorey - Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Cau.** ; Hair Color **Brn** ; Facial Hair **NO**
Approx. Age **33** ; Approx. Height **5'6** ; Approx. Weight **130**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **27** day of **August**, 20 **10**

Signature of Server

Notary Public    3/10/13   (Commission Expires)

**APS International, Ltd.**



OFFICIAL SEAL
Sharon Gallegos
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 3/10/13