David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0019

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Davis Construction Supply, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **ALACHUA** )

Name of Server: **R. Ryan Gleason**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24th** day of **Aug.**, 20 **10**, at **1:00** o'clock **P** M

Place of Service: at **20725 SW 46th Avenue**, in **Newberry, FL 32669**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint in Intervention**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Davis Construction Supply, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Michael Smith, Project Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Bld** ; Facial Hair **N**
Approx. Age **55** ; Approx. Height **5'10** ; Approx. Weight **200**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **25th** day of **Aug**, 20 **10**

R. Ryan Gleason
Signature of Server

Notary Public    (Commission Expires)

JACKIE V. SMITH
Commission # DD 962873
Expires June 18, 2014
Bonded Thru Troy Fain Insurance 800-...

**APS International, Ltd.**