David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--I.B.S.A., Inc., Independent Builders Supply Association, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-6690 Sect. L

State of: North Carolina ) ss.
County of: Johnston )

**Name of Server:** Jennifer McKenzie, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25 day of August, 2010, at 11:15 o'clock A M

**Place of Service:** at 1801 Wal Pat Road, in Smithfield, NC 27477

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint in Intervention

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
I.B.S.A., Inc., Independent Builders Supply Association, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Tim Johnson, VP of Business Development

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair yes
Approx. Age 40 ; Approx. Height 6'2" ; Approx. Weight 220

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 25 day of August, 2010

Edwin McCracken
Notary Public    (Commission Expires)