David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  105955-0011

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior/Exterior Building Supply, LP
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

Name of Server: **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25th** day of **August**, 20 **10**, at **8:25** o'clock **A** M

Place of Service: at **727 South Cortez St.**, in **New Orleans, LA  70119**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint in Intervention**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Building Supply, LP**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Terri LaMonte / Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Cauc.** ; Hair Color **Red** ; Facial Hair **No**
Approx. Age **51** ; Approx. Height **5'0"** ; Approx. Weight **130 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*/s/ Kennith Landry*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **25th** day of **August**, 20 **10**

*/s/ Notary* Tenure for Life
Notary Public   (Commission Expires)

Robert John Comeaux
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY