David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior/Exterior Enterprises, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __ST. TAMMANY__ )

**Name of Server:** __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25th__ day of __August__, 20 __10__, at __8:25__ o'clock __A__ M

**Place of Service:** at __727 South Cortez St.__, in __New Orleans, LA  70119__

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Enterprises, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Terri Lamonte / Manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cauc.__ ; Hair Color __Red__ ; Facial Hair __No__
Approx. Age __51__ ; Approx. Height __5'0"__ ; Approx. Weight __130 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury     Subscribed and sworn to before me this that the foregoing is true and correct.      __25th__ day of __August__, 20 __10__

__Kennith Landry__                                                      __Tenure In Life__
Signature of Server                                                Notary Public            (Commission Expires)

**APS International, Ltd.**
ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY