UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. WILKINSON

This Document Relates to *Benes v. Knauf Gips KG*, No. 09-6690

## ORDER

The Court received the attached correspondence from Mr. William Talmadge of Talmadge Drywall, Inc., an installer defendant in the above captioned matter. IT IS ORDERED that this correspondence and the attached documents are entered into the record. IT IS FURTHER ORDERED that Phillip Wittmann, the Homebuilders and Installers Liaison Counsel, is to review the correspondence and contact Mr. Talmadge regarding the MDL litigation.

New Orleans, Louisiana, this 19th day of January 2011.

_____
U.S. District Judge

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep _____
___Doc. No. _____