1/6/11
U.S. District Court:
For the Eastern District of Louisiana,
Civil Action No.2:09-CV-6690 EEF-JCW
Re: Mary Anne Benes
v.
Knauf Gips KG., et al. & Steven R. Carter
(Third party plaintiff against Talmadge Drywall,Inc.)

Dear JUDGE FALLON:
Talmadge Drywall Inc. did not know that the Chinese drywall, purchased from Black Bear Gypsum was bad. We would have no way of knowing this, since all we do is install the drywall. We trusted Black Bear Gypsum to supply us with drywall that was fit for use in all residential homes construction. The Chinese board has been used in Florida since 1995. I have installed it in homes and have had no problems or complaints. How was I supposed to know that recently in ( 2006-2008,) the Chinese drywall was defective? I was supposed to being buying the same drywall from the manufacturer, that manufactured the board in 1995. Is what Black Bear Gypsum told me. I have since closed Talmadge Drywall Inc., and filed personal bankruptcy. I also have suffered a heart attack, and I have been under Dr's care for congestive heart failure. I strongly feel that the federal government is responsible for allowing defective drywall to pass and make it into the U.S. and into Black Bear Gypsum's supply. I can't afford an attorney.

Yours Truly,
William Talmadge

Copies to: David C. Coons

Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 8:10-bk-10823-CED

Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William Walter Talmadge
7007 Aspen Avenue
Tampa, FL 33637

Social Security No.:
xxx-xx-1957

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: August 19, 2010

Caryl E. Delano
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

019413

3320701943201S

[87fd] [FINAL DECREE]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:  Case No. 8:10-bk-10823-CED
Chapter 7

William Walter Talmadge
7007 Aspen Avenue
Tampa, FL 33637

_____Debtor(s)_____ /

### FINAL DECREE

The estate of the above-named debtor has been fully administered.

IT IS ORDERED THAT:

— Beth Ann Scharrer is discharged as trustee of the estate of the above-named debtor and the bond as pertains to this case is cancelled;

— the Chapter 7 case of the above-named debtor is closed.

DONE AND ORDERED on August 19, 2010.

*[signature]*

Caryl E. Delano
United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

019413

3320701943202 4