## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 : : SECTION:  L : JUDGE FALLON : MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : : |
| Vickers, et al. v. Knauf GIPS KG, et al., Case No. 09-04117 (E.D.La.) | : : |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND FOURTH AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs submit this Memorandum of Law in support of their motion for leave to amend Fourth Amended Complaint and state as follows:

### BACKGROUND

This case was transferred from the Southern District of Florida at the beginning of this litigation.  Since that time, the case has been amended to include a national class action.  [D.E. 3400, (5/25/10)].  Additionally, service of process on foreign defendants has been completed. Many of the substantive motions in MDL 2047 have been argued and litigated through this case.

### MEMORANDUM OF LAW

Plaintiffs seek leave to amend their Fourth Amended Complaint for the following purposes: a) to add two new class representatives; b) to drop two defendants as parties; and c) to add personal injury claims.  Federal Rule of Civil Procedure 15(a)(2) provides that after a party has amended a pleading once as of course or the time for amendments has expired, a party may only amend by obtaining leave of court or the adverse parties' written consent.  Rule 15(a)(2) provides as follows:

>*Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Rule 15(a) "evinces a bias in favor of granting leave to amend." *Martin's Herend Improts, Inc. v. Diamond & Gem Trading United States of America Co.*, 195 F.3d 765, 770 (5th Cir. 1999); *Lowrey v. Texas A & M University System*, 117 F.3d 242 (5th Cir. 1997). The Court should consider such factors as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of amendment. *Wimm v. Jack Eckerd Corp.,* 3 F.3d 137, 139 (5th Cir. 1993).

There has been no undue delay, bad faith, or dilatory motive by Plaintiffs to amend their Complaint. Plaintiffs seek to add additional class representatives, as certain previously named class representatives may be participants in Knauf's Pilot Program. Moreover, personal injury claims that were added required additional time for the PSC to satisfy its own due diligence. As to undue prejudice, no defendant is unduly prejudiced. "The inclusion of a claim based on facts already known or available to both sides does not prejudice the non-moving party." *Popp Telecom v. American Sharecom, Inc.* 210 F.3d 928, 943 (8th Cir. 2000). Here, the facts giving rise to the needed amendments to the Complaint were <u>not known</u> to Plaintiffs. As such, no undue prejudice to Defendants exists. Moreover, Rule 15 amendments are not barred simply because they raise new issues of law. *Busam Motor Sales v. Ford Motor Co.,* 203 F.2d 469, 472 (6th Cir. 2001).

## **CONCLUSION**

WHEREFORE Plaintiffs respectfully request that for the reasons set forth above, this Honorable Court grant Plaintiffs' Motion for Leave to Amend Fourth Amended Complaint and deem the Fifth Amended Complaint filed as of the date of the entry of the Court's Order.

Respectfully submitted,

Dated: January 25, 2011.

/s/Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Counsel for Individual Representative Plaintiffs and the Class*

Ervin A. Gonzalez
Patrick S. Montoya
COLSON HICKS EIDSON COLSON MATTHEWS MARTINEZ GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-476-7400
Fax: (305) 476-7444
*Counsel for Individual Representative Plaintiffs and the Class*

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Counsel for Individual Representative Plaintiffs and the Class*

                        Michael D. Hausfeld, Esquire
Richard S. Lewis, Esquire
James J. Pizzirusso, Esquire
Faris Ghareeb, Esquire
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Counsel for Individual Representative Plaintiffs and the Class*

## OF COUNSEL TO PLAINTIFFS (PLAINTIFFS' STEERING COMMITTEE)

Russ M. Herman
*Liaison Counsel MDL 2047*
Leonard A. Davis
Stephen J. Herman
HERMAN, HERMAN KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

Arnold Levin
*Plaintiffs' Lead Counsel MDL 2047*
Fred S. Longer
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITHCELL,
ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Robert Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Hugh P. Lambert
LAMBERT & NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmenunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
jerry@yourlawyer.com

Dawn M. Barrios
BARRIOS, KINGSDORF & CATEIX, LLP
701 Poydras Street, Suie 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (305) 524-3313
barrios@bkc-law.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkp@lewis-roberts.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@aseegerweiss.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Jeremy W. Alters | Richard S. Lewis |
| Alters Law Firm | HAUSFELD LLP |
| 4141 NE 2nd Ave., Suite 201 | 1700 K Street, N.W., Suite 650 |
| Miami, FL 33137 | Washington, DC 20006 |
| Phone: (305) 571-8550 | Phone: (202) 540-7200 |
| Fax: (305) 571-8559 | Fax: (202) 540-7201 |
| jeremy@alterslaw.com | rlewis@hausfeldllp.com |

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 25, 2011, Plaintiffs' Memorandum In Support Of Plaintiffs' Motion For Leave To Amend Fourth Amended Complaint was served on the below parties via First Class mail and by electronically uploading the same to LexisNexis File & Serve on January 24, 2011, in accordance with Pre-Trial Order No. 6. I further certify that all counsel of record have been served via the Court's electronic Notification system.

                                  /s/Arnold Levin
                                  Arnold Levin, Esquire
                                  Fred S. Longer, Esquire
                                  Matthew C. Gaughan, Esquire
                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
                                  510 Walnut Street, Suite 500
                                  Philadelphia, PA 19106
                                  Phone: (215) 592-1500
                                  Fax: (215) 592-4663