UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This document relates to: ) <br> ) <br> *Payton, et al v. Knauf Gips KG, et al* ) <br> EDLA 09-07628 ) <br> ) <br> *Silva, et al v. Knauf Gips KG, et al* ) <br> EDLA 09-08034 ) <br> ) <br> *Vickers, et al v. Knauf Gips KG, et al* ) <br> EDLA 09-04117 ) <br> _____ ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

## **O R D E R**

Considering Plaintiffs' Motion for Leave to File Supplemental Declaration of Ronald E. Wright, P.E.;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Supplemental Declaration of Ronald E. Wright, P.E.

New Orleans, Louisiana this \_\_\_\_ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge