# EXHIBIT A

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* - Case No. 10-361

**Exhibit "A"–Plaintiffs' Counsel Contact Information in Plaintiffs', Clifford Abromatts and Janice Worobec, *et. al.*, Omnibus Class Action Complaint in Intervention (II(C))**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy W. Alters<br>Alters Law Firm, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |
| Joseph M. Bruno<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 525-1335<br>Fax: (504) 561-6775<br>www.brunobrunolaw.com |

| |
|---|
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |
| Hugh P. Lambert<br>Lambert & Nelson<br>701 Magazine Street<br>New Orleans, LA 70130-3629<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>amy@lambertandnelson.com |
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |

| |
|---|
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |
| Ben Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 S. Baylen Street<br>Pensacola, FL 32501<br>Phone: (850) 435-7087<br>Fax: (850) 436-6087<br>bgordon@levinlaw.com |
| Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>P.O. Box 17529<br>Raleigh, NC 27619<br>Phone (919) 981-0191<br>Fax: (919) 981-0199<br>akf@lewis-roberts.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

| |
|---|
| Jerrold Parker<br>Jordan L. Chaikin<br>April S. Goodwin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jchaikin@yourlawyer.com |
| Michael B. Shapiro<br>Allison Grant<br>Shapiro, Blasi, Wasserman & Gora, PA<br>Corporate Centre at Boca Raton<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Phone: (561) 477-7800<br>Fax: (561) 477-7722<br>agrant@sbwlawfirm.com |