UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL. NO. 2047 CASE NO. 09-6690 |
| | * * | SECTION "L" |
| THIS DOCUMENT RELATES TO: David Gross, et al v. KNAUF GIPS, KG., et al Case No. 2:09-CV-762 | * * * * * | JUDGE FALLON MAG. JUDGE WILKINSON This pleading applies to the claims of Plaintiffs, Robert &Denise Martin, ONLY |

**************************************

### DEFENDANT, HOLMES BUILDING MATERIAL, L.L.C.'S ANSWER, IN RESPONSE TO PLAINTIFFS', RUBEN JAEN, *et al.*, OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (III(A))

Defendant, Holmes Building Materials, LLC (hereinafter "Holmes"), through undersigned counsel, hereby files this Answer in response to Plaintiffs', Ruben Jaen *et al.*, Omnibus Class Action Intervention III(A) as follows, and adopts and re-alleges its denials, defenses and cross-claims contained in its Answer to the Plaintiffs' Substituted and Amended Omnibus Class Action Complaint in Intervention III and in any other responsive pleadings it has filed herein:

### INTERVENING PLAINTIFFS

None of the allegations made by the Intervening Plaintiffs listed in the chart contained in the plaintiffs' Ruben Jaen et al. Omnibus Class Action Complaint in Intervention III(A) are directed to defendant Holmes and as such no response is required. Nevertheless, to the extent a

749529-1                                                                1

response may be necessary, defendant Holmes is without knowledge regarding these allegations, and thus denies same for lack of sufficient information to justify a belief therein.

Further, to the extent the Jaen et al. Intervening Plaintiffs incorporate and adopt any substantive allegations made against defendant Holmes in the *Benes* Substituted and Amended Class Action Complaint in Intervention III, defendant Holmes adopts and re-alleges its denials, defenses and cross-claims contained in its Answer to the *Benes* Substituted and Amended Class Action Complaint in Intervention III.

## DEMAND FOR JURY TRIAL

Defendant, HOLMES BUILDING MATERIALS, L.L.C., also prays for trial by jury on all issues presented herein.

## PRAYER FOR RELIEF

The allegations contained in the Intervening Plaintiffs' Prayer for Relief do not require a response from defendant Holmes; however, to the extent a response is required, defendant Holmes denies all allegations contained in the Prayer for Relief.

WHEREFORE, Defendant, Holmes Building Materials, L.L.C., prays that this Answer be deemed good and sufficient and prays for all relief, whether legal or equitable, to which it is entitled in this action, and for trial by jury of all issues herein.

LEMLE & KELLEHER, L.L.P.

*/s/ Elizabeth Haecker Ryan*
Elizabeth Haecker Ryan, T.A. (La. Bar No. 6404)
C. Kieffer Johnson (La. Bar No. 31206)
601 Poydras Street, 21st Floor
New Orleans, LA  70130
Telephone:    504.584.9138
Fax:    504.584.9142
E-mail:  eryan@lemle.com
E-mail:  kjohnson@lemle.com

749529-1                                                                2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Answer of Holmes Building Materials, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at KMiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day January, 2011.

      */s/ Elizabeth Haecker Ryan*
      Elizabeth Haecker Ryan