UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO ALL CASES    JUDGE FALLON
MAG. JUDGE WILKINSON

### ORDER

The Court has granted the Plaintiffs' Steering Committee's Fifth and Seventh Motions to Lift Stay as to Various Pending Motions. Accordingly,

IT IS ORDERED that the Plaintiffs' Steering Committee's Motion for an Order Requiring an Accounting and Other Relief [Document #6669] and the Plaintiffs' Steering Committee's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of All Outside Settlement Activities [Document #6947] are set for hearing following the monthly status conference on February 23, 2011.

IT IS FURTHER ORDERED that any oppositions to these motions are to be filed with the Court on or before February 9, 2011, and that any replies are to be filed on or before February 18, 2011.

New Orleans, Louisiana, this 24th day of January 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE