UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

AND NOW, on this _____ Day of _____, 2011, upon consideration of the Plaintiffs' Steering Committee's Motion to Halt Entry of Voluntary Motions to Dismiss Without Prior Notice to the Plaintiffs' Liaison Counsel and Defense Liaison Counsel, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

For any plaintiff on an Omni Complaint no motions for voluntary dismissal with prejudice may be filed without first prior notice to the PLC and DLC and their approval thereof. Further, stipulations of voluntary dismissal with prejudice shall be prohibited until further notice of the Court.

By the Court,

_____
J.