IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL No. 2047 |
| | : | Section L |
| | : | |
| This Document Relates to Charlene and Tatum Hernandez, et al. v. AAA Insurance, et al. Civil Action No. 10-3070 | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| | : | |

## NOTICE OF APPEARANCE

Covert J. Geary and Sara C. Valentine hereby file this Notice of Appearance as counsel of record for Defendant Privilege Underwriters Reciprocal Exchange, and requests that copies of all pleadings served in this case be served upon the undersigned counsel at the following office. Privilege Underwriters Reciprocal Exchange expressly reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. Privilege Underwriters Reciprocal Exchange further avers that this Notice does not constitute a waiver of service.

    Respectfully submitted

    *s/Sara C. Valentine*
    COVERT J. GEARY (#14280)
    SARA C. VALENTINE (#30773)
    Jones, Walker, Waechter, Poitevent,
     Carrère & Denègre, L.L.P.
    201 St. Charles Avenue, 49th Floor
    New Orleans, Louisiana 70170-5100
    Telephone: (504) 582-8276
    Telecopier: (504) 589-8276
    *cgeary@joneswalker.com*
    *svalentine@joneswalker.com*
    **Attorneys for Defendant Privilege Underwriters Reciprocal Exchange**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by Using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 25th day of January, 2011.

*s/Sara C. Valentine*