David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0024

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--International Materials Trading, Incorporated
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: NEVADA ) ss.
County of: WASHOE )

**Name of Server:** MARC NEVILLE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26 day of AUGUST, 2010, at 10:15 o'clock A M

**Place of Service:** at 204 W. Spear St., in Carson City, NV 89703

**Documents Served:** the undersigned served the documents described as:
**Summons;Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**International Materials Trading, Incorporated**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: R/A CORP. SERVICES OF NV. C/O STEPHANIE LUJAN, SECRETARY

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color ASIAN ; Hair Color BLACK ; Facial Hair NONE
Approx. Age 25 ; Approx. Height 5'0" ; Approx. Weight 100

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 30 day of August, 20 10

Susan L. Papka
Notary Public (Commission Expires)

SUSAN L. PAPKA
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 07-3718-2 - Expires May 23, 2011