David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J.W. Allen & Company Incorporated
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Kenwith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25th_ day of _August_, 20 _10_, at _9:21_ o'clock _A_ M

**Place of Service:** at _200 Crofton Road, Box 34_, in _Kenner, LA 70062_

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**J.W. Allen & Company Incorporated**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Gerald Becnel_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Cauc._ ; Hair Color _Grey_ ; Facial Hair _No_
Approx. Age _42_ ; Approx. Height _5'10"_ ; Approx. Weight _270 lbs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth Landry_
Signature of Server

Subscribed and sworn to before me this _25th_ day of _August_, 20 _10_

_Tenure for life_
Notary Public   (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY