David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0014

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Knauf Insulation GMBH, aka Knauf USA
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _INDIANA_ ) ss.
County of: _SHELBY_ )

**Name of Server:** _PAMELA J. CONLEY_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _26_ day of _August_, 20 _10_, at _9:10_ o'clock _A_ M

**Place of Service:** at One Knauf Drive, in Shelbyville, IN 46176

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint in Intervention

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Knauf Insulation GMBH, aka Knauf USA**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _STEPHEN K. BROWN, DIRECTOR OF CORPORATE TAX_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _CAUC_ ; Hair Color _GRAY_ ; Facial Hair ____
Approx. Age _60_ ; Approx. Height _5'10"_ ; Approx. Weight _240_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Pamela Conley_
Signature of Server

Subscribed and sworn to before me this _27_ day of _August_, 20 _10_

_Nancy Botbyl_
Notary Public       (Commission Expires)

**APS International, Ltd.**

NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017