David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0021

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Suprema Trading, Inc., Rosenthal, Rosenthal, Rasco, Kaplan, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25th** day of **August**, 20 **10**, at **9:05** o'clock **A** M

Place of Service: at **One Aventura, Suite 600**, in **Aventura, FL 33180**

Documents Served: the undersigned served the documents described as:
**Summons; Complaint in Intervention**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**La Suprema Trading, Inc., Rosenthal, Rosenthal, Rasco, Kaplan, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Daniel Kaplan Attorney**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **46**; Approx. Height **5'10**; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
**25th** day of **August**, 20 **10**
_Doris F Collins_
Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011