David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   105955-0018

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Smoky Mountain Materials, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: __FLORIDA__ ) ss.
County of: __ESCAMBIA__ )

**Name of Server:** __Glenroy Little__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __24th__ day of __August__, 20 __10__, at __3:55__ o'clock __P__ M

**Place of Service:** at __8040 Old Palafox St.__, in __Pensacola, FL 32534__

**Documents Served:** the undersigned served the documents described as:
**Summons;Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Smoky Mountain Materials, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __William Batting , General Manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __GRAY__ ; Facial Hair __NONE__
Approx. Age __52__ ; Approx. Height __6'4"__ ; Approx. Weight __255__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __20th__ day of __August__, 20 __10__

_____
Notary Public     (Commission Expires)

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064