David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--TMO Global Logistics, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Virginia_ ) ss.
County of: _Augusta_ )
Name of Server: _Charles D Sheffer Jr_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _24th_ day of _August_, 20 _10_, at _11:15_ o'clock _A_ M

**Place of Service:** at 416 Park St., in Charlotteville, VA 22902

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**TMO Global Logistics, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Maisie OSteen, Legal Assistant_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Wht_ ; Hair Color _Brown_ ; Facial Hair ____
Approx. Age _27_ ; Approx. Height _5' 7_ ; Approx. Weight _140_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this _25th_ day of _August_, 20 _10_

_[signature] Jody Lee Barb_
Notary Public      (Commission Expires)

**APS International, Ltd.**

Jody Lee Barb
Commonwealth of Virginia
Notary Public
Commission No. 7315998
My Commission Expires 6/30/2014