David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 105955-0006

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply, Inc., c/o Richard E. Biemiller
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Virginia ) ss.
County of: N/A - City of Virginia Beach

**Name of Server:** Brian Nath, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25 day of August, 20 10, at 4:00 o'clock P M

**Place of Service:** at Convergence Center IV, in Virginia Beach, VA 23452
301 Bendix Road, Suite 500

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply, Inc., c/o Richard E. Biemiller**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Richard Biemiller RA for Venture Supply Inc.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair no
Approx. Age 35-45 Approx. Height 5'8" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
26 day of August, 20 10

Notary Public                    (Commission Expires)

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010