UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | MDL No. 2047 |
| LITIGATION | * | |
| | * | |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| Kenneth and Barbara Wiltz, et al. | * | JUDGE FALLON |
| vs. | * | |
| Beijing New Building | * | |
| Materials Public Limited Co., et al. | * | MAG. JUDGE WILKINSON |
| | * | |
| CASE NO.: 2:10-CV-00361-EEF-JCW | * | |

**************************************

## JIM MORRIS & SONS, INC.'S RULE 12(B) MOTION TO DISMISS

Defendant Jim Morris & Sons, Inc. ("**Morris**"), a Florida Corporation, moves to dismiss with prejudice all claims against it in the *Wiltz* Plaintiffs' Omnibus Class Action Complaint (II) ("**Omni II**") pursuant to Federal Rule of Civil Procedure 12(b)(6). Morris is named in Omni II by Cynthia and Jonathan Scott (the "**Plaintiffs**"). Morris did not manufacture, market, supply, or install the subject drywall. The Plaintiffs are second owners of a home built by Morris. As detailed in the accompanying Memorandum in Support of this Motion, the Plaintiffs' claims against Morris should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law.

WHEREFORE, for the reasons set forth in the accompanying memorandum which is incorporated by reference, Defendant Jim Morris & Sons, Inc., respectfully requests that the Court enter an order dismissing the claims against it pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Morris its fees in defending this action pursuant to Florida's Deceptive and Unfair Trade Practices Act.

1

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar # 26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar # 32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Jim Morris & Sons, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of January, 2011.

s/ David C. Coons