

**JIM MORRIS & SONS, INC. HOMES**

## CONSTRUCTION AND DEVELOPMENT CONTRACT
## SINGLE FAMILY DWELLING

This AGREEMENT made this day of Tuesday, August 03, 2004 by and between **JIM MORRIS & SONS, INC.**, hereinafter referred to as CONTRACTOR, whose address is 235 West Drive, Melbourne, FL 32904-1043, and **Sidney P. & Brenda J. Penner** whose address is 651 Doral Lane, Melbourne, FL 32940 and phone number is 321-242-7001 hereinafter referred to as PURCHASER.

W I T N E S S E T H

CONTRACTOR and PURCHASER for good and valuable consideration as hereinafter set forth, do mutually agree as follows:

**1. SCOPE OF WORK:** _initials_

CONTRACTOR agrees to furnish all materials, labor, permits, and services necessary to construct a residence on the property described in Paragraph 2 and agrees to build and construct said residence in a first class and workmanlike manner and in full compliance with plans, specifications, and selection sheets, as attached, and made a part of the following.

HOUSE TYPE: **Devonwood - LH**    ELEVATION: **Stucco**

**2. REAL ESTATE:** _initials_

The CONTRACTOR agrees to construct said residence upon the property legally described as follows:

LOT: **22**  SUBDIVISION: **Brookhaven**  PHASE: , according to the plat thereof as recorded in Plat Book **51**, Page **2 & 3**, of the Public Records of Brevard County, Florida

SECTION: **27** TOWNSHIP: **28S** RANGE: **37 E**

STREET ADDRESS: **1984 Gloria Circle N. E., Palm Bay, FL 32905**

PURCHASER acknowledges they have read and understand the deed restrictions associated with the community this property is located in. PURCHASER acknowledges they will be responsible for the homeowner association fees that may be charged on a monthly or annual basis. The statements contained in this form are only summary in nature; and, as a PURCHASER, you should refer to the Covenants and the association's governing documents.

**3. CONVEYANCE:** _initials_

Property will be conveyed to PURCHASER at the time of closing loan, if a bank loan. If contract is a cash sale, property will be conveyed to PURCHASER upon receiving Certificate of Occupancy and when all monies have been received by CONTRACTOR. The cost of real estate taxes, Home Owners Association fees, utility fees, and builders risk insurance with theft rider shall be borne by the PURCHASER during construction.

**4. METHOD OF PAYMENT:** _initials_

The total purchase price for the subject real estate property described above, including improvements, lot cost, and selected options, as set forth herein shall be:

| | |
|---|---:|
| Basic Price of Home: | $136,000.00 |
| Lot Cost: | $40,000.00 |
| Selected Options: | $6,435.00 |
| TOTAL COSTS: | $182,435.00 |
| Deposit upon Execution of Contract: | $2,000.00 |
| Additional Deposits - Due upon closing: | 10% |
| | |
| TOTAL PURCHASE PRICE | $182,435.00 |

**5. PERMANENT FINANCING:** _initials_

If the purchase price, or any part thereof, is to be financed by a third party loan, this contract is contingent upon the PURCHASER obtaining a firm commitment for said loan within thirty (30) days from the date hereof. PURCHASER agrees to make application for and to use reasonable diligence to obtain said commitment. Should PURCHASER fail to obtain

EXHIBIT "A"

same within said time, CONTRACTO' ay cancel the contract. The amount the commitment shall not be less than the mortgage amount shown in Paragraph 4, at an interest rate prevailing ...n the lending institution at the time of closing.

All costs necessary to secure a construction loan shall be paid by the PURCHASER. The CONTRACTOR will close on the lot and secure a building permit upon written notification that the PURCHASER has complied with the following: additional deposit required by the contract; selection sheets, specifications & plans. All foregoing documents must be completed 100%, signed and dated by the PURCHASER prior to applying for a building permit. Upon the completion of all of the foregoing, construction will commence as soon as practicable thereafter.

In the event the PURCHASER fails to supply all of the aforementioned items within the time provided, the CONTRACTOR shall have the option to cancel this contract and the PURCHASER shall be entitled to the return of all monies paid under this contract in which event this contract shall be null and void and both parties released of all further liability hereunder, or the CONTRACTOR may pursue any other rights he/she may have.

Having commenced construction, CONTRACTOR will complete same as expeditiously as conditions will permit. CONTRACTOR will not be held in default by any DELAY caused by circumstances not within the CONTRACTOR'S control. PURCHASER expressly agrees that CONTRACTOR will not be held responsible for any loss, damages, expenses, or inconvenience alleged to have been incurred or sustained by PURCHASER directly or indirectly as a result of delayed completion of the proposed improvements and delivery to the PURCHASER. PURCHASER shall be entitled to the balance of any monies not used pertaining to the contract.

**6. CLOSING COST EXPENSE:** ___ Initials

CONTRACTOR agrees to pay a total of $0.00 in closing costs provided you acquire a mortgage with one of the following financial institutions: Harbor Federal Savings Bank, Indian River National Bank, Riverside National Bank or Mortgage Crafters and closing is done by Alliance Title of Brevard, LLC. This $0.00 will include the following: Doc Stamps on the Deed, Tax Service Fees, Underwriting Fees, and Discount Points charged in connection with the mortgage loan. Any remainder of the $0.00 after deducting these items will be deducted from the PURCHASERS closing costs. Under no circumstances will the CONTRACTOR pay more than $0.00 total in closing costs to accomplish this closing. Loan application fees (credit and appraisal), origination fee, all prepayment charges including escrow account requirements, and VA funding fee, if applicable, shall be paid by the PURCHASER. If the CONTRACTOR secures a construction loan, all costs necessary shall be paid by the PURCHASER.

**7. PURCHASER FINANCING:** ___ Initials

In the event this contract is an all cash contract, the PURCHASER agrees to deposit upon the commencement of construction, the full sum of money due on this contract to the CONTRACTOR, or in the form of draws as specified in a Cash Draw Schedule.

**8. TIME:** ___ Initials

If the parties do not sign simultaneously, then the party who hasn't signed shall have 72 hours within which to sign, or the contract can be declared null and void by notification IN WRITING to the party who has not signed the contract. Time is of the essence in this contract.

**9. ANTICIPATORY BREACH:** ___ Initials

If PURCHASER, before or after CONTRACTOR starts construction, without legal excuse, attempts to breach this contract and prevent CONTRACTOR from erecting said house, the CONTRACTOR will be reimbursed by PURCHASER for actual expenses incurred in erecting of said house, and for all profits which would have naturally flowed from this contract, in addition to any legal fees incurred in order to collect same.

**10. IMPACT FEES:** ___ Initials

CONTRACTOR is responsible for any impact fees or any governmental fees that may be assessed such as taxes on services, etc. only to date of contract submission to PURCHASER. Said impact fees shall include but are not limited to water, sewer, and all other connection or "tap" fees. Should any of the aforementioned fees increase after the contract date the PURCHASER will be responsible for said increases. Solid Waste Disposal fees are not included in the Building Impact fees and are the responsibility of the PURCHASER if applicable. **Please note: Brevard County Commissioners are considering adding a school impact fee. This fee is NOT included in your purchase price and you will be responsible for paying it, if and when it is implemented.**

**11. ESCALATION:** ___ Initials

Price Increases may occur if any deed restrictions, building code changes take affect after the date of this agreement. PURCHASER is 100% responsible for any increases of the aforesaid nature. Price increases due to vendor/subcontractor or material/labor increases that are implemented after the date of this agreement, causing an increase in cost of construction; the CONTRACTOR agrees to absorb the first 3% of any increase in standard labor or standard material utilized in the construction of this residence. PURCHASER agrees to be responsible for any and all increases beyond the 3% the CONTRACTOR is responsible for. Price increases subject to this provision are any and all increases of standard construction after the date of this agreement. Items that are of the PURCHASERS selection are not privy to the 3% absorption by the CONTRACTOR. CONTRACTOR will not be liable for an extension of construction time when such delays are a result of material or labor shortage. PURCHASER agrees that these conditions are beyond the CONTRACTORS control and will not hold the CONTRACTOR liable for delays attributable to material or labor shortages.

**12. RADON GAS:** ___ Initials

Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit.

**13. CHANGES AND EXTRAS:** ___ Initials

CONTRACTOR shall have the right to substitute building materials, appliances, and fixtures with others of like kind and quality, and to make minor structural changes in keeping with all applicable building codes and good design standards. Except for the right of the CONTRACTOR to make such substitutes, there shall be no changes in or variations from the referenced plans or color selections sheets, without approval of both parties and provided said changes are PAID IN FULL at the time of approval.

**14. CHANGE ORDERS:** ___ Initials

No changes will be permitted in the Brookhaven or Plantation Oaks subdivisions. All options available will be presented to the PURCHASER prior to signing the contract. Upon execution of the contract no changes will be permitted. All option selections must be paid in full prior to material being ordered or work being done. There will be no exceptions to this policy.

**15. UNUSUAL FORMATION:** ___ Initials

CONTRACTOR reserves the right to cancel this contract and refund monies that have not been spent in the event geological or physical formations make it impractical for him to construct the type of house on the site selected within normal construction costs.

**16. CLOSING AND DELIVERY:** ___ Initials

The closing shall be scheduled to take place within not more than ten (10) days from the date CONTRACTOR shall notify PURCHASER and the lending institution, in the event of financing, that the construction is completed and the Certificate of Occupancy is available.

The delivery date shall be approximately 260 days after the requirements of Paragraph 5 have been satisfied and all permits have been received.

In the event the closing is delayed for any reason not attributable to CONTRACTOR, PURCHASER shall pay CONTRACTOR, in addition to all sums called for hereunder, interest upon the full purchase price due under this agreement, at the time of closing. Said interest shall be at the rate of 18% per annum and shall begin to accrue as of the second day from the date CONTRACTOR notifies PURCHASER of completion as provided herein.

**17. POSSESSION:** ___ Initials

It is acknowledged by the parties hereto the CONTRACTOR and its agents are to have exclusive possession of the premises during construction, in order to minimize the risk of loss to PURCHASER, and to maximize the performance of CONTRACTOR'S employees and subcontractors. Therefore, PURCHASER shall not enter the premises during such construction period or prior to acceptance of the completed house, except with the authorized representative of CONTRACTOR. CONTRACTOR shall deliver possession of the premises at completion of the building in accordance with the terms of this agreement and upon FULL PAYMENT of the contract sum and any and all extras added by the PURCHASER. Final inspection by the building department or building inspector and mortgagor shall be deemed

completion of all improvements. PU 1ASER agrees not to take possession of emises until all monies due have been PAID IN FULL.

**18. TRANSFER OF TITLE OR OCCUPANCY:** ___ Initials

The acceptance of a transfer of title to PURCHASER of any part thereof by PURCHASER constitutes an acknowledgment of complete, unqualified, irrevocable, and satisfactory performance by the CONTRACTOR of the construction according to this contract, and any and all balances due CONTRACTOR are due and payable.

**19. WARRANTY:** ___ Initials

CONTRACTOR shall warrant construction including workmanship and materials for a period of one (1) year after receiving Certificate of Occupancy, except for normal wear and tear, and routine maintenance. All appliance and equipment warranties shall be assigned from the manufacturer and inure to the benefit of the PURCHASER. All warranties of the CONTRACTOR shall commence as of the date two days after PURCHASER is notified of the completion of the work. However, CONTRACTOR SHALL HAVE NO OBLIGATIONS WHATSOEVER UNDER SAID WARRANTIES, UNTIL SUCH TIME AS PURCHASER HAS PAID ALL SUMS DUE HEREUNDER. IF MONIES ARE NOT PAID WITHIN 15 DAYS AFTER CERTIFICATE OF OCCUPANCY HAS BEEN RECEIVED, WARRANTIES WILL BE NULL AND VOID.

**20. LAW GOVERNING:** ___ Initials

This contract shall be construed in accordance with the laws of the State of Florida and the Standards for Real Estate transactions shall apply. Notices required under this contract shall be furnished to the parties at their respective addresses appearing hereinabove.

**21. PROHIBITION AGAINST RECORDING:** ___ Initials

Neither this contract, nor any notice thereof, shall be recorded in the Public Records of any County.

**22. CONSTRUCTION INDUSTRIES RECOVERY FUND:** ___ Initials

Payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under contract, where the loss results from specified violations of Florida law by a state-licensed contractor. For information about the Recovery Fund and filing a claim, contact the Florida Construction Industry Licensing Board at the following telephone number and address: Construction Industry Licensing Board; C/O 1940 North Monroe Street; Tallahassee, FL 32399-0783; (850) 727-6530.

**23. DEFAULT-LIQUIDATED DAMAGES:** ___ Initials

All monies paid to the CONTRACTOR pursuant to this contract will be applied to the purchase price at the time the sale is closed except that in the event the PURCHASER fails or refuse to pay the balance of the purchase price as provided herein, such balance shall draw interest at the rate of 18% or the maximum interest allowed by law, whichever is less, from the date of PURCHASER'S failure to pay and any or all monies previously paid by the PURCHASER may be retained by the CONTRACTOR and applied to said interest charge, which application shall in no way prejudice the rights of the CONTRACTOR to sue for additional damages incurred. In the event of PURCHASER'S default hereunder, CONTRACTOR shall have the option to terminate this contract and retain all monies previously paid by the PURCHASER as its liquidated damages upon five (5) days written notice to PURCHASER, or CONTRACTOR may sue for damages or pursue any other legal remedy it may have.

**24. ENTIRE AGREEMENT:** ___ Initials

It is further understood and between the parties hereto that this contract, including plans containing the specifications, selection sheets, and any addendums to the contract which have been signed by the parties, contain all terms and conditions agreed upon between the parties. Oral conditions, representations, warranties, or agreements shall not be valid and binding upon the parties hereto unless made in writing and signed by both the PURCHASER and CONTRACTOR. Any representations made by any REALTOR or its agent are in no way binding on the CONTRACTOR.

**25. BROKERAGE FEES AND COSTS:** ___ Initials

There are no brokerage fees to the PURCHASER. PURCHASER agrees to hold the real estate broker "hold harmless" for any acts of failures to act of the builder and/or to the workmanship or lack thereof of the builder. In the event the PURCHASER fails to perform and CONTRACTOR has purchased PURCHASER'S lot and/or CONTRACTOR has commenced construction and deposit is retained, CONTRACTOR shall retain amount in Paragraph 4 and Paragraph 5.

26. **FINAL SETTLEMENT:** /initials/

Shall take place within ten (10) business days after issuance of Certificate of Occupancy by local building department. NO OCCUPANCY OR STORAGE will be permitted in home prior to final settlement. There will be no exception to this policy. In the event that the Purchaser fails to close the home within a 30 day period after certificate of occupancy has been obtained, the Purchaser forfeits the 10 Year Bonded Builder Warranty in its entirety.

27. **DISPUTES:** /initials/

The parties waive their right to litigate any disputes regarding construction defects and agree that any dispute regarding alleged construction defects shall be arbitrated under the rule procedures of the American Arbitration Association.

28. **ARBITRATION:** /initials/

Any arbitration or litigation hereunder shall be venued exclusively in Brevard County, Florida.

This is intended to be a legally binding contract. If not fully understood, seek advice of an attorney prior to signing.

ORAL REPRESENTATION CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATION OF THE CONTRACTOR. FOR CORRECT REPRESENTATION, REFERENCE MUST BE MADE TO THE CONTRACT, ADDENDUM, AND PLANS.

WITNESS: _/signature/_

PURCHASER: Sidney P. Penner _/signature/_

PURCHASER: Brenda J. Penner _/signature/_

Executed by the PURCHASER on this __10th__ day of __August__, 20__04__

JIM MORRIS & SONS, INC.
State License CRCO26325

BY: _/signature/_
JOHN F. MORRIS, PRESIDENT OR
GLORIA MORRIS, VICE PRESIDENT

Executed by the CONTRACTOR on this __24__ day of __August__, 20__04__

Deposits under contract received: __$1000.00__   Check Number: # __6869__
__$1000.00__                                              # __6800__

```
06/22/2006  06:22   3219531925           BUILDING DEPT
                    CITY ( PALM BAY         PH: 321-95  8924
```

BUILDING DEPARTMENT
5240 BABCOCK ST, N.E., STE 105
PALM BAY FL 32905

# CERTIFICATE OF OCCUPANCY

## PERMANENT

```
Issue Date . . . . . .   6/22/06

Parcel Number . . . .    28372752           22      283727
Property Address  . . .  1984 GLORIA CR NE GUAR REV
                         PALM BAY                FL 32905
Subdivision Name  . . .  BROOKHAVEN
Legal Description . . .  BROOKHAVEN, LOT 22
Property Zoning . . . .

Owner . . . . . . . . .  PENNER, SIDNEY & BRENDA

Contractor  . . . . . .  JIM MORRIS & SONS INC CRC02632
                         321 725-5005

Application number  . .  05-00003465 000 000
Description of Work . .  SINGLE FAMILY DWELLING
Construction type . . .  TYPE V UNPROTECTED
Occupancy type  . . . .
Flood Zone  . . . . . .  FLOOD ZONE X

Approved  . . . . . . .  _____
                              Building Official
```

VOID UNLESS SIGNED BY BUILDING OFFICIAL

EXHIBIT "B"