UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          SECTION: L
                                       Case No.: 09-4117

                                       JUDGE: FALLON
                                       MAGISTRATE:
                                       JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
Case No. 2:09-cv-20510 (E.D.La.)
Vickers, et.al. v. Knauf GIPS KG, et al.

## MOTION FOR LEAVE OF COURT TO AMEND ANSWER/AFFIRMATIVE DEFENSES AND FOURTH PARTY COMPLAINT

Third-Party Defendant, ATCO INT. CORP., (hereinafter "ATCO"), by and through its undersigned counsel, hereby seeks leave of court to file this its attached Amended Answer & Affirmative Defenses and Amended Fourth Party Complaint, pursuant to Federal Rules of Civil Procedure Rule 15(a) and, in support thereof, states as follows:

1. As grounds for this Motion, Defendant, ATCO, asserts that it has recently discovered deficient and/or omitted document pleadings within the CM/ECF filing system for the above captioned case.

2. Upon our retention as substitution counsel in the *IN RE: CHINESE-MANUFACTURED DRYWALL* litigation, our firm requested (and received) predecessor counsel's entire client file for Defendant ATCO. As part of our firm's due diligence, we reviewed the docket pleadings within the CM/ECF filing system for the United States District Court for the Eastern District of Louisiana in the above captioned case. It was at this time that undersigned counsel discovered a discrepancy between the "hard-copy" pleadings found within predecessor counsel's files and the CM/ECF filing docket.

3. The discrepancy was that certain pleadings in "hard-copy" form were found within predecessor counsel's files, however were not uploaded correctly (or adequately) into the CM/ECF system. It appears that these pleadings were either faxed (or mailed) to opposing counsel, but were not correctly uploaded into the MDL docket for the Vickers' Case No. 2:09-cv-20510.

4. Specifically, the two pleadings which were among predecessor counsel's Defendant ATCO's file documents were: (i) ATCO's Answer & Affirmative Defenses to South Kendall Construction Company's Third Party Complaint, and (ii) ATCO's Fourth-Party Complaint against Banner Supply Co. Neither of these pleadings, however, were ever properly uploaded to the CM/ECF system.

5. In an effort to correct those aforementioned absent docket entries, current counsel, with an abundance of caution, seeks leave of court in order to file an Amended Answer & Affirmative Defenses to the Third Party Complaint filed by South Kendall Construction Company, and its own Amended Fourth Party Complaint against Banner Supply Co.

6. Even though a request for leave to amend is not viewed as an "automatic right", Federal Courts have long exercised liberally this power to "freely give leave when justice so requires" to permit parties the capacity to correct their pleadings based on either inadvertent omissions or newly discovered findings. Federal Rule of Civil Procedure 15(a)(2); *See also Reese v. Herbert*, 527 F.3d 1253, 1263 (11th Cir. 2008).

7. This Motion will not unduly delay the proceedings. This Court granted a stay of these proceedings as contained within Pretrial Order 1G dated May 27, 2010.

8. This Motion is filed in good faith and serves to cure deficient dockets pleadings

submitted, but not properly uploaded, within the CM/ECF e-file and serve system for the United States District Court for the Eastern District of Louisiana.

9. Current counsel for ATCO INT. CORP., PEREZ & RODRIGUEZ, P.A., has conducted discovery and determined that it is warranted to raise several affirmative defenses in this dispute.

10. This Motion does not unduly prejudice the opposing parties.

11. The proposed Amended Answer & Affirmative Defenses and the Amended Fourth Party Complaint are attached hereto to this Motion for Leave.

WHEREFORE, Defendant, ATCO Int. Corp., hereby respectfully moves this Honorable Court to grant it Motion for Leave to Amend its Amended Answer & Affirmative Defenses and file its Amended Fourth Party Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

PEREZ & RODRIGUEZ, P.A.
Attorneys for ATCO Int Corp.
95 Merrick Way, Suite 600
Coral Gables, Florida 33134
(305) 667-9878

By: _____ FBN 53628 For
LUIS N. PEREZ
Florida Bar No.: 438685