UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047
SECTION: L
Case No.: 09-4117

JUDGE: FALLON
MAGISTRATE:
JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
Case No. 2:09-cv-20510 (E.D.La.)
Vickers, et.al. v. Knauf GIPS KG, et al.

## AGREED ORDER

THIS CAUSE having come before this Court and upon the agreement of the parties, it is

hereupon:

**ORDERED AND ADJUGED** that:

1.      Third-Party Defendant / Fourth-Party Plaintiff, ATCO INT. CORP., has conferred

with opposing counsel in the above-captioned matter and they have agreed to not oppose this

Court in permitting ATCO INT. CORP. to  amend its Answer & Affirmative Defenses to South

Kendall Construction Company's Third-Party Complaint, as well as, to amend its Fourth-Party

Complaint against Banner Supply Co.

**DONE AND ORDERED** in Chambers at the United States District Court for the Eastern

District of Louisiana, in New Orleans, Louisiana, this _____ day of January, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Steven G. Schwartz, Esq.
Todd R. Ehrenreich, Esq.
Ervin A. Gonzalez, Esq.