David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0025

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--D.R. Horton, Texas, Ltd, c/o CT Corporation System

Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Texas** ) ss.
County of: **Dallas** )

Name of Server: **Brandon Sachse**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **October**, 20 **10**, at **4:30** o'clock **P** M

Place of Service: at **350 N. St Paul Street, Suite 2900**, in **Dallas, TX 75201**

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**D.R. Horton, Texas, Ltd, c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: **Candace Moon**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **n/a**
Approx. Age **24**; Approx. Height **5'3"**; Approx. Weight **125**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **25** day of **October**, 20 **10**

Notary Public (Commission Expires)

KAYLEIGH CHRISTINE MORROW
MY COMMISSION EXPIRES
November 2, 2013

**APS International, Ltd.**