David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0006

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builders Gypsum Supply Co.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _TEXAS_ ) ss.
County of: _HARRIS_ )

**Name of Server:** _Joe Barak_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27th_ day of _October_, 20_10_, at _1:40_ o'clock _P_ M

**Place of Service:** at _2018 Pasket_, in _Houston, TX 77092_

**Documents Served:** the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Builders Gypsum Supply Co.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Kenneth Haude, Manager_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Lt. Brown_ ; Facial Hair ____
Approx. Age _45_ ; Approx. Height _5'6"_ ; Approx. Weight _180_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joe Barak_
Signature of Server   SCH-173

Subscribed and sworn to before me this _28th_ day of _October_, 20_10_

_Carol Sanford_
Notary Public   (Commission Expires)

APS International, Ltd.


CAROL SANFORD
MY COMMISSION EXPIRES
November 3, 2010