David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0010

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Devon Internal Group, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __PA__ ) ss.
County of: __Berks__ )

**Name of Server:** __Eric Afflerbach__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25__ day of __October__, 20 __10__, at __11:50__ o'clock __A__ M

**Place of Service:** at __1100 1st Avenue, Suite 100__, in __King of Prussia, PA  19406__

**Documents Served:** the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Devon Internal Group, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Barry Mulhearn / Counsel__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __B/W__ ; Facial Hair _____
Approx. Age __60__ ; Approx. Height __5'7__ ; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __26__ day of __Oct__, 20 __10__

Notary Public          (Commission Expires)

**APS International, Ltd.**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa A. Minzola, Notary Public
Washington Twp., Berks County
My Commission Expires Dec. 5, 2013