David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--I.B.S.A., Inc., Independent Builders Supply Association, Inc.

Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: North Carolina ) ss.
County of: Johnston )

**Name of Server:** Jennifer McKenzie, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25 day of October, 2010, at 3:20 o'clock P M

**Place of Service:** at 1801 Wal Pat Road, in Smithfield, NC 27477

**Documents Served:** the undersigned served the documents described as:
Summons (Supplement to Amended Class Action Complaint); Order;
Amended Class Action Complaint w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
I.B.S.A., Inc., Independent Builders Supply Association, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Bert Redford, CFO

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair yes
Approx. Age 40 ; Approx. Height 5'9" ; Approx. Weight 170

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 26 day of October, 20 10

*[signature]*
Notary Public        (Commission Expires)

*[Notary seal: EDWIN McCRACKEN, NOTARY PUBLIC, WAKE COUNTY, N.C., Comm. Exp. 10-22-2011]*