David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0002

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Knauf Insulation GMBH, aka Knauf USA
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _INDIANA_ ) ss.
County of: _SHELBY_ )

**Name of Server:** _PAMELA J. CONLEY_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _26_ day of _October_, 20 _10_, at _12:45_ o'clock _P_ M

**Place of Service:** at One Knauf Drive, in Shelbyville, IN 46176

**Documents Served:** the undersigned served the documents described as:
Summons (Supplement to Amended Class Action Complaint); Order;
Amended Class Action Complaint w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Knauf Insulation GMBH, aka Knauf USA**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Angela Davies, Corp. Administrator_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age _55_ ; Approx. Height _5'5"_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _27_ day of _Oct_, 20 _10_

_[signature]_
Notary Public    (Commission Expires)

NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017