David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0021

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mazer's Discount Home Center Inc., co The Corporation Trust Company
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __DELAWARE__ ) ss.
County of: __NEW CASTLE__ )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __22__ day of __October__, 20 __10__, at __2:30__ o'clock __P__ M

**Place of Service:** at __Corporation Trust Center, 1209 Orange St.__, in __Wilmington, DE 19801__

**Documents Served:** the undersigned served the documents described as:
Summons (Supplement to Amended Class Action Complaint); Order;
Amended Class Action Complaint w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Mazer's Discount Home Center Inc., co The Corporation Trust Company
By delivering them into the hands of an officer or managing agent whose name and title is: __Scott Lascala, Operations Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Br__ ; Facial Hair _____
Approx. Age __35__ ; Approx. Height __6'0"__ ; Approx. Weight __230__

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

Subscribed and sworn to before me this __27__ day of __Oct__, 20 __10__

_notary signature_
Notary Public       (Commission Expires)

[Notary Seal: MY COMMISSION EXPIRES JULY 9, 2012, NOTARY PUBLIC STATE OF DELAWARE]

**APS International, Ltd.**