David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0022

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Metro Resources Corp., co The Corporate Place, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Nevada** ) ss.
County of: **Clark** )

**Name of Server:** **Judith Mae All - ID 0789037**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **26** day of **October**, 20 **10**, at **3:03** o'clock **P** M

**Place of Service:** at **601 East Charleston Blvd., Suite 100**, in **Las Vegas, NV 89104**

**Documents Served:** the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Metro Resources Corp., co The Corporate Place, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Irene Medina (Secretary) at The Corporate Place, Inc.**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **Hisp**; Hair Color **Brown**; Facial Hair **no**
Approx. Age **50s**; Approx. Height **5'6"**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Judith Mae All*
Signature of Server
NV State License No. 1742
**APS International, Ltd.**
APS Contractor No. 1112

Subscribed and sworn to before me this **28** day of **October**, 20 **10**

*L E Whitehead*
Notary Public          (Commission Expires)

[NOTARY SEAL: NOTARY PUBLIC STATE OF NEVADA County of Clark L. E. WHITEHEAD Appt No 99-59631-1 My Appt Expires November 30, 2011]

I, (PRINT NAME) : ...Irene Medina............................ certify and affirm that I have been authorized to accept this Service of Process for:

1. ....................................................................
(NAME OF COMPANY OR ENTITY)

• Received this ...26... day of ...Oct..................., ..2010..

Signature: : ......Irene Medina..........................

Title: : ......Secretary..............................