David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0031

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--TMO Global Logistics, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Virginia** ) ss.
County of: **Albemarle** )

**Name of Server:** **Raymond C. Devore, III**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **October**, 20 **10**, at **10:09** o'clock **A** M

**Place of Service:** at **416 Park St.**, in **Charlottesville, VA 22902**

**Documents Served:** the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**TMO Global Logistics, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **James M. Bowling IV, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Raymnd C. Kellow III_
Signature of Server

Subscribed and sworn to before me this **25** day of **October**, 20 **10**

_Caitlin Doyle_
Notary Public        (Commission Expires)

**APS International, Ltd.**

Caitlin Doyle
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7361264
My Commission Expires 11/30/2014