David Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107216-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )
Name of Server: **Barry Driskell**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25th** day of **October**, 20 **10**, at **1:43** o'clock **P** M

Place of Service: at **Convergence Center IV**, in **Virginia Beach, VA 23452**
**301 Bendix Road, Suite 500**

Documents Served: the undersigned served the documents described as:
**Summons (Supplement to Amended Class Action Complaint); Order;**
**Amended Class Action Complaint w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **40-45** ; Approx. Height **5'7"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

Subscribed and sworn to before me this **25th** day of **October**, 20 **10**

_____ 3-31-2014
Notary Public   (Commission Expires)

APS International, Ltd.

[Notary Seal: Ryan Christian Rodriguez, Notary Public, Commonwealth of Virginia]