Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0063

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Co., c/o GY Corporate Services, Inc.

Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19th** day of **November**, 20 **10**, at **11:04** o'clock **A** M

**Place of Service:** at **Two South Biscayne Blvd., Suite 3400**, in **Miami, FL 33131**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Co., c/o GY Corporate Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Mahesh Nanwani V.P. of GY Corp. Services, Inc.**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **BROWN** ; Hair Color **Black** ; Facial Hair **NO**
Approx. Age **45** ; Approx. Height **6'2** ; Approx. Weight **215**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **22nd** day of **November**, 20 **10**

Notary Public          (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014