Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bass Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Alabama ) ss.
County of: Baldwin )

Name of Server: **Cherie A. Weatherby**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 17th day of November, 20 10, at 11:46 o'clock A M

Place of Service: at 34661 Highway 59 South, in Stapleton, AL 36578

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Tina Kramer, Sales Consultant

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair ___
Approx. Age 30-33 ; Approx. Height 5'4 ; Approx. Weight 110

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Cherie A. Weatherby
Signature of Server

Subscribed and sworn to before me this 18th day of November, 20 10

Notary Public      7-15-13
                   (Commission Expires)

**APS International, Ltd.**

LINDA K. SMITH
NOTARY PUBLIC
07-15-2013
ALABAMA STATE AT LARGE