Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0088

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Bush Construction Corp.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk )

Name of Server: **Barry Driskell**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16th day of November, 20 10, at 11:40 o'clock A M

Place of Service: at 4029 Ironbound Road, Suite 200, in Williamsburg, VA 23185

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Bush Construction Corp.**
By delivering them into the hands of an officer or managing agent whose name and title is: Michele Z. Ball

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Gray ; Facial Hair No
Approx. Age 50 ; Approx. Height 5'7" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 16th day of November, 20 10

3-31-2014
Notary Public    (Commission Expires)

APS International, Ltd.