Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0022

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Core Construction Services, Southeast, Inc., Becker & Poliakoff, PA

Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Sarasota__ )

**Name of Server:** __Lyle M. Robinson__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __15th__ day of __Nov__, 20 __10__, at __12:00__ o'clock __P__ M

**Place of Service:** at __6230 University Parkway, Suite 204__, in __Sarasota, FL  34240__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Core Construction Services, Southeast, Inc., Becker & Poliakoff, PA**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Kate Block, Receptionist__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Blonde__; Facial Hair __No__
Approx. Age __55__; Approx. Height __5'6"__; Approx. Weight __160__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __15th__ day of __Nov__, 20 __10__

Signature of Server

Notary Public     (Commission Expires)

APS International, Ltd.

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019