Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107674-0033

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--David Daniels, Individually
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **BREVARD** )

**Name of Server:** **Joseph Carrano**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **18** day of **Nov.**, 20 **10**, at **3:10** o'clock **P** M

**Place of Service:** at **205 Trade Winds Drive**, in **Indian Harbour Beach, FL 32937**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**David Daniels, Individually**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **David Daniels, Individually** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **BN**; Facial Hair **None**
Approx. Age **67**; Approx. Height **6'**; Approx. Weight **175**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Joseph Carrano*
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **13th** day of **November**, 20 **10**

*Alfred S. Pulaski*
Notary Public        (Commission Expires)

ALFRED S. PULASKI
MY COMMISSION # DD 978287
EXPIRES: April 4, 2014
Bonded Thru Budget Notary Services