Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0037

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--DELTA-EDEN, INC.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Frd Humphries**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19** day of **November**, 20 **10**, at **11:47** o'clock **A** M

Place of Service: at **21 East Acre Drive**, in **Plantation, FL 33317**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Interventio**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**DELTA-EDEN, INC.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Jerry Fadgen, CPA  Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brn/Grey** ; Facial Hair _____
Approx. Age **63** ; Approx. Height **6'4"** ; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **24** day of **November**, 20 **10**

Notary Public        (Commission Expires)

**APS International, Ltd.**

ERIC DEAL
Notary Public - State of Florida
My Comm. Expires May 31, 2014
Commission # DD 988482
Bonded Through National Notary Assn.