Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0041

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --DRYWALL EXPERTS, INC.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 19th day of November, 20 10, at 12:40 o'clock P. M

**Place of Service:** at 1513 N. K Street, in Lake Worth, FL  33460

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Interventio

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**DRYWALL EXPERTS, INC.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Refused to Provide Name, but stated he "IS THE OWNER!"

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  M ; Skin Color  White ; Hair Color  Pepper ; Facial Hair _____
Approx. Age  60 ; Approx. Height  5'5" ; Approx. Weight  160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Roccoi
Signature of Server

Subscribed and sworn to before me this 22nd day of November, 20 10
Jonathan Levy
Notary Public         (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**