Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0021

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--E.B. Developers, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22nd day of November, 20 10, at 2:36 o'clock P. M

**Place of Service:** at 701 Cypress Creek Road, 3rd Floor, in Ft Lauderdale, FL 33309

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
E.B. Developers, Inc c/o It's Registered Agent, Kadso Law Office
By delivering them into the hands of an officer or managing agent whose name and title is: Monica Garzon, Managing Agent for Registered Agent of the Kadsi Law Office

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ____ ; Skin Color ____ ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

Subscribed and sworn to before me this 23rd day of November, 20 10
Jonathan Levy
Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD735710
Expires: MAR. 12, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**