Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0056

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Greensprings Condominiums, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Virginia ) ss.
County of: City of Norfolk )
Name of Server: Barry Driskell, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16th day of November, 20 10, at 11:57 o'clock A M

Place of Service: at 4029 Ironbound Road, Suite 200, in Williamsburg, VA 23185

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Greensprings Condominiums, LLC**
By delivering them into the hands of an officer or managing agent whose name, and title is: Paul W. Gerhardt, Registered agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color Brown; Facial Hair No
Approx. Age 50-55; Approx. Height 6'; Approx. Weight 200 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 16th day of November, 20 10
3-31-2014
Notary Public (Commission Expires)

**APS International, Ltd.**