Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0057

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Greensprings Plantation, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Virginia__ ) ss.
County of: __City of Norfolk__ )
Name of Server: __Barry Driskell__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __16th__ day of __November__, 20 __10__, at __11:40__ o'clock __A__ M

Place of Service: at __4029 Ironbound Rd, Suite 200__, in __Williamsburg, VA 23185__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Greensprings Plantation, LLC**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: __Michelle Z. Ball, Registered agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Gray__ ; Facial Hair __No__
Approx. Age __50__ ; Approx. Height __5'7"__ ; Approx. Weight __140 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __16th__ day of __November__, 20 __10__

3-31-2014
(Commission Expires)

Signature of Server

Notary Public

APS International, Ltd.