Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0095

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Galloway Construction, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __Putnam__ )
Name of Server: __Jack Smith__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __18th__ day of __Nov.__, 20 __10__, at __3:10__ o'clock __P__ M

Place of Service: at __1146 Highway 20__, in __Interlachen, FL 32148__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**J. Galloway Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Joe Galloway, President__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __BLK.__ ; Hair Color __BLK.__ ; Facial Hair __N/A__
Approx. Age __60__ ; Approx. Height __5'8"__ ; Approx. Weight __175__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __19th__ day of __November__, 20 __10__
R. Ryan Gleason    October 25, 2014
Notary Public         (Commission Expires)

R. RYAN GLEASON
Commission # EE 037114
Expires October 25, 2014
Bonded Thru Troy Fain Insurance 800-385-7019