Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0110

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Littles Construction of Central Florida, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: POLK )

**Name of Server:** MICHAEL E. MOSELY, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16th day of NOVEMBER, 20 10, at 6:05 o'clock p M

**Place of Service:** at 1316 Arrowhead Court, in Auburndale, FL 33823

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Littles Construction of Central Florida, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SANDRA LITTLES AS VICE PRESIDENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Wht ; Hair Color dark ; Facial Hair ____
Approx. Age 35+ ; Approx. Height 5'9" ; Approx. Weight 140

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 17th day of November, 20 10

Notary Public          (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Becky S. Gaston
Commission #DD775794
Expires: MAY 31, 2012
BONDED THRU ATLANTIC BONDING CO., INC.