UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.,<br><br>        Defendants.<br>_____/ | CASE NO.: 10-361<br>SECT. L MAG 2<br>AMENDED CLASS ACTION COMPLAINT |

**ARANDA HOMES, INC.'S MOTION TO DISMISS WITH PREJUDICE
THE CLAIMS BROUGHT AGAINST IT IN THE BURKE (OMNI II (A)),
AMORIN (OMNI II(B)), and ABROMATT/WOROBEC (OMNI II(C))
OMNIBUS CLASS ACTION COMPLAINTS IN INTERVENTION**

For the reasons discussed in the supporting Memorandum of Law, Defendant Aranda Homes, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss with prejudice the claims brought against it in: (i) the July 9, 2010, Burke Omnibus Class Action Complaint In Intervention (Omni II (A)) by intervening plaintiffs Lou & Sara Appleman; (ii) the October 5, 2010 Amorin Omnibus Class Action Complaint in Intervention (Omni II (B)) by intervening plaintiffs Ronald & Joan Burns, Susan & Sal Francipiae, Timothy & Julia Gaines, Bernard & Barbara Heinemann, Thai & Lieu Nguyen, Deodato Rebello, Larry & Rosalee Walls, and Darrell & Darlene Wilson; and (iii) the December 15, 2010 Abromatt/Worobec Omnibus Class Action Complaint in Intervention (Omni II (C)) by intervening plaintiffs Frank & Gayle

{M2980536;1}

Cardiello, Daniel Carter (two separate home addresses), Dominic Giannini (Trust), Greg & Jennifer Hattemer, Jack & Louise Maloy, and Estela Riley.[1]

Dated:  January 26, 2011

**AKERMAN SENTERFITT**

BY: /s/     Valerie Greenberg
Valerie Greenberg, Esq.
Fla. Bar No. 026514
Stacy Harrison, Esq.
Fla. Bar No. 44109
One Southeast Third Avenue, 25th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email:  valerie.greenberg@akerman.com
Email:  stacy.harrison@akerman.com

*Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
Susie.morgan@phelps.com
Skylar.rosenbloom@phelps.com

---

[1] The Memorandum of Law in support of this Motion is attached hereto as **Exhibit A**.  Also, per the Local Rules, a Notice of Hearing is attached as **Exhibit B**.

{M2980536;1}

2

## CERTIFICATE OF SERVICE

I hereby certify that *Aranda Homes, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Burke (Omni II(A)), Amorin (Omni II(B)), and Abromatt/Worobec (Omni II(C)) Omnibus Class Action Complaints in Intervention* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of January, 2011.

/s/   Valerie Greenberg