# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, individually, and on behalf of all others similarly situated, | CASE NO.: 10-361<br>SECT. L MAG 2<br>AMENDED CLASS ACTION COMPLAINT |
| Plaintiffs, | |
| v. | |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., | |
| Defendants. _____/ | |

## MEMORANDUM OF LAW IN SUPPORT OF ARANDA HOMES, INC.'S MOTION TO DISMISS WITH PREJUDICE THE CLAIMS BROUGHT AGAINST IT IN THE BURKE (OMNI II (A)), AMORIN (OMNI II(B)), and ABROMATT/WOROBEC (OMNI II(C)) OMNIBUS CLASS ACTION COMPLAINTS IN INTERVENTION

Defendant Aranda Homes, Inc. ("Aranda") hereby submits this Memorandum of Law in Support of its Motion to Dismiss With Prejudice the Claims Brought Against it in the Burke (Omni II (A)), Amorin (Omni II (B)), and Abromatt/Worobec (Omni II (C)) Omnibus Class Action Complaints In Intervention (the "Motion"). For the reasons stated in Aranda's previously filed Motion to Dismiss With Prejudice the Claims Brought Against it in the Wiltz Amended Omnibus Class Action Complaint (Omni II) and Memorandum of Law in support thereof [D.E. # 4369], which Aranda incorporates and adopts, Defendant Aranda Homes, Inc. respectfully requests that the Court enter an order dismissing the claims against it with prejudice, and awarding Aranda its fees in defending this action pursuant to Florida's Deceptive and Unfair Trade Practices Act.

{M2980541;1}

Dated:  January 26, 2011

**AKERMAN SENTERFITT**

BY:  /s/    Valerie Greenberg
       Valerie Greenberg, Esq.
       Fla. Bar No. 026514
       Stacy Harrison, Esq.
       Fla. Bar No. 44109
     One Southeast Third Avenue, 25th Floor
     Miami, FL  33131-1714
     Phone:  (305) 374-5600
     Fax:  (305) 374-5095
     Email:  valerie.greenberg@akerman.com
     Email:  stacy.harrison@akerman.com

*Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Memorandum of Law in Support of Aranda Homes, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Burke (Omni II(A)), Amorin (Omni II(B)), and Abromatt/Worobec (OmniII(C)) Omnibus Class Action Complaints in Intervention* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of January, 2011.

/s/      Valerie Greenberg