# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, individually, and on behalf of all others similarly situated, | CASE NO.: 10-361 SECT. L MAG 2 AMENDED CLASS ACTION COMPLAINT |
| Plaintiffs, | |
| v. | |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., | |
| Defendants. _____/ | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Aranda Homes, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Burke (Omni II (A)), Amorin (Omni II(B)), and Abromatt/Worobec (Omni II(C)) Omnibus Class Action Complaints In Intervention, and supporting Memorandum of Law, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 16th day of March, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard.

{M2980560;1}

Dated: January 26, 2011

**AKERMAN SENTERFITT**

BY: /s/    Valerie Greenberg
 Valerie Greenberg, Esq.
 Fla. Bar No. 026514
 Stacy Harrison, Esq.
 Fla. Bar No. 44109
 One Southeast Third Avenue, 25th Floor
 Miami, FL  33131-1714
 Phone:  (305) 374-5600
 Fax:  (305) 374-5095
 Email:  valerie.greenberg@akerman.com
 Email:  stacy.harrison@akerman.com

*Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
 Susie.morgan@phelps.com
 Skylar.rosenbloom@phelps.com

{M2980560;1}

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of January, 2011.

                                                                                                /s/      Valerie Greenberg