UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION:   L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| Payton, et al. v. Knauf GIPS KG, et. al., Case No 2:09-cv-07628 (E.D.La.) | * * * | |

******************************************

**PLAINTIFFS, CHRISTOPHER J. BROOKS AND KATERHINE E. BROOKS'
<u>NOTICE OF REMEDIATION</u>**

NOTICE IS HEREBY given that Christopher J. Brooks and Katherine E. Brooks, Plaintiffs in the above captioned matter, will begin remediation of his property beginning on Wednesday, February 9, 2011. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Jeremy S. Epstein at <u>jepstein@hhkc.com.</u>

Respectfully submitted,

/s/ Leonard A. Davis

RUSS M. HERMAN, La. Bar No. 6819
STEVEN J. LANE, La. Bar No. 7554
LEONARD A. DAVIS, La. Bar No. 14190
STEPHEN J. HERMAN, La. Bar No. 23219
JOSEPH E. "JED" CAIN, La. Bar No. 29785
JEREMY S. EPSTEIN, La. Bar No. 32135
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

1

        Telephone:  (504) 581-4892
        Fax No.:    (504) 561-6024
        *Attorneys for the Plaintiffs, Christopher J. Brooks*
        *and Katherine E. Brooks*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs, Christopher J. Brooks and Katherine E. Brooks', Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of January, 2011.

        /s/ Leonard A. Davis

        _____
        LEONARD A. DAVIS