OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN 25  PM 3:39

LORETTA G. WHYTE
CLERK

Date: __1-25-11__

__Kenneth & Barbara Wiltz, et al__

vs.

__Beijing New Building Materials Public__

Case No. __10-3101__    Section __L__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) __Taian Taishan Plasterboard Co., Ltd__
   (address) __Dawenkou Taian Shandong 271000 China__

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

__Herman__
"Signature"

Attorney for __Plaintiff__
Address __820 O'Keefe Ave__
         __NOLA__

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.