UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et al.

                Plaintiffs,

v.                                       CASE NO.:    09-6690

KNAUF GIPS KG et al.

_____/

## <u>NOTICE OF APPEARANCE AS COUNSEL</u>

       Tammy B. Denbo of Masten, Lyerly, Peterson & Denbo, LLC hereby files her Notice of Appearance as counsel of record for Defendants, NU WAY DRYWALL, LLC and UNITED DRYWALL & STUCCO, INC., and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number:

**TAMMY B. DENBO, ESQUIRE**
Masten, Lyerly, Peterson & Denbo, LLC
6730 West Linebaugh Avenue
Suite 101
Tampa, FL 33625
(813) 418-6400/office
(813) 217-9367/fax

By: /s/ Tammy B. Denbo _____
**TAMMY B. DENBO, ESQUIRE**
Florida Bar No. 0163597
Masten, Lyerly, Peterson & Denbo, LLC
6730 West Linebaugh Avenue
Suite 101
Tampa, FL 33625
(813) 418-6400/office
(813) 217-9367/fax
Attorneys for Defendants, NU WAY DRYWALL,
LLC and UNITED DRYWALL & STUCCO, INC.

TBD/dam

     **I HEREBY CERTIFY** that on this 26th day of January, 2011 this document was served on Plaintiffs' Liaison Counsel, **Russ Herman, Esquire**; Defendants' Liaison Counsel, **Kerry Miller, Esquire**; Homebuilders' Liaison Counsel, **Phillip A. Wittmann, Esquire**, and Installers' Liaison Counsel, **Robert Voss Fitzsimmons, Esquire**, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

By: /s/ Tammy B. Denbo