OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN 25  PM 12:05

LORETTA G. WHYTE
CLERK

Date: January 25, 2011

Sean and Beth Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628   Section  L

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Wilson Hershk Development, Inc.
   (address) 1041 IVES DAIRY RD STE 228, Miami, FL 33179

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for  Russ M. Herman
Address  820 O'Keefe Ave
         Kenner, LA 70113

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.