UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CONRY | * | CIVIL ACTION 10-4599 |
| | * | |
| | * | SECTION    L |
| | * | |
| | * | |
| VERSUS | * | MAGISTRATE    2 |
| | * | |
| GERALD "JERRY" DAUGHERTY, | * | |
| THE HERB COMPANY, | * | |
| AND THE HERB IMPORT COMPANY, INC. | * | |

*********************************************

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, solely for the purpose of this Motion, come the defendants, Gerald "Jerry" Daugherty, the Herb Company, and the Herb Import Company, Inc. (the defendants), who move for a Motion to Dismiss RICO Counts, for the following reasons to wit:

1.

On the face of the pleadings, the plaintiff has failed to establish that the defendants engage in "a pattern of racketeering activity" as required by the RICO statute.

2.

Moreover, the plaintiff's allegations revolve solely around a single event: the contract to purchase property located at 123 Fremont St., New Orleans, LA.

3.

The plaintiff's civil RICO claim should be dismissed since prevailing jurisprudence has consistently held that a pattern of racketeering activity is not stated where the alleged acts of

racketeering activity are "part and parcel of a single, discrete, and otherwise lawful commercial transaction"

4.

If the plaintiff's civil RICO claim falls then there is no federal question and this court no longer has subject matter jurisdiction pursuant to 28 U.S.C. § 1331. As a result this court no longer has diversity jurisdiction pursuant to 28 U.S.C. § 1332 since there is not complete diversity between parties.

5.

Alternatively, plaintiff initiated a suit by service of process on "John Davidson as counsel of record." This suit may not begin by service on an attorney, since undersigned counsel was not attorney of record at the time service was attempted.

**WHEREFORE**, the defendants, Gerald "Jerry" Daugherty, the Herb Company, and the Herb Import Company, Inc., pray that the plaintiff show on a date time and hour convenient to this Honorable Court why there should not be in a judgment in their favor dismissing, with prejudice, the claims of the plaintiff.

Respectfully Submitted:

DAVIDSON & DAVIDSON, APLC

**CHRISTOPHER J. DAVIDSON (#31693)**
**JOHN A. E. DAVIDSON (#4710)**
2901 Independence Street, Suite 201
Metairie, Louisiana 70006
Phone:      (504) 455-3832
Facsimile:   (504) 455-8981

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on 26th day of January, 2011.

_____
JOHN A. E. DAVIDSON