UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CONRY | * | CIVIL ACTION 10-4599 |
| | * | |
| | * | SECTION     L |
| | * | |
| | * | |
| VERSUS | * | MAGISTRATE     2 |
| | * | |
| GERALD "JERRY" DAUGHERTY, | * | |
| THE HERB COMPANY, | * | |
| AND THE HERB IMPORT COMPANY, INC. | * | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Gerald "Jerry" Daugherty, the Herb Company, and the Herb Import Company, Inc., shall bring before the Court a Motion to Dismiss requesting that the Honorable United States District Court for the Eastern District of Louisiana dismiss with prejudice the Petition filed herein by John Conry, which hearing shall be held on the 30th of March, 20011 at 9:00 o'clock a.m. before the Honorable Eldon Fallon, 500 Poydras Street, New Orleans LA.

Respectfully Submitted:

**DAVIDSON & DAVIDSON, APLC**

_____

**CHRISTOPHER J. DAVIDSON (#31693)**
**JOHN A. E. DAVIDSON (#4710)**
2901 Independence Street, Suite 201
Metairie, Louisiana 70006
Phone:      (504) 455-3832
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on 26th day of January, 2011.

_____
JOHN A. E. DAVIDSON