UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CONRY | * | CIVIL ACTION 10-4599 |
| | * | |
| | * | SECTION    L |
| | * | |
| | * | |
| VERSUS | * | MAGISTRATE   2 |
| | * | |
| GERALD "JERRY" DAUGHERTY, | * | |
| THE HERB COMPANY, | * | |
| AND THE HERB IMPORT COMPANY, INC. | * | |

*********************************************

## UNCONTESTED ISSUES OF FACT

1) On July 13 2007, the defendant, Gerald Daugherty, entered into an act of Credit Salt transferring property located at 123 Fremont St, New Orleans, to the plaintiff, John Conry. A copy is attached as Exhibit "A."

2) On July 23, 2010 the plaintiff tendered a check in payment of his mortgage obligations by his company, "I Write It, Inc.," payable to Gerald Daugherty in the amount of $10,500.00, which was returned "account closed" by the payor bank. The check was re-deposited and again returned on August 6, 2010 uncleared. A copy is attached as Exhibit "B."

3) On September 17, 2010 plaintiff tendered a check in payment of his mortgage obligations by his company, "I Write It, Inc.," payable to Gerald Daugherty in the amount of $3,500.00 which was returned "NSF" by the payor bank. A copy is attached as Exhibit "C."

4) The Herb Import Company is a Louisiana Company domiciled in the Eastern District for the State of Louisiana. (Secretary of State report, Exhibit "D.") Gerald Daugherty is listed as president with an address of 17652 Three Rivers Road, Covington, LA.

5) Defendant, Gerald Daugherty is a domiciliary of the State of Louisiana, residing at 17652 Three Rivers Road, Covington, LA.

6) Defendant has initiated a Petition for Executory Process with Benefit of Appraisal in the Civil District Court for the Parish of Orleans under proceeding number 2011-227, for which an order of Executory Process has issued against John Conry, seizing the property at 123 Fremont. The petition erroneously contains an assertion made by plaintiff that Gerald Daugherty was a domiciliary of Orange County, CA, but that assertion was not made by the said Gerald Daugherty, but by counsel who was in error. Exhibit "E."

7) Gerald Daugherty maintains a current Louisiana Driver's license which shows his domicile address as 17652 3 Rivers Road, Covington, LA. (Exhibit "F")

Respectfully Submitted:

**DAVIDSON & DAVIDSON, APLC**

_____
**CHRISTOPHER J. DAVIDSON (#31693)**
**JOHN A. E. DAVIDSON (#4710)**
2901 Independence Street, Suite 201
Metairie, Louisiana 70006
Phone:        (504) 455-3832
Facsimile:   (504) 455-8981

COUNSEL FOR DEFENDANTS