JOHN A. E. DAVIDSON
2901 INDEPENDENCE STREET
SUITE 201
METAIRIE, LA 70006
FILE NO. 070707-R

FILED
RECORDER OF MORTGAGES
PARISH OF ORLEANS

2007 JUL 18 PM 1 46

STAMP COPY



STATE OF LOUISIANA
PARISH OF JEFFERSON

## CREDIT SALE

BE IT KNOWN, that on the 13th day of July, 2007 before me, the undersigned Notary Public, duly commissioned and qualified, and in the presence of the undersigned witnesses, personally came and appeared:

**GERALD ROBERT DAUGHERTY**, a person of the full age of majority, resident and domiciled in the Parish of St. Tammany, State of Louisiana, who declared under oath unto me, Notary, that he is not married.
Mailing address is 17652 Three Rivers Road, Covington, Louisiana, 70433.

hereafter referred to as "SELLER" and/or "MORTGAGEE";

who, for the price and on the terms and conditions hereafter expressed, does hereby grant, bargain, sell, convey, transfer, assign, set over and deliver, to:

**JOHN D. CONRY**, a person of the full age of majority, resident and domiciled in the Parish of Orleans, State of Louisiana, who declared under oath unto me, Notary, that he is married to Reine Sincouyou Pema Sanga, with whom he is presently and presently living and residing.
Mailing address is 137 N. Clark Street, New Orleans, Louisiana, 70119.

hereinafter referred to jointly as "PURCHASER" and/or "MORTGAGOR";

the property described below, with all its components, parts, including all rights, ways, privileges, servitudes and appurtenances thereto belonging, to have and to hold for PURCHASER, PURCHASER's heirs and assigns forever, and acknowledging delivery and possession thereof. The consideration for this sale is ONE HUNDRED EIGHTY THOUSAND AND 00/100 ($180,000.00) DOLLARS which the SELLER acknowledges receiving in the form of: one Promissory note (hereinafter referred to as "NOTE") dated July 12, 2007, to the order of the seller named above for the sum of ONE HUNDRED EIGHTY THOUSAND AND 00/100 ($180,000.00) DOLLARS Payable in monthly installments of interest only on the following terms: 1) beginning on August 13, 2007 with an interest rate of 8% per annum of $1,200.00 and on the thirteenth day of each succeeding month thereafter until 2) August 13, 2008 when the annual interest rate shall change

Page 1 of 4

EXHIBIT A

to 9% per annum with payments of $1,350.00 which payments shall be paid until 3) August 13, 2009 when the annual interest rate shall change to 10% per annum with monthly payments of $1,500.00 which payments shall be paid until 4) August 13, 2010 when the annual interest rate shall change to 11% per annum with monthly payments of $1,650.00 which payments shall be paid until 5) August 13, 2012 when the annual interest rate shall become 12% per annum with monthly payments of $1,800.00 which payments shall be paid until August 13, 2017 when the entire balance of interest and principal shall be due and payable. Purchaser may prepay this contract at any time. Payable at 17652 Three Rivers Road, Covington, LA 70433.

To secure the punctual payment of the above described note at maturity, as well as all interest to accrue thereon, and to secure the payment of the fees of any lawyers employed to collect the same or any part thereof, (which lawyer's fees, however, are fixed at 25 percent on the amount claimed, and PURCHASER consents and agrees to pay and allow the same), PURCHASER specially mortgages, affects and hypothecates the property described below in favor of the MORTGAGEE as well as of any future holder of said note, promising and binding himself and his heirs not to sell, alienate or encumber the property to the prejudice of this act or of the vendor's privilege and special mortgage hereby retained by MORTGAGEE and granted by PURCHASER, until the full payment of said note.

During the existence of this mortgage, MORTGAGEE may advance money for taxes, insurance premiums, special assessments on, repairs, additions and improvements to and maintenance of the property, provided that the aggregate of the balance of the original debt and the total of all such advances shall not exceed 200% of the original amount of said note. These advances shall bear interest at the same rate as the note, and shall be secured by the same vendor's privilege and mortgage securing the note.

MORTGAGOR further binds and obligates himself to perform every obligation or covenant contained in this mortgage including: (1) payment of said note or any amount due, or to become due, hereunder; (2) timely payment of taxes and assessments forwarding proof of payment to mortgagee (3) keeping insured against loss by casualty including flood insurance should property be located in a flood zone, all buildings and improvements now existing, or hereafter erected, on the mortgaged property for an amount not less than $130,000.00, in companies acceptable to the holder of said note, and transferring and delivering the policies of such insurance and their renewals to MORTGAGEE; (4) not to incur any indebtedness by improvement of the property which will burden the property with a lien and privilege superior in rank to this mortgage, (5) and refraining from removing any part of the property covered by this mortgage. Default in any of the above shall, without the necessity of putting in default, automatically mature all unpaid amounts on the mortgage note identified herewith.

MORTGAGOR hereby confesses judgment in favor of MORTGAGEE, or any future holder of said note, up to the full amount of principal, interest and attorney fees and for any sums that MORTGAGEE may advance under this mortgage and agrees that, if the note or any installment thereon, if payable in installments, is not promptly paid when due, or if this contract is breached in any way by MORTGAGOR, or if MORTGAGOR becomes insolvent, or if bankruptcy proceedings are instituted by or against MORTGAGOR the note shall, at the option of the holder, become due

and payable, and it shall be lawful for the holder of the note without making a demand and without notice or putting in default, to cause the property herein mortgaged to be seized and sold by executory process issued by any competent court or to proceed with enforcement of its mortgage in any other manner provided by law. MORTGAGOR expressly waives (a) the benefit of appraisement as provided in La. C.C.P. Arts. 332, 2336, 2723 and 2724 and all other laws conferring the same; (b) the demand for payment and the delay of three days accorded by La. C.C.P. Arts. 2639 and 2721; (c) the notice of seizure required by La. C.C.P. Arts. 2293 and 2721; (d) the delay of three days accorded by La. C.C.P. Arts. 2331, 2722 and 2723 and the benefit of any other articles of the Louisiana Code of Civil Procedure or laws relating to the rights of appraisement, notice or delay not specifically mentioned and MORTGAGOR expressly agrees to the immediate seizure of the property in the event of suit hereon and consents to the property being sold, with or without appraisement, to the highest bidder for cash.

MORTGAGEE may at any time, without notice, release all or a part of the mortgaged premises from the lien of this mortgage, defer the payment of any indebtedness secured hereby, or release from liability any one or more parties who are or have become liable for the payment of the indebtedness secured hereby without affecting the personal liability of any other party liable for the payment of any of the indebtedness secured by the mortgage.

MORTGAGOR and each of them waives and abandons any and all homestead exemptions to which MORTGAGOR may be entitled on the property herein mortgaged in favor of MORTGAGEE or any future holder of said note.

SELLER declared that all taxes and assessments levied against the property and falling due on or before this date have been paid and Appearers agree that any such falling due hereafter shall be paid by PURCHASER. In accordance with La. R.S. 9:2721, notice is given that the PURCHASER first named above is designated as the party to whom all property tax and assessment notices are to be mailed, said notices to be sent to the address shown above for said PURCHASER.

SELLER warrants the title to the herein described property but excepts from said warranty all matters of public record creating (1) mineral leases or reservations, (2) land use restrictions, or (3) servitudes. SELLER transfers and subrogates to PURCHASER all rights and actions of warranty which SELLER has against prior owners. The parties acknowledge that unless otherwise separately certified in writing, no title examination of said property has been performed by any undersigned Notary.

The covenants herein contained shall bind, and the benefits and advantages shall inure to, the respective heirs, executors, administrators, successors and assigns of the parties hereto. Whenever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall include all genders.

The property sold and mortgaged hereby is described as follows:

A CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Second District of the City of New Orleans, in SQUARE NO. 224, LAKEVIEW, bounded by Fremont Street, West End Boulevard, Bragg and Catina Streets. According to a survey by Gilbert, Kelly & Couturie, Inc., Surveying & Engineering, dated November 6, 1976, according to which said lot is designated by the Letter B begins at a distance of 40 feet from the corner of Catina and Fremont Streets, and measures thence on a line toward West End Boulevard 40 feet front on Fremont Street by a depth of 100.064 feet between equal and parallel lines and is composed of portions of original lots 17, 18, 19 and 20. All as more fully shown on survey by Gilbert, Kelly & Couturie, Inc., dated July 13, 1993.

The Improvements thereon bear the Municipal No. 123 Fremont Street, New Orleans, Louisiana, 70124.

Seller declares that parish, municipal and levee district taxes assessed against the property for the year 2007 have been paid. Taxes for the current year are prorated with purchaser assuming the responsibility for all subsequent taxes.

Mortgage and Conveyance certificates are waived, but seller declares that it has not alienated said property and that the property is free and clear of all encumbrances by the vendor. The undersigned Notary is released and relieved from all responsibility in connection with the non production thereof.

In accordance with La. R.S. 37:1469, as amended, all parties to this contract or agreement are hereby notified, and all acknowledge, that there is a statewide database available to them listing those individuals required to register under La. R.S. 15:540 (certain sex offenders) and providing their locations and other information. The telephone number of this database is 1-800-858-0551 and its internet address is www.lasocpr.lsp.org/socpr.

THUS DONE AND PASSED at Metairie, Jefferson Parish, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

_____
Lizette Castillo

_____
Maria Rodriguez

SELLER:

_____
GERALD ROBERT DAUGHERTY

PURCHASER:

_____
JOHN D. CONRY

_____
JOHN A. E. DAVIDSON, NOTARY PUBLIC
Bar Roll No. 4710



*065000171*
937000232

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-D
CLOSED ACCOUNT

CLOSED ACCOUNT

**I WRITE IT INC**
1100 CLEARVIEW PKWY
METAIRIE, LA 70001

1031
14-945-650

DATE 7-23-10

PAY TO THE ORDER OF Gerald Dougherty     $10,500

Ten Thousand Five Hundred 00/100     DOLLARS

OMNI BANK

FOR 123 Fremont

⑂0010314⑂ ⑃065003453⑃ ⑂9500101530⑂

7-23-10
date since
we have been
trying to collect


EXHIBIT B

```
008    *****6221        DAUGHERTY GR                       4776

1018    08/06/10   WDL-RETURNED IT      $10,500.00-        $6,712.54
```

Do not endorse or write below this line.

21261   07/26/2010   TC822   $10,500.00   001 1038 6000 07/27/10 39604622



EXHIBIT C



```
008    *****6221         DAUGHERTY GR              5463

1018    10/15/10   WDL-RETURNED IT    $3,500.00-     $12,844.12
```

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 11-227      GERALD ROBERT DAUGHERTY      DIVISION: "M"

VERSUS

JOHN D. CONRY

FILED: _____      _____
                                    DEPUTY CLERK

## PETITION FOR EXECUTORY PROCESS
## WITH BENEFIT OF APPRAISAL

The petition of Gerald Robert Daugherty, a person of the full age of majority, resident and domiciled in Orange County, State of California, respectfully represents:

1.

That defendant, John D. Conry, a person of the full age of majority, resident and domiciled in the Parish of Jefferson, State of Louisiana, did execute an Act of Credit Sale and a Promissory Note on a certain piece of property in the Parish of Orleans, State of Louisiana, to Gerald Robert Daugherty.

2.

That in connection with the aforesaid Act of Credit Sale, petitioner is the last holder for a valuable consideration before maturity, of a certain promissory note, made and subscribed by defendant, said Act of Credit Sale and Promissory Note dated July 13, 2007 and said note in the principal sum of ONE HUNDRED EIGHTY THOUSAND AND NO/100 ($180,000.00) DOLLARS, payable in monthly installments of interest only on the following terms: 1) beginning on August 13, 2007 with an interest rate of 8% per annum of $1,200.00 and on the thirteenth day of each succeeding month thereafter until 2) August 13, 2008 when the annual interest rate shall change to 9% per annum with payments of $1,350.00 which payments shall be paid until 3) August 13, 2009 when the annual interest rate shall change to 10% per annum with monthly payments of $1,500.00 which payments shall be paid until 4) August 13, 2010 when the annual interest rate shall change to 11% per annum with monthly payments of 1,650.00 which payments shall be paid until 5) August 13, 2012 when the annual


EXHIBIT D

interest rate shall become 12% per annum with monthly payments of $1,800.00, which payments shall be paid until August 13, 2017 when the entire balance of interest and principal shall be due and payable, which provides for 25% attorney's fees on the past due balance and that said note is paraphed "NE VARIETUR" for identification with an Act of Credit Sale passed before John A. E. Davidson, Notary Public, for the State of Louisiana, and which property was mortgaged on the terms of the total sum of $180,000.00 with payment as per evidence by the referenced promissory note.

3.

That the aforesaid Act of Credit Sale executed by defendant mortgaged the property described as follows:

> A CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the **SECOND DISTRICT** of the City of New Orleans, in **SQUARE NO. 224, LAKEVIEW**, bounded by Fremont Street, West End Boulevard, Bragg and Catina Streets. According to a survey by Gilbert, Kelly & Couturie, Inc., Surveying & Engineering, dated November 6, 1976, according to which said lot is designated by the **LETTER B** begins at a distance of 40 feet from the corner of Catina and Fremont Streets, and measures thence on a line toward West End Boulevard 40 feet front on Fremont Street by a depth of 100.064 feet between equal and parallel lines and is composed of portions of original lots 17, 18, 19 & 20. All as more fully shown on survey by Gilbert, Kelly & Couturie, Inc., dated July 13, 1993.
>
> The Improvements thereon bear the Municipal No. 123 Fremont Street, New Orleans, Louisiana 70124.

4.

That in accordance with the aforesaid Act of Credit Sale, defendant herein granted a special mortgage under the pact "DE NON ALIENANDO" and confession of judgment upon said property to secure the payment of said note, with interest and attorney's fees, as hereinafter set forth.

5.

That despite demands by petitioner, defendant has failed to keep note payments current, failing to pay the interest installment due for January 1, 2010 and thereafter. The principal balance on the note on the date of last payment was $180,000.00, but since that time no further payment has been paid.

6.

That in the aforesaid Act of Credit Sale, and in accordance with the special mortgage, defendant therein confessed judgment upon said note and stipulated that if he fails to pay any installment when due as is set forth in the terms and stipulations of said act and note, said note, at the option of the holder, would immediately become due and payable, in principal and interest, and that said property might be seized and sold by executory process for cash, and further, in the event of suit, defendant agrees to pay the fees of the attorney employed for that purpose, which fees were in said act and said note are fixed at 25% upon the amount sued for, with a minimum fee of not less than $2,500.00.

7.

Accordingly petitioner has elected to accelerate the entire balance, principal and interest due on the aforesaid note, and that the principal balance now due on said note is $180,000.00, all together with interest thereon as stipulated in said note, plus 25% of said principal and interest as attorney's fees and that a duplicate certified true copy of said Act of Credit Sale and said Promissory Note are filed herewith and hereby incorporated herein as referenced fully and completely as though same were copied herein in verbatim and in extenso and labeled and marked for identification of the Act of Credit Sale as "P-1" and the Promissory Note as "P-2".

8.

That petitioner seeks sale of the aforesaid property with benefit of appraisement.

9.

That defendant, John D. Conry, is truly indebted unto your petitioner for the sum of $180,000.00 along with interest at the rate of 12% per annum from January 1, 2010 and attorney's fees in the amount of 25% of the amount due and for all costs for the following reasons:

WHEREFORE, in consideration of the premises and documents annexed hereto, petitioner prays for an order of executory process herein, and after due and legal demand for payment, that a writ of seizure and sale issue herein, directing the Sheriff of the Parish of Orleans to seize, and after due advertisements, delays, requisites and formalities, save those expressly waived in the Act of Credit Sale, to sell the property herein before described, with benefit of appraisement, according to law, for cash, to pay and satisfy the claim of petitioner, for the sum of $180,000.00

altogether with interest thereon at the rate of 12% per annum from January 1, 2010 until paid, said property as well as 25% of said principal and interest as attorney's fees, and that out of the proceeds of said sale petitioner be paid the amount of his claim by preference and priority over all persons whomsoever.

## NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICE ACT

This is an attempt to collect a debt, and any information obtained will be used for that purpose. The amount of the debt you owe is stated in Paragraph VII. The name of the creditor is Gerald Robert Daugherty. Unless you notify us in writing within thirty (30) days of receipt of this notice that you dispute the validity of the debt, we will assume that the debt is valid. If you notify us in writing within thirty days of receipt of this notice, that the debt or any portion thereof is disputed, we will obtain and provide you with verification of the debt in writing. If Gerald Robert Daugherty is not the original creditor, we will provide you with the name and address of the original creditor, by mail, if you make a written request for this information, within thirty (30) days of receipt of this notice.

Respectfully submitted,
DAVIDSON & DAVIDSON, APLC

JOHN A. E. DAVIDSON (#4710)
CHRISTOPHER J. DAVIDSON (#31693)
2901 Independence Street, Suite 201
Metairie, LA 70006
Telephone: (504) 455-3832
Fax: (504) 455-8981
*Attorney for Petitioner*

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: DIVISION: " "

GERALD ROBERT DAUGHERTY

VERSUS

JOHN D. CONRY

FILED: _____   _____
DEPUTY CLERK

## VERIFICATION OF PETITION

BEFORE ME, the undersigned authority, a Notary Public, in and for the Parish of Jefferson and State of Louisiana, and in the presence of the undersigned competent witnesses, personally came and appeared John A. E. Davidson, of lawful age, and after being duly sworn on oath states:

That he is the Attorney for Gerald Robert Daugherty; that he is responsible for and has personal knowledge of all records, files and statements of account in connection with the mortgage loan being foreclosed on herein; that all of the allegations of fact contained in this petition are true and correct; and that the balance due on the mortgage debt is correctly stated in the petition. Default has occurred for the reasons stated in the petition.

That he is authorized to and does make this affidavit for and on behalf of the plaintiff.

That the defendant is not now and was not at the commencement of this action a member of the Army of the United States, the United States Navy, the Marine Corps, the Air Corps, the Coast Guard, or any other branch of the military or naval services of the United States of America, or an officer of the Public Health Service detailed by proper authority for duty either with the Army or the Navy, or serving in the armed forces of another country with which the United States may be allied in the prosecution of way.

THUS DONE AND SIGNED before me, Notary, and in the presence of the undersigned competent witnesses, on this 4th day of January, 2011, at Metairie, Louisiana.

WITNESSES:                                      GERALD ROBERT DAUGHERTY

_____                         _____
Lizette Castillo                                BY: JOHN A. E. DAVIDSON, ATTORNEY

_____
Maria Rodriguez

_____
CHRISTOPHER J. DAVIDSON, NOTARY PUBLIC
Bar Roll No. 31693

## CREDIT SALE MORTGAGE

Amount: $180,000.00

Metairie, Louisiana
July 12, 2007

For value received, I, WE OR EITHER OF US, in solido, promise to pay to the order of GERALD ROBERT DAUGHERTY the sum of ONE HUNDRED EIGHTY THOUSAND DOLLARS ($180,000.00), with interest only per annum from date until paid, payable to GERALD ROBERT DAUGHERTY on the following terms: Payable in monthly installments of interest only, 1) beginning on August 13, 2007 with an interest rate of 8% per annum of $1,200.00 and on the thirteenth day of each succeeding month thereafter until 2) August 13, 2008 when the annual interest rate shall change to 9% per annum with payments of $1,350.00 which payments shall be paid until 3) August 13, 2009 when the annual interest rate shall change to 10% per annum with monthly payments of $1,500.00 which payments shall be paid until 4) August 13, 2010 when the annual interest rate shall change to 11% per annum with monthly payments of $1,650.00 which payments shall be paid until 5) August 13, 2012 when the annual interest rate shall become 12% per annum with monthly payments of $1,800.00 which payments shall be paid until August 13, 2017 when the entire balance of interest and principal shall be due and payable. Purchaser may prepay this contract at any time. Payable at 17652 Three Rivers Road, Covington, Louisiana, 70433.

Payments, as received, shall be imputed first to payment of interest and thereafter to principal until payment of the entire obligation. Default in the payment of any single installment shall, at the option of the holder hereof, without notice of default, mature the entire obligation. Obligor reserves the right to pre-pay all or any part of this obligation without penalty. All makers, endorsers and sureties hereto hereby severally waive presentment for payment, demand, protest, notice of protest for nonpayment and all pleas of division and discussion and agree that payment hereof may be extended without notice thereof, and in the event this note is placed in the hands of an attorney for collection of same or any part thereof, including interest, whether with or without suit, to pay attorney's fees which are hereby fixed at 25% on the amount due. A late fee of 5% will be due on any payment that is 10 days past due.

_____
JOHN D. CONRY

"Ne Varietur" for identification with Act of Credit Sale
and Mortgage dated July 12, 2007.

_____
**JOHN A. E. DAVIDSON, NOTARY PUBLIC**
Bar Roll No. 4710

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                                                      DIVISION: "    "

GERALD ROBERT DAUGHERTY

VERSUS

JOHN D. CONRY

FILED: _____    _____
                                                                  DEPUTY CLERK

## ORDER FOR EXECUTORY PROCESS

Considering the allegation of the foregoing petition and Exhibits annexed thereto, let Executory Process issue herein, and further, let a writ of seizure and sale issue herein directing the Sheriff for the Parish of Orleans, State of Louisiana, to seize and sell with benefit of appraisement and, after due advertisement, delays, requisites, and formalities, free and clear of all homestead rights and exemptions, the property hereinabove described, according to law, for cash, to pay and satisfy the claim of petitioner, the principal sum of $180,000.00 with 12% interest thereon from January 10, 2010 until paid, together with accumulated late charges, any additional amounts which petitioner has advanced or hereafter advances, as permitted by the Note and Credit Sale, for taxes, insurance, assessments, repairs to and maintenance and preservation of the mortgaged property, together with 25% attorney's fees on the total amount of principal, interest and all current and future advances, together with all costs of these proceedings; that out of the proceeds of the sale, petitioner be paid the amount of its claim in preference and priority over all other persons herein.

NEW ORLEANS, LOUISIANA this ___10___ day of January, 2011.

                                                                            S/ Lloyd Medley
                                                                            _____
                                                                                    DISTRICT JUDGE

PLEASE SERVE:
NOTICE OF SEIZURE AND SALE ON:
(NOTICE OF DEMAND WAIVED)

John C. Conry
1100 Clearview Parkway
Metairie, LA 70001

**Buy Good Standing Certificate**  **Print Detailed Record**

| Name | Type | City | Status |
|---|---|---|---|
| THE HERB IMPORT CO. | Business Corporation | COVINGTON | Active |

**Business:** THE HERB IMPORT CO.
**Charter Number:** 34508100 D
**Registration Date:** 10/6/1995
**Domicile Address**
  17652 THREE RIVERS RD.
  COVINGTON, LA 70433
**Mailing Address**
  17652 THREE RIVERS RD.
  COVINGTON, LA 70433

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**File Date:** 10/6/1995
**Last Report Filed:** 9/30/2010
**Type:** Business Corporation

**Registered Agent(s)**

| Agent: | GERALD R. DAUGHERTY |
|---|---|
| Address 1: | 5055 CANAL STREET |
| City, State, Zip: | NEW ORLEANS, LA 70119 |
| Appointment Date: | 10/6/1995 |

**Officer(s)**                                                      Additional Officers: No

| Officer: | GERALD R. DAUGHERTY |
|---|---|
| Title: | President |
| Address 1: | 5055 CANAL STREET |
| City, State, Zip: | NEW ORLEANS, LA 70119 |

**Amendments on File**
No Amendments on file

**Back to Search Results**    **New Search**    **View Shopping Cart**



EXHIBIT E

http://coraweb.sos.louisiana.gov/commercialsearch/CommercialSearchDetails.aspx?Charte...    1/26/2011

[Louisiana Personal Driver's License for DAUGHERTY, GERALD R, 76523 Rivers Rd, Covington, LA 70433-0000; DOB 11-29-1946; License No. 001623842; Class E; Expiration 11-29-2009; Issue Date 11-21-2005]


EXHIBIT F



ENDORSEMENTS

RESTRICTIONS

Donor __Y__ N / Living Will __Y__ N
Holder of license must be 21 years of age or older to utilize the privileges of this license in interstate commerce pursuant to 41 Code of Federal Regulations 351.11
Renewable 90 days prior to expiration

DL # 001623842
EXP 11/29/2013