

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY                              CIVIL ACTION

VERSUS                                  NUMBER 10-4599/
                                        09-MD-2047

DAUGHERTY ET AL.                        SECTION L-2

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION TO COMPEL APPEARANCE

Plaintiff, John D Conry, hereby moves that this honorable court grant leave to file into the record his attached Motion to Compel Appearance by counsel for Defendant, Gerald Daugherty.

Respectfully Submitted,

John D Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

### CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet and therefore cannot use the CM/ECF system.

**TENDERED FOR FILING**

JAN 27 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk