UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN CONRY | CIVIL ACTION |
| VERSUS | NUMBER 10-4599/ 09-MD-2047 |
| DAUGHERTY ET AL. | SECTION L-2 |

## PLAINTIFF'S MOTION TO COMPEL APPEARANCE

Plaintiff, John D Conry, hereby moves that this honorable court compel Defendant, Gerald Daugherty, to make an appearance through counsel for the reasons set out in the attached memorandum.

Respectfully Submitted,

_(signature)_
John D Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

## CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet and therefore cannot use the CM/ECF system.

_(signature)_