UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY _____                         CIVIL ACTION

VERSUS                                              NUMBER 10-4599/
                                                    09-MD-2047

DAUGHERTY ET AL. _____                      SECTION L-2 _____

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL APPEARANCE

Plaintiff, John D Conry, submits the following Memorandum in support of his Motion to to Compel Appearance.

### ARGUMENT AND BACKGROUND

The Complaint in this matter, filed on December 22, 2009, alleged that defendant, Gerald Daugherty, had engaged in repeated acts of racketeering against and damaging plaintiff, John Conry, over the coarse of the past five years.

Pretrial Order Number 1-F states: "IT IS ORDERED, that counsel shall enter their appearance on behalf of their client(s) within twenty (20) days after service of a Complaint on a Defendant."

Daugherty's attorney accepted service on December 23, 2010. As of January 25, 2010, Daugherty has not made an appearance. Thus, Thirty-Two (32) days have passed since Plaintiff served his complaint on the defendant herein, Gerald Daugherty, with no appearance entered on

the record as required by this court. Since Daugherty was represented by counsel before litigation in this matter began, Order 1-F clearly applies to him.

Respectfully Submitted,

John D Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet and therefore cannot use the CM/ECF system.

John D Conry
PO Box 641234
Kenner, LA 70064-1234

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street Ste C151
New Orleans LA 70130-3367

$0.440
US POSTAGE
FIRST-CLASS
FROM 70001
JAN 26 2011
stamps.com

U.S. POSTAGE
PAID
KENNER, LA
70065
JAN 26, '11
AMOUNT
$0.95
00085648-04