UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY                                    CIVIL ACTION

VERSUS                                        NUMBER 10-4599/
                                              09-MD-2047

DAUGHERTY ET AL.                              SECTION L-2

NOTICE OF HEARING

**NOW INTO COURT**, comes plaintiff, JOHN CONRY, and hereby gives notice that he will bring on for hearing his MOTION TO COMPEL on <u>MARCH 2, 2011</u>, at <u>9:00 a.m.</u>, or as soon thereafter as counsel may be heard before the honorable Judge FALLON of the United States District court for the Eastern District of Louisiana, Section L, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully Submitted,

_____
John D Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet and therefore cannot use the CM/ECF system.

_____