UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY _____                    CIVIL ACTION

VERSUS                                       NUMBER 10-4599/
                                                  09-MD-2047

DAUGHERTY ET AL. _____                   SECTION L-2 _____

## ORDER

Considering the foregoing MOTION AND MEMORANDUM FOR LEAVE, the Motion for

Leave  is granted, Motion to Compel Appearance is ordered entered into the record, and it is

hereby Ordered that a Defendant, Gerald Daugherty, show cause on March 2, 2011, at 9:00

O'Clock am. why he should not be compelled to have his counsel make an appearance.

_____
JUDGE FALLON