UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY                                         CIVIL ACTION

VERSUS                                             NUMBER 10-4599/
                                                   09-MD-2047

DAUGHERTY ET AL.                                   SECTION L-2

## PLAINTIFF'S MOTION TO LIFT STAY AND HEAR HIS MOTION FOR A DEFAULT JUDGEMENT

Plaintiff, John D Conry, hereby moves that this honorable court lift its stay as to all motions and hold a hearing on Plaintiff's Request for Default (Docket No.6998).

Respectfully Submitted,

John D Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

### CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet and therefore cannot use the CM/ECF system.

**TENDERED FOR FILING**

JAN 27 2011

**U.S. DISTRICT COURT**
**Eastern District of Louisiana**
**Deputy Clerk**

