UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY                          CIVIL ACTION

VERSUS                               NUMBER 10-4599/
                                               09-MD-2047

DAUGHERTY ET AL.                 SECTION L-2

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO LIFT STAY AND HEAR HIS MOTION FOR A DEFAULT JUDGEMENT

Plaintiff, John D Conry, submits the following Memorandum in support of his Motion to Lift Stay in regards to his Request for a Default Judgement(Docket No.6998).

### History

The Complaint in this matter, filed on December 22, 2009, alleged that defendant, Gerald Daugherty, had engaged in repeated acts of racketeering against and damaging plaintiff, John Conry, over the corse of the past five years.

Specifically, Plaintiff alleged that Daugherty committed fraud in the original renovation and sale of the property located at 123 Fremont Street in New Orleans, Louisiana. Plaintiff alleged that a part of that fraud included the purchase of the cheapest drywall on the market, manufactured in china and contaminated, amongst other acts and omissions constituting fraud.

Plaintiff also alleged that Daugherty extorted repairs on the property in addition to its return and other compensation totaling $150,000.00 in undue benefits, through the Untied States Mail, and over telephone wires between California and Louisiana.

Plaintiff also alleged that when Daugherty finally put his threat in writing Plaintiff contacted Daugherty's attorney, who, at Daugherty's request, sent Plaintiff a debt collection letter that overstated the amount due on the debt by at least twice the actual amount.

Daugherty's attorney accepted service on December 23, 2010. As of January 24, 2010, Daugherty has not made an appearance, as required by Pretrial Order 1-F and Fed. R. Civ. P. 12(a)(1)(A)(I).

## ARGUMENT

This court chose to require defendants to make an appearance within twenty days of receipt of service of summons. Defendant herein has not appeared in over thirty days. Plaintiff believes that this defendant does not contest the issues of fact in this matter and would rather not have potentially criminal activity entered into the record of the United States District Court for the Eastern District of Louisiana. Plaintiff believes that both Plaintiff and Defendant herein are best served by a quick hearing as to the amount of the loss and damages.

Entering a Judgement of Default herein would serve to remove tangential issues from the MDL

docket and streamline its workload. Plaintiff's claims center on a civil Racketeering claim that is likely to require large amounts of the court's attention if the matter is not resolved through a procedural default. Therefore, plaintiff suggests to this honorable court that both judicial expediency and fundamental justice are served by lifting the stay in this matter with regards to Plaintiff's Request for a Default Judgment. Plaintiff suggests a hearing date of February 16, 2011, which would be fifty five (55) days after the defendant was served summons.

Respectfully Submitted,

John D Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet and therefore cannot use the CM/ECF system.