UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY _____                    CIVIL ACTION

VERSUS                                        NUMBER 10-4599/
                                                     09-MD-2047

DAUGHERTY ET AL. _____                    SECTION L-2 _____

## ORDER

Considering the foregoing Motion for Status Conference it is hereby Ordered that a Defendant,

Gerald Daugherty, show cause on February 16, 2011, at 9:00 O'Clock am. why the stay should

not be lifted and the default judgement requested by the plaintiff herein granted.

_____
JUDGE FALLON