UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN CONRY | CIVIL ACTION |
| VERSUS | NUMBER 10-4599/ <br> 09-MD-2047 |
| DAUGHERTY ET AL. | SECTION L-2 |

### NOTICE OF HEARING

**NOW INTO COURT**, comes plaintiff, JOHN CONRY, and hereby gives notice that he will bring on for hearing his MOTION TO LIFT STAY AND FOR DEFAULT on <u>FEBRUARY 16, 2011</u>, at <u>9:00 a.m.</u>, or as soon thereafter as counsel may be heard before the honorable Judge FALLON of the United States District court for the Eastern District of Louisiana, Section L, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully Submitted,

John D Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

### CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet and therefore cannot use the CM/ECF system.

```
0625000628269
$0.780
US POSTAGE
FIRST-CLASS
FROM 70001
JAN 25 2011
stamps
```

John D Conry
PO Box 641234
Kenner, LA 70064-1234

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St Suite C151
New Orleans LA 70130-3367