UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2:09-MD-02047 |
| **This document relates to:** | JUDGE FALLON |
| *David Gross, et al vs. Knauf Gips KG, et al* Case No. 09-6690 | MAGISTRATE JUDGE WILKINSON |

*************************************************************************

### NOTICE OF LIMITED APPEARANCE AS COUNSEL

Troy A. Broussard of the law firm of Allen & Gooch, A Law Corporation, hereby enters a Notice of Appearance as counsel of record for Defendant Jay 37 Construction, LLC. Jay 37 Construction, LLC reserves all rights to object to jurisdiction, venue or service and preserving all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and email address.

ALLEN & GOOCH, A Law Corporation

  /s/ *Troy A. Broussard*
TROY ALLEN BROUSSARD (#22280)
Attorneys for Jay 37 Construction, LLC
P O Box 81129
Lafayette LA 70598-1129
Phone: (337) 291-1370
Facsimile: (337) 291-1375
Email: TroyBroussard@AllenGooch.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Limited Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of January, 2011.

       /s/ *Troy A. Broussard*
      TROY ALLEN BROUSSARD (#22280)