UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  CHINESE MANUFACTURED                  MDL NO.:  2:09-MD-02047
DRYWALL PRODUCTS LIABILITY
LITIGATION

**This document relates to:**                              JUDGE FALLON

*David Gross, et al vs. Knauf Gips KG, et al*
Case No. 09-6690                              MAGISTRATE JUDGE WILKINSON
*****************************************************************************

## MOTION FOR EXTENSION OF TIME TO SUBMIT
## CONTRACTOR/INSTALLER DEFENDANT PROFILE FORM

Defendant Jay 37 Construction, LLC respectfully moves the Court for an additional thirty

(30) days, through and including February 28, 2011, within which to serve its

Contractor/Installer Defendant Profile Form on liaison counsel in the above-captioned matter.

This is Jay 37 Construction, LLC's first request for an extension of time in this matter.  The 30-

day extension will neither prejudice any party nor delay the progression of the case.

WHEREFORE, Jay 37 Construction, LLC prays for an additional 30 days, through and

including February 28, 2011, within which to serve its Contractor/Installer Defendant Profile

Form on liaison counsel in the above-captioned matter.


Respectfully submitted:

ALLEN & GOOCH, A Law Corporation


  /s/ *Troy A. Broussard*
TROY ALLEN BROUSSARD (#22280)
Attorneys for Jay 37 Construction, LLC
P O Box 81129
Lafayette LA 70598-1129
Phone:  (337) 291-1370
Facsimile: (337) 291-1375
Email:  TroyBroussard@AllenGooch.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion for Extension of Time To Submit Contractor/Installer Defendant Profile Form** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of January, 2011.

   /s/ *Troy A. Broussard*
TROY ALLEN BROUSSARD (#22280)