UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2:09-MD-02047 |
| **This document relates to:** | JUDGE FALLON |
| *David Gross, et al vs. Knauf Gips KG, et al* Case No. 09-6690 | MAGISTRATE JUDGE WILKINSON |

*************************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time to Submit Contractor/Installer Defendant Profile Form:

IT IS ORDERED that defendant, Jay 37 Construction, LLC, be and is hereby granted an additional thirty (30) days, through and including February 28, 2011, within which to serve its Contractor/Installer Defendant Profile Form on liaison counsel in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE