UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**CERTAIN BANNER ENTITIES' MOTION TO WITHDRAW
THEIR MOTION TO ENJOIN CONFLICTING STATE-COURT PROCEEDINGS**

Defendants Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company Pompano, LLC, Banner Supply Company Port St. Lucie, and Banner Supply Company Tampa, LLC, by and through their undersigned counsel, hereby file this Motion to Withdraw their Motion to Enjoin Conflicting State-Court Proceedings. [Doc. No. 6912]. Said Motion was filed on January 6, 2011. In response to the Motion to Enjoin, the PSC took the position that there is no res in the MDL and that this Court does not have the authority to enjoin the state court; further, the PSC admitted that it did not have control over the state action. The Motion to Enjoin is no longer necessary because the state court voluntarily stayed the state action.

Respectfully submitted, this 28th day of January, 2011.

        **WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company Pompano, LLC, and Banner Supply Company Tampa, LLC*


PETERSON & ESPINO, PA

 /s/ Michael P. Peterson
**MICHAEL P. PETERSON, ESQUIRE**
Florida Bar Number 982040
10631 Southwest 88th Street, Suite 220
Miami, Florida 33176
Telephone: (305) 270-3773
Facsimile:  (305) 275-7410
*Counsel For Defendant Banner Supply Company Port St. Lucie, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Certain Banner Entities' Motion to Withdraw Their Motion to Enjoin Conflicting State-Court Proceedings has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 28th day of January, 2011.

                                       WEINBERG, WHEELER, HUDGINS,
                                       GUNN & DIAL, LLC

                                       /s/ *Nicholas P. Panayotopoulos*  _____
                                       **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**

1021608