UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw Pleading:

**IT IS HEREBY ORDERED** that Document No. 6912 filed on behalf of Defendants Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company Pompano, LLC, Banner Supply Company Port St. Lucie, and Banner Supply Company Tampa, LLC, is withdrawn.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge