UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Silva et al. v. Knauf Gips, KG*, et al., Case No. 09-08034 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 20011, upon consideration of the Plaintiffs' Motion to Intervene and Memorandum in Support thereof, it is hereby ORDERED that said motion is GRANTED.

By the Court,

_____
J.

1