UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEDIATION ORDER

After meeting with members of the Plaintiffs' Steering Committee and Defense Steering Committee regarding the status of settlement negotiations and the status of remediation of the properties, the Court has determined that it is an appropriate time in the MDL to schedule a mediation in New Orleans, Louisiana for the claims involving *Defendants, Interior Exterior Building Supply, L.P., Interior Exterior Enterprises, L.L.C., and South Cortez, L.L.C. ("Interior Exterior"),"*

Accordingly, IT IS ORDERED that a representative or designated representatives of the Plaintiffs' Steering Committee, the Knauf defendants' through counsel Kerry J. Miller and/or Gregory Wallance, counsel for Interior Exterior Building Supply, L.P., Richard G. Duplantier, Jr., as well as representatives of the insurance carriers of *Defendants, Interior Exterior Building Supply, L.P., Interior Exterior Enterprises, L.L.C., and South Cortez, L.L.C. ("Interior Exterior"),* appear at the office of Frilot L.L.C. 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 for a mediation refereed by John W. Perry or another agreed mediator designated by John Perry and

agreed to by the parties on February 21, 2011 at 9:00 CST. All attorneys for and agents of the aforementioned entities shall present to the mediation with full settlement authority.

While the Court recognizes that this is a federal holiday, should the parties request, the Court shall be available to provide assistance during this mediation.

New Orleans, Louisiana, this 26th day of January 2011.

                                                                                      ELDON E. FALLON
UNITED STATES DISTRICT JUDGE.