UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S NOTICE OF DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP"), by and through their attorneys, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, hereby give notice of production to the Plaintiff Steering Committee's ("PSC") First Request for the Production of Documents served on TG and TTP on September 24, 2010. The documents, Bates labeled TG 0000001 – TG 0025131, were produced to the PSC in electronic format via Federal Express in the course of three productions, dated December 17, 2010, January 14, 2011, and January 28, 2011, respectively. Certain of these documents were marked CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER or HIGHLY CONFIDENTIAL – RESTRICTED – SUBJECT TO PROTECTIVE ORDER and are subject to a protective order contained in Pretrial Order No. 16, dated September 25, 2009 (the "Protective Order").

The documents may be made available to any party entitled to view the documents under the terms of the Protective Order. Any requests to view the documents

should be made by contacting Matthew Galvin via email at matthew.galvin@hoganlovells.com.

January 28, 2011

                                          Respectfully submitted,

/s/ Thomas P. Owen, Jr.
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.com

Joe Cyr
Frank T. Spano
Eric Statman
Matthew J. Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

**Attorneys for Taishan Gypsum Co. Ltd.
and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above Notice of Production by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. to Plaintiffs' Steering Committee's First Request for Production of Documents has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by Federal Express and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6, on this 28th day of January, 2011.

*/s/* Thomas P. Owen Jr.