UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| KENNETH and BARBARA WILTZ, et al | * | |
| vs. | * | |
| BEIJING NEW BUILDING MATERIALS | * | |
| PUBLIC Ltd, et al | * | |
| Case No. 2:10-cv-361-EEF-JCW | * | MAG. WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

MICHAEL DEVITO

who, being duly sworn, upon his oath deposed and stated as follows:

1.   He is the President for Baywood Construction, Inc., ("Baywood Construction"), and

as such, has personal knowledge of the following based on his review of records

maintained by Baywood Construction in the regular course of business.

2.   Baywood Construction is a corporation organized and existing under the laws of the

State of Florida and has its principal place of business in Lee County, Florida.

3.   Baywood Construction is a home builder that contracts with third party vendors for

the construction of single-family homes and/or sells completed single-family homes.



EXHIBIT
A

4.  Baywood Construction has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5.  Baywood Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6.  Baywood Construction does not have an agent for service of process in Louisiana.

7.  Baywood Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8.  Baywood Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9.  Baywood Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Baywood Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Baywood Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Baywood Construction never anticipated it would be haled into court in Louisiana.

_____

MICHAEL DEVITO

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF _____, 2010.

_____

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Kristy Offerman
Commission #DD961598
Expires:  FEB. 11, 2011
BONDED THRU ATLANTIC BONDING CO, INC.

## Baywood Construction, Inc.
602 SE 16th Place Cape Coral, FL 33990 239-574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763                    CBC058891



# CONSTRUCTION AGREEMENT

This agreement made this ___19th___ day of ___September___, ___2005___
                     DAY             MONTH         YEAR

___Larry Schiller and John W. Lester Jr.___
                                   NAME

OF: _____    Office 997-4000   Cell 699-1862
                   ADDRESS                    PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter called the "Builder"

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:

    Legal Description: Block 2499 Lots: 11/12 _____

Now THEREFORE, in consideration of the premises:

1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

2. The Owner Shall pay the Builder for such construction in the amount of  $ 189,463.00
Payable as Follows:    Upon signing of this agreement   Paid →  $ 2,000.00
                        10% On or Before               $ 16,946.30
                        20% When slab is poured         $ 37,892.60
                        20% When roof sheathing is installed  $ 37,892.60
                        20% When electrical rough is completed  $ 37,892.60
                        20% When drywall is completed     $ 37,892.60
                        10% Upon completion of construction  $ 18,946.30

3. Contractor is NOT responsible for settlement cracks

BASIC MODEL: Nese' Model _____

CUSTOM FEATURES:

    1. See Addendum _____  $ Included
    2. _____  $ _____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

    1. Water Meters               $ Included
    2. Impact Fees              $ Included
    3. Survey                  $ Included
    4. Seawall                 $ N/A
    5. Pool                    $ N/A

TOTAL CONSTRUCTION CONTRACT        $ 189,463.00

LOT                                  $ Owners Lot

CONTRACT TOTAL                   $ 189,463.00

SPECIAL NOTES: Closing @ JM Title Corp. 549-7434 (Sarah Johnson)
  Contract Void after 3 months if Construction Loan has Not Closed
_____
_____
_____
_____
_____

OWNER: _____    Baywood Construction, Inc.

OWNER: _____    BY: _____

EXHIBIT
B-1
tabbies®

10/20/2005  12:57   2396567510                RIVERSIDE BANK GC                PAGE  04/04

## Baywood Construction. Inc.

SB 16ᵗʰ Place Cape Coral, FL 33990 · .574-9332

WWW.BAYWOODCONSTRUCTION.COM

CGC016763          CBC058891

*Schiller*

## CONSTRUCTION AGREEMENT

This agreement made this ___19ᵗʰ___ day of ___September___ , ___2005___
                         DAY              MONTH              YEAR

___Larry Schiller and John W. Lester Jr.___
                    NAME

OF: _____    Office 997-4000   Cell 699-1862
            ADDRESS                          PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter called the "Builder"

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:

Legal Description: Block 2905 Lots: 11/12

Now THEREFORE, in consideration of the premises:

1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

2. The Owner Shall pay the Builder for such construction in the amount of     $  189,463.00
   Payable as Follows:      Upon signing of this agreement                    $    2,000.00
                            10% On or Before                                  $  16,946.30
                            20% When slab is poured                           $  37,892.60
                            20% When roof sheathing is installed              $  37,892.60
                            20% When electrical rough is completed            $  37,892.60
                            20% When drywall is completed                     $  37,892.60
                            10% Upon completion of construction               $  18,946.30

3. Contractor is NOT responsible for settlement cracks

BASIC MODEL: · Nese' Model _____

CUSTOM FEATURES:

   1. See Addendum _____       $  Included
   2. _____                    $ _____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

   1. Water Meters                                $ Included
   2. Impact Fees                                 $ Included
   3. Survey                                      $ Included
   4. Seawall                                     $ N/A
   5. Pool                                        $ N/A

TOTAL CONSTRUCTION CONTRACT                       $ 189,463.00

LOT                                               $  Owners Lot

CONTRACT TOTAL                                    $ 189,463.00

SPECIAL NOTES: Closing @ JM Title Corp. 549-7434 (Sarah Johnson)
 Contract Void after 3 months if Construction Loan has Not Closed
_____
_____
_____

OWNER: _____          Baywood Construction, Inc.

OWNER: _____          BY: _____



EXHIBIT
B-2

07/26/2005  01:15   17188575503            CNR BKLIB                          PAGE  02
07-26-'05 12:39 FROM-BAYWOOD CONSTRUCTION  239-574-8701      T-961 P02/03 U-695

602 SE 16th Place Cape Coral, FL 33990 239-574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763            CBC058891

*BEST SCAN*

*Attn. Sarah*

# CONSTRUCTION AGREEMENT

This agreement made this ___26th___ day of ___July___ ___2005___
                        DAY            MONTH       YEAR

___Maria Octobre___                                    *Phone 718-638-25XX*
         NAME

OF: _3 Harrison Rd Pompton Plains, NJ 07444_
        (OWNERS ADDRESS) _55 at Octobre P.O.  PHONE Box 55 Pompton Plains, NJ 07444_

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter
called the "Builder"

*Split*

*19022 49*

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and
hereinafter called the building site and Owner desires builder to construct a certain building on
the premises:

Legal Description: _Block 4807 Lots: 22/23_

Now THEREFORE, In consideration of the premises:

1. The Builder shall construct upon the building site a building in accordance with the plans
   and specifications hereto attached. The Builder shall provide all materials and perform all
   work of the construction provided for in the plans and specifications in a good
   workmanlike manner. The builder warrants the construction of the building from defects
   of material or workmanship for a period of twelve months from closing.  All
   manufacturers' warranties shall continue in force and effect according to their terms.

2. The Owner Shall pay the Builder for such construction in the amount of   $ 178,400.00    *CK# 04203*
   Payable as Follows:    Upon signing of this agreement            $  2,000.00
                          10% On or Before                          $ 15,840.00
                          20% When slab is poured                   $ 35,680.00
                          20% When roof sheathing is installed      $ 35,680.00
                          20% When electrical rough is completed     $ 35,680.00
                          20% When drywall is completed             $ 35,680.00
                          10% Upon completion of construction.      $ 17,840.00

3. Contractor is NOT responsible for settlement cracks

BASIC MODEL: _Baywood "C" Model_

CUSTOM FEATURES:

1. _See Addendum_                                      $ _Included_
2. _____                      $ _____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

1. Water Meters                                        $ _Included_
2. Impact Fees                                         $ _Included_
3. Survey                                              $ _Included_
4. Seawall                                             $ _N/A_
5. Pool                                                $ _N/A_

TOTAL CONSTRUCTION CONTRACT                            $ _178,400.00_

LOT                                                    $ _Owners Lot_

CONTRACT TOTAL                                         $ _178,400.00_

SPECIAL NOTES: _Closing @ JM Title Corp. 239-542-7434_
_Contract Void after 3 months if Construction Loan has Not Closed_

OWNER: _Maria Maria Octobre_                Baywood Construction, Inc.

OWNER: _____                BY: _____



EXHIBIT
C