UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND Payton, et al. v. Knauf GIPS KG, et al., Case No. 2:09-cv-07628 (E.D.La.) Omni 1(A) | |

**PLAINTIFFS MICHAEL AND DENISE FELTER'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS,
KNAUF GIPS KG, KNAUF PLASTER BOARD TIANJIN CO., LTD.
AND ANY AND ALL OTHER DEFENDANTS, KNOWN OR UNKNOWN**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Michael and Denise Felter, hereby dismiss, without prejudice, all of their claims against DEFENDANTS KNAUF GIPS KG, KNAUF PLASTER BOARD TIANJIN CO., LTD AND ANY AND ALL OTHER KNOWN OR UNKNOWN DEFENDANTS in Plaintiffs' Omnibus Complaints.  Each party is to bear its own attorneys' fees and costs.  Attached hereto as Exhibit "A" is correspondence from Thomas E. Vaughn of Vaughn & Bowden, PA, counsel for Michael and Denise Felter, dated December 21, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated:    January 31, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of January, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

3

# EXHIBIT "A"



# VAUGHN & BOWDEN, PA

### ATTORNEYS AT LAW

THOMAS E. VAUGHN
tvaughn@vaughnbowden.com

December 21, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   **In re: Chinese Manufactured Drywall Products Liability Litigation**
**Omni I(A) – Payton, et al. vs. Knauf GIPS KG, et al.**
**Case No. 2:09-cv-07628 (E.D. La.)**
**Our File No. 3100.014**

Dear Russ and Lenny:

My clients, Michael and Denise Felter, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendants, Knauf Gips KG, Knauf Flaster Board Tianjin Co., Ltd and any and all other Defendants, known or unknown.

Very truly yours,

VAUGHN & BOWDEN, PA

Thomas E. Vaughn

TEV/dst
cc:   Michael and Denise Felter (w/encl.)



EXHIBIT
"A"