UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Kessler v. GMI Construction, Inc, et al.,* **No. 09-6072**

## PARTIAL  JUDGMENT

A petition was filed on behalf of Plaintiffs, David and Amanda Kessler, against multiple defendants, including ASI Lloyds ("ASI"), on September 2, 2009.  On July 19, 2010, ASI filed a Motion for Judgment on the Pleadings under F.R.C.P. art. 12 (c).  Rec. Doc. No. 4462.  Oral argument was held on this motion on September 2, 2010.  The Court issued Orders and Reasons on December 16, 2010 granting ASI's motion.  Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing this case with prejudice is appropriate.  Accordingly, judgment is hereby entered against Plaintiffs, David and Amanda Kessler, and in favor of the Defendant, ASI Lloyds, dismissing all of Plaintiffs' claims against ASI Lloyds, with prejudice, each party to bear its own costs.  Plaintiff's claims against all other defendants herein are expressly reserved by this Judgment.

New Orleans, Louisiana, this 28th day of January, 2011.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE

1