**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

|   |   |   |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Catalanotto,* **No. 10-1828**

**PARTIAL   JUDGMENT**

A Petition for Damages was filed by Mary Ann Catalanotto ("Plaintiff") on May 20, 2010 against The Standard Fire Insurance Company ("Standard Fire") and other defendants which now bears Case No. 10-CV-1828 c/w/ MDL No 2047 on this Court's docket.  On July 19, 2010, Standard Fire filed a Motion to Dismiss seeking judgment be entered in favor of Standard Fire on all claims for relief alleged against it in the Petition for Damages. Rec. Doc. No. 4467.  Oral argument was held on this motion on September 2, 2010.  The Court issued Orders and Reasons on December 16, 2010 granting Standard Fire's motion.  Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing all claims asserted against Standard Fire with prejudice is appropriate.  Accordingly, judgment is hereby entered against the Plaintiff and in favor of the Defendant, Standard Fire, and all of Plaintiff's claims against Standard Fire are hereby dismissed with prejudice, each party to bear its own costs.  Plaintiff's claims against all other defendants herein are expressly reserved by this Judgment.

Furthermore, there being no just cause for delay, this Judgment is hereby designated as final and immediately appealable pursuant to F.R.C.P. 54(b).

New Orleans, Louisiana, this 28th day of January, 2011.

*Eldon E. Fallon*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE