UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Crosby,* **Case No. 10-1693**

## JUDGMENT

A petition was filed on behalf of Plaintiffs Patrick H. Crosby and Jennifer Lancaster Crosby against Defendant Federal Insurance Company on April 28, 2010, which case was subsequently removed to this Court on June 8, 2010. On July 19, 2010, Federal filed a Rule 12(b)(6) Motion to Dismiss the complaint for failure to state a claim upon which relief can be granted. Rec. Doc. No. 4459. Oral argument was held on this motion on September 2, 2010. The Court issued Orders and Reasons on December 16, 2010 granting Federal's motion. Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing this case with prejudice is appropriate. Accordingly, judgment is hereby entered against Plaintiffs Patrick H. Crosby and Jennifer Lancaster Crosby, and in favor of the Defendant Federal Insurance Company, dismissing all of Plaintiffs' claims, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of January, 2011.

*[Signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE