UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Galloway,* **Case No. 10-688**

### JUDGMENT

A Petition for Damages was filed by James H. Galloway, Jr., ("Plaintiff") on January 19, 2010 solely against Property & Casualty Company of Hartford ("P&C") which now bears Case No. 10-CV-688 c/w/ MDL No 2047 on this Court's docket. On July 19, 2010, P&C filed a Motion for Judgment on the Pleadings seeking judgment be entered in favor of P&C on all claims for relief alleged in the Petition. Rec. Doc. No. 4494. Oral argument was held on this motion on September 2, 2010. The Court issued Orders and Reasons on December 16, 2010 granting P&C's motion. Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing this case with prejudice is appropriate. Accordingly, judgment is hereby entered against the Plaintiff and in favor of the Defendant, P&C, and all of Plaintiff's claims are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 31st day of January, 2011.

*Eldon E. Fallon*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE