# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> _____ ) | MDL No. 2047 <br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Bronaugh*, **No. 09-7393**

## JUDGMENT

A petition was filed by Plaintiffs David Bronaugh and Heather Bronaugh against Defendant USAA Casualty Insurance Co. ("USAA-CIC") on October 5, 2009, and USAA-CIC removed the lawsuit to this Court. On May 24, 2010, USAA-CIC filed a Motion to Dismiss the complaint for failure to state a claim upon which relief can be granted. Rec. Doc. No. 3251. Oral argument was held on this motion on September 2, 2010. The Court issued Orders and Reasons on December 16, 2010 granting USAA-CIC's motion. Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing this case with prejudice is appropriate. Accordingly, judgment is hereby entered against Plaintiffs David Bronaugh and Heather Bronaugh, and in favor of the Defendant, USAA-CIC, dismissing all of Plaintiffs' claims, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of January, 2011.

*Eldon E. Fallon*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE