## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Price,* **No. 10-01420**

## JUDGMENT

A petition was filed by Plaintiffs Joshua C. Price and Kimberlea Price against Defendant USAA Casualty Insurance Co. ("USAA-CIC") on March 18, 2010, and USAA-CIC removed the lawsuit to this Court. On July 19, 2010, USAA-CIC filed a Motion to Dismiss the complaint for failure to state a claim upon which relief can be granted. Rec. Doc. No. 4947 (re-filed Rec. Doc. No. 4515). Oral argument was held on this motion on September 2, 2010. The Court issued Orders and Reasons on December 16, 2010 granting USAA-CIC's motion. Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing this case with prejudice is appropriate. Accordingly, judgment is hereby entered against Plaintiffs Joshua C. Price and Kimberlea Price, and in favor of the Defendant USAA-CIC dismissing all of Plaintiffs' claims, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of January, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE