UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Blue,* **No. 10-792**

## JUDGMENT

John and Rachelle Blue filed suit in the Civil District Court for Orleans Parish, Louisiana against Auto Club Family Insurance Company ("Auto Club") on January 6, 2010, which was subsequently removed to this Court. On July 20, 2010, Auto Club filed a Motion to Dismiss pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Rec. Doc. No. 4496. Oral argument was held on this motion on September 2, 2010. The Court issued Orders and Reasons on December 16, 2010 granting Auto Club's motion. Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing this case with prejudice is appropriate. Accordingly, judgment is hereby entered against the plaintiffs, John and Rachelle Blue, and in favor of the defendant, Auto Club Family Insurance Company, dismissing all of the plaintiffs' claims, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of January, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE