# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Canty, et al v. Allstate Insurance Company, et al.,* **Case No. 10-929**

## JUDGMENT

A class action petition was filed by the PSC on behalf of Plaintiffs Honore and Elaine Canty against Defendants Allstate Insurance Company, Allstate Fire and Casualty Insurance Company and Allstate Indemnity Company (collectively "Allstate") on March 19, 2010. On July 19, 2010, Allstate filed, among other motions, a Motion to Dismiss the complaint for failure to state a claim upon which relief can be granted. Rec. Doc. No. 4472. Oral argument was held on this motion on September 2, 2010. The Court issued Orders and Reasons on December 16, 2010 granting Allstate's motion. Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing this case with prejudice is appropriate. Accordingly, judgment is hereby entered against Plaintiffs Honore and Elaine Canty, and in favor of the Defendants Allstate Insurance Company, Allstate Fire and Casualty Insurance Company and Allstate Indemnity Company, dismissing all of Plaintiffs' claims, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of January, 2011.

                              ELDON E. FALLON
                              UNITED STATES DISTRICT JUDGE