UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Vu,* **Case No. 10-930**

## **PARTIAL JUDGMENT**

A class action petition was filed on behalf of Plaintiffs Jessie Vu and Kristie Mai against Defendant Homesite Insurance Company on March 19, 2010. On July 19, 2010, Homesite filed a Rule 12(b)(6) Motion to Dismiss the complaint for failure to state a claim upon which relief can be granted. Rec. Doc. No. 4464. Oral argument was held on this motion on September 2, 2010. The Court issued Orders and Reasons on December 16, 2010 granting Homesite's motion. Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing this case with prejudice is appropriate. Accordingly, judgment is hereby entered against Plaintiffs Jessie Vu and Kristie Mai, and in favor of the Defendant Homesite Insurance Company, dismissing all of Plaintiffs' claims, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of January, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE