UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| Silva 09-8034 | * | |

*******************************************

## AMENDED COMPLAINT
## FOR DECLARATORY JUDGMENT (CLASS ACTION)

Plaintiffs STEPHEN and ISIS SILVA hereby amend the Petition for Declaratory Judgment as follows:

    I.    By amending Paragraph I(b) of the Petition for Declaratory Judgment (Class Action) by deleting the existing Paragraph I(b) and substituting in its place the following:

I.

\* \* \*

    b.    **Landmark American Insurance Company**, a foreign insurance company, named pursuant to the Louisiana Direct Action Statute, La. R.S. 22:1269, in its capacity as the liability carrier of Defendant INTERIOR EXTERIOR BUILDING SUPPLY LP;

    II.    By amending Paragraph I(d) of the Petition for Declaratory Judgment (Class Action) by deleting the existing Paragraph I(d) and substituting in its place the following:

I.

\* \* \*

    d.    **National Surety Corporation**, a foreign insurance company, named pursuant to the Louisiana Direct Action Statute, La. R.S. 22:1269, in its

1

capacity as the liability carrier of Defendant INTERIOR EXTERIOR BUILDING SUPPLY LP;

III. By substituting the new defendants, **Landmark American Insurance Company**, and, **National Surety Corporation** in place of the previously named, now deleted, defendants in each paragraph where those defendants appear in the Petition for Declaratory Judgment (Class Action).

**WHEREFORE,** Plaintiffs, reiterating the prayer of their original Petition for Declaratory Judgment (Class Action) as though set forth at length herein, pray that their original Petition for Declaratory Judgment be amended in the above particulars and that, after due proceedings had, there be judgment herein in favor of the Plaintiffs, and against the defendants, Arch Insurance Company, Landmark American Insurance Company, National Surety Company, Liberty Mutual Insurance and Interior Exterior Building Supply, LP. as originally prayed for herein.

                                      Respectfully submitted,

Dated: January 31, 2011            /s/ Russ M. Herman
                                      Russ M. Herman, Esquire
                                      Leonard A. Davis, Esquire
                                      HERMAN, HERMAN, KATZ & COTLAR, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      *Plaintiffs' Liaison Counsel*
                                      *MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com