**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>:<br>: SECTION:  L<br>: JUDGE FALLON<br>: MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | :<br>: |
| Silva, et al. v. Knauf GIPS KG, et al., Case No. 09-8034 (E.D.La.) | :<br>: |

**ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR LEAVE TO AMEND PETITION FOR DECLARATORY JUDGMENT**

Considering the Plaintiffs' Emergency Motion for Leave to Amend Petition for Declaratory Judgment;

IT IS ORDERED that Plaintiffs' Emergency Motion for Leave to Amend Petition for Declaratory Judgment (Rec. Doc. No. --) is GRANTED.  Plaintiffs' Amended Complaint for Declaratory Judgment (Class Action) is deemed filed as of the date of the entry of this Order.

New Orleans, Louisiana, this ___ day of January 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE