IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 * * * SECTION: L * |
| THIS DOCUMENT RELATES TO: Dean and Dawn Amato, et al vs. Liberty Mutual Insurance Company, et al. Case No. 2:10-cv-0932 | * * * * * JUDGE FALLON * * MAG. JUDGE WILKINSON * |

## WITHDRAWAL OF APPEARANCE

  Kindly withdraw the appearance of Kelley A. Grady and Nicholas H. Pennington on behalf of Harleysville Mutual Insurance Company in the above referenced action. James M. Smith shall remain as counsel of record for Harleysville Mutual Insurance Company.

             s/Nicholas H. Pennington
             Nicholas H. Pennington
             Pennsylvania Bar No. 307073
             BALLARD SPAHR LLP
             1735 Market Street, 51st Floor
             Philadelphia, Pennsylvania, 19103-7599
             Telephone:  (215) 665-8500
             Facsimile:  (215) 864-8999
             PenningtonN@ballardspahr.com

Dated: February 1, 2011

DMEAST #13348571 v1

**CERTIFICATE OF SERVICE**

   I, Nicholas H. Pennington, hereby certify that the above Notice of Withdrawal of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of February, 2011.

                s/Nicholas H. Pennington
                Nicholas H. Pennington
                Pennsylvania Bar No. 307073
                BALLARD SPAHR LLP
                1735 Market Street, 51st Floor
                Philadelphia, Pennsylvania, 19103-7599
                Telephone:  (215) 665-8500
                Facsimile:  (215) 864-8999
                PenningtonN@ballardspahr.com