**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |

---

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

Comes now, Russell Q. Allison of the law firm, Carr Allison, and requests this Honorable Court to allow him to withdraw as counsel of record for the Defendant, Building Materials Wholesale, Inc.  As grounds for this motion, Russell Q. Allison states as follows:

1.     The company, Building Materials Wholesale, Inc., has dissolved as of January 6, 2011 and is no longer a viable entity.  Attached as Exhibit "A" is a copy of the Articles of Dissolution.


 /s/ Russell Q. Allison
RUSSELL Q. ALLISON (ALL034)
Attorney for the defendant,
Building Materials Wholesale, Inc.

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway, Suite 200
Birmingham, Alabama   35216
(205)822-2006

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading

same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 2[7th], day of January, 2011.

/s/ Russell Q. Allison
Of Counsel