20110106000029140 1/2
Bk: LR201101 Pg:6047
Jefferson County, Alabama
I certify this instrument filed on
01/06/2011 03:26:14 PM PDIS
Judge of Probate- Alan L. King

STATE OF ALABAMA )
)
JEFFERSON COUNTY )

## ARTICLES OF DISSOLUTION

## OF

## BUILDING MATERIALS WHOLESALE, INC.

Pursuant to Section 10A-2-14.03, of the Alabama Code (1975), the undersigned For-Profit Corporation adopts theses Articles of Dissolution:

1. The name of the corporation is **Building Materials Wholesale, Inc.**

2. The dissolution was authorized on January 4, 2011.

3. The dissolution was approved by written consent of all shareholders. See attached.

4. The corporation is dissolved upon the date the Articles of Dissolution are filed for record.

January 4, 2011.

Building Materials Wholesale, Inc.

By: _____
Peter F. Kern
President

## STATEMENT OF UNANIMOUS CONSENT OF THE SHAREHOLDERS
## OF BUILDING MATERIALS WHOLESALE, INC.

Pursuant to Alabama Code §10A-2-14.02(f) Peter F. Kern, being the sole shareholder of Building Materials Wholesale, Inc., an Alabama for profit corporation, approves by written consent the dissolution of Building Materials Wholesale, Inc. without any action of the board of directors.

DONE this 4th day of January, 2011.

APPROVED:

_____
Peter F. Kern, Sole Shareholder

20110106000029140    2/2
Bk: LR201101  Pg:6047
Jefferson County, Alabama
01/06/2011 03:26:14 PM PDIS
Fee - $52.00

Total of Fees and Taxes-$52.00
LYNN