UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     :    MDL NO. 2047
PRODUCTS LIABILITY LITIGATION           :
                                        :
                                             Section: L
THIS DOCUMENT RELATES TO ALL CASES      :    JUDGE FALLON
                                        :
                                             MAG. JUDGE WILKINSON
_____ /

**EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT INSTALLER PROFILE FORM**

COMES NOW, Defendant, Sweet Interiors, Inc. (hereinafter "Sweet Interiors"), which respectfully represents it requires additional time to respond to the Installer Profile Form but is diligent working to gather the information requested therein.  This is the first request for an extension by this party.

WHEREFORE, Defendant, Timberline Builders, Inc., prays for an extension of time through and including Friday, March 4, 2011 to submit the Installer Profile Form required by the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, and via e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of February, 2011.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Timberline
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By:  /s/ Steven G. Koeppel
     Steven G. Koeppel
     Florida Bar No. 602851