UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  CHINESE MANUFACTURED                    MDL NO.:  2:09-MD-02047
DRYWALL PRODUCTS LIABILITY
LITIGATION

**This document relates to:**                              JUDGE FALLON

*David Gross, et al vs. Knauf Gips KG, et al*
Case No. 09-6690                                   MAGISTRATE JUDGE WILKINSON
*****************************************************************************

### ORDER

Considering the foregoing Motion for Extension of Time to Submit Contractor/Installer

Defendant Profile Form:

IT IS ORDERED that defendant, Jay 37 Construction, LLC, be and is hereby granted an

additional thirty (30) days, through and including February 28, 2011, within which to serve its

Contractor/Installer Defendant Profile Form on liaison counsel in the above-captioned matter.

New Orleans, Louisiana, this  1st  day of _____February_____, 2011.

_____
UNITED STATES DISTRICT JUDGE