**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 :<br>: SECTION:  L<br>: JUDGE FALLON<br>: MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | :<br>: |
| Silva, et al. v. Knauf GIPS KG, et al., Case No. 09-8034 (E.D.La.) | :<br>: |

**ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR LEAVE TO AMEND PETITION FOR DECLARATORY JUDGMENT**

Considering the Plaintiffs' Emergency Motion for Leave to Amend Petition for Declaratory Judgment;

IT IS ORDERED that Plaintiffs' Emergency Motion for Leave to Amend Petition for Declaratory Judgment (Rec. Doc. 7285) is GRANTED.  Plaintiffs' Amended Complaint for Declaratory Judgment (Class Action) is deemed filed as of the date of the entry of this Order.

New Orleans, Louisiana, this 1st day of February 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE