UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| KENNETH and BARBARA WILTZ, et al | * | |
| vs. | * | |
| BEIJING NEW BUILDING MATERIALS | * | |
| PUBLIC Ltd, et al | * | |
| Case No. 2:10-cv-361-EEF-JCW | * | MAG. WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

## MICHAEL DEVITO

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Baywood Construction, Inc., ("Baywood Construction"), and

   as such, has personal knowledge of the following based on his review of records

   maintained by Baywood Construction in the regular course of business.

2. Baywood Construction is a corporation organized and existing under the laws of the

   State of Florida and has its principal place of business in Lee County, Florida.

3. Baywood Construction is a home builder that contracts with third party vendors for

   the construction of single-family homes and/or sells completed single-family homes.



4.  Baywood Construction has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5.  Baywood Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6.  Baywood Construction does not have an agent for service of process in Louisiana.

7.  Baywood Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8.  Baywood Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9.  Baywood Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Baywood Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Baywood Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Baywood Construction never anticipated it would be haled into court in Louisiana.

_____
MICHAEL DEVITO

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF _____, 2010.

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA                    2
Kristy Offerman
Commission #DD961598
Expires:  FEB. 11, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

## Baywood Construction, Inc.
602 SE 16th Place Cape Coral, FL 33990 239-574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763          CBC058891

 *Schiller*

# CONSTRUCTION AGREEMENT

This agreement made this _____19th_____ day of _____September_____, _____2005_____
                              DAY                    MONTH                 YEAR

_____Larry Schiller and John W. Lester Jr._____
                              NAME

OF: _____  Office 997-4000  Cell 699-1862
              ADDRESS                                    PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter called the "Builder"

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:
    Legal Description: Block 2499 Lots: 11/12

Now THEREFORE, In consideration of the premises:
1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

2. The Owner Shall pay the Builder for such construction in the amount of ____ $ 189,463.00
Payable as Follows:    Upon signing of this agreement        $ 2,000.00
                       10% On or Before                      $ 16,946.30
                       20% When slab is poured               $ 37,892.60
                       20% When roof sheathing is installed   $ 37,892.60
                       20% When electrical rough is completed $ 37,892.60
                       20% When drywall is completed          $ 37,892.60
                       10% Upon completion of construction    $ 18,946.30
3. Contractor is NOT responsible for settlement cracks

BASIC MODEL: Nese' Model

CUSTOM FEATURES:

    1. See Addendum                          $ Included
    2.                                        $

ESTIMATED HOMESITE IMPROVEMENT COSTS:

    1. Water Meters                           $ Included
    2. Impact Fees                            $ Included
    3. Survey                                 $ Included
    4. Seawall                                $ N/A
    5. Pool                                   $ N/A

TOTAL CONSTRUCTION CONTRACT          $ 189,463.00

LOT                                  $ Owners Lot

CONTRACT TOTAL                       $ 189,463.00

SPECIAL NOTES: Closing @ JM Title Corp. 549-7434 (Sarah Johnson)
Contract Void after 3 months if Construction Loan has Not Closed

OWNER: _____   Baywood Construction, Inc.

OWNER: _____   BY: _____

EXHIBIT B-1

10/20/2005 12:57   2395567510          RIVERSIDE BANK GC              PAGE 04/04

## Baywood Construction, Inc.
SB 16th Place Cape Coral, FL 33990 · -574-9332   *Schiller*



WWW.BAYWOODCONSTRUCTION.COM
CGC016763              CBC058891

## CONSTRUCTION AGREEMENT

This agreement made this __19th__ day of __September__, __2005__
                         DAY           MONTH          YEAR

__Larry Schiller and John W. Lester Jr.__
                              NAME

OF: _____  Office 997-4000  Cell 699-1862
           ADDRESS                            PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter called the "Builder"

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:

Legal Description: Block 2905 Lots: 11/12

Now THEREFORE, In consideration of the premises:

1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

2. The Owner Shall pay the Builder for such construction in the amount of  $ 189,463.00
Payable as Follows:
| | |
|---|---|
| Upon signing of this agreement | $ 2,000.00 |
| 10% On or Before | $ 16,946.30 |
| 20% When slab is poured | $ 37,892.60 |
| 20% When roof sheathing is installed | $ 37,892.60 |
| 20% When electrical rough is completed | $ 37,892.60 |
| 20% When drywall is completed | $ 37,892.60 |
| 10% Upon completion of construction | $ 18,946.30 |

3. Contractor is NOT responsible for settlement cracks

BASIC MODEL: Nese' Model

CUSTOM FEATURES:

1. See Addendum                         $ Included
2. _____                        $ _____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

1. Water Meters      $ Included
2. Impact Fees       $ Included
3. Survey            $ Included
4. Seawall           $ N/A
5. Pool              $ N/A

TOTAL CONSTRUCTION CONTRACT     $ 189,463.00

LOT                             $ Owners Lot

CONTRACT TOTAL                  $ 189,463.00

SPECIAL NOTES: Closing @ JM Title Corp. 549-7434 (Sarah Johnson)
Contract Void after 3 months if Construction Loan has Not Closed

OWNER: _____        Baywood Construction, Inc.

OWNER: _____        BY: _____



07/26/2005    01:15    17188575503              CNR BKLIB                    PAGE  02

07-26-'05 12:39 FROM-BAYWOOD CONSTRUCTION   239-574-8701        T-961 P02/03 U-695

*attn: Sarah*

602 SE 16ª Place Cape Coral, FL 33990 239-574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763                    CBC058891

*BEST SCAN*

# CONSTRUCTION AGREEMENT

This agreement made this ___26th___ day of ___July___, ___2005___
                            DAY              MONTH         YEAR

Maria Octobre

OF: 3 Harrison Rd Pompton Plains, NJ 07444 *Phone 718-638-2500*
c/o Maria's ADDRESS c/o Octobre P.O. PHONE Box 55 Pompton Plains, NJ 0744
Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter
called the "Builder"

*split*

*19022 49*

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and
hereinafter called the building site and Owner desires builder to construct a certain building on
the premises:
    Legal Description: Block 4807 Lots: 22/23

Now THEREFORE, In consideration of the premises:
    1.  The Builder shall construct upon the building site a building in accordance with the plans
        and specifications hereto attached. The Builder shall provide all materials and perform all
        work of the construction provided for in the plans and specifications in a good
        workmanlike manner. The builder warrants the construction of the building from defects
        of material or workmanship for a period of twelve months from closing. All
        manufacturers' warranties shall continue in force and effect according to their terms.

    2.  The Owner Shall pay the Builder for such construction in the amount of    $ 178,400.00   *PO# 04203*
        Payable as Follows:      Upon signing of this agreement            $ 2,000.00
                                 10% On or Before                         $ 15,840.00
                                 20% When slab is poured                  $ 35,680.00
                                 20% When roof sheathing is installed     $ 35,680.00
                                 20% When electrical rough is completed    $ 35,680.00
                                 20% When drywall is completed            $ 35,680.00
                                 10% Upon completion of construction.     $ 17,840.00
    3.  Contractor is NOT responsible for settlement cracks

BASIC MODEL: Baywood "C" Model

CUSTOM FEATURES:

    1.  See Addendum                                            $ Included
    2.                                                          $

ESTIMATED HOMESITE IMPROVEMENT COSTS:

    1.  Water Meters                                            $ Included
    2.  Impact Fees                                             $ Included
    3.  Survey                                                  $ Included
    4.  Seawall                                                 $ N/A
    5.  Pool                                                    $ N/A

TOTAL CONSTRUCTION CONTRACT                       $ 178,400.00

LOT                                               $ Owners Lot

CONTRACT TOTAL                                    $ 178,400.00

SPECIAL NOTES: Closing @ JM Title Corp. 239-549-7434
Contract Void after 3 months if Construction Loan has Not Closed

OWNER: Maria Maude Octobre                 Baywood Construction, Inc.

OWNER:_____               BY:_____


EXHIBIT
C
tabbies