UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: CHINESE-MANUFACTURED            MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY             SECTION: L
LITIGATION


                                       JUDGE FALLON
THIS DOCUMENT RELATES TO               MAG. JUDGE WILKINSON
ALL CASES
_____/


## ORDER

Considering the foregoing Motion to Withdraw Pleading:

**IT IS HEREBY ORDERED** that Document No. 6912 filed on behalf of Defendants

Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company

Pompano, LLC, Banner Supply Company Port St. Lucie, and Banner Supply Company Tampa,

LLC, is withdrawn.

New Orleans, Louisiana, this  1st  day of _____February_____, 2011.


_____
Honorable Eldon E. Fallon
U.S. District Judge