UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This document relates to: | |
| | JUDGE FALLON |
| *Payton, et al v. Knauf Gips KG, et al* EDLA 09-07628 | MAG. JUDGE WILKINSON |
| *Silva, et al v. Knauf Gips KG, et al* EDLA 09-08034 | |
| *Vickers, et al v. Knauf Gips KG, et al* EDLA 09-04117 | |

## **O R D E R**

Considering Plaintiffs' Motion for Leave to File Supplemental Declaration of Ronald E. Wright, P.E.;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Supplemental Declaration of Ronald E. Wright, P.E.

New Orleans, Louisiana this 1st day of February, 2011.

Honorable Eldon E. Fallon
U.S. District Judge