UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*<br>*Case No. 09-7628* | |

### ORDER GRANTING DEFENDANT'S, ALBANESE POPKIN THE OAKS DEVELOPMENT GROUP, LP, MOTION TO EXCEED PAGE LIMITATION

Upon consideration of the Motion to Exceed Page Limitation regarding the Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint and Motion to Strike Demand for Jury Trial filed by Defendant, Albanese-Popkin The Oaks Development Group, L.P., it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant's Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint and Motion to Strike Demand for Jury Trial, Memorandum of Law in Support and all exhibits thereto are deemed filed as of the date of this Order and the Clerk of Court is directed to separately docket Defendant's aforementioned Motion to Dismiss.

DONE and ORDERED in New Orleans, Louisiana, this  1st  day of  February , 2011.

_____
Honorable Eldon E. Fallon
United States District Judge

cc:     All counsel of record