UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S NOTICE OF PRODUCTION OF CONFIDENTIALITY LOG**

Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP"), by and through their attorneys, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, hereby give notice of production of the Confidentiality Log of Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. for the December 17, 2010 Document Production, which identifies documents that TG and TTP designate as "Confidential" and subject to the terms of Pretrial Order #16. The Confidentiality Log is being produced to the Plaintiffs' Steering Committee in electronic format via Federal Express and may be made available to any party entitled to view the documents under the terms of the Protective Order. Any requests to view the Confidentiality Log should be made by contacting Matthew Galvin via email at matthew.galvin@hoganlovells.com. TG and TTP reserve the right supplement the Confidentiality Log and do not waive any claim to the confidentiality protections provided by Pretrial Order #16.

February 1, 2011

                    Respectfully submitted,

                    <u>/s/ Thomas P. Owen, Jr.</u>
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.em


Joe Cyr
Frank T. Spano
Eric Statman
Matthew J. Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100


**Attorneys for Taishan Gypsum Co. Ltd.
and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above Notice of Production of Confidentiality Log by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. to Plaintiffs' Steering Committee has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by Federal Express and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6, on this 1st day of February, 2011.

/s/ Thomas P. Owen Jr.