IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * MDL NO. 2047 |
| _____ | * * SECTION: L * |
| THIS DOCUMENT RELATES TO: Dean and Dawn Amato, et al vs. Liberty Mutual Insurance Company, et al. | * * * * |
| Case No. 2:10-cv-0932 | * * JUDGE FALLON * * MAG. JUDGE WILKINSON * |

**MOTION TO WITHDRAW BALLARD SPAHR LLP AS COUNSEL OF RECORD FOR HARLEYSVILLE MUTUAL INSURANCE COMPANY**
(*originally filed with the USDC Easter District of Louisiana on February 1, 2011*)
(*resubmitted with proposed order on February 2, 2011*)

Pursuant to Local Rule 83.2.11, Kelley A. Grady and Nicholas H. Pennington of Ballard Spahr LLP move to withdraw their appearance as counsel for record for Defendant Harleysville Mutual Insurance Company ("Harleysville").

Undersigned counsel entered an appearance as counsel of record for Harleysville on August 4, 2010. Ballard Spahr LLP now seeks to withdraw as counsel. The undersigned certifies that this Motion has been discussed with Harleysville and Harleysville has no objection to the withdrawal. Harleysville's new counsel, James M. Smith of Stockham, Carroll, & Smith, P.C., entered an appearance on behalf of Harleysville on January 14, 2011.

WHEREFORE, Kelley A. Grady and Nicholas H. Pennington of Ballard Spahr LLP respectfully request that this Court grant the Motion to Withdraw.

                                          Respectfully submitted,

                                          <u>s/Nicholas H. Pennington</u>
                                          Nicholas H. Pennington
                                          Pennsylvania Bar No. 307073
                                          BALLARD SPAHR LLP
                                          1735 Market Street, 51st Floor
                                          Philadelphia, Pennsylvania, 19103-7599
                                          Telephone:  (215) 665-8500
                                          Facsimile:  (215) 864-8999
                                          PenningtonN@ballardspahr.com

Dated: February 2, 2011

3

**CERTIFICATE OF SERVICE**

I, Nicholas H. Pennington, hereby certify that the above Motion to Withdraw has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2011.

s/Nicholas H. Pennington
Nicholas H. Pennington
Pennsylvania Bar No. 307073
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania, 19103-7599
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999
PenningtonN@ballardspahr.com