UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>**SECTION L**<br>**JUDGE FALLON**<br>**MG. JUDGE WILKINSON** |
| THIS DOCUMENT RELATES TO:<br>*Kenneth and Barbara Wiltz v. Beijing New Building Materials Limited Co., et al.; Case No. 10-361*<br>_____/ | |

### DEFENDANT'S, ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P., MOTION TO DISMISS PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (II) AND PLAINTIFFS' OMNIBUS CLASS ACTION IN INTERVENTION (II(B))), MOTION TO STRIKE DEMAND FOR JURY TRIAL AND MOTION TO DEMAND CLAIM FOR ATTORNEYS' FEES

Defendant, Albanese-Popkin The Oaks Development Group, L.P., by and through its undersigned counsel, and for the reasons set forth in its accompanying Memoranda of Law in Support, respectfully moves this Court to dismiss Plaintiffs' Amended Omnibus Class Action Complaint (II) and Plaintiffs' Class Action Complaint in Intervention (II(B)) pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction and/or Fed. R. Civ. P. 12(b)(3) for improper venue and/or Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, to strike Plaintiffs' demand for jury trial and strike Plaintiffs' Demand for Attorneys' Fees.. Alternatively, Defendant moves the Court to transfer this case to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404 and 28 U.S.C. § 1406(a).

WHEREFORE, Albanese-Popkin The Oaks Development Group, L.P., respectfully request that the Court grant its Motion to Dismiss, award Defendant its attorneys' fees and costs for defending this cause, and grant such other and further relief as is just and proper.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of January, 2011.

        SACHS SAX CAPLAN
        Attorneys for Defendant, Albanese-Popkin The Oaks Development Group, L.P.
        6111 Broken Sound Parkway NW, Suite 200
        Boca Raton, Florida 33487
        Tele:   (561) 994-4499
        Fax:   (561) 994-4985

    By:   /s/ *Brett A. Duker*
            Brett A. Duker
            Florida Bar No. 0021609
            bduker@ssclawfirm.com