# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*Kenneth and Barbara Wiltz v. Beijing New Building Materials Limited Co., et al.;* Case No. 10-361

_____/

**AFFIDAVIT OF GAVIN GUINAN IN SUPPORT OF
ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P.'S
MOTION TO DISMISS PLAINTIFFS' AMENDED
OMNIBUS CLASS ACTION COMPLAINT (II) AND CLASS
ACTION COMPLAINT IN INTERVENTION (II(B))**

STATE OF FLORIDA       )
                       ) ss:
COUNTY OF PALM BEACH   )

PERSONALLY APPEARED BEFORE ME, GAVIN GUINAN, who, under oath, deposes and states as follows:

1. Affiant is the Vice President of Operations for Albanese-Popkin The Oaks Development Group, L.P. ("Albanese") and is authorized to make this Affidavit on behalf of Albanese. The Affiant is over the age of eighteen years of age is otherwise *sui juris*. This Affidavit is based upon person knowledge and a review of the records maintained by Albanese in the regular course of business.

2. Albanese is a limited partnership organized and existing pursuant to the laws of the State of Florida and has its principle place of business in Palm Beach County, Florida.

3. Albanese is a homebuilder that contracts with third party vendors for the construction of single family homes and/or sells completed single-family homes.

4. Albanese has never built a residence in the State of Louisiana.

5. Albanese has never been licensed or registered to conduct business in the State of Louisiana.

6. Albanese has never had any offices or employees in the State of Louisiana.

7. Albanese does not have an agent for service of process in the State of Louisiana.

8. Albanese does not have any bank accounts in the State of Louisiana or own any property in the State of Louisiana.

9. Albanese does not solicit business in the State of Louisiana or transacted business in the State of Louisiana.

10. Albanese has never maintained a telephone line in the State of Louisiana or kept a post office box or otherwise received mail in the State of Louisiana.

11. Albanese does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

12. Albanese has never received any business from any contacts in the State of Louisiana, whether from individual customers or business customers.

13. All plaintiffs and/or class members purporting to make claims against Albanese reside in the State of Florida.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GAVIN GUINAN

The foregoing instrument was acknowledged before me this 30th day of December, 2010, by Gavin Guinan, as Vice President of Operations for Albanese-Popkin The Oaks Development Group, L.P., who (✓) is personally known to me or ( ) has produced_____ as identification.

_____
NOTARY PUBLIC

My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Donna M. Sandberg
Commission # DD952678
Expires: JAN. 14, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

Page 2 of 2