UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047
SECTION: L
Case No.: 09-4117

JUDGE: FALLON
MAGISTRATE:
JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
Case No. 2:09-cv-20510 (E.D.La.)
Vickers, et.al. v. Knauf GIPS KG, et al.

## AGREED ORDER

THIS CAUSE having come before this Court and upon the agreement of the parties, it is hereupon:

**ORDERED AND ADJUGED** that:

1. Third-Party Defendant / Fourth-Party Plaintiff, ATCO INT. CORP., has conferred with opposing counsel in the above-captioned matter and they have agreed to not oppose this Court in permitting ATCO INT. CORP. to amend its Answer & Affirmative Defenses to South Kendall Construction Company's Third-Party Complaint, as well as, to amend its Fourth-Party Complaint against Banner Supply Co.

**DONE AND ORDERED** in Chambers at the United States District Court for the Eastern District of Louisiana, in New Orleans, Louisiana, this 1st day of February, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Steven G. Schwartz, Esq.
Todd R. Ehrenreich, Esq.
Ervin A. Gonzalez, Esq.