UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SYLVIA RAYFIELD and BRENDA SPRADLIN VS. KNAUF GIPS, et al CASE NO. 09-4293 | * * * * * | |

**ORDER**

Considering the Motion to Withdraw of Russell Q. Allison, as counsel of record for the defendant, Building Materials Wholesale, Inc.,

IT IS ORDERED BY THE COURT that said motion is due to be granted.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge