# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 31, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB - 2 2011
LORETTA G. WHYTE
CLERK

    No. 10-30568,   In Re: Chinese-Manufactured
        USDC# 2:09-MD-2047
        USDC# 2:09-CV-6687

Dear Ms. Whyte:

Our records reflect that there is an action pending for more than 45 days in the above referenced case before the named judge. We cannot process the appeal further until this matter is resolved. As such, we ask for your assistance in bringing this information to the judge's attention.

The matter requiring resolution is: Fifth Ciruit's Court Order of November 15, 2010 remanding the case on a limited basis for ruling on the pending motion to vacate.

If our records are in error, or if the judge has disposed of the matter in any fashion, please advise us at your earliest convenience.

If you have questions regarding this matter, please have your staff contact Michael R. Brown at 504-310-7692 for assistance.

Thank you in advance for your help in this regard.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: /s/ Michael R. Brown
                Michael R. Brown, Deputy Clerk
                504-310-7692

*45 Day Letter to District Court Clerk*

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____