# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Gross,* **Case No. 10-931**

## JUDGMENT

A class action petition was filed by the PSC on behalf of Plaintiffs David and Cheryl Gross against Defendants State Farm Fire And Casualty Company and State Farm General Insurance Company (collectively "State Farm") on March 19, 2010. On July 19, 2010, State Farm filed, among other motions, a Motion to Dismiss the complaint for failure to state a claim upon which relief can be granted. Rec. Doc. No. 4503. Oral argument was held on this motion on September 2, 2010. The Court issued Orders and Reasons on December 16, 2010 granting State Farm's motion. Rec. Doc. No. 6670.

Based upon the Orders and Reasons, the Court finds that a judgment dismissing this case with prejudice is appropriate. Accordingly, judgment is hereby entered against Plaintiffs David and Cheryl Gross, and in favor of the Defendants, State Farm Fire And Casualty Company and State Farm General Insurance Company dismissing all of Plaintiffs' claims, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of January, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE