MINUTE ENTRY
FALLON, J.
FEBRUARY 2, 2011

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED   MDL NO. 2047
   DRYWALL PRODUCTS
   LIABILITY LITIGATION    SECTION: L

THIS DOCUMENT RELATES TO:   JUDGE FALLON
**John Campbell v. Knauf Plasterboard (Tianjin) Co.** MAGISTRATE WILKINSON
**09-7628 - L**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Lenny Davis, Esq. For PSC
     Hugh Lambert, Esq. For John Campbell and Slidell Property Management
     Kyle Spaulding, Esq. For Knauf Plasterboard

Order for plaintiff, John Campbell, to Appear and Show Cause Why His Claims Should Not be Dismissed (7155)

The Court issued a Minute Entry following the first attempt at mediation of the Plaintiff's claims.  (R. Doc. 7155).  Therein, because the absence of the Plaintiff at the mediation caused the mediator and counsel who did appear great expense and time, the Court ordered that Plaintiff deposit $8,000.00 in the Registry of the Court for reimbursement of these costs.  *See id.*  The Court learned at the hearing that Plaintiff has complied with the Court's fee order.  Accordingly, IT IS ORDERED that the $8,000.00 deposited by Plaintiff in the Registry of the Court is to be disbursed in the amount of $1,000.00 to each of the following: (1) mediator, Rick Kingrea; (2) counsel for Southern Homes, LLC, James Garner; (3) counsel for Southern Homes, Martha Curtis; (4) counsel for Southern Homes, Matt Clark; (5) counsel for Knauf Plasterboard (Tianjin) Co., Ltd., Kerry Miller; (6) counsel for Knauf, Kyle Spaulding; (7) counsel for the Plaintiffs' Steering Committee, Russ Herman; and (8) counsel for Interior Exterior Building Supply, Richard Duplantier.  (See attached sheet for addresses.)

cc:  Financial Unit

JS10: :12

Rick Kingrea, Esq.
311 Magnolia Ave.
Fairhope, AL   36532

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kyle Andrew Spaulding
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700

James M. Garner
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St.
28th Floor
New Orleans, LA 70112-1033


Martha Y. Curtis
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St.
28th Floor
New Orleans, LA 70112-1033

Matthew C. Clark
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras St.
28th Floor
New Orleans, LA 70112-1033

Kerry J. Miller
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700

Richard G. Duplantier , Jr.
Galloway, Johnson, Tompkins, Burr & Smith (New Orleans)
One Shell Square
701 Poydras St.
Suite 4040
New Orleans, LA 70139