UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Slidell Property Management, LLC v. Knauf Plasterboard (Tianjin) Co. Ltd.*, **No. 09-6068**

## ORDER

The Court received the attached letter from Plaintiff regarding his absence at the mediation scheduled on his behalf on January 24, 2011. IT IS ORDERED that this letter is entered into the record UNDER SEAL.

New Orleans, Louisiana, this 2nd day of February 2011.

U.S. DISTRICT JUDGE