```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

JOHN D CONRY

CIVIL ACTION

VERSUS

NUMBER 09-MD-2047

GERALD DAUGHERTY ET AL

SECTION L-2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB - 1 2011
LORETTA G. WHYTE
CLERK

## REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 45(a)(1) and (2) of the Federal Rules of Civil Procedure, I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Civil Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**

_____ set(s) for trial or hearing scheduled on:

_____
DATE OF TRIAL OR HEARING

**DEPOSITION SUBPOENAS**

_____ set(s) for depositon to be taken on:

_____
DATE OF DEPOSITION

[X] **SUBPOENAS FOR PRODUCTION OR INSPECTION INSURANCE RECORDS AS DESCRIBED IN ATTACHED SUBPOENAS TO LOUISIANA CITIZENS PROPERTY AND CASUALTY INS. CO. AND LEXIS NEXIS RISK SOLUTIONS/CLUE**

JOHN D CONRY - PRO SE
4053 TURTLE BAYOU DR
KENNER, LA 70065

TENDERED FOR FILING
FEB - 1 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
 X  Dktd _____
 X  CtRmDep _____
    Doc No. _____

John D Conry
PO Box 641234
Kenner, LA 70064-1234

**Clerk Court**
**Eastern District of Louisiana**
**500 Poydras Street Ste C151**
**New Orleans LA 70130-3367**



US POSTAGE
FIRST-CLASS
$1.220
FROM 70001
JAN 31 2011
stamps.com