

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

## ANSWER TO CROSS-CLAIM

Comes now the Cross-Claim Defendant, Building Materials Wholesale, Inc., and for Answer to the Cross-Claim filed by Bill Gregory, individually and d/b/a , Bill Gregory Drywall, states as follows:

The defendant does not have enough information to either admit or deny this allegation, therefore it is denied.

9. The Defendant does not have enough information to either admit or deny this allegation, therefore it is denied.

10. The Defendant does not have enough information to either admit or deny this allegation, therefore it is denied.

11. The Defendant does not have enough information to either admit or deny this allegation, therefore it is denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The complaint fails to state a claim against Building Materials Wholesale, Inc., upon which relief can be granted.

## SECOND DEFENSE

Building Materials Wholesale denies each and every material allegation of the complaint and demands strict proof thereof.

## THIRD DEFENSE

Building Materials Wholesale is not guilty of the matters alleged in the complaint.

## FOURTH DEFENSE

All of plaintiffs' claims are barred by the statute of limitations.

## FIFTH DEFENSE

All of plaintiffs' claims are barred by the doctrine of latches.

## SIXTH DEFENSE

All of plaintiffs' claims are extinguished by the rule of repose.

## SEVENTH DEFENSE

All of plaintiffs' claims are barred by estoppel.

## EIGHT DEFENSE

Building Materials Wholesale denies that any act or omission on its part proximately caused any plaintiff's alleged damages and/or injuries.

## NINTH DEFENSE

Plaintiffs' alleged damages and/or injuries were the result of superceding and intervening acts other than the alleged sale of products by Building Materials Wholesale and/or any alleged defect in such products.

## TENTH DEFENSE

Building Materials Wholesale denies that it or any of its agents breached any duty or obligation allegedly owed to plaintiffs.

## ELEVENTH DEFENSE

Building Materials Wholesale denies that it designed or manufactured any products at issue.

## TWELFTH DEFENSE

Building Materials Wholesale denies that the product allegedly sold by it was defective or unreasonably dangerous.

## THIRTEENTH DEFENSE

The defendant, Building Materials Wholesale, pleads the products alleged sold by the defendant met industry standards are were not unsafe, unfit or unreasonably dangerous for normal use and operation.

## FOURTEENTH DEFENSE

The defendant, Building Materials Wholesale, pleads the learned intermediary and sophisticated user doctrines.

/s/ Russell Q. Allison
RUSSELL Q. ALLISON (ALL034)
Attorney for the defendant,
Building Materials Wholesale, Inc.

OF COUNSEL:
CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, Alabama   35216
(205)822-2006

## CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send

a notice of electronic filing in accordance with procedures established in MDL 2047 on this May 11, 2010.

/s/ Russell Q. Allison
Of Counsel