UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047<br>SECTION:  L |
|  | : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Slidell Property Management, LLC v. Knauf Plasterboard (Tianjin) Co. Ltd.*, **No. 09-6068**

## MEDIATION ORDER

After meeting with members of the Plaintiffs' Steering Committee and Knauf defendants' counsel regarding the status of recent settlement negotiations and the status of remediation of the properties owned by Slidell Property Management, LLC, the Court has determined that it is an appropriate time in the MDL to re-schedule a mediation in New Orleans, Louisiana for the claims identified on Exhibit "A."

Accordingly, IT IS ORDERED that Plaintiff, Slidell Property Management, L.L.C., through its duly authorized Member, John Campbell, Plaintiff's counsel, Hugh P. Lambert,  Knauf defendants' counsel, Kerry J. Miller, counsel for Interior Exterior Building Supply, L.P, Richard G. Duplantier, Jr, and counsel for Southern Homes, L.L.C., James M. Garner,  are ordered to appear in the Chambers of the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500  Poydras Street, Room C456, New Orleans, LA 70130 for a mediation refereed by John W. Perry on **Monday, February 7, 2011 at 1:00 p.m. CST**.  All attorneys for and/or agents of the aforementioned entities shall present to the mediation with full settlement authority.

New Orleans, Louisiana, this __2nd__ day of February 2011.

                                                  ELDON E. FALLON
                                                  UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Property Owner | Street | City | State | Zip |
|---|---|---|---|---|
| Slidell Property Management, LLC | 1013 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1020 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1024 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1028 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1029 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1032 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1033 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1036 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1037 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1040 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1041 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1044 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1045 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1057 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1061 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1072 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1080 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1084 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1096 Clairise Court | Slidell | LA | 70461 |
| Slidell Property Management, LLC | 1100 Clairise Court | Slidell | LA | 70461 |