**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Amato, et al. v. Liberty Mutual Insurance Company, et. al., Case No. 2:10-cv-932 (E.D.La.)** | |

## ORDER

Upon consideration of the Plaintiffs' Steering Committee's Motion Incorporating and Adopting Plaintiff Robert C. Pate and the Plaintiffs' Steering Committee's Motion for Partial Summary Judgment on the Pollution Exclusion;

IT IS HEREBY ORDERED that said motion is GRANTED. Plaintiffs are entitled to partial judgment as to the inapplicability of the pollution exclusions in the instant case.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge