UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Eleventh Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motions:

1. The Plaintiffs' Steering Committee's motion to halt entry of voluntary motions to dismiss without prior notice to the Plaintiffs' Liaison Counsel and Defense Liaison Counsel [Document #7187];

2. Plaintiff Robert C. Pate and the Plaintiffs' Steering Committee's Motion for Partial Summary Judgment on the Pollution Exclusion [Document #7327]; and

3. The Plaintiffs' Steering Committee's Motion Incorporating and Adopting Plaintiff Robert C. Pate and the Plaintiffs' Steering Committee's Motion for Partial Summary Judgment on the Pollution Exclusion re: *Amato* [Document #7328].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motions following the monthly status conference on February 23, 2011, or at a time set by the Court.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge