UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION:  L |
| This Document Relates to: CHARLENE AND TATUM HERNANDEZ, ET AL | CASE NO. 2:10-cv-03070 |
| | JUDGE FALLON |
| V. | |
| AAA INSURANCE, ET AL | MAG. JUDGE WILKINSON |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
HOMEWISE PREFERRED INSURANCE COMPANY**

Defendant, HOMEWISE PREFERRED INSURANCE COMPANY, by and through its undersigned counsel, hereby files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Uniform Local Rule 5.6E and states as follows:

1. Defendant, HOMEWISE PREFERRED INSURANCE COMPANY, is a non-public corporation registered in the State of Florida.

2. No publically held corporation owns 10% or more of the stock in HOMEWISE PREFERRED INSURANCE COMPANY

3. HomeWise Holdings, Inc., a non-publically held company, is the parent company of HOMEWISE PREFERRED INSURANCE COMPANY and holds more than 10% of the stock of HOMEWISE PREFERRED INSURANCE COMPANY.

Respectfully submitted,


/s/ Joseph L. Zollner_____
Guy E. Burnette, Jr., Esq.
Fla. Bar No. 236578
Joseph L. Zollner, Esq.
Fla. Bar No. 188506
GUY E. BURNETTE, JR., P.A.
3020 N. Shannon Lakes Drive
Tallahassee, FL  32309
Telephone:  (850) 668-7900
Facsimile:   (850) 668-7972
geb@gburnette.com
jlz@gburnette.com
Counsel for HomeWise Preferred
Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of February, 2011.

/s/ Joseph L. Zollner
JOSEPH L. ZOLLNER, ESQ.