UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
----------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED      :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY       :
LITIGATION                       :      SECTION:   L
----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:        :      JUDGE FALLON
                                 :
09-cv-7628, 10-cv-0362           :      MAG. JUDGE WILKINSON
                                 :
----------------------------------------------------------------x
```

## MOTION FOR TIME

COMES NOW the following Plaintiffs, Jack Myers and Ralph Seals, and through counsel respectfully request an additional thirty days to comply with this Court's Order of December 22, 2010 (Doc. 6729).

1.      The above referenced Plaintiffs, Jack Myers and Ralph Seals, are represented by the undersigned counsel.  They are each named Plaintiffs in Omnibus Complaint IV and Omnibus I respectively.

2.      Pursuant to Stipulation reached between the parties and incorporated by reference in the Order of December 22, 2010, the Plaintiffs' counsel is responsible for submitting "sufficient indicia" to Special Master Lynn Greer, Esq.

3.      Based on prior submissions of indicia and based on the undersigned's experience in this litigation, the undersigned does not believe that he is in possession of "sufficient indicia" and is therefore incapable of complying with the Court's Order.

4.      Pursuant to the terms of the Order's incorporated Stipulation, "Upon an application filed prior to the expiration of the deadline, accompanied by a declaration from the plaintiff or his or her counsel setting forth the steps that will be taken to obtain the requisite proof, the Court may

-1-

grant an extension of 30 days." Doc. 6732 at Exhibit "A".

     5.      As instructed by the Order and Stipulation, undersigned counsel does hereby declare as follows:

     a.      In order to comply the Court's Order of December 22nd, 2010, the undersigned shall contact each of the clients identified in this motion and urge them to make their home immediately available for inspection, explaining that failure to do so may jeopardize their rights in this litigation, including but not limited to the possibility of dismissal of their claims by this Court with prejudice.

     b.      Thereafter, if the Plaintiffs consent, the undersigned shall cause or shall personally inspect these house and obtain photographic evidence of KPT drywall, including color photographs of the blue dot matrix lettering of the words "KNAUF" and "TIANJIN"

     c.      Thereafter, and within the time permitted by the proposed Order, the undersigned will submit this indicia to the Special Master.

     6.      Respectfully, the undersigned believes that this Motion complies with the conditions for requesting additional time as described in the Court's Order of December 22, 2010.

     WHEREFORE PREMISES CONSIDERED, the Plaintiffs herein respectfully request that this Court grant the Plaintiffs an additional 30 days with which to comply with Court's Order regarding the submission of "sufficient indicia" in the above referenced litigation.

     RESPECTFULLY SUBMITTED, this the 4th day of February, 2011,

                         PLAINTIFFS, JACK MYERS and RALPH SEALS

                         BY:             *s/ Edward Gibson*

                         Edward Gibson, Esq. (LA Bar Roll No. 29053)

                         *Hawkins, Stracener & Gibson, PLLC*

                         153 Main Street

                         Bay St. Louis, MS 39520

                         Ph. (228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this day caused to be served via the Electronic Filing System a true and correct copy of the above and foregoing Motion for Time which then forwarded same to all counsel of record.

FURTHER, I certify that I have caused to be mailed via First Class Mail, postage prepaid, a true and correct copy of the Motion for Time to:

Special Master Lynn Greer
Brown Greer, PLC
115 S. 15th Street, Suite 400
Richmond, VA 23219-4209

SO CERTIFIED, this the 4th day of February, 2010,


_____
_s/ Edward Gibson_
EDWARD GIBSON, ESQ.

_____