UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
-----------------------------------------------------------------x
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON |
| 09-cv-7628, 10-cv-0362 | : : | MAG. JUDGE WILKINSON |
-----------------------------------------------------------------x

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants has been contacted and states he has no objection to Plaintiffs being granted additional time to submit indicia to the Special Master relative to the above captioned suits.

Respectfully submitted, this the  4th   day of February, 2011.


By:    s / Edward Gibson
          Edward Gibson, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this day caused to be served via the Electronic Filing System a true and correct copy of the above and foregoing Rule 7.6 Certificate which then forwarded same to all counsel of record.

FURTHER, I certify that I have caused to be mailed via First Class Mail, postage prepaid, a true and correct copy of the Rule 7.6 Certificate to:

Special Master Lynn Greer
Brown Greer, PLC
115 S. 15th Street, Suite 400
Richmond, VA 23219-4209

SO CERTIFIED, this the 4th day of February, 2010,

                                                    *s/ Edward Gibson*
                                                   EDWARD GIBSON, ESQ.