UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047  JUDGE ELDON E. FALLON |
| This Document Relates to: | * * | SECTION L |
| JOYCE W. ROGERS, et al., | * * | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs, | * | |
| versus | * * | |
| KNAUF GIPS KG, et al., | * * | |
| Defendants. | * * | |
| Civil Action No. 10-361 | * | |

## NOTICE OF LIMITED APPEARANCE

COMES NOW A. Evans Crowe of A. Evans Crowe, L.L.C., and hereby files this Notice of Limited Appearance as counsel of record for defendant, James Stokley d/b/a Choctaw Builders, Inc., in this case, and requests that copies of all pleadings served in this case be served upon the undersigned in connection with this action..  This appearance is for the sole purpose of complying with Pre-Trial Order No. 1F, and Defendant, James Stokley d/b/a Choctaw Builders, Inc., specifically reserves all rights and defenses, including without limitation lack of personal jurisdiction and improper venue.

Respectfully submitted,

/s/A. Evans Crowe
A. Evans Crowe (CROWA9284)
A. EVANS CROWE, L.L.C.
Post Office Box 655
Mobile, Alabama 36601-0655
251.431.6011 Office
251.431.6006 Facsimile
Email: crowe@evanscrowe.com

**Counsel for Defendant James Stokley**
***d/b/a Choctaw Builders, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of February, 2011.

/s/ A. Evans Crowe
A. Evans Crowe