UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S NOTICE OF PRODUCTION OF PRIVILEGE LOG

Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP"), by and through their attorneys, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, hereby give notice of production of the Privilege Log of Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. for their production of documents, identified by bates numbers TG 0000001 through TG 0025131. The Privilege Log identifies documents that TG and TTP withheld from production or redacted pursuant to Federal Rule of Civil Procedure 26(b)(5) and Pretrial Order No. 15. The documents identified in the Privilege Log were withheld from production or redacted based upon the privileges asserted in the Privilege Log. The documents identified in the Privilege Log are in the possession, custody, and control of the undersigned counsel. The Privilege Log is produced subject to the objections in TG's and TTP's Responses to Plaintiffs' Requests for Production. TG and TTP reserve the right to supplement the Privilege Log and do not waive any claim to the protections provided by Pretrial Order No. 15.

The Privilege Log is being produced to the Plaintiffs' Steering Committee in electronic format and may be made available to any party entitled to view the documents under the terms of the Protective Order. Any requests to view the Privilege Log should be made by contacting Matthew Galvin via email at matthew.galvin@hoganlovells.com.

February 4, 2011

    Respectfully submitted,

    /s/ Thomas P. Owen, Jr.
    Richard C. Stanley (La. Bar No. 8487)
    Thomas P. Owen, Jr. (La. Bar No. 28181)
    STANLEY, REUTER, ROSS, THORNTON
    & ALFORD, LLC
    909 Poydras Street, Suite 2500
    New Orleans, Louisiana 70112
    Telephone: 504-523-1580
    Facsimile: 504-524-0069
    E-mail: rcs@stanleyreuter.com
    tpo@stanleyreuter.com

    Joe Cyr
    Frank T. Spano
    Eric Statman
    Matthew J. Galvin
    HOGAN LOVELLS US LLP
    875 Third Avenue
    New York, New York 10022
    Email: Joe.cyr@hoganlovells.com
    Frank.spano@hoganlovells.com
    Eric.statman@hoganlovells.com
    matthew.galvin@hoganlovells.com
    Telephone: 212-918-3000
    Facsimile: 212-918-3100

    **Attorneys for Taishan Gypsum Co. Ltd.**
    **and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above Notice of Production of Privilege Log by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. to Plaintiffs' Steering Committee has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by Federal Express and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, on this 4th day of February, 2011.

                                                    */s/* Thomas P. Owen Jr.