## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | ) | |
| | ) | MDL No. 2047 |
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | ) | MAG. JUDGE WILKINSON |
| | ) | |

## **O R D E R**

The Court has granted the Plaintiffs' Steering Committee's Fifth and Seventh Motions to Lift Stay as to Various Pending Motions and set a briefing schedule for hearing those motions [Document #7185]. As part of the order related to the response to those motions, the Court holds as follows:

IT IS ORDERED that any party opposing the Plaintiffs' Steering Committee's Motion for an Order Requiring an Accounting and Other Relief [Document #6669] or the Plaintiffs' Steering Committee's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of All Outside Settlement Activities [Document #6947] does not waive any defenses, including venue or jurisdictional challenges, in this litigation as a result of filing such opposition, and any such defenses or venue or jurisdictional challenges are specifically reserved.

New Orleans, Louisiana, this 4th day of February, 2011.

UNITED STATES DISTRICT JUDGE