UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Ninth Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motions:

1. Plaintiffs' Omnibus Motion for Preliminary Default Judgment re: *Wiltz* [Document #6974]; and

2. Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment re: *Gross* [Document #6970].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motions following the monthly status conference on February 23, 2011.

Responses are due to the Court by February 14, 2011.

New Orleans, Louisiana, this 4th day of February, 2011.

_____
Eldon E. Fallon
United States District Court Judge