UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:10-cv-932 (Amato) | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| _____/ | |

### ORDER GRANTING TAYLOR MORRISON ENTITIES' AMENDED MOTION TO LIFT STAY

THIS CAUSE, having come before the Court on Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C., (collectively "Taylor Morrison") Amended Motion to Lift Stay and the Court having reviewed the Motion, and being otherwise fully advised in these premises,

**IT IS ORDERED** that the stay in Pretrial Order No. 1 is lifted insofar as to allow a hearing on Taylor Morrison's Motion for Partial Summary Judgment against insurance defendant, Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company.

The hearing on the Motion will be on February 23, 2011, following the monthly status conference at 9:00 a.m.  Responses to the Motion are due to the Court by February 14, 2011.

**DONE AND ORDERED** in chambers, New Orleans, Louisiana, this 4th day of February 2011.

                                                ELDON E. FALLON
                                                UNITED STATES DISTRICT JUDGE