UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## O R D E R

Considering the Plaintiffs' Steering Committee's Emergency Tenth Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motions:

1. Plaintiffs' Motion to Intervene re: *Silva* [Document #7265].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motion following the monthly status conference on February 23, 2011.

New Orleans, Louisiana, this __4th__ day of _____February_____, 2011.

_____
Eldon E. Fallon
United States District Court Judge