# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of Louisiana

Case Number: 10-362 SECTION L

Plaintiff:
**JOYCE W ROGERS, ET AL.,**

vs.

Defendant:
**KNAUF GIPS KG, ET AL**

For:
Valerie Greenberg, Esq.
AKERMAN SENTERFITT
1 Se 3rd Avenue
Suite 2500
Miami, FL 33131

Received by LEGAL INVESTIGATIONS, LLC on the 1st day of February, 2011 at 11:00 am to be served on **BANNER SUPPLY COMPANY POMPANO, LLC C/O GY CORPORATE SERVICES, INC AS REGISTERED AGENT, TWO SOUTH BISCAYNE BLVD, #3400, MIAMI, FL 33131**.

I, Manny Sires, do hereby affirm that on the **1st day of February, 2011** at **11:40 am, I:**

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS AND THIRD-PARTY COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MAHESH MANWANI, ESQ.** as **VICE PRESIDENT OF RA** for **BANNER SUPPLY COMPANY POMPANO, LLC**, at the address of: **TWO SOUTH BISCAYNE BLVD, #3400, MIAMI, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(S)

Manny Sires
Process Server #1098

LEGAL INVESTIGATIONS, LLC
2000 South Dixie Highway
Suite 107
Miami, FL 33133
(305) 858-9411
Our Job Serial Number: 2011000203

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2n

UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| JOYCE W. ROGERS, et al.<br>*Plaintiff*<br><br>v.<br><br>KNAUF GIPS KG, et al.<br>*Defendant, Third-party Plaintiff*<br><br>v.<br><br>BANNER SUPPLY COMPANY POMPANO, LLC<br>*Third-party defendant* | Civil Action No. 10-362 Section L |

MAHESH MARWARI
V.P. OF
6-Y.

RECEIVED  2-1-11
S... Mahesh Marwari
VP OF CA
COA
2-1-11   11:40 AM
1098   MR

## SUMMONS ON A THIRD-PARTY COMPLAINT

To:  *(Third-party defendant's name and address)*
    GY Corporate Services, Inc., Registered Agent
    c/o Banner Supply Company Pompano, LLC
    Two South Biscayne Blvd., Suite 3400
    Miami, FL 33131

   A lawsuit has been filed against defendant ROBERT/CHARLES BUILDERS, INC., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff JOYCE W. ROGERS, et al.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

> Valerie B. Greenberg, Esq.
> Samantha Kavanaugh, Esq.
> Michael Sayre, Esq.
> Akerman Senterfitt
> One Southeast Third Avenue, 25th Floor
> Miami, FL 33131
> Phone: (305) 374-5600
> Fax: (305) 374-5095

{M3016643;1}

It must also be served on the plaintiff or plaintiffs attorney, whose name and address are:

>Russ Herman
>Herman, Herman, Katz & Cotlar, LLP
>820 O'Keefe Ave., Suite 100
>New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required — to respond to it.

Date: __Jan 31 2011__

Loretta G. Whyte
Name of clerk of court

_____
Deputy Clerk's signature

{M3016643;1}                                              2