# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL 2047 SECTION: L JUDGE: FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| *Vickers, et al v. Knauf Gips KG, et al* Case No. 09-04117 (E.D.La.) | : : | |

## AMENDED ORDER

On February 1, 2011, this Court granted Plaintiffs' Motion for Leave to Amend Fourth Amended Complaint and ordered that Plaintiffs' Fifth Amended Complaint was deemed filed as of the date of entry of the Order. (REC. DOC. 7301).  Therein, the Court further ordered that Defendants shall have 10 days to respond to Plaintiffs' Fifth Amended Complaint from the date of entry of the Order.  However, in keeping with the Pre-trial Order No. 1H, which requires responsive pleading to complaints, including cross-claims, counter-claims or third-party claims shall not be filed until the PSC files a Notice of Completion of Amendments to Omni-Complaints and a Master Complaint, IT IS HEREBY ORDERED the Defendants do not have to file a response to Plaintiffs' Fifth Amended Complaint.  The remainder of the Order (REC. DOC. 7301) remains in effect.

NEW ORLEANS, LOUISIANA, this 7th day of February, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE