# EXHIBIT H

# Following Form Excess Liability Policy

### Declarations



**ZURICH**

### STEADFAST INSURANCE COMPANY
Dover, Delaware
Administrative Offices - 1400 American Lane
Schaumburg, Illinois 60196-1056

Policy Number: AEC 3836443 03          Renewal of Number:   AEC 3836443 02

1. **Named Insured:**    W C I Communities, Inc.          **Producer:**   **WILLIS CORROON CORP OF NY**
2. **Mailing Address:**   24301 Walden Center Drive #300              **7 HANOVER SQ**
   Bonita Springs, FL 34134                       **NEW YORK, NY 100042616**

3. **Policy Period:**        FROM:      03/31/2005  TO:      03/01/2006
   at 12:01 A.M. Standard Time at the address of the Named Insured.

4. **Limits Of Insurance:**          **A.**    $25,000,000 _____   Occurrence

   **B.**    $25,000,000 _____   Other Aggregate
                                                        Products/Completed

   **C.**    $25,000,000 _____   Operations Aggregate

5. **Policy Premium:**
   **Advance Premium**                      $1,152,250 _____
   **Policy Minimum Earned Premium**        $288,063 _____

6. **Underlying Insurance:**
   **A. Controlling Underlying Policy:**

   | | |
   |---|---|
   | Insurance Company: | Ace/Illinois Union Insurance Company |
   | Policy Number: | XOO G 2208170 6 |
   | Policy Period: | From: 03/31/2005          To: 03/01/2006 |
   | Limits Of Insurance: | $15,000,000 _____ Occurrence |
   | | $15,000,000 _____ Other Aggregate |
   | | $15,000,000 _____ Products/Completed Operations Aggregate |

   **B.   Total Limits Of All Underlying Insurance, Including The Controlling Underlying Policy Which This Policy Applies Excess Of:**

   | | |
   |---|---|
   | $15,000,000 _____ | Occurrence |
   | $15,000,000 _____ | Other Aggregate |
   | $15,000,000 _____ | Products/Completed Operations Aggregate |

7. **Endorsements Attached:**      **See Attached Schedule Of Forms And Endorsements**

Signed by: _____          NOV 08 2005

       Authorized Representative                          Date

# Schedule of Forms and Endorsements



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Ef Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2004 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP. OF NY
7 HANOVER SQUARE
NEW YORK, NY 10004-2616

### Schedule of Forms and Endorsements

| | |
|---|---|
| Commercial Umbrella Liability Policy Declarations | STF-EXS-D-100-A CW (4/99) |
| Schedule of Forms and Endorsements | U-EXS-215-ACW (4/99) |
| Products Recall Exclusion | U-EXS-162-A CW (4/99) |
| Watercraft Liability Exclusion | U-EXS-176-A CW (4/99) |
| Care, Custody Or Control Exclusion | U-EXS-113-A CW (4/99) |
| Cross Suits Exclusion | U-EXS-117-A CW (4/99) |
| Financial Institutions Exclusion | U-EXS-140-A CW (4/99) |
| Insurance Related Operations Exclusion | U-EXS-142-A CW (4/99) |
| Known Loss And Loss In Progress | U-EXS-144-A CW (4/99) |
| Employee Benefits Liability Follow Form | U-UMB-167-A CW (7/99) |
| Lead Exclusion | U-EXS-146-A CW (4/99) |
| Professional Services Exclusion | U-EXS-164-A CW (4/99) |
| Contractors Limitation Endorsement Subsidence Excluded | U-UMB-136-A CW (7/99) |
| War or Military Action Exclusion | U-EXS-277-A-CW (12/02) |
| Punitive Damages Exclusion | U-EXS-167-A CW (4/99) |
| Cancellation – Amendment of Notice | U-EXS-112-A CW (4/99) |
| Certified Act of Terrorism Retained Amount Provisions | U-EXS-279-A-CW (12/02) |
| Prior Incidents(s) and Prior Construction Defects Exclusion | U-EXS-150-A CW (4/99 |
| Real Estate Agents and Brokers Errors and Omissions Exclusion | U-EXS-150-A CW (4/99 |
| Absolute Pollution Follow Form | U-EXS-150-A-Cw (4/99) |
| Exclusion of Certified Act of Terrorism and Other Acts of Terrorism | U-EXS-274-A-CW (12/02) |
| Violation of Communication or Information Law Exclusion | U-EXS-296-A-CW (6/04) |
| Policy Holder Disclosure | STF-GU-630-A- (11/02) |
| Following Form Excess Liability Policy Jacket | U-EXS-249-A CW (4/99) |
| Follow Form Excess Liability Policy | U-EXS-100-A CW (4/99) |
| In Witness Clause | U-EXS-248-A CW (4/99) |

Signed By: _Doreen Miller_
Authorized Representative

**NOV 08 2005.**
Date

Endorsement # 1

# Products Recall Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Ef . Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | )3/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY  100042616

**THIS ENDORSEMENT CHANGES THE POLICY. PL__ASE READ IT CAREFULLY.**

This policy does not apply to damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal _r disposal of:

1.   Your product;

2.   Your work; or

3.   Impaired property;

_ such product, work or property is withdrawn or recalled  rom the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dange ous condition in it.

Signed by: _Doreen Miller_
         Authorized Representative

NOV 08 2005
Date

Endorsement # 2

# Watercraft Liability Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Ef Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY  100042616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any bodily injury or property damage arising out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or chartered, rented or loaned to any insured. Use includes operations and loading or unloading.

Signed by: _Doreen Miller_
Authorized Representative

NOV 08 2005
Date

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1993

U-EXS-176-A CW  (4/99)
Page 1 of 1

Endorsement # 3

# Care, Custody Or Control Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

**WILLIS CORROON CORP OF NY**
**7 HANOVER SQ**
**NEW YORK, NY  100042616**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to property damage to Real and Personal Property

of others in the care, custody or control of the insured.

Signed by: _Doreen Miller_ ___

_____   **NOV 08 2005**   _____

Authorized Representative          Date

Endorsement # 4

# Cross Suits Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | E. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY 100042616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cos or expense arising out of any claim or suit by one named insured against another named insured.

Signed by: _Dorren Miller_

NOV 08 2005

Authorized Representative                     Date

Endorsement # 5

# Financial Institutions Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Ef Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY 100042616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense arising out of:

A. The ownership, maintenance, operation, use, entrustment to others or, loading or unloading of any aircraft, watercraft, railroad locomotive or railroad cars in which any insured has any financial interest as a lessor or mortgagee;

B. Property damage to or loss or depreciation of any property, of whatsoever nature, held by, deposited with, entrusted to, or otherwise in the care, custody or control of any insured, or as to which any insured is for any purpose exercising control;

C. The assumption of liability by or on behalf of any insured under any binder, policy or contract of insurance, reinsurance, suretyship, annuity or endowment, or resulting from any acts, errors or omissions and effecting such binders, policies or contracts;

D. Any act, error, omission or breach of duty in performing or failure to perform banking or "fiduciary" services, or in giving financial, economic or investment advice, or in rendering investment, advisory or management services;

E. Brought about by or contributed to by any dishonest or fraudulent acts of any insured, or any director, officer or employee of any insured;

F. The ownership, maintenance, operation, entrustment to others, use, control or management of any property or business enterprise for which any insured is acting as a "fiduciary" or representative capacity; or

G. Any act, error or omission of any insured, or of any other person for whose acts, errors or omissions any insured is legally responsible, arising out of any failure to comply with the Truth in Lending Act or any similar Federal, State or Municipal Statute.

As used in this endorsement:

The term "fiduciary" shall include: administrator; executor; trustee under will or trust agreement; committee for incompetence; guardian; any agent, or sub-agent of any of the foregoing; custodian of securities; manager of property of whatsoever nature; interest or dividend disbursing agent; paying agent; fiscal agent; transfer agent; registrar agent; agent for voting trustee; warrant agent; depository agent for a committee of holders of stock or securities; escrow agent; trustee under bond indenture; sinking fund agent; receiver or trustee appointed by any court in receivership, bankruptcy or reorganization proceeding; or any similarly trust or representative, "fiduciary" or semifiduciary capacity.

Signed by: _Doreen Miller_

Authorized Representative

**NOV 08 2005**

Date

U-EXS-140-A CW (4/99)
Page 1 of 1

Endorsement # 6

# Insurance Related Operations Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Ef Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

**WILLIS CORROON CORP OF NY**
**7 HANOVER SQ**
**NEW YORK, NY  100042616**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense arising out of:

1.  Any obligation assumed by any insured under any contract or treaty of insurance, reinsurance, surety ship, annuity, endowment or employee benefit plan, including applications, receipts or binders therefor;

2.  The failure to discharge, or the improper discharge of, any obligation or duty, contractual or otherwise any contract or treaty of insurance, reinsurance, surety ship, annuity, endowment or employee benefit plan, including applications, receipts or binders therefor;

3.  Membership in or contribution to any plan, pool, association, insolvency or guarantee fund or any similar fund, organization or association, whether voluntary or involuntary; or

4.  The rendering of or failure to render professional services in:

    a.  Advising, inspecting, reporting or making recommendations in the insured's capacity as an insurance company, consultant, broker, agent or representative thereof;

    b.  Effecting insurance, reinsurance, or surety ship coverage;

    c.  Investigating, defending or settling any claim under any contract of insurance, self insurance, reinsurance or surety ship;

    d.  Auditing of accounts or records of others;

    e.  Conducting an investment, loan or real estate department or operation;

    f.  Acting in any capacity as a fiduciary or trustee for mutual funds, pension or welfare funds or other similar activities; or

    g.  Performing any claim, investigative, adjustment, engineering inspection, or data processing service.

Signed by: _Doreen Miller_                      NOV 08 2005
            Authorized Representative            Date

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1985

U-EXS-142-A CW  (4/99)
Page 1 of 1

Endorsement # 7

# Known Loss And Loss In Progress Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY 100042616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense arising out of:

1.  Any injury or damage which incepts prior to the effective date of this policy; or

2.  Any occurrence, loss, or claim of which the insured had knowledge or notice prior to the effective date of this policy; or

3.  Any claim for injury or damage which is first asserted against the insured prior to the effective date of this policy.

Signed by: _Doreen Miller_     NOV 08 2005

    Authorized Representative          Date

Endorsement # 8

# Employee Benefits Liability Follow Form



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 3/31/2005 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP. OF NY
7 HANOVER SQUARE
NEW YORK, NY 10004-2616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense imposed on any **Insured** as a Fiduciary Administrator, or other party in interest arising out of any "Employee Benefit Program", record handling in connection with any "Employee Benefits Program", or effecting or terminating any employee's participation in any plan included in any "Employee Benefits Program".

As used in this endorsement:

"Employee Benefits Program" means any group life insurance, group accident or health insurance, profit sharing plans, pension plans, stock subscription plans, unemployment insurance, social security benefits, workers' compensation and disability benefits and any other similar plans.

Signed by: _____     NOV 08 2005
　　　　　Authorized Representative　　　　　Date

U-UMB-167-A-CW (7/99)
Page 1 of 1

Endorsement # 9

# Lead Exclusion



ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | E f. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY 100042616

**THIS ENDORSEMENT CHANGES THE POLICY. PL EASE READ IT CAREFULLY.**

A. This policy does not apply to:

   1. Any liability, damage, loss, cost or expense ari ing out of, resulting from, caused by or contributed to by toxic or pathological properties of lead, lead compounds or ead in any materials;

   2. Any cost or expense to abate, mitigate, remove or c ispose of lead, lead compounds or materials containing lead.

B. This exclusion applies:

   1. Whether the insured provided or should have prov ded any supervision, instructions, recommendations, warnings or advice in connection with paragraphs **A.1.** or **A.2.** above; i nd

   2. To any obligation to share liability, damage, loss cost or expense with or repay anyone else who must pay damages in connection with paragraphs **A.1., A.2.,** or **B.1.** abo e.

Signed by: _Doreen Miller_        NOV 08 2005

    Authorized Representative        Date

Endorsement # 10

# Professional Services Exclusion



## ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | E . Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY  100042616

**THIS ENDORSEMENT CHANGES THE POLICY. PL :ASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense arising out of any breach of duty, negligent act, error or omission in the rendering of or failure to render any profess onal services in the capacity designated below:

### Des gnated Capacity

All profess onal services of any kind

Signed by: _~Doreen Miller~_
Authorized Representative

NOV 08 2005
Date

Endorsement # 11

# Contractors Limitation Endorsement
# Subsidence Excluded



ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

WILLIS CORROON CORP. OF NY
7 HANOVER SQUARE
NEW YORK, NY  10004-2616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense:

1.  Arising out of any project insured under a wrap-up or any consolidated insurance program:

2.  Arising out of the rendering or failure to render any professional services by any **insured** or by any person for whose acts any **insured** is legally liable in the conduct of the in **sured's** business as an architect, engineer or surveyor, including, but not limited to:

    a.  The preparation or approval or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

    b.  Supervisory, inspection, architectural or engineering services.

3.  Which directly or indirectly involves, arises out of, is caused by, results from, is contributed to by, or is aggravated by the subsidence, settling, sinking, slipping, falling away, caving in, shifting, eroding, consolidating, compacting, flowing, rising, tilting or any other similar movement of land, earth or mud, regardless of whether such movement is a naturally occurring phenomena or is man-made.

B.  This policy does not apply to:

1.  **Bodily injury** or **property damage** for which the i **nsured** is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

2.  Any **property damage** included within the "explosion hazard", the "collapse hazard" or the "underground property damage hazard".

    This exclusion does not apply to:

    a.  Operations performed for  you by others; or

    **b.   Property damage** included within the **product**-**completed operations hazard.**

Definitions

As used in this endorsement:

1.   "Collapse hazard" includes "structural property damage" and any resulting **property damage** to any other property at any time.

2.   "Explosion hazard" includes **property damage** arising out of blasting or explosion. The "explosion hazard" does not include **property damage** arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment.

3.   "Structural property damage" means the collapse of or structural injury to any building or structure due to:

    **a.**   Grading of land, excavating, burrowing, filling, backfilling, tunneling, pile driving, cofferdam work or caisson work: or

    **b.**   Moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support of that building or structure.

4.   "Underground property damage" means **property damage** to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, burrowing, filling, backfilling or pile driving.

5.   "Underground property damage hazard" includes "underground property damage " and any resulting **property damage** to any other property at any time.

Signed by: _____        NOV 08 2005
         Authorized Representative                 Date

Endorsement # 12

# War or Military Action Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | E . Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

**WILLIS CORROON CORP. OF NY**
**7 HANOVER SQUARE**
**NEW YORK, NY  10004-2616**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss  cost or expense arising, directly or indirectly, out of:

A.  War, including undeclared or civil war; or

B.  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any
    government, sovereign or other authority using mil ary personnel or other agents; or

C.  Insurrection, rebellion, revolution, usurped power, r action taken by governmental authority in hindering or defending
    against any of these

regardless of any other cause or event that contributes c ncurrently or in any sequence to injury or damage.

Signed By: _Doreen Miller_ _____

    Authorized Representative

NOV 08 2005
_____
Date

U-EXS- A – 277-A CW (12/02)
Page 1 of 1

Endorsement # 13

# Punitive Damages Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP. OF NY
7 HANOVER SQUARE
NEW YORK, NY 10004-2616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to punitive, treble or exemplary damages, whether or not such punitive, treble or exemplary damages arise out of any obligation to share damages with or repay someone else who must pay damages.

Signed by: _Doreen Miller_                    NOV 08 2005

Authorized Representative                        Date

Endorsement # 14

# Cancellation - Amendment Of Notice


**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY 100042616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

It is agreed that the number of days of advance written notice of cancellation, for reasons other than non-payment of premium, stated in paragraph **2.** of **CONDITION C. Cancellation** or any applicable amendatory endorsement governing the cancellation of this policy, is amended to 60 days. If we cancel for reason of nonpayment of premium, the number of days notice stated in paragraph **2.** of **CONDITION C. Cancellation** or any applicable amendatory endorsement governing the cancellation of this policy remains unchanged.

Signed by: _Doreen Miller_      NOV 08 2005
      Authorized Representative               Date

Endorsement # 15

# Certified Act of Terrorism Retained Amount Provisions


**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP. OF NY
7 HANOVER SQUARE
NEW YORK, NY 10004-2616

**THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY.**

| CERTIFIED ACT OF TERRORISM RETAINED AMOUNT SCHEDULE. | |
|---|---|
| Each Occurrence Retained Amount: | $15,000,000 |
| Products-Completed Operations Aggregate Retained Amount: | $15,000,000 |
| Other Aggregate Retained Amount: | $15,000,000 |

The following additional provisions apply to this policy as respects any liability, damage, loss, cost or expense arising, directly or indirectly, out of a "certified act of terrorism", including any action taken in hindering or defending against an actual or expected "certified act of terrorism", regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage:

A.  We will pay on behalf of the insured the sums in excess of the Total Limits of Underlying Insurance shown in Item **6. B.** of the Declarations or in excess of the "retained amount" shown in the **Certified Act of Terrorism Retained Amount Schedule** of this endorsement, whichever is greater, that the insured legally becomes obligated to pay as damages.

B.  Except as otherwise provided by this policy and by this endorsement, coverage as respects an "certified act of terrorism" follows the terms, conditions, limitations, and exclusions of the Controlling Underlying Policy in effect at the inception of this policy.

C.  The amount we will pay for damages is limited as described in **SECTION II. LIMITS OF INSURANCE** except that Paragraph **B. 6.** is amended to read as follows:

Subject to Paragraphs **B. 2., B. 3., and B.4.** and **B. 5.** above, if the underlying Limits of Insurance stated in Item **6.** of the Declarations or the applicable "retained amount" in the **Certified Act of Terrorism Retained Amount Schedule** of this endorsement are reduced or exhausted solely by payment of damages to which this policy applies, such insurance provided by this policy will apply in excess of the reduced Underlying Limits or "retained amount" or, if all Underlying Limits or "retained amounts" are exhausted, will apply as underlying insurance subject to the same terms, conditions, definitions and exclusions of the Controlling Underlying Policy, except for the terms, conditions, definitions and exclusions of this policy or this endorsement.

**D.** If the coverage of this policy applies in excess of the "retained amount", per paragraph A. above, rather than the Total Underlying Limits of Insurance shown in Item 6.B of the Declarations, the specific "retained amounts" applying to any "certified acts of terrorism" are as follows:

1. The Each Occurrence Retained Amount shown in the Schedule above is the total "retained amount" of damages for which the insured is responsible, applicable to each occurrence.

2. The Products-Completed Operations Aggregate Retained Amount shown in the Schedule above is the total "retained amount" of damages for which the insured is responsible, applicable to all occurrences included within the products-completed operations hazard.

3. The Other Aggregate Retained Amount shown in the Schedule above is the total "retained amount" of damages for which the insured is responsible, applicable to all occurrences except for occurrences included within the products-completed operations hazard.

**E.** The following provision is added to SECTION V., CONDITIONS, F., Notice of Occurrence:

You must notify us immediately in writing of any claim or suit which seeks damages in an amount which is fifty (50) percent or more of the amount of the Each Occurrence Retained Amount stated in the **Certified Act of Terrorism Retained Amount Schedule** of this endorsement.

**F.** As used in this endorsement, "certified act of terrorism" means an act that is certified by the Secretary of Treasury of the United States, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. Section 102 of the Terrorism Risk Insurance Act of 2002 sets forth the criteria and process that the Secretary of the Treasury shall use to determine whether to certify an act of terrorism.

**F.** As used in this endorsement, "retained amount" means the amount of damages for which the insured is responsible as shown in the **Certified Act of Terrorism Retained Amount Schedule** of this endorsement.

**All other terms, conditions or limitations of the policy remain unchanged.**

Signed By: _Doreen Walle_          **NOV 08 2005**
       Authorized Representative          Date

Endorsement # 16

# Prior Incident(s) and Prior Construction Defects Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY 100042616

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

In consideration of the premium charged, it is hereby understood and agreed that no insurance coverage is provided under this policy to defend or indemnify any insured for "bodily injury" or "property damage" which has first occurred or begun prior to the effective date of this policy, regardless of whether repeated or continued exposure to conditions which were a cause of such "bodily injury" or "property damage" occur during the period of this policy and cause additional, progressive or further "bodily injury" or "property damage", all of which is excluded from coverage.

This exclusion shall apply whether or not the insured's legal obligation to pay damages has been established as of the inception date of this policy.

Signed by: _Dorlen Miller_
        Authorized Representative

**NOV 08 2005**

Date

U-EXS-150-A CW (4/99)
Page 1 of 1

Endorsement # 17

# Real Estate Agents and Brokers Errors and Omissions Exclusion


**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | None | None |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL 34134

**Producer:**

WILLIS CORROON CORP OF NY
7 HANOVER SQ
NEW YORK, NY 100042616

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This insurance does not apply to any liability arising out of the rendering of or failure to render professional services in the conduct of the **Insured's** business as a real estate agent or broker.

Signed by: _Doreen Miller_ _____     NOV 08 2005
　　　　　　Authorized Representative　　　　　　　　Date

U-EXS-150-A CW (4/99)
Page 1 of 1

Endorsement # 18

# Absolute Pollution Follow Form



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 3/31/2005 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

**WILLIS CORROON CORP. OF NY**
**7 HANOVER SQUARE**
**NEW YORK, NY  10004-2616**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

SECTION IV. - EXCLUSIONS, EXCLUSION B. is deleted in its entirety and replaced by the following:

**B.**  **1.**   Arising directly or indirectly out of the actual, alleged or threatened existence, discharge, seepage, migration, disposal, release or escape of "pollutants."

   **2.**   Arising out of any:

   **a.**   Request, demand, or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants;" or

   **b.**   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants."

As used in this endorsement, "pollutants" means any man-made or naturally occurring solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to: smoke; vapor; soot; fumes; acids; alkalis; chemicals; and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

However, it is agreed that this exclusion does not apply to any liability, damage, loss, cost or expense described above for which coverage is afforded under **ACE's (Illinois Union Insurance Company** Policy No. **XOO G22081706** and then for no broader coverage than is afforded by such insurance (hereafter referred to as the "Underlying Pollution Coverage") . In the event that the "Underlying Pollution Coverage" is amended or deleted after the inception date of this policy, we must be so advised in writing within 14 days after the effective date of such amendment or deletion. Any amendment which broadens coverage under the "Underlying Pollution Coverage" shall not be binding upon us unless our agreement is acknowledged in writing by an authorized representative of the Company.

Signed by: _Doreen Miller_                    NOV 08 2005
            Authorized Representative                Date

U-EXS-150-A-CW  (4/99)
Page 1 of 1

Endorsement # 19

# Exclusion of Certified Acts of Terrorism and Other Acts of Terrorism


**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | E . Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | 03/31/2005 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

WILLIS CORROON CORP. OF NY
7 HANOVER SQUARE
NEW YORK, NY  10004-2616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**A.** This policy does not apply to any liability, damage, loss  cost or expense arising, directly or indirectly,  out of a "certified act of terrorism" or an "other act of terrorism", including any  ction taken in hindering or defending against an actual or expected "certified act of terrorism"  or  "other act of terrorism".  This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the injury  or damage.

However, with respect to an "other act of terrorism," thi  exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damages to all types of propert  exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sus ained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by a iy insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious phys cal injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk  f death; or

   **b.** Protracted and obvious physical disfigurement  or

   **c.** Protracted loss of or impairment of the functio  of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape o nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the disper al or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical m  erials are released, and it appears that one purpose of the terrorism was to release such materials.

**B.** For purposes of this exclusion, the following definition  are added:

**1.** "Certified act of terrorism" means an act that is ce ified by the Secretary of the Treasury of the United States, in concurrence with the Secretary of State and the Attorney gener  of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002.  Section 10  of the Terrorism Risk Insurance Act of 2002 sets forth the criteria and process that the Secretary of the Treasury shall use to determine whether to certify an act of terrorism.

Includes copyrighted material o Insurance Services Office, Inc. with its permission.

2. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or effect the conduct of any government by coercion, but that is not a "certified act of terrorism". However, "other act of terrorism" does not include an act which meets the criteria set forth in the definition of "certified act of terrorism" when such act resulted in aggregate losses of $5 million or less. Multiple "other acts of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or common leadership shall be considered to be one "other act of terrorism".

**All other terms, conditions and limitations of the policy remain unchanged.**

Signed by: _____        NOV 08 2005
              **Authorized Representative**         Date

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Endorsement #20

# Violation of Communication or Information
# Law Exclusion


**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Ef Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 03 | 03/31/2005 | 03/01/2006 | )3/31/2005 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive #300
Bonita Springs, FL  34134

**Producer:**

WILLIS CORROON CORP. OF NY
7 HANOVER SQUARE
NEW YORK, NY  10004-2616

**THIS ENDORSEMENT CHANGES THE POLICY. PL :ASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cos or expense resulting from or arising out of any actual or alleged violation of:

1.  The federal Telephone Consumer Protection Act (47 U. .C. § 227), Drivers Privacy Protection Act (18 U.S.C. § 2721 - 2725) or Controlling the Assault of Non-Solicited Pornography a d Marketing Act (15 U.S.C. § 7701, et seq.); or

2.  Any other federal, state or local statute, regulation or or inance that imposes liability for the:

    a.  Unlawful use of telephone, electronic mail, intern :t, computer, facsimile machine or other communication or transmission device; or

    b.  Unlawful use, collection, dissemination, disclosure or re-disclosure of personal information in any manner

    by any insured or on behalf of any insured.

Signed by: _Doreen Miller_                    NOV 08 2005
          Authorized Representative                    Date

Includes copyrighted material o Insurance Services Office, Inc. with its permission.

**Insured Name:**   W C I Communities, Inc.
**Policy Number:**   AEC 3836443 03
**Effective Date:**   03/31/200

# THIS IMPORTANT DISCLOSURE NOTICE IS PART OF YOUR POLICY

We are making the following informational disclosures in compliance with The Terrorism Risk Insurance Act of 2002. No action is required on your part.

### Disclosure f Terrorism Premium

The premium charge for risk of loss resulting from a ts of terrorism (as defined in the Act) under this policy is <u>Rejected</u>. This amount is reflected in the total premium for this policy.

### Disclosure of Availability of Coverage for Terrorism Losses

As required by the Terrorism Risk Insurance Act of 002, we have made available to you coverage for losses resulting from acts of terrorism (as defined in the Ac ) with terms, amounts, and limitations that do not differ materially as those for losses arising from events oth r than acts of terrorism.

### Disclosure of Federal Share of Insurance Company's Terrorism Losses

The Terrorism Risk Insurance Act of 2002 establish s a mechanism by which the United States government will share in insurance company losses resulting from act s of terrorism (as defined in the Act) after an insurance company has paid losses in excess of an annual aggr gate deductible. For 2002, the insurance company deductible is 1% of direct earned premium in the prior year; for 2 03, 7% of direct earned premium in the prior year; for 2004, 10% of direct earned premium in the prior year; and for 2005, 15% of direct earned premium in the prior year. The federal share of an insurance company's losses abov its deductible is 90%. In the event the United States government participates in losses, the United States government may direct insurance companies to collect a terrorism surcharge from policyholders. The Act do s not currently provide for insurance industry or United States government participation in terrorism losses that exc ed $100 billion in any one calendar year.

### Definition of Act of Terrorism

The Terrorism Risk Insurance Act defines "act of ter orism" as any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:
1. to be an act of terrorism;
2. to be a violent act or an act that is dangerous to human life, property or infrastructure;
3. to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of title 4 ), United 17 States Code) or a United States flag vessel (or a vessel based principally in the United States on which United States income tax is paid and whose insurance coverage is subject to regulation in the Unit d States), or the premises of a United States mission; and
4. to have been committed by an individual or ndividuals acting on behalf of any foreign person or foreign interest as part of an effort to coerce the civi ian population of the United States or to influence the policy or affect the conduct of the United States Gove nment by coercion.

But, no act shall be certified by the Secretary as an  ct of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' com ensation) or property and casualty insurance losses resulting from the act, in the aggregate, do not exceed $5,000 000.

**These disclosures are informational only and do not modify your policy or affect your rights under the policy.**

Copyright Zurich American Insurance Company 2002

STF-GU-630-A  (11/02)

# Following Form Excess Liability Policy


**ZURICH**

There are provisions in this policy that restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such in the Controlling Underlying Policy, but only to the extent and within the scope for which such "insureds" qualify for coverage in the Controlling Underlying Policy.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations and in accordance with the provisions of this policy we agree with you to provide coverage as follows:

### Insuring Agreements

## SECTION I. COVERAGE

**A.** We will pay on behalf of the insured the sums in excess of the total Underlying Limits of Insurance shown in Item **6.B.** of the Declarations that the insured becomes legally obligated to pay as damages.

**B.** This insurance applies only to damages covered by the Controlling Underlying Policy as shown in Item **6.A.** of the Declarations. Except as otherwise provided by this policy, the coverage follows the definitions, terms, conditions, limitations, and exclusions of the Controlling Underlying Policy in effect at the inception of this policy.

**C.** The amount we will pay for damages is limited as described in **SECTION II. LIMITS OF INSURANCE.**

## SECTION II. LIMITS OF INSURANCE

**A.** The Limits of Insurance shown in the Declarations and the rules below describe the most we will pay regardless of the number of:

   **1.** Insured's;

   **2.** Claims made or suits brought; or

   **3.** Persons or organizations making claims or bringing suits.

**B.** The Limits of Insurance of this policy will apply as follows:

   **1.** This policy applies only in excess of the Underlying Limits of Insurance shown in Item **6.B.** of the Declarations.

   **2.** If our Limits of Insurance stated in Item **4.** of the Declarations are less than the total Limits of Insurance stated in Item **4.**, the limits of our liability shall be that proportion of all damages which our Limits of Insurance bear to the total Limits of Insurance in Item **4.** and which is in excess of the total underlying insurance limits as stated in Item **6.B.** of the Declarations.

   **3.** Subject to Paragraph **B. 2.** above, the Occurrence Limit stated in Item **4.A.** of the Declarations is the most we will pay for all damages arising out of any one occurrence to which this policy applies.

   **4.** Subject to Paragraphs **B.2.** and **B.3.** above, the Limit stated in Item **4.C.** of the Declarations for the Products/Completed Operations Aggregate is the most we will pay for all damages during our policy period under the products/ completed operations hazard.

   **5.** Subject to Paragraphs **B.2.** and **B.3.** above, the Other Aggregate Limit stated in Item **4.B.** of the Declarations is the most we will pay for all damages, except for damages covered under the products/completed operations hazard, that are subject to an aggregate limit provided by the Controlling Underlying Policy. The Other Aggregate Limit applies separately and in the same manner as the aggregate limits provided by the Controlling Underlying Policy.

   **6.** Subject to Paragraphs **B.2.**, **B.3.**, **B.4.** and **B.5.** above, if the underlying Limits of Insurance stated in Item **6.** of the Declarations are reduced or exhausted solely by payment of damages to which this policy applies, such insurance provided by this policy will apply in excess of the reduced underlying Limits or, if all Underlying Limits are exhausted, will apply as underlying insurance subject to the same terms, conditions, definitions and exclusions of the Controlling Underlying Policy, except for the terms, conditions, definitions and exclusions of this policy.

7.  The Limits of Insurance of this policy apply separat ly to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of th  policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of l ss than 12 months. In that case, the additional period will be deemed part of the preceding period for purposes of determining  he Limits of Insurance.

## SECTION III. DEFENSE

A.  We will not be required to assume charge of the investig tion of any claim or defense of any suit against you.

B.  We will have the right, but not the duty, to be associate  t with you or your underlying insurer or both in the investigation of any claim or defense of any suit which in our opinion may c ate liability on us for payment under this policy.

C.  If all Underlying Limits of Insurance stated in Item 6. o  the Declarations are exhausted solely by payment of damages, we shall have the right but not the duty to investigate and settle a  y claim or assume the defense of any suit which in our opinion may give rise to a payment under this policy. We may, however,  vithdraw from the defense of such suit and tender the continued defense to you if our applicable Limits of Insurance stated in Iter 4. of the Declarations are exhausted by payment of damages.

If we exercise our rights under Paragraphs B. or C. above, w : will do so at our own expense, and any such expense payments will not reduce the Limits of Insurance provided by this policy.

## SECTION IV. EXCLUSIONS

This policy does not apply to any liability, damage, loss, cos  or expense:

## ASBESTOS

A.  Arising out of;

1.  The mining, processing, manufacturing, use, testi g, ownership, sale or removal of asbestos, asbestos fibers or materials containing asbestos;

2.  Exposure to asbestos, asbestos fibers, or material cc itaining asbestos; or

3.  Any error or omission in supervision, instructions recommendations, notices, warnings or advice given, or which should have been given, in connection with asbestos fibers or material containing asbestos.

## POLLUTION

B.  1.  Arising directly or indirectly out of the actual, a  eged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to bodily injury or p operty damage arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

a.  At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of w ste; or

b.  At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are perfor ning operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, ( r assess the effects of, "pollutants".

2.  Arising out of any:

a.  Request, demand or order that any insured ( r others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess  he effects of "pollutants"; or

b.  Claim or suit by or on behalf of a governmen al authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying o  neutralizing, or in any way responding to, or assessing the effects of "pollutants".

As used in this exclusion:

1.  A "hostile fire" means one which becomes uncont i llable or breaks out from where it was intended to be.

2.  "Pollutants" means any solid, liquid, gaseous, or t termal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes mater al to be recycled, reconditioned or reclaimed.

**NUCLEAR**

C. 1. With respect to which any insured under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association Mutual Atomic, Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its Limits of Insurance; or

2. Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

   a. A person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

   b. Any insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization; or

3. Any injury or "nuclear property damage" resulting from the "hazardous properties" of "nuclear material", if:

   a. The "nuclear material":

      (i) Is at any "nuclear facility" owned by, or operated by or on behalf of, any insured; or

      (ii) Has been discharged or dispersed therefrom;

   b. The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of any insured; or

   c. The injury or "nuclear property damage" arises out of the furnishing by any insured of services, materials, parts or equipment in connection with the planning, construction, maintenance operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this subparagraph c. applies only to "nuclear property damage" to such "nuclear facility'" and any property thereat.

As used in this exclusion:

1. "Hazardous properties" include radioactive, toxic or explosive properties.

2. "Nuclear Facility" means:

   a. Any "nuclear reactor";

   b. Any equipment or device designed or used for

      (i) Separating the isotopes of uranium or plutonium,

      (ii) Processing or utilizing "spent fuel", or

      (iii) Handling, processing or packaging "waste";

   c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

   d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste", and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

3. "Nuclear material" means "source material", "special nuclear material" or "by-product material";

4. "Nuclear property damage" includes all forms of radioactive contamination of property;

5. "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

6. "Source material", "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

7. "Spent fuel" means any fuel element or fuel com onent, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

8. "Waste" means any waste material;

   a. Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed pr marily for its "source material" content, and

   b. Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

## SECTION V. CONDITIONS

### A. Appeals

In the event you or any underlying insurer elects not to appeal a judgment in excess of the amount of the Underlying Insurance, we may elect to appeal at our expense. If we do so elect we will be liable for the costs and additional interest accruing during this appeal. In no event will this provision increase our liab lity beyond the applicable Limits of Insurance described in **SECTION II.** of this policy.

### B. Bankruptcy or Insolvency

The bankruptcy, insolvency or inability to pay of any i sured will not relieve us from our obligation to pay damages covered by this policy.

In the event of bankruptcy, insolvency or refusal or in ability to pay, of any underlying insurer, the insurance afforded by this policy will not replace such underlying insurance, but will apply as if all the limits of any underlying insurance is fully available and collectible.

### C. Cancellation

1. You may cancel this policy. You must mail or de iver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of non-payment of premium, we will mail or deliver to you not less than ten (10) days advance written notice when the cancell ition is to take effect. If we cancel for any other reason, we will mail or deliver to you not less than sixty (60) days advan :e written notice stating when the cancellation is to take effect. Mailing notice to you at your mailing address shown in Iter 2. of the Declarations will be sufficient to prove notice.

3. The policy period will end on the day and hour stat d in the cancellation notice.

4. If we cancel, final premium will be calculated pro i ata based on the time this policy was in force.

5. If you cancel, final premium will be more than pro ata; it will be based on the time this policy was in force and our short rate cancellation table and procedure.

6. Premium adjustment may be made at the time of c ncellation or as soon as practicable thereafter but the cancellation will be effective even if we have not made or offered a iy refund due you. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund di e you.

7. The Named Insured in Item 1. of the Declaration will act on behalf of all other insureds with respect to the giving and receiving of notice of cancellation and the receipt c f any premium refund that may become payable under this policy.

### D. Maintenance of Underlying Insurance

During the period of this policy, you agree:

1. To keep the policies making up the Total Limits c f Underlying Insurance in Item **6.B.** of the Declarations in full force and effect;

2. That the Limits of Insurance of the Underlying In urance policies will be maintained except for any reduction or exhaustion of aggregate limits by payment of claims or suits f r damages covered by Underlying Insurance;

3. The Underlying Insurance policies may not be can eled or not renewed by you without notifying us, and you agree to notify us in the event an insurance company cancels or de lines to renew any Underlying Insurance policy;

4. Renewals or replacements of the Controlling Unde lying Policy will not be materially changed without our agreement.

If you fail to comply with these requirements, we will only be liable to the same extent that we would have been had you fully complied with these requirements.

**E. Notice of Occurrence**

    **1.**  You must see to it that we are notified as soon as  racticable of an occurrence which may result in damages covered by this policy. To the extent possible, notice will include:

        **a.**  How, when and where the occurrence took pla :e;

        **b.**  The names and addresses of any injured perso s and witnesses;

        **c.**  The nature and location of any injury or dama; e arising out of the occurrence.

    **2.**  If a claim or suit against any Insured is reasonab y likely to involve this policy you must notify us in writing as soon as practicable.

    **3.**  You and any other involved insured must:

        **a.**  Immediately send us copies of any demands,  otices, summonses or legal papers received in connection with the claim or suit;

        **b.**  Authorize us to obtain records and other infor ation;

        **c.**  Cooperate with us in the investigation, settlem nt or defense of the claim or suit; and

        **d.**  Assist us, upon our request, in the enforceme t of any right against any person or organization which may be liable to the insured because of injury or damage to wh ch this insurance may also apply.

    **4.**  The insureds will not, except at their own cost, v luntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**F. Other Insurance**

If other insurance applies to damages that are also co ered by this policy, this policy will apply excess of the other insurance. Nothing herein will be construed to make this policy subject to the terms, conditions and limitations of such other insurance. However, this provision will not apply if the other insu nce is written to be excess of this policy.

Other insurance includes any type of self-insurance  r other mechanism by which an insured arranges for funding of legal liabilities.

**G. Terms Conformed to Statute**

The terms of this policy which are in conflict with the  tatutes of the state where this policy is issued are amended to conform to such statutes. If we are prevented by law or statute fron paying on behalf of the insured, then we will, where permitted by law or statute, indemnify the insured.

**H. When Damages are Payable**

Coverage under this policy will not apply unless an until the insured or the insured's underlying insurance has paid or is obligated to pay the full amount of the Underlying Lim ts of Insurance stated in Item 6.B. of the Declarations.

When the amount of damages is determined, we will pr mptly pay on behalf of the insured the amount of damages covered under the terms of this policy.



**ZURICH**

# Following Form Excess Liability Policy

<u>Zurich U.S.</u>
Insurance is provided by the company designated on t e declarations page of this policy.

The address of the Zurich U.S. company is shown bel w:

STEADFAST INSURANCE COMPANY
Dover, Delaware

Administrative Offices of all Zurich U.S. companies a c
located at 1400 American Lane, Schaumburg, Illinois 50196-1056

# In Witness Clause



**ZURICH**

In return for the payment of premium, and subject to all the terms of the policy, we agree with you to provide insurance as stated in this policy. This policy shall not be valid unless countersigned by the duly authorized Representative of the Company.

**In Witness Whereof**, this Company has executed and attested these presents, and where required by law, has caused this policy to be countersigned by its duly authorized Representative

*Thomas A Bradley*

**President**

**Corporate Secretary**

**Steadfast Insurance Company**
**Dover, Delaware**

    **Administrative Offices**
    **Zurich Towers**
    **1400 American Lane**
    **Schaumburg, Illinois 60196-1056**

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich U.S.
Customer Inquiry Center
1400 American Lane
Schaumburg, Illinois  60196-1056
**1-800-382-2150 (** Business Hours:  8am - 4pm [CT]

U-EXS-248-A CW (4/99)
Page 1 of 1