# EXHIBIT M



# ZURICH

**Zurich North America Specialties**
One Liberty Plaza (32 fl.)
New York, New York 10006

(212) 553-5762

---

This binder reflects the terms and conditions of the Underwriting Company and may differ from the submitted insurance proposal and/or specifications.

Date: 5/3/06

Contact: Mark Ratcliffe
Producer: Willis

Applicant: W C I Communities, Inc., Bonita Springs, Florida.  Policy # AEC-3836443-04

We are pleased to offer the following Excess Umbrella Liability binder on an OCCURRENCE basis for the above captioned Insured:

## Limit of Liability:

| | |
|---|---|
| $7,500,000 | Per Occurrence |
| $7,500,000 | General Aggregate |
| $7,500,000 | Products/Completed Operations Aggregate |

This Insurance is issued pursuant to the Florida Surplus Lines Law. Persons insured by Surplus Lines Carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

Part of (quota share w/ Lexington)

| | |
|---|---|
| $15,000,000 | Per Occurrence |
| $15,000,000 | General Aggregate |
| $15,000,000 | Products/Completed Operations Aggregate |

Excess (AIG Lead)

| | |
|---|---|
| $25,000,000 | Per Occurrence |
| $25,000,000 | General Aggregate |
| $25,000,000 | Products/Completed Operations Aggregate |

Premium: $307,598
Taxes: $Broker is responsible for all Taxes, fees and filings.
Terrorism Peril: $Rejected
Total: $307,598

Premium Basis: _X_ Flat ____ Adjustable  25% Minimum Earned at Inception
Taxes/Surcharges: Broker responsible for filings, fees and taxes.
Commission: 0%           Company: Steadfast Insurance Company – non-admitted in Fla.
Defense: In Addition to Policy Limits           Best Rated: AXIV

Self-Insured Retention: $50,000.
Policy Period: May 1, 2006 to May 1, 2007

Surplus Lines Agent: Donna L. Schramer. License #A2...
Address: 3000 Bayport Drive, Suite 300
Tampa, FL 33607

Terms & Conditions:

Producing Agent: _____
Address: 3000 _____
TL Premium: 307,598
Tax: 15,379.90     Service Fee: 615.30
Citizen's Assessment: 0
EMPA Surcharge: 0
Inspection Fee: 0     Policy Fee: _Schramer_
S/L Agent's Countersignature: _____

B. Form

C. Attaching:
Endorsements

Applicable State Amendatory
CCC Exclusion (Real & Personal)
Known Loss and Loss in Progress Exclusion,
Professional Services Exclusion,
Contracters Limitation Exclusion w/Subsidence,
Punitive Damages Exclusion,
Terrorism Retained Amounts,
Real Estate Agents E&O Exclusion,
War or Military Action Exclusion,
Retained Amounts Terrorism Endorsement,
Combined terrorism peril exclusion for certified and non-certified acts of terrorism, Violation of Communication or Information Law Exclusion.

D. Subject To:

Premium Paid within 30 days of Effective Date, Surplus lines broker info needed before binding and Written TRIA rejection letter. Defense must be in addition to the limits on the Lead Umbrella. Q/S Lex binder needed before binding.

\*\*\* Please Note: The Excess Policy cannot be released until receipt and review of the lead umbrella policy.

## Minimum Underlying Insurance Requirements:

Note: All Primary Carriers must be <u>Best Rated A-VII or Better</u>

Lead Umbrella (AIG) Effective 5/1/06-5/1/07

| | |
|---|---|
| $25,000,000 | Per Occurrence |
| $25,000,000 | General Aggregate |
| $25,000,000 | Products/Completed Operations Aggregate |

AIG's Terms and Conditions:

Comm. Umb. Dec. #79552 (04/02)
Prem Incl Terrorism Notice (Mnscpt)
Schedule of Underlying Insurance (Mnscpt)
Schedule of Retained Limits (Mnscpt)
Financial Institutions Excl (Mnscpt)
Lead Excl (Mnscpt)
Silica Excl (Mnscpt)
Act of Terrorism Retained Limit Endt (Mnscpt)
Total Pollution Excl (Mnscpt)
Blasting Excl (Mnscpt)
Cross Suits Excl (Mnscpt)
Foreign Excl (Mnscpt)
Marine Excl (Mnscpt)
SIR App to Spec Red or Exhausted (Mnscpt)

Thank you for working with us on WCI's renewal. Should you have any questions or concerns please do not hesitate to contact us.

Sincerely,

Rob Kenyon
Regional Vice President
Zurich North America Specialties
Excess Casualty NYC