# EXHIBIT N



Florida Risk Specialists, Inc.
AmSouth Building
100 North Tampa Street
813-222-4807 Phone
813-228-9528 Fax

| | |
|---|---|
| Date: | 05/01/2008 |
| To: | Lockton Companies, LLC |
| Attn: | Tim Harper |
| From: | Jennifer Wilson |
| Insured: | WCI Communities, Inc. |
| Address: | 24301 Walden Center DR. Bonita Springs, FL 34134 |

Policy Period:  5/1/08 to 12/1/08         Policy Number:  1053988

We have received confirmation of binding from Lexington Insurance Company for the following coverage, subject to receipt of the following:

- Signed and dated Acord application (within 15 days of binding)
- Copy of underlying binders (Immediately)
- Signed Terrorism Rejection
- Five years, currently valued, underlying loss runs (within 15 days of binding) - Submission only included GL and auto loss runs - need loss runs for all underlying policies
- Copy of Lead Umbrella policy within 60 days of the effective date

| | |
|---|---|
| Coverage: | Follow Form Excess Liability Policy |
| Policy Form: | LEX-OCC-FF-1T |
| Edition Date: | (07/94) |
| Limits of Liability: | $15,000,000 Each Occurrence<br>$15,000,000 Aggregate<br>Defense Expenses are <u>inside</u> the policy limit; excess of<br><br>Lead Umbrella (American International Surplus Lines Agency, Inc.)<br>$25,000,000     Each Occurrence<br>$25,000,000     General Aggregate<br>$25,000,000     Products/Completed Operations Aggregate |
| Premium: | $76,000 (X - TRIA) - Premium is 100% M&D plus fee and tax. |
| Exposure Base: | Estimated annual exposure based on 581 units/homes to close in Escrow. |
| Rate: | Flat |
| Commission: | 5% |

The premium is due 30 days from inception date.

Coverage Extensions:  As per Lexington form.  Will attach:
- Act of Terrorism Retained Limit Endorsement (LX9594 01/05)
- 35% MEP (LEXCME077 03/86)
- Schedule of Underlying Insurance (LX8009 12/06)
- Anti-Stacking Endorsement (LX9803 08/05)
- UM/UIM- No Fault Exclusion (CME081 09 02)

**AIG** A Member of American International Group, Inc.



Florida Risk Specialists, Inc.
AmSouth Building
100 North Tampa Street
813-222-4807 Phone
813-228-9528 Fax

- Coverage Territory Limitation Endorsement (LX9983 11/05)
- Accident Insurance Endorsement (LX8170 10/07)
- PATROL Access Endorsement (LX8031 01/07)

Exclusions: As per the Lexington form & as per the layer below (American International Surplus Lines Agency, Inc) & attached to file.

Office of Foreign Assets Control (OFAC) Disclosure Notice

This proposal or resulting Binder, the continuation of any bound insurance, and any payments to you, to a claimant or to another third party, may be affected by the administration and enforcement of U.S. economic embargoes and trade sanctions by the office of Foreign Assets Control (OFAC), if we determine that any such party is on the "Specialty Designated Nationals or Blocked Persons" list is maintained by OFAC.

Accidental Death & Dismemberment Insurance is included under this policy at no additional premium charge from Lexington Insurance Company. Our AD&D endorsement (LX8170 10/07) covers Third Party Individuals and Employees and pays $50,000 (the "principal sum amount") to the covered person's beneficiary in the event of accidental death or a varying percentage of this principal sum amount to the covered person based on a dismemberment or paralysis, up to an aggregate limit of $5,000,000 per Occurrence. Coverage is not available if the First Named Insured is domiciled in Indiana, Iowa, Massachusetts, Missouri, North Carolina, Pennsylvania or Rhode Island.

Please note that the broker is responsible for the collection, filing, and payment of all surplus lines fees and taxes to the State of Florida unless otherwise agreed to in writing by this office.

Important: This Insurance cannot be cancelled flat. Earned Premium must be paid for the time insurance has been in force. This Confirmation of Binding is a statement concerning the above insurance as of the date of the issuance of this Confirmation of Binding. This Confirmation of Binding is subject to policy conditions of any policy which may be issued by Lexington Insurance Company and shall be automatically cancelled and superseded by such policy upon issuance.

Cancellation: This Confirmation of Binding may be cancelled either by the insured or the insurer by written notice to the other. In the event of cancellation, the earned premium will be computed short rate if cancelled by the insured unless subject to minimum earned premium stated herein and pro rata if cancelled by the insurer.

Sincerely,

*Jennifer M. Wilson*

Jennifer M. Wilson
Casualty Manager

**AIG** A Member of American International Group, Inc.



Florida Risk Specialists, Inc.
AmSouth Building
100 North Tampa Street
813-222-4807 Phone
813-228-9528 Fax

OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
DISCLOSURE NOTICE

This binder, the continuation of any bound insurance, and payments to you, to a claimant or to another third party, may be affected by the administration and enforcement of U.S. economic embargoes and trade sanctions by the office of Foreign Assets Control ("OFAC"), if we determine that any such party is on the "Specially Designated Nationals or Blocked Persons" list as maintained by "OFAC".

**AIG** A Member of American International Group, Inc.