# EXHIBIT P

**Acker, Linda**

**From:** Johnson, Elizabeth K [ElizabethK.Johnson@aig.com]
**Sent:** Thursday, May 01, 2008 12:25 PM
**To:** Harper, Tim
**Cc:** Kobyra, Paul; Maloney, Kevin
**Subject:** RE: WCI - Revised Forecasts
**Attachments:** WCI Binder 2008.doc

Tim,

Attached is the binder for WCI. I have not yet cha
Once you confirm, I will do so.

If you have any other issues, please let me know.

Also, please let us know if you guys are available f ... be a
two. I think after all the hard work that went into
drink.

ekj

WCI

Binder AIG

Elizabeth K. Johnson
Regional Manager
Excess Construction Specialty
AIG Excess Casualty(r)
32 Old Slip, 20th floor
New York, NY 10005
Tel. 646-857-1317
Fax 1-866-838-5162
ElizabethK.Johnson@aig.com

IMPORTANT NOTICE:The information in this email (an ... idential. If you
are not the intended recipient, you must not use o ... have
received this email in error, please immediately r ... nently
delete the original and any copies or printouts t'
attachments are believed to be free of any virus
computer system into which it is received and ope
recipient to ensure that it is virus free and no ... in
International Group, Inc. or its subsidiaries or ... ty, for
any loss or damage arising in any way from its u

Umbrella

5-01-08

12-1-08

-----Original Message-----
From: Harper, Tim [mailto:tharper@lockton.com]
Sent: Thursday, May 01, 2008 11:21 AM
To: Johnson, Elizabeth K
Cc: Kobyra, Paul; Maloney, Kevin
Subject: RE: WCI - Revised Forecasts

Elizabeth,

Attached is a copy of the renewal binder for the Auto Liab for your file, please note that the LOL has been lowered from 2MM to 1MM. This was approved by Kevin during our discussions last week

I am awaiting a copy of the renewal binder for the Marine placements and will forward when in receipt. In the interim please note that the Great American P&I, NY Marine and General, and various Northern Assurance Co of America have been placed by Chubb and I believe, but need to confirm, we will only need to schedule the 19MM Excess Liability policy to the SOU.

Please forward binder at your earliest convenience

Regards,

Tim


Timothy J. Harper
Lockton Companies, LLC.
7 Times Square
Suite 3802
New York, NY 10036

Direct  646 572 7332
Mobile 917 686 0884
FAX    646 871 7332




-----Original Message-----
From: Johnson, Elizabeth K [mailto:ElizabethK.Johnson@aig.com]
Sent: Wednesday, April 30, 2008 6:06 PM
To: Harper, Tim; Maloney, Kevin
Cc: Kobyra, Paul
Subject: Re: WCI - Revised Forecasts

Thanks Tim. We will send you a binder in the morning.


Elizabeth K. Johnson
Regional Manager
Excess Construction
AIG Excess Casualty(r)
32 Old Slip, 20th Floor
New York, NY 10005
Tel. 646-857-1317
Fax 1-866-838-5162
ElizabethK.Johnson@aig.com

IMPORTANT NOTICE: The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.