UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MDL NO.:  2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## **ORDER**

Considering the foregoing motion, IT IS HEREBY ORDERED that the Motion for Partial Summary Judgment on the Pollution Exclusion of Plaintiff Robert C. Pate and the Plaintiffs' Steering Committee is granted.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
Honorable Eldon E. Fallon
United States District Judge

NYDOCS1-960550.1