UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY M. NISWONGER** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 10-2734** |
| **INTERIOR EXTERIOR ENTERPRISES, LLC, INTERIOR EXTERIOR BUILDING SUPPLY, LP AND BANKERS INSURANCE GROUP** | **SECTION: "L" (2)** |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JOSEPH C. WILKINSON, JR.** |

## MOTION TO DISMISS UNDER RULE 12(B), 12(C) OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT

**BANKER'S SPECIALTY INSURANCE COMPANY** ("Bankers") moves this Court to dismiss the complaint pursuant to F.R.C.P, R. 12(b), (c), or alternatively, for summary judgment under Rule 56, on the grounds that the claims alleged by plaintiff fail to state a claim or are excluded under the **BANKERS** homeowner's policy for the following reasons, all as set forth more fully in the accompanying memorandum.

Plaintiff's claims are for damages to her home and component parts of her home, caused by Chinese drywall. (See Complaint, Rec. Doc. 1, paras. 16, 17, 19). Plaintiff has sued Bankers as her homeowner's carrier (See Complaint, Rec. Doc. 1, paras. 31, 32).

This court has previously ruled that claims for damages caused by the effects of Chinese drywall do not provoke coverage under homeowner's insurance policies. The Bankers homeowner's policy contains the same exclusions this court has ruled upon.

WHEREFORE, **BANKERS SPECIALTY INSURANCE COMPANY** prays that this Court grant its motion to dismiss under F.R.C.P. R. 12(b), (c), or alternatively, grant it summary judgment, dismissing it from this action with prejudice at plaintiffs' cost.

G:\DOCS\11000's\11700-11799\11770\MSJ.001.dib.ser.doc

2

Respectfully submitted,

**UNGARINO & ECKERT L.L.C.**

_____/s/Matthew J. Ungarino_____
**MATTHEW J. UNGARINO (#15061)**
**DAVID I. BORDELON (#16815)**
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
*Telephone:     504/836-7531*
**Fax:** 504/836-7566
E-mail: mungarino@ungarino-eckert.com
E-mail: dbordelon@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2011, I served a copy of the foregoing pleading on counsel for all parties to this proceeding via facsimile and/or email and/or United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

\_\_\_\_\_Matthew J. Ungarino_____
MATTHEW J. UNGARINO

---

G:\DOCS\11000's\11700-11799\11770\MSJ.001.dib.ser.doc