UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY M. NISWONGER** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 10-2734** |
| **INTERIOR EXTERIOR ENTERPRISES, LLC, INTERIOR EXTERIOR BUILDING SUPPLY, LP AND BANKERS INSURANCE GROUP** | **SECTION: "L" (2)** |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JOSEPH C. WILKINSON, JR.** |

**NOTICE OF SUBMISSION**

Please take notice that the foregoing motion to dismiss or alternatively, for summary judgment on behalf of **BANKER'S SPECIALTY INSURANCE COMPANY** will be brought on for hearing before the Honorable Eldon E. Fallon on the **2nd day of March, 2011, at 9:00 a.m**., or as soon thereafter as may be heard.

                                                                                              **Respectfully submitted,**

                                                                                              **UNGARINO & ECKERT L.L.C.**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2011, I served a copy of the foregoing pleading on counsel for all parties to this proceeding via facsimile and/or email and/or United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

                   Matthew J. Ungarino
                  MATTHEW J. UNGARINO

---

                                                                       **/s/Matthew J. Ungarino**
**MATTHEW J. UNGARINO (#15061)**
**DAVID I. BORDELON (#16815)**
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
*Telephone:*    **504/836-7531**
**Fax:**            **504/836-7566**
E-mail: mungarino@ungarino-eckert.com
E-mail: dbordelon@ungarino-eckert.com