UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY M. NISWONGER** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 10-2734** |
| **INTERIOR EXTERIOR ENTERPRISES, LLC, INTERIOR EXTERIOR BUILDING SUPPLY, LP AND BANKERS INSURANCE GROUP** | **SECTION: "L" (2)** |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JOSEPH C. WILKINSON, JR.** |

## UNCONTESTED MATERIAL FACTS

Bankers avers that the following material facts are uncontested:

1. Plaintiff owns the residence at 77451 N. Fitzmorris Ext, Covington, Louisiana 70435-9265. (Complaint, paragraph 2).

2. Plaintiff discovered that her home was constructed using Chinese manufactured drywall, which caused and continues to cause physical loss and damage to Plaintiff's home and contents. (See Complaint, Rec. Doc. 1, para. 16, 17, 19).

3. Banker's issued a homeowners policy to plaintiff covering the subject property. (See Complaint, Rec. Doc. 1, para. 31, 32).

4. The Bankers Specialty Insurance Policy contains the following exclusions to coverage:

### SECTION I – PERILS INSURED AGAINST

**A. Coverage A-Dwelling and Coverage B-Other Structures**

    1. We insure against risk of direct physical loss to property described in Coverages A and B.

    2. We do not insure, however, for loss:

    a) Excluded under Section I Exclusions;

      b)    Caused by:

          a. . . .

          6. Any of the following:
              (a) . . . .
              (b) Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;
              (c) smog, rust or other corrosion, mold, or dry rot;
              (d) . . . .
              (e) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage C.

          Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned or reclaimed;…

See Homeowners 3 – Special Form, page 8-9 of 22.

    Under **Section I –Exclusions**, the Policy provides:

B. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not precluded by any other provision in this policy is covered.

1.. . . . .

3. **Faulty, inadequate or defective:**

      (a) . . . .
      (b)    Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
      (c)    Materials used in repair, construction, renovation or remodeling; or
      (d)    Maintenance.

See Homeowners 3 – Special Form, page 12 of 22.

**Coverage C-Personal Property**

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in Section I-Exclusions.

1. Fire and lightning.
2. Windstorm or hail. . . .
3. Explosion.
4. Riot or civil commotion.
5. Aircraft . . . .
6. Vehicles.
7. Smoke . . . .
8. Vandalism or malicious mischief.
9. Theft . . . .
10. Falling objects. . . .
11. Weight of ice, snow or sleet. . . .
12. Accidental discharge or overflow of water or steam. . . .
13. Sudden and accidental tearing apart, cracking, burning or bulging. . . .
14. Freezing. . . .
15. Sudden and accidental discharge from artificially generated electrical current. . . .
16. Volcanic eruption . . . .
17. By earthquake . . . .

See Homeowners 3 – Special form, pages 10, 11 and 12 of 22.

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

**_____/s/Matthew J. Ungarino_____**
**MATTHEW J. UNGARINO (#15061)**
**DAVID I. BORDELON (#16815)**
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
*Telephone:* **    504/836-7531**
**Fax:             504/836-7566**
E-mail: mungarino@ungarino-eckert.com
E-mail: dbordelon@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2011, I served a copy of the foregoing pleading on counsel for all parties to this proceeding via facsimile and/or email and/or United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

_____Matthew J. Ungarino_____
MATTHEW J. UNGARINO

G:\DOCS\11000's\11700-11799\11770\MSJ.001.dib.ser.doc