

**BANKERS** INSURANCE GROUP

**Bankers Specialty Insurance Company**
St. Petersburg, Florida  33733
All Inquiries call **800-627-0000**

BHO 99.002 1005   0707
4845210
9/17/10

8000 00000 HO   HO3P **AMENDED**

**DECLARATIONS PAGE**

Homeowners HO3P - Platinum Program
Effective: 3/12/09

**Date of Issue**

| Policy Number | |
|---|---|
| 17 0011501269 3 00 | Page 1  of 2 |

9/17/10

| Policy Period | Term | Inception Date | Agent | Agent's Phone |
|---|---|---|---|---|
| From: 3/12/09 To: 3/12/10  12:01 am Standard Time* | 12 mos | 3/12/09    12:01am | 00  0100553 | (985)845-9282 |

Agent (985)845-9282
ORLEANS INSURANCE AGENCY LLC
1613 HIGHWAY 22 W
MADISONVILLE LA 70447

MARY M NISWONGER
77451 N FITZMORRIS EXT
COVINGTON LA 70435-9265

**Insured Location (if other than above)**
77451 N FITZMORRIS EXT, COVINGTON LA 70435-9265

| Coverages: | Limits of Liability: |
|---|---|

Section I Property
|   | | |
|---|---|---|
| A | Dwelling | $150,000 |
| B | Other Structures | $15,000 |
| C | Personal Property | $112,500 |
| D | Loss of Use | $45,000 |

THE UNDERSIGNED HEREBY CERTIFIES THIS TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL EXECUTED DOCUMENT BY

Section II Liability
| E | Personal Liability | $500,000 Per Occurrence |
|---|---|---|
| F | Medical Payments to Others | $5,000 Per Person |

Section I Deductibles
Deductible applied to named storm      $500
Deductible applied to all other perils $500
(Except if noted under Special Provisions)      TOTAL PREMIUM    $1,031.00

LA 2008 Citizens Assessment      $55.00
Fixed Expense Fee                $60.00

TOTAL FEES      $115.00
GRAND TOTAL   $1,146.00

Special Provisions: (continued on page 2)

# Please see the reverse side of this document for additional important information.

| OCC | Program | Prot. Class | Terr. | Construction Class | Year Built | Bill to at Renewal: |
|---|---|---|---|---|---|---|
| Primary | Platinum | 03 | 116 | Frame | 2007 | Mortgagee |

Deborah S Brcka          St. Petersburg, Florida    Date:  9/17/10

Countersigned by Authorized Representative

cc: As indicated on the back of last page



Insured

Exhibit A

BHO 99.002 1005   0707
4845210
17  0011501269  3  00                                           9/17/10

**Important Notices:**

Law and Ordinance coverage is an important coverage that you may wish to increase. You may also need to consider the purchase of flood insurance from the National Flood Insurance Program. Without this coverage, you may have uncovered losses. Please discuss these coverages with your insurance agent.

This policy contains a separate deductible for hurricane losses, which may result in high out-of-pocket expenses to you.

This policy does not provide coverage for:

- Any animal you own or keep
- Earthquake, Earth movement
- Day Care of any type
- Diving boards or pool slides
- Jet Skis and similar watercraft
- Recreational vehicles
- Trampolines



BHO 99.002 1005  0707
4845210
9/17/10

**Bankers Specialty Insurance Company**
**St. Petersburg, Florida 33733**
**All Inquiries call 800-627-0000**

8000 00000 HO   HO3P AMENDED                              DECLARATIONS PAGE
                          Homeowners HO3P - Platinum Program
                          Effective: 3/12/09         Date of Issue

| Policy Number | | |
|---|---|---|
| 17 0011501269 3 00 | Page 2  of 2 | 9/17/10 |

| Policy Period | Term | Inception Date | Agent | Agent's Phone |
|---|---|---|---|---|
| From: 3/12/09 To: 3/12/10  12:01 am Standard Time* | 12 mos | 3/12/09   12:01am | 00 0100553 | (985)845-9282 |

### Policy Subject to the Following Surcharges, Credits, Endorsements, and Forms

| Form # | Description | Limits | Deductible | Premium |
|---|---|---|---|---|
| | Dwelling Hurricane | 150000 | | $262 |
| | Other Structures Hurricane | 15000 | | |
| | Building Age Modifier | | | |
| | Claim Free Discount | | | |
| | Financial Responsibility Tier2 | | | |
| | Mature Homeowners Discount | | | |
| | Construction Year Adjustment | | | |
| | Protective Package | | | |
| BHO 99.131 1207 | Existing Damage Exclusion | | | |
| BSIC17.013 1207 | Calendar Yr Nmd Storm-Ded Fix | | | |
| BSIC17.003 1207 | Limited Fungi or Bacteria Cove | | | |
| BSIC17.019 0707 | Homeowners Outline of Coverage | | | |
| BHO099.100A 0404 | HO-3 Quick Reference | | | |
| BXXX99.206 1207 | Privacy Statement | | | |
| BSIC17.002 1207 | Special Provisions - Louisiana | | | |
| HO 00 03 1000 | Homeowners 3 - Special Form | | | |
| HO 04 96 1000 | No Coverage for Home Day Care | | | |
| ------- | ------- | ------- | ------- | ------- |
| BHO 99.194 0508 | Jade Value Plus Cov Package | | | $332 |
| ------- | ------- | ------- | ------- | ------- |
| | Coverages From Package | | | |
| ------- | ------- | ------- | ------- | ------- |
| | Increased Business Property | 12500 | | |
| | Personal Property | 112500 | | |
| | Credit card, elec funds, etc. | 5000 | | |
| | Personal Property Hurricane | 112500 | | |
| | Loss of Use | 45000 | | |
| | Loss of Use Hurricane | 45000 | | |
| | Dog Liability | 25000 | | |
| | Fire Dept Serv Chrge - Incr | 1000 | | |
| | Addl Replacement Cost Building | 75000 | | |
| | Addt Home Computer Coverage | 13000 | | |
| | Backup of Sewers or Drain Cov | 20000 | | |
| | Lock Replacement Coverage | 500 | | |
| | Ordinance or Law Coverage | 37500 | | |
| | Refrigerated Property | 1000 | | |
| | Special Personal Prop (Hurr.) | | | |
| | Special Personal Property Cov | | | |
| | Identity Fraud Expense | 15000 | | |
| | Personal Property Repl (Hurr.) | | | |
| | Personal Property Replacement | | | |



Insured

BHO 99.002 1005  0707
4845210
17 0011501269 3 00                                        9/17/10

Agent (985)845-9282                    Primary Lienholder
ORLEANS INSURANCE AGENCY LLC           CHASE HOME FINANCE LLC
1613 HIGHWAY 22 W                      ISAOA ATIMA
MADISONVILLE LA 70447                  PO BOX 47020
                                       DORAVILLE GA 30362
                                       Ln# 1021631625



Insured

BHO 99.131 1207  0707
4845210
9/17/10



Bankers Specialty Insurance Company

**Policy Number**

17 0011501269 3 00
8000 00000 HO   HO3P

**Date**

9/17/10

## EXISTING DAMAGE EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

It is understood and agreed that this policy is not intended to, and does not provide, coverage for any damages which occurred prior to policy inception, regardless of whether such damages were apparent at the time of the inception of this policy.

It is also understood and agreed that this policy is not intended to, and does not provide, coverage for any claims or damages arising out of workmanship, repairs and/or lack of repairs arising from damage which occurred prior to policy inception.

This endorsement applies to all coverages under this policy.

All other provisions of this policy apply.



THE UNDERSIGNED HEREBY CERTIFIES
THIS TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL EXECUTED DOCUMENT
BY:



I

BSIC17.003 1207   0707
4845210
9/17/10



Bankers Specialty Insurance Company

17 0011501269 3 00                                              9/17/10
8000 00000 HO   HO3P

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI, OR BACTERIA
# COVERAGE - LOUISIANA
### FOR USE WITH FORMS HO 00 03
### SCHEDULE*

| | These limits of liability apply to the total of all loss or costs payable under this endorsement, regardless of the number of "occurrences", the number of claims made, or the number of locations insured under this endorsement and listed in this Schedule. | |
|---|---|---|
| 1. | Section I - Property Coverage Limit Of Liability for the Additional Coverage "Fungi," Or "Bacteria" | $10,000 Occurrence $10,000 Aggregate |
| 2. | Section II - Coverage E Aggregate Sublimit of Liability for "Fungi," Or "Bacteria" | $50,000 |
| | *Entries may be left blank if shown elsewhere in this policy for this coverage. | |

## DEFINITIONS

The following definition is added:

**"Fungi"**

**a.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**b.** Under Section **II**, this does not include any fungi that are, are on, or are contained in, a good or product intended for consumption.

**"Bacteria"**

"Bacteria" means any type, kind or form of bacterium.

## SECTION I - PROPERTY COVERAGES

## SECTION I - PERILS INSURED AGAINST

In Form HO 00 03:

**A. Coverage A - Dwelling A and Coverage B - Other Structures**

Paragraph **2.c.(5)** is replaced by the following:

(5) Caused by any constant or repeated seepage or leakage of water or steam or the presence of condensation of humidity, moisture, or vapor, over a period of 14 or more days from within a plumbing, sprinkler system, or from within or around any household appliance, shower stall, shower tub, tub installation or other plumbing fixture, including their walls, ceilings, or floors.

Paragraph **2.c.(6)(c)** is replaced by the following:

(c) Smog, rust or other corrosion;

**B. Coverage C - Personal Property**

**12. Accidental Discharge Or Overflow Of Water Or Steam**

Paragraph b.(4) is replaced by the following: Caused by any constant or repeated seepage or leakage of water or steam or the presence of condensation of humidity, moisture, or vapor, over a period of 14 or more days from within a plumbing, sprinkler system, or from within or around any household appliance, shower stall, shower tub, tub installation or other plumbing fixture, including their walls, ceilings, or floors.

© ISO Properties, Inc., 2004
**Page 1 of 2**



I

## SECTION I - EXCLUSIONS

Exclusion **A.10.** is added:

**10. "Fungi", Wet Or Dry Rot, Or "Bacteria"**

"Fungi", Wet Or Dry Rot, Or "Bacteria" meaning the presence, growth, proliferation, spread or any activity of "fungi", or "bacteria".

This exclusion does not apply:

**a.** When "fungi", or "bacteria" results from fire or lightning;

**b.** To the extent coverage is provided for in the "Fungi", Or "Bacteria" Additional Coverage under Section I - Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning; or

**c.** With respect to "fungi", or "bacteria" that is located on the portion of the covered property that must be repaired or replaced because of direct physical damage caused by a Peril Insured Against.

However, the exclusion shall continue to apply to:

**(1)** The cost to treat, contain, remove or dispose of "Fungi", or "Bacteria" beyond that which is required to repair or replace the covered property physically damaged by a Peril Insured Against;

**(2)** The cost of any testing of air or property to confirm the absence, presence or level of "Fungi", or "Bacteria" whether performed prior to, during or after removal, repair, restoration or replacement; and

**(3)** Any increase in loss under Coverage D - Loss of Use and Additional Coverage **1.** Debris Removal resulting from **c.(1)** and **(2).**

Direct loss by a Peril Insured Against resulting from "fungi", or "bacteria" is covered.

## SECTION I - CONDITIONS

Condition **P. Policy Period** is replaced by the following:

**P. Policy Period**

This policy applies to loss or costs which occur during the policy period.

## SECTION II - CONDITIONS

Condition **A. Limit Of Liability** is replaced by the following:

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions during the term of this policy or any renewal thereof, will be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** limit of liability shown in the Declarations.

However, our total liability under Coverage **E** for the total of all damages because of or originating from directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", or "bacteria" will not be more than the Section **II** - Coverage **E** Aggregate Sublimit Of Liability for "Fungi", Or "Bacteria". That sublimit is the amount shown in the Schedule. This is the most we will pay regardless of the:

**1.** Number of locations insured under the policy to which this endorsement is attached;

**2.** Number of persons injured;

**3.** Number of persons whose property is damaged;

**4.** Number of "insureds"; or

**5.** Number of "occurrences" or claims made.

This sublimit is within, but does not increase, the Coverage **E** limit of liability. It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

With respect to damages because of or originating from "fungi", or "bacteria" described in **A.** Limit Of Liability of this endorsement, Condition **B. Severability Of Insurance** is replaced by the following:

**B. Severability Of Insurance**

This insurance applies separately to each "insured" except with respect to the Aggregate Sublimit of Liability described in this endorsement under Section **II** - Conditions **A.** Limit Of Liability. This condition will not increase the limit of liability for this coverage.

All other provisions of the policy apply.

©ISO Properties, Inc., 2004
**Page 2 of 2**

BH099.100A 0404  0707
4845210
9/17/10



Bankers Specialty Insurance Company

17 0011501269 3 00                                                        9/17/10
  8000 00000 HO   H03P

## YOUR HOMEOWNERS POLICY 3 - QUICK REFERENCE

**DECLARATIONS**

| | |
|---|---|
| Your Name | Coverages |
| Described Location | Limits of Liability |
| Policy Period | Deductible |

Beginning
On Page

**AGREEMENT** ............................................................... 1

**DEFINITIONS** ............................................................. 1

**SECTION I - PROPERTY COVERAGE** ................................. 3

    Dwelling          Loss of Use
    Other Structures    Additional Coverages
    Personal Property

**SECTION I - PERILS INSURED AGAINST** ........................... 8

**SECTION I - EXCLUSIONS** ........................................... 11

**SECTION I - CONDITIONS** .......................................... 13

**SECTION II - LIABILITY COVERAGES** ............................. 16

**SECTION II - EXCLUSIONS** ......................................... 16

**SECTION II - ADDITIONAL COVERAGES** ......................... 19

**SECTION II - CONDITIONS** ........................................ 20

**SECTION I AND II CONDITIONS** .................................. 21

Your Homeowners Insurance Policy is a legal contract between you and your insurance company.

**READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company. **IT IS, THEREFORE, IMPORTANT THAT YOU READ YOUR POLICY.**

The following is an index of the major provisions of your policy. Page numbers refer to the location of these provisions in the policy. Amendatory endorsements may be attached to your policy to modify these provisions or provide you with additional coverage(s).



I

BHO  99.194  0508   0707
4845210
9/17/10



Bankers Specialty Insurance Company

17  0011501269  3  00                                                        9/17/10
8000  00000  HO    HO3P

## JADE VALUE PLUS COVERAGE PACKAGE ENDORSEMENT
### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement may be added to other programs for an additional premium.

## SECTION I -PROPERTY COVERAGES
### Coverage A - Dwelling
The following coverage is added:

**Specified Additional Amount of Coverage A**

**Applies only when loss to building insured under Coverage A exceeds the Coverage A limit of liability shown in the declarations.**

**Additional amount of insurance: 50%**

The additional amount of insurance is determined by multiplying the Coverage A limit of liability shown in the Declarations by the percentage amount shown above.

To the extent that coverage is provided, we agree to provide an additional amount of insurance in accordance with the following provisions:

**A.** If you have:

  **1.** Allowed us to adjust the Coverage A limit of liability and the premium in accordance with:

    **a.** The property evaluations we make; and

    **b.** Any increases in inflation; and

  **2.** Notified us, within 30 days of completion, of any improvements, modifications, alterations or additions to the building insured under Coverage **A** which increase the replacement cost of the building by $5,000 or more, and pay any resulting additional premium for the increase in value, or there have been no such alterations;

The provisions of this endorsement will apply after a loss, provided you elect to repair or replace the damaged building.

**B.** If there is a loss to the building insured under Coverage **A** that exceeds the Coverage **A** limit of liability shown in the Declarations, for the purpose of settling that loss only:

  **1.** We will provide an additional amount of insurance, up to the amount described in the Schedule above; and

**2.** **Section I - Condition C. Loss Settlement**
Paragraph **2.** is replaced by Paragraphs **2., 3.,** and **4.** as follows:

  **2.** If, at the time of loss, the amount of insurance in this policy on the damaged building is 100% of the full replacement cost of the dwelling immediately before the loss and based on the accuracy of information you provided, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but no more than the smallest of the following amounts:

    **a.** The replacement cost of that part of the building damaged with material of like kind and quality; and use on the same premises or

    **b.** The necessary amount actually spent to repair or replace the damaged building; or

    **c.** The limit of liability under this policy that applies to the building, plus any additional amount provided by this endorsement.

    If the building is rebuilt at a new premises, the cost described in **a.** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

  **3.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

  **4.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to the building on an actual cash value basis. You may then make claim for any additional liability on a replacement cost basis, provided you notify us of your intent to do so within 180 days after the date of loss.

© ISO Properties, Inc., 2004
**Page 1 of 10**



This coverage is intended to protect you from unforeseen increases in construction cost due to economic factors. We will not increase the stated limit to cover loss caused by ordinances or laws that regulate the construction, repair, or demolition of this property; however, coverage for loss attributable to these factors is available by separate endorsement.

**Coverage C - Personal Property**
Coverage C is changed as follows:

The limit of liability for Coverage C - Personal Property is increased to 75% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

**3. Special Limits of Liability**
The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

a. $1,000 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

b. $5,000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

c. $5,000 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

d. $5,000 on trailers or semitrailers not used with watercraft of all types.

e. $5,000 for loss by theft, $1,500 for loss by misplacing or losing of jewelry, watches, furs, precious and semiprecious stones.

f. $5,000 for loss by theft, $2,500 for loss by misplacing or losing of firearms and related equipment.

g. $5,000 for loss by theft, $2,500 for loss by misplacing or losing of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, holloware, tea sets, trays and trophies made of or including silver, gold or pewter.

The following coverage is added:

**SPECIAL PERSONAL PROPERTY COVERAGE**

The Perils Insured Against under Coverages A, B and C are deleted and replaced by the following:

**SECTION I - PERILS INSURED AGAINST**
We insure against risk of direct loss to property described in Coverages A, B and C, only if that loss is a physical loss to property.

We do not insure, however, for loss:

1. Under Coverages A, B and C:
   a. Excluded under SECTION I - EXCLUSIONS;
   b. Caused by:
      (1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed, unless you have used reasonable care to
         (a) Maintain heat in the building; or
         (b) Shut off the water supply and drain the system and appliances of water;
      (2) Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
         (a) Fence, pavement, patio or swimming pool;
         (b) Foundation, retaining wall, or bulkhead; or

© ISO Properties, Inc., 2004

BHO 99.194 0508  0707
4845210
9/17/10

**BANKERS**
INSURANCE GROUP

17 0011501269 3 00

**(c)** Pier, wharf or dock;

**(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(4)** Any of the following:

**(a)** Wear and tear, marring, deterioration;

**(b)** Inherent vice, latent defect, mechanical breakdown;

**(c)** Smog, rust or other corrosion, mold, wet or dry rot;

**(d)** Smoke from agricultural smudging or industrial operations;

**(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by one or more of the Perils Insured Against that would apply under Coverage C of the policy form if this endorsement were not attached to the policy form.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

**(g)** Birds, vermin, rodents, or insects; or

**(h)** Animals owned or kept by an "insured."

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance.

We do not cover loss to the system or appliance from which this water escaped.

**(5)** Caused by any constant or repeated seepage or leakage of water or steam or the presence of condensation of humidity, moisture, or vapor, over a period of 14 or more days from within a plumbing, sprinkler system, or from within or around any household appliance, shower stall, shower tub, tub installation or other plumbing fixture, including their walls, ceiling, or floors.

Under items **(1)** through **(4)**, any ensuing loss to property described in Coverages A, B and C not excluded or excepted in this policy is covered.

**2.** Under Coverages A and B:

**a.** Caused by vandalism and malicious mischief if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

**b.** Involving collapse, other than as provided in Additional Coverages – **8.** Collapse. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

**3.** Under Coverage C caused by:

**a.** Breakage of:

**(1)** Eyeglasses, glassware, statuary, marble;

**(2)** Bric-a-brac, porcelains and similar fragile articles other than jewelry, watches, bronzes, cameras and photographic lenses.

There is coverage for breakage of the property by or resulting from:

**(1)** Fire, lightning, windstorm, hail;

**(2)** Smoke, other than smoke from agricultural smudging or industrial operations;

**(3)** Explosion, riot, civil commotion;

**(4)** Aircraft, vehicles, vandalism and malicious mischief, earthquake or volcanic eruption;



© ISO Properties, Inc., 2004
**Page 3 of 10**

I

**(5)** Collapse of a building or any part of a building;

**(6)** Water not otherwise excluded;

**(7)** Theft or attempted theft; or

**(8)** Sudden and accidental tearing apart, cracking, burning or bulging of:

**(a)** A steam or hot water heating system;

**(b)** An air conditioning or automatic fire protective sprinkler system; or

**(c)** An appliance for heating water;

**b.** Dampness of atmosphere, condensation, humidity or extremes of temperature unless the direct cause of loss is rain, snow, sleet or hail;

**c.** Refinishing, renovating or repairing property other than watches, jewelry and furs;

**d.** Collision, other than collision with a land vehicle, sinking, swamping or stranding of watercraft, including their trailers, furnishings, equipment and outboard engines or motors;

**e.** Destruction, confiscation or seizure by order of any government or public authority; or

**f.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. However, any ensuing loss to property described in Coverage C not excluded or excepted in this policy is covered.

## SECTION I - ADDITIONAL COVERAGES

**8. Collapse**

Paragraph **b.(1)** is deleted and replaced by the following:

**(1)** Perils Insured Against in Coverages A and B.

The following paragraph is also added:

This additional coverage does not apply to Coverage C - Personal Property.

## SECTION I - EXCLUSIONS

**A.2. Earth Movement.** The following paragraph is added:

This exclusion applies only to property described in Coverages A and B.

**A.3. Water Damage.** The following paragraphs are added:

Water damage to property described in Coverage C away from a premises or location owned, rented, occupied or controlled by an "insured" is covered.

Water damage to property described in Coverage C on a premises or location owned, rented, occupied or controlled by an "insured" is excluded even if weather conditions contribute in any way to produce the loss.

**D. Coverage D - Loss of Use**

The limit of liability for Coverage D - Loss of Use is increased to 30% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

**Coverage D - Loss of Use**

Coverage D - Loss of Use is changed as follows:

Item **4.** is added.

**4.** You will receive payment for the necessary increase in your normal living expense if:

**a)** Your residence is made uninhabitable by an off premises power stoppage; and

**b)** This power stoppage is caused by a Peril Insured Against under Coverages A, B or C.

Payment is limited by the amount shown under Coverage D. In addition, this increased coverage will not start until the "residence premises" has been uninhabitable for 48 hours and it will continue for not longer than 7 consecutive days.

**E. Additional Coverages**

**Fire Department Service Charge**
The limit of liability for Additional Coverage **4.,** is increased to $1,000.

**Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.** The limit of liability for Additional Coverage **6.** is increased to $5,000.

**Ordinance or Law.** The limit of liability for Additional Coverage **11.** is increased to 25% of the limit of liability for Coverage A.

© ISO Properties, Inc., 2004

BHO 99.194 0508   0707
4845210
9/17/10



17 0011501269 3 00

The following additional coverages are added:

**13. HOME COMPUTER COVERAGE**

**Limit of Liability: Occurrence/Aggregate**
**$10,000**

**DEFINITIONS**
With respect to the coverage provided by this endorsement, "computer equipment" means:

**1.** Computer hardware, software, operating systems or networks; and

**2.** Other electronic parts, equipment or systems solely designed for use with or connected to equipment in **1.** above.

**SECTION I - PERILS INSURED AGAINST**
With respect to "computer equipment" defined above, the Perils Insured Against which apply to **Coverage C - Personal Property** are deleted and replaced by the following:

**1.** We cover an "insured's" "computer equipment", as defined in this endorsement, against risk of direct physical loss due to a covered peril.

**2.** We do not insure, however, for loss:
   **a.** Excluded under Section I - Exclusions.
   **b.** Caused by:
     **(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

       **(a)** Maintain heat in the building; or

       **(b)** Shut off the water supply and drain all systems and appliances of water;

     However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

     For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

     **(2)** Theft in or to a dwelling under construction, until the dwelling is finished and occupied;

     **(3)** Mold, fungus or wet rot;

     **(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

     **(5)** Dampness of atmosphere, condensation, humidity or extremes of temperature unless the direct cause of loss is rain, snow, sleet or hail;

     **(6)** Refinishing, renovating or repairing property;

     **(7)** Collision, other than collision with a land vehicle, sinking, swamping or stranding of watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors;

     **(8)** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. However, any ensuing loss not excluded or excepted in this policy is covered; or

     **(9)** Any of the following:
       **(a)** Wear and tear, marring, deterioration;

       **(b)** Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

       **(c)** Smog, rust or other corrosion or dry rot;

       **(d)** Smoke from agricultural smudging or industrial operations;

       **(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by one or more of the Perils Insured Against that would apply under Coverage **C** of the policy form if this endorsement were not attached to the policy form.



© ISO Properties, Inc., 2004
**Page 5 of 10**

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

**(g)** Birds, vermin, rodents or insects; or

**(h)** Animals owned or kept by an "insured".

**(10)** Errors or omissions in processing or machine programming error or instructions to the "computer equipment".

**(11)** "Computer Equipment" used for any business purpose.

**Exception To b.(9)**

Unless the loss is otherwise excluded, we cover loss to "computer equipment" resulting from an accidental discharge or overflow of water or steam from within a:

**(i)** Storm drain or water, steam or sewer pipe off the "residence premises"; or

**(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For the purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, down spout or similar fixtures or equipment.

Section I - Water Damage Exclusion Paragraphs **a.** and **c.,** that apply to surface water and water below the surface of the ground, do not apply to loss by water covered under **b.(9)** above.

With respect to the precluded perils in **2.b.(1)** through **(3)** and **b.(9),** any ensuing loss not precluded by any other provision in this policy is covered.

**SPECIAL CONDITIONS**

The coverage provided by this endorsement does not:

**1.** Increase the Coverage **C** limit of liability;

**2.** Modify the Coverage **C** Special Limits of Liability; or

**3.** Modify any provision that applies to Coverage **C** Property Not Covered.

**14. IDENTITY FRAUD EXPENSE COVERAGE**

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

**1.** "Identity fraud" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "insured" with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

**2.** "Expenses" means:

**a.** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

**b.** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

**c.** Lost income resulting from time taken off work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum payment of $200 per day. Total payment for lost income is not to exceed $5,000.

**d.** Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information.

**e.** Reasonable attorney fees incurred as a result of "identity fraud" to:

**(1)** Defend lawsuits brought against an "insured" by merchants, financial institutions or their collection agencies;

**(2)** Remove any criminal or civil judgments wrongly entered against an "insured"; and

© ISO Properties, Inc., 2004



BHO 99.194 0508   0707
4845210
9/17/10

17 0011501269 3 00

**(3)** Challenge the accuracy or completeness of any information in a consumer credit report.

**f.** Charges incurred for long distance telephone calls to merchants, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity fraud".

The following Additional Coverage is added under **Section I:**

### IDENTITY FRAUD EXPENSE

We will pay up to $15,000 for "expenses" incurred by an "insured" as the direct result of any one "identity fraud" first discovered or learned of during the policy period.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an "insured", is considered to be one "identity fraud", even if a series of acts continues into a subsequent policy period.

This coverage is additional insurance.

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We do not cover:

**1.** Loss because of or originating from or in connection with a "business".

**2.** "Expenses" incurred due to any fraudulent, dishonest or criminal act by an "insured" or any person aiding or abetting an "insured", or by any authorized representative of an "insured", whether acting alone or in collusion with others.

**3.** Loss other than "expenses".

### SPECIAL DEDUCTIBLE

We will pay only that part of the loss that exceeds $250. No other deductible applies to "identity fraud" expense coverage.

### SECTION I - CONDITION

**B. Duties After Loss**

The following is added:

Send to us, within 60 days after our request, receipts, bills or other records that support your claim for "expenses" under "identity fraud" coverage.

### 15. INCREASED LIMITS ON BUSINESS PROPERTY

### SECTION I - PROPERTY COVERAGES
**Coverage C - Personal Property**

**3. Special Limits Of Liability**

**a.** The Special Limit Of Liability in Category **3.h.** that applies to "business" property on the "residence premises" shown below is the total limit for each loss for all property in this category. These special limits do not increase the Coverage **C** limit of liability.

**Limit of Liability: Occurrence/Aggregate** $10,000

This Increase In Limit Of Liability does not apply to "business" property:

**(1)** In storage or held:

**a.** As a sample; or

**b.** For sale or delivery after sale; or

**(2)** That pertains to a "business" actually conducted on the "residence premises".

**b.** The Special Limit Of Liability in Category **3.i.** that applies to "business" property away from the "residence premises" is increased to an amount that is 20 percent of the Total Limit Of Liability shown above.

The Special Limit Of Liability in Category **3.i.** does not apply to electronic apparatus as described in Categories **3.j.** and **k.**

### 16. LOCK REPLACEMENT COVERAGE

We will pay the necessary expense incurred to replace locks or cylinders due to stolen keys to the "residence premises" or covered theft of property from within the "residence premises".

The following conditions apply:

**a.** The limit is $500 on all locks and cylinders for each loss;

**b.** The police are notified of the stolen keys; and

**c.** Locks or cylinders are replaced within 72 hours after the loss or theft is discovered.

Keys entrusted to a custodian or property manager are not considered stolen.

We do not cover locks or cylinders for any motor vehicle, motorized land vehicle, or any other building, structure, room or vault which is not part of the "residence premises".

We will pay only that part of the loss that exceeds $100. No other deductible applies to this coverage.



© ISO Properties, Inc., 2004

## 17. REFRIGERATED PROPERTY COVERAGE

### A. Definitions

The following definition is added:

"Loss of power" means the complete or partial interruption of electric power due to conditions beyond an "insured's" control.

### B. Coverage

1. We insure, for up to $1,000 occurrence/ aggregate, covered property stored in freezers or refrigerators on the "residence premises" for direct loss caused by:

   a. "Loss of power" to the refrigeration unit. "Loss of power" must be caused by damage to:

      (1) Generating equipment; or

      (2) Transmitting equipment; or

   b. Mechanical failure of the unit which stores the property.

2. Coverage will apply only if you have maintained the refrigeration unit in proper working condition immediately prior to the loss.

3. Coverage does not apply to wine, alcohol beverages or spirits.

4. This endorsement does not increase the limit of liability for Coverage **C**.

### C. Special Deductible

The following will replace any other deductible provision in this policy with respect to loss covered under this endorsement.

We will pay only that part of the total of all loss payable that exceeds $100. No other deductible applies to this coverage.

### D. Exception To Power Failure Exclusion

The Power Failure exclusion does not apply to this coverage.

## 18. WATER BACKUP AND SUMP DISCHARGEOR OVERFLOW

### A. Coverage

We insure, up to $20,000 occurrence/ aggregate, for direct physical loss, not caused by the negligence of an "insured", to property covered under Section I caused by water, or water-borne material, which:

1. Backs up through sewers or drains on the "residence premises". A sewer or drain is a pipe mechanically connected to the residence plumbing system, gutters or downspouts, or other drainage pipe located on the "residence premises" used to drain water or waste away from the "residence premises". A backup is not due to the inability of sewer or drain to handle the amount of any flood, surface water, waves, tides, tidal water, overflow of any body of water, or spray from any of these whether or not driven by wind caused by or resulting from human or animal forces, any act of nature, or any man made events including but not limited to, breaches or failure of dams, levees, reservoirs, water mains, or embankments trying to enter the sewer or drain; or

   Overflows or is discharged from a:

2. a. Sump, sump pump; or

   b. Related equipment;

   even if such overflow or discharge results from mechanical breakdown. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown of the sump pump. This additional coverage is intended to cover damage caused by water that overflows the sump pit due to mechanical breakdown of the sump pump but not damage caused by any flood surface water waves, tides, tidal water, overflow of any body of water, or spray from any of these, whether or not driven by wind caused by or resulting from human or animal forces, any act of nature, or any man made events including but not limited to, breaches or failure of dams, levees, reservoirs, water mains, or embankments before it enters the sump pit. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This coverage does not increase the limits of liability for Coverages **A, B, C** or **D** stated in the Declarations.

© ISO Properties, Inc., 2004

BHO 99.194 0508  0707
4845210
9/17/10



17 0011501269 3 00

## B. Section I - Perils Insured Against

With respect to the coverage described in **A.** above, Paragraph:

**A.2.c.(6)(b)** in Form **HO 00 03;**

**A.2.e.(2)** in Form **HO 00 05;**

**2.j.(2)** in Endorsement **HO 05 24;**

**3.j.(2)** in Endorsement **HO 17 31; and**

**2.c.(6)(b)** in Endorsement **HO 17 32;**

is deleted and replaced by the following:

Latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

## C. Special Deductible

The following replaces any other deductible provision in this policy with respect to loss covered under this endorsement.

We will pay only that part of the total of all loss payable under Section **I** that exceeds $1,000. No other deductible applies to this coverage. This deductible does not apply with respect to Coverage **D** - Loss of Use.

## D. Exclusion

The Water Damage exclusion is deleted and replaced by the following:

Water Damage, meaning:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

**b.** Water, or water-borne material, which:

   **(1)** Backs up through sewers or drains; or

   **(2)** Overflows or is discharged from a sump, sump pump or related equipment;

   as a direct or indirect result of flood; or

**c.** Water, or water-borne material, below the surface of the ground, including water which:

   **(1)** Exerts pressure on; or

   **(2)** Seeps or leaks through;

   a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces, any act of nature or any man made events including but not limited to, breaches or failure of dams, levees, reservoirs, water mains, or embankments trying to enter the sewer or drain.

Direct loss by fire or explosion resulting from water damage is covered. Special Deductible

## SECTION II - LIABILITY

The following coverage is added:

## DOG LIMITED LIABILITY

Coverage under Section II, Coverage E - Personal Liability and Coverage F - Medical Payments to Others will apply to "bodily injury" and "property damage" caused or originated from dogs owned or kept by any insured subject to the exclusions and conditions listed in your policy. The limits of liability shown below under 'Limits of Liability' replace the limits of liability shown on the declarations page for any and all covered losses resulting from covered dogs owned or kept by any insured. Your policy is changed as follows:

## SPECIAL PROVISIONS FOR LOUISIANA

Under Section II -EXCLUSIONS

Under E. Coverage E - Personal Liability and Coverage F -Medical Payments to Others do not apply to:

Paragraph 10. is deleted and replaced by the following:

10. "Bodily injury" or "property damage" caused by or originating from:

   a) Any prohibited breed of dog, or any other type of animal, owned or kept by any insured, in the care, custody or control of any insured, or that of your employee, agent, visitor, or tenant, whether or not the damage occurs on your premises, on your premises with your or any "insureds" permission or any other location.

   **Prohibited breeds of dogs include the following breeds of dogs and any mixes of dogs:**
   Akita
   Chow
   Doberman Pinscher
   Great Dane
   German Shepherd
   Husky, (Siberian Husky, Husky type)
   Alaskan Malamute,
   Pit Bull (American Pit Bull Terrier, Pit Bull Terrier)
   Staffordshire Terrier, (American Staffordshire Terrier)
   American Bulldog



© ISO Properties, Inc., 2004
**Page 9 of 10**

I

Rottweiler

Presa Canario

Cane Corso

Wolf or Wolf breed

Coyotes

Wild dogs

Guard or Attack dogs, including police or military dogs

Any breed historically bred for fighting

Any dog with a prior history of biting or attacking persons, property or other animals as established through insurance claims records, or through the records of local public safety, law enforcement or other similar regulatory agency.

Any dog that has not had inoculations as required by law.

**LIMITS OF LIABILITY**

Special limits of liability apply to coverage provided by this endorsement as follows:

Coverage E - Personal Liability  $25,000

Coverage F - Medical Payments to Others $1,000

This endorsement does not increase the Limit of liability for Coverage E - Personal Liability or Coverage F - Medical Payments to Others.

All other provisions of the policy apply.

© ISO Properties, Inc., 2004

HO 00 03 1000   0707
4845210
9/17/10



Bankers Specialty Insurance Company

17 0011501269 3 00                                                    9/17/10
8000 00000 HO   HO3P

# HOMEOWNERS 3 - SPECIAL FORM

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

**1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

**a.** Liability for "bodily injury" or "property damage" arising out of the:

**(1)** Ownership of such vehicle or craft by an "insured";

**(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**(3)** Entrustment of such vehicle or craft by an "insured" to any person;

**(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

**b.** For the purpose of this definition:

**(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

**(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

**(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

**2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

**b.** Any other activity engaged in for money or other compensation, except the following:

**(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

**(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(4)** The rendering of home day care services to a relative of an "insured".

**4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**5.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in the care of any person named above;

**b.** A student enrolled in school full time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

**(1)** 24 and your relative; or

**(2)** 21 and in your care or the care of a person described in **a.(1)** above; or



Copyright, Insurance Services Office, Inc., 1999

**Page 1 of 22**

**c.** Under Section **II**:

   **(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **a.** or **b.** above. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

   **(2)** With respect to a "motor vehicle" to which this policy applies:

   **(a)** Persons while engaged in your employ or that of any person included in **a.** or **b.** above; or

   **(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II**, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**6.** "Insured location" means:

   **a.** The "residence premises";

   **b.** The part of other premises, other structures and grounds used by you as a residence; and

   **(1)** Which is shown in the Declarations; or

   **(2)** Which is acquired by you during the policy period for your use as a residence;

   **c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

   **d.** Any part of a premises:

   **(1)** Not owned by an "insured"; and

   **(2)** Where an "insured" is temporarily residing;

   **e.** Vacant land, other than farm land, owned by or rented to an "insured";

   **f.** Land owned by or rented to an "insured" on which a one, two, three or four family dwelling is being built as a residence for an "insured";

   **g.** Individual or family cemetery plots or burial vaults of an "insured"; or

   **h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**7.** "Motor vehicle" means:

   **a.** A self-propelled land or amphibious vehicle; or

   **b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

   **a.** "Bodily injury"; or

   **b.** "Property damage".

**9.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**10.** "Residence employee" means:

   **a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

   **b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

**11.** "Residence premises" means:

   **a.** The one family dwelling where you reside;

   **b.** The two, three or four family dwelling where you reside in at least one of the family units; or

   **c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

Copyright, Insurance Services Office, Inc., 1999

HO 00 03 1000   0707
4845210
9/17/10



17 0011501269 3 00

## DEDUCTIBLE

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under Section I that exceeds the deductible amount shown in the Declarations.

## SECTION I - PROPERTY COVERAGES

### A. Coverage A - Dwelling

**1.** We cover:

    **a.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

    **b.** Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

**2.** We do not cover land, including land on which the dwelling is located.

### B. Coverage B - Other Structures

**1.** We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

**2.** We do not cover:

    **a.** Land, including land on which the other structures are located;

    **b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

    **c.** Other structures from which any "business" is conducted; or

    **d.** Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

**3.** The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage **A**. Use of this coverage does not reduce the Coverage **A** limit of liability.

### C. Coverage C - Personal Property

#### 1. Covered Property

We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

    **a.** Others while the property is on the part of the "residence premises" occupied by an "insured"; or

    **b.** A guest or a "residence employee", while the property is in any residence occupied by an "insured".

#### 2. Limit For Property At Other Residences

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage **C**, or $1,000, whichever is greater. However, this limitation does not apply to personal property:

    **a.** Moved from the "residence premises" because it is being repaired, renovated or rebuilt and is not fit to live in or store property in; or

    **b.** In a newly acquired principal residence for 30 days from the time you begin to move the property there.

#### 3. Special Limits Of Liability

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

    **a.** $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

    **b.** $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

    This limit includes the cost to research, replace or restore the information from the lost or damaged material.

Copyright, Insurance Services Office, Inc., 1999



I

c. $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

d. $1,500 on trailers or semitrailers not used with watercraft of all types.

e. $1,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.

f. $2,500 for loss by theft of firearms and related equipment.

g. $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

h. $2,500 on property, on the "residence premises", used primarily for "business" purposes.

i. $500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to loss to electronic apparatus and other property described in Categories **j.** and **k.** below.

j. $1,500 on electronic apparatus and accessories, while in or upon a "motor vehicle", but only if the apparatus is equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **j.**

k. $1,500 on electronic apparatus and accessories used primarily for "business" while away from the "residence premises" and not in or upon a "motor vehicle". The apparatus must be equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **k.**

## 4. Property Not Covered

We do not cover:

a. Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

b. Animals, birds or fish;

c. "Motor vehicles".

(1) This includes:

(a) Their accessories, equipment and parts; or

(b) Electronic apparatus and accessories designed to be operated solely by power from the electrical system of the "motor vehicle". Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described above.

The exclusion of property described in **(a)** and **(b)** above applies only while such property is in or upon the "motor vehicle".

(2) We do cover "motor vehicles" not required to be registered for use on public roads or property which are:

(a) Used solely to service an "insured's" residence; or

(b) Designed to assist the handicapped;

d. Aircraft meaning any contrivance used or designed for flight including any parts whether or not attached to the aircraft.

We do cover model or hobby aircraft not used or designed to carry people or cargo;

e. Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

f. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

g. Property in an apartment regularly rented or held for rental to others by an "insured", except as provided in **E.10.** Landlord's Furnishings under Section I - Property Coverages;

h. Property rented or held for rental to others off the "residence premises";

i. "Business" data, including such data stored in:

(1) Books of account, drawings or other paper records; or

(2) Computers and related equipment.

We do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market;

Copyright, Insurance Services Office, Inc., 1999

**BANKERS**
INSURANCE GROUP

17  0011501269  3  00

HO  00  03 1000   0707
4845210
9/17/10

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in **E. 6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages; or

**k.** Water or steam.

## D. Coverage D - Loss Of Use

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use below.

**1. Additional Living Expense**

If a loss covered under Section **I** makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2. Fair Rental Value**

If a loss covered under Section **I** makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

**3. Civil Authority Prohibits Use**

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

**4. Loss Or Expense Not Covered**

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

## E. Additional Coverages

**1. Debris Removal**

**a.** We will pay your reasonable expense for the removal of:

**(1)** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

**(2)** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

**b.** We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

**(1)** Your tree(s) felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

**(2)** A neighbor's tree(s) felled by a Peril Insured Against under Coverage **C**;

provided the tree(s)

**(3)** Damage(s) a covered structure; or

**(4)** Does not damage a covered structure, but:

**(a)** Block(s) a driveway on the "residence premises" which prevent(s) a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

**(b)** Block(s) a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

The $1,000 limit is the most we will pay in any one loss regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

**2. Reasonable Repairs**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

Copyright, Insurance Services Office, Inc., 1999



I

**b.** If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

**(1)** Increase the limit of liability that applies to the covered property; or

**(2)** Relieve you of your duties, in case of a loss to covered property, described in **B.4.** under Section I - Conditions.

### 3. Trees, Shrubs And Other Plants

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

**a.** Fire or Lightning;

**b.** Explosion;

**c.** Riot or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by a resident of the "residence premises";

**f.** Vandalism or Malicious Mischief; or

**g.** Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

### 4. Fire Department Service Charge

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

### 5. Property Removed

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

### 6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money

**a.** We will pay up to $500 for:

**(1)** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

**(2)** Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

**(3)** Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

**(4)** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

This coverage is additional insurance. No deductible applies to this coverage.

**b.** We do not cover:

**(1)** Use of a credit card, electronic fund transfer card or access device:

**(a)** By a resident of your household;

**(b)** By a person who has been entrusted with either type of card or access device; or

**(c)** If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

**(2)** Loss arising out of "business" use or dishonesty of an "insured".

**c.** If the coverage in **a.** above applies, the following defense provisions also apply:

**(1)** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

**(2)** If a suit is brought against an "insured" for liability under **a.(1)** or **(2)** above, we will provide a defense at our expense by counsel of our choice.

**(3)** We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under **a.(3)** above.

Copyright, Insurance Services Office, Inc., 1999

HO 00 03 1000   0707
4845210
9/17/10

**BANKERS**
INSURANCE GROUP

17  0011501269  3  00

### 7. Loss Assessment

**a.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage **A**, other than:

   **(1)** Earthquake; or

   **(2)** Land shock waves or tremors before, during or after a volcanic eruption.

   The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Paragraph **P.** Policy Period under Section **I** - Conditions does not apply to this coverage.

This coverage is additional insurance.

### 8. Collapse

**a.** With respect to this Additional Coverage:

   **(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

   **(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

   **(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

   **(4)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

   **(1)** The Perils Insured Against named under Coverage **C**;

   **(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

   **(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

   **(4)** Weight of contents, equipment, animals or people;

   **(5)** Weight of rain which collects on a roof; or

   **(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

**d.** This coverage does not increase the limit of liability that applies to the damaged covered property.

### 9. Glass Or Safety Glazing Material

**a.** We cover:

   **(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

   **(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

   **(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

Copyright, Insurance Services Office, Inc., 1999

**Page 7 of 22**



I

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

**(2)** On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in **a.(2)** above. A dwelling being constructed is not considered vacant.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**10. Landlord's Furnishings**

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused by a Peril Insured Against in Coverage **C**, other than Theft.

This limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability applying to the damaged property.

**11. Ordinance Or Law**

**a.** You may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**12. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against under Coverage **C**.

This coverage does not increase the limits of liability that apply to the damaged covered property.

**SECTION I - PERILS INSURED AGAINST**

**A. Coverage A - Dwelling And Coverage B - Other Structures**

**1.** We insure against risk of direct physical loss to property described in Coverages **A** and **B**.

**2.** We do not insure, however, for loss:

**a.** Excluded under Section I - Exclusions;

**b.** Involving collapse, except as provided in **E.8.** Collapse under Section I - Property Coverages; or

**c.** Caused by:

**(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

**(a)** Maintain heat in the building; or

Copyright, Insurance Services Office, Inc., 1999

HO 00 03 1000   0707
4845210
9/17/10

**BANKERS**
INSURANCE GROUP

17  0011501269  3  00

**(b)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

**(a)** Fence, pavement, patio or swimming pool;

**(b)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building, or other structure;

**(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**(d)** Pier, wharf or dock;

**(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**(5)** Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

**(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

**(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**(6)** Any of the following:

**(a)** Wear and tear, marring, deterioration;

**(b)** Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

**(c)** Smog, rust or other corrosion, or dry rot;

**(d)** Smoke from agricultural smudging or industrial operations;

**(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C**.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

**(g)** Birds, vermin, rodents, or insects; or

**(h)** Animals owned or kept by an "insured".

**Exception To c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

**(i)** Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

Copyright, Insurance Services Office, Inc., 1999



**(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, down spout or similar fixtures or equipment.

Section I - Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **c.(5)** and **(6)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

## B. Coverage C - Personal Property

We insure for direct physical loss to the property described in Coverage **C** caused by any of the following perils unless the loss is excluded in Section I - Exclusions.

**1. Fire Or Lightning**

**2. Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**3. Explosion**

**4. Riot Or Civil Commotion**

**5. Aircraft**

This peril includes self-propelled missiles and spacecraft.

**6. Vehicles**

**7. Smoke**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

**8. Vandalism Or Malicious Mischief**

**9. Theft**

**a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

**b.** This peril does not include loss caused by theft:

**(1)** Committed by an "insured";

**(2)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(3)** From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

**(4)** That occurs off the "residence premises" of:

**(a)** Trailers, semitrailers and campers;

**(b)** Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

**(c)** Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 60 days immediately before the loss.

**10. Falling Objects**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight Of Ice, Snow Or Sleet**

This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

Copyright, Insurance Services Office, Inc., 1999

HO 00 03 1000   0707
4845210
9/17/10

**BANKERS**
INSURANCE GROUP

17  0011501269  3  00

**12. Accidental Discharge Or Overflow Of Water Or Steam**

**a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

**b.** This peril does not include loss:

**(1)** To the system or appliance from which the water or steam escaped;

**(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing;

**(3)** On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

**(4)** Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

**c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**d.** Section I - Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**13. Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

**14. Freezing**

**a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden And Accidental Damage From Artificially Generated Electrical Current**

This peril does not include loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

**SECTION I - EXCLUSIONS**

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**1. Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided for in **E.11.** Ordinance Or Law under Section I - Property Coverages;

**b.** The requirements of which result in a loss in value to property; or

**c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion **A.1.** applies whether or not the property has been physically damaged.

**2. Earth Movement**

Earth Movement means:

**a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

Copyright, Insurance Services Office, Inc., 1999

**Page 11 of 22**



**b.** Landslide, mudslide or mudflow;

**c.** Subsidence or sinkhole; or

**d.** Any other earth movement including earth sinking, rising or shifting;

caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

This Exclusion **A.2.** does not apply to loss by theft.

**3. Water Damage**

Water Damage means:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

**b.** Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

**c.** Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

**5. Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War**

War includes the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **M.** Nuclear Hazard Clause under Section I - Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A**, **B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the "residence premises".

Copyright, Insurance Services Office, Inc., 1999

HO 00 03 1000   0707
4845210
9/17/10

**BANKERS**
INSURANCE GROUP

17  0011501269 3 00

## SECTION I - CONDITIONS

### A. Insurable Interest And Limit Of Liability

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

1. To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

2. For more than the applicable limit of liability.

### B. Duties After Loss

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

1. Give prompt notice to us or our agent;

2. Notify the police in case of loss by theft;

3. Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I - Property Coverages;

4. Protect the property from further damage. If repairs to the property are required, you must:

   a. Make reasonable and necessary repairs to protect the property; and

   b. Keep an accurate record of repair expenses;

5. Cooperate with us in the investigation of a claim;

6. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

7. As often as we reasonably require:

   a. Show the damaged property;

   b. Provide us with records and documents we request and permit us to make copies; and

   c. Submit to examination under oath, while not in the presence of another "insured", and sign the same;

8. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   a. The time and cause of loss;

   b. The interests of all "insureds" and all others in the property involved and all liens on the property;

   c. Other insurance which may cover the loss;

d. Changes in title or occupancy of the property during the term of the policy;

e. Specifications of damaged buildings and detailed repair estimates;

f. The inventory of damaged personal property described in **6.** above;

g. Receipts for additional living expenses incurred and records that support the fair rental value loss; and

h. Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I - Property Coverages, stating the amount and cause of loss.

### C. Loss Settlement

In this Condition **C.**, the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **E.11.** Ordinance Or Law under Section I - Property Coverages. Covered property losses are settled as follows:

1. Property of the following types:

   a. Personal property;

   b. Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

   c. Structures that are not buildings; and

   d. Grave markers, including mausoleums;

   at actual cash value at the time of loss but not more than the amount required to repair or replace.

2. Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

   a. If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of any deductible and without deduction for depreciation, but not more than the least of the following amounts:

      (1) The limit of liability under this policy that applies to the building;

      (2) The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

      (3) The necessary amount actually spent to repair or replace the damaged building.

Copyright, Insurance Services Office, Inc., 1999

If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

**b.** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

   **(1)** The actual cash value of that part of the building damaged; or

   **(2)** That proportion of the cost to repair or replace, after application of any deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

   **(1)** Excavations, footings, foundations, piers, or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

   **(2)** Those supports described in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

   **(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

   **(1)** Less than 5% of the amount of insurance in this policy on the building; and

   **(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **C. Loss Settlement**, provided you notify us of your intent to do so within 180 days after the date of loss.

**D. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**E. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**F. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**1.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**G. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.

Copyright, Insurance Services Office, Inc., 1999



17 0011501269 3 00

**H. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**I. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

1. Reach an agreement with you;

2. There is an entry of a final judgment; or

3. There is a filing of an appraisal award with us.

**J. Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**K. Mortgage Clause**

1. If a mortgage is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

2. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

   a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

   b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

   c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **E.** Appraisal, **G.** Suit Against Us and **I.** Loss Payment under Section I - Conditions also apply to the mortgagee.

3. If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

4. If we pay the mortgagee for any loss and deny payment to you:

   a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

   b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

5. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**L. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**M. Nuclear Hazard Clause**

1. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

2. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

3. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**N. Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**O. Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72 hour period will be considered as one volcanic eruption.

**P. Policy Period**

This policy applies only to loss which occurs during the policy period.

**Q. Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

Copyright, Insurance Services Office, Inc., 1999
**Page 15 of 22**



2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

**R. Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

## SECTION II - LIABILITY COVERAGES

### A. Coverage E - Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

### B. Coverage F - Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location", if the "bodily injury":

a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

b. Is caused by the activities of an "insured";

c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

d. Is caused by an animal owned by or in the care of an "insured".

## SECTION II - EXCLUSIONS

### A. "Motor Vehicle Liability"

1. Coverages **E** and **F** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

a. Is registered for use on public roads or property;

b. Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

c. Is being:

(1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

(2) Rented to others;

(3) Used to carry persons or cargo for a charge; or

(4) Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

2. If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

a. In dead storage on an "insured location";

b. Used solely to service an "insured's" residence;

c. Designed to assist the handicapped and, at the time of an "occurrence", it is:

(1) Being used to assist a handicapped person; or

(2) Parked on an "insured location";

d. Designed for recreational use off public roads and:

(1) Not owned by an "insured"; or

(2) Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions **B. 6.a., b., d., e.** or **h.**; or

e. A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

(1) A golfing facility and is parked or stored there, or being used by an "insured" to:

(a) Play the game of golf or for other recreational or leisure activity allowed by the facility;

Copyright, Insurance Services Office, Inc., 1999

HO 00 03 1000  0707
4845210
9/17/10

**BANKERS**
INSURANCE GROUP

17 0011501269 3 00

(b) Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

(c) Cross public roads at designated points to access other parts of the golfing facility; or

(2) A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

**B. "Watercraft Liability"**

1. Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

   a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

   b. Rented to others;

   c. Used to carry persons or cargo for a charge; or

   d. Used for any "business" purpose.

2. If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

   a. Is stored;

   b. Is a sailing vessel, with or without auxiliary power, that is:

      (1) Less than 26 feet in overall length; or

      (2) 26 feet or more in overall length and not owned by or rented to an "insured"; or

   c. Is not a sailing vessel and is powered by:

      (1) An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

         (a) 50 horsepower or less and not owned by an "insured"; or

         (b) More than 50 horsepower and not owned by or rented to an "insured"; or

      (2) One or more outboard engines or motors with:

         (a) 25 total horsepower or less;

         (b) More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

         (c) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

(d) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

   (i) You declare them at policy inception; or

   (ii) Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in **(c)** and **(d)** above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C. "Aircraft Liability"**

This policy does not cover "aircraft liability".

**D. "Hovercraft Liability"**

This policy does not cover "hovercraft liability".

**E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others**

Coverages **E** and **F** do not apply to the following:

1. **Expected Or Intended Injury**

   "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

   a. Is of a different kind, quality or degree than initially expected or intended; or

   b. Is sustained by a different person, entity, real or personal property, than initially expected or intended.

   However, this Exclusion **E.1.** does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

2. **"Business"**

   a. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

   This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

   b. This Exclusion **E.2.** does not apply to:

      (1) The rental or holding for rental of an "insured location";

Copyright, Insurance Services Office, Inc., 1999

**(a)** On an occasional basis if used only as a residence;

**(b)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**3. Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

**4. "Insured's" Premises Not An "Insured Location"**

"Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured"; that is not an "insured location";

**5. War**

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**6. Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

**7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**F. Coverage E - Personal Liability**

Coverage **E** does not apply to:

**1.** Liability:

**a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section **II** - Additional Coverages;

**b.** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

**(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

**(2)** Where the liability of others is assumed by you prior to an "occurrence";

unless excluded in **a.** above or elsewhere in this policy;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.** "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

**4.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

**a.** Workers' compensation law;

Copyright, Insurance Services Office, Inc., 1999

HO 00 03 1000  0707
4845210
9/17/10

**BANKERS**
INSURANCE GROUP

17 0011501269 3 00

b. Non-occupational disability law; or

c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

  a. Is also an insured under a nuclear energy liability insurance policy issued by the:

    (1) Nuclear Energy Liability Insurance Association;

    (2) Mutual Atomic Energy Liability Underwriters;

    (3) Nuclear Insurance Association of Canada;

    or any of their successors; or

  b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definitions **5.a.** or **b.**

This exclusion also applies to any claim made or suit brought against you or an "insured":

  a. To repay; or

  b. Share damages with;

another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage F - Medical Payments To Others**

Coverage **F** does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

  a. Occurs off the "insured location"; and

  b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

  a. Workers' compensation law;

  b. Non-occupational disability law; or

  c. Occupational disease law;

3. From any:

  a. Nuclear reaction;

  b. Nuclear radiation; or

  c. Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

  d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

**SECTION II - ADDITIONAL COVERAGES**

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

  a. To the extent of any amount recoverable under Section I;

  b. Caused intentionally by an "insured" who is 13 years of age or older;

  c. To property owned by an "insured";

  d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

  e. Arising out of:

    (1) A "business" engaged in by an "insured";

    (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

    (3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

Copyright, Insurance Services Office, Inc., 1999



This exclusion **e.(3)** does not apply to a "motor vehicle" that:

    **(a)** Is designed for recreational use off public roads;

    **(b)** Is not owned by an "insured"; and

    **(c)** At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

**D. Loss Assessment**

    **1.** We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

        **a.** "Bodily injury" or "property damage" not excluded from coverage under Section II - Exclusions; or

        **b.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

            **(1)** Is elected by the members of a corporation or association of property owners; and

            **(2)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

    **2.** Paragraph **I.** Policy Period under Section II - Conditions does not apply to this Loss Assessment Coverage.

    **3.** Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

        **a.** One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

        **b.** A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

    **4.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**SECTION II - CONDITIONS**

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** limit of liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

    **1.** Give written notice to us or our agent as soon as is practical, which sets forth:

        **a.** The identity of the policy and the "named insured" shown in the Declarations;

        **b.** Reasonably available information on the time, place and circumstances of the "occurrence"; and

        **c.** Names and addresses of any claimants and witnesses;

    **2.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

    **3.** Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

    **4.** At our request, help us:

        **a.** To make settlement;

        **b.** To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

Copyright, Insurance Services Office, Inc., 1999

HO 00 03 1000   0707
4845210
9/17/10

**BANKERS**
INSURANCE GROUP

17  0011501269 3 00

c. With the conduct of suits and attend hearings and trials; and

d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to **C. Damage To Property Of Others** under Section II - Additional Coverages, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person - Coverage F - Medical Payments To Others**

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim - Coverage F - Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section II.

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage E can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;
   relating to this insurance.

**SECTIONS I AND II - CONDITIONS**

**A. Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this policy; or

2. An amendatory endorsement.

**B. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**C. Cancellation**

1. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

2. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

Copyright, Insurance Services Office, Inc., 1999

**Page 21 of 22**



I

c. When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

   (1) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

   (2) If the risk has changed substantially since the policy was issued.

   This can be done by letting you know at least 30 days before the date cancellation takes effect.

d. When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

3. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

4. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

## D. Nonrenewal

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

## E. Assignment

Assignment of this policy will not be valid unless we give our written consent.

## F. Subrogation

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section **II** - Additional Coverages.

## G. Death

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

1. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

2. "Insured" includes:

   a. An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

   b. With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

In witness whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_____
Secretary

_____
President

Copyright, Insurance Services Office, Inc., 1999

BSIC17.013 1207   0707
4845210
9/17/10



Bankers Specialty Insurance Company

17 0011501269 3 00                                        9/17/10
8000 00000 HO   HO3P

# CALENDAR YEAR NAMED STORM DEDUCTIBLE (FIXED DOLLAR) WITH SUPPLEMENTAL REPORTING REQUIREMENT - LOUISIANA

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### SCHEDULE*

**WARNING:** IF THIS POLICY PROVIDES AN INFLATION GUARD OPTION, THE ACTUAL CALENDAR YEAR "NAMED STORM" AMOUNT AT THE TIME OF LOSS MAY BE HIGHER THAN THE DOLLAR AMOUNT SHOWN IN THE DECLARATIONS.

| Calendar Year "Named Storm" Deductible: $ |
| --- |

*Entries may be left blank if shown elsewhere in this policy for this coverage.

**A. Loss By Windstorm During A "Named Storm"**

With respect to Paragraphs **C.** and **D.,** coverage for loss caused by the peril of windstorm during a "Named Storm" which occurs anywhere in the state of Louisiana, includes loss to:

1. The inside of a building; or
2. The property contained in a building caused by:
   a. Rain;
   b. Snow;
   c. Sleet;
   d. Hail;
   e. Sand; or
   f. Dust;

If the direct force of the windstorm damages the building, causing an opening in a roof or wall and the rain, snow, sleet, hail, sand or dust enters through this opening.

**B. "Named Storm" Described**

1. A "Named Storm" means a storm system that has been declared to be a "Named Storm" by the National Hurricane Center of the National Weather Service.

2. A "Named Storm Occurrence":

   a. Begins at the time a "Named Storm" watch or warning is issued for any part of Louisiana by the National Hurricane Center of the National Weather Service; and

   b. Continues for the time period during which the "Named Storm" conditions exist anywhere in Louisiana; and

   c. Ends 72 hours following the termination of the last "Named Storm" watch or "Named Storm" warning issued for any part of Louisiana by the National Hurricane Center of the National Weather Service.

**C. Calendar Year "Named Storm" Deductible Described**

A "Named Storm" deductible issued by us or another insurer in our insurer group:

1. Can be exhausted only once during each calendar year; and

2. Applies to loss to Covered Property caused by one or more "Named Storms" during each calendar year.

© ISO Properties, Inc., 2005
**Page 1 of 2**



I

**D. Application of Calendar Year "Named Storm" Deductible**

1. In the event of the first windstorm loss caused by a single "Named Storm Occurrence" during a calendar year, we will pay only that part of the total of all loss payable under Section I - Property Coverages that exceeds the lessor of:

   a. The "Named Storm" deductible stated in the Schedule; or

   b. An amount equal to 2% of the Limit of Liability that applies to Coverage **A** - Dwelling, in the policy when the Coverage **A** - Dwelling Limit of Liability is less than $100,000.

2. With respect to a windstorm loss caused by the second, and each subsequent, "Named Storm Occurrence" during the same calendar year, we will pay only that part of the total of all loss payable under Section I - Property Coverages that exceeds the greater of:

   a. The remaining dollar amount of the calendar year "Named Storm" deductible; or

   b. The deductible that applies to fire that is in effect at the time of the loss.

3. With respect to any one loss caused by a "Named Storm Occurrence", if:

   a. Covered property is insured under more than one policy issued by us or another insurer in our insurer group; and

   b. At the time of loss, different "Named Storm" deductibles apply to the same property under such policies;

   Then the "Named Storm" deductible applicable under all such policies, used to determine the total of all loss payable under Section I - Property Coverages shall be the highest amount stated in any one of the policies.

4. When a renewal policy is issued by us or an insurer in our insurer group, or we issue a policy that replaces one issued by us or an insurer in our insurer group, and the renewal or replacement policy takes effect on a date other than January 1st of a calendar year, the following provisions apply:

   a. If the renewal or replacement policy provides a lower "Named Storm" deductible than the prior policy, and you incurred loss from a "Named Storm" under the prior policy in that same calendar year, the lower "Named Storm" deductible will not take effect until January 1st of the following calendar year.

   b. If the renewal or replacement policy provides a lower "Named Storm" deductible than the prior policy and you have not incurred a "Named Storm Loss" in that same calendar year, the lower "Named Storm" deductible will take effect on the effective date of the renewal or replacement policy.

   c. If the renewal or replacement policy provides a higher "Named Storm" deductible than the prior policy, the higher "Named Storm" deductible:

      (1) Will take effect on the effective date of the renewal or replacement policy; and

      (2) Shall be used to calculate the remaining dollar amount of the "Named Storm" deductible.

5. We require that you promptly report any windstorm loss caused by a "Named Storm Occurrence" that is below the name storm deductible so that we may consider the amount of such loss when adjusting claims for subsequent "Named Storm Occurrences" that occur during the calendar year.

**E. Loss By Windstorm That Is Not A Declared "Named Storm"**

Refer to the policy declarations for the deductible that applies to windstorm loss if the circumstances of the loss described above do not apply.

All other provisions of this policy apply.

© ISO Properties, Inc., 2005



BSIC17.019 0707   0707
4845210
9/17/10

Bankers Specialty Insurance Company

17 0011501269 3 00                                                    9/17/10
8000 00000 HO    HO3P

## IMPORTANT INFORMATION ABOUT YOUR HOMEOWNERS INSURANCE COVERAGE

The following outline of coverage or checklist is for informational purposes only.  This outline does not alter or modify any of the provisions or terms of the insurance contract which is the subject of this outline.  Any endorsement(s) regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

These explanations are intended only to give you a general idea of the kind of protection a policy provides.  The policy must be read for a complete description of coverages and exclusions; it is important to read your policy for details.

Your Declarations Page lists your coverages, limits, deductibles and discounts.

### SECTION I COVERAGE: PROTECTION FOR YOUR PROPERTY

**Coverage A - Dwelling**
This coverage protects your home including the attached structures for accidental direct physical loss to the dwelling insured under this policy, except as stated in your policy.  This coverage does not cover land, including the land on which your home is located.  You automatically have replacement cost coverage up to the limit of liability for Coverage A - Dwelling shown on your Declarations Page.

Ordinance or Law - This coverage is included with your policy at 10% of the limit of liability for Coverage A - Dwelling.  This coverage provides limited protection for additional expenses incurred from ordinances or laws which regulate construction, repair or demolition of property, provided loss is due to a covered peril and if actual damage and ordinance or law expenses exceed the limit of liability for Coverage A - Dwelling.  Additional amounts of Ordinance or Law coverage may be available through separate endorsement.

Specified Additional Amount of Insurance for Coverage A - Dwelling - If shown on your Declarations Page, and your home is insured to 100% replacement cost, this coverage protects you from unforeseen increases in construction that occur during the policy period, provided loss is due to a covered peril and if actual damages exceed the Coverage A amount shown on your Declarations Page. (The Specified Additional Amount of Insurance provided is shown on your Declarations Page.) Increased construction cost is normally the result of increased demand relative to supply of labor and materials that can occur subsequent to a catastrophic loss that impacts a substantial number of properties in a region.  (Increases due to loss caused by ordinances or laws that regulate the construction, repair or demolition of your dwelling are not covered.  Coverage for losses due to these factors may be available by separate endorsement.)

**Coverage B - Other Structures**
This coverage protects other non-business use structures, which are not rented to others and not attached to your home, located on the premises insured under this policy.

**Coverage C - Personal Property**
This coverage protects personal property in your home such as clothes and furniture for direct physical loss from the perils named in your policy.  There is limited coverage for personal property away from home. The amount of Coverage C is shown on your Declarations Page.

The loss settlement for this coverage is based on the actual cash value of the item.  Actual Cash Value means the amount it would currently cost to repair or replace covered property with new material of like kind and quality, less allowance for physical deterioration and depreciation, including obsolescence.

**Personal Property Replacement Cost Loss Settlement** - if shown on your Declarations Page, this coverage provides replacement cost at time of loss without deduction for depreciation; or the full cost of repairs, but no more than the limit of Coverage C - Personal Property shown on your Declarations Page or any applicable special limits of liability stated in this policy.

Some special limits are stated in the policy for loss or damage to certain types of property such as: money; securities, accounts and deeds; watercraft and their trailers; trailers not used with watercraft; jewelry and furs; firearms; silverware and goldware; property used in business; art glass and statuary; home computers; tapes, records, CD's and DVD's; bicycles; and tools.  Please see your policy for the specific limits that apply to each of these types of property.  Higher limits for some of these items are available through separate endorsement.

Note that while most types of property have some coverage, the policy also contains a list of certain types of property for which no coverage is provided.  Please see you policy for specifics.

**Coverage D - Loss of Use**
This covers additional living expenses you incur when your home is damaged by a covered peril and you are forced to temporarily move.  These expenses are limited and must exceed what you would normally spend for food, shelter and related items.

**Additional Coverages**
This policy also provides some other property coverages.  Each of these additional coverages has special provisions relating to the particular coverage.  These should be reviewed to determine when the coverage would apply and the amount of applicable coverage.

The additional coverages include: (1) Debris Removal; (2) Reasonable Repairs; (3) Trees, Shrubs and Other Plants; (4) Fire Department Service Charge; (5) Property Removed; (6) Credit Card, Electronic Fund Transfer; (7) Loss Assessment; (8) Collapse; (9) Glass or Safety Glazing Material;



(10) Landlord's Furnishings; (11) Ordinance or Law; (12) Grave Markers; (13) Fungi or Bacteria Coverage; (14) Companion Animal Disaster Recovery.

**Automatic Increase in Limits**
The Coverage A - Dwelling limit may be adjusted at each renewal as inflation pushes up the cost of replacing your home.  The increases are based on a construction cost index.  Coverage B - Other Structures, Coverage C - Personal Property and Coverage D - Loss of Use limits will be adjusted proportionately.  If an adjustment is made to the Coverage A - Dwelling limit, it will be indicated on the renewal Declarations Page.

## SECTION I - LOSSES NOT COVERED
This policy does not provide coverage for all possible losses.  Some losses not covered are those resulting in whole or in part from:
Earth movement, including settling, regardless of how caused
Flood, regardless of how caused
Settling, cracking, bulging, shrinkage or expansion of the structure, other structures or of pavements, driveways or sidewalks
War, nuclear reaction or radioactive contamination
Contamination
Birds, vermin or house pets
Wear and tear or smog
Inherent defect
Smoke from agricultural or industrial operations
Repeated leakage or seepage of water or steam
Humidity or condensation
Mold - damage caused solely by mold
Temperature or Dampness
Named Storm loss to property not stored in an enclosed building
Intentional losses

**Amendatory Endorsements**
Certain endorsements may be listed on your declarations page which could change the protection provided by your policy.  These include, but are not limited to, the following endorsements:
BHO99.131 - Existing Damage Endorsement
BSIC17.003 - Limited Fungi or Bacteria Endorsement
BSIC17.002 - Special Provisions
BSIC17.007 - Windstorm Exterior Paint or Waterproofing Exclusion

## SECTION II - LIABILITY COVERAGES

### Coverage E - Personal Liability
This coverage provides payment for bodily injury or property damage caused by an occurrence for which you or a member of your family may be legally responsible.  For such covered occurrences, we also provide a defense at our expense by counsel of our choice.

### Coverage F - Medical Payments to Others
This coverage provides payment for medical expenses for someone who is injured on your property or is injured by you or a member of your household.  However, this coverage does not pay medical expenses for any insured or resident.

## SECTION II - LIABILITY AND MEDICAL PAYMENT EXCLUSIONS
This policy does not cover all possible losses.  Some losses not covered are:
Bodily injury or property damage resulting from the ownership or use of aircraft, vehicles or watercraft.
Rendering or failure to render professional service
Bodily injury or property damage which is either expected or intended by any insured
Criminal Acts
Bodily injury to any insured or relative of any insured
Injuries where Workers' Compensation coverage is available
Damage to property you own, occupy, control or use
Bodily injury or property damage that arises out of your business pursuits
Losses from transmitting a communicable disease
Bodily injury or property damage caused by lead or lead based products
Bodily injury or property damage caused by any controlled substance
Bodily injury or property damage caused by any animal(s)
Bodily injury or property caused by diving boards, pool slides, trampolines or unlicensed motor vehicles including ATV's

## OPTIONAL PROTECTION
The following optional policy provisions may be available to customize your coverage:

Golf Cart Coverage
Home Computer Coverage
Identity Fraud Expense Coverage
Increase Limits on Business Property
Limited Liability Coverage for dogs

Lock Replacement Coverage
Refrigerated Property Coverage
Personal Injury
Water Backup

HO 04 96 1000   0707
4845210
9/17/10



Bankers Specialty Insurance Company

17 0011501269 3 00                                                   9/17/10
8000 00000 HO   HO3P

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

# <u>NO</u> SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
# <u>LIMITED</u> SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

**A.** "Business", as defined in the policy, means:

  **1.** A trade, profession or occupation engaged in on a full-time, part-time, or occasional basis; or

  **2.** Any other activity engaged in for money or other compensation, except the following:

    **a.** One or more activities:

      **(1)** Not described in **b.** through **d.** below; and

      **(2)** For which no "insured" receives more than $2000 in total compensation for the 12 months before the beginning of the policy period;

    **b.** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

    **c.** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

    **d.** The rendering of home day care services to a relative of an "insured".

**B.** If an "insured" regularly provides home day care services to a person or persons other than "insureds" as their trade, profession or occupation, that service is a "business".

**C.** If home day care service is not a given "insured's" trade, profession or occupation but is an activity:

  **1.** That an "insured" engages in for money or other compensation; and

  **2.** From which an "insured" receives more than $2,000 in total/combined compensation from it and any other activity for the 12 months before the beginning of the policy period;

the home day care service and other activity will be considered a "business".

**D.** With respect to **C.** above, home day care service is only an example of an activity engaged in for money that may be a "business". Any single activity or combination of activities:

  **1.** Described in **A.2.** above, and

  **2.** Engaged in for money by a single "insured";

may be considered a "business" if the $2000 threshold is exceeded.

**E.** With respect to **A.** through **D.** above, coverage does not apply to or is limited with respect to home day care service which is a "business". For example, this policy:

  **1.** Does not provide:

    **a.** Section **II** coverages. This is because a "business" of an "insured" is excluded under **E.2.** of Section **II** - Exclusions;

    **b.** Coverage, under Section **I**, for other structures from which any "business" is conducted; and

  **2.** Limits Section **I** coverage, under Coverage **C** - Special Limits of Liability, for "business" property:

    **a.** On the "residence premises" for the home day care "business" to $2,500. This is because Category **h.** (e. in Form **HO 00 08**) imposes that limit on "business" property on the "residence premises";

    **b.** Away from the "residence premises" for the home day care "business" to $500. This is because Category **i.** (f. in Form **HO 00 08**) imposes that limit on "business" property away from the "residence premises". Category **i.** does not apply to property described in Categories **j.** and **k.** (g. and **h.** respectively in Form **HO 00 08**).



Copyright, Insurance Services Office, Inc., 1999
**Page 1 of 1**

I

BSIC17.002 1207   0707
4845210
9/17/10



Bankers Specialty Insurance Company

17 0011501269 3 00                                                9/17/10
   8000 00000 HO    HO3P

## SPECIAL PROVISIONS - LOUISIANA
### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**CREDIT CARD, FUND TRANSFER CARD, FORGERY AND COUNTERFEIT MONEY COVERAGE**

**Increased Limit**

The limit of liability for Additional Coverage 6., Credit Card, Fund Transfer Card, Forgery and Counterfeit Money, is increased to $1,000.

**DEFINITIONS**

Definition **B.1.a.** is deleted and replaced with the following:

**a.** Liability for "Bodily Injury" or "Property Damage" because of or originating from the:

Definition **B. 8.** is deleted and replaced by the following:

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the term of this policy or any renewal thereof, in:

  **a.** "Bodily injury"; or

  **b.** "Property damage".

The following definition is added:

**12.** **"Fungi"**

  **a.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

  **b.** Under Section **II**, this does not include any fungi that are, are on, or are contained in a good or product intended for consumption.

**13.** **"Named Storm Occurrence"**

  **a.** Begins at the time a named storm watch or warning  is issued for any part of Louisiana by the National Hurricane Center of the National Weather Service;

  **b.** Continues for the time period during which the named storm conditions exist anywhere in Louisiana; and

  **c.** Ends 72 hours following the termination of the last named storm watch or named storm warning issued for any part of Louisiana by the National Hurricane Center or the National Weather Service.

**14.** **"Named Storm Loss"**

"Named Storm Loss" means any loss resulting from the peril of Windstorm caused by a named storm during any period:

  **1.** Beginning when a named storm watch or named storm warning is issued for any portion of Louisiana by the National Hurricane Center of the National Weather Service;

  **2.** Remaining in effect for as long as named storm conditions exist anywhere in the state of Louisiana; and

  **3.** Ending 72 hours after any named storm watch or named storm warning has been discontinued for all counties of the State of Louisiana by the National Hurricane center of the National Weather Service.

**15.** **"Actual Cash Value"**

"Actual Cash Value" means the amount it would currently cost to repair or replace covered property with new material of like kind and quality, less allowance for physical deterioration and depreciation, including obsolescence.

**16.** **"Personal Watercraft"**

"Personal Watercraft" means watercraft designed to carry one to three people, propelled by a water jet pump powered by an internal combustion engine. Personal watercraft include but are not limited to water craft often referred to as jet skis, wave runner and similar watercraft.



I

17. **"Vacant"**
"Vacant" means the dwelling lacks the necessary amenities, adequate furnishings, or utilities and services to permit occupancy of the dwelling as a residence.

18. **"Unoccupied"**
"Unoccupied" means the dwelling is not being inhabited as a residence.

## SECTION I - PROPERTY COVERAGES

## COVERAGE B - OTHER STRUCTURES

Paragraph 3 is deleted and replaced with the following:

**3.** The limit of liability for this coverage will not be more than the limit of liability on the declaration page for **Coverage B.** The limit of liability shown on the declarations page replaces the limit of liability contained in the HO 00 03 10 00. Use of this coverage will not reduce the limit of liability for Coverage A.

## SECTION I - PROPERTY COVERAGES
## COVERAGE C - Personal Property
**3. Special Limits of Liability**
Items j. and k. are deleted and replaced by the following:

**j.** $1, 000 on electronic apparatus and accessories, while in or upon a "motor vehicle", but only if the apparatus is equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **j.**

**k.** $1,000 on electronic apparatus and accessories used primarily for "business" while away from the "residence premises" and not in or upon a "motor vehicle". The apparatus must be equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **k.**

The following Items are added:

**l.** $1,000 for loss to art glass windows and other works of art such as, but not limited to, statuary (including but not limited to Hummels), marbles, bronzes, porcelains, rare glass and bric-a-brac.

**m.** $3,000 for personal computers and related peripherals such as disk drives, printers, CD players, commercial software except that we will not pay for lost data or business use computers.

**n.** $2,500 for loss to tapes, records, CD's or DVD's, or any other type of optical disc storage, electronic games, cartridges and accessories.

**o.** $1,000 for bicycles and related equipment

**p.** $10,000 for loss to tools. (Does not apply to landscaping or lawn equipment used to maintain the insured premises.)

**q.** 5% of the total Coverage **C** amount for any one item of unscheduled personal property.

**4. Property Not Covered**
Item **4.c.** is deleted and replaced by the following:

**c.** Motor vehicles or all other motorized land conveyances. This includes:

**a.** Electronic equipment that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

**(1)** Accessories or antennas; or

**(2)** Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this item **4.c.**

The exclusion of property described in **4.c.** above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyance not subject to motor vehicle registration, which are:

a. Used to service an "insured residence"; or

b. Designed for assisting the handicapped.

The following is added to **Property Not Covered:**

**l.** Your television antenna, satellite dish, satellite antenna or radio towers and their antenna. This exclusion also applies to all related receiving equipment including receiver mounts, transducers or other receiver parts or installation parts. Television Sets are not an excluded item under this exclusion.

## COVERAGE D - Loss of Use

**Coverage D - Loss of Use** is deleted and replaced by the following:

The limit of liability for Coverage D is the total limit for the coverages in **1.** Additional Living Expense, **2.** Civil Authority Prohibits Use, **3.** Loss or expense not covered below.

BSIC17.002 1207  0707
4845210
9/17/10



1. **Additional Living Expense**

If a loss covered under Section I makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere, but not for more than a period of 12 months from the actual date of a loss covered under Section I which makes that part of the "residence premises" where you reside not fit to live in.

2. **Civil Authority Prohibits Use**

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense above for no more than 2 weeks.

3. **Loss or Expense Not Covered**

   a.  We do not cover loss or expense due to cancellation of a lease or agreement.

   b.  This coverage does not apply to an insured's business whether conducted on or off any insured location,

The periods of time under **1.** Additional Living Expense, **2.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

**E. Additional Coverages**

6. **Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

Paragraph **6.b.(2)** is deleted and replaced by the following:

(2) Loss because of or originating from "business" use or dishonesty of an "insured".

The following Additional Coverage is added:

13. **"Fungi", Wet or Dry Rot, or Bacteria**

   a.  We will pay up to $10,000 for:

     (1) The total of all loss payable under Section I - Property Coverages caused by "fungi", wet or dry rot, or bacteria;

     (2) The cost to remove "fungi", or bacteria from property covered under Section I - Property Coverages;

     (3) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", or bacteria; and

     (4) The cost of testing of air or property to confirm the absence, presence or level of "fungi", or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", or bacteria.

   b.  The coverage described in **a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

   c.  $10,000 is the most we will pay for the total of all loss or costs payable under this Additional Coverage regardless of the:

     (1) Number of locations insured; or

     (2) Number of claims made.

   d.  If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", or bacteria, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that "fungi", or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

This coverage does not increase the limit of liability applying to the damaged covered property.

3. **Trees, shrubs and other plants**

The following is added:

Trees, shrubs, plants or lawns on the "residence premises" does not include woodland, forestry, wildland, natural vegetation, brush or any other similar vegetation.

**SECTION I - PERILS INSURED AGAINST**

**A. Coverage A - Dwelling and Coverage B - Other Structures**

Paragraph **2.c.(5)** is deleted and replaced by the following:

(5) Caused by any constant or repeated seepage or leakage of water or steam or the presence of condensation of humidity, moisture, or vapor, over a period of 14 or more days from within a plumbing, sprinkler system, or from within or around any household appliance, shower stall, shower tub, tub installation or other plumbing fixture, including their walls, ceiling, or floors.



Paragraph **(6)(g)** is deleted and replaced by the following:

> **(g)** Birds, vermin, rodent's raccoons, opossums, or insects;

## B. Coverage C - Personal Property

### 12. Accidental Discharge or Overflow of Water or Steam

Paragraph **b.(4)** is deleted and replaced by the following:

> **(4)** Caused by any constant or repeated seepage or leakage of water or steam or presence of condensation of humidity, moisture, or vapor, over a period of 14 or more days from within a plumbing, heating, air conditioning or automatic fire protection sprinkler system, or from within or around any household appliance, shower stall, shower tub, tub installation or other plumbing fixture, including their walls, ceiling, or floors.

## SECTION I - EXCLUSIONS

**2. Earth Movement** is deleted in its entirety and replaced with the following:

### 2. Earth Movement

Earth movement, meaning the sinking, rising, shifting, expanding or contracting of earth, all whether combined with water or not. Earth movement includes but is not limited to earthquake including land shock waves or tremors before, during or after a volcanic eruption, landslide, mudflow, mudslide, sinkhole, subsidence, erosion, or movement resulting from improper compaction, site selection, site preparation, or caused by or resulting from human or animal forces or any act of nature or any man made event and any other earth movement including earth sinking, rising or shifting;

However, we do insure for any direct loss by fire resulting from earth movement, provided the resulting fire loss is itself a Peril Insured Against.

**3. Water Damage** is deleted and replaced with the following:

### 3. Water Damage

Water Damage means:

a) Any flood, surface water, waves, tides, tidal water, tsunami, overflow of any body of water, or spray from any of these, whether or not driven by wind; or

b) Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

c) Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, basement, swimming pool or other structure,

Caused by or resulting from human or animal forces, any act of nature, or any man made events, including but not limited to, breaches or failure of dams, levees, reservoirs, water mains, or embankments.

Direct loss by fire, explosion or theft resulting from water damage is covered.

The following Exclusions are added.

### 10. "Fungi", Wet or Dry Rot, or Bacteria

"Fungi", Wet Or Dry Rot, Or Bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

This Exclusion does not apply:

> **a.** When "fungi", wet or dry rot, or bacteria results from fire or lightning; or

> **b.** To the extent coverage is provided for in the "Fungi", Wet Or Dry Rot, Or Bacteria Additional Coverage under Section I - Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

### 11. "Named Storm Loss" to:

> **b.** Any Personal Property not stored in an enclosed building.

### 12. Temperature or Dampness

We do not cover any loss caused by extremes of temperature, dampness or dryness of atmosphere, or water vapor or condensation not caused by a covered peri, to your house, other structures or contents.

This exclusion does not apply to:

> **a.** Loss caused directly by rain, sleet, snow or hail.

The following exclusion is added to **B.**

> **4.** We do not cover any loss caused by any gradual deterioration, wet or dry rot, or warping.

**8. Intentional Loss** is deleted and replaced by the following:

> **a.** We do not provide coverage for any loss because of or originating from or in connection with any act committed by or at the direction of any "insured" with the intent to cause a loss.

BSIC17.002 1207  0707
4845210
9/17/10

**BANKERS** INSURANCE GROUP          17 0011501269 3 00

b. We do not provide coverage for any loss because of or originating from or in connection with Criminal or Illegal Activity, meaning any and all criminal or illegal acts performed by or at the direction of any insured that result in damage to your structures or personal property.

c. However, with regard to loss by fire, the wrongful or malicious actions of a named insured that are determined to be the cause of the loss to the insured property shall not be imputed to any other insured such that the innocent insured would be deprived of coverage provided by the policy. In case of a fire that is set intentionally, the policy proceeds may only be reduced by the proper interest attributable to the insured that set the fire or otherwise participated in the cause of loss. In the case of multiple named insureds, an innocent insured shall receive his proportionate share of the policy proceeds provided the innocent insured making the claim:

(1) Did not cooperate in or contribute to the creation of the loss; and

(2) Cooperates in any investigation relating to the loss.

We may apply reasonable standards of proof for such claims.

c. If we pay a claim pursuant to Paragraph 8.b., our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a secured interest in the property. In no event will we pay more than the Limit of Liability.

## SECTION I - CONDITIONS
### B. Duties After Loss

Paragraph **B.(6).** is deleted in its entirety and replaced by the following:

(6) Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures on the inventory.

The following is added to Paragraph **B. 7.**

d. Submit to a recorded statement when and as often as reasonably requested.

e. At our request, provide to us or execute an authorization which allows us to obtain on your behalf, records and documentation we deem relevant to the investigation of your loss.

Paragraph **8.** is deleted abd replaced with the following:



8. Send to us your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

a. The time and cause of loss;

b. The interests of all "insureds" and all others in the property involved and all liens on the property;

c. Other insurance which may cover the loss;

d. Changes in title or occupancy of the property during the term of the policy;

e. Specifications of damaged buildings and detailed repair estimates;

f. The inventory of damaged personal property described in **6.** above;

g. Receipts for additional living expenses incurred and records that support the fair rental value loss; and

h. Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages, stating the amount and cause of loss.

This proof of loss must be sent to us within:

(1) 180 days after our request, if the loss results from a catastrophic event for which a state of disaster or emergency was declared pursuant to law by civil officials; however, this 180 day period does not commence until the state of emergency or disaster has ended and you have access to your property; or **(2)** 60 days after our request in all other cases.

The following is added to Paragraph **B.**

9. Venue: Choice of Law: This policy shall be construed, interpreted and enforced according to the laws of the State of Louisiana. All actions or proceedings because of or originating from, or related to, this policy shall only be brought in a court of competent jurisdiction in Louisiana.

### C. Loss Settlement

Paragraph **2.a.(2)** is deleted and replaced with the following:

(2) The replacement cost of that part of the building damaged with material of like kind and quality.

The following is added:

3. We will pay no more than the least of the following amounts:
- Cost to repair damage to covered property
- Actual cash value at the time of loss

For "Named Storm" loss to:

a) Awnings, aluminum framed screened enclosures, or aluminum framed carports; or

b) Any structure not attached to the main residence unless constructed with the same or substantially the same materials as that of the main residence.

**G. Suit Against Us** is deleted and replaced by the following:

**G. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy and the action is started within 5 years after the date of loss.

**H. Our Option** is deleted and replaced with the following:

**H. Our Option.** If at the time of the loss damaged property is:

**a.** Not insured for Replacement Cost Loss Settlement and we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind quality.

**b.** Insured for Replacement Cost Loss Settlement, we will pay the amount of loss, whether or not you repair or replace the damaged property.

**I. Loss Payment** is deleted and replaced by the following:

**I. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable upon the earlier of the following 30 days after we receive your proof of loss.

**K. Mortgage Clause**

Paragraph **3.** is deleted and replaced by the following:

**3.** If this policy is cancelled by us, the mortgagee will be notified:

a. At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

b. At least 30 days before the date cancellation takes effect if we cancel for any other reason.

c. If the policy is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect

**Q. Concealment or Fraud** is deleted and replaced by the following:

**Q. Concealment or Fraud**

We do not provide coverage to any "insureds" under this policy if, whether before or after a loss any "insured" has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Intentionally or unintentionally made false statements of fact which, if known to us, would have caused us not to issue the policy; or

**3.** Engaged in fraudulent conduct relating to this insurance.

(This is Condition **P.** in Form HO 00 04.)

**SECTION II - LIABILITY COVERAGES**
**SECTION II - EXCLUSIONS**

**B. "Watercraft Liability" the following is added:**

Excluded watercraft includes watercraft designated as an airboat, air cushion or any "personal watercraft" which includes but not limited to jet skies, wave runners and similar watercraft that use a water jet pump powered by internal combustion as its primary source of propulsion, regardless of the horsepower and regardless of whether they are owned or not-owned by any "insured".

**E. Coverage E - Personal Liability and Coverage F - Medical Payments to Others**

Coverage E - Personal Liability and Coverage F - Medical Payments to Others do not apply to:

Paragraph **1. Expected or Intended Injury** is deleted in all forms and replaced by the following:

We do not cover any "bodily injury" or "property damage" intended by, or caused by or originating from or in connection to or which may be expected to result from the intentional or criminal acts or omissions of, any insured person. This exclusion applies even if:

**a.** Such insured person lacks the mental capacity to govern his or her conduct;

**b.** Such bodily injury or property damage is of a different kind or degree than that intended or reasonably expected: or

**c.** Such bodily injury or property is sustained by a different person than that intended or reasonably expected.

This exclusion applies regardless of whether or not such insured person is actually charged with or convicted of a crime.

This exclusion applies regardless of the number of "insureds", the number of claims made, or the number of persons injured.

Paragraph **2. "Business"** is deleted and replaced with the following:

**"Business"**

**a.** "Bodily injury" or "property damage" because of or originating from or in connection with a "business" conducted from an "insured location" or engaged in by any "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

BSIC17.002 1207   0707
4845210
9/17/10



17 0011501269 3 00

This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

Paragraph **3.** is deleted and replaced with the following:

### 3. Professional Services

"Bodily injury" or "property damage" because of or originating from the rendering of or failure to render professional services

**Paragraph 4. "Insured's" Premises Not An "Insured Location"** is deleted and replaced with the following:

### 4. "Insured's" Premises Not An "Insured Location"

"Bodily injury" or "property damage" because of or originating from a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location";

Paragraph **6. Communicable Disease** is deleted and replaced by the following:

### 6. Communicable Disease

"Bodily injury" or "property damage" because of or originating from or in connection with the transmission of any communicable disease by any "insured";

Paragraph **7. Sexual Molestation, Corporal Punishment Or Physical or Mental Abuse** is deleted and replaced by the following:

### 7. Sexual Molestation, Corporal Punishment Or Physical or Mental Abuse

"Bodily injury" or "property damage" because of or originating from or in connection to sexual molestation, corporal punishment or physical or mental abuse; this exclusion applies but is not limited to any act or omission, regardless of its nature or circumstance and regardless of whether an "occurrence" takes place on an "insured location" or any other location.

Paragraph **8. Controlled Substances** is deleted in all forms and Endorsement **HO 24 73** and replaced by the following:

### 8. Controlled Substances

"Bodily injury" or "property damage" because of or originating from or in connection with the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined under federal law. Controlled Substances include but are not limited to cocaine, LSD, marijuana, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

(This is Exclusion **9.** in **HO 24 73**).

**The following is added:**

**9.** "Bodily injury" or "property damage" caused by or originating from any animal owned or kept by any insured, or in the care, custody or control of any insured, or that of your employee, agent, visitor or tenant, whether or not the injury or damage occurs on your premises, on your premises with your or any "insureds" permission, or any other location.

**10.** "Bodily injury" or "property damage" because of or originating from the ownership, maintenance, supervision or use of any trampoline owned by, rented by, or loaned to, or otherwise under the care, custody and control of any insured, or that of your employee, agent, visitor or tenant, whether on the residence premises or any other location.

**11.** "Bodily Injury" or "Property Damage" because of or originating from:

a) the use, supervision, care, custody or control of any "insured", or that of your employee, agent, visitor or tenant, of a recreational off road or unlicensed vehicle, including but not limited to ATV's, 3- wheelers, 4-wheelers, dune buggies, rock climbers, go-carts, minibikes, dirt bikes, snowmobiles, motorized skateboards, and motorized scooters,

b) whether owned or not owned by any "insured"; and

c) whether or not the injury or damage occurs on the "insured location" or any other location.

**12.** "Bodily injury" or "property damage" because of or originating from the ownership, maintenance, supervision or use of any diving board or pool slide owned by, rented by, or loaned to, or otherwise under the care, custody and control of any insured, or that of your employee, agent, visitor or tenant, whether on the residence premises or any other location.



The following paragraph has been changed:

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" because of and in the course of the "residence employee's" employment by an "insured".

All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions during the term of this policy or any renewal thereof, shall be considered to be the result of one "occurrence" regardless of :

(1) Number of persons injured; or

(2) Number of claims made.

## SECTION II -ADDITIONAL COVERAGES

**C.** **Damage To Property Of Others** the sentence **2.e.** is deleted and replaced with the following:

e. Because of or originating from:

**D.** **Loss Assessment**

Paragraph **3.** is deleted and replaced with the following:

3. Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss because of or originating from:

## SECTION II - CONDITIONS

**A.** **Limit of Liability** is deleted and replaced by the following:

**A.** **Limit of Liability**

1. Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage **E** as shown in the Declarations. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions during the term of this policy or any renewal thereof, shall be considered to be the result of one "occurrence" regardless of:

(1) Number of persons injured; or

(2) Number of claims made.

2. The limit of liability in **1.** above applies regardless of the number of "insureds", claims made or persons injured.

3. Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage **F** as shown in the Declarations.

This Condition does not apply with respect to damages because of or originating from "fungi", wet or dry rot, or bacteria when Endorsement **HO 03 34** is attached.

**C.** **Duties after "occurrence"**

The following is added to **1.**

d. Allow us to inspect the property wherein the "bodily injury" or "property damage" occurred.

**J.** **Concealment or Fraud** is deleted and replaced by the following:

**J.** **Concealment or Fraud**

We do not provide coverage to any "insured" who, whether before or after a loss, has;

1. Intentionally concealed or misrepresented any material fact of circumstance;

2. Intentionally made false statements of fact which, if known to us, would have caused us not to issue the policy, or

3. Engaged in fraudulent conduct

relating to this insurance.

The following is added:

**K.** **Venue:** Choice of Law: This policy shall be construed, interpreted and enforced according to the laws of the State of Louisiana. All actions or proceedings because of or originating from, or related to, this policy shall only be brought in a court of competent jurisdiction in Louisiana.

## SECTIONS I AND II - CONDITIONS

**C.** **Cancellation** is replaced by the following:

**C.** **Cancellation**

Paragraphs **2.**, **3.** and **4.** are replaced by the following:

2. The following applies with respect to premium payments due on new and renewal policies, including installment payments:

a. If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs **b.** and **c.** below.

b. We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

BSIC17.002 1207  0707
4845210
9/17/10

**BANKERS**
INSURANCE GROUP

17 0011501269 3 00

c. The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

3. The following applies if **2.** above does not apply.

We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

a. When you have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you and any other known person shown by the policy to have an interest in any loss which may occur there under know at least 30 days before the date cancellation takes effect; except we may not cancel:

(1) Solely on the basis that the insured owns or possesses an all-terrain vehicle (ATV)

c. When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in Item **3.e.** below, we may cancel:

(1) If here has been a material misrepresentation of fact with the intent to deceive:

(a) In the procurement of the contract; or

(b) At any other time since the policy was issued;

which if known to us would have caused us not to issue the policy; or

(2) If the risk has changed substantially since the policy was issued.

This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur there under know at least 30 days before the date cancellation takes effect.

d. When this policy is written for a period of:

(1) More than one year; or

(2) Three years or less;

we may cancel for any reason at anniversary by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

e. When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following:

(1) If you have committed fraud with the intent to deceive:

(a) In the procurement of the contract; or

(b) At any other time since the policy was issued;

(2) If the insured risk has undergone a material change;

(3) If you have filed two or more claims within three years; or

(4) If the continuation of this policy endangers our solvency.

This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

4. If this policy is cancelled, we will return any premium refund due, subject to Paragraphs **a.**, **b.** and **c.** below. The cancellation will be effective even if we have not made or offered a refund.

a. If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect. The return premium shall be computed on a pro rata basis, subject to the minimum premium requirements.

b. If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you, or your agent unless **c.** below applies. If the premium is refunded to your agent, we will notify you, at the time of cancellation, that a return of unearned premium may be generated by the cancellation.



    **c.** If we cancel based on Paragraph **2.** above, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in **2.c.** If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

**D. Nonrenewal** is replaced by the following:

**D. Nonrenewal**

**1.** We may elect not to renew this policy, subject to the provisions of Paragraphs **2.** and **3.** below. We may do so by delivering to you and any other known person shown by the policy to have an interest in any loss which may occur thereunder or mailing to you at your mailing address shown in the Declarations and to any other known person shown by the policy to have an interest in any loss which may occur thereunder, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**2.** If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

    **a.** When you have not paid the premium;

    **b.** If you have committed fraud;

    **c.** If the insured risk has undergone a substantial change;

    **d.** If you have filed two or more claims within three years; or

    **e.** If the continuation of this policy endangers our solvency.

**3.** We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us,

    **a.** on the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

    **b.** Solely on the basis that the insured owns or possesses an all-terrain vehicle (ATV)

**F. Subrogation**

The following sentence is added to the first paragraph of this condition:

However, we waive any rights of recovery against the corporation or association of property owners of the condominium where the "residence premises" is located.

The following Condition is added:

**H. Renewal Notification**

If we elect to renew this policy, we will let you know, in writing:

**1.** Of our decision to renew this policy; and

**2.** The amount of renewal premium payable to us.

This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this policy.

All other provisions of this policy apply.

The following condition is added:

**I. Our Right to Recover Payment.**

If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another, we shall be subrogated to that right.  That person shall do:

    1.   Whatever is necessary to enable us to exercise our rights; and

    2.   Nothing after the loss to prejudice them.

Our right to recover is subordinate to the "insured's" right to be fully compensated.

**All other provisions of this policy apply.**

**BANKERS**
INSURANCE GROUP

Bankers Specialty Insurance Company
P.O. Box 33060
St. Petersburg, FL 33733
1-800-627-0000

BXXX99.206 1207   0707
4845210
9/17/10

Policy Number

17 0011501269 3 00
8000 00000 HO   HO3P

Date of Notice
9/17/10

## PRIVACY STATEMENT

This Privacy Statement is provided by Bankers Financial Corporation and its subsidiary companies (collectively called "Bankers"): including but not limited to Bankers Insurance Group; Bankers Insurance Company; Bankers Life Insurance Company; First Community Insurance Company; Bankers Specialty Insurance Company, Bankers Underwriters of Texas, Inc.; Bankers Underwriters, Inc.; Bankers Credit Insurance Services, Inc.; Bankers Insurance Services, Inc.; G.D. Van Wagenen Financial Services, Inc.; Bonded Builders Home Warranty Association; Bonded Builders Insurance Services, Inc.; Bankers Surety Services, Inc.

To our Customers: As your insurance company, we recognize our obligation to keep information about you secure and confidential. Most of the information we use in evaluating your application and servicing your policy comes to us directly from you. In addition, we may collect nonpublic personal information from your application and from any of your transactions with Bankers or other companies. Depending on your insurance coverage, we may also collect information about you from third parties, such as other people proposed for coverage under your policy or the state Motor Vehicle Department concerning your driving report. We may also receive information about you from a consumer reporting agency.

We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. In some cases this may mean information can be disclosed to third parties without your authorization; however, we maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your nonpublic personal information. Information about you is given to those of our employees who need it in order to provide you with products, benefits or services.

You have the right to obtain access to certain information and the right to request correction of information you feel is inaccurate. A copy of our detailed privacy policy can be found on our website at www.bankersinsurance.com.

To have a copy of our detailed privacy policy mailed to you or to access your information, write: Privacy Compliance, Bankers Insurance Group, PO Box 15707, St. Petersburg, FL 33733.

Important Notice:

In compliance with requirements of the Fair Credit Reporting Act (Public Law 91-508), Bankers advises that as part of our routine procedure for reviewing applications for certain types of insurance or renewals of certain policies, we may procure a consumer report including information as to the consumer's character, general reputation, personal characteristics or mode of living. If such insurance is for an individual and is primarily for personal, family or household purposes, such information may be obtained through personal interviews with neighbors, friends or others with whom the consumer is acquainted. Upon request to our company, in the manner as noted above, we will provide in writing a complete and accurate disclosure of the nature and scope of the consumer report requested or advise that no investigation was conducted.

