**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARY M. NISWONGER** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 10-2734** |
| **INTERIOR EXTERIOR ENTERPRISES, LLC, INTERIOR EXTERIOR BUILDING SUPPLY, LP AND BANKERS INSURANCE GROUP** | **SECTION: "L" (2)** |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JOSEPH C. WILKINSON, JR.** |

## ORDER

Considering the foregoing Motion for Summary Judgment:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Bankers Specialty Insurance Company's Motion to Dismiss under Rule 12 or alternatively, Motion for Summary Judgment is GRANTED.

New Orleans, Louisiana, this ____ day of February, 2011.

_____
DISTRICT JUDGE