UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 |
| | * |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON |
| | * |
| CHARLENE AND TATUM HERNANDEZ, Individually, and on Behalf of Others Similarly Situated | * MAG. WILKINSON |
| | * 10-3070 |
| VERSUS | * |
| AAA INSURANCE, ET AL | * |

* * * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, Richard B. Eason II of the law firm of Adams and Reese LLP, and hereby enrolls as counsel on behalf of Progressive Casualty Insurance Company and Progressive Home Advantage in *Charlene and Tatum Hernandez v. AAA Insurance, et al*, United States District Court, Eastern District of Louisiana (10-3070). It is respectfully requested that all future pleadings, orders, notices, motions, documents and correspondence be served upon him in connection with this action. By filing this Notice of Appearance, Progressive Casualty Insurance Company and Progressive Home Advantage are not consenting to or waiving any challenge to service, jurisdiction or venue in the Chinese Drywall Multidistrict Litigation proceedings. All such objections and challenges are specifically reserved.

RESPECTFULLY SUBMITTED,

**ADAMS AND REESE LLP**
*Counsel for Defendants,*
 *Progressive Casualty Insurance Company and*
 *Progressive Home Advantage*

/s/ Richard B. Eason II
Richard B. Eason II (#5248)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 585-0243
Facsimile: (504) 566-0210
richard.eason@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance and Request for Service of All Documents and Pleadings** has been served upon Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of February, 2011.

/s/ Richard B. Eason II
Richard B. Eason II

Adams & Reese
*Registered Limited
Liability Partnership*
*Attorneys and Counselors
At Law*
New Orleans, LA

2