政 府 總 部

香 港 下 亞 厘 畢 道

本函檔號 OUR REF.: CSO/ADM/SJ/12/2010B

來函檔號 YOUR REF.:

GOVERNMENT SECRETARIAT
LOWER ALBERT ROAD
HONG KONG

Room 140
Central Government Offices
East Wing
Tel No. (852) 2810 3969
Fax No. (852) 2842 8897

**_By Speedpost_**

26 January 2011

Josh R. Cobb
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
USA

Dear Sir,

## Service of Documents on
## The China Corporation, Ltd.

  I refer to your request of 13 September 2010 and regret to inform that service of judicial documents could not be effected on the captioned party. Enclosed please find an Affirmation of Non-service completed by the Bailiff's Assistant of the High Court and the unserved documents for your disposal.

  It is noticed that the addressee is a limited company. Under the laws of Hong Kong, where a party is a limited company, service is usually effected by leaving at the registered office. The Registrar of the High Court asked whether you could provide proof of the registered office of the addressee (in form of a company search record obtained from the Companies Registry of Hong Kong, more details can be viewed at http://www.cr.gov.hk/en/electronic/search.htm), so that the bailiff can attempt to serve the documents again. Alternatively, you may provide another address for service.

Yours faithfully,

(Calvin Chan)
for Chief Secretary for Administration

Encl.

c.c. United States District Court for the Eastern District of Louisiana
   Civil Action No.: 09-6690 Sect. L – w/o encl.