UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 <br> * <br> * <br> * SECTION: "L" <br> * |
| THIS DOCUMENT RELATES TO: <br> Abel, et al. v. Taishan Gypsum Co., Ltd. et al <br><br> Case No. 11-080, Sect. L MAG 2 | * <br> * <br> * JUDGE FALLON <br> * MAG. JUDGE WILKINSON <br> * <br> * |

*********************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR RESIDENTIAL DRYWALL, INC.

Jeremy D. Bertsch, Esquire, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for RESIDENTIAL DRYWALL, INC. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 9th day of February, 2011.

                                           SELLARS, MARION & BACHI, P.A.
                                           Attorneys for Residential Drywall, Inc.
                                           811 North Olive Avenue
                                           West Palm Beach, FL 33401
                                           Telephone: (561) 655-8111
                                           Facsimile: (561) 655-4994

By:   /s/ Jeremy D. Bertsch
           Florida Bar No.: 0043308

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDl 2047, on this 9th day of February, 2011.

>
> SELLARS, MARION & BACHI, P.A.
> Attorneys for Residential Drywall, Inc.
> 811 North Olive Avenue
> West Palm Beach, FL 33401
> Telephone: (561) 655-8111
> Facsimile: (561) 655-4994
>
> By:  /s/ Jeremy D. Bertsch
>      Florida Bar No.: 0043308