UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH AND BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC LTD., et al | * * * * * | JUDGE FALLON |
| Case No. 2:10-CV-361-EEF-JCW | * | MAGISTRATE WILKINSON |

**DEFENDANT PARR-SELF, INC.'S**
**MOTION TO DISMISS**

NOW INTO COURT, through special appearance of undersigned counsel appearing only for the purpose of this Motion to Dismiss, comes Defendant Parr-Self, Inc. ("Parr-Self"), who moves this Court for an order dismissing the Omnibus Complaint against Parr-Self for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6), or, alternatively, to transfer venue to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404.

WHEREFORE, Parr-Self, Inc. prays that its Motion to Dismiss pursuant to Fed. R. Civ. Pro. R. 12 be granted, and this Court dismiss Plaintiff's claims against Parr-Self, or alternatively transfer venue to the Middle District of Florida.

        KREBS, FARLEY & PELLETERI, P.L.L.C.

        */s/ Charles B. Long*
        CHARLES B. LONG (#22824)
        THOMAS H. PEYTON (#32635)
        400 Poydras Street, Suite 2500
        New Orleans, Louisiana   70130
        Telephone:   504-299-3570
        Facsimile:   504-299-3582
        E-mail:   clong@kfplaw.com
        E-mail:   tpeyton@kfplaw.com

        ATTORNEYS FOR DEFENDANT
        PARR-SELF, INC.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 9th day of February, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

        */s/Charles B. Long*
        CHARLES B. LONG