**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 8, 2011**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held in the Chambers of Judge Eldon E. Fallon on this date to discuss a number of issues involving the claims against Interior Exterior in the MDL litigation. Russ Herman was present on behalf of the Plaintiffs' Steering Committee. Richard Duplantier and Phil Nizialek were present on behalf of Interior Exterior. Judy Barrasso, Minor Pipes, and Hugh Scott were present on behalf of Liberty Mutual. Melissa Swabacker was present on behalf of Landmark and American Insurance Co. Russell Holwadel was present on behalf of Arch Insurance. Tom Schwab was present on behalf of AISLIC. Brian Martin, Sidney Angelle, Kevin Risley, and Eric Berger were present on behalf of North River. Gary Russo was present as well.

The parties first discussed with the Court the current hearing schedule on the class certification motions, and their interest in continuing the hearing dates a few weeks due to the change in class representatives. The Court agreed to consider the request and directed the parties to meet-and-confer on the issue and present to the Court a joint, proposed discovery, briefing, and hearing schedule.

1

JS10(00:30)

Additionally, Interior Exterior expressed an interest in receiving discovery responses regarding liability before the mediation scheduled for February 21, 2011, as well as certain pilot program remediation information and documents submitted to Brown Greer. The Court agreed that the parties should work together to provide this information in a timely manner.

Next, the parties discussed the trial dates proposed by the Court for a bellwether trial on the claims against Interior Exterior. The parties informed the Court, that out of the three proposed dates, that they agreed upon July 18, 2011. The Court considered and accepted this date. Accordingly, IT IS ORDERED that a jury trial is SCHEDULED to resolve the claims against Interior Exterior on July 18, 2011, at 8:30 a.m. IT IS FURTHER ORDERED that the relevant parties are to meet-and-confer to draft a proposed scheduling order for pretrial dates and to submit the proposal to the Court.

With regard to the Interior Exterior mediation scheduled for February 21, 2011, IT IS ORDERED that AISLIC, as well as its representative Tom Schwab, are relieved of the obligation to attend the mediation.