**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Section: L |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT INSTALLER PROFILE FORM**

Considering the Motion for Extension of Time to Submit Builder Profile Form filed on behalf of Defendant, Sweet Interiors, Inc.

Defendant, Sweet Interiors, Inc. is HEREBY granted through and until March 4, 2011 to submit the required Installer Profile Form.

NEW ORLEANS, LOUISIANA this  9th  day of      February     , 2011.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE