UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court issued an Order on February 4, 2011, scheduling Taylor Morrison Services, Inc.'s Motion for Partial Summary Judgment (R. Doc. 7140) for hearing following the monthly status conference on February 23, 2011.  The Court has reconsidered its decision to schedule the hearing for this date, accordingly IT IS ORDERED that the hearing on Taylor Morrison's Motion for Partial Summary Judgment is CONTINUED until a further order from the Court.  IT IS FURTHER ORDERED that the Insurers' Steering Committee and the Plaintiffs' Steering Committee are to meet-and-confer and submit to the Court a proposed briefing and hearing schedule for this Motion and the similar motions filed by the Plaintiffs' Steering Committee.

New Orleans, Louisiana, this 8th  day of January, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE