# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: "L" |
| This document relates to: | JUDGE FALLON |
| CA No. 10-0052 (Bourgeois v. Allstate Indemnity Co., et. al.) | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS HEREBY ORDERED**, that Joseph L. Spilman, III, be, and is hereby substituted as co-counsel of record for defendants, Louisiana Citizens Property Insurance Corporation in place of John T. Culotta.

New Orleans, Louisiana, this __9th__ day of ___February___, 2011.

_____
JUDGE