**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |

---

**ORDER**

---

Considering the Motion to Withdraw of Russell Q. Allison, as counsel of record for the defendant, Building Materials Wholesale, Inc.,

IT IS ORDERED BY THE COURT that said motion is due to be granted.

New Orleans, Louisiana this  9th  day of _____February_____, 2011.

Honorable Eldon E. Fallon
U.S. District Judge