UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED        :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY          :
LITIGATION                                           :   SECTION:   L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:          :   JUDGE FALLON
                                                            :
09-cv-7628, 10-cv-0362                      :   MAG. JUDGE WILKINSON
                                                            :
---------------------------------------------------------------x

### ORDER

CONSIDERING THE FOREGOING, the Court find the motion well-taken and should be granted.  IT IS THEREFORE

ORDERED AND ADJUDGED that Plaintiffs Jack Myers and Ralph Seals be and are hereby granted an additional thirty days or until the 6th day of March, 2011, to submit indicia of Knauf KPT to the Special Master.

New Orleans, Louisiana, this the  9th  day of February, 2011.

_____
MAG. JUDGE WILKINSON