UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF ITS RENEWED MOTION CHALLENGING THE ADEQUACY AND COMPLETENESS OF THE DISCOVERY RESPONSES OF DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD., AND TO COMPEL DISCOVERY & JURISDICTIONAL DEPOSITIONS TO BEGIN IN FEBRUARY 2011**

**MAY IT PLEASE THE COURT:**

The Plaintiffs' Steering Committee ("PSC") served Interrogatories and Requests for Production of Documents concerning jurisdictional issues upon defendants, Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. (Exhibits A & B to the PSC's supporting memorandum at Rec. Doc. 6964). The Court heard oral argument on the instant motion on January 20, 2011 and denied the motion, with the right to re-file the same.[1] [Rec. Doc. 7136,

---

[1] The full procedural history of this motion is as follows: The PSC filed its initial Motion Challenging the Adequacy and Completeness of the Taishan Defendants Discovery Responses on January 12, 2011 [Rec. Doc. 6964]. The Taishan Defendants filed a Motion for Protective Order on January 12, 2011, regarding the same discovery responses [Rec. Doc. 7003] and their opposition to the PSC's motion on January 18, 2011 [Rec. Doc. 7026]. The PSC filed a consolidated Response to the Taishan Defendants' Motion for Protective Order and Reply to the Taishan Defendants' Opposition to the PSC's Motion to Compel on January 19, 2011 [Rec. Doc. 7051]. The Court heard oral argument on the PSC's Motion and Taishan's Motion for Protective Order on January 20, 2011. The Court denied the Taishan Defendants' Motion for Protective Order [Rec. Doc. 7136]. The Court also denied the PSC's Motion Challenging the Adequacy and Completeness of the Taishan Defendants Discovery Responses, but gave the PSC the right to

attached as Exhibit "A"].

The PSC renews the instant motion due to the entry of a preliminary default judgment of numerous Taishan affiliates [Rec. Doc. 7302]. The PSC specifically incorporates by reference and adopts its previously filed motion and memorandum of law and consolidated response and reply to the Taishan Defendants at Rec. Doc. 6964 and Rec. Doc. 7051.

The Taishan Defendants and their counsel have taken the untenable position that the Taishan Defendants may make representations regarding their affiliates' activities related to personal jurisdiction discovery in this case, without being before the Court. (See Transcript of January 20, 2011 hearing, attached hereto as Exhibit "B".) The Court was appropriately concerned with the Taishan Defendants' representations concerning their affiliates without those affiliates being properly before the Court. *Id.* Accordingly, the Court granted the Taishan Defendants an additional week to file a Notice of Appearance for its affiliates. *Id.* The week has passed and no Notice of Appearance has been filed for the affiliates. Accordingly, the Court entered a preliminary default judgment against the numerous Taishan Defendants' affiliates on February 1, 2011, in *Gross v. Knauf Gips KG,* case number 2:09-md-02047-EEF-JCW. Document number 7302. The Taishan Defendants, having refused to enter a Notice of Appearance on behalf of their affiliates, have made their position clear: they intend to be obstreperous and prevent discovery of their affiliates' activities related to personal jurisdiction by only having two Taishan entities before the Court. As such, the instant motion is now ripe for decision by the Court.

The PSC respectfully urges that the Court grant its Motion Challenging the Adequacy and

---

re-file the same. *Id.*

2

Completeness of the Discovery Responses of the Taishan Defendants and enter an order consistent with the Court's ruling on the Rule 30(b)(6) depositions in this matter, "that the scope of the [discovery] … is to be broad, including questions about related, subsidiary, parent and affiliated companies."   [Rec. Doc. 7136]

WHEREFORE, the PSC respectfully requests that this Honorable Court set a hearing at an early date, but no later than the February 23, 2011 Status Conference to address the instant motion to compel and to enter an appropriate Order in connection therewith.

Dated:   February 9, 2011

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite   650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA   70057
Phone:   (985) 783-6789
Fax:   (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of February, 2011.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA   70113
PH:   (504) 581-4892
Fax:   (504) 561-6024
ldavis@hhkc.com