

LEXISNEXIS® FILE & SERVE
35547402
E-SERVICE

Jan 24 2011
4:48PM

MINUTE ENTRY
FALLON, J.
JANUARY 20, 2011

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                    MDL NO. 2047
     DRYWALL PRODUCTS
     LIABILITY LITIGATION                          SECTION: L

                                           JUDGE FALLON
                                           MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Cathy Pepper

Appearances: Arnold Levin, Esq. For PSC
              Frank Spano, Esq. For Taishan Gypsum
              Nick Panayotopoulos, Esq. For Banner
              Patrick Montoya, Esq. For PSC

1.     PSC's Motion to Lift Stay (R. Doc. 5572) re: PSC's Motion for Class Certification in
       *Germano* (R. Doc. 3293);

       NO ARGUMENT-CONTINUED until personal jurisdiction discovery is complete.

2.     PSC's Motion to Lift Stay (R. Doc. 5939) re: PSC's Motion for Default Judgment in
       *Gross* (R. Doc. 5621);

       ARGUMENT-CONTINUED for one week to allow counsel for the defendants to enter
an appearance; if counsel fails to do so, the Court grants the Motion and will move forward with
the default.

3.     Banner's Motion for a Finding of Contempt and to Compel Against the Center of
       Toxicology and Environmental Health (R. Doc. 6518) re: how to proceed with discovery
       related to the parties' communications with the CPSC;

       ARGUMENT-DENIED AS MOOT with the right to refile in case the requested
discovery is not provided.

1

 JS10:    :33

In re: Chinese Drywall Litigation                          MDL - 2047 - L
Motion Hearing - January 20, 2011

4.      PSC's Motion to Compel Discovery Responses from Mark Norris (R. Doc. 6527);

        NO ARGUMENT-DENIED AS MOOT.

5.      PSC's Motion to Lift Stay (R. Doc. 6672) re: numerous PSC motions;

        NO ARGUMENT-GRANTED, with the understanding that the parties will submit a joint proposed briefing and hearing schedule for the PSC's Motion for an Accounting and Other Relief (R. Doc. 6669).

6.      Knauf & Banner's Joint Motion to Compel Responses to Discovery (R. Doc. 6766);

        NO ARGUMENT-DENIED AS MOOT.

7.      PSC's Motion to Strike Confidentiality Designations of Various Knauf Entities (R. Doc. 6813);

        NO ARGUMENT-DENIED AS MOOT.

8.      PSC's Motion to Compel Responses to Rule 34 Requests for Documents (R. Doc. 6816);

        NO ARGUMENT-DENIED AS MOOT.

9.      PSC's Motion to Strike Attorney-Client Privilege Claims of Various Knauf Entities (R. Doc. 6904);

        NO ARGUMENT-DENIED AS MOOT.

10.     Knauf's Motion for Protective Order (R. Doc. 6948);

        NO ARGUMENT-DENIED AS MOOT.

11.     PSC's Motion to Lift Stay (R. Doc. 6954) re: setting for hearing the PSC's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of all Outside Settlement Activities (R. Doc. 6947);

        NO ARGUMENT-GRANTED with the understanding the parties will submit a joint briefing and hearing schedule to the Court.

In re: Chinese Drywall Litigation                                      MDL - 2047 - L
Motion Hearing - January 20, 2011

12.     PSC's Motion Challenging the Adequate and Completeness of the Discovery Responses
        of Defendants Taishan Gypsum Co. Ltd. & Taian Taishan Plasterboard Co., Ltd., & to
        Compel Discovery & Jurisdictional Depositions to Begin in February 2011 (R. Doc.
        6964);

        ARGUMENT-DENIED with the right to refile.  IT IS ORDERED that the parties are to
proceed with Rule 30(b)(6) depositions as soon as practicable.  The parties are directed to select
mutually agreeable dates and inform the Court by next week.  IT IS FURTHER ORDERED that
scope of the depositions is to be broad, including questions about related, subsidiary, parent, and
affiliated companies.  The Court will be available by phone during the depositions to assist the
parties.

13.     Taishan & Taian's Motion for Protective Order (R. Doc. 7003).

        ARGUMENT-DENIED.