UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**THIS DOCUMENT RELATES TO ALL CASES**

**O R D E R**

Considering the Plaintiffs' Steering Committee's Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011 and that the stay has been previously lifted regarding this motion [Rec. Doc. 6981];

IT IS ORDERED BY THE COURT that the PSC's Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011 be and is hereby set for hearing on the _____ day of February, 2011, at ____ o'clock ____.m.

IT IS ORDERED BY THE COURT that the PSC's Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. and to Compel Discovery & Jurisdictional

1

Depositions to Begin in February 2011 be and is hereby set for hearing following the monthly status conference on February 23, 2011.

IT IS FURTHER ORDERED BY COURT that all responses to the motion must be filed by February _____, 2011.

New Orleans, Louisiana, this _____ day of February, 2011.

_____
Eldon E. Fallon
United States District Court Judge