UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   :   MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION      :   SECTION: L
                                      :   JUDGE FALLON
                                      :   MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering the Plaintiffs' Steering Committee's Eleventh Motion to Lift the Stay (R. Doc. 7329), IT IS ORDERED that this Motion is GRANTED IN PART to schedule the Plaintiffs' Steering Committee's Motion to Halt Entry of Voluntary Motions to Dismiss Without Prior Notice (R. Doc. 7187) for hearing following the monthly status conference on February 23, 2011, at 9:00 a.m. The Motion is CONTINUED IN PART as to the motions for partial summary judgment which will be addressed in a forthcoming order from the Court. IT IS FURTHER ORDERED that Responses to the Motion to Halt Entry of Voluntary Motions to Dismiss Without Prior Notice (R. Doc. 7187) are to be filed with the Court by Wednesday, February 16, 2011.

New Orleans, Louisiana, this 9th day of January, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE