UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. WILKINSON

This Document Relates to ALL CASES.

## ORDER

On January 12, 2011, the Court issued a scheduling order for pending motions for class certification in the *Vickers*, *Payton*, and *Silva* cases.  See (R. Doc. 6958).  Therein, the Court required interventions by January 17, 2011, *see id.*, but subsequently extended this deadline to February 17, 2011, in its Minute Entry of January 20, 2011.  See (R. Doc. 7086, p. 28).  The Court finds it appropriate to further extend the deadline for intervention.  Accordingly, IT IS ORDERED that the date to intervene is extended to February 25, 2011.

New Orleans, Louisiana, this 9th day of February 2011.

_____
U.S. District Judge