IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 *  * |
| _____ | * SECTION: L * |
| THIS DOCUMENT RELATES TO: Dean and Dawn Amato, et al vs. Liberty Mutual Insurance Company, et al. | * * * |
| Case No. 2:10-cv-0932 | * JUDGE FALLON * |
| | * MAG. JUDGE WILKINSON * |

### ORDER

The Court, having considered Ballard Spahr LLP's Motion to Withdraw as Counsel of Record for Harleysville Mutual Insurance Company, HEREBY ORDERS:

Ballard Spahr LLP's Motion to Withdraw is granted. Ballard Spahr LLP shall have no further responsibility with regard to this lawsuit. All pleadings shall be served on James M. Smith of Stockham, Carroll, & Smith, P.C., counsel for Harleysville Mutual Insurance Company.

New Orleans, Louisiana this  9th  day of February, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DMEAST #13348571 v1