UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CONRY | * | CIVIL ACTION 10-4599 |
| | | 09-MD-2047 |
| | * | |
| | | SECTION    L |
| | * | |
| | * | |
| VERSUS | * | MAGISTRATE    2 |
| | * | |
| GERALD "JERRY" DAUGHERTY, | * | |
| THE HERB COMPANY, | * | |
| AND THE HERB IMPORT COMPANY, INC. | * | |

*********************************************

MOTION FOR LEAVE TO FILE
OPPOSITION TO ENTRY OF DEFAULT

Now into court comes Gerald Daugherty, The Herb Company and the Herb Import Company, Inc. who wishes to file an opposition to the Motions submitted by plaintiff now scheduled for February 16, 2011.

1.

Defendants were not initially aware that plaintiff has actually filed the motions since a review of the record in Case No. 10-4599 did not show a return on the summons which was improperly served on counsel for defendants. Defendants did file a Motion to Dismiss on January 26, 2001 which is currently set for hearing on March 30, 2011. Plaintiff has subsequently filed a motion to Leave for file a Motion and Compel Appearance, which appears to acknowledge the insufficiency of service of process.

2.

As a result of the foregoing, defendants did not understand that plaintiff was attempting to go forward with the Motion for Default scheduled for February 16, 2001 until a review of the

record today indicted it remained on the docket. Accordingly, defendants wish to submit an opposition to this motion.

Respectfully Submitted:

JOHN DAVIDSON AND ASSOCIATES

_____
JOHN A. E. DAVIDSON (#4710)
2901 Independence Street, Suite 201
Metairie, Louisiana 70006
Phone:      (504) 455-3832
Facsimile:  (504) 455-8981

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on 9th day of February 2011.

_____
JOHN A. E. DAVIDSON