UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CONRY | * | CIVIL ACTION 10-4599 |
| | | 09-MD-2047 |
| | * | |
| | | SECTION    L |
| | * | |
| | * | |
| VERSUS | * | MAGISTRATE    2 |
| | * | |
| GERALD "JERRY" DAUGHERTY, | * | |
| THE HERB COMPANY, | * | |
| AND THE HERB IMPORT COMPANY, INC. | * | |

*********************************************

ORDER PERMITTING LATE FILING OF OPPOSITION

    LET defendants, Gerald Daugherty, The Herb Company and the Herb Import Company, Inc.. be permitted to file an opposition to plaintiff's motion scheduled for February 16, 2011.

    New Orleans, LA this _____ day of February, 2011.

_____
JUDGE ELDON E. FALLON