UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
    Owners Insurance Co., et al. v. The Mitchell Co., Inc., et al.,     )
        E.D. Louisiana, C.A. No. 2:10-1036     )     MDL No. 2047
        (M.D. Georgia C.A. No. 5:09-374)     )

**REMAND ORDER**

**Before the entire Panel**: Plaintiffs in this action – Owners Insurance Company and Auto-Owners Insurance Company – move the Panel, pursuant to 28 U.S.C. § 1407 and former Rules 7.5(c) and 7.6, R.P.J.P.M.L., 199 F.R.D. 425, 436-38 (2001),[1] for remand of the action to the Middle District of Georgia, its transferor court. The defendants – The Mitchell Company, Inc. (Mitchell), and Rightway Drywall, Inc. – did not respond to the motion before the Panel, but Mitchell filed a pleading in the transferee court arguing against remand.

After considering all argument of counsel, the Panel finds that remand of this action is appropriate at this time. The Panel issued an order on April 5, 2010, transferring this insurance declaratory judgment action to the Eastern District of Louisiana for inclusion in MDL No. 2047. It is the only such action transferred to MDL No. 2047 by the Panel.

Although the Panel ordered transfer of this action, it has since found insufficient commonality between the insurance coverage issues and the underlying products liability claims to warrant transfer of similar actions. Based on these decisions, the transferee judge granted the plaintiffs' motion for a suggestion of remand of this action "in order to maintain consistency with the Panel's other orders denying transfer to MDL [No.] 2047 in similar declaratory judgment cases involving insurance coverage for Chinese drywall-related damages." In these circumstances, the Panel now concludes that continued inclusion of this action in MDL No. 2047 would not achieve sufficient conveniences or other benefits under 28 U.S.C. § 1407.

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. § 1407, is granted and this action is remanded from the Eastern District of Louisiana to the Middle District of Georgia.

---

    [1] Amended Panel Rules became effective on October 4, 2010.

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | Barbara S. Jones |