UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JOYCE W. ROGERS, et al vs. KNAUF GIPS, KG, et al Case No. 2:10-CV-362 | * * * * * | JUDGE FALLON  MAGISTRATE WILKINSON |

**ORDER GRANTING DEFENDANT BAYWOOD CONSTRUCTION, INC.'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Baywood Construction, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this  9th  day of February, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE