UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JOYCE W. ROGERS, et al vs. KNAUF GIPS KG, et al Case No. 2:10-cv-362-EEF-JCW | * * * * * | JUDGE FALLON MAG. WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

MICHAEL DEVITO

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Baywood Construction, Inc., ("Baywood Construction"), and as such, has personal knowledge of the following based on his review of records maintained by Baywood Construction in the regular course of business.

2. Baywood Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Baywood Construction is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

4. Baywood Construction has never built a residence in the State of Louisiana nor had



EXHIBIT A

any contracts or subcontracts with companies located in Louisiana.

5. Baywood Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Baywood Construction does not have an agent for service of process in Louisiana.

7. Baywood Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Baywood Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Baywood Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Baywood Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Baywood Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Baywood Construction never anticipated it would be haled into court in Louisiana.

_____
MICHAEL DEVITO

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF September, 2010.

_____
NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Kristy Offerman
Commission # DD961598
Expires: FEB. 11, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

2