# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

### DECLARATION OF THOMAS W. O'BRIEN

| | | |
|---|---|---|
| STATE OF TEXAS | ) ) | ss |
| COUNTY OF HARRIS | ) | |

I, Thomas W. O'Brien, being duly sworn, declare as follows:

1. I am over the age of 21 years and am a resident of the State of Texas.

2. I have personal knowledge of the facts set forth in this Affidavit, through conversations with others that collected information on behalf of The Travelers Indemnity Company of Connecticut ("Travelers Indemnity of Connecticut"), Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois ("Travelers Property Casualty"), and The Standard Fire Insurance Company ("Standard Fire") (collectively "Travelers") and a review of Travelers records, made and kept in the regular course of business by those whose regular job function it is to make and keep such records.

3. I am a Regional Director in the Special Liability Group ("SLG") of The Travelers Indemnity Company.

4. As a Regional Director of the SLG, I am responsible for overseeing certain insurance claims, including those at issue in the *Amato* litigation.

5. Some of those claims relate to policies that were issued by Travelers Indemnity of Connecticut and Travelers Property Casualty to Banner Supply Co. ("Banner"). These policies incepted on January 1, 2003 and expired on January 1, 2006. As the declaration pages to these policies demonstrate, the policies were brokered through a Florida broker, and issued and delivered in Florida to Banner, which is a Florida entity. True and accurate copies of the declaration pages that are made and kept in the regular course of Travelers business are attached hereto as Exhibit 1.

6. Some of those claims relate to policies that were issued by Travelers Property Casualty to Black Bear Gypsum Supply, Inc. ("Black Bear"). These policies incepted on November 22, 2005 and expired on November 22, 2007. As the declaration pages to the policies show, these policies were brokered through a Florida broker, and issued and delivered in Florida to Black Bear, which was a Florida entity. True and accurate copies of the declaration pages that are made and kept in the regular course of Travelers business are attached hereto as Exhibit 2.

7. Some of the claims relate to policies that were issued by Travelers Property Casualty to Smoky Mountain Materials, Inc. ("Smoky Mountain"). These policies are primary and excess liability policies that incepted on June 1, 2004 and expired on June 1, 2008. As the declaration pages to the policies show, these policies were brokered through a Tennessee broker, and issued and delivered in Tennessee to Smoky Mountain, which is a Tennessee entity. As the policies show (on the Locations Schedule), however, Smoky Mountain transacts business in Florida and those policies contain Florida-specific endorsements. True and accurate copies of the declaration pages and Locations Schedule that are made and kept in the regular course of Travelers business are attached hereto as Exhibit 3. As I understand, all of the claims against

Smoky Mountain in *Amato* relate to residences located in Florida, by individuals alleged to be Florida homeowners.

8. Standard Fire has also been named in *Amato* based on a liability policy it allegedly issued to Summit Contractors, Inc., Summit Homes of Louisiana, Inc., and/or Summit Homes, LLC (collectively "Summit Homes"). (*See* ECF No. 3132-4 at 113-15; ECF No. 3132-5 at 42.) The *Amato* complaint alleges that the relevant policy is number 9426573466331. This policy number, however is not associated with a commercial general liability policy, but instead is a homeowners policy that was issued to Mary Catalanotto, who is not a plaintiff in *Amato*. Additionally, Travelers has conducted a full and diligent search of the records it maintains in the ordinary course of its business by policyholder name (Summit Contractors, Inc., Summit Homes of Louisiana, Inc. and Summit Homes, LLC). To date, those searches have not revealed evidence indicating that Standard Fire ever issued any liability insurance policies to Summit Homes.

9. St. Paul Fire & Marine Insurance Company ("St. Paul") has also been named as a defendant in *Amato* based on allegations it issued insurance policies to USG Corporation. St. Paul did issue high-level excess policies to USG that incepted on April 1, 2002 and expired on April 1, 2007. While the underlying coverage varied in different policy periods, none of these policies would provide coverage until at least $100 million in underlying coverage had been exhausted. True and accurate copies of the schedules of underlying insurance that are made and kept in the regular course of Travelers business are attached hereto as Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT

_____
Thomas W. O'Brien

# EXHIBIT 1

**Travelers**Property Casualty
A Member of *Travelers Group*

# COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

BANNER SUPPLY COMPANY
7195 N.W. 30TH COURT
MIAMI FL 33122

Presented by: BIC MANAGERS

One Tower Square, Hartford, Connecticut 06183          TravelersPropertyCasualty
                                                        A Member of Travelers Group

                                    WHOLESALING
                                    COMMON POLICY DECLARATIONS
                                    ISSUE DATE: 01/14/03

                                    POLICY NUMBER: Y-630-982X1642-TIL-03

1. NAMED INSURED AND MAILING ADDRESS:
   BANNER SUPPLY COMPANY   (AS PER IL T8 00)
   7195 N.W. 30TH COURT
   MIAMI, FL 33122


2. POLICY PERIOD:   From 01/01/03 to 01/01/04 12:01 A.M. Standard Time at
                                                    your mailing address.
3. LOCATIONS
      Premises  Bldg.
      Loc. No.  No.  Occupancy            Address

      SEE IL T0 03



4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS    CG T0 01 03 94 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS         CM T0 01 07 86 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
      Policy                      Policy No.              Insuring Company




      DIRECT BILL
7. PREMIUM SUMMARY:
      Provisional Premium    $ 93,783
      Due at Inception       $
      Due at Each            $

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   BIC MANAGERS (FA922)
   2100 PONCE DE LEON BLVD                  _____
   STE 701                                  Authorized Representative
   CORAL GABLES, FL 33134                   DATE: _____

IL T0 02 11 89    PAGE 1 OF 1               OFFICE: TAMPA FL

Travelers

# COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

BANNER SUPPLY COMPANY
7195 N.W. 30TH COURT
MIAMI FL 33122

Presented by: BIC MANAGERS



One Tower Square, Hartford, Connecticut  06183

```
                              WHOLESALING
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 01/09/04

                              POLICY NUMBER: Y-630-982X1642-TCT-04
INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

1. NAMED INSURED AND MAILING ADDRESS:
   BANNER SUPPLY COMPANY   (AS PER IL T8 00)
   7195 N.W. 30TH COURT
   MIAMI, FL 33122


2. POLICY PERIOD:  From 01/01/04 to 01/01/05 12:01 A.M. Standard Time at
                                              your mailing address.
3. LOCATIONS
     Premises  Bldg.
     Loc. No.  No.   Occupancy            Address

     SEE IL T0 03



4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG T0 01 03 94 TCT
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS    CG T0 09 09 93 TCT
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS       CM T0 01 07 86 TCT




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                         containing its complete provisions:
   Policy                       Policy No.             Insuring Company




   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium   $ 120,674
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:         COUNTERSIGNED BY:
   BIC MANAGERS (FA922)
   2100 PONCE DE LEON BLVD
   STE 1175                                  _____
   CORAL GABLES, FL 33134                    Authorized Representative
                                             DATE: _____
IL T0 02 11 89     PAGE 1 OF 1               OFFICE: TAMPA FL
```

**ST PAUL TRAVELERS**

# COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

BANNER SUPPLY COMPANY
7195 N.W. 30TH COURT
MIAMI FL 33122

Presented by: S & C-CORAL GABLES

 **ST PAUL TRAVELERS**   One Tower Square, Hartford, Connecticut 06183

```
                              WHOLESALING
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 01/05/05

                              POLICY NUMBER: Y-630-982X1642-TIL-05
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   BANNER SUPPLY COMPANY  (AS PER IL T8 00)
   7195 N.W. 30TH COURT
   MIAMI, FL 33122


2. POLICY PERIOD:  From 01/01/05 to 01/01/06 12:01 A.M. Standard Time at
                                                your mailing address.
3. LOCATIONS
     Premises  Bldg.
     Loc. No.  No.   Occupancy            Address

  -  SEE IL T0 03


4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS    CG T0 09 09 93 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS       CM T0 01 07 86 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
     Policy                    Policy No.              Insuring Company



  -  DIRECT BILL
7. PREMIUM SUMMARY:
     Provisional Premium   $ 119,194
     Due at Inception      $
     Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:           COUNTERSIGNED BY:
   S & C-CORAL GABLES (FA922)
   2100 PONCE DE LEON BLVD
   STE 1175                                    _____
   CORAL GABLES, FL 33134                      Authorized Representative

                                               DATE:_____

IL T0 02 11 89      PAGE 1 OF 1
OFFICE: TAMPA FL
```

# EXHIBIT 2


**ST PAUL TRAVELERS**

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD.
STE. 300
CLEARWATER FL 33762

Presented by: NORTHEAST UND



**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                              SEVERE PRODUCTS LIABILITY PROGRAM
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 12/05/05

                              POLICY NUMBER: Y-630-918K1987-TIL-05
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   BLACK BEAR GYPSUM SUPPLY, INC.
   13000 AUTOMOBILE BLVD.
   STE. 300
   CLEARWATER, FL 33762


2. POLICY PERIOD: From 11/22/05 to 11/22/06 12:01 A.M. Standard Time at
                                                    your mailing address.
3. LOCATIONS
     Premises   Bldg.
     Loc. No.   No.   Occupancy              Address

     SEE IL T0 03



4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS        DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS CG T0 01 11 03 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS    CM T0 01 07 86 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                      Policy No.              Insuring Company




   DIRECT BILL
7. PREMIUM SUMMARY:
     Provisional Premium   $ 35,412
     Due at Inception      $
     Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   NORTHEAST UND (FT981)
   4790 1ST STREET NORTH
   ST PETERSBURG, FL 33703                  _____
                                            Authorized Representative

                                            DATE:_____


IL T0 02 11 89      PAGE 1 OF 2
OFFICE: TAMPA FL
```


# TRAVELERS

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD.
STE. 300
CLEARWATER FL 33762

Presented by: NORTHEAST UND INC

 One Tower Square, Hartford, Connecticut 06183

| | |
|---|---|
| COINSURANCE CONTRACT: THE RATE CHARGED IN THIS POLICY IS BASED UPON THE USE OF THE COINSURANCE CLAUSE ATTACHED TO THIS POLICY, WITH THE CONSENT OF THE INSURED | SEVERE PRODUCTS LIABILITY PROGRAM COMMON POLICY DECLARATIONS ISSUE DATE: 12/01/06 |

POLICY NUMBER: Y-630-918K1987-TIL-06

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   BLACK BEAR GYPSUM SUPPLY, INC.
   13000 AUTOMOBILE BLVD.
   STE. 300
   CLEARWATER, FL 33762

2. POLICY PERIOD: From 11/22/06 to 11/22/07 12:01 A.M. Standard Time at your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.   Occupancy              Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                       Policy No.             Insuring Company

   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium    $ 62,128
   Due at Inception       $
   Due at Each            $

NAME AND ADDRESS OF AGENT OR BROKER:           COUNTERSIGNED BY:
   NORTHEAST UND INC (FT981)
   4790 1ST STREET NORTH
   ST PETERSBURG, FL 33703                     _____
                                               Authorized Representative

                                               DATE:_____

IL T0 02 11 89       PAGE 1 OF 2
OFFICE: TAMPA FL