# EXHIBIT 3



Travelers

# COMMERCIAL INSURANCE

A Custom Insurance Policy Prepared for:

SMOKY MOUNTAIN MATERIALS
CAROLINA, INC.
P. O. BOX 14098
KNOXVILLE TN 37914

Presented by: WILLIS OF TENNESSEE-KNOX

One Tower Square, Hartford, Connecticut 06183                                    **Travelers**

NORTH CAROLINA COINSURANCE CONTRACT

WHOLESALING
COMMON POLICY DECLARATIONS
ISSUE DATE: 06/18/04

POLICY NUMBER: Y-630-962J0712-TIL-04

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   SMOKY MOUNTAIN MATERIALS
   CAROLINA, INC.  (AS PER IL T8 00)
   P. O. BOX 14098
   KNOXVILLE, TN 37914

2. POLICY PERIOD:  From 06/01/04 to 06/01/05  12:01 A.M. Standard Time at your mailing address.

3. LOCATIONS
   Premises   Bldg.
   Loc. No.   No.   Occupancy           Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS            DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS    CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS     CG T0 09 09 93 TIL
   COMMERCIAL CRIME COV PART DECLARATIONS                CR T0 01 07 86 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS        CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES:  Each of the following is a separate policy containing its complete provisions:
   Policy                    Policy No.              Insuring Company

7. PREMIUM SUMMARY:
   Provisional Premium   $       62,675
   Due at Inception      $       15,875
   Due at Each           $ SEE IL T0 30

NAME AND ADDRESS OF AGENT OR BROKER:              COUNTERSIGNED BY:
   WILLIS OF TENNESSEE-KNOX (A9150)
   PO BOX 19820
   KNOXVILLE, TN 379392820                        _____
                                                  Authorized Representative

                                                  DATE:_____

IL T0 02 11 89      PAGE 1 OF 2
OFFICE: NASHVILLE


**ST PAUL TRAVELERS**

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

SMOKY MOUNTAIN MATERIALS, INC.
P. O. BOX 14098
KNOXVILLE TN 37914

Presented by: WILLIS OF TENNESSEE INC



**ST PAUL TRAVELERS**                          One Tower Square, Hartford, Connecticut 06183

```
                                    WHOLESALING
                                    COMMON POLICY DECLARATIONS
                                    ISSUE DATE: 06/02/05
NORTH CAROLINA COINSURANCE CONTRACT
                                    POLICY NUMBER: Y-630-962J0712-TIL-05
    INSURING COMPANY:
    TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

 1. NAMED INSURED AND MAILING ADDRESS:
    SMOKY MOUNTAIN MATERIALS, INC.  (AS PER IL T8 00)
    P. O. BOX 14098
    KNOXVILLE, TN 37914


 2. POLICY PERIOD:  From 06/01/05 to 06/01/06 12:01 A.M. Standard Time at
                                                  your mailing address.
 3. LOCATIONS
       Premises  Bldg.
       Loc. No.  No.  Occupancy           Address

       SEE IL T0 03



 4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
    DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL
    COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
    EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS   CG T0 09 09 93 TIL
    COMMERCIAL CRIME COV PART DECLARATIONS              CR T0 01 07 86 TIL
    COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM T0 01 07 86 TIL




 5. NUMBERS OF FORMS AND ENDORSEMENTS
    FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


 6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                           containing its complete provisions:
       Policy                        Policy No.             Insuring Company




 7. PREMIUM SUMMARY:
       Provisional Premium   $      110,329
       Due at Inception      $       27,943
       Due at Each           $ SEE IL T0 30

NAME AND ADDRESS OF AGENT OR BROKER:       COUNTERSIGNED BY:
    WILLIS OF TENNESSEE INC (A9150)
    PO BOX 19820                           _____
    KNOXVILLE, TN 379392820                Authorized Representative

                                           DATE:_____


IL T0 02 11 89      PAGE 1 OF 2
OFFICE: NASHVILLE
```


**ST PAUL TRAVELERS**

# COMMERCIAL INSURANCE

### A Custom Insurance Policy Prepared for:

SMOKY MOUNTAIN MATERIALS INC.
P. O. BOX 14098
KNOXVILLE TN 37914

Presented by: WILLIS OF TENNESSEE INC


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

WHOLESALING
COMMON POLICY DECLARATIONS
ISSUE DATE: 06/15/06

NORTH CAROLINA COINSURANCE CONTRACT

POLICY NUMBER: Y-630-962J0712-TIL-06

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   SMOKY MOUNTAIN MATERIALS INC.  (AS PER IL T8 00)
   P. O. BOX 14098
   KNOXVILLE, TN 37914

2. POLICY PERIOD:  From 06/01/06 to 06/01/07 12:01 A.M. Standard Time at
                                                    your mailing address.
3. LOCATIONS
     Premises  Bldg.
     Loc. No.  No.   Occupancy              Address

     SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS   CG T0 09 09 93 TIL
   COMMERCIAL CRIME COV PART DECLARATIONS              CR T0 01 07 86 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
     Policy                    Policy No.              Insuring Company

7. PREMIUM SUMMARY:
     Provisional Premium   $      157,865
     Due at Inception      $       40,973
     Due at Each           $ SEE IL T0 30

NAME AND ADDRESS OF AGENT OR BROKER:           COUNTERSIGNED BY:
   WILLIS OF TENNESSEE INC (A9150)
   PO BOX 19820
   KNOXVILLE, TN 379392820                     _____
                                               Authorized Representative

                                               DATE:_____

IL T0 02 11 89      PAGE 1 OF 2
OFFICE: NASHVILLE

Case 2:09-md-02047-EEF-MBN Document 7384-2 Filed 02/09/11 Page 8 of 17



# COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE POLICY

**A Custom Insurance Policy Prepared for:**

SMOKY MOUNTAIN MATERIALS INC;
AND AS PER CG DO 74 04 93
P O BOX 14098

KNOXVILLE                TN 37914

This policy consists of the policy cover, the Policy Declarations and the Policy Forms and endorsements listed in that declaration form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by this policy. That insurance will be provided by the company indicated as insuring company in the Declarations by the abbreviation of its name.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)


*[signature]*                                              *[signature]*

General Counsel & Secretary                 Chairman of the Board & Chief Executive Officer

(Rev. 02-04)


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**POLICY DECLARATIONS**
**COMMERCIAL EXCESS LIABILITY**
**(UMBRELLA) INSURANCE POLICY**

POLICY NO.: YSM-CUP-6378C577-TIL-06
ISSUE DATE: 06-14-06

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**1. NAMED INSURED AND MAILING ADDRESS:**
SMOKY MOUNTAIN MATERIALS INC;
AND AS PER CG DO 74 04 93
P O BOX 14098

KNOXVILLE          TN 37914

THIS POLICY DOES NOT
COVER LIABILITY
ARISING OUT OF
ASBESTOS MATERIAL
SEE ENDORSEMENT
UM 01 96 07 96

**2. THE NAMED INSURED IS A:**
[X] CORPORATION   [ ] SOLE PROPRIETOR   [ ] PARTNERSHIP OR JOINT VENTURE   [ ] OTHER

**3. POLICY PERIOD:** From 06-01-06 to 06-01-07 12:01 A.M. Standard Time at your mailing address.

**4. PREMIUM:** * $ 48,000   [X] Flat Charge   [ ] Adjustable (See premium schedule)
 *  SEE END. CG D0 31 10 91

**5. LIMITS OF INSURANCE:**

| COVERAGES | | LIMITS OF LIABILITY |
|---|---|---|
| AGGREGATE LIMITS OF LIABILITY | 5,000,000 | Products/Completed Operations Aggregate |
|  | 5,000,000 | General Aggregate |
| COVERAGE A - Bodily Injury and Property Damage Liability | 5,000,000 | any one occurrence subject to the Products/Completed Operations and the General Aggregate Limits |
| COVERAGE B - Personal and Advertising Injury Liability | 5,000,000 | any one person or organization subject to the General Aggregate Limit of Liability |
| RETAINED LIMIT | 10,000 | any one occurrence or offense |

**6. SCHEDULE OF UNDERLYING INSURANCE:**

| POLICY | LIMITS (000 omitted) | COVERAGE | COMPANY |
|---|---|---|---|
| SEE ENDORSEMENT CG D0 23 04 96 | | | |

7. On the effective date shown in Item 3, the Commercial Excess Liability (Umbrella) Insurance Policy numbered above includes this Declarations Page and the Policy Jacket (Form UM 00 76 which contains the Nuclear Energy Liability Exclusion) and any endorsements listed hereafter:
SEE END. IL T8 01 01 01

**NAME AND ADDRESS OF AGENT OR BROKER:**

WILLIS OF TENNESSEE INC     A9150
PO BOX 19820
KNOXVILLE             TN 37939-2820

**COUNTERSIGNED BY:**

_____
Authorized Representative

DATE: _____

CG T0 14 04 96
OFFICE: NASHVILLE

Page 1 of 1



# COMMERCIAL INSURANCE

A Custom Insurance Policy Prepared for:

SMOKY MOUNTAIN MATERIALS INC
P. O. BOX 14098
KNOXVILLE TN 37914

Presented by: WILLIS OF TENNESSEE INC


# TRAVELERS

One Tower Square, Hartford, Connecticut 06183

NORTH CAROLINA COINSURANCE CONTRACT

WHOLESALING
COMMON POLICY DECLARATIONS
ISSUE DATE: 06/15/07

POLICY NUMBER: Y-630-962J0712-TIL-07

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   SMOKY MOUNTAIN MATERIALS INC   (AS PER IL T8 00)
   P. O. BOX 14098
   KNOXVILLE, TN 37914

2. POLICY PERIOD:  From 06/01/07 to 06/01/08 12:01 A.M. Standard Time at
                                                  your mailing address.
3. LOCATIONS
   Premises   Bldg.
   Loc. No.   No.   Occupancy              Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS           DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS    CG T0 09 09 93 TIL
   COMMERCIAL CRIME COV PART DECLARATIONS               CR T0 01 07 86 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS       CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                       Policy No.              Insuring Company

7. PREMIUM SUMMARY:
   Provisional Premium   $      141,556
   Due at Inception      $       36,427
   Due at Each           $ SEE IL T0 30

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   WILLIS OF TENNESSEE INC (A9150)
   PO BOX 19820
   KNOXVILLE, TN 379392820                  _____
                                            Authorized Representative

                                            DATE:_____

IL T0 02 11 89       PAGE 1 OF 2
OFFICE: NASHVILLE



# COMMERCIAL EXCESS LIABILITY
# (UMBRELLA)
# INSURANCE POLICY

**A Custom Insurance Policy Prepared for:**

SMOKY MOUNTAIN MATERIALS INC;
AND AS PER CG D0 74 04 93
P O BOX 14098

KNOXVILLE                TN 37914

This policy consists of the policy cover, the Policy Declarations and the Policy Forms and endorsements listed in that declaration form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by this policy. That insurance will be provided by the company indicated as insuring company in the Declarations by the abbreviation of its name.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)

*[signature]*

General Counsel & Secretary

*[signature]*

Chairman of the Board & Chief Executive Officer

(Rev. 02-04)

 **TRAVELERS**  One Tower Square, Hartford, Connecticut 06183

**POLICY DECLARATIONS**  
**COMMERCIAL EXCESS LIABILITY**  
**(UMBRELLA) INSURANCE POLICY**

POLICY NO.: YSM-CUP-6378C577-TIL-07  
ISSUE DATE: 06-13-07

**INSURING COMPANY:**  
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**  
SMOKY MOUNTAIN MATERIALS INC;  
AND AS PER CG D0 74 04 93  
P O BOX 14098

KNOXVILLE          TN 37914

THIS POLICY DOES NOT COVER LIABILITY ARISING OUT OF ASBESTOS MATERIAL SEE ENDORSEMENT UM 01 96 07 96

2. **THE NAMED INSURED IS A:**

   [X] CORPORATION  [ ] SOLE PROPRIETOR  [ ] PARTNERSHIP OR JOINT VENTURE  [ ] OTHER

3. **POLICY PERIOD:** From 06-01-07 to 06-01-08 12:01 A.M. Standard Time at your mailing address.

4. **PREMIUM:** * $ 65,804  [X] Flat Charge  [ ] Adjustable (See premium schedule)  
   * SEE END. CG D0 31 10 91

5. **LIMITS OF INSURANCE:**

   | COVERAGES | | LIMITS OF LIABILITY |
   |---|---|---|
   | AGGREGATE LIMITS OF LIABILITY | 10,000,000 | Products/Completed Operations Aggregate |
   | | 10,000,000 | General Aggregate |
   | COVERAGE A - Bodily Injury and Property Damage Liability | 10,000,000 | any one occurrence subject to the Products/ Completed Operations and the General Aggregate Limits |
   | COVERAGE B - Personal and Advertising Injury Liability | 10,000,000 | any one person or organization subject to the General Aggregate Limit of Liability |
   | RETAINED LIMIT | 10,000 | any one occurrence or offense |

6. **SCHEDULE OF UNDERLYING INSURANCE:**

   | POLICY | LIMITS (000 omitted) | COVERAGE | COMPANY |
   |---|---|---|---|
   | SEE ENDORSEMENT CG D0 23 04 96 | | | |

7. On the effective date shown in Item 3, the Commercial Excess Liability (Umbrella) Insurance Policy numbered above includes this Declarations Page and the Policy Jacket (Form UM 00 76 which contains the Nuclear Energy Liability Exclusion) and any endorsements listed hereafter:  
   SEE END. IL T8 01 01 01

**NAME AND ADDRESS OF AGENT OR BROKER:**

WILLIS OF TENNESSEE INC    A9150  
PO BOX 19820  
KNOXVILLE              TN 37939-2820

**COUNTERSIGNED BY:**

_____  
Authorized Representative

DATE: _____

CG T0 14 04 96  
OFFICE: NASHVILLE

Page 1 of 1

# EXHIBIT 4

**SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE – COMMERCIAL EXCESS LIABILITY PROTECTION**

TheStPaul

This schedule describes your Immediate Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Immediate Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

### Immediate Underlying Insurance

**Type of coverage:** Commercial Excess Umbrella Liability

**Insurer** Great American

**Policy number** EXC5905096

**Policy period** 04/01/2002 to 04/01/2003

**Coverage is:**  ☐ claims-made   ☒ not claims-made

**Limits Of Coverage**
$20,000,000. Each Occurrence
$20,000,000. Aggregate

---

**Type of coverage:** Commercial Excess Umbrella Liability

**Insurer** Lexington

**Policy number** 564-2096

**Policy period** 04/01/2002 to 04/01/2003

**Coverage is:**  ☐ claims-made   ☒ not claims-made

**Limits Of Coverage**
$10,000,000. Each Occurrence
  part of $20,000,000
$10,000,000. Aggregate
  part of $20,000,000

---

**Type of coverage:** Commercial Excess Umbrella Liability

**Insurer** Commercial Underwriters

**Policy number** CU 546 2096

**Policy period** 04/01/2002 to 04/01/2003

**Coverage is:**  ☐ claims-made   ☒ not claims-made

**Limits Of Coverage**
$10,000,000. Each Occurrence
  part of $20,000,000
$10,000,000. Aggregate
  part of $20,000,000

---

**Name of Insured** USG CORPORATION   **Policy Number** QI01200069   **Effective Date** 04/01/02   **Processing Date** 06/17/02  16:23  001

X2036 Ed. 3-00 Printed in U.S.A.    Schedule Of Immediate Underlying Insurance
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved    Page 1 of 2

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *