**The St.Paul**

---

**Immediate Underlying Insurance**

---

<div style="position: sidebar">*This is not a certified copy of any policy form. * Actual policy provisions may differ. *</div>

**Type of coverage:**
Commercial Excess Umbrella Liability

**Insurer**
Chubb

Policy number 7974-72-67

Policy period 04/01/2002 to 04/01/2003

Coverage is:  ☐ claims-made
              ☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. Aggregate

---

**Type of coverage:**
Commercial Excess Umbrella Liability

**Insurer**
Allianz

Policy number XLA 4200209

Policy period 04/01/2002 to 04/01/2003

Coverage is:  ☐ claims-made
              ☒ not claims-made

**Limits Of Coverage**

$10,000,000. Each Occurrence
$10,000,000. Aggregate

---

**Type of coverage:**
Commercial Umbrella Liability

**Insurer**
National Union Fire

Policy number BE1397016

Policy period 04/01/2002 to 04/01/2003

Coverage is:  ☐ claims-made
              ☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. Aggregate

---

X2036 Ed. 3-00 Printed in U.S.A.
Page  2 of  2            ®St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

**SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

The **StPaul**

This schedule describes your Immediate
Underlying Insurance and shows its Limits Of
Coverage.

**Important Note:**  Immediate Underlying
Insurance means only the insurance
described in this schedule for which
amounts are shown for its Limits Of
Coverage.

---

## Immediate Underlying Insurance

**Type of coverage:**
Excess Liability

**Insurer**
Great American Assurance Company

**Policy number** EXC 566 3114

**Policy period** 04/01/2003 to 04/01/2004

**Coverage is:**  ☐ claims-made
             ☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $15,000,000. | Each Occurrence |
| $15,000,000. | General Aggregate |
| $15,000,000. | Products Completed Ops Agg |
| | Excess of |
| $85,000,000. | Each Occurrence |
| $85,000,000. | General Aggregate |
| $85,000,000. | Products Completed Ops Agg |

---

**Type of coverage:**
Excess Liability

**Insurer**   –
Lexington Insurance Company

**Policy number** 2905770

**Policy period** 04/01/2003 to 04/01/2004

**Coverage is:**  ☐ claims-made
             ☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $15,000,000. | Each Occurrence |
| $15,000,000. | General Aggregate |
| $15,000,000. | Products Completed Ops Agg |
| | Part of |
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |
| | Excess of |
| $60,000,000. | Each Occurrence |
| $60,000,000. | General Aggregate |
| $60,000,000. | Products Completed Ops Agg |

---

**Type of coverage:**
Excess Liability

**Insurer**
Allied World Assurance Company Inc

**Policy number** AW 2905570

**Policy period** 04/01/2003 to 04/01/2004

**Coverage is:**  ☐ claims-made
             ☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $15,000,000. | Each Occurrence |
| $15,000,000. | General Aggregate |
| $15,000,000. | Products Completed Ops Agg |
| | Part of |
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |
| | Excess of |
| $60,000,000. | Each Occurrence |
| $60,000,000. | General Aggregate |
| $60,000,000. | Products Completed Ops Agg |

---

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

**Name of Insured**
USG CORPORATION

**Policy Number** QI01200269

**Effective Date** 04/01/03

**Processing Date** 06/23/03   14:35   001

X2036 Ed. 3-00 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

Schedule Of Immediate Underlying Insurance
Page   1 of   2

**The St.Paul**

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

---

**Immediate Underlying Insurance**

---

**Type of coverage:**

Excess Liability

**Insurer**

Federal Insurance Company

**Policy number** 7974-72-67

**Policy period** 04/01/2003 to 04/01/2004

**Coverage is:**
- ☐ claims-made
- ☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |
| | Excess of |
| $35,000,000. | Each Occurrence |
| $35,000,000. | General Aggregate |
| $35,000,000. | Products Completed Ops Agg |

---

**Type of coverage:**

Excess Liability

**Insurer**

Great American Assurance Company

**Policy number** EXC 5663113

**Policy period** 04/01/2003 to 04/01/2004

**Coverage is:**
- ☐ claims-made
- ☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $10,000,000. | Each Occurrence |
| $10,000,000. | General Aggregate |
| $10,000,000. | Products Completed Ops Agg |
| | Excess of |
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |

---

**Type of coverage:**

**Insurer**

**Policy number**

**Policy period**

**Coverage is:**
- ☐ claims-made
- ☐ not claims-made

**Limits Of Coverage**

---

**SCHEDULE OF OTHER UNDERLYING INSURANCE –**
**COMMERCIAL EXCESS LIABILITY PROTECTION**

The**StPaul**

This schedule describes your Other Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Other Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

**Other Underlying Insurance**

| Type of coverage: | Limits Of Coverage |
|---|---|
| Lead Umbrella Liability | $25,000,000. Each Occurrence |
| | $25,000,000. General Aggregate |
| Insurer | $25,000,000. Products Completed Ops Agg |
| Illinois National Insurance Co. | |

Policy number eBE 2860323

Policy period 04/01/2003 to 04/01/2004

Coverage is: ☐ claims-made
☒ not claims-made

| Type of coverage: | Limits Of Coverage |
|---|---|

Insurer

Policy number

Policy period

Coverage is: ☐ claims-made
☐ not claims-made

| Type of coverage: | Limits Of Coverage |
|---|---|

Insurer

Policy number

Policy period

Coverage is: ☐ claims-made
☐ not claims-made

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

| Name of Insured | Policy Number QIO1200269 | Effective Date 04/01/03 |
|---|---|---|
| USG CORPORATION | | Processing Date 06/23/03  14:35  001 |

X2037 Ed. 3-00 Printed in U.S.A.          Schedule Of Other Underlying Insurance
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved          Page   1 of   2

The **StPaul**

---

**Other Underlying Insurance**

---

**Type of coverage:**                              **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                              **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                              **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

X2037 Ed. 3-00 Printed in U.S.A.
Page   2 of   2            ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

**SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

The **StPaul**

This schedule describes your Immediate Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Immediate Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

---

## Immediate Underlying Insurance

| Type of coverage:<br>Excess Liability | Limits Of Coverage |
|---|---|
| **Insurer**<br>American Zurich | $25,000,000. Each Occurrence<br>$25,000,000. General Aggregate<br>$25,000,000. Products Completed Ops Agg |
| Policy number AEC29350173 | Excess of<br>$75,000,000. Each Occurrence |
| Policy period 04/01/2004 to 04/01/2005 | $75,000,000. General Aggregate<br>$75,000,000. Products Completed Ops Agg |

Coverage is:  ☐ claims-made
             ☒ not claims-made

| Type of coverage:<br>Excess Liability | Limits Of Coverage |
|---|---|
| **Insurer**<br>Lexington Insurance Company | $12,500,000. Each Occurrence<br>$12,500,000. General Aggregate<br>$12,500,000. Products Completed Ops Agg |
| Policy number 9815783 | Part of<br>$25,000,000. Each Occurrence<br>$25,000,000. General Aggregate |
| Policy period 04/01/2004 to 04/01/2005 | $25,000,000. Products Completed Ops Agg<br>Excess of<br>$50,000,000. Each Occurrence |

Coverage is:  ☐ claims-made
             ☒ not claims-made

$50,000,000. General Aggregate
$50,000,000. Products Completed Ops Agg

| Type of coverage:<br>Excess Liability | Limits Of Coverage |
|---|---|
| **Insurer**<br>Allied World Assurance Company Inc | $12,500,000. Each Occurrence<br>$12,500,000. General Aggregate<br>$12,500,000. Products Completed Ops Agg |
| Policy number AW9815783 | Part of<br>$25,000,000. Each Occurrence<br>$25,000,000. General Aggregate |
| Policy period 04/01/2004 to 04/01/2005 | $25,000,000. Products Completed Ops Agg<br>Excess of<br>$50,000,000. Each Occurrence |

Coverage is:  ☐ claims-made
             ☒ not claims-made

$50,000,000. General Aggregate
$50,000,000. Products Completed Ops Agg
$60,000,000. Products Completed Ops Agg

---

| **Name of Insured** | **Policy Number** QI01200522 | **Effective Date** 04/01/04 |
|---|---|---|
| USG CORPORATION | | Processing Date 06/17/04  16:45  001 |

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

**The St.Paul**

---

## Immediate Underlying Insurance

---

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|

Excess Liability

| | |
|---|---|
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |

**Insurer**

Great American Assurance

Excess of

| | |
|---|---|
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |

Policy number EXC5165454

Policy period 04/01/2004 to 04/01/2005

Coverage is:   ☐ claims-made
              ☒ not claims-made

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

---

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|

Insurer

Policy number

Policy period

Coverage is:   ☐ claims-made
              ☐ not claims-made

---

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|

Insurer

Policy number

Policy period

Coverage is:   ☐ claims-made
              ☐ not claims-made

---

**SCHEDULE OF OTHER UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

The**StPaul**

This schedule describes your Other Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Other Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

---

**Other Underlying Insurance**

**Type of coverage:**
Lead Umbrella Liability

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg

Insurer
Illinois National Insurance Co.

Policy number 2860631

Policy period 04/01/2004 to 04/01/2005

Coverage is:  ☐ claims-made
              ☒ not claims-made

---

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

---

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

---

| **Name of Insured** | **Policy Number** QIO1200522 | **Effective Date** 04/01/04 |
|---|---|---|
| USG CORPORATION | | **Processing Date** 06/17/04  16:45   001 |

X2037 Ed. 3-00 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

Schedule Of Other Underlying Insurance
Page   1 of   2

**The St.Paul**

---

**Other Underlying Insurance**

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

X2037 Ed. 3-00 Printed in U.S.A.
Page   2 of   2            ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

**SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

The**St.Paul**

This schedule describes your Immediate Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Immediate Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

**Immediate Underlying Insurance**

**Type of coverage:**
Excess Liability

**Insurer**
American Zurich Insurance Company

Policy number AEC293501704

Policy period 04/01/2005 to 04/01/2006

Coverage is:  ☐ claims-made
             ☒ not claims-made

**Limits Of Coverage**
$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg
             Excess of
$75,000,000. Each Occurrence
$75,000,000. General Aggregate
$75,000,000. Products Completed Ops Agg

**Type of coverage:**
Excess Liability

**Insurer**
Lexington Insurance Company

Policy number 4149528

Policy period 04/01/2005 to 04/01/2006

Coverage is:  ☐ claims-made
             ☒ not claims-made

**Limits Of Coverage**
$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg
             Excess of
$50,000,000. Each Occurrence
$50,000,000. General Aggregate
$50,000,000. Products Completed Ops Agg

**Type of coverage:**
Excess Liability

**Insurer**
Great American Assurance Company

Policy number EXC5749886

Policy period 04/01/2005 to 04/01/2006

Coverage is:  ☐ claims-made
             ☒ not claims-made

**Limits Of Coverage**
$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg
             Excess of
$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg

**Name of Insured**     **Policy Number** QI01200747      **Effective Date** 04/01/05
USG CORPORATION                              Processing Date 04/05/05  14:31  001

X2036 Ed. 3-00 Printed in U.S.A.            Schedule Of Immediate Underlying Insurance
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved        Page  1 of  2

**The St.Paul**

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

---

**Immediate Underlying Insurance**

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

X2036 Ed. 3-00 Printed in U.S.A.
Page   2 of   2                    ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

## SCHEDULE OF OTHER UNDERLYING INSURANCE –
## COMMERCIAL EXCESS LIABILITY PROTECTION

The**StPaul**

This schedule describes your Other Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Other Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

---

### Other Underlying Insurance

**Type of coverage:**
Lead Umbrella Liability

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg

**Insurer**
Illinois National Insurance Co.

**Policy number** BE4484641

**Policy period** 04/01/2005 to 04/01/2006

Coverage is:  ☐ claims-made
              ☒ not claims-made

---

**Type of coverage:**

**Limits Of Coverage**

**Insurer**

**Policy number**

**Policy period**

Coverage is:  ☐ claims-made
              ☐ not claims-made

---

**Type of coverage:**

**Limits Of Coverage**

**Insurer**

**Policy number**

**Policy period**

Coverage is:  ☐ claims-made
              ☐ not claims-made

---

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** QIO1200747 | **Effective Date** 04/01/05 |
| USG CORPORATION | | **Processing Date** 04/05/05  14:31  001 |

X2037 Ed. 3-00 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved
Schedule Of Other Underlying Insurance
Page   1 of   2

The **StPaul**

---

**Other Underlying Insurance**

---

**Type of coverage:**                                          **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                          **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                          **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

X2037 Ed. 3-00 Printed in U.S.A.
Page   2 of   2              ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

## SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE – COMMERCIAL EXCESS LIABILITY PROTECTION

This schedule describes your Immediate Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Immediate Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

*(vertical text in left margin)* * This is not a certified copy of any policy form. * Actual policy provisions may differ. *

### Immediate Underlying Insurance

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|
| Excess Liability | $25,000,000. Each Occurrence |
| **Insurer** | $25,000,000. General Aggregate |
| American Zurich Insurance Company | $25,000,000. Products Completed Ops Agg |
| **Policy number** | Excess of |
| AEC-2935017-05 | $75,000,000. Each Occurrence |
| | $75,000,000. General Aggregate |
| **Policy period** 04/01/2006 to 04/01/2007 | $75,000,000. Products Completed Ops Agg |

Coverage is:  ☐ claims-made   ☒ not claims-made

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|
| Excess Liability | $25,000,000. Each Occurrence |
| **Insurer** | $25,000,000. General Aggregate |
| Lexington Insurance Company | $25,000,000. Products Completed Ops Agg |
| **Policy number** | Excess of |
| 458 5368 | $50,000,000. Each Occurrence |
| | $50,000,000. General Aggregate |
| **Policy period** 04/01/2006 to 04/01/2007 | $50,000,000. Products Completed Ops Agg |

Coverage is:  ☐ claims-made   ☒ not claims-made

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|
| Excess Liability | $25,000,000. Each Occurrence |
| **Insurer** | $25,000,000. General Aggregate |
| Great American Assurance Company | $25,000,000. Products Completed Ops Agg |
| **Policy number** | Excess of |
| EXC 5749886-01 | $25,000,000. Each Occurrence |
| | $25,000,000. General Aggregate |
| **Policy period** 04/01/2006 to 04/01/2007 | $25,000,000. Products Completed Ops Agg |

Coverage is:  ☐ claims-made   ☒ not claims-made

| **Name of Insured** | **Policy Number** QI01200972 | **Effective Date** 04/01/06 |
|---|---|---|
| USG CORPORATION | | **Processing Date** 03/31/06   10:09   001 |

X2036 Ed. 3-00
© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

Schedule Of Immediate Underlying Insurance
Page   1 of   2

**Immediate - Underlying Insurance**

| Type of coverage: | Limits Of Coverage |

Insurer

Policy number

Policy period

Coverage is:
- ☐ claims-made
- ☐ not claims-made

---

| Type of coverage: | Limits Of Coverage |

Insurer

Policy number

Policy period

Coverage is:
- ☐ claims-made
- ☐ not claims-made

---

| Type of coverage: | Limits Of Coverage |

Insurer

Policy number

Policy period

Coverage is:
- ☐ claims-made
- ☐ not claims-made

---

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

X2036 Ed. 3-00

Page   2 of   2          © 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

**SCHEDULE OF OTHER UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

This schedule describes your Other Underlying
Insurance and shows its Limits Of Coverage.

**Important Note:**   Other Underlying Insurance
means only the insurance described in this
schedule for which amounts are shown for
its Limits Of Coverage.

*This is not a certified copy of any policy form. * Actual policy provisions may differ. ***

**Other Underlying Insurance**

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|
| Lead Umbrella Liability | $25,000,000. Each Occurrence<br>$25,000,000. General Aggregate<br>$25,000,000. Products Completed Ops Agg |

Insurer   –
Illinois National Insurance Co.

Policy number
BE 4485263

Policy period 04/01/2006 to 04/01/2007

Coverage is:   ☐ claims-made
               ☒ not claims-made

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|
| All Primary Liability Insurance As Per<br>Schedule On File With Us | As Per Schedule On File With Us |

Insurer

Policy number

Policy period

Coverage is:   ☐ claims-made
               ☐ not claims-made

**Type of coverage:**                              **Limits Of Coverage**



Insurer

Policy number

Policy period

Coverage is:   ☐ claims-made
               ☐ not claims-made

| **Name of Insured** | **Policy Number** QI01200972 | **Effective Date** 04/01/06 |
|---|---|---|
| USG CORPORATION | | **Processing Date** 03/31/06   10:09   001 |

X2037 Ed. 3-00
© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

Schedule Of Other Underlying Insurance
Page   1 of   2

**Other Underlying Insurance**

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:          ☐ claims-made
                      ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:          ☐ claims-made
                      ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:          ☐ claims-made
                      ☐ not claims-made

X2037 Ed. 3-00
Page    2 of    2         © 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *