UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION TO FOR LEAVE TO JOIN INSURER STEERING COMMITTEE'S OPPOSITION TO THE PLAINTIFFS STEERING COMMITTEE'S MOTION FOR AN ACCOUNTING AND OTHER RELIEF AND EMERGENCY MOTION FOR AN ORDER PREVENTING THE PAYMENTS OR TRANSFER OF CERTAIN MONEYS OR, IN THE ALTERNATIVE, FOR COURT ORDERED MEDIATION AND <u>TEMPORARY STAY OF ALL OUTSIDE SETTLEMENT ACTIVITIES</u>**

COMES NOW, FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY ("FCCI"), by and through their undersigned counsel and file the following Motion to For Leave to Join Insurer Steering Committee's Opposition to the Plaintiff's Steering Committee's Motion for an Accounting and Other Relief and Emergency Motion for an Order Preventing the Payments or Transfer of Certain Moneys or, in the alternative, for Court Ordered Mediation and Temporary Stay of All Outside Settlement Activities ("Motion to for Leave to Join").

On December 16, 2010, the PSC filed a Motion for an Accounting and Other Relief (Rec. Doc. No. 6669). On January 11, 2011, the PSC filed an Emergency Motion for an Order Preventing the Payments or Transfer of Certain Moneys or, in the alternative, For Court Ordered Mediation and Temporary Stay of All Outside Settlement Activities (Rec. Doc. No. 6947). The Insurer Steering Committee has filed its opposition to the PSC's Motions and FCCI hereby moves to join the Insurer

Steering Committee's Response.  FCCI requests its Motion for Leave to Join Insurer Steering Committee's Response be granted.

This 9th day of February 2011.

        Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY

BY:    /s/ ROBERT M. DARROCH
        ROBERT M. DARROCH
        GA State Bar No.:  205490
        STEPHANIE F. GLICKAUF
        GA State Bar No.:  257540
        3340 Peachtree Road NE, Suite 2100
        Atlanta, GA 30326-1084
        Phone:  (404) 264-1500
        Fax:    (404) 264-1737
        rdarroch@gmlj.com
        sglickauf@gmlj.com

AND

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

By:    /s/ PATRICK E. COSTELLO
        PATRICK E. COSTELLO (#26619)
        JACQUES P. DeGRUY (#29144)
        4250 One Shell Square
        701 Poydras Street
        New Orleans, Louisiana  70139
        Telephone: 504-595-3000
        Facsimile: 504-522-2121
        pcostello@mblb.com
        jdegruy@mblb.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of February, 2011.

/s/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)
pcostello@mblb.com
JACQUES P. DeGRUY (#29144)
jdegruy@mblb.com
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121