amount of recovery shall include the present value of any fixed and certain payments to be made to the plaintiff or claimant in the future.

2.      The State Attorneys, on behalf of themselves, their affiliated counsel, and their clients, hereby grant and convey to the PSC a lien upon and/or a security interest in any recovery by any client who they represent in connection with any PPA induced injury, to the full extent permitted by law, in order to secure payment in accordance with the provisions of paragraph 1 of this Agreement.  The State Attorneys will undertake all actions and execute all documents which are reasonably necessary to effectuate and/or perfect this lien and/or security interest.

3.      This Agreement shall apply to each and every claim or action arising from the ingestion of PPA in which the State Attorneys have a right to a fee recovery.


                                        PLAINTIFFS' STEERING COMMITTEE


                                        *Levinson Friedman, P.S.*


                                        _____
                                        Lance E. Palmer
                                        WSBA #18141
                                        **Plaintiffs' Liaison Counsel**



                                        _____
                                        [State Court Attorney]

AGREEMENT BETWEEN PSC AND STATE
COURT ATTORNEY(MDL Docket No. 1407) -
Page 3

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

THE HONORABLE BARBARA JACOBS ROTHSTEIN

ENTERED

2092

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCTS LIABILITY LITIGATION

MDL NO. 1407

CERTIFICATE OF SERVICE

      I, Kaj Trapp, declare under penalty of perjury under the laws of the State of

Washington that the following is true and correct.

      I am a citizen of the United States and a resident of King County, Washington. I

am over the age of 18 years and am not a party to the within cause. My business mailing

address is that of Levinson Friedman, P.S., Pacific Building, 720 Third Avenue, Suite 1800,

Seattle, WA 98104.

      On July 3, 2002, I caused true and correct copies of the following documents:

1.     AMENDED CASE MANAGEMENT ORDER NO. 8,ESTABLISHING
PLAINTIFFS' LITIGATION EXPENSE FUND TO COMPENSATE AND
REIMBURSE ATTORNEYS FOR SERVICES PERFORMED AND
EXPENSES INCURRED FOR COMMON BENEFIT

to be served by electronic-mail upon the following parties:

**CERTIFICATE OF SERVICE**
**(MDL NO. 1407) - Page 1**

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

ORIGINAL

1
2          **See Exhibit A**

3   And to be served by ABC Legal Messengers, Inc. by hand delivery, and by electronic mail upon

4   the following counsel of record:

5
6              Joseph D Hurson
               LANE POWELL SPEARS LUBERSKY LLP
               1420 Fifth Ave, Suite 4100
7              Seattle, WA 98101-2338
               HursonD@LanePowell.com
8
               Douglas A. Hofmann
9              WILLIAMS, KASTNER & GIBBS PLLC
               4100 Two Union Square
10             Seattle, WA
               dhofmann@wkg.com
11
    Executed on July 3, 2002, at Seattle, Washington.
12

13

14                                    _____
                                          Kaj Trapp
15

16

17

18

19

20

21

22

23

24

25

26

27

28
    **CERTIFICATE OF SERVICE**                         LEVINSON FRIEDMAN, P.S.
    **(MDL NO. 1407) - Page 2**                            PACIFIC BUILDING
                                                      720 THIRD AVENUE, SUITE 1800
                                                        SEATTLE, WA 98104-1845
                                                            (206) 624-8844
                                                          fax (206) 624-2912

# Exhibit A

| First | Middle | Last | Suffix | Firm | City | State | Email |
|---|---|---|---|---|---|---|---|
| Janet | | Abaray | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | sjkirby@fuse.net |
| Russ | | Abney | | Fleming & Associates, L.L.P. | Houston | TX | russ_abney@fleming-law.com |
| Roy | F. | Amedee | Jr | Attorneys at Law | LaPlace | LA | ramedeejr@aol.com |
| Maria K. | | Anastasia | | Wilentz Goldman & Spitzer P.A. | Woodbridge | NJ | anastm@wilentz.com |
| Jessica | | Anderson | | Zimmerman Reed | Minneapolis | MN | JLA@zimmreed.com |
| Ann | | Andrews | | Andrews & Thornton | Newport Beach | CA | aa@andrewsthornton.com |
| Jonathan | Beauregan | Andry | | Andry Law Firm, The | New Orleans | LA | jonathan@communique.net |
| Nancy | | Armstrong | | Armstrong & Guy Law Offices, L.L.C. | McComb | MS | b1m2o3@telopox.com |
| Richard | J. | Arsenault | | Neblett, Beard, & Arsenault | Alexandria | LA | lrarsenault@nbalawfirm.com |
| Franklin | D. | Azar | | Franklin D. Azar & Associates | Aurora | CO | axvign@fdazar.com |
| Lee | B. | Balefsky | | Greitzer and Locks | Philadelphia | PA | lbalefsky@greitzerlocks.com |
| Alexander | E. | Barnett | | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | abarnett@cmht.com |
| George | E. | Barrett | | Barrett, Johnston, & Parsley | Nashville | TN | gbarrett@barrettjohnston.com |
| Daniel | E. | Becnel | Jr. | Law Office of Daniel E. Becnel Jr. | Reserve | LA | dbecnel@rtconline.com |
| Allan | | Berger | | Allan Berger and Associates | New Orleans | LA | allanb@telocity.com |
| Marvin | B. | Berke | | Berke, Berke & Berke | Chattanooga | TN | marvin_berke@berkeattys.com |
| Brian | N. | Bishop | | Watts & Watts | Oklahoma City | OK | BNBriBish@aol.com |
| Paula | | Bliss | | Robinson & Cole L.L.P. | Boston | MA | pbliss@rc.com |
| Lee | J. | Bloomfield | | Allen Godwin Morris Laurenzi & Bloomfield, P.C. | Memphis | TN | lawljb@aol.com |
| Jeffrey | A. | Bogue | | Bogue Koury Law Firm | Denver | CO | bkmlaw@bkmllc.com |
| Philip | | Bohrer | | Bohrer Law Firm, L.L.C. | Baton Rouge | LA | phil@bohrerlaw.com |
| Robert | J. | Bonsignore | | Bonsignore & Brewer | Medford | MA | rbonsignore@aol.com |
| Reshonda | L. | Bradford | | The Singleton Law Firm | Shreveport | MS | Rsinglaw@Shreve.net |
| Scott | | Brady | | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | sbrady@mckernanlawfirm.com |
| Turner | W. | Branch | | Branch Law Firm | Albuquerque | NM | kmatthes@branchlawfirm.com |
| Christine | | Brandt | | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | cbrandt@cwcd.com |
| Trece | L. | Brown | | Gauthier, Downing, LaBarre, Beiser, & Dean | New Orleans | LA | brownt66@bellsouth.net |
| Gregory | J. | Bubalo | | Becker Law Office | Louisville | KY | gbubalo@beckerlaw.com |
| David | | Buchanan | | Seeger & Weiss L.L.P. | Newark | NJ | dbuchanan@seegerweiss.com |
| Robert | Cape | Buck | | Schlueter Buck & Childers | Conyers | GA | rbuck@sbc-law.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Vivian | Vines | Campbell | Whatley Drake, L.L.C. | Birmingham | AL | vcampbell@whatleydrake.com |
| James | T. | Capretz | Attorney at Law | Newport Beach | CA | jcapretz@capretz.com |
| Edmund | | Carey | Barrett, Johnston, & Parsley | Nashville | TN | tcarey@barrettjohnston.com |
| Ted | | Carey | Robinson & Cole L.L.P. | Boston | MA | tcarey@bost.rc.com |
| Dwayne | | Champion | Grouppa | Minneapolis | MN | grouppa@qwest.net |
| Bryan | | Cigelske | Taylor Martino & Hedge | Mobile | AL | Bryan@jtmlaw.com |
| Daniel | A. | Claitor | Claitor, Loupe & Bateman | Baton Rouge | LA | claitor@bellsouth.net |
| Lee | L. | Coleman | Hughes & Coleman | Bowling Green | KY | lcoleman@hughesandcoleman.com |
| William | Peter | Connick | Connick, Lentini, Wimberly & deLaup | Metairie | LA | cwdlaw@bellsouth.net |
| Ernest | | Cory | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | ECory@cwcd.com |
| Frank | | Costilla | Jr | Attorney at Law | Brownsville | TX | Frank@costillalaw.com |
| Sidney | A. | Cotlar | Herman, Mathis, Casey, Kitchens & Gerel | New Orleans | LA | ppa@hhkc.com |
| Mark | T. | Coulter | Peirce, Raimond, and Coulter | Pittsburgh | PA | mcoulter@peircelaw.com |
| Donald | | Cravins | Domengeaux Wright Roy Edwards | Lafayette | LA | donaldc@wrightroy.com |
| Gordon | R. | Crawford | Gordon R. Crawford & Associates | Gonzales | LA | gcrawford@attorneycrawford.com |
| Rebecca | | Cunard | Rebecca Cunard | Baton Rouge | LA | rebecca@cunardlaw.com |
| J. | Robert | Davis | J. Robert Davis LLP | Houston | TX | robert@jrobertdavisllp.com |
| Leonard | | Davis | Herman, Mathis, Casey, Kitchens & Gerel | New Orleans | LA | ldavis@HHKC.com |
| Dana | E. | Deering | Parry Deering Futscher & Sparks PSC | Covington | KY | ddeering@pdfslaw.com |
| Annesley | H. | DeGaris | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | adegaris@cwcd.com |
| Terry | L. | Dempsey | Lowery & Dempsey | Russellville | AL | TDemp20078@aol.com |
| Robert | | Diliberto | Murray Law Firm | New Orleans | LA | rdiliberto@murray-lawfirm.com |
| James | R. | Dugan | II | Gauthier, Downing, LaBarre, Beiser, & Dean | Metairie | LA | jrd@gauthier-downing.com |
| Walter | C. | Dumas | Dumas & Associates Law Corporation | Baton Rouge | LA | wdumas1@bellsouth.net |
| Tom | | Dutton | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | tomd@plttmanhooks.com |
| James | B. | Early | Early, Ludwick & Sweeney | New Haven | CT | joarly@elslaw.com |
| Marc | | Edelson | Hoffman & Edelson | Doylestown | PA | medelson@hofedlaw.com |
| Connie | | Edwards | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | CEdwards@CMHT.com |
| Tony | W. | Edwards | Stipe Law Firm | McAlester | OK | tedwards@stipelaw.com |
| Jeffrey | | Ellis | Herman, Mathis, Casey, & Kitchens | Jackson | MS | jellis@kandelaw.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Margaret | | Ellis | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandepasms@aol.com |
| Sharon | | Ericksen | Robinson & Cole L.L.P. | Boston | MA | sericksen@rc.com |
| Kim | | Evers | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | kevers@levinlaw.com |
| Calvin | C. | Fayard | Jr. | Fayard & Honeycutt, A.P.C. | Denham Springs | LA | calvinfayard@fayardlaw.com |
| Steve | | Fearon | Squitieri & Fearon, LLP | New York | NY | stephen@sfclasslaw.com |
| Michael | | Fishbein | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | mfishbein@msn.com |
| Dina | S. | Fisher | Robinson & Cole L.L.P. | Hartford | CT | dfisher@rc.com |
| Keith | | Fleishman | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | kf@mwbhlny.com |
| Keelyn | | Friesen | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Seattle | WA | kfriesen@cmht.com |
| Hector | G. | Gancedo | Gancedo & Nieves L.L.P. | Pasadena | CA | hgancedo@gancedonieves.com |
| Laura | | Gianni | Sherman Salkow Petoyan & Weber, P.C. | Los Angeles | CA | lgianni@shermanonlaw.com |
| Jeff | | Goldenberg | Murdock, Goldenberg, Schneider & Groh | Cincinnati | OH | jgoldenberg@mgsglaw.com |
| Ronald | S. | Goldser | Zimmerman Reed | Minneapolis | MN | rsg@zimmreed.com |
| James | D. | Gotz | Robinson & Cole L.L.P. | Boston | MA | jgotz@bost.rc.com |
| Peter | A. | Grammas | Langston Sweet & Freese PA | Birmingham | AL | debbie.hudson@lsf-law.com |
| Jim | | Green | Ashcraft & Gerel | Washington | DC | jgreen@dc.ashcraftlaw.com |
| David | | Greenstone | Walter & Kraus | Dallas | TX | greenstone@awpk.com |
| Thomas | P. | Gressette | Jr | Richardson, Patrick, Westbrook & Brickman, LLC | Charleston | SC | tgressette@rpwb.com |
| William | | Guy | Law Offices of William Guy | McComb | MS | janiceguy@guylaw.com |
| H. | Blair | Hahn | Richardson, Patrick, Westbrook & Brickman, LLC | Charleston | SC | bhahn@rpwb.com |
| Molly | McGinley | Han | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | mmcginley@cmht.com |
| Robert | H. | Harrison | Jr. | | Denham Springs | LA | RHHLawyer@yahoo.com |
| W. | Todd | Harvey | Whatley Drake, L.L.C. | Birmingham | AL | tharvey@whatleydrake.com |
| James | A. | Hatch | Attorneys at Law | LaPlace | LA | jahmmb@yahoo.com |
| Molly | | Hegarty | Von Briesen, Purtell & Roper | Milwaukee | WI | mhegarty@vonbriesen.com |
| Russ | M. | Herman | Herman, Herman, Katz & Cotlar L.L.P. | New Orleans | LA | ppa@hhkc.com |
| James | E. | Hoffmann | Levin & Hoffmann | Encino | CA | jhoffmann@levinhoffmann.net |
| Thomas | | Hollander | Attorney at Law | Pittsburgh | PA | th@hollander-law.com |

| Alva | A. | Hollon | Jr. | Sams & Hollon, P.A. | Jacksonville | FL | aahjoh@aol.com |
|---|---|---|---|---|---|---|---|
| Andrew | J. | Horne | | Oldfather & Morris | Louisville | KY | ajh@omky.com |
| Richard | | Hunnicutt | | Wayne Wright, LLP | San Antonio | TX | dbaker@waynewright.com |
| Candice | | Jenkins | | Law Offices of Ronnie G. Penton | Bogalusa | LA | candice@rgplaw.com |
| Douglas | | Johnston | | Barrett, Johnston, & Parsley | Nashville | TN | djohnston@barrettjohnston.com |
| Jane | | Joseph | | Lopez, Hodes, Restaino, Milman & Skikos | Shaker Hts. | OH | jejoseph@ix.netcom.com |
| Joshua | | Katz | | Lanahan & Reilley L.L.P. | Santa Rosa | CA | jkatz@lanahan.com |
| Keenan | | Kelly | | Kelly Townsend & Thomas | Natchitoches | LA | kkelly@cp-tel.net |
| James | M. | Kenna | | Gancedo & Nieves L.L.P. | Pasadena | CA | jkenna@gancedonieves.com |
| Damon | | Kirin | | Murray Law Firm | New Orleans | LA | dkirin@murray-lawfirm.com |
| Dana | | Kirk | | Kirk Law Firm | Houston | TX | KirkLawFirm@aol.com |
| James | W. | Kitchens | | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandajaxon@aol.com |
| Rhett | D. | Klok | | Ness Motley | Mt. Pleasant | SC | rklok@nmlrp.com |
| Richard | | Kopelman | | Orlando & Kopelman | Decatur | GA | richard@orlandokopelman.com |
| Jeff | S. | Korek | | Gersowitz Libo & Korek P.C. | New York | NY | jkorek@lawyertime.com |
| Peter | A | Kraus | | Walter & Kraus | Dallas | TX | kraus@asbestos-lawyer.com |
| Stuart | A. | Kritzer | | Stuart A. Kritzer Law Offices | Denver | CO | stuart@kritzer.com |
| David | | Krugler | | Seeger & Weiss L.L.P. | Newark | NJ | dkrugler@seegerweiss.com |
| Lisa | | Kruse | | Gallagher, Leiws, Serafin, Downey & Kim | Houston | TX | lisak@gld-law.com |
| Beth | J. | Kushner | | Von Briesen, Purtell & Roper | Milwaukee | WI | bkushner@vonbriesen.com |
| Rick | | Kuykendall | | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | fold8@aol.com |
| Regina | | Lapolla | | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | rll@mwbhlny.com |
| Erin | Sweeny | Larkin | | Robinson & Cole L.L.P. | Boston | MA | elarkin@bost.rc.com |
| David | C | Lee | | Lee, Lee & Lee | Knoxville | TN | dlee@jdlee.com |
| Gano | D. | Lemoine | Jr. | Andrus, Boudreaux, Lemoine & Tonore | Lafayette | LA | ganoabtl@aol.com |
| Arnold | | Levin | | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | alevin@lfsblaw.com |
| Irwin | B. | Levin | | Cohen & Malad | Indianapolis | IN | ilevin@cohenandmalad.com |
| Richard | S. | Lewis | | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | rlewis@cmht.com |
| Lawrence | H. | Lieberman | | Cross & Lieberman PA | Phoenix | AZ | lieberman@crosslieb.com |
| Hans | Joseph | Liljeberg | | Connick & Liljeberg, LLC | Metairie | LA | connickliljeberg@aol.com |

| Kathy | F. | Limbaugh | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | KathyL@pittmanhooks.com |
| Robert | F. | Linton    Jr. | Linton & Hirshman | Cleveland | OH | amills@lintonhirshman.com |
| Gene | | Locks | Greitzer and Locks | Philadelphia | PA | glocks@greitzerlocks.com |
| Ramon | Rossi | Lopez | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | rlopez@lopez-hodes.com |
| J. | Chandler | Loupe | Claitor, Loupe & Bateman | Baton Rouge | LA | jloupe@aol.com |
| Gail | M. | Lundgren | Bernard, Lundgren & Associates, PLLC | Seattle | WA | Gail@bernardlundgren.com |
| Hunter | W. | Lundy | Lundy & Davis, L.L.P. | Lake Charles | LA | hlundy@lundydavis.com |
| Matthew | | Lundy | Lundy & Davis L.L.P. | Lake Charles | LA | mlundy@lundydavis.com |
| Alex | | MacDonald | Robinson & Cole L.L.P. | Boston | MA | amacdonald@bost.rc.com |
| Grant | | Marylander | Bogue Koury Law Firm | Denver | CO | gmland@bkrnllc.com |
| John | Paul | Massicot | Silvestri & Massicot | New Orleans | LA | jpm@silmas.com |
| Charles | Allison | Mathis    Jr. | Mathis & Adams | Atlanta | GA | cmathis@hermanmathis.com |
| David | P. | Matthews | Abraham, Watkins, Nichols, Sorrels, et al. | Houston | TX | lizy_cardenas@abrahamwatkins.com |
| Gordon | | McKernan | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | gmckernan@mckernanlawfirm.com |
| Jerry | | McKernan | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | jemckernan@mckernanlawfirm.com |
| Tyrone | C. | Means | Thomas Means Gillis & Seay PC | Montgomery | AL | tcmeans@tmgpc.com |
| Ron | Michael | Meneo | Early, Ludwick, Sweeney & Strauss | New Haven | CT | ppamdl@elslaw.com |
| David | | Miceli | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Montgomery | AL | dfm@beasleyallen.com |
| Clay | | Miller | Miller Curtis LLP | Dallas | TX | miller@millerandcurtis.com |
| Kathleen | | Millican | Lopez, Hodes, Restaino, Milman & Skikos | San Francisco | CA | kmillican@lopez-hodes.com |
| Donna | Siegel | Moffa | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | donna@rr-law.com |
| James | A. | Morris    Jr | Provost & Umphrey | Beaumont | TX | jmorris@provostumphrey.com |
| Peyton | Patrick | Murphy | Murphy Law Firm | Baton Rouge | LA | pmurphy@murphylfirm.com |
| Stephen | | Murray | Murray Law Firm | New Orleans | LA | smurray@murray-lawfirm.com |
| Dianne | M. | Nast | Roda & Nast, PC | Lancaster | PA | dnast@rodanast.com |
| Barrington | R. | Neil | Upton & Marinoff | Baton Rouge | LA | brneil@bellsouth.net |
| Heather | | Neulight | Greitzer and Locks | Philadelphia | PA | hneulight@greitzerlocks.com |
| Tina | B. | Nieves | Gancedo & Nieves L.L.P. | Pasadena | CA | tnieves@gancedonieves.com |
| Melinda | Davis | Nokes | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | mdavisnokes@lopez-hodes.com |
| Tom | | O'Driscoll | Mayfield & Ogle, PA | Ormond Beach | FL | tmolegal@Bellsouth.net |
| Leslie | | O'Leary | Williams, Dailly, O'Leary, Craine, & Love, P.C. | Portland | OR | loleary@wdolaw.com |

| Robert | G. | Pahlke | Van Steenberg Law Firm | Scottsbluff | NE | rgp@vanlaw.net |
|---|---|---|---|---|---|---|
| Alexander | C. | Papandreou | Clark, Depew & Tracey, Ltd. LLP | Houston | TX | Papandreou@clarkdepew.com |
| Michelle | | Parfitt | Ashcraft & Gerel | Washington | DC | mparfitt@dc.ashcraftlaw.com |
| Gale | D. | Pearson | Gale D. Pearson & Associates P.A. | Minneapolis | MN | attorneys@outtech.com |
| Michael | Edward | Pederson | Weitz & Luxenberg | New York | NY | mpederson@weitzlux.com |
| Patrick | W. | Pendley | Pendley Law Firm | Plaquemine | LA | Pendley@pendleylawfirm.com |
| Robert | E. | Piper | Piper & Associates | Shreveport | LA | piper@mnss.com |
| Kirk | L. | Pittard | Walter & Kraus | Dallas | TX | pittard@awpk.com |
| Robert | | Ramsey | Ramsey Law Firm | Mobile | AL | rsramsey@ramseylawfirm.com |
| Ellen | | Relkin | Weitz & Luxenberg | New York | NY | erelkin@weitzlux.com |
| John | | Restaino | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | jrestaino@lopez-hodes.com |
| David | B. | Rheingold | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | drheingold@rheingoldlaw.com |
| Paul | D. | Rheingold | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | prheingold@rheingoldlaw.com |
| Louis | C. | Ricciardi | Rodriguez & Richards, L.L.C. | Philadelphia | PA | louis@trrlaw.com |
| Jennifer | A. | Riley-Collins | Edward A. Williamson, Attorney | Philadelphia | MS | jcollins@eawlaw.com |
| Mark | P. | Robinson Jr. | Robinson Calcagnie & Robinson | Newport Beach | CA | mrobinson@robinson-pilaw.com |
| Lisa | J. | Rodriguez | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | lisa@rr-law.com |
| Thomas | D. | Rogers | Ness, Motley,Loadholt, Richardson, & Poole, P.A. | Mount Pleasant | SC | trogers@nmlrp.com |
| Sandra | | Rohrstaff | Miller & Associates | Alexandria | VA | srohrstaff@doctoratlaw.com |
| Michael | L. | Rosenberg | Seeger & Weiss LLP | Newark | NJ | mrosenberg@seegerweiss.com |
| Steven | | Rotman | Robinson & Cole L.L.P. | Boston | MA | srotman@bost.rc.com |
| Kevin | W. | Ryan | Michie, Hamlett, Lowry, Rasmussen, & Tweel, P.C. | Charlottesville | VA | kryan@mhlrt.com |
| Frederick | P. | Santarelli | Elliott Reihner Siedzikowski & Egan, P.C. | Blue Bell | PA | FPSantarelli@erse.com |
| Joseph | H. | Saunders | Saunders, Walker & Coleman, P.A. | Pinellas Park | FL | joe@saunderslawyers.com |
| Fred | | Schenk | Casey, Gerry, Reed, & Schenk L.L.P. | San Diego | CA | fschenk.ppa@cglaw.com |
| Chris | | Seeger | Seeger & Weiss L.L.P. | New York | NY | cseeger@seegerweiss.com |
| Roman | A. | Shaul | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Montgomery | AL | roman.shaul@beasleyallen.com |
| Arthur | | Sherman | Sherman Salkow Petoyan & Weber, P.C. | Los Angeles | CA | asherman@shermanonlaw.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Judy | | Shopp | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | jshopp@lfsblaw.com |
| Jonathan | | Shub | Sheller, Ludwig & Badey, PC | Philadelphia | PA | jshub@sheller.com |
| Charles | Stein | Siegel | Walter & Kraus | Dallas | TX | siegel@awpk.com |
| Frank | A. | Silvestri | Silvestri & Massicot | New Orleans | LA | fas@silmas.com |
| Anthony | | Simon | Richmond Simon & Abston | Jackson | MS | arsfr2000@aol.com |
| Cindy | | Sims | Claitor, Loupe & Bateman | Baton Rouge | LA | cecesims@aol.com |
| W. | James | Singleton | The Singleton Law Firm | Shreveport | MS | singlaw@shreve.net |
| Steven | | Skikos | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | sskikos@lopez-hodes.com |
| Ward | D. | Smith | Levin & Hoffmann | Encino | CA | wsmithesq@earthlink.net |
| John | Hunter | Stevens | Grenfell, Sledge & Stevens PLLC | Jackson | MS | jstevens91@aol.com |
| Michael | H. | Strong | Adams, Welsh, Strong & Pitstick, LLC | Cincinnati | OH | mstrong@fuse.net |
| David | | Suggs | Lopez, Hodes, Restaino, Milman & Skikos | Shorewood | MN | dsuggs@attglobal.net |
| Jennifer | | Sustacek | Zimmerman Reed | Minneapolis | MN | jks@zimmreed.com |
| Lynn | E. | Swanson | Law Office of Daniel E. Becnel Jr. | Reserve | LA | leswans@rtconline.com |
| Nelda | | Talamantes | Walter & Kraus | Dallas | TX | talamantes@awpk.com |
| Jacqueline | | Taylor | Taylor & Associates | Atlanta | GA | jaktaylor2@yahoo.com |
| David | | Terry | Law Office of Vic Terry | Dallas | TX | davidterry@davidterry.com |
| Robert | Simms | Thompson | Robert Simms Thompson, PC | Tuskegee | AL | rstpc@aol.com |
| John | C. | Thornton | Andrews & Thornton | Newport Beach | CA | jct@andrewsthornton.com |
| Michelle | | Tiger | Greitzer and Locks | Philadelphia | PA | mtiger@greitzerlocks.com |
| Chris | | Tisi | Ashcraft & Gerel | Washington | DC | cvtisi@aol.com |
| Dianne | G. | Vervaeke | Domengeaux Wright Roy Edwards | Lafayette | LA | dianev@wrightroy.com |
| Margaret | | Walker | Saunders, Walker & Coleman, P.A. | Pinellas Park | FL | mwalker7@tampabay.rr.com |
| S. | Micholle | Walker | Silvestri & Massicot | New Orleans | LA | mw@silmas.com |
| Elizabeth | | Wall | Seeger & Weiss L.L.P. | Newark | NJ | ewall@seegerweiss.com |
| Leila | H. | Watson | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | lwatson@cwcd.com |
| Phillip | O. | Watts | Watts & Watts | Oklahoma City | OK | wattslawoffices@coxinet.net |
| Lee | | Weiss | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | law@mwbhlny.com |
| John | H | Westover | Attorney at Law | Phoenix | AZ | jwestoveratty@qwest.net |
| Joe | | Whatley | Whatley Drake, L.L.C. | Birmingham | AL | jwhatley@whatleydrake.com |
| Daniel | E. | Wherry | Mattson Ricketts Law Firm | Lincoln | NE | dew@mattsonricketts.com |
| J. | Stewart | White | Law Offices of White & Meany | Reno | NV | jswhite@whiteandmeany.com |

| W. | Paul | Wilkins | LeBlanc Maples & Waddell | Baton Rouge | LA | pwilkins@lw-law.net |
|---|---|---|---|---|---|---|
| Michael | L. | Williams | Williams, Daily, O'Leary, Craine, & Love, P.C. | Portland | OR | mwilliams@wdolaw.com |
| Martin | | Willoughby | Frazer Davidson | Jackson | MS | mwilloughby@frazerdavidson.com |
| Bob | F. | Wright | Domengeaux Wright Roy Edwards | Lafayette | LA | bobw@wrightroy.com |
| Sortirios | B. | Yanakakis | Ashcraft & Gerel | Washington | DC | syanakakis@dc.ashcraftlaw.com |
| Charles | S. | Zimmerman | Zimmerman Reed | Minneapolis | MN | csz@zimmreed.com |

# EXHIBIT 8

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 3 0 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

PRACTICE AND PROCEDURE ORDER NO. 7
(Operation and Effect of Master Answers)

The personal injury plaintiffs have filed a Master Complaint, and various defendants have

filed Master Answers, pursuant to Order Re: Rulings from October 21, 2004 Hearing (Doc. No.

377). Defendants that file or have filed Master Answers are relieved of the obligation to answer

any complaint not yet answered and any complaint in a case subsequently transferred to or

consolidated with MDL 1507, and, for each complaint to which an answer is otherwise due, the

defendant's Master Answer will be deemed the answer to those allegations that correspond to the

allegations of the Master Complaint and will be deemed a denial of any allegations not contained

in the Master Complaint.

IT IS SO ORDERED this 30ᵗʰ day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3/30/05 BY _____

1

571

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES** |

### PRACTICE AND PROCEDURE ORDER 8

This Order is necessary to establish a uniform procedure to address product identification and dismissal of Defendants who are not specifically identified in either the complaint or the plaintiff's fact sheet.

Numerous complaints in this litigation have broad boilerplate language which names every pharmaceutical company that ever manufactured an HRT drug. However, in many cases, the complaints fail to allege that the plaintiff took a drug manufactured by a specific defendant. Instead, the complaints simply state that the plaintiff took an HRT drug or that she took drugs "including but not limited to" certain drugs, and then lists drugs manufactured by only a few of the named defendants. Although these types of pleadings may meet the bare requirements of Rule 8 of the Federal Rules of Civil Procedure, at some point in the litigation the plaintiffs must do more.

In addition to failing to identify products in the complaints, Plaintiffs also often fail to make specific defendant product identifications in their fact sheets. This won't get it done. At what point is each plaintiff going to commence the discovery required to identify which defendants may be liable in her case? Since these are product liability claims with multiple

1

defendants, product identification is essential for the movement of the case.  It is not enough for a plaintiff to make general allegations in a complaint and then rest on those allegations; the plaintiffs have an obligation to conduct discovery and pinpoint their allegations on specific defendants and specific products.[1]  And, of course, FRCP 11(b)(3) requires that the allegations in pleadings "have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery."[2]

The parties have repeatedly filed joint motions to dismiss, notices of dismissal, or voluntary dismissals to clean up these complaints.  Having granted nearly one thousand of these piecemeal dismissals, I have determined that this process quite inefficient.  Accordingly, in an effort to move these cases, the following will be followed:

- PPO 8 applies to cases where the plaintiff does not make a specific allegation in the complaint that she consumed a defendant's drug -- those cases where the plaintiff lists an array of manufacturers but makes no specific allegations against any particular defendant[3] -- and/or[4] does not list the defendant or the defendant's drug on her fact sheet.

---

[1] Giving deadlines for plaintiffs to make appropriate product identification is nothing new.  *See Rabb v. Amatex Corp.*, 769 F.2d 996, 997 (4th Cir. 1985) (Pretrial order "provided asbestos plaintiffs seven months from the filing of their complaints to produce a 'final master identification list' of products, defendants, exposure witnesses, and dates and locations of exposure, upon which plaintiffs would be bound at trial."); *Shine v. Owens-Illinois, Inc.*, 979 F.2d 93, 95 (7th Cir. 1992) (Pretrial order provided that plaintiffs disclose product identification information within one year of filing their respective complaint.).

[2] FED. R. CIV. P. 11(b)(3).

[3] This includes the complaints where a plaintiff claims that she took drugs "including but not limited to," and then lists drugs manufactured by only a few of the named defendants.

[4] I use "and/or" with misgiving, since it is not a neat conjunction.

2

Case 2:09-md-02047-EEF-JCW Document 5021-8 Filed 08/10/10 Page 5 of 6

Case 4:03-cv-01507-WRW Document 840 Filed 10/17/2005 Page 3 of 4

- Defendants must identify and inform Plaintiffs of cases that are affected by PPO 8.

- In each identified case, the defendants should jointly submit a list of *all* defendants in the specific case who are seeking dismissal under PPO 8.

- If the parties cannot agree to a joint dismissal within forty-five (45) days of the submitted list, the defendants may jointly file a motion to dismiss without prejudice for 180 days. All defendants seeking to be dismissed under PPO 8 should join the motion -- there should only be one motion per plaintiff and all interested defendants should join in the motion; if at all possible, there should only be one motion per case.

- The plaintiff has 180 days from the date of the dismissal order to file a motion to amend her complaint to reassert claims against the defendant(s) dismissed under PPO 8. The motion *must* be accompanied by either (a) a signed consent to the amendment by the dismissed defendant(s), *or* (b) a demonstration of evidentiary support and legal basis to assert claims against the defendant(s).[5]

- All defenses to which the dismissed defendant was entitled as of the effective date of the original complaint are preserved.

- Defendants who seek dismissal under PPO 8 must agree that they will not assert any statute of limitations defenses based solely on the passage of time between the effective date of the original complaint against the dismissed defendant and the

---

[5]This requirement was a common stipulation in numerous joint motions to dismiss that were entered before PPO 8.

3

reassertion of claims against the dismissed defendant in the amended complaint
(Each Defendant has agreed to this paragraph).

· If a proper motion to amend is not made within 180 days or is denied by the court,
the PPO 8 dismissal will become a dismissal with prejudice on the 181st day,
under Rule 54(b), without a further order. The Court expressly determines that
there will be no just reason for delay in the entry of final judgment of dismissal
with prejudice.

IT IS SO ORDERED this 17th day of October, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

# EXHIBIT 9

A CERTIFIED TRUE COPY

FEB 1 2 2004

ATTEST ... FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 2 2004

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 9 2004

RECEIVED
MAIL ROOM
FEB 1 9 2004
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

*DOCKET NO. 1507*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PROPULSID PRODUCTS LIABILITY LITIGATION*

JAMES W McCORMACK, CLERK

By [signature]

DEP. CLERK

*Gayle Fitzpatrick v. Wyeth Pharmaceuticals*, E.D. California, C.A. No. 2:03-1705
*Elizabeth W. Hooker, etc. v. Wyeth, Inc., et al.*, N.D. Mississippi, C.A. No. 2:03-272
*Maxine Linscomb, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 1:03-486
*Diana Watson, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 1:03-487
*Judy Thibodeaux, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 1:03-530
*Bobby Barnhart, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 1:03-576
*Doris Gordon, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 1:03-643
*Deane Barrios, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 1:03-790
*Ava Lee Anderson, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 1:03-886
*Patty Hopper, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 4:03-332
*Virginia Coppick v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 4:03-345
*Kathryn Christensen v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 5:03-213
*Francis Ray, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 6:03-381
*Cherlyn Whitaker, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 6:03-404
*Patsy Lee Jackson, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 9:03-199
*Shirley Burnitt, etc. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 9:03-207
*Johnnie B. Wells, et al. v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 9:03-208
*Sandra S. Honeycutt v. Wyeth, Inc., et al.*, E.D. Texas, C.A. No. 9:03-233
*Kaye Spalding v. Wyeth, Inc., et al.*, N.D. Texas, C.A. No. 1:03-159
*Kaethe F.E. Francis v. Wyeth, Inc., et al.*, N.D. Texas, C.A. No. 1:03-160
*Sylvia Holwick, et al. v. Wyeth, Inc., et al.*, N.D. Texas, C.A. No. 1:03-161
*Kathy Ashlock, et al. v. Wyeth, Inc., et al.*, N.D. Texas, C.A. No. 2:03-239
*Sharon Mack v. Wyeth, Inc., et al.*, N.D. Texas, C.A. No. 3:03-1947
*Mary Culp v. Wyeth, Inc., et al.*, N.D. Texas, C.A. No. 5:03-201
*Jane Alley Meldahl, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 3:03-611
*Mary Davis, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 3:03-798
*Bettye Mae Campbell v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3032
*Sandra F. Woods, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3163
*Carolyn Ann Dacus, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3166
*Doris Vater v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3167
*Angelina Gestiada, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3176
*Betty J. Garner, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3177
*Annette Rich v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3178
*Carolyn Ann Grant, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3189
*Autumn Lund v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3190
*Cheryl Parker-Storoe v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3197
*Betty Bradley, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3198
*Gail Diane Hardwick, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3200

**129**

- 2 -

A CERTIFIED TRUE COPY

FEB 1 2 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Gloria T. McGlothen, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3201
*Bennie Porter v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3202
*Yvonne Graves v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3203
*Maxine Jenell Tye v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3218
*Joanne Seipel, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3219
*Barbara L. Hubbard v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3237
*Julia Hart v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3238
*Shelly Jean Brooks v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3239
*Lillie Padilla, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3250
*Maria Isabel Guerra, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3251
*Nel Merritt, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3259
*Patricia Smith v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3261
*Beth Newton, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3264
*Betty Orender v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3301
*Wynonia Margarite Peek, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3302
*Linda Lewis Vogt v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3303
*Esther Reynolds v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3304
*Joanna Joyvies, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3305
*Doris J. Mochman, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3372
*Joann Townsend v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3373
*Callie Marie Nickerson v. Wyeth, Inc.*, S.D. Texas, C.A. No. 4:03-3477
*Ester K. Helliksen, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3507
*Gladys O. Peschka v. Wyeth, Inc.*, S.D. Texas, C.A. No. 4:03-3512
*Azra Irshad, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3693
*Dollie Spicer Beal, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3722
*Betty Jean Bingham, et al. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3723
*Debbie Tobor, etc. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3864
*Connie Vinton v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3865
*Louise Lorraine Enge v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3867
*Clare Williams v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3886
*Gwendolyn Brimble v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3887
*Joseph Newman, etc. v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 4:03-3913
*Wanda Kirkwood v. Wyeth, Inc., et al.*, S.D. Texas, C.A. No. 6:03-97
*Shirley E. White v. Wyeth, Inc., et al.*, W.D. Texas, C.A. No. 6:03-263

**BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA,* D. LOWELL JENSEN, J. FREDERICK MOTZ* AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL**

*TRANSFER ORDER*

---

*Judge Selya took no part in the decision of this matter.  Additionally, Judge Motz took no part in the disposition of this matter with respect to the Eastern District of Texas *Linscomb, Thibodeaux* and *Ray* actions and the Southern District of Texas *Dacus, Gestiada, Tye, Orender, Irshad* and *Williams* actions.

- 3 -

Before the Panel are two sets of motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by parties in one Eastern District of California action, one Northern District of Mississippi action, and 70 Eastern, Northern, Southern or Western District of Texas actions seeking to vacate the Panel's orders conditionally transferring their respective actions to the Eastern District of Arkansas for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge William R. Wilson, Jr. The first set of motions pertains to those brought by the plaintiffs in the 72 actions who oppose transfer of their actions. Common defendant Wyeth supports transfer of these 72 actions. The second set of motions pertains to a subset of nine actions in which certain other drug companies are named as defendants in addition to Wyeth. Specifically, defendants Pharmacia & Upjohn Co. (Pharmacia), Mylan Pharmaceuticals Inc. (Mylan), and Bristol-Myers Squibb Co. (Bristol) have each moved to vacate its conditional transfer orders with respect to the particular action or actions in which the moving party is named as an additional defendant. A fourth drug company defendant, Watson Laboratories, Inc. (Watson), joins in the Pharmacia motion with respect to the action in which Watson is named. If the Panel nevertheless determines to order transfer, then Pharmacia, Mylan and Watson ask the Panel, pursuant to 28 U.S.C. § 1407(a), to simultaneously sever and remand the claims asserted against them in the subject actions. Wyeth does not oppose the request for severance and remand, but if the Panel declines to grant those requests, then Wyeth continues to support transfer of the actions in their entirety. The plaintiffs in the eight Texas actions subject to the drug company motions (joined by the plaintiffs in the remaining 62 Texas actions) oppose the alternative requests for transfer of only the claims against Wyeth.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Arkansas, and that transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel is persuaded that transfer is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. The Panel held that the Eastern District of Arkansas was a proper Section 1407 forum for actions brought by persons allegedly injured by Wyeth's Prempro, a hormone combination of estrogen and progestin used in the treatment of menopausal symptoms. *See In re Prempro Products Liability Litigation*, 254 F.Supp.2d 1366 (J.P.M.L. 2003).

Some of the plaintiffs opposing transfer premise their opposition to transfer on their contention that federal jurisdiction is lacking in their actions. They urge the Panel not to order transfer before their motions to remand to state court are resolved in the appropriate California, Mississippi or Texas federal court. We note that remand and other motions, if not resolved in a transferor court by the time of Section 1407 transfer, can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

Some of the plaintiffs opposing transfer also urge that they have been injured as a result of their use of hormone replacement therapy sold by Wyeth under the name of Premarin (a Wyeth product that is a predecessor product to Prempro, and which now constitutes one of the two components of Prempro). They contend that transfer of their actions should be denied because the

- 4 -

actions will not share sufficient questions with the previously centralized MDL-1507 actions to warrant transfer. Similarly, the drug company defendants that oppose transfer of the actions in which they are named argue that transfer should be denied because of the presence of additional claims involving their drug products. They urge that the presence of these additional claims means that their actions will no longer share sufficient questions with previously centralized MDL-1507 actions to warrant Section 1407 transfer. We point out that transfer under Section 1407 does not require a complete identity or even a majority of common factual issues as a prerequisite to transfer. Nor does the presence of an additional product or defendant defeat transfer when, as here, the subject actions still contain product liability claims and factual allegations focusing on the safety of Wyeth's hormone replacement therapy. We observe that transfer under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that i) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976), and ii) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties.

In light of the Panel's decision to order transfer of all actions, defendants Pharmacia, Mylan and Watson alternatively request that the Panel sever and simultaneously remand the claims asserted against them, thereby effectively denying transfer of those claims in the actions in which they are named. It may be, on further refinement of the issues and close scrutiny by the transferee judge, that these claims can be remanded in advance of other actions and claims in the transferee district. But we are unwilling, on the basis of the record before us, to make a determination at this time that the degree of interconnection between the claims against these defendants and the Prempro claims against Wyeth is so small as to warrant exclusion of these claims from Section 1407 proceedings from the outset. We point out that whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Arkansas and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr., for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman