39

1   behind us."  There's going to be a whole lot of people, and

2   they all will have different reactions.

3            MR. CASPER:  Yeah, let them make that reaction

4   based on complete information.  Some people may look at

5   that and say, "Well, I don't want to wait and see what

6   happens with the class action.  I'm going to take the

7   deal.  I don't think it's a hundred percent but, hey, I'll

8   take it."  Some people are going to do that.  But they

9   should at least make that decision knowingly and with full

10  information.

11           I would urge the Court to review our memo and just

12  compare --

13           THE COURT:  I've already read it.

14           MR. CASPER:  -- the terms of the agreement to the

15  representations in the associated documents.

16           THE COURT:  I've read all this stuff.  I didn't

17  find it particularly misleading.

18           The only thing I find that's -- that has some

19  persuasiveness is some statement to contact a lawyer,

20  period, not you guys, not the other guys, not anybody, but

21  a statement in their facts that there should be some --

22  that you may wish to contact a lawyer before you sign this

23  document.

24           MR. CASPER:  But, Your Honor, why not clearer

25  language on the assignment and release issue as well?  I

40

```
 1   don't think it's clear to a lot of people in reading this
 2   that this means you're done; this is all you're going to
 3   get.
 4            THE COURT:  No.  That's why you contact a lawyer.
 5   I don't think there's anything misleading about that, so
 6   I'm not going to say, yeah, you ought to change that.  If
 7   I'm reading that, I understand what it means.  If you don't
 8   want to do that, okay, then fine.  Then you don't accept
 9   their deal.  You get a lawyer; you bring your own
10   lawsuit -- not necessarily yours but their own lawsuit, and
11   they can ask for a class.  So I'm not changing that one
12   because I don't see anything wrong with that one.
13            And I don't see anything wrong with the other
14   stuff.  I didn't find this a misleading statement at all.
15   It may be that some lawyers can find some ambiguities in it
16   to try to create a -- something misleading about it.  But a
17   real honest-to-goodness person that's reading it trying to
18   get the gist of it, they're not going to be misled by
19   this.  They may want to decide, "I don't want to take the
20   deal" for whatever reason after talking with a lawyer.
21   Okay.  Fine.  So that's all I see in this thing.
22            MR. CASPER:  Fair enough, Your Honor.
23            THE COURT:  All right.  So I'm granting the motion
24   only to the extent that the facts sheet -- I'm not sure
25   that's what you call it, but it's something like --
```

# EXHIBIT 5

### Chinese Drywall Plaintiffs Awarded $2.6m
Federal Judge Rules Manufacturer Taishan Gypsum Must Pay Damages for Sulfur-Emitting Drywall
**CBS News**
4/8/10

A New Orleans federal judge on Thursday awarded seven Virginia families $2.6 million in damages for homes ruined by sulfur emitting drywall made in China, a decision that could affect how lawsuits by thousands of other homeowners are settled.

It remains to be seen how the plaintiffs can collect from Chinese companies that do not have to respond to U.S courts, although some have talked about getting orders to seize U.S.-bound ships and cargoes from the drywall companies.

Thousands of homeowners, mostly in Florida, Virginia, Mississippi, Alabama and Louisiana, have reported problems with the drywall, which was imported in large quantities during the housing boom and after a string of Gulf Coast hurricanes.

The CBS News investigative unit first reported last year about the thousands of Americans forced out of their homes by defective, rotting drywall. But the investigative unit also found that there maybe be problems with American-made drywall.

The drywall has been linked to corrosion of wiring, air conditioning units, computers, doorknobs and jewelry, along with possible health effects.

U.S. District Judge Eldon Fallon ruled Thursday that the drywall needs to be removed and the plaintiffs' homes need to gutted because of the ruinous effects of corrosion. He said all electrical wiring, the heating and air conditioning system, appliances, carpet, cabinetry, trim work and flooring damaged by corrosion would have to be removed.

Fallon's decision was the first in a series of federal lawsuits brought against manufacturers, distributors, suppliers and homebuilders by thousands of homeowners. The claims have been consolidated under Fallon. Separately, thousands of plaintiffs are pursuing claims in state courts.

Thursday's ruling could set the standard for what needs to be done to make a tainted home fit for living in. Fallon's guidelines went further than those put out by the Consumer Protection Safety Commission earlier this month. The CPSC called for removing the tainted drywall, electrical wiring, fire alarm systems and gas pipes.

"We got everything we asked for," said Richard Serpe, an attorney for the Virginia plaintiffs. "This becomes a roadmap for any court that is going to consider how the litigation should go from here." Fallon's ruling covered only property damage and did not look at possible health effects. The first cases with medical claims won't be considered by the court until late 2010 or early 2011.

It was far from certain who would pay for the damages. Civil judgments in U.S. courts aren't enforced in China. Plaintiffs are suing American drywall suppliers, distributors and homebuilders, too.

Phillip A. Wittmann, a New Orleans lawyer representing homebuilders and drywall installers, said homebuilders have been proactive and gutted tainted homes they built.

"The homebuilders are really the only class of defendants doing anything for the homeowners," Wittman said.

In this case, the plaintiffs sued Chinese drywall manufacturer Taishan Gypsum Co., which hasn't responded to lawsuits and did not have a lawyer representing it at the February trial.

Plaintiffs lawyers have said they would try to seize the company's U.S.-bound vessels and shipments if the company continues to ignore the litigation.

So far, only one Chinese manufacturer - Knauf Plasterboard Tianjin Co. - has responded to U.S. suits. A separate trial was held last month against Knauf. Fallon has not ruled in that case. Also, homebuilders are suing Knauf Plasterboard and Knauf Gips KG, a German company, for damages, Wittman said.

Knauf lawyers did not immediately return calls seeking comment.

Fallon said that Chinese drywall "has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur" than U.S.-made drywall. He added that the "level of corrosive sulfur gases emitted by Chinese drywall ... exceed the safe level established by recognized standards, peer reviewed literature."

The Taishan drywall was not tested under American engineering standards and Venture Supply Inc., the Norfolk, Va.-based buyer, "relied on a representation that Chinese testing was equivalent to the U.S. testing standards," the ruling said.

The ruling noted that Chinese tests were done by a Chinese government agency and not by an independent testing laboratory. The Chinese government agency issued "certificates of quality" based on a protocol that "predates the production of the drywall shipped to the United States by at least two years," the ruling said.

Taishan and the owners of Venture Supply Inc. could not be reached for comment. A telephone number listed on Venture's Web site was disconnected.

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Fallon said.

During the February trial, the plaintiffs gave emotional testimony about how their lives had been damaged because of the defective drywall that gives off a rotten-egg smell.

William Morgan and his wife, Deborah, moved to Williamsburg, Va., after he retired from the Norfolk police department. They quickly realized something was wrong with their "dream house." Fixtures and mirrors turned black. Their lights malfunctioned. Their smoke detector system and water heater failed.

The problems drove them from their house into a rental home, leaving them in a financial mess that forced the couple to file for bankruptcy protection last year. Fallon awarded the Morgan family $481,613.

"I'm tickled to death with the decision, but as far as the mechanics of doing what needs to be done, I don't know," Morgan said by telephone Thursday.

Jerry Baldwin, 59, of Williamsburg, said he and his wife, Inez, could not afford to move out of the home they bought in 2006. The couple blamed Chinese drywall for ruining appliances, electronics and the home's air conditioning system. Baldwin said the problem has cost him his financial security and left him worried for his family's health. Fallon awarded the Baldwins $441,699.

**Homeowners Awarded $2.6M In Chinese Drywall Suit**
*ABA News*
By Martha Neil
4/8/10

In a ruling that is expected to provide guidance for determining potential damages in more than 2,000 similar federal lawsuits filed by other homeowners, a federal judge in New Orleans today awarded $2.6 million to seven homeowners who alleged that their houses were damaged by the installation of drywall manufactured by a Chinese company.

U.S. District Judge Eldon Fallon, who is overseeing such litigation throughout the country, held that Taishan Gypsum Co. must cover the cost of removing "all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall and all items which will be materially damaged in the process of removal," reports Bloomberg.

Last week, the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development recommended that houses containing problem drywall be gutted and that not only the drywall but electrical wiring, gas pipes and sprinkler systems, among other materials, be removed. A link to the federal agencies' report is provided in an article about the drywall issue in the Problem Solver blog of the Chicago Tribune.

Problem drywall manufactured in China has been blamed for noxious orders and corrosion of nearby metal allegedly due to hazardous materials it may contain.

Federal Judge In New Orleans Awards $2.6M In Chinese Drywall Case
*ClaimsJournal*
4/8/10

A federal judge in New Orleans has awarded seven plaintiffs from Virginia more than $2.6 million in a consolidated case involving damage to the plaintiff's homes as a result of the installation of substandard drywall from China.

In an opinion published on April 8, United States District Judge Eldon E. Fallon concluded that proper remediation for the damaged homes would be "to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal."

The judge's decision comes just days after the U.S. Department of Housing and Urban Development (HUD) and the U.S. Consumer Product Safety Commission (CPSC) released a report advising homeowners with Chinese drywall to completely remove the tainted product and replace all electrical components and wiring, gas service piping, fire suppression sprinkler systems, smoke alarms and carbon monoxide alarms.

In Re: Chinese Manufactured Drywall: Products Liability Litigation : Section: L and Germano, et al. v. Taishan Gypsum Co. Ltd., et al., case no. 09-6687 represent the consolidation of numerous cases in which "homeowners began to file suit in various state and federal courts against homebuilders, developers, installers, realtors, brokers, suppliers, importers, exporters, distributors, and manufacturers who were involved with the Chinese drywall," the Court explained.

Because of the commonality of facts in the various cases, in June 2009 all federal cases involving Chinese drywall were transferred and consolidated for pretrial proceedings in the U.S. District Court, Eastern District of Louisiana.

The class action suit in this instance was brought against defendants Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd. ("Taishan"); Tobin Trading Inc.; Venture Supply Inc.; Harbor Walk Development LLC; and The Porter-Blaine Corp. Plaintiffs filed their initial complaint in the Eastern District of Virginia on May 1, 2009.

A motion to intervene filed by William and Deborah Morgan, Preston and Rachael McKellar, Frederick and Vanessa Michaux, J. Jerry and Inez Baldwin, Joseph and Kathy Leach, Robert and Lea Orlando, and Steven and Elizabeth Heischober was granted and the matter was heard without a jury between Feb. 19 and Feb. 22, 2010.

The Chinese drywall in the present cases was manufactured by Shandong Taihe Dongxin Co. Ltd. which on September 10, 2007, changed its name to Taishan Gypsum Co. Ltd.

According to court documents, evidence presented to the court showed that the "level of corrosive sulfur gases emitted by Chinese drywall in the ... homes exceed the safe level established by recognized standards, peer reviewed literature, and expert opinions and this corrosive environment has had a significant impact on the exposed property."

In addition, the court said, the "evidence supports the conclusion that the appropriate remediation for the affected homes includes the removal of all drywall, all electrical wiring, the entire HVAC system, and many other items such as appliances, carpet, cabinetry, trim work and flooring.

The remediation process was estimated to take four to six months to complete.

In determining the award amount for property remediation, the court used an average cost per square foot of $86, which does not include a cost for replacing windows, exterior doors, structural members, exterior siding, roof trusses, the roof, concrete and nails.

Even with remediation, the homes are expected to experience a drop in value to varying degrees as a result of the contaminated drywall, the court said.

Fallon awarded the individual plaintiffs as follows:

- William and Deborah Morgan: $481,613.29 — $381,613.29 for property damages, personal property damages and other forms of compensable damages and $100,000.00 for loss of use and enjoyment damages.
- Jerry and Inez Baldwin: $441,699.11 — $341,699.11 for property damages, personal property damages and other forms of compensable damages, and $100,000.00 for loss of use and enjoyment damages.
- Joseph and Cathy Leach: $89,676.86 — $59,676.86 for property damages, personal property damages and other forms of compensable damages, and $30,000.00 for loss of use and enjoyment damages.
- Bob and Lisa Orlando: $407,905.44 — $307,905.44 for property damages, personal property damages and other forms of compensable damages and $100,000.00 for loss of use and enjoyment damages in the amount of.
- J. Frederick and Vannessa Michaux: $355,607.80 — $255,607.80 for property damages, personal property damages and other forms of compensable damages, and $100,000.00 for loss of use and enjoyment damages.
- Preston and Rachel McKeller: $351,741.22 — $251,741.22 for property damages, personal property damages and other forms of compensable damages, and $100,000.00 for loss of use and enjoyment damages.
- Steven and Elizabeth Heischober: $480,886.27 — $380,886.27 for property damages, personal property damages and other forms of compensable damages, and $100,000.00 for loss of use and enjoyment damages.

Other cases on drywall claims are winding through the courts, from Florida to California. Last week, a Louisiana court rebuffed an insurance company's use of the pollution exclusion and two other exclusions in an "all risk" homeowners insurance policy to deny claims resulting from so-called Chinese drywall.

Source: U.S. District Court for the Eastern District of Louisiana

**7 Virginia Families With Chinese Drywall Get $2.6 Million In Damages**
*House Keys [blog on Sun-Sentinel]*
4/8/10

A federal judge in New Orleans on Thursday awarded $2.6 million in damages to seven Virginia families that sued Chinese drywall manufacturer Taishan Gypsum Ltd.

U.S. District Judge Eldon E. Fallon also issued a protocol for fixing homes that calls for the removal and replacement of all drywall, electrical wiring, copper pipes, air conditioning systems, insulation and most appliances.

Cabinets, countertops, trim, crown molding and baseboards also need to be replaced. Families should receive temporary housing for four to six months, Fallon said.
"This tells you what has to be removed and what doesn't, and he did a very thorough job," Boca Raton attorney Allison Grant said. "It's very significant."

Fallon's ruling gives homeowners in South Florida and elsewhere definitive information about how best to treat the problem.

The Consumer Product Safety Commission last week recommended that homeowners with the tainted drywall remove and replace the material. But that guidance didn't address whether to remove a

<u>Chinese Drywall Maker Owes 7 Families $2.6 M, Judge Rules</u>
*National Underwriter Property And Casualty Insurance News*
By Daniel Hays
4/8/10

A federal judge in New Orleans has awarded $2.6 million in damages and repair costs to seven Virginia families that sued the manufacturer of Chinese drywall material.

U.S. District Judge Eldon Fallon ruled today in the class action case Germano, et al. v. Taishan Gypsum Co. Ltd., et al. Taishan must pay for the removal of sulfur-emitting wallboard produced in China that homeowners said emitted smelly gases, created corrosion of materials in their homes and caused health problems.

The judge, after hearing the case without a jury, found that the Chinese-made drywall should be removed from the families' homes as well as computers, furniture and other items damaged by corrosion due to the drywall.

The decision in the class action could affect thousands of other U.S. homeowners whose houses were made with Chinese wallboard and who have filed claims.

In his decision, Judge Fallon noted that drywall was imported in large quantities from China after a materials shortage caused by damage from Gulf Coast hurricanes.

He mentioned that the materials in question were never tested according to the U.S. ASTM (American Society for Testing and Materials Standard), and that the vendor Venture Supply Inc. of Norfolk, Va., had relied on a representation that Chinese testing was the equivalent of U.S. standards.

Chinese Drywall Victims Awarded $2.6 Million, Judge Says Homes Must Be Gutted
*News Inferno*
4/8/10

The owners of seven Virginia homes contaminated with toxic Chinese drywall have been awarded $2.6 million by the federal judge overseeing the Chinese drywall multidistrict litigation (MDL) currently underway in New Orleans. The trial was considered a "bellwether" or test case, and the decision could affect how lawsuits by thousands of other homeowners are settled.

The ruling by U.S. District Court Judge Eldon E. Fallon mandates that the plaintiffs' homes be gutted down to the studs. The Judge also ruled that the plaintiffs were entitled to damages for the cost of personal property damaged by the drywall gases, relocation costs, and loss of use and enjoyment of the home.

In his ruling, Judge Fallon wrote that Chinese drywall "has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur" than U.S.-made drywall, and that the "level of corrosive sulfur gases emitted by Chinese drywall ... exceed the safe level established by recognized standards, peer reviewed literature."

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Judge Fallon said.

In addition to removing the toxic drywall, Judge Fallon's order calls for the removal of all electrical wiring, the entire HVAC system, and many other items such as appliances, carpet, cabinetry, trim work and flooring. His ruling goes further than remediation guidelines released earlier this month by the Consumer Products Safety Commission (CPSC) and the Department of Housing and Urban Development (HUD).

Judge Fallon's ruling covered only property damage and did not look at possible health effects. According to the Associated Press, the first cases with medical claims won't be considered by the court until late 2010 or early 2011.

The cost of remediation as prescribed by Judge Fallon's order will run anywhere between $200,000 to $300,000. However, it's still not clear who will foot the bill. The main defendant in this case, Taishan Gypsum Co., never responded to lawsuits and did not have a lawyer present for the trial. Civil judgments in U.S. courts aren't enforced in China.

Plaintiffs lawyers have said in the past that they would seek to seize Taishan Gypsum's U.S.-bound vessels and shipments if it continues to ignore lawsuits.

So far, only one Chinese manufacturer — Knauf Plasterboard Tianjin Co. — has responded to U.S. suits. A separate trial naming Knauf as a defendant was held before Judge Fallon last month. His decision in that case is still pending.

Since late 2008, the CPSC has received more than 3,000 reports from residents in 37 states, the District of Columbia, and Puerto Rico regarding defective Chinese drywall. Gases emitted from Chinese drywall are being blamed for significant property damage, including damage to HVAC systems, smoke detectors, electrical wiring, metal plumbing components, and other household appliances. These gases also produce a sulfurous odor that permeates homes, and cause metals, including air conditioning coils and even jewelry, to corrode. People living with Chinese drywall have also suffered eye, respiratory and sinus problems that may be linked to the gases.

In addition to the Chinese drywall lawsuits consolidated before Judge Fallon, thousands of cases are also pending in state courts.

**More Info: The Drywall Decision**
*Bradenton Herald*
By Duane Marsteller
4/8/10

A closer look at the Chinese drywall remediation protocol that a federal judge issued Thursday:

n Drywall: Replace all drywall, whether made in China or not, with non-Chinese boards.

n Electrical: Replace all wiring, both low- and high-voltage.

n Plumbing: Replace all copper piping.

n Flooring: Replace carpet, hardwood floors and vinyl floors. Keep tile floors, except replace damaged pieces or those adjacent to interior walls.

n HVAC: Replace air handler, all duct work and copper pipe between handler and compressor. Replace outdoor compressor on case-by-case basis.

n Other: Replace insulation, cabinets, counter tops, trim, crown molding, baseboards, bathroom fixtures and selected electrical appliances.

After remediation is complete, the home should be cleaned with a HEPA vacuum, wet-wipe or power washer, then aired out for 15 to 30 days. An independent engineer's certification that the remediated home is safe for occupancy must be obtained before the homeowner can move back in.

**Chinese Drywall: Judge Awards $2.6 Million To 7 Local Homeowners. Money Will Be Used To Gut And Repair Affected Homes.**
*Daily Press*
By Veronica Chufo
4/8/10

The home Bill Morgan thought he'd retire in has become a source of heartache.

The James City County homeowner abandoned the home, built with Chinese drywall, out of fear for his family's health and safety.

He was still emotional about it Thursday, the day a federal judge ruled in favor of him and six other Hampton Roads homeowners in a lawsuit to remove the sulfur-emitting drywall.

But he probably won't live in it again. It's now in foreclosure, and he's now in bankruptcy, thanks to the financial damage inflicted by the drywall.

"I love my home. I rode by it yesterday," he said, his voice beginning to tremble. "I'm sorry, it's still very emotional. The grass is just starting to get tall. I used to take a lot of pride in taking care of it."

A New Orleans federal judge awarded seven Hampton Roads homeowners $2.6 million in damages to pay for the removal of sulfur-emitting drywall made in China that has been linked to corrosion and possible health effects.

That includes Morgan and three other families in the Wellington neighborhood in James City County, two families from Hollymeade in Newport News and one homeowner in Virginia Beach. They were represented by the Norfolk-based Richard Serpe law office.

U.S. District Judge Eldon Fallon ruled Thursday that the houses should be gutted and all drywall, Chinese and American, be removed, along with any items damaged by corrosion due to the drywall, said Rebecca Cohen, legal assistant.

The ruling potentially affects thousands of other U.S. homeowners whose homes were made with the imported wallboard. To date, the U.S. Consumer Product Safety Commission has received more than 3,000 complaints of sulfur-emitting drywall from 37 states.

In this case, the plaintiffs sued Chinese drywall manufacturer Taishan Gypsum Co., which hasn't responded to lawsuits.

Locally, the drywall was imported in 2006, in the midst of a national housing boom and after a string of Gulf Coast hurricanes. Many affected homeowners have moved out, forcing them to pay mortgages and rent. Some face foreclosure or bankruptcy and wonder where they'll get the money to replace the imported drywall.

Listening to the testimony was comforting to Bill Morgan.

"It just kind of validated to me and my wife that we weren't crazy," he said.

"I'm just thrilled to death. I'm just extremely grateful that Judge Fallon took the time to really delve into this thing," he said of the ruling. "It's nice to seem some light beginning to shine at the end of the tunnel."

Plaintiffs Fred and Vannessa Michaux and their children, ages 5,7 and 9, moved into Hollymeade in November 2007. They noticed their electrical equipment began failing, and they started experiencing chronic fatigue, muscle pain, skin and eye irritation and upper respiratory problems. So they moved out.

"We came here in '07, a family in perfect health, and two years later, our health was in a state of decline. We knew we had to get out, for the health of our family," he said.

He called Thursday's ruling "a step in the right direction."

"The caveat is that it's still a default judgment against the company that did not show up for trial, and the company is Chinese," he said.

There's still a long road to get that payment.

"We're optimistic but cautious that we'll see any of that," he said.

What he's celebrating Thursday is the establishment of a remediation protocol.

"That's the part that's going to serve our country well. For every house in the U.S. that needs to be fixed, now there's a protocol to follow," Michaux said.

The protocol -- gutting the house to the studs, even removing and replacing American-made drywall, carpeting, hardwood flooring, crown molding and bathroom fixtures -- goes beyond guidance issued last week by the U.S. Housing and Urban Development and U.S. Consumer Product Safety Commission. The guidance last week merely called for the removal of the Chinese drywall and corroded electrical components, which wouldn't account for further corrosion that could happen even after the offending drywall is removed, Cohen said.

It also calls for removal of construction dust and air-quality testing.

"It would give us as homeowners a sense of safety to move back in," Michaux said of the judge's ruling.

The one good thing that has come of this is that it has taught Michaux how to put into practice his Christian beliefs.

"As devoted followers of Christ, we talk about ensuring hardship, about loving our enemy. This is the first time in our life that we can say we have an enemy," he said. "It's one of the first times in our lives that we've had to step up and had to practice that. It's been good for us."

"There's a part of us that's celebrating a sense of closure. We've been waiting for something to happen," Michaux said. "But this is just the first step."

They still have to collect on the judgment, and they have to rebuild the Hollymeade neighborhood, about half of which was built with the Chinese-made drywall.

"It's a sigh of relief, but then take a deep breath, because we've got a lot of work to do."

Chinese Drywall Victims Awarded $2.6 Million: New Orleans Judge Fallon Rules Chinese
Manufacturers Negligent
*Epoch Times*
By Charlotte Cuthbertson
4/8/10

A New Orleans judge awarded seven families more than $2.6 million in losses caused by toxic Chinese drywall in
their homes Thursday.

Judge Eldon E. Fallon ruled against defendant Taishan Gypsum Co. Ltd., the Chinese manufacturer of the drywall.

"We're very excited and very grateful for Judge Fallon for coming to a great conclusion," said Lisa Orlando, one of
the homeowners in the lawsuit.

But, there is no guarantee that the families will get the money, Orlando said. There is no recourse if the defendants
refuse to pay. "We can't do anything without the money," she said from the home the family is now renting.

The judgment comes less than a week after Consumer Product Safety Commission (CPSC) recommended Chinese
drywall-tainted homes to be gutted.

The CPSC report called for removal of all possible drywall with issues, all fire safety alarm devices, all electronic
components and wiring, and all gas-service piping, as well as the fire-suppression sprinkler systems.

Some Chinese-manufactured drywall types were found to emit significantly larger amounts of hydrogen sulfide,
the chemical believed to cause corrosion, compared to other drywall. Certain samples tested by investigators
showed 100 times higher levels of hydrogen sulfide compared to the drywall manufactured outside of China that
was tested.

The Orlandos bought their home in Williamsburg, Va., for $369,500 in June 2009. Fred Orlando had gotten a job
promotion and the family moved from upstate New York to the Mid-Atlantic.

Excited about the shift and expecting it was the home they would retire in, they paid $50,000 to have the in-
ground pool built within weeks of moving in.

Not long after the finishing touches were made on the pool, the family received a letter from Dick Ashe, the
builder of the home—there were possibly 172 sheets of toxic Chinese drywall in their home. The Orlandos
discovered that the drywall had Venture Supply (i.e. Taishan) stamped on the back—proving it was manufactured
in China.

Opening the windows to get fresh air into the home during 90-degree heat brought neighbor Bill Morgan over to
inquire if the family had Chinese drywall in their home. The Orlandos were not alone.

They had first noticed a smell when they toured the house; they thought it was from the previous owner's two
children in diapers. After they moved in, the smell got progressively worse.

The Orlandos had all the carpets in the home cleaned, but the smell did not go away. Mrs. Orlando describes the
odor as similar to the smell of spent fireworks. Headaches and rashes followed, as well as failure of their water
heater and problems with the HVAC unit.

Seven months after moving in, the Orlandos moved into a rental home and their health improved within two
weeks, said Orlando.

Orlando said the family wants to fix/rebuild the home rather than sell it.

"We really like it and we put in a new pool when first moved in," she said. "I am just thankful for the judgment. It's the beginning of the process of us becoming whole again."

Assuming remediation of their home is complete within six months of the trial, the Orlandos are entitled to $307,905.44 in damages, plus an award for loss of use and enjoyment of the home and personal property to be determined by the court.

Judge Fallon is presiding over about 600 lawsuits that have been packaged from different areas.

The Consumer Protection Safety Commission (CPSC) has received about 3,082 reports from residents in 37 states, the District of Columbia, American Samoa, and Puerto Rico, who believe their health symptoms or the corrosion of certain metal components in their homes are related to problem drywall. State and local authorities have also received similar reports.

Affected residents largely report that their homes were built in 2006 to 2007, when an unprecedented increase in new construction occurred in part due to the hurricanes of 2004 and 2005.

<u>Homeowners Awarded Damages In First Chinese Drywall Ruling</u>
*Miami Herald*
By Nirvi Shah
4/8/10

A federal judge in Louisiana has ruled that a Chinese drywall manufacturer must pay seven Virginia families about $2.6 million in damages because the company's product corroded metals in their homes, caused a sulfuric stench and led to breathing problems.

Thursday's ruling could pave the way for similar rulings for thousands of cases now before the same judge.

It was the first for damages in a drywall case. Thousands of homeowners nationwide, most of whom live in Florida and Louisiana, have filed complaints about situations similar to those in Virginia. Many of the lawsuits against drywall manufacturers have been filed in federal court and all of the cases were consolidated in Louisiana.

U.S. District Judge Eldon Fallon also issued rules about how homes with the toxic product must be repaired.

The manufacturer named in this suit, Taishan Gypsum Co., has not responded to U.S. court proceedings, however.

``This is a legal determination of who's at fault in the drywall mess,'' said U.S. Sen. Bill Nelson, who helped start an investigation of imported drywall. ``Now homeowners have somebody to put in their sights. Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up.''

Fallon said in his ruling that Taishan asked the American company that ordered the drywall to remove a clause from its contract requiring that it meet American standards for the product.

The ruling also included guidelines on what must be done to fix a home built with problem wallboard.

The judge ruled that all of the drywall from these homes, even if some of it was not manufactured in China, along with electrical components, sprinklers and gas lines, air conditioners, carpeting, wood flooring, cabinets, countertops, moldings, bathroom fixtures and insulation, among other items, must be replaced.

Homes would have to be aired out for up to a month, cleaned with HEPA vacuum or power washed. And families are entitled to payment for the four to six months they have to leave their houses while repairs are made, the ruling said.

Fallon said the average cost per square foot to repair the homes in Virginia would be $86.

His recommendations are similar to those issued by the Consumer Product Safety Commission and Department of Housing and Urban Development last week but go a bit further.

``While the ruling is not binding on anyone other than the parties to the Germano case, it is certainly persuasive to other judges and presumably Judge Fallon will rule similarly in other cases,'' said Allison Grant, a Boca Raton attorney representing many affected homeowners.

**Court Sides With Chinese Drywall Owners: $2.6 Million Award May Be Uncollectable**
*The News-Press*
Mary Wozniak
4/8/10

1:10 A.M. — A federal judge Thursday gave seven Virginia homeowners who sued a Chinese company over defective drywall what they asked for.

It remains to be seen when, how or even if their $2.6 million award will be collected.

U.S. District Court Judge Eldon Fallon issued the ruling in a bellwether product liability case against Taishan Gypsum Company.

It's the first trial in more than 3,000 lawsuits filed across the country over the tainted product. The lawsuits all have been consolidated under Fallon in multidistrict litigation in New Orleans, and his ruling is expected to set the trend for future suits.

Many of those lawsuits were filed by residents of Lee County, which has at least 2,500 homes with defective drywall. According to estimates in Fallon's ruling, they could have about $430 million in collective damages.

The drywall, imported mostly between 2004 and 2007, emits sulfur compounds that corrode air conditioning coils, electrical wiring, metal on appliances, electronics, jewelry and plumbing fixtures. Residents of homes that have the drywall complain of health issues from nosebleeds to respiratory problems.

Arnold Levin, lead attorney for the plaintiffs, was pleased with the ruling.

"It is a major step in getting our people's homes taken down to the studs and refurbishing their homes so they can get back in," he said.

Fallon issued sweeping guidelines for fixing the drywall that have the rule of law — at least when these seven plaintiffs are concerned.

Levin said the judge's fix-it protocol is not inconsistent with interim guidelines issued last Friday by the Consumer Product Safety Commission. Both the commission and Fallon's ruling call for the drywall to be removed and replaced, along with wiring, electrical components and gas-service piping.

But Fallon went beyond the commission in ruling in favor of the seven Virginia plaintiffs, calling for removal and replacement of the entire HVAC system, insulation, damaged appliances and electronics such as TVs and computers, carpet, hardwood and vinyl flooring and cabinetry.

Inez Tenenbaum, commission chairman, said last Friday that commission guidelines provide a foundation for Congress to consider policy options and explore federal relief for homeowners.

The commission had no reaction Thursday.

"We have decided to refrain from commenting directly on the judge's ruling today and want to let our announcement from last week speak for itself," Scott Wolfson, commission spokesman, said by e-mail.

The ruling set the cost of refurbishing a home at $86 a square foot. That means for an average size home of 2,000 square feet, the cost would be $172,000.

If enough drywall was imported to build 60,000 homes, the cost to fix it, at an average of 2,000 square feet per home, would be $10.3 billion.

The drywall is found in 37 states and Puerto Rico. In Lee County, the property appraiser has identified 2,505 homes that had values reduced because of drywall.

Using the same formula for those 2,505 homes, the repair bill would be about $430 million.

While Fallon's ruling has the force of law for these seven plaintiffs, Levin said he will not stop there.

"This is just the beginning for Taishan," he said. In two weeks, he will file a motion for a class action lawsuit to extend the ruling to all homes constructed with Taishan drywall, Levin said.

The only problem is, civil judgments in U.S. courts aren't enforced in China. Taishan Gypsum never acknowledged the lawsuit or appeared in court to defend its case.

Richard Kampf, a Cape Coral homeowner who represents a grass-roots organization of about 350 homeowners with defective drywall, has a 3,200-square-foot home.

Under the Fallon ruling, the cost to repair his home would be $275,200.

"As a homeowner, I'd rather have this one," he said of the judge's protocol.

If the courts are unable to recover damages from makers of defective Chinese drywall, he favors a remedy suggested in a News-Press editorial Tuesday — have the government create a national fund to help pay for repairs, and look to insurers, builders and other parties to help with the fund. Then get the Chinese government and manufacturers to pay up.

Kampf, a retired U.S. Environmental Protection Agency administrator, said that method would be similar to the way the federal Superfund works: If a company causing the problem won't fix it, the government will, then go after the company for three times the damages.

U.S. Sen. Bill Nelson, D-Orlando, said the judge's ruling gives homeowners a legal target.

"Now homeowners have somebody to put in their sights," he said. "Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up."

**Judge's Ruling In Chinese Drywall Case Gives Floridians Hope**
*Palm Beach Post*
By Allison Ross
4/8/10

A federal judge has awarded $2.6 million in damages to the owners of seven Virginia houses contaminated by defective Chinese drywall, buoying hopes for South Florida homeowners stuck in tainted homes.

The landmark ruling — which sets a standard for fixing affected homes that goes above and beyond anything recommended before — quantifies just how damaging and disruptive the defective wallboard is and provides guidance for homeowners on how to treat the problem.

In a 108-page document released Thursday, U.S. District Judge Eldon E. Fallon in New Orleans found that affected houses must be gutted almost down to the studs, including the removal of all drywall, electrical wires, copper pipes and heating, ventilating and air-conditioning units, as well as other items such as carpeting, cabinets, countertops and bathroom fixtures.

Fallon estimated the remediation will cost an average of $86 per square foot. He also decided that the homeowners were entitled to receive money for relocation costs, reimbursement for personal property damaged by the drywall's sulfuric off-gassing, and compensation for loss of use and enjoyment of a home.

"We finally have a remediation protocol!" Boca Raton attorney Allison Grant said in an e-mail. She said Fallon's ruling "fills in the gaps" left by the U.S. Consumer Product Safety Commission's interim guidelines issued last week.

The CPSC, addressing things that have a direct connection to health and safety, advocated the removal of "all possible problem drywall," as well as electrical wiring and other components. But it did not go into much more detail, and did not discuss the removal of heating, ventilating and air-conditioning systems, carpeting and other components.

Fallon wrote that his court's protocol is largely consistent with what the CPSC advised, although it disputed the CPSC's note that drywall that can be identified as unaffected should be left in place, saying the removal of all drywall "is necessary in order to remove and replace wires, pipes, and insulation, and to adequately clean the home." The CPSC declined to comment on Thursday's ruling.

While Fallon's ruling is only directly binding to the seven Virginia homeowners that were part of the case, his decision could affect thousands whose homes were made with the defective material.

"This is great news," said Jimmy Diamond, who owns an affected home near Boynton Beach . "It gives us more hope. I just don't understand why it took so long for people to understand that all this needs to be done to fix the houses."

Scott Semrau, who is on his 13th air-conditioning coil in his house west of Delray Beach because of corrosion from the drywall, agreed. "We were quite pleased to hear all that the judge said," Semrau said. "We had people telling us to just paint over the drywall to get rid of the odor. But it's not just the odor. This is validation of the damage the drywall causes."

Thursday's decision stems from the lawsuit of seven Virginia homeowners against Chinese drywall manufacturer Taishan Gypsum Co.

"We got everything we asked for," said Richard Serpe, an attorney for the Virginia plaintiffs. "This becomes a road map for any court that is going to consider how the litigation should go from here."

While each of the seven homeowners was awarded a different amount, they received an average of about $372,733 . It remains to be seen whether the homeowners will be able to collect from the company.

Foreign companies do not have to respond to U.S. courts, and Taishan has not responded to lawsuits.

U.S. Sen. Bill Nelson, D-Fla., said the ruling gives homeowners "somebody to put in their sights" to blame for the drywall problem.

"Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up," Nelson said in a statement.

Studies have found that certain drywall imported from China gives off sulfuric gas that has been linked to corrosion of metal components in homes, such as electrical wiring, jewelry and toilet handles. Many homeowners also blame the drywall for such health problems as headaches, nosebleeds and nausea.

The drywall was imported between 2000 and 2008, particularly in response to the housing boom and following a string of hurricanes.

The CPSC has received 3,082 reports from residents in 37 states, the District of Columbia, American Samoa, and Puerto Rico claiming to be affected by the problematic wallboard. The majority of those complaints have come from Florida.

The Associated Press contributed to this story.

**First Chinese Drywall Suit Award: $2.6 Million**
***Florida Home Inspections Team***
4/9/10

A home in Parkland built with Chinese drywall recently was gutted. The $1.7 million home was built by now-bankrupt developer WCI Communities. The cost to fix the problem: $220,000.

Consumer advocates hailed a ruling Thursday in Louisiana federal court that awarded $2.6 million to seven Virginia families who bought homes built with Chinese drywall.

U.S. District Judge Eldon Fallon handed down the first award in a Chinese drywall lawsuit. He awarded property damages, personal property damages, and an amount for loss of use and enjoyment.

The case is considered a bellwether for numerous federal class action lawsuits consolidated in New Orleans. It also provides guidance for hundreds of other cases awaiting trial in state circuit courts.

The ruling lends legal weight to a recent federal policy decision that the only safe method of dealing with Chinese drywall is to gut a house's interior of all drywall, wiring and plumbing.

"Proper remediation for the [plaintiffs] is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal," Fallon's order states. "Accordingly, the court further finds that the plaintiff-interveners are entitled to recover damages."

Fallon used a formula of $86 a square foot for a typical home, and awarded $100,000 to most of the seven families for loss of use and enjoyment. But, recovering from the Chinese company that made the drywall —Taishan Gypsum — may be more problematic. Taishan was served notice of the suit, but failed to respond, and a default judgment was entered against it in a previous ruling.

Although the case involved homes in Virginia, most were built using Chinese drywall in Florida and Louisiana during the construction boom.

Chinese drywall has concentrations of sulfur and other substances that produce corrosive gases and odor, which leads to corroded metal. From 2004 to 2006, when the building boom and hurricane repairs created a domestic shortage, 500 million pounds of drywall were imported – and 60 percent of the drywall came through Florida ports.

The American Association for Justice (formerly the Association of Trial Lawyers) hailed the ruling as a reason to pass federal legislation cracking down on foreign manufacturers who do business in the U.S.

"Taishan Gypsum profited from a product they sold here in the U.S. that has now proven to be defective, costing millions of dollars in damage, decreased property values," AAJ President Anthony Tarricone said in a news release.

"While the ruling today holds the company responsible, there is no guarantee the company will comply, leaving U.S. consumers and homebuilders to pick up the tab," he said. "This is why it is critical we pass the Foreign Manufacturers Legal Accountability Act, so foreign manufacturers are held to the same standards and justice system as U.S. manufacturers."

Coral Gables attorney Ervin Gonzalez, of Colson Hicks Eidson, said the ruling "tells other parties how the law is being interpreted and what to expect in similar cases." Gonzalez is handling several cases for homeowners with Chinese drywall. He also sits on the plaintiffs' steering committee for the consolidated federal cases. Gonzalez said he expects Fallon to take up one of several cases from Florida this summer.