U.S. Sen. Bill Nelson, D-Florida, also praised the ruling. "This is a legal determination of who's at fault in the drywall mess," he said in a release. "Now homeowners have somebody to put in their sights. Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up."

Fallon's ruling enshrines several scientific findings about Chinese drywall into federal case law, most of which had been made public in previous studies:

- Chinese drywall has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur.
- Chinese drywall releases reduced sulfur gases.
- The sulfur gases released by Chinese drywall are irritating to the human body.
- The sulfur gases cause offending odors in homes, making them hard, if not impossible, to live in.
- The sulfur gases are corrosive to metals, particularly copper and silver.
- The corrosion on metals caused by the sulfur gases causes premature failure of electrical and mechanical devices.
- The corrosion on metals caused by the sulfur gases emitted by Chinese drywall poses a fire risk

Judge Awards Locals $2.6M In Chinese Drywall Case
*The Virginian-Pilot*
By Josh Brown
4/8/10

A federal judge in New Orleans today awarded $2.6 million in damages to seven Hampton Roads homeowners whose properties were built with Chinese-made drywall.

U.S. District Judge Eldon Fallon ruled that all drywall in the homes should be removed, along with all items that have suffered corrosion as a result of the drywall and anything damaged in the process of the removal.

The homeowners were awarded an average of $372,733 each. Attorneys had selected seven homes in Virginia – one in Virginia Beach, two in Newport News and four in Williamsburg – to serve as a cross section of homes affected by the drywall across the country.

Taishan Gypsum Co. Ltd., the company that manufactured the drywall, did not respond to the lawsuit. Fallon issued a default judgment against Taishan last fall.

The ruling comes almost a week after federal product-safety regulators recommended homeowners rip out the problem wallboard, electrical wiring and natural gas piping.

The judge's ruling goes further, stating that all drywall should be removed, along with appliances, carpet, cabinets, trim and flooring. Fallon stated in the ruling that it is neither cost effective nor scientifically possible to remove just the tainted wallboard in a home where both domestic and Chinese drywall was used.

While Thursday's decision is binding only on the seven Virginia homes, the judge has said that outcome will "provide some guidance for similarly situated or affected properties."

Richard Serpe, the Norfolk attorney for the seven homeowners, plans to ask for a judgment against Taishan for the rest of his clients in Hampton Roads.

Last fall, the U.S. Consumer Product Safety Commission found that the wallboard emits higher levels of volatile sulfur gases than typical U.S.-made drywall and is likely causing metal corrosion in homes. Homeowners claim the product also causes respiratory illness.

### Judge Awards Families $2.6M Over Chinese Drywall
*The Associated Press*
By Cain Burdeau and Michael Kunzelman

NEW ORLEANS — A New Orleans federal judge on Thursday awarded seven Virginia families $2.6 million in damages for homes ruined by sulfur-emitting drywall made in China, a decision that could affect how lawsuits by thousands of other homeowners are settled.

It remains to be seen how the plaintiffs can collect from Chinese companies that do not have to respond to U.S courts, although some have talked about getting orders to seize U.S.-bound ships and cargoes from the drywall companies.

Thousands of homeowners, mostly in Florida, Virginia, Mississippi, Alabama and Louisiana, have reported problems with the drywall, which was imported in large quantities during the housing boom and after a string of Gulf Coast hurricanes.

The drywall has been linked to corrosion of wiring, air conditioning units, computers, doorknobs and jewelry, along with possible health effects.

U.S. District Judge Eldon Fallon ruled Thursday that the drywall needs to be removed and the plaintiffs' homes need to gutted because of the ruinous effects of corrosion. He said all electrical wiring, the heating and air conditioning system, appliances, carpet, cabinetry, trim work and flooring damaged by corrosion would have to be removed.

Fallon's decision was the first in a series of federal lawsuits brought against manufacturers, distributors, suppliers and homebuilders by thousands of homeowners. The claims have been consolidated under Fallon. Separately, thousands of plaintiffs are pursuing claims in state courts.

Thursday's ruling could set the standard for what needs to be done to make a tainted home fit for living in. Fallon's guidelines went further than those put out by the Consumer Protection Safety Commission earlier this month. The CPSC called for removing the tainted drywall, electrical wiring, fire alarm systems and gas pipes.

"We got everything we asked for," said Richard Serpe, an attorney for the Virginia plaintiffs. "This becomes a roadmap for any court that is going to consider how the litigation should go from here."

Fallon's ruling covered only property damage and did not look at possible health effects. The first cases with medical claims won't be considered by the court until late 2010 or early 2011.

It was far from certain who would pay for the damages. Civil judgments in U.S. courts aren't enforced in China. Plaintiffs are suing American drywall suppliers, distributors and homebuilders, too.

Phillip A. Wittmann, a New Orleans lawyer representing homebuilders and drywall installers, said homebuilders have been proactive and gutted tainted homes they built.

"The homebuilders are really the only class of defendants doing anything for the homeowners," Wittman said.

In this case, the plaintiffs sued Chinese drywall manufacturer Taishan Gypsum Co., which hasn't responded to lawsuits and did not have a lawyer representing it at the February trial.

Plaintiffs lawyers have said they would try to seize the company's U.S.-bound vessels and shipments if the company continues to ignore the litigation.

So far, only one Chinese manufacturer — Knauf Plasterboard Tianjin Co. — has responded to U.S. suits. A separate trial was held last month against Knauf. Fallon has not ruled in that case. Also, homebuilders are suing Knauf Plasterboard and Knauf Gips KG, a German company, for damages, Wittman said.

Knauf lawyers did not immediately return calls seeking comment.

Fallon said that Chinese drywall "has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur" than U.S.-made drywall. He added that the "level of corrosive sulfur gases emitted by Chinese drywall ... exceed the safe level established by recognized standards, peer reviewed literature."

The Taishan drywall was not tested under American engineering standards and Venture Supply Inc., the Norfolk, Va.-based buyer, "relied on a representation that Chinese testing was equivalent to the U.S. testing standards," the ruling said.

The ruling noted that Chinese tests were done by a Chinese government agency and not by an independent testing laboratory. The Chinese government agency issued "certificates of quality" based on a protocol that "predates the production of the drywall shipped to the United States by at least two years," the ruling said.

Taishan and the owners of Venture Supply Inc. could not be reached for comment. A telephone number listed on Venture's Web site was disconnected.

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Fallon said.

During the February trial, the plaintiffs gave emotional testimony about how their lives had been damaged because of the defective drywall that gives off a rotten-egg smell.

William Morgan and his wife, Deborah, moved to Williamsburg, Va., after he retired from the Norfolk police department. They quickly realized something was wrong with their "dream house." Fixtures and mirrors turned black. Their lights malfunctioned. Their smoke detector system and water heater failed.

The problems drove them from their house into a rental home, leaving them in a financial mess that forced the couple to file for bankruptcy protection last year. Fallon awarded the Morgan family $481,613.

"I'm tickled to death with the decision, but as far as the mechanics of doing what needs to be done, I don't know," Morgan said by telephone Thursday.

Jerry Baldwin, 59, of Williamsburg, said he and his wife, Inez, could not afford to move out of the home they bought in 2006. The couple blamed Chinese drywall for ruining appliances, electronics and the home's air conditioning system.

Baldwin said the problem has cost him his financial security and left him worried for his family's health. Fallon awarded the Baldwins $441,699.

<u>Judge Awards $2.6 Million In Chinese Drywall Suit (Update1)</u>
**Bloomberg**
By Bob Van Voris and Allen Johnson Jr.
4/8/10

April 8 (Bloomberg) -- A federal judge in New Orleans ruled that a Chinese company that made defective drywall must pay $2.6 million to fix seven Virginia homes.

U.S. District Judge Eldon Fallon today ruled that Taishan Gypsum Co., which didn't contest the suit, must pay to "remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall and all items which will be materially damaged in the process of removal."

More than 2,100 homeowners in the U.S. have filed federal suits claiming their homes were damaged or ruined by defective drywall that gives off noxious odors and chemicals that can corrode wiring, plumbing and heating equipment.

Fallon, who is overseeing federal drywall cases nationwide, has said that his ruling in this suit may provide guidance for determining the extent and cost of home repairs required in defective drywall cases.

On April 2, U.S. regulators issued recommendations to homeowners with defective drywall, suggesting they remove all drywall from their homes and replace gas service piping, smoke alarms and carbon monoxide alarms and other electrical components and wiring that may have been damaged.

The case is: In Re Chinese-Manufactured Drywall Products Liability Litigation, No. 09-MD-2047, U.S. District Court, Eastern District of Louisiana (New Orleans).

To contact the reporters on this story: Bob Van Voris in New York at rvanvoris@bloomberg.net; Allen Johnson Jr. in federal court in New Orleans at allenmct@gmail.com.

Judge Awards $2.6M In Chinese Drywall Case
*Sarasota Herald-Tribune*
By Aaron Kessler
4/8/10

U.S. District Court Judge Eldon E. Fallon has awarded $2.6 million in damages to the owners of seven Virginia homes damaged by contaminated Chinese drywall.

The sweeping ruling — which goes far beyond what the U.S. Consumer Products Safety Commission has recommended or that home builders have pursued — mandates the removal of all drywall, along with most components of the affected homes.

Fallon ruled that the homes must essentially be gutted down to the studs. He also ruled that the homeowners were entitled to recover the cost of personal property damaged by the drywall gases, relocation costs and should receive damages for the loss of use and enjoyment of the home.

"The evidence supports the conclusion that the appropriate remediation" for the homes "includes the removal of all drywall, all electrical wiring, the entire HVAC system, and many other items such as appliances, carpet, cabinetry, trim work and flooring," Fallon wrote in his decision, released this morning.

The remediation costs, Fallon ruled, would be on average $86 per square foot — putting most of the Virginia homes in the $200,000 to $300,000 range to repair.

Fallon also found that selective removal of the drywall was not a valid option, and that all drywall in affected homes must be removed.

Judge Orders Taishan Gypsum Co. To Pay $2.6M Over Chinese Drywall Damages
*Injury Board*
By Scott Kappes
4/9/10

Today a federal judge in New Orleans awarded $2.6 million in damages to seven Virginia families whose homes were damaged by Chinese drywall. The ruling could play a major role how thousands of other similar cases are settled.

It is not exactly clear how plaintiff will collect from Chinese based companies that do not have to respond to U.S. courts, but there have been talks of seizing U.S. bound ships and cargoes from drywall companies that refuse to respond or pay court ordered damages.

Earlier this month the U.S. Consumer Products Safety Commission released a report claiming that affected homes needed to be gutted and rebuilt to get rid of all of the corrosive effects of the tainted drywall. U.S. District Judge Eldon Fallon seems to agree.

The problem drywall has been linked to corrosion of wiring, air-conditioning units, computers, metal fixtures, and jewelry. Many also suspect that problem Chinese drywall may also be responsible for health problems suffered by people living in affected homes.

Fallon's decision was the first in long line of lawsuits filed in Federal court against manufacturers, distributors, and suppliers of the allegedly toxic drywall by homeowners who claim their home have been ruined by the defective product.

In this case, the plaintiffs sued Chinese drywall manufacturer Taishan Gypsum Co., which hasn't responded to lawsuits and did not have a lawyer representing it at the February trial.

The decision could play a role in how the thousands of additional Chinese drywall lawsuits Fallon is presiding over will be settled, and also could influence thousands of additional lawsuits that have been filed in numerous state courts.

This comes as great news for those Americans whose homes have been damaged by Chinese drywall, but now the question is, can they collect?

Judge's Ruling On Chinese Drywall Brings Hope To Homeowners
*WLOX (Biloxi, MS)*
 By Jessica Bowman
4/9/10

HARRISON COUNTY, MS (WLOX) - A court decision in a Virginia case could have a major impact on South Mississippians dealing with toxic drywall issues. A judge awarded more than $2 million in damages to several Virginia families to pay for the removal of Chinese drywall from their homes.

"This is very good news that will offer a very good precedent for all other homeowners in the country who have Chinese drywall in their homes, including Mississippians," Biloxi attorney Jim Reeves said.

Reeves is overseeing a number of drywall cases in Mississippi. He said the judge in this case ruled that all the Chinese made drywall in the Virginia homes should be removed, as well as any items damaged by corrosion due to the drywall.

"What he found was specifically what needs to be done to make these homes safe and live-able," Reeves said.

"The homeowners of Mississippi and the Gulf South are vindicated," attorney Edward Gibson said. "What they believed needed to happen to their homes, which is that the homes need to be gutted down to the studs, is what the court has said needs to be done."

Attorney Edward Gibson is representing Gulfport homeowners David and Laurie Pitre, who are also suffering from the toxic drywall in their home.

"It is a problem and that is justified to compensate the people that are dealing with that," Laurie Pitre said. "And hopefully things will go that way for our case, because we are ready."

The Pitres said if their case goes as well as the seven families from Virginia, they will have enough money to do the work that's necessary to repair their home.

"Tear everything out, down to the studs," David Pitre said. "Most everything has to be replaced, including the wiring. We're just looking for a chance to put our house back together to make it safe and restore its value."

According to Reeves, there are approximately 3,000 claims pending in the New Orleans area and some 300 confirmed Chinese drywall cases in Mississippi. Reeves expects another ruling from this court in the next couple of weeks.

**Families Excited About Chinese Drywall Settlement**
WVEC (Norfolk, VA)
4/9/10

After a Louisiana judge awarded seven Virginia families nearly $3 million in damages for homes ruined by Chinese drywall, these families say it's the break they were looking for.

The money was awarded to four families in Williamsburg, two in Newport News and one in Virginia Beach.

This legal decision could affect how lawsuits by thousands of other homeowners are settled.

"We are just elated, we are so grateful to judge Fallon for answering our prayers so to speak," said Inez Baldwin of Williamsburg.

The sulfur-emitting drywall has been linked to corrosion of wiring, A/C units, computers, appliances, and for giving off a terrible smell.

"If you aren't living with chinese drywall, you have no idea how devastating it is."

Lisa Orlando's family also had to abandon their dream home and move into an apartment before they had even gotten settled in.

She now pays $500 a month more in rent than their mortgage.

Even with the ruling though, time is not on their side.

It's not clear when the money will come in, and when it does, fixing the house will take months.

"It's been very nerve wracking, very stressful not knowing what's going to happen are we going to end up declaring bankruptcy and just its just all been a big question mark," said Orlando.

With this important court room decision, local families say maybe things will turn around.

<u>Federal Judge: Take Out All Drywall, Chinese Or Not</u>
***Bradenton Herald***
By Duane Marsteller
4/9/10

A federal judge ruled Thursday that seven Virginia homes containing corrosive Chinese drywall should be gutted to the studs, a remediation method that exceeds recently issued federal and homebuilder guidelines.

In a closely watched and sweeping decision, U.S. District Judge Eldon Fallon said all drywall — not just that made in China — in those homes should be removed and replaced. Much of the rest of the homes' interiors, including electrical wiring, copper piping, insulation and most of the heating and air-conditioning system, also must go, the New Orleans judge said.

Fallon also ordered a Chinese drywall manufacturer to pay $2.6 million in repair costs and property damages to the homeowners, who likely will collect little to none of it.

"It's an excellent ruling and a huge step in the right direction for homeowners," said Pete Albanis, a plaintiff attorney in Fort Myers. "The plaintiffs received the vast majority of everything they were seeking."

The 108-page decision, the first in a massive federal court case over the suspect wallboard, was not unexpected: Defendant Taishan Gypsum Co. Ltd. never responded to the suit. Knauf Plasterboard Tianjin Co. Ltd., another Chinese drywall manufacturer that was to mount a defense in Taishan's absence, abruptly pulled out on the eve of the trial.

Knauf issued a brief statement saying it "is aware" of Fallon's decision, but said it had no bearing on any lawsuits against it.

The Virginia homeowners, like thousands of others in Florida and elsewhere, contend the Chinese-made drywall in their homes emits putrid sulfuric gases that corrode metal, cause health problems and lower property values. Those complaints have flooded state and federal government hotlines and court dockets.

The Virginia case was a "bellwether," or test case, for several hundred lawsuits that have been consolidated into one docket before Fallon. Although his decision was limited to the Virginia case, it will provide guidance for the others, legal experts said.

In it, Fallon rejected arguments that only Chinese drywall needed to be removed and that corroded electrical wiring could remain if cleaned.

"Proper remediation for the (plaintiffs) is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal," he wrote in his decision.

That differs from U.S. Department of Housing and Urban Development and U.S. Consumer Product Safety Commission interim guidelines that were released last week. Those guidelines said only "problematic" drywall must be taken out, leaving the possibility that non-Chinese drywall could remain.

Fallon said it was more efficient and cost-effective to take out all drywall, saying "it is virtually impossible to detect with reasonable accuracy which is and which is not Chinese drywall" without cutting into it. He also said the drywall must be removed anyway to replace the electrical, plumbing and air-conditioning systems.

His decision that all electrical wiring must be removed differs from National Association of Homebuilders guidelines, issued last month, that say undamaged portions of high-voltage wires can remain. The builders also said cabinets do not have to be replaced, while Fallon said they do.

While the three sets of remediation guidelines have other, minor differences, they all face the same obstacle: cost.

Fallon estimated his method would cost $86 per square foot, or $172,000 for a typical 2,000-square-foot-home, a figure that includes the replacement of damaged personal property. Other estimates have put the remediation-only cost at about $100,000 per home.

The judge's order says Taishan should pay the remediation cost in the Virginia case, but there are doubts it will pay anything. That's because China does not enforce U.S. court judgments against government-owned or controlled Chinese companies like Taishan.

"They got a judgment now, but it's as worthless as the piece of paper it's written on because there's no way the Chinese government is going to pay," said Mike Foreman of Foreman & Associates, a Sarasota construction consulting firm that has been documenting and remediating Chinese drywall in Southwest Florida. "It's a very hollow victory."

Albanis said plaintiff attorneys "will be evaluating how to collect the judgment" that could include seeking court orders to seize the company's U.S. assets or U.S.-bound shipments. He also said there could be a "diplomatic resolution."

U.S. Sen. Bill Nelson, D-Fla., said he plans to continue lobbying the Obama administration "to step up the pressure on the Chinese to get the companies over there to pay up." He's also supporting bills that would require foreign manufacturers to have a U.S.-based agent to accept service of lawsuits and consent to state and federal court jurisdiction.

In his ruling, Fallon awarded roughly $100,000 to each Virginia homeowner for "loss of enjoyment" of their homes, but awarded nothing for homeowner claims that the Chinese drywall lowered their property values.

**Court Rules In Drywall Cases**
*Clarion Ledger*
By Elizabeth Crisp
4/9/10

Mississippians embroiled in a lawsuit over sulfur-emitting drywall from China may get a boost this week from a federal court ruling.

Thousands of homeowners - mostly in Florida, Virginia, Mississippi, Alabama and Louisiana - have reported problems with the drywall, which was imported in large quantities during the housing boom and after a string of Gulf Coast hurricanes, including 2005's Hurricane Katrina.

U.S. District Judge Eldon Fallon of the New Orleans federal court found in favor of seven Virginia families with similar claims on Thursday and awarded $2.6 million in damages for homes ruined by the Chinese drywall.

Fallon is presiding over all of the federal drywall cases.

"It's a big, big step," said Gulfport attorney Jim Reeves, who is one of 12 lawyers handling the complaints. "Hopefully this establishes a protocol for these cases."

Drywall is known by several names, including Sheetrock, gypsum board and wallboard. It is the primary material used for interior walls and ceilings in homes.

The sulfur-emitting Chinese drywall has been linked to corrosion of wiring, air conditioning units, computers, doorknobs and jewelry, along with possible health effects.

More than 300 cases of the faulty drywall have been documented on the Mississippi Gulf Coast, Reeves said.

"We suspect there are probably twice as many as that," he said.

Reeves said Thursday's ruling - the first in a series of federal lawsuits brought against manufacturers, distributors, suppliers and homebuilders - could set the standard for what needs to be done to make a tainted home fit for living.

The ruling states that the drywall needs to be removed and the plaintiffs' homes need to gutted because of the ruinous effects of corrosion, and all electrical wiring, the heating and air conditioning system, appliances, carpet, cabinetry, trim work and flooring damaged by corrosion have to be removed.

The ruling reportedly goes further than the guidelines the Consumer Product Safety Commission released last week in saying homes tainted by Chinese drywall should be gutted. The commission says electrical wiring, outlets, circuit breakers, fire alarm systems, carbon monoxide alarms, fire sprinklers, gas pipes and drywall should be removed.

Reeves said the drywall problem has created a "1-2-3 punch" for Gulf Coast residents.

"All of these people had their homes destroyed or at least partially destroyed in Hurricane Katrina," he said.

After losing their belongings, the homeowners often had to go through a long process of filing insurance claims, and in some cases battling to get the insurance company to pay.

It remains to be seen how the plaintiffs can collect from Chinese companies that do not have to respond to U.S courts, although some have talked about getting orders to seize U.S.-bound ships and cargoes from the drywall companies.

Plaintiffs also are suing American drywall suppliers, distributors and homebuilders.

Phillip Wittmann, a New Orleans attorney for homebuilders and drywall installers, said homebuilders have been proactive and gutted tainted homes they built.

"The homebuilders are really the only class of defendants doing anything for the homeowners," Wittmann said

**Drywall Victims Win Suit**
*Miami Herald*
By Nirvi Shah
4/9/10

Although a federal judge awarded $2.6 million to seven families whose homes were damaged by Chinese drywall, they may have trouble collecting.

A federal judge in Louisiana has ruled that a Chinese drywall manufacturer must pay seven Virginia families about $2.6 million in damages because the company's product corroded metals in their homes, caused a sulfuric stench and led to breathing problems.

Thursday's ruling could pave the way for similar rulings for thousands of cases -- many involving Florida homeowners -- now before the same judge.

It was the first federal ruling for damages in a drywall case. Thousands of homeowners nationwide, most of whom live in Florida and Louisiana, have filed complaints about situations similar to those in Virginia. Many of the lawsuits against drywall manufacturers have been filed in federal court and all of the cases were consolidated in Louisiana. U.S. District Judge Eldon Fallon also issued rules about how homes with the toxic product must be repaired.

The manufacturer named in this suit, Taishan Gypsum Co., has not responded to U.S. court proceedings, however.

``This is a legal determination of who's at fault in the drywall mess,'' said U.S. Sen. Bill Nelson, D-Fla., who helped start an investigation of imported drywall. ``Now homeowners have somebody to put in their sights. Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up.''

Fallon said in his ruling that Taishan asked the American company that ordered the drywall to remove a clause from its contract requiring that it meet American standards for the product.

The ruling also included guidelines on what must be done to fix a home built with problem wallboard.

The judge ruled that all of the drywall from these homes, even if some of it was not manufactured in China, along with electrical components, sprinklers and gas lines, air conditioners, carpeting, wood flooring, cabinets, countertops, moldings, bathroom fixtures and insulation, among other items, must be replaced.

Homes would have to be aired out for up to a month, cleaned with HEPA vacuum or power washed. And families are entitled to payment for the four to six months they have to leave their houses while repairs are made, the ruling said.

His recommendations are similar to those issued by the Consumer Product Safety Commission and Department of Housing and Urban Development last week but go a bit further.

``While the ruling is not binding on anyone other than the parties to the Germano case, it is certainly persuasive to other judges and presumably Judge Fallon will rule similarly in other cases,'' said Allison Grant, a Boca Raton attorney representing many affected homeowners.

<u>Sweeping Drywall Ruling Finds For Homeowners</u>
*Sarasota Herald-Tribune*
By Aaron Kessler
4/9/10

In a landmark ruling on contaminated Chinese drywall, a federal judge in New Orleans awarded $2.6 million in damages Thursday to the owners of seven Virginia homes ruined by the tainted wallboard.

U.S. District Court Judge Eldon E. Fallon's decision went far beyond federal regulators' recent recommendations for fixing homes, and because the judge is overseeing the combined drywall litigation, his ruling could affect thousands of victims.

Fallon, who rose to national prominence by handling the complex Vioxx litigation, will not decide drywall cases involving health claims until future trials, but his ruling Thursday stated that the material was "clearly irritating and harmful to residents."

Still unclear is who exactly will pay the potentially hundreds of millions of dollars in damages related to these cases; many of the defendants are Chinese corporations, some government-controlled. Plaintiffs' attorneys and Fallon himself have talked about seizing ships or U.S.-based assets from drywall companies. Others have talked of exploring creative avenues such as seeking a piece of the Chinese government's sovereign debt.

The sweeping 108-page decision issued Thursday mandates a comprehensive scope of repairs and compensation that left no doubt that the problem cannot be easily solved with quick fixes or half-measures.

Fallon ordered that any repairs must include removal of all drywall along with most components and electronic devices in a home -- essentially gutting a house down to the studs.

He called for "removal of all drywall, all electrical wiring, the entire HVAC system, and many other items such as appliances, carpet, cabinetry, trim work and flooring."

Drywall manufacturers and many builders who have been dealing with the defective materials' effects have long resisted calls from victims to replace appliances and personal property ruined by corrosive emissions.

"The alternative remedies to a complete remediation that have been tried or suggested, such as selective identification and removal of Chinese Drywall, 'cleaning' corroded wires, switches, and contact points, leaving corroded wires and switches in place, clipping the exposed ends of the corroded wires and splicing wires, or making new junction boxes, will not make the plaintiff whole, will not be adequate from a scientific or practical standpoint, and will not provide safety and marketability to the homeowner," Fallon wrote.

The judge's ruling against Chinese government-owned Taishan Gypsum Co. marks the first monetary judgment leveled against a Chinese drywall manufacturer, and now sets the stage for a potential class-action claim in which scores of homeowners could get similar damages.

Richard Serpe, one of the lead attorneys in the combined litigation, told the Herald-Tribune that within two weeks the plaintiffs will be asking for national class certification.

"We're going to press forward getting this turned into a judgment for all victims nationally with Taishan drywall," Serpe said, saying that a massive monetary judgment for all affected homeowners may also be easier to collect.

"We believe the collection efforts will have much more momentum on behalf of the larger group," Serpe said.

The Herald-Tribune first identified Taishan as a problematic drywall manufacturer in February 2009. The company shipped drywall to Florida through Port Everglades and Tampa, and its product also was sent to Virginia, New York

and California. It was used extensively in Louisiana, where roughly 600 homes were built with a stockpile of Taishan drywall acquired by the New Orleans Area Habitat for Humanity.

In a key aspect of his decision, Fallon ruled that affected homeowners were entitled to recover the cost of personal property damaged by the drywall gases and relocation costs as well as damages for the loss of use and enjoyment of the home. He awarded an additional $100,000 in damages to most of the Virginia plaintiffs for loss of use.

Fallon set the remediation costs at an average of $86 per square foot -- putting most of the Virginia homes in the $200,000 to $300,000 range to repair.

That figure would translate to $172,000 for a typical 2,000-square-foot home.

In stark contrast to guidance issued by the U.S. Consumer Product Safety Commission last week -- suggesting that "problematic" drywall could be selectively removed while leaving other drywall behind -- Fallon ruled in detail why that was not a valid option.

He agreed with the CPSC on removing wiring, eliminating any notion that wiring could safely be left behind, as one drywall manufacturer and some builders continue to claim. In another bellwether case presided over by Fallon last month and centered almost entirely on wiring, defendant Knauf Plasterboard Tianjin Co. Ltd. argued strenuously that insulated wires should stay.

Fallon has yet to hand down a verdict in that case, but his ruling Thursday made it clear where he was leaning. The judge wrote that "the corrosive attack" from the tainted drywall occurs "even on insulated wires within the walls of the home" and that "the insulation jackets on electrical wires do not adequately protect them from corrosive attack."

In a statement on Thursday, Knauf said the decision was "distinct" from their own bellwether trial last month, known as the Hernandez case.

"Unlike Taishan, KPT presented its evidence in the Hernandez trial and is awaiting a ruling from Judge Eldon Fallon in that matter," the company said.

When writing about their damages, Fallon included quite personal accounts of the situations each homeowner faced.

Fallon wrote of Jerry and Inez Baldwin, a couple that had "worked during their 40 year marriage to build enough equity in their home which would enable them to retire in 7 years. They pride themselves in never missing a mortgage payment. They have lost that financial security their home provided."

Fallon set the cost of remediating the Baldwin's home at $257,730. He also awarded them damages for the personal property, relocation expenses and other repair costs, such as having an environmental consultant sign off on the remediation. Their damages totaled $341,699.

Fallon awarded another $100,000 for the loss of use and enjoyment of the home, for a total of $441,699.

Chinese Drywall Damages Of $2.6M Awarded In First Lawsuit
*About Lawsuits*
4/9/10

A federal judge has awarded $2.6 million to seven Virginia families in the first Chinese drywall lawsuit verdict, but collecting the actual award may be difficult.

The decision, issued Thursday by U.S. District Judge Eldon Fallon, could set the tone for hundreds of other lawsuits in both federal and state courts. However, it is unclear how the plaintiffs will recover money from the defendant in this case, Taishan Gypsum Co., since civil lawsuit decisions are not enforced in China.

Taishan did not respond to the lawsuits or send anyone to represent the company in the U.S. federal court. Some plaintiffs attorneys have recommended that Taishan inventory on ships in U.S. waters and on U.S. soil be seized.

According to the U.S. Consumer Product Safety Commission (CPSC), federal investigators have received nearly 3,000 complaints from across the United States from homeowners who say that toxic wallboard from China releases sulfuric odors, causes health problems, and corrodes wiring and appliances. Many of the problems with the Chinese drywall have been confirmed by laboratory testing.

Fallon's summary judgment in the first lawsuit to go to trial details the extensive amount of gutting that will be required to remove the traces and side effects of Chinese drywall from the plaintiffs' homes. Not only must all the drywall be removed, even if it was mixed with non-toxic wallboard, but all of the copper pipes, electrical wiring, many of the appliances, and all cabinets, trim, moulding, countertops, carpets, hardwood flooring, and bathroom fixtures must be replaced as well.

The lawsuits were limited to property damage, and did not address some homeowners' concerns that Chinese drywall sulfur emissions could be affecting their health.

The judgment comes just days after the CPSC and the U.S. Department of Housing and Urban Development (HUD) released interim remediation guidance (pdf) for removing toxic Chinese drywall. Like Fallon's ruling, the guidance recommends that consumers remove all drywall and replace electrical components, wiring, gas service pipes, and also recommends replacement of safety equipment like fire sprinklers, smoke alarms and carbon monoxide detectors.

Millions of sheets of toxic drywall were imported from China into the United States between 2004 and 2007 due to a domestic shortage caused by a housing boom and construction following a serious of hurricanes that struck the southeastern United States. The CPSC has confirmed more than 6 million sheets were imported into the country in 2006, and additional temporary support personnel are being brought in to verify more shipments.

A number of homeowners throughout the United States have filed contaminated Chinese drywall lawsuits against manufacturers and distributors. In June 2009, all of the federal drywall litigation was consolidated and centralized in an MDL, or Multidistrict Litigation under Judge Fallon.

To date, the only foreign drywall supplier that has agreed to participate in the lawsuits is Knauf Plasterboard Tianjin Co., a subsidiary of a German company. Knauf has been sued by both homeowners and homebuilders, and the company has said it will work with state and federal regulators to address plaintiffs' concerns. A separate trial was held against Knauf earlier this year, but Fallon has not yet issued a ruling on that case.

**Gut The Homes And Pay 2.6 Million, Says Chinese Drywall Judge**
*America's Watchdog*
4/9/10

U.S. District Court Judge Eldon E. Fallon has ruled the owners of seven Virginia homes contaminated with toxic Chinese drywall deserve $2.6 million. Judge Fallon, overseeing Chinese drywall multidistrict litigation (MDL) in New Orleans, also ordered that plaintiffs' homes be gutted down to the studs and that the owners should be compensated for personal property impaired by drywall gases, relocation costs, and loss of enjoyment and use of their home.

The "bellwether" or test case trial and this decision could affect how future lawsuits by thousands of other homeowners are resolved.

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Judge Fallon said, and continued that Chinese drywall "has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur" than U.S.-made drywall, and that the "level of corrosive sulfur gases emitted by Chinese drywall ... exceed the safe level established by recognized standards, peer reviewed literature."

Not only will the tainted drywall be removed, but all electrical wiring, entire HVAC systems, and other items such as appliances, carpet, cabinetry, trim work and flooring, ordered Judge Fallon. His ruling exceeded earlier remediation guidelines released by the Consumer Products Safety Commission (CPSC) and the Department of Housing and Urban Development (HUD).

Health effects from tainted wallboard were not part of this ruling, only property damage. The first medical claim cases won't be deliberated until late 2010 or early 2011, reports the Associated Press.

Although the remediation cost mandated by Judge Fallon's order is between $200,000 to $300,000, it's unknown exactly who will make payment. Taishan Gypsum Co., this case's main defendant, ignored lawsuits and did not provide an attorney for the trial. U.S. court civil judgments are not enforced in China.

Knauf Plasterboard Tianjin Co. is the only Chinese manufacturer who has responded to U.S. suits. A separate trial naming Knauf as a defendant was held before Judge Fallon last month. His decision is still pending.

Since late 2008, the CPSC has received over 3,000 reports from residents in 37 states, the District of Columbia, and Puerto Rico regarding toxic Chinese drywall. Gases emitted from the wallboard are blamed for significant property damage, including HVAC systems, smoke detectors, electrical wiring, metal plumbing components, and other household appliances. These gases also produce a sulfurous odor that permeates homes, and cause metals, including air conditioning coils and even jewelry, to corrode. People living with Chinese drywall complain of eye, respiratory and sinus problems that could be associated with the gases.

Aside from the Chinese drywall lawsuits consolidated before Judge Fallon, thousands of other cases are pending in state courts.

**Verdict For Plaintiffs In First Chinese Drywall Ruling**
*Contracting Business*
4/9/10

The first court ruling in the U.S. over damages caused by defective Chinese-made drywall has been handed down this week.

A federal judge in New Orleans has ordered a Chinese manufacturer to pay seven Virginia families a total of $2.6 million for damages to their homes attributed to drywall problems.

The decision is certain to impact pending lawsuits filed by thousands of homeowners around the country whose residences were badly damaged by leeching sulfur from inferior-grade drywall imported from China.

The Chinese drywall—used by many builders in recent years as a cheaper alternative to American-made product—has been linked to a host of problems by homeowners around the country, including corroded electrical wiring, appliance outages, rotting walls and personal belongings, as well as ill health caused by the acrid sulfur fumes.

Many of the damaged homes are in Florida, Virginia and throughout the Gulf region, where builders used the cheaper Chinese drywall to construct new homes following Hurricane Katrina and other storms.   Law firm Seeger Weiss played a key role in the trial, which took place in February in New Orleans before U.S. District Judge Eldon Fallon of the Eastern District of Louisiana.

Seeger Weiss partner Christopher Seeger was appointed by Judge Fallon to the Plaintiffs' Steering Committee and chairs a committee of national trial teams pursuing Chinese drywall cases.

Judge Fallon apportioned damages to seven Virginia families and is expected to rule again on another case involving a New Orleans homeowner whose post-Katrina residence was badly damaged by Chinese drywall. Mr. Seeger is also expected to begin trial in early June on behalf of additional homeowners in the Gulf region.

"Besides being the first judicial ruling in a Chinese drywall case, Judge Fallon's decision is especially important because he ordered that homeowners be made completely whole for the extent of damages caused by this shoddy product – including repairs to wiring, heating and air conditioning, floors, closets, kitchen cabinets and other fixtures ruined by the drywall," he said.

He noted that plaintiffs' homes had to be completely gutted to remove any remaining traces of drywall and to correct widespread corrosion.  In his 108-page ruling, Judge Fallon noted that Chinese drywall has a "significantly higher concentration of strontium and significantly more detectable levels of elemental sulfur" than drywall manufactured in the U.S. He further wrote that the "level of corrosive sulfur gases emitted by Chinese drywall...exceeded the safe level established by recognized standards."

Judge Awards Families $2.6 Million In Chinese Drywall Case
*Wall Street Journal*
 By M.P. McQueen
 4/9/10

A federal district judge in New Orleans awarded $2.6 million in damages Thursday to seven Virginia families who sued a Chinese drywall manufacturer, in a case that has been closely watched by homeowners, home builders and insurers.

Judge Eldon Fallon, in federal district court in New Orleans, issued the judgment in favor of homeowners who sued Taishan Gypsum Company Ltd., a Chinese state-owned drywall manufacturer, according to court documents. Taishan Gypsum did not appear in court to defend itself.

It is unclear whether the judgment will be paid by Taishan or how they can be made to pay under current laws.

Millions of tons of Chinese drywall, or gypsum board, were imported into the U.S. from about 2004 through 2007 when a shortage developed after record hurricane seasons at the height of the building boom.

In the past few years, thousands of homeowners have filed complaints with state and federal agencies saying the drywall emits irritating fumes, corrodes metals and breaks down electrical appliances.

The U.S. Consumer Product Safety Commission, the agency charged with protecting Americans from unsafe household products, last week released interim remediation guidelines and said certain Chinese drywall samples emitted hydrogen sulfide, a flammable gas with a rotten-egg smell, at rates 100 times greater than non-Chinese drywall samples. The commission declined to comment on the judge's decision Thursday.

A spokesman for the Chinese Embassy in Washington, D.C., said he was not informed of the specifics of the case, and wouldn't comment, for now.

Judge Fallon ordered Taishan Gypsum, which never answered the complaint nor appeared at any U.S. hearing, to remove and replace all the drywall, copper plumbing, air conditioning and ventilation units, insulation and electrical wiring, as well as flooring in affected homes.

The judge also ordered Taishan to pay for the relocation of homeowners for four to six months while their homes are being repaired, even in homes only partly built with tainted material. Judge Fallon set aside health claims for later trials.

The 100-plus page opinion "gives tremendous guidance and...goes well beyond the seven families that were involved," said Richard Serpe, an attorney for the Virginia homeowners, adding that the ruling could set a precedent for other owners of houses that were built with defective drywall from China.

Thursday's ruling could help set the tone for how thousands of other claims are handled by federal and state courts, legal experts say. In addition to Taishan Gypsum, other companies based in China, including, Knauf Plasterboard Tianjin, or KPT, are facing lawsuits by homeowners and home builders.

A ruling in another lawsuit, Hernandez vs. Knauf, is expected shortly. That case is also being heard in New Orleans federal court by Judge Fallon as part of complex multi-district litigation against Chinese drywall makers.

Builders including Lennar Corp., who have used the Chinese drywall, also have filed product-liability lawsuits against some Chinese drywall manufacturers and distributors. Lennar declined to comment.

KPT said Thursday's ruling "was a default proceeding against Taishan Gypsum Co Ltd. in which Taishan did not present any evidence" and "unlike Taishan, KPT presented its evidence in the Hernandez trial and is awaiting a

ruling from Judge Eldon Fallon in that matter." The company also said it would continue to work with the commission, state regulators and others in evaluating the concerns.

Until the Hernandez decision comes out, "we will not have a firm indication of how future cases may play out," said Russ Herman, a court-appointed liaison attorney for the plaintiffs in the Chinese drywall multidistrict litigation, which involves thousands of claims and multiple defendants, including drywall makers, importers, distributors, builders, installers and insurers.

Chinese Drywall Suit Results In $2.6 Million In Damages; Still No Answer For Homeowners
*Associated Content*
By Donald Allen
4/10/10

A federal judge on April 8, that families, who were part of a class-action suit against Chinese drywall manufacturers, should receive damages of approximately $2.6 million. The suit could be used as precedent as other cases are coming to trial, but the effects are difficult to determine, as the defendant, Taishan Gypsum Company, did not appear to defend itself.

The judgment comes at an important time for American homeowners, with the combination of housing market woes and the U.S. Consumer Product Safety Commission's announcement last week. In that announcement, all homes fitted with the Chinese drywall need to have all drywall removed, as well as all wiring or plumbing that has been corroded. Many homeowners affected by the drywall problems are left in a house that is potentially hazardous to live in and unsellable. Furthermore, many insurance companies have refused to pay for repairs due to the drywall, as it is deemed a manufacturer's defect.

The fact that many homeowners cannot pay for the repairs themselves has created an issue of its own. In March of 2010, at least one lawsuit resulted in the insurance company having to pay for repairs, but that case may likely only apply to Louisiana. Also, insurance laws are established by the individual states, so a case in New Orleans may have no bearing on a case for the Mississippi Gulf Coast cities. Others have looked to the Federal Emergency Management Agency, or FEMA, to pay for repairs. Under this argument, the damaged homes create an emergency environment, whose effects are similar to a hurricane, for those still living in the houses.

In the interim, some homeowners are forced into one of three choices. The first is to stay in the house and have the repairs made at cost and hope to be reimbursed. The second is to stay in the house and face the possible health and safety risk. The third choice is to move out entirely and occupy a second residence while still paying for the first one. None of the choices available are viable for all concerned, and property buyers have no desire to purchase these homes.

With these concerns still at hand, the lawsuit victory for homeowners would normally be a time for celebration, but many fear that the victory will amount to little, if any results. Since the company is based in China, and the lawsuit was in a U.S. court, the court has no jurisdiction on the company to force them to pay. Some have spoken publicly about seizing assets at sea, but these are unlikely to come to fruition. In fact, any attempts to seize a commercial vessel while at sea will likely result in more harm than good.

The situation for homeowners appears to be improving, but, as they already know, the real victory celebration will just have to wait a bit longer.