Us Federal Judge Awards Compensation For Chinese Drywall-Caused, Wiring, Hvac, Appliance Damages
*Treehugger*
By John Laumer
4/10/10

A Federal judge has ruled that seven Virginia homeowners made legitimate damage claims regarding corrosion of metal items in the home and personal inconvenience caused by use of contaminated Chinese-made drywall to repair hurricane damage. Acid gases emanating from the Chinese drywall drove people from their homes and corroded non-noble metals in appliances and structural materials. Hence, claims run to hundreds of thousands of dollars for each home because they cover much more than replacement of Chinese drywall.

Because the acid gas emanating from Chinese drywall permeates insulation on wiring throughout a home, all drywall comes down and everything gets rewired. Consequently, complete demolition of interior walls and ceilings may be required, even from surfaces where original drywall was not replaced with the Chinese product. Just one problem. Home owners have to get the money from Chinese manufacturing companies, some of which are owned by the Chinese government. So...filing suit against a military dictatorship already at odds with the US government over fiscal policy...good luck with that. Bottom line:

For the future.
When building or repairing or upgrading a building, especially when demand is high, look for certification that no drywall or drywall components were sourced from China. In other words, have your contractor buy US-made product. Chinese characters on the load, turn that truck around.

In politics.
These claims come from US Southern states. This is the kind of judicial activism their constituents no doubt will like. There's still time for it to come up as an election issue. I'll have mine with butter and salt.

<u>Drywall Breakthrough: Pro-Consumer Ruling Sets A Precedent For Relief</u>
*Sarasota Herald-Tribune (Editorial)*
4/10/10

American society is often criticized as overly litigious. But federal Judge Eldon Fallon's pro-consumer ruling last week is a powerful reminder that lawsuits can be constructive.

Fallon listened to weeks of testimony, then issued a strong, pragmatic decision that -- in this case, at least -- sets long-needed guidelines for repairing homes built with tainted drywall. His clear language contrasts with the haze of uncertainty that has clouded the drywall scandal since it first emerged more than a year ago.

Fallon's case focused on seven Virginia homeowners affected by defective drywall imported from China. But they could be just the tip of an iceberg. Thousands of houses and condos -- in several states, including Florida and Louisiana -- are believed to contain faulty drywall, from various manufacturers. Other litigation is pending.

Scientific testing is ongoing, but defective drywall has been found to give off sulfurous gases. It is associated with respiratory ailments and costly, potentially hazardous corrosion. This can make homes unlivable and, in many cases, unsellable.

Remedies prescribed

The Herald-Tribune's Aaron Kessler, who has followed the drywall issue as it mushroomed from a Florida problem to a national scandal, reported on Fallon's ruling last week. Thursday's decision, he noted, "mandates a comprehensive scope of repairs and compensation that left no doubt that the problem cannot be easily solved with quick fixes or half-measures."

Fallon's decision says, in part, that "in order to make the plaintiff-intervenors whole, they must be awarded a remedy which replaces all drywall, the electrical, electronic, and HVAC systems in the home, copper pipes in the home, and other copper and silver components in the home. The remedy also must provide a written guarantee to the owner from a certified environmental company that the home is free of contamination and damaged corroded components. Furthermore, in order to make the plaintiff-intervenors whole, they must be awarded compensation for damaged personal property and other compensable damages as specified herein."

The judge identified costs and damages for the seven at $2.6 million.

Responsibility lacking

Though the ruling is strongly pro-consumer, it falls short in one key respect: Those responsible for the faulty drywall haven't paid for their mistakes.

In the Virginia cases, Fallon found that the Chinese drywall manufacturer essentially refused to have the product tested specifically to U.S. safety standards. Instead of undergoing analysis by an independent lab, the drywall was tested "by a government agency of the Republic of China" -- which owns the company that made this drywall.

International law does not obligate the Chinese companies to honor U.S. civil judgments, experts say. But it would be morally criminal for those who caused this problem to abandon the many victims.

China should face sanctions until it ensures that homeowners and builders are justly compensated for harm caused by faulty Chinese drywall.

Meanwhile, U.S. authorities should ensure a stronger regulatory structure for imported building materials. Defective drywall should never make it into our country — much less into our homes.

<u>Judge Fallon And CPSC Share Similar Views On Chinese Drywall</u>
**The Chinese Drywall Lawyer**
April 11, 2010

The Chinese drywall crisis in America – which has affected thousands of homeowners in the U.S. – is a story that continues to unfold and gain steam.

To sum up how the crisis has progressed:  First, the reports came pouring in.  The Consumer Product Safety Commission (CPSC) fielded these reports, and it, along with other federal agencies, launched an official investigation.

Meanwhile, litigation is under way in federal court.  The Eastern District of Louisiana is hosting multi-district litigation to determine important issues like the scope of remediation needed (already decided, keep reading), issues of health and property damages, and more.

The most recent development pertains to the necessary "level" or "scope" of repair (a.k.a. remediation) to fix a home that contains tainted and defective drywall.  Judge Eldon Fallon is the presiding judge, and issued a significant ruling Thursday that established the first monetary judgment against a Chinese manufacturer of drywall. It was a landmark decision to say the least: $2.6 million was awarded in damages for seven Virginia homes built with Tianjin Co. drywall.  In addition to the significant monetary judgment, Judge Fallon issued a 108 page ruling that detailed the necessary level of remediation – homes should be "gutted" because of the possible risks associated with tainted Chinese drywall.

This ruling followed a similar conclusion as to the efficacy of "gutting" the home.  CPSC officials released guidelines April 2 that mention items which should be removed from homes undergoing remediation.  According to the Associated Press, those items include the drywall itself, gas pipes, fire alarm systems, carbon monoxide alarms, electrical wiring, circuit breakers, and fire sprinklers.

Judge Awards Plaintiffs $2.6 Million In Chinese Drywall Suits
*Injury Law Blog*
4/11/10

U.S. District Court Judge Eldon Fallon of the Eastern District of Louisiana , awarded seven Virginia families $2.6 million in damages for homes ruined by sulfur-emitting drywall made in China, a decision that could affect how lawsuits by thousands of other U.S. homeowners are settled.

However, plaintiff's now have to figure out how to collect from Chinese companies that do not have to respond to U.S courts.

Several plaintiffs, mostly in Florida, Virginia, Mississippi, Alabama and Louisiana, have reported problems with the drywall, which was imported in large quantities during the housing boom and after a string of Gulf Coast hurricanes.

The drywall has been linked to corrosion of wiring, air conditioning units, computers, doorknobs and jewelry, along with possible health effects.

In Judge Fallon's Opinion on Chinese Drywall Product Liability Litigation, he cited the following:

Based upon the Findings of Fact and Conclusions of Law, the Court finds that scientific, economic, and practicality concerns dictate that the proper remediation for the Plaintiff-intervenors is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal.

**A Look At How Judge Fallon Arrived At $2.6 Million In Damages For Virginia Plaintiffs**
*The Chinese Drywall Lawyer*
April 12, 2010

The recent ruling by Judge Eldon Fallon, who is overseeing the Chinese drywall multi-district litigation process in the Eastern District of Louisiana, awarded $2,609,129.99 for seven families affected by tainted drywall manufactured by the Chinese-controlled company – Taishan.  If you missed that article, view it here.   The lengthy issuance by Judge Fallon outlined how the amount of damages was derived.

Judge Fallon awarded damages based upon the relatively expensive and wide scope of remediation.  The process outlined below, as reported by chinesedrywall.com, details the components that must be removed, the cleansing process, and the final safety certification inspection.

Removal and Replacement of:

- drywall in the home;
- entire HVAC unit;
- Insulation;
- appliances (not all, but most...including refrigerators);
- electrical wiring;
- electronics including TV's and computers
- copper pipes
- carpeting
- vinyl flooring
- hardwood flooring
- tile flooring (if can not be protected during)
- cabinets, crown molding, baseboards, countertops, trimming fixtures in the bathroom

After all the above components and drywall have been removed, the property must be cleansed:

A device known as a "HEPA" vacuum must be used to clean the home, it must be power washed, or "wet-wiped." The home must be vacated and allowed to "air out" for a period of around 2 to 4 weeks (15-30 days).

Once all the potentially affected components have been removed and the house has been aired out and cleansed, the property is subject to certification.  An engineering company must certify the home is habitable.

An upcoming case, Hernandez v. Knauf, will also inquire into the issue of property damages that Chinese drywall has allegedly caused to the plaintiff in that case.  These initial cases are vital to the development of how the courts will view Chinese drywall victims.

Chinese Drywall Verdict Could Pave Way For More Relief
*Housing Watch*
By Lita Epstein
4/12/10

Homeowners grappling with Chinese drywall won big last week. Not only did the Consumer Product Safety Commission (CPSC) and HUD call for the removal of Chinese drywall, but a federal judge in Louisiana ordered the Chinese firm Taishan Gypsum Co. to pay seven Virginia families a total of about $2.6 million dollars in damages so they can tear out the drywall as well as corroded household wiring and plumbing.

The verdict could pave the way for thousands of homeowners across the country to receive compensation for the drywall, which emits fumes and corrodes plumbing and wire.

In making his ruling, federal Judge Eldon Fallon in the Eastern District of Louisiana, concluded, "The Court finds that scientific, economic, and practicality concerns dictate that the proper remediation... is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal."

He found that the Chinese drywall has significantly higher levels of hydrogen sulfide, carbonyl sulfide and carbon disulfide -- all known irritants to humans. These are not found in "typical, benign drywall" Fallon ruled. He also found these sulfur gasses release strong odors and are known to corrode various metals.

The lawyers for the drywall victims, Christopher Seeger and Jeffrey Grand of Seeger Weiss LLP, called it a "bellwether" victory. "The message Judge Fallon's ruling sends to thousands of other homeowners who have been victimized is that help is finally coming -- they will be made whole by the ravages of inferior Chinese drywall and will not have to bear the substantial costs of repairing their homes to get rid of it," said Seeger.
Mr. Seeger added that representatives from the CPSC observed the trial, which took place in February. "The CPSC has already adopted and publicly endorsed the position we argued at trial, which is that for their safety homeowners should remove the Chinese drywall and replace any system it has damaged, such as wiring or plumbing or sprinklers," Mr. Seeger explained. This case is "just the opening salvo in what we hope will be a national effort to make families whole again for having to live with this shoddy, corrosive and toxic gypsum material in their homes."

Seeger Weiss is also representing a Louisiana plaintiff who rebuilt his home with Taishan products after Hurricane Katrina and is now forced to renovate again. Mr Seeger called this "a double whammy that has hit many Gulf Coast residents trying to rebuild after a barrage of destructive storms." The firm represents a number of other Gulf region homeowners in a trial beginning in June.

All drywall cases are being heard in the Eastern District of Louisiana. Mr. Seeger was appointed by Judge Fallon to the Plaintiffs' Steering Committee and also chairs the Trial Committee, which directs the trial teams handling all Chinese drywall cases. Seeger Weiss estimates that 20,000 homes nationwide may have been built using Chinese drywall. You can get more information by calling Seeger Weiss at 888-584-0411.

Lita Epstein has written more than 25 books including The 250 Questions Everyone Should Ask About Buying Foreclosures and The Complete Idiot's Guide to Personal Bankruptcy.

**Judge Awards $2.6M For Chinese Drywall Claims, With Little Chance Of Collection**
**Housing Wire**
4/12/10
Posted By AUSTIN KILGORE On April 12, 2010 @ 12:20 pm | No Comments

In a case last week, United States District Judge Eldon Fallon ruled against Taishan Gypsum Co., a Chinese-based drywall manufacturer, awarding more than $2.6m to seven families whose homes were built with allegedly defective products produced by the company.

However, Taishan did not appear in court for the hearing in a telling sign of how much precedence the company puts in the US court resolution. So while the law firm representing the plaintiffs in the case is calling the ruling "precedent setting," actually recovering those funds may be difficult considering Taishan's track record in the case.

Matt Jacobs is a Washington, DC-based attorney at the Jenner & Block law firm. While Jacobs is not involved in the Taishan litigation, he told HousingWire [1]: "It is very difficult to pursue any foreign-based company because of jurisdictional limitations and the ability to get them into US courts and there's always a problem executing a judgment against a foreign company."

Analysts at Fitch Ratings warned last fall [2] that struggling construction companies should not peg any hopes on getting much back from suppliers of Chinese drywall, if they plan to seek recourse through litigation. Drywall manufacturers based in China will likely ignore lawsuits filed against them in US court, Fitch said, as civil judgments in US courts are not enforced in China.

Baron & Budd, a Dallas-based law firm that participated in representing plaintiffs in the Taishan case, said the ruling came as part of the multi-district litigation (MDL) making its way through the US District Court in New Orleans.

"These homeowners have already suffered terrible losses and have received no help from their insurance companies, their builders, their mortgage lenders, or the manufacturers," said Bruce Steckler, Baron & Budd shareholder and member of the plaintiffs' steering committee in the MDL case. "We're pleased that Judge Fallon saw the seriousness of the damages, and we will do everything we can to enforce this court's judgment against Taishan."

The US Consumer Product Safety Commission (CPSC) said more than 3,000 homeowners reported their homes may be built with the defective drywall. According to CPSC research, the defective drywall emits volatile sulfur compounds and is linked to blackening of copper electrical wiring and air conditioning evaporator coils in affected homes.

The CPSC and the Department of Housing and Urban Development (HUD) said the only successful method [3] for homeowners to remediate the drywall is to completely remove all possible problem drywall from their homes, and replace electrical components and wiring, gas service piping, fire suppression sprinkler systems, smoke alarms and carbon monoxide alarms, an expensive proposition, particularly for homeowners who need to fix the problem immediately, but may be struggling to get coverage by homeowners insurance or through their builder.

Last week, Fannie Mae (FNM [4]: 1.24 0.00%) agreed to provide six-month mortgage forbearances [5] to 20 Virginia borrowers whose homes were built with the drywall. Homeowners forced out their properties by the drywall must find alternative housing while repairs are made, putting a financial strain on borrowers. The Fannie Mae forbearances in Virginia is just one of the latest such offerings by mortgage holders. A lawyer in Florida secured mortgage abatements for his clients [6] last summer. In addition, a concurrent resolution [7] in the House of Representatives called for banks and mortgage servicers to assist homeowners struggling with toxic drywall.

**Landmark Chinese Drywall Ruling Finds For The Plaintiffs**
*Lawyers and Settlements*
By Gordon Gibb
4/12/10

New Orleans, LA: A US District Court judge in Louisiana has delivered a landmark ruling in a Chinese drywall lawsuit, ordering a manufacturer of the defective drywall to pay a total of $2.6 million to seven Virginia families toward the remediation of their homes.

The trial is the first in a series of lawsuits alleging defective drywall. The defendant in the case, Taishan Gypsum Company Ltd. is headquartered in Tai'in, China.

A building boom mid-decade, together with the devastation wrought by a string of hurricanes along the Gulf Coast, resulted in a massive shortage in supplies of drywall normally originating in the US. To make up for the shortfall, contractors turned to China. Since then, there have been ongoing reports of drywall emitting noxious fumes and corroding wiring and plumbing. For some homeowners, the fumes have represented a health hazard, impelling them to abandon their dwellings entirely.

Some recommendations for remediation have included stripping a home down to the foundation, given the suspicion that chemicals in the drywall can seep into structural studs and beams. Spraying or affixing a sealer to the facing side of the drywall would only serve to contain the fumes and would do little to fix the wiring, copper plumbing and air conditioning coils turned black by the drywall. Noxious fumes could also escape and congregate in other areas of the dwelling.

Sealing the defective drywall has never been actively discussed as a viable option. In his ruling, US District Judge Eldon Fallon specifically identified the need for complete removal of any pieces of Chinese drywall in the home, together with any fixture or item damaged by it.

The Associated Press reported Judge Fallon's ruling late on April 8. The decision in favor of the plaintiffs could affect thousands of other US homeowners who find themselves in a similar situation.

**Chinese Drywall Claims. The Next Chinese Drywall Case: Hernandez**
*Virginia Injury Lawyer Blog (Law Offices of Richard J. Serpe)*
4/12/2010

Insurance companies are keeping a close eye on the developments of the trials taking place in New Orleans regarding tainted drywall, reported BusinessInsurance.com.

The Chinese drywall trials in federal court provided a monumental decision last week; Judge Eldon Fallon awarded the first monetary judgment against a Chinese manufacturer. Seven Virginia homes were affected – the award was $2.6 million. See our article here if you missed that report. Judge Fallon also suggested that stripping affected homes of all contaminated components was necessary, underscoring the potential dangerousness of Chinese drywall.

In an upcoming case – Hernandez v. Knauf Gips A.G. et al. – the court will inquire into how exclusions in homeowner's policies should be interpreted. The case comes in the wake of a federal issuance of remediation guidance – the Consumer Product Safety Commission (CPSC) suggested recently that "interim" remediation protocol should entail the removal of not just the drywall itself but electrical wiring and other components, gas piping, and fire alarm and carbon monoxide sensors.

Additionally, the case (Hernandez) will go beyond the inquiry of drywall replacement; the court will decide whether other common household appliances should be replaced including plumbing components. According to the source cited above, the plaintiffs seek $200,000 in remediation costs (including the replacement of drywall, wiring, and plumbing components). The interesting thing to note about this figure, is that the home at issue had a price-tag of $176,000 in 2006.

Why is the Hernandez case significant? It is significant in that this case is thought to be the first contested trial. Like the recently decided case against a Chinese manufacturer, the implications of this case will be far reaching in the area of damages...it is relevant for potentially thousands of other homeowners with defective drywall in their homes, especially those with Knauf brand drywall.

According to BusinessInsurance.com, one consultant stated, "a lot of insurers, when pricing their policies, did not anticipate something like this happening."

<u>Expensive Lessons In Drywall Debacle</u>
*The Virginian-Pilot*
Editorial
4/12/2010

The search for culprits in the drywall disaster appears likely to be blinkered by the Chinese government, forcing affected American homeowners to pursue damages from U.S. companies that used the defective wallboard instead of the companies that actually made it.

The money at stake will be significant, although its arrival is probably years away.

Forbes magazine reported last week that at $200,000 each, the cost of repairing homes with the defective wallboard may come to $5.4 billion, making it one of the largest product-safety cases in history.

The price tag for some homes is already coming in substantially higher. A federal judge in New Orleans last week awarded $2.6 million in damages to seven Hampton Roads homeowners, according to reporting by The Pilot's Josh Brown.

The judge, Eldon Fallon, ruled that all drywall had to be ripped out of the houses, along with anything corroded by the sulfur gas - including wiring, plumbing, appliances, carpet, cabinets. In some cases, the houses will have to be rebuilt from studwork.

The $2.6 million judgment against Taishan Gypsum Co. is sadly likely to be futile. The company didn't respond to the suit in the first place, didn't defend itself and hasn't commented. According to Forbes, it appears to be protected behind a wall of Chinese government entanglements.

Forbes speculated that the Chinese companies are likely to pursue a defense - if they bother to do so - claiming some form of sovereign immunity from U.S. damages.

So that leaves American home-owners to pursue wallboard distributors like Norfolk-based Venture Supply, which imported 150,000 sheets of drywall from Tai-shan, or the builders that used it, which includes some of America's largest.

"We thought this should start appropriately with the Chinese, because they got the ball rolling by manufacturing it," said Norfolk lawyer Richard Serpe, who represents the homeowners. "But there's plenty of blame to go around. We're going to proceed against everyone simultaneously until these homeowners are made whole. "

If homeowners are made whole - and some have already been forced into bankruptcy - the recompense is unlikely to come from Tai-shan, a fact that should be instructive.

Assuming the best about their suppliers, builders chose Chinese drywall because it was available and cheaper at a time supplies from American manufacturers were depleted by the housing boom. Now, it appears that Chinese wallboard will end up costing a great deal more than anyone at the time could have envisioned.

In the case of some American builders, it may well end up carrying costs they simply will not be able to repay.

**Plaintiffs Get $2.6 Million In Chinese Drywall Case: Drywall Had 'Significantly Higher' Average Concentrations Of Strontium And Detectable Levels Of Elemental Sulfur.**
*Consumer Affairs*
4/13/10

The U.S. District Court for the Eastern District of Louisiana, awarded seven Plaintiffs $2,609,129.99 for damage to their homes in connection with the use of Chinese drywall (CDW).

The suit was brought against Chinese manufacturer Taishan Gypsum Co., Ltd.

Attorneys for the plaintiffs said the ruling found that Chinese drywall from Taishan was different than domestic drywall because it had significantly higher average concentrations of strontium and detectable levels of elemental sulfur.

Court findings were consistent with reports from the U.S. Consumer Product Safety Commission and the Florida Health Dept. Further, the court held, the gases released by CDW caused offending odors, making homes uninhabitable and corroded metals.

In all instances, "the level of corrosive sulfur gases emitted by Chinese drywall in the Plaintiffs' homes exceed the safe level established by recognized standards, peer reviewed literature, and expert opinions and this corrosive environment has had a significant impact on the exposed property.", the Court said.

The Court's holding didn't address the devaluation of the Plaintiffs' homes caused by CDW.

The ruling requires the removal of all drywall from the Plaintiffs' homes versus selective removal of only CDW. It also requires the removal of all wire, copper, HVAC units, carpets, hardwood floor, and electronic devices suffering damage from the CDW.

In addition, the Court found that items that require removal for complete remediation, such as cabinets, counter tops, trim, insulation, etc. must be replaced. Plaintiffs attorneys said this holding is consistent with remediation recommendations of both the CPSC and the National Association of Home Builders.

"The Court requires the Plaintiffs' homes to be gutted, causing displacement as well. The costs and inconvenience is evident & this is just seven families of the thousands impacted by CDW." Tom Hagy, CEO of HB Litigation Conferences said.

**Louisiana Judge Awards $2.6 Million In Chinese Drywall Lawsuit**

*Legal Newsline*

By Kathy Woods

4/13/2010

NEW ORLEANS, La. (Legal Newsline)- A federal judge in Louisiana may have set the standards for thousands of homes tainted with sulfur-emitting drywall imported from China.

In a ruling late last week, U.S. District Federal Judge Eldon Fallon of New Orleans ruled in favor of seven families in Virginia whose homes were ruined by the tainted drywall.

He said a Chinese company that made the defective drywall -- Taishan Gypsum Co.-- must pay $2.6 million to fix the homes.

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Fallon was quoted by The Associated Press as saying.

Tainted drywall from China has been connected to the corrosion of house wiring and air conditioning units in addition to some health problems.

The ruling Thursday exceeds the guidelines of the Consumer Product Safety Commission. It essentially says that a home built with the tainted drywall must be gutted and rebuilt.

This is the first of many federal lawsuits being brought against manufacturers, distributors, suppliers and homebuilders that Fallon will be presiding over.

It is unclear how the $2.6 million awarded to the families will be collected since the Chinese companies involved do not have to respond to U.S. courts. There has been some talk of trying to get court orders to seize U.S. bound ships carrying the tainted drywall.

The case is In Re Chinese-Manufactured Drywall Products Liability Litigation, 09-MD-02047, U.S. District Court, Eastern District of Louisiana.

**Product liability news: judge reaches $2.6M verdict in Chinese drywall lawsuit**
*Justice News Flash*
4/14/10

Legal News for Product Liability Attorneys. A judge ruled on the first of thousands of pending defective Chinese drywall lawsuits filed throughout the nation.

Product liability attorney alert- A U.S. District Judge reached a $2.6 million verdict in a federal lawsuit, which was one of the many product liability cases brought on by defective drywall.

New Orleans, LA—A federal lawsuit, filed with regard to defective Chinese manufactured dry wall, ended with a ruling that would award seven Virginia homeowners with a total of $2.6 million in reparations. The ruling, made on Thursday, April 8, 2010, was the first in a string of pending product liability cases to stem from the Chinese drywall, which has caused substantial damage to thousands of homes nationwide, according to information provided by Bloomberg.

U.S. District Judge Eldon Fallon, who is managing federal drywall-related suits throughout the nation, reportedly ordered Taishan Gypsum Co. to provide $2.6 million to "remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall and all items which will be materially damaged in the process of removal". The hazardous Chinese drywall has reportedly corroded homes, some beyond repair, due to the release of toxic odors and chemicals that can damage electrical components, wiring, plumbing, heating appliances, etc...

Fallon reportedly believes that this ruling should help pave the way towards determining how to sufficiently compensate over 2,100 homeowners in other drywall cases. Attorneys handling such cases are apparently still in the process of finding out exactly how many homeowners have Chinese drywall-related claims. The total number of claims may allegedly range from less than 3,000 to over 40,000.

Seven Chinese drywall cases are currently pending in Virginia while three other drywall-related product liability lawsuits were set for trial in June.

### Plaintiffs in Tainted Chinese Drywall Litigation May Win in Court, but Will They Ever Collect?

*AM Law Daily*
By Anthony Lin
4/15/2010

A federal judge in New Orleans ruled last week that a Chinese manufacturer of noxious drywall owes seven Virginia homeowners $2.6 million to completely replace the offending material and all other affected building fixtures. Thousands of similar cases could be on the way. Do Chinese companies need to worry?

As a practical matter, probably not. "In general, collecting on a U.S. judgment [in China] is difficult if not impossible," says Gordon Gao, a litigation partner in Beijing with the Chinese law firm Fangda Partners. Chinese law, he explains, only permits the enforcement of foreign judgments through bilateral treaties. But China doesn't actually have any such treaties with other countries.

The defendant in the New Orleans drywall case—the Shandong province—based Taishan Gypsum Co.—did not respond to the suit at all, allowing a default judgment to be entered against it. The drywall at issue, used in homes throughout the United States, is said to emanate sulfuric fumes and corrode pipes and wiring.

Plaintiffs' counsel in the case, a group which includes lawyers from Philadelphia's Levin, Fishbein, Sedran & Berman and Washington, D.C.'s Hausfeld, among other firms, have acknowledged they will have a tough time collecting from the Chinese company, even suggesting they may try to seize ships carrying Taishan products in U.S. waters. Plaintiff's lawyer Russ Herman of New Orleans' Herman, Herman, Katz & Cotlar discussed that possibility with the Associated Press last fall. But Mark Ross, a Louisiana maritime lawyer also interviewed by the AP, called the idea "a bit of a stretch."

"How do you go about identifying what vessels to seize?" Ross said. "How do you seize a vessel for merely transporting cargo, which they might have been required to take by law."

Multinational corporations who win cases against Chinese companies in the West often try to have a new hearing in a Chinese court, says Gao, who is currently seeking exactly that for PC security giant Symantec Corp. A Los Angeles federal court awarded the company a $21 million default judgment against several Chinese software counterfeiters in December 2007. Damages are puny by comparison in Chinese courts, but many large companies are more interested in injunctive relief anyway.

That's unlikely to be the case with the drywall plaintiffs, but they may have other options in the United States. "There are plenty of defendants for these guys to pursue in the U.S.," says Steven Napolitano, a partner specializing in product liability matters at Skadden, Arps, Slate, Meagher & Flom in New York. He notes that American builders, developers and distributors are all facing claims over the use of Chinese drywall. And one non-U.S. manufacturer, German-Chinese joint venture Knauf Plasterboard Tianjin Co., has chosen to defend itself in the U.S.

In his bellwether April 8 decision in the federal multidistrict litigation in New Orleans, district court judge Eldon Fallon concluded that no remedial measures are possible with Chinese drywall; it must be completely removed. That ruling could have a huge impact as the cases unfold.

"Even if they never collect a penny from the Chinese company, it's going to affect the course of litigation pretty dramatically," says Napolitano.

And though Chinese companies may not need to worry about paying U.S. court judgments, the cases highlight continuing Chinese product safety issues that will no doubt draw the attention of Chinese regulators, who are already stung by previous blowups over faulty food and toys.

"I'm sure officials are watching these cases. "says Gao.

**Editorial: Chinese drywall ruling … building toward fairness for thousands of victims**
*Naples News*
Staff Reports
Thursday, April 15, 2010

"Ruling may set precedent."

That headline on a news story the other day refers to a federal judge's ruling in favor of seven Virginia plaintiffs seeking relief for illness and damages from Chinese drywall in their homes.

The judge ordered a $2.6 million payment.

At last: a message in plain language that those who profited from building homes with toxic materials ought to be responsible for fixing the problems, whatever it takes.

Now we'll see if other courts concur.

We also will see whether U.S. Sen. Bill Nelson of Florida is successful with his crusade to get through to China that its manufacturers have a score to settle. He says he has delivered the message and received a favorable response — from a China official, not a federal agency that insists it already is on the case.

Results after years of talk is the precedent we and thousands of innocent homeowners and families seek.

**Chinese Drywall - $2.6 Million Dollar Plaintiff Verdict in MDL**
*Subrogation & Recovery Law Blog*
By Joshua Goodman
4/16/10

In the multi-district litigation arising out of Chinese manufactured drywall, Judge Fallon of the United States District Court for the Eastern District of Louisiana issued an Opinion on April 8, 2010 finding in favor of plaintiff homeowners and awarding in excess of $2.6 million in damages against Taishan Gypsum Company.

Additionally, Judge Fallon found that based upon the Findings of Fact and Conclusions of Law, that "scientific, economic, and practicality concerns dictate that the proper remediation for the Plaintiff-Intervenors is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal."

In the written Opinion, Judge Fallon cites to the Cozen O'Connor's Chinese Drywall Litigation: Subrogation White Paper (2009) as an authoritative text in numerous places in his findings of fact.

For more information on the multi-district litigation arising out of the Chinese manufactured drywall, or to get a copy of the *Cozen O'Connor Chinese Drywall Litigation Subrogation White Paper*, please feel free to contact one of our offices.

**Recent Chinese drywall legal decisions in federal and Louisiana state courts won't provide relief for Florida's victims**
*Chinese Drywall Problem*
4/21/10

Floridians must prepare for a long, hard fight

Many Florida homeowners are asking how the recent federal and Louisiana state legal decisions related to Chinese drywall, which have received extensive news coverage, will impact their individual state actions in Florida. The answer: While these decisions may represent baby steps toward a possible favorable outcome, they will provide no relief to victims here in Florida.

At the forefront of the discussions among Florida's Chinese drywall victims is the federal matter, in which Judge Eldon Fallon entered a judgment on behalf of seven Virginia homeowners for more than $2.6 million. Floridians must understand that although this is good news, it has little or no effect on anyone other than these seven homeowners. In fact, it's unlikely the seven homeowners will actually see one nickel from this judgment, which is against a Chinese company that has disputed the jurisdiction of the federal court from day one. Some of the rulings, such as Judge Fallon striking the experts who were expected to testify on behalf of the defendant, may have some carry-over effect in the Florida state court actions. However, the entry of this final judgment will bring no immediate relief to victims here in Florida.

In the Louisiana case of Simon Finger and Rebecca Finger versus Audubon Insurance Company, No. 09-8071, a judge rebuffed an insurance company's use of the pollution exclusion and two other exclusions in an "all-risk" homeowners' insurance policy to deny claims resulting from so-called Chinese drywall. Although on the surface this may seem like a decision that might be used as precedent to obtain coverage under homeowner policies here in Florida, it really has no effect. Historically, Louisiana state law interprets these exclusions very narrowly. Florida, on the other hand, has historically interpreted these exclusions broadly under a different standard. Broadly read exclusions lead to less coverage for homeowners. Therefore, although this decision may be a baby step toward the final result, it will provide no relief to victims here in Florida.

Each one of these decisions is important. Having the plaintiffs win these initial skirmishes is good for victims. However, victims in Florida ultimately need to hear that a Florida court has ruled that the insurance companies for the builders, developers, suppliers and distributors cover the loss and are responsible for the damage. Until this day comes, most of these defendants will not settle with plaintiffs and will voluntarily pay damages until they know whether their insurance company will foot the bill.

Most, if not all of our current efforts, are directed to this one goal. When this day comes, I am hopeful and confident that the plaintiffs will be successful. Meanwhile, Florida's victims need to prepare for a long, hard fight.

Judge Rules in Favor of Homeowners in Chinese Drywall Case
*Construction Litigation Law blog*
4/22/10

U.S. District Court Judge Eldon Fallon in the first "bellwether" trial in the Multidistrict Litigation proceedings for homes containing Chinese drywall ruled that the defective drywall attacks and severely damages copper and silver components of homes where the drywall is installed. The ruling also states that in order to correct the problem, the drywall, wiring, plumbing, air conditioning equipment (including ductwork), and interior finish components such as trim, flooring, cabinetry, and carpeting must be removed and replaced. In homes where Chinese drywall is mixed with non-corrosive U.S.-made drywall, the judge ruled, all drywall from whatever source must be stripped, and all wiring, plumbing, and air conditioning systems throughout the house must be replaced.

The ruling came from the case, Germano, et al. v. Taishan Gypsum Co. Ltd., et al., which pits seven Virginia homeowners against the Chinese government-owned manufacturer Taishan Gypsum. In the published ruling, the judge walks through a point-by-point description of the damage the drywall has caused and explains why the only appropriate remedy is to completely remove and replace the affected building materials. The court rejected all suggestions by drywall manufacturer Knauf Tianjin, appearing on behalf of the absent Taishan Gypsum, that the problem might be solved by removing only certain pieces of drywall or by cleaning copper components rather than replacing them.

**Ruling Issued Against Chinese Drywall Company**
*Fox 5 (Washington, D.C.)*
4/26/10

For up to a hundred thousand American homeowners, their only solution is to rip out every scrap of Chinese-imported drywall.

Then, they have to have every crevice of the house misted to kill any microbial sulfur left behind before they have to pay an additional one-hundred thousand dollars to rebuild.

Another problem is that the sulfur-compound within the Chinese drywall makes the house unsellable, because of the smell.

But the worst stench, for the impacted homeowners, has been the fact that no one has offered to pay for this mess for nearly two years.

A recent decision, however, has given some new hope.

A federal judge has issued the first ruling against China's Taishan gypsum company, ordering it to pay two-point-six million dollars to seven Virginia families.

And in Florida, another class action suit on behalf of thousands is in the pipeline.

Florida senator bill nelson is also urging China's president to take action and is asking Secretary Of State Clinton to press for long overdue results next week when she meets with President Hu.

<u>Federal Judge order Chinese Drywall maker to pay damages to Virginia homeowners</u>
*Landau Injury Lawyer*
5/5/10

A federal judge ruled last month that seven homeowners should get a combined total of $2.6 million from the Chinese drywall manufacturer, Taishan Gypsum. The seven Virginian homeowners claimed the corrosive drywall had ruined their homes. But American Association for Justice (AAJ) President Anthony Tarricone says there is no guarantee the company will comply because Chinese companies do not have to comply with the rulings of U.S. courts, a point that bolsters support for passage of the Foreign Manufacturers Legal Accountability Act. Read the CBS article here.  Get more information about the ruling and the bill that would hold foreign manufacturers accountable from AAJ here.  If you or someone you know has been harmed by by Chinese Drywall or other foreign made goods, please e-mail at ABRAMS LANDAU, Ltd., or call us at (703)-796-9555, as pursing claims for damages and injuries against company outside the United States requires special procedures and the time limits can cause the loss of legal rights to restitution.

**Federal judge finalizes Chinese drywall judgment**
*The Virginia Gazette*
5/13/2010

NEW ORLEANS -- U.S. District Court Judge Eldon E. Fallon has formally entered final judgments against two drywall manufacturers named in a large Chinese drywall civil suit.

According to the Sarasota Herald-Tribune, the two judgments, signed by Fallon Monday and filed the following day, are an important step needed for plaintiffs to actually collect any money. Fallon ruled April 8 that seven Virginia homeowners, including several from greater Williamsburg, were entitled to a combined $2.6 million. Later in April he awarded a Louisiana couple $164,000 in damages.

Rules governing federal civil cases call for a final judgment to be entered after such findings. That solidifies the monetary award and begins the process by which money can be collected. Under federal rules, a defendant has 30 days to appeal.

The final judgments will likely do more for the couple in the Louisiana case. Chinese manufacturer Knauf Plasterboard Tianjin Co. Ltd. indicated last month it may appeal a final judgment.

Virginia plaintiffs will face a more complicated process in collecting because the drywall manufacturer, Taishan Gypsum Co. Ltd., skipped the proceedings altogether. Taishan is controlled by the Chinese government.

# EXHIBIT 6