<u>Chinese Drywall Verdict: $164,000.00 Plus, plus, plus...</u>
***Florida Chinese Drywall***
5/1/10

The verdict, by U.S. District Court Judge Eldon E. Fallon -- who is overseeing the massive combined Chinese drywall litigation in New Orleans -- awards $164,000 plus attorneys' fees and court costs to Mandeville, Louisiana family. The decision calls for their house to be largely gutted down to the studs -- replacing all drywall, duct work, the entire electrical system, all copper and silver components, the HVAC system and all damaged appliances and consumer electronics.

As part of the judgment, Fallon ordered that Chinese manufacturer Knauf Plasterboard Tianjin Co. Ltd must pay the Hernandez family for about $5,400 for damaged personal property, as well as close to $20,000 for alternative living arrangements.

The decision comes on the heels of Fallon's previous ruling April 8 awarding $2.6 million to seven Virginia homeowners and the comprehensive remediation ordered for the Hernandez home echoes Fallon's previous ruling that only stringent remediation standards would suffice to solve the problem -- involving largely gutting the homes of all drywall and other components such as wiring, pipes, electronics and appliances.

Stay tuned as additional trials are set and heard. If you suspect you have Chinese Drywall, do not wait. Act now and call our office for a free consultation. Failure to act may prejudice your ability to ever collect for your damages.

Spencer Aronfeld is a member of the Multi-District Litigation Steering Committee, appointed by Judge Fallon in New Orleans

<u>Seeger Weiss Wins Again for Plaintiffs in Chinese Drywall Verdict</u>
*Electrical Construction & Maintenance (EC&M) magazine*
5/4/10

Federal Judge Awards New Orleans Family $164,000 in Damages

For the second time in less than a month, a federal judge in Louisiana has found a Chinese drywall manufacturer liable for extensive damages associated with its installation in American homes, setting a precedent for thousands of similar suits pending in federal courts.

U.S. District Judge Eldon Fallon of the Eastern District of Louisiana has ordered Knauf Plasterboard Tianjin Co., Ltd. to pay Tatum and Charlene Hernandez more than $164,000 to cover the costs of removing the faulty drywall from their home in Mandeville, La., along with replacing corroded electrical wiring, damaged plumbing, and making other fixes necessitated by the company's defective drywall product. Knauf, a German-owned multinational supplier of building materials, operates a factory in Tianjun, China, some 75 miles north of Beijing.

Earlier in April, Judge Fallon ordered another Chinese drywall manufacturer, Taishan Gypsum Company, Ltd. to pay more than $2.6 million to seven Virginia families facing remediation costs in removing that company's plasterboard from their homes.

As with the Virginia homeowners, the Hernandez family is represented by Christopher Seeger and Jeffrey Grand of leading New York plaintiffs' law firm Seeger Weiss LLP, along with Steven Hermans from the New Orleans-based firm Herman, Herman, Katz & Collar LLP, and additional trial attorneys Gerald Meunier and Daniel Bryson.

As a result of leeching fumes from the wallboard, the Hernandezes watched while their air conditioners and other electrical appliances were degraded and failed, the wires turning black. In his 47-page decision, Judge Fallon was blunt in his assessment of the damage caused by the Chinese drywall. "No reputable contractor would accept the risk of keeping copper and/or silver metal in the home after these materials existed in a corrosive environment and demonstrate significant corrosion, and neither would a reputable environmental consultant approve a remediation of the Hernandez home if the potential of continuation for such a corrosion risk remains," reads the decision. "It is not possible or feasible to clean the wires to render them sufficiently free of corrosion as suggested by the defendant. Although scrubbing the wires may removed visible signs of black corrosion film, copper sulfide corrosion remains. Moreover, it is not feasible to scrub the insulated wires to remove the corrosion under the insulation. There does not exist an approved standard or method to clean copper sulfide corrosion from electrical wiring in a home."

After thoroughly reviewing possible remedies, Judge Fallon decided that the Hernandez family was entitled to a complete overhaul of their home, or what he described as the court's remediation protocol." The family initially estimated repair costs of $58,000. After reviewing the full extent of damage and clean-up costs to bring the house back to move-in condition, Judge Fallon ordered a total repair of $164, 049.64. The award included payment of nearly $137,000 in restoring the Hernandez's home and an additional $5,000 for replacing personal property.

Judge enters final judgments in drywall cases
*Sarasota Herald-Tribune*
By Aaron Kessler
5/11/10

U.S. District Court Judge Eldon E. Fallon, who is overseeing the massive combined Chinese drywall litigation in New Orleans, has formally entered final judgments against two drywall manufacturers.

The two judgments, signed by Fallon late Monday and filed with the court Tuesday, mark a crucial step needed for the plaintiffs in the two recent cases to actually collect any money. Fallon ruled April 8 that seven Virginia homeowners were entitled to a combined $2.6 million, and on April 27 he awarded a Mandeville, La., couple remediation damages of $164,000.

Rules governing federal civil cases call for a final judgment to be entered after such findings, which solidifies the monetary award and begins the process by which that money can be collected. Under federal rules, a defendant has 30 days to appeal the judgment — if no appeal is made after that time period, the judgment stands and can be collected.

In the case of Louisiana's Tatum and Charlene Hernandez, awarded $164,000, Chinese manufacturer Knauf Plasterboard Tianjin Co. Ltd. indicated last month it was considering an appeal when a final judgment was entered. KPT attorney Kerry Miller could not be reached for comment Tuesday.

The situation with the Virginia plaintiffs may be more complicated because the manufacturer in that set of cases, Taishan Gypsum Co. Ltd., has been absent from the proceedings altogether. Taishan is controlled by the Chinese government.

Fallon's judgments also call for attorneys' fees to be awarded, though he left those amounts to be determined at a later date.

<u>Second Court Decision Favors Chinese Drywall Plaintiffs</u>
*Lawyersandsettlements.com*
By Gordon Gibb
5/13/10

*New Orleans, LA:* Families experiencing problems with homes built with defective <u>Chinese drywall</u> have reason for optimism: US District Judge Eldon Fallon of the Eastern District of Louisiana recently ordered Knauf Plasterboard Tianjin Co. to compensate Tatum and Charlene Hernandez in excess of $164,000. It is the second precedent-setting court decision within a month in favor of plaintiffs suing over the use of Chinese drywall in their homes.

In April Judge Fallon found in favor of seven Virginia families who claimed that defective Chinese drywall in their homes emitted noxious fumes, turned air conditioning coils black and made some residents ill. Judge Fallon ordered Taishan Gypsum Company to pay more than $2.6 million in damages.

The victory is particularly compelling for the Hernandez family, since they used the Chinese drywall to rebuild their home following the devastation of Hurricane Katrina. For them, it was one disaster after another.

According to the 5/15/10 issue of Real Estate & Investment Business, Judge Fallon was blunt in his decision, which ran 47 pages: "No reputable contractor would accept the risk of keeping copper and / or silver metal in the home after these materials existed in a corrosive environment and demonstrate significant corrosion, and neither would a reputable environmental consultant approve a remediation of the Hernandez home if the potential of continuation for such a corrosion risk remains."

As for claims by the defendant that affected families could simply eradicate the effects of the tainted drywall by scrubbing, Judge Fallon scoffed at such a notion. "It is not possible or feasible to clean the wires to render them sufficiently free of corrosion as suggested by Defendant," he wrote. "Although scrubbing the wires...may [have] removed visible signs of black corrosion film, copper sulfide corrosion remains. Moreover, it is not feasible to scrub the insulated wires to remove the corrosion under the insulation. There does not exist an approved standard or method to clean copper sulfide corrosion from electrical wiring in a home."

It could not have been a better outcome for the Hernandez family. While the family initially estimated damages and repair costs at $58,000 the court came up with a much higher number following review of the full extent of the damage and clean-up costs in order to restore the building to optimum move-in condition. To that end Judge Fallon referred to "the Court's remediation protocol" to which the Hernandez family was entitled.

The total award of $164,049.64 included $137,000 to restore the family's home, with an additional $5,000 to replace personal property damaged by the noxious fumes emitted from defective Chinese drywall.

# EXHIBIT 7

Jury awards $2.4M in first Chinese drywall trial
*The Associated Press*
By Curt Anderson (AP)
6/18/10

MIAMI — A Florida couple who fled their dream home because of foul-smelling, ruinous Chinese drywall was awarded $2.4 million in damages Friday in the nation's first jury trial over the defective wallboard that could have legal ramifications for thousands of similar cases.

The six-person jury ruled that Armin and Lisa Seifart should receive more than just the costs of gutting and renovating their home: they were also awarded damages for loss of enjoyment of the $1.6 million house and for the drywall stigma that might reduce its resale value.

The defendant, drywall distributor Banner Supply Co., is named in thousands of other lawsuits. Attorneys in those cases, as well as many others pending nationwide against other companies, will look to the Seifart damage award as a guide for what kinds of damages they seek.

Defective, sulfur-emitting Chinese drywall has been linked to possible health problems along with a noxious odor, corrosion of wiring, plumbing, computers, plumbing and jewelry. Most of the problems have arisen in Florida, Virginia, Mississippi, Alabama and Louisiana in homes built during the housing boom and some damaged during the busy 2005 hurricane season.

The Seifarts, who have two young sons, left their five-bedroom home in Miami's Coconut Grove neighborhood last year so it could be gutted and renovated. Their attorney, Ervin Gonzalez, said the couple was not told of problems with the Chinese drywall in March 2008 when they moved in.

"Their dream home turned into a nightmare," Gonzalez said.

The Seifarts accused Banner of concealing knowledge it had as early as 2006 that Chinese drywall was defective, including recommendations from manufacturer Knauf Plasterboard Tianjian that the wallboards should not be used. Many of those details emerged in this trial after a confidential agreement between Banner and Knauf was unsealed.

"It was important to send a message to companies that they should do the right thing when the health of the public is at stake," said Armin Seifart after the verdict.

"I feel that justice was done," added Lisa Seifart."

Banner attorney Todd Ehrenreich said an appeal would be considered.

"We're very disappointed in the verdict," he said.

During the trial, Banner acknowledged bearing some responsibility but fought against paying the Seifarts more than their direct expenses. Company attorneys said the drywall problem in 2006 was limited to a handful of homes in Florida out of some 2,700 built and that it took time for the extent of the damage to become clear.

"That defect was hidden, latent and undetectable," said Ehrenreich in closing arguments. "It doesn't rear its ugly head until sometimes years later."

The jury found that Banner was 55 percent liable for the Seifarts' problems and that Knauf and two related entities bore the rest of the responsibility. That could reduce the Seifarts' ultimate payout because Knauf was not a defendant in their case, but Gonzalez said he will push to have Banner pay the full $2.4 million.

The Miami case follows a Louisiana federal judge's decision in April to award $2.6 million in damages to seven families in Virginia for bad Chinese drywall. In that case, the Chinese entities who were sued never responded in U.S. court, leaving in limbo how the damages might be collected.

The Consumer Product Safety Commission has recommended removing any tainted drywall and affected wiring, fire alarm systems and gas pipes.

**Florida family awarded millions for defective drywall**
*NECN (A Comcast Network)*
6/19/10

NECN/WFOR: Miami, Florida) – Two-point-four million dollars.

That's how much a Florida jury awarded a Miami family for damages to their home built with defective Chinese drywall.

The verdict is expected to set a precedence for future claims.

Ervin Gonzalez the Homeowners' Attorney stated, "The family is very, very pleased with the result because it indicates the jury understood what they had to go through for so many years. This family stood up to a very large corporation that did the wrong thing. They knew about the dangers of drywall, since 2006 and they kept it a secret. They took hush money in order to be compensated for their drywall, yet they did not let America consumers know what the problems were that would have prevented millions if not billions of dollars in damages in this country."

Homeowners say the drywall is responsible for corroding copper pipes, destroying electrical appliances and causing health problems.

## Jury awards couple $2.5 million for drywall damages
*Miami Herald*
BY Nirvi Shah
6/19/10

About 2 ½ years after a Miami couple first wondered about the strange odor in their home, a Miami-Dade jury awarded them $2.5 million in damages and expenses Friday, blaming odors and corrosion problems on defective Chinese drywall.

Armin and Lisa Seifart sued Miami-based Banner Supply after the drywall that the company provided corroded copper pipes and fixtures, ruined their air conditioner and other appliances and made their home smell.

The case -- the first jury trial in the country over Chinese drywall -- could set precedent for other lawsuits. Banner has been sued in dozens of cases as have other drywall companies and businesses in the drywall supply chain.

``It's a strong victory in favor of consumers,'' said the Seifarts' attorney, Ervin Gonzalez. ``The bottom line is that the public will not tolerate companies that cheat,'' he said.

The case led to the discovery of a 2007 agreement Banner signed with the drywall manufacturer, Knauf Plasterboard Tianjin, to replace 2.3 million square feet of Chinese wallboard with domestic product. But in turn, Banner only replaced Chinese drywall it had supplied to select builders and installers who had complained about a smell.

Gonzalez said repeatedly that Banner could have prevented a legion of homes from being affected by drywall had they gone public with complaints years ago.

Banner had conceded the drywall was defective, but the company only wanted to pay for actual expenses the Seifarts incurred -- not for negligence or any stigma the home will carry.

Banner attorney Todd Ehrenreich said the company, which has been devastated by the recession and has its reputation tarnished because of Chinese drywall, is still considering its next move.

``We are a bit disappointed. We will weigh all of our rights, including our appellate rights,'' he said.

The Seifarts didn't move into their home until more than a year after the confidential agreement was signed -- and their builder and drywall installer were never told about others' complaints about the product. They moved out less than a year later.

``I feel that it sends a strong message that you can't put money over people's lives,'' Lisa Seifart said of the jury's decision.

Armin Seifart said he and his wife never wanted to file a suit.

``We thought someone would come forward and help,'' he said, recalling e-mails and letters he sent to everyone involved with the drywall, including the manufacturer. ``No one ever did.''

At the insistence of Banner, the jury was asked to assign blame to Banner as well as drywall manufacturer Knauf Plasterboard Tianjin, importer La Suprema and China-based exporter Rothchilt International -- although only Banner was a defendant in the suit.

The jury assigned 55 percent of the fault to Banner, 35 percent to KPT and 5 percent each to the importers and exporters.

By some interpretations, that could mean Banner is responsible for only $1.3 million of the award.

Gonzalez believes Banner will have to pay the full amount -- plus attorneys fees and court costs.

``The case law's pretty strong on that point," he said.

The award was a little more than half of the $4.4 million Gonzalez had asked a jury to award the family. That included $100,000 a month from the time they moved into the house until the time they can move back in after repairs -- nearly three years -- plus $200,000 for the loss in value to their home because of the stigma it could carry and $705,000 in expenses repaid for repairs, renting another home during the repairs, maintaining both houses and replacing some of the Seifarts' belongings.

Still, the award is the largest for one home in a Chinese drywall case to date. A federal judge in Louisiana awarded $2.6 million to seven Virginia homeowners, finding drywall manufacturer Taishan Gypsum Co. liable for damage, but that company has not participated in U.S. court proceedings, leaving the ruling's effect in limbo. Judge Eldon Fallon also ruled that manufacturer KPT pay $164,000 to a Louisiana couple for repairs to their house.

Repairs at the Seifarts' five-bedroom, five-bathroom home -- which was essentially gutted and rebuilt -- won't be done until at least January. They aren't certain if they will be comfortable in the renovated version of what they once considered the dream home where they would raise their two young sons.

``We're going to have to check, double check, triple check before I put my children in any danger," Lisa Seifart said. ``I'm going to be worried until I don't know when."

**Florida Family Awarded $2.5 Million Over Defective Drywall**
*Bloomberg*
6/19/10

June 19 (Bloomberg) – A Florida couple suffered $2.5 million in damages as a result of defective drywall from China, a Florida jury found yesterday, helping to set a standard for trials throughout the U.S.

In the first jury trial in the U.S. over defective drywall, a state court panel in Miami deliberated more than a day before finding closely held Banner Supply Co. 55 percent responsible for damage done to the home of Armin and Lisa Seifart. The jury found a company not included in the lawsuit, Germany's Knauf Group, 35 percent liable.

Plaintiffs had sought $4.3 million for loss of enjoyment of their home and other damages.

"It sets a precedent to the extent that we were able to see what a jury thinks about this case," said Ervin Gonzalez, attorney for the Seifarts.

USG Corp. and Knauf are among about 1,000 defendants that may face claims they distributed defective drywall manufactured in China. As many as 40,000 plaintiffs may bring claims, U.S. District Judge Eldon Fallon of New Orleans, who is overseeing federal drywall lawsuits nationwide, said last month.

The cases, part of coordinated litigation over allegedly defective drywall, are intended as a bellwether to help determine property damage issues in other cases against manufacturers. More than 2,100 people in the U.S. have sued in federal court claiming damages from drywall made in China.

The Seifarts bought their home in February 2008. After less than a year they learned their problems with appliances and a sulfur smell originated with the drywall.

Banner countered that the Seifarts should be reimbursed for the cost of repairs only, urging the jury not to make an award for loss of enjoyment or the reduction of the value to the home.

"We are a bit disappointed and we will weigh all of our rights, including our appellate rights," Banner's attorney, Todd Ehrenreich said after the verdict.

**Chinese drywall verdict gives hope to local families**
*NBC-2*
By Christina Mora

LEE COUNTY: The nation's first jury trial over Chinese drywall came to a close and a Miami couple got a big pay day. And that decision could impact families living with defective drywall here in Southwest Florida.

There is a glimmer of hope for the Brincku family in their fight against toxic drywall.

"Hopeful, we're very hopeful that something is going to become of this now and people will be compensated for their loss," said George Brincku.

The family has been fighting the battle for years. The home they built from scratch was laced with the defective drywall, corroding metal and they say it affected their health.

Friday, a couple in Miami fighting the same battle won a $2.4 lawsuit against their drywall seller - a decision that will likely have an impact on thousands of other drywall cases.

"It's very sad to watch the struggles and what this has done to families and put them through," said Brenda Brincku. "There's no amount of money that could ever compensate for what they've been through and what their children have been through and the worries and nobody really understands until you've gone through it."

The Brinckus are now living in a different home, while their dream home sits vacant and their own lawsuit waits to be heard.

"I'm upset that this is kind of like BP - corporate greed. They knew it was a problem, it was covered up," said Brenda.

Jury Awards Damages for Chinese Drywall to Homeowner
*AboutLawsuits.com*
6/21/10

A Florida family has been awarded $2.46 million in the first Chinese drywall lawsuit to be heard by a jury. The decision was seen by some as a "bellwether" case, which could forecast how other juries may respond to similar evidence that will be presented in other trials over Chinese drywall that has caused problems for homeowners throughout the United States.

The lawsuit was filed by Armin Seifart and Lisa Gore in Florida state court against Banner Supply, a Miami-based company that supplies building materials to home builders. The lawsuit alleged that Banner knowingly sold defective drywall to builders, which released a strong smell of rotten eggs that corroded appliances throughout their home.

The U.S. Consumer Products Safety Commission (CPSC) has received more than 3,300 complaints from across the United States from homeowners who say that toxic Chinese wallboard imported between 2004 and 2007 releases sulfuric odors that corrodes wiring throughout the home, damages appliances and causes various health problems. Many of the problems with the Chinese drywall have been confirmed by laboratory testing.

Millions of sheets of the toxic drywall were imported from China into the United States due to a domestic shortage caused by a housing boom and construction following a serious of hurricanes that struck the southeastern United States. The CPSC has confirmed more than 6 million sheets were imported into the country in 2006 alone.

The plaintiffs claimed that Banner Supply made a secret deal to cover up drywall problems with Knauf Plasterboard Taijin, a German company that supplied them with Chinese drywall. Miami-Dade Circuit Judge Joseph Farina allowed the agreement to be unsealed before the trial. The agreement reveals that in 2007, Banner knew of several homes that had bad-smelling drywall and asked Knauf to investigate.

After its investigation, which determined that the sulfur levels in the home were safe, Knauf struck a deal with Banner to stay silent about the problems. In return, Knauf agreed to replace the Chinese drywall it has sold Banner with U.S.-made drywall, and paid Banner for holding it. Banner agreed to be quiet about the problem and not to help other plaintiffs seeking to sue Knauf.

Banner's attorneys said the company thought the drywall problem was limited to a small batch, and they did not know the scope of the problem at the time the agreement was signed.

The Miami-Dade Circuit Court jury found Banner negligent and in violation of Florida's deceptive and unfair trade law. They also determined that Banner's actions lowered the resale value of Seifart and Gore's home. They awarded the couple $2.46 million, and determined that Banner was 55% liable. The rest of the liability was shared by Knauf and two other companies, however Banner was the only defendant in the lawsuit. Seifart and Gore have filed a separate lawsuit against Knauf in federal court.

Although other trials before a judge have resulted in awards of damages for Chinese drywall, this case if the first to be heard by a jury.

Banner officials have said they are considering an appeal.

In May, a Chinese drywall class action lawsuit was filed against Banner by Miami-area residents of a subdivision built with toxic drywall. Keys Gate Realty and Palm Isles Holdings LLC were also named as defendants. The class action could end up including as many as 152 homeowners.

Homeowners throughout the United States have filed lawsuits over Chinese drywall, naming manufacturers, distributors and builders. In June 2009, all of the federal drywall litigation was consolidated and centralized in an MDL, or Multidistrict Litigation, in New Orleans under U.S. District Judge Eldon Fallon. The lawsuit won by Seifart and Gore was filed in the state court and was not part of the MDL.

Earlier this year in the Federal MDL, Judge Fallon awarded $164,000 to a Louisiana family that filed a Chinese drywall lawsuit against Knauf. The ruling equated to about $81 per square foot. Since that ruling, Knauf has begun seeking settlements with U.S. builders who bought their drywall.

Judge Fallon has also issued a ruling that awarded $2.6 million to seven Virginia families who filed a lawsuit against China-based Taishan Gypsum Co. over drywall problems. However, it is unclear how the families will collect, since China does not acknowledge civil lawsuit judgments in the U.S., and the company did not send a representative to court to answer the charges.

<u>Florida Couple Awarded $2.4 Million in Chinese Drywall Trial</u>
*Access to Justice*
By Sokolove Staff
6/21/10

A Florida couple won damages of $2.4 million in the nation's first jury trial over defective Chinese drywall, a decision that could have a major legal impact on thousands of similar cases, according to the Associated Press.

The AP reports the jury found Banner Supply Co., a drywall distributor, to be 55 percent liable for the problems with the home of Armin and Lisa Seifart, and that Knauf Plasterboard Tianjian, which made the defective drywall, and two related entities bore the rest of the responsibility. The Seifart's attorney told the AP he will push to have Banner pay the full $2.4 million.

Banner is named in thousands of similar suits, according to the AP, and the case is likely to set a precedent for other frustrated homeowners who claim the foul-smelling wallboard ruined their homes.

Drywall made in China has been associated the release of toxic sulfur compounds that smell bad, damage appliances and wiring, and may cause sickness. Problems with Chinese drywall have been reported by thousands of homeowners.

Couple Awarded $2.4 Million for Defective Chinese Drywall
*Attorney Daily*
6/21/10

From 2004 to 2006, during South Florida's new home construction boom, homebuilders ran out of drywall.  As a result, homebuilders had to import drywall from Chinese suppliers, who have been accused of using inferior ingredients, such as contaminated gypsum. When exposed to Florida humidity and ocean salt air during the trip overseas, the Chinese drywall reacts negatively, releasing compounds that can make people extremely ill.

On June 18, 2010, a Florida couple who fled their dream home because of foul-smelling, ruinous Chinese drywall was awarded $2.4 million in damages, in the nation's first jury trial over the defective wallboard that could have legal ramifications for thousands of similar cases, according to a recent Associated Press news report.

The six-person jury ruled that plaintiffs should receive more than just the costs of gutting and renovating their home: they were also awarded damages for loss of enjoyment of the $1.6 million house and for the drywall stigma that might reduce its resale value.

The defendant, drywall distributor Banner Supply Co., is named in thousands of other lawsuits. Attorneys in those cases, as well as many others pending nationwide against other companies, will look to the plaintiff's damage award as a guide for what kinds of damages they seek.

Defective, sulfur-emitting Chinese drywall has been linked to possible health problems along with a noxious odor, corrosion of wiring, plumbing, computers, plumbing and jewelry. The majority of the problems have arisen in Florida, Virginia, Mississippi, Alabama and Louisiana in homes built during the housing boom and some damaged during the busy 2005 hurricane season.

The plaintiff's accused Banner of concealing knowledge it had as early as 2006 that Chinese drywall was defective, including recommendations from manufacturer Knauf Plasterboard Tianjian that the wallboards should not be used. Many of those details emerged in this trial after a confidential agreement between Banner and Knauf was unsealed.

During the trial, Banner acknowledged bearing some responsibility but fought against paying the Seifarts more than their direct expenses. Company attorneys said the drywall problem in 2006 was limited to a handful of homes in Florida out of some 2,700 built and that it took time for the extent of the damage to become clear.

The Miami case follows a Louisiana federal judge's decision in April to award $2.6 million in damages to seven families in Virginia for bad Chinese drywall. In that case, the Chinese entities who were sued never responded in U.S. court, leaving in limbo how the damages might be collected.

The Consumer Product Safety Commission has recommended removing any tainted drywall and affected wiring, fire alarm systems and gas pipes.

First Chinese Drywall Lawsuit Ends in $2.4 Million Verdict
*Injury Board*
Joe Saunders, Attorney
6/21/10

Armin and Lisa Seifert, a Florida couple whose house was contaminated with Chinese drywall, has been awarded a $2.4 million verdict by a jury. The first ever Chinese Drywall lawsuit ended in a favorable verdict for the homeowners but it may be difficult to recover the money from those found responsible for the contamination. The jury found Banner Supply of Miami 55% responsible for the damage while Chinese company Knauf and two other companies bore the rest of the responsibility.

Thousands of US homeowners have sued Banner Supply for the Chinese Drywall. Knauf, a Chinese company, is more difficult to hold accountable in US courts.

Couple Awarded $2.4 Million in Chinese Drywall Lawsuit
*Injury Board*
Scott Kappes
6/21/10

The first jury trial for a Chinese drywall lawsuit concluded on Friday with the plaintiffs, Armin and Lisa Seifart, being awarded $2.4 million in damages.

The first trial is always very important and can be a good indicator of how similar lawsuits should be handled in the future. This is great news for the thousands of homeowners whose homes were built the defective product.

In addition to the money required to gut the home and replace the problem wallboard the jury also awarded the couple additional money for the loss of enjoyment of their $1.6 million dream home and a Chinese drywall stigma that could reduce resale value.

The defendants, drywall distributor Banner Supply Co., have also been named in thousands of other lawsuits. Banner attorney Todd Ehrenreich said they were very disappointed with the verdict and that an appeal would be considered.

The jury found Banner to be responsible for 55 percent of the damages, with drywall manufacturer Knauf and two related entities liable for the other 45 percent, but their attorney said he push to have Banner pay the full $2.4 million.

The lawsuit accused Banner of continuing to use the problem drywall in homes despite recommendations from the manufacturer not to use the wallboard.

Future trials will likely look to the Seifart case as a guideline for what types of damages to seek and how cases should be tried.

This verdict is a huge step forward in Chinese drywall litigation. Previous awards that have been handed down in Chinese drywall lawsuits have fallen on the deaf ears of Chinese companies that have not responded to claims brought against them, but decisions against American companies like Banner can be enforced under US law.

Hopefully this is sign of good things to come for the thousands of homeowners who have seen their dream home turn into a nightmare by Chinese drywall.

Florida jury hands $2.4 million in defective Chinese-made drywall case
*International Business Times*
By Carl Bagh
6/21/10

Jury in Florida announced $2.4 million in settlement to a couple in damages incurred due to faulty Chinese sulfur-emitting drywalls that caused corrosion to their dream house.

The decision came in favor of Armin and Lisa Seifart who had to leave their five-bedroom home in Miami last year due to corrosion and foul-smell caused by the Chinese drywall. The drywalls were supplied by Banner Supply.

Banner Supply was accused by Seifarts of subversion of information that it possessed since 2006 but failed to communicate it to its customers or the government.

The Chinese sulfur emitting drywall is found to release poisonous odor and also leads to corrosion of plumbing, wiring and jewelry. The issues with drywall are primarily associated to houses constructed during the housing boom in Florida, Virginia, Mississippi, Alabama and Louisiana.

The documents submitted during the case unraveled a confidentiality agreement between Banner Supply and its Chinese supplier Knauf Plasterboard Tianjin, under which the supplier replaced Banner's inventory with domestic drywalls when notified about the aforesaid problems.

The following resolution can set a precedent for other cases filed in the Chinese drywall issue. The defendant Banner Supply Co. has multiple pending cases filed against it.

The plaintiff had sought $4.3 million in reparation including loss of their home's enjoyment.

The verdict follows a similar verdict accorded by Louisiana federal judge's decision in April to award $2.6 million in damages to seven families in Virginia for defective Chinese drywall.

## Fla. Jury Finds Domestic Distributor of Chinese Drywall Negligent

*Law.com*
Jose Pagliery
6/21/10

A Florida jury on Friday awarded $2.46 million to a Miami couple who claimed their house was ruined by gas emitted by imported Chinese drywall in the nation's first trial against a domestic distributor.

Jurors concluded that Miami-based Banner Supply knowingly sold defective wallboard that was installed in the Coconut Grove, Fla., home of Chevron attorney Armin Seifart and Lisa Gore, who asked for $4.4 million in damages for repairs and the inconvenience of temporarily losing access to their $1.66 million home.

"It's a strong victory in favor of consumers," said family attorney Ervin Gonzalez of Colson Hicks Eidson in Coral Gables, Fla. "The American public won't tolerate companies that cheat."

Jurors decided Banner was negligent, knowingly sold defective wallboard and violated Florida's deceptive and unfair trade law, and that its product will reduce the home's resale value.

The couple's lawsuit is similar to thousands nationwide by homeowners with Chinese drywall installed in their homes. Homeowners complain noxious gases released by the wallboard leave homes smelling like rotten eggs and corrode metal pipes and electronics.

The couple's case is considered a bellwether because of the potential for recovery. Chinese companies generally are immune to U.S. court judgments, leaving U.S. companies as the only reliable financial source for plaintiff recovery.

The case was strengthened by accusations of a cover-up. Banner signed a secret deal in 2007 with Chinese drywall manufacturer Knauf Plasterboard Tianjin.

The Chinese company agreed to replace Banner's tainted supply with U.S.-made board as long as Banner kept quiet about problems. Miami-Dade Circuit Judge Joseph P. Farina unsealed the agreement shortly before the weeklong trial. "It could have been avoided. It should have been avoided. And it would have been avoided if Banner had done the right thing. But they didn't," Gonzalez said during closing arguments Thursday.

"Profits over people; sales over safety," he repeated several times. "It's good for the business to keep it quiet."

Because of a domestic wallboard shortage, Banner switched from selling U.S.-made drywall to a Chinese brand using gypsum that was naturally high in sulfur.

Banner vice president Jack Landers testified his company was "in no way in cahoots with Knauf to hide this from anybody."

During trial, the company admitted responsibility and offered to pay for repairs to the couple's home, but rejected a request for additional damages.

Banner was defended by Jeffrey A. Backman and Jan Douglas Atlas at Adorno & Yoss, Peter Spillis of Weinberg Wheeler Hudgins Gunn & Dial, and the managing partner of the Atlanta-based firm's Miami office, Todd Ehrenreich.

Company attorneys contended Banner was unaware that drywall problems were widespread or serious, and it had even paid extra for drywall manufactured by China's arm of Germany's Knauf.

"We paid the premium because we wanted to be assured we were getting the same board," Ehrenreich told jurors Thursday.

Ehrenreich said an appeal would be considered.

"We're very disappointed in the verdict," he said.

During the trial, Banner acknowledged bearing some responsibility but fought against paying the Seifarts more than their direct expenses. Company attorneys said the drywall problem in 2006 was limited to a handful of homes in Florida out of some 2,700 built and that it took time for the extent of the damage to become clear.

"That defect was hidden, latent and undetectable," said Ehrenreich in closing arguments. "It doesn't rear its ugly head until sometimes years later."

The jury found that Banner was 55 percent liable for the Seifarts' problems and that Knauf and two related entities bore the rest of the responsibility. That could reduce the Seifarts' ultimate payout because Knauf was not a defendant in their case, but Gonzalez said he will push to have Banner pay the full $2.4 million.

The Miami couple has filed a separate lawsuit against Knauf in federal court. Federal cases have been consolidated before a New Orleans judge, who heard two trials with Chinese defendants and awarded damages to Virginia and Louisiana homeowners.

Information from Associated Press reports contributed to this story.

**Chinese Drywall Cases Yield $2.5M Award, Settlements**
*National Underwriter Property And Casualty Insurance News*
6/21/10

In the first jury trial of a case involving Chinese drywall, a Miami-area couple was awarded nearly $2.5 million.

Additionally, drywall manufacturer Knauf Plasterboard Tianjin Co. (KPT) settled two lawsuits in Louisiana.

In Miami, Armin and Lisa Seifart alleged Miami-based Banner Supply Co. knowingly sold them defective drywall.

Banner distributed the Chinese-made drywall manufactured by KPT.

Ervin Gonzalez, the Seifarts' attorney, said the jury in Miami-Dade District Court found Banner to be liable on the grounds of negligence, public nuisance and unfair trade practices.

Banner attorney Michael Peterson of Peterson & Espino in Miami, said multiple insurance carriers are involved in Banner's defense, as about 2,800 known claims have been filed against the supplier. The coverage has been the company's "saving grace," said Mr. Peterson, as Banner contends with financial difficulties caused by the fallout of Chinese drywall, which is said to emit a foul smell and fumes that cause corrosion to plumbing and electrical components as well as health problems for homeowners.

Chinese-made drywall was used in U.S. construction from 2004 to 2007 after busy hurricane seasons and the housing boom led to shortages of U.S.-made drywall.

Banner is also facing suits from insurers looking to avoid coverage obligations under certain policy exclusions, such as the pollution exclusion, Mr. Peterson said.

"I don't know what the ramifications will be, but I know in this particular case the jury did not hear all the evidence and we wouldn't be hearing about this if the manufacturer was in the U.S.," said Mr. Peterson when asked if the jury award in Florida would set a precedent and pave the way for similar outcomes in other cases.

Banner has also filed suit against Knauf, Mr. Peterson said. The company is exploring its appeal options in the Seifart case, he said. Banner continues to assert it did not have knowledge of the drywall's adverse effects and was told after tests done by the manufacturer, Mr. Peterson said.

Banner maintains it did not know about the effects of the drywall, but the Seifarts claimed Banner had been working with Knauf to trade its unused inventory of drywall for an American-made product after it received complaints from builders about the smell of the building product.

In Louisiana, Knauf settled two U.S. District Court cases, electing to pay for lost rental income and replace drywall in one unit of an apartment building in Slidell, La., and agreeing to pay for remediation and testing for a couple in Metairie, La.

Additionally, drywall manufacturer Knauf Plasterboard Tianjin Co. (KPT) settled two lawsuits in Louisiana.

In Miami, Armin and Lisa Seifart alleged Miami-based Banner Supply Co. knowingly sold them defective drywall.

Banner distributed the Chinese-made drywall manufactured by KPT.

Ervin Gonzalez, the Seifarts' attorney, said the jury in Miami-Dade District Court found Banner to be liable on the grounds of negligence, public nuisance and unfair trade practices.

Banner attorney Michael Peterson of Peterson & Espino in Miami, said multiple insurance carriers are involved in Banner's defense, as about 2,800 known claims have been filed against the supplier. The coverage has been the

company's "saving grace," said Mr. Peterson, as Banner contends with financial difficulties caused by the fallout of Chinese drywall, which is said to emit a foul smell and fumes that cause corrosion to plumbing and electrical components as well as health problems for homeowners.

Chinese-made drywall was used in U.S. construction from 2004 to 2007 after busy hurricane seasons and the housing boom led to shortages of U.S.-made drywall.

Banner is also facing suits from insurers looking to avoid coverage obligations under certain policy exclusions, such as the pollution exclusion, Mr. Peterson said.

"I don't know what the ramifications will be, but I know in this particular case the jury did not hear all the evidence and we wouldn't be hearing about this if the manufacturer was in the U.S.," said Mr. Peterson when asked if the jury award in Florida would set a precedent and pave the way for similar outcomes in other cases.

Banner has also filed suit against Knauf, Mr. Peterson said. The company is exploring its appeal options in the Seifart case, he said. Banner continues to assert it did not have knowledge of the drywall's adverse effects and was told after tests done by the manufacturer, Mr. Peterson said.

Banner maintains it did not know about the effects of the drywall, but the Seifarts claimed Banner had been working with Knauf to trade its unused inventory of drywall for an American-made product after it received complaints from builders about the smell of the building product.

In Louisiana, Knauf settled two U.S. District Court cases, electing to pay for lost rental income and replace drywall in one unit of an apartment building in Slidell, La., and agreeing to pay for remediation and testing for a couple in Metairie, La.