UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION: L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
 :
ALL CASES : MAG. JUDGE WILKINSON
---------------------------------------------------------------x

**KNAUF DEFENDANTS' RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR AN ORDER PREVENTING THE PAYMENT OR TRANSFER OF CERTAIN MONEYS OR, IN THE ALTERNATIVE, FOR COURT ORDERED MEDIATION AND TEMPORARY STAY OF ALL OUTSIDE SETTLEMENT ACTIVITIES**

The Knauf Defendants[1] submit this memorandum in response to the PSC's motion for an order preventing the payment or transfer of certain moneys or, in the alternative, for court ordered mediation and temporary stay of all outside settlement activities.

The PSC seeks an order that would enjoin insurers from making any payment to a direct defendant or to an absent class member in settlement of Chinese drywall claims until resolution of all claims in this litigation. In addition, the PSC seeks to enjoin direct defendants from seeking payment from their insurers to settle Chinese drywall claims until resolution of all claims in this litigation. Alternatively, the PSC seeks to stay all settlement activity in favor of a court-ordered mandatory mediation involving all parties.

Although the Knauf Defendants do not believe that the PSC intends by this motion to interfere with the parties' efforts under the pilot program to remediate homes with all or

---

[1] The Knauf Defendants are Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Materials Products Co., Ltd., Knauf Gips KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, and Gebr. Knauf Verwaltungsgesellschaft KG.

32093640.DOCX

substantially all KPT drywall, the relief that the PSC requests could do so. Section II.F of the pilot program specifically contemplates contributions from builders, suppliers and their insurers. Read literally, the PSC's motion would prevent the Knauf Defendants from obtaining such contributions. Any relief the Court orders should exclude the efforts of the Knauf Defendants from obtaining insurer contributions under the pilot program.

The Knauf Defendants support the PSC's proposed alternative relief to schedule mediations with any or all parties. Toward that end, the Knauf Defendants request that they be permitted to participate in the structuring of any such mediation(s). However, the Knauf Defendants oppose the relief to the extent that the PSC seeks a stay of all other settlement efforts pending any such mediation(s). The Knauf Defendants need to continue to negotiate with others to obtain contributions for the pilot program. The best way to prevent individual deals is to schedule mediations as quickly as possible and for all parties to work diligently toward resolution.

Dated: February 9, 2011

Respectfully submitted

By: /s/ Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

<pre>
                                        STEVEN GLICKSTEIN (NY Bar No. 1038157)
                                        JAY P. MAYESH (NY Bar No. 1081603)
                                        KAYE SCHOLER LLP
                                        425 Park Avenue
                                        New York, NY 10022
                                        Telephone:  (212) 836-8485
                                        Facsimile:  (212) 836-6485
                                        Email:  sglickstein@kayescholer.com

                                        Counsel for the Knauf Defendants
</pre>

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Knauf Defendants' Response to the Plaintiffs' Steering Committee's Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the alternative, for Court Ordered Mediation and Temporary Stay of all Outside Settlement Activities has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 9th day of February, 2011.

                                                    /s/ Kyle Spaulding