UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

_____/

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR HOMEBUILDERS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S (I) MOTION FOR AN ORDER REQUIRING AN ACCOUNTING AND OTHER RELIEF, AND (II) EMERGENCY MOTION FOR AN ORDER PREVENTING THE PAYMENT OR TRANSFER OF CERTAIN MONEYS OR, IN THE ALTERNATIVE, FOR COURT ORDERED MEDIATION AND TEMPORARY STAY OF ALL OUTSIDE SETTLEMENT ACTIVITIES**

The Homebuilders' Steering Committee hereby moves the Court for entry of an Order providing it with 10 additional pages for its combined response in opposition to the Plaintiffs' Steering Committee's: (i) Motion for an Order Requiring an Accounting and Other Relief (R.Doc. 6669); and (ii) Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of all Outside Settlement Activities (R.Doc. 6947).  Because the response in opposition addresses two motions and multiple complicated issues, additional pages are required.

**WHEREFORE**, the Homebuilders' Steering Committee requests that this Court enter an Order granting it 10 additional pages, for a total of 35 pages, for its response to R.Docs. 6669 and 6947.

1045957v.1

Respectfully submitted,

| | |
|---|---|
| **STONE PIGMAN WALTHER WITTMANN** <br> *Local Lead Counsel of the HSC* <br> 546 Carondelet Street <br> New Orleans, LA  70130 <br> Telephone: (504) 593-0804 <br> Facsimile: (504) 593-0804 <br> E-mail: pwittmann@stonepigman.com <br><br> By:     /s/ Phillip A. Wittmann <br>          PHILLIP A. WITTMANN <br>          Louisiana Bar No. 13625 | **GREENBERG TRAURIG, P.A.** <br> *Lead Counsel for the HSC* <br> 1221 Brickell Avenue <br> Miami, Florida 33131 <br> Telephone: (305) 579-0500 <br> Facsimile: (305) 579-0717 <br> Email: bassh@gtlaw.com <br> Email: salkym@gtlaw.com <br><br> By:     /s/ Hilarie Bass <br>          HILARIE BASS <br>          Florida Bar No. 334323 <br>          MARK A. SALKY <br>          Florida Bar No. 058221 |
| **SIVYER BARLOW & WATSON** <br> *Member of the HSC* <br> 100 S Ashley Drive, Suite 2150 <br> Tampa, FL 33602 <br> Telephone: (813) 221-4242 <br> Facsimile: (813) 227-8598 <br> Email: nsivyer@sbwlegal.com <br><br> By:     /s/ Neal Allen Sivyer <br>          NEAL A. SIVYER <br>          Florida Bar No. 373745 | **KING & SPALDING LLP** <br> *Member of the HSC* <br> 1180 Peachtree Street, NE <br> Atlanta, GA 30309 <br> Telephone: (404) 572-4600 <br> Facsimile: (404) 572-5100 <br> Email: kbuster@kslaw.com <br><br> By:     /s/ J Kevin Buster <br>          J. KEVIN BUSTER <br>          Georgia Bar No. 099267 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Phillip A. Wittmann

1045957v.1