UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
_____/

AFFIDAVIT OF JOHN COUGHLIN

STATE OF FLORIDA    )
                    )   SS:
COUNTY OF LEE       )

BEFORE ME, the undersigned authority, personally appeared John Coughlin, who after being first duly sworn, deposes and states as follows:

1. I am a Construction/Project Manager for Meritage Homes of Florida, Inc. ("Meritage"). I was hired by Meritage in September 2009, specifically to oversee and run the day-to-day operations of Meritage's repair program for the homes in Meritage's Moody River community in Ft. Myers, Florida, that were found to have been built with defective Chinese-manufactured drywall ("Chinese Drywall"). I have held this position continuously from the time I was hired to the present. In this capacity, I am familiar with the scope of work for Meritage's Chinese Drywall repair program.

2. By the time I was hired by Meritage, Meritage had already made the decision to offer to repair any homes found to contain Chinese Drywall. By October 2009, Meritage had already hired a general contractor to perform these repairs and had created its initial scope of work and packet of other materials to provide to homeowners regarding these repairs. One of

the items in this packet is a Relocation, Repair Work Authorization and Limited Release Agreement ("Repair Agreement"). A September 2009 version of the Repair Agreement was attached as Exhibit B to The Plaintiffs' Steering Committee's Memorandum in Support of Its Motion for an Order Requiring an Accounting and Other Relief ("Motion for Accounting") filed on or about December 16, 2010 in *In re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL No. 2047 (the "MDL").

3. At the time the September 2009 Repair Agreement was prepared, Meritage was not aware of a September 24, 2009 minute entry issued by United States District Judge Eldon E. Fallon in the MDL providing that property owners should be advised of their right to counsel and of the existence of the MDL and the MDL's website. Meritage was not a party to the MDL at that time. Meritage was not served with a complaint in the MDL until the *Payton* lawsuit was served on or about February 3, 2010. Nevertheless, paragraph 3.8 of the September 2009 Repair Agreement specifically provides that "Homeowner acknowledges that Homeowner has been encouraged to seek advice of counsel with respect to this Agreement." Meritage's current version of the Repair Agreement complies with Judge Fallon's September 24, 2009 minute entry, in that in advises property owners of their right to consult with counsel and of the existence of the MDL and the MDL's website.

4. I am aware of the argument raised by the Plaintiffs' Steering Committee in the Motion for Accounting that the Meritage scope of work "provides far fewer benefits to the plaintiffs than what the Court specified in *Hernandez* constitutes the proper scope of remediation of homes affected by Chinese drywall." That is simply not true. I have attached to this affidavit as Exhibit "1" a chart with a comparison that I have prepared of the current version of Meritage's scope of work with the scope of remediation described by Judge Fallon in his *Germano* and

*Hernandez* decisions, as well the scope of work in the Knauf Demonstration Remediation Agreement ("KPT Pilot Program") (all of which I have read and am familiar with). Meritage's scope of work equals or exceeds the scope of remediation described in *Germano*, *Hernandez* and the KPT Pilot Program in all material components of the repair process.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOHN COUGHLIN

STATE OF FLORIDA       )
                       )   SS:
COUNTY OF LEE          )

The foregoing instrument was acknowledged before me this 9th day of February, 2011, by John Coughlin. He personally appeared before me, is personally known to me, and/or produced identification _____ and did/did not take an oath.

[Notary Seal: CAROLE A. CHRISTIE, Notary Public - State of Florida, My Comm. Expires Mar 24, 2013, Commission # DD 856193, Bonded Through National Notary Assn.]

Notary: *Carole A Christie*
Print Name: Carole A Christie
My Commission Expires: 3-24-2013
Commission Number: DD 856193

3

Exhibit "1"

## SCOPE OF WORK COMPARISON
### Meritage vs. Court Decisions

| Component | Germano vs. Taishan Gypsum (04/08/10) | Hernandez vs. Knauf Gips (04/27/10) | Meritage |
|---|---|---|---|
| **Electrical** | | | |
| Wires, Switches, Outlets, Breakers | Replace | Replace | Replace |
| Main Panel | Replace if Inside | Not specifically mentioned | Buss Bars-copper or affected only |
| Meters Boxes-Outside-Feeds | Says only electrical inside of units | Not specifically mentioned | Alum not replaced-copper replaced |
| Copper/Silver Components | Replace | Replace | Replace |
| Alarm/Smoke Detectors/Low Voltage | Replace | Replace | Replace |
| Lighting Fixtures | Replace | Replace if copper or silver | All Replaced with exception of customer installed lighting. Customer installed lighting is re-installed with no warranty. Ceiling fans reinstalled. Exception for replacement on case by case basis. |
| Other Affected Electrical | Replace | Replace | Replace, except as noted above |
| **Plumbing** | | | |
| Copper/Silver Components Including Components Partially Containing Silver/Copper | Replace | Replace | Replace |
| Bronze-Valve Shower/Tub | Replace | Not Mentioned | Case by Case, if affected, however all shut offs/stops are replaced. |
| Plumbing Trim-Chrome | Replace | Not Mentioned, only copper/silver | Case by Case, if affected (99% Replaced) |
| PVC/CVPC | Not Mentioned | Salvage-unless damaged-states that PVC and non-metallic components may be preserved and reinstalled | Salvage-unless damaged |
| Porcelain Toilets/Sinks) | Replace-Economic | Replace-Practicality | Salvage-Re-install |
| Water Heater | Replace | Replace-Practicality ILO of inspection/Repair | Replace water heaters inside conditioned area of home or if in a mechanical closet inside garage. Units free-standing in garage are inspected and replaced if affected.-REV: we have replaced all home since April 2010 |
| Kitchen Sinks (Cast-Stainless) | Replace | Replace-Practicality | Re-Install or change for customer satisfaction |
| Other Affected Plumbing | Replace | Replace | Replace |
| **HVAC** | | | |
| Air Handler | Replace | Replace | Replace |
| Line sets | Replace | Replace | Replace SF/Condos-interior of unit only |
| Condensers | Replace | Replace | Case by Case (two units are being replaced as of this date). |
| Duct Work-Low Voltage Wire, T-Stats, Humidistat's | Replace | Replace | Replace |
| Copper/Silver Components | Replace | Replace | Replace |
| Other Affected HVAC | Replace | Replace | Replace |
| **Appliances** | | | |
| Appliances | Replace | Replace | Replace |

## SCOPE OF WORK COMPARISON
### Meritage vs. Court Decisions

| Component | Germano vs. Taishan Gypsum (04/08/10) | Hernandez vs. Knauf Gips (04/27/10) | Meritage |
|---|---|---|---|
| **Finishes** | | | |
| Cabinets | Replace-Economic | Replace-Practicality | 99% Re-Install, 1% replace, repairs done as required. |
| Trim | Replace | Replace | |
| Flooring-carpet | Replace | Replace | Replace |
| Flooring-Tile | Repair if damaged during remediation | Repair if damaged during remediation | Replace |
| Flooring Wood | Replace-Economic | Repair if damaged during remediation | Repair if damaged during remediation |
| Door Hardware | Not Specifically Mentioned | Replace | Repair/Replace if damaged during remediation |
| | | | Hinges replaced, door stops replaced, interior door knobs-if affected-REV as of April 2010 all replaced. |
| Counter-Tops | Replace-Economic | Replace-Practicality | Re-Install, Replace if unable to remove or falls apart during removal process or change for customer satisfaction |
| Shower Enclosures | Replace-Economic | Not Mentioned | Re-install or replace if required due to critical dimension change during re-construct. |
| Other Affected Finishes | Replace | Replace | Replace |
| **Remediation** | | | |
| HEPA | Yes | Yes | Yes |
| Pressure Wash | Yes | Yes | Yes |
| Hand wipe | Yes | Yes | Yes |
| Air Out | Yes 15-30 Days | Yes-30 days | Yes- 10 day min, cold or damp 12 day min, heat added to maintain 82 degrees inside as required. Some homes have aired out 25+ days. All homes subject to third party approval. Spot Inspections-Random during construction process. Random home is closed up (no work) for three days and re-inspected by third party for odor. REV: May 2010 all homes min 15 days, all other condition remain the same |
| Independent Third Party Inspection | Yes | Yes | Yes |