UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL       MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
_____/

AFFIDAVIT OF CAMILLE NESBITT

STATE OF ARIZONA        )
                        ) SS:
COUNTY OF MARICOPA      )

BEFORE ME, the undersigned authority, personally appeared Camille Nesbitt, who after being first duly sworn, deposes and states as follows:

1. I am Manager - National Customer Relations for Meritage Homes of Florida, Inc. ("Meritage"). In my position with Meritage, I am responsible for communicating directly with our customers who own homes in Meritage's Moody River community in Ft. Myers, Florida, that were found to have been built with defective Chinese-manufactured drywall ("Chinese Drywall").

2. I communicate directly with our customers to present them with and discuss the Relocation, Repair Work Authorization and Limited Release Agreement ("Repair Agreement") pursuant to which Meritage will repair these customer's homes.

3. I am aware of the argument raised by the Plaintiffs' Steering Committee ("PSC") in its Memorandum in Support of Its Motion for an Order Requiring an Accounting and Other Relief ("Motion for Accounting") filed on or about December 16, 2010 in *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL") that Meritage

"made false and disparaging statements about the plaintiffs' attorneys" in a letter to its homeowners dated January 25, 2010 ("Homeowner Letter"). This argument is simply not true and disregards the circumstances under which Meritage sent the Homeowner Letter.

4. Before Meritage sent the Homeowner Letter, I had several conversations with homeowners about the Repair Agreement. During those conversations, I was told that the homeowners were being advised by several attorneys that if a homeowner signed the Repair Agreement, that homeowner would be releasing all claims for personal injury and certain other claims against the manufacturers of the Chinese Drywall. That was simply not the case. In response to this misinformation, Meritage sent the Homeowner Letter, which clarified that personal injury claims were not being released and "welcome[d] any questions or concerns [the homeowner's] legal counsel may have."

5. To date, Meritage has identified 88 homes that contained Chinese Drywall. Among those homes, the homeowners for 75 homes have entered into a Repair Agreement with Meritage, which amounts to over 85 percent of Meritage's homeowners impacted by Chinese Drywall. Meritage has completed all repair work and moved the homeowners back into their newly-repaired homes in 65 of those homes. Meritage is in various stages of completing the repairs in the remaining 10 homes.

6. Meritage has received e-mails and letters from many of the homeowners in whose homes we have completed repair work. These homeowners have praised Meritage for "doing the right thing," going "above and beyond in this most difficult situation," "ma[king] a bad situation the best it could be," and "standing behind their product." I have attached to this affidavit as Exhibit "1" a few of these e-mails and letters from our homeowners.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CAMILLE NESBITT

STATE OF ARIZONA     )
                                         )  SS:
COUNTY OF MARICOPA )

The foregoing instrument was acknowledged before me this 8th day of February, 2011, by Camille Nesbitt. She personally appeared before me, is personally known to me, and/or produced identification (personally known), and did/did not take an oath.

Notary: _____

Print Name: Alysan Ulrich formerly Alysan Behnke

My Commission Expires: 2/27/2011

Commission Number: _____

OFFICIAL SEAL
ALYSAN BEHNKE
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Feb. 27, 2011

3

Exhibit "1"

*Thank You*

Case 2:09-md-02047-EEF-MBN   Document 7390-2   Filed 02/09/11   Page 5 of 11

Dear Meritage Homes,

    Thank you for doing the right thing and restoring our condo. We feel very fortunate to have purchased our condo from a company that stands by their product. Many others with Chinese drywall were not so lucky.

    We especially want to thank Roy Silva, David Richardson, Jay Coughlin, and Virginia Musselwhite. They kept in contact and helped us through the process. We are very grateful to them.

    With sincere appreciation
    And warmest thanks to you.

    We have loved our condo from the day we purchased it. You build a quality home.

    Thanks again,
    Sandy & Allan Rhea
    3250 Lee Way Ct, Unit 4
    North Fort Myers, FL 33903

From: Nesbitt, Camille
Sent: Tuesday, August 10, 2010 3:59 PM
To: 'Lisa Martin'; Coughlin, Jay; Silva, Roy
Cc: Phil Martin
Subject: RE: condo

Lisa,

I was on leave when your email arrived. Thank you so very much for the acknowledgment - it was a great experience on our end as well to assist you and your family. We are glad you are back in Moody river and enjoying the comfort of your home.

Best wishes always,


Camille Nesbitt
Manager - National Customer Relations
(480) 515-8064 Office
(480) 627-5032 Fax
Camille.Nesbitt@Meritagehomes.com


Meritage Homes Corporation
17851 N. 85th Street
Suite 300
Scottsdale, Arizona 85255
www.Meritagehomes.com



-----Original Message-----
From: Lisa Martin [mailto:lisa.martin1@me.com]
Sent: Thursday, May 20, 2010 4:45 PM
To: Nesbitt, Camille; Coughlin, Jay; Silva, Roy
Cc: Phil Martin
Subject: condo

Camille,

I just wanted to let you know how impressed I am with the way
everything and everyone at Meritage handled the drywall issue.
All the meetings, communication, walk-throughs and reimbursements,
were all done in a timely fashion and professionally.

Jay and Roy were unbelievable in each of their rolls pertaining to the
demolition, clean up and re-construction of my condo.
We are beyond happy with the condo and our representative that we
hired said how impressed he was with the construction and workmanship.

You all went above and beyond in this most difficult situation.

These words can not completely express the happiness I now have in such a beautiful and safe place to thaw out from the freezing Illinois winters, and to unwind from the daily stresses of life!

Thank you from the bottom of my heart.

Lisa Martin
847-338-3553
13011-6 Sandy Key Bend

Moody Rivers

**From:** Gordon Lowry [mailto:gordo08@earthlink.net]
**Sent:** Friday, April 16, 2010 11:50 AM
**To:** Nesbitt, Camille
**Subject:** Re: 3170 Midship Dr

Camille:

Just wanted you know how pleased I was with the repairs of our home and what great job Jay and his people did for us. Jay was on top of everything and we were very impressed with his follow-through - his compassion - his understanding and his professionalism and knowledge. He did everything he said he would do and more.

You and Virginia Musselwhite have been great too - You all made a bad situation the best it could be and hats off to Meritage for hiring the best people in the right positions.

Make it a Grateful day!

Gordon
Cell-239-595-8110

----- Original Message -----
**From:** Nesbitt, Camille
**To:** gordo08@earthlink.net
**Sent:** Tuesday, December 08, 2009 2:59 PM
**Subject:** Meritage Homes

Mr. Lowry,

I am very pleased to hear your settled into your temporary residence. Thank you for taking the time to speak with me today. Attached you will find the NOC - Notice of Commencement required to stage your home for repair. Please have the 2 copies of the form notarized and return the live copies to my attention at
Meritage Homes Corp
17851 N. 85th Street
Suite 300
Scottsdale, Arizona 85255

In addition you will find a check request form. You may fill out the top portion and email it to Virginia Musselwhite. She will then be able to process you housing benefits.

Thank you,

Camille Nesbitt
Manager - National Customer Relations
(480) 515-8064 Office
(480) 627-5032 Fax
Meritage Homes Corporation
Camille.Nesbitt@Meritagehomes.com
www.Meritagehomes.com

**From:** Ryan Godfrey [mailto:ryangodfrey1@gmail.com]
**Sent:** Tuesday, October 26, 2010 6:04 AM
**To:** Nesbitt, Camille
**Cc:** Annabel Clements
**Subject:** Re: Meritage Homes

Hi Camille,

I have been meaning to write this for a while.

My wife and I wanted to express our sincere thanks to the Meritage Homes team that took care of us during the whole remediation process of our home. You have acted with care and integrity, especially considering the economic circumstance we have been experiencing.

Initially we were sceptical about allowing Meritage to be in control of the whole process, but we are so glad that we did in the end.

Your team was professional, courteous, well managed, performed excellent work, kept us involved in every step of the process, responded and took care of every request, both financially and in the reconstruction of our home.

Our home, when handed over to you, was in excellent condition. You returned it in the same condition, which in our experience is very unusual. You have gone above and beyond our expectations.

Thank you once again. We would, without hesitation, recommend a home from Meritage Homes to anyone, based on your response to this awful situation and the quality of the rebuild of our home.

Please pass on special thanks to Roy Silva, Jay Coughlin and Vince (the contractor who was in charge of the reconstruction of our home). All these guys did a superb job and dealt with us very kindly and professionally in trying circumstances.

Sincerely,

Ryan and Annabel Godfrey


On Wed, Aug 11, 2010 at 3:16 PM, Nesbitt, Camille <Camille.Nesbitt@meritagehomes.com> wrote:

Mr. Godfrey,

Just wanted to say thank you for allowing us to repair your home. I hope you were satisfied with our efforts. Have a great day!

Camille Nesbitt

Manager - National Customer Relations

(480) 515-8064 Office

(480) 627-5032 Fax

Camille.Nesbitt@Meritagehomes.com

Meritage Homes Corporation

17851 N. 85th Street

Suite 300

Scottsdale, Arizona 85255

www.Meritagehomes.com