UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Amato, et al., v. Liberty Mutual Insurance Company, et al., No. 10-932 | |

## JAMES AND CYNTHIA GALLOWAY'S
## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs James and Cynthia Galloway hereby dismiss, without prejudice, all of their claims in Plaintiffs' Omnibus Complaint, *Amato v. Liberty Mutual Ins. Co., et al.* Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Allan Kanner, Esq., counsel for James and Cynthia Galloway, dated January 13, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Dated: February 10, 2011

Respectfully Submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar. No. 14190)
Stephen J. Herman, Esquire (Bar. No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504)-581-4892
Fax: (504)-561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of February, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz and Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504)-581-4892
Fax: (504)-561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT "A"

# KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
FAX: (504) 524-5763

January 13, 2011

*Via E-Mail*

Russ M. Herman
Leonard A. Davis
Herman, Herman, Katz and Cotlar, LLP'
820 O'Keefe Avenue
New Orleans, Louisiana 70113

RE: In Re: Chinese Manufactured Drywall Products Liability Litigation, MDL 2047
*Amato, et al., v. Liberty Mutual Ins. Co., et al.*, No. 10-932

Dear Russ and Lenny:

My clients, David and Heather Bronaugh; Patrick and Kathleen Dennis; James and Jocelyn Butler; James and Cynthia Galloway and Carolyn Cathcart authorize the attorneys of Herman, Herman, Katz and Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims in the *Amato v. Liberty Mutual* omnibus complaint (Omni V).

Cordially,

KANNER & WHITELEY, L.L.C.

By: _____
Allan Kanner, Esq.

cc: Allison Willett
Cayce Peterson
Greg DiLeo/Julie Jochum