UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## EMILIO ALVAREZ-FARRE & MARTHA ALVAREZ-FARRE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LIONGATE DESIGNER STRUCTURE, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Emilio Alvarez-Farre & Martha Alvarez-Farre, hereby dismiss without prejudice all claims or causes of action against Defendant Liongate Designer Structure, LLC in Plaintiffs' Omnibus Complaint (I). Each party is to bear its own attorneys' fees and costs. Plaintiffs, Emilio Alvarez-Farre & Martha Alvarez-Farre shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing EMILIO ALVAREZ-FARRE & MARTHA ALVAREZ-FARRE'S VOLUNTARY DISMISSAL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2011.

/s/ Leonard A. Davis

# EXHIBIT "A"



Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

January 22, 2011

Mr. Leonard Davis
Herman Herman Katz O'Keefe
820 Okeefe Avenue, Suite 100
New Orleans, LA 70113

RE:   **Chinese Manufactured Drywall Products Liability Litigation**
      **MDL No. 2047 – Alvarez Notice of Voluntary Dismissal**

Dear Lenny:

      We respectfully request that you file a Notice of Voluntary Dismissal without Prejudice of all claims or causes of action against Defendant Liongate Designer Structure, LLC in Plaintiffs' Omnibus Complaint (I) on behalf of our clients, Emilio Alvarez-Farre & Martha Alvarez Farre.

                                        Very truly yours,

                                        Ervin A. Gonzalez
                                        Patrick Montoya

THE LAW FIRM OF COLSON HICKS EIDSON

255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
T: 202.386.6706 | F: 202.386.6706