UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. WILKINSON |

**This Document Relates to ALL CASES.**

## ORDER

IT IS ORDERED that a status conference is SCHEDULED for Thursday, February 17, 2011, at 10:00 a.m. in the Chambers of Judge Eldon E. Fallon. The purpose of the conference is to discuss scheduling certain pending insurance-related motions in the MDL litigation. Appropriate representatives of the Plaintiffs' Steering Committee, Insurers' Steering Committee, and Homebuilders' Steering Committees are to be in attendance.

New Orleans, Louisiana, this 9th day of February 2011.

_____
U.S. District Judge