UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DAVID GROSS, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-6690 | * * * * * | JUDGE FALLON <br><br> MAGISTRATE WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

JOSEPH INTORCIA

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Amerisouth, Inc., ("Amerisouth"), and as such, has personal knowledge of the following based on his review of records maintained by Amerisouth in the regular course of business.

2. Amerisouth is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Amerisouth is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.



EXHIBIT A

4. Amerisouth has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Amerisouth has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Amerisouth does not have an agent for service of process in Louisiana.

7. Amerisouth does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Amerisouth does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Amerisouth has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Amerisouth does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Amerisouth has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Amerisouth never anticipated it would be haled into court in Louisiana.

_____
JOSEPH INTORCIA

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 9 DAY OF September, 2010

_____
NOTARY PUBLIC
Charles R Stirzel

CHARLES R. STIRZEL
Notary Public - State of Florida
My Comm. Expires Jul 4, 2012
Commission # DD 800790

2