IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION

                                                                                                               MDL NO. 09-2047
                                                                                                               SECTION: L
                                                                                                               JUDGE FALLON
                                                                                                               MAG. JUDGE WILKINSON

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. v. BEIJING NEW BUILDING MATERIALS, PUBLIC, LTD., ET. AL.

CASE NO.: 2010 CV 361

---

### DEFENDANT'S WOODALL, LLC'S OBJECTION AND RESPONSE TO THE PLAINTIFF'S STEERING COMMITTEE'S MOTION FOR ACCOUNTING AND OTHER RELIEF AND MOTION RELATING TO THE STAY OF OUTSIDE SETTLEMETN ACTIVITIES

Without waiver of its previously-filed Motions to Dismiss, Defendant Woodall, LLC, by counsel, submits the following objections and response to the Plaintiff's Steering Committee's Motion for an Order Requiring an Accounting and Other Relief (MDL, Document No. 6669) ("Accounting Motion") and Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of all Outside Settlement Activities (Document # 6947) ("Settlement Motion"), which have been set for a hearing after the Status Conference on February 23, 2011 (Documents # 7185).

Rather than re-state what others have already said, Woodall, LLC join in and adopt the arguments and reasoning of co-defendants Venture Supply, Inc. and the Porter Blaine Corporation, (collectively "Venture/Porter Blaine") as set forth in Venture/Porter Blaine's

Objection and Response to the Plaintiff's Steering Committee's Motion for an Accounting and Other Relief and Motion Relating to the Stay of Outside Settlement Activities (MDL Document No. 7349), filed today. Woodall, LLC further join in and adopt the Insurer Steering Committee's Opposition to the Plaintiff's Steering Committee's Motion for an Accounting and Other Relief and Motion Relating to the Stay of Outside Settlement Activities, which was filed on February 9, 2011.

Woodall, LLC OBJECTS to the relief sought by the PSC in these motions based upon the reasoning and arguments set forth by Venture/Porter Blaine and the Insurer Steering Committee.

Wherefore, for these reasons, Woodall, LLC requests that the Court deny the Accounting Motion and the Settlement Motion.

Respectfully submitted this 10th day of February, 2011.

                                                  WOODALL, L.L.C.

                                                  By: _____/s/_____
                                                              Counsel

David L. Dayton, Esquire (VSB No.: 31177)
KALBAUGH, PFUND & MESSERSMITH, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 (facsimile)
*Counsel for Woodall L.L.C.*

## CERTIFICATE

I hereby certify that on this 10th day of February, 2011, the above and foregoing has been served on all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order # 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2047.

/s/
David L. Dayton