UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Sean and Beth Payton, et al | * * | JUDGE FALLON |
| vs. | * * | |
| Knauf Gips, KG, et al | * * * | MAG. JUDGE WILKINSON |
| Case No. 2:09-cv-07628-EEF-JCW | * | |

**************************************

### EXCEL CONSTRUCTION OF S.W. FLORIDA, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES, RULE 12 DEFENSES TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT, AND DEMAND FOR JURY TRIAL TO ASSERT CROSS-CLAIMS AGAINST KNAUF GIPS KG, ET AL., AND BANNER SUPPLY CO., ET AL., AND A THIRD-PARTY COMPLAINT AGAINST J&A STUCCO DRYWALL, INC.

**NOW INTO COURT**, through undersigned counsel, comes **Excel Construction of S.W. Florida, Inc. ("Excel Construction")**, sought to be made defendant herein, which moves to amend its Answer under Federal Rule of Civil Procedure 15(a) to add certain ancillary demands.

Excel Construction filed its original *Answer, Affirmative Defenses, Rule 12 Defenses Plaintiffs' Omnibus Class Action Complaint and Demand for Jury Trial* (Document 2421) on April 9, 2010.

Subsequently, on May 27, 2010, this Court entered Pre-Trial Order No. 1G (Document 3348), suspending the deadlines for responding to any of the Omnibus complaints.

Insofar as Pre-Trial Order No. 1G continues to suspend the deadline for responsive pleadings, Excel Construction moves to amend its original Answer for the purpose of adding

1

cross-claims against Knauf Gips KG, et al., and Banner Supply Co., et al., and a third-party complaint against J&A Stucco Drywall, Inc.

**WHEREFORE**, Excel Construction prays that its instant Motion for Leave to Amend be granted and that its Amended Answer, Affirmative Defenses, Rule 12 Defenses to Plaintiffs' Omnibus Class Action Complaint, Demand for Jury Trial, Cross-Claim against Knauf Gips KG, et al., Cross-Claim against Banner Supply Co., et al., and Third-Party Complaint against J&A Stucco Drywall, Inc., be entered into the record.

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar #26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar #32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant*
*Excel Construction of S.W. Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2011.

s/Christopher A. D'Amour