**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Sean and Beth Payton, et al | * * | JUDGE FALLON |
| vs. | * * | |
| | * | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al | * * | |
| Case No. 2:09-cv-07628-EEF-JCW | * | |

## ORDER

CONSIDERING Excel Construction of S.W. Florida, Inc.'s Motion for Leave to Amend its Answer, Affirmative Defenses, Rule 12 Defenses to Plaintiffs' Omnibus Class Action Complaint, and Demand for Jury Trial to Assert Cross-Claims against Knauf Gips KG, et al., and Banner Supply Co., et al., and a Third-Party Complaint against J&A Stucco Drywall, Inc.,

IT IS HEREBY ORDERED that the motion is **GRANTED** and that Defendant Excel Construction of S.W. Florida, Inc., is allowed to file its Amended Answer, Affirmative Defenses, Rule 12 Defenses to Plaintiffs' Omnibus Class Action Complaint, Demand for Jury Trial, Cross-Claim against Knauf Gips KG, et al., Cross-Claim against Banner Supply Co., et al., and Third-Party Complaint against J&A Stucco Drywall, Inc., exhibited to its Motion to Amend.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE