UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| **This document related to:** | * * | |
| *David Gross, et al v. Knauf Gips KG, et al* Docket No. 09-6690 | * * | MAG: WILKINSON |

*************************************************************************

## MOTION TO ADOPT INSURER STEERING COMMITTEE'S OPPOSITION

**NOW INTO COURT**, through undersigned counsel, comes defendant, R&H Masonry Contractor, Inc. ("R&H"), who respectfully requests that the Court adopt the Insurer Steering Committee's Opposition to the Plaintiff Steering Committee's Motion for an accounting and for the prevention of payments/transfers of certain moneys, or alternatively, for court-ordered mediation and a temporary stay of all settlement activities.[1] The reasons for R&H's opposition are fully set forth in the Insurer Steering Committee's Opposition.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
**PHILIP G. WATSON (#31356)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
pwatson@duplass.com
**Counsel for Defendant, R&H Masonry Contractor, Inc.**

---

[1] R. Doc. 7379.

1

# **C E R T I F I C A T E**

I hereby certify that the above and foregoing Motion to Adopt Insurer Steering Committee's Opposition has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of February, 2011.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com