UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * * | JUDGE: FALLON |
| **This document related to:** | * * | |
| *David Gross, et al v. Knauf Gips KG, et al* Docket No. 09-6690 | * * | MAG: WILKINSON |

*****************************************************************************

## ORDER

Considering the Joint Motion to Adopt Insurer Steering Committee's Opposition filed on behalf of Swedberg Enterprises, Inc.;

**IT IS HEREBY ORDERED** that the Motion to Adopt Insurer Steering Committee's Opposition filed on behalf of Swedberg Enterprises, Inc. is **GRANTED**.

**DONE AND SIGNED** this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT COURT JUDGE**

00113769-1