UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br>REF: 09-6690<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * * | |
| David Gross, et al. v. Knauf Gips, KG, et al.<br>Case No. 2:09-cv-06690 | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, Lynne Stephens O'Neal and Jim H. Wilson of the law firm Leitman, Siegal, Payne & Campbell, P.C., comes defendant, Marvin's, Inc. (incorrectly referred to in the Complaint in Intervention as "Marvin's Building Materials and Home Centers") and hereby requests that said Lynne Stephens O'Neal and Jim H. Wilson be withdrawn and substituted with Glenn P. Orgeron and Lisa A. Easterling of the law firm of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., 909 Poydras Street, 14th Floor, New Orleans, Louisiana 70112 as counsel of record on behalf of defendant Marvin's, Inc.

Respectfully Submitted:

/s/ Jim H. Wilson
Lynne Stephens O'Neal (ASB-3829-N77L)
Jim H. Wilson (ASB-9979-S70J)
LEITMAN, SIEGAL, PAYNE &
 CAMPBELL, P.C.
420 North 20th Street
Wells Fargo Tower, Suite 2000
Birmingham, AL  35203-2601
Telephone: 205.251.5900
Facsimile: 205.986.5064
Email:    loneal@lspclaw.com
          jwilson@lspclaw.com


/s/ Glenn P. Orgeron
Glenn P. Orgeron, T.A. (La. Bar #10235)
Lisa A. Easterling (La. Bar #21577)
**KEAN MILLER HAWTHORNE
D'ARMOND MCCOWAN & JARMAN LLP**
909 Poydras Street, 14th Floor
New Orleans, Louisiana  70112
(504) 585-3050 (telephone)
(504) 585-3051 (facsimile)
**glenn.orgeron@keanmiller.com**
**lisa.easterling@keanmiller.com**

Attorneys for Defendant Marvin's, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for Marvin's Inc. filed on February 11, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of February, 2011.

/s/ Glenn P. Orgeron