UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | REF: 09-6690 |
| THIS DOCUMENT RELATES TO: | * * | SECTION "L" |
| | * * | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-06690 | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Substitute of Counsel of Record filed by Marvin's, Inc.;

**IT IS HEREBY ORDERED** that Glenn P. Orgeron and Lisa A. Easterling of the law firm of Kean Miller Hawthorne D'Armond McCowan & Jarman, LLP be and are hereby substituted as Counsel of Record for Marvin's, Inc. in place of Lynne Stephens O'Neal and Jim H. Wilson of the law firm Leitman, Siegal, Payne & Campbell, P.C. who are relieved of all duties in this matter.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**