**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al., Case No. 2:10-cv-00361 (E.D.La.) | |

**SUPPLEMENTAL DECLARATION OF ARNOLD LEVIN IN SUPPORT OF PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

I, Arnold Levin, declare as follows:

1.      I am a partner in the law firm of Levin, Fishbein, Sedran & Berman, counsel of record for Plaintiffs in this matter.  I am a member in good standing of the bar of the State of Pennsylvania.  I submit this supplemental declaration in support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment.  I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.      Plaintiffs have received notice from APS International, Ltd. ("APS") that service of process was perfected on certain defendants by virtue of leaving rejected legal process with the defendant.  Service of process was perfected in this manner on Beijing New Building Materials Public Limited Co. on August 25, 2010; Taian Taishan Plasterboard Co., Ltd. on September 25, 2010, and Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. on September 25, 2010.  These defendants shall be referred to herein collectively as the Defaulting Defendants.

3.      Documents memorializing effective service on Beijing New Building Materials Public Limited Co.; Taian Taishan Plasterboard Co., Ltd.; and Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. are attached hereto as Exhibits "A", "B", and "C", respectively.

4.      To date, the Defaulting Defendants have failed to enter an appearance, answer, or otherwise respond to Plaintiffs' complaint.


I declare under penalty of perjury under the laws of the State of Pennsylvania and the United States that the foregoing is true and correct.

Executed this 11th day of February, 2011, at Philadelphia, Pennsylvania.

_____

ARNOLD LEVIN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of February, 2011.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047