# EXHIBIT B

*SX-1297*

# Shandong Province Superior People's Court

Shandong Superior Court
Law Association Receipt No. [2010] 74

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by your Court's Law Association No. [2010] 1183 document to serve legal documents to ___Tai'an Taishan Plasterboard Co., Ltd.___ as entrusted by the United States, this is to inform you that the Shandong Province Tai'an City Intermediate People's Court has made an attempt to serve the party concerned, but the same refused to accept the process service, denying its capacity as an affiliate, so the service failed. We are now returning the said documents and material to you.

[Seal]

Shandong Province Superior People's Court
Judicial Assistance Official Seal

September 25, 2010

(X-10-1297)

Case Name: Wiltz v. Beijing New Building Materials Public Limited Co.
Defendant: Taian Taishan Plasterboard Co., Ltd.
Court Case No.: 10-361

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
 - the (date)
 - *le (date)* _____
 - at (place, street, number)
 - *à (localité, rue numéro)* _____

 - in one of the following methods authorised by article 5-
 - *dans une des formes suivantes prévues à l'article 5:*
   [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a) selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
       *b) selon la forme particulière suivante:* _____

   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
 - (identity and description of person)
 - *(identité et qualité de la personne)* _____

 - relationship to the addressee (family, business or other):
 - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
  The company claimed they are subsidiary branch office and refused to accept.
  _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (II), Exhibits "A" - "C", Schedule 1, Schedule 2, Schedule 3, Schedule 4, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:* _____

Done at _____ [中华人民共和国 Beijing 司法部 / 民商事司法协助专用章] , the 30th November
*Fait à* _____ , *le* _____

Signature
*Signature et/ou cachet.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:* _____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

WX-10-1297

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    Taian Taishan Plasterboard Co., Ltd.
Beixiyao Cun/Qianzhoujiayuan Cun/Houzhoujiayuan Cun, Dawenkou Zhen, Taian City, Shandong 271026, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action
--Plaintiffs' Amended Omnibus Class Action Complaint (II)
--Exhibits "A" - "Q"
--Schedule 1
--Schedule 2
--Schedule 3
--Schedule 4
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.    , the 7/28/10
                                              *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)    USM-94    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

SX-1297

# 山东省高级人民法院

鲁高法协受(2010)74号

最高人民法院外事局：

  贵院法协[2010]1183号关于___美国___请求向__泰安泰山纸面石膏板公司__

送达法律文书一事，业已经__山东省泰安市中级人民法院__

将该法律文书进行了送达，因__以非其分公司为由拒绝接收__

_____原因未能成功送达，现将所附材料退回，请查收。

