# EXHIBIT C

*SX-1298*

# Shandong Province Superior People's Court

---

Shandong Superior Court
Law Association Receipt No. [2010] 73

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by your Court's Law Association No. [2010] 1182

document to serve legal documents to ____ Taishan Plasterboard Co., Ltd. (f/k/a

Shandong Taihe Dongxin Co., Ltd.) ____ as entrusted by the United States, this is to

inform you that the Shandong Province Tai'an City Intermediate People's Court has

made an attempt to serve the party concerned, but the same refused to accept the process

service without stating the reason(s) for refusal, so the service failed. We are now

returning the said documents and material to you.

[Seal]

Shandong Province Superior People's Court
Judicial Assistance Official Seal

September 25, 2010

$5Y-10-1298$

Case Name: Wiltz v.  Beijing New Building Materia:
Defendant:  Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 10-361

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
>       - the (date)
>       - *le (date)* _____
>       - at (place, street, number)
>       - *à (localité, rue numéro)* _____
>       _____

>       - in one of the following methods authorised by article 5-
>       - *dans une des formes suivantes prévues à l'article 5:*
>       [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
>           *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
>       [ ]  (b)  in accordance with the following particular method*:
>           *b)   selon la forme particulière suivante:* _____
>       _____
>       [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
>           *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
>       - (identity and description of person)
>       - *(identité et qualité de la personne)* _____
>       _____
>       - relationship to the addressee (family, business or other):
>       - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
>       _____

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

Refused to accept without any reason.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (II), Exhibits "A" - "C", Schedule 1, Schedule 2, Schedule 3, Schedule 4

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at _____ the _____ November
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

---

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

*NK-10-1298*

APPLICANT IS AUTHORIZED TO S[...]
UNDER THE RULES OF CIVIL PRO[...] OF THE STATE OF: Louisiana

AL RULES OF CIVIL PROCEDURE AND

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit — in duplicate — the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Dawenkou Daiyue District, East of National Road 104, 25km South, Tai'an City 271000 Taian, Shandong, China
Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents — and of the annexes* — with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte — et de ses annexes — avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action
--Plaintiffs' Amended Omnibus Class Action
Complaint (I[...])
--Exhibits "A" - "C"
--Schedule 1
--Schedule 2
--Schedule 3
--Schedule 4
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.      , the 7/28/10
, le

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

· (Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)      (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

SX-1298

# 山东省高级人民法院

鲁高法协受(2010)73号

最高人民法院外事局:

　　贵院法协[2010]1182 号关于＿＿＿＿美国＿＿＿＿＿请求

向 泰山石膏股份有限公司(原山东泰和东新股份有限公司)

送达法律文书一事,业已经＿＿山东省泰安市中级人民法院＿

将该法律文书进行了送达,因拒绝接收并拒绝注明拒收理由

＿＿＿＿＿原因未能成功送达,现将所附材料退回,请查收。

