UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| This document relates to: | ) ) ) | SECTION: L |
| | | JUDGE FALLON |
| *Gross, et al, v. Knauf Gips KG, et al* EDLA No. 2:09-cv-06690 _____ | ) ) ) | MAG. JUDGE WILKINSON |

## **O R D E R**

Considering Plaintiffs' Motion for Leave to File Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment (with exhibits).

New Orleans, Louisiana this _____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge