# EXHIBIT A

Judicial Association No. SX-1162
U.S.

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1126 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy   Summons, one copy   Complaint, one copy   Document, one copy | | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. | | |
| Address for Service | Floor 17, China Jian Cai Building, No. 11 A Sanlihe Road, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation   The company refuse to accept. | | |

Issuer: Chen, Xin                          Servers: Ma, Jia Guo   Gu, Zhi Qiang
                                                         Aug. 25, 2010

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
  *(identité et adresse)* _____Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)_____
_____No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China_____
                                     Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
_____
_____
[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____

Done at                                        , the
*Fait à* Minneapolis, Minnesota, U.S.A.     *le* 7/7/10

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN USA

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
Court Case No.: 09-6690

SX-10-1162

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a) selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          *b) selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The addressee refused

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _____ 2nd. Dec. 2010 _____, the _____ Beijing
*Fait à*                                , *le*
Signature and/or stamp.
*Signature et/ou cachet.*

2

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | | 案　号 | 法协（2010）1126 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书摘要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北新集团建材股份有限公司 | | |
| 送达地址 | 海淀区三里河路甲11号中国建材大厦17层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人

2010.8.25

注：(1) 送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　(2) 代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。
　　(3) 本《〈送达回证〉》适用涉港、澳地区送达。