# EXHIBIT B

U.S.

## SHANDONG PROVINCE QINGDAO CITY
## INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Shandong Province Qingdao City Intermediate People's Court]

*Law Association No. FX-10-171*
*Judicial Association No. SX-10-99*

| Cause No. | Entrusted service | Cause of Action | Shandong Province Law Association Receiving No. (2010) 17 |
|---|---|---|---|
| Document Served and Number | Complaint in Class Action, 2 copies (Case No. 09-6690) Summons in Civil Action, 2 copies (Case No. 09-6690) Certificate of Service, 2 copies | | |
| Recipient (Unit) | QINGDAO YILIE INTERNATIONAL TRADE CO. LTD. | | |
| Address for Service | Room 0804, Building No.1, Tiancheng Yuan, No.21 Donghaixi Road, Qingdao City, China. | | |
| Recipient Signature or Seal | | | Date |
| Recipient in substitution and reason(s) | Gao, Yun | | February 22, 2010 |
| Notes | | | |

Issuer: Ge, Bao Yi                              Server: Ge, Bao Yi    Lu, Deng Ke

Case Name: Gross v. Knauf Gips, KG
Defendant: Qingdao Yilie International Trade Co., Ltd.
Court Case No.: 09-6690

SS-10-99.

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __22/2, 2010.__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Room 0804 Building 1, Tiansheng yuan, No. 4 Donghai XX West Road, Shinan District, Qingdao city.__
   - in one of the following methods authorised by article 5:
   - *dans une/des formes suivantes prévues à l'article 5:*
     - [✓] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       - *a) selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] (b) in accordance with the following particular method*;
       - *b) selon la forme particulière suivante:* _____
     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       - *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Goo Sambody__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __15/3, 2010__.
*Fait à* _____, *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-2010-99

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of Judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*   Qingdao Yilie International Trade Co., Ltd.
Room 804, Building 1, Tianshengyuan, 21 Donghai West Road, Shinan District, Qingdao, Shandong 266071, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at _____, the 1/13/10
*Fait à* Minneapolis, Minnesota, U.S.A., *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[signature]

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94    (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

# 山东省青岛市中级人民法院
## 送 达 回 证



FX-10-171
SX-10-99

| 事　由 | 受 托 送 达 | 来文文号 | 鲁高法协受（2010）17号 |
|---|---|---|---|
| 送 达 文 书 名 称 和 件 数 | 集团诉讼起诉书二份（案件编号：09—6690）<br>民事诉讼传票二份（案件编号：09—6690）<br>送达证明二份 | | |
| 受 送 达 人 | 青岛怡羚国际贸易有限公司 | | |
| 送 达 地 址 | 青岛市市南区东海西路21号天晟苑1号楼0804室 | | |
| 受 送 达 人 签 名 或 盖 章 | 　　　　　　　　　　　　　　　　年　月　日 | | |
| 代 收 人 及 代 收 理 由 | 高13　　　　　2010年2月22日 | | |
| 备　注 | | | |

填发人：葛宝义　　　　　送达人：葛宝义、吕登科