# EXHIBIT C

# THE PEOPLE'S REPUBLIC OF CHINA

## SHANGHAI SUPERIOR PEOPLE'S COURT

### PROOF OF SERVICE

(Seal: Shanghai Superior People's Court)

*Judicial Association No.SX-10-100*

| | |
|---|---|
| Case No. | Shanghai Superior Court International No. (2010) 09 |
| Cause of Action | Law Association No. (2010) 109   United States |
| Document for Service and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy |
| Servee(s) | SHANGHAI EAST BEST ARTS & CRAFTS CO., LTD. |
| Address for Service | 273 Si Ping Road, (Shanghai, China) |
| Recipient's Signature or Seal | Huang, Zhi Min     [Seal] Shanghai East Best Arts & Crafts Co., Ltd.<br><br>March 8, 2010 |
| Mode of Delivery |   | Executive Server | Chen, Zhi Qiu   Chen, Ping |

| |
|---|
| Reason(s) for Non-service or Refusal to Accept by Recipient:<br><br><br>[Half of a written Chinese word.]<br><br>March 8, 2010 |

SX-10-100

Case Name: Gross v. Knauf Gips, KG
Defendant: Shanghai East Best Arts & Crafts Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __March 8th, 2010__
   - at (place, street, number)
   - *à (localité, rue numéro)* __No. 273 Siping Road, Shanghai, China.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*,
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Shanghai East Best Arts & Crafts Co., Ltd__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

Done at __Beijing__, the __April 23rd, 2010__
*Fait à* ; *le*
Signature and/or stamp.
*Signature et/ou cachet.* [Seal: 人民共和国 司法部 司法协助专用章]

2

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

SX-2010-100

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire – a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*      Shanghai East Best Arts & Crafts Co., Ltd.
                                 273 SI Ping Lu, Shanghai 200081, China
                     Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at                                    , the 1/13/10<br>*Fait à* Minneapolis, Minnesota, U.S.A.     *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

中华人民共和国
上海市高级人民法院
送 达 回 证

SX-10-100

| 案号 | 沪高法外(2010) 09 号 |
|---|---|
| 案由 | 法协（2010）109 号　　美国 |
| 送达文书名称和件数 | 被送达文书概要一份，传票一份，诉状一份 |
| 受送达人 | 上海东浩工艺品股份有限公司 |
| 送达地址 | 上海四平路 273 号 |
| 受送达人签名或签章 | 黄志敏 |
| 送达方式 | 执行送达人 陈志敏 陈平 |
| 不能送达的原因或受送达人拒收理由： | 10 年 3 月 8 日 |