## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

### DECLARATION OF ARNOLD LEVIN WITH FURTHER DOCUMENTATION SUPPORTING FEBRUARY 1, 2011 ORDER [DOC. NO. 7302] GRANTING PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

I, Arnold Levin, declare as follows:

1.      I am a partner in the law firm of Levin, Fishbein, Sedran & Berman, counsel of record for Plaintiffs in this matter. I am a member in good standing of the bar of the State of Pennsylvania. I submit this declaration in order to provide additional documentation supporting the Court's Order dated February 1, 2011 [Do. No. 7302]. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.      Plaintiffs received notice from APS International, Ltd. ("APS") that service of process was perfected on Changzhou Yinhe Wood Industry Co., Ltd. on June 27, 2010; China National Building Materials Co., Ltd. on February 25, 2010; China National Building Material Group Corporation ("CNBM Group") on February 25, 2010; Fuxin Taishan Gypsum And Building Material Co., Ltd. on March 4, 2010; Hubei Taishan Building Material Co., Ltd. on February 8, 2010; Jinan Run & Fly New Materials Co., Ltd. on February 8, 2010; Nanhai Silk Imp. & Exp. Corporation on March 12, 2010; Pingyi Baier Building Materials Co., Ltd. on February 25, 2010; Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. ("Chenxiang") on February 25, 2010; Qinhuangdao Taishan Building Material Co., Ltd. on February 9, 2010; Shanghai Yu Yuan Imp & Exp Co.,

Ltd. on February 26, 2010; Sinkiang Tianshan Building Material And Gypsum Product Co, Ltd. on April 30, 2010; Sunrise Building Materials Ltd. on December 7, 2009; Tai'an Jindun Building Material Co., Ltd. on February 4, 2010; Taishan Gypsum Co., Ltd. Lucheng Branch on March 26, 2010; Taishan Gypsum (Baotou) Co., Ltd. on March 3, 2010; Taishan Gypsum (Chongqing) Co., Ltd. on February 9, 2010; Taishan Gypsum (Henan) Co., Ltd. on March 25, 2010; Taishan Gypsum (Pingshan) Co., Ltd. on March 11, 2010; Taishan Gypsum (Pizhou) Co., Ltd. on March 3, 2010; Taishan Gypsum (Tongling) Co., Ltd. on February 20, 2010; Taishan Gypsum (Xiangtan) Co., Ltd. on March 24, 2010; and Yunan Taishan Gypsum and Building Material Co., Ltd. on April 7, 2010.

3.      In addition to the defendants listed above, Plaintiffs have received notice from APS that other defendants have been served by virtue of leaving rejected legal process with the defendant.  Service of process was perfected in this manner on Beijing New Building Materials Public Limited Company on February 25, 2010; Shaanxi Taishan Gypsum Co., Ltd. on March 11, 2010; Taishan Gypsum (Hengshui) Co., Ltd. on March 10, 2010; Taishan Gypsum (Jiangyin) Co., Ltd. on July, 29, 2010; and Taishan Gypsum (Wenzhou) Co., Ltd. on May 14, 2010.  These defendants as well as those referenced in the preceding paragraph shall be referred to herein collectively as the Defaulting Defendants.

4.      After receiving notification that service had been effectuated on the Defaulting Defendants as set forth above, Plaintiffs filed an omnibus motion for preliminary default judgment on September 29, 2011 [Doc. No. 5621].  This motion for preliminary default judgment was supported by my September 28, 2011 declaration as well as the documentation appended thereto evidencing service of the complaint and summons on the Defaulting Defendants.

5.      The Court granted the motion for preliminary default judgment by Order dated

2

February 11, 2011 [Doc. No. 7302].

    6.     Plaintiffs now wish to provide the Court and the parties with additional documentation supporting the February 11, 2011 Order granting the motion for preliminary default judgment.

    7.     Documents memorializing effective service on the Defaulting Defendants is appended hereto as follows:

    1.     Changzhou Yinhe Wood Industry Co., Ltd., appended hereto as Exhibit "A";

    2.     China National Building Materials Co., Ltd., appended hereto as Exhibit "B";

    3.     China National Building Material Group Corporation ("CNBM Group"), appended hereto as Exhibit "C";

    4.     Fuxin Taishan Gypsum And Building Material Co., Ltd., appended hereto as Exhibit "D";

    5.     Hubei Taishan Building Material Co., Ltd., appended hereto as Exhibit "E";

    6.     Jinan Run & Fly New Materials Co., Ltd., appended hereto as Exhibit "F";

    7.     Nanhai Silk Imp. & Exp. Corporation, appended hereto as Exhibit "G";

    8.     Pingyi Baier Building Materials Co., Ltd., appended hereto as Exhibit "H";

    9.     Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. ("Chenxiang"), appended hereto as Exhibit "I";

    10.     Qinhuangdao Taishan Building Material Co., Ltd., appended hereto as Exhibit "J";

    11.     Shanghai Yu Yuan Imp & Exp Co., Ltd., appended hereto as Exhibit "K";

    12.     Sinkiang Tianshan Building Material And Gypsum Product Co, Ltd., appended hereto as Exhibit "L";

    13.     Sunrise Building Materials Ltd., appended hereto as Exhibit "M";

14.   Tai'an Jindun Building Material Co., Ltd., appended hereto as Exhibit "N";

15.   Taishan Gypsum Co., Ltd. Lucheng Branch, appended hereto as Exhibit "O";

16.   Taishan Gypsum (Baotou) Co., Ltd., appended hereto as Exhibit "P";

17.   Taishan Gypsum (Chongqing) Co., Ltd., appended hereto as Exhibit "Q";

18.   Taishan Gypsum (Henan) Co., Ltd., appended hereto as Exhibit "R";

19.   Taishan Gypsum (Pingshan) Co., Ltd., appended hereto as Exhibit "S";

20.   Taishan Gypsum (Pizhou) Co., Ltd., appended hereto as Exhibit "T";

21.   Taishan Gypsum (Tongling) Co., Ltd., appended hereto as Exhibit "U";

22.   Taishan Gypsum (Xiangtan) Co., Ltd., appended hereto as Exhibit "V";

23.   Yunan Taishan Gypsum and Building Material Co., Ltd., appended hereto as Exhibit "W";

24.   Beijing New Building Materials Public Limited Company, appended hereto as Exhibit "X";

25.   Shaanxi Taishan Gypsum Co., Ltd., appended hereto as Exhibit "Y";

26.   Taishan Gypsum (Hengshui) Co., Ltd., appended hereto as Exhibit "Z";

27.   Taishan Gypsum (Jiangyin) Co., Ltd., appended hereto as Exhibit "AA"; and

28.   Taishan Gypsum (Wenzhou) Co., Ltd., appended hereto as Exhibit "BB".

8.   To date, the Defaulting Defendants have failed to enter an appearance, answer, or otherwise respond to Plaintiffs' complaint.

4

I declare under penalty of perjury under the laws of the State of Pennsylvania and the

United States that the foregoing is true and correct.

Executed this 11th day of February, 2011, at Philadelphia, Pennsylvania.

ARNOLD LEVIN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of February, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047