# EXHIBIT A

US

# JIANGSU PROVINCE CHANGZHOU CITY

# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Jiangsu Province Changzhou City Intermediate People's Court]

*Law Association No. FX-10-131*
*Judicial Association No. SX-10-77*

| Cause of Action | Judicial assistance | Cause No. | (2010) Changzhou Intermediate Court Law Association No. 5 |
|---|---|---|---|
| Document Served and Number | Summary of Documents served, one copy; Summons, one copy; Complaint, one copy; Document, one copy | | |
| Recipient (Unit) | CHANGZHOU YINHE WOOD CO., LTD. | | |
| Address for Service | Qianfeng Industrial Park, Henglin Town, Changzhou City, (Jiangsu province, China) | | |
| Recipient Signature or Seal | Yang, Guang Ting   [Seal: CHANGZHOU YINHE WOOD CO., LTD.]<br><br>June 27, 2010 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:  Wei, Lai                                    Servers:  Jiang, Yan Xia

Case Name: Gross v. Knauf Gips, KG
Defendant: Changzhou Yinhe Wood Industry Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
### ATTESTATION

*5x-2077*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
   - the (date)
   - *le (date)*  _____ *June 27th, 2010* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____ *Qianfeng Industrial Park, Hanlin Town Changzhou* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)   in accordance with the following particular method*:
         *b)   selon la forme particulière suivante:* _____

      [ ]  (c)   by delivery to the addressee, who accepted it voluntarily.*
         *c)   par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      - *(identité et qualité de la personne)* _____ *Yang Yitang* _____

      - relationship to the addressee (family, business or other):
      - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

   _____
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at
*Fait à* _____ *Beijing* _____ the _____ *Aug 16th, 2010*

Signature and/or stamp.
*Signature et/ou cachet.*

_____
_____
_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-2010-77

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*     Changzhou Yinhe Wood Industry Co., Ltd.
Qianfeng Industrial Park, Henglin Town, Changzhou, Jiangsu 213103, China
Tel:

|X| (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
| | (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

| | (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint | Done at , the |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. , *le* 1/13/10 |
| Translations | |
| Summary of the Document to be Served | |
| | Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.*/. Rayer les mentions inutiles*

江 苏 省 常 州 市 中 级 人 民 法 院

送 达 回 证

FX-10-131
SX-10-77

| 案 由 | 买卖协助 | 案 号 | (10)常中字第 上 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 被告出庭通知书、传票、询问笔录、送达书 | | |
| 受送达人 | 常州银河木业有限公司 | | |
| 送达地址 | 常州椿林镇前黄24号 | | |
| 受送达人<br>签名或盖章 | *[签名]* *[公章]* 2010 年 6 月 27 日 | | |
| 代收人及<br>代收理由 | | | 年　月　日 |
| 备　考 | | | |

填发人 *[签名]*　　送达人 *[签名]*

# EXHIBIT B

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-85

| Cause of Action | | Cause No. | Law Association No. (2010) 197 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Company Limited. | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China  100037) . | | |
| Recipient Signature or Seal | Chang, Che Li      Vice President          010-88282398<br>                                                           February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation              . | | |

Issuer:  Chen, Xin                                         Servers:  Zhu, Cheng Fu      Li, Qing

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

Case Name: Gross  v.  Knauf Gips, KG
Defendant:  China National Building Materials Co., Ltd. (CNBM)
Court Case No.:  09-6690

SX 10-85

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.*

1)    that the document has been served*
1.    *que la demande a été exécutée*
- the (date)  February 25th, 2010
- *le (date)*
- at (place, street, number)  11/F, Zhongguo Jiancai Mansion, No. 11 Sanlihe Road, Haidian
- *à (localité, rue numéro)*  District, Beijing, China

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        a)    *selon les formes légales (article 5, alinéa premier, lettre a),*
  [ ]  (b)  in accordance with the following particular method*:
        b)    *selon la forme particulière suivante:* _____

  [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
        c)    *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*  the signature could not be recognized

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  the vice-president of the addressee

2)    that the document has not been served, by reason of the following facts*:
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

_____

Done at   Beijing                         the  6/4, 2010
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet*

华  民  共  种  国
司  法  部
司 法 协 助 专 用 章

*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

*SX-2010-85*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)       China National Building Materials Co., Ltd. (CNBM)
          17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
          Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.         , the<br>                       *le* 1\3\10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55430

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                   (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*



北京市高级人民法院
送 达 回 证

$5x-10-85$

| 案 由 | | 案 号 | 法协（2010）197 | |
|---|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票 份<br>文书一份 | |
| 受送达人 | 中国建筑材料有限公司<br>建材股份 | | | |
| 送达地址 | 海淀区三里河路甲 11 号中国建材大厦 17 层 | | | |
| 受送达人<br>签名或盖章 | | | 010-8808 2398<br>刘立战    2010.2.25 | |
| 代收人<br>代收理由 | | | | |
| 备 考 | 美国，有译文 | | | |

填发人  陈新                                  送达人 朱以玲 李毫

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五  一条的规定办理；送达民事、行政诉讼
        文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
    （2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
        由。
    （3）本《〈送达回证〉》适用涉港、澳地区送达。

# EXHIBIT C

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-92

| Cause of Action | | Cause No. | Law Association No. (2010) 194 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Group | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China  100037) . | | |
| Recipient Signature or Seal | Ma, Gen Lin      Deputy General Manager, Corporate Management Department<br>13911865588<br><br>                                                    February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation                       . | | |

Issuer: Chen, Xin                                      Servers:  Zhu, Cheng Fu      Li, Qing

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

Case Name: Gross v. Knauf Gips, KG
Defendant: China National Building Material Group Corporation (CNBM Group)
Court Case No.: 09-6690

SX-10-92

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
     - the (date)
     - *le (date)* February 25th, 2010
     - at (place, street, number)
     - *à (localité, rue numéro)* 17/E, Zhongguo Jiancai Mansion, No. 11 Sanlihe Road, Haidian District, Beijing, China

     - in one of the following methods authorised by article 5-
     - *dans une des formes suivantes prévues à l'article 5:*
          [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
                a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
          [ ]  (b)  in accordance with the following particular method*:
                b)   *selon la forme particulière suivante:* _____

          [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
                c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     - *(identité et qualité de la personne)* Genlin Ma

     - relationship to the addressee (family, business or other):
     - *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* the Vice-manager of the Department of Business Administration of addressee

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à* Beijing 华人民共和国 the 2010
Signature and/or stamp.
*Signature et/ou cachet.*

司 法 部
司法协助专用章

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

$SX-2010-92$

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*     China National Building Material Group Corporation (CNBM Group)
_____17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing 100037, China
            Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*
_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| Class Action Complaint | Done at | , the | 1/13/10 |
|---|---|---|---|
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. | *le* | |
| Translations | | | |
| Summary of the Document to be Served | | | |
| | Signature and/or stamp. | | |
| | *Signature et/ou cachet.* | | |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*



北京市高级人民法院
送达回证

SX-10-92

吴

| 案　　由 | | 案　　号 | 法协（2010）194 |
|---|---|---|---|
| 送达文书 名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 中国建筑材料集团公司 | | |
| 送达地址 | 海淀区三里河路甲 11 号中国建材大厦 17 层 | | |
| 受送达人 签名或盖章 | 《签名》<br>13911865588 | 《签名》<br>2010. 2. 25 | |
| 代收人 代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

# EXHIBIT D

# LIAONING PROVINCE FUXIN CITY
## INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Liaoning Province Fuxin City Intermediate People's Court
Case Filing Department]

*Law Association No. FX-10-175*
*Judicial Association No. SX-10-111*

| | |
|---|---|
| Case No. | US District Court, Eastern District of the State of Louisiana<br>Civil Case No. 09-6690 |
| Cause of Action | Indemnity Case |
| Servee | FUXIN TAISHAN GYPSUM BUILDING MATERIAL CO. LTD. |
| Address for Service | Case Filing Department, Liaoning Province Fuxin Intermediate People's Court |
| Document Served and Number | Summons in a civil action, and Class Action Complaint |
| Recipient Signature or Seal | Shang, La Zhou    (Financial officer of the company)<br>[Seal: Fuxin Taishan Gypsum Building Material Co., Ltd.] |
| Date of Receipt | March 4, 2010 |
| Substitute Recipient and Reason | Ji, Chun Mei        Liu, Hong |
| Servers | |
| Notes | |

SX-10-11

Case Name:  Gross v. Knauf Gips, KG
Defendant:  Fuxin Taishan Gypsum and Building Material Co. Ltd.
Court Case No.:  09-6690

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
- the (date)
- *le (date)* March 4th, 2010
- at (place, street, number)
- *à (localité, rue, numéro)* the Registering Courtroom of the Intermediate People's Court of Fuxin City, Liaoning Province, China
- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*,
       a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  (b)  in accordance with the following particular method*:
       b)   *selon la forme particulière suivante:* _____

  [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
       c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* Xianzhou Shang

- relationship to the addressee (family, business or other): the treasurer of the addressee
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2. de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à* Beijing　　　the March 26th, 2010

Signature and/or stamp.
*Signature et/ou cachet.*

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

S8-10-111

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776       Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)          Fuxin Taishan Gypsum and Building Material Co. Ltd.
                    Pingxi Industrial Park North, Haizhou District, Fuxin, Liaoning 123000, China
                    Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à*  Minneapolis, Minnesota, U.S.A.       , the 1/13/10<br>                                             *le* |
| | Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,            USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles.*

辽宁省阜新市中级人民法院

# 送 达 回 证

FX-10-175
SX-10-111

| 案　号 | 路易斯安那州东部地区美国地区法院　民事诉讼案号码 09—6690 |
|---|---|
| 案　由 | 赔　偿 |
| 受送达人 | 阜新泰山石膏建材有限公司 |
| 送达地点 | 辽宁省阜新市中级人民法院立案庭 |
| 送达文书<br>名称及件数 | 民事诉讼传票　　集团诉讼起诉书 |
| 受送达人签收 | |
| 代收人签收 | |
| 收到日期 | 2010 年 3 月 4 日 |
| 送达人 | 冀春梅　　刘　鸿 |
| 备<br><br>注 | |

# 授 权 委 托 书

阜新市中级 人民法院：

你院受理 大卫·格罗斯等人 与我公司赔偿

一案，依照法律规定，特委托 贾显周

（性别：男    年龄：28   工作单位：阜新泰山石膏建材有限公司

职业：        住址：    ）为我的诉讼代理人。

委托事项和权限如下：

代收法律文书．



受委托人：贾显周

二0一0年 三月 4日

# 法定代表人身份证明书

贾同春 同志，在我单位任 经理，是法定代表人

职务，特此证明。



单位全称（盖章）

2010 年 3 月 4 日

附：该代表人住址：

电　　　话：

注：企业事业单位、机关、团体的主要负责人为本单位的法定
代表人。

# 企业法人营业执照

注册号 2109000040201115

| | |
|---|---|
| 名　　称 | 阜新矍山石膏建材有限公司 |
| 住　　所 | 阜新市海州区平西园区北区 |
| 法定代表人姓名 | 贾雨晋 |
| 公 司 类 型 | 有限责任公司（法人独资） |
| 经 营 范 围 | 纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰装修材料的生产、销售 |
| 注 册 资 本 | 人民币贰仟万元 |
| 实 收 资 本 | 人民币贰仟万元 |
| 成 立 日 期 | 二○○八年四月十七日 |
| 营 业 期 限 | |



中华人民共和国
组织机构代码证

代　码: 79159109-6

机构名称: 阜新泰山石膏建材有限公司

机构类型: 企业法人

地　址: 辽宁省阜新市海州区平西园区北区

有效期: 自2006年09月28日至2010年09月28日

颁发单位: 阜新市质量技术监督局

登记号: 组代管210900-012214

NO.2005 2732531