# EXHIBIT I

# THE PEOPLE'S REPUBLIC OF CHINA
## SHANDONG PROVINCE LINXINYI CITY
## INTERMEDIATE PEOPLE'S COURT
## PROOF OF SERVICE

[Seal: Shandong Province Linyi City Intermediate People's Court]

*Law Association No. FX-10-193*
*Judicial Association No. SX-10-91*

| Cause of Action | | Cause No. | Shangdong Superior Court Law Association Transaction No. 21 |
|---|---|---|---|
| Document Served | Summary of document, summons, complaint served. | | |
| Recipient (Unit) | Pinyi Zhong Xing Gypsum Plasterboard Co., Ltd. (former known as Shandong Chen Xiang Building Material Co., Ltd. ) | | |
| Address for Service | Junhe Industrial Park, Pingyi County, Linyi City Shandong Province, China. (Dongyah Dianzi Cun (Village), Pingyi Zhen (Town), Pingyi Xian (County), Shandong 273000 China.) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | [Signature illegible] (received on behalf) Feb. 25, 2010 | | |
| Notes | Servers:  Nong, Jian Guang  0539-8128077 Zhao, Xiu Na  0539-8138238 | | |

Issuer:   Hou, Pei Dong          Date of Issue:                    Server:   Lu, Wen Qi

Note:
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

SX-10-91

Case Name: Gross v. Knauf Gips, KG
Defendant: Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd., formerly known as Shandong Chenxiang Building Materials Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
*1.*  *que la demande a été exécutée*
- the (date)        February 25th, 2010
- *le (date)*
- at (place, street, number)        Junhe Industrial Park, Pingyi County, Linyi City, Shandong
- *à (localité, rue numéro)*        Province, China.

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ] (b)  in accordance with the following particular method*:
        *b)*  *selon la forme particulière suivante:* _____
        _____

    [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)*  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)        the signature could not be recognized.
- *(identité et qualité de la personne)*

- relationship to the addressee (family, business or other):        not mentioned.
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)  that the document has not been served, by reason of the following facts*:
*2.*  *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at        Beijing , the        March 26th, 2010
*Fait à*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-2010-91

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*          Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.
                     formerly known as Shandong Chenxiang Building Materials Co., Ltd.
        Dongyah Dianzi Cun (Village), Pingyi Zhen (Town), Pingyi Xian (County), Shandong 273300 China
                     Tel: 05394181801

[X] (a)   In accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   In accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.                  , the<br>                                  *le*  1/2/10 |
| | Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate/. *Rayer les mentions inutiles*

# 中华人民共和国
## 山东省临沂市中级人民法院
## 送 达 回 证
### （各类案件通用）

FX-10-193
SX-10-91

| 案　　由 | | 案　号 | 鲁高法协受 （2010）21 号 |
|---|---|---|---|
| 送达文书 名　　称 | 被送达文书概要、传票、诉状 | | |
| 受送达人 | 平邑中兴纸面石膏板有限公司 （原名山东晨翔建材有限公司） | | |
| 送达地址 | 中国山东省临沂市平邑县浚河工业园 (Dongyah Dianzi Cun(Village),PingyiZhen(Town), PingyiXian(Country) Shangdong273300 China) | | |
| 受送达人 签名或盖章 | | | 年　　月　　日 |
| 代收人及 代收理由 | 王世利（代收） | | 二〇一〇年 2月21日 |
| 备　　考 | | | 送达人：王世建 0539-8128017 赵修顺 0539-5428238 送达人：庞文麒 |

签发人：侯培栋　　　　　　　　　　签发日期：

注：1、送达刑事诉讼文书，按照《刑诉法》第五十七条的规定办理；送达民事、行政诉讼文书，按照或参考
《民事诉讼法》第七十八条、第七十九条的规定办理。
　　2、代收诉讼文书的，由代收人签名或盖章后，还应注明与受送达人的关系及代收理由。

# EXHIBIT J

**QINHUANGDAO CITY**
**HAIGANG DISTRICT PEOPLE'S COURT**

## PROOF OF SERVICE

[Seal: Qinhuangdao City Haigang District People's Court]

*Judicial Association No. SX-10-71*

| Cause No. | | Cause of Action | ( ) No. |
|---|---|---|---|
| Document Served and Number | Summary of documents, Summons, and Complaint | | |
| Recipient (Unit) | QINHUANGDAO TAISHAN BUILDING MATERIAL CO., LTD. | | |
| Address for Service | No. 69, Gang Cheng Street East Section, (Qinhuangdao City, Jiangsu Province, China) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Yang, Xing Shan February 9, 2010 | | |
| Notes | Head of the General Management Office | | |

Issuer:                                    Server:   Jiang, Chuan      Lu, Xiao Zhang

Note:
    (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

[Reversed seal imprint:  Qinhuangdao City Haigang District People's Court]

SX- 10-71

Case Name:  Gross v.  Knauf Gips, KG
Defendant:  Qinhuangdao Taishan Building Material Co., Ltd.
Court Case No.:  09-6690

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
- the (date)  February 9th, 2010
- *le (date)*
- at (place, street, number)  No 69, East of Gongcheng Street, Haigang District,
- *à (localité, rue numéro)*  Qinhuangdao City, China

- In one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b)  in accordance with the following particular method*:
      b)  *selon la forme particulière suivante:* _____

  [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
      c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*  Xingshan Yang

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  the General Section Chief of the addressee

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

Done at   Beijing   March 26th, 2010
*Fait à*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

_____
_____
_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-2010-71

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile, ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* _____ Qinhuangdao Taishan Building Material Co., Ltd.

Gangcheng Street, East No. 69, Haigang District, Qinhuangdao 066000, China

Tel:

|X| (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
| |  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

_____

| |  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the 1/13/10
   *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate./ *. Rayer les mentions inutiles*

秦皇岛 海港区人民 民法院

送达回证

（各案件通用）

FR-10-125
SX-10-71

| 案　　由 | | 案号 | （　）字第　号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 送达文书概要　传票、诉状 | | |
| 受送达人 | 秦皇岛泰山建城有限公司 | | |
| 送达地址 | 港城大街东线69号 | | |
| 受送达人<br>签名或盖章 | | | 年　月　日 |
| 代收人及<br>代收理由 | 杨光山 | | 2010 年 2 月 9 日 |
| 备　　考 | 综合处女 | | |

填发人　　　　　　　　　　　送达人 江川　卢峰

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民
　　事诉讼法第七十八条、第七十九条的规定办理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。



# 秦皇岛市海港区人民法院

# 送达回证

（各类案件通用）

SX-10-71

| | | | |
|---|---|---|---|
| 案　　由 | | 案号 | （　　）字第　　号 |
| 送达文书名称和件数 | 送达文书概要　传票　诉状 | | |
| 受送达人 | 秦皇岛泰山建材有限公司 | | |
| 送达地址 | 港城大街东段69号 | | |
| 受送达人签名或盖章 | 年　月　日 | | |
| 代收人及代收理由 | 柳兴山　2010 年 2 月 9 日 | | |
| 备　　考 | 综合处长 | | |

填发人　　　　　　送达人　江川　卢小涛

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# EXHIBIT K

# THE PEOPLE'S REPUBLIC OF CHINA

## SHANGHAI SUPERIOR PEOPLE'S COURT

### PROOF OF SERVICE

(Seal: Shanghai Superior People's Court)

*Judicial Association No.SX-10-81*

| Case No. | Shanghai Superior Court International No. (2010) 010 | | |
|---|---|---|---|
| Cause of Action | Law Association No. (2010) 122    United States | | |
| Document for Service and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy | | |
| Servee(s) | SHANGHAI YUYUAN TOURIST MART IMPORT & EXPORT CO., LTD. | | |
| Address for Service | 3rd Floor, No. 1, Lane 135, Old Jiao Chang Road, (Shanghai, China) | | |
| Recipient's Signature or Seal | [Seal]   Shanghai Yuyuan Tourist Mart Import & Export Co., Ltd.<br><br>February 26, 2010 | | |
| Mode of Delivery | | Executive Server | Ge, Wen Jun      Chen, Ping |
| Reason(s) for Non-service or Refusal to Accept by Recipient: <br><br><br><br><br>Date | | | |

Case Name: Gross v. Knauf Gips, KG
Defendant: Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
Court Case No.: 09-6690

*SX-10-81*

### CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)     that the document has been served*
1.     *que la demande a été exécutée*

     - the (date)   *February 26th, 2010*
     - *le (date)*
     - at (place, street, number)   *2/F, No.1, Lane 135, Jiujiaochang Road, Shanghai, China*
     - *à (localité, rue, numéro)*

     - in one of the following methods authorised by article 5-
     - *dans une des formes suivantes prévues à l'article 5:*
        [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
             *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]   (b)   in accordance with the following particular method*:
             *b)*   *selon la forme particulière suivante:* _____

        [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
             *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     - *(identité et qualité de la personne)*   *Shanghai Yuyuan Shangcheng Import and Export Co., Ltd.*

     - relationship to the addressee (family, business or other):
     - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)     that the document has not been served, by reason of the following facts*:
2.     *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   *Beijing*   , le   *April 23rd, 2010*
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

    * * Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

SX-2010-81

"APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*     Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
_____3/F No. 135-1, Jiu Jiao Chang Road, Shanghai 200010, China_____
Tel: _____

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A. _____ , the<br>, *le* 1/13/10 |
| | Signature and/or stamp.<br>*Signature et/ou cachet.* |
| | (Formerly OBD-116 which was formerly LAA-116,     USM-94<br>both of which may still be used)                    (Est. 11/22/77) |

* Delete if inappropriate/. *Rayer les mentions inutiles*

中华人民共和国

上海市高级人民法院

送 达 回 证

SX-10-81

| 案号 | 沪高法外(2010)010 号 | | |
|---|---|---|---|
| 案由 | 法协（2010）122 号　　美国 | | |
| 送达文书<br>名称和件数 | 被送达文书概要一份，传票一份，诉状一份 | | |
| 受送达人 | 上海豫园进出口有限公司 | | |
| 送达地址 | 上海旧校场路 135 弄 1 号 3 楼 | | |
| 受送达人签<br>名或签章 | | 年  3 月 6 日 | |
| 送达方式 | | 执行送达人 | |
| 不能送达的原因或<br>受送达人拒收理由： | | | |
| | | 年　　月　　日 | |

# EXHIBIT L

# XINJIANG UYGHUR AUTONOMOUS REGION
## SUPERIOR PEOPLE'S COURT
## PROOF OF SERVICE

[Seal: Xinjiang Uyghur Autonomous Region Superior People's Court]

*Law Association No. FX-10-115*
*Judicial Association No. SX-10-90*

| Recipient | . | | Cause of Action | |
|---|---|---|---|---|
| Address of Service | Xinjiang Tianshan Building Material and Gypsum, LLC | | | |

| Document for Service | Issuer | Server | Receiving Date | Recipient's Signature or seal | Reasons for Non-service |
|---|---|---|---|---|---|
| US District Court Eastern District of the State of Louisiana Summons in a Civil Action, Case No.09-6690. | | | April 30, 2010 17:15 | Yang, Hai Yu | |
| US District Court Eastern District of the State of Louisiana Complaint in a Class Action, Case No.09-6690. | | | April 30, 2010 17:15 | Yang, Hai Yu | |
| | | | Date | | Head of Production Dept. |
| | | | Date | | |
| | | | Date | | |
| Notes | (1) After service, mail this Proof of Service to Xinjiang Superior People's Court at Supreme People's Court No. 3 Xin Yi East Road, Wulumuqi City, Xinjiang. (2) Postal Code: 830063    (3) 0991 ................. | | | | |

Note:  (1)  *The documents for service should be served directly on the serve; if the recipient is not in, hand the documents to his/her adult family member(s) and note the relationship of the substitute recipient and the intended serve; if the servee has designated a servee-on-behalf at the court, hand the documents to this sevee-on-half.*

(2)  *If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient.  The service is then deemed as executed.*

68-70-90 · ~ ~ ~ ~

Case Name: Gross v. Knauf Gips, KG
Defendant: Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
Court Case No.: 09-6690

<div align="center">

**CERTIFICATE**
*ATTESTATION*

</div>

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*
   - the (date)
   - *le (date)*  __30/6, 2010__ .
   - at (place, street, number)
   - *à (localité, rue numéro)*  _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ V ]/(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
      [  ]  (b)   in accordance with the following particular method*:
           *b)    selon la forme particulière suivante:*  _____

      [  ]  (c)   by delivery to the addressee, who accepted it voluntarily.*
           *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)*  __Yang Haiyu__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  __the director of Production Departments__

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à*  __Beijing__  司法 __9/6, 2010__ .
Signature and/or stamp,
*Signature et/ou cachet.*

中华人民共和国
司法协助专用章

---

* Delete if inappropriate.
  *Rayer les mentions inutiles.*                                   2

SX-2010-90

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)     Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
Dabancheng Village, Dabancheng Township, Dabancheng District, Urumchi, Xinjiang Uygur, Autonomous Region 830000,China
Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a)    *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____<br>_____ | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.          , the 1/13/10<br>                                                     *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                      (Est. 11/22/77)

* Delete if inappropriate*/. Rayer les mentions inutiles.*

乙　美国

# 新疆维吾尔自治区高级人民法院
## 送　达　回　证

FX-10-115
SX-10-90

| 受送达人 | | | | 案由 | |
|---|---|---|---|---|---|
| 受送达单位 | 新疆天山建材石膏制品有限责任公司 | | | | |
| 送达地点 | | | | | |
| 送达文件 | 签发人 | 送达人 | 收到日期 | 受送达人签名或盖章 | 不能送达的理由 |
| 路易斯安那州东部地区民事诉讼09-6690 证据民事诉讼传票 | | | 二〇一〇年4月30日17时15 | 杨海青 | |
| 路易斯安那州东部地区民事诉讼09-6690 传票 证据民事诉讼文件 | | | 二〇一〇年4月30日17时八 | 杨海青 | |
| | | | 年　月日　时 | | 转告了部队 |
| | | | 年　月日　时 | | |
| | | | 年　月日　时 | | |
| 备注 | ① 送达后请将送达回证寄新疆乌鲁木齐市新医东路 3 号 最高人民法院　　　大审厅 新疆高级人民法院- - - - - - - - - - - - 庭- - - - - - - - - - 。 ② 邮编 830063 ③ 电话 0991- - - - - - - - - 。 | | | | |

注：1、送达诉讼文书，应当直接送交受送达人；本人不在时，交他的
　　　同住成年家属签收，并在备注栏写明代收人与当事人的关系；受
　　　送达人已向人民法院指定代收人的，交代收人签收。
　　2、受送达人拒绝接收诉讼文书的，送达人应当邀请有关基层组织的
　　　代表或者其他人到场，说明情况，在送达回证上记明拒收事由和
　　　日期，由送达人、见证人签名或盖章，把诉讼文书留在受送达人
　　　的住处，即视为送达。

58-10-90.

ئۈرۈمچى شەھرى داۋانچىڭ رايونلۇق خەلق سوت مەھكىمىسى

# 乌鲁木齐市达坂城区人民法院

送 达 笔录

时间：2010年4月30日

地点：新疆天山建材石膏制品有限责任公司

送达人：兰昊、张峻维

被送达人：新疆天山建材石膏制品有限责任公司生产部长收 杨海青

？你好，我们是达坂城法院的工作人员，受最高人民法院外事局委

托向你公司送达美国路易斯安那东部地区美国地区法院，民事诉

讼案 09-6690号佳票、诉状等，请你公司签收。

：好的

？这是涉外案件请在收到诉状、佳票后20日内对起诉书作出答复

或提出清求，送达原告，起无异议阅笔录签字。

杨海青

2010. 4. 30

第　　页