# EXHIBIT M

Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**
**CivilActionGroup.com**

APS File: 255512-6

## *AFFIDAVIT OF SERVICE ON A CORPORATION*

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service in a foreign country pursuant to Article 10 of the Hague
Service Convention

Service of Process on:

–Sunrise Building Materials Ltd.
Court Case No. 09-6690

| | |
|---|---|
| **Name of Server:** | _Amilcar Vieira_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on the _7th_ day of _December_, 200_9_, at _2:53_ o'clock _P_ M |
| **Place of Service:** | at _7-55 Nugget Ave._, city of _Scarborough_, ~~state~~ of _Ontario_ Province |
| **Documents Served:** | the undersigned served the documents described as: |
| | Summons in a Civil Action, Class Action Complaint, Summary of the Document to Be Served |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Sunrise Building Materials Ltd.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _Amee Wen, Manager_ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex _F_; Skin Color _white_; Hair Color _Black_; Facial Hair _N/A_ Approx. Age _28_; Approx. Height _5'2"_; Approx. Weight _100 lbs._ ☑To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Foreign Law:** | Service also done under Rule: _16.02(1)(c)_ of Canada |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Subscribed and sworn to before me this _10th_ day of _December_, 20 _09._ |

_Amilcar Vieira_
Signature of Server _Amilcar Vieira_      Notary Public      (Commission Expires) _N/A_

**APS International, Ltd.**

# EXHIBIT N

**SHANDONG PROVINCE TAI'AN CITY
INTERMEDIATE PEOPLE'S COURT**

## PROOF OF SERVICE

[Seal:  Shandong Province Tai'an City Intermediate People's Court]

*Law Association No. FX-10-133*
*Judicial Association No. SX-10-95*

### (To be used by all types of cases)

| Cause No. | Judicial Assistance | Cause of Action | (2010) Law Association No. 9 |
|---|---|---|---|
| Document Served and Number | Legal proceedings (61 pages) from US District Court, Easter District, Louisiana. | | |
| Recipient (Unit) | TAI'AN JIN DUN BUILDING MATERIAL CO., LTD. | | |
| Address for Service | This Court. | | |
| Recipient Signature or Seal | Ren, Shang Fu (staff, Company's Appliance Departmrnt) February 4, 2010 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:                                  Server:   Yi, Lei

Note:
      (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
      (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: Gross v. Knauf Gips, KG
Defendant: Tai'an Jindun Building Material Co., Ltd.
Court Case No.: 09-6690

SX-10-95

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* February 11th, 2010
   - at (place, street, number)
   - *à (localité, rue numéro)* the Intermediate People's Court of Tai'an City, Shandong Province, China.
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a)   selon les formes légales (article 5, alinéa premier, lettre a),*
     [ ] (b) in accordance with the following particular method*:
       *b)   selon la forme particulière suivante:* _____
     _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* Shangfu Ren
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* one staff of the Legal Affair Department of the addressee

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at
*Fait à* Beijing the 22/2, 2010

中 人 民 共 和 国
司 法 部
司法协助专用章

Signature and/or stamp.
*Signature et/ou cachet.*

_____
_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-2010-95

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*      Tai'an Jindun Building Material Co., Ltd.
Beixiyao Cun/Qianzhoujiayuan Cun/Houzhoujiayuan Cun, Dawenkou Zhen, Taian City, Shandong 271026, China
Tel: 05388812516

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| Class Action Complaint | Done at | , the |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. | , le |
| Translations | | |
| Summary of the Document to be Served | | |
| | Signature and/or stamp. | APS INTERNATIONAL |
| | *Signature et/ou cachet.* | APS International Plaza |

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)     USM-94

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

山东省泰安市中级人民法院

# 送 达 回 证

（各类案件通用）

FX-10-133
SX-10-95

| 案　由 | 司法协助 | 案　号 | （2010鲁泰协字第 9 号 |
|---|---|---|---|
| 送达文书名称和件数 | 路易斯安那州东部地区法院诉讼文书一宗(61及) | | |
| 受送达人 | 泰安金盾建材股份有限公司 | | |
| 送达地址 | 本广院 | | |
| 受送达人签名或盖章 | 任尚富(公司法规部工作人员) | 2010 年 2 月 4 日 | |
| 代收人及代收理由 | | 年　　月　　日 | |
| 备　考 | | | |

填发人　　　　　　　　　　　　送达人

注 ：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、
　　　行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办
　　　理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送人的关
　　　系及代收理由。

# EXHIBIT O

US

[SEAL: Lucheng City People's Court]   PEOPLE'S COURT

## PROOF OF SERVICE

Law Association No. FX-10-195
Judicial Association No. SX-10-89

| Cause of Action | | Cause No. | ( ) No. |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy; Summons, one copy; Complaint, one copy | | |
| Recipient | Lucheng City Taishan Plaster Building Material Co., Ltd., Changzhi City, Shanxi Province, (China) | | |
| Address for Service | No. 3, Ganlin Road, Lucheng City, Shanxi Province, (China) | | |
| Recipient Signature or Seal | Peng, Ming Hao   [Finger print]                    March 26, 2010<br>                        Manager                                  [Finger print] | | |
| Recipient in substitution and reason(s) | | | |
| Notes | | | |

Issuer:                                        Server:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §81; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

Case Name:  Gross  v.  Knauf Gips, KG
Defendant:  Taishan Gypsum Co., Ltd., Lucheng Branch
Court Case No.:  09-6690

SX-10-89

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
- the (date)
- *le (date)*   March 26th, 2010
- at (place, street, number)
- *à (localité, rue numéro)*   No.3 Ganlin Road, Lucheng City, Shanxi Province, China

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  (b)  in accordance with the following particular method*:
        *b)  selon la forme particulière suivante:* _____

  [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*   the signature could not be recognized.

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   the manager of the addressee.

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at
*Fait à*   Beijing   , the   April 23rd, 2010
              , le
Signature and/or stamp.   中 华 人 民 共 和 国
*Signature et/ou cachet.*   司  法  部
                            司法协助专用章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2



SX-2010-89

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters. signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Ministry of Justice<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

> *(identité et adresse)*      Taishan Gypsum Co., Ltd., Lucheng Branch
> Ganlin Road No. 3, Lucheng, Shaanxi 325088, China
> Tel:

|X| (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

| | (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

_____

| | (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br><br>_____<br>_____<br>_____<br>_____ | Done at _____, the ⅟₁₃/₁₀<br>*Fait à*  Minneapolis, Minnesota, U.S.A. , le<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>**APS INTERNATIONAL**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, MN 55439** |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                    (Est. 11/22/77)

\* Delete if inappropriate/. *Rayer les mentions inutiles*



人民法院

# 送 达 回 证

**（各类案件通用）**

FR-10195
SX-10-89

| 案　由 | | 案号 | （　　）字第　　号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要壹份, 传票壹份, 诉状壹份 | | |
| 受送达人 | 山西省长治市潞城市泰山石膏建材有限公司 | | |
| 送达地址 | 山西省潞城市甘霖路3号 | | |
| 受送达人签名<br>或盖章 | 李小兔　炉经理 | 2010 年 3 月 26 日 | |
| 代收人及<br>代收理由 | | 年　月　日 | |
| 备　考 | | | |

　　填发人　　　　　　　送达人

注：1、送达刑事诉讼文书，按照刑事诉讼法第八十一条的规定办理；送达民事、行政

　　诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　2、代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代

　　收理由。

# EXHIBIT P

United States

## TUMOTE (TUMD) YOUQI PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Tumote (Tumd) Youqi People's Court]

*Law Association No. FX-10-12*
*Judicial Association No. SX-10-73*

| Cause No. | | Cause of Action | (    ) No. | |
|---|---|---|---|---|
| Document Served and Number | US District Court Eastern District of the State of Louisiana Summons in a Civil Action, Case No.09-6690    Complaint in Class Action (106 page in all) | | | |
| Recipient | TAISHAN GYPSUM (BAOTOU) CO., LTD. | | | |
| Address for Service | The Office of Taishan Gypsum (Baotou) Co., Ltd. Natai Village South, Goumen Town, Tuyouqi, Baotou City | | | |
| Recipient Signature or Seal | [Seal] Taishan Gypsum (Baotou) Co., Ltd. Signature:_____ March 3. 2010 | | | |
| Recipient in substitution and reason(s) | Signature:_____ Date | | | |
| Notes | Head of General Affairs Office. | | | |

Issuer:   Mao, Yong Gang                    Server:   Xu, Zhi Sheng

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Baotou) Co., Ltd.
Court Case No.: 09-6690

55-10-73

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date)
- *le (date)*     __3/3, 2010__.
- at (place, street, number)
- *à (localité, rue numéro)*   __Guomen Township, Tuyouqi Baotou__

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ✓ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
   [  ]   (b)   in accordance with the following particular method*:
            b)   *selon la forme particulière suivante:* _____

   [  ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
            c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- identity and description of person)
- *(identité et qualité de la personne)*   __Can't be recognized__

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____          Done at     Beijing        华 人 民 共 和 国    9/6, 2010.
_____          *Fait à*                   司 法 部
In appropriate cases, documents establishing the service:    Signature and/or stamp.  司法协助专用章
*Le cas échéant, les documents justificatifs de l'exécution:*   *Signature et/ou cachet.*
_____
_____

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*                          2

SX-2010-73

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* _____ Taishan Gypsum (Baotou) Co., Ltd. _____
_____ No. 7 Goumen Township, Tuyouqi Baotou, Inner Mongolia Autonomous Region 014100, China _____
Tel: _____

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

_____
_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint_____ | Done at |
| Summons in a Civil Action_____ | *Fait à* Minneapolis, Minnesota, U.S.A._____ , the  1 / 13 / 10 |
| Translations_____ | *, le* |
| Summary of the Document to be Served_____ | |
| _____ | Signature and/or stamp. |
| _____ | *Signature et/ou cachet.* |
| _____ | |
| _____ | |
| _____ | |
| _____ | |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                  (Est. 11/22/77)

* Delete if inappropriate/ *Rayer les mentions inutiles*

已   美国

# 土 默 特 右 旗 人 民 法 院
## 送 达 回 证

FK-10-12
R-10-73

| 案　由 | | 案　号 | （一）字第　号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 路易斯安那州东部地区美国地区法院 发布传信召罪<br>其编为 09-6690、集团诉讼起诉书（第106页） | | |
| 受送达人 | 泰山石膏（包头）有限公司 | | |
| 送达地址 | 包头市巴西镇河门镇纳太村南泰山（包头）石膏板材有限公司 | | |
| 受送达人<br>签名或捺印 | | 签名：<br>20　年 3 月　日 | |
| 代收人及<br>代收理由 | | 签名：＿＿＿＿＿<br>＿＿＿年＿月＿日 | |
| 备　考 | 综合放外处 | | |

填发人：毛云山川　　　　　　　送达人：徐志胜

# EXHIBIT Q

U.S.

# CHONGQING CITY
## JIANGJIN DISTRICT PEOPLE'S COURT

## PROOF OF SERVICE

[Seal:  Chongqing City Jiangjin District People's Court]

*Law Association No. FX-10-119*
*Judicial Association No. SX-10-70*

| Cause No. | | Cause of Action | ( ) No. |
|---|---|---|---|
| Document Served and Number | Summons in a civil action; Complaint in a civil action | | |
| Recipient (Unit) | TAISAHN GYPSUM (CHONGQING) CO., LTD. | | |
| Address for Service | Section A, Luo Huang Industrial Park, Jiangjin District, Chongqing City (Suchuan Province, China) | | |
| Recipient Signature or Seal | Wu, Xin Min                                        February 9, 2010 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | Wu, Xin Min is General Manager of Taishan (Chongqing) Company | | |

Issuer:   Li, Rui Xing                         Server:   Gao, Yong Yong      Li, Rui Xing

Note:
     (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
     (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Chongqing) Co., Ltd.
Court Case No.: 09-6690

SX-70-70

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date) **9/2, 2010**
- *le (date)*
- at (place, street, number) **Luhuang Industrial Park A. Jiangjin, Changqing City**
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ✓ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
  [  ]  (b)  in accordance with the following particular method*:
   *b)   selon la forme particulière suivante:* _____

  [  ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
   *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person) **The signature is too roughly to be recognized.**
- *(identité et qualité de la personne)*

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at **Beijing** the **2/3, 2010**
*Fait à                        , le*

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

SX-2010-70

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   (identité et adresse)        Taishan Gypsum (Chongqing) Co., Ltd.
_____ Luhuang Industrial Park A, Jiangjin, Chongqing 402260, China _____

   Tel:
[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*
_____
_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| Class Action Complaint _____ | Done at _____, the 8/13/10 |
|---|---|
| Summons in a Civil Action _____ | *Fait à* Minneapolis, Minnesota, U.S.A. _____, *le* |
| Translations _____ | |
| Summary of the Document to be Served _____ | |
| _____ | Signature and/or stamp. |
| _____ | *Signature et/ou cachet.* |
| _____ | |
| _____ | (Formerly OBD-116 which was formerly LAA-116,     USM-94<br>both of which may still be used)                              (Est. 11/22/77) |

\* Delete if inappropriate/. *Rayer les mentions inutiles*

美

# 重庆市 江津区 人民法院
# 送 达 回 证

FX-10 # 119
5X-10-70

| 案　由 | | 案号（　　）字第　　号 | |
|---|---|---|---|
| 送达文书名称和件数 | 民事诉讼决票、民事诉讼起诉书 | | |
| 受送达人 | 泰山石膏（重庆）有限公司 | | |
| 送达地址 | 重庆江津临瑭 工业园区 A8幢 | | |
| 受送达人签名或盖章 | 武治民　　　2010　年 2 月 9 日 | | |
| 代收人及代收理由 | 年　　月　　日 | | |
| 备　考 | 武治民等泰山（重庆）园 总经理 | | |

填表人 李婵鑫　　　送达人 高永勇 李婵鑫

注：(1) 送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　(2) 代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。