# EXHIBIT Z

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*) __Taishan Gypsum (Hengshui) Co., Ltd.__
__Renmin West Road (Hengfeng Power Plant Ecology Industrial Park), Hengshui City 253000, China__
Tel.:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the 1/13/10
, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,  USM-94
both of which may still be used)  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ] (b) in accordance with the following particular method*:
        *b) selon la forme particulière suivante:* _____
    [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
        *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

the addressee rejected to accept the documents for the reasons that it is only a branch company, and the head office has accepted the same documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Beijing the March 26th, 2010
*Fait à*
Signature and/or stamp. [中华人民共和国 司法部 司法协助专用章]
*Signature et/ou cachet.*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

# Hebei Province Superior People's Court

Judicial Association No. SX-10-106
Hebei Superior Court
Law Association No. (2010) 6

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by the Law Association of your court through document No. [2010] 172 to server the legal proceedings on Taishan Gypsum (Hengshui) Co., Ltd. (Address: Power Plant Ecology Park, Renmin West Road, Hengshui City, Hebei Province), this is to inform you that Hengshui City Intermediate People's Court attempted to serve the said legal documents on the party concerned, and the said party however refused to accept the documents on the ground that it is only a division and the company's head office had already received the said documents, so the service on this party failed. We are now returning these legal materials to you.

[Seal]

The People's Republic of China
Hebei Province Superior People's Court
Judicial Assistance Special Stamp

March 10, 2010

美

# 河北省高级人民法院

SX-10-106
冀高法协[2010]6号

最高法院外事局：

贵院法协[2010]172号，美国请求向泰山石膏(衡水)有限公司(地址：衡水市人民西路电厂生态工业园，邮编：253000或053000)送达法律文书一事，业经衡水市中级人民法院将该法律文书送达有关当事人，该被送达人以自己是分公司且总公司已收悉此文书为由拒收，无未能送达，现将所有材料退回，请查收。



# EXHIBIT AA

SX-2010-69

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(Identité et adresse)*   Taishan Gypsum (Jiangyin) Co., Ltd.
   Shengang Industrial Park, Jiangyin Economic and Technological Development Zone, Jiangsu 214443, China
   Tel:

|X|  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
| |   (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

| |   (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at _____, the 1/13/10
*Fait à* Minneapolis, Minnesota, U.S.A. , le 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,           USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Jiangyin) Co., Ltd.
Court Case No.: 09-6690

SX-10-69

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   *The addressee refused to accept it.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at Beijing, the Aug 16th. 2010
*Fait à* _____, *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayez les mentions inutiles.*

2

*U.S.*
*Law Association No. FX-10-118*
*Judicial Association No. SX-10-69*

# Jiangsu Province Superior People's Court

Jiangsu Superior Court
Law Association No. (2010) 179

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by the Supreme People's Court's Law Association No. [2010] 118 document to serve legal documents to __Taishan Gypsum (Jiangyin) Co., Ltd. /Address: Shengang Industrial Park, Jiangyin Economic and Technology Development Zone, Wuxi City, (Jiangsu Province, China)__ as entrusted by the United States, this is to inform you that the Wuxi City Intermediate People's Court has made an attempt to serve the party concerned, but the servee refused to accept the document for service so the service failed. We are now returning the said documents and material to you.

[Seal]

The People's Republic of China
Jiangsu Province Superior People's Court
Judicial Assistance Official Seal

July 29, 2010

Contact person: Zhang, Song Bo        Telephone: 025-83785871

FX-10-118 
SX-10-69

# 江苏省高级人民法院

苏高法协[2010] 179 号

最高人民法院外事局：

贵院法协[2010]118 号文关美国请求向泰山石膏（江阴）有限公司地址无锡江阴经济技术开发区申港工业园区（邮编：214443），送达有关文书送达法律文书一事，业已经我省无锡市中级人民法院送达有关当事人。因受送达人拒绝接收，故未能送达。现将材料退回，请查收。



联系人：张松波          电话：025-83785871

# EXHIBIT BB

U.S.

## ZHEJIANG PROVINCE

## WENZHOU CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Zhejiang Province Wenzhou City Intermediate People's Court]

*Judicial Association No. SX-10-110*
*(2010) Zhejiang Wenzhou Court/Intn'l Assistance No.6*

| Cause of Action | Judicial Assistance |
|---|---|
| Document Served and Number | The Supreme Court Law Association (2010) No. 180 correspondence; Provincial Superior Court (2010) Zhejiang Superior Court International Assistance No. 26 correspondence; Summons, Complaint, Certificate of Service and Translation. |
| Servee/Recipient | Taishan Gypsum (Wenzhou) Co., Ltd. |
| Address for Service | Inside Wenzhou Power Co., Ltd., Panshi Town, Leqing City, Wenzhou, (Zhejiang, China). |
| Signature or seal by Recipient | Date     Year |
| Substitute Recipient | Date     Year |
| Date of Receipt | Date     Year |
| Servers | Xie, Di Di     Zhong, Xia |
| Notes | On May 14, 2010, staff of this court went to the above address to execute the requested service. The head of the company General Manager Yang was not in so the head of the company's integrated service department contacted General Manager Yang by phone and Yang responded that the servee is a subsidiary of Taishan Gypsum Co., Ltd. and the parent company had directed them not to receive and sign any process service document. So the company staff refused to accept the document. This court then attempted to execute the service via mail but the documents for service were returned (See attached copy of a photo). The contact information of the parent company can be found on "China Building Materials Web". We have found the following telephone numbers:<br>0577-62847081 (Integrated Service Department)<br>0577-62847085 (......General Manager Yang)<br>509244 (......number)<br><br>                                        Xie, Di Di<br>                                              May 2010<br>                                        Zhong, Xia<br>                                              May 2010 |

| Issuer | Xie, Di Di |
|--------|------------|

*Note:*  1. *If the recipient proper is not in, hand the documents to an adult family member for receiving in substitution.*
2. *In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.*
3. *If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient. The service is then deemed as executed.*

Return   Wenzhou

# CERTIFICATE FOR AUTHORIZING RETURNING
# OF LEGAL INSTRUMENTS

Leqing City People's Court:

We are returning the mail to you. The mail is undeliverable due to the following reasons:

1. Our search shows that there is no such recipient at the address for service.

2. The recipient and his/her adult family members who reside at the abode were long-term out. The local village or neighborhood committee was able to issue certificate to prove his/her unavailability and the situation was verified to be true.

3. The recipient and his/her adult family members who reside at the abode were long-term out. The local village or neighborhood committee refused to issue certificate to prove his/her unavailability, but the postmen working in pair from this Post Office certified that the situation was real.

4. The recipient and his/her adult family members refused to receive the legal instruments and the service failed due to the fact that the mail was undeliverable. Or

5. Others:


1st delivery:   The company leader refused to receive the instruments.


2nd delivery:


Telephone contact:


Courier:  Qian, Yue Cheng            Supervisor:  Zhang, Shan Long

Day Postmark: [Zhejiang Province Leqing City/ May 21, 2010  06/ North Baixiang Street / Delivery 02]

Institution: (Official Seal) North Baixiang Post Office.

[Photo]

[The white company sign on blue background:]

**TAISHAN GYPSUM (WENZHOU) CO., LTD.  TAISHAN GYPSUM (WENZHOU) CO., LTD.**

LEQING POSTAL SERVICE

# EMS®  Global Express Mail Service

## NATIONAL EXPRESS MAIL SERVICE DELIVERY FORM

Barcode ★ E Y 2 4 2 2 5 4 9 6 0 C N ★

| ORIGINAL OFFICE: | ACCEPTED DATE: May 14, 2010 | | |
|---|---|---|---|
| Sender's Name:<br>ZHEJIANG PROVINCE WENZHOU CITY INTERMEDIATE PEOPLE'S COURT<br>CIVIL DEPARTMENT | | Recipient's Name: | Mobile Phone No.:<br>Home Phone No.: 0577-6284708<br>Office Phone No.: -62847085 |
| [Postmark: Zhejiang (Leqing) May 17, 2010 17:00 Courier (......)] | | Company Name: TAISHAN GYPSUM (WENZHOU) COMPANY LIMITED. | |
| Receipt and Feedback Address: Archive and Record Office of the Post Express Service<br>Court Mail Special Delivery | | Address: ., Inside Wenzhou Powser LLC, 76 Tinhui Road, Panshi Town, Leqing City, Wenzhou, (Zhejiang, China). | |
| Telephone: 0577-88018128   Postal Code: 325027 | | | Postal Code: |
| Name of Document: | | Weight (Kilogram): | Postage (RMB): |
| Case No.: (2010) Zhejiang Province Wenzhou Court/International Assistance No.: 6 | | Recipient or Substitute's signature: | Name of ID Paper: |
| ☐ Notice Acceptance of a Case   ☐ Corporate Personality   ☐ Notice of Court Appearance | | | |
| ☐ Notice of Answer to a Case   Qualification Form   ☐ Civil Ruling Paper | | Relationship between Substitute Recipient and named recipient: | No. of ID Paper: |
| ☐ Copy of Complaint or   ☐ Certificate of Corporate   ☐ Civil Judgment Paper | | | |
| ☐ Duplicate of Pleadings   Capacity   ☐ Civil Mediation Paper | | | |
| ☐ Notice of Adducing Evidence   ☐ Public Notice   ☐ Miscellaneous | | | |
| ☐ Summons   ☐ Address Verification   X☐ Service of documents from a foreign country | | Recipient Entity's Seal:   Nobody signed and received   Refused to accept. | |
| [logo] | | Mail Receiving Date: | Delivery Person's Signature: |
| Delivery (signature): Xie, Di Di   Manager (signature): Xie, Di Di | | This form only used for the express delivery of court special mail.<br>Please press hard filling this form. | Service Phone No.: 11185<br>Cell Phone Message Inquiry No.: 10665185 |
| E Y 2 4 2 2 5 4 9 6 0 C N | | | |

After signing and receiving, please check the enclosed documents. If you have any doubt, you must raise it to the court who mailed the documents within two days.



# 浙江省温州市中级人民法院
## 送达回证

BX-10-110

(2010) 浙温法外协字第 6 号

| 案　　由 | 司法协助 |
|---|---|
| 送达文书名称和件数 | 最高院法协(2010)18号函、省高院(2010)浙高法外协29号函、传票、起诉书、送达证明之外文件及翻译件 |
| 受送达人 | 泰山石膏(温州)有限公司 |
| 送达地址 | 浙江省温州市乐清市磐石镇温州发电有限公司内 |
| 受送达人签名或盖章 | 　　　　　　　年　月　日 |
| 代收人及代收理由 | 　　　　　　　年　月　日 |
| 收到日期 | 　　　　　　　年　月　日 |
| 送达人 | 杨迪、仲夏 |
| 备　　注 | 法院工作人员于2010年5月14日到以上送达地址送达,公司总经理杨总不在,通过其综合办公室反复与杨总电话联系,称受送达人为泰山石膏股份公司下面的子公司(分公司),总公司已表示此其不予答复,公司职员不配合法院工作,拒收,谁法作者主,即写方式走上无回,已约明总公司联系方式于在中国建材网查找到 分公司电话: 0577-62847081 (办公室) 62847085 (杨总) 509244 |
| 填发人 | 杨迪 |

注：1.如受送达人不在时，将文书交他的成年家属或所在单位的负责人代收。
　　2.如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。
　　3.受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他的邻居或其他证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送达日期，由送达人签名，即认为已经送达。

杨迪 2015
仲夏 2015

王江州

# 法律文书批退证明

乐清市人民法院：

该邮件因下列原因无法投递，现退回你处。

1、该送达地址查无此收件人。

2、收件人及其同住成年家属均长期外出，所在村、居委员会已出具证明，情况属实。

3、收件人及其同住成年家属均长期外出，所在村、居委员会拒出证明，现我局经双人投递证明，情况属实。

4、收件人或其同住成年家属拒收，确无法投递。

5、其他：

第一次投递情况：该公司负责人拒收。

第二次投递情况：

电话联系情况：

投递员：钱东程　负责人：章志斌　日戳：　单位：(公章)邮政局



