UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Sean and Beth Payton, et al | * * | JUDGE FALLON |
| vs. | * * | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al | * * | |
| Case No. 2:09-cv-07628-EEF-JCW | * | |

******************************************

### EXCEL CONSTRUCTION OF S.W. FLORIDA, INC.'S
### RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes Defendant Excel Construction of S.W. Florida, Inc. ("**Excel Construction**"), which pursuant to Federal Rule of Civil Procedure 12(c) respectfully moves this Honorable Court to render judgment in its favor on the pleadings, dismissing the claims against Excel Construction in the *Payton* Omnibus Class Action Complaint (I) ("**Omni I**").

Excel Construction is named in Omni I by Stephen Lopez, who is the second owner of a home built by Excel Construction. Stephen Lopez has no contractual privity with Excel Construction. Excel Construction did not manufacture, market, supply, or install the subject drywall. Excel Construction is entitled to judgment as a matter of law.

The grounds for this motion are set forth more fully in the attached Memorandum, which is incorporated herein by reference.

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar #26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar #32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant*
*Excel Construction of S.W. Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of February, 2011.

s/ David C. Coons