UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) *Amato v. Liberty Mut. Ins. Co.* (10-932) | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

## ORDER

IT IS HEREBY ORDERED BY THE COURT that all insurance companies and insurance claims handling entities named in, and currently parties to, the above referenced actions are required to attend a global mediation that will take place on March 21-22, 2011 in New Orleans at Frilot, LLC.  The Managing Trustee and Trust Advisor of the WCI Chinese Drywall Trust must attend the mediation.  The attorneys on the Plaintiffs' Steering Committee of the Amato action with ultimate settlement authority must attend the mediation.  Each insurance company and claims handling entity must ensure that the very most senior person responsible for claims under commercial general liability insurance policies generally issued by that insurance company or claims handling entity attends the mediation.

New Orleans, Louisiana, this 11th day of February 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge