UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | CASE NO. 2:09-MD-02047 SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

### PROPOSED ORDER

Presently before the Court is FCCI Commercial Insurance Company's and FCCI Insurance Company's (collectively, "FCCI") Motion for Leave to Join Insurer Steering Committee's Opposition to the Plaintiff Steering Committee's Motion for an Accounting and Other Relief (Dkt. No. 6669) and the Plaintiff Steering Committee's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the alternative, for Court Ordered Mediation and Temporary Stay of All Outside Settlement Activities (Dkt. No. 6947) ("Motion"). FCCI's Motion is **GRANTED**.

So Ordered, this  11th  day of February, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Submitted by:

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY

BY:  /s/ ROBERT M. DARROCH
ROBERT M. DARROCH
GA State Bar No.: 205490
STEPHANIE F. GLICKAUF
GA State Bar No.: 257540
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone: (404) 264-1500
Fax: (404) 264-1737
rdarroch@gmlj.com
sglickauf@gmlj.com

       AND

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

By:  /s/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)
JACQUES P. DeGRUY (#29144)
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: 504-595-3000
Facsimile: 504-522-2121
pcostello@mblb.com
jdegruy@mblb.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ____ day of February, 2011.

                                                /s/ Patrick E. Costello
                                                PATRICK E. COSTELLO (#26619)
                                                pcostello@mblb.com
                                                JACQUES P. DeGRUY (#29144)
                                                jdegruy@mblb.com
                                                4250 One Shell Square
                                                701 Poydras Street
                                                New Orleans, Louisiana  70139
                                                Telephone: 504-595-3000
                                                Facsimile: 504-522-2121