UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
|---|---|
| | JUDGE FALLON |
| This document relates to *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the above and foregoing Plaintiff Robert C. Pate's and the PSC's Motion for Leave of Court to Exceed Page Limit;

IT IS ORDERED BY THE COURT that Plaintiff Robert C. Pate and the PSC are granted leave of court to file their Memorandum in Support of Motion for Partial Summary Judgment on the Pollution Exclusion, which is in excess of the page limits directed by the Court, and the attached Motion, Memorandum in Support and Exhibits are filed into the record.

New Orleans, Louisiana this 11th day of February, 2011.

*Eldon C. Fallon*
Eldon E. Fallon
United States District Court Judge