# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

### AFFIDAVIT OF SHEILA LEITH

I, Sheila Leith, do depose and state as follows:

1.    I am the Vice President and Treasurer of WCI Communities, Inc. ("WCI").

2.    Attached hereto as Exhibit A is a true and accurate copy of Chartis Specialty Insurance Company ("Chartis") policy no. 7412158, as contained in WCI's files.

3.    Attached hereto as Exhibit B is a true and accurate copy of Chartis policy no. 7412275, as contained in WCI's files.

4.    Attached hereto as Exhibit C is a true and accurate copy of Chartis policy no. BE 4943750, as contained in WCI's files.

5.    Attached hereto as Exhibit D is a true and accurate copy of Illinois Union Insurance Company ("Illinois Union") policy no. XOO G22081706, as contained in WCI's files.

6.    Attached hereto as Exhibit E is a true and accurate copy of Lexington Insurance Company ("Lexington") policy no. 0355453, as contained in WCI's files.

7.    Attached hereto as Exhibit F is a true and accurate copy of Lexington policy no. 1011060, as contained in WCI's files.

8.     Attached hereto as Exhibit G is a true and accurate copy of Lexington policy no. 1053988, as contained in WCI's files.

9.     Attached hereto as Exhibit H is a true and accurate copy of Steadfast Insurance Company ("Steadfast") policy no. AEC 3836443 03, as contained in WCI's files.

10.    Attached hereto as Exhibit I is a true and accurate copy of Steadfast policy no. AEC 3836443 04, as contained in WCI's files.

11.    Attached hereto as Exhibit J is a true and accurate copy of the Second Amended Joint Chapter 11 Plan of Reorganization for WCI Communities, Inc. and its Affiliated Debtors, as contained in WCI's files.

12.    Attached hereto as Exhibit K is a true and accurate copy of the Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization for WCI Communities, Inc. and its Affiliated Debtors, as contained in WCI's files.

13.    Attached hereto as Exhibit L is a true and accurate copy of the insurance binder for Steadfast policy no. AEC 3836443 03, as contained in WCI's files.

14.    Attached hereto as Exhibit M is a true and accurate copy of the insurance binder for Steadfast policy no. AEC 3836443 04, as contained in WCI's files.

15.    Attached hereto as Exhibit N is a true and accurate copy of the insurance binder for Lexington policy no. 1053988, as contained in WCI's files.

16.    Attached hereto as Exhibit O is a true and accurate copy of the insurance binder for Chartis policy no. 7412158, as contained in WCI's files.

17.     Attached hereto as Exhibit P is a true and accurate copy of an e-mail dated May 1, 2008 from Elizabeth K. Johnson of AIG Excess Casualty to Timothy J. Harper of Lockton Companies, LLC, as contained in WCI's files.

18.     Attached hereto as Exhibit Q is a true and accurate copy of a letter dated October 29, 2008 from Calvin Ellis of WCI to Excess Casualty Claims, AIG Technical Services, as contained in WCI's files.

19.     Attached hereto as Exhibit R is a true and accurate copy of a letter dated October 29, 2008 from Calvin Ellis of WCI to the Claims Department of Lexington, as contained in WCI's files.

Dated:  February 2, 2011

SHEILA LEITH


Sworn to before me on this
3rd day of February, 2011

Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Mary S. Cook
Commission # DD744279
Expires:  MAR. 06, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

NYDOCS1-961199.1