# EXHIBIT A



**A Member Company
of American
International Group,
Inc.**

# HOMEBUILDERS UMBRELLA℠
## With Approved Counsel S.I.R. Credit

A Capital Stock Insurance Company
C175 Water Street
New York, NY 10038

**NOTICE: THIS INSURER IS NOT LICENSED IN THE STATE OF NEW YORK AND IS NOT SUBJECT TO ITS SUPERVISION.**

Commercial Umbrella Liability Policy
Declarations

POLICY NUMBER:      7412158      RENEWAL OF:

This insurance is issued pursuant to the Florida Surplus Lines Law. Persons insured by Surplus Lines Carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent, unlicensed insurer.

ITEM 1.  NAMED INSURED:      WCI Communities Inc

MAILING ADDRESS:      24301 Walden Center Dr.
Bonita Springs, FL 34134-4920

ITEM 2.  POLICY PERIOD:      FROM: May 1, 2006    TO: May 1, 2007
(At 12:01 A.M., standard time, at the address of the Named Insured stated above.)

ITEM 3.  LIMITS OF INSURANCE

The Limits of Insurance, subject to the terms of this policy, are:

A.  $25,000,000      Each Occurrence

B.  $25,000,000      General Aggregate (in accordance with Section V. Limits of Insurance)

C.  $25,000,000      Products-Completed Operations Aggregate (in accordance with Section V. Limits of Insurance)

ITEM 4.  SELF-INSURED RETENTION — See Self-Insured Retention Schedule

ITEM 5.  SCHEDULED UNDERLYING INSURANCE — See Schedule of Underlying Insurance

ITEM 6.  APPROVED COUNSEL SELF-INSURED RETENTION CREDIT: _____ Percent

ITEM 7.  PREMIUM AND PREMIUM COMPUTATION

| | |
|---|---|
| ESTIMATED TOTAL ANNUAL EXPOSURE | 2,917 Units |
| RATES PER | $592.00 PER UNIT |
| ADVANCE PREMIUM | $1,726,664 |
| MINIMUM PREMIUM | $1,726,824 |

ITEM 8.  THIS POLICY INCLUDES THESE ENDORSEMENTS AT INCEPTION DATE: SEE ATTACHED SCHEDULE

PRODUCER NAME:      Willis of Florida
ADDRESS:      3000 Bayport Drive
Ste 300
Tampa, FL 33607-1541

urplus Lines Agent:   **Donna L. Schramer. License #A236239**
ddress:   3000 Bayport Drive, Suite 300
Tampa, FL 33607

roducing Agent: _____
ddress: 3000  _Bayport  Dr_
um: 1,726,864
x  86,343.20 Service Fee: 3453.73
itizen's Assessment: _____
MPA Surcharge: _____
spection Fee: _____ Policy Fee: _____
/L Agent's Countersignature: _Donna C Schramer_

Authorized Representative or
Countersignature (In States
Where Applicable)

Date _____

Issue Date: _____

INSURED'S COPY

FORM SCHEDULE

Named Insured;     WCI COMMUNITIES INC
Policy Number:     7412158
Effective 12:01 AM:   MAY 1, 2006

| End't No. | Form Name | Form Number/ Edition Date | |
|---|---|---|---|
| | COMM UMB DEC AISL INS CO | MNSCPT | (05/06) |
| | COMM UMB POL FORM | MNSCPT | (05/06) |
| 1 | SCHEDULE OF UNDERLYING INSURANCE | MNSCPT | (05/06) |
| 2 | SCHEDULE OF RETAINED LIMITS | MNSCPT | (06/06) |
| 3 | FINANCIAL INSTITUTIONS EXCLUSION ENDORSEMENT | MNSCPT | (05/06) |
| 4 | LEAD EXCLUSION ENDORSEMENT | MNSCPT | (05/06) |
| 5 | SILICA EXCLUSION ENDORSEMENT | MNSCPT | (05/06) |
| 6 | ACT OF TERRORISM SELF INSURED RETENTION | MNSCPT | (05/06) |
| 7 | TOTAL POLLUTION EXCLUSION ENDORSEMENT | MNSCPT | (05/06) |
| 8 | BLASTING EXCLUSION ENDORSEMENT | MNSCPT | (05/06) |
| 9 | CROSS SUITS EXCLUSION ENDORSEMENT | MNSCPT | (05/06) |
| 10 | FOREIGN LIABILITY EXCLUSION ENDORSEMENT | MNSCPT | (05/06) |
| 11 | SELF INSURED RETENTION APPLICABLE TO SPEC COVERAGE | MNSCPT | (05/06) |
| 12 | MARINE LIABILITY EXCLUSION ENDORSEMENT | MNSCPT | (05/06) |
| 13 | WRAP UPS EXCLUSION ENDORSEMENT | MNSCPT | (05/06) |

INSURED'S COPY



**A Member Company
Of American International Group, Inc.**

# HOMEBUILDERS UMBRELLA℠
## With Approved Counsel S.I.R. Credit

A Capital Stock Insurance Company
175 Water Street
New York, NY 10038

NOTICE: THIS INSURER IS NOT LICENSED IN THE STATE OF NEW YORK AND IS NOT SUBJECT TO ITS SUPERVISION.

### COMMERCIAL UMBRELLA LIABILITY POLICY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the **Named Insured** shown in the Declarations and any other person or organization qualifying as a **Named Insured** under this policy. The words "we," "us" and "our" refer to the company providing this insurance shown in the Declarations.

The word **Insured** means any person or organization qualifying as such under Section VI, Definitions.

Other words and phrases that appear in bold print have special meaning. See Section VI, Definitions.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations, we agree to provide coverage as follows:

---

**I.    INSURING AGREEMENT:  EXCESS LIABILITY OVER INSURED'S SELF-INSURED RETENTION AND SCHEDULED UNDERLYING INSURANCE**

---

A.   We will pay on behalf of the **Insured** those sums in excess of the **Self-Insured Retention** that the **Insured** becomes legally obligated to pay as damages by reason of liability imposed by law because of **Bodily Injury**, **Property Damage**, or **Personal Injury and Advertising Injury** to which this insurance applies or because of **Bodily Injury** or **Property Damage** to which this insurance applies assumed by the **Insured** under an **Insured Contract**, provided that:

1.   the **Bodily Injury** or **Property Damage** is caused by an **Occurrence** that takes place anywhere, and the **Bodily Injury** or **Property Damage** occurs during the **Policy Period**; or

2.   the **Bodily Injury** or **Property Damage** occurred after the end of the **Policy Period** and within the applicable statute of limitations or within ten (10) years from the common area transfer of title or from the **Unit** close of escrow, whichever is less, and arising out of a **Unit** or **Common Area**, the deed or title to which was recorded in the name of the original third party purchaser with the county clerk during the **Policy Period**; or

3.   the **Personal Injury and Advertising Injury** is caused by an **Occurrence** arising out of your business, but only if the **Occurrence** was committed during the **Policy Period**; or

4.   prior to the **Policy Period**, no **Insured** shown in paragraph G 2 of Section VI, no manager in your risk management, insurance or legal department and no employee who was authorized by you to give or receive notice of an **Occurrence**, claim or **Suit**, knew that **Bodily Injury** or **Property Damage** had

80341 (06/02)                              Page 1 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

occurred, in whole or in part or that an Occurrence had been committed that caused **Personal Injury and Advertising Injury**. If such an **Insured**, manager or authorized employee knew, prior to the **Policy Period**, that the **Bodily Injury** or **Property Damage** had occurred or that an Occurrence had been committed that caused **Personal Injury and Advertising Injury**, then any continuation, change or resumption of such **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** during or after the **Policy Period** will be deemed to have been known prior to the **Policy Period**.

5.   **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** will be deemed to have been known to have occurred at the earliest time when any **Insured** listed under Paragraph  G2 of Section VII, any manager in your risk management, insurance or legal department or any employee who was authorized by you to give or receive notice of an Occurrence, claim or **Suit**:

   a.   reports all, or any part, of the **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury** to us or any other insurer;

   b.   receives a written or verbal demand or claim for damages because of the **Bodily Injury, Property Damage** or **Personal Injury and Advertising Injury**; or

   c.   becomes aware by any other means that **Bodily Injury** or **Property Damage** has occurred or has begun to occur or an Occurrence has been committed that has caused or may cause **Personal Injury and Advertising Injury**.

6.   Coverage under this Paragraph A will be provided on the terms, definitions, conditions and exclusions of this policy.

B.   We will pay on behalf of the **Insured** those sums in excess of the total applicable limits of **Scheduled Underlying Insurance** that the **Insured** becomes legally obligated to pay as damages provided the damages would be covered by **Scheduled Underlying Insurance**, except for exhaustion of the total applicable limits of **Scheduled Underlying Insurance** by the payment of **Loss**.

Coverage under this Paragraph B will follow the terms, definitions, conditions and exclusions of **Scheduled Underlying Insurance**, subject to the **Policy Period**, Limits of Insurance, premium and all other terms, definitions, conditions and exclusions of this policy. If any provisions of **Scheduled Underlying Insurance** conflict with any provisions of this policy, the provisions of this policy will apply.

C.   If we are prevented by law or statute from paying damages on behalf of the **Insured**, then we will indemnify the **Insured** for those sums in excess of the **Self-Insured Retention** or **Scheduled Underlying Insurance**.

D.   We will not pay a **Loss**, unless the **Self-Insured Retention** or **Scheduled Underlying Insurance** has been exhausted by the payment of such **Loss**.

E.   The amount we will pay for damages is limited as described in Section V. Limits of Insurance.

## II.  SELF-INSURED RETENTION

A.   This insurance applies only in excess of the **Self-Insured Retention** and only for those coverages listed in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations.

B.   The Each Occurrence Self-Insured Retention and Aggregate Self-Insured Retention, if any, shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations will only be reduced or exhausted by the payment of **Loss**.

C.   The **Self-Insured Retention** applies whether or not there is any available **Other Insurance**. If there is insurance purchased by the **Insured** applicable to a **Loss**, amounts received through such insurance for payment of the **Loss** may be applied to reduce or exhaust the Each Occurrence Self-Insured Retention shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations. However, in no event will

80341 (06/02)                               Page 2 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.


INSURED'S COPY

amounts received through such insurance for the payment of expenses to defend any **Suit** or to investigate any claim reduce the Each Occurrence Self-Insured Retention.

D.  The Each Occurrence Self-Insured Retention shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations is the most the **Insured** will pay for all **Loss** with respect to any one covered **Occurrence**.

E.  The Aggregate Self-Insured Retention, if any, shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations is the most the **Insured** will pay for all **Loss**.

---

## III. DEFENSE PROVISIONS

A.  We will have the right but not the duty to defend any **Suit** against the **Insured** that seeks damages covered under this policy when the Self-Insured Retention has been exhausted by the payment of **Loss**, even if the **Suit** is groundless, false or fraudulent.

B.  We will have the right and duty to defend any **Suit** against the **Insured** that seeks damages covered under this policy when the total applicable limits of **Scheduled Underlying Insurance** has been exhausted by the payment of **Loss**, even if the **Suit** is groundless, false or fraudulent.

C.  When we assume the defense of any **Suit**, we will:

   1.  defend, investigate, negotiate and settle the **Suit** as we deem expedient; and

   2.  pay the following:

      a.  premiums on bonds to release attachments for amounts not exceeding the applicable Limits of Insurance of this policy, but we are not obligated to apply for or furnish any such bond;

      b.  premiums on appeal bonds required by law to appeal the **Suit**, but we are not obligated to apply for or furnish any such bond;

      c.  all court costs taxed against the **Insured** in the **Suit**;

      d.  pre-judgment interest awarded against the **Insured** on that part of the judgment we pay. If we make a settlement offer within the applicable Limits of Insurance of this policy that is acceptable to the claimant, we will not pay any pre-judgment interest accruing after we make such offer;

      e.  post-judgment interest that accrues after entry of judgment and before we have paid, offered to pay or deposited in court that part of the judgment that is within the applicable Limits of Insurance of this policy; and

      f.  the **Insured's** expenses incurred with our express written consent.

D.  Except as provided in Paragraph B above, we will have no duty to defend any **Suit** against the **Insured**. We will, however, have the right, but not the duty, to participate in the defense of any **Suit** and the investigation of any claim to which this policy may apply. If we exercise any of these rights, we will do so at our own expense.

E.  We will not defend any **Suit**, or pay any attorney fees or litigation expenses including, without limitation, the expenses described in Paragraph C above that accrue after the applicable Limits of Insurance of this policy have been exhausted by the payment of **Loss** and we will have the right to withdraw from the further defense of such **Suit** by tendering control of said defense to the **Insured**.

---

## IV. APPROVED COUNSEL S.I.R. CREDIT

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

With respect to the Occurrence giving rise to Suit, the Each Occurrence Self-Insured Retention shown in the Self-Insured Retention Schedule referenced in Item 4 of the Declarations will be reduced by the Approved Counsel Self-Insured Retention Credit shown in Item 6 of the Declarations, provided you comply with the following conditions:

1. You retain a law firm that is approved by us in writing promptly after the **Suit** is filed against any **Insured**; and

2. You maintain as counsel of record the approved law firm to defend the **Suit** through to the final resolution.

## V.  LIMITS OF INSURANCE

A.  The Limits of Insurance shown in Item 3 of the Declarations and the rules below state the most we will pay regardless of the number of:

1. **Insureds**;

2. claims made or **Suits** brought against any or all **Insureds**;

3. persons or organizations making claims or bringing **Suits**; or

4. coverages provided under this policy.

B.  The General Aggregate Limit shown in Item 3B of the Declarations is the most we will pay for all damages, except for damages included in the **Products-Completed Operations Hazard**.

C.  The Products-Completed Operations Aggregate Limit shown in Item 3C of the Declarations is the most we will pay for all damages included in the **Products-Completed Operations Hazard**.

D.  Subject to Paragraphs B and C above, the Each Occurrence Limit stated in Item 3A of the Declarations is the most we will pay for the sum of all damages arising out of any one **Occurrence**.

E.  Subject to Paragraphs B and C above, the most we will pay for damages under this policy on behalf of any person or organization to whom you are obligated by written **Insured Contract** to provide insurance such as is afforded by this policy is the lesser of the Limits of Insurance shown in Item 3 of the Declarations or the Limits of Insurance you agreed to procure in such written **Insured Contract**.

F.  If the Self-Insured Retention or limits of Scheduled Underlying Insurance are reduced or exhausted by the payment of **Loss**, we will:

1. in the event of reduction, pay excess of the remaining limits of Self-Insured Retention or Scheduled Underlying Insurance ; and,

2. in the event of exhaustion, continue in force as excess of the exhausted Self-Insured Retention or Scheduled Underlying Insurance.

G.  Paragraph B applies only in excess of the total applicable limits of Scheduled Underlying Insurance.  If, however, a policy shown in the Schedule of Underlying Insurance referenced in Item 5 of the Declarations has a limit of insurance:

1. greater than the amount shown in such schedule, this policy will apply in excess of the greater amount; or

2. less than the amount shown in such schedule, this policy will apply in excess of the amount shown in such schedule.

H.  Expenses incurred to defend any **Suit** or to investigate any claim will reduce the applicable Limits of Insurance of this policy.

80341 (06/02)                                   Page 4 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

I.   The Limit of Insurance of this policy as respects to Item 3B of the Declarations, General Aggregate, applies separately to each consecutive annual period and to any remaining period of less than twelve (12) months, beginning with the inception date of the **Policy Period**, unless the **Policy Period** is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance of this policy.

J.   The Limit of Insurance of this policy as respects Item 3C of the Declarations, Products-Completed Operations Aggregate, applies for a period of ten (10) years after the end of the **Policy Period** or the applicable statute of limitations has expired, whichever occurs first. This limit shall not reinstate annually.

---

| VI. | DEFINITIONS |
|-----|-------------|

A.   **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   1.   notices that are published include material placed on the Internet or on similar electronic means of communication; and

   2.   regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

B.   **Auto** means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. **Auto** does not include **Mobile Equipment**.

C.   **Bodily Injury** means bodily injury, sickness or disease sustained by any person, including death or mental anguish resulting from any of these at any time.

D.   **Common Area** means:

   1.   Improvements to real estate, regardless of ownership, which are not part of, attached to or conveyed with a **Unit** and are contained within the geographical boundaries and are an integral part of the **Project**.

   2.   **Common Area** shall include, but not be limited to, any roads, curbs, retaining or decorative walls, berms, recreation amenities of any kind, sewer and water mains, athletic facilities, common rooms or recreation facilities, fire roads and breaks, utility access easements and any other **Improvement** given, conveyed, sold, or otherwise transferred by the **Insured** to any government entity or homeowners association, by whatever name.

E.   **Fungus(i), Mold(s) and Spore(s)** means:

   1.   **Fungus(i)** includes, but is not limited to, any of the plants or organisms belonging to the major group Fungi, lacking chlorophyll, and including molds, rusts, mildews, smuts and mushrooms;

   2.   **Mold(s)** includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce molds.

   3.   **Spore(s)** means any dormant or reproductive body produced by or arising or emanating out of any **Fungus(i), Mold(s)**, mildew, plants, organisms or microorganisms.

F.   **Hostile Fire** means a fire that becomes uncontrollable or breaks out from where it was intended to be.

G.   **Impaired Property** means tangible property, other than **Your Product** or **Your Work**, that cannot be used or is less useful because:

   1.   it incorporates **Your Product** or **Your Work** that is known or thought to be defective, deficient, inadequate or dangerous; or

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

2.  you have failed to fulfill the terms of a contract or agreement;

If such property can be restored to use by:

1.  the repair, replacement, adjustment or removal of Your Product or Your Work; or

2.  your fulfilling the terms of the contract or agreement.

H.  **Improvement** means an addition to real property, whether permanent or not; especially one that increases its value or utility or that enhances its appearance.

I.  **Insured** means:

1.  the Named Insured;

2.  if you are designated in the Declarations as:

    a.  an individual, you and your spouse are Insureds, but only with respect to the conduct of a business of which you are the sole owner;

    b.  a partnership or joint venture, you are an Insured. Your members and your partners are also Insureds, but only with respect to the conduct of your business;

    c.  a limited liability company, you are an Insured. Your members are also Insureds, but only with respect to the conduct of your business. Your managers are Insureds, but only with respect to their duties as your managers;

    d.  an organization other than a partnership, joint venture or limited liability company, you are an Insured. Your executive officers and directors are Insureds, but only with respect to their duties as your officers or directors. Your stockholders are also Insureds, but only with respect to their liability as stockholders;

    e.  a trust, you are an Insured. Your trustees are also Insureds, but only with respect to their duties as trustees;

3.  your employees other than your executive officers (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business;

4.  your volunteer workers only while performing duties related to the conduct of your business;

5.  any person or organization (other than your employee or volunteer worker) while acting as your real estate manager;

6.  any person or organization to whom you are obligated by a written Insured Contract to provide insurance, such as is afforded by this policy, but only with respect to their liability arising out of operations conducted by you or on your behalf.

Notwithstanding any of the above, no person or organization is an Insured with respect to the conduct of any current, past or newly formed partnership, joint venture or limited liability company that is not designated as a Named Insured in Item 1 of the Declarations.

J.  **Insured Contract** means that part of any contract or agreement pertaining to your business under which any Insured assumes the tort liability of another party to pay for Bodily Injury or Property Damage to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

80341 (06/02)                                    Page 6 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

Insured Contract does not include that part of any contract or agreement:

1.  that indemnifies a railroad for Bodily Injury or Property Damage arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

2.  that indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    a.  preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    b.  giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

3.  under which the Insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the Insured's rendering or failure to render professional services, including those listed in subparagraph 2 above and supervisory, inspection, architectural or engineering activities.

K.  Loss means those sums actually paid as judgments and settlements that would be covered by this policy.

L.  Mobile Equipment means any of the following types of land vehicles, including any attached machinery or equipment:

1.  bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2.  vehicles maintained for use solely on or next to premises you own or rent;

3.  vehicles that travel on crawler treads;

4.  vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    a.  power cranes, shovels, loaders, diggers or drills; or

    b.  road construction or resurfacing equipment such as graders, scrapers or rollers;

5.  vehicles not described in Paragraph 1, 2, 3 or 4 above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    a.  air compressors, pumps and generators, including spraying, welding, building, cleaning, geophysical exploration, lighting and well servicing equipment; or

    b.  cherry pickers and similar devices used to raise or lower workers;

6.  vehicles not described in Paragraph 1, 2, 3 or 4 above maintained primarily for purposes other than the transportation of persons or cargo.

    However, self-propelled vehicles with the following types of permanently attached equipment are not Mobile Equipment, but will be considered Autos:

    a.  equipment designed primarily for:

        i)   snow removal;

        ii)  road maintenance, but not construction or resurfacing; or

        iii) street cleaning;

80341 (06/02)                                    Page 7 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

    b.   cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    c.   air compressors, pumps and generators, including spraying, welding, building, cleaning, geophysical exploration, lighting and well servicing equipment.

M.  **Named Insured** means:

    1.   any person or organization designated in Item 1 of the Declarations;

    2.   any organization in which you maintain an interest of more than fifty percent (50%) as of the effective date of this policy and to which more specific insurance does not apply, provided that this policy does not apply to any **Bodily Injury** or **Property Damage** that occurred or any **Personal Injury and Advertising Injury** that was caused by an **Occurrence** that was committed before you acquired or formed such organization or after you ceased to maintain an interest of more than fifty percent (50%) in such organization; and

    3.   any organization, except for a partnership or a joint venture, that you acquire or form during the **Policy Period** in which you maintain an interest of more than fifty percent (50%) and to which more specific insurance does not apply, provided that:

        a.   this policy does not apply to any **Bodily Injury** or **Property Damage** that occurred, or any **Personal Injury** or **Advertising Injury** that was caused by an **Occurrence** that was committed, before you acquired or formed such organization or after you ceased to maintain an interest of more than fifty percent (50%) in such organization; and

        b.   you give us notice within ninety (90) days of such acquisition or formation of such organization.

    A partnership or a joint venture that you acquire or form during the **Policy Period** may be added as an **Insured** only by a written endorsement that we make a part of this policy.

    We may, at our option, make an additional premium charge for any organization that you acquire or form during the **Policy Period**.

N.  **Occurrence** means:

    1.   As respects **Bodily Injury**, an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results in **Bodily Injury** neither expected nor intended from the standpoint of any **Insured**.

    In the event of continuing or progressively deteriorating damage over any length of time, such damage shall be one **Occurrence** and shall be deemed to occur only when such damage first commences.

    2.   as respects **Property Damage**, an accident, including continuous or repeated exposure to substantially the same general harmful conditions. All such exposure to substantially the same general harmful conditions will be deemed to arise out of one **Occurrence**.

    3.   as respects **Personal Injury and Advertising Injury**, an offense arising out of your business that causes **Personal Injury and Advertising Injury**. All damages that arise from the same, related or repeated injurious material or act will be deemed to arise out of one **Occurrence**, regardless of the frequency or repetition thereof, the number and kind of media used and the number of claimants.

O.  **Other Insurance** means a policy of insurance providing coverage for damages covered in whole or in part by this policy.

80341 (06/02)

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

Your Product Includes;

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of Your Product; and

2. the providing of or failure to provide warnings or instructions.

Your Product does not include vending machines or other property rented to or located for the use of others but not sold.

Z.   Your Work means:

1. work or operations performed by you or on your behalf; and

2. materials, parts or equipment furnished in connection with such work or operations.

Your Work includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of Your Work; and

2. the providing of or failure to provide warnings or instructions.

## VII. EXCLUSIONS

A.  Aircraft and Watercraft

This insurance does not apply to Bodily Injury or Property Damage arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any Insured. Use includes operation and loading and unloading.

This exclusion applies even if the claims against any Insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that Insured, if the Occurrence which caused the Bodily Injury or Property Damage involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any Insured.

This exclusion does not apply to a watercraft you do not own that is less than 26 feet long and not being used to carry persons or property for a charge.

B.  Asbestos

This insurance does not apply to any liability arising out of:

1. the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos containing products or materials, asbestos fibers or asbestos dust;

2. any obligation of the Insured to indemnify any party because of damages arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust; or

3. any obligation to defend any Suit or claim against the Insured that seeks damages arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust.

C.  Chromium Copper Arsenate

This insurance does not apply to:

80341 (06/02)                              Page 11 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

1.  any liability arising out of manufacture, installation, use, sale, handling, removal, distribution of; or

2.  any **Bodily Injury**, **Property Damage** or **Personal Injury and Advertising Injury** arising out of inhalation, consumption of, or exposure to

any chemical or product containing Chromium Copper Arsenate (CCA) or which has the same chemical formulary, or which is generally known in the chemical trade as having a substantially similar formulation, structure, or function by whatever name manufactured, formulated, structured, sold or distributed.

D.  **Contractual Liability**

This insurance does not apply to **Bodily Injury** or **Property Damage** for which the **Insured** is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

1.  that the **Insured** would have in the absence of a contract or agreement; or

2.  assumed in an **Insured Contract**, provided the **Bodily Injury** or **Property Damage** occurs subsequent to the execution and prior to the termination of the **Insured Contract**. Solely for the purposes of liability assumed in an **Insured Contract**, reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an **Insured** are deemed to be damages because of **Bodily Injury** or **Property Damage**, provided:

    a.  liability to such party for, or for the cost of, that party's defense has also been assumed in the same **Insured Contract**; and

    b.  such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this policy applies are alleged.

E.  **Damage to Impaired Property**

This insurance does not apply to any **Property Damage** to **Impaired Property** or property that has not been physically injured, arising out of:

1.  a defect, deficiency, inadequacy or dangerous condition in **Your Product** or **Your Work**; or

2.  a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to loss of use of other property arising out of sudden and accidental physical injury to **Your Product** or **Your Work** after it has been put to its intended use.

F.  **Damage to Property**

This insurance does not apply to any **Property Damage** to:

1.  property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

2.  premises you sell, give away or abandon if the **Property Damage** arises out of any part of those premises;

3.  property loaned to you;

4.  personal property in the care, custody or control of the **Insured**;

80341 (06/02)                                Page 12 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

5. that particular part of real property on which you or any contractors working directly or indirectly on your behalf are performing operations if the Property Damage arises out of those operations; or

6. that particular part of any property that must be restored, repaired or replaced because Your Work was incorrectly performed on it.

Paragraph 2 of this exclusion does not apply if the premises are Your Work and were never occupied, rented or held for rental by you.

Paragraphs 3, 4, 5 and 6 of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph 6 of this exclusion does not apply to any Property Damage included in the Products-Completed Operations Hazard.

G. Damage to Your Product

This insurance does not apply to any Property Damage to Your Product arising out of it or any part of it.

H. Damage to Your Work

This insurance does not apply to any Property Damage to Your Work arising out of it or any part of it and included in the Products-Completed Operations Hazard.

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

I. Electronic Chatrooms or Bulletin Boards

This insurance does not apply to Personal Injury and Advertising Injury arising out of an electronic chatroom or bulletin board the Insured hosts, owns, or over which the Insured exercises control.

J. Employees and Volunteers

This insurance does not apply to liability of any employee or volunteer with respect to Bodily Injury or Personal Injury and Advertising Injury;

1. to you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to an employee of yours while in the course of his or her employment or performing duties related to the conduct of your business, or to another volunteer of yours while performing duties related to the conduct of your business;

2. to the spouse, child, parent, brother or sister of such injured employee or volunteer as a consequence of subparagraph 1 above;

3. for which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in subparagraphs 1 or 2 above; or

4. arising out of his or her providing or failing to provide professional health care services.

K. Employment Practices

This insurance does not apply to any liability arising out of:

1. wrongful dismissal, discharge, or termination, including breach of an implied contract;

2. coercion or harassment, including quid pro quo, hostile work environment, or other sexual harassment;

3. discrimination;

60341 (06/02)                    Page 13 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

4. retaliation, including lockouts;

5. employment related misrepresentations;

6. employment related libel, slander, humiliation, defamation, or invasion of privacy;

7. wrongful failure to employ or promote;

8. wrongful deprivation of career opportunity, wrongful demotion or negligent employee evaluation, including the giving of negative or defamatory statements in connection with an employee reference;

9. wrongful discipline any of your employees or applicants for employment with you;

10. failure to grant tenure to any of your employees;

11. failure to provide or enforce adequate or consistent corporate policies and procedures relating to any employment practice;

12. violation of an individual's civil rights relating to any of the above.

This exclusion applies:

1. whether the Insured may be liable as an employer or in any other capacity; and

2. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

L. Expected or Intended

This insurance does not apply to any Bodily Injury or Property Damage expected or intended from the standpoint of any - Insured. However, this exclusion does not apply to Bodily Injury or Property Damage resulting from the use of reasonable force to protect persons or property.

M. Exterior Insulation and Finish Systems

This insurance does not apply to Bodily Injury, Property Damage, or Personal Injury and Advertising Injury arising in whole or in part out of the design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement of an Exterior Insulation and Finish System (EIFS), synthetic stucco, or any similar product or any part thereof, including the application or use of paints, conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such a product.

N. Fungus (i), Mold(s) and Spore(s)

This insurance does not apply to Bodily Injury, or Personal Injury and Advertising Injury or any other Loss, injury, damage, cost or expense, including, but not limited to, losses, costs or expenses related to, arising from or associated with clean-up, remediation, containment, removal or abatement, caused directly or indirectly, in whole or in part, by:

1. Any Fungus(i), Molds(s), mildew or yeast; or

2. Any Spore(s) or toxins created or produced by or emanating from such Fungus(i), Mold(s), mildew or yeast; or

3. Any substance, vapor, gas, or other emission or organic or inorganic body or substance produced by or arising out of any Fungus(i), Mold(s), mildew or yeast; or

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

4. Any material, product, building component, building or structure, or any concentration of moisture, water or other liquid within such material, product, building component, building or structure, that contains, harbors, nurtures or acts as a medium for any Fungus(i), Mold(s), mildew, yeast, or Spore(s) or toxins emanating therefrom,

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to that Loss, injury, damage, cost or expense.

O. **Infringement of Copyright, Patent, Trademark or Trade Secret**

This insurance does not apply to **Personal Injury and Advertising Injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your **Advertisement**, of copyright, trade dress or slogan.

P. **Liquor Liability**

This insurance does not apply to any **Bodily Injury** or **Property Damage** for which any **Insured** may be held liable by reason of:

1. causing or contributing to the intoxication of any person;

2. the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

3. any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

Q. **Media and Internet Type Businesses**

This insurance does not apply to **Personal Injury and Advertising Injury** committed by any **Insured** whose business is:

1. advertising, broadcasting, publishing or telecasting;

2. designing or determining content of web-sites for others; or

3. an Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs U1, U2 and U3 of Section VII.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

R. **"No-Fault," "Uninsured Motorist" or "Underinsured Motorist" Laws**

This insurance does not apply to any obligation of the **Insured** under any "No-Fault," "Uninsured Motorist" or "Underinsured Motorist" law.

S. **Nuclear Liability**

This insurance does not apply to:

1. any liability:

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission,

INSURED'S COPY

a. with respect to which the Insured is also an Insured under a nuclear energy liability policy issued by the Nuclear Energy Liability-Property Insurance Association, Mutual Atomic Energy Liability Underwriters or the Nuclear Insurance Association of Canada, or would be an Insured under any such policy but for its termination upon exhaustion of its limit of liability;

b. resulting from the hazardous properties of nuclear material and with respect to which (1) any person or any organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (2) the Insured is, or had this policy not been available would be, entitled to indemnity from the United States of America or any agency thereof under any agreement entered into by the United States of America or an agency thereof with any person or organization;

c. resulting from the hazardous properties of nuclear material if:

    i) the nuclear material (1) is at any nuclear facility owned by the Insured or operated by the Insured or on the Insured's behalf or (2) has been discharged or dispensed therefrom;

    ii) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by the Insured or on the Insured's behalf; or

    iii) the injury or damage arises out of the furnishing by the Insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion iii applies only to Property Damage to such nuclear facility and any property thereat.

2. As used in this exclusion:

a. "hazardous properties" includes radioactive, toxic or explosive properties;

b. "nuclear material" means source material, special nuclear material or by-product material;

c. "source material," "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or any law amendatory thereof;

d. "spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

e. "waste" means any waste material (1) containing by-product material and (2) resulting from the operation by any person or organization of a nuclear facility included within the definition of nuclear facility below;

f. "nuclear facility" means:

    i) any nuclear reactor;

    ii) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel or (3) handling, processing or packaging wastes;

    iii) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the Insured's custody at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

    iv) any structure, basin, excavation, premises or place prepared or used for storage or disposal of waste, and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

g. "nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

h. **Property Damage** includes all forms of radioactive contamination of property.

T. Pollution

This insurance does not apply to:

1. any liability arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of Pollutants:

   a. at or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any **Insured**;

   b. at or from any premises, site or location that is or was at any time used by or for any **Insured** or others for the handling, storage, disposal, processing or treatment of waste;

   c. that are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any **Insured** or any person or organization for whom you may be legally responsible;

   d. at or from any premises, site or location on which any **Insured** or any contractors or subcontractors working directly or indirectly on any **Insured's** behalf are performing operations if the **Pollutants** are brought on or to the premises, site or location in connection with such operations by such **Insured**, contractor or subcontractor;

   e. at or from any premises, site or location on which any **Insured** or any contractors or subcontractors working directly or indirectly on any **Insured's** behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of **Pollutants**;

   f. that are contained in any property that is:

      i) being transported or towed by, handled or handled for movement into, onto or from an Auto covered by **Scheduled Underlying Insurance**;

      ii) otherwise in the course of transit by or on behalf of the **Insured**; or

      iii) being stored, disposed of, treated or processed in or upon an Auto covered by **Scheduled Underlying Insurance**;

   g. i) before the **Pollutants** or any property in which the **Pollutants** are contained are moved from the place where they are accepted by the **Insured** for movement into or onto an Auto covered by **Scheduled Underlying Insurance**; or

      ii) after the **Pollutants** or any property in which the **Pollutants** are contained are moved from the Auto covered by **Scheduled Underlying Insurance** to the place where they are finally delivered, disposed of or abandoned by the **Insured**.

2. any loss, cost or expense arising out of any:

   a. request, demand order or statutory or regulatory requirement that any **Insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of **Pollutants**; or

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

b.   claim or Suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of Pollutants.

The exceptions to Paragraph 1 of this Pollution exclusion as set forth in subparagraphs 1) through 6) below will not apply unless such coverage as is provided by subparagraphs 1) through 6) is included under Scheduled Underlying Insurance and then for no broader coverage than is provided under such Scheduled Underlying Insurance.

1.   Products-Completed Operations Hazard:  Paragraphs 1a through 1d of this exclusion do not apply with respect to Bodily Injury or Property Damage included within the Products-Completed Operations Hazard, provided that Your Product or Your Work has not at any time been:

a.   discarded, dumped, abandoned, thrown away; or

b.   treated or handled as waste;

by anyone.

2.   Hostile Fire:  Paragraphs 1a and 1d of this exclusion do not apply with respect to Bodily Injury or Property Damage arising out of heat, smoke or fumes from a Hostile Fire.

3.   Equipment to Heat the Building and Contractor/Lessee Operations:  Paragraph 1 a of this exclusion does not apply to:

a.   Bodily Injury sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat the building; or

b.   Bodily Injury or Property Damage for which you may be held liable if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at such premises, site or location, and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured.

4.   Fuels, Lubricants and Other Operating Fluids - Mobile Equipment:  Paragraph 1d of this exclusion does not apply to:

a.   Bodily Injury or Property Damage arising out of the escape of fuels, lubricants or other operating fluids that are needed to perform normal electrical, hydraulic or mechanical functions necessary for the operation of Mobile Equipment or its parts if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them.  This exception does not apply if the Bodily Injury or Property Damage arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor; or

b.   Bodily Injury or Property Damage sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

5.   Fuels, Lubricants, Fluids, etc. - Auto:  Paragraph 1f of this exclusion does not apply to fuels, lubricants, fluids, exhaust gases or other similar Pollutants that are needed for or result from the normal electrical, hydraulic or mechanical functioning of an Auto covered by Scheduled Underlying Insurance or its parts if:

a.   the Pollutants escape, seep, migrate or are discharged, dispersed or released directly from an Auto part designed by its manufacturer to hold, store, receive or dispose of such Pollutants; and

80341 (06/02)                                                  Page 18 of 26

© 2002 American International Group, Inc.
includes copyrighted material of the Insurance Services Office, Inc. with permission.


INSURED'S COPY

   b.  the Bodily Injury or Property Damage does not arise out of the operation of any equipment listed in Paragraphs 6b and 6c of the definition of Mobile Equipment.

6.  **Upset, Overturn or Damage of an Auto:**  Paragraph 1g of this exclusion does not apply to Occurrences that take place away from premises owned by or rented to an Insured with respect to Pollutants not in or upon an Auto covered by Scheduled Underlying Insurance if:

   a.  the **Pollutants** or any property in which the **Pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of an **Auto** covered by **Scheduled Underlying Insurance**; and

   b.  the discharge, dispersal, seepage, migration, release or escape of the Pollutants is caused directly by such upset, overturn or damage.

U.  **Pre-Existing Damages and/or Defects**

This insurance does not apply to Bodily Injury, Property Damage, or Personal Injury and Advertising Injury arising out of, based on, or involving, the continuation of, during the Policy Period, any pre-existing damages and/or defects known to any Insured before the effective date of this policy.

This exclusion shall apply whether or not the Insured's legal obligation to pay for such pre-existing damages and/or defects was established before the effective date of this policy.

V.  **Prior Units**

This insurance does not apply to Bodily Injury, Property Damage, Personal Injury and Advertising Injury included in the Products - Completed Operations Hazard arising out of a Unit, the deed or title to which was recorded in the name of a third party prior to the inception of the policy.

W.  **Professional Services**

This insurance does not apply to Bodily Injury, Property Damage, or Personal Injury and Advertising Injury arising out of any professional services performed by or on behalf of the Insured, including but not limited to the preparation or approval of maps, plans, opinions, reports, surveys, designs, or specifications, and any supervisory, inspections or engineering work.

X.  **Recall of Products, Work or Impaired Property**

This insurance does not apply to any damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1.  Your Product;

2.  Your Work; or

3.  Impaired Property;

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Y.  **Securities**

This insurance does not apply to any liability arising out of:

1.  any violation of any securities law, whether statutory or common law, or any regulation promulgated thereunder;

80341 (06/02)                      Page 19 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

2. the purchase, sale, offer of sale or solicitation of any security, debt, insurance policy, bank deposit or financial interest or instrument;

3. any representations made at any time in relation to the price or value of any security, debt, insurance policy, bank deposit or financial interest or instrument; or

4. any depreciation or decline in price or value of any security, debt, insurance policy, bank deposit or financial interest or instrument.

Z. **Unauthorized Use of Another's Name or Product**

This insurance does not apply to Personal Injury and Advertising Injury arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

AA. **Various Personal Injury and Advertising Injury**

This insurance does not apply to Personal Injury and Advertising Injury:

1. caused by or at the direction of the Insured with the knowledge that the act would violate the rights of another and would inflict Personal Injury and Advertising Injury;

2. arising out of oral, written or electronic publication of material if done by or at the direction of any Insured with knowledge of its falsity;

3. arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the Policy Period;

4. arising out of a criminal act committed by or at the direction of the Insured;

5. for which the Insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the Insured would have in the absence of the contract or agreement;

6. arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your Advertisement;

7. arising out of the wrong description of the price of goods, products or services stated in your Advertisement.

BB. **Various Laws**

This insurance does not apply to any obligation of the Insured under any of the following:

1. the Employee Retirement Income Security Act of 1974 (including amendments relating to the Consolidated Omnibus Budget Reconciliation Act of 1985), and including any amendment or revision thereto, or any similar common or statutory law of the United States, Canada or any state or jurisdiction anywhere in the world; or

2. any workers' compensation, unemployment compensation or disability benefits law, or under any similar law.

CC. **War**

This insurance does not apply to any Bodily Injury or Property Damage due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

DD. "Wrap-Ups"

This insurance does not apply to Bodily Injury, Property Damage, or Personal Injury and Advertising Injury arising out of any project insured under a "wrap-up" or any similar rating plan.

## VIII. CONDITIONS

A. Appeals

If the Insured or the Insured's underlying insurers do not appeal a judgment in excess of the Self-Insured Retention or the Schedule of Underlying Insurance, we may elect to exercise our right to do so. If we appeal, we will be liable for, in addition to the applicable Limits of Insurance of this policy, all costs, expenses incurred and interest on that amount of any judgment which does not exceed the applicable Limits of Insurance of this policy incidental to such an appeal.

B. Audit

We may audit and examine your books and records as they relate to this policy at any time during the Policy Period and for up to three (3) years after the expiration or termination of this policy.

C. Bankruptcy or Insolvency

Your bankruptcy, insolvency or inability to pay or the bankruptcy, insolvency or inability to pay of any of your underlying insurers will not relieve us from the payment of Loss covered by this policy. But under no circumstances will such bankruptcy, insolvency or inability to pay require us to drop down, replace or assume any obligation under the Self-Insured Retention or Schedule of Underlying Insurance.

D. Cancellation

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of non-payment of premium, we must mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than fifteen (15) days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Declarations will be sufficient to prove notice.

3. The Policy Period will end on the day and hour stated in the cancellation notice.

4. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final Premium will not be less than the pro rata share of the Minimum Premium shown in Item 6 of the Declarations.

5. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force and increased by our short rate cancellation table and procedure. Final premium will not be less than the short rate share of the Minimum Premium shown in Item 6 of the Declarations.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter, but the cancellation will be effective even if we have not made or offered any refund of unearned premium. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The first Named Insured in Item 1 of the Declarations will act on behalf of all other Insureds with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this policy.

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

8.  Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with that law.

E.  **Change in Control**

If during the Policy Period:

1.  the first Named Insured designated in Item 1 of the Declarations consolidates with or merges into, or sells all or substantially all of its assets to any person or entity; or

2.  any person or entity acquires an amount of the outstanding ownership interests representing more than 50% of the voting or designation power for the election of directors of the first Named Insured designated in Item 1 of the Declarations, or acquires the voting or designation rights of such an amount of ownership interests;

this policy will continue in full force and effect subject to any modifications to the terms and conditions of this policy that we may require as set forth in a written endorsement that we make to this policy, provided however, that 90 days prior to the effective date of such transaction, you provide us with full particulars of such transaction and agree to any additional premiums and modifications to the terms of this policy.

If prior to the effective date of such transaction, we do not agree that this policy will continue in full force and effect or you do not pay any additional premium that may be required, this policy will be deemed cancelled by you.

F.  **Changes**

Notice to any agent or knowledge possessed by any agent or any other person will not effect a waiver or change in any part of this policy. This policy can be changed only by a written endorsement that we make to this policy.

G.  **Duties in the Event of an Occurrence, Claim or Suit**

1.  You must see to it that we are notified in writing as soon as practicable of an Occurrence that may result in a claim or Suit under this policy. To the extent possible, notice should include:

a.  how, when and where the Occurrence took place;

b.  the names and addresses of any injured persons and any witnesses; and

c.  the nature and location of any injury or damage arising out of the Occurrence.

Written notice should be mailed or delivered to:

AIG Technical Services, Inc.
Excess Casualty Claim Department
175 Water Street
New York, NY 10038

2.  You must notify us not later than sixty (60) days after you receive notice of any Occurrence that may result in a claim or Suit under this policy involving any of the following:

a.  a fatality;

b.  severe burns;

c.  traumatic brain injury;

80341 (06/02)                              Page 22 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

    d.  dismemberment or amputation;

    e.  paralysis;

    f.  loss or impairment of eyesight or hearing;

    g.  a sexual assault or battery, including, but not limited to, rape, molestation, or sexual abuse; or

    h.  any **Occurrence**, claim or **Suit**, which in the reasonable opinion of you or any principal of yours may result in a **Loss** that is equal to or greater than 25% of the **Self-Insured Retention** or **Schedule of Underlying Insurance**.

3.  You and any other involved **Insured** must:

    a.  immediately send us copies of any reports, notices, summonses or legal papers received or prepared by you or any person or organization acting on your behalf in connection with the claim or **Suit**;

    b.  authorize us to obtain records and other information;

    c.  cooperate with us in the investigation, settlement or defense of the claim or **Suit**; and

    d.  assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the **Insured** because of injury or damage to which this insurance may also apply.

    e.  immediately send us copies of title company or other escrow agent statement evidencing the **Unit Close of Escrow** for all properties forming a part of or at issue in the occurrence, claim or **Suit**.

4.  No **Insureds** will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent.

5.  Failure to comply with this Condition G shall result in a forfeiture of coverage under this policy.

## H.  Headings

The descriptions in the headings of this policy are solely for convenience and form no part of the terms and conditions of coverage.

## I.  Inspection

We have the right, but not the obligation, to inspect your premises and operations at any time. Our inspections are not safety inspections. They relate only to the insurability of your premises and operations and the premiums to be charged. We may give you reports on the conditions that we find. We may also recommend changes. We do not, however, undertake to perform the duty of any person or organization to provide for the health or safety of your employees or the public. We do not warrant the health and safety conditions of your premises or operations or represent that your premises or operations comply with laws, regulations, codes or standards.

## J.  Knowledge of Occurrence or Claim

Knowledge of an **Occurrence**, claim or **Suit** by your agent, servant or employee will not in itself constitute knowledge by you, unless any **Insured** described in Paragraph G2 of Section VI, any manager in your risk management, insurance or legal department or any employee who was authorized by you to give or receive notice of an **Occurrence**, claim or **Suit** will have received notice of such **Occurrence**, claim or **Suit** from said agent, servant or employee.

## K.  Legal Actions Against Us

80341 (06/02)                    Page 23 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

No person or organization has a right under this policy:

1. to join us as a party or otherwise bring us into a Suit asking for damages from an Insured; or

2. to sue us under this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an Insured; but we will not be liable for damages that are not payable under this policy or that are in excess of the applicable Limits of Insurance of this policy. An agreed settlement means a settlement and release of liability signed by us, the Insured and the claimant or the claimant's legal representative.

L. Maintenance of Scheduled Underlying Insurance    –

You agree that during the Policy Period:

1. you will keep Scheduled Underlying Insurance in full force and effect;

2. the terms, definitions, conditions and exclusions of Scheduled Underlying Insurance will not materially change;

3. the total applicable limits of Scheduled Underlying Insurance will not decrease, except for any reduction or exhaustion of aggregate limits by payment of Loss; and

4. any renewals or replacements of Scheduled Underlying Insurance will provide equivalent coverage to and afford limits of insurance equal to or greater than the policy being renewed or replaced.

If you fail to comply with these requirements, we will be liable only to the same extent that we would have, had you fully complied with these requirements

M. Other Insurance

If other valid and collectible insurance applies to damages that are also covered by this policy, this policy will apply excess of the Other Insurance. However, this provision will not apply if the Other Insurance is specifically written to be excess of this policy.

N. Premium

The first Named Insured designated in Item 1 of the Declarations will be responsible for payment of all premiums when due.

The premium for this policy will be computed on the basis set forth in Item 7 of the Declarations. At the beginning of the Policy Period, you must pay us the Advance Premium shown in Item 7 of the Declarations.

When this policy expires or if it is cancelled, we will compute the earned premium for the time this policy was in force. If this policy is subject to audit adjustment, the actual exposure base will be used to compute the earned premium. If the earned premium is greater than the Advance Premium, you will promptly pay us the difference. If the earned premium is less than the Advance Premium, we will return the difference to you. But in any event, we will retain the Minimum Premium as shown in Item 6 of the Declarations for each twelve months of the Policy Period.

O. Separation of Insureds

Except with respect to the Limits of Insurance of this policy and rights or duties specifically assigned to the first Named Insured designated in Item 1 of the Declarations, this insurance applies:

1. as if each Named Insured were the only Named Insured; and

80341 (06/02)                    Page 24 of 26

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

    2.  separately to each Insured against whom claim is made or Suit is brought.

P.  Transfer of Rights of Recovery

    1.  If any Insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us.  The Insured must do nothing after loss to impair these rights and must help us enforce them.

    2.  Any recoveries will be applied as follows:

        a.  any person or organization, including the Insured, that has paid an amount in excess of the applicable Limits of Insurance of this policy will be reimbursed first;

        b.  we then will be reimbursed up to the amount we have paid; and

        c.  lastly, any person or organization, including the Insured that has paid an amount over which this policy is excess is entitled to claim the remainder.

    Expenses incurred in the exercise of rights of recovery will be apportioned among the persons or organizations, including the Insured, in the ratio of their respective recoveries as finally settled.

    3.  If, prior to the time of an Occurrence, you and the insurer of Scheduled Underlying Insurance waive any right of recovery against a specific person or organization for injury or damage as required under an Insured Contract we will also waive any rights we may have against such person or organization.

Q.  Transfer of Your Rights and Duties

    Your rights and duties under this policy may not be transferred without our written consent.

    If you die or are legally declared bankrupt, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative.  However, notice of cancellation sent to the first Named Insured designated in Item 1 of the Declarations and mailed to the address shown in this policy will be sufficient notice to effect cancellation of this policy.

R.  Unintentional Failure to Disclose

    Your failure to disclose all hazards existing as of the inception date of the policy will not prejudice you with respect to the coverage afforded by this policy, provided that any such failure or omission is not intentional.

S.  When Damages Are Payable

    We will not make any payment under this policy unless and until the Self-Insured Retention or Schedule of Underlying Insurance has been exhausted by the payment of Loss.

    When the amount of Loss has finally been determined, we will promptly pay on behalf of the Insured the amount of such Loss within the applicable Limits of Insurance of this policy.

T.  Service Of Suit

    In the event of our failure to pay any amount claimed to be due hereunder, we, at the request of the Named Insured or any additional Insured, will submit to the jurisdiction of a count of competent jurisdiction within the United States.  Nothing in this condition constitutes or should be understood to constitute a waiver of our rights to commence an action in any court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.  It is further agreed that service of process in such suit may be made upon Counsel, Legal Department, American International Specialty Lines Insurance Company, 70 Pine Street, New York, NY 10270, or his or her representative, and that in any suit instituted against us upon

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

this contract, we will abide by the final decision of such court or of any appellate court in the event of any appeal.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefor, we hereby designate the Superintendent, Commissioner, or Director of Insurance, other officer specified for that purpose in the statute, or his or her successor or successors in office as our true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the **Named Insured** or any additional **Insured** or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**IN WITNESS WHEREOF,** we have caused this policy to be executed and attested, but this policy will not be valid unless countersigned by one of our duly authorized representatives, where required by law.

        Secretary                              President

© 2002 American International Group, Inc.
Includes copyrighted material of the Insurance Services Office, Inc. with permission.

INSURED'S COPY

ENDORSEMENT # 1

This endorsement, effective 12:01 AM:  May 1, 2006

Forms a part of policy no.:  7412158

Issued to:  WCI COMMUNITIES INC.

By:  American International Specialty Lines Insurance Company

## SCHEDULE OF UNDERLYING INSURANCE

| COVERAGE | INSURER<br>POLICY TERM | LIMITS OF LIABILITY |
|---|---|---|
| Protection and Indemnity<br>WCI Communities | Great American<br>Insurance Company<br>05/01/06 – 07 | $1,000,000 Vessel 1; Any One<br>Accident or Occurrence<br>$1,000,000 Vessel 2; Any One<br>Accident or Occurrence |

Defense costs are outside the limits and do not erode.

| | | |
|---|---|---|
| Marine Excess Protection<br>And Indemnity<br>WCI Communities | New York Marine<br>and General<br>05/01/06 – 07 | $19,000,000 Each Occurrence<br>$19,000,000 General Aggregate |

Defense costs are outside the limits and do not erode.

| | | |
|---|---|---|
| Marina Operators<br>WCI Communities | Northern Assurance<br>Company of America<br>05/01/06 – 07 | $1,000,000 Any One Vessel<br>$1,000,000 Any One Accident |

Defense costs are outside the limits and do not erode.

| | | |
|---|---|---|
| Protection and Indemnity<br>WCI Communities | Northern Assurance<br>Company of America<br>05/01/06 – 07 | $1,000,000 Any One Accident<br>or Occurrence |

Defense costs are outside the limits and do not erode.

| | | |
|---|---|---|
| General Liability<br>WCI Communities | Northern Assurance<br>Company of America<br>05/01/06 – 07 | $1,000,000 Each Occurrence<br>Indemnity Only<br>$2,000,000 General Aggregate<br>$1,000,000 Products/Completed<br>Operations |

Defense costs are outside the limits and do not erode.

INSURED'S COPY

Follow Form Excess          Northern Assurance          $9,000,000 Each Occurrence
WCI Communities             Company of America          $9,000,000 General Aggregate
                            05/01/06 – 07

Defense costs are outside the limits and do not erode.

All other terms and conditions of this policy remain unchanged.

AUTHORIZED REPRESENTATIVE

INSURED'S COPY

ENDORSEMENT # 2

This endorsement, effective 12:01 AM:  May 1, 2006

Forms a part of policy no.:   7412158

Issued to:   WCI COMMUNITIES INC.

By:  American International Specialty Lines Insurance Company

## SCHEDULE OF RETAINED LIMITS

| COVERAGE | INSURER POLICY TERM | LIMITS OF LIABILITY |
|---|---|---|
| General Liability | WCI Communities 05/01/06 – 07 | $2,000,000 Each Occurrence Indemnity Only $4,000,000 General Aggregate $1,000,000 Trailing SIR Each Occ. Indemnity Only per AIG Endt. |

Defense costs are outside the limits and SIR and do not erode.

| Products/Completed Operations Liability | WCI Communities 05/01/06 – 07 | $5,000,000 Each Occurrence Indemnity Only |
|---|---|---|

Defense costs are outside the limits  and do not erode.

| Automobile Liability | WCI Communities 05/01/06 – 07 | $2,000,000 Combined Single Limit |
|---|---|---|

Defense costs are outside the limits and do not erode.

| Employers Liability | WCI Communities 05/01/06 – 07 | $1,000,000 Each Accident $1,000,000 Disease Each Employee $1,000,000 Disease Policy Limit |
|---|---|---|

Defense costs are outside the limits and do not erode.

| General Liability | Renaissance 05/01/06 – 07 | $3,000,000 Each Occurrence $5,000,000 General Aggregate other than Products/Completed operations $1,000,000 Trailing SIR – Each Occ. Indemnity Only per AIG Endt. |
|---|---|---|

Defense costs are outside the limits and SIR and do not erode.

INSURED'S COPY

| Products/Completed Operations Liability | Renaissance 05/01/05 – 06 | $5,000,000 Each Occurrence Indemnity Only |

Defense costs are outside the limits and do not erode.

| Automobile Liability | Renaissance 05/01/05 – 06 | $1,000,000 Combined Single Limit |

Defense costs are outside the limits and do not erode.

| Employers Liability | Renaissance 05/01/05 – 06 | $1,000,000 Each Accident $1,000,000 Disease Each Employee $1,000,000 Disease Policy Limit |

Defense costs are outside the limits and do not erode.

| Umbrella Liability | Renaissance 05/01/05 – 06 | $10,000,000 Each Occurrence $10,000,000 General Aggregate |

Defense costs are outside the limits and do not erode.

All other terms and conditions of this policy remain unchanged.

_____
AUTHORIZED REPRESENTATIVE

INSURED'S COPY

ENDORSEMENT # 3

This endorsement, effective 12:01 AM;  May 1, 2006

Forms a part of policy no.:  7412158

Issued to:  WCI COMMUNITIES INC.

By:  American International Specialty Lines Insurance Company

HOMEBUILDERS UMBRELLA<sup>SM</sup>
With Approved Counsel S.I.R. Credit

Financial Institutions Exclusion Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS, Paragraph A. is deleted in its entirety and replaced by the following:

Aircraft & Watercraft, Railroad Vehicle and Auto

This insurance does not apply to Bodily Injury or Property Damage arising out of the ownership, maintenance, operation, use, loading or unloading of any:

1.      aircraft, watercraft, or railroad vehicle in which the Insured has any financial interest.

2.      aircraft, watercraft, or railroad vehicle owned by the Insured or rented to the Insured without a crew;

3.      off-lease aircraft, watercraft, Auto or railroad vehicle;

4.      aircraft, watercraft, Auto or railroad vehicle repossessed by the Insured; or

5.      Auto leased by the Insured to others.

Section VII. EXCLUSIONS is amended to include the following additional exclusion:

Insured's Fiduciary Capacity

This insurance does not apply to:

1.      Bodily Injury or Property Damage to or arising out of any property held by or in the care, custody or control of the Insured while the Insured is acting in any Fiduciary Capacity;

2.      Property Damage to money; currency; coin; bank notes; Federal Reserve notes; postage and revenue stamps; savings stamps; savings bonds; bullion; precious metals of all kinds and in any form; articles made from such precious metals; jewelry; watches; necklaces; bracelets; gems; precious and

INSURED'S COPY

semi-precious stones; bonds; securities; evidences of debts; debentures; script; certificates; receipts; warrant rights; transfers; coupons; drafts; bills of exchange; acceptances; notes; checks; withdrawal orders; money orders; travelers checks; letters of credit; bills of lading; abstracts of title; insurance policies and assignments of such policies; deeds; mortgages upon real estate and/or upon chattels and upon interests therein and assignments of such mortgages and instruments; other valuable papers and documents and all other instruments similar to or in the nature of the foregoing; or

3.  Any damages arising out of any act, error, mistake or omission of any Insured or any agent or sub-agent of any Insured while acting in any Fiduciary Capacity.

Section VI. DEFINITIONS, is amended to include the following additional definition:

Fiduciary Capacity means, but is not limited to, the following:

1.  Administrator; executor; trustee under will or personal trust agreement; committee for incompetents; guardian; any agent or sub-agent for any of the foregoing; custodian of securities; manager of real or personal property; or

2.  Interest or dividend disbursing agent; paying agent; fiscal agent; transfer agent; Registrar; agent for voting trustee; warrant agent; depository; agent or committee of holders of stock or securities; escrow agent; trustee under bond indenture; sinking fund agent; receiver or trustee appointed by any court in receivership, bankruptcy or re-organization proceedings; or any similar trust or representative capacity.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

Authorized Representative

INSURED'S COPY

ENDORSEMENT # 4

This endorsement, effective 12:01 AM: May 1, 2006

Forms a part of policy no.: 7412158

Issued to:   WCI COMMUNITIES INC.

By: American International Specialty Lines Insurance Company

HOMEBUILDERS UMBRELLA
With Approved Counsel S.I.R. Credit

Lead Exclusion Endorsement

This policy is amended as follows:

Section VII EXCLUSIONS is amended to include the following additional exclusion:

Lead

This insurance does not apply to any liability arising out of lead or any product(s) containing lead.

It is understood that to the extent any coverage may otherwise be provided under this policy or any of its endorsements, the provisions of this exclusion will supercede.

All other terms definitions, conditions, and exclusions of this policy remain unchanged.

AUTHORIZED REPRESENTATIVE

INSURED'S COPY

ENDORSEMENT # 5

This endorsement, effective 12:01 AM: May 1, 2006

Forms a part of policy no.:   7412158

Issued to:   WCI COMMUNITIES INC.

By: American International Specialty Lines Insurance Company

## HOMEBUILDERS UMBRELLA
### With Approved Counsel S.I.R. Credit

### Silica Exclusion Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS is  amended to include the following additional exclusion:

Silica

This insurance does not apply to any liability arising out of Silica, Silica fiber(s) or Silica Dust or any product(s) containing Silica, Silica fiber(s) or Silica Dust.

Section VI. DEFINITIONS is amended to include the following additional definition:

Silica means:

1.  the substance commonly known as Silica; and

2.  any substance or products which has the same or substantially similar chemical formulation, structured, sold or distributed.

Silica Dust means:

1.  dust comprising of Silica only; and

2.  dust comprising of Silica mixed with other dust or fiber(s) including, but not limited to, asbestos fibers.

It is understood that to the extent any coverage may otherwise be provided under this policy or any of its endorsements, the provisions of this exclusion will supercede.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

AUTHORIZED REPRESENTATIVE

INSURED'S COPY

ENDORSEMENT # 6

This endorsement, effective 12:01 AM:  May 1, 2006

Forms a part of policy no.:   7412158

Issued to:   WCI COMMUNITIES INC.

By:  American International Specialty Lines Insurance Company

### HOMEBUILDERS UMBRELLA
### With Approved Counsel S.I.R. Credit

#### Act of Terrorism Self-Insured Retention Endorsement

Solely as respects Act of Terrorism, this policy is amended as follows:

1.     The Declarations, ITEM 5. SCHEDULED UNDERLYING INSURANCE is amended to include in the Schedule of Underlying Insurance the following additional Self-insured Retention:

ACT OF TERRORISM SELF- INSURED RETENTION - $2,000,000 Each Occurrence

2.     ITEM 7. OF THE DECLARATIONS, PREMIUM AND PREMIUM COMPUTATION is amended To include the following:

ACT OF TERRORISM PREMIUM        $   17,098

3.     Section V. LIMITS OF INSURANCE, Paragraph F., is deleted in its entirety and replaced by the following:

F.   if the total applicable limits of Scheduled Underlying Insurance and any applicable Other Insurance are reduced or exhausted by payment of Loss to which this policy applies, we will:

1.   in the event of reduction, pay in excess of the remaining total applicable limits of Scheduled Underlying Insurance and any applicable Other Insurance or the Act of Terrorism Self Insured Retention, whichever is greater; or

2.   in the event of exhaustion of the total applicable limits of Scheduled Underlying Insurance and any applicable Other Insurance or the Act of Terrorism Self Insured Retention, whichever is greater; pay all sums covered herein.

4.     Section IV. LIMITS OF INSURANCE is amended to include the following additional provision:

The ACT OF TERRORISM SELF-INSURED RETENTION will not be reduced or exhausted by Defense Expenses.

INSURED'S COPY

5.     Section III, DEFENSE PROVISIONS, Paragraphs A., and B., are deleted in their entireties, and replaced by the following:

> We will have no duty to defend any Suit against the Insured. We will, however, have the right, but not the duty, to participate in the defense of any Suit and the investigation of any claim to which this policy may apply. If we exercise this right, we will do so at our own expense.

6.     Section VI. DEFINITIONS is amended to include the following additional definition:

Act of Terrorism is defined as either:

1. A certified "act of terrorism" defined by Section 102. Definitions., of the Terrorism Risk Insurance Act of 2002 and any revisions or amendments.

The following Section 102 definition of "act of terrorism" from the Terrorism Risk Insurance Act of 2002 applies:

(1) Act of Terrorism –
    (A) Certification. – The term "act of terrorism" means any act that is certified by the Secretary of the Treasury of the United States, in concurrence with the Secretary of State, and the Attorney General of the United States --
        (i)  to be an act of terrorism;
        (ii) to be a violent act or an act that is dangerous to --
           (I)   human life;
           (II)  property; or
           (III) infrastructure;
        (iii) to have resulted in damage within the United States, or outside of the United States in the case of --
           (I)   an air carrier or vessel described in paragraph (5)(B); [for the convenience of this endorsement, paragraph (5)(B) reads: occurs to an air carrier (as defined in Section 40102 of title 49, United States Code) to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs, or at the premises of any United States mission];
           (II)  the premises of a United States mission; and
        (iv) to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
    (B) Limitation. -- No act shall be certified by the Secretary as an act of terrorism if --
        (i)  the act is committed as part of the course of a war declared by the Congress, except that this clause shall not apply with respect to any coverage for workers' compensation; or
        (ii) property and casualty insurance losses resulting from the act, in the aggregate, do not exceed $5,000,000.

INSURED'S COPY

(C) Determinations Final. – Any certification of, or determination not to certify, an act as an act of terrorism under this paragraph shall be final, and shall not be subject to judicial review.

(D) Nondelegation. – The Secretary may not delegate or designate to any other officer, employee, or person, any determination under this paragraph of whether, during the effective period of the Program, an act of terrorism has occurred; or

2. the use or threatened use of force or violence against person or property, or commission of an act dangerous to human life or property, or commission of an act that interferes with or disrupts an electronic or communication system, undertaken by any person or group, whether or not acting on behalf of or in connection with any organization, government, power, authority or military force, when the effect is to intimidate, coerce or harm a government, the civilian population or any segment thereof, or to disrupt any segment of the economy.

Act of Terrorism will also include any act which is verified or recognized by the United States Government as an act of terrorism.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

Authorized Representative or
Countersignature (Where Applicable)

INSURED'S COPY

ENDORSEMENT # 7

This endorsement, effective 12:01 AM:  May 1, 2006

Forms a part of policy no.:  7412158

Issued to:  WCI COMMUNITIES INC.

By:  American International Specialty Lines Insurance Company

### HOMEBUILDERS UMBRELLA℠
#### With Approved Counsel S.I.R. Credit

#### Total Pollution Exclusion Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS, Paragraph U. Pollution is deleted in its entirety and replaced by the following:

Pollution

This insurance does not apply to:

1. Any Bodily Injury, Property Damage or Personal Injury and Advertising Injury arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of Pollutants anywhere at any time;

2. Any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that the Insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of Pollutants; or

3. Any loss, cost or expense arising out of any claim or Suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of Pollutants.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

Authorized Representative or
Countersignature (Where Applicable)

INSURED'S COPY

ENDORSEMENT # 8

This endorsement, effective 12:01 AM: May 1, 2006

Forms a part of policy no.: 7412158

Issued to: WCI COMMUNITIES INC.

By: American International Specialty Lines Insurance Company

HOMEBUILDERS UMBRELLA℠
With Approved Counsel S.I.R. Credit

Blasting Exclusion Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS is amended to include the following additional exclusion:

Blasting

This insurance does not apply to any liability arising out of blasting or blasting-related operations.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

Authorized Representative or
Countersignature (where applicable)

INSURED'S COPY

ENDORSEMENT # 9

This endorsement, effective 12:01 AM: May 1, 2006

Forms a part of policy no.: 7412158

Issued to: WCI COMMUNITIES INC.

By: American International Specialty Lines Insurance Company

HOMEBUILDERS UMBRELLA
With Approved Counsel S.I.R. Credit

Cross Suits Exclusion Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS is amended to include the following exclusion:

Cross Suits

This insurance does not apply to Bodily Injury, Property Damage, or Personal Injury and Advertising Injury to an Insured that is caused, in whole or in part, by any other Insured.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

Authorized Representative

INSURED'S COPY

ENDORSEMENT # 10

This endorsement, effective 12:01 AM; May 1, 2006

Forms a part of policy no.: 7412158

Issued to: WCI COMMUNITIES INC,

By: American International Specialty Lines Insurance Company

HOMEBUILDERS UMBRELLA℠
With Approved Counsel S.I.R. Credit

Foreign Liability Exclusion Endorsement

This policy is amended as follows:

Section VII. EXCLUSIONS is amended to include the following additional exclusion:

Foreign Liability

This insurance does not apply to Bodily Injury, Property Damage or Personal Injury and Advertising Injury caused by an Occurrence that takes place outside the United States of America, its territories or possessions, Puerto Rico or Canada.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

Authorized Representative or
Countersignature
(Where Applicable)

INSURED'S COPY

ENDORSEMENT # 11

This endorsement, effective 12:01 AM: May 1, 2006

Forms a part of policy no.:  741215B

Issued to:  WCI COMMUNITIES INC.

By:  American International Specialty Lines Insurance Company

HOMEBUILDERS UMBRELLA℠
With Approved Counsel S.I.R. Credit

Self Insured Retention Applicable To Specified Coverage After
Aggregate Self Insured Retention Is Reduced or Exhausted Endorsement

This endorsement shall only apply to the coverages specified below:

General Liability Other Than Products-Completed Operations

Solely as respects this endorsement:

Item 4. of the Declarations is amended to include the following additional Self-Insured Retention:

Specified Coverage Self Insured Retention -  $1,000,000
per Occurrence

Section V.  Limits of Insurance, Paragraph F. are deleted in their entirety and replaced by the following:

If the Aggregate Self-Insured Retention shown in the Self-Insured Retention Schedule referenced in Item 4. of the Declarations is reduced or exhausted by payment of Loss to which this policy applies we will:

1. In the event of reduction, pay in excess of the reduced Aggregate Self-Insured Retention or the Specified Coverage Self Insured Retention shown above, whichever is greater. The Specified Coverage Self Insured Retention will apply per Occurrence and will not be reduced by Defense Expenses; or

2. In the event of exhaustion of the Aggregate Self-Insured Retention, pay in excess of the Specified Coverage Self Insured Retention shown above. The Specified Coverage Self Insured Retention will apply per Occurrence and will not be reduced by Defense Expenses.

For the purpose of this endorsement, Section VI.  Definitions, paragraph Y. Self-Insured Retention is amended to include the following additional provision.

INSURED'S COPY

The term Self Insured Retention shall include the Specified Coverage Self Insured Retention shown at the top of the Self Insured Retention Applicable To Specified Coverage After Aggregate Self Insured Retention Is Reduced or Exhausted Endorsement.

For the purpose of this endorsement, Section VI. Definitions, is amended to include the following additional definitions:

Defense Expenses means any payment allocated to a specific loss, claim or suit for its investigation, settlement or defense, including but not limited to:

1.   Attorney's fees and all other investigation, loss adjustment and litigation expenses;

2.   Premiums on bonds to release attachments;

3.   Premiums on appeal bonds required by law to appeal any claim or suit;

4.   Costs taxed against the insured in any claim or suit;

5.   Pre-judgment interest awarded against the Insured; and

6.   Interest that accrues after entry of judgment.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

Account Representative or
Countersignature (where applicable)

INSURED'S COPY

ENDORSEMENT # 12

This endorsement, effective 12:01 AM;  May 1, 2006

Forms a part of policy no.:  7412158

Issued to:  WCI COMMUNITIES INC.

By:  American International Specialty Lines Insurance Company

**HOMEBUILDERS UMBRELLA™**
With Approved Counsel S.I.R. Credit

Marine Liability Exclusion Endorsement

This policy is amended as follows:

A.  Solely as respects watercraft, Section VII. Exclusions, Paragraph A. is deleted in its entirety.

B.  Section VII. EXCLUSIONS is amended to include the following additional exclusion:

   Marine

   This insurance does not apply to any marine liability which includes, but is not limited to, the following:

|  |  |
|---|---|
| Charters Liability | Ship Builders Liability |
| Safe Berth Legal Liability | Stevedores Liability |
| Towers Liability | Wharfingers Liability |
| Ship repairers Legal Liability | U.S. Longshoreman and Harbor |
| Terminal Operation Liability | Workers |
| Jones Act | |

However, this exclusion does not apply to any Property Damage to any property in the Insured's care, custody or control.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

_____
Authorized Representative

Manuscript (05/06)

INSURED'S COPY

ENDORSEMENT # 13

This endorsement, effective 12:01 AM:  May 1, 2006

Forms a part of policy no.:  7412158

Issued to:  WCI COMMUNITIES INC.

By:  American International Specialty Lines Insurance Company

HOMEBUILDERS UMBRELLA℠
With Approved Counsel S.I.R. Credit

Wrap-Ups Exclusion Endorsement
(with Limited Exceptions)

This policy is amended as follows:

Section VII. EXCLUSIONS, Paragraph FF.: "Wrap-Ups" is deleted in its entirety and replaced by

FF. Wrap-Ups

This insurance does not apply to Bodily Injury, Property Damage, or Personal Injury and Advertising Injury arising out of any project insured under a Wrap-up or any similar rating plan.

However, this exclusion does not apply to liability, included within the Products Completed Operations Hazard, for the projects listed below, but only:

1. with respect to those units having a close of escrow date within this Policy Period; and

2. after Other Insurance, covering such Products Completed Operations Hazard for a period of five (5) years after completion of the projects listed below, has expired, as follows:

SCHEDULED OF PROJECTS

|  | Project Name | Location | No. of Units | Completion Date | PCOH Coverage |
|---|---|---|---|---|---|
| 1. | One Singer Island | Singer Island, FL | 15 | 09/2006 | 09/ 2011- 08/2016 |
| 2. | Resort at Singer Island -Condo | Singer Island, FL | 66 | 12/2006 | 12/2011-11/2016 |
| 3. | Resort at Singer Island- Hotel | Singer Island, FL | 229 | 12/2006- | 12/2011-11/2016 |
| 4. | One Bal Harbor Condo | Bal Harbor, FL | 185 | 12/2006 | 12/2011-11/2016 |

INSURED'S COPY

For the purpose of this endorsement only; Section VI. DEFINITIONS, is amended to include the following additional definitions:

Contractor means any individual, partnership, firm or corporation (unless such entity is specifically excluded from this policy) that:

1   has entered into a contract for construction with the Insured,
2   has been enrolled into a Wrap-Up for one of these projects; and
3   has the authority to perform work at the Project Site

Subcontractor means any individual, partnership, firm or corporation (unless such entity is specifically excluded from this policy) that:

1.   has entered into a contract for construction with the Contractor or with any tier of Subcontractor
2.   has been enrolled into a Wrap-Up; for one of these projects and
3.   has the authority to perform work at the Project Site

Project Site means that area described in the construction contract documents provided to underwriters in the submission, and such area shall include the area available for Contractor operations, access routes, rights-of way, and any approved additional area deemed as incidental thereto.

Wrap-Up means a Wrap-up insurance program or any other program of insurance affording coverage to a construction project, whether controlled by the owner of the project or by a general contractor.

All other terms, definitions, conditions, and exclusions of this policy remain unchanged.

Account Representative or
Countersignature (where applicable)

INSURED'S COPY