# EXHIBIT L


# ZURICH

**Zurich North America Specialties**
One Liberty Plaza (32 fl.)
New York, New York 10006

(212) 553-5762

---

This **Quote** reflects the terms and conditions of the Underwriting Company and may differ from the submitted Insurance proposal and/or specifications.

Date: 3/25/05

Contact: Julius Hasko
Producer: Willis

Applicant: W C I Communities, Inc., Bonita Springs, Florida. Renewal of Policy # AUC-3836443-03

We are pleased to offer the following Excess Umbrella Liability quote on an OCCURRENCE basis for the above captioned Insured:

## Limit of Liability:

| | |
|---|---|
| $25,000,000 | Per Occurrence |
| $25,000,000 | General Aggregate |
| $25,000,000 | Products/Completed Operations Aggregate |

Excess Ace's (ILLINOIS UNION INSURANCE CO.)

| | |
|---|---|
| $15,000,000 | Per Occurrence |
| $15,000,000 | General Aggregate |
| $15,000,000 | Products/Completed Operations Aggregate |

Premium: $1,257,000
Taxes: $Broker is responsible for all Taxes, fees and filings.
Terrorism Peril: $Rejected
Total: $1,257,000

Premium Basis: _X_ Flat ____ Adjustable 25% Minimum Earned at Inception
Taxes/Surcharges: Broker responsible for filings, fees and taxes.
Commission: 0%          Company: Steadfast Insurance Company – non-admitted in Fla.
Defense: In Addition to Policy Limits          Best Rated: AXIV

Self-Insured Retention: $50,000.
Policy Period: March 31, 2005 to March 31, 2006

## Terms & Conditions:

A. Notable Exclusions within Policy Contract:          Asbestos, Nuclear, Employment
                                                         Related Practices/Discrimination,
                                                         UM/UIM – Cov. A&B; Aircraft,
                                                         Product Recall, Watercraft

B. Pollution:          Follow Form

C. Attaching:          Applicable State Amendatory
   Endorsements       CCC Exclusion (Real & Personal)
                      Cross Suits Exclusion
                      Financial Institutions Exclusion

Insurance Related Operations Exclusion,
Known Loss and Loss in Progress Exclusion,
Employee Benefits Follow-form,
Lead Exclusion,
Professional Services Exclusion,
Contractors Limitation Exclusion w/Subsidence,
Punitive Damages Exclusion,
60-Day notice of cancellation,
Policy Holder Disclosure,
Terrorism Retained Amounts,
Prior Incident/Construction Defects, (Montrose) – prior acts,
Real Estate Agents E&O Exclusion,
War or Military Action Exclusion,
Retained Amounts Terrorism Endorsement,
Combined terrorism peril exclusion for certified and non-certified acts of terrorism, Violation of Communication or Information Law Exclusion.

D.  Subject To:

Premium Paid within 30 days of Effective Date, Surplus lines broker info needed before binding, Updated loss data for Spectrum and Renaissance, And Written TRIA rejection letter.

\*\*\* **Please Note:** The Excess Policy cannot be released until receipt and review of the lead umbrella policy.

## Minimum Underlying Insurance Requirements:

Note: All Primary Carriers must be **Best Rated A-VII or Better**

Lead Umbrella (ACE/ILLINOIS UNION INSURANCE CO.) Effective 3/31/05-3/31/06

| | |
|---|---|
| $15,000,000 | Per Occurrence |
| $15,000,000 | General Aggregate |
| $15,000,000 | Products/Completed Operations Aggregate |

### Ace's Terms and Conditions:

Contractors Limitation Endorsement, Insured's Interest only in OCIP's, Retention Maintenance Endorsement, Limitation of coverage for Products/Completed Operations to states of FL, N.Y., N.J., PA, CT, Continuous and Progressive Damages Endorsement, TRIA and Non-TRIA with NBC Exclusion, Follow Form Marine Liability, Premises SIR can be eroded by indemnity only; Products SIR can be eroded by a maximum of 20% in defense costs. Fungi or Bacteria Exclusion, EIFS Exclusion, CCA Exclusion, Professional Exclusion, Pollution Exclusion, Known Loss Exclusion

Excess of:

**GL-Products/Completed Ops** (WCI Communities SIR) Effective 3/1/05-3/1/06

    $5,000,000    Per Occurrence SIR

    SIR eroded by a max of 20% for ALAE

**GL-Premises** (WCI Communities SIR) Effective 3/1/05-3/1/06

    $2,000,000    Per Occurrence SIR
    $4,000,000    Aggregate

    SIR eroded by indemnity only

**Auto Liability** The Hartford Effective 3/1/05-3/1/06

    $2,000,000    CSL

**Employers Liability** CNA Effective 3/1/05-3/1/06

    $1,000,000 Each Accident /$1,000,000 Policy limit disease /$1,000,000 Each EMP.

Thank you for working with us on WCI's renewal. Should you have any questions or concerns please do not hesitate to contact us.

Sincerely,


Rob Kenyon
Team Leader-Underwriting
Zurich North America Specialties
Excess Casualty NYC