# EXHIBIT 3

ANNUAL STATEMENT FOR THE YEAR 2009 OF THE Chartis Specialty Insurance Company
(formerly known as American International Specialty Lines Insurance Company)

## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN
Allocated by States and Territories

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | States, Etc. | Active Status | Gross Premiums, including Policy and Membership Fees, Less Return Premiums and Premiums on Policies Not Taken — Direct Premiums Written | Direct Premiums Earned | Dividends Paid or Credited to Policyholders on Direct Business | Direct Losses Paid (Deducting Salvage) | Direct Losses Incurred | Direct Losses Unpaid | Finance and Service Charges Not Included in Premiums | Direct Premiums Written for Federal Purchasing Groups (Included in Column 2) |
| 1. | Alabama AL | E | 7,252,540 | 9,996,059 | 0 | 4,199,582 | (1,818,635) | 26,706,719 | 0 | |
| 2. | Alaska AK | L | 1,573 | 1,638 | 0 | (37) | (1,788) | 52,948 | 0 | |
| 3. | Arizona AZ | E | 4,082,345 | 11,172,623 | 0 | 142,942,057 | 139,074,336 | 57,045,102 | 0 | |
| 4. | Arkansas AR | E | 7,215,851 | 8,841,524 | 0 | 6,398,384 | 10,855,487 | 127,577,517 | 0 | |
| 5. | California CA | E | 161,557,082 | 174,386,250 | 0 | 236,893,489 | 188,301,686 | 677,222,269 | 0 | 303,789 |
| 6. | Colorado CO | E | 10,199,104 | 13,196,778 | 0 | 21,842,502 | (11,600,294) | 47,852,553 | 0 | 0 |
| 7. | Connecticut CT | E | 24,750,978 | 30,760,854 | 0 | 45,868,468 | 35,481,064 | 78,291,077 | 0 | 230,819 |
| 8. | Delaware DE | E | 4,601,909 | 3,302,067 | 0 | 8,876,194 | (241,809) | 13,268,164 | 0 | |
| 9. | District of Columbia DC | E | 12,977,756 | 12,021,611 | 0 | 4,616,682 | 7,328,612 | 32,815,956 | 0 | |
| 10. | Florida FL | E | 39,993,008 | 49,774,027 | 0 | 28,665,676 | 35,604,480 | 136,535,368 | 0 | 349,533 |
| 11. | Georgia GA | E | 23,864,710 | 29,986,130 | 0 | 14,936,590 | 9,789,235 | 90,850,219 | 0 | |
| 12. | Hawaii HI | E | 2,100,903 | 3,139,764 | 0 | 2,526,118 | 3,397,093 | 11,874,112 | 0 | |
| 13. | Idaho ID | E | 1,006,696 | 1,903,136 | 0 | 92,088 | (2,199,266) | 12,290,851 | 0 | |
| 14. | Illinois IL | L | 2,137,263 | 12,847,375 | 0 | 62,178,986 | 29,023,307 | 127,172,915 | 0 | (6,241) |
| 15. | Indiana IN | E | 12,264,972 | 13,683,458 | 0 | 27,696,955 | 27,725,762 | 34,387,913 | 0 | |
| 16. | Iowa IA | E | 5,299,491 | 6,307,469 | 0 | 541,258 | 379,862 | 14,424,947 | 0 | |
| 17. | Kansas KS | E | 5,547,512 | 6,982,652 | 0 | 3,883,544 | 4,862,857 | 18,504,484 | 0 | |
| 18. | Kentucky KY | E | 4,425,646 | 4,577,535 | 0 | 2,103,212 | 1,847,901 | 24,904,814 | 0 | |
| 19. | Louisiana LA | E | 34,727,047 | 36,276,119 | 0 | 12,755,491 | 16,348,614 | 89,183,535 | 0 | 14,980 |
| 20. | Maine ME | E | 1,163,254 | 2,059,681 | 0 | 672,607 | (5,073,077) | 8,162,283 | 0 | |
| 21. | Maryland MD | E | 7,503,411 | 11,928,570 | 0 | 7,325,079 | (14,527,986) | 52,935,580 | 0 | |
| 22. | Massachusetts MA | E | 33,226,973 | 42,876,160 | 0 | 77,603,018 | 30,405,322 | 105,546,131 | 0 | 60,324 |
| 23. | Michigan MI | E | 35,052,630 | 42,797,908 | 0 | 91,627,454 | 70,203,718 | 93,882,875 | 0 | |
| 24. | Minnesota MN | E | 13,632,625 | 19,702,381 | 0 | 8,601,409 | 7,712,093 | 43,684,325 | 0 | |
| 25. | Mississippi MS | E | 3,080,997 | 4,879,770 | 0 | 3,211,842 | 1,615,914 | 12,652,355 | 0 | |
| 26. | Missouri MO | E | 20,362,328 | 19,055,360 | 0 | 15,836,117 | 11,779,738 | 50,965,628 | 0 | |
| 27. | Montana MT | E | 1,123,410 | 1,495,749 | 0 | 25,796,658 | 27,143,805 | 8,275,485 | 0 | |
| 28. | Nebraska NE | E | 2,855,209 | 2,902,099 | 0 | 4,290,062 | 5,428,756 | 9,560,585 | 0 | |
| 29. | Nevada NV | E | 5,628,705 | 12,736,610 | 0 | 67,006,603 | 58,327,664 | 35,657,902 | 0 | |
| 30. | New Hampshire NH | E | 2,109,894 | 2,732,799 | 0 | 507,357 | (1,767,568) | 25,947,376 | 0 | |
| 31. | New Jersey NJ | E | 7,909,350 | 2,703,714 | 0 | 162,658 | 94,060 | (485,291) | 0 | |
| 32. | New Mexico NM | E | 890,653 | 1,015,305 | 0 | 62,633 | 157,060 | 3,632,487 | 0 | |
| 33. | New York NY | E | 79,607,691 | 117,037,035 | 0 | 127,610,062 | 139,200,725 | 274,201,800 | 0 | 887,512 |
| 34. | North Carolina NC | E | 13,736,315 | 17,383,739 | 0 | 13,923,353 | 19,715,456 | 50,721,476 | 0 | |
| 35. | North Dakota ND | E | 185,927 | 2,244,893 | 0 | 1,713,829 | 2,084,042 | 6,398,938 | 0 | |
| 36. | Ohio OH | E | 23,314,339 | 32,774,265 | 0 | 11,107,768 | (9,363,907) | 91,721,353 | 0 | |
| 37. | Oklahoma OK | E | 10,545,745 | 11,956,457 | 0 | 11,377,087 | 23,965,123 | 30,236,849 | 0 | |
| 38. | Oregon OR | E | 3,445,671 | 6,061,397 | 0 | 3,267,928 | 2,090,597 | 20,751,221 | 0 | |
| 39. | Pennsylvania PA | E | 25,612,700 | 40,963,663 | 0 | 26,353,500 | 16,650,591 | 118,565,201 | 0 | |
| 40. | Rhode Island RI | E | 4,945,207 | 7,017,694 | 0 | 11,418,383 | 11,855,889 | 23,882,459 | 0 | |
| 41. | South Carolina SC | E | 3,667,042 | 5,390,763 | 0 | 1,430,277 | 346,045 | 15,096,851 | 0 | |
| 42. | South Dakota SD | E | 2,184,653 | 2,374,417 | 0 | 264,093 | 1,111,353 | 4,239,353 | 0 | |
| 43. | Tennessee TN | E | 17,764,110 | 21,361,721 | 0 | 8,380,869 | 2,739,063 | 42,477,098 | 0 | |
| 44. | Texas TX | E | 91,300,399 | 126,639,657 | 0 | 63,575,473 | 70,390,920 | 341,374,365 | 0 | |
| 45. | Utah UT | E | 3,922,691 | 5,263,399 | 0 | 134,205 | 835,023 | 12,819,844 | 0 | |
| 46. | Vermont VT | E | 2,732,304 | 3,396,029 | 0 | 1,143,165 | 1,045,959 | 17,060,460 | 0 | |
| 47. | Virginia VA | E | 23,768,844 | 31,810,366 | 0 | 19,912,023 | 5,460,376 | 69,718,710 | 0 | |
| 48. | Washington WA | E | 11,324,375 | 15,224,971 | 0 | 29,390,151 | 34,214,673 | 72,785,853 | 0 | |
| 49. | West Virginia WV | E | 2,410,764 | 1,977,642 | 0 | 262,524 | 548,460 | 5,477,040 | 0 | |
| 50. | Wisconsin WI | E | 31,250,628 | 27,240,297 | 0 | 6,251,037 | 10,679,627 | 31,715,223 | 0 | |
| 51. | Wyoming WY | E | 261,550 | 289,145 | 0 | (8,733) | 23,607 | 474,447 | 0 | |
| 52. | American Samoa AS | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 53. | Guam GU | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 54. | Puerto Rico PR | E | 15,733 | 10,470 | 0 | 0 | 0 | 0 | 0 | |
| 55. | U.S. Virgin Islands VI | E | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 56. | Northern Mariana Islands MP | | | | | | | | | |
| 57. | Canada CN | N | 0 | 0 | 0 | 0 | (1,000) | 0 | 0 | |
| 58. | Aggregate Other Aliens OT | XXX | 38,108 | (44,823,845) | 0 | 4,224,686 | (39,496,780) | 40,626,050 | 0 | 0 |
| 59. | Totals (a) | (a) 2 | 790,422,141 | 1,025,369,865 | 0 | 1,261,561,765 | 989,595,977 | 3,334,078,748 | 0 | 1,900,712 |
| | **DETAILS OF WRITE-INS** | | | | | | | | | |
| 5801. | Miscellaneous Foreign | XXX | 38,108 | (44,823,845) | 0 | 4,224,686 | (39,496,780) | 40,626,050 | | |
| 5802. | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 5803. | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 5898. | Summary of remaining write-ins for Line 58 from overflow page | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5899. | Totals (Lines 5801 through 5803 plus 5898)(Line 58 above) | XXX | 38,108 | (44,823,845) | 0 | 4,224,686 | (39,496,780) | 40,626,050 | 0 | 0 |

Explanation of basis of allocation of premiums by states, etc.

(a) Insert the number of L responses except for Canada and Other Alien.

Property Risks: Allocation is based on location of risks insured. Ocean Marine Risks: Allocation is to the jurisdiction where insurance contract was negotiated. Automotive Risks: Allocation is to the jurisdiction where vehicle is principally garaged. Casualty Risks: Allocation is based on location of insured's home office. Workers Compensation: Allocation is based on location of insured's employees.

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 6-Month Supplement, Version 2010.2)  Page 1
003535 - Chartis Specialty Insurance Company

# TERRITORY

The company is licensed in Alaska and Illinois. It also operates on a surplus lines or non-admitted basis in the District of Columbia, Puerto Rico, U.S. Virgin Islands, AL, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Annual Statement for the year 2009 of the **ILLINOIS UNION INSURANCE COMPANY**

## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN
### Allocated by States and Territories

| | States, Etc. | 1 Active Status | 2 Direct Premiums Written | 3 Direct Premiums Earned | 4 Dividends Paid or Credited to Policyholders on Direct Business | 5 Direct Losses Paid (Deducting Salvage) | 6 Direct Losses Incurred | 7 Direct Losses Unpaid | 8 Finance and Service Charges not Included in Premiums | 9 Direct Premiums Written for Federal Purchasing Groups (incl. in Col. 2) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Alabama....AL | E | 1,926,409 | 2,298,711 | 0 | 1,391,459 | (5,505,081) | 8,328,994 | 0 | 0 |
| 2. | Alaska....AK | E | 5,889,033 | 5,369,855 | 0 | 1,196,426 | 754,062 | 2,764,965 | 0 | 0 |
| 3. | Arizona....AZ | E | 2,234,205 | 3,364,713 | 0 | 8,131,279 | (864,807) | 12,653,942 | 0 | 0 |
| 4. | Arkansas....AR | E | 2,249,374 | 1,970,059 | 0 | 1,480,715 | 2,224,353 | 4,154,117 | 0 | 0 |
| 5. | California....CA | E | 72,279,854 | 91,341,018 | 0 | 45,921,395 | 41,149,047 | 216,956,600 | 0 | 0 |
| 6. | Colorado....CO | E | 10,026,516 | 15,035,023 | 0 | 828,626 | 8,989,177 | 23,474,058 | 0 | 0 |
| 7. | Connecticut....CT | E | 14,985,766 | 13,084,821 | 0 | 8,691,201 | 14,669,362 | 74,202,587 | 0 | 0 |
| 8. | Delaware....DE | E | 1,120,410 | 1,130,107 | 0 | 312,215 | 258,556 | 1,418,930 | 0 | 0 |
| 9. | District of Columbia....DC | E | 3,170,136 | 3,073,286 | 0 | 0 | (2,536,147) | 3,585,997 | 0 | 0 |
| 10. | Florida....FL | E | 25,812,853 | 25,986,965 | 0 | 17,747,561 | 2,161,185 | 37,095,543 | 0 | 0 |
| 11. | Georgia....GA | E | 19,149,763 | 23,552,508 | 0 | 12,347,014 | 11,346,601 | 53,517,093 | 0 | 0 |
| 12. | Hawaii....HI | E | 1,164,651 | 1,192,085 | 0 | 3,397,789 | 1,161,172 | 1,628,987 | 0 | 0 |
| 13. | Idaho....ID | E | 1,073,137 | 2,135,289 | 0 | 130,024 | 305,451 | 2,451,443 | 0 | 0 |
| 14. | Illinois....IL | E | 17,711,341 | 18,423,362 | 0 | 10,207,077 | 24,237,405 | 43,034,695 | 0 | 0 |
| 15. | Indiana....IN | E | 6,783,593 | 6,329,379 | 0 | 766,204 | 3,873,670 | 17,711,980 | 0 | 0 |
| 16. | Iowa....IA | E | 2,695,137 | 2,400,590 | 0 | 552,789 | 100,976 | 3,956,701 | 0 | 0 |
| 17. | Kansas....KS | E | 1,919,584 | 1,986,089 | 0 | 34,930 | 4,154,496 | 6,942,601 | 0 | 0 |
| 18. | Kentucky....KY | E | 4,191,221 | 3,902,375 | 0 | 449,843 | 1,029,087 | 6,004,189 | 0 | 0 |
| 19. | Louisiana....LA | E | 11,524,668 | 11,763,366 | 0 | 2,248,486 | 1,656,586 | 17,679,543 | 0 | 0 |
| 20. | Maine....ME | E | 296,555 | 268,288 | 0 | 768 | (130,515) | 719,029 | 0 | 0 |
| 21. | Maryland....MD | E | 10,502,674 | 9,817,336 | 0 | 2,817,074 | (472,794) | 19,689,618 | 0 | 0 |
| 22. | Massachusetts....MA | E | 13,886,008 | 14,659,678 | 0 | 3,486,057 | 1,745,622 | 30,920,044 | 0 | 0 |
| 23. | Michigan....MI | E | 2,670,713 | 3,799,549 | 0 | 86,612 | (6,975,561) | 8,777,605 | 0 | 0 |
| 24. | Minnesota....MN | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25. | Mississippi....MS | E | 1,113,628 | 1,709,639 | 0 | 270,951 | 878,848 | 5,461,051 | 0 | 0 |
| 26. | Missouri....MO | E | 7,576,682 | 7,984,276 | 0 | 10,340,366 | 9,983,640 | 14,367,813 | 0 | 0 |
| 27. | Montana....MT | E | 412,115 | 612,566 | 0 | 312,609 | 469,969 | 1,063,173 | 0 | 0 |
| 28. | Nebraska....NE | E | 1,477,951 | 1,896,408 | 0 | 201,938 | 791,850 | 1,754,864 | 0 | 0 |
| 29. | Nevada....NV | E | 659,784 | 1,609,164 | 0 | 661,046 | 2,461,096 | 5,910,451 | 0 | 0 |
| 30. | New Hampshire....NH | E | 3,260,476 | 3,539,162 | 0 | 118,268 | 1,653,489 | 8,541,750 | 0 | 0 |
| 31. | New Jersey....NJ | E | 19,379,240 | 19,036,227 | 0 | 9,354,320 | 6,497,566 | 33,610,929 | 0 | 0 |
| 32. | New Mexico....NM | E | 1,206,942 | 1,118,589 | 0 | 4,169 | 235,563 | 1,344,555 | 0 | 0 |
| 33. | New York....NY | E | 61,489,592 | 62,017,912 | 0 | 47,516,702 | 15,249,388 | 262,768,286 | 0 | 0 |
| 34. | North Carolina....NC | E | 6,810,735 | 8,167,658 | 0 | 396,131 | 8,166 | 11,844,472 | 0 | 0 |
| 35. | North Dakota....ND | E | 115,573 | 185,110 | 0 | 0 | (925) | 301,385 | 0 | 0 |
| 36. | Ohio....OH | E | 9,607,741 | 9,346,949 | 0 | 2,153,921 | (260,387) | 30,491,169 | 0 | 0 |
| 37. | Oklahoma....OK | E | 2,362,896 | 3,207,047 | 0 | 3,166,315 | 3,444,185 | 3,802,001 | 0 | 0 |
| 38. | Oregon....OR | E | 2,213,215 | 2,808,269 | 0 | 1,114,632 | 4,962,136 | 12,045,706 | 0 | 0 |
| 39. | Pennsylvania....PA | E | 12,942,379 | 12,682,392 | 0 | 7,450,781 | 5,042,953 | 34,521,882 | 0 | 0 |
| 40. | Rhode Island....RI | E | 3,268,138 | 3,303,139 | 0 | 303,626 | 954,829 | 8,917,444 | 0 | 0 |
| 41. | South Carolina....SC | E | 1,974,698 | 2,092,172 | 0 | 784,238 | 232,697 | 3,075,350 | 0 | 0 |
| 42. | South Dakota....SD | E | 434,515 | 289,597 | 0 | (2,057) | (91,117) | 536,694 | 0 | 0 |
| 43. | Tennessee....TN | E | 10,233,268 | 10,313,683 | 0 | 2,623,791 | 1,983,138 | 23,699,196 | 0 | 0 |
| 44. | Texas....TX | E | 37,544,287 | 43,934,101 | 0 | 9,444,666 | 8,765,214 | 95,902,015 | 0 | 0 |
| 45. | Utah....UT | E | 2,085,693 | 1,483,139 | 0 | 1,586,579 | 4,221,415 | 7,826,572 | 0 | 0 |
| 46. | Vermont....VT | E | 597,416 | 559,983 | 0 | 1,006,542 | 1,459,225 | 1,175,543 | 0 | 0 |
| 47. | Virginia....VA | E | 15,937,678 | 14,324,903 | 0 | 2,862,022 | 8,607,230 | 30,042,535 | 0 | 0 |
| 48. | Washington....WA | E | 8,715,197 | 9,368,020 | 0 | 7,573,598 | 9,499,945 | 21,536,808 | 0 | 0 |
| 49. | West Virginia....WV | E | 214,063 | 263,166 | 0 | 92,535 | (62,230) | 1,968,749 | 0 | 0 |
| 50. | Wisconsin....WI | E | 2,222,365 | 2,553,535 | 0 | 836,475 | (97,725) | 14,493,532 | 0 | 0 |
| 51. | Wyoming....WY | E | 151,804 | 201,216 | 0 | 55,621 | 138,389 | 506,787 | 0 | 0 |
| 52. | American Samoa....AS | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 53. | Guam....GU | N | 0 | 151,137 | 0 | 0 | (139,416) | (6,136) | 0 | 0 |
| 54. | Puerto Rico....PR | N | 0 | 0 | 0 | 0 | (522) | 6,215 | 0 | 0 |
| 55. | US Virgin Islands....VI | N | 0 | 0 | 0 | 0 | (707) | 3,360 | 0 | 0 |
| 56. | Northern Mariana Islands....MP | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 57. | Canada....CN | N | 97,883 | 36,473 | 0 | 0 | 6,447 | 98,827 | 0 | 0 |
| 58. | Aggregate Other Alien....OT | XXX | 20,034,539 | 16,142,038 | 0 | 16,364,153 | 16,880,113 | 14,692,493 | 0 | 0 |
| 59. | Totals | (a) 0 | 457,403,299 | 584,114,111 | 0 | 246,950,582 | 205,072,875 | 1,239,994,692 | 0 | 0 |
| | **DETAILS OF WRITE-INS** | | | | | | | | | |
| 5801. | FOREIGN | XXX | 20,034,539 | 16,142,038 | 0 | 16,364,153 | 16,880,113 | 14,692,493 | 0 | 0 |
| 5802. | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5803. | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5898. | Summary of remaining write-ins for Line 58 from overflow page | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5899. | Totals (Lines 5801 thru 5803+ Line 5898) (Line 58 above) | XXX | 20,034,539 | 16,142,038 | 0 | 16,364,153 | 16,880,113 | 14,692,493 | 0 | 0 |

(a) Insert the number of "L" responses except for Canada and Other Alien.
Explanation of Basis of Allocation of Premiums by States, etc.
Location of Property: Fire, Allied Lines, Federal Flood, Farmowners Multiple peril, Homeowners Multiple Peril, Commerial Multiple Peril, Earthquake, Burglary and Theft Boiler and Machinery.
Location of Risk: Medical Malpratice, Liability other than Auto.
Location of Operation: Worker's Compensation, Liability other than Auto.
Location of Principle Garage: Auto Liability, Auto Physical Damage.
Location of Airport: Aircraft (All Perils).
Location of Insured: Group Accident and Health, Other Accident and Health.
Principle Office of Insured: Credit
Surety - Judical Bonds Allocated to State of Court location, Contract - Location of Work, Supply - Location of Contractor, License - Location of Obligee.

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 6-Month Supplement, Version 2010.2)   Page 1
003510 - Illinois Union Insurance Company

# TERRITORY

The company is licensed in Illinois. It also operates on a surplus lines or non-admitted basis in the District of Columbia, AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IN, IA, KS, KY, LA, ME, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

ANNUAL STATEMENT FOR THE YEAR 2009 OF THE Lexington Insurance Company

## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN

Allocated by States and Territories

| | States, Etc. | Active Status | 1 Gross Premiums, Including Policy and Membership Fees, Less Return Premiums and Premiums on Policies Not Taken | | 4 Dividends Paid or Credited to Policyholders on Direct Business | 5 Direct Losses Paid (Deducting Salvage) | 6 Direct Losses Incurred | 7 Direct Losses Unpaid | 8 Finance and Service Charges Not Included in Premiums | 9 Direct Premiums Written for Federal Purchasing Groups (Included in Column 2) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 Direct Premiums Written | 3 Direct Premiums Earned | | | | | | |
| 1. | Alabama AL | E | 59,242,150 | 67,459,463 | 0 | 177,806,955 | 104,692,231 | 178,802,095 | 0 | 165,713 |
| 2. | Alaska AK | E | 17,101,509 | 17,126,881 | 0 | 17,775,812 | 18,653,273 | 21,114,938 | 0 | 68,045 |
| 3. | Arizona AZ | E | 69,723,375 | 84,957,491 | 0 | 82,402,748 | 171,435,952 | 237,093,656 | 0 | 8,450 |
| 4. | Arkansas AR | E | 17,131,061 | 20,346,146 | 0 | 16,700,652 | 11,941,590 | 45,371,149 | 0 | 1,007 |
| 5. | California CA | E | 903,739,072 | 927,152,248 | 0 | 424,030,961 | 411,303,835 | 1,224,145,812 | 0 | 261,866 |
| 6. | Colorado CO | E | 73,570,851 | 60,330,739 | 0 | 43,931,905 | 46,718,767 | 114,219,494 | 0 | 38,596 |
| 7. | Connecticut CT | E | 51,748,766 | 50,074,778 | 0 | 32,991,467 | 37,014,261 | 117,872,400 | 0 | 103,352 |
| 8. | Delaware DE | L | (31,381) | (50,544) | 0 | 218,055 | (415,980) | 1,310,963 | 0 | (13,033) |
| 9. | District of Columbia DC | E | 36,797,359 | 37,679,754 | 0 | 9,350,893 | 57,830,239 | 100,815,047 | 0 | 14,750 |
| 10. | Florida FL | E | 585,737,348 | 592,208,584 | 0 | 215,433,252 | 147,054,439 | 908,384,063 | 0 | 1,442,226 |
| 11. | Georgia GA | E | 111,444,453 | 112,613,161 | 0 | 40,912,851 | 17,623,563 | 156,707,173 | 0 | 50,044 |
| 12. | Hawaii HI | E | 57,906,140 | 55,025,967 | 0 | 16,231,005 | 9,597,225 | 50,361,572 | 0 | 39,818 |
| 13. | Idaho ID | E | 10,843,297 | 11,745,425 | 0 | 1,082,022 | (1,259,401) | 15,670,671 | 0 | |
| 14. | Illinois IL | E | 268,998,264 | 303,799,382 | 0 | 101,833,970 | 206,129,800 | 482,822,426 | 0 | 139,334 |
| 15. | Indiana IN | E | 65,693,335 | 66,500,275 | 0 | 50,766,605 | 30,914,115 | 174,127,642 | 0 | 7,180 |
| 16. | Iowa IA | E | 36,998,891 | 37,535,877 | 0 | 23,607,457 | 30,747,699 | 58,728,705 | 0 | 2,500 |
| 17. | Kansas KS | E | 27,250,478 | 28,486,351 | 0 | 11,379,975 | 11,152,617 | 49,975,051 | 0 | 2,500 |
| 18. | Kentucky KY | E | 39,310,192 | 44,269,712 | 0 | 13,720,892 | 16,708,067 | 69,645,046 | 0 | 6,828 |
| 19. | Louisiana LA | E | 161,053,524 | 163,044,106 | 0 | 120,708,537 | 26,250,807 | 199,218,509 | 0 | 750,225 |
| 20. | Maine ME | E | 6,570,641 | 7,364,598 | 0 | 1,590,485 | 1,737,491 | 9,824,460 | 0 | 1,929 |
| 21. | Maryland MD | E | 70,030,432 | 74,094,439 | 0 | 18,310,300 | 18,769,090 | 75,765,132 | 0 | 35,105 |
| 22. | Massachusetts MA | E | 159,509,688 | 163,506,882 | 0 | 65,176,990 | 79,428,221 | 264,677,784 | 0 | 149,596 |
| 23. | Michigan MI | E | 112,527,071 | 118,880,882 | 0 | 25,239,050 | 23,584,494 | 159,448,878 | 0 | 70,761 |
| 24. | Minnesota MN | E | 56,944,938 | 62,126,742 | 0 | 13,709,326 | 30,006,960 | 119,253,157 | 0 | (9,604) |
| 25. | Mississippi MS | E | 46,270,974 | 46,936,801 | 0 | 50,347,314 | 25,742,810 | 38,910,746 | 0 | 14,611 |
| 26. | Missouri MO | E | 101,768,676 | 95,383,173 | 0 | 38,662,641 | 25,531,949 | 131,576,632 | 0 | 23,948 |
| 27. | Montana MT | E | 5,873,234 | 6,793,245 | 0 | 434,520 | 909,155 | 7,175,091 | 0 | 0 |
| 28. | Nebraska NE | E | 50,253,209 | 49,911,841 | 0 | 30,120,655 | 33,607,111 | 53,779,303 | 0 | 21,615 |
| 29. | Nevada NV | E | 39,446,535 | 55,378,285 | 0 | 15,669,308 | 11,128,016 | 85,941,528 | 0 | 41,047 |
| 30. | New Hampshire NH | E | 12,274,132 | 12,793,598 | 0 | 4,370,237 | (2,380,818) | 26,320,172 | 0 | 41,374 |
| 31. | New Jersey NJ | E | 219,099,184 | 239,969,615 | 0 | 121,263,693 | 147,586,478 | 491,843,875 | 0 | 34,654 |
| 32. | New Mexico NM | E | 19,108,009 | 19,351,143 | 0 | 9,695,113 | 7,225,690 | 22,411,905 | 0 | 15,375 |
| 33. | New York NY | E | 472,793,594 | 583,493,489 | 0 | 196,605,366 | 263,718,490 | 906,492,130 | 0 | 1,793,043 |
| 34. | North Carolina NC | E | 77,118,560 | 85,538,670 | 0 | 32,297,607 | 38,826,307 | 116,003,838 | 0 | 39,806 |
| 35. | North Dakota ND | E | 4,613,405 | 5,180,521 | 0 | 3,005,012 | 1,505,495 | 5,375,796 | 0 | |
| 36. | Ohio OH | E | 118,238,633 | 119,649,129 | 0 | 34,723,229 | 46,441,880 | 207,943,122 | 0 | 3,805,635 |
| 37. | Oklahoma OK | E | 37,294,719 | 36,099,574 | 0 | 21,803,497 | 13,945,696 | 46,506,079 | 0 | 0 |
| 38. | Oregon OR | E | 46,156,517 | 45,558,279 | 0 | 36,764,978 | 26,974,761 | 51,181,693 | 0 | 12,018 |
| 39. | Pennsylvania PA | E | 189,099,288 | 194,778,677 | 0 | 90,487,927 | 61,241,253 | 382,697,613 | 0 | 65,012 |
| 40. | Rhode Island RI | E | 19,054,413 | 18,659,772 | 0 | 1,820,356 | 5,841,735 | 24,274,695 | 0 | 123,359 |
| 41. | South Carolina SC | E | 65,743,175 | 66,953,438 | 0 | 18,461,916 | 15,227,501 | 44,847,034 | 0 | 7,487 |
| 42. | South Dakota SD | E | 4,944,631 | 6,339,942 | 0 | 1,916,027 | 3,256,398 | 10,760,773 | 0 | |
| 43. | Tennessee TN | E | 79,331,465 | 93,040,893 | 0 | 23,707,519 | 19,922,696 | 194,866,369 | 0 | 27,117 |
| 44. | Texas TX | E | 486,785,039 | 499,074,266 | 0 | 484,054,637 | 194,838,334 | 755,607,242 | 0 | 170,809 |
| 45. | Utah UT | E | 27,130,830 | 23,815,938 | 0 | 6,798,707 | 13,606,597 | 37,513,463 | 0 | 23,850 |
| 46. | Vermont VT | E | 4,009,903 | 4,964,315 | 0 | 62,768 | 18,779,326 | 47,631,651 | 0 | 23,798 |
| 47. | Virginia VA | E | 113,039,978 | 117,658,257 | 0 | 33,270,231 | 35,177,633 | 158,933,699 | 0 | 31,782 |
| 48. | Washington WA | E | 76,689,172 | 84,037,313 | 0 | 40,723,091 | 52,460,386 | 150,283,445 | 0 | 177,033 |
| 49. | West Virginia WV | E | 17,684,731 | 20,753,790 | 0 | 6,622,998 | 8,532,081 | 37,026,805 | 0 | 26,944 |
| 50. | Wisconsin WI | E | 38,666,262 | 43,383,690 | 0 | 11,189,179 | 22,403,714 | 91,935,233 | 0 | 2,058 |
| 51. | Wyoming WY | E | 5,664,871 | 5,703,665 | 0 | 1,498,337 | 902,202 | 4,308,662 | 0 | |
| 52. | American Samoa AS | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 53. | Guam GU | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 54. | Puerto Rico PR | E | 5,600 | 8,990 | 0 | 117,607 | (46,684) | 5,003 | 0 | |
| 55. | U.S. Virgin Islands VI | E | 444,767 | 442,062 | 0 | 0 | 0 | 2 | 0 | 369 |
| 56. | Northern Mariana Islands MP | | | | | | | | | |
| 57. | Canada CN | N | (131,266) | 9,027 | 0 | 576,976 | (458) | 2,956,526 | 0 | |
| 58. | Aggregate Other Aliens OT | XXX | 64,792,661 | 59,304,547 | 0 | 26,410,487 | 15,841,886 | 187,989,355 | 0 | 0 |
| 59. | Totals (a) | (a) 1 | 5,401,912,115 | 5,765,544,480 | 0 | 2,926,922,012 | 2,607,165,779 | 8,707,175,527 | 0 | 9,882,042 |
| | DETAILS OF WRITE-INS | | | | | | | | | |
| 5801. | Miscellaneous Foreign | XXX | 64,792,661 | 59,304,547 | 0 | 26,410,487 | 15,962,886 | 187,989,360 | | |
| 5802. | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 5803. | | XXX | 0 | 0 | 0 | 0 | (121,000) | (5) | | |
| 5898. | Summary of remaining write-ins for Line 58 from overflow page | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5899. | Totals (Lines 5801 through 5803 plus 5898)(Line 58 above) | XXX | 64,792,661 | 59,304,547 | 0 | 26,410,487 | 15,841,886 | 187,989,355 | 0 | 0 |

Explanation of basis of allocation of premiums by states, etc.

(a) Insert the number of L responses except for Canada and Other Alien.
Property Risks: Allocation is based on location of risks insured. Ocean Marine Risks: Allocation is to the jurisdiction where insurance contract was negotiated. Automotive Risks: Allocation is to the jurisdiction where vehicle is principally garaged. Casualty Risks: Allocation is based on location of insured's home office. Workers' Compensation: Allocation is based on location of insured's employees.

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 6-Month Supplement, Version 2010.2)        Page 1
002350 - Lexington Insurance Company

# TERRITORY

The company is licensed in Delaware. It also operates on a surplus lines or non-admitted basis in the District of Columbia, Puerto Rico, U.S. Virgin Islands, AL, AK, AZ, AR, CA, CO, CT, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY. It also operates in Great Britain, Puerto Rico, USVI and Bermuda.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

ANNUAL STATEMENT FOR THE YEAR 2009 OF THE STEADFAST INSURANCE COMPANY

## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN
### Allocated by States and Territories

| | States, Etc. | 1 Active Status | 2 Direct Premiums Written | 3 Direct Premiums Earned | 4 Dividends Paid or Credited to Policyholders on Direct Business | 5 Direct Losses Paid (Deducting Salvage) | 6 Direct Losses Incurred | 7 Direct Losses Unpaid | 8 Finance and Service Charges Not Included in Premiums | 9 Direct Premiums Written for Federal Purchasing Groups (Included in Column 2) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Alabama AL | £ | 13,305,977 | 13,320,969 | | 4,311,777 | 16,153,540 | 26,581,990 | | 1,395 |
| 2. | Alaska AK | £ | 6,201,698 | 5,708,360 | | 1,405,158 | 1,995,836 | 9,971,637 | | |
| 3. | Arizona AZ | £ | 5,046,915 | 13,090,005 | | (3,534,616) | 4,058,261 | 52,687,876 | | |
| 4. | Arkansas AR | £ | 5,640,469 | 5,291,924 | | 1,077,563 | 1,186,497 | 9,375,227 | | |
| 5. | California CA | £ | 96,623,635 | 108,440,550 | | 166,274,454 | 98,212,178 | 486,394,676 | | |
| 6. | Colorado CO | £ | 31,509,130 | 24,278,961 | | 42,794,532 | 56,729,681 | 119,762,555 | | |
| 7. | Connecticut CT | £ | 20,324,041 | 20,209,436 | | 12,629,143 | 23,976,690 | 51,591,687 | | |
| 8. | Delaware DE | L | | | | | | | | |
| 9. | District of Columbia DC | £ | 2,719,062 | 2,232,176 | | 51,272 | 149,890 | 6,378,022 | | |
| 10. | Florida FL | £ | 93,806,305 | 66,867,452 | | 16,217,430 | 41,597,602 | 126,388,663 | | 1,245 |
| 11. | Georgia GA | £ | 27,826,405 | 27,634,894 | | 7,941,934 | 148,533 | 96,909,569 | | |
| 12. | Hawaii HI | £ | 2,141,441 | 4,181,365 | | 2,067,906 | 24,786,127 | 41,700,764 | | |
| 13. | Idaho ID | £ | 1,710,740 | 2,282,425 | | 2,415,950 | 1,878,572 | 4,837,826 | | |
| 14. | Illinois IL | £ | 65,445,689 | 64,941,638 | | 16,223,996 | 20,837,636 | 173,320,376 | | |
| 15. | Indiana IN | £ | 9,155,693 | 7,807,294 | | 9,993,623 | 6,467,562 | 19,673,137 | | |
| 16. | Iowa IA | £ | 7,328,425 | 7,026,278 | | 3,517,012 | 13,390,692 | 26,580,284 | | |
| 17. | Kansas KS | £ | 5,677,483 | 5,712,992 | | 4,235,904 | 4,492,079 | 9,309,517 | | |
| 18. | Kentucky KY | £ | 3,724,441 | 4,670,588 | | 1,194,941 | 1,036,590 | 11,175,763 | | |
| 19. | Louisiana LA | £ | 21,720,519 | 22,201,651 | | 12,854,136 | 16,283,974 | 60,356,293 | | |
| 20. | Maine ME | £ | 578,858 | 567,930 | | 11,891 | (21,491) | 1,242,320 | | |
| 21. | Maryland MD | £ | 20,607,091 | 22,319,315 | | 2,536,580 | 11,428,419 | 51,716,350 | | |
| 22. | Massachusetts MA | £ | 27,263,629 | 20,892,420 | | 14,481,604 | 9,481,973 | 60,045,314 | | |
| 23. | Michigan MI | £ | 17,595,618 | 24,492,582 | | 2,392,316 | 6,082,596 | 50,707,899 | | |
| 24. | Minnesota MN | £ | 16,319,591 | 19,029,179 | | 57,468,858 | 122,891,155 | 100,765,447 | | |
| 25. | Mississippi MS | £ | 6,254,614 | 5,997,392 | | 3,118,313 | (701,087) | 12,264,399 | | 2,670 |
| 26. | Missouri MO | £ | 11,528,435 | 13,819,342 | | 5,006,522 | 10,122,905 | 36,499,633 | | |
| 27. | Montana MT | £ | 4,944,017 | 3,606,970 | | 5,748 | 1,855,965 | 3,461,511 | | |
| 28. | Nebraska NE | £ | 5,762,986 | 5,150,137 | | 95,427 | 2,804,627 | 6,030,706 | | |
| 29. | Nevada NV | £ | (922,713) | 1,604,320 | | 12,999,970 | 7,442,857 | 50,505,265 | | |
| 30. | New Hampshire NH | £ | 6,101,000 | 6,320,592 | | 66,581 | 2,097,009 | 10,475,188 | | |
| 31. | New Jersey NJ | £ | 35,799,816 | 33,160,268 | | 56,938,154 | 42,977,348 | 168,683,201 | | 1,100 |
| 32. | New Mexico NM | £ | 5,489,317 | 5,486,787 | | 2,409,891 | 1,614,452 | 6,396,436 | | |
| 33. | New York NY | £ | 176,109,394 | 168,006,271 | | 153,849,561 | 107,184,349 | 308,944,322 | | |
| 34. | North Carolina NC | £ | 30,129,580 | 29,491,074 | | 5,092,758 | 19,584,233 | 74,793,447 | | 5,590 |
| 35. | North Dakota ND | £ | 1,973,951 | 1,572,330 | | 640,357 | 896,598 | 3,158,880 | | |
| 36. | Ohio OH | £ | 23,166,742 | 24,390,255 | | 3,509,814 | 25,254,945 | 90,692,995 | | |
| 37. | Oklahoma OK | £ | 5,423,418 | 7,178,211 | | 3,369,853 | 7,085,603 | 24,468,922 | | |
| 38. | Oregon OR | £ | 9,499,501 | 11,211,362 | | 5,770,135 | 4,929,604 | 21,864,685 | | |
| 39. | Pennsylvania PA | £ | 39,896,379 | 41,390,558 | | 14,217,990 | 15,935,708 | 116,050,695 | | |
| 40. | Rhode Island RI | £ | 20,921,553 | 20,412,622 | | 649,857 | 4,982,667 | 18,520,256 | | |
| 41. | South Carolina SC | £ | 9,596,676 | 8,721,670 | | 1,890,155 | 1,229,230 | 8,950,915 | | |
| 42. | South Dakota SD | £ | 724,547 | 600,856 | | 599,512 | (126,903) | 2,089,524 | | |
| 43. | Tennessee TN | £ | 29,995,304 | 29,812,031 | | 22,364,278 | 51,290,008 | 64,967,829 | | |
| 44. | Texas TX | £ | 104,319,127 | 111,659,199 | | 89,403,561 | 63,327,684 | 357,847,176 | | 10,000 |
| 45. | Utah UT | £ | 6,412,105 | 7,787,238 | | 1,003,607 | 1,740,634 | 14,564,182 | | |
| 46. | Vermont VT | £ | 1,491,855 | 1,477,311 | | 35,306 | 24,159 | 3,191,345 | | |
| 47. | Virginia VA | £ | 21,897,676 | 23,192,262 | | 2,718,933 | 6,146,514 | 37,865,918 | | |
| 48. | Washington WA | £ | 15,225,570 | 17,698,718 | | 8,744,960 | 15,172,387 | 70,576,765 | | |
| 49. | West Virginia WV | £ | 1,615,273 | 1,577,170 | | 147,539 | 530,269 | 1,649,160 | | |
| 50. | Wisconsin WI | £ | 18,051,773 | 18,319,149 | | 10,026,132 | 11,268,582 | 30,422,725 | | |
| 51. | Wyoming WY | £ | 6,572,707 | 4,836,873 | | 9,053,473 | (11,650) | 5,877,197 | | |
| 52. | American Samoa AS | N | | | | | | | | |
| 53. | Guam GU | £ | 155,847 | 26,214 | | | 13,412 | 13,412 | | |
| 54. | Puerto Rico PR | £ | 179,495 | 163,875 | | | 29,134 | 1,125,625 | | |
| 55. | U.S. Virgin Islands VI | £ | 40,373 | 26,739 | | | 13,905 | 63,458 | | |
| 56. | Northern Mariana Islands MP | N | | | | | | | | |
| 57. | Canada CN | N | | | | | | | | |
| 58. | Aggregate Other Aliens OT | XXX | 20,514,240 | 36,828,406 | | 39,160,457 | (25,588,653) | 155,302,318 | | |
| 59. | Totals (a) | a) 1 | 1,111,044,193 | 1,134,662,086 | | 825,550,261 | 868,053,446 | 3,343,999,179 | | 22,000 |
| | DETAILS OF WRITE-INS | | | | | | | | | |
| 5801. | Foreign | XXX | 20,514,240 | 36,828,406 | | 39,160,457 | (25,588,653) | 155,302,318 | | |
| 5802. | | XXX | | | | | | | | |
| 5803. | | XXX | | | | | | | | |
| 5898. | Summary of remaining write-ins for Line 58 from overflow page | XXX | | | | | | | | |
| 5899. | Totals (Lines 5801 through 5803 plus 5898)(Line 58 above) | XXX | 20,514,240 | 36,828,406 | | 39,160,457 | (25,588,653) | 155,302,318 | | |

Explanation of basis of allocation of premiums by states, etc.
- LOCATION OF PROPERTY – FIRE, EARTHQUAKE, ALLIED LINES, HOMEOWNERS MULTIPLE PERIL, BURGLARY AND THEFT, COMMERCIAL MULTIPLE PERIL, WARRANTY (HOME), BOILER AND MACHINERY, OCEAN MARINE, INLAND MARINE, GLASS
- PLACE WHERE PRINCIPALLY GARAGED - AUTO PHYSICAL DAMAGE, AUTO LIABILITY, AIRCRAFT (ALL PERILS)
- LOCATION OF OPERATION - WORKERS COMPENSATION
- LOCATION OF OPERATION OF PREMISES - LIABILITY OTHER THAN AUTO
- LOCATION OF EMPLOYMENT - GROUP ACCIDENT AND HEALTH
- LOCATION OF RISK - MEDICAL MALPRACTICE
- ADDRESS OF INSURED - OTHER ACCIDENT AND HEALTH, WARRANTY (DEALERSHIP)
- PRINCIPAL ADDRESS OF INSURED – FIDELITY, SURETY
- PRINCIPAL PLACE OF INSURED – CREDIT
(a) Insert the number of L responses except for Canada and Other Alien.

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 6-Month Supplement, Version 2010.2)  
003557 - Steadfast Insurance Company

Page 1

# TERRITORY

The company is licensed in Delaware. It also operates on a surplus lines or non-admitted basis in the District of Columbia, Guam, Puerto Rico, U.S. Virgin Islands, AL, AK, AZ, AR, CA, CO, CT, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.  
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.