**EXHIBIT 3A**

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3)
003535 - Chartis Specialty Insurance Company

Page 1

Ultimate Parent: American International Group, Inc

# CHARTIS SPECIALTY INSURANCE COMPANY

Chicago, Illinois, United States
175 Water Street, 18th Floor, New York, New York, United States 10038
Web: www.chartisinsurance.com

Tel: 212-770-7000
AMB#: 003535
Ultimate Parent#: 058702

NAIC#: 26883
FEIN#: 02-0309086

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Best's Corporate Changes and Retirements - Property Casualty, US, 2010 Edition (1995-2010 Data, Version 2010.3)

Page 1

## 003535 - American International Specialty Lines Insurance Company

This company changed its name to Chartis Specialty Insurance Company on November 1, 2009.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Best's Corporate Changes and Retirements - Property Casualty, US, 2010 Edition (1995-2010 Data, Version 2010.3)　　　Page 1

## 003535 - American International Specialty Lines Insurance Company

This company redomesticated from Alaska to Illinois during the fourth quarter of 2007.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.



# Best's Rating Center

Regional Centers: Asia Pacific | Canada | Europe, Middle East and Africa          Home | About Us | Contact Us | Sitemap

Rating Center Home

## Search Results     Page 1 of 1     Results Per Page: 20

**1 Rated or non-Rated** companies found, results **sorted by** Company Name
Criteria Used: **Company Name:** Company names starting with **chartis specialty**
To refine your search, please use our *Advanced Search* or view our *Online Help* for more information.

[ New Search ]  chartis specialty          View results starting with: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   [ Reset List ]

| Company Information | | Financial Strength Ratings | | Issuer Credit Ratings | | | |
|---|---|---|---|---|---|---|---|
| AMB# | Company Name | Rating | Outlook / Implication | Long-Term | Outlook / Implication | Short-Term | Domicile |
| 003535 | Chartis Specialty Insurance Company<br>Insurance - Property/ Casualty (Operating Company) | A | Negative | a | Negative |  | US: Illinois |

**Note:** *Financial Strength Ratings as of 02/23/2011 11:36 AM E.S.T.*

‡ *Financial Strength Ratings (FSR) are sometimes assigned to Property/Casualty - A.M. Best Consolidated Groups. Please note that Life/Health - A.M. Best Consolidated Groups and Company Consolidated Financial Statements are not assigned FSR ratings.*

\* *Denotes Under Review* Best's Ratings

Visit **Best's Rating Center** for a complete overview of our rating process and methodologies.

A.M. Best Company and its subsidiaries are not registered as External Credit Assessment Institutions (ECAI) in the European Union (EU). Credit ratings issued by A.M. Best Company and its subsidiaries can not be used for regulatory purposes in the EU as per Directive 2006/48/EC.

Important Notice: Best's Ratings reflect our independent opinion, based on a comprehensive quantitative and qualitative evaluation of a company's balance sheet strength, operating performance and business profile. These ratings are neither a warranty of a company's financial strength nor its ability to meet its financial obligations, including those to policyholders. View our entire notice for complete details.

Customer Service | Product Support | Member Center | Contact Info | Careers
About A.M. Best | Site Map | Privacy Policy | Security | Terms of Use | Legal & Licensing

Copyright © 2011 A.M. Best Company, Inc. ALL RIGHTS RESERVED.
A.M. Best Worldwide Headquarters, Ambest Road, Oldwick, New Jersey, 08858, U.S.A.

Case 2:09-md-02047-EEF-MBN   Document 7422-29   Filed 02/14/11   Page 6 of 11

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3)  
003510 - Illinois Union Insurance Company

Page 1

**Ultimate Parent: ACE Limited**

# ILLINOIS UNION INSURANCE COMPANY

Chicago, Illinois, United States  
436 Walnut Street, Philadelphia, Pennsylvania, United States 19106  
Web: www.aceusa.com

Tel: 215-640-1000  
AMB#: 003510  
Ultimate Parent#: 058303

Fax: 215-640-5592  
NAIC#: 27960  
FEIN#: 36-2759195

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.  
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3)
003510 - Illinois Union Insurance Company

Page 1

# HISTORY

This company was incorporated on January 24, 1973 under the laws of Illinois. It began business six days later. Operations were conducted as GATX Insurance Company until April 1979, when the present title was adopted.

Capital paid-up of $4,200,000 consists of 75,000 shares at $56 par value each. The company has 110,000 shares authorized.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Case 2:09-md-02047-EEF-MBN   Document 7422-29   Filed 02/14/11   Page 8 of 11

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3)
002350 - Lexington Insurance Company

Page 1

Ultimate Parent: American International Group, Inc

# LEXINGTON INSURANCE COMPANY

Wilmington, Delaware, United States
100 Summer Street, Boston, Massachusetts, United States 02110
Web: www.chartisinsurance.com

Tel: 617-330-1100
AMB#: 002350
Ultimate Parent#: 058702

NAIC#: 19437
FEIN#: 25-1149494

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Case 2:09-md-02047-EEF-MBN   Document 7422-29   Filed 02/14/11   Page 9 of 11

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3)  
002350 - Lexington Insurance Company

Page 1

# HISTORY

Lexington Insurance Company was incorporated on March 31, 1965, under the laws of Delaware.

Paid up capital is $5,000,000 consisting of 1,000,000 shares of capital stock at a par value of $5 per share. The company has 5,000,000 authorized.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.  
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Case 2:09-md-02047-EEF-MBN   Document 7422-29   Filed 02/14/11   Page 10 of 11

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3)  Page 1
003557 - Steadfast Insurance Company

**Ultimate Parent: Zurich Financial Services Ltd**

# STEADFAST INSURANCE COMPANY

Dover, Delaware, United States
1400 American Lane, Schaumburg, Illinois, United States 60196-1056
Web: www.zurichna.com

| | |
|---|---|
| Tel:  847-605-6000 | Fax:  847-605-6011 |
| AMB#:  003557 | NAIC#:  26387 |
| Ultimate Parent#:  086976 | FEIN#:  52-0981481 |

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company.  All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent.  Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3)
003557 - Steadfast Insurance Company

Page 1

# HISTORY

The company was incorporated in August 31, 1973, under the laws of Delaware.

Capital stock of $4,100,000 consisting of 4,100 common shares of stock at a par value of $1,000 per share. All authorized shares are outstanding.

The company is a member of the Zurich U.S. pool.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.