# EXHIBIT 8

Already a Spoke Member? Sign In  |  Join  |  Browse People  |  Browse Companies  |  Help

Find [a person ▼]  Name [    ]  Title [    ]  Company [    ]  Search



**DO IMPOSSIBLE THINGS AS A TEAM**

How big is *your* network?
Find out with the Spoke Outlook Toolbar
Download

**Public Records Search** Get Instant Results

First Name: Jonathan   Last Name: Luca   Any City Lived In   Any State Lived In

Powered By MoreNet    **SEARCH**    Jonathan Luca

No Photo Available

## Jonathan Luca

Title and Company:
at American International Group, Inc.

Company Address:
70 Pine Street
New York, NY 10270-0002

Join Spoke to learn more information about Jonathan

* Full Report: Available
* Contact Info:
  Click Here for Details >>

**VIEW RESULTS**

Powered By: PeopleSmart.com



10,638 employees
in American

### Stay Current. Stay Connected.

Collect all of your connections in a central place to create a supercharged address book.

Receive the most up-to-date contact information for your connections.

Put connections into context with conversation history, subject and timelines.

Automatically creates lists, tags and groups to organize connections effectively.

Join today!

↪ This is me

Email
Bookmark
**Find Your profile**
Like   retweet