UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH and BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC Ltd, et al Case No. 2:10-cv-361-EEF-JCW | * * * * * * * | JUDGE FALLON<br><br>MAG. WILKINSON |

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

FAYE H. SELF

who, being duly sworn, upon his oath deposed and stated as follows:

1. She is the Senior Vice President for Parr-Self, Inc., ("Parr-Self"), and as such, has personal knowledge of the following based on his review of records maintained by Parr-Self in the regular course of business.

2. Parr-Self is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Parr-Self is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.



EXHIBIT A

4. Parr-Self has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Parr-Self has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Parr-Self does not have an agent for service of process in Louisiana.

7. Parr-Self does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Parr-Self does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Parr-Self has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Parr-Self does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Parr-Self has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Parr-Self never anticipated it would be haled into court in Louisiana.

*Faye H. Self*
FAYE H. SELF

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 8th DAY OF September, 2010.

_____
NOTARY PUBLIC

2