UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Homebuilders' Steering Committee's Response in Opposition to the Plaintiffs' Steering Committee's (i) Motion for an Order Requiring an Accounting and Other Relief (R.Doc. 6669); and (ii) Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of all Outside Settlement Activities (R.Doc. 6947),

**IT IS ORDERED** that the Homebuilders' Steering Committee be and it hereby is granted ten (10) additional pages, for its Response in Opposition to the Plaintiffs' Steering Committee's (i) Motion for an Order Requiring an Accounting and Other Relief (R.Doc. 6669); and (ii) Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of all Outside Settlement Activities (R.Doc. 6947).

**NEW ORLEANS, LOUISIANA,** this 11th day of February, 2011.

_____
**DISTRICT JUDGE**

1045963v.1