UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2047 |
| | | SECTION: L |
| This document relates to: | | |
| | | JUDGE FALLON |
| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* EDLA 2:10-cv-00361 | | MAG. JUDGE WILKINSON |

**O R D E R**

Considering Plaintiffs' Motion for Leave to File Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment (with exhibits).

New Orleans, Louisiana this 14th day of February, 2011.

Honorable Eldon E. Fallon
U.S. District Judge