UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2047  SECTION: L  JUDGE FALLON  MAG. JUDGE WILKINSON |
| This document relates to:  *Gross, et al, v. Knauf Gips KG, et al*  EDLA No. 2:09-cv-06690 | | |

## **O R D E R**

Considering Plaintiffs' Motion for Leave to File Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment (with exhibits).

New Orleans, Louisiana this 14th day of February, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge