# EXHIBIT B

U.S.

## SHANDONG PROVINCE QINGDAO CITY
## INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal:  Shandong Province Qingdao City Intermediate People's Court]

*Law Association No. FX-10-171*
*Judicial Association No. SX-10-99*

| Cause No. | Entrusted service | Cause of Action | Shandong Province Law Association Receiving No. (2010) 17 |
|---|---|---|---|
| Document Served and Number | Complaint in Class Action, 2 copies (Case No. 09-6690) Summons in Civil Action, 2 copies (Case No. 09-6690) Certificate of Service, 2 copies | | |
| Recipient (Unit) | QINGDAO YILIE INTERNATIONAL TRADE CO. LTD. | | |
| Address for Service | Room 0804, Building No.1, Tiancheng Yuan, No.21 Donghaixi Road, Qingdao City, China. | | |
| Recipient Signature or Seal | | | Date |
| Recipient in substitution and reason(s) | Gao, Yun | | February 22, 2010 |
| Notes | | | |

Issuer:  Ge, Bao Yi                                    Server:   Ge, Bao Yi      Lu, Deng Ke

Case Name: Gross v. Knauf Gips, KG
Defendant: Qingdao Yilie International Trade Co., Ltd.
Court Case No.: 09-6690

*Sx-to -99.*

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.*

1)    that the document has been served*
1.    *que la demande a été exécutée*
- the (date)      _22/2, 20l0._
- *le (date)*
- at (place, street, number)
- *à (localité, rue numéro)*  _Room 0804 Building1, Tiansheng yuan, No.4 Dong hai XX West Road, Shinan District, Qingdao city._
- in one of the following methods authorised by article 5:
- *dans une/des formes suivantes prévues à l'article 5:*
   [✓] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*,
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  (b)   in accordance with the following particular method*:
    b)   *selon la forme particulière suivante:* _____

   [ ]  (c)   by delivery to the addressee, who accepted it voluntarily.*
    c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*  _Gao Sombody_

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at    *Beijing*                    , the   _7/3, 20l0._
*Fait à*                                 *le*

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-2010-99

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965,

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776        Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    Qingdao Yilie International Trade Co., Ltd.
Room 804, Building 1, Tianshengyuan, 21 Donghai West Road, Shinan District, Qingdao, Shandong 266071, China
Tel:

|X| (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
| |  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

| |  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at _____, the  1/3/10
*Fait à* Minneapolis, Minnesota, U.S.A. , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
Minneapolis, MN

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles.*



# 山东省青岛市中级人民法院

## 送 达 回 证

FX-10-171
SX-10-99

| 事　　由 | 受 托 送 达 | 来文<br>文号 | 鲁高法协受（2010）17 号 |
|---|---|---|---|
| 送 达 文 书<br>名 称 和 件 数 | 集团诉讼起诉书二份（案件编号：09—6690）<br>民事诉讼传票二份（案件编号：09—6690）<br>送达证明二份 | | |
| 受 送 达 人 | **青岛怡羚国际贸易有限公司** | | |
| 送 达 地 址 | 青岛市市南区东海西路 21 号天晟苑 1 号楼 0804 室 | | |
| 受 送 达 人<br>签 名 或 盖 章 | 　　　　　　　　　　　年　　月　　日 | | |
| 代 收 人 及<br>代 收 理 由 | 高13　　　2010 年 2 月 22 日 | | |
| 备　　注 | | | |

填发人：葛宝义　　　　　　　　送达人：葛宝义、吕登科