# EXHIBIT E

Judicial Association No. SX-103
Judicial Association No. SX-103
U.S.

# THE PEOPLE'S REPUBLIC OF CHINA

# TIANJIN CITY SECOND INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Tianjin City/The Second Intermediate People's Court]

| Cause of Action | International Service | Cause No. | Law Association No. (2010) 110 |
|---|---|---|---|
| Documents Served and Number | Summary of documents served, Complaint, Summons, one copy each. (All documents have a translation version) | | |
| Recipient (Unit) | Tianjin Tianbao Century Development Co., Ltd. | | |
| Address for Service | | | |
| Recipient Signature or Seal | Xue, Bin  February 8, 2010 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | Please return the form to the Civil Department, Tianjin 2nd Intermediate Court. | | |

Issuer:                                              Server:   Li, Ya

Note:
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

0000283

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-MBN   Document 7432-5   Filed 02/14/11   Page 3 of 5

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*   Tianjin Tianbao Century Development Co., Ltd.
    3 F, Eastern Exhibition Hall, 31 Halbin Fifth Road, Tianjin Free Trade Zone, Tianjin City 300461, China
    Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                    , the  1/13/10
*Fait à* Minneapolis, Minnesota, U.S.A.    *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)       USM-94
                                                    (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG
Defendant: Tianjin Tianbao Century Development Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
1.    *que la demande a été exécutée*
- the (date)
- *le (date)* _7/8/2010_
- at (place, street, number)
- *à (localité, rue numéro)* _3.F. Eastern Exhibition Hall, 47 Haibin Fifth Road, Tianjin Free Trade Zone, Tianjin_

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [✓] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* _____

   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _Xue Bin_

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _Beijing_, the _7/12/2010_
*Fait à*, *le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Chinese seal: 中华人民共和国 司法部]

\* Delete if inappropriate.
   *Rayer les mentions inutiles.*

2



SX-103

# 中华人民共和国
# 天津市第二中级人民法院

SX-10-103

## 送 达 回 证

| 案由 | 涉外送达 | 案号 | 法协(2010)110号 |
|---|---|---|---|

| 送达文书名称和件数 | 被诉文件摘要、诉状、传票各一份<br>（以上文件有译文） |
|---|---|

| 受送达人 | 天津天保世纪发展有限公司 |
|---|---|

| 送达地址 | |
|---|---|

| 受送达人签名或盖章 | 薛州　　　　2010年2月8日 |
|---|---|

| 代收人及代收理由 | 　　　　　年　月　日 |
|---|---|

| 备考 | 请登字后交回，中院民三庭 |
|---|---|

填发人　　　　　　　　　送达人 李玉

注：①送达刑事诉讼文书，按照《中华人民共和国刑事诉讼法》第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照《中华人民共和国民事诉讼法》第七十八条、第七十九条的规定办理。
　　②代收诉讼书的，由代收人签名或盖章后，还应注明其受送达人的关系及代理理由。

0000283