UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to: CHARLENE AND TATUM HERNANDEZ, ET AL | CASE NO. 2:10-cv-03070 |
| | JUDGE FALLON |
| V. | |
| | MAG. JUDGE WILKINSON |
| AAA INSURANCE, ET AL _____/ | |

## NOTICE OF SERVING INSURER PROFILE FORM OF DEFENDANT, HOMEWISE PREFERRED INSURANCE COMPANY

Defendant, HOMEWISE PREFERRED INSURANCE COMPANY, by and through its undersigned counsel, hereby files its Notice of Serving Insurer Profile Form upon the Insurance Liaison Counsel, Judy Y. Barrasso, Esq., pursuant to Pre-Trial Order No. 23.

Respectfully submitted,

/s/ Joseph L. Zollner_____
Guy E. Burnette, Jr., Esq.
Fla. Bar No. 236578
Joseph L. Zollner, Esq.
Fla. Bar No. 188506
GUY E. BURNETTE, JR., P.A.
3020 N. Shannon Lakes Drive
Tallahassee, FL  32309
Telephone:  (850) 668-7900
Facsimile:    (850) 668-7972
geb@gburnette.com
jlz@gburnette.com
Counsel for HomeWise Preferred Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of February, 2011.

/s/ Joseph L. Zollner
Joseph L. Zollner, Esq.