UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL 2047 <br> : <br> : SECTION L |
| This document relates to: | : JUDGE FALLON |
| *Amato v. Liberty Mutual Ins.* <br> Case No. 10-00932 (E.D.La.) | : MAG. JUDGE WILKINSON |
| *and* | |
| *Vickers, et al. v. Knauf Gips KG, et al.* <br> Case No. 09-04117 (E.D.La.) | |

## BANNER AND CHARTIS'S MOTION TO LIFT THE STAY AS TO BANNER AND CHARTIS'S MOTION TO COMPEL GLOBAL MEDIATION OF ALL CLAIMS AGAINST BANNER SUPPLY ENTITIES

COMES NOW Chartis Specialty Insurance Company (formerly known as "American Specialty Lines Insurance Company"), Illinois National Insurance Co. and National Union Fire Insurance Company of Pittsburgh, PA (collectively "Chartis"), and Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC (collectively "Banner"), and move this Honorable Court to lift the Stay in this matter for the limited purpose of addressing Banner and Chartis's Motion to Compel Global Mediation of All Claims Against Banner Supply Entities. In support of its Motion, Banner and Chartis rely on the Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Banner and Chartis pray that this Honorable Court grant the Motion and allow the stay to be lifted for the limited purpose of addressing Banner and Chartis's Motion to Compel Global Mediation of All Claims Against Banner Supply Entities.

Respectfully submitted, this 11th day of February, 2011.

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        /s/ Nicholas P. Panayotopoulos
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
        Georgia Bar Number: 560679
        3344 Peachtree Road, Suite 2400
        Atlanta, GA 30326
        Telephone (404)876-2700
        npanayo@wwhgd.com
        *Counsel for Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

        **HINKHOUSE WILLIAMS WALSH LLP**

        /s/ Richard A. Hodyl, Jr.
        **RICHARD A. HODYL, JR.**
        180 North Stetson Street, Suite 3400
        Chicago, Illinois 60601
        (312) 784-5443 (Direct)
        (630) 664-5287 (Mobile)
        (312) 784-5499 (Fax)
        rhodyl@hww-law.com
        www.hww-law.com
        *Counsel for Chartis Specialty Insurance Company, Illinois National Insurance Co., and National Union Fire Insurance Company of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Banner and Chartis's Motion to Lift the Stay as to Banner and Chartis's Motion to Compel Global Mediation of All Claims Against Banner Supply Entities has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 11th day of February, 2011.

                WEINBERG, WHEELER, HUDGINS,
                GUNN & DIAL, LLC

                /s/ *Nicholas P. Panayotopoulos*
                **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**