UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL 2047 |
| | : | SECTION L |
| This document relates to: | : : | JUDGE FALLON |
| Amato v. Liberty Mutual Ins. Case No. 10-00932 (E.D.La.) | : : : | MAG. JUDGE WILKINSON |
| and | : : | |
| Vickers, et al. v. Knauf Gips KG, et al. Case No. 09-04117 (E.D.La.) | : : : | |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, courtroom 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on February 11, 2011, or as soon thereafter as counsel can be heard, for an order on Motion to Lift Stay as to Banner and Chartis's Motion to Compel Global Mediation of All Claims Against Banner Supply Entities.

Respectfully submitted, this 11th day of February, 2011.

       WEINBERG, WHEELER, HUDGINS,
       GUNN & DIAL, LLC

       */s/ Nicholas P. Panayotopoulos*
       **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
       Georgia Bar Number: 560679
       3344 Peachtree Road, Suite 2400
       Atlanta, GA 30326
       Telephone (404)876-2700
       npanayo@wwhgd.com

*Counsel for Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

**HINKHOUSE WILLIAMS WALSH LLP**

/s/ Richard A. Hodyl, Jr.
**RICHARD A. HODYL, JR.**
180 North Stetson Street, Suite 3400
Chicago, Illinois 60601
(312) 784-5443 (Direct)
(630) 664-5287 (Mobile)
(312) 784-5499 (Fax)
rhodyl@hww-law.com
www.hww-law.com
*Counsel for Chartis Specialty Insurance Company, Illinois National Insurance Co., and National Union Fire Insurance Company of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 11th day of February, 2011.

          WEINBERG, WHEELER, HUDGINS,
          GUNN & DIAL, LLC

          /s/ *Nicholas P. Panayotopoulos*
          **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**