UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL 2047 |
| | : | SECTION L |
| This document relates to: | : : | JUDGE FALLON |
| *Amato v. Liberty Mutual Ins.* Case No. 10-00932 (E.D.La.) | : : : | MAG. JUDGE WILKINSON |
| *and* | : : | |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 09-04117 (E.D.La.) | : : : | |

## ORDER

Having considered Banner and Chartis's Motion to Lift the Stay as to Banner and Chartis's Motion to Compel Global Mediation of All Claims Against Banner Supply Entities,

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited purpose of addressing Chartis's Motion to Compel Global Mediation of All Claims Against Banner Supply Entities,

**IT IS FURTHER ORDERED BY THE COURT** that a hearing is set on Banner and Chartis's Motion to Compel Global Mediation of All Claims Against Banner Supply Entities on the ___ day of _____, 2011.

New Orleans, Louisiana, this ___ day of February, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge