Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0187

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company International, LLC, c/o Arthur Landers
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of November, 20 10, at 2:12 o'clock P M

Place of Service: at 7195 NW 30th Street, in Miami, FL 33122

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Banner Supply Company International, LLC, c/o Arthur Landers

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Mike Dobson Opperations Manager

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color White ; Facial Hair Yes
Approx. Age 65 ; Approx. Height 6'4 ; Approx. Weight 250

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 23 day of November, 20 10

Notary Public (Commission Expires)

[Notary seal: LUIS PABON, My Commission Expires March 19, 2014, #DD 968876, Bonded thru Troy Fain Insurance, Notary Public, State of Florida]

**APS International, Ltd.**