UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL 2047 SECTION L |
| This document relates to: | : : | JUDGE FALLON |
| *Amato v. Liberty Mutual Ins.* Case No. 10-00932 (E.D.La.) | : : : | MAG. JUDGE WILKINSON |
| *and* | : : | |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 09-04117 (E.D.La.) | : : : | |

## BANNER AND CHARTIS'S MOTION FOR LEAVE TO FILE UNDER SEAL THE MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO COMPEL GLOBAL MEDIATION OF ALL CLAIMS AGAINST BANNER SUPPLY ENTITIES

On motion of Chartis Specialty Insurance Company (formerly known as "American Specialty Lines Insurance Company"), Illinois National Insurance Co. and National Union Fire Insurance Company of Pittsburgh, PA (collectively "Chartis") and Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC (collectively "Banner"), who upon suggesting to the Court that they have filed a Memorandum of Law in Support of the Motion to Compel Global Mediation of All Claims Against Banner Supply Entities, seek leave to permit said filing under seal. Banner and Chartis desire and request leave of Court to file this Memorandum and exhibits thereto under seal so as to comply with requirements to maintain the confidentiality of settlement negotiations between claimants and Banner Supply Entities.

Respectfully submitted, this 11th day of February, 2011.

        **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

        */s/ Nicholas P. Panayotopoulos*
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
        Georgia Bar Number: 560679
        3344 Peachtree Road, Suite 2400
        Atlanta, GA 30326
        Telephone (404)876-2700
        npanayo@wwhgd.com
        *Counsel for Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

        **HINKHOUSE WILLIAMS WALSH LLP**

        */s/ Richard A. Hodyl, Jr.*
        **RICHARD A. HODYL, JR.**
        180 North Stetson Street, Suite 3400
        Chicago, Illinois 60601
        (312) 784-5443 (Direct)
        (630) 664-5287 (Mobile)
        (312) 784-5499 (Fax)
        rhodyl@hww-law.com
        www.hww-law.com
        *Counsel for Chartis Specialty Insurance Company, Illinois National Insurance Co., and National Union Fire Insurance Company of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Compel Global Mediation of All Claims Against Banner Supply Entities has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 11th day of February, 2011.

        WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC

        /s/ Nicholas P. Panayotopoulos
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**