UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL 2047 SECTION L |
| This document relates to: | : : | JUDGE FALLON |
| *Amato v. Liberty Mutual Ins.* Case No. 10-00932 (E.D.La.) | : : : | MAG. JUDGE WILKINSON |
| *and* | : : | |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 09-04117 (E.D.La.) | : : : | |

## **ORDER**

Considering Banner and Chartis's Motion for Leave to File Under Seal the Memorandum of Law in Support of its Motion to Compel Global Mediation of All Claims Against Banner Supply Entities:

IT IS SO ORDERED BY THE COURT that Banner and Chartis are granted leave of court to file the Memorandum of Law in Support of the Motion to Compel Global Mediation of All Claims Against Banner Supply Entities under seal and that such remains confidential subject to the further orders of this Court.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge