UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL 2047 |
| | | SECTION L |
| This document relates to: | : : | JUDGE FALLON |
| *Amato v. Liberty Mutual Ins.* Case No. 10-00932 (E.D.La.) | : : : | MAG. JUDGE WILKINSON |
| *and* | : : | |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 09-04117 (E.D.La.) | : : : | |

## **ORDER**

Considering Banner and Chartis's Motion to Compel Global Mediation of All Claims Against Banner Supply Entities;

IT IS SO ORDERED BY THE COURT that all claimants asserting CDW-related claims against Banner Supply Company; Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC participate in a global mediation of their claims.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge