Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bass Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Alabama_ ) ss.
County of: _Baldwin_ )
Name of Server: _Cherie A. Weatherby_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _17th_ day of _November_, 20 _10_, at _11:46_ o'clock _A_ M

Place of Service: at _34661 Highway 59 South_, in _Stapleton, AL  36578_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Tina Kramer, Sales Consultant_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Brown_ ; Facial Hair ___
Approx. Age _30-33_ ; Approx. Height _5'4_ ; Approx. Weight _110_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cherie A. Weatherby_
Signature of Server

Subscribed and sworn to before me this _18th_ day of _November_, 20 _10_

_____  7-15-13
Notary Public    (Commission Expires)

**APS International, Ltd.**

