UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| This document relates to: | ) ) ) | SECTION: L |
| | ) | JUDGE FALLON |
| *Gross, et al, v. Knauf Gips KG, et al* EDLA No. 2:09-cv-06690 | ) ) ) | MAG. JUDGE WILKINSON |

**O R D E R**

Considering Plaintiffs' Motion for Leave to File Declaration of Arnold Levin With Further Documentation Supporting the February 1, 2011 Order [Rec. Doc. 7302] Granting Plaintiffs' Omnibus Motion for Preliminary Default Judgment;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Declaration of Arnold Levin With Further Documentation Supporting the February 1, 2011 Order [Rec. Doc. 7302] Granting Plaintiffs' Omnibus Motion for Preliminary Default Judgment (with exhibits).

New Orleans, Louisiana this 14th day of February, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge