Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0091

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BE Wholesale
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Georgia ) ss.
County of: Cobb )

Name of Server: Lance Robinson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18th day of November, 20 10, at 4:31 o'clock P M

Place of Service: at 81 Golden Property Road, in Bremen, GA 30110

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
BE Wholesale
By delivering them into the hands of an officer or managing agent whose name and title is: Sherri Ceci, President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blonde ; Facial Hair ___
Approx. Age 50-55 ; Approx. Height 5'5" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 19 day of November, 20 10

B. Keith Wright
Notary Public   (Commission Expires)
7/12/2011

[Notary Seal: B. KEITH WRIGHT, MY COMMISSION EXPIRES JULY 12 2011, COBB CO., GEORGIA, NOTARY PUBLIC]