Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0017

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--City Salvage, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones** )

Name of Server: **Davy Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **17** day of **Nov**, 20 **10**, at **12:46** o'clock **P.** M

Place of Service: at **804 Lambert Street**, in **Laurel, MS 39440**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Interventio**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**City Salvage, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kim Smith / Secretary / Treasurer**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brown**; Facial Hair **N/A**
Approx. Age **45**; Approx. Height **5'7**; Approx. Weight **160**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **18** day of **Nov**, 20 **10**

*Michelle Murray*
Notary Public       (Commission Expires)

**APS International, Ltd.**

