# EXHIBIT A

US

# JIANGSU PROVINCE CHANGZHOU CITY

# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Jiangsu Province Changzhou City Intermediate People's Court]

*Law Association No. FX-10-131*
*Judicial Association No. SX-10-77*

| Cause of Action | Judicial assistance | Cause No. | (2010) Changzhou Intermediate Court Law Association No. 5 |
|---|---|---|---|
| Document Served and Number | Summary of Documents served, one copy; Summons, one copy; Complaint, one copy; Document, one copy | | |
| Recipient (Unit) | CHANGZHOU YINHE WOOD CO., LTD. | | |
| Address for Service | Qianfeng Industrial Park, Henglin Town, Changzhou City, (Jiangsu province, China) | | |
| Recipient Signature or Seal | Yang, Guang Ting   [Seal: CHANGZHOU YINHE WOOD CO., LTD.]<br><br>June 27, 2010 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:  Wei, Lai                                      Servers:  Jiang, Yan Xia

Case Name: Gross  v.  Knauf Gips, KG
Defendant: Changzhou Yinhe Wood Industry Co., Ltd.
Court Case No.: 09-6690

### CERTIFICATE
### *ATTESTATION*

57-2077

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*
- the (date)
- *le (date)* — June 7th, 2010
- at (place, street, number)
- *à (localité, rue numéro)* — Qianfeng Industrial Park, Henglin Town Changzhou

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [✓]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  (b)  in accordance with the following particular method*:
        *b)    selon la forme particulière suivante:* _____
        _____

   [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ____ Yang Yixing _____
   _____
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à* ____ Beijing ____   the ____ Aug 16th, 2010
Signature and/or stamp.
*Signature et/ou cachet.*

民 共 和
司 法 部
司法协助专用章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-2010-77

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)          Changzhou Yinhe Wood Industry Co., Ltd.
_____Qianfeng Industrial Park, Henglin Town, Changzhou, Jiangsu 213103, China_____
Tel:
[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*
_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint | Done at               , the 1/13/10 |
| Summons in a Civil Action | *Fait à*  Minneapolis, Minnesota, U.S.A.     *le* |
| Translations | |
| Summary of the Document to be Served | |
| | Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate. *Rayer les mentions inutiles.*

江 苏 省 常 州 市 中 级 人 民 法 院

送 达 回 证

FX-10-131
SX-10-77

| 案　由 | 协助执行 | 案　号 | 2010常中执字第 七 号 |
|---|---|---|---|
| 送达文书名称和件数 | 被执行人财产报告令、保证书、协助执行通知书、送达回证 | | |
| 受送达人 | 常州银河木业有限公司 | | |
| 送达地址 | 常州横林镇前杜工业园 | | |
| 受送达人签名或盖章 | 〔盖章〕 | | 2010年 6 月 27 日 |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | | | |

填发人　李晓峰　　　送达人　小芬婷婷

# EXHIBIT B

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-85

| Cause of Action | | Cause No. | Law Association No. (2010) 197 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Company Limited. | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China 100037). | | |
| Recipient Signature or Seal | Chang, Che Li      Vice President          010-88282398<br>February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation          . | | |

Issuer: Chen, Xin                                   Servers: Zhu, Cheng Fu      Li, Qing

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

Case Name:  Gross  v.  Knauf Gips, KG
Defendant:  China National Building Materials Co., Ltd. (CNBM)
Court Case No.:  09-6690

SX 10-85

### CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.*

1)   that the document has been served*
1.   *que la demande a été exécutée*
  - the (date)   February 25th, 2010
  - *le (date)*
  - at (place, street, number)   11/F, Zhongguo Jiancai Mansion, No. 11 Sanlihe Road, Haidian
  - *à (localité, rue numéro)*   District, Beijing, China

  - in one of the following methods authorised by article 5-
  - *dans une des formes suivantes prévues à l'article 5:*
    [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]   (b)   in accordance with the following particular method*:
           b)   *selon la forme particulière suivante:* _____

    [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
           c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  - *(identité et qualité de la personne)*   the signature could not be recognized

  - relationship to the addressee (family, business or other):
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   the vice-president of the addressee

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at   Beijing                    the   6/4, 2010
*Fait à*                                    *le*

Signature and/or stamp.
*Signature et/ou cachet*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-2010-85

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) _____ China National Building Materials Co., Ltd. (CNBM)

_____ 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China _____
Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ | Done at _____ , the  1\3\10<br>*Fait à* Minneapolis, Minnesota, U.S.A. , *le*<br><br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55430 |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*



**北京市高级人民法院**
**送　达　回　证**

SX-10-85

| 案　　　由 | | 案　　号 | 法协（2010）197 |
|---|---|---|---|
| 送 达 文 书<br>各 称 和 件 数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | 中国建筑材料有限公司<br>*建材股份有限* | | |
| 送 达 地 址 | 海淀区三里河路甲 11 号中国建材大厦 17 层 | | |
| 受 送 达 人<br>签 名 或 盖 章 | *审法剑*　　*刘玉成*　　010-88082398　　*2010.2.25* | | |
| 代 收 人<br>代 收 理 由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　送达人 *朱小丽 李青*

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

# EXHIBIT C

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-92

| Cause of Action | | Cause No. | Law Association No. (2010) 194 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Group | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China  100037) . | | |
| Recipient Signature or Seal | Ma, Gen Lin      Deputy General Manager, Corporate Management Department<br>13911865588<br><br>                                                February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation               . | | |

Issuer: Chen, Xin                               Servers:  Zhu, Cheng Fu      Li, Qing

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

Case Name: Gross v.  Knauf Gips, KG
Defendant:  China National Building Material Group Corporation (CNBM Group)
Court Case No.: 09-6690

SX-10-92

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
      - the (date)      February 25th, 2010
      - *le (date)*
      - at (place, street, number)      17/E, Zhongguo Jiancai Mansion, No.11 Sanlihe Road,
      *- à (localité, rue numéro)*     Haidian District, Beijing, PR China
      
      - in one of the following methods authorised by article 5-
      *- dans une des formes suivantes prévues à l'article 5:*
            [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
                  *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
            [ ]   (b)   in accordance with the following particular method*:
                  *b)   selon la forme particulière suivante:* _____
                  _____
            [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
                  *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)      Genlin Ma
      *- (identité et qualité de la personne)*
      - relationship to the addressee (family, business or other):   the Vice-manager of the Department
      *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   of Business Administration of addressee

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

|  |  |
|---|---|
| | Done at _____ Beijing ____ the ____ 2010 |
| In appropriate cases, documents establishing the service: | *Fait à* |
| *Le cas échéant, les documents justificatifs de l'exécution:* | Signature and/or stamp. |
| _____ | *Signature et/ou cachet.* |
| _____ | 司 法 部 |
| _____ | 司法协助专用章 |

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

$SX-2010-92$

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*       China National Building Material Group Corporation (CNBM Group)
         17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing 100037, China
         Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
[ ]  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
[ ]  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
[ ]  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à*  Minneapolis, Minnesota, U.S.A.          , the<br>                                                                   *le*  1/13/10 |

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*



北京市高级人民法院
送　达　回　证

SX-10-92

| 案　　由 | | 案　　号 | 法协（2010）194 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 中国建筑材料集团公司 | | |
| 送达地址 | 海淀区三里河路甲11号中国建材大厦17层 | | |
| 受送达人<br>签名或盖章 | 1391186588 | 2010.2.25 | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

# EXHIBIT D

# LIAONING PROVINCE FUXIN CITY
## INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Liaoning Province Fuxin City Intermediate People's Court
Case Filing Department]

*Law Association No. FX-10-175*
*Judicial Association No. SX-10-111*

| | |
|---|---|
| Case No. | US District Court, Eastern District of the State of Louisiana<br>Civil Case No. 09-6690 |
| Cause of Action | Indemnity Case |
| Servee | FUXIN TAISHAN GYPSUM BUILDING MATERIAL CO. LTD. |
| Address for Service | Case Filing Department, Liaoning Province Fuxin Intermediate People's Court |
| Document Served and Number | Summons in a civil action, and Class Action Complaint |
| Recipient Signature or Seal | Shang, La Zhou   (Financial officer of the company)<br>[Seal: Fuxin Taishan Gypsum Building Material Co., Ltd.] |
| Date of Receipt | March 4, 2010 |
| Substitute Recipient and Reason | Ji, Chun Mei      Liu, Hong |
| Servers | |
| Notes | |

SX-10-111

Case Name:  Gross v. Knauf Gips, KG
Defendant:  Fuxin Taishan Gypsum and Building Material Co. Ltd.
Court Case No.:  09-6690

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
- the (date)
- *le (date)* __March 4th, 2010__
- at (place, street, number)
- *à (localité, rue numéro)* __the Registering Courtroom of the Intermediate People's Court__
__of Fuxin City, Liaoning Province, China__
- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b)   in accordance with the following particular method*:
  b)   *selon la forme particulière suivante:* _____
  _____

  [ ] (c)   by delivery to the addressee, who accepted it voluntarily.*
  c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* __Xianzhou Shang__
_____
- relationship to the addressee (family, business or other): __the treasurer of the addressee__
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*
_____

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2. de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à* __Beijing__ ... the __March 26th, 2010__

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部

*    **Delete if inappropriate.**
     *Rayer les mentions inutiles.*

2

S8-10-111

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* _____ Fuxin Taishan Gypsum and Building Material Co. Ltd. _____

_____ Pingxi Industrial Park North, Haizhou District, Fuxin, Liaoning 123000, China _____
Tel: _____

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
_____
_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint | Done at |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. , the |
| Translations | le 1/13/10 |
| Summary of the Document to be Served | |
| _____ | |
| _____ | Signature and/or stamp. |
| _____ | *Signature et/ou cachet.* |
| _____ | APS INTERNATIONAL |
| _____ | APS International Plaza |
| | 7800 Glenroy Road |
| | Minneapolis, MN |
| | (Formerly OBD-116 which was formerly LAA-116,      USM-94 |
| | both of which may still be used)           (Est. 11/22/77) |

* Delete if inappropriate*/. Rayer les mentions inutiles.*

# 辽宁省阜新市中级人民法院

## 送 达 回 证

FX-10-175
SX-10-111

| 案　号 | 路易斯安那州东部地区美国地区法院　民事诉讼案号码 09—6690 |
|---|---|
| 案　由 | 赔　偿 |
| 受送达人 | 阜新泰山石膏建材有限公司 |
| 送达地点 | 辽宁省阜新市中级人民法院立案庭 |
| 送达文书<br>名称及件数 | 民事诉讼传票　　集团诉讼起诉书 |
| 受送达人签收 | |
| 代收人签收 | |
| 收到日期 | 2010 年 3 月 4 日 |
| 送达人 | 冀春梅　　刘　鸿 |
| 备<br><br>注 | |

# 授 权 委 托 书

阜新市中级 人民法院：

你院受理 大卫·格罗斯等人 与我公司赔偿

一案，依照法律规定，特委托 贾显同

（性别：男    年龄：28    工作单位：阜新泰山石膏建材有限公司

职业：        住址：        ）为我的诉讼代理人。

委托事项和权限如下：

代收法律文书．



受委托人：贾显同

二〇一〇年 三月 4日

# 法定代表人身份证明书

贾同春 同志，在我单位任 经理，是法定代表人

职务，特此证明。



单位全称（盖章）

2010 年 3 月 日

附：该代表人住址：

电　　　话：

注：企业事业单位、机关、团体的主要负责人为本单位的法定

代表人。

# 企业法人营业执照

注册号 2109000040020115

名　　称　阜新紫山石膏建材有限公司

住　　所　阜新市海州区平西园区北区

法定代表人姓名　贾丽蓉

公司类型　有限责任公司（法人独资）

经营范围　纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰装修材料的生产、销售

注册资本　人民币贰仟万元

实收资本　人民币贰仟万元

成立日期　二○○八年四月十七日

营业期限　二○○八年四月十七日至二○三八年四月十六日



中华人民共和国
组织机构代码证

代　码: 79159109-6

机构名称: 阜新泰山石膏建材有限公司

机构类型: 企业法人

地　址: 辽宁省阜新市海州区平西园区北区

有效期: 自2006年09月28日至2010年09月28日

颁发单位: 阜新市质量技术监督局

登记号: 组代管210900-012214

NO.2005 2732531

年检记录

中华人民共和国 国家质量监督检验检疫局

说　明

1. 《中华人民共和国组织机构代码证》是组织机构在中华人民共和国境内唯一的、始终不变的法定标识。
2. 《中华人民共和国组织机构代码证》是组织机构法定标识的凭证，分正本和副本，代码标识的凭证。禁止出租、出借、冒用、转让、伪造、变造、非法买卖。
3. 《中华人民共和国组织机构代码证》禁止涂改项目及内容变更记。
4. 各组织机构应当持有效证机关申请变更登记。
5. 组织机构依法注销、撤消时，向原登记机关办理注销登记。并交回全部代码证。