# EXHIBIT E

U.S

## HUBEI PROVINCE JINGMEN CITY
## DUODAO DISTRICT PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Jingmen City Duodao District People's Court]

*Law Association No. FX-10-178*
*Judicial Association No. SX-10-108*

| Cause of Action | | Cause No. | ( ) No. _____ |
|---|---|---|---|
| Document Served | Summary of document served, one copy; Summons, one copy; Complaint, one copy. (3 documents in all) | | |
| Recipient (Unit) | Hubei Taishan Building Material Co., Ltd. | | |
| Address for Service | New High-Tech Development Zone, Jingmen City, Hubei Province, (China) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Lu, Bao Ju        Feb. 8, 2010 | | |
| Notes | Deputy General Manager, Hubei Taishan Building Material Co., Ltd.        13774058719 | | |

Issuer:  Du, Wei Dong           Server:   Qiang, Deng Peng    Yang, Shou Li

*Note:*
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
 (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: Gross v. Knauf Gips, KG
Defendant: Hubei Taishan Building Material Co., Ltd.
Court Case No.: 09-6690

55-10-708

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date) __8/2 - 2010__
   - *le (date)*
   - at (place, street, number) __Jing men New and High Technology Industry Developments Zone__
   - *à (localité, rue, numéro)* __Huber Province__
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*,
       a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
       b)  *selon la forme particulière suivante:* _____
       
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Lu Baoju__
   - relationship to the addressee (family, business or other): __The vice-general manager of the addressee__
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at __Beijing__ , the __15/3, 2010__
*Fait à*                              *le*
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-10-108

A. LICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   Hubei Taishan Building Material Co., Ltd.
Jingmen Gao Xin Ji Shu Chan Ye Kai Fa Qu (Jingmen New and High Technology Industrial Development Zone), Jingmen City Hubei 448124, China
Tel: 07242499096

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                    , the 1/13/10
*Fait à* Minneapolis, Minnesota, U.S.A.    *le*

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONA.
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

# 湖北省荆门市掇刀区人民法院
# 送 达 回 证

Fx-10-178
Sx-10-108

| 案　由 | | 案号（　） | 字第号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书摘要一份、传票一份、诉状一份（共三份文书） | | |
| 受送达人 | 湖北泰山建材有限公司 | | |
| 送达地址 | 湖北省荆门市高新技术产业开发区 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | 卢伟华　2010年2月8日 | | |
| 备　考 | 湖北泰山建材有限公司副总经理 13774058719 | | |

填发人 杜卫东　　　　　　　　送达人 蒋登鸿、杨学之

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# EXHIBIT F

U.S.

# SHANDONG PROVINCE JINAN CITY
# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

*Law Association No. FX-10-134*
*Judicial Association No. SX-10-78*

| Cause No. |  | Cause of Action | Shandong Province Law Association Receiving No. (2010) 11. |
|---|---|---|---|
| Document Served and Number | Summary of documents served<br>Summons, one copy<br>Complaint, one copy |  |  |
| Recipient (Unit) | JINAN RUNFULAI NEW MATERIALS CO., LTD. |  |  |
| Address for Service | 3-201 Ruyi North Building, Hua Long Road, Jinan City, (Shandong Province, China) |  |  |
| Recipient Signature or Seal |  |  | Date |
| Recipient in substitution and reason(s) | Ning, Yun Bo (company employee) |  | February 8, 2010 |
| Notes |  |  |  |

Issuer:  Yang, Guang Yin                                    Server:   Li, Jing Long

[Seal: Shandong Province Jinan City Intermediate People's Court]

Note:
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: Gross v. Knauf Gips, KG
Defendant: Jinan Run & Fly New Materials Co., Ltd.
Court Case No.: 09-6690

SX-10-78

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* __February 8th, 2010__
    - at (place, street, number)
    - *à (localité, rue numéro)* __No. 3-201 Ruyi North Building, Hualong Road, Ji'nan City, Shandong Province, China.__

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a) selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            *b) selon la forme particulière suivante:* _____

        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* __Fangbo Ning__

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __one staff of the addressee__

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at __Beijing__ the __2/8, 2010__
*Fait à* _____ *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

[Chinese seal: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-2010-78

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(Identité et adresse)* _____ Jinan Run & Fly New Materials Co., Ltd._____
_____3-201, Ruyibei BLD., Hualong Road, Jinan, Shandong 250100, China_____
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at _____, the 1/13/10
*Fait à* Minneapolis, Minnesota, U.S.A. , *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

山东省济南市中级人民法院

# 送 达 回 证

（各类案件通用）

Fx-10-134
Sx-10-78

| 案　由 | / | 案　号 | 鲁高法协受(2010)11号 （　）字第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要一份<br>传票一份<br>诉状一份 | | |
| 受送达人 | 济南瑞泰铝新材料有限公司 | | |
| 送达地址 | 济南市华龙路嘉兆楼3-201 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | 李子波（公司职员）2010年 2 月 8 日 | | |
| 备　考 | | | |

填发人　杨广锐　　　送达人　

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# EXHIBIT G

U.S.

## GUANGDONG PROVINCE

## FOSHAN CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Guangdong Province Foshan City Intermediate People's Court]

*Law Association No. FX-10-123*
*Judicial Association No. SX-10-80*

| Cause of Action | Other judicial assistance | Case No. | (2010) Foshan Intermediate Court Civil 4/Inferior No. 5 |
|---|---|---|---|
| Document Served and Number | (2010) Foshan Intermediate Court Civil 4/Inferior No. 5<br>Summary of documents served, summons, complaint, one copy each. | | |
| Servee | Nan Hai Silk Import & Export Co. Ltd. | | |
| Address for Service | Building 1, No. 4 West Nan Gui Road, Foshan City, (Guangdong, China). | | |
| Time frame for Receiving Documents | | | |
| Notice to Servee | | Mode of Contact | |
| Name of Servee Signature or Seal | Signature: [Seal: Guangdong Province Nan Hai Silk Import & Export Co., Ltd.]<br>March 12, 2010 | | |
| Substitute Recipient | Signature: Date: | | |
| Notes | Please sign this Proof of Service and return it to this court.<br>Address of this court: 51Second Kui Qi Road, Chan Cheng District, Foshan City, Guangdong Province, (China).<br>Attn: Han, Zhen Yu<br>Postal Code: 528000 | | |

*Note:*  1. *The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §81; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.*
2. *In case of receipt by substitution, the recipient shall sign or seal and note his/her relationship with the servee.*

Case Name: Gross v. Knauf Gips, KG
Defendant: Nanhai Silk Imp. & Exp. Corporation
Court Case No.: 09-6690

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __Mar 12, 2010__
   - at (place, street, number)
   - *à (localité, rue numéro)* __No 4 Nan Gui Xi Ln, Fo Shan__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____
       
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Nan Hai Silk Imp & Exp. Co__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Personal Service__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at __Beijing__ , the __May 10, 2010__
*Fait à*                      *la*
Signature and/or stamp. 人 民 共 和 国
*Signature et/ou cachet.* 司 法 部
司法协助专用章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

JX-2010-80

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
        (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
        *(identité et adresse)*    Nanhai Silk Imp. & Exp. Corporation
                    Block 1, 4 Nangui Road, West Foshan Guangdong, 528200, China
                    Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                                        , the 1/13/10
*Fait à* Minneapolis, Minnesota, U.S.A.                        *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*



# 广东省佛山市中级人民法院
## 送 达 回 证

FX-10-123
SX-10-80

| 案　　由 | 其他司法协助 | 案号 | (2010)佛中法民四初字第5号 |
|---|---|---|---|
| 送达文书名称和件数 | (2010)佛中法民四初字第5号 被送达文书概要、传票、诉状各壹份 | | |
| 受 送 达 人 | 南海丝绸进出口公司 | | |
| 送 达 地 点 | 佛山南桂西路4号1座 | | |
| 领取文书的期间 | | | |
| 是否已通知受送达人 | | 联系方式 | |
| 受送达人签名或盖章 | 签名: | | 2010年3月12日 |
| 代收人及代收理由 | 签名: | | 年　月　日 |
| 备　　考 | 请签收后即将此《送达回证》寄回本院。 本院地址：广东省佛山市禅城区魁奇二路51号 收件人：韩震宇 邮编：528000 | | |

填发人 韩震宇　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收人签名或盖章后，还应注明其与送达人的关系及代收理由。

# EXHIBIT H

THE PEOPLE'S REPUBLIC OF CHINA
SHANDONG PROVINCE LINYI CITY
INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

U.S.

[Seal: Shandong Province Linyi City Intermediate People's Court]

*Law Association No. FX-10-114*
*Judicial Association No. SX-10-87*

| Cause of Action | | Cause No. | Shangdong Superior Court Law Association Receiving No. (2010) 13 |
|---|---|---|---|
| Document Served | Summary of document, summons, complaint served. | | |
| Recipient (Unit) | Pingyi Baier Building Material Co., Ltd. | | |
| Address for Service | Baier Industrial Park, Pingyi County, Linyi City, Shandong Province, China. (Baier Inderstrial Park, Ziqiu Town, Pingyi County, Shandong 273300 China.) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Huang, Xiao Guo    Deputy General Manager | Feb. 25, 2010 | |
| Notes | Servers: Nong, Jian Guang  0539-8128077 Zhao, Xiu Na  0539-8138238 | | |

Issuer:   Hou, Pei Dong          Date of Issue:                    Server:   Lu, Wen Qi

Note:
  (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
  (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

SX-10-87

Case Name: Gross v. Knauf Gips, KG
Defendant: Pingyi Baier Building Materials Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __February 25th, 2010__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Baier Industrial Park, Zqiu Town, Pingyi County, Linyi City, Shandong Province, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
      b) *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
      c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Huang Somebody__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __the vice-president of the addressee__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

__March 26th, 2010__

* Delete if inappropriate.
 *Rayer les mentions inutiles.*

2

*SX-2010-87*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) __Pingyi Baier Building Materials Co., Ltd.__
__Baier Industrial Park, Ziqiu Town, Pingyi County, Shandong 273300, China__
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at _____, the<br>*Fait à* Minneapolis, Minnesota, U.S.A., *le* 1/13/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*  |

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)       USM-94
                                                                                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

中华人民共和国
山东省临沂市中级人民法院
送达回证

Tx-10-114
Sx-10-87

| 案　由 | | 案　号 | 鲁高法协受<br>(2010) 13 号 |
|---|---|---|---|
| 送达文书<br>名　称 | | 被送达文书概要、传票、诉状 | |
| 受送达人 | | 平邑拜尔建材有限公司<br>(Pingyi Baier Building Material CO.,Ltd.) | |
| 送达地址 | | 中国山东省临沂市平邑县资邱乡拜尔工业园<br>(Baier Inderstrial Park, Ziqiu Town, Pingyi Country, Shangdong 273300, China) | |
| 受送达人<br>签名或盖章 | | | 年　月　日 |
| 代收人及<br>代收理由 | | *[signatures]* | 2010 年 2 月 25 日 |
| 备　考 | | | *[signatures]* 0539-8128077<br>赵修娜 0539-8188238 |

签发人侯培栋　　　　签发日期：　　　　送达人：赵修娜

注：1、送达刑事诉讼文书，按照《刑诉法》第五十七条的规定办理；送达民事、行政诉讼文书，按照或参考《民事诉讼法》第七十八条、第七十九条的规定办理。
2、代收诉讼文书的，由代收人签名或盖章后，还应注明与受送达人的关系及代收理由。