# EXHIBIT R

US

No. 0005623

## HENAN PROVINCE SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Henna Province Superior People's Court]

*Judicial Association No. SX-10-107*

| Recipient | TAISHAN PLASTERBOARD (HENAN) CO., LTD. | Cause of Action | |
|---|---|---|---|
| Address of Service | Shou Yang Shan Industrial Park, Bei Huan Road North, Yanshi City, (Henan Province, China) | | |

| Document for Service | Issuer | Server | Receiving Date | Recipient's Signature or seal | Reasons for Non-service |
|---|---|---|---|---|---|
| Class Action Complaint 09-6690 | Luo, Yu Jian | Gu, Chao Kun Wang, Peng Wei | March 25, 2010 | Qi, Yong Sheng | Office staff |
| (Law Assoc. (2010) No. 174) | | | Date | | 0379-67689968 |
| | | | Date | | |
| | | | Date | | |
| | | | Date | | |
| | | | Date | | |
| Notes | | | | | |

Note:  (1)  *If the recipient is not in, hand the documents to his/her adult relative(s), work unit, village government or neighborhood committee as substitute recipient.*

(2)  *The recipient on behalf shall sign or seal in the recipient's column on this form and note his/her relationship with the named recipient.*

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Henan) Co., Ltd.
Court Case No.: 09-6690

SX-10-107

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
  - the (date)        March 25th, 2010
  - *le (date)*
  - at (place, street, number)
  - *à (localité, rue numéro)* Shouyang Industrial Park, North of Beihuan Road, Yanshi, He'nan Province, China.

  - in one of the following methods authorised by article 5-
  - *dans une des formes suivantes prévues à l'article 5:*
     [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ]  (b)  in accordance with the following particular method*:
           b)   *selon la forme particulière suivante:* _____

     [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
           c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  - *(identité et qualité de la personne)* the signature could not be recognized

  - relationship to the addressee (family, business or other):
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* one section member of the company's office

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at     Beijing                 le   April 22nd, 2010
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

_____

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

SA-10-107

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ Taishan Gypsum (Henan) Co., Ltd. _____

_____ Shouyang Industrial Park, Beihuan Road North, Yanshi, Henan 471900, China _____

Tel: _____

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint.<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____<br>_____ | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A. , the<br>*le* 1 /13 /10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*  APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)      USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

№ 0005623

河南省省南省高级人民民法院

送回民证书证

SX-10-107

| 收件人 | 泰山石膏(河南)有限公司 | 案 由 | |
|---|---|---|---|

| 送达地点 | 偃师水X环路水泥前门2生园) | | | | | |
|---|---|---|---|---|---|---|

| 送 达 文 件 | 签发人 | 送达人 | 收 到 日 期 | 收件人签名或盖 章 | 不能送达理由 |
|---|---|---|---|---|---|
| 停困诉讼经济书 0-6690 (法坊(20)第174号) | 张志海 | 硕炯 2炯炯 | 10 年3月 28日 | 于雷鼠 | 办公室科员 0379-67689968 |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |

| 备注 | |
|---|---|

注：（1）如收件人不在时，将文件交与他的成年家属、近邻、工作机关或收件人居住地的乡政府、村委会或街道办事处代收。
（2）如系代收，代收人应在收件人栏内签名或盖章注明收件人的关系。

# EXHIBIT S

US

# THE PEOPLE'S REPUBLIC OF CHINA

## HEBEI PROVINCE PINGSHAN COUNTY PEOPLE'S COURT

# PROOF OF SERVICE

Judicial Association No. SX-10-105

| | |
|---|---|
| Case No. | No._____ |
| Cause of Action | |
| Document Served and Number | 1.  Summary of documents served, one copy<br>2.  Summons, one copy;          3.  Complaint, one copy<br>(All with translation attached) |
| Servee | Taishan Plasterboard (Pingshan) Co., Ltd. |
| Address for Service | |
| Recipient's Signature and Seal | Wang, Shan Xi  (Deputy Director of the Factory)          March 11, 2010  10:00 am<br>[Finger print] |

| Mode of Service | | Server | |
|---|---|---|---|
| | | | |

Reason for non-service or Recipient's refusal:

[Seal]  PINGSHAN COUNTY PEOPLE'S COURT

[Seal]  Pingshan County People's Court

(Translator Note: It seems that this mirrored seal is an imprint from the opposite page.)

# THE PEOPLE'S REPUBLIC OF CHINA

## HEBEI PROVINCE PINGSHAN COUNTY PEOPLE'S COURT

## PROOF OF SERVICE

| Case No. | No._____ |
|---|---|
| Cause of Action | |
| Document Served and Number | 3.   Summary of documents served, one copy<br>4.   Summons, one copy;        3.  Complaint, one copy<br>(All with translation attached) |
| Servee | Taishan Plasterboard (Pingshan) Co., Ltd. |
| Address for Service | |
| Recipient's Signature and Seal | Wang, Shan Xi  (Deputy Director of the Factory)   March 11, 2010  10:00 am<br>[Finger print] |

| Mode of Service | | Server | |
|---|---|---|---|

**Reason for non-service or Recipient's refusal:**

[Seal]   PINGSHAN COUNTY PEOPLE'S COURT

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Pingshan) Co., Ltd.
Court Case No.: 09-6690

SX-10-105

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
- the (date)        __March 11th, 2010__
- *le (date)*
- at (place, street, number)    __not mentioned__
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[x]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method*:
        b)    *selon la forme particulière suivante:* _____

[ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
        c)    *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)    __Bing Wang__
- *(identité et qualité de la personne)*

- relationship to the addressee (family, business or other):    __the vice-president of the factory__
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at    __Beijing__          __April 2nd, 2010__
*Fait à*                      *le*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

1                                              2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:   Louisiana                                    SX-10-705

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776        Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*          Taishan Gypsum (Pingshan) Co., Ltd.
Dian Chang Yuan Nei (Shijiazhuang Hua'ao Dianli Co., Ltd.), Pingshan Zhen, Pingshan Xian, Shijiazhuang, Hebei 050400, China
                        Tel:
[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[  ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):*
_____
_____

[  ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint | **Done at**                              , the |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A.          *le* 1/13/10 |
| Translations | |
| Summary of the Document to be Served | |
| _____ | **Signature and/or stamp.**<br>*Signature et/ou cachet.*  APS INTERNATIONAL<br>APS International Plaza<br>**7800 Glenroy Road**<br>**Minneapolis, MN 55439** |
| _____ | |
| _____ | |
| _____ | |
| _____ | |

(Formerly OBD-116 which was formerly LAA-116,           USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles.*

中华人民共和国

河北省平山县人民法院

送 达 回 证          SX-10-105

| 案　　号 | 字第　　　　号 | |
|---|---|---|
| 案　　由 | | |
| 送达文书名称和件数 | 1. 跳送达文书概率份<br>2. 传票份　3. 诉状份　〈均有译文〉 | |
| 受送达人 | 泰山石膏〈平山〉有限公司 | |
| 送达地址 | | |
| 受送达人签名或盖章 | 北顺　〈副7份〉　2020年3月11日10时00分 | |
| 送达方式 | | 执行送达人 |

不能送达的原因或

受送达人拒收理由：





中华人民共和国

河北省平山县人民法院

# 送 达 回 证

| 案　　号 | | 字第　　　号 | |
|---|---|---|---|
| 案　　由 | | | |
| 送达文书<br>名称和件数 | 1. 被送达文书概率一份.<br>2. 传票一份. 3. 诉状一份　〈均有译文〉 | | |
| 受送达人 | 泰山石膏〈平山〉有限公司. | | |
| 送达地址 | | | |
| 受送达人<br>签名或盖章 | 2010 年 3 月 11 日 10时 00分<br>〈副征〉 | | |
| 送达方式 | | 执行送达人 | |

不能送达的原因或

受送达人拒收理由：



# EXHIBIT T

# XUZHOU CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal:  Jiangsu Province Xuzhou City Intermediate People's Court]

*Law Association No. FX-10-176*
*Judicial Association No. SX-10-112*

| Cause of Action | | Cause No. | (    ) No. |
|---|---|---|---|
| Document Served | Summary of document, summons, complaint (one copy each) and translation (2 copies) served. (U.S. District Court documents, Eastern District, Louisiana) | | |
| Recipient (Unit) | Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Address for Service | Canal Bridge West, Xulian Road, Pizhou City (Jiangsu Province, China). | | |
| Recipient Signature or Seal | Wu, Xin Nian    Head of Administration Office<br><br>March 3, 2010 | | |
| Recipient in substitution and reason(s) | <br>Date | | |
| Notes | | | |

Issuer:   Zhao, Shu Xia                          Server:   Zhao, Shu Xia        Shi, Ji Jun

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Pizhou) Co., Ltd.
Court Case No.: 09-6690

ᴄX–70–112

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*

    - the (date)
    - *le (date)*   **March 3rd, 2010**
    - at (place, street, number)
    - *à (localité, rue numéro)*   **West of Yunhe Bridge, Xuizan Road, Pizhou City, Jiangsu Province, China**

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b)  in accordance with the following particular method*:
            *b)  selon la forme particulière suivante:* _____

        [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
            *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)*  **Xinjun Wu**

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  **the General Section Chief of the addressee**

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à*  **Beijing**  the
          *le* **March 26th, 2010**

中 人 民 共 和 国
司 法 部
送达审判专用章

Signature and/or stamp.
*Signature et/ou cachet.*

*   Delete if inappropriate.
   Rayer les mentions inutiles.*

2

58-10-1/2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776       Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)* Taishan Gypsum (Pizhou) Co., Ltd.
_____ Yunhe Bridge West, Xulian Road, Pizhou City, Jiangsu 221000, China
    Tel:
|X| (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
| |  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____
_____

| |  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint | Done at _____ , the 1/13/10 |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. , *le* 1/13/10 |
| Translations | |
| Summary of the Document to be Served | |
| _____ | APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |
| _____ | Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,            USM-94
both of which may still be used)
                                                        (Est. 11/22/77)

* Delete if inappropriate / *Rayer les mentions inutiles*

徐 州 市 徐州市中级人民法院

送 达 回 证

FX-10-176
SX-10-112

| 案　　由 | | 案号 | （　　）　字第　　号 |
|---|---|---|---|
| 送达文书 名称和件数 | 诉讼送达书木股覆一份、信票一份、诉状一份及 译文两份。（路易斯安郑州东部地区美界地区民文书） | | |
| 受送达人 | 泰山石膏（邳州）有限公司 | | |
| 送达地址 | 邳州市徐宿路运河桥西 | | |
| 受送达人签 名或盖章 | 吴年军．综织场长 2010年 3月 3 日 | | |
| 代收人及 代收理由 | 　　　　　　　　　　年　　月　　日 | | |
| 备　　考 | | | |

填发人　李丽霞　　　　　　　送达人　赵叔霞　史孝军

# EXHIBIT U

# ANHUI PROVINCE SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: The People's Republic of China
Anhui Province Superior People's Court
Judicial Assistance Special Stamp]

*Law Association No. FX-10-179*
*Judicial Association No. SX-10-109*
*(2010) Anhui Province Judicial Assistance (Service) No. 0010*

| | |
|---|---|
| Cause of Action | |
| Servee | TAISHAN GYPSUM (TONGLING) CO. LTD. |
| Address for Service | Jin Qiao Industrial Park, Tongling City, (Anhui Province, China). |
| Document Served and Number | Summary of documents served;  Summons  and  Complaint, one copy each. |
| Recipient Signature or Seal | Ma, Wen Bo |
| Date of Receipt | February 20, 2010    10:00 am |
| Substitute Recipient and Reason | |
| Servers | |
| Notes | No. 2 Head of the company (Deputy) |

Note:  *1.  If the recipient proper is not in, hand the documents to an adult family member for receiving in
         substitution.*
      *2.  In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note
         his/her relationship with the servee.*
      *3.  If the recipient refuses to accept and sign the documents served, the server shall invite his/her
         neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of
         Service the refusal and date, have himself and the witness sign, and leave the process documents
         at the place of residence of the recipient.  The service is then deemed as executed.*

SX-10-109

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Tongling) Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
   - the (date)      February 20th, 2010
   - *le (date)*
   - at (place, street, number)   Jingiao Industrial Park, Tongling, Anhui Province, China
   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  in accordance with the following particular method*:
          b)   *selon la forme particulière suivante:* _____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
          c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)*      Wenbo Ma

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   the vice-president of the addressee

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at   Beijing   , the   March 26th, 2010
*Fait à*            *le*

中华人民共和国
司法
司法协助专用章

Signature and/or stamp.
*Signature et/ou cachet.*

*  Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

5x-10-109

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)      Taishan Gypsum (Tongling) Co., Ltd.
_____ Jinqiao Industrial Park, Tongling Anhui 244000, China
_____ Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ | Done at<br>*Fait à*  Minneapolis, Minnesota, U.S.A. , the 1/13/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)
(Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

安 徽 省 高 级 人 民 法 院

送 达 回 证

FX-10-179
SX-10-109

(2010) 皖协 字第 0010 号

| 案　由 | |
| --- | --- |
| 受送达人 | 泰山石膏(铜陵)股份有限公司 |
| 送达地点 | 铜陵金桥工业园区 |
| 送达文书 | 被送达材料摘要、传票、诉状各一份 |
| 收件人签名盖章 | 马文波 |
| 收到日期 | 2010 年 2 月 20 日 10 时 |
| 代收人记明<br>代 收 理 由 | |
| 送 达 人 | |
| 备　　注 | 系本公司次要负责人(副职) |

注：1、如受送达人不在时,将文书交给他的成年家属或所在单位的负责人代收。
　　2、如系代收,收件人应在收件人栏内签名或盖章,并注明与受送达人的关系。
　　3、受送达人或者代收人拒绝接收或签名、盖章时,送达人可邀请他的邻居或其他证人到场,
　　　说明情况,把文书留在他的住处,在送达证上记明拒绝的事由和送达日期,由送达人签名,
　　　即认为已经送达。