# EXHIBIT V

US

# HUNAN PROVINCE XIANGTAN CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[SEAL]  Hunan Province Xiangtan City Intermediate People's Court

| Plaintiff:<br><br>Defendant: | Cause Of Action | Judicial Association No.<br>SX-10-96 |
|---|---|---|

| Name of Document Servede | (1)  Summary of documents, one copy;  (3)  Complaint, one copy;<br><br>(2)  Summons, one copy;  (4)  Documents |
|---|---|

| Recipient's Unit and Name | Date of Receipt | Recipient's Signature or Seal |
|---|---|---|
| Taishan Plasterboard (Xiangtan) Co., Ltd. | March 24, 2010 | Zhou, Fang Run |
|  | Date |  |
|  | Date |  |
|  | Date |  |
|  | Date |  |
|  | Date |  |

Note: 1. The recipient must be sure to fill in the date of receipt, sign and seal (or finger print), then return this Proof of Service to this Court.
  2. The substitute recipient should do the same but will have to note down his/her relationship with the recipient.

Case Name: Gross  v.  Knauf Gips, KG
Defendant:  Taishan Gypsum (Xiangtan) Co., Ltd.
Court Case No.:  09-6690

*SX-10-96*

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*

   - the (date)
   - *le (date)*   __March 24th, 2010.__
   - at (place, street, number)
   - *à (localité, rue numéro)*   __not mentioned.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
             a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ]   (b)   in accordance with the following particular method*:
             b)   *selon la forme particulière suivante:* _____

       [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
             c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)*   __the signature could not be recognized__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   __not mentioned.__

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at
*Fait à*  __Beijing__                , the
                                      , *le*  __April 22nd, 2010__

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

SX-2010-96

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:   Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)     Taishan Gypsum (Xiangtan) Co., Ltd.

Industrial Park, Guoqiang Village, Shuangma Township, Yuetang District, Xiangtan, Hunan 411102, China

Tel:

|X| (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
　　 a)   *selon les formes légales (article 5, alinéa premier, lettre a).*

| | (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
　　 b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

| | (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
　　 c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.                    , the
                                                           *le*  1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,  USM-94
both of which may still be used)

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# 湖南省湘潭市中级人民法院

## 送 达 回 证

| 原 告： | | SX-10-96 |
|---|---|---|
| 被 告： | 由 | |

| 送达文件名称 | （1）文书概要一份． （3）诉状一份． |
|---|---|
| | （2）传票一份 （4）文书 |

| 收件人单位及姓名 | 收 到 日 期 | 收 件 人 签名 或 盖 章 |
|---|---|---|
| 泰山石膏（湘潭）有限公司 | 2010年 3月24日 | 陈 |
| | 年 月 日 | |
| | 年 月 日 | |
| | 年 月 日 | |
| | 年 月 日 | |
| | 年 月 日 | |

说明：1. 收件人必须注意在此证上填好收到日期和盖章或指纹后，将此证退回我院。

　　　2. 代收人亦同，但必须注明与收件人关系。

# EXHIBIT W

US

# YIMEN COUNTY PEOPLE'S COURT

## PROOF OF SERVICE & RECORD OF SENTENCING

[SEAL]  Yimen County People's Court

Law Association No. FX-10-132
Judicial Association No. SX-10-94

(        ) No._____

| | |
|---|---|
| Cause of Action | . |
| Servee | Yunnan Province Taishan Plaster Building Material Co., Ltd. |
| Address for Service | Yunnan Province Taishan Plaster Building Material Co., Ltd., General Affairs Office |
| Document Served | Summons; Complaint |
| Recipient's Signature and Seal | [Seal]  Taishan Plasterboard (Yunnan) Co., Ltd. |
| Date of Receipt | April 7, 2010    Time: |
| Recipient in substitution and reason(s) | Recipient on-behalf:  Security personnel |

| Issuer | Wu, Jian Ling | Server | Xia, Shou Chang Li, Jiang Hong Wu, Jian Ling |
|---|---|---|---|

RECORD OF SENTENCING

[Seal]  Taishan Plasterboard (Yunnan) Co., Ltd.

(Translator Note: It seems that this mirrored seal is an imprint from the opposite page.)

Case Name:  Gross v.  Knauf Gips, KG
Defendant:  Yunan Taishan Gypsum and Building Material Co. Ltd.
Court Case No.:  09-6690

*SX-10-94*

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date)
- *le (date)*  April 7th, 2010
- at (place, street, number)
- *à (localité, rue numéro)*  the General-Section Office of the Yunnan Taishan Gypsum and Building Materials Co. Ltd., Yunnan, China.

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  (b)  in accordance with the following particular method*:
         *b)   selon la forme particulière suivante:* _____
         _____

   [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*  Yunnan Taishan Gypsum and Building Materials Co. Ltd

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____
_____

Done at
*Fait à*  Beijing                    , the
                                     *le*  April 23rd, 2010

Signature and/or stamp.
*Signature et/ou cachet.*

司 法 部
司法协助专用章

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

SX-2010-94

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* _____Yunan Taishan Gypsum and Building Material Co. Ltd._____
_____Sanjia Village, Liujiezhen Factory, Yimen County, Yunan 651107, China_____
Tel: 087 4951802

|X| (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
| |  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

| |  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____ | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.    , the<br>                      *le* 1.13.10<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439<br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*



# 易 门 县 人 民 法 院

## 送达回证及宣判笔录

FX-10-132
SX-10-94

（　　）____字第____号

| 案　　　　　由 | |
|---|---|
| 受 送 达 人 | 云南泰山五富建材有限公司 |
| 送 达 地 点 | 云南泰山五富建材有限公司综合科办公室 |
| 送 达 文 书 | 传票 预知书 |
| 收件人签名盖章 | 赵有 |
| 收 到 日 期 | 2011年4月7日　　时 |
| 代 收 人 记 明<br>代 收 理 由 | 安全管理人员 代收 |

| 填 发 人 | 吴建玲 | 送 达 人 | 夏寿昌 李江红 吴建玲 |
|---|---|---|---|

### 审 判 笔 录





# EXHIBIT X

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*    Beijing New Building Materials Public Limited Company (BNBM)
No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A. , the<br>, *le* \ l'3\ \0<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                              (Est. 11/22/77)

\* Delete if inappropriate.
*. Rayer les mentions inutiles*

Case Name:   Gross v.  Knauf Gips, KG
Defendant:   Beijing New Building Materials Public Limited Company (BNBM)
Court Case No.:   09-6690

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served\***
1.   *que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
[  ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.
       *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
[  ]  (b)  in accordance with the following particular method\*:
       *b)*   *selon la forme particulière suivante:* _____

_____

[  ]  (c)  by delivery to the addressee, who accepted it voluntarily.\*
       *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

_____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

_____

2)   **that the document has not been served, by reason of the following facts\*:**
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*the addressee refused to accept the documents*

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à*  **Beijing** _____ , the **April 23rd, 2010**
                               *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

人 民 共 和 国
司　法　部
司法协助专用章

\*    **Delete if inappropriate.**
      *Rayer les mentions inutiles.*

2

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-86

| Cause of Action | | Cause No. | Law Association No. (2010) 196 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation         Refuse to accept. | | |

Issuer:  Chen, Xin

Servers:  Zhu, Cheng Fu      Li, Qing
Feb. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57;
the service of documents in civil actions and administrative documents is executed in accordance with Civil
Proceeding Code §78 and §79.
 (2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and
note the relationship with the servee, and the reason(s) for substitution.
 (3)  This Proof of Service applies to Hong Hong and Macao districts.

# 北京市高级人民法院
## 送 达 回 证

SX-10-86

| 案 由 | | 案 号 | 法协（2010）196 |
|---|---|---|---|
| 送达文书<br>名称和件数 | | | 文书一份 |
| 受送达人 | 北新建材股份有限公司(BNBW) | | |
| 送达地址 | 海淀区西三期建材城西路 16 号 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备 考 | 美国，有译文  拒收 | | |

填发人　陈新　　　　　　　　　　　　送达人 朱成伟 李青
　　　　　　　　　　　　　　　　　　　　　　　2010. 2.25

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五 一条的规定办理；送达民事、行政诉讼
　　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　　由。
　　（3）本《送达回证》适用涉港、澳地区送达。

# EXHIBIT Y

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF Louisiana

Case 2:09-md-02047-EEF-MBN Document 7446-6 Filed 02/15/11 Page 19 of 22

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ Shaanxi Taishan Gypsum Co., Ltd.

Weibei Industrial Park, Xinshi Township, Linwei District , Weinan City, Shaanxi 714000, China

Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. _____ , the
                                                *le* 01/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate*./ Rayer les mentions inutiles*

## CERTIFICATE
### *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** **that the document has been served\***
*1.* *que la demande a été exécutée*
  - the (date) _____
  - *le (date)*
  - at (place, street, number) _____
  - *à (localité, rue numéro)* _____

  - in one of the following methods authorised by article 5-
  - *dans une des formes suivantes prévues à l'article 5:*
    [ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ] (b)  in accordance with the following particular method\*:
    *b)   selon la forme particulière suivante:* _____
    [ ] (c)  by delivery to the addressee, who accepted it voluntarily.\*
    *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  - *(identité et qualité de la personne)* _____

  - relationship to the addressee (family, business or other):
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)** **that the document has not been served, by reason of the following facts\*:**
*2.* *que la demande n'a pas été exécutée, en raison des faits suivants:*

*the addressee rejected to accept the documents.*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   *Fait à*   Beijing   the *le*   March 26th, 2010

中 华 人 民 共 和 国
司 法 部
司法协助专用章

Signature and/or stamp.
*Signature et/ou cachet.*

\*   Delete if inappropriate.
*Rayer les mentions inutiles.*

2

# Shenxi Province Superior People's Court

Judicial Association No. SX-10-75
Shenxi Superior Court
International Correspondence No.
(2010) 10006

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by the Supreme People's Court's Law Association No. [2010] 120 correspondence, this is to inform you that the party concerned refused to accept the documents, therefore we are now returning the legal materials to you.

Foreign Affairs Office

Shenxi Province Superior People's Court

March 11, 2010

[Seal]

Shenxi Province Superior People's Court
Foreign Affairs Office

Contact: Li, Jian Hong

Telephone: 029-85558738

Fax no.:   029-85558738

# 陕西省高级人民法院

陕高法外函字（2010）10006 号

**最高人民法院外事局：**

　　你局转来的最高人民法院法协（2010）120 号函，因当事人拒收，现将材料寄回，请查收。



陕西省高级人民法院外事办

二〇一〇年三月十一日

联系人：李建红　　　　电　话：029-85558738

　　　　　　　　　　　传　真：029-85558738