Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0018

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Clark-Whitehill Enterprises, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _VIRGINIA_ ) ss.
County of: _City of Norfolk_ )
Name of Server: _Brian Noath_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _18th_ day of _November_ ., 20 _10_ , at _1:22_ o'clock _P_ M

Place of Service: at  4525 South Blvd., Suite 300  , in  Virginia Beach, VA  23452

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in  Interventio**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Clark-Whitehill Enterprises, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Richard D. Guy, registered agent_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Gray_ ; Facial Hair _No_
Approx. Age _60-65_ ; Approx. Height _6'0"_ ; Approx. Weight _180 lbs._

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
_19th_ day of _November_ ,20 _10_

_____
Notary Public

(Commission Expires)
_4-30-2014_

*[Notary seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 266501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]*