Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0022

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Core Construction Services, Southeast, Inc., Becker & Poliakoff, PA
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Sarasota** )

**Name of Server:** **Lyle M. Robinson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15th** day of **Nov**, 20 **10**, at **12:00** o'clock **P** M

**Place of Service:** at 6230 University Parkway, Suite 204, in Sarasota, FL 34240

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Interventio

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Core Construction Services, Southeast, Inc., Becker & Poliakoff, PA**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kate Block, Receptionist**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Blonde**; Facial Hair **No**
Approx. Age **55**; Approx. Height **5'6"**; Approx. Weight **160**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **15th** day of **Nov**, 20 **10**

Notary Public        (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**