Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



**APS International Plaza**
**7800 Glenroy Road**
**Minneapolis, MN 55439-3122**

APS File #:  107674-0038

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Development Co. of Boca, Inc., d/b/a Boca Developers
Court Case No. 10-361 Section L

**LEVIN, FISHBEIN, ET AL**
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: Florida                     ) ss.
County of: Broward                    )

| | |
|---|---|
| **Name of Server:** | Jesse Picone _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the  22nd  day of  November , 20 10 , at  3:05  o'clock  P. M |
| **Place of Service:** | at  321 E. Hillsboro Blvd. , in  Deerfield Beach, FL  33441 |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in  Interventio** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Development Co. of Boca, Inc., d/b/a Boca Developers** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is:  Celeste Orlins, Paralegal / Authorized Employee |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex  F  ; Skin Color  White  ; Hair Color  Red  ; Facial Hair _____ Approx. Age  45  ; Approx. Height  5'5"  ; Approx. Weight  110 |

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
23rd  day of  November , 20 10

Jonathan Levy
Notary Public          (Commission Expires)

NOTARY PUBLIC STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires:  MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.