Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0056

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Greensprings Condominiums, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _VIRGINIA_ ) ss.
County of: _City of Norfolk_ )

Name of Server: _Barry Driskell_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _16th_ day of _November_, 20 _10_, at _11:57_ o'clock _A_ M

Place of Service: at _4029 Ironbound Road, Suite 200_, in _Williamsburg, VA  23185_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA;  Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Greensprings Condominiums, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Paul W. Gerhardt, Registered agent_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Brown_; Facial Hair _No_
Approx. Age _50-55_; Approx. Height _6'_; Approx. Weight _200 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _16th_ day of _November_, 20 _10_
_3-31-2014_
_Notary Public_  (Commission Expires)

**APS International, Ltd.**