Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co. et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File: Wiltz-Intervention II

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Mandalay Homes, Inc.
Court Case No. 10-361 Section L

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Edward Scott, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 30-Nov-2010 07:45 am

**Place of Service:** at 10134 Perthshire Circle, city of Land O Lakes, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Mandalay Homes, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is
Amy Davis, Spouse/Co-Resident to Brett Davis as Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color brown ; Facial Hair
Approx. Age 25 ; Approx. Height 5'07" ; Approx. Weight 165
✔ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   12-9-10

Subscribed and sworn to before me this 9th day of December, 2010

Notary Public   (Commission Expires)
3/2/13

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 107674-189



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters