Case 2:09-md-02047-EEF-MBN   Document 7468   Filed 02/15/11   Page 1 of 2

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action
=================================================================================================

# United States District Court

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAINTIFF**<br><br>PAYTON, ET AL<br><br>**V. DEFENDANT AND THIRD PARTY PLAINTIFF**<br><br>EXCEL CONSTRUCTION OF S.W. FLORIDA, INC.<br><br>**V. THIRD PARTY DEFENDANT**<br><br>J&A STUCCO DRYWALL, INC. | THIRD PARTY SUMMONS IN A CIVIL ACTION<br><br>In Re: Chinese Drywall   MDL 2047<br><br>**CASE NUMBER:** 09-7628 L (2) |

**To: (Name and Address of Third Party Defendant)**

J&A Stucco Drywall, Inc.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Russ Herman<br>820 O'Keefe Avenue<br>New Orleans, LA   70113 | Christopher A. D'Amour<br>One Shell Square<br>701 Poydras Street, Suite 4500<br>New Orleans, LA   70139 |

an answer to the third-party complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff.  You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

| **Loretta G. Whyte** | **February 15, 2011** |
|---|---|
| Clerk | Date |

_____
(By) Deputy Clerk

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                                                              Signature of Server

                                                                                    _____
                                                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.