AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| JOHN D CONRY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09-MD-2047/10-CV-4599 |
| GERALD DAUGHERTY ET AL | ) | |
| | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: LOUISIANA CITIZENS PROPERTY AND CASUALTY INS. CO.
C/O COUNSEL OF RECORD DARIN PATIN, ONE GALERIA BLVD, METAIRIE, LA 70011

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: COMPLETE CERTIFIED PHYSICAL COPY OF ALL CLAIMS FILED BY GERALD DAUGHERTY INCLUDING SUBMITTED RECEIPTS FOR REPAIRS TO ALL PROPERTIES INCLUDING, BUT NOT LIMITED TO 6343 WEST END BLVD, NEW ORLEANS, LA 70124

| Place: PO BOX 641234 KENNER, LA 70064 | Date and Time: 02/28/2010 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: **FEB - 3 2011**

CLERK OF COURT **LORETTA G. WHYTE**

_____   OR   _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

___Fee
___Process
x_Dktd
___CtRmDep
___Doc. No.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 09-MD-2047/10-CV-4599

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☒ I served the subpoena by delivering a copy to the named person as follows: by certified mail with return receipt (attached Exhibit A.) on *(date)* 2/7/11 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-10-11

*Server's signature*

John Conry
*Printed name and title*

PO Box 641234
Kenner, LA 70064
*Server's address*

Additional information regarding attempted service, etc:

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Darren A Patin
Hailey, McNamara, Hall
1 Galleria Blvd
Suite 1400
Metairie, LA 70001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
[signature]

C. Date of Delivery
8/1/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FEB 07 2011

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 1060 0001 1591 0305

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M