Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0121

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Millennium Builders, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _LAFAYETTE_ )

**Name of Server:** _STEVE REGAN_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _20TH_ day of _NOVEMBER_, 20 _10_, at _9:20_ o'clock _A_ M

**Place of Service:** at _310 Pinehurst Street, Suite 3_, in _Lafayette, LA  70508_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Millennium Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _JUSTIN MIER, PRESIDENT_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _BLONDE_ ; Facial Hair _N/A_
Approx. Age _47_ ; Approx. Height _5'10"_ ; Approx. Weight _165_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _22ND_ day of _NOVEMBER_, 20 _10_

Signature of Server

Notary Public               (Commission Expires)

OFFICIAL SEAL
PAUL J. GUILLIOT
NOTARY ID #06574
NOTARY PUBLIC
LAFAYETTE PARISH
COMMISSIONED FOR LIFE

**APS International, Ltd.**