AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**RETURN**

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

for the

Eastern District of Louisiana

2011 FEB 14  PM 1: 53

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| John Conry | ) |
| *Plaintiff* | ) |
| v. | ) |
| Gerald Daugherty Et Al | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   10-4599 L2

*(If the action is pending in another district, state where:*
)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Cellco Partnership d/b/a Verizon Wireless
      180 Washington Valley Road, Bedminster, NJ 07921

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following
documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the
material: Cerified Copies of all Text Messages sent to or from the number 504-710-8917 belonging to John Conry
      between July 1, 2010 and December 31, 2010.  This production should be in the form of a printed paper
      document accompanied by an affidavit.

| Place: 4053 Turtle Bayou Dr | Date and Time: |
|---|---|
| Kenner, LA 70065 | 02/05/2011 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or
other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party
may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

      The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule
45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are
attached.

Date:  **JAN 1 0 2011**

LORETTA G. WHYTE
*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Fee

_____ , who issues or requests subpoena, are:   Process

      X  Dktd

      CtRmDep

      Doc. No.

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  10-4599 L2

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: by mailing
it certified mail with a return recipt
(attached Exhibit A).   on *(date)* 2/7/11  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  2/10/11          _____
                                          *Server's signature*

                                 John Conry
                                          *Printed name and title*

                        PO Box 641234
                        Kenner, LA 70064
                                          *Server's address*

Additional information regarding attempted service, etc:

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cello Partnership
Verizon Wireless
180 Washington Valley
Road
Bedminister, NJ 07921

A. Signature

X _Tim R_  ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_Tim Rem_   2/7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7009 1680 0001 8953 7431

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540