AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| John Conry | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-4599 L2 |
| Gerald Daugherty Et Al | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Custodian of Records, Sprint Corporate Security
6480 Sprint Parkway, Overland Park, KS 66251

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Cerified Copies of all available Text Messages sent between the numbers 504-957-0018 belonging to Gerald Daugherty and 504-710-8917 belonging to John Conry after July 1, 2007. This production should be in the form of a printed paper document accompanied by an affidavit.

| Place: 4053 Turtle Bayou Dr<br>Kenner, LA 70065 | Date and Time:<br>02/05/2011 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: **JAN 1 0 2011**

LORETTA G. WHYTE
CLERK OF COURT

_____ OR _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

Fee _____
Process _____
X DKtd _____
CtRmDep _____
Doc. No. _____

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 10-4599 L2

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: by mailing it certified mail with a return reciept (attached Exibit A.) on *(date)* 2/7/11 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-10-11

*Server's signature*

John Conry
*Printed name and title*

PO Box 641234
Kenner, LA 70064
*Server's address*

Additional information regarding attempted service, etc:

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: Dwayne Parks
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) / C. Date of Delivery
2011

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Custodian of Records
Sprint Corp Security
6480 Sprint Pkwy
Overland Park KS
66251-6106

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7009 1680 0001 8953 7424

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540