Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

**AFFIDAVIT OF SERVICE**
--MW Johnson Construction of Florida, Inc.
**Court Case No. 10-361 Section L**

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:   Wiltz-Intervention II

State of: **Minnesota** ) ss.
County of: **Hennepin** )

**Name of Server:** **Kimberly Kes**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on **29-Nov-2010 07:10 pm**

**Place of Service:** at **16823 Island Avenue**, city of **Lakeville**, state of **MN**

**Documents Served:** the undersigned served the documents described as:

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**MW Johnson Construction of Florida, Inc.**
By delivering them into the hands of **Lisa Johnson**, a person of suitable age and discretion residing at the Place of Service,
whose relationship to the person to be served is **spouse of owner**.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **brown** ; Facial Hair
Approx. Age **40** ; Approx. Height **5'06"** ; Approx. Weight **130**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

(Signature of Server)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this **30th** day of **November**, 20 **10**

Notary Public   (Commission Expires)

APS File: 107674-122

ELIZABETH A. LITTLE
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2015