Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0128

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Parellel Design and Development, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Virginia__ ) ss.
County of: __City of Norfolk__
Name of Server: __Ryan Rodriguez__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __18th__ day of __November__, 20 __10__, at __11:44__ o'clock __A__ M

Place of Service: at __1409 Birch Lead Road__, in __Chesapeake, VA  23320__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Parellel Design and Development, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __John Cussen, Esquire__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __45-50__; Approx. Height __5'10"__ ; Approx. Weight __185 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __18th__ day of __November__, 20 __10__

4-30-2014

Notary Public     (Commission Expires)

**APS International, Ltd.**

