Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0130

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Plantation Group, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ss.
County of: **City of Norfolk**
Name of Server: **Barry Driskell**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16** day of **November**, 20 **10**, at **11:40** o'clock **A** M

Place of Service: at **4029 Ironbound Road, Ste 200**, in **Williamsburg, VA 23185**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Plantation Group, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Michele K. Ball - Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Gray**; Facial Hair **No**
Approx. Age **50**; Approx. Height **5'7"**; Approx. Weight **140 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **16th** day of **November**, 20 **10**

**3-31-2014** (Commission Expires)

Signature of Server
Notary Public

APS International, Ltd.

(Notary seal: Ryan Christian Rodriguez, Notary Public, Reg. # 248504, My Commission Expires Mar. 31, 2014, Commonwealth of Virginia)