Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0155

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Porter-Blaine Corporation, c/o Convergence Center IV

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-361 Section L

---

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )

**Name of Server:** **Brian Nath** , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **18** day of **November** , 20 **10** , at **1:32** o'clock **P** M

**Place of Service:** at **301 Bendix Road, Ste. 500** , in **Virginia Beach, VA 23452**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Porter-Blaine Corporation, c/o Convergence Center IV**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Richard Biemiller, Registered agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **brown** ; Facial Hair **No**
Approx. Age **40-45** ; Approx. Height **5'10"** ; Approx. Weight **170 lbs.**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **19** day of **November** , 20 **10**

Notary Public

(Commission Expires) **4-30-2014**

**APS International, Ltd.**

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268581
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA