Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0143

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rivercrest, LLC/The St. Joe Company
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: DUVAL )

**Name of Server:** R.J. Denson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18 day of November, 20 10, at 2:30 o'clock P. M

**Place of Service:** at 245 Riverside Avenue, Ste 500, in Jacksonville, FL 32202

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Rivercrest, LLC/The St. Joe Company
By delivering them into the hands of an officer or managing agent whose name and title is: CHRISTEEN MARTIN - LEGAL ASSISTANT - LEGAL DEPT.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color BLACK; Facial Hair ―
Approx. Age 40; Approx. Height 5'5"; Approx. Weight 140

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 9 day of Nov, 20 10

Notary Public (Commission Expires)

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012