Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0148

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply, LLC, c/o CT Corporation System
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: New Mexico ) ss.
County of: Santa Fe )

Name of Server: __Jeff Bowers__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __16__ day of __November__, 20 __10__, at __2:46__ o'clock __P__ M

Place of Service: at __123 East Marcy__, in __Sante Fe, NM  87501__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply, LLC, c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: __Leanne Martoney (Agent)__

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cau.__ ; Hair Color __Brn__ ; Facial Hair __no__
Approx. Age __33__ ; Approx. Height __5'5__ ; Approx. Weight __130__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Jeff Bowers__
Signature of Server

Subscribed and sworn to before me this __16__ day of __November__, 20 __10__

__[signature]__
Notary Public    (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
Cynthia M. Bowers
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires __2/22/14__