Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0149

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stone Development, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk

**Name of Server:** Brian Noth, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 19th day of November, 20 10, at 12:14 o'clock P M

**Place of Service:** at 303 34th Street, Ste. 5, in Virginia Beach, VA 23451

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Stone Development, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Harry R. Purkey, Jr., Registered agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair No
Approx. Age 40-45; Approx. Height 5'9"; Approx. Weight 175 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 19th day of November, 20 10

Notary Public       4-30-2014
(Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]