UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**THIS DOCUMENT RELATES TO:** *Silva, et al vs. Knauf Gips KG, et al*, No. 09-08034 **(EDLA)**

## O R D E R

Considering Plaintiffs' Motion for Leave to File Amended Motion to Intervene;

IT IS ORDERED BY THE COURT that Plaintiffs, Dean and Dawn Amato, Byron and Debra

Byrne, Donald and Marcelyn Puig, and Edward and Susan Beckendorf, are granted leave of court

to file the attached Plaintiffs' Amended Motion to Intervene, and same is hereby filed into the

record.

New Orleans, Louisiana this _____ day of _____, 2011.


_____
Honorable Eldon E. Fallon
U.S. District Judge