Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0176

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vasquez Construction Company, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MICHIGAN ) ss.
County of: OAKLAND )

**Name of Server:** JAMES LOGSDON, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23rd day of NOVEMBER, 20 10, at 12:55 o'clock P M

**Place of Service:** at ~~806 Young Street~~ 5859 SENECA ST., in ~~Ypsilanti, MI 48198~~ DETROIT, MI

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Vasquez Construction Company, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MARIO VASQUEZ / RESIDENT AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color GREY ; Facial Hair NONE
Approx. Age 54 ; Approx. Height 5'8" ; Approx. Weight 180 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 23rd day of November, 20 10

Notary Public (Commission Expires)
MARY LARSEN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission expires October 22, 2014
Acting in the County of Oakland