Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0178

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )
Name of Server: **Brian Noth**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18th** day of **November**, 20 **10**, at **1:32** o'clock **P** M

Place of Service: at **301 Bendix Road, Suite 500 (Covergence Center IV)**, in **Virginia Beach, VA 32452**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Richard E. Biemiller, Registered agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **40-45** ; Approx. Height **5'10"** ; Approx. Weight **170 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **19th** day of **November**, 20 **10**

3-31-2014

Notary Public (Commission Expires)
4-30-2014