UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CONRY | * | CIVIL ACTION 10-4599 |
| | * | 09-MD-2047 |
| | * | |
| | * | SECTION      L |
| | * | |
| | * | |
| VERSUS | * | MAGISTRATE    2 |
| | * | |
| GERALD "JERRY" DAUGHERTY, | * | |
| THE HERB COMPANY, | * | |
| AND THE HERB IMPORT COMPANY, INC. | * | |

*********************************

<u>MOTION TO QUASH SUBPOENAS AND</u>
<u>MOTION FOR PROTECTIVE ORDER AND STAY OF DISCOVERY</u>
<u>PENDING OUTCOME OF MOTION TO DISMISS</u>

NOW INTO COURT, through undersigned counsel, solely for the purpose of this Motion, come the defendants, **Gerald "Jerry" Daugherty, the Herb Company, and the Herb Import Company, Inc. (the defendants)**, who move to Quash Subpoenas and for a Protective Order and Stay of Discovery Pending Outcome of a Motion to Dismiss, for the following reasons to wit:

1.

Plaintiff, is defendants' former attorney, who is attempting to inflict embarrassment and harassment upon the defendants by submission of extensive and irrelevant subpoena requests specifically designed to develop personal information which is wholly irrelevant to plaintiff claims. The plaintiff's subpoena requests disclosure of privileged and/or protected documents and electronically stored information, including but not limited to bank account information, insurance claims history, and cell phone and text message information, allegedly in connection with this lawsuit.

2.

The plaintiff's subpoenas also subject persons to undue burden in that they do not indicate a specific time frame and contain open ended requests.

3.

Other information sought in the subpoenas is confidential trade secrets and other commercial information

4.

The defendants hereby move to quash the subpoenas under Federal Rule 45(c)(3) on the bases that they request privileged information and are unduly burdensome.

5.

Moreover, the plaintiff has propounded interrogatories and requests for production of documents before the outcome of a pending Motion to Dismiss which may preclude discovery altogether.

5.

In light of the pending Motion to Dismiss, the defendants request that the court order a stay of discovery until thirty (30) days after the pending Motion to Dismiss currently set for hearing on the 30th of March, 20011 at 9:00 o'clock a.m. before the Honorable Eldon Fallon, 500 Poydras Street, New Orleans LA.

**WHEREFORE**, the defendants pray that:

1) THIS COURT issue a Order quashing all the subpoenas to produce documents, information, or objects to permit inspection of premises in a civil action, and;

2) THIS COURT issue an Order staying all discovery matters until thirty (30) days after the

outcome of the Motion to Dismiss; and

3) FOR any other reasonable or equitable relief herein.

Respectfully Submitted:

**DAVIDSON & DAVIDSON, APLC**

**CHRISTOPHER J. DAVIDSON (#31693)**
**JOHN A. E. DAVIDSON (#4710)**
2901 Independence Street, Suite 201
Metairie, Louisiana 70006
Phone:         (504) 455-3832
Facsimile:    (504) 455-8981
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on 15TH day of February, 2011.

JOHN A. E. DAVIDSON