UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CONRY | * | CIVIL ACTION 10-4599 |
| | * | 09-MD-2047 |
| | * | |
| | * | SECTION        L |
| | * | |
| | * | |
| VERSUS | * | MAGISTRATE   2 |
| | * | |
| GERALD "JERRY" DAUGHERTY, | * | |
| THE HERB COMPANY, | * | |
| AND THE HERB IMPORT COMPANY, INC. | * | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Gerald "Jerry" Daugherty, the Herb Company, and the Herb Import Company, Inc., shall bring before the Court a Motion to Quash Subpoenas and a Motion for Protective Order and Stay of Discovery Pending Outcome of a Motion to Dismiss requesting that the Honorable United States District Court for the Eastern District of Louisiana quash all the subpoenas issued in this matter since they are overbroad and burdensome, and to issue a Protective Order and Order a Stay of Discovery until thirty (30) days after the pending Motion to Dismiss currently set for hearing on the 30th of March, 20011 at 9:00 o'clock a.m. before the Honorable Eldon Fallon, 500 Poydras Street, New Orleans LA.

Respectfully Submitted:

**DAVIDSON & DAVIDSON, APLC**

_____
**CHRISTOPHER J. DAVIDSON (#31693)**
**JOHN A. E. DAVIDSON (#4710)**
2901 Independence Street, Suite 201
Metairie, Louisiana 70006
Phone:	(504) 455-3832
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on 15th the day of February, 2011.

_____
JOHN A.E. DAVIDSON