UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CONRY | * | CIVIL ACTION 10-4599 |
| | * | 09-MD-2047 |
| | * | |
| | * | SECTION           L |
| | * | |
| | * | |
| VERSUS | * | MAGISTRATE    2 |
| | * | |
| GERALD "JERRY" DAUGHERTY, | * | |
| THE HERB COMPANY, | * | |
| AND THE HERB IMPORT COMPANY, INC. | * | |

**ORDER QUASHING/SUSPENDING SUBPOENAA
PENDING RESOLUTION OF MOTION TO DISMISS**

Considering the Motion and Memorandum submitted herein,

IT IS HEREBY ORDERED THAT the following subpoenas be quashed pending resolution of the Motion to Dismiss set for hearing on March 30, 2011.

IT IF FURTHER ORDERED THAT the plaintiff show cause why the following subpoenas should not be quashed in their entirety, on March 30, 2011 at 10:00 o'clock a.m.

New Orleans, LA this _____ day of February, 2011.

_____
U.S. DISTRICT JUDGE ELDON FALLON