UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Sean and Beth Payton, et. al. v. | ) | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | ) | |
| Case No. 09-7628 | ) | |
| | ) | |
| _____ | ) | |

### PLAINTIFF ROOKERY PARK ESTATES, LLC'S MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC.

Plaintiff Rookery Park Estates, LLC hereby files its motion requesting that this

Court compel mediation of all claims against Defendants: Knauf Entities ("Knauf"),

Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.

As grounds, Plaintiff states:

1. the Knauf Entities are in agreement with the instant Motion;

2. all Parties will benefit from the mediation of this case;

3. mediation may result in the amicable resolution of this claim; and

4. the granting of this motion will promote the interests of judicial economy and

   justice.

WHEREFORE, Plaintiff Rookery Park Estates, LLC requests that this Court grant

its Motion to Compel Mediation of All Claims Against Defendants Knauf, Master

Builders of South Florida, Inc., and F. Vicino and Company, Inc. in this case.

Respectfully Submitted,

Dated: February 15, 2011

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF ROOKERY PARK ESTATES, LLC'S  MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of February, 2011.

/s/ Leonard A. Davis