UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Sean and Beth Payton, et. al. v. | ) | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | ) | |
| Case No. 09-7628 | ) | |
| | ) | |
| _____ | ) | |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF ROOKERY PARK ESTATES, LLC'S MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC.

Plaintiff Rookery Park Estates, LLC submits the following Memorandum of Law in Support of Its Motion to Compel Mediation of All Claims Against Defendants Knauf Master Builders of South Florida, Inc., and F. Vicino and Company, Inc. Plaintiff requests that the Court order mediation with Defendants: Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.

Plaintiff Rookery Park Estates, LLC, has filed its Motion to Compel Mediation of All Claims Against Defendants Knauf ,Master Builders of South Florida, Inc., and F. Vicino and Company, Inc. It is within a district court's inherent power to order non-consensual mediation in cases where mediation is likely to serve the interests of justice. *In re Atl. Pipe Corp.,* 304 F.3d 135, 145 (1st Cir. 2002). In the instant case, Knauf is in agreement that these claims should proceed to mediation. Plaintiff and the Knauf Entities believe that Mediation would greatly advance the progress of this litigation and respectfully request that the Court grant the Motion to Compel Mediation of All Claims

Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.

Plaintiff respectfully requests that the Court schedule argument on the foregoing motion following the monthly status conference schedule for February 23, 2011, or at a time set by the Court.

Respectfully Submitted,

Dated: February 15, 2011

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF ROOKERY PARK ESTATES, LLC'S MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of February, 2011.

/s/ Leonard A. Davis