UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 <br><br> SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

# **ORDER**

Considering Plaintiff Rookery Park Estates, LLC's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.,

IT IS ORDERED that Plaintiff's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc. is GRANTED.

IT IS FURTHER ORDERED BY THE COURT that all parties, including Plaintiff, Defendant Knauf Entities, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc. participate in mediation on or before _____.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge