UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al.<br>Case No. 09-7628 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

### NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on February 23, 2011, following the monthly status conference, or as soon thereafter as counsel can be heard, for an order on the Plaintiff Rookery Park Estates, LLC's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc., and for such other and further relief as the Court may deem just and appropriate.

                                Respectfully Submitted,

Dated: February 15, 2011

                                /s/ Leonard A. Davis
                                RUSS M. HERMAN, ESQ. (#6819)
                                LEONARD A. DAVIS, ESQ. (#14190)
                                STEPHEN J. HERMAN, ESQ. (#23129)
                                Herman, Herman, Katz & Cotlar, LLP
                                820 O'Keefe Avenue
                                New Orleans, LA 70113
                                Tel: (504) 581-4892
                                Fax: (504) 561-6024
                                LDavis@hhkc.com
                                *Plaintiffs' Liaison Counsel, MDL 2047*


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of February, 2011.

                                /s/ Leonard A. Davis