UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

**PLAINTIFF ROOKERY PARK ESTATES, LLC'S MOTION TO LIFT STAY AS TO PLAINTIFF ROOKERY PARK ESTATES, LLC'S MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC.**

Plaintiff Rookery Park Estates, LLC hereby files its motion requesting that this Court lift the stay as to its Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.

As grounds, Plaintiff states:

1. the Knauf Entities are in agreement with the instant Motion;

2. all Parties will benefit from the mediation of this case;

3. mediation may result in the amicable resolution of this claim; and

4. the granting of this motion will promote the interests of judicial economy and justice.

WHEREFORE, Plaintiff requests that this Court lift the stay in this case as to Plaintiff Rookery Park Estates, LLC's Motion to Compel Mediation of All Claims

Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.

                                                  Respectfully Submitted,

Dated: February 15, 2011

                                                /s/ Leonard A. Davis
                                                RUSS M. HERMAN, ESQ. (#6819)
                                                LEONARD A. DAVIS, ESQ. (#14190)
                                                STEPHEN J. HERMAN, ESQ. (#23129)
                                                Herman, Herman, Katz & Cotlar, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, LA 70113
                                                Tel: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhkc.com
                                                *Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF ROOKERY PARK ESTATES, LLC'S MOTION TO LIFT STAY AS TO PLAINTIFF ROOKERY PARK ESTATE'S MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of February, 2011.

                                                             /s/ Leonard A. Davis