UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) | MAG. JUDGE WILKINSON |
| _____ | ) ) | |

**PLAINTIFF ROOKERY PARK ESTATES, LLC'S MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY AS TO PLAINTIFF ROOKERY PARK, LLC'S MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC.**

Plaintiff Rookery Park Estates, LLC submits the following memorandum in support of its Motion to Lift Stay as to Plaintiff Rookery Park, LLC's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.

Plaintiff Rookery Park Estates, LLC has filed a Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.  Plaintiff and the Knauf Entities believe it is essential that this motion be set for hearing by the Court and ruled upon for the progress of the litigation.  Accordingly, Plaintiff respectfully requests that the stay in this matter be lifted as to Plaintiff's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.   The Court has previously granted a similar motion to lift the stay and hear argument on motions presented by the PSC.  *See* Minute Entry of September 12, 2010.

Plaintiff respectfully requests that the Court schedule argument on the foregoing motion following the monthly status conference schedule for February 23, 2011, or at a time set by the Court.

Respectfully Submitted,

Dated: February 15, 2011

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF PLAINTIFF ROOKERY PARK ESTATES, LLC'S MOTION TO LIFT STAY AS TO PLAINTIFF ROOKERY PAK, LLC'S MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of February, 2011.

/s/ Leonard A. Davis