# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al., Case No. 2:10-cv-00361 (E.D.La.) | |

## O R D E R

Considering the Motion of Withdrawal of Motion for Preliminary Default Judgment With Regard to Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. filed by Plaintiffs;

IT IS ORDERED BY THE COURT that defendants, Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co., Ltd., are herewith withdrawn from Plaintiffs' omnibus motion for preliminary default judgment in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.) [Doc. No. 6974], reserving unto Plaintiffs the motion as to any other defendants, including Beijing New Building Materials Public Limited Co ("BNBM").

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge