UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON <br><br> MAGISTRATE WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

DAVID BENDER

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Bender Construction and Development, Inc., ("Bender Construction"), and as such, has personal knowledge of the following based on his review of records maintained by Bender Construction in the regular course of business.

2. Bender Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Collier County, Florida.

3. Bender Construction is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.



EXHIBIT "A"

4. Bender Construction has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Bender Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Bender Construction does not have an agent for service of process in Louisiana.

7. Bender Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Bender Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Bender Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Bender Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Bender Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Bender Construction never anticipated it would be haled into court in Louisiana.

DAVID BENDER

SWORN TO AND SUBSCRIBED BEFORE ME THIS 27th DAY OF October, 2010.

John Strathmann
NOTARY PUBLIC

JOHN PAUL STRATHMANN
MY COMMISSION # DD921683
EXPIRES September 15, 2013
(407) 398-0153  FloridaNotaryService.com

2