

Sp!,+ 19D2749

**Bender Construction and Development, Inc.**

*"Building On Tradition"*

## CONSTRUCTION AGREEMENT

This Agreement is made the 18th Day of July 2005, between Bender Construction and Development, Inc License No. CGC1506472, hereinafter referred to as "Builder", and John L. and Barbara Brennan hereinafter called "Owner," whose address is 11515 Laertes Lane Naples, FL 34114

1. **Description of Work.** Contractor will furnish all labor, equipment, and material to construct and complete in a good, workmanlike, and substantial manner the following work of improvement The Contactor will build a dwelling in accordance with the plans, specifications, and amendments pertaining to such structure, hereafter referred to as the plans. A copy of the final plans will be given to homeowner Hereinafter called "the Project," on the following described property: GGE Unit 37, South ½ of Tract 8 Pursuant to the following described plans and specifications:

    (x) Bender Construction and Development, Inc Proposal
    (x) Proposed Floorplan
    (x) Proposed Elevation
    (x) Standard Features List

The owner shall furnish all surveys and record plats and a legal description of the building site. Determination of property lines and building set-backs shall be Owner's responsibility as well. Final location of the building on the lot must be approved by Owner before foundation work will begin.

2. **Plans, Specifications, Permits.** The Project will be built and/or constructed according to plans and specifications that have been examined by the Owner and that have been or may be signed by the parties. Owner will pay for all required assessments and charges required by public agencies and utilities for financing or repaying the costs of sewers, storm drains, water service, and other utilities, including sewer and storm drain reimbursement charges, revolving fund charges, hook-up charges, and the like. The Owner shall obtain all necessary approvals, and/or acknowledgments from any Architectural Board or Committee whose jurisdiction is relevant to this project

3. **Contract Documents.** The Contract Documents, except for Modifications issued after execution of this Agreement are enumerated as follows:
    (x) Bender Construction and Development, Inc Proposal
    (x) Proposed Floorplan
    (x) Proposed Elevation
    (x) Standard Features List

4. **Contract Price.** The owners agree to pay the total contract price for all labor and materials furnished and work performed by the builder of Four Hundred Five Thousand Two Hundred Seventy Five Dollars ($405,275), subject to additions and deletions by change order as provided in paragraph 11.

5. **Deposit and Progress Payments.**

A.  An initial ONE percent (1%) Non-Refundable deposit paid upon signing the contract, receipt of which is hereby acknowledged.

1

Initials _____
Initials _____

---

3535 7th Ave NW
Naples, FL 34120
CGC1506472

Phone: 239.455.9658
Fax: 239.455.2483
www.BenderConstruction.com



EXHIBIT "B"



**Bender Construction and Development, Inc.**

*"Building On Tradition"*

B.   Based upon Request for Payment, the Owner's lender shall make progress payments to the Contractor as provided by the lender's draw schedule   Documentation of Owner's financing and closing must be provided prior to permit submittal.  Owner must provide the Contractor with lender's draw schedule prior to permit submittal   Payment to the Contractor is due Three (3) Working Days after the payment is requested. Payment will be based upon a lender's draw schedule as provided by Owner. Draw schedule is subject to review and approval by the Builder.

C.   Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate of one and one-half percent (1 ½%) per month, equal to a rate of eighteen percent (18%) per annum.

6. **Final Payment.** Final payment, constituting the entire unpaid balance of the Contracts Sum, shall be paid by the Owner to the Contractor within ten (10) days after substantial completion of the project except for the Contractor's responsibility to correct nonconforming Work and to satisfy other requirements, if any, which necessarily survive final payment   The date of Substantial Completion of the Work is the date when construction is sufficiently complete so that the Owner can occupy or utilize the Work for the use for which it is intended.  The date of substantial completion shall not precede the date of final occupancy permit

7. **Right to Approve Financial Arrangements.** After the Contractor has received a fully executed copy of this contract, it may investigate the credit of the Owner and any financial arrangements that have been made or may be made to assure payment of the contract price.  If the Contractor is not satisfied that the financial arrangements are adequate to assure payment for the work to be done under this contract, it may cancel this contract within ten (10) days after execution by written notice to the Owner.

8   **Contract Not Conditioned on Financing.** The Owner has represented to the Contractor that the Owner has obtained adequate financing for the performance of the Project, and the validity of this contract is not dependent on the Owner obtaining financing, or on any other condition.

9.   **Time for Completion of Work.** Contractor shall commence work as soon as practical.  The Project shall be completed approximately One Hundred Eighty (180) days from slab pour   Due to normal variations in the construction process including the selection, ordering, manufacture and installation of customer selections, the substantial completion date may be up to Forty Five (45) days earlier or later than projected.

10. **Labor and Materials.** The Contractor shall pay all valid charges for labor and materials incurred by Contractor and used in the construction of the Project, but is excused from this obligation for bills received in any period during which the Owner is in arrears in making progress payments to the Contractor.  Should Contractor fail to make any payments required under this paragraph, Owner may make such payments on behalf of Contractor, and Contractor shall reimburse Owner for the amount actually paid on demand.  Price increases over estimated quotes by suppliers for materials and fixtures, specified by Owner, and relied on by Contractor for estimating Contract Documents, are beyond the control of Contractor, and will be passed on to the Owner.

11  **Contract, Plans, Specifications, Change Orders**  The contract, plans, specifications and change orders are intended to supplement each other.  In case of conflict, the change orders shall control over the specifications and the specifications shall control over the plans, and the provisions of the contract shall control all three.  The Contractor agrees to construct the project in accordance with the building plans.  The Contractor represents that (a) the house plans provided to the Owner are the result of an original design, (b) the Contactor is the sole owner of the design, and (c) the Contractor has exclusive

2

Initials: *[signature]*
Initials: *[signature]*

3535 7th Ave NW
Naples, FL 34120
CGC1506472

Phone: 239.455.9658
Fax: 239 455.2483
www.BenderConstruction.com



**Bender Construction and Development, Inc.**

*"Building On Tradition"*

rights, including copyright, in and to the design as represented in the structure, plans, specifications, and drawings, for the project

**12. Owner Defined.** Owner represents he/she is the Owner in fee simple of the real property upon which the construction improvement is to be made. For the purpose of administration, wherever in this contract the word "Owner" is used, it shall include the Owner and any other duly authorized representative of the Owner. If there is more than one Owner signing this Agreement, each agrees that he/she is jointly and severally liable hereunder to the Contractor. Should more than one Owner be involved in this Agreement, either party may sign amendments, exclusions and/or change orders, and their signature binds the other. The Owner shall forward all instructions to the Contractor. Owners shall at all times have access to the property and the right to inspect the work. However, if Owner enters the property during the course of construction, he/she does so at their own risk, and Owner hereby releases Contractor and does hereby agree to indemnify and hold Contractor harmless from any and all claims for injury or damage to the person or property, and to the person or property of any agent, employee, or invitee of the Owner or of any other person accompanying Owner. Owner agrees to cooperate and make every reasonable effort to assist Contractor and further agrees to permit Contractor to place signs on or about the premises during the course of construction and allow Contractor to show the structure to potential customers during the course of same.

**13. Extra Work.**

A.  Performance by the Contractor shall be required only to the extent consistent with the Contract Documents. The Owner may change the scope of the work required by the Contract Documents by adding or deleting work, materials, or equipment, and the Contractor shall perform the work required under this contract as thus modified. In the event of such changes, the Contractor's fee and Contract price and time for completion of the Project shall be adjusted by written change order signed by both parities either before, during or after the work is done, as soon as it is practicable to do so. Change Order costs will be billed out in two scenarios. A Simple Change Order request that is immediately approved by the Owner will be billed out at cost plus the Contractor's administrative costs of pricing out the change order plus the Contractor's fee. A Substantial Change Order request (defined as involving multiple trades) will be billed out at cost plus the Contractor's administrative costs of pricing out the change order plus the Contractor's fee (cost again being defined as the cost of the labor, materials, and subcontractors' costs to do the work plus the Contractor's administrative costs of pricing out the change order plus the Contractor's fee). In the event that the substantial change order request is not performed at the request of the Owner, then the Contractor shall be entitled to receive a fee of $150.00 to help recover the costs of pricing out the requested substantial change order.

B.  Additionally, in the event it is necessary for Contractor to supervise and/or coordinate with Owner's forces, it shall be compensated at the rate of $95.00 / hour for such services. Owner shall be responsible for any and all work performed by Owner's forces.

C.  Unless otherwise specified, the Contract amount for clearing, grading, hauling in, or hauling out, disposal, excavation and construction are based on Contractor's inspection of Owner's site in its natural state. Occasionally, undesirable surface conditions exist which, as a result of lack of full access to the site through impeding timber, dense undergrowth, steep or rocky topography, etc., cannot be discerned prior to clearing the full area extent of the proposed building site. In the event that such undesirable surface conditions are found to exist any work occasioned by such undesirable surface conditions shall constitute extra work.

D.  The contract also assumes that sub-surface soil bearing conditions will be adequate for

3                                                                                                                Initials __
                                                                                                                 Initials __



**Bender Construction and Development, Inc.**

*"Building On Tradition"*

the footing sizes shown on plans. Additional footing/foundation costs are to be paid as an extra.

E       Price increases over estimated quotes by suppliers of materials, fixtures and installation labor specified by Owner and relied on by Contractor for estimating Contract Documents are beyond the control of Contractor and will be passed on to Owner and added to the contract price or to any not to exceed sum if any set forth in this agreement.

14  **Indemnity.** The Contractor will indemnify the Owner against all claims, demands, and liability for damages for death or bodily injury to persons and for damage to property arising out of or connected with the construction of the Project. However, this indemnity will not extend to any loss, damage, or expense arising out of the sole negligence or willful misconduct of the Owner or the Owner's agents, servants, or independent Contractors

15. **Allowances.**

A.      If the contract price includes allowances, and the cost of performing the work covered by an allowance is greater or less than the allowance, the contract price shall be increased or decreased accordingly. Unless otherwise requested by the Owner in writing, the Contractor shall use its own judgment in accomplishing work covered by allowance. If the Owner requests that work covered by an allowance be accomplished in such a way that the cost will exceed the allowance, the Contractor shall comply with the Owner's request. Where the Owner requests and/or selects materials substantially in excess of specified allowances, the Contractor shall submit to the Owner an "Estimated Allowance Overage" in the form of a Change Order  Upon approval by Owner, this change order shall be due and payable with next progress payment.

B.      It is assumed by the Contractor that the Owner will purchase all materials and fixtures from the Subcontractor through the Contractor  The Subcontractors' costs of these materials to the Contractor are generally marked up net plus fifteen percent (15%) which covers selecting, receiving, inspecting, storing, handling, and warranty of the materials. If the Owner elects to purchase these materials directly, then the Contractor will then be reimbursed in an Extra Work Order for all time spent selecting, receiving, inspecting, storing, and handling of materials. Any materials purchased directly by the Owner are not warranted by the Contractor.

16. **Delay.**

A.      The Contractor shall be excused for any delay in completion of the contract caused by acts of God, acts of the Owner or the Owner's agent, inclement weather, wet or muddy grounds, labor trouble, acts of public utilities, public bodies, or inspectors, extra work, failure of the Owner to make progress payments promptly, or other contingencies unforeseen by the Contractor and beyond the reasonable control of the Contractor. Contractor will communicate any such delays to Owner in a timely manner.

B       If the client fails to make a complete selection in a timely manner, the Contractor may choose to: (1) continue the work with what information he/she has, (2) eliminate the unspecified item and continue work; or (3) stop the job until the completed selections have been made  Any expenses to the subcontractors, suppliers or contractors that result from the above action by the Contractor will be billed to the Owner as a change order under paragraph 11.

17. **Changed Conditions.** In the event physical conditions differ materially from those indicated in this contract or in the event there exists unknown physical conditions at the site of an unusual nature differing materially from those ordinarily encountered in work of the character provided for

4                                                                                                                                                  Initials: _JSA_
                                                                                                                                                      Initials: _BRB_



**Bender Construction and Development, Inc.**

*"Building On Tradition"*

in this contract, Contractor shall advise Owner of the existence of such conditions and the parties shall adjust the contract price to provide for any increase resulting from such conditions

18. **Contractor.** The Contractor shall be solely responsible for and have control over construction means, methods, techniques, sequences and procedures and for coordinating all portions of the Work under the Contract, unless Contract Documents give other specific instructions concerning these matters. Unless otherwise provided in the Contract Documents, the Contractor shall provide and pay for Contractor's labor, materials, equipment, tools, construction equipment and machinery, transportation, and other facilities and services necessary for the proper execution and completion of the Work. The Contractor shall enforce strict discipline and good order among the Contractor's employees and other persons carrying out the Contract.

The Contractor's warranty excludes remedy for damage or defect caused by abuse, modifications not executed by the Contractor, improper or insufficient maintenance, improper operation, or normal wear and tear under normal usage.

The Contractor shall keep the premises and surrounding area free from accumulation of waste materials or rubbish caused by operations under the Contract. At completion of the Work the Contractor shall remove from and about the Project waste materials, rubbish, the Contractor's tools, construction equipment, machinery and surplus materials

19. **Subcontracting.** Contractor shall have the right to subcontract any portion of the work hereunder, and all work performed by subcontractors shall be subject to all of the applicable terms and conditions of the contract documents. Contracts between the Contractor and Subcontractors shall (1) require each Subcontractor, to the extend of the Work to be performed by the Subcontractor, to be bound to the Contractor by the terms of the Contract Documents, and to assume toward the Contractor all the obligations and responsibilities which the Contractor, by the Contract Documents, assumes toward the Owner and Architect, and (2) allow to the Subcontractor the benefit of all rights, remedies and redress afforded to the Contractor by these Contract Documents.

20 **Liens and Claims.** Contractor shall promptly pay valid claims of all persons, firms or corporations performing labor or furnishing equipment, materials and other items used in, upon or the work done hereunder provided that payment has been received by Contractor from Owner for the labor, equipment, materials, and other items upon which said claim is based. Owner warrants the Contractor's right to Mechanic's Lien has not been and will not be waived by Owner or anyone else without specific approval of Contractor Contractor will provide partial lien releases, on the value of the progress payments, at the request of the Owner

21 **Completion and Occupancy.** Owner agrees to sign and record a notice of completion within five (5) days after completion of the Project. If the Project passes final inspection by the public agency but Owner fails to record a notice of completion, Owner hereby appoints Contractor as Owner's agent to sign and record a notice of completion on behalf of the Owner This agency is irrevocable and is an agency coupled with an interest Contractor may deny occupancy of the Project to Owner or anyone else until Contractor has received all payments due under this contract, and until notice of completion has been recorded.

22 **Damage to Project, Insurance.** Owner shall obtain and pay for insurance against injury to its own employees and persons under Owner's direction and persons on the job site at Owner's invitation. Contractor shall maintain such insurance as will protect it from claims under Workers Compensation Acts and from claims for damages because of bodily injury, including death or injury to property which may arise from and during the operation of this contract.

5

Initials: _____
Initials: _____

3535 7th Ave NW
Naples, FL 34120
CGC1506472

Phone: 239.455.9658
Fax: 239.455 2483
www.BenderConstruction.com



**Bender Construction and Development, Inc.**

*"Building On Tradition"*

23. **Right to Stop Work.** Contractor shall have the right on, 48 hours written notice to Owner, to stop work if any payment shall not be made to Contractor when earned and payable under this agreement; Contractor may keep the job idle until all payments due are received, and may on an additional 48 hours written notice permanently terminate performance under the contract. In the event work is stopped as a result of nonpayment to Contractor, Contractor shall have the right to bill Owner for all work done as of the date that work is stopped, in addition to any remedies and/or damages at law that Contractor may have, and Owner shall have the obligation to pay for all work done as of the date that work is stopped. Owner and Contractor agree that all Warranties, whether express or implied, shall be void and unenforceable if Contractor shall terminate its performance under this contract pursuant to this paragraph.

24. **Damage.** Damage due to Contractor negligence will be the sole responsibility of the Contractor. The Contractor will work to minimize damage, but no guarantee can be made. The Owner is responsible for any repair work not due to Contractor negligence.

25. **Rock Clause.** If, because of rocks, trenching cannot be accomplished with a backhoe, the cost of labor and material for breaking such rocks with a jackhammer or otherwise will be added to the contract price

26 **Exclusions.** Contractor does not guarantee or assume responsibility when admixtures or colors are added to Ready Mix Concrete. Also, due to variables involved in placing concrete, Contractor cannot be responsible for surface spalling, popping or cracking If work is completed in accordance with Architectural and Soils Engineering specifications and is inspected and approved by the Building Department, then Contractor shall not be responsible for damages resulting from or caused by earth movement, differential ground settling, or shifting and/or cracking as a result of expansive soil conditions at or below the existing. The Contractor guarantees compaction, to County Requirements, on mined or imported fill only. The Contractor will not be responsible for lack of proper compaction at or below the existing grade when work is started

27 **Warranty.** All work performed by Contractor carries a workmanship warrantee for a period of one (1) full year from the time of certificate of occupancy

28. **Attorney's Fees.** If either party becomes involved in litigation or arbitration arising out of this contract or the performance thereof, the court in such litigation, or in a separate suit, shall award reasonable costs and expense, including attorney's fees, to the prevailing party. In awarding attorney's fees, the court will not be bound by any court fee schedule, but shall, if it is in the interest of justice to do so, award the full amount of costs, expenses, and attorneys fees paid or incurred in good faith.

29. **Clean Up.** On completion of the work, Contractor will remove debris and surplus material from Owner's property and leave it in a neat and "maid-clean" condition.

30. **Assignment.** This agreement shall be binding upon and inure to the heirs, successors and assigns of the parties hereto

31 **Waiver of Rights.** Failure to enforce any rights hereunder shall not waive any rights in respect of other or future occurrences.

32. **Notices.** Any notice required or permitted under this contract may be given by ordinary mail at the address contained in this contract, and such address may be changed by written notice given by one party to the other from time to time. Notice shall be deemed received one (1) day after deposited in the mail, postage prepaid

6

Initials: _____
Initials: _____

3535 7th Ave NW
Naples, FL 34120
CGC1506472

Phone: 239.455.9658
Fax: 239.455.2483
www.BenderConstruction.com



**Bender Construction and Development, Inc.**

*"Building On Tradition"*

33. **Faxed Information.** All faxed information and signatures are considered legal, acceptable and binding.

34. **Radon Gas.** Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida Additional information regarding radon and radon testing may be obtained from your county public health unit Contractor assumes no liability for the presence of radon gas in the dwelling

Owner: [signature]   Date: 7/18/05
Print Name: JOHN L. BRENNAN JR.

Owner: *Barbara L. Brennan*   Date: 7/18/05
Print Name: BARBARA L. BRENNAN

Bender Construction and Development, Inc.

By: [signature]   Date: 18 July 05
Name: Stephen M Bender
Title: President

7

Initials: [initials]
Initials: [initials]

3535 7th Ave NW
Naples, FL 34120
CGC1506472

Phone: 239.455.9658
Fax: 239.455.2483
www.BenderConstruction.com