UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. WILKINSON |

**This Document Relates to ALL CASES.**

## AMENDED ORDER

The Court issued an Order on February 10, 2011, scheduling a status conference on February 17, 2011, to discuss the scheduling of insurance-related motions in the MDL. (R. Doc. 7400). Therein, the Court directed that the "appropriate representatives of the Plaintiffs' Steering Committee, Insurers' Steering Committee, and Homebuilders' Steering Committees are to be in attendance." *Id*. In order to clarify this previous order, IT IS ORDERED that the only counsel to be in attendance at the conference are the Liaison Counsel of each the Plaintiffs' Steering Committee, Insurers' Steering Committee, Homebuilders' Steering Committees, and Installers' Steering Committee. Parties under each of these Committees are to contact their respective Liaison Counsel with any comments and/or concerns regarding the scheduling of the insurance-related motions in the MDL.

New Orleans, Louisiana, this 14th day of February 2011.

_____
U.S. District Judge