UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

Considering Banner and Chartis' Motion to Lift the Stay as to Banner and Chartis' Motion to Compel Global Mediation of All Claims Against Banner Supply Entities (R. Doc. 7435), IT IS ORDERED that this Motion is GRANTED and the underlying Motion to Compel Global Mediation is SCHEDULED for hearing following the monthly status conference on February 23, 2011, at 9:00 a.m.  Responses to the Motion to Compel Global Mediation are to be filed by February 21, 2011.  Additionally, interested parties should be prepared to discuss dates and locations for, as well as potential participants, in the mediation

New Orleans, Louisiana, this 16th day of February, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE