Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0078

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Safeco Insurance Company of America, c/o Corporation Service Company
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: California ) ss.
County of: Santa Clara )

Name of Server: Jason Trethewey, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of November, 20 10, at 2:33 o'clock P M

Place of Service: at 2730 Gateway Oaks Dr., Ste 100, in Sacramento, CA  95833

Documents Served: the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Safeco Insurance Company of America, c/o Corporation Service Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Bradley Ellison, Agent for Service of Process

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair ___
Approx. Age 40 ; Approx. Height 5'10" ; Approx. Weight 170 lbs.

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 4th day of November, 20 10
Robina Luis Alves 07/01/13
Notary Public         (Commission Expires)

**APS International, Ltd.**



ROBINA LUIS ALVES
Commission # 1854329
Notary Public - California
Santa Clara County
My Comm. Expires Jul 1, 2013