Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107539-0001

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

--AAA Insurance, c/o Carl D. Kraft
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Missouri_ ) ss.
County of: _St. Louis_ )

**Name of Server:** _Dennis Dahlberg_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5th_ day of _November_, 20 _10_, at _1:30_ o'clock _P_M.

**Place of Service:** at _12901 North Forty Dr._, in _St. Louis, MO 63141_

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand;Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**AAA Insurance, c/o Carl D. Kraft**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Irja Jenkins, Secretary, Director of Legal Services_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Dark_ ; Facial Hair _None_
Approx. Age _50_ ; Approx. Height _5'-5"_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _8th_ day of _November_, 20 _10_

_Dennis Dahlberg_
Signature of Server    Dennis Dahlberg
                       Process Server, ps363

**APS International, Ltd.**

_Mary D Hurley_    _October 18, 2014_
Notary Public    (Commission Expires)

MARY D. HURLEY
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: October 18, 2014
Commission Number 10955366