MINUTE ENTRY
FALLON, J.
FEBRUARY 16, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRY WALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the Plaintiffs' Steering Committee's ("PSC") Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. and to Compel Discovery and Jurisdictional Depositions to Begin in February 2011 (R. Doc. 7364). Rick Stanley, Frank Spano, and Eric Statman participated on behalf of Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. Lenny Davis and Patrick Montoya participated on behalf of the PSC. The Court reviewed the briefs submitted by the parties and heard from the parties at the conference regarding the Motion. Based thereon, the Court concluded that its previous ruling on the Motion stands which directs the parties to go forward with the Rule 30(b)(6) depositions of the defendants' corporate representatives in Hong Kong in April 2011 and defines the scope of the depositions topics broadly to include information regarding the defendants' affiliates. Accordingly, IT IS ORDERED that the PSC's Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. and to Compel Discovery and Jurisdictional

JS10(00:30)

Depositions to Begin in February 2011 (R. Doc. 7364) is DENIED. Nonetheless, the Court directed the parties to work together to produce documents necessary to the depositions and stated that it would entertain motions after the depositions regarding document discovery if necessary. The Court also directed the defendants to provide the PSC with a list of which witnesses will be covering which deposition topics, to which the defendants agreed. This should be done within five days from this Minute Entry. Finally, the Court encouraged the parties to contact it during the depositions in the case that disputes arise.