Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0027

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Allmerica Financial Corporation, f/k/a The Hanover Insurance Group, Inc, c/o CT Corporation System
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Massachusetts__ ) ss.
County of: __Suffolk__ )

**Name of Server:** __Burton Malkofsky__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __8th__ day of __November__, 20 __10__, at __11:30__ o'clock __A__ M

**Place of Service:** at __101 Federal Street__, in __Boston, MA 02110__

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Allmerica Financial Corporation, f/k/a The Hanover Insurance Group, Inc, c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: __Gail Brown, person in charge at time of service__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __43__ ; Approx. Height __5'5"__ ; Approx. Weight __140 lbs.__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __8th__ day of __November__, 20 __10__

Notary Public           (Commission Expires)
My commission expires; March 5, 2015

APS International, Ltd.