Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0025

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--America First Insurance, c/o Corporation Service Company

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Massachusetts** ) ss.
County of: **Suffolk** )

**Name of Server:** **Burton Malkofsky**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8th** day of **November**, 20 **10**, at **11:00** o'clock **A** M

**Place of Service:** at **84 State St**, in **Boston, MA 02109**

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**America First Insurance, c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **LeeAnne Greene, person in charge at time of service**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair ____
Approx. Age **26**; Approx. Height **5'7"**; Approx. Weight **135 lbs.**

XX To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **8th** day of **November**, 20 **10**

Notary Public    (Commission Expires)
My commission expires; March 5, 2015