Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American International Group, Inc, c/o United States Corporation Company
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Delaware** ) ss.
County of: **New Castle** )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __November__, 20__10__, at __1:25__ o'clock __P__ M

**Place of Service:** at __2711 Centerville Road, Suite 400__, in __Wilmington, DE 19808__

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand;Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**American International Group, Inc, c/o United States Corporation Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Paul Matthews, Asst. Secretary__

**Description of Person Receiving Documents:** The person receiving documents is described as follows: N/A
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __5__ day of ____, 20 10

Notary Public                          (Commission Expires)

EXPIRES MARCH 14, 2011
NOTARY PUBLIC STATE OF DELAWARE

**APS International, Ltd.**