Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American National Property and Casualty Company, co
The Corporation Company
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Missouri ) ss.
County of: St. Louis )

**Name of Server:** Dennis Dahlberg, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of November, 20 10, at 11:43 o'clock A.M.

**Place of Service:** at 120 South Central Avenue, in Clayton, MO 63105

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**American National Property and Casualty Company, co The Corporation Company**
By delivering them into the hands of an officer or managing agent whose name and title is: Bonnie L. Love, Senior Process Specialist

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair None
Approx. Age 45 ; Approx. Height 5'3" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 8th day of November, 2010

Signature of Server
Dennis Dahlberg
Process Server, ps363

Notary Public          (Commission Expires) October 18, 2014

**APS International, Ltd.**

MARY D. HURLEY
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: October 18, 2014
Commission Number: 10985366