Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Armed Forces Insurance Corporation, co Charles E. Overfield
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Kansas** ) ss.
County of: **Leavenworth** )

Name of Server: **Edward H. McPheeters**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8th** day of **November**, 20 **10**, at **11:10** o'clock **A** M

Place of Service: at 550 Eisenhower Rd., in Leavenworth, KS 66048

Documents Served: the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Armed Forces Insurance Corporation, co Charles E. Overfield**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Artie Bequette - V.P. Insurance Operations**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **brown** ; Facial Hair **none**
Approx. Age **65** ; Approx. Height **5'5"** ; Approx. Weight **110**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **8th** day of **November**, 20 **10**

*(signature)*
Signature of Server

*(signature)* 2-7-2012
Notary Public     (Commission Expires)

APS International, Ltd.

**BARBARA PORTER**
Notary Public - State of Kansas
My Appt. Expires 2-7-2012