Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0016

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Assurance Company of America, c/o Illinois Corporation Service C

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _ILLINOIS_ ) ss.
County of: _Sangamon_ )

**Name of Server:** _Philip Cravens_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8_ day of _November_, 20 _10_, at _9:18 AM_ o'clock _A_ M

**Place of Service:** at _801 Adlai Stevenson Drive_, in _Springfield, IL 62703_

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Assurance Company of America, c/o Illinois Corporation Service C**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Deanna Dillon    Receptionist_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _black_ ; Facial Hair _no_
Approx. Age _50's_ ; Approx. Height _5-7_ ; Approx. Weight _125_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Philip Cravens_
Signature of Server

Subscribed and sworn to before me this
_8th_ day of _November_, 20 _10_

_Sheila C. Sullivan_
Notary Public         (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
SHEILA C SULLIVAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 05/17/14