

Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)

Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0009

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Auto Club Family Insurance Company, co Carl D. Kraft

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Missouri__ ) ss.
County of: __St. Louis__ )

**Name of Server:** __Dennis Dahlberg__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __November__, 20 __10__, at __1:30__ o'clock __P__.M.

**Place of Service:** at __12901 North Forty Dr.__, in __St. Louis, MO  63141__

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Auto Club Family Insurance Company, co Carl D. Kraft**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Irna Jenkins, Secretary, Director of Legal Services__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Dish__; Facial Hair __None__
Approx. Age __50__; Approx. Height __5'5"__; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __8th__ day of __November__, 20 __10__

_____
Signature of Server
Dennis Dahlberg
Process Server, ps363

Notary _____ October 18, 2014

MARY D. HURLEY
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: October 18, 2014
Commission Number: 10955366

**APS International, Ltd.**