Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0005

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Chubb Group Insurance, c/o United States Corporation Company

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Delaware__ ) ss.
County of: __New Castle__ )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __November__, 20 __10__, at __1:25__ o'clock __P__ M

**Place of Service:** at __2711 Centerville Road, Suite 400__, in __Wilmington, DE 19808__

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Chubb Group Insurance, c/o United States Corporation Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Paul Matthews, Authorized to accept__

**Description of Person Receiving Documents:** The person receiving documents is described as follows: N/A
Sex ___; Skin Color ___; Hair Color ___; Facial Hair ___
Approx. Age ___; Approx. Height ___; Approx. Weight ___

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __5__ day of __Nov__, 20 __10__

Notary Public (Commission Expires)

**APS International, Ltd.**