Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0053

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Edison Insurance Company, c/o Chief Financial Officer
ial Officer

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

**Name of Server:** James A Alci, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8 day of Nov, 20 10, at 10 40 o'clock A M

**Place of Service:** at 200 E. Gaines St., in Tallahassee, FL 32399

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Edison Insurance Company, c/o Chief Financial Officer**
**ial Officer**
By delivering them into the hands of an officer or managing agent whose name and title is: Lula Greene - process clerk

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color BLK ; Hair Color BLK ; Facial Hair ___
Approx. Age 39 ; Approx. Height 5'7 ; Approx. Weight 141

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
11-8-10
Signature of Server

Subscribed and sworn to before me this 8 day of Nov, 20 10
Notary Public    (Commission Expires)

APS International, Ltd.


DENNIS C. GILHOUSEN JR.
Commission DD 780389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019