Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0054

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Empire Fire and Marine Insurance Company, c/o Chief Financial Officer

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Alcl_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8_ day of _Nov_, 20 _10_, at _10 40_ o'clock _A_ M

**Place of Service:** at _200 E. Gaines St._, in _Tallahassee, FL  32399_

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand;Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Empire Fire and Marine Insurance Company, c/o Chief Financial Officer**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Lula Greene - Process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _Blk_; Hair Color _Blk_; Facial Hair ___
Approx. Age _57_; Approx. Height _5'7_; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_  _11.8.10_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _8_ day of _Nov_, 20 _10_
_[signature]_
Notary Public     (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019