Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107539-0080

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Farmers Group, Inc., c/o Doren E. Hohl
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _California_ ) ss.
County of: _Orange_ )

**Name of Server:** _Humberto Gonzalez_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3_ day of _November_, 20 _10_, at _2:08_ o'clock _P_ M

**Place of Service:** at  4680 Wilshire Blvd. , in  Los Angeles, CA  90010

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand;Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Farmers Group, Inc., c/o Doren E. Hohl**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Juanita Champion, Authorized Individual_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _African Amer._ Hair Color _Black_ ; Facial Hair _—_
Approx. Age _50_ ; Approx. Height _5'5"_ ; Approx. Weight _180_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Humberto Gonzalez_
Signature of Server

Subscribed and sworn to before me this _3_ day of _November_, 20 _10_

_Tamara Morales_ 8/5/2011
Notary Public          (Commission Expires)

**APS International, Ltd.**

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011