Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0079

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Fireman's Fund Insurance Company, c/o CT Corporation System

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: California ) ss.
County of: Orange )

Name of Server: Richard Gari, undersigned, being duly sworn, deposes and says that at the time of service, he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3 day of November, 20 10, at 2:45 o'clock P M

Place of Service: at 818 W. 7th Street, in Los Angeles, CA 90017

Documents Served: the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand;Summons;**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Fireman's Fund Insurance Company, c/o CT Corporation System**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Margaret Wilson, Processing Specialist

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color White (short) Facial Hair —
Approx. Age 50's ; Approx. Height 5'5" ; Approx. Weight 135

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 10 day of November, 20 10

Tamara Morales  8/5/2011
Notary Public          (Commission Expires)

**APS International, Ltd.**

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011