Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107539-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GeoVera Specialty Insurance Company, c/o Corporation
Service Company
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish County of: _LIVINGSTON_ )

| | |
|---|---|
| Name of Server: | _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _3rd_ day of _November_, 20 _10_, at _1:35_ o'clock _P_ M |
| Place of Service: | at _320 Somerulos Street_, in _Baton Rouge, LA 70802_ |
| Documents Served: | the undersigned served the documents described as: **Class Action Complaint with Jury Trial Demand;Summons;** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **GeoVera Specialty Insurance Company, c/o Corporation Service Company** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: _Paula Glaser , Receptionist_ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex _F_ ; Skin Color _Wh_ ; Hair Color _Brown_ ; Facial Hair _N/A_ Approx. Age _40_ ; Approx. Height _5'6"_ ; Approx. Weight _140_ ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. _Tom Cassisa_ Signature of Server | Subscribed and sworn to before me this _4TH_ day of _NOVEMBER_, 20 _10_ _[signature]_ 4/29/13 Notary Public    (Commission Expires) |

**APS International, Ltd.**