Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107539-0040

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hull & Company, Inc., c/o Corporation Service Company
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __LOUISIANA__ ) ss.
Parish of: __LIVINGSTON__ )

**Name of Server:** __Tom Cassisa__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3rd__ day of __November__, 20 __10__, at __1:35__ o'clock __P__ M

**Place of Service:** at __320 Somerulos Street__, in __Baton Rouge, LA  70802__

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hull & Company, Inc., c/o Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Paula Glaser__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __Wh__; Hair Color __Brown__; Facial Hair __—__
Approx. Age __40__; Approx. Height __5'5"__; Approx. Weight __140__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Tom Cassisa__
Signature of Server

Subscribed and sworn to before me this
__4TH__ day of __NOVEMBER__, 20 __10__
__Jones Dilah__   4/29/13
Notary Public           (Commission Expires)

**APS International, Ltd.**