Charlene and Tatum Hernandez, et. al., Plaintiff(s)
  vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0015

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Lafayette Insurance Company, co Neal R. Scharmer
  Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Iowa_ ) ss.
County of: _Linn_ )

**Name of Server:** _Rex C Cook_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9th_ day of _Nov_, 20_10_, at _02:45_ o'clock _P_ M

**Place of Service:** at _118 2nd Ave. SE_, in _Cedar Rapids, IA 52407_

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand;Summons;**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Lafayette Insurance Company, co Neal R. Scharmer**
By delivering them into the hands of an officer or managing agent whose name and title is: _Nancy DiaComBis Authorized To Accept_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Brown_ ; Facial Hair ____
Approx. Age _50_ ; Approx. Height _5'6"_ ; Approx. Weight _140_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Rex Cook_
Signature of Server

Subscribed and sworn to before me this _9th_ day of _November_, 20_10_

_Iris M Cook_  04-29-13
Notary Public   (Commission Expires)

Iris M. Cook
Notary Seal
Notary Public State of Iowa
No 196036
Commission Expires 04/29/13

**APS International, Ltd.**