Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0023

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Liberty Mutual Fire Insurance Company, c/o Corporation Service Company

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Massachusetts ) ss.
County of: Suffolk )

Name of Server: Burton Malkofsky, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8th day of November, 2010, at 11:00 o'clock A M

Place of Service: at 84 State Street, in Boston, MA 02109

Documents Served: the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Liberty Mutual Fire Insurance Company, c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: LeeAnne Greene, person in charge at time of service

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair ___
Approx. Age 26 ; Approx. Height 5'7" ; Approx. Weight 135 lbs.

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 8th day of November, 2010

Notary Public    (Commission Expires)
My commission expires; March 5, 2015

**APS International, Ltd.**