Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0024

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Liberty Mutual Insurance Company, c/o Corporation Service Company
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Massachusetts__ ) ss.
County of: __Suffolk__ )

**Name of Server:** __Burton Malkofsky__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __8th__ day of __November__, 20 __10__, at __11:00__ o'clock __A__ M

**Place of Service:** at __84 State St__, in __Boston, MA 02109__

**Documents Served:** the undersigned served the documents described as:
Class Action Complaint with Jury Trial Demand; Summons;

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Liberty Mutual Insurance Company, c/o Corporation Service Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __LeeAnne Green, person in charge at time of service__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Black__ ; Hair Color __Black__ ; Facial Hair _____
Approx. Age __26__ ; Approx. Height __5'7"__ ; Approx. Weight __135 lb.__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

Subscribed and sworn to before me this __8th__ day of __November__, 20 __10__

_signature_
Notary Public       (Commission Expires)
My Commission expires; March 5, 2015

**APS International, Ltd.**