Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0037

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louisiana Citizens Property Insurance Corporation, c/o
Louisiana Secretary of State
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish ~~County~~ of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3rd_ day of _November_, 20 _10_, at _1:25_ o'clock _P_ M

**Place of Service:** at _8585 Archives Avenue_, in _Baton Rouge, LA 70809_

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Louisiana Citizens Property Insurance Corporation, c/o Louisiana Secretary of State**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jay Dardenne, Secretary of State_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Black_; Facial Hair _N/A_
Approx. Age _55yrs_; Approx. Height _5'10"_; Approx. Weight _190 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _4TH_ day of _NOVEMBER_, 20 _10_

_James Wallace_ 4/29/12
Notary Public          (Commission Expires)

**APS International, Ltd.**

SERVED ON
JAY DARDENNE
NOV 03 2010
SECRETARY OF STATE
COMMERCIAL DIVISION