Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0039

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louisiana Farm Bureau Mutual Insurance Company, c/o Henry H. Bernard, Jr.

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish
County of: _LIVINGSTON_ )

Name of Server: _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _3rd_ day of _November_, 20 _10_, at _4:25_ o'clock _P_ M

Place of Service: at _9516 Airline Highway_, in _Baton Rouge, LA 70815_

Documents Served: the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Louisiana Farm Bureau Mutual Insurance Company, c/o Henry H. Bernard, Jr.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Kathy Zumo, Receptionist_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _40_ ; Approx. Height _5'6"_ ; Approx. Weight _130_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _4TH_ day of _NOVEMBER_, 20 _10_

_James Galladar_  4/29/13
Notary Public        (Commission Expires)

**APS International, Ltd.**