Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107539-0063

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:
--Nationwide Mutual Insurance Company,  c/o Chief
Financial Officer
Court Case No. 2:10-CV-3070

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Aloi_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _8_ day of _Nov_, 20 _10_, at _1040_ o'clock _A_ M

Place of Service: at _200 E. Gaines St._, in _Tallahassee, FL  32399_

Documents Served: the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand;Summons;**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Nationwide Mutual Insurance Company,  c/o Chief Financial Officer**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Linda Greene – process clerk_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Blk_ ; Hair Color _Blk_ ; Facial Hair
Approx. Age _39_ ; Approx. Height _5'7_ ; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_11·8·10_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_8_ day of _Nov_, 20 _10_

Notary Public          (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019