UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL<br>            PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 09-7628 (Payton) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL

NOW COME Knauf Plasterboard (Wuhu) Co., Ltd., Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Insulation GMBH, Knauf Gips KG and Guangdong Knauf New Building Materials Products Co., Ltd. ("Knauf Defendants"), who file this Notice of Appearance in the Complaint in Intervention I(A):

1.

In the referenced matter, Kerry J. Miller, Esq.  (LA. Bar #24562), Kyle A. Spaulding (LA. Bar #29000) of Frilot L.L.C., and Steven Glickstein (NY Bar No. 1038157), Jay P. Mayesh (NY Bar No. 1081603), Gregory Wallance (NY Bar No. 1247337), Robert Grass (NY Bar No. 2501278), Karin Garvey (NY Bar No. 2997831) and Mark Spatz (NY Bar No. 4180303) of Kaye Scholer LLP hereby appear as counsel on behalf of the Knauf Defendants.

This appearance is submitted without waiver of objections to jurisdiction, venue or service on behalf of the clients represented by Frilot L.L.C. and Kaye Scholer LLP in accordance with Pre-Trial Order no. 1.  See Pre-Trial Order no. 1 at paragraph 6.

321902-1

Respectfully submitted,

By: /s/ Kyle A. Spaulding
STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

Knauf Defendants

321902-1

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of February, 2011.

/s/ Kyle A. Spaulding

321902-1