# CONRY & ASSOCIATES, LLC

John D Conry
PO Box 641234
Kenner, LA 70064



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 10 2011
LORETTA G.
CLERK

February 8, 2011

To: Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
Suite C-151
New Orleans, Louisiana 70130

**Conry v Daugherty 10-cv-4599 L-2/09-MD-2047**

Dear Clerk-

Please find enclosed Request for Subpoenas Issue to the city of New Orleans, J.P. Morgan Chase Bank through counsel, J.P. Morgan Chase Bank through the Corporation Services Company and Regions Bank. Please issue the same. Thank you for your assistance in this matter.

Thank You,

John Conry

jc/jc

cc: John Davidson

___ Fee ___
✓ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Phone: (504) 324-2387        www.conrylaw.com        Fax: (504) 754-7556
                             jconry@conrylaw.com