UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | CASE NO. MDL Docket<br>No. 2047 |

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

CANDACE HAKENJOS, et al. v. TALLOW CREEK, LLC, et al.
CIVIL ACTION NO. 10-2579, SECTION "B"(5);

WENDY HUBBELL, et al. v. TALLOW CREEK, LLC, et al.
CIVIL ACTION NO. 10-2064

SHELLY PARR, et al. v. TALLOW CREEK, LLC, et al.
CIVIL ACTION NO. 10-2737
_____/

NOTICE OF APPEARANCE

Attorney Carlton Jones, III of Roedel Parsons Koch Blache Balhoff & McCollister, A.P.L.C., hereby gives notice of his appearance as counsel of record for defendant, WESTERN WORLD INSURANCE COMPANY, in this case, reserving all rights and defenses, and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number:

/s/ Carlton Jones, III
Carlton Jones, III, La. Bar Roll No. 25732
ROEDEL PARSONS KOCH BLACHE
  BALHOFF & MCCOLLISTER, A L.C.
8440 Jefferson Hwy., Suite 301
Baton Rouge, Louisiana 70809
Telephone (225) 929-7033
Facsimile (225) 928-4925
Email: cjones@roedelparsons.com

*Attorney for Western World Insurance Company*

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | CASE NO. MDL Docket<br>No. 2047 |

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

CANDACE HAKENJOS, et al. v. TALLOW CREEK, LLC, et al.
CIVIL ACTION NO. 10-2579, SECTION "B"(5);

WENDY HUBBELL, et al. v. TALLOW CREEK, LLC, et al.
CIVIL ACTION NO. 10-2064

SHELLY PARR, et al. v. TALLOW CREEK, LLC, et al.
CIVIL ACTION NO. 10-2737
_____/

### CERTIFICATE OF SERVICE

I HEREBY certify that on February 17, 2011, a copy of the above and foregoing was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, and by email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Carlton Jones, III
CARLTON JONES, III (#25732)