Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0012

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--State Farm Insurance, c/o Edward B. Rust, Jr
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Illinois ) ss.
County of: McLean )

Name of Server: Mark Foster, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of November, 20 10, at 2:35 o'clock P M

Place of Service: at 1 State Farm Plaza, in Bloomington, IL 61710

Documents Served: the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**State Farm Insurance, c/o Edward B. Rust, Jr**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: June Baru, Authorized Legal Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brn ; Facial Hair —
Approx. Age 47 ; Approx. Height 5'7" ; Approx. Weight 150

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

M. Fst
Signature of Server

Subscribed and sworn to before me this 5 day of Nov, 20 10

Notary Public      12/31/13
(Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
JACQUELINE M FOSTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/31/2013