Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0020

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Hartford Financial Services Group, Inc., c/o CT Corporation System
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: CONNECTICUT ) ss.
County of: HARTFORD )

**Name of Server:** Christine Foran, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of November, 20 10, at 1:43 o'clock P M

**Place of Service:** at One Corporate Center, Floor 11, in Hartford, CT 06103

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand;Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Hartford Financial Services Group, Inc., c/o CT Corporation System**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ronald S. Apter, Vice President, Associate General Counsel

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  M ; Skin Color  W ; Hair Color  White ; Facial Hair
Approx. Age  45 ; Approx. Height  6'3" ; Approx. Weight  220

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 12 day of November, 20 10

Notary Public  (Commission Expires) 8/31/2014