Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0030

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Republic Group, c/o Lousianna Secretary of State

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3rd_ day of _November_, 20 _10_, at _1:25_ o'clock _P_ M

**Place of Service:** at _8585 Archives Avenue_, in _Baton Rouge, LA 70809_

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Republic Group, c/o Lousianna Secretary of State**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jay Dardenne, Secretary of State_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Wht_ ; Hair Color _Black_ ; Facial Hair _N/A_
Approx. Age _55 yrs_ ; Approx. Height _6'0"_ ; Approx. Weight _190 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this
_4TH_ day of _NOVEMBER_, 20 _10_
_James Dollar_  4/29/13
Notary Public   (Commission Expires)

**APS International, Ltd.**

SERVED ON
JAY DARDENNE

NOV 03 2010

SECRETARY OF STATE
COMMERCIAL DIVISION