Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0014

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Fire and Casualty Company, co Neal R. Scharmer
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Iowa_ ) ss.
County of: _Linn_ )

Name of Server: _Rex Clark_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _9th_ day of _Nov_, 20 _10_, at _0245_ o'clock _P_ M

Place of Service: at _118 2nd Ave. SE_, in _Cedar Rapids, IA 52407_

Documents Served: the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**United Fire and Casualty Company, co Neal R. Scharmer**
By delivering them into the hands of an officer or managing agent whose name and title is: _Nancy DeHamkss Authorized To Accept_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_; Skin Color _Wht_; Hair Color _Brn_; Facial Hair ____
Approx. Age _50_; Approx. Height _5'6"_; Approx. Weight _140_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Rex Clark_
Signature of Server

Subscribed and sworn to before me this _9th_ day of _Nov_, 20 _10_

_Iris M. Cook_   _1-29-13_
Notary Public   (Commission Expires)

**APS International, Ltd.**

Iris M. Cook
Notary Seal
Notary Public State of Iowa
No 196096
Commission Expires 1/29/13