Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0021

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--USAA Casualty Insurance Company, c/o CT Corporation System

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Virginia_ ) ss.
County of: _Henrico_ )

Name of Server: _Benjamin G. Hanson Jr_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _8th_ day of _November_, 20 _10_, at _1:10_ o'clock _P_ M

Place of Service: at _4701 Cox Road, Suite 301_, in _Glen Allen, VA  23060-6802_

Documents Served: the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand;Summons;**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**USAA Casualty Insurance Company, c/o CT Corporation System**, _Registered Agent_
By delivering them into the hands of an officer or managing agent whose name and title is: _Katherine White Agent of CT Corporation System_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _30_ ; Approx. Height _5'4"_ ; Approx. Weight _100 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Benjamin G. Hanson_
Signature of Server

Subscribed and sworn to before me this _8th_ day of _November_, 20 _10_
_Christina H Becksfort_
Notary Public     (Commission Expires)
#147756             12/31/11

**APS International, Ltd.**