Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0028

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--ZC Sterling Insurance Company, c/o Corporation Service Company

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
Parish of: **LIVINGSTON** )

**Name of Server:** **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **3rd** day of **November**, 20 **10**, at **1:35** o'clock **P** M

**Place of Service:** at 320 Somerulos Street, in Baton Rouge, LA 70802

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
ZC Sterling Insurance Company, c/o Corporation Service Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Paula Glaser, Receptionist**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Wh**; Hair Color **Brn**; Facial Hair —
Approx. Age **40**; Approx. Height **5'5"**; Approx. Weight **140**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this **4TH** day of **NOVEMBER**, 20 **10**

_signature_  4/29/13
Notary Public       (Commission Expires)

**APS International, Ltd.**