Charlene and Tatum Hernandez, et. al., Plaintiff(s)

vs.

AAA Insurance, et. al., Defendant(s)



**Service of Process by**
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107539-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Fidelity Insurance Holdings, Inc., c/o Louis V. Vendittelli, Esq.

Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Seminole** )

| | |
|---|---|
| **Name of Server:** | **Brock Jansen**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the **8** day of **November**, 20**10**, at **10:40** o'clock **A** M |
| **Place of Service:** | at **7131 Business Park Lane, Suite 300**, in **Lake Mary, FL 32746** |
| **Documents Served:** | the undersigned served the documents described as: **Class Action Complaint with Jury Trial Demand;Summons;** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Fidelity Insurance Holdings, Inc., c/o Louis V. Vendittelli, Esq.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: **Kristin Sabino, Administrator** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **N/A** Approx. Age **25+** ; Approx. Height **5'7"** ; Approx. Weight **125** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this **8** day of **November**, 20 **10**

11-8-10

Signature of Server

Notary Public     (Commission Expires)

**Brock Jansen**
**APS International, Ltd.**     #2009-1117-Jan

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission #DD859349
Expires:   MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.