Charlene and Tatum Hernandez, et. al., Plaintiff(s)
vs.
AAA Insurance, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107539-0083

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lillian Assurance Group, Inc., c/o Jacob W. Hoechst
Court Case No. 2:10-CV-3070

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Orange** )

**Name of Server:** **Jesse P. Williams Jr**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15** day of **November**, 20 **10**, at **2:00** o'clock **P** M

**Place of Service:** at **4043 Golfside Dr.**, in **Orlando, FL 32808**

**Documents Served:** the undersigned served the documents described as:
**Class Action Complaint with Jury Trial Demand; Summons;**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Lillian Assurance Group, Inc., c/o Jacob W. Hoechst**
By delivering them into the hands of an officer or managing agent whose name and title is: **Jacob W. Hoechst, Officer / Director**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **White**; Facial Hair **No**
Approx. Age **65+**; Approx. Height **5'10"**; Approx. Weight **200-220**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

11-15-10
Signature of Server
Jesse P. Williams, Jr
APS International, Ltd.
#7176

Subscribed and sworn to before me this **15** day of **November** 20 **10**

Notary Public           (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.