UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DAVID GROSS, et al. vs. KNAUF GIPS KG, et al Case No. 09-6690 | * * * * * | JUDGE FALLON<br><br>MAG. WILKINSON |

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

MICHAEL DEVITO

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the President for Baywood Construction, Inc., ("Baywood Construction"), and as such, has personal knowledge of the following based on his review of records maintained by Baywood Construction in the regular course of business.

2. Baywood Construction is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Baywood Construction is a home builder that contracts with third party vendors for the


EXHIBIT A

construction of single-family homes and/or sells completed single-family homes.

4. Baywood Construction has never built a residence in the State of Louisiana nor had any contracts or subcontracts with companies located in Louisiana.

5. Baywood Construction has never been licensed or registered to do business in Louisiana or ever had any offices or employees in Louisiana.

6. Baywood Construction does not have an agent for service of process in Louisiana.

7. Baywood Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

8. Baywood Construction does not solicit business in Louisiana or ever transacted business in Louisiana.

9. Baywood Construction has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. Baywood Construction does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. Baywood Construction has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

12. Consequently, Baywood Construction never anticipated it would be haled into court in Louisiana.

MICHAEL DEVITO

SWORN TO AND SUBSCRIBED BEFORE ME THIS ___ DAY OF September, 2010.

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Kristy Offerman
Commission # DD961598
Expires: FEB. 11, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

2

# Baywood Construction, Inc.
534 SE 16th Place Cape Coral, FL 33990 239-574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763                    CBC058891

## CONSTRUCTION AGREEMENT

This agreement made this __11th__ day of __August__, __2005__
        DAY       MONTH      YEAR

__Michelle Hwu__
    NAME

OF: __16918 41st Place West Lynnwood WA__
   ADDRESS          PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter called the "Builder"

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:
 Legal Description: __Block: 3709 Lots: 16-17__

Now THEREFORE, In consideration of the premises:
1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

2. The Owner Shall pay the Builder for such construction in the amount of   $ __164,505.00__
Payable as Follows: Upon signing of this agreement    $ __16,450.50__
    10% On or Before           $ __32,901.00__
    20% When slab is poured       $ __32,901.00__
    20% When roof sheathing is installed   $ __32,901.00__
    20% When electrical rough is completed  $ __32,901.00__
    20% When drywall is completed     $ __32,901.00__
    10% Upon completion of construction   $ __16,450.50__

3. Contractor is __NOT__ responsible for settlement cracks

BASIC MODEL: __Amber B Model__

CUSTOM FEATURES:

 1. __See Addendum__            $ __Included__
 2. _____  $ _____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

 1. Water Meters             $ __Included__
 2. Impact Fees             $ __Included__
 3. Survey               $ __Included__
 4. Seawall              $ __Included__
 5. Pool                $ __Included__

TOTAL CONSTRUCTION CONTRACT     $ __164,505.00__

LOT                 $ __Owners Lot__

CONTRACT TOTAL           $ __164,505.00__

SPECIAL NOTES:

OWNER: _____  Baywood Construction, Inc.

OWNER: _____  BY: _____

EXHIBIT B

09/27/2005 01:39     2395748701          BAYWOOD CONSTRUCTION         PAGE 02

# Baywood Construction, Inc.
534 SE 16th Place Cape Coral, FL 33990 239-574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763                    CBC058891


Claim # 1902249

## CONSTRUCTION AGREEMENT

This agreement made this __27th__ day of __September__, __2005__
                         DAY              MONTH            YEAR

__Larry Schiller / John W. Lester Jr.__
OF: _____ NAME  __Larry 1099-1802 / John 823-9556__
         ADDRESS                                PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter called the "Builder"

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:
Legal Description: __Block Willow Creek   Lots: 37__

Now THEREFORE, In consideration of the premises:
1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

2. The Owner Shall pay the Builder for such construction in the amount of    $ __186,063.00__
Payable as Follows:    Upon signing of this agreement                         $ __2,000.00__ pd 9-29-05 #552
                       10% On or Before                                       $ __16,606.30__
                       20% When slab is poured                                $ __37,212.60__
                       20% When roof sheathing is installed                   $ __37,212.60__
                       20% When electrical rough is completed                 $ __37,212.60__
                       20% When drywall is completed                          $ __37,212.60__
                       10% Upon completion of construction                    $ __18,606.30__
3. Contractor is **NOT** responsible for settlement cracks

BASIC MODEL: __Kristy 4 Bedroom L/F__

CUSTOM FEATURES:

  1. __See Addendum__                                                          $ __Included__
  2. _____                                            $ _____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

  1. Water Meters                                                              $ __Included__
  2. Impact Fees                                                               $ __Included__
  3. Survey                                                                    $ __Included__
  4. Seawall                                                                   $ __N/A__
  5. Pool                                                                      $ __N/A__

TOTAL CONSTRUCTION CONTRACT                              $ __186,063.00__

LOT                                                      $ __Owners Lot__

CONTRACT TOTAL                                           $ __186,063.00__

SPECIAL NOTES: __Closing @ JM Title Corp. 549-7434 (Sarah Johnson)__
__Contract Void after 3 months if Construction Loan has Not Closed__

OWNER: _____    Baywood Construction, Inc.
OWNER: _____    BY: _____
       9/28/05

EXHIBIT C

NOV 18, 2005 16:25   TROPICAL ISLAND REALTY   23-573-3956   Page

NOV 17, 2005 18:17   239 574 8701   Page 4

Malhoe

### Baywood Construction, Inc.
534 SE 16th Place Cape Coral, FL 33990 239-574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763                           CBC058891

## CONSTRUCTION AGREEMENT

This agreement made this ___17th___ day of ___November___ ___2005___
                          DAY                    MONTH        YEAR

___Ashok Malhoe___

OF: _____
              ADDRESS                                    PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida corporation, hereinafter called the "Builder"

Whereas, the Owner in fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:
   Legal Description: Block: 5389   Lots: 41/42

Now THEREFORE, In consideration of the premises:
1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

2. The Owner Shall pay the Builder for such construction in the amount of   $ 189,600.00
Payable as Follows:   Upon signing of this agreement              $ 2,000.00 pd. # 1409 11-22-05
                      10% On or Before                            $ 16,960.00
                      20% When slab is poured                     $ 37,920.00
                      20% When roof sheathing is installed        $ 37,920.00
                      20% When electrical rough is completed      $ 37,920.00
                      20% When drywall is completed               $ 37,920.00
                      10% Upon completion of construction         $ 18,960.00
3. Contractor is NOT responsible for settlement cracks

BASIC MODEL: ___Kristy 4 Bedroom___

CUSTOM FEATURES:

   1. __See Addendum_____   $__Included__
   2. _____   $_____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

   1. Water Meters                              $ Included
   2. Impact Fees                               $ Included
   3. Survey                                    $ Included
   4. Seawall                                   $ N/A
   5. Pool                                      $ N/A

TOTAL CONSTRUCTION CONTRACT                     $ 189,600.00

LOT                                             $ Owners Lot

CONTRACT TOTAL                                  $ 189,600.00

SPECIAL NOTES: Closing @ JM Title (Sarah Johnson) 549-7434
   Contract Void after 60 Days if Construction Loan has Not Closed

OWNER: _____   Baywood Construction, Inc.

OWNER: _____   BY: _____


EXHIBIT D

MAY 17,2005 11:02  TROPICAL ISLAND REALTY    23-573-3956                        Page 2
              Santiago                    352-384-3916        P.1
  MAY 16,2005 19:56  TROPICAL ISLAND REALTY    23-573-3956                      Page

602 SE 16th Place Cape Coral, FL 33990 239-574-9332
WWW.BAYWOODCONSTRUCTION.COM
CGC016763                    CBC058891

*Santiago*

## CONSTRUCTION AGREEMENT

This agreement made this __16th__ day of __May__, __2005__
                      DAY          MONTH         YEAR

__Angel and Shawn Santiago__
                  NAME

OF: _____
       ADDRESS                          PHONE

Hereinafter called "Owner", and Baywood Construction, Inc., a Florida Corporation, hereinafter called the "Builder".

Whereas, the Owner is fee simple of or is purchasing certain premises described as follows and hereinafter called the building site and Owner desires builder to construct a certain building on the premises:
   Legal Description: __Block 5229 Lots: 28/29__

Now THEREFORE, in consideration of the premises:
   1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good workmanlike manner. The builder warrants the construction of the building from defects of material or workmanship for a period of twelve months from closing. All manufacturers' warranties shall continue in force and effect according to their terms.

   2. The Owner Shall pay the Builder for such construction in the amount of   $ 284,355.00
      Payable as Follows:     Upon signing of this agreement              $ 2,000.00
                              10% On or Before                            $ 26,435.50
                              20% When slab is poured                     $ 56,871.00
                              20% When roof sheathing is installed        $ 56,871.00
                              20% When electrical rough is completed      $ 56,871.00
                              20% When drywall is completed               $ 56,871.00
                              10% Upon completion of construction         $ 28,435.50
   3. Contractor is __NOT__ responsible for settlement cracks

BASIC MODEL: __Royal Tee 4 Bedroom Custom__   ( ROUND COLUMNS )

CUSTOM FEATURES:

   1. __See Addendum__                                         $ __Included__
   2. _____                          $ _____

ESTIMATED HOMESITE IMPROVEMENT COSTS:

   1. Water Meters                                             $ Included
   2. Impact Fees                                              $ Included
   3. Survey                                                   $ Included
   4. Seawall                                                  $ N/A
   5. Pool                                                     $ N/A

TOTAL CONSTRUCTION CONTRACT                                    $ 284,355.00

LOT                                                            $ Owners Lot

CONTRACT TOTAL                                                 $ 284,355.00

SPECIAL NOTES: _____

OWNER: _____                    Baywood Construction, Inc.
OWNER: _____                    BY: _____



EXHIBIT E