David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0052

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--84 Lumber Company, LP, co CT Corporation System
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones** )

**Name of Server:** **Terry Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **28** day of **Oct**, 20 **10**, at **3:20** o'clock **P** M

**Place of Service:** at **645 Lakeland East Drive, Ste. 101**, in **Flowood, MS 39232**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**84 Lumber Company, LP, co CT Corporation System**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Joanie Jones, Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **N**
Approx. Age **30-40** ; Approx. Height **Sitting** ; Approx. Weight **Sitting**
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **29** day of **Oct**, 20 **10**

_Terry Keith_
Signature of Server

_Michelle Murray_
Notary Public    (Commission Expires)

**APS International, Ltd.**



STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011
JONES COUNTY