David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0083

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Atchafalaya Homes
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **LAFAYETTE** )

**Name of Server:** **STEVE REGAN**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **28TH** day of **OCTOBER**, 20 **10**, at **10:30** o'clock **A** M

**Place of Service:** at 4478 N.E. Evangeline Trwy, in Carenero, LA 70520

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Atchafalaya Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **DON LOPEZ, GEN. MGR**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **BRN**; Facial Hair **—**
Approx. Age **37**; Approx. Height **5'5"**; Approx. Weight **215**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **29** day of **October**, 20 **10**

Signature of Server

**APS International, Ltd.**

Notary Public                    (Commission Expires)

OFFICIAL SEAL
KENNETH D. ST. PE
NOTARY ID # 22638
NOTARY PUBLIC
LAFAYETTE PARISH
COMMISSIONED FOR LIFE