David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0051

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply Co.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MS_ ) ss.
County of: _Hinds_ )

Name of Server: _Jimmy R Taylor_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _29_ day of _October_, 20_10_, at _1:30_ o'clock _P_ M

Place of Service: at 2950 Layfair Drive, Ste. 101 , in Flowood, MS 39232

Documents Served: the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Bailey Lumber & Supply Co.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _John Shows / Attorney - Agent_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Gray_ ; Facial Hair ___
Approx. Age _65_ ; Approx. Height _6'0_ ; Approx. Weight _170_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _29_ day of _October_, 20_10_

Cynthia L. Wilson
Notary Public          (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 66724
CYNTHIA L. WILSON
Commission Expires
July 18, 2014
RANKIN COUNTY