UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | |
| | : | MAG. JUDGE WILKINSON |

---

### MOTION FOR LEAVE OF COURT TO FILE AMENDED MOTION AND AMENDED MEMORANDUM IN SUPPORT OF JOINT MOTION TO COMPEL GLOBAL MEDIATION OF ALL CLAIMS AGAINST BANNER SUPPLY ENTITIES

Now come Banner Supply Company; Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC, and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities") and Chartis Specialty Insurance Company (formerly known as "American Specialty Lines Insurance Company"), Illinois National Insurance Co. and National Union Fire Insurance Company of Pittsburgh, PA (collectively "Chartis"), and respectfully request leave of court to supplement the record to file their Amended Motion and Amended Memorandum in Support of Joint Motion to Compel Global Mediation of all Claims Against Banner Supply Entities.  The purpose of the Amended Motion is to add Banner Supply Company Port St. Lucie, LLC to the list of Movants and to reflect that the motion is being filed in all cases.  The Amended Memorandum in Support of Joint Motion is a shortened version of the initial Memorandum, which was filed under seal [doc 7439].  The purpose of filing an Amended Memorandum is to give all parties an opportunity to respond;  therefore, this Amended Memorandum is not being filed under seal.

Accordingly, Banner and Chartis respectfully request that their motion for leave be granted and that their Amended Motion and Amended Memorandum in Support of Joint Motion to Compel Global Mediation of all Claims Against Banner Supply Entities be filed into the record.

Respectfully submitted, this 18th day of February, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

**Peterson & Espino, P.A.**

MICHAEL P. PETERSON
10631 S.W. 88th Street, Suite 220
Miami, Florida 33176
Main Phone: (305) 270-3773
Main Fax: (305) 275-7410
E-mail: mpeterson@petersonespino.com
*Counsel for Banner Supply Company Port St. Lucie, LLC*

**Quinn Emanuel Urquhart & Sullivan, LLP**

JANE M. BYRNE
51 Madison Avenue, 22nd Floor
New York, NY 10010
Main Phone: (212) 849-7000
Main Fax:  (212) 849-7100
E-mail:  janebyrne@quinnemanuel.com
***Counsel for Chartis Specialty Insurance Company,
Illinois National Insurance Co., and National Union
Fire Insurance Company of Pittsburgh, PA***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave of Court to File its Amended Motion and Amended Memorandum in Support of Joint Motion to Compel Global Mediation of All Claims Against Banner Supply Entities has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 18th day of February, 2011.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC


*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**