UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL 2047 SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

### AMENDED JOINT MOTION TO COMPEL GLOBAL MEDIATION OF ALL CLAIMS AGAINST BANNER SUPPLY ENTITIES

NOW INTO COURT, comes Chartis Specialty Insurance Company (formerly known as "American Specialty Lines Insurance Company"), Illinois National Insurance Co. and National Union Fire Insurance Company of Pittsburgh, PA (collectively "Chartis") and Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company, Port St. Lucie, LLC and Banner Supply International, LLC (collectively "Banner") who upon suggesting to the Court that, as is more fully set forth in the attached Amended Memorandum in Support, its Motion to Compel Global Mediation of All Claims Against Banner should be granted.

Respectfully submitted, this 18th day of February, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700

npanayo@wwhgd.com
*Counsel for Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

**Peterson & Espino, P.A.**

MICHAEL P. PETERSON
10631 S.W. 88th Street, Suite 220
Miami, Florida 33176
Main Phone: (305) 270-3773
Main Fax: (305) 275-7410
E-mail: mpeterson@petersonespino.com
*Counsel for Banner Supply Company Port St. Lucie, LLC*

**Quinn Emanuel Urquhart & Sullivan, LLP**

JANE M. BYRNE
51 Madison Avenue, 22nd Floor
New York, NY 10010
Main Phone: (212) 849-7000
Main Fax: (212) 849-7100
E-mail: janebyrne@quinnemanuel.com
*Counsel for Chartis Specialty Insurance Company, Illinois National Insurance Co., and National Union Fire Insurance Company of Pittsburgh, PACounsel for Chartis Specialty Insurance Company, Illinois National Insurance Co., and National Union Fire Insurance Company of Pittsburgh, PA*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Amended Joint Motion To Compel Global Mediation Of All Claims Against Banner Supply Entities has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 18th day of February, 2011.

                                        WEINBERG, WHEELER, HUDGINS,
                                        GUNN & DIAL, LLC


                                        */s/ Nicholas P. Panayotopoulos*
                                        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**