David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0023

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builders Gypsum Supply Co, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **TEXAS** ) ss.
County of: **HARRIS** )

**Name of Server:** **Joe Barak**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27th** day of **October**, 20 **10**, at **1:40** o'clock **P.** M

**Place of Service:** at **2018 Pasket**, in **Houston, TX 77092**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Builders Gypsum Supply Co, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Haude, Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **LT. Brown** Facial Hair ____
Approx. Age **45**; Approx. Height **5' 6"**; Approx. Weight **180**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Joe Barak*
Signature of Server **SCH-173**

Subscribed and sworn to before me this **28th** day of **October**, 20 **10**

*Carol Sanford*
Notary Public        (Commission Expires)

**APS International, Ltd.**

CAROL SANFORD
MY COMMISSION EXPIRES
November 3, 2010