David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0024

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builders Gypsum Supply, L.L.P
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:** _Joe Barak_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27th_ day of _October_, 20_10_, at _1:40_ o'clock _P_ M

**Place of Service:** at _2018 Pasket_, in _Houston, TX 77092_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Builders Gypsum Supply, L.L.P**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Kenneth Haude, Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Lt. Brown_; Facial Hair ___
Approx. Age _45_; Approx. Height _5'6"_; Approx. Weight _180_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joe Barak_
Signature of Server  SCH-173

Subscribed and sworn to before me this _28th_ day of _October_, 20 _10_

_Carol Sanford_
Notary Public       (Commission Expires)

CAROL SANFORD
MY COMMISSION EXPIRES
November 3, 2010

**APS International, Ltd.**