Davjd Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0046

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Boyle Lumber Company
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Bolivar_ )

**Name of Server:** _Tony P. Harris_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28th_ day of _October_, 20 _10_, at _11:45_ o'clock _A_ M

**Place of Service:** at 401 N. Gaines Hwy, in Boyle, MS 38730

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Boyle Lumber Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joseph Anthony Correro III (Assist Manager)_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _Yes_
Approx. Age _34_ ; Approx. Height _5'6_ ; Approx. Weight _180_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tony P. Ha..._
Signature of Server

Subscribed and sworn to before me this _28th_ day of _October_, 20 _10_

MARILYN L. KELLY
CIRCUIT CLERK by...
Notary Public

APS International, Ltd.