David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0016

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Capitol Materials, Incoporated, c/o Corporation Process Company

Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Georgia ) ss.
County of: Fulton )

**Name of Server:** Cynthia Moss, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25th day of October, 20 10, at 2:31 o'clock P M

**Place of Service:** at 2180 Satellite Blvd Ste 400, in Duluth, GA. 30097

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Capitol Materials, Incoporated, c/o Corporation Process Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Linda Banks- Processor

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair ____
Approx. Age 52 ; Approx. Height 5'2" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

Subscribed and sworn to before me this 27th day of October, 20 10

*[signature]* 4-22-12
Notary Public (Commission Expires)

[Notary Seal: Natasha Cooper, Notary Public, Fulton County, Georgia, Apr. 22, 2012]

**APS International, Ltd.**