| | | |
|---|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) |  | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171 |

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Chateau Development, LLC
Court Case No. 09-6690 Sect. L

State of: __MS__ ) ss.
County of: __Jones__ )

**Name of Server:** Davy Keith, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on **26-Oct-2010 04:00 pm**

**Place of Service:** at **61 Highpointe Drive**, city of **Hattiesburg**, state of  MS

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Chateau Development, LLC
By delivering them into the hands of an officer or managing agent whose name and title is
William G. Smith, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  M ; Skin Color  white  ; Hair Color  brown  ; Facial Hair  N/A
Approx. Age  40  ; Approx. Height  5'08"  ; Approx. Weight  180

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
__2__ day of __Nov__, 20__10__
_____
Notary Public         (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 107331-5

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 83932, MICHELLE MURRAY, Commission Expires Jan. 23, 2011, JONES COUNTY]