David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CMH Manufacturing, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __TEXAS__ ) ss.
County of: __McLENNAN__ )

**Name of Server:** __MARK S. BURROW__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27__ day of __October__, 20__10__, at __12:10__ o'clock __P__ M

**Place of Service:** at  Waco 2                                     , in  Waco, TX  76712
                           7001 Imperial Dr

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**CMH Manufacturing, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: __Don McCann - Gen. Mgr of Facility__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WH__ ; Hair Color __BN__ ; Facial Hair __N/A__
Approx. Age __48__ ; Approx. Height __5'10"__ ; Approx. Weight __170__

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____ SCH 275
Signature of Server

Subscribed and sworn to before me this __28th__ day of __October__, 20__10__

__Mary K. Donaldson__
Notary Public               (Commission Expires)

**APS International, Ltd.**



MARY K. DONALDSON
Notary Public, State of Texas
My Commission Expires
June 09, 2011