Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

APS File #: 107331-0048

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Delta Lumber Co. Building Supply
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Hinds** )
Name of Server: **Jimmy K Taylor**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29** day of **October**, 20 **10**, at **1009** o'clock **A** M

Place of Service: at **235 E. Georgetown St.**, in **Crystal Springs, MS 39059**

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Delta Lumber Co. Building Supply**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Pete Millaps / Asst Mgr**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **O**; Hair Color **Gray**; Facial Hair **no**
Approx. Age **65**; Approx. Height **5'10"**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **29** day of **October**, 20 **10**

Cynthia L. Wilson
Notary Public     (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 66724
CYNTHIA L. WILSON
Commission Expires
July 18, 2014
RANKIN COUNTY