David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0003

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Devon International Group, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **PA** ) ss.
County of: **Berks** )

**Name of Server:** _Eric Afflerbach_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **October**, 20 **10**, at **11:50** o'clock **A** M

**Place of Service:** at **1100 First Avenue, Suite 100**, in **King of Prussia, PA 19406**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Devon International Group, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Barry Mulhearn / Counsel_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Brw** ; Facial Hair ___
Approx. Age **60** ; Approx. Height **5'9** ; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **26** day of **Oct**, 20 **10**

Notary Public    (Commission Expires)

**APS International, Ltd.**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa A. Minzola, Notary Public
Washington Twp., Berks County
My Commission Expires Dec. 5, 2013