Case 2:09-md-02047-EEF-MBN   Document 7623   Filed 02/18/11   Page 1 of 1

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0063

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Done-Rite Construction
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MARSHALL** )

**Name of Server:** **MICHELLE WALLACE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27th** day of **OCTOBER**, 20 **10**, at **6:30** o'clock **P** M

**Place of Service:** at 915 1st Avenue North West, in Arab, AL 35016

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Done-Rite Construction

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **NANCY MEADOWS**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **DARK** ; Facial Hair **N/A**
Approx. Age **50** ; Approx. Height **5'6** ; Approx. Weight **180 LB**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Michelle Wallace*
Signature of Server

Subscribed and sworn to before me this **27** day of *October*, 20**10**

*Nancy [signature]*
Notary Public   (Commission Expires)

**APS International, Ltd.**

MY COMMISSION EXPIRES 2-3-2014