David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Edwards Construction Company
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **South Carolina** ss.
County of: **Florence**
Name of Server: **Pat Ramsey**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30th** day of **Oct.**, 20**10**, at **3:50** o'clock **P** M

Place of Service: at **233 C Pecan Dr.**, in Hartsville, SC  29550

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Edwards Construction Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **Perry Edwards - Authorized Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brn.**; Facial Hair **No**
Approx. Age **40**; Approx. Height **5'10**; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
**Pat Ramsey**
Signature of Server

Subscribed and sworn to before me this **1st** day of **Nov.**, 20**10**.
**R. O. Newman**  **4/29/2013**
Notary Public        (Commission Expires)

**APS International, Ltd.**