David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0031

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Great Western Building Materials
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Maricopa ) ss.
County of: Arizona )

Name of Server: **Jim Ortman**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 25th day of October, 20 10, at 11:49 o'clock A M

Place of Service: at 3652 E Miami St, in Phoenix, AZ 85040

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Great Western Building Materials**
By delivering them into the hands of an officer or managing agent whose name and title is: **David Steele, Vice President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Cauc ; Hair Color Gray ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'7" ; Approx. Weight 155

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_
**APS International, Ltd.**

Subscribed and sworn to before me this 27th day of Oct., 20 10

_JoAnn Romo_
Notary Public    (Commission Expires)

OFFICIAL SEAL
JOANN ROMO
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. April 27, 2014