David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0015

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grogan Construction and Real Estate, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **North Carolina** ) ss.
County of: **Wilkes** )

**Name of Server:** **Wes Church**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **October**, 20 **10**, at **1:25** o'clock **P** M

**Place of Service:** at **4992 Sagemeadow Cir**, in **Hickory, NC 28601-9120**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Grogan Construction and Real Estate, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Judy Hodge, Company Secretary**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **Cauc**; Hair Color **bro-blo**; Facial Hair **N/A**
Approx. Age **50's**; Approx. Height _____; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Wes Church_
Signature of Server

Subscribed and sworn to before me this **26** day of **October**, 20 **10**

_Hayden Church_   3-30-13
Notary Public    (Commission Expires)

**APS International, Ltd.**

HAYDEN R. CHURCH
NOTARY PUBLIC
WILKES COUNTY, NORTH CAROLINA
My Commission Expires March 30, 2013