David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0065

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Gulf Coast Shelter, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

Name of Server: **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28** day of **OCTOBER**, 20 **10**, at _____ o'clock **A** M

Place of Service: at  150 Government Street, Suite 2000, in  Mobile, AL 36602

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Gulf Coast Shelter, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **MR. NEWMAN (ATTORNEY) FOR GULF COAST**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **SILVER**; Facial Hair **NONE**
Approx. Age **47**; Approx. Height **5'10"**; Approx. Weight **165**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **1st** day of **November**, 20 **10**

_____
Notary Public    (Commission Expires)
**06/24/2012**