David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0012

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Hartsville Lumber & Barns, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: South Carolina ) ss.
County of: Florence )

**Name of Server:** Pat Ramsey, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26th day of Oct, 20 10, at 11:05 o'clock A M

**Place of Service:** at 1113 North 5th Street, in Hartsville, SC 29550

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hartsville Lumber & Barns, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Scott Kirkley - Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair No
Approx. Age 45 ; Approx. Height 5'10 ; Approx. Weight 240

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Pat Ramsey
Signature of Server

Subscribed and sworn to before me this 28th day of Oct, 20 10.

Notary Public SC (Commission Expires) 4/29/2013.

**APS International, Ltd.**