David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0014

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--I.B.S.A., Inc. Independent Builders Supply Association, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **North Carolina** ) ss.
County of: **Johnston** )

**Name of Server:** **Jennifer McKenzie**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **October**, 20**10**, at **3:20** o'clock **P** M

**Place of Service:** at **1801 Wal Pat Road**, in **Smithfield, NC 27477**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**I.B.S.A., Inc. Independent Builders Supply Association, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Bert Redford, CFO**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **brown** ; Facial Hair **yes**
Approx. Age **40** ; Approx. Height **5'9"** ; Approx. Weight **170**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **26** day of **October**, 20 **10**

*[signature] Edwin McCracken*
Notary Public   (Commission Expires)

*[Notary seal: EDWIN McCRACKEN, NOTARY PUBLIC, WAKE COUNTY, N.C., Comm. Exp. 12-22-2011]*