# EXHIBIT A

**Monica Lord**

**From:** Debbie Murphy on behalf of Arnold Levin
**Sent:** Thursday, February 17, 2011 4:54 PM
**To:** Monica Lord
**Subject:** FW: CDW- Omnibus Complaint IX DEADLINE- FRIDAY, FEBRUARY 18
**Attachments:** R&D Plaintiffs' List (omni IX).wpd

**Importance:** High

Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Carolina Suarez [mailto:suarez@rdlawnet.com]
**Sent:** Thursday, February 17, 2011 4:47 PM
**To:** Arnold Levin
**Subject:** RE: CDW- Omnibus Complaint IX DEADLINE- FRIDAY, FEBRUARY 18
**Importance:** High

Dear Mr. Levin,

Enclosed is Roberts & Durkee PA and Milstein Adelman LLP's Plaintiff submissions for Omnibus Complaint IX as to defendants Taishan Gypsum Ltd and Tai'an Taishan Plasterboard Co. Ltd.   We submit this client list for the purpose of including plaintiffs in the Omnibus Complaint IX against Taishan Gypsum Ltd and Tai'an Taishan Plasterboard Co. Ltd.  If you have any questions or concerns, please do not hesitate to contact our office.

I will send you a CD via overnight mail with the indicia to 510 Walnut Street, Suite 500, Philadelphia, OA 19106.

Yours sincerely,

Carolina



**Carolina B. Suarez, Esq.**
**Roberts & Durkee PA**
Penthouse 1, Suite 1603
121 Alhambra Plaza
Coral Gables, FL 33134

1

*Chinese Drywall Litigation – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)*

Case 2:09-md-02047-EEF-MBN   Document 7637-4   Filed 02/18/11   Page 3 of 13

**Important Instructions: Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both). Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized. When identifying multiple defendants in one of the categories below (*i.e.,* distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants. Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.**

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| John & Sandra Conroy | | 1750 NW 24th Place, Cape Coral, FL 33993 | Roberts & Durkee PA 121 Alhambra Plaza Suite 1603 Coral Gables, FL 33134 (305) 442-1700  Milstein Adelman LLP 2800 Donald Douglas Loop North Santa Monica, CA 90405 | *Payton* | "4 feet x 12 feet x ½ inch" | | | |
| Vincent & Joan Geraci | | 420 NW 38th Ave, Cape Coral, FL 33993 | Same as above | *Payton* | "4 feet x 12 feet x ½ inch" | | | |
| Seaks, Sieglinde | | 2810 NW 14th Terr, Cape Coral, FL 33993 | same as above | *Payton* | "4 feet * 12 feet * ½ inch" | | | |
| Prokopetz, Jason and Linda | | 2548 Deerfield Lake Court, Cape Coral, FL 33993 | same as above | | "Prowall" and "1396 Standard" | | | |
| Batra | | 2565 Deerfield Lake Court, Cape Coral, FL 33993 | Same as above | *Gross* | "ASTM C 36/C1396" | | | |

*Chinese Drywall Litigation – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)*

Case 2:09-md-02047-EEF-MBN   Document 7637-4   Filed 02/18/11   Page 4 of 13

**Important Instructions: Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both).  Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized.  When identifying multiple defendants in one of the categories below (*i.e.,* distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants.  Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.**

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| Ceminsky, Gerald and Margaret | | 2572 Keystone Lake Drive, Cape Coral, FL 33993 | Same as above | *Payton* | "China" | | | |
| Dowdy, Alfred and Joyce | | 2553 Deerfield Lake Court, Cape Coral, FL 33993 | Same as above | *Payton* | "Made in China meets ASTM 36" | | | |
| Epstein, Kim | | 2556 Keystone Lake Drive, Cape Coral, FL 33993 | Same as above | *Payton* | blue tape | | | |
| Gauthier, Paul and Patricia | | 2583 Keystone Lake Drive, Cape Coral, FL 33993 | Same as above | *Gross* | blue tape | | | |
| Grassel, Eric and Svetlana | | 3033 Lake Manatee Court, Cape Coral, FL 33993 | Same as above | *Gross* | "4 feet x 12 feet" | | | |
| Hamwee, Mark | | 2557 Deerfield Lake Court, Cape Coral, FL 33993 | Same as above | *Wiltz* | "Prowall" | | | |
| Kingsnorth, Bob and Grace | | 2556 Deerfield Lake Court, Cape Coral, FL 33993 | Same as above | *Payton* | "Made in China" | | | |

*Chinese Drywall Litigation – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)*

Case 2:09-md-02047-EEF-MBN   Document 7637-4   Filed 02/18/11   Page 3 of 13

**Important Instructions:** Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both). Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized. When identifying multiple defendants in one of the categories below (*i.e.,* distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants. Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| Masih, Parveem | | 2533 Deerfield Lake Court, Cape Coral, FL 33993 | Same as above | *Gross* | "Made in China" | | | |
| Muenchen Jr., Stephen | | 2537 Deerfield Lake Court, Cape Coral, FL 33993 | Same as above | *Gross* | "Made in China" | | | |
| Muenchen Sr., Stephen | | 2565 Keystone Lake Drive, Cape Coral, FL 33993 | Same as above | *Payton* | "Prowall" | | | |
| Naustdal, Oscar and Donna | | 2576 Keystone Lake Drive, Cape Coral, FL 33993 | Same as above | *Payton* | "Made in China meets ASTM C36" | | | |
| Steed, Max | | 2580 Keystone Lake Drive, Cape Coral, FL 33993 | Same as above | *Gross* | "Meets ASTM C36" | | | |
| Torpy, Larry & Terri | | 2569 Deerfield Lake Court, Cape Coral, FL 33993 | Same as above | *Gross* | Blank | | | |
| Zamora, Micahel | | 3044 Lake Manatee Drive, Cape Coral, FL 33993 | Same as above | *Gross* | "06.02.17 08:43 019 803" | | | |

*Chinese Drywall Litigation* – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)

Case 2:09-md-02047-EEF-MBN   Document 7637-4   Filed 02/18/11   Page 6 of 13

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| **Important Instructions:** Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both). Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized. When identifying multiple defendants in one of the categories below (*i.e.,* distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants. Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT. | | | | | | | | |
| Levitan, Lev | | | Same as above | *Payton* | "IMTGypsum.com" and "12 *1/2" made in china" | | | |
| Toledo, Marcia | | 3932 SW 52nd Ave, Unit #3, Pembroke Pines, FL 33023 | Same as above | *Payton* | Illegible | | | |
| Perez, Esdras | | 1835 Dalmation Ave, Port St. Lucie, FL 34953 | Same as above | *Payton* | Teal tape | | | |
| Barcia, Aurora | | 6119 NW Densaw Terrace, Port St. Lucie, FL 34986 | Same as above | *Payton* | "4 feet x 12 feet x ½ inch" | | | |
| Vrchota, Roy | | 1330 68th Street North, West Palm Beach, FL 33412 | Same as above | | "Beijing New Building Materials" | | | |
| Gulf Reflections Condominium | | 12650 Whitehall Drive, Ft. Myers, FL 33907 | Same as above | *Payton* | "225 KOC" | | | |
| Borgardt, David and Katherine | | 2160 NW 23rd Ave, Cape Coral, FL 33993 | Same as above | *Payton* | "4 feet x 12 feet x ½ inch" | | | |

*Chinese Drywall Litigation — Plaintiffs' List — Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)*

Case 2:09-md-02047-EEF-MBN   Document 7637-4   Filed 02/18/11   Page 7 of 13

**Important Instructions:** Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both). Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized. When identifying multiple defendants in one of the categories below (*i.e.,* distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants. Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| Cegielski, Boguslaw & Ning | | 246 SW 26th St, Cape Coral, FL 33993 | Same as above | | "Made in China meets ASTM" | | | |
| Menz, Charlotte | | 112 SW 35 Ave, Cape Coral, FL 33991 | Same as above | | "DrYwall" | | | |
| Faroh, Edgar | | 8155 NW 108 Ave, Miami, FL | Same as above | *Gross* | "C" | | | |
| Ivory, James and Maria | | 16315 Maya Circle, Punta Gorda, FL 33955 | Same as above | *Payton* | "4 feet x 12 feet x ½ inch" | | | |
| Griffith, Richard and Olga | | 142 SW Covington Road, Port St. Lucie, FL | Same as above | *Payton* | "4 feet x 12 feet" | | | |
| Madera, Eligio and Belkys | | 1301 SW Parma Ave, port St. Lucie, FL 34953 | Same as above | | "DrYwall" | | | |
| Cambric, Shannon | | 8585 Athena Court, Lehigh Acres, FL 33971 | Same as above | *Gross* | illegible | | | |
| Patti, Anthony | | 8716 Pegasus Drive, Lehigh Acres, FL | Same as above | *Gross* | "Panel Rey 2" | | | |
| Serajuddowla, Ruth | | 8710 Pegasus Drive, lehigh Acres, FL | Same as above | *Gross* | "DrYwall" | | | |

*Chinese Drywall Litigation – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)*

Case 2:09-md-02047-EEF-MBN   Document 7637-4   Filed 02/18/11   Page 8 of 13

**Important Instructions:** Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both). Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized. When identifying multiple defendants in one of the categories below (*i.e.,* distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants. Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| Sierra, Santos | | 8719 Pegasus Drive, Lehigh Acres, FL | Same as above | *Gross* | illegible | | | |
| Simonian, Thomas | | 8582 Athena Ct, Building 4, Lehigh Acres, FL 33971 | Same as above | *Gross* | "4 feet x 12 feet x ½ inch" | | | |
| Valentin, Miguel | | 10902 NW 83St, Apt 208, Doral, FL 33178 | Same as above | | illegible | | | |
| Siddiqui, Hassan and Frauke | | 11429 Laurel Brook Court, Riverview, FL 33569 | Same as above | | "Taihe" "China" | | | |
| Barragan, Fernando & Barbara | | 8935 SW 228th Lane, Cutler Bay, FL | Same as above | *Payton* | "<C>" | | | |
| Restrepo, Soccoro | | 8932 SW 228th Lane, Miami, FL | Same as above | | illegible | | | |
| Victoria, Lindsey | | 22768 SW 89 Path, Cutler Bay, FL 33190 | Same as above | | illegible | | | |
| Edwards, Norma | | 1050 NW Leonardo Circle, Port St. Lucie, FL 34986 | Same as above | | "Made in China" "Underwriters Labs" and "4 * 12" | | | |
| Suarez, Humberto | | 208 SE 6th Street, Cape Coral, FL 33990 | Same as above | *Wiltz* | "Prowall" and "Made in China meets ASTM" | | | |

**Chinese Drywall Litigation – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)**

Important Instructions: Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both).  Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized.  When identifying multiple defendants in one of the categories below (*i.e.*, distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants.  Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| Brumbaugh, Russell & Carol | | 232 SE 15th Terr, Cape Coral, FL | Same as above | Gross | "½ inch" and ""06:02:17:00:32" | | | |
| Mullen, Thomas and Kathleen | | 1130 Bari St, Lehigh Acres, FL 33996 | Same as above | *Payton* | "Made in China" | | | |
| Cruz, Eduardo | | 4304 21 Street SW, Lehigh Acres, FL 33976 | Same as above | | "Made in China meets ASTM C36/C1396 standard" | | | |
| Thomas, Omar and Nelson, Nordia | | 1913 Louis Ave, Lehigh Acres, FL 33972 | Same as above | *Payton* | illegible and "o6 o6 o6" | | | |
| Osterberg, David and Andrea | | 3404 W. Sevilla St. Tampa, FL | Same as above | *Payton* | "Made in China" | | | |
| Singeton, Robert & Krista | | 5201 W. Neptune Way, Tampa, FL 33609 | Same as above | | "Made in China" | | | |
| Mihelich, George and Mara | | 14015 SW 32nd Street, Miramar, FL 33027 | Same as above | *Rogers* | "Made in China" | | | |
| Morgan, Jetson and Lee | | | Same as above | Gross | "ASTM Standard" and "4 feet x 12 feet x ½ inch" | | | |

Case 2:09-md-02047-EEF-MBN Document 7637-4 Filed 02/18/11 Page 10 of 13

**Chinese Drywall Litigation – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)**

Important Instructions: Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both). Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized. When identifying multiple defendants in one of the categories below (*i.e.*, distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants. Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| Marcano, Jorge | | 3335 NE 4th Street, Homestead, FL 33033 | Same as above | | blank | | | |
| Packard, Suki | | 3028 Lake Manatee Court, Cape Coral, FL | Same as above | *Gross* | blank | | | |
| Boucher, Gordon and Nancy | | 11001 Gulf Reflections Drive, Unit A208, Fort Myers, FL 33908 | Same as above | *Gross* | blank | | | |
| Cummins, Roland and Charlene | | 11001 Gulf Reflections Drive, Unit A108, Fort Myers, FL 33908 | Same as above | *Gross* | blank | | | |
| Mantuo, JoeEllen | | 11001 Gulf Reflections Drive, Unit A-308, Fort Myers, FL 33908 | Same as above | *Gross* | | | | |
| Ebersole, Maria | | 11001 Gulf Reflections Drive, Unit A-405, Fort Myers, FL | Same as above | *Payton* | "Paper" | | | |
| Talerico, Joseph | | 240 SE 29th Street, Cape Coral, FL 33904 | Same as above | *Gross* | "drYwall" and "½ inch" | | | |
| Reilly, Reid | | 8648 Athena Court, Lehigh Acres, FL | Same as above | | illegible | | | |
| Helmick, Maria and Timothy | | 8931 SW 228th Lane, Miami, FL | Same as above | *Gross* | blank | | | |

Page 8 of 10

*Chinese Drywall Litigation – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)*

**Important Instructions:** Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both). Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized. When identifying multiple defendants in one of the categories below (*i.e.,* distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants. Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| Powell, Laura Ann | | 8870 Sw 229TH Street, Cutler Bay, FL | Same as above | *Gross* | blank | | | |
| Hanzel, Gary | | 16122 Via Solerna Circle, Unit 105, Ft. Myers33996 | Same as above | *Gross* | blank | | | |
| Coords, Maria | | 1245 Kendari Terrace, Naples, FL 34113 | Same as above | *Payton* | "America" | | | |
| Palmer, Olga | | 1233 Kendari Terr, Naples, FL | Same as above | *Payton* | "Gridmarx" | | | |
| Nunez, Carmela | | 2650 Amber Lake Drive, Cape Coral, FL33909 | Same as above | *Payton* | "drYwall" | | | |
| Kranz, Helen | | 8644 Athena Court, Lehign Acres, FL 33971 | Same as above | *Gross* | "drYwall" | | | |
| Robinson, Patrick | | 8580 Athena Court, Lehign Acres, Fl | Same as above | | "4 feet x 12 feet" | | | |
| Larrazabal, Alejandro | | 10902 NW 83rd St, Apt112, Doral, FL | Same as above | | "Gridmarx" | | | |
| Masmela, Bryan | | 10902 NW 83rd St, Doral, FL | Same as above | *Payton* | "Gridmarx" | | | |

*Chinese Drywall Litigation* – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)

Case 2:09-md-02047-EEF-MBN   Document 7637-4   Filed 02/18/11   Page 12 of 13

**Important Instructions:** Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both).  Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized.  When identifying multiple defendants in one of the categories below (*i.e.,* distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants.  Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| Teegarden, Randy and Teresa | | 4433 Fieldview Circle, Wesley Chapel, FL | Same as above | | "Made in China" | | | |
| Craig, Bill and Jill | | 4143 Wildstar Circle, Wesley Chapel, FL | Same as above | *Payton* | illegible | | | |
| Fischer, Dirk and Svetlana | | 424 NW 38th Ave, Cape Coral, FL 33993 | Same as above | *Payton* | "4 feet x 12 feet" | | | |
| Arias, Evelyn | | 3601 Malagrotta Circle, Cape Coral, FL | Same as above | *Payton* | "Argentina" | | | |
| Meyer, Ken | | 120 SE 4th Terrace, Cape Coral, FL | Same as above | | "4 feet x 12 feet x ½ inch" | | | |
| Shaw, John & Barbara | | 827 SW 17th Street, Cape Coral, FL 33991 | Same as above | *Payton* | "DrYwall" and "4 feet x 12 feet" | | | |
| Cole, John and Star | | 2766 Blue Cypress Lake Court, Cape Coral, FL 33909 | Same as above | | "4 feet x 12 feet x ½ inch" | | | |
| Transland LLC | | 34 NE 4th Street, Cape Coral, FL 339089 | Same as above | *Payton* | "Gridmarx" | | | |

*Chinese Drywall Litigation*
All Plaintiffs List – Phase I

| Plaintiff/Current Address | Original Jurisdiction | MDL - E.D. La. | Property Address | Date of Purchase/ Installation | Firm | Manufacturer Defendant | Builder Defendant | Contractor/ Installer Defendant | Distributor Defendant | Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|---|---|---|
| Rookery Park Estates, LLC KOL Ventures, LLC 1400 E. Oakland Park Blvd. Suite 111 Oakland Park, FL 33334 | | | NW 30th Terrace Fort Lauderdale, FL (Unit #s 5148, 5141, 5131, 5125, 5147, 5145 and 5126) | | Gonzalez/LFSB/ Lewis | Knauf-Tianjin | Master Builders of South Florida, Inc. | F. Vicino and Company, Inc. | | La Suprema Trading, Inc.; La Suprema Enterprise, Inc. |