# EXHIBIT B

## Omni I

**Milstein, Adelman & Kreger and Roberts & Durkee**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Ammons, Dana and Rick
Arbelo, Luis and Fatima
Arias, Mirtha
Auerbach, Suely
Avello, Daniel and Isbel
Bailey, Gary and Kristi
Bailey, Georgia
Banks, Jeremy and Carla
Bissoon, Suresh and Oma
Braithwaite, Judy
Brown, Habdon and Carla
Callahan, Donald and Joanna
Calvo, Jeannette/Martinez,
    Tyronne
Ceminsky, Gerald and Margaret
Corell, Roberto and Angela
Craig, Bill and Jill
Crawford, Monique and Elaine
Crispino, Peter and Mary Ann
Cummings, Barrington/Brown,
    Annmarie
Dabalsa, Ricardo
DeCambre, Nadine and Pansy
Dolinsky, Chanel/Wainstein,
    Victor
Dowdy, Alfred and Joyce
Epstein, Kim
Feler, Svyatoslaw/
    /Smolyanskaya, Yelena
Fernandez, Jose and Lissette
Ferri, Albert and Francine
Ford, William and Melanie
Gonzalez, Victor/Socarras,
    Yelene
Graham, Marlene and Jay
Grasmeier, John and Marie
Gumpert, Melvin and Shirley
Hernandez, Cynthia and Pedro
Howard, Walter
Jackson, Stephen and Graciela
James, Janelle
Kingsnorth, Bob and Grace
Kasakowski, Lawrence/Diane
LaDow, Gilbert and Dolores
Litus, Rodney and Suze
McGee, Tim
Muenchen, Stephen Sr.
Mullen, Thomas and Kathleen
Mulligan, Vincent and Virginia
Naustdal, Oscar and Donna
Orcutt, Aaron and
    Tracey/Gallo, Vito
Palmer, William and Anne
Panessa, Bart
Pena, Adelky
Pensabene, Joseph and Patricia
Perez, Jorge and Rosa

Persaud, Narayan and Durpattie
Pitter, Delroy and Jacqueline
Reid, Marvin
Rivas, Ramon and Nilda
Rodriguez, Nicole/Canfield,
    Carrie
Schlichte, Henry and Cheryl
Seavers Jay and Sandra
Sica, Donna
Silvestri, Richard and Lorraine
St. Cyr, Randa and Emmanuel
Su, Qi ing ("Andy)
Surman, Fred
Walsh, Darion
Watson, Patrick and Paula
Whidden, Tyler
Williams, Margret
Wakeland, Angella/Nicholas
Bell, Gerald and Helen
Carvajalino, Carlos
Chrusz, Ryan and Kelli
Conte, Margaret Ann
Costoya,, Armando and Ileana
Cuddapah, Prabhakara and
    Ramathilakam
De Los Santos, Rosibel/Brian
Efries, Nathan and Patricia
FMY Ventures, LLC
Gillard, Rudean
Gonzalez, Luis and Caridad
Gonzalez, Roberto/Rivera,
    Fernanda
Hafeez, Muneer and Khalida
Henry, Michael and Joanne
Laudermilk, Richard/Jewelstine
Macario, Juan
Marcinkiewicz, Michael/Lillian
O'Brien, William
Pelland, John and Susan
Rottau, Erwin/Cloeren, Mary
    Jane
Zheltkov, Victor and Lyudmilla
Holley, Charles and Heidi
Mullen, Thomas and Kathleen
Peterson, Derrick & Robin
Werner, Udo
Coords, Maria
Griffithm Richard and Olga
Morgan, Jetson and Lee
Palmer, Olga
Albano, Carol
Holley, Charles and Heidi
Mullen, Thomas and Kathleen
Peterson, Derrick & Robin
Werner, Udo
Coords, Maria
Griffith Richard and Olga

Morgan, Jetson and Lee
Palmer, Olga
Albano, Carol
Albert, James & Mariamma
Beauvilet, Jean Louis
Levitan, Lev & Rosaliya
    Makarchuk
Persuad, Thakur
Segundo, Rafael & Ana
Smith, Michael & Tatiana
Borgardt, David & Kathy
Bravo, Cossette & David Ilanes
Cohen, Carol
Conroy, John & Sandra
D'Angelo, Mara & James
Ebersole, Maria Architectural
    Alliance Holdings, Inc.
Elmurr, Johnny
Fischer, Dirk & Svetlana Fisher
Fogle, James & Tecquinette
Geraci, Vincent & Joan
Gulf Reflections Condo Assn
Peace, Stephanie & John
Saeks, Sieglinde
Shaw, John & Barbara
Suarez, Humberto
Thomas, Omar & Nordia
    Nelson
Toledo, Marcia
Transland, LLC
Arias, Evelyn
Barcia, Aurora
Barragan, Fernando & Barbara
Fallmann, James & Barbara
Gay, Diana
Henson, James Meredith
Hernandez, Nicolbe & Sepia
    Reid
Ivory, James and Maria
Kallas, John & Katherine
Kent, T. Jack
Ma, Guofeng & Wei Cheng
Mackoff, Arlene & Charles
Masmela, Bryan
Miller, Bradley & Tricia
Nunez, Carmela
Osterberg, David & Andrea
Patino, Hector
Restrepo, Socorro
Rizzo, Jack & Luz
Scarlett, Perry & Stephanie
Semrau, Terrance Scott & Deborah
Teegarden, Randy & Teresa
Tutin, Barry and Barbara

## Omni II

**Milstein, Adelman & Kreger and Roberts & Durkee**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Hamwee, Mark
Suarez, Humberto

## Omni III

### Milstein, Adelman & Kreger, LLP and Roberts & Durkee,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Batra, Vinod
Boucher, Gordon & Nancy
Brumbaugh, Russell R. Jr. & Carol
Cambric, Shannon
Cole, John & Star
Cummins, Rolland & Charlene
Edgar, Faroh on behalf of Marazul
 LLC
Fores, David, Vasquez, Monica
Gauthier, Paul & Patricia
Grassel, Eric & Svetlana
Grunsted, Tamarra
Hanzel, Gary on behalf of Security
 Source, Inc.
Helmick, Timothy & Maria
Herbert, Brian

Jerry, Jason, Prokopetz, Linda
Katz, Barry & Rebecca
Kirby, Robert
Kranz, Helene & Christina
Lee, Scott & Donna
Mantuo, Jo Ellen
Masih, Parveem
Morgan, Jetson & Lee
Muenchen, Stephen M. Jr.
Murphy, Ronald
Packard, Suki & Michael
Parker, David
Patti, Anthony J.
Peterson, Derrick & Robin
Powell, Laura Ann & Lindeerth
Reilly, Reed & Victoria

Schneider-Christians, Michael &
 Verena
Serajuddowla, Mohammad & Ruth
Serrano, Jose & Diana
Siddiqui, Hassan & Frauke
Sierra, Santos & Martha
Simonian, Thomas E. & Barbara R.
 Petty
Steed, Max
Talerico, Michele & Tom
Torpy, Larry & Terri
White, Jill & Vincent
Zamora, Michael

## Omni IV

**Milstein, Adelman & Kreger and Roberts & Durkee**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Acosta, Jose & Sofia
Arellano, Raulin Carlo & Karla
Boog, Vernon G.
Curbelo, Anika
De Leon, William & Zully
Ervin, Ronnie & Rodella
Fothergill, Zen
Gonzalez, Alberto, Diaz, Yarenis
Guilhempe, Edmund
Joseph, Roderick
Kondek, Anke & Dieter
Kroeger, Jeff

Medlen, Dianne
Mihelich, George & Mara
Nguyen, Kinh
Puckett, Charles & Sandra
Reinner, Stephanie, Graham, Wayne
Robert, Jarl, Tucker, Janice
Rucki, Thomas & Mary Sue
Saroza, Robert & Martha
Taylor, Charles & Rosa
Webster, Frank