IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Amato, et al. v. Liberty Mutual Ins. Co.* Case No. 2:10-cv-00932 | MAG. JUDGE WILKINSON |

**THE NORTH RIVER INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A THIRD-PARTY ACTION AGAINST THE KNAUF ENTITIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The North River Insurance Company ("North River") moves for leave of this court to file its Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd. (collectively identified as the "Knauf Entities"). In support of this Motion, North River relies on the Memorandum in Support, which is filed contemporaneously.

WHEREFORE, The North River Insurance Company prays that this Court grant its Motion for Leave to File and that its Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd. be entered into the record (attached here to as Exhibit A).

Respectfully submitted,

By:    */s Eric B. Berger*
     Brian S. Martin, Esq.
     Kevin Risley, Esq.
     Rodrigo "Diego" Garcia, Jr., Esq.
     THOMPSON COE COUSINS & IRONS LLP
     One Riverway, Suite 1600
     Houston, Texas 77056
     Phone: (713) 403-8206
     Fax: (713) 403-8299
     bmartin@thompsoncoe.com

     Sidney J. Angelle, Esq., La. Bar No. 1002
     Eric B. Berger, Esq. La. Bar No. 26196
     LOBMAN CARNAHAN BATT ANGELLE
        & NADER
     400 Poydras Street, Suite 2300
     New Orleans, Louisiana 70130
     Phone: (504) 586-9292
     Fax: (504) 586-1290
     sja@lcba-law.com

     ATTORNEYS FOR THE NORTH RIVER
     INSURANCE COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 18, 2011.

      ___/s *Eric B. Berger*_____
      ERIC B. BERGER