IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Amato, et al. v. Liberty Mutual Ins. Co.*<br>Case No. 2:10-cv-00932 | MAG. JUDGE WILKINSON |

### THE NORTH RIVER INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A THIRD-PARTY ACTION AGAINST THE KNAUF ENTITIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The North River Insurance Company ("North River") moves for leave of this court to file its Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd. (collectively identified as the "Knauf Entities"), and would show as follows:

1. North River is a defendant in the *Amato* class action lawsuit.

2. Pursuant to this Court's Pretrial Order No. 1, all responsive pleadings deadlines were stayed in the lawsuits transferred into the MDL until ordered by the Court.

3. Further, this Court's Pretrial Order No. 1G, deadlines to respond to the *Amato* class action lawsuit were suspended.

4. To date, North River has not filed a responsive pleading in the *Amato* Lawsuit.

5. Upon information and belief, North River and its insured, Interior Exterior Building Supply, L.P. will be defendants in a bellwether trial beginning on or about July 18, 2011.

6. North River intends to litigate its Third Party Claims versus the Knauf entities at that bellwether trial, in order to make the bellwether trial a more-complete representation of the issues involving North River and its insured, Interior Exterior Building Supply, L.P.

7. Upon information and belief, the Plaintiffs in the bellwether trial are: Dean and Dawn Amato, Bryon and Debra Byrne, Edward and Susan Beckendorf and Donald and Marcelyn Puig.  The Amatos and the Puigs are named plaintiffs in the *Amato* Lawsuit.  The Byrnes and Beckendorfs are unnamed class members.

8. To date, this Court has not entered a scheduling order for the July 18, 2011 bellwether trial.

9. The plaintiffs have not yet sought an amendment in this matter which would make the Byrnes and Beckendorfs named representatives against North River or sever the claims of prospective bellwether plaintiffs into a distinct, non-class lawsuit.

10. The parties to the *Amato* Lawsuit will therefore not be prejudiced by North River's assertion of third-party claims at this time.

WHEREFORE, The North River Insurance Company prays that this Court grant its Motion for Leave to File be granted and its Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd., be entered into the record.

Respectfully submitted,

By:     */s Eric B. Berger*
       Brian S. Martin, Esq.
       Kevin Risley, Esq.
       Rodrigo "Diego" Garcia, Jr., Esq.
       THOMPSON COE COUSINS & IRONS LLP
       One Riverway, Suite 1600
       Houston, Texas 77056

        Phone: (713) 403-8206
        Fax:  (713) 403-8299
        bmartin@thompsoncoe.com

        Sidney J. Angelle, Esq., La. Bar No. 1002
        Eric B. Berger, Esq. La. Bar No. 26196
        LOBMAN CARNAHAN BATT ANGELLE
          & NADER
        400 Poydras Street, Suite 2300
        New Orleans, Louisiana 70130
        Phone: (504) 586-9292
        Fax:   (504) 586-1290
        sja@lcba-law.com

        ATTORNEYS FOR THE NORTH RIVER
        INSURANCE COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 18, 2011.

                                                       ___/*s Eric B. Berger*_____
                                                       ERIC B. BERGER