IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Amato, et al. v. Liberty Mutual Ins. Co.*<br>Case No. 2:10-cv-00932 | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

Please take note that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, following the monthly status conference on February 23, 2011, at 9:00 a.m., or as soon thereafter as counsel can be heard, for an order on The North River Insurance Company's Motion for Leave to file Its Third-Party Claims against the Knauf Entities, and for such other further relief as the Court may deem just and appropriate.

Respectfully submitted,

By:   */s Eric B. Berger*
Brian S. Martin, Esq.
Kevin Risley, Esq.
Rodrigo "Diego" Garcia, Jr., Esq.
THOMPSON COE COUSINS & IRONS LLP
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

Sidney J. Angelle, Esq., La. Bar No. 1002
Eric B. Berger, Esq. La. Bar No. 26196
LOBMAN CARNAHAN BATT ANGELLE
   & NADER
400 Poydras Street, Suite 2300

New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 18, 2011.

      ___/*s Eric B. Berger*_____
      ERIC B. BERGER