**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Amato, et al. v. Liberty Mutual Ins. Co.* Case No. 2:10-cv-00932 | MAG. JUDGE WILKINSON |

**ORDER**

AND NOW, on this _____ day of _____, 2011, upon consideration of The North River Insurance Company's Motion for Leave and Memorandum in Support thereof, it is hereby ORDERED that said motion is GRANTED.

_____
Eldon E. Fallon
United States District Court Judge