IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Amato, et al. v. Liberty Mutual Ins. Co.*<br>Case No. 2:10-cv-00932 | MAG. JUDGE WILKINSON |

**THE NORTH RIVER INSURANCE COMPANY'S MOTION TO LIFT STAY
AS TO ITS MOTION FOR LEAVE TO FILE ITS THIRD-PARTY CLAIMS
AGAINST THE KNAUF ENTITIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The North River Insurance Company ("North River") moves this Court to lift the Stay in the above-captioned matters for the limited purpose of addressing North River's Motion for Leave to File its Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd. (collectively identified as the "Knauf Entities").  In support of this Motion, North River relies on the Memorandum in Support, which is filed contemporaneously.

WHEREFORE, The North River Insurance Company prays that this Court grant its Motion and lift the stay for the limited purpose of addressing North River's Motion for Leave to File Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd.

Respectfully submitted,

By:    */s Eric B. Berger*_____
    Brian S. Martin, Esq.
    Kevin Risley, Esq.
    Rodrigo "Diego" Garcia, Jr., Esq.
    THOMPSON COE COUSINS & IRONS LLP
    One Riverway, Suite 1600
    Houston, Texas 77056
    Phone: (713) 403-8206
    Fax: (713) 403-8299
    bmartin@thompsoncoe.com

    Sidney J. Angelle, Esq., La. Bar No. 1002
    Eric B. Berger, Esq. La. Bar No. 26196
    LOBMAN CARNAHAN BATT ANGELLE
      & NADER
    400 Poydras Street, Suite 2300
    New Orleans, Louisiana 70130
    Phone: (504) 586-9292
    Fax: (504) 586-1290
    sja@lcba-law.com

    ATTORNEYS FOR THE NORTH RIVER
    INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 18, 2011.

           ___*/s Eric B. Berger*_____
           ERIC B. BERGER