**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 17, 2011**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the pending jurisdictional and substantive motions filed by insurers in the MDL litigation. After hearing from the liaison counsel, the Court determined that these motions should be set for hearing, but not without agreement on briefing, discovery, and logistics. Accordingly, IT IS ORDERED that the Insurers' Steering Committee is to assemble a list of all insurers who have filed motions and the type of each motion, exchange this list with the other Steering Committees, and be prepared to discuss this list, as well as discovery, briefing, and hearing dates, with the Court following the monthly status conference on February 23, 2011. This conference is limited to Liaison Counsel.

JS10(00:30)