UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL 2047 SECTION: L JUDGE: FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |

*Pate v. American International Specialty Lines Insurance Co.*, No. 09-7791
*Amato v. Liberty Mutual Insurance Co.*, No. 10-932

## AMENDED ORDER

The Court issued an Order on February 11, 2011, scheduling a global mediation of the claims in the above-captioned cases on March 21-22, 2011. (R. Doc. 7414). This Order was issued based upon the assumption that all parties in these cases had agreed to the mediation, but the Court has since learned that this is not the case. Accordingly, IT IS ORDERED that the global mediation is cancelled until further order from the Court. However, the Court finds that a mediation in these cases is appropriate, but that all parties should be involved in the logistics of such; thus, IT IS FURTHER ORDERED that the parties in the above-captioned cases are to meet-and-confer and submit a draft mediation order to the Court within 15 days of this Order. The Court finds that the insureds, many homebuilders and installers, should also be included in the mediation. Parties are directed to provide their respective liaison counsel and steering committees with input regarding the draft, and the liaison counsel are to coordinate with one another and draft the appropriate documents.

NEW ORLEANS, LOUISIANA, this 17th day of February, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE