UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER

Considering Plaintiff Rookery Park Estates, LLC's Motion to Lift Stay as to Plaintiff's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.,

IT IS ORDERED that the stay is lifted as to Plaintiff's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motion following the monthly status conference on February 23, 2011, or at a time set by the Court. Responses to the Motion to Compel are due to the Court by February 21, 2011.

New Orleans, Louisiana, this 17th day of February, 2011.

_____
Eldon E. Fallon
United States District Court Judge