UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, KG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

**NOTICE OF SUBMISSION**

**TAKE NOTICE** that Defendant Bender Construction and Development will bring on for submission its Motion to Dismiss on March 2, 2011 at 9:00 a.m.

<div style="margin-left: 40%;">

KREBS, FARLEY & PELLETERI, P.L.L.C.

*/s/ Charles B. Long*
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone:   504-299-3570
Facsimile:    504-299-3582
E-mail:          clong@kfplaw.com
E-mail:          tpeyton@kfplaw.com
ATTORNEYS FOR DEFENDANT
BENDER CONSTRUCTION AND
DEVELOPMENT

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of February, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

<div style="margin-left: 40%;">

/s/*Charles B. Long*
CHARLES B. LONG

</div>