UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) |
| _____ | ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL CASES | ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) |
| _____ | ) |

### INDIVIDUAL PLAINTIFFS' REQUEST FOR LEAVE TO FILE FURTHER BRIEFING IN SUPPORT OF OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR AN ORDER REQUIRING AN ACCOUNTING AND OTHER RELIEF

The Plaintiffs' Steering Committee (PSC) seeks an Order requiring the sequestration of the full amount of *all* attorney fees paid from settlements of *all* Chinese drywall actions, whether before this Court or elsewhere. On January 7, 2011, Individual Plaintiffs filed an Opposition to the PSC's Motion, and on January 18, 2011, the PSC sought leave to file a brief in response to the Individual Plaintiffs' Opposition.

The PSC's Motion implicates jurisdictional questions which are of fundamental importance to this litigation, and to MDL actions in general. If issued, the order sought by the PSC will exercise control over persons who are not parties to the MDL, and over actions that are not before this Court. The Individual Plaintiffs, as well as many persons not before this Court, will suffer irreparable injury if this Motion is granted. The Individual Plaintiffs accordingly seek leave of Court to file the attached Further Briefing in support of their Opposition to the PSC's Motion.

Respectfully submitted,


Dated: February 18, 2011　　　　　/s/ C. David Durkee, Esq.
　　　　　　　　　　　　　　　　ROBERTS & DURKEE, P.A.
　　　　　　　　　　　　　　　　Alhambra Towers
　　　　　　　　　　　　　　　　Penthouse 1 – Suite 1603
　　　　　　　　　　　　　　　　121 Alhambra Plaza
　　　　　　　　　　　　　　　　Coral Gables, FL  33134
　　　　　　　　　　　　　　　　Phone:  (305) 442-1700
　　　　　　　　　　　　　　　　Fax:  (305) 442-2559
　　　　　　　　　　　　　　　　durkee@rdlawnet.com
　　　　　　　　　　　　　　　　*Counsel for Individual Plaintiffs*

　　　　　　　　　　　　　　　　Mark Milstein, Esq.
　　　　　　　　　　　　　　　　Paul D. Stevens, Esq.
　　　　　　　　　　　　　　　　Allison R. Willett, Esq.
　　　　　　　　　　　　　　　　MILSTEIN ADELMAN, LLP
　　　　　　　　　　　　　　　　2800 Donald Douglas Loop North
　　　　　　　　　　　　　　　　Santa Monica, CA  90405
　　　　　　　　　　　　　　　　Phone:  (310) 396-9600
　　　　　　　　　　　　　　　　Fax:  (310) 396-9635
　　　　　　　　　　　　　　　　*Counsel for Individual Plaintiffs*