UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2047 |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) | |
| ALL CASES ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |

## [PROPOSED] ORDER

IT IS ORDERED that leave is granted for the filing of Individual Plaintiffs' Further Briefing in Support of their Opposition to the Plaintiffs' Steering Committee's Motion for an Order Requiring Accounting and Other Relief.


DATED:_____          _____
                                     Judge Eldon E. Fallon
                                     United States District Court