David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0238

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Orlando, LLC, c/o Corporation Service Company

Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Leon** )

**Name of Server:** **James A Alo**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **2** day of **Nov**, 20 **10**, at **10 40** o'clock **A** M

**Place of Service:** at **1201 Hays Street**, in **Tallahassee, FL 32301**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**KB Home Orlando, LLC, c/o Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Joyce Mashley - process clerk**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Blk**; Facial Hair ___
Approx. Age **42**; Approx. Height **5'8"**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

11-2-10
Signature of Server

Subscribed and sworn to before me this **2** day of **Nov**, 20 **10**

_____ (Commission Expires)
Notary Public

APS International, Ltd.


DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019