UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> *Amato v. Liberty Mutual Ins.,* ) <br> Case No. 10-00932 (E.D. La.) ) <br> ) <br> *and* ) <br> ) <br> *Vickers, et al. v. Knauf Gips, KG, et al.* ) <br> Case No. 09-04117 ) <br> ) <br> ) <br> _____ ) | MDL NO. 2047 <br><br> SECTION: L <br><br><br><br><br><br><br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**PLAINTIFFS' STEERING COMMITTEE'S CONSOLIDATED RESPONSE TO DEFENDANT BANNER SUPPLY ENTITIES AND ITS INSURERS' MOTIONS TO COMPEL GLOBAL MEDIATION OF ALL CLAIMS AGAINST BANNER SUPPLY ENTITIES**

MAY IT PLEASE THE COURT:

Pursuant to the Court's order of February 16, 2011 (Doc. 7506), the Plaintiffs' Steering Committee ("PSC") hereby submits this Response to Defendant Banner Supply Entities and Chartis Entities Joint Motion to Compel Global Mediation of All Claims Against Banner Supply Entities (Doc. 7435[1]) and other Banner insurers'[2] Joint Motion to Compel Global Mediation of All Claims against Banner Supply Entities (Docs. 7508 & 7611).  The Banner entities' and its insurers will hereafter be collectively referred to as "Banner Entities."   In support thereof, the

---

[1] The Banner Entities, Chartis, and other Banner's insurers, filed a Motion for Leave to Amend the Joint Motion to Global Mediation on February 18, 2011 (Doc. 7611), assuming the Court will grant the Motion for Leave to Amend, the PSC is also responding to the amended Motion at document 7611.

[2] The insurers joining in the motion are: Illinois National Insurance Co. and National Union Fire Insurance Company of Pittsburgh, PA, collectively "Chartis."

PSC states as follows:

This Court has encouraged and assisted in structuring a series of settlement discussions between the PSC and the Banner Entities that have been successful.    Since December 2010, the PSC has been engaged in active global settlement discussions with the Banner Entities.    The PSC has kept the homebuilder and installer steering committees apprised of the progress with the settlement discussions.   The PSC and Banner Entities have consistently reported to the Court that they are making progress, and now a global settlement is close to completion.

The recent request by the Banner Entities for an immediate global mediation will only hurt the parties' ability to reach a final global settlement in this matter, because it will require Banner to conduct individual settlement discussions instead of reaching a complete resolution with all parties through the global class-wide settlement being drafted.   While the PSC believes that mandatory mediation may be necessary as part of the global settlement process, it should not be required or allowed before a global settlement has been finalized; before the Court has had an opportunity to consider the terms of the global settlement; and before preliminary and final approval of the global settlement is obtained.

The proposed global settlement, created under the Court's careful guidance, allows for the orderly and equitable distribution of settlement funds to all qualifying parties and class members.   The early mandatory mediation sought by the Banner Entities does not allow for order or equitable distribution and may result in a mad dash for cash by those only interested in protecting themselves.

In light of the parties' cooperative efforts in this matter to create a court supervised and managed global resolution, a premature mediation with all claimants only serves to create chaos, rather than a fair method of dispute resolution.   A mediation of all claimants will likely interfere

with the fair resolution of claims against the Banner Entities, because it will allow individuals who lack complete vision to obstruct the fair and equitable resolution of the Banner claims by infusing unorganized advocates with uninformed points of view into the settlement negotiations. This will likely destroy the progress that has been made in reaching a global settlement with the Banner Entities. Conversely, the proposed global settlement allows all parties and class members to participate in the settlement and receive an equitable portion of the settlement fund.

The PSC is not opposed to, and has requested, mediation as part of the Banner settlement. Mediation will be helpful to discuss equitable distribution of the settlement funds among the qualifying parties, subclasses and class members and to assist in resolving opt out claims. Nevertheless, the mediation sought by the Banner Entities before a global settlement is reached will be detrimental to the interests of the parties and class in reaching a fair, equitable and complete settlement of all claims against Banner.

Pursuant to LR 16.3.1, this Court has the ability and discretion to refer cases and parties to mediation as part of the global class-wide settlement process suggested herein. The PSC strongly urges this Court to deny the requested mandatory global mediation sought by the Banner Entities. Instead, the PSC suggests that the mediation take place as part of the proposed global settlement process.

WHEREFORE, the PSC respectfully requests that this Honorable Court deny Defendant Banner Entities Motion to Compel Global Mediation of All Claims Against Banner Supply Entities.

Dated:   February 21, 2011

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Ervin A. Gonzalez (On the Brief)
Patrick S. Montoya (On the Brief)
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Member of the PSC*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite   650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA   70057
Phone:   (985) 783-6789
Fax:   (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of February, 2011.

      /s/ Leonard A. Davis
           Leonard A. Davis
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Ave.
      New Orleans, LA   70113
      PH:   (504) 581-4892
      Fax:   (504) 561-6024
      ldavis@hhkc.com