David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0005

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L&W Supply Corporation, d/b/a Seacoast Supply Company c/o Corporation Trust Center
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** Adam Golden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22 day of October, 20 10, at 2:30 o'clock P M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
L&W Supply Corporation, d/b/a Seacoast Supply Company c/o Corporation Trust Center
By delivering them into the hands of an officer or managing agent whose name and title is: Scott Lascala

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Br ; Facial Hair ___
Approx. Age 35 ; Approx. Height 6'0" ; Approx. Weight 230

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 27 day of Oct, 20 10

Notary Public   (Commission Expires)

APS International, Ltd.