David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0027

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lakeridge Builders, Inc, by serving Lakeridge Custom Homes, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **TEXAS** ) ss.
County of: **TRAVIS** )

**Name of Server:** *Matthew Murski*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25TH** day of **OCTOBER**, 20 **10**, at **11:01** o'clock **A** M

**Place of Service:** at 1150 Lakeway Drive, Suite 101, in Lakeway, TX 78734

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lakeridge Builders, Inc, by serving Lakeridge Custom Homes, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **SANDY CRIDER, MANAGER IN CHARGE**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BROWN** ; Facial Hair **NONE**
Approx. Age **65** ; Approx. Height **5'4"** ; Approx. Weight **150**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

Subscribed and sworn to before me this **25th** day of **October**, 20 **10**

*[signature]*
Notary Public                (Commission Expires)

**APS International, Ltd.**



DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2012