David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107331-0215

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Maronda Homes, Inc. of Florida
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Florida_ ) ss.
County of: _Seminole_ )

**Name of Server:** _J. N. Meadows_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _November_ , 20_10_ , at _10:05_ o'clock _A_ M

**Place of Service:** at _3993 West First Street_ , in _Sanford, FL  32771_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Maronda Homes, Inc. of Florida**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Jane Forest, Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair _NA_
Approx. Age _50's_ ; Approx. Height _5'8"_ ; Approx. Weight _150_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    _2_ day of _November_ 20 _10_

_11-2-10_    _Karen J. Hernandez_
Signature of Server _J. N. Meadows_    Notary Public    (Commission Expires)
APS International, Ltd. _#423 Mea_

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires:   MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.