David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0060

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Marvins Building Materials and Home Centers
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Lauderdale )

**Name of Server:** Vannell Warner, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of October, 20 10, at 3 pm o'clock P M

**Place of Service:** at 2015 Highway 19 N, in Meridian, MS 39307

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Marvins Building Materials and Home Centers

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Scott Wilson (assistant manager)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brown ; Facial Hair ___
Approx. Age 38 ; Approx. Height 5' 11" ; Approx. Weight 205

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Vannell Warner
Signature of Server

Subscribed and sworn to before me this 27 day of October, 20 10

Judy M. Whitlock
Notary Public (Commission Expires)

**APS International, Ltd.**

My Commission Expires 1st My, Jan 2012