David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0029

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Metro Resources Corp, by serving The Corporate Place, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: __Nevada__ ) ss.
County of: __Clark__ )

**Name of Server:** __Judith Mae All- ID 0989037__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __26__ day of __October__, 20 __10__, at __3:03__ o'clock __P__ M

**Place of Service:** at __601 East Charleston Blvd, Suite 100__, in __Las Vegas, NV  89104__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Metro Resources Corp, by serving The Corporate Place, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Irene Medina (Secretary) at The Corporate Place, Inc.__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Hisp__ ; Hair Color __Brown__ ; Facial Hair __no__
Approx. Age __50s__ ; Approx. Height __5'6"__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Judith Mae All__
Signature of Server
NV State Licence No. 1742
**APS International, Ltd.**
APS Contractor No. 111a

Subscribed and sworn to before me this
__28__ day of __October__, 20 ___
__L.E. Whitehead__
Notary Public          (Commission Expires)

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
L. E. WHITEHEAD
Appt No 99-59631-1
My Appt. Expires November 30, 2011

I, (PRINT NAME) : IRENE MEDINA ..................... certify

and affirm that I have been authorized to accept this

Service of Process for:

: ...........................................................................
(NAME OF COMPANY OR ENTITY)

• Received this ...26... day of ...OCT..................., 2010..

Signature: •...Irene Medina.............................

Title: :....SECRETAR:.............................