David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0217

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Modern Construction Group, Inc., c/o Charles A. Fletcher, Jr., Registered Agent
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Orange** )

**Name of Server:** **Anthony Lu**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1** day of **November**, 20 **10**, at **7:20** o'clock **P** M

**Place of Service:** at **6530 Nina Rosa Drive**, in **Orlando, FL  32819**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Modern Construction Group, Inc., c/o Charles A. Fletcher, Jr., Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: **Charles A. Fletcher, Jr., Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Dark**; Facial Hair **No**
Approx. Age **45**; Approx. Height **6'2"**; Approx. Weight **180**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    **2** day of **November**, 20 **10**

Signature of Server **Anthony Lu**    11-2-10    Notary Public    (Commission Expires)

APS International, Ltd.    #7053

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission #DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC