David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by


APS International, Ltd.
1-800-328-7171

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--MW Johnson Construction of Florida, Inc
Court Case No. 09-6690 Sect. L

State of: Minnesota ) ss.
County of: Hennepin )

**Name of Server:** Kimberly Kes, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 03-Nov-2010 08:47 pm

**Place of Service:** at 16823 Island Ave, city of Lakeville, state of MN

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
MW Johnson Construction of Florida, Inc
By delivering them into the hands of an officer or managing agent whose name and title is
Troy Johnson, Authorized Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  M ; Skin Color  white ; Hair Color Blondish/Brown; Facial Hair Beard
Approx. Age 35-40 ; Approx. Height 5'7 ; Approx. Weight 180

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 4th day of November, 20 10

Notary Public  (Commission Expires)

APS File:  107331-22

ELIZABETH A. LITTLE
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2015