David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107331-0037

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Norman Gannon
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Hinds )

Name of Server: Jimmy R Taylor, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of October, 20 10, at 1338 o'clock P M

Place of Service: at 32 Napoleon Cir., in Brandon, MS 39047

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Norman Gannon**

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Norman Gannon** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color Grn/Brn; Facial Hair Moustache
Approx. Age 55-60; Approx. Height 5'10; Approx. Weight 200

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 28 day of October, 20 10

Notary Public (Commission Expires)

[Notary Seal: STATE OF MISSISSIPPI, ANQUENETTA TAYLOR, NOTARY PUBLIC, ID NO. 94227, My Comm. Expires JUNE 16, 2014, HINDS COUNTY]