Case 2:09-md-02047-EEF-MBN   Document 7659   Filed 02/21/11   Page 1 of 1

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107331-0241

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pulte Home Corporation, c/o Corporation Service Company
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Ali_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _Nov_, 20_10_, at _1040_ o'clock _A_ M

**Place of Service:** at 1201 Hays Street, in Tallahassee, FL 32301

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Pulte Home Corporation, c/o Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Mauhley - process clerk_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Blk_ ; Facial Hair _____
Approx. Age _48_ ; Approx. Height _5'8_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_11·2·10_

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _2_ day of _Nov_, 20_10_

Notary Public     (Commission Expires)


DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019