David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0058

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Renfrow Insulation & Supply
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Hinds )

Name of Server: Jimmy H Taylor, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of October, 20 10, at 10:33 o'clock A M

Place of Service: at 5650 Terry Rd., in Jackson, MS 39272

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Renfrow Insulation & Supply**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Janet Knight/ Office Mgr

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Brn; Facial Hair ___
Approx. Age 30; Approx. Height 5'6; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 28 day of October, 20 10

Notary Public               (Commission Expires)

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 94085, NICHELLE JACKSON, Commission Expires Sept. 3, 2013, HINDS COUNTY]