David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0040

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Renfrow Insulation I
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: MJ ) ss.
County of: Hinds )

Name of Server: Jimmy A Taylor, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of October, 20 10, at 1031 o'clock A M

Place of Service: at J650 Terry Rd, in Byram, MS 39272

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Renfrow Insulation I**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Janet Knight officer mgr

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brn ; Facial Hair ___
Approx. Age 30 ; Approx. Height 5'6" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 28 day of October, 20 10

Notary Public        (Commission Expires)

*STATE OF MISSISSIPPI NOTARY PUBLIC*
*ID # 94085*
*NICHELLE JACKSON*
*Commission Expires Sept. 3, 2013*
*MADISON COUNTY*