David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0020

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rylex Homes, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Tennessee_ ) ss.
County of: _Blount_ )

Name of Server: _Robert E. McCarter_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _25th_ day of _October_, 20_10_, at _2:30_ o'clock _P_, M

Place of Service: at ~~542 Grassland Drive~~ _421 Woodgate Dr._, in Maryville, TN 37804-6120

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Rylex Homes, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: _Mark Murry, owner_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Blnd/gray_; Facial Hair _No_
Approx. Age _35-40_; Approx. Height _5'10"_; Approx. Weight _190_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _25th_ day of _October_, 20_10_

Notary Public   (Commission Expires) _3-9-11_

**APS International, Ltd.**