David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107331-0038

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Stine Lumber, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __MISS__ ) ss.
County of: __ADAMS__ )

**Name of Server:** __JACK HUDE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __29__ day of __OCT__, 20 __10__, at __8:15__ o'clock __A__ M

**Place of Service:** at __199 US Highway 61 South__, in __Natchez, MS 39120__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stine Lumber, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __MANGER  SAMUEL BRADY CUNNINGHAM__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __BR__ ; Facial Hair __NO__
Approx. Age __30's__ ; Approx. Height __5'9__ ; Approx. Weight __170__
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __29__ day of __Oct.__, 20 __10__

*Jack Hude*
Signature of Server

*Ruthie A. Joy*
Notary Public          (Commission Expires)

**APS International, Ltd.**