David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--TMO Global Logistics, LLC
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Virginia ) ss.
County of: Albemarle )

**Name of Server:** Raymond C. Devore, III, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25 day of October, 20 10, at 10:09 o'clock A M

**Place of Service:** at 416 Park St., in Charlottesville, VA 22902

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**TMO Global Logistics, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: James M. Bowling IV, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 25 day of October, 20 10

Caitlin Doyle
Notary Public   (Commission Expires)

**APS International, Ltd.**

Caitlin Doyle
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7361264
My Commission Expires 11/30/2014