David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0007

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--US Home Corporation, a Delaware Corporation, c/o The Corporation Trust Company
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **DELAWARE** ) ss.
County of: **NEW CASTLE** )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __22__ day of __October__, 20__10__, at __2:30__ o'clock __p__ M

**Place of Service:** at __Corporation Trust Center 1209 Orange Street__, in __Wilmington, DE 19801__

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**US Home Corporation, a Delaware Corporation, c/o The Corporation Trust Company**
By delivering them into the hands of an officer or managing agent whose name and title is: __Scott Lascala, Operations Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Br__ ; Facial Hair _____
Approx. Age __35__ ; Approx. Height __6'0"__ ; Approx. Weight __230__

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __27__ day of _____, 20 __10__

Notary Public         (Commission Expires)

EXPIRES JULY 9, 2012
NOTARY PUBLIC STATE OF DELAWARE

**APS International, Ltd.**