David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0010

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply, Inc
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )

Name of Server: **Barry Driskell**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25th** day of **October**, 20 **10**, at **1:43** o'clock **P** M

Place of Service: at  Convergence Center IV , in  Virginia Beach, VA 23452
301 Bendix Road, Suite 500

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **40-45** ; Approx. Height **5'7"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

Subscribed and sworn to before me this **25th** day of **October**, 20 **10**

3-31-2014
Notary Public        (Commission Expires)

**APS International, Ltd.**