David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107331-0243

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--W.B. Howland Co., LLC, c/o Stuart Goldberg, Esq.,
Registered Agent
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** __James A Alu__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2__ day of __Nov__, 20 __10__, at __1630__ o'clock __P__ M

**Place of Service:** at 2039 Centre Point Blvd., Suite 201, in Tallahassee, FL 32308

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
W.B. Howland Co., LLC, c/o Stuart Goldberg, Esq., Registered Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Yolanda Walkins office manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Blk__ ; Hair Color __Blk__ ; Facial Hair ____
Approx. Age __34__ ; Approx. Height __5'8__ ; Approx. Weight __149__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

11-2-10
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __2__ day of __Nov__, 20 __10__

Notary Public         (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019