UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA**
**FOR FEBRUARY 23, 2011 STATUS CONFERENCE**

  I.    PRE-TRIAL ORDERS

  II.   PROPERTY INSPECTIONS

  III.  PLAINTIFF AND DEFENDANT PROFILE FORMS

  IV.   PRESERVATION ORDER

  V.    STATE/FEDERAL COORDINATION

  VI.   STATE COURT TRIAL SETTINGS

  VII.  MOTIONS IN THE MDL

  VIII. DISCOVERY ISSUES

  IX.   FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

  X.    TRIAL SETTINGS IN FEDERAL COURT

  XI.   FILINGS IN THE MDL

  XII.  NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

XIII.     INSURANCE ISSUES

XIV.     SERVICE OF PLEADINGS ELECTRONICALLY

XV.      MASTER COMPLAINT

XVI.     CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

XVII.    OMNIBUS CLASS ACTION COMPLAINTS

XVIII.   SPECIAL MASTER

XIX.     KNAUF GIPS KG PERSONAL JURISDICTION MATTER

XX.      FREQUENTLY ASKED QUESTIONS

XXI.     MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XXII.    MOTION TO ESTABLISH A PLAINTIFFS' LITIGTION EXPENSE FUND

XXIII.   MEMBERS OF THE PLAINTIFFS' STEEERING COMMITTEE

XXIV.    MEDIATION

XXV.     CLASS CERTIFICATION MOTIONS

XXVI.    PRE-TRIAL ORDER 1H

XXVII.   PILOT PROGRAM

XXVIII.  STIPULATION CONCERNING SERVICE OF PROCESS AND PRODUCT IDENTIFICATION

XXIX.    NEXT STATUS CONFERENCE