IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x | MDL NO. 2047 (Case No.: 09-7628) SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: (Case No.: 09-7628) | x x | MAG. JUDGE WILKINSON |

**DEFENDANT, F. VICINO AND COMPANY, INC.'S, OBJECTION TO PLAINTIFF, ROOKERY PARK ESTATES, LLC'S, MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC.**

Defendant, F. Vicino and Company, Inc. (herein after known as "F. Vicino"), hereby files its Objection to Plaintiff Rockery Park Estates LLC's Motion to Compel Mediation of All Claims against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc. and as grounds states:

1. Plaintiff filed a Motion to Lift the Stay on February 15, 2010.

2. In Plaintiff's Memorandum of Law in Support of Plaintiff Rookery Park Estates, LLC's Motion, Plaintiff claims that Knauf is in agreement with said mediation.

3. However, this Defendant has never been contacted regarding said mediation and does not consent to such mediation at this time.

4. Further, this Defendant received the Plaintiff's profile form on Saturday, February 19th, and was not even aware until then of the properties that are going to be addressed at said mediation.

5. At this time said mediation is premature and will not facilitate the resolution of any claims.

WHEREFORE, Defendant, F. Vicino and Company, Inc., objects to Plaintiff's Motion to Compel Mediation and requests this Honorable Court deny Plaintiff's motion or not set the mediation in this matter until ninety (90) days after the filing of this objection and grant any other relief it deems just and appropriate.

Respectfully Submitted,

*/s/ Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

Attorneys for Defendant F. VICINO AND COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of February, 2011.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

Attorneys for Defendant F. VICINO AND COMPANY, INC.