IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x x x | MDL NO. 2047 (Case No.: 09-7628) SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: (Case No.: 09-7628) | | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Defendant, F. Vicino and Company, Inc.'s, Objection to Plaintiff, Rookery Park Estates LLC's, Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc. and F. Vicino and Company, Inc and Memorandum in support thereof.

IT IS HEREBY ORDERED that Plaintiff, Rookery Park Estates LLC's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc. and F. Vicino and Company, Inc. is hereby DENIED or in the alternative mediation is not set in this case until ninety (90) days from the filling of the objection.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
United States District Judge

3935521v1