IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| | x | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION: L |
| | x | |
| | x | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | x | |
| (Case No.: 09-7628) | x | MAG. JUDGE WILKINSON |

## DEFENDANT, F. VICINO AND COMPANY, INC.'S, MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PLAINTIFF, ROOKERY PARK ESTATES, LLC'S, MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC.

Defendant, F. Vicino and Company, Inc. (herein after known as "F. Vicino"), by and through its undersigned counsel files this Memorandum in Opposition to Plaintiff Rockery Park Estates LLC's Motion to Compel Mediation of All Claims against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc.

### Memorandum

The first contact by plaintiff to F. Vicino was by means of the Motion to Compel Mediation, which is the subject matter of the pending motion. Plaintiff has provided no information on the properties involved in the claim, and F. Vicino had been unable to determine the addresses of the properties involved. Not until Saturday, February 19th, did F. Vicino receive information on the exact addresses of the affect properties that comprise the Rookery Park Estates that would be addressed during the mediation.

Thus, Defendant, F. Vicino, submits at this time that mediation would be premature and a waste of valuable resources and efforts. Further, this Defendant believes that a meaningful mediation can be accomplish within ninety (90) days of the filling of this memorandum after this Defendant has time to review the Profile forms it recently received and investigate the subject claims. While it is in this court's discretion to order mediation, this Defendant requests that this Honorable Court not set mediation in this case until this Defendant has ample time to review all the Profile forms and is not prejudiced by the lack of information it has to date.

WHEREFORE, Defendant, F. Vicino and Company, Inc., requests that this Honorable deny Plaintiff's Motion to Compel Mediation or in the alternative not set this matter for mediation until ninety (90) after the filing of this memorandum.

Respectfully Submitted,

*/s/ Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

Attorneys for Defendant F. VICINO AND COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of February, 2011.

　　　　　　　　　　　　　　　　　　　　　/s/ *Robert V. Fitzsimmons*
　　　　　　　　　　　　　　　　　　　　ROBERT V. FITZSIMMONS
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0355739
　　　　　　　　　　　　　　　　　　　　MONICA C. SEGURA
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0021267
　　　　　　　　　　　　　　　　　　　　RUMBERGER, KIRK & CALDWELL
　　　　　　　　　　　　　　　　　　　　A Professional Association
　　　　　　　　　　　　　　　　　　　　Brickell Bayview Centre, Suite 3000
　　　　　　　　　　　　　　　　　　　　80 S.W. 8th Street (33130-3037)
　　　　　　　　　　　　　　　　　　　　Post Office Box 01-9041
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33101
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 358-5577
　　　　　　　　　　　　　　　　　　　　Telecopier: (305) 371-7580

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant F. VICINO AND COMPANY, INC.