UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION: "L" |
| This Document Relates to: Charlene Hernandez, et al. v. AAA Insurance, et al.<br>Docket No. 2:10-cv-3070-EEF-JCW | DISTRICT JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF SERVICE OF INSURER PROFILE FORM

Defendant, Southern Fidelity Insurance Company, hereby gives notice of serving its Insurer Profile Form in accordance with Pre-Trial Order 23.

Dated February 22, 2011.

                                              Respectfully submitted:

                                                /s/ Matthew D. Monson
                                              **MATTHEW D. MONSON (25186), T.A.**
                                              **THE MONSON LAW FIRM, LLC**
                                              1070 W. Causeway Approach, Suite A
                                              Mandeville, Louisiana 70471
                                              Telephone:    (985) 778-0678
                                              Facsimile:     (985) 778-0682
                                              Email: Matthew@Monsonfirm.com
                                              *Counsel for Southern Fidelity Insurance Company*

- 2 -

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2011.

                                                                                   /s/ Matthew D. Monson