UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION: "L" |
| This Document Relates to: Jude Marullo v. Louisiana Citizens Property Insurance Corporation, et al.; Docket No. 2:10-cv-02067-EEF-JCW | DISTRICT JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

**COME NOW**, Matthew D. Monson of The Monson Law Firm, L.L.C. and hereby enrolls as counsel on behalf of Southern Fidelity Insurance Company, defendant in *Jude Marullo v. Louisiana Citizens Property Insurance Corporation, et al.*, United States District Court, Eastern District of Louisiana, Case No. 2010-2067. It is respectfully submitted that all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

Respectfully submitted:

  /s/ Matthew D. Monson
**MATTHEW D. MONSON (25186), T.A.**
**THE MONSON LAW FIRM, LLC**
1070 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone:  (985) 778-0678
Facsimile:  (985) 778-0682
Email: Matthew@Monsonfirm.com
*Counsel for Southern Fidelity Insurance Company*

- 2 -

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2011.

                                                                                                /s/ Matthew D. Monson