# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED   )  **CASE NO. 2:09-MD-02047**
DRYWALL PRODUCTS LIABILITY   )
LITIGATION         )  **SECTION L**
            )
            )  **JUDGE FALLON**
(Relates to *Amato v. Liberty Mutual Ins.*, No.  )
2:10-cv-00932)        )  **MAG. JUDGE WILKINSON**

<u>**DECLARATION OF THOMAS W. O'BRIEN**</u>

STATE OF TEXAS     )
         )    ss
COUNTY OF HARRIS    )

   I, Thomas W. O'Brien, being duly sworn, declare as follows:

   1.   I am over the age of 21 years and am a resident of the State of Texas.

   2.   I have personal knowledge of the facts set forth in this Affidavit, through conversations with others that collected information on behalf of The Travelers Indemnity Company of Connecticut ("Travelers Indemnity of Connecticut"), Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois ("Travelers Property Casualty"), and The Standard Fire Insurance Company ("Standard Fire") (collectively "Travelers") and a review of Travelers records, made and kept in the regular course of business by those whose regular job function it is to make and keep such records.

   3.   I am a Regional Director in the Special Liability Group ("SLG") of The Travelers Indemnity Company.

   4.   As a Regional Director of the SLG, I am responsible for overseeing certain insurance claims, including those at issue in the *Amato* litigation.

5.      Some of those claims relate to policies that were issued by Travelers Indemnity of Connecticut and Travelers Property Casualty to Banner Supply Co. ("Banner").  These policies incepted on January 1, 2003 and expired on January 1, 2006.  As the declaration pages to these policies demonstrate, the policies were brokered through a Florida broker, and issued and delivered in Florida to Banner, which is a Florida entity.  True and accurate copies of the declaration pages that are made and kept in the regular course of Travelers business are attached hereto as Exhibit 1.

6.      Some of those claims relate to policies that were issued by Travelers Property Casualty to Black Bear Gypsum Supply, Inc. ("Black Bear").  These policies incepted on November 22, 2005 and expired on November 22, 2007.  As the declaration pages to the policies show, these policies were brokered through a Florida broker, and issued and delivered in Florida to Black Bear, which was a Florida entity.  True and accurate copies of the declaration pages that are made and kept in the regular course of Travelers business are attached hereto as Exhibit 2.

7.      Some of the claims relate to policies that were issued by Travelers Property Casualty to Smoky Mountain Materials, Inc. ("Smoky Mountain").  These policies are primary and excess liability policies that incepted on June 1, 2004 and expired on June 1, 2008.  As the declaration pages to the policies show, these policies were brokered through a Tennessee broker, and issued and delivered in Tennessee to Smoky Mountain, which is a Tennessee entity.  As the policies show (on the Locations Schedule), however, Smoky Mountain transacts business in Florida and those policies contain Florida-specific endorsements.  True and accurate copies of the declaration pages and Locations Schedule that are made and kept in the regular course of Travelers business are attached hereto as Exhibit 3.  As I understand, all of the claims against

Smoky Mountain in *Amato* relate to residences located in Florida, by individuals alleged to be Florida homeowners.

8.    Standard Fire has also been named in *Amato* based on a liability policy it allegedly issued to Summit Contractors, Inc., Summit Homes of Louisiana, Inc., and/or Summit Homes, LLC (collectively "Summit Homes").  (*See* ECF No. 3132-4 at 113-15; ECF No. 3132-5 at 42.)  The *Amato* complaint alleges that the relevant policy is number 9426573466331.   This policy number, however is not associated with a commercial general liability policy, but instead is a homeowners policy that was issued to Mary Catalanotto, who is not a plaintiff in *Amato*. Additionally, Travelers has conducted a full and diligent search of the records it maintains in the ordinary course of its business by policyholder name (Summit Contractors, Inc., Summit Homes of Louisiana, Inc. and Summit Homes, LLC).  To date, those searches have not revealed evidence indicating that Standard Fire ever issued any liability insurance policies to Summit Homes.

9.    St. Paul Fire & Marine Insurance Company ("St. Paul") has also been named as a defendant in *Amato* based on allegations it issued insurance policies to USG Corporation.  St. Paul did issue high-level excess policies to USG that incepted on April 1, 2002 and expired on April 1, 2007.  While the underlying coverage varied in different policy periods, none of these policies would provide coverage until at least $100 million in underlying coverage had been exhausted.  True and accurate copies of the schedules of underlying insurance that are made and kept in the regular course of Travelers business are attached hereto as Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT

Thomas W. O'Brien

# EXHIBIT 1

**Travelers** Property Casualty
A Member of *Travelers Group*

# COMMERCIAL INSURANCE

## A Custom Insurance Policy Prepared for:

**BANNER SUPPLY COMPANY**
**7195 N.W. 30TH COURT**
**MIAMI FL 33122**

**Presented by:  BIC MANAGERS**

One Tower Square, Hartford, Connecticut 06183



```
                              WHOLESALING
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 01/14/03

                              POLICY NUMBER: Y-630-982X1642-TIL-03


1. NAMED INSURED AND MAILING ADDRESS:
   BANNER SUPPLY COMPANY  (AS PER IL T8 00)
   7195 N.W. 30TH COURT
   MIAMI, FL 33122


2. POLICY PERIOD:  From 01/01/03 to 01/01/04 12:01 A.M. Standard Time at
                              your mailing address.
3. LOCATIONS
      Premises  Bldg.
      Loc. No.  No. Occupancy           Address

      SEE IL T0 03


4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG T0 01 03 94 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS       CM T0 01 07 86 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                      Policy No.           Insuring Company




   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium  $ 93,783
   Due at Inception     $
   Due at Each          $

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   BIC MANAGERS (FA922)
   2100 PONCE DE LEON BLVD
   STE 701                                  _____
   CORAL GABLES, FL 33134                   Authorized Representative
                                            DATE: _____

IL T0 02 11 89    PAGE 1 OF 1              OFFICE: TAMPA FL
```

**Travelers**

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**BANNER SUPPLY COMPANY**
**7195 N.W. 30TH COURT**
**MIAMI FL 33122**

**Presented by:  BIC MANAGERS**

One Tower Square, Hartford, Connecticut  06183


**Travelers**

```
                                WHOLESALING
                                COMMON POLICY DECLARATIONS
                                ISSUE DATE: 01/09/04

                                POLICY NUMBER: Y-630-982X1642-TCT-04

        INSURING COMPANY:
        THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

        1. NAMED INSURED AND MAILING ADDRESS:
           BANNER SUPPLY COMPANY  (AS PER IL T8 00)
           7195 N.W. 30TH COURT
           MIAMI, FL 33122


        2. POLICY PERIOD:  From 01/01/04 to 01/01/05 12:01 A.M. Standard Time at
                                                    your mailing address.

        3. LOCATIONS
             Premises  Bldg.
             Loc. No.  No.  Occupancy          Address

             SEE IL T0 03


        4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
           COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG T0 01 03 94 TCT
           EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS    CG T0 09 09 93 TCT
           COMMERCIAL INLAND MARINE COV PART DECLARATIONS       CM T0 01 07 86 TCT


        5. NUMBERS OF FORMS AND ENDORSEMENTS
           FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


        6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                                  containing its complete provisions:
           Policy                     Policy No.              Insuring Company



           DIRECT BILL
        7. PREMIUM SUMMARY:
           Provisional Premium  $ 120,674
           Due at Inception     $
           Due at Each          $


        NAME AND ADDRESS OF AGENT OR BROKER:    COUNTERSIGNED BY:
           BIC MANAGERS (FA922)
           2100 PONCE DE LEON BLVD
           STE 1175                             _____
           CORAL GABLES, FL 33134              Authorized Representative
                                               DATE: _____

        IL T0 02 11 89     PAGE 1 OF 1         OFFICE: TAMPA FL
```



## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**BANNER SUPPLY COMPANY**
**7195 N.W. 30TH COURT**
**MIAMI FL 33122**

 **ST PAUL TRAVELERS**                One Tower Square, Hartford, Connecticut 06183

```
                         WHOLESALING
                         COMMON POLICY DECLARATIONS
                         ISSUE DATE: 01/05/05

                         POLICY NUMBER: Y-630-982X1642-TIL-05
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   BANNER SUPPLY COMPANY  (AS PER IL T8 00)
   7195 N.W. 30TH COURT
   MIAMI, FL 33122


2. POLICY PERIOD:  From 01/01/05 to 01/01/06 12:01 A.M. Standard Time at
                                              your mailing address.
3. LOCATIONS
      Premises  Bldg.
      Loc. No.  No.  Occupancy          Address

      SEE IL T0 03


4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS   CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS    CG T0 09 09 93 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS       CM T0 01 07 86 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                     Policy No.              Insuring Company



   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium   $ 119,194
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:
   S & C-CORAL GABLES (FA922)
   2100 PONCE DE LEON BLVD
   STE 1175
   CORAL GABLES, FL 33134
```

**COUNTERSIGNED BY:**

_____
Authorized Representative

DATE:_____

```
IL T0 02 11 89    PAGE 1 OF 1
OFFICE: TAMPA FL
```

# EXHIBIT 2



**ST PAUL TRAVELERS**

## COMMERCIAL INSURANCE

### A Custom Insurance Policy Prepared for:

BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD.
STE. 300
CLEARWATER FL 33762

Presented by:  NORTHEAST UND

 **ST PAUL TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

```
                         SEVERE PRODUCTS LIABILITY PROGRAM
                         COMMON POLICY DECLARATIONS
                         ISSUE DATE: 12/05/05

                         POLICY NUMBER: Y-630-918K1987-TIL-05
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   BLACK BEAR GYPSUM SUPPLY, INC.
   13000 AUTOMOBILE BLVD.
   STE. 300
   CLEARWATER, FL 33762

2. POLICY PERIOD:  From 11/22/05 to 11/22/06 12:01 A.M. Standard Time at
                                           your mailing address.
3. LOCATIONS
      Premises  Bldg.
      Loc. No.  No.  Occupancy          Address

      SEE IL T0 03


4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM T0 01 07 86 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:  SEE IL T8 01 10 93


6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                     Policy No.              Insuring Company




   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium   $ 35,412
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:
   NORTHEAST UND (FT981)
   4790 1ST STREET NORTH
   ST PETERSBURG, FL 33703
```

**COUNTERSIGNED BY:**

_____
Authorized Representative

DATE:_____

```
IL T0 02 11 89    PAGE 1 OF 2
OFFICE: TAMPA FL
```

 **TRAVELERS**

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

BLACK BEAR GYPSUM SUPPLY, INC.
13000 AUTOMOBILE BLVD.
STE. 300
CLEARWATER FL 33762

**Presented by:  NORTHEAST UND INC**

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| COINSURANCE CONTRACT: THE RATE CHARGED IN THIS POLICY IS BASED UPON THE USE OF THE COINSURANCE CLAUSE ATTACHED TO THIS POLICY, WITH THE CONSENT OF THE INSURED | SEVERE PRODUCTS LIABILITY PROGRAM COMMON POLICY DECLARATIONS ISSUE DATE: 12/01/06 |
|---|---|

POLICY NUMBER: Y-630-918K1987-TIL-06

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   BLACK BEAR GYPSUM SUPPLY, INC.
   13000 AUTOMOBILE BLVD.
   STE. 300
   CLEARWATER, FL 33762

2. POLICY PERIOD:  From 11/22/06 to 11/22/07 12:01 A.M. Standard Time at
   your mailing address.

3. LOCATIONS
   Premises   Bldg.
   Loc. No.  No.  Occupancy          Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS         DX T0 00 09 98 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:  SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
   containing its complete provisions:
   Policy                  Policy No.              Insuring Company

   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium   $ 62,128
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:          **COUNTERSIGNED BY:**
   NORTHEAST UND INC (FT981)
   4790 1ST STREET NORTH
   ST PETERSBURG, FL 33703                     _____
                                               Authorized Representative

                                               DATE:_____

IL T0 02 11 89    PAGE 1 OF 2
OFFICE: TAMPA FL

# EXHIBIT 3

**Travelers**

# COMMERCIAL INSURANCE

### A Custom Insurance Policy Prepared for:

**SMOKY MOUNTAIN MATERIALS
CAROLINA, INC.
P. O. BOX 14098
KNOXVILLE TN 37914**

**Presented by: WILLIS OF TENNESSEE-KNOX**

One Tower Square, Hartford, Connecticut 06183


**Travelers**

```
                                        WHOLESALING
                                        COMMON POLICY DECLARATIONS
                                        ISSUE DATE: 06/18/04
NORTH CAROLINA COINSURANCE CONTRACT
                                        POLICY NUMBER: Y-630-962J0712-TIL-04
     INSURING COMPANY:
     TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

     1. NAMED INSURED AND MAILING ADDRESS:
        SMOKY MOUNTAIN MATERIALS
        CAROLINA, INC.  (AS PER IL T8 00)
        P. O. BOX 14098
        KNOXVILLE, TN 37914

     2. POLICY PERIOD:  From 06/01/04 to 06/01/05 12:01 A.M. Standard Time at
                                                        your mailing address.
     3. LOCATIONS
           Premises  Bldg.
           Loc. No.  No.  Occupancy          Address

           SEE IL T0 03



     4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
        DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL
        COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
        EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS   CG T0 09 09 93 TIL
        COMMERCIAL CRIME COV PART DECLARATIONS              CR T0 01 07 86 TIL
        COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM T0 01 07 86 TIL



     5. NUMBERS OF FORMS AND ENDORSEMENTS
        FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

     6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                               containing its complete provisions:
        Policy                      Policy No.        Insuring Company



     7. PREMIUM SUMMARY:
        Provisional Premium    $      62,675
        Due at Inception       $      15,875
        Due at Each            $ SEE IL T0 30

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
     WILLIS OF TENNESSEE-KNOX (A9150)
     PO BOX 19820                           _____
     KNOXVILLE, TN 379392820                Authorized Representative

                                            DATE:_____

IL T0 02 11 89     PAGE 1 OF 2
OFFICE: NASHVILLE
```


**ST PAUL TRAVELERS**

## COMMERCIAL INSURANCE

### A Custom Insurance Policy Prepared for:

**SMOKY MOUNTAIN MATERIALS, INC.
P. O. BOX 14098
KNOXVILLE TN 37914**

**Presented by:  WILLIS OF TENNESSEE INC**

 **ST PAUL TRAVELERS**                    One Tower Square, Hartford, Connecticut  06183

```
                                    WHOLESALING
                                    COMMON POLICY DECLARATIONS
                                    ISSUE DATE: 06/02/05
NORTH CAROLINA COINSURANCE CONTRACT
                                    POLICY NUMBER: Y-630-962J0712-TIL-05

     INSURING COMPANY:
     TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

     1. NAMED INSURED AND MAILING ADDRESS:
        SMOKY MOUNTAIN MATERIALS, INC.  (AS PER IL T8 00)
        P. O. BOX 14098
        KNOXVILLE, TN 37914


     2. POLICY PERIOD:  From 06/01/05 to 06/01/06 12:01 A.M. Standard Time at
                                        your mailing address.
     3. LOCATIONS
           Premises  Bldg.
           Loc. No.  No.  Occupancy          Address

        SEE IL T0 03


     4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
        DELUXE PROPERTY COVERAGE PART DECLARATIONS         DX T0 00 09 98 TIL
        COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
        EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS  CG T0 09 09 93 TIL
        COMMERCIAL CRIME COV PART DECLARATIONS             CR T0 01 07 86 TIL
        COMMERCIAL INLAND MARINE COV PART DECLARATIONS     CM T0 01 07 86 TIL


     5. NUMBERS OF FORMS AND ENDORSEMENTS
        FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93


     6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                               containing its complete provisions:
        Policy                    Policy No.              Insuring Company


     7. PREMIUM SUMMARY:
        Provisional Premium    $      110,329
        Due at Inception       $       27,943
        Due at Each            $ SEE IL T0 30

     NAME AND ADDRESS OF AGENT OR BROKER:      COUNTERSIGNED BY:
        WILLIS OF TENNESSEE INC (A9150)
        PO BOX 19820                           _____
        KNOXVILLE, TN 379392820                Authorized Representative

                                               DATE:_____


     IL T0 02 11 89    PAGE 1 OF 2
     OFFICE: NASHVILLE
```



**ST PAUL TRAVELERS**

## COMMERCIAL INSURANCE

### A Custom Insurance Policy Prepared for:

SMOKY MOUNTAIN MATERIALS INC.
P. O. BOX 14098
KNOXVILLE TN 37914

**Presented by:  WILLIS OF TENNESSEE INC**

 **ST PAUL TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

```
                                          WHOLESALING
                                          COMMON POLICY DECLARATIONS
                                          ISSUE DATE: 06/15/06
NORTH CAROLINA COINSURANCE CONTRACT
                                          POLICY NUMBER: Y-630-962J0712-TIL-06

     INSURING COMPANY:
     TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

     1. NAMED INSURED AND MAILING ADDRESS:
        SMOKY MOUNTAIN MATERIALS INC.  (AS PER IL T8 00)
        P. O. BOX 14098
        KNOXVILLE, TN 37914


     2. POLICY PERIOD:  From 06/01/06 to 06/01/07 12:01 A.M. Standard Time at
                                                   your mailing address.
     3. LOCATIONS
        Premises  Bldg.
        Loc. No.  No.  Occupancy              Address

        SEE IL T0 03



     4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
        DELUXE PROPERTY COVERAGE PART DECLARATIONS        DX T0 00 09 98 TIL
        COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS CG T0 01 11 03 TIL
        EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS  CG T0 09 09 93 TIL
        COMMERCIAL CRIME COV PART DECLARATIONS             CR T0 01 07 86 TIL
        COMMERCIAL INLAND MARINE COV PART DECLARATIONS     CM T0 01 07 86 TIL




     5. NUMBERS OF FORMS AND ENDORSEMENTS
        FORMING A PART OF THIS POLICY:  SEE IL T8 01 10 93


     6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                               containing its complete provisions:
        Policy                     Policy No.            Insuring Company




     7. PREMIUM SUMMARY:
        Provisional Premium    $     157,865
        Due at Inception       $      40,973
        Due at Each            $ SEE IL T0 30
```

NAME AND ADDRESS OF AGENT OR BROKER:          **COUNTERSIGNED BY:**
   WILLIS OF TENNESSEE INC (A9150)
   PO BOX 19820
   KNOXVILLE, TN 379392820                    _____
                                              Authorized Representative

                                              DATE:_____


```
IL T0 02 11 89   PAGE 1 OF 2
OFFICE: NASHVILLE
```


ST PAUL
TRAVELERS

## COMMERCIAL EXCESS LIABILITY
## (UMBRELLA)
## INSURANCE POLICY

### A Custom Insurance Policy Prepared for:

SMOKY MOUNTAIN MATERIALS INC;
AND AS PER CG DO 74 04 93
P O BOX 14098

KNOXVILLE                 TN 37914

This policy consists of the policy cover, the Policy Declarations and the Policy Forms and endorsements listed in that declaration form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by this policy. That insurance will be provided by the company indicated as insuring company in the Declarations by the abbreviation of its name.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)

General Counsel & Secretary                                                    Chairman of the Board & Chief Executive Officer

(Rev. 02-04)

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**POLICY DECLARATIONS**
**COMMERCIAL EXCESS LIABILITY**
**(UMBRELLA) INSURANCE POLICY**

**POLICY NO.:** YSM-CUP-6378C577-TIL-06
**ISSUE DATE:** 06-14-06

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**1. NAMED INSURED AND MAILING ADDRESS:**
SMOKY MOUNTAIN MATERIALS INC;
AND AS PER CG DO 74 04 93
P O BOX 14098

KNOXVILLE                    TN 37914

THIS POLICY DOES NOT
COVER LIABILITY
ARISING OUT OF
ASBESTOS MATERIAL
SEE ENDORSEMENT
UM 01 96 07 96

**2. THE NAMED INSURED IS A:**

[x] CORPORATION   [ ] SOLE PROPRIETOR   [ ] PARTNERSHIP OR JOINT VENTURE   [ ] OTHER

**3. POLICY PERIOD:** From 06-01-06  to  06-01-07 12:01 A.M. Standard Time at your mailing address.

**4. PREMIUM:** *   $  48,000   [X] Flat Charge   [ ] Adjustable (See premium schedule)
 *   SEE END. CG DO 31 10 91

**5. LIMITS OF INSURANCE:**

|  COVERAGES | | LIMITS OF LIABILITY |
|---|---|---|
| **AGGREGATE LIMITS OF LIABILITY** | 5,000,000<br>5,000,000 | **Products/Completed Operations Aggregate**<br>**General Aggregate** |
| **COVERAGE A - Bodily Injury and Property Damage Liability** | 5,000,000 | **any one occurrence** subject to the Products/ Completed Operations and the General Aggregate Limits |
| **COVERAGE B - Personal and Advertising Injury Liability** | 5,000,000 | **any one person or organization** subject to the General Aggregate Limit of Liability |
| **RETAINED LIMIT** | 10,000 | **any one occurrence or offense** |

**6. SCHEDULE OF UNDERLYING INSURANCE:**

| POLICY | LIMITS (000 omitted) | COVERAGE | COMPANY |
|---|---|---|---|
| SEE ENDORSEMENT CG DO 23 04 96 | | | |

**7.** On the effective date shown in Item 3, the Commercial Excess Liability (Umbrella) Insurance Policy numbered above includes this Declarations Page and the Policy Jacket (Form UM 00 76 which contains the Nuclear Energy Liability Exclusion) and any endorsements listed hereafter:
   SEE END. IL T8 01 01 01

**NAME AND ADDRESS OF AGENT OR BROKER:**

WILLIS OF TENNESSEE INC     A9150
PO BOX 19820
KNOXVILLE                    TN 37939-2820

COUNTERSIGNED BY:

_____
Authorized Representative

DATE: _____

**CG T0 14 04 96**
**OFFICE: NASHVILLE**

Page 1 of 1

 **TRAVELERS**

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

SMOKY MOUNTAIN MATERIALS INC
P. O. BOX 14098
KNOXVILLE TN 37914

**Presented by:  WILLIS OF TENNESSEE INC**

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                        WHOLESALING
NORTH CAROLINA COINSURANCE CONTRACT     COMMON POLICY DECLARATIONS
                                        ISSUE DATE: 06/15/07

                                        POLICY NUMBER: Y-630-962J0712-TIL-07
        INSURING COMPANY:
        TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

        1. NAMED INSURED AND MAILING ADDRESS:
           SMOKY MOUNTAIN MATERIALS INC  (AS PER IL T8 00)
           P. O. BOX 14098
           KNOXVILLE, TN 37914


        2. POLICY PERIOD:  From 06/01/07 to 06/01/08 12:01 A.M. Standard Time at
                                                     your mailing address.
        3. LOCATIONS
              Premises  Bldg.
              Loc. No.  No. Occupancy           Address

              SEE IL T0 03


        4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
           DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL
           COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG T0 01 11 03 TIL
           EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS   CG T0 09 09 93 TIL
           COMMERCIAL CRIME COV PART DECLARATIONS              CR T0 01 07 86 TIL
           COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM T0 01 07 86 TIL


        5. NUMBERS OF FORMS AND ENDORSEMENTS
           FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

        6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                                  containing its complete provisions:
           Policy                       Policy No.              Insuring Company




        7. PREMIUM SUMMARY:
           Provisional Premium    $      141,556
           Due at Inception       $       36,427
           Due at Each            $ SEE IL T0 30

        NAME AND ADDRESS OF AGENT OR BROKER:      COUNTERSIGNED BY:
           WILLIS OF TENNESSEE INC (A9150)
           PO BOX 19820
           KNOXVILLE, TN 379392820               _____
                                                 Authorized Representative

                                                 DATE:_____


        IL T0 02 11 89     PAGE 1 OF 2
        OFFICE: NASHVILLE
```


**TRAVELERS**

## COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE POLICY

### A Custom Insurance Policy Prepared for:

SMOKY MOUNTAIN MATERIALS INC;
AND AS PER CG D0 74 04 93
P O BOX 14098

KNOXVILLE                TN 37914

This policy consists of the policy cover, the Policy Declarations and the Policy Forms and endorsements listed in that declaration form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by this policy. That insurance will be provided by the company indicated as insuring company in the Declarations by the abbreviation of its name.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)

General Counsel & Secretary                              Chairman of the Board & Chief Executive Officer

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**POLICY DECLARATIONS**
**COMMERCIAL EXCESS LIABILITY**
**(UMBRELLA) INSURANCE POLICY**

**POLICY NO.:** YSM-CUP-6378C577-TIL-07
**ISSUE DATE:** 06-13-07

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**1. NAMED INSURED AND MAILING ADDRESS:**
SMOKY MOUNTAIN MATERIALS INC;
AND AS PER CG D0 74 04 93
P O BOX 14098

KNOXVILLE                    TN 37914

THIS POLICY DOES NOT
COVER LIABILITY
ARISING OUT OF
ASBESTOS MATERIAL
SEE ENDORSEMENT
UM 01 96 07 96

**2. THE NAMED INSURED IS A:**

[X] CORPORATION   [ ] SOLE PROPRIETOR   [ ] PARTNERSHIP OR JOINT VENTURE   [ ] OTHER

**3. POLICY PERIOD:** From 06-01-07 to  06-01-08 12:01 A.M. Standard Time at your mailing address.

**4. PREMIUM: \*** $ 65,804   [X] Flat Charge   [ ] Adjustable (See premium schedule)
   **\*   SEE END. CG D0 31 10 91**

**5. LIMITS OF INSURANCE:**

| COVERAGES | | LIMITS OF LIABILITY |
|---|---|---|
| **AGGREGATE LIMITS OF LIABILITY** | 10,000,000 | **Products/Completed Operations Aggregate** |
| | 10,000,000 | **General Aggregate** |
| **COVERAGE A - Bodily Injury and Property Damage Liability** | 10,000,000 | **any one occurrence** subject to the Products/ Completed Operations and the General Aggregate Limits |
| **COVERAGE B - Personal and Advertising Injury Liability** | 10,000,000 | **any one person or organization** subject to the General Aggregate Limit of Liability |
| **RETAINED LIMIT** | 10,000 | **any one occurrence or offense** |

**6. SCHEDULE OF UNDERLYING INSURANCE:**

| POLICY | LIMITS (000 omitted) | COVERAGE | COMPANY |
|---|---|---|---|
| SEE ENDORSEMENT CG D0 23 04 96 | | | |

**7.** On the effective date shown in Item 3, the Commercial Excess Liability (Umbrella) Insurance Policy numbered above includes this Declarations Page and the Policy Jacket (Form UM 00 76 which contains the Nuclear Energy Liability Exclusion) and any endorsements listed hereafter:
   SEE END. IL T8 01 01 01

**NAME AND ADDRESS OF AGENT OR BROKER:**

WILLIS OF TENNESSEE INC   A9150
PO BOX 19820
KNOXVILLE              TN 37939-2820

COUNTERSIGNED BY:

_____
                Authorized Representative

DATE: _____

**CG T0 14 04 96**
**OFFICE: NASHVILLE**

Page 1 of 1

# EXHIBIT 4

**SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

The **StPaul**

This schedule describes your Immediate
Underlying Insurance and shows its Limits Of
Coverage.

**Important Note:** Immediate Underlying
Insurance means only the insurance
described in this schedule for which
amounts are shown for its Limits Of
Coverage.

## Immediate Underlying Insurance

**Type of coverage:**
Commercial Excess Umbrella Liability

**Limits Of Coverage**

$20,000,000. Each Occurrence
$20,000,000. Aggregate

**Insurer**
Great American

**Policy number** EXC5905096

**Policy period** 04/01/2002 to 04/01/2003

**Coverage is:**  ☐ claims-made
                 ☒ not claims-made

---

**Type of coverage:**
Commercial Excess Umbrella Liability

**Limits Of Coverage**

$10,000,000. Each Occurrence
   part of $20,000,000
$10,000,000. Aggregate
   part of $20,000,000

**Insurer**
Lexington

**Policy number** 564-2096

**Policy period** 04/01/2002 to 04/01/2003

**Coverage is:**  ☐ claims-made
                 ☒ not claims-made

---

**Type of coverage:**
Commercial Excess Umbrella Liability

**Limits Of Coverage**

$10,000,000. Each Occurrence
   part of $20,000,000
$10,000,000. Aggregate
   part of $20,000,000

**Insurer**
Commercial Underwriters

**Policy number** CU 546 2096

**Policy period** 04/01/2002 to 04/01/2003

**Coverage is:**  ☐ claims-made
                 ☒ not claims-made

---

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

**Name of Insured**        **Policy Number** QI01200069      **Effective Date** 04/01/02
USG CORPORATION                                      **Processing Date** 06/17/02  16:23  001

The**StPaul**

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

## Immediate Underlying Insurance

**Type of coverage:**
Commercial Excess Umbrella Liability

**Insurer**
Chubb

Policy number 7974-72-67

Policy period 04/01/2002 to 04/01/2003

Coverage is:      ☐ claims-made
                  ☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. Aggregate

---

**Type of coverage:**
Commercial Excess Umbrella Liability

**Insurer**
Allianz

Policy number XLA 4200209

Policy period 04/01/2002 to 04/01/2003

Coverage is:      ☐ claims-made
                  ☒ not claims-made

**Limits Of Coverage**

$10,000,000. Each Occurrence
$10,000,000. Aggregate

---

**Type of coverage:**
Commercial Umbrella Liability

**Insurer**
National Union Fire

Policy number BE1397016

Policy period 04/01/2002 to 04/01/2003

Coverage is:      ☐ claims-made
                  ☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. Aggregate

---

**SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

The **StPaul**

This schedule describes your Immediate Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Immediate Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

---

## Immediate Underlying Insurance

**Type of coverage:**
Excess Liability

**Insurer**
Great American Assurance Company

**Policy number** EXC 566 3114

**Policy period** 04/01/2003 to 04/01/2004

**Coverage is:**  ☐ claims-made
                ☒ not claims-made

**Limits Of Coverage**

$15,000,000. Each Occurrence
$15,000,000. General Aggregate
$15,000,000. Products Completed Ops Agg
               Excess of
$85,000,000. Each Occurrence
$85,000,000. General Aggregate
$85,000,000. Products Completed Ops Agg

---

**Type of coverage:**
Excess Liability

**Insurer**
Lexington Insurance Company

**Policy number** 2905770

**Policy period** 04/01/2003 to 04/01/2004

**Coverage is:**  ☐ claims-made
                ☒ not claims-made

**Limits Of Coverage**

$15,000,000. Each Occurrence
$15,000,000. General Aggregate
$15,000,000. Products Completed Ops Agg
               Part of
$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg
               Excess of
$60,000,000. Each Occurrence
$60,000,000. General Aggregate
$60,000,000. Products Completed Ops Agg

---

**Type of coverage:**
Excess Liability

**Insurer**
Allied World Assurance Company Inc

**Policy number** AW 2905570

**Policy period** 04/01/2003 to 04/01/2004

**Coverage is:**  ☐ claims-made
                ☒ not claims-made

**Limits Of Coverage**

$15,000,000. Each Occurrence
$15,000,000. General Aggregate
$15,000,000. Products Completed Ops Agg
               Part of
$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg
               Excess of
$60,000,000. Each Occurrence
$60,000,000. General Aggregate
$60,000,000. Products Completed Ops Agg

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

---

**Name of Insured**
USG CORPORATION

**Policy Number** QI01200269

**Effective Date** 04/01/03

**Processing Date** 06/23/03  14:35  001

**The St.Paul**

---

## Immediate Underlying Insurance

**Type of coverage:**

Excess Liability

**Insurer**

Federal Insurance Company

Policy number 7974-72-67

Policy period 04/01/2003 to 04/01/2004

Coverage is:  ☐ claims-made
              ☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |
| | Excess of |
| $35,000,000. | Each Occurrence |
| $35,000,000. | General Aggregate |
| $35,000,000. | Products Completed Ops Agg |

---

**Type of coverage:**

Excess Liability

**Insurer**

Great American Assurance Company

Policy number EXC 5663113

Policy period 04/01/2003 to 04/01/2004

Coverage is:  ☐ claims-made
              ☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $10,000,000. | Each Occurrence |
| $10,000,000. | General Aggregate |
| $10,000,000. | Products Completed Ops Agg |
| | Excess of |
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |

---

**Type of coverage:**

**Insurer**

Policy number

Policy period

Coverage is:  ☐ claims-made
              ☐ not claims-made

**Limits Of Coverage**

---

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

X2036 Ed. 3-00 Printed in U.S.A.
Page   2 of   2          ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

**SCHEDULE OF OTHER UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

The**StPaul**

This schedule describes your Other Underlying
Insurance and shows its Limits Of Coverage.

**Important Note:** Other Underlying Insurance
means only the insurance described in this
schedule for which amounts are shown for
its Limits Of Coverage.

**Other Underlying Insurance**

**Type of coverage:**
Lead Umbrella Liability

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg

**Insurer**
Illinois National Insurance Co.

Policy number eBE 2860323

Policy period 04/01/2003 to 04/01/2004

Coverage is: ☐ claims-made
☒ not claims-made

**Type of coverage:**

**Limits Of Coverage**

**Insurer**

Policy number

Policy period

Coverage is: ☐ claims-made
☐ not claims-made

**Type of coverage:**

**Limits Of Coverage**

**Insurer**

Policy number

Policy period

Coverage is: ☐ claims-made
☐ not claims-made

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

| **Name of Insured** | **Policy Number** QI01200269 | **Effective Date** 04/01/03 |
|---|---|---|
| USG CORPORATION | | **Processing Date** 06/23/03  14:35  001 |

X2037 Ed. 3-00 Printed in U.S.A.              Schedule Of Other Underlying Insurance
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved              Page  1 of  2

The **St.Paul**

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

---

## Other Underlying Insurance

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

## SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE – COMMERCIAL EXCESS LIABILITY PROTECTION

The **St.Paul**

This schedule describes your Immediate Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Immediate Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

## Immediate Underlying Insurance

**Type of coverage:**
Excess Liability

**Insurer**
American Zurich

**Policy number** AEC29350173

**Policy period** 04/01/2004 to 04/01/2005

**Coverage is:**  ☐ claims-made
☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |
| | Excess of |
| $75,000,000. | Each Occurrence |
| $75,000,000. | General Aggregate |
| $75,000,000. | Products Completed Ops Agg |

---

**Type of coverage:**
Excess Liability

**Insurer**
Lexington Insurance Company

**Policy number** 9815783

**Policy period** 04/01/2004 to 04/01/2005

**Coverage is:**  ☐ claims-made
☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $12,500,000. | Each Occurrence |
| $12,500,000. | General Aggregate |
| $12,500,000. | Products Completed Ops Agg |
| | Part of |
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |
| | Excess of |
| $50,000,000. | Each Occurrence |
| $50,000,000. | General Aggregate |
| $50,000,000. | Products Completed Ops Agg |

---

**Type of coverage:**
Excess Liability

**Insurer**
Allied World Assurance Company Inc

**Policy number** AW9815783

**Policy period** 04/01/2004 to 04/01/2005

**Coverage is:**  ☐ claims-made
☒ not claims-made

**Limits Of Coverage**

| | |
|---|---|
| $12,500,000. | Each Occurrence |
| $12,500,000. | General Aggregate |
| $12,500,000. | Products Completed Ops Agg |
| | Part of |
| $25,000,000. | Each Occurrence |
| $25,000,000. | General Aggregate |
| $25,000,000. | Products Completed Ops Agg |
| | Excess of |
| $50,000,000. | Each Occurrence |
| $50,000,000. | General Aggregate |
| $50,000,000. | Products Completed Ops Agg |
| $60,000,000. | Products Completed Ops Agg |

---

**Name of Insured**
USG CORPORATION

**Policy Number** QI01200522

**Effective Date** 04/01/04

**Processing Date** 06/17/04   16:45   001

The **StPaul**

---

**Immediate Underlying Insurance**

---

**Type of coverage:**

Excess Liability

**Insurer**

Great American Assurance

**Policy number** EXC5165454

**Policy period** 04/01/2004 to 04/01/2005

**Coverage is:**  ☐ claims-made
                  ☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg
              Excess of
$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg

---

**Type of coverage:**

**Insurer**

**Policy number**

**Policy period**

**Coverage is:**  ☐ claims-made
                  ☐ not claims-made

**Limits Of Coverage**

---

**Type of coverage:**

**Insurer**

**Policy number**

**Policy period**

**Coverage is:**  ☐ claims-made
                  ☐ not claims-made

**Limits Of Coverage**

---

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

X2036 Ed. 3-00 Printed in U.S.A.
Page   2 of   2              ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

**SCHEDULE OF OTHER UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**                    The**StPaul**

This schedule describes your Other Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Other Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

---

**Other Underlying Insurance**

---

**Type of coverage:**
Lead Umbrella Liability

**Insurer**
Illinois National Insurance Co.

**Policy number** 2860631

**Policy period** 04/01/2004 to 04/01/2005

**Coverage is:**  ☐ claims-made
☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg

---

**Type of coverage:**

**Insurer**

**Policy number**

**Policy period**

**Coverage is:**  ☐ claims-made
☐ not claims-made

**Limits Of Coverage**

---

**Type of coverage:**

**Insurer**

**Policy number**

**Policy period**

**Coverage is:**  ☐ claims-made
☐ not claims-made

**Limits Of Coverage**

---

| **Name of Insured** | **Policy Number** QI01200522 | **Effective Date** 04/01/04 |
|---|---|---|
| USG CORPORATION | | **Processing Date** 06/17/04  16:45  001 |

X2037 Ed. 3-00 Printed in U.S.A.                      Schedule Of Other Underlying Insurance
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved          Page   1 of   2

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

**The St.Paul**

## Other Underlying Insurance

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

X2037 Ed. 3-00 Printed in U.S.A.
Page   2 of   2            ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

**SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

The **St.Paul**

This schedule describes your Immediate Underlying Insurance and shows its Limits Of Coverage.

**Important Note:**  Immediate Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

## Immediate Underlying Insurance

**Type of coverage:**
Excess Liability

**Insurer**
American Zurich Insurance Company

**Policy number** AEC293501704

**Policy period** 04/01/2005 to 04/01/2006

**Coverage is:**  ☐ claims-made
                 ☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg
             Excess of
$75,000,000. Each Occurrence
$75,000,000. General Aggregate
$75,000,000. Products Completed Ops Agg

---

**Type of coverage:**
Excess Liability

**Insurer**
Lexington Insurance Company

**Policy number** 4149528

**Policy period** 04/01/2005 to 04/01/2006

**Coverage is:**  ☐ claims-made
                 ☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg
             Excess of
$50,000,000. Each Occurrence
$50,000,000. General Aggregate
$50,000,000. Products Completed Ops Agg

---

**Type of coverage:**
Excess Liability

**Insurer**
Great American Assurance Company

**Policy number** EXC5749886

**Policy period** 04/01/2005 to 04/01/2006

**Coverage is:**  ☐ claims-made
                 ☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg
             Excess of
$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg

---

**Name of Insured**          **Policy Number** QI01200747     **Effective Date** 04/01/05
USG CORPORATION                                              **Processing Date** 04/05/05  14:31  001

X2036 Ed. 3-00 Printed in U.S.A.              Schedule Of Immediate Underlying Insurance
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved          Page   1 of   2

**The St.Paul**

---

**Immediate Underlying Insurance**

---

**Type of coverage:**                                        **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:          ☐ claims-made
                       ☐ not claims-made

---

**Type of coverage:**                                        **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:          ☐ claims-made
                       ☐ not claims-made

---

**Type of coverage:**                                        **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:          ☐ claims-made
                       ☐ not claims-made

---

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

X2036 Ed. 3-00 Printed in U.S.A.
Page   2 of   2              ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

## SCHEDULE OF OTHER UNDERLYING INSURANCE – COMMERCIAL EXCESS LIABILITY PROTECTION

**The St.Paul**

This schedule describes your Other Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Other Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

### Other Underlying Insurance

**Type of coverage:**
Lead Umbrella Liability

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg

**Insurer**
Illinois National Insurance Co.

**Policy number** BE4484641

**Policy period** 04/01/2005 to 04/01/2006

**Coverage is:**   ☐ claims-made
                    ☒ not claims-made

---

**Type of coverage:**

**Limits Of Coverage**

**Insurer**

**Policy number**

**Policy period**

**Coverage is:**   ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**

**Limits Of Coverage**

**Insurer**

**Policy number**

**Policy period**

**Coverage is:**   ☐ claims-made
                    ☐ not claims-made

---

**Name of Insured**    **Policy Number** QI01200747    **Effective Date** 04/01/05
USG CORPORATION                                        **Processing Date** 04/05/05  14:31  001

X2037 Ed. 3-00 Printed in U.S.A.                    Schedule Of Other Underlying Insurance
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved          Page   1 of   2

**The St.Paul**

*\* This is not a certified copy of any policy form. \* Actual policy provisions may differ. \**

---

**Other Underlying Insurance**

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:        ☐ claims-made
                    ☐ not claims-made

---

**SCHEDULE OF IMMEDIATE UNDERLYING INSURANCE –
COMMERCIAL EXCESS LIABILITY PROTECTION**

This schedule describes your Immediate
Underlying Insurance and shows its Limits Of
Coverage.

**Important Note:** Immediate Underlying
Insurance means only the insurance
described in this schedule for which
amounts are shown for its Limits Of
Coverage.

---

**Immediate Underlying Insurance**

---

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|
| Excess Liability | $25,000,000. Each Occurrence |
| **Insurer** | $25,000,000. General Aggregate |
| American Zurich Insurance Company | $25,000,000. Products Completed Ops Agg |
| | Excess of |
| **Policy number** | $75,000,000. Each Occurrence |
| AEC-2935017-05 | $75,000,000. General Aggregate |
| | $75,000,000. Products Completed Ops Agg |
| **Policy period** 04/01/2006 to 04/01/2007 | |

Coverage is:  ☐ claims-made

☒ not claims-made

---

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|
| Excess Liability | $25,000,000. Each Occurrence |
| **Insurer** | $25,000,000. General Aggregate |
| Lexington Insurance Company | $25,000,000. Products Completed Ops Agg |
| | Excess of |
| **Policy number** | $50,000,000. Each Occurrence |
| 458 5368 | $50,000,000. General Aggregate |
| | $50,000,000. Products Completed Ops Agg |
| **Policy period** 04/01/2006 to 04/01/2007 | |

Coverage is:  ☐ claims-made

☒ not claims-made

---

| **Type of coverage:** | **Limits Of Coverage** |
|---|---|
| Excess Liability | $25,000,000. Each Occurrence |
| **Insurer** | $25,000,000. General Aggregate |
| Great American Assurance Company | $25,000,000. Products Completed Ops Agg |
| | Excess of |
| **Policy number** | $25,000,000. Each Occurrence |
| EXC 5749886-01 | $25,000,000. General Aggregate |
| | $25,000,000. Products Completed Ops Agg |
| **Policy period** 04/01/2006 to 04/01/2007 | |

Coverage is:  ☐ claims-made

☒ not claims-made

---

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

| **Name of Insured** | **Policy Number** QI01200972 | **Effective Date** 04/01/06 |
|---|---|---|
| USG CORPORATION | | **Processing Date** 03/31/06   10:09   001 |

**Immediate Underlying Insurance**

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:            ☐ claims-made
                        ☐ not claims-made

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:            ☐ claims-made
                        ☐ not claims-made

**Type of coverage:**                                    **Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is:            ☐ claims-made
                        ☐ not claims-made

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

X2036 Ed. 3-00
Page   2 of   2              © 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved

## SCHEDULE OF OTHER UNDERLYING INSURANCE – COMMERCIAL EXCESS LIABILITY PROTECTION

This schedule describes your Other Underlying Insurance and shows its Limits Of Coverage.

**Important Note:** Other Underlying Insurance means only the insurance described in this schedule for which amounts are shown for its Limits Of Coverage.

### Other Underlying Insurance

**Type of coverage:**

Lead Umbrella Liability

**Insurer**

Illinois National Insurance Co.

**Policy number**

BE 4485263

**Policy period** 04/01/2006 to 04/01/2007

**Coverage is:**
- ☐ claims-made
- ☒ not claims-made

**Limits Of Coverage**

$25,000,000. Each Occurrence
$25,000,000. General Aggregate
$25,000,000. Products Completed Ops Agg

---

**Type of coverage:**

All Primary Liability Insurance As Per Schedule On File With Us

**Insurer**

**Policy number**

**Policy period**

**Coverage is:**
- ☐ claims-made
- ☐ not claims-made

**Limits Of Coverage**

As Per Schedule On File With Us

---

**Type of coverage:**

**Insurer**

**Policy number**

**Policy period**

**Coverage is:**
- ☐ claims-made
- ☐ not claims-made

**Limits Of Coverage**

---

**Name of Insured**    **Policy Number** QI01200972    **Effective Date** 04/01/06

USG CORPORATION    **Processing Date** 03/31/06   10:09   001

© 2000 The St. Paul Travelers Companies, Inc. All Rights Reserved    Schedule Of Other Underlying Insurance

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

**Other Underlying Insurance**

*This is not a certified copy of any policy form. * Actual policy provisions may differ. *

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is: ☐ claims-made
☐ not claims-made

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is: ☐ claims-made
☐ not claims-made

**Type of coverage:**

**Limits Of Coverage**

Insurer

Policy number

Policy period

Coverage is: ☐ claims-made
☐ not claims-made