UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL 2047 |
| | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

## **ORDER**

Considering Banner and Chartis' Motion for Leave of Court to File Amended Memorandum in Support of Joint Motion to Compel Global Mediation of All Claims Against all Banner entities:

IT IS SO ORDERED BY THE COURT that Banner and Chartis are granted leave of court to file the Amended Motion and Amended Memorandum in Support of Joint Motion to Compel Global Mediation of All Claims Against Banner Supply Entities.

New Orleans, Louisiana, this __18th__ day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE