UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| | ) | SECTION: L |
| This document relates to ALL CASES | ) ) | JUDGE FALLON |
| | ) ) ) | MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Omnibus Reply Memorandum and to Exceed Page Limits;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee ("PSC") is granted leave of court to file the attached Omnibus Reply Memorandum in Support of (1) The PSC's Motion for an Order Requiring an Accounting and Other Relief; (2) The PSC's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, In the Alternative, for Court Ordered Mediation and Temporary Stay of All Outside Settlement Activities; and (3) The Plaintiffs' Steering Committee's Motion to Halt Entry of Voluntary Motions to Dismiss without Prior Notice to the Plaintiffs' Liaison Counsel and Defense Liaison Counsel, and same is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that the PSC is granted leave to exceed the page limits of the said Omnibus Reply Memorandum in Support of (1) The PSC's Motion for an Order Requiring an Accounting and Other Relief; (2) The PSC's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, In the Alternative, for Court Ordered Mediation and Temporary Stay of All Outside Settlement Activities; and (3) The Plaintiffs' Steering

1

Committee's Motion to Halt Entry of Voluntary Motions to Dismiss without Prior Notice to the Plaintiffs' Liaison Counsel and Defense Liaison Counsel.

New Orleans, Louisiana, this 18th day of February, 2011.

_____
Eldon E. Fallon
United States District Court Judge