## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY M. NISWONGER** | * |
| | * |
| **VERSUS** | * |
| | *   **NO. 10-CV-02734, L(2)** |
| **INTERIOR EXTERIOR** | * |
| **ENTERPRISES, LLC, INTERIOR** | * |
| **EXTERIOR BUILDING SUPPLY, LP** | * |
| **AND BANKERS INSURANCE GROUP** | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF VOLUNTARY DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff Mary M. Niswonger, who gives notice of the voluntary dismissal of this action against the Defendant Bankers Insurance Group, without prejudice to the Plaintiff's rights or causes of action against any other person or entity, named or otherwise.  Bankers Insurance Group has not served either an answer or a motion for summary judgment and hence,  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action may be voluntarily dismissed without prejudice without filing a court order.  Moreover, pursuant to Local rule 41.1E, the Plaintiffs declare they have no intention of refiling an action against the voluntarily dismissed Defendant Bankers Insurance Group.

**Respectfully submitted,**

**THORNHILL LAW FIRM, APLC**

 */s/ Tom W. Thornhill*
TOM W. THORNHILL (#12776)
1308 Ninth Street
Slidell, LA 70458
Ph: (985) 641-5010
Fax: (985) 641-5011
Email: tom@thornhilllawfirm.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by electronically filing this pleading through the Court's ECF filing system, on February 22, 2011.

*/s/Tom W. Thornhill*
**TOM W. THORNHILL**

AND

N. Frank Elliot III (#23054)
N. FRANK ELLIOT III, LLC
P.O. Box 3065
Lake Charles, LA 70602
Ph: (337) 309-6999
Fax: (337) 439-2545
Email: frank@nfelaw.com