UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * *

## WILLIE JAMES RILEY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DWAYNE WILLIAMS

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Willie James Riley, hereby dismisses without prejudice all of his claims against Defendant, Dwayne Williams, in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Don Barrett, counsel for Willie James Riley, dated August 18, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                                    Respectfully Submitted,

                                                    /s/Leonard A. Davis
                                                    RUSS M. HERMAN, ESQ. (#6819)
                                                    LEONARD A. DAVIS, ESQ. (#14190)
                                                    STEPHEN J. HERMAN, ESQ. (#23129)
                                                    Herman, Herman, Katz & Cotlar, LLP
                                                    820 O'Keefe Avenue
                                                    New Orleans, LA 70113
                                                    Tel: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    Ldavis@hhkc.com
                                                    *Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2011.

/s/ Leonard A. Davis

# EXHIBIT "A"

# Don Barrett, P.A.
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

D  Barrett
E- ail: dbarrett@barrettlawoffice.com

D  d McMullan
En l: dmcmullan@barrettlawoffice.com

K  erine Barrett Riley*
E- ail: kbriley@barrettlawoffice.com
*A o licensed in Tennessee

P.O. Box 987
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2376
Facsimile (662) 834-2628

August 18, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

    In Re: Chinese Manufactured Drywall Products Liability Litigation
        Gross, et al. V. Knauf Gips, KG, et al.
        Case No. 09-6690

Dear Lenny and Russ:

    My client, Willie James Riley, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss without prejudice all of his claims against defendant, Dwayne Williams, in the above matter.

                          Very truly yours,

                          DON BARRETT, P.A.

                          *David McMullan*

                          David McMullan

DM/pt