UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | * * | MAG. JUDGE WILKINSON |

## PEARL SCOTT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, MAGNOLIA STATE CONSTRUCTION, INC.

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Pearl Scott hereby dismisses without prejudice all of her claims against Defendant, Magnolia State Construction, Inc. in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Don Barrett, counsel for Pearl Scott, dated August 18, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22<u>nd</u> day of February, 2011.

/s/ Leonard A. Davis

# EXHIBIT "A"

# Don Barrett, P.A.
### A PROFESSIONAL ASSOCIATION
### ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawoffice.com

**David McMullan**
Email: dmcmullan@barrettlawoffice.com

**Katherine Barrett Riley***
E-mail: kbriley@barrettlawoffice.com
*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile  (662) 834-2628

August 18, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

   In Re: Chinese Manufactured Drywall Products Liability Litigation
     Gross, et al. V. Knauf Gips, KG, et al.
     Case No. 09-6690

Dear Lenny and Russ:

  My client, Pearl Scott, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Magnolia State Construction, in the above matter.

            Very truly yours,

            DON BARRETT, P.A.

            *David McMullan*

            David McMullan

DM/pt