UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION
                                        SECTION L
THIS DOCUMENT RELATES TO:
                                        JUDGE FALLON
*Wiltz, et al.v. Beijing New Building Materials*, Case No.    MAG. JUDGE WILKINSON
       10-361 (E.D. La.)

-----------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF ANN ROSKO'S CLAIMS AGAINST ALL DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a), Plaintiff Ann Rosko, hereby voluntarily dismisses without prejudice all of her claims against all Defendants that she has asserted in this lawsuit. The parties are to bear their own attorneys' fees and costs.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, counsel for Ann Rosko specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                        Respectfully submitted,

February 22, 2011                       /s/ Leonard A. Davis
                                        Russ M. Herman, Esq. (LA Bar No. 6819)
                                        Leonard A. Davis, Esq. (LA Bar No. 14190)
                                        Stephen J. Herman, Esq. (LA Bar No. 23129)
                                        Herman, Herman, Katz & Cotlar, LLP
                                        820 O'Keefe Ave.
                                        New Orleans, LA 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        LDavis@hhkc.com
                                        Plaintiffs' Liaison Counsel
                                        MDL 2047

## CERTIFICATE OF SERVICE

I hereby certify that this 22nd day of February, 2011, a copy of this Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Leonard A. Davis
Leonard A. Davis, Esq.

# EXHIBIT "A"



# MORGAN & MORGAN®
## A LIMITED LIABILITY COMPANY

*Attorneys At Law*

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

February 21, 2011

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Client: Ann Rosko**
*In re: Chinese Manufactured Drywall Product Liability Litig.*
*Wiltz, et al. v. Beijing New Building Materials*, Case No. 10-361
Our File No.: 192557

Dear Russ & Lenny:

We represent Ann Rosko. We hereby authorize the attorneys of Herman, Herman, Katz & Kotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal Without Prejudice of all of Ms. Rosko's claims in this lawsuit.

Sincerely,

Pete V. Albanis

PVA/ah

www.forthepeople.com