## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047 |
| | | JUDGE: FALLON |
| **This Document relates to** *Silva v. Arch Insurance Co., et al* **(09-8034)** | | MAG: WILKINSON |

* * * * * * * * * * * * *

### THE NORTH RIVER INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE ITS OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE AMENDED MOTION IN INTERVENTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The North River Insurance Company ("North River") moves for leave of this court to file its Objection to Plaintiff' Motion for Leave of Court to File Amended Motion in Intervention and Plaintiffs' Motion to Intervene.  In support of this Motion, North River relies on the Memorandum in Support, which is filed contemporaneously.

WHEREFORE, The North River Insurance Company prays that this Court grant its Motion for Leave to File Its Objection to Plaintiffs' Amended Motion for Intervention and Amended Motion to Intervene.

Respectfully submitted,

By: _____/s Eric B. Berger_____
Brian S. Martin, Esq.
Kevin Risley, Esq.
Rodrigo "Diego" Garcia, Jr., Esq.
THOMPSON COE COUSINS & IRONS LLP
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206

Fax: (713) 403-8299
bmartin@thompsoncoe.com

-and-

Sidney J. Angelle, Esq.
Eric B. Berger, Esq.
LOBMAN CARNAHAN BATT ANGELLE
&amp; NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:   (504) 586-1290
sja@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File &amp; Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February  22, 2011.

            /s Eric B. Berger
            ERIC B. BERGER