## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | MDL No. 2047 |
| | * | |
| | * | JUDGE: FALLON |
| | * | |
| This Document relates to | * | MAG: WILKINSON |
| *Silva v. Arch Insurance Co., et al* | * | |
| | | |
| **(09-8034)** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### THE NORTH RIVER INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE ITS OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE AMENDED MOTION IN INTERVENTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The North River Insurance Company ("North River") moves for leave of this court to file its Objection to Plaintiffs' Motion for Leave of Court to File Amended Motion in Intervention [#7265] and Plaintiffs' Amended Motion to Intervene.  In support of this Motion, North River will show as follows:

1.      Plaintiffs filed their Tenth Motion to Lift Stay [#7305] in the above-captioned *Silva* class action lawsuit on February 1, 2011 and this Court granted Plaintiffs' Motion on February 4, 2011 as to the Motion to Intervene [#7337].

2.      Further, Plaintiffs filed their Motion for Leave of Court to File an Amended Motion in Intervention and Amended Motion to Intervene on February 15, 2011 [#7490] and requested a hearing eight days later, after this Court's monthly status conference on February 23, 2011.

3.      Pursuant Local Rule 7.5, any opposition to a motion must be filed eight days prior to the noticed submission date.

4.      However, because Plaintiffs filed their Motion for Leave to file the Amended Motion to Intervene only eight days prior to the February 23, 2011 hearing date, it was impossible for North River to file its Objection within the time period proscribed by the local rules.   Further, counsel for North River were first notified that that the *Silva* proposed class representatives would also be bellwether plaintiffs on February 16, 2011.

5.      North River's Objections to #s 7265 and 7490 is attached.

WHEREFORE, The North River Insurance Company prays that this Court grant its Motion for Leave to File Its Objection to Plaintiffs' Amended Motion for Intervention and Amended Motion to Intervene.

Respectfully submitted,

By:   _____ */s Eric B. Berger*_____
            Brian S. Martin, Esq.
            Kevin Risley, Esq.
            Rodrigo "Diego" Garcia, Jr., Esq.
            THOMPSON COE COUSINS & IRONS LLP
            One Riverway, Suite 1600
            Houston, Texas 77056
            Phone: (713) 403-8206
            Fax:  (713) 403-8299
            bmartin@thompsoncoe.com

            Sidney J. Angelle, Esq.
            Eric B. Berger, Esq.
            LOBMAN CARNAHAN BATT ANGELLE
                 & NADER
            400 Poydras Street, Suite 2300
            New Orleans, Louisiana 70130
            Phone: (504) 586-9292
            Fax:   (504) 586-1290
            sja@lcba-law.com

            ATTORNEYS FOR THE NORTH RIVER
            INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 22, 2011.

                                        ___/s Eric B. Berger_____
                                        ERIC B. BERGER