# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED** | * | |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **MDL No. 2047** |
| | * | |
| | * | **JUDGE: FALLON** |
| | * | |
| **This Document relates to** | * | **MAG: WILKINSON** |
| *Silva v. Arch Insurance Co., et al* | * | |
| | | |
| **(09-8034)** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

AND NOW,  on this _____ day of _____, 2011, upon consideration of The North River Insurance Company's Motion for Leave and Memorandum in Support thereof, it is hereby ORDERED that said motion is GRANTED and the Objection Of The North River Insurance Company To Plaintiffs' Motion For Leave Of Court To File Amended Motion In Intervention shall be filed in the record.


_____

Eldon E. Fallon
United States District Court Judge