IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Amato, et al. v. Liberty Mut. Ins. Co.*<br>Case No. 2:10-cv-00932 | MAG. JUDGE WILKINSON |

## RE-NOTICE OF SUBMISSION

Please take note that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, originally noticed to follow the monthly status conference on February 23, 2011, at a later date to be reset by the movant, for an order on The North River Insurance Company's Motion for Leave to file Its Third-Party Claims [#7638] against the Knauf Entities, and for such other further relief as the Court may deem just and appropriate.

Respectfully submitted,

By:     */s Eric B. Berger*
      Brian S. Martin, Esq.
      Kevin Risley, Esq.
      Rodrigo "Diego" Garcia, Jr., Esq.
      THOMPSON COE COUSINS & IRONS LLP
      One Riverway, Suite 1600
      Houston, Texas 77056
      Phone: (713) 403-8206
      Fax: (713) 403-8299
      bmartin@thompsoncoe.com

-and-

        Sidney J. Angelle, Esq.
Eric B. Berger, Esq.
LOBMAN CARNAHAN BATT ANGELLE
   & NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February  22, 2011.

                                        */s Eric B. Berger*
                                      ERIC B. BERGER