EXHIBIT

C

-----Original Message-----
From: Dawn Barrios [mailto:DBarrios@bkc-law.com]
Sent: Thursday, February 03, 2011 11:38 AM
To: Thibodeaux, Paul C.; NPanayo@wwhgd.com; Shubhra Mashelkar; Steven
Glickstein; Miller, Kerry J.
Cc: Richard G. Duplantier, Jr.; Carlina Eiselen
Subject: RE: Knauf/Banner FL. Class rep

It is correct.  Just remember in LA there are 2 CRs for INEX and 3 for
Knauf.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524-3313 (fax)
www.bkc-law.com

P Please consider the environment before printing this e-mail


-----Original Message-----
From: Thibodeaux, Paul C. [mailto:PThibodeaux@frilot.com]
Sent: Thursday, February 03, 2011 11:34 AM
To: NPanayo@wwhgd.com; Shubhra Mashelkar; Steven Glickstein; Miller,
Kerry J.; Dawn Barrios
Cc: Richard G. Duplantier, Jr.; Carlina Eiselen
Subject: FW: Knauf/Banner FL. Class rep

All,

Pls see the below correspondence from Dawn Barrios and Ervin Gonzalez.

Based on my discussions with Dawn and the below confirmation, it is my
understanding that Dr. Steven Roberts is the only FL class rep being
set forth by Plaintiffs in the Payton and Vickers motions for class
certification.  It is also my understanding that Castro, Montoya, Le,
and Visciglia are not being set forth as class reps.

Thus, that leaves us with the following breakdown of class reps moving
forward:

Louisiana: 1) Byrne, 2) Beckendorf, 3) Puig, 4) Amato and 5) Boudreaux.

Florida:  6) Dr. S. Roberts.

I've copied Dawn on this email.  Dawn, can you please confirm for the
group that the above is accurate?

Thanks,

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.

1

Suite 3700
New Orleans, LA 70163
www.frilot.com
Direct: (504)599-8204
Fax: (504)599-8279

-----Original Message-----
From: Dawn Barrios [mailto:DBarrios@bkc-law.com]
Sent: Thursday, February 03, 2011 6:08 AM
To: Thibodeaux, Paul C.
Subject: Knauf/Banner FL. Class rep

Paul,
Here is your written confirmation that FL has only one CR.
Please distribute this info to all defense counsel.
Thanks,
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA  70139
504.524.3300 (phone)
504.524.3313 (fax)
barrios@bkc-law.com

-----Original Message-----
From: Gonzalez, Ervin [mailto:Ervin@colson.com]
Sent: Wednesday, February 02, 2011 9:35 PM
To: Dawn Barrios
Cc: Montoya, Patrick; Levin Arnold; Dawn Barrios; Herman Russ; Richard
S. Lewis; Fred Longer
Subject: Re: Knauf/Banner FL. Class rep

You may confirm Dr. Roberts

Sent from my iPhone
Ervin A. Gonzalez

2