

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Thursday, February 03, 2011 6:36 AM
**To:** Lexy Butler
**Cc:** Du Plantier; Thibodeaux, Paul C.; Russ Herman; Arnold Levin ; Chris Seeger ; 'Nicholas Panayotopoulos'
**Subject:** CDW- certification scheduling order

Lexy,

Plaintiffs, Knauf, Interior Exterior, Banner and Interior Exterior's insurers (all parties to the class cert hearing) have agreed to present Judge Fallon with a new scheduling order to account for the substitution of class reps. We will be forwarding it shortly to you for Judge Fallon, but wanted you to know today as there is a 2/3 deadline in the order as it currently stands. We all have agreed that we wish to adhere to the new order, and hope that our new dates are acceptable to the Court.

Under the new schedule the class cert hearing would be the last week of June, subject to the Court's calendar and convenience.

Please let us know if this is acceptable.

I would appreciate it if Rick Duplantier will circulate this email to all counsel for Interior Exterior insurers.

Many thanks,
dawn


Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA  70139
504.524.3300 (phone)
504.524.3313 (fax)
barrios@bkc-law.com