EXHIBIT E

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Friday, February 11, 2011 9:09 AM
**To:** Panayotopoulos, Nicholas; Dawn Barrios; Ben Grau ; Gary Russo; Greg Currier; Pipes, Minor; Miller, Kerry J.; Kevin Risley; Megan Donohue; Melissa Swabacker; Thibodeaux, Paul C.; Du Plantier; Robert Grass; Steven Glickstein; Michael Sexton; Mike Peterson; Peter Spillis; Shubhra Mashelkar; Stephen J. Rapp; Todd Ehrenreich
**Cc:** Michael J. Ecuyer; Cayce Peterson; Skip Lambert ; Gonzalez, Ervin; Fred Longer; Lenny Davis
**Subject:** RE: CDW discovery and timeline

Dear Counsel,

Due to an inadvertent error on our part, we have realized that we have not advised all counsel that we are also proceeding with class representatives Karin Vickers, Felix and Jenny Martinez and Jason Santiago. They are named class representatives in the Vickers complaints and were never withdrawn. Ms. Vickers, the Martinezes and Mr. Santiago were qualified under the Harrell settlement, have KPT board in their homes that was delivered by Banner Supply. This is all well documented and these class representatives have answered previous discovery. They will also answer the discovery that was recently served. They will be made available for deposition. If the Banner settlement in the Harrell case is approved, then Ms. Vickers, the Martinezes and Mr. Santiago will only have standing versus Knauf. Based on the foregoing, our proceeding with Ms. Vickers, the Martinezes, Mr. Santiago, Steven Roberts, and Felix Diaz for the June class certification hearing for the Florida class does not prejudice the defendants, especially in light of the extended deadlines. Should you have any questions, please do not hesitate to contact us.

Very truly yours,


Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: 305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com

1