UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| KENNETH AND BARBARA WILTZ, et al. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| BEIJING NEW BUILDING MATERIALS | * | |
| PUBLIC LTD., CO., et al. | * | |
| Case No. 10-361 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendant, R. Fry Builders, Inc.'s, Motion to Dismiss, With Prejudice, the Claims Brought Against it in the Wiltz Omnibus Class Action Complaint in Intervention (II(C)), shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 30th day of March, 2011 at 9:00 a.m. or as soon thereafter as counsel may be heard.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax: (954) 463-2224

/s/ Leslie Miller Tomczak
    Stacy Bercun Bohm, Esq.
    Florida Bar Number: 022462
    Email: stacy.bohm@akerman.com
    Valerie B. Greenberg, Esq.
    Florida Bar Number: 026514
    Email: valerie.greenberg@akerman.com
    Leslie Miller Tomczak, Esq.
    Florida Bar Number: 126489
    Email: leslie.tomczak@akerman.com
*Attorneys for R. Fry Builders, Inc.*

{FT752301;1}

Co-Counsel Defendant R. Fry, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
           Susie.morgan@phelps.com
           Skylar.rosenbloom@phelps.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Submission* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2011.

                              /s/ Leslie Miller Tomczak

{FT752301;1}                              2