UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| **This Document Relates to:** | | **MAGISTRATE WILKINSON** |
| ALL CASES | | |

## MOTION TO ENROLL CO-COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC, who moves this Honorable Court to enter an Order enrolling Benjamin R. Grau of Galloway, Johnson, Tompkins, Burr and Smith, 701 Poydras Street, Suite 4040, New Orleans, Louisiana 70139 as counsel for Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC, and in support, respectfully requests that this enrollment of counsel will in no way delay the progress of these proceedings accordingly.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
_____
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
Benjamin R. Grau (#26307)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com / jhassinger@gjtbs.com
ceiselen@gjtbs.com / jgreen@gjtbs.com
bgrau@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 23rd day of February, 2011.

*Richard G. Duplantier, Jr.*   /s/
_____
RICHARD G. DUPLANTIER, JR.

IT IS HEREBY ORDERED that Teresa Leyva Martin of the firm of Galloway, Johnson, Tompkins, Burr & Smith be enrolled as counsel for Employer, JR. Logging, Inc.

Signed in Covington, Louisiana this _____ day of _____, 2011.

_____
WORKERS' COMPENSATION JUDGE