UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | ) | **CIVIL ACTION NO. 09-2047** |
| **DRYWALL PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **JUDGE FALLON** |
| _____ | ) | |
| **This Document Relates to:** | | **MAGISTRATE WILKINSON** |
| **ALL CASES** | | |

ORDER on MOTION TO ENROLL CO-COUNSEL

IT IS HEREBY ORDERED that Benjamin R. Grau of the firm of Galloway, Johnson,

Tompkins, Burr & Smith be enrolled as additional counsel for Interior Exterior Building Supply,

L.P. and Interior Exterior Enterprises, LLC.

Signed in New Orleans, Louisiana this _____ day of _____, 2011.


_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**