UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| JOHN D CONRY | * | CIVIL ACTION 10-4599 |
| | * | 2009-MD-2047 |
| VERSUS | * | SECTION L |
| GERALD DAUGHERTY AND | * | MAGISTRATE 2 |
| THE HERB IMPORT COMPANY | * | |

\* \* \* \* \* \*

## COMPLAINT IN INTERPLEADER UNDER FRCP 22

NOW COMES, John D Conry, *Pro Se*, as a stakeholder, who represents the following:

1. John D Conry is a resident of the Eastern District of Louisiana, as are both Defendants herein, Gerald Daugherty and the Herb Import Company.

2. Stakeholder filed suit against Defendants Gerald Daugherty and The Herb Import Company in this court on December 22, 2010. In his Complaint, Plaintiff alleged various acts of fraud including Mail Fraud under 18 U.S.C.A. 1963, Wire Fraud under 18 U.S.C.A. 1343, a pattern of Racketeering Activity under 18 U.S.C.A. 1964, Extortion and a myriad of other activities related to and arising out of Defendants' desire to grow their enterprise, the Herb Import Company.

3. On or about January 10, 2011, Defendant in the above captioned matter filed a Petition for Executory Process ("foreclosure")

4. The court has Jurisdiction over this Interpleader suit because it arises under 18 U.S.C.A. 1964, 1963 and 1343. This matter presents a Federal Question under the RICO statute.

5. Venue is proper in this district under 28 U.S.C.A. 1391 because defendant is a resident of this district.

6. The Property subject to this Interpleader is the property located at 123 Fremont Street in New Orleans, Louisiana.

7. The value of the property subject to this interpleader is greater than seventy five thousand dollars.

8. There are multiple claims to the property subject to this interpleader: 10-CV-4599/09-MD-2047, Conry versus Daugherty, and CDC 2011-227, Daugherty versus Conry.

9. Claimants' interests in the property subject to this interpleader are adverse. Plaintiff herein, Conry, seeks to have the original note and sale declared invalid as a result of Daugherty's fraud and to collect for damages caused to him by Daugherty's subsequent artifices of fraud. Daugherty seeks to foreclose on the property and collect on the note.

10. Should Daugherty succeed in foreclosing on the property Conry's rights in this matter, filed first, would be prejudiced.

11. Plaintiff requests that costs and attorney's fees be assessed to Defendant as Defendant did not have the right to file a foreclosure and committed material acts of fraud in the Petition for Executory Process. Specifically, Defendant filed the foreclosure in the Civil District Court for the Parish of Orleans after being notified that Jurisdiction had been established in this court by the above captioned action, 10-cv-4599.

Respectfully Submitted,

_____
John Conry
PO Box 641234
Kenner, LA 70064
Fax: 504-754-7556

Please Serve:

Gerald Daugherty and The Herb Import Company
Through Counsel of Record
John Davidson
2901 Independence Street
Suite 201
Metairie, LA 70006



$0.950
US POSTAGE
FIRST-CLASS
FROM 70001
JAN 26 2011
stamps.com

062S0006282693

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street Ste C151
New Orleans LA 70130-3367

John D Conry
PO Box 641234
Kenner, LA 70064-1234