IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 <br> SECTION L <br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Silva. v. Arch Insurance. Co.* <br> Case No. 2:09-cv-08034 | MAG. JUDGE WILKINSON |

**THE NORTH RIVER INSURANCE COMPANY'S MEMORANDUM
IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A
THIRD-PARTY ACTION AGAINST THE KNAUF ENTITIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The North River Insurance Company ("North River") moves for leave of this court to file its Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd. (collectively identified as the "Knauf Entities"), would show as follows:

1. North River is a defendant in the *Silva* class action lawsuit.

2. On or about January 20, 2010, North River filed its Answer in the *Silva* Lawsuit.

3. Upon information and belief, North River and its insured, Interior Exterior Building Supply, L.P. will be defendants in a bellwether trial beginning on or about July 18, 2011.

4. Upon information and belief, the proposed Plaintiffs for the bellwether trial are: Dean and Dawn Amato, Bryon and Debra Byrne, Edward and Susan Beckendorf and Donald and Marcelyn Puig. Plaintiffs currently seek to intervene in the *Silva* Lawsuit.

5. North River intends to litigate its Third Party Claims versus the Knauf entities at that bellwether trial, in order to make the bellwether trial a more-complete representation of the issues involving North River and its insured, Interior Exterior Building Supply, L.P.

6. To date, this Court has not entered a scheduling order for the July 18, 2011 bellwether trial.

7. The parties to the *Silva* Lawsuit will not be prejudiced by North River's assertion of third-party claims at this time.

WHEREFORE, The North River Insurance Company prays that this Court grant its Motion for Leave to File its Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd.

Respectfully submitted,

By:    /s Eric B. Berger
Brian S. Martin, Esq.
Kevin Risley, Esq.
Rodrigo "Diego" Garcia, Jr., Esq.
THOMPSON COE COUSINS & IRONS LLP
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax: (713) 403-8299
bmartin@thompsoncoe.com

Sidney J. Angelle, Esq., La. Bar No. 1002
Eric B. Berger, Esq. La. Bar No. 26196
LOBMAN CARNAHAN BATT ANGELLE
   & NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax: (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

                                            ATTORNEYS FOR THE NORTH RIVER
                                            INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 24, 2011.

                                            ___/*s Eric B. Berger*_____
                                            ERIC B. BERGER