**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Silva. v. Arch Insurance. Co.*<br>Case No. 2:09-cv-08034 | MAG. JUDGE WILKINSON |

**THE NORTH RIVER INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY AS TO ITS MOTION FOR LEAVE TO FILE ITS <u>THIRD-PARTY CLAIMS AGAINST THE KNAUF ENTITIES</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The North River Insurance Company ("North River") moves this Court to lift the Stay in the above-captioned matters for the limited purpose of addressing North River's Motion for Leave to File its Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd. (collectively identified as the "Knauf Entities") and shows as follows:

North River has been named a defendant in the *Silva* class action lawsuit, which seeks damages for claims arising from allegedly defective Chinese-manufactured drywall.  North River issued certain insurance policies to Interior Exterior Building Supply, L.P. ("Inex"), also a defendant in this lawsuits.   At a conference on February 8, 2011, the court indicated that a bellwether trial will proceed against Inex and North River on July 18, 2011.  Upon information and belief, the Plaintiffs in the bellwether trial are: Dean and Dawn Amato, Bryon and Debra Byrne, Edward and Susan Beckendorf and Donald and Marcelyn Puig.  The Amatos, Byrnes, Beckendorfs and Puig are unnamed class members in the *Silva* Lawsuit.  Because the bellwether

trial is proceeding against North River, North River seeks to assert its rights against the Knauf Entities in the event that North River is liable for any of the "Bellwether" Plaintiffs' damage. Accordingly, North River seeks to lift the stay in this matter for the limited purpose of its Motion for Leave to File Its Third-Party Claims against the Knauf Entities.

WHEREFORE, The North River Insurance Company prays that this Court grant its Motion and lift the stay for the limited purpose of addressing North River's Motion for Leave to File Third-Party Claims against Knauf International GmbH, Knauf Insulation GmbH (sometimes referred to as Knauf Insulation USA), Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd., which North River or set for a contradictory hearing.

        Respectfully submitted,

        By:     */s Eric B. Berger*
            Brian S. Martin, Esq.
            Kevin Risley, Esq.
            Rodrigo "Diego" Garcia, Jr., Esq.
            THOMPSON COE COUSINS & IRONS LLP
            One Riverway, Suite 1600
            Houston, Texas 77056
            Phone: (713) 403-8206
            Fax:  (713) 403-8299
            bmartin@thompsoncoe.com

            Sidney J. Angelle, Esq., La. Bar No. 1002
            Eric B. Berger, Esq. La. Bar No. 26196
            LOBMAN CARNAHAN BATT ANGELLE
              & NADER
            400 Poydras Street, Suite 2300
            New Orleans, Louisiana 70130
            Phone: (504) 586-9292
            Fax:   (504) 586-1290
            sja@lcba-law.com
            ebb@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 24, 2011.

　　　/s *Eric B. Berger*_____
ERIC B. BERGER