**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED                    MDL NO. 09-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                          SECTION L

                                                                        JUDGE FALLON

THIS DOCUMENT RELATES TO:

*Silva. v. Arch Insurance. Co.*                              MAG. JUDGE WILKINSON
Case No. 2:09-cv-08034


**NOTICE OF SUBMISSION**

        Please take note that, upon the pleadings and other matters of record, the undersigned will

move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the

Eastern District of Louisiana, Room C456, United States District Courthouse, 500 Poydras

Street, New Orleans, Louisiana, 70130, following the monthly status conference on March 23,

2011 at 9:00 a.m., or as soon thereafter as counsel can be heard, for an order on The North River

Insurance Company's Motion to Lift the Stay for the limited purpose of hearing its Motion for

Leave to file its Third-Party Claims against the Knauf Entities, and for such other further relief

as the Court may deem just and appropriate.

                                        Respectfully submitted,

                              By:        */s Eric B. Berger*
                                        Brian S. Martin, Esq.
                                        Kevin Risley, Esq.
                                        Rodrigo "Diego" Garcia, Jr., Esq.
                                        THOMPSON COE COUSINS & IRONS LLP
                                        One Riverway, Suite 1600
                                        Houston, Texas 77056
                                        Phone: (713) 403-8206
                                        Fax:  (713) 403-8299
                                        bmartin@thompsoncoe.com

                                        Sidney J. Angelle, Esq., La. Bar No. 1002
                                        Eric B. Berger, Esq. La. Bar No. 26196
                                        LOBMAN CARNAHAN BATT ANGELLE

& NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 24, 2011.

___/s *Eric B. Berger*_____
ERIC B. BERGER