IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Silva. v. Arch Insurance. Co.*<br>Case No. 2:09-cv-08034 | MAG. JUDGE WILKINSON |

## ORDER

Considering The North River Insurance Company's Motion to Lift the Stay for the limited purpose for its Motion for Leave to file Its Third-Party Claims against the Knauf Entities,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motions:

> The North River Insurance Company's Motion for Leave to file Its Third-Party Claims against the Knauf Entities.

IT IS FURTHER ORDERED BY THE COURT that a hearing is set for the above motion following the monthly status conference on February 23, 2011, or at any time set by the Court.

New Orleans, Louisiana, this ____ day of _____, 2011

_____
Eldon E. Fallon
United States District Court Judge