UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELLEN AND MICHAEL BESSON** | * | |
| | * | **NO. 11-CV-00057, L(2)** |
| **VERSUS** | * | |
| | * | |
| **REPUBLIC FIRE AND CASUALTY** | * | |
| **INSURANCE COMPANY** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs Ellen and Michael Besson who give notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the voluntary dismissal of this action against the Defendant Republic Fire and Casualty Insurance Company without prejudice to the Plaintiffs' rights or causes of action against any other person or entity, named or otherwise.  Republic Fire and Casualty Insurance Company has not served either an answer or a motion for summary judgment and hence, this action is hereby voluntarily dismissed without prejudice by the Plaintiffs against the Defendant Republic Fire and Casualty Insurance Company without the need for filing a court order.  Moreover, pursuant to Local rule 41.1E, the Plaintiffs declare they have no intention of refiling an action against the voluntarily dismissed Defendant Republic Fire and Casualty Insurance Company.

**Respectfully submitted,**

**THORNHILL LAW FIRM, APLC**

 */s/ Tom W. Thornhill*
TOM W. THORNHILL (#12776)
1308 Ninth Street
Slidell, LA 70458
Ph: (985) 641-5010
Fax: (985) 641-5011
Email: tom@thornhilllawfirm.com

AND

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by electronically filing this pleading through the Court's ECF filing system, on February 24, 2011.

*/s/Tom W. Thornhill*_____
**TOM W. THORNHILL**

N. Frank Elliot III (#23054)
N. FRANK ELLIOT III, LLC
P.O. Box 3065
Lake Charles, LA 70602
Ph: (337) 309-6999
Fax: (337) 439-2545
Email: frank@nfelaw.com