UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**This Document Relates to ALL CASES.**

## ORDER

On January 12, 2011, the Court issued a scheduling order for pending motions for class certification in the *Vickers*, *Payton*, and *Silva* cases.  See (R. Doc. 6958).  Therein, the Court required interventions by January 17, 2011, *see id.*, but subsequently extended this deadline to February 17, 2011, in its Minute Entry of January 20, 2011, *see* (R. Doc. 7086, p. 28), and then to February 25, 2011.  See (R. Doc. 7366).  The Court finds it appropriate to further extend the deadline for intervention.  Accordingly, IT IS ORDERED that the date to intervene is extended to March 3, 2011.

New Orleans, Louisiana, this 23rd day of February 2011.

_____
U.S. District Judge