UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| Sean and Beth Payton, et al. v. Knauf Gips KG, | * | |
| et al., Case No. 09-7628 (E.D.La.) | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NORMAN AND CORLISS HARRIS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, SOUTHERN HOMES, LLC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiffs, Norman and Corliss Hariss, hereby dismisse without prejudice all of their claims against Defendant, Southern Homes, LLC, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other Defendants therein. Each party is to bear its own attorney's fees and costs. Norman and Coriss Harris shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully submitted,

**/s/ Leonard A. Davis**

_____

**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:     (504) 581-4892
Fax No.:     (504) 561-6024
_Attorneys for the Plaintiffs, Norman and Corliss Harris_

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs, Norman and Corliss Hariss',

**Voluntary Dismissal Without Prejudice of Defendants, Southern Homes, LLC**, has been served

on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by

U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading

the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the

foregoing was electronically filed with the Clerk of Court of the United States District Court for the

Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic

filing in accordance with the procedures established in MDL 2047, on this 24th day of February,

2011

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS