# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| THIS DOCUMENT RELATES TO: *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

### AFFIDAVIT OF VIVIEN HASTINGS

I, Vivien Hastings, do depose and state as follows:

1.      I was a Senior Vice President and General Counsel at 2009 Real Estate, LLC (f/k/a 2009 Real Estate Corporation, f/k/a WCI Communities, Inc.) ("Old WCI") from February 24, 1999 until September 3, 2009.

2.      On August 4, 2008 and various dates thereafter Old WCI and most of its affiliates filed voluntary petitions for relief under chapter 11 the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Cases").

3.      Old WCI and its affiliates (collectively the "Company") conducted development and homebuilding operations in Florida, New York, New Jersey, Virginia, Maryland, and Connecticut.  As of December 31, 2008 the Company had multiple locations at which it was building or selling single- and multi-family homes or mid- and high-rise residential units.

4.      During the Chapter 11 Cases, the Company received proofs of claim, letters and phone calls alleging that homes built or developed by the Company contain drywall imported from China that is alleged to be defective ("Chinese Drywall").

NYDOCS1-961045.2

5.    Old WCI and its affiliated debtors filed several pleadings in the bankruptcy court [Docket Nos. 2720, 2770, 2783, 2795, 2854, and 2956] designating approximately 500 proofs of claim as claims alleging damages related to Chinese Drywall.  All claimants asserting claims relating to Chinese Drywall must seek recovery through the WCI Chinese Drywall Trust.

Dated:  February 2, 2011



VIVIEN HASTINGS

Sworn to before me on this
2ʰᵈ day of February, 2011

Notary Public

LEDIA METAJ
MY COMMISSION # DD 928204
EXPIRES: November 3, 2013
Bonded Thru Notary Public Underwriters