# EXHIBIT 3

ANNUAL STATEMENT FOR THE YEAR 2009 OF THE Chartis Specialty Insurance Company
(formerly known as American International Specialty Lines Insurance Company)

## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN
Allocated by States and Territories

| | | 1 Gross Premiums, including Policy and Membership Fees, Less Return Premiums and Premiums on Policies Not Taken | | 4 Dividends Paid or Credited to Policyholders on Direct Business | 5 Direct Losses Paid (Deducting Salvage) | 6 Direct Losses Incurred | 7 Direct Losses Unpaid | 8 Finance and Service Charges Not Included in Premiums | 9 Direct Premiums Written for Federal Purchasing Groups (Included in Column 2) |
|---|---|---|---|---|---|---|---|---|---|
| States, Etc. | Active Status | 2 Direct Premiums Written | 3 Direct Premiums Earned | | | | | | |
| 1. Alabama AL | E | 7,252,540 | 8,999,059 | 0 | 4,199,582 | (1,816,635) | 26,706,719 | 0 | |
| 2. Alaska AK | L | 1,573 | 1,688 | 0 | (57) | (1,788) | 52,948 | 0 | |
| 3. Arizona AZ | E | 4,082,345 | 11,172,523 | 0 | 142,942,057 | 139,074,336 | 47,045,102 | 0 | |
| 4. Arkansas AR | E | 7,215,051 | 8,641,524 | 0 | 8,398,384 | 10,955,487 | 127,577,517 | 0 | |
| 5. California CA | E | 101,557,032 | 174,385,250 | 0 | 230,963,489 | 158,301,868 | 677,222,269 | 0 | 303,789 |
| 6. Colorado CO | E | 10,189,104 | 19,195,778 | 0 | 21,942,502 | (11,600,204) | 47,552,553 | 0 | 0 |
| 7. Connecticut CT | E | 24,750,970 | 30,760,854 | 0 | 45,868,468 | 35,481,954 | 76,291,077 | 0 | 220,819 |
| 8. Delaware DE | E | 4,601,909 | 3,302,057 | 0 | 8,876,194 | (241,909) | 13,286,194 | 0 | |
| 9. District of Columbia DC | E | 12,977,756 | 12,021,611 | 0 | 4,616,532 | 7,326,612 | 92,815,956 | 0 | |
| 10. Florida FL | E | 39,903,008 | 49,774,027 | 0 | 26,895,678 | 35,604,490 | 136,535,909 | 0 | 340,539 |
| 11. Georgia GA | E | 28,954,710 | 39,285,130 | 0 | 14,935,500 | 9,789,235 | 99,859,219 | 0 | |
| 12. Hawaii HI | E | 2,100,903 | 3,139,764 | 0 | 2,526,118 | 3,397,093 | 11,074,112 | 0 | |
| 13. Idaho ID | E | 1,006,698 | 1,959,136 | 0 | 92,089 | (2,193,266) | 12,299,851 | 0 | |
| 14. Illinois IL | L | 2,137,263 | 12,947,375 | 0 | 62,178,985 | 29,923,307 | 127,172,915 | 0 | (6,291) |
| 15. Indiana IN | E | 12,284,972 | 13,883,458 | 0 | 27,699,955 | 27,725,762 | 34,337,913 | 0 | |
| 16. Iowa IA | E | 5,289,491 | 6,307,469 | 0 | 541,256 | 970,682 | 14,424,947 | 0 | |
| 17. Kansas KS | E | 5,547,512 | 8,982,652 | 0 | 3,893,844 | 4,862,957 | 18,504,494 | 0 | |
| 18. Kentucky KY | E | 4,425,849 | 4,577,535 | 0 | 2,103,212 | 1,347,901 | 24,904,814 | 0 | |
| 19. Louisiana LA | E | 34,727,047 | 36,276,119 | 0 | 12,755,491 | 16,946,514 | 89,196,535 | 0 | 14,980 |
| 20. Maine ME | E | 1,193,254 | 2,059,661 | 0 | 972,007 | (5,078,077) | 6,162,293 | 0 | |
| 21. Maryland MD | E | 7,903,411 | 11,928,570 | 0 | 7,325,079 | (14,827,080) | 52,935,590 | 0 | |
| 22. Massachusetts MA | E | 33,226,973 | 42,876,160 | 0 | 77,609,018 | 30,405,322 | 105,646,131 | 0 | 50,324 |
| 23. Michigan MI | E | 35,052,630 | 42,797,968 | 0 | 81,627,454 | 70,203,718 | 93,882,876 | 0 | |
| 24. Minnesota MN | E | 13,632,625 | 19,792,381 | 0 | 8,601,409 | 7,712,693 | 43,884,326 | 0 | |
| 25. Mississippi MS | E | 3,060,907 | 4,679,770 | 0 | 3,211,942 | 1,915,814 | 12,652,895 | 0 | |
| 26. Missouri MO | E | 20,362,329 | 19,055,880 | 0 | 15,835,117 | 11,779,738 | 50,565,628 | 0 | |
| 27. Montana MT | E | 1,123,410 | 1,495,749 | 0 | 25,795,658 | 27,143,805 | 6,275,485 | 0 | |
| 28. Nebraska NE | E | 2,855,299 | 2,902,098 | 0 | 4,290,062 | 5,428,758 | 9,560,555 | 0 | |
| 29. Nevada NV | E | 5,626,705 | 12,736,810 | 0 | 67,008,605 | 58,327,604 | 35,657,902 | 0 | |
| 30. New Hampshire NH | E | 2,100,894 | 2,732,709 | 0 | 507,357 | (1,767,589) | 26,947,376 | 0 | |
| 31. New Jersey NJ | E | 7,909,960 | 2,763,714 | 0 | 162,858 | 94,060 | (485,291) | 0 | |
| 32. New Mexico NM | E | 830,653 | 1,015,305 | 0 | 62,532 | 257,060 | 3,662,487 | 0 | |
| 33. New York NY | E | 70,607,991 | 117,937,035 | 0 | 127,810,062 | 139,200,725 | 274,291,800 | 0 | 887,512 |
| 34. North Carolina NC | E | 13,736,315 | 17,333,739 | 0 | 18,923,353 | 19,715,486 | 50,721,476 | 0 | |
| 35. North Dakota ND | E | 185,927 | 2,244,899 | 0 | 1,713,829 | 2,064,042 | 5,309,939 | 0 | |
| 36. Ohio OH | E | 23,514,339 | 32,774,265 | 0 | 11,107,768 | (9,303,907) | 61,721,353 | 0 | |
| 37. Oklahoma OK | E | 10,545,748 | 11,955,457 | 0 | 11,377,997 | 23,965,123 | 30,236,949 | 0 | |
| 38. Oregon OR | E | 3,445,571 | 5,061,397 | 0 | 3,267,928 | 2,090,597 | 20,751,221 | 0 | |
| 39. Pennsylvania PA | E | 25,812,700 | 40,983,658 | 0 | 26,359,500 | 18,650,591 | 119,585,201 | 0 | |
| 40. Rhode Island RI | E | 4,945,207 | 7,017,894 | 0 | 11,418,353 | 11,855,882 | 23,822,493 | 0 | |
| 41. South Carolina SC | E | 3,667,042 | 5,390,763 | 0 | 1,439,277 | 346,045 | 15,095,651 | 0 | |
| 42. South Dakota SD | E | 2,134,953 | 2,374,417 | 0 | 284,999 | 1,111,353 | 4,239,353 | 0 | |
| 43. Tennessee TN | E | 17,764,110 | 21,361,721 | 0 | 8,330,969 | 2,739,063 | 42,477,098 | 0 | |
| 44. Texas TX | E | 91,300,399 | 126,659,657 | 0 | 83,575,473 | 70,309,920 | 341,374,365 | 0 | |
| 45. Utah UT | E | 3,923,991 | 5,263,399 | 0 | 134,205 | 835,023 | 12,819,844 | 0 | |
| 46. Vermont VT | E | 2,732,304 | 3,396,029 | 0 | 1,143,185 | 1,045,959 | 17,060,460 | 0 | |
| 47. Virginia VA | E | 23,788,844 | 31,810,368 | 0 | 19,912,023 | 5,466,376 | 69,718,710 | 0 | |
| 48. Washington WA | E | 11,324,375 | 15,224,971 | 0 | 29,390,181 | 34,214,873 | 72,785,853 | 0 | |
| 49. West Virginia WV | E | 2,410,764 | 1,977,642 | 0 | 262,594 | 546,469 | 5,477,040 | 0 | |
| 50. Wisconsin WI | E | 31,250,628 | 27,240,297 | 0 | 6,251,037 | 10,579,527 | 31,715,223 | 0 | |
| 51. Wyoming WY | E | 251,530 | 299,145 | 0 | (8,733) | 23,807 | 474,447 | 0 | |
| 52. American Samoa AS | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 53. Guam GU | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 54. Puerto Rico PR | E | 15,733 | 10,470 | 0 | 0 | 0 | 0 | 0 | |
| 55. U.S. Virgin Islands VI | E | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 56. Northern Mariana Islands MP | | | | | | | | | |
| 57. Canada CN | N | 0 | 0 | 0 | 0 | (1,000) | 0 | 0 | |
| 58. Aggregate Other Aliens OT | XXX | 38,108 | (44,823,845) | 0 | 4,224,686 | (39,406,780) | 40,626,050 | 0 | 0 |
| 59. Totals (a) | (a) 2 | 790,422,141 | 1,025,369,865 | 0 | 1,261,561,768 | 969,595,977 | 3,334,078,748 | 0 | 1,900,712 |
| **DETAILS OF WRITE-INS** | | | | | | | | | |
| 5801. Miscellaneous Foreign | XXX | 38,108 | (44,823,845) | 0 | 4,224,686 | (39,406,780) | 40,626,050 | 0 | 0 |
| 5802. | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5803. | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5898. Summary of remaining write-ins for Line 58 from overflow page | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5899. Totals (Lines 5801 through 5803 plus 5898)(Line 58 above) | XXX | 38,108 | (44,823,845) | 0 | 4,224,686 | (39,406,780) | 40,626,050 | 0 | 0 |

Explanation of basis of allocation of premiums by states, etc.

(a) Insert the number of L responses except for Canada and Other Aliens.
Property Risks: Allocation is based on location of risks insured. Ocean Marine Risks: Allocation is to the jurisdiction where insurance contract was negotiated. Automotive Risks: Allocation is to the jurisdiction where vehicle is principally garaged. Casualty Risks: Allocation is based on location of insured's home office. Workers Compensation: Allocation is based on location of insured's employees.

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 6-Month Supplement, Version 2010.2)
003535 - Chartis Specialty Insurance Company

Page 1

# TERRITORY

The company is licensed in Alaska and Illinois. It also operates on a surplus lines or non-admitted basis in the District of Columbia, Puerto Rico, U.S. Virgin Islands, AL, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Annual Statement for the year 2009 of the **ILLINOIS UNION INSURANCE COMPANY**

## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN

### Allocated by States and Territories

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | States, Etc. | Active Status | Gross Premiums, Including Policy and Membership Fees, Less Return Premiums and Premiums on Policies Not Taken Direct Premiums Written | Direct Premiums Earned | Dividends Paid or Credited to Policyholders on Direct Business | Direct Losses Paid (Deducting Salvage) | Direct Losses Incurred | Direct Losses Unpaid | Finance and Service Charges not Included in Premiums | Direct Premiums Written for Federal Purchasing Groups (incl. in Col. 2) |
| 1. | Alabama............AL | E | 1,926,409 | 2,296,711 | 0 | 1,391,459 | (5,505,691) | 5,328,994 | 0 | 0 |
| 2. | Alaska..............AK | E | 6,939,033 | 5,369,855 | 0 | 1,196,426 | 754,062 | 2,764,965 | 0 | 0 |
| 3. | Arizona.............AZ | E | 2,234,205 | 3,364,713 | 0 | 6,131,279 | (684,607) | 12,653,942 | 0 | 0 |
| 4. | Arkansas..........AR | E | 2,249,374 | 1,970,059 | 0 | 1,490,715 | 2,224,353 | 4,194,117 | 0 | 0 |
| 5. | California..........CA | E | 72,278,854 | 91,341,019 | 0 | 45,921,395 | 41,149,047 | 216,956,500 | 0 | 0 |
| 6. | Colorado..........CO | E | 10,026,518 | 15,035,023 | 0 | 828,529 | 8,989,177 | 23,474,058 | 0 | 0 |
| 7. | Connecticut......CT | E | 14,995,766 | 13,034,621 | 0 | 8,691,291 | 14,669,382 | 74,202,557 | 0 | 0 |
| 8. | Delaware..........DE | E | 1,120,410 | 1,130,107 | 0 | 312,215 | 256,555 | 1,418,930 | 0 | 0 |
| 9. | District of Columbia..DC | E | 3,170,136 | 3,073,286 | 0 | 0 | (2,535,147) | 3,585,997 | 0 | 0 |
| 10. | Florida..............FL | E | 25,912,853 | 25,986,985 | 0 | 17,747,561 | 2,161,195 | 37,065,543 | 0 | 0 |
| 11. | Georgia............GA | E | 19,149,753 | 23,552,508 | 0 | 12,347,014 | 11,346,691 | 63,517,093 | 0 | 0 |
| 12. | Hawaii..............HI | E | 1,164,651 | 1,192,085 | 0 | 3,907,789 | 1,161,172 | 1,628,987 | 0 | 0 |
| 13. | Idaho................ID | E | 1,073,137 | 2,135,289 | 0 | 130,024 | 395,451 | 2,451,443 | 0 | 0 |
| 14. | Illinois..............IL | E | 17,711,341 | 19,423,382 | 0 | 10,207,077 | 24,237,405 | 43,034,595 | 0 | 0 |
| 15. | Indiana..............IN | E | 6,793,693 | 6,329,379 | 0 | 788,204 | 3,978,670 | 17,711,980 | 0 | 0 |
| 16. | Iowa..................IA | E | 2,695,137 | 2,400,599 | 0 | 552,789 | 109,975 | 3,956,701 | 0 | 0 |
| 17. | Kansas..............KS | E | 1,919,584 | 1,936,089 | 0 | 34,990 | 4,154,498 | 6,942,681 | 0 | 0 |
| 18. | Kentucky...........KY | E | 4,191,221 | 3,902,375 | 0 | 449,843 | 1,029,087 | 8,004,199 | 0 | 0 |
| 19. | Louisiana..........LA | E | 11,524,969 | 11,763,388 | 0 | 2,248,486 | 1,656,576 | 17,079,643 | 0 | 0 |
| 20. | Maine................ME | E | 296,555 | 288,288 | 0 | 768 | (130,515) | 719,029 | 0 | 0 |
| 21. | Maryland...........MD | E | 10,692,674 | 9,817,336 | 0 | 2,517,074 | (472,794) | 19,989,518 | 0 | 0 |
| 22. | Massachusetts..MA | E | 13,866,009 | 14,959,678 | 0 | 3,486,057 | 1,745,622 | 30,920,044 | 0 | 0 |
| 23. | Michigan............MI | E | 2,670,713 | 3,799,549 | 0 | 96,912 | (6,975,561) | 8,777,605 | 0 | 0 |
| 24. | Minnesota.........MN | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25. | Mississippi........MS | E | 1,113,528 | 1,709,839 | 0 | 270,951 | 878,846 | 6,461,051 | 0 | 0 |
| 26. | Missouri............MO | E | 7,576,692 | 7,984,275 | 0 | 10,340,366 | 9,983,640 | 14,367,813 | 0 | 0 |
| 27. | Montana............MT | E | 412,110 | 612,566 | 0 | 312,509 | 469,989 | 1,063,173 | 0 | 0 |
| 28. | Nebraska..........NE | E | 1,477,961 | 1,896,408 | 0 | 201,939 | 791,859 | 1,754,864 | 0 | 0 |
| 29. | Nevada.............NV | E | 659,784 | 1,609,164 | 0 | 661,946 | 2,461,695 | 5,910,451 | 0 | 0 |
| 30. | New Hampshire.NH | E | 3,260,475 | 3,539,162 | 0 | 119,268 | 1,653,480 | 6,541,750 | 0 | 0 |
| 31. | New Jersey.......NJ | E | 19,379,240 | 19,036,227 | 0 | 6,354,320 | 8,497,588 | 33,610,929 | 0 | 0 |
| 32. | New Mexico......NM | E | 1,206,942 | 1,119,589 | 0 | 4,169 | 236,563 | 1,344,555 | 0 | 0 |
| 33. | New York..........NY | E | 61,489,582 | 62,017,912 | 0 | 47,519,702 | 15,249,338 | 262,789,286 | 0 | 0 |
| 34. | North Carolina...NC | E | 6,810,735 | 8,167,658 | 0 | 396,151 | 5,186 | 11,844,472 | 0 | 0 |
| 35. | North Dakota.....ND | E | 115,573 | 155,119 | 0 | 0 | (925) | 301,385 | 0 | 0 |
| 36. | Ohio..................OH | E | 9,697,741 | 9,345,949 | 0 | 2,153,021 | (280,827) | 30,491,169 | 0 | 0 |
| 37. | Oklahoma..........OK | E | 2,362,806 | 3,207,047 | 0 | 3,156,315 | 3,444,185 | 3,602,001 | 0 | 0 |
| 38. | Oregon..............OR | E | 2,213,215 | 2,808,269 | 0 | 1,114,832 | 4,962,136 | 12,045,706 | 0 | 0 |
| 39. | Pennsylvania.....PA | E | 12,942,379 | 12,682,392 | 0 | 7,450,781 | 5,042,953 | 34,521,882 | 0 | 0 |
| 40. | Rhode Island.....RI | E | 3,268,138 | 3,303,139 | 0 | 303,826 | 354,629 | 8,917,444 | 0 | 0 |
| 41. | South Carolina..SC | E | 1,974,598 | 2,092,172 | 0 | 784,238 | 232,697 | 3,075,350 | 0 | 0 |
| 42. | South Dakota....SD | E | 434,515 | 289,597 | 0 | (2,057) | (91,117) | 536,690 | 0 | 0 |
| 43. | Tennessee........TN | E | 10,233,268 | 10,313,683 | 0 | 2,623,791 | 1,969,138 | 23,699,196 | 0 | 0 |
| 44. | Texas................TX | E | 37,544,287 | 43,934,191 | 0 | 9,444,668 | 9,765,214 | 95,902,016 | 0 | 0 |
| 45. | Utah..................UT | E | 2,085,693 | 1,483,139 | 0 | 1,558,579 | 4,221,415 | 7,826,572 | 0 | 0 |
| 46. | Vermont.............VT | E | 697,416 | 569,993 | 0 | 1,906,542 | 1,459,225 | 1,175,543 | 0 | 0 |
| 47. | Virginia..............VA | E | 15,937,679 | 14,324,903 | 0 | 2,852,022 | 8,607,230 | 30,042,535 | 0 | 0 |
| 48. | Washington......WA | E | 8,715,197 | 9,363,020 | 0 | 7,573,698 | 9,499,945 | 21,536,808 | 0 | 0 |
| 49. | West Virginia....WV | E | 214,083 | 263,166 | 0 | 92,585 | (62,250) | 1,968,749 | 0 | 0 |
| 50. | Wisconsin.........WI | E | 2,222,365 | 2,553,535 | 0 | 638,475 | (97,725) | 14,493,532 | 0 | 0 |
| 51. | Wyoming...........WY | E | 151,804 | 201,216 | 0 | 55,621 | 136,359 | 506,767 | 0 | 0 |
| 52. | American Samoa..AS | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 53. | Guam................GU | N | 0 | 151,137 | 0 | 0 | (139,416) | (6,136) | 0 | 0 |
| 54. | Puerto Rico.......PR | N | 0 | 0 | 0 | 0 | (522) | 6,215 | 0 | 0 |
| 55. | US Virgin Islands..VI | N | 0 | 0 | 0 | 0 | (707) | 3,360 | 0 | 0 |
| 56. | Northern Mariana Islands..MP | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 57. | Canada..............CN | N | 97,889 | 36,478 | 0 | 0 | 6,447 | 93,827 | 0 | 0 |
| 58. | Aggregate Other Alien..OT | XXX | 20,034,539 | 16,142,038 | 0 | 16,364,153 | 16,860,113 | 14,692,493 | 0 | 0 |
| 59. | Totals | (a) 0 | 457,403,299 | 504,114,111 | 0 | 246,950,582 | 205,072,875 | 1,239,994,692 | 0 | 0 |
| | **DETAILS OF WRITE-INS** | | | | | | | | | |
| 5801. | FOREIGN | XXX | 20,034,539 | 16,142,038 | 0 | 16,364,153 | 16,860,113 | 14,692,493 | 0 | 0 |
| 5802. | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5803. | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5898. | Summary of remaining write-ins for Line 58 from overflow page | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5899. | Totals (Lines 5801 thru 5803+ Line 5898) (Line 58 above) | XXX | 20,034,539 | 16,142,038 | 0 | 16,364,153 | 16,860,113 | 14,692,493 | 0 | 0 |

(a) Insert the number of "1" responses except for Canada and Other Alien.

Explanation of Basis of Allocation of Premiums by State, etc.
Location of Property: Fire, Allied Lines, Federal Flood, Farmowners Multiple peril, Homeowners Multiple Peril, Commercial Multiple Peril, Earthquake, Burglary and Theft Boiler and Machinery.
Location of Risk: Medical Malpractice, Liability other than Auto.
Location of Operation: Worker's Compensation, Liability other than Auto.
Location of Principle Garage: Auto Liability, Auto Physical Damage.
Location of Airport: Aircraft (All Perils).
Location of Insured: Group Accident and Health, Other Accident and Health.
Principle Office of Insured: Credit
Surety - Judical Bonds Allocated to State of Court location, Contract - Location of Work, Supply - Location of Contractor, License - Location of Obligee.

# TERRITORY

The company is licensed in Illinois. It also operates on a surplus lines or non-admitted basis in the District of Columbia, AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IN, IA, KS, KY, LA, ME, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

ANNUAL STATEMENT FOR THE YEAR 2009 OF THE Lexington Insurance Company

## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN
Allocated by States and Territories

| | States, Etc. | | Active Status | 1 Direct Premiums Written | 2 Direct Premiums Earned | 3 Dividends Paid or Credited to Policyholders on Direct Business | 4 Direct Losses Paid (Deducting Salvage) | 5 Direct Losses Incurred | 6 Direct Losses Unpaid | 7 Finance and Service Charges Not Included in Premiums | 8 Direct Premiums Written for Federal Purchasing Groups (Included in Column 2) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Alabama | AL | E | 59,242,150 | 57,459,463 | 0 | 27,606,955 | 104,692,231 | 176,662,095 | 0 | 156,713 |
| 2. | Alaska | AK | E | 17,101,509 | 17,128,681 | 0 | 17,775,812 | 19,653,273 | 21,114,903 | 0 | 69,045 |
| 3. | Arizona | AZ | E | 80,723,375 | 81,957,491 | 0 | 92,402,743 | 171,435,952 | 237,093,655 | 0 | 8,450 |
| 4. | Arkansas | AR | E | 17,191,551 | 20,349,146 | 0 | 16,700,652 | 11,941,590 | 45,371,149 | 0 | 1,907 |
| 5. | California | CA | E | 903,739,072 | 927,152,246 | 0 | 424,030,961 | 411,303,835 | 1,224,145,812 | 0 | 281,869 |
| 6. | Colorado | CO | E | 79,570,691 | 80,330,739 | 0 | 43,031,005 | 46,719,767 | 114,219,494 | 0 | 58,696 |
| 7. | Connecticut | CT | E | 51,746,786 | 50,074,778 | 0 | 32,891,467 | 37,014,261 | 117,872,400 | 0 | 103,352 |
| 8. | Delaware | DE | L | (31,381) | (50,549) | 0 | 218,055 | (416,980) | 1,319,963 | 0 | (13,033) |
| 9. | District of Columbia | DC | E | 36,797,359 | 37,679,754 | 0 | 9,950,693 | 57,830,239 | 100,815,047 | 0 | 14,750 |
| 10. | Florida | FL | E | 585,757,348 | 592,208,584 | 0 | 215,493,252 | 147,054,439 | 606,394,063 | 0 | 1,442,228 |
| 11. | Georgia | GA | E | 111,444,453 | 112,819,151 | 0 | 40,912,851 | 17,629,563 | 156,707,173 | 0 | 50,044 |
| 12. | Hawaii | HI | E | 57,806,149 | 55,025,997 | 0 | 16,231,006 | 9,937,225 | 50,361,572 | 0 | 59,819 |
| 13. | Idaho | ID | E | 10,849,297 | 11,745,425 | 0 | 1,082,022 | (1,259,401) | 15,670,671 | 0 | |
| 14. | Illinois | IL | E | 269,909,354 | 303,799,382 | 0 | 101,839,970 | 206,129,800 | 482,822,426 | 0 | 139,334 |
| 15. | Indiana | IN | E | 85,689,395 | 86,500,275 | 0 | 50,766,605 | 30,914,116 | 174,127,642 | 0 | 7,190 |
| 16. | Iowa | IA | E | 36,906,691 | 37,535,877 | 0 | 23,807,457 | 30,747,669 | 58,728,706 | 0 | 2,500 |
| 17. | Kansas | KS | E | 27,250,478 | 28,486,351 | 0 | 11,319,975 | 11,152,617 | 49,975,051 | 0 | 2,500 |
| 18. | Kentucky | KY | E | 39,910,192 | 44,269,712 | 0 | 13,720,892 | 19,706,097 | 59,615,046 | 0 | 6,828 |
| 19. | Louisiana | LA | E | 161,053,594 | 163,044,106 | 0 | 120,706,597 | 26,250,807 | 199,218,009 | 0 | 750,225 |
| 20. | Maine | ME | E | 6,570,641 | 7,304,698 | 0 | 1,595,465 | 1,797,491 | 9,824,460 | 0 | 1,929 |
| 21. | Maryland | MD | E | 70,030,432 | 74,094,439 | 0 | 19,340,309 | 18,769,030 | 75,765,132 | 0 | 55,105 |
| 22. | Massachusetts | MA | E | 159,509,883 | 163,506,682 | 0 | 55,179,999 | 79,425,221 | 204,677,784 | 0 | 149,596 |
| 23. | Michigan | MI | E | 112,527,071 | 119,800,882 | 0 | 25,299,050 | 23,564,494 | 159,446,878 | 0 | 70,751 |
| 24. | Minnesota | MN | E | 56,944,933 | 62,126,742 | 0 | 13,709,325 | 30,006,950 | 119,253,157 | 0 | (9,504) |
| 25. | Mississippi | MS | E | 46,270,974 | 46,959,801 | 0 | 50,347,314 | 25,742,819 | 38,910,746 | 0 | 14,611 |
| 26. | Missouri | MO | E | 101,766,676 | 96,383,173 | 0 | 38,682,691 | 25,531,949 | 131,570,632 | 0 | 23,048 |
| 27. | Montana | MT | E | 5,873,234 | 8,799,245 | 0 | 434,520 | 109,155 | 7,175,091 | 0 | 0 |
| 28. | Nebraska | NE | E | 50,253,209 | 49,911,841 | 0 | 30,120,855 | 38,807,111 | 53,779,903 | 0 | 21,615 |
| 29. | Nevada | NV | E | 30,446,635 | 55,378,285 | 0 | 15,969,303 | 11,129,916 | 85,941,528 | 0 | 41,647 |
| 30. | New Hampshire | NH | E | 12,274,192 | 12,793,598 | 0 | 4,370,237 | (2,980,819) | 26,320,172 | 0 | 41,374 |
| 31. | New Jersey | NJ | E | 219,099,184 | 239,959,615 | 0 | 121,268,593 | 147,386,478 | 491,643,875 | 0 | 84,954 |
| 32. | New Mexico | NM | E | 19,106,009 | 18,351,143 | 0 | 9,695,113 | 7,225,690 | 22,411,905 | 0 | 15,375 |
| 33. | New York | NY | E | 472,703,594 | 583,493,489 | 0 | 196,605,386 | 283,718,469 | 903,492,430 | 0 | 1,793,043 |
| 34. | North Carolina | NC | E | 77,118,560 | 85,538,570 | 0 | 32,297,507 | 39,625,907 | 116,003,938 | 0 | 99,806 |
| 35. | North Dakota | ND | E | 4,613,905 | 5,190,521 | 0 | 3,005,012 | 1,506,496 | 5,375,796 | 0 | |
| 36. | Ohio | OH | E | 118,238,633 | 119,649,129 | 0 | 34,723,229 | 48,441,890 | 207,943,122 | 0 | 3,805,635 |
| 37. | Oklahoma | OK | E | 37,204,719 | 36,099,574 | 0 | 21,903,467 | 13,945,696 | 46,506,079 | 0 | 0 |
| 38. | Oregon | OR | E | 46,166,517 | 45,558,279 | 0 | 36,754,976 | 29,974,761 | 51,181,693 | 0 | 12,018 |
| 39. | Pennsylvania | PA | E | 189,069,293 | 194,778,677 | 0 | 90,457,927 | 61,241,253 | 382,507,613 | 0 | 65,012 |
| 40. | Rhode Island | RI | E | 19,054,413 | 19,859,772 | 0 | 1,829,359 | 5,841,795 | 24,274,696 | 0 | 123,359 |
| 41. | South Carolina | SC | E | 65,743,175 | 66,953,438 | 0 | 19,461,918 | 15,227,501 | 44,547,034 | 0 | 7,487 |
| 42. | South Dakota | SD | E | 4,944,631 | 6,339,942 | 0 | 1,916,927 | 3,265,399 | 10,760,773 | 0 | |
| 43. | Tennessee | TN | E | 79,331,465 | 93,049,693 | 0 | 23,707,519 | 19,022,490 | 194,556,369 | 0 | 37,117 |
| 44. | Texas | TX | E | 486,705,039 | 499,074,256 | 0 | 484,054,637 | 194,838,334 | 765,607,242 | 0 | 170,803 |
| 45. | Utah | UT | E | 27,130,930 | 29,815,936 | 0 | 9,798,797 | 13,606,597 | 37,513,463 | 0 | 23,650 |
| 46. | Vermont | VT | E | 4,009,803 | 4,964,315 | 0 | 52,766 | 19,779,326 | 47,831,651 | 0 | 23,798 |
| 47. | Virginia | VA | E | 113,039,378 | 117,658,257 | 0 | 33,270,231 | 35,177,533 | 166,033,699 | 0 | 31,792 |
| 48. | Washington | WA | E | 76,689,172 | 84,037,319 | 0 | 40,723,091 | 52,490,398 | 159,283,445 | 0 | 377,033 |
| 49. | West Virginia | WV | E | 17,694,734 | 20,753,790 | 0 | 9,922,998 | 9,032,061 | 37,026,805 | 0 | 26,914 |
| 50. | Wisconsin | WI | E | 38,656,262 | 43,383,690 | 0 | 11,169,179 | 22,403,714 | 91,935,233 | 0 | 2,058 |
| 51. | Wyoming | WY | E | 5,664,871 | 5,703,855 | 0 | 1,498,357 | 302,202 | 4,309,862 | 0 | |
| 52. | American Samoa | AS | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 53. | Guam | GU | N | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 54. | Puerto Rico | PR | E | 5,600 | 8,990 | 0 | 117,807 | (46,584) | 5,003 | 0 | |
| 55. | U.S. Virgin Islands | VI | E | 444,767 | 442,062 | 0 | 0 | 0 | 2 | 0 | 369 |
| 56. | Northern Mariana Islands | MP | | | | | | | | | |
| 57. | Canada | CN | N | (131,266) | 9,027 | 0 | 576,076 | (459) | 2,656,526 | 0 | |
| 58. | Aggregate Other Alien | OT | XXX | 64,792,661 | 59,304,547 | 0 | 26,410,487 | 15,641,686 | 197,989,355 | 0 | 0 |
| 59. | Totals (a) | | 1 | 5,401,912,115 | 5,765,544,480 | 0 | 2,926,822,012 | 2,607,165,779 | 8,707,175,527 | 0 | 9,882,042 |
| | **DETAILS OF WRITE-INS** | | | | | | | | | | |
| 5801. | Direct Insurers Foreign | | XXX | 64,792,661 | 59,304,547 | 0 | 26,410,487 | 15,662,686 | 197,989,360 | | |
| 5802. | | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 5803. | | | XXX | 0 | 0 | 0 | 0 | (21,000) | (5) | | |
| 5898. | Summary of remaining write-ins for Line 58 from overflow page | | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5899. | Totals (Lines 5801 through 5803 plus 5898)(Line 58 above) | | XXX | 64,792,661 | 59,304,547 | 0 | 26,410,487 | 15,641,686 | 197,989,355 | 0 | 0 |

Explanation of basis of allocation of premiums by states, etc.

(a) Insert the number of L responses except for Canada and Other Alien.
Property Risks: Allocation is based on location of risks insured. Ocean Marine Risks: Allocation is to the jurisdiction where insurance contract was negotiated. Automotive Risks: Allocation is to the jurisdiction where vehicle is principally garaged. Casualty Risks: Allocation is based on location of insured's home office. Workers' Compensation: Allocation is based on location of insured's employees.

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 6-Month Supplement, Version 2010.2) Page 1
002350 - Lexington Insurance Company

## TERRITORY

The company is licensed in Delaware. It also operates on a surplus lines or non-admitted basis in the District of Columbia, Puerto Rico, U.S. Virgin Islands, AL, AK, AZ, AR, CA, CO, CT, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY. It also operates in Great Britain, Puerto Rico, USVI and Bermuda.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

ANNUAL STATEMENT FOR THE YEAR 2009 OF THE STEADFAST INSURANCE COMPANY

## SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN
### Allocated by States and Territories

| | | 1 | Gross Premiums, Including Policy and Membership Fees, Less Return Premiums and Premiums on Policies Not Taken | | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | States, Etc. | Active Status | 2 Direct Premiums Written | 3 Direct Premiums Earned | Dividends Paid or Credited to Policyholders on Direct Business | Direct Losses Paid (Deducting Salvage) | Direct Losses Incurred | Direct Losses Unpaid | Finance and Service Charges Not Included in Premiums | Direct Premiums Written for Federal Purchasing Groups (Included in Column 2) |
| 1. | Alabama...AL | L | 13,305,977 | 13,330,969 | | 4,311,777 | 10,153,549 | 26,591,560 | | 1,395 |
| 2. | Alaska...AK | L | 6,201,698 | 5,708,360 | | 1,405,199 | 1,995,836 | 9,671,637 | | |
| 3. | Arizona...AZ | L | 5,046,915 | 13,090,005 | | (3,654,618) | 4,058,261 | 52,697,676 | | |
| 4. | Arkansas...AR | L | 5,640,489 | 5,291,924 | | 1,077,563 | 1,196,497 | 9,375,227 | | |
| 5. | California...CA | L | 96,633,636 | 108,440,559 | | 166,274,454 | 98,212,178 | 486,394,676 | | |
| 6. | Colorado...CO | L | 31,509,150 | 23,275,961 | | 42,794,532 | 66,729,681 | 119,762,055 | | |
| 7. | Connecticut...CT | L | 20,324,041 | 28,209,436 | | 12,823,143 | 23,976,590 | 51,591,697 | | |
| 8. | Delaware...DE | L | | | | | | | | |
| 9. | District of Columbia...DC | L | 2,719,092 | 2,382,176 | | 51,272 | 149,890 | 5,378,022 | | |
| 10. | Florida...FL | L | 83,308,305 | 56,867,452 | | 16,217,430 | 41,597,602 | 126,389,553 | | 1,245 |
| 11. | Georgia...GA | L | 27,826,405 | 27,834,804 | | 7,941,934 | 146,533 | 56,909,569 | | |
| 12. | Hawaii...HI | L | 2,141,441 | 4,191,565 | | 2,097,005 | 24,766,127 | 41,700,764 | | |
| 13. | Idaho...ID | L | 1,710,740 | 2,382,425 | | 2,415,950 | 1,878,572 | 4,837,928 | | |
| 14. | Illinois...IL | L | 65,445,639 | 64,941,539 | | 19,225,996 | 20,837,836 | 173,320,376 | | |
| 15. | Indiana...IN | L | 9,155,693 | 7,807,294 | | 9,993,625 | 5,457,562 | 19,673,137 | | |
| 16. | Iowa...IA | L | 7,328,425 | 7,025,278 | | 3,517,012 | 13,390,592 | 26,560,284 | | |
| 17. | Kansas...KS | L | 5,677,483 | 5,712,090 | | 4,295,904 | 4,492,079 | 8,309,517 | | |
| 18. | Kentucky...KY | L | 3,724,441 | 4,070,588 | | 1,194,941 | 1,038,590 | 11,175,763 | | |
| 19. | Louisiana...LA | L | 21,720,513 | 22,204,651 | | 12,654,138 | 16,283,974 | 50,356,263 | | |
| 20. | Maine...ME | L | 978,558 | 957,930 | | 11,891 | (21,491) | 1,342,320 | | |
| 21. | Maryland...MD | L | 20,607,091 | 22,319,316 | | 2,536,580 | 11,428,419 | 51,716,350 | | |
| 22. | Massachusetts...MA | L | 27,263,829 | 20,892,420 | | 14,461,604 | 9,481,973 | 50,045,914 | | |
| 23. | Michigan...MI | L | 17,556,618 | 24,492,582 | | 2,392,315 | 6,082,596 | 50,707,609 | | |
| 24. | Minnesota...MN | L | 16,319,691 | 19,029,179 | | 57,486,859 | 122,891,163 | 100,755,447 | | |
| 25. | Mississippi...MS | L | 6,254,614 | 5,997,392 | | 3,118,313 | (701,697) | 12,264,390 | | 2,679 |
| 26. | Missouri...MO | L | 11,528,485 | 13,819,342 | | 5,008,522 | 10,122,905 | 36,499,533 | | |
| 27. | Montana...MT | L | 4,944,017 | 3,906,970 | | 5,743 | 1,855,965 | 3,461,511 | | |
| 28. | Nebraska...NE | L | 5,762,089 | 5,150,137 | | 95,427 | 2,804,627 | 9,030,709 | | |
| 29. | Nevada...NV | L | 1922,713 | 1,604,320 | | 12,999,970 | 7,442,857 | 50,505,295 | | |
| 30. | New Hampshire...NH | L | 6,101,000 | 5,320,592 | | 68,581 | 2,097,009 | 10,475,188 | | |
| 31. | New Jersey...NJ | L | 35,799,818 | 33,150,268 | | 58,938,154 | 42,977,348 | 158,083,201 | | 1,100 |
| 32. | New Mexico...NM | L | 6,469,317 | 5,486,787 | | 2,400,891 | 1,614,452 | 6,390,436 | | |
| 33. | New York...NY | L | 176,109,394 | 198,006,271 | | 155,649,561 | 107,184,349 | 308,844,322 | | |
| 34. | North Carolina...NC | L | 30,129,530 | 29,491,074 | | 5,032,758 | 19,584,239 | 74,702,447 | | 5,590 |
| 35. | North Dakota...ND | L | 1,973,651 | 1,572,336 | | 649,357 | 898,597 | 3,188,880 | | |
| 36. | Ohio...OH | L | 23,166,742 | 24,390,265 | | 3,509,814 | 25,254,945 | 90,932,965 | | |
| 37. | Oklahoma...OK | L | 5,423,419 | 7,176,211 | | 3,369,853 | 7,085,903 | 24,469,022 | | |
| 38. | Oregon...OR | L | 9,499,501 | 11,211,382 | | 5,770,135 | 4,829,904 | 21,684,665 | | |
| 39. | Pennsylvania...PA | L | 39,896,379 | 41,350,558 | | 14,217,990 | 15,930,708 | 116,050,635 | | |
| 40. | Rhode Island...RI | L | 20,921,563 | 20,412,022 | | 649,857 | 4,582,657 | 18,520,256 | | |
| 41. | South Carolina...SC | L | 9,596,676 | 9,721,870 | | 1,990,155 | 1,229,230 | 8,950,915 | | |
| 42. | South Dakota...SD | L | 724,617 | 600,855 | | 590,512 | (125,903) | 2,089,524 | | |
| 43. | Tennessee...TN | L | 29,995,394 | 29,812,931 | | 22,354,278 | 51,200,008 | 54,967,329 | | |
| 44. | Texas...TX | L | 104,919,127 | 111,659,199 | | 95,408,561 | 53,527,684 | 357,597,176 | | 10,000 |
| 45. | Utah...UT | L | 6,412,105 | 7,767,238 | | 1,003,807 | 1,740,694 | 14,564,192 | | |
| 46. | Vermont...VT | L | 1,491,955 | 1,477,311 | | 36,306 | 24,159 | 3,131,345 | | |
| 47. | Virginia...VA | L | 21,897,670 | 23,192,282 | | 2,718,933 | 6,146,514 | 37,965,918 | | |
| 48. | Washington...WA | L | 15,225,670 | 17,696,718 | | 5,744,900 | 15,172,387 | 70,576,755 | | |
| 49. | West Virginia...WV | L | 1,615,273 | 1,577,170 | | 147,536 | 530,269 | 1,649,160 | | |
| 50. | Wisconsin...WI | L | 18,651,773 | 18,319,149 | | 10,025,132 | 11,269,582 | 39,422,725 | | |
| 51. | Wyoming...WY | L | 6,572,707 | 4,636,873 | | 9,053,473 | (11,858) | 5,077,197 | | |
| 52. | American Samoa...AS | N | | | | | | | | |
| 53. | Guam...GU | L | 155,847 | 26,214 | | | 13,412 | 19,412 | | |
| 54. | Puerto Rico...PR | L | 179,495 | 168,876 | | | 29,134 | 1,125,625 | | |
| 55. | U.S. Virgin Islands...VI | L | 40,373 | 26,739 | | | 13,905 | 53,458 | | |
| 56. | Northern Mariana Islands...MP | N | | | | | | | | |
| 57. | Canada...CN | N | | | | | | | | |
| 58. | Aggregate Other Aliens...OT | XXX | 20,514,240 | 36,828,406 | | 33,160,457 | (25,588,853) | 155,302,318 | | |
| 59. | Totals (a) | | 1,111,044,193 | 1,134,562,068 | | 825,650,251 | 868,053,446 | 3,343,999,179 | | 22,009 |
| | DETAILS OF WRITE-INS | | | | | | | | | |
| 5801. | Foreign | XXX | 20,514,240 | 36,828,406 | | 33,160,457 | (25,588,853) | 155,302,318 | | |
| 5802. | | XXX | | | | | | | | |
| 5803. | | XXX | | | | | | | | |
| 5898. | Summary of remaining write-ins for Line 58 from overflow page | XXX | | | | | | | | |
| 5899. | Totals (Lines 5801 through 5803 plus 5898)(Line 58 above) | XXX | 20,514,240 | 36,828,406 | | 33,160,457 | (25,588,853) | 155,302,318 | | |

Explanation of basis of allocation of premiums by states, etc.
- LOCATION OF PROPERTY – FIRE, EARTHQUAKE, ALLIED LINES, HOMEOWNERS MULTIPLE PERIL, BURGLARY AND THEFT, COMMERCIAL MULTIPLE PERIL, WARRANTY (HOME), BOILER AND MACHINERY, OCEAN MARINE, INLAND MARINE, GLASS
- PLACE WHERE PRINCIPALLY GARAGED - AUTO PHYSICAL DAMAGE, AUTO LIABILITY, AIRCRAFT (ALL PERILS)
- LOCATION OF OPERATION - WORKERS COMPENSATION
- LOCATION OF OPERATION OF PREMISES - LIABILITY OTHER THAN AUTO
- LOCATION OF EMPLOYMENT - GROUP ACCIDENT AND HEALTH
- LOCATION OF RISK - MEDICAL MALPRACTICE
- ADDRESS OF INSURED - OTHER ACCIDENT AND HEALTH, WARRANTY (DEALERSHIP)
- PRINCIPAL ADDRESS OF INSURED – FIDELITY, SURETY
- PRINCIPAL PLACE OF INSURED – CREDIT
(a) Insert the number of L responses except for Canada and Other Alien.

92

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 6-Month Supplement, Version 2010.2)  Page 1
003557 - Steadfast Insurance Company

# TERRITORY

The company is licensed in Delaware. It also operates on a surplus lines or non-admitted basis in the District of Columbia, Guam, Puerto Rico, U.S. Virgin Islands, AL, AK, AZ, AR, CA, CO, CT, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Case 2:09-md-02047-EEF-MBN   Document 7710-25   Filed 02/24/11   Page 10 of 19

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3)  Page 1
003535 - Chartis Specialty Insurance Company

**Ultimate Parent: American International Group, Inc**

# CHARTIS SPECIALTY INSURANCE COMPANY

Chicago, Illinois, United States
175 Water Street, 18th Floor, New York, New York, United States 10038
Web: www.chartisinsurance.com

Tel: 212-770-7000
AMB#: 003535
Ultimate Parent#: 058702

NAIC#: 26883
FEIN#: 02-0309086

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

### 003535 - American International Specialty Lines Insurance Company

This company changed its name to Chartis Specialty Insurance Company on November 1, 2009.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

### 003535 - American International Specialty Lines Insurance Company

This company redomesticated from Alaska to Illinois during the fourth quarter of 2007.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.



# Best's Rating Center

Regional Centers: Asia Pacific | Canada | Europe, Middle East and Africa                    Home | About Us | Contact Us | Sitemap

Rating Center Home

## Search Results    Page 1 of 1    Results Per Page 20

**1 Rated or non-Rated** companies found, results sorted by Company Name
Criteria Used: **Company Name:** Company names starting with **chartis specialty**
To refine your search, please use our Advanced Search or view our Online Help for more information.

[ New Search ] chartis specialty                View results starting with: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z [ Reset List ]

| Company Information | | Financial Strength Ratings | | Issuer Credit Ratings | | | |
|---|---|---|---|---|---|---|---|
| AMB# | Company Name | Rating | Outlook / Implication | Long-Term | Outlook / Implication | Short-Term | Domicile |
| 003535 | Chartis Specialty Insurance Company  Insurance - Property/ Casualty (Operating Company) | A | Negative | a | Negative | | US: Illinois |

**Note:** Financial Strength Ratings as of 02/23/2011 11:36 AM E.S.T.

‡ Financial Strength Ratings (FSR) are sometimes assigned to Property/Casualty - A.M. Best Consolidated Groups. Please note that Life/Health - A.M. Best Consolidated Groups and Company Consolidated Financial Statements are not assigned FSR ratings.

\* Denotes Under Review Best's Ratings

Visit **Best's Rating Center** for a complete overview of our rating process and methodologies.

A.M. Best Company and its subsidiaries are not registered as External Credit Assessment Institutions (ECAI) in the European Union (EU). Credit ratings issued by A.M. Best Company and its subsidiaries can not be used for regulatory purposes in the EU as per Directive 2006/48/EC.

Important Notice: Best's Ratings reflect our independent opinion, based on a comprehensive quantitative and qualitative evaluation of a company's balance sheet strength, operating performance and business profile. These ratings are neither a warranty of a company's financial strength nor its ability to meet its financial obligations, including those to policyholders. View our entire notice for complete details.

Customer Service | Product Support | Member Center | Contact Info | Careers
About A.M. Best | Site Map | Privacy Policy | Security | Terms of Use | Legal & Licensing

Copyright © 2011 A.M. Best Company, Inc. ALL RIGHTS RESERVED.
A.M. Best Worldwide Headquarters, Ambest Road, Oldwick, New Jersey, 08858, U.S.A.

**Ultimate Parent: ACE Limited**

# ILLINOIS UNION INSURANCE COMPANY

Chicago, Illinois, United States
436 Walnut Street, Philadelphia, Pennsylvania, United States 19106
Web: www.aceusa.com

| | |
|---|---|
| Tel:  215-640-1000 | Fax:  215-640-5592 |
| AMB#:  003510 | NAIC#:  27960 |
| Ultimate Parent#:  058303 | FEIN#:  36-2759195 |

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

# HISTORY

This company was incorporated on January 24, 1973 under the laws of Illinois. It began business six days later. Operations were conducted as GATX Insurance Company until April 1979, when the present title was adopted.

Capital paid-up of $4,200,000 consists of 75,000 shares at $56 par value each. The company has 110,000 shares authorized.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Case 2:09-md-02047-EEF-MBN   Document 7710-25   Filed 02/24/11   Page 16 of 19

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3) Page 1
002350 - Lexington Insurance Company

**Ultimate Parent: American International Group, Inc**

# LEXINGTON INSURANCE COMPANY

Wilmington, Delaware, United States
100 Summer Street, Boston, Massachusetts, United States 02110
Web: www.chartisinsurance.com

Tel: 617-330-1100  NAIC#: 19437
AMB#: 002350  FEIN#: 25-1149494
Ultimate Parent#: 058702

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Case 2:09-md-02047-EEF-MBN   Document 7710-25   Filed 02/24/11   Page 17 of 19

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3) Page 1
002350 - Lexington Insurance Company

# HISTORY

Lexington Insurance Company was incorporated on March 31, 1965, under the laws of Delaware.

Paid up capital is $5,000,000 consisting of 1,000,000 shares of capital stock at a par value of $5 per share. The company has 5,000,000 authorized.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

**Ultimate Parent: Zurich Financial Services Ltd**

# STEADFAST INSURANCE COMPANY

Dover, Delaware, United States
1400 American Lane, Schaumburg, Illinois, United States 60196-1056
Web: www.zurichna.com

| | |
|---|---|
| **Tel:** 847-605-6000 | **Fax:** 847-605-6011 |
| **AMB#:** 003557 | **NAIC#:** 26387 |
| **Ultimate Parent#:** 086976 | **FEIN#:** 52-0981481 |

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.

Case 2:09-md-02047-EEF-MBN   Document 7710-25   Filed 02/24/11   Page 19 of 19

Best's Insurance Reports - Property Casualty, US, 2010 Edition (2010 9-Month Supplement, Version 2010.3)  Page 1
003557 - Steadfast Insurance Company

# HISTORY

The company was incorporated in August 31, 1973, under the laws of Delaware.

Capital stock of $4,100,000 consisting of 4,100 common shares of stock at a par value of $1,000 per share. All authorized shares are outstanding.

The company is a member of the Zurich U.S. pool.

---

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2010 A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at www.ambest.com for the latest Best's Credit Ratings and AMB Credit Reports.