# EXHIBIT 5



*Depth in Leadership. Trusted Partnership.*

**IRONSHORE**
*your safe harbour®*

ABOUT | NEWS | OUR HISTORY | CONTACT | CAREERS

Home / Sitemap /



Choose a Product Lin

# Senior Leadership

HOME / ABOUT US / SENIOR LEADERSHIP

OVERVIEW / SENIOR LEADERSHIP / BOARD OF DIRECTORS

Ironshore® was founded by industry leaders Bob and John Clements in 2006. They have held the belief that the right leadership leads to the best partnerships. That's why Ironshore has assembled the top talent in the industry. From health, environment, energy, construction, property, casualty and professional liability, our leaders have helped define the categories in which they specialize. With an average of 25 years experience. Our key executives are empowered to act like entrepreneurial owners. Because indeed, they are. Which means no ivory towers or silos. You have direct access to senior level decision makers that have the freedom to immediately impact the long-term vitality and well being of your business. Quite simply, smart and nimble works.

At Ironshore, we're well aware that our relationship is only as strong as your reputation, so we will work tirelessly to provide value first, over value added. And in today's risk complex world, this consistent guidance is needed now more than ever.

### Kevin H. Kelley



Kevin is Chief Executive Officer of Ironshore Inc. Prior to joining Ironshore, Mr. Kelley had been with Lexington Insurance Company, a Division of AIG, since he started there in 1975 as a Senior Underwriter. In 1987, he was elected President and Chief Executive Officer of Lexington Insurance Company and since 1997, he had served as Chairman of the Board and Chief Executive Officer. Mr. Kelley has served a variety of other roles including Executive Vice President of AIG Property Casualty Group and President of AIG Domestic Personal Lines. Mr. Kelley graduated from Boston University with a B.S. in Business Administration from Boston University School of Management in 1972. He earned his CPCU designation in 1980.

Mr. Kelley, a lifelong New England resident, has a long history of community service, and is currently on the Board of Trustees of Caritas - Saint Elizabeth's Medical Center in Boston, Massachusetts; Big Brothers of Massachusetts Bay in Boston, Massachusetts; Cardinal Spellman High School in Brockton, Massachusetts; Advisory Board to the Dean of Boston University School of Management in Boston, Massachusetts; and Board of Overseers of WBUR in Boston, Massachusetts.

### Shaun Kelly

Shaun is President and Chief Executive Officer of Ironshore's U.S. Operations. Prior to joining Ironshore, he was President and Chief Operating Officer of Lexington Insurance Company, a Division of AIG. At Lexington, Mr. Kelly's responsibilities included overseeing the day to day operations of the Boston based company's Casualty, Property, Healthcare and Program businesses, in addition to the National Branch Underwriting Unit and branch offices in Canada, London and Bermuda. Mr. Kelly was also Vice President of AIG Property Casualty Group and Chief Executive Officer of Risk Specialties Companies, Inc., the largest Surplus Lines broker of Specialty Insurance products in the US, providing business on behalf of Lexington and other specialty carriers. Having worked at AIG since 1986, he held a number of senior management positions with AIG's Environmental Operations, AIG Risk Management and Industry Specialties Groups. Mr. Kelly received his Bachelor of Science degree from State University of New York at Oneonta.

### Mitchell E. Blaser



Mitch is Chief Operating Officer and Chief Financial Officer of Ironshore Inc. and Chief Executive Officer of Ironshore's Bermuda office. He was Chief Financial Officer for Swiss Re's Americas Division from 2001 through 2005 and served as a director of Swiss Re America. Prior to Swiss Re, he was part of the leadership team at Marsh, the insurance services subsidiary of Marsh & McLennan Companies, and served in a variety of roles from 1973 until 2001 including Global Chief Financial Officer and Head of Technology and Corporate Services, as well as a member of the Marsh Board of Directors.

Mitch chairs the Advisory Board at The George Washington University School of Business. He holds a B.B.A. from The George Washington University and an M.B.A. in Finance from Pace University.

### Joseph L. Boren



Joe Boren is CEO of the Environmental product line at Ironshore Holdings (U.S.) Inc. and Director of Strategic Relations. He was formerly Chairman and Chief Executive Officer of AIG Environmental since 1996, which he built into the leading U.S. provider of environmental insurance products and services. He has experience in every segment of the environmental market; a regulator, practitioner, and insurer. Joe began his environmental career in the Connecticut Department of Environmental Protection. He has experience in every environmental segment having operated businesses in water, waste water, hazardous and solid waste industry. He also served as the Vice President of Development of the highly successful Connecticut Resources Recovery Authority. Joe is currently on the Board of the Environmental Law Institute.

### Peter J. Coleman

Peter is the Executive Vice President of Ironshore's Bermuda Property line. Peter joined Ironshore Insurance Ltd in 2007 as Senior Property Underwriter. Peter began his career at R J Keeling Syndicate in 1991 as an Assistant Property Underwriter. In 1995, he became Executive Director of Willis where he headed the Global Markets International Broking Team. Previously, Peter was a Senior Property Underwriter for the Ascot Syndicate where he was responsible for the underwriting of the Global Property Portfolio.

### Matthew Dolan

Matt is President of IronHealth®, Ironshore's healthcare liability division. Prior to joining Ironshore, he was a founder and President of OneBeacon Professional Partners, an organization focused on providing specialty insurance including Directors and Officers, Managed Care Error and Omissions Liability, Medical Malpractice and Provider Excess / HMO Reinsurance. OBPP is also a provider of Lawyers' Professional Liability, Media Liability and Miscellaneous Errors & Omissions. Prior to joining OBPP, Matt was Vice President of Chubb Specialty's Healthcare division. He helped oversee the production and profitability of the Management Liability Products, including D&O, Managed Care E&O and Medical Professional Liability. Previously, Matt worked at Executive Risk, initially managing the research and due diligence activities that supported the company's entry into medical professional liability. Prior to joining Executive Risk, he was Assistant Vice President at CNA HealthPro, where he was responsible for the production and profitability of medical malpractice and managed care business.

Matt holds a BA from Catholic University in Washington, DC.

### Steven J. England

Steven is the Executive Vice President of Ironshore Insurance Services LLC.[SM] Where he is responsible for overseeing all US Field Operations. This role includes oversight of all US Distribution strategies for Ironshore's US business and oversight of the Ironshore US Regional Offices. Mr. England has 18 years experience in the insurance industry, having spent the previous 15 years at AIG in several other Management positions including Regional Vice President in Houston, Texas; Vice President of Commercial and Middle Market Accounts in Dallas, Texas; and Branch Manager in St. Louis, Missouri. Prior to joining Ironshore in December 2008, Mr. England was the President of Landmark Insurance Company, and was an Actuarial Analyst for National Casualty Company in St. Louis, Missouri.



Mr. England has a Bachelor of Science degree in Mathematics from Tarkio College in Missouri and an MBA with an emphasis in Finance from Webster University in St. Louis, Missouri.

### Greg Flood

Greg is President of IronPro®, Ironshore's professional liability arm. Prior to joining Ironshore, Greg was Executive Vice President and Chief Operating Officer of National Union Fire Insurance Company, a subsidiary of American International Group. Before this position, Greg co-founded and served as Chief Executive Officer of Global Specialty Risk (GSR), a D&O specialty insurer launched in 2000 and subsequently acquired by AIG. Previously, Greg was President of AIG's Mergers and Acquisitions Insurance Services Division. From 1988 to 1998 Greg served in a variety of positions with National Union. Greg also worked as a broker and Vice President with Marsh & McLennan.



Greg holds a B.A. in Economics from Pace University and an M.B.A. from Long Island University.

### Paul S. Giordano

Paul S. Giordano is Executive Vice President, General Counsel and Secretary of Ironshore Inc. Prior to joining Ironshore in 2009, Paul served as President, Chief Executive Officer and Deputy Chairman of Syncora Holdings Ltd. and Chairman and Chief Executive Officer of Syncora Guarantee Inc. From 2004-2006, he was Chief Executive Officer of Financial Products and Services Operations of XL Capital Ltd. From 1997-2004, Paul served as Executive Vice President, General Counsel and Secretary of XL Capital Ltd. In his 9 years at XL, Paul served on XL Capital Ltd's Executive Management Board in addition to serving as a director of several of its subsidiaries. Since 2005, Paul has actively been a director of Primus Guaranty Ltd., a credit swap business focused on corporate and sovereign credits. Prior to XL Capital Ltd, Paul was in private practice at the law firms of Clifford Chance and Cleary, Gottlieb, Steen & Hamilton in New York and London.



Paul received his BA from the University of Missouri, and graduated with a BA in Jurisprudence from Oxford University where he was a Rhodes Scholar and holds his J.D. from Harvard Law School.

### Anthony Mammolite

Mr. Mammolite is Executive Vice President of U.S. Property. Anthony joined Ironshore in April 2009 where he overlooks strategic direction and development of the property division. Prior to his current role, Mr. Mammolite was Senior Vice President at Lexington Insurance Company where he managed their US Property Field Operations. He spent two years as Regional President of the greater New York region for American International Group where his responsibilities included the day to day management of all AIG product lines within the New York Region along with P&L responsibilities and strategic broker and client development. Mr. Mammolite worked as Senior Vice President/Zonal Executive of the greater New York region for Lexington Insurance Company from 2004 through 2006 where he



was responsible for the management and strategic direction of all Lexington product lines within the New York metropolitan area. His career includes thirty five years of underwriting experience, including twenty five years in the property lines of business.

### Tim McAuliffe

Tim is President of Specialty Casualty for Ironshore. He joins Ironshore with over 14 years underwriting experience within the AIG organization, where he held a number of positions. Most recently, Tim was President of AIG Excess Casualty. Prior to this, he was COO of Starr Excess where he was responsible for field operations in Bermuda, London, Dublin and the United States. Preceding his role at Starr Excess, Mr. McAuliffe was Regional Zonal Executive (New York, Boston & Philadelphia) for AIG's Risk Specialists Companies, Inc., the largest Surplus Lines broker of specialty insurance products in the US, where he managed operations responsible for underwriting casualty, property, healthcare and program business.



Tim received his JD from New York Law School and a B.A. in Economics from Rutgers College.

### Mike Mitrovic

Mike is President of Global Claims for Ironshore. Prior to joining to Ironshore, Mike was Vice President of Claims for AIG and President of AIG Worldwide Financial Lines Claims. Previously, Mike co-founded and served as President and Chief Operating Officer of Global Specialty Risk. From 1996 to January 2000, he served as Vice President of AIG Worldwide Financial Lines Claims and Executive Vice President of National Union. His 22 years of experience with AIG also included serving as President of AIG Technical Services, Inc.



Mike holds a B.A. from Pennsylvania State University, a M.A. from New York University, a Masters in International Affairs from Columbia University and J.D. from the University of Richmond.



### John O'Brien

John O'Brien is President of the Environmental product line at Ironshore. Previously, John served as President and Chief Operating Officer of AIG Environmental. Mr. O'Brien joined the AIG companies in 1992, after several years in the environmental consulting business. John started his career as an underwriter in Philadelphia for AIG Environmental, then managed the Chicago region before moving to New York where he managed the corporate account segments prior to becoming President. Prior to AIG, Mr. O'Brien was a consulting engineer for 4 years.



John is a graduate of Villanova University.

### Geoffrey J. Smith

Geoff is the CEO of Iron-Starr Excess Agency Ltd., a Bermuda based managing general insurance agency/joint venture partnership between Ironshore Inc. and Starr Underwriting Agencies LLC. Prior to joining Iron-Starr in 2009, Mr. Smith was President of AIG Cat Excess Liability after previously holding the position of Excess Casualty Manager in Bermuda from 1995 to 1998. From 1998 to December of 2000, Mr. Smith was a Vice President with General Reinsurance Corp. in New York focused on National Account Treaty business. Mr. Smith started his career in 1985 with General Re as a Casualty Facultative Underwriter. Mr. Smith also served as a Vice President and New York branch Casualty Facultative Manager for Zurich Reinsurance Centre.



Mr. Smith has a Bachelor of Science degree in Business Economics from Southern Connecticut State University.

### Rod Todd

Rod is Director of the Global Property Division, Pembroke Syndicate at Lloyd's. Previously, Rod was a Senior Vice President and Head of Property Underwriting at Ironshore Insurance Ltd. (Bermuda). Prior to joining Ironshore, Rod worked at Talbot Underwriting Syndicate for Property Direct and Facultative with a specific focus on North America. From 1993 to 2003, Rod was a Managing Director and Underwriter at Faraday Syndicate, a wholly owned subsidiary of Gen Re (formerly DP Mann). He started as a Deputy Underwriter for Commercial Lines business and in 2000 was named Managing Director of the Commercial Lines Team. Prior to Faraday, he spent 11 years with Thompson Heath and Bond Ltd, a Lloyd's Broker. From 1982 until 1988, he was the Associate Director, than he became the Main Board Director in 1988. Before Rod's career at THB Ltd he was a Senior Broker at Richard Longstaff, another Lloyd's Broker. While at Richard Longstaff he produced and placed North American property business. His first position from school was a Junior Broker at Bradford Hobbs Savill, a Lloyd's Broker.



### Michael Warwicker

Michael is Chief Operating Officer of IronStarr. He joined the Bermuda domiciled company in April 2009. He began his insurance career in 1977 in the London branch of Lexington Insurance Company. During his 11 years there, he specialized in North American Casualty business including General Liability, Healthcare and general E&O and also spent a year on assignment in the Boston head office before returning to London as Assistant Casualty Manager. In 1988, Mike joined Alexander Howden Ltd as Director of its North American Non-Marine Division and, from 1988 to 1996, had varying responsibilities as Managing Director of Global Liability, North American Property and Alternative Risk Transfer/Captive reinsurance.

From 1996 to 2001, Mike was the Managing Director, Global Risk Managed accounts for Am-Re Managers (later to become Munich-American RiskPartners) in London before being recruited by QBE as Managing Director of its London Market division. Mike rejoined AIG as the Excess Casualty Manager of the London branch of Starr Excess (later to become AIG Cat Excess) in 2003 and, over the next 6 years, had varying responsibilities including London branch Manager, Chief Operating Officer International operations and Chief Underwriting Officer Excess Casualty.

### Mark Wheeler

Mark is CEO of Ironshore International; the main operating subsidiary of the company is Pembroke Managing Agency at Lloyd's. In addition the company embraces Ironshore Canadian product line and the London based Ironshore Agency business. He was the founding Underwriting Director of Pembroke Managing Agency and the first Active Underwriter of the group's Syndicate 4000 which was established in 2004. Mr Wheeler worked at SVB from 1990 to 2003 where he served on a number of group boards and held several senior management positions including Active Underwriter of Syndicate 1007. He has worked at Lloyd's since 1987; his first role was at Sturge Marine Syndicate 204. He became an Associate of the Chartered Institute of Insurance in 1991.



### Marc S. Willner

Marc is the Senior Vice President of Ironshore's Program product line. He is responsible for the development and management of program business across all of Ironshore's underwriting platforms. Marc has over 30 years of underwriting and management expertise in the insurance and reinsurance industries, with a major focus on the Program Business segment. Prior to joining Ironshore, Marc was the Senior Vice President and Industry Practice Leader for Liability, Professional and Multi-Line programs at QBE the Americas for eight years. Previously, he was with Meadowbrook Insurance group as Senior Vice President and Ceded Reinsurance Officer for 10 years.

Mr. Willner has a Bachelor of Arts in Political Science and Economics form Emporia State University and a Certificate from the University of Michigan Executive Business School in Change Management.

### Michael Wills

Michael is President and Chief Executive Officer of Ironshore's Canadian region where he specializes in providing specialty coverages through Ironshore's London syndicate. He covers a range of business lines, including Property, Casualty, Liability, Marine, Energy, and Environmental risk. Prior to joining Ironshore in 2009, Michael worked as President & Director of Catlin Canada Inc., where he was responsible for overseeing the formation, development, and profitability of the company's Canadian operations. Michael has over 26 years experience developing and managing profitability of various company entities, including Royal & Sun Alliance Insurance Company of Canada, Gerling Global General Insurance Company, and Norwich Union Fire Insurance Society Ltd.

Michael is a Fellow Chartered Insurance Professional, graduating top of his class from the Insurance Institute of Canada.

| Choose a Product Line | / CLAIMS | ABOUT US / NEWS |

© 2011 Ironshore Inc. All Rights Reserved.   Privacy Policy / Legal Notice / :