# EXHIBIT 6

# spoke

Already a Spoke Member? Sign in | Join | Browse People | Browse Companies | Help

Find [a person ▼] [Name] [Title] [Company] Search





How big is *your* network?
Find out with the Spoke Outlook Toolbar
Download

**Public Records Search** Get Instant Results

First Name: Jonathan  Last Name: Luca  Any City Lived In  Any State Lived In

Powered By Melissa  SEARCH  Jonathan Luca

No Photo Available

## Jonathan Luca

Title and Company:
at American International Group, Inc.

Company Address:
70 Pine Street
New York, NY 10270-0002

Join Spoke to learn more information about Jonathan

* Full Report: Available
* Contact Info:
Click Here for Details >>

VIEW RESULTS

Powered By:
PeopleSmart.com

10,638 employees
in American

### Stay Current. Stay Connected.

Collect all of your connections in a central place to create a supercharged address book.

Receive the most up-to-date contact information for your connections.

Put connections into context with conversation history, subject and timelines.

Automatically creates lists, tags and groups to organize connections effectively.

Join today!

👤 This is me

Email
Bookmark
Find Your profile

[Like]
retweet