UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MDL NO.: 2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
|---|---|

## ORDER

Considering the foregoing motion, IT IS HEREBY ORDERED that the Motion for Partial Summary Judgment Concerning Insurance Coverage Trigger Theory of Plaintiff Robert C. Pate and the Plaintiffs' Steering Committee is GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
Honorable Eldon E. Fallon
United States District Judge

NYDOCS1-962411.1