IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x | MDL NO. 2047 (Case No.: 09-4117) SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO VICKERS |  | MAG. JUDGE WILKINSON |
|  | x |  |

## INSTALLER DEFENDANTS' CONSENTED MOTION FOR EXTENSION OF TIME TO INTERVENE

COME NOW Installer Defendants by and through its Liaison Counsel and file its Consented Motion for Extension of Time and in furtherance of this Motion, state as follows:

1. The Court extended the deadline to intervene in the *Vickers, et al. v. Knauf Gips, KG, et al., Case No: 2:09cv04117*, until Friday, February 25, 2011.

2. However, Installer Defendants need an additional fifteen (15) days to consult with all of its members before intervening in the *Vickers* matter.

3. Installer Defendants have contacted Plaintiffs' Steering Committee member, Ervin Gonzales, and he agrees to our request for the extension of time.

3. This extension is not sought for the purpose of delay and will not prejudice any party.

WHEREFORE, Installer Defendants request this Honorable Court grant its Consented Motion for extension of time and any other relief it deems necessary.

/s/ Robert Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3047)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
*Attorneys for Installer Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Consented Motion for Extension of Time to Intervene has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the

procedures established in MDL 2047, on this _24th___ day of February, 2011.

/s/ Robert Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3047)
Post Office Box 01-9041
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

*Attorneys for Installer Defendants*

3942484v1