IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------- x | | ------------------------------------------------ |
| IN RE: CHINESE-MANUFACTURED | x x | MDL NO. 2047 (Case No.: 09-4117) |
| DRYWALL PRODUCTS LIABILITY LITIGATION | x x x | SECTION: L |
| THIS DOCUMENT APPLIES TO VICKERS | x x x | JUDGE FALLON MAG. JUDGE WILKINSON |
| ------------------------------------------------------- x | | ------------------------------------------------ |

## ORDER

Upon consideration of the Installer Defendants' Consented Motion for Extension of Time to Intervene,

IT IS HEREBY ORDERED that the Consented Motion for Extension of Time to Intervene be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Installer Defendants have an extension of time of fifteen (15) days from February 25, 2011 until March 14, 2011 within which to Intervene in the above-captioned matter, Civil Action No. 09-4117, within MDL No. 09-2047.

New Orleans, Louisiana, this _____ day of February, 2011.

                                                     Honorable Eldon E. Fallon
                                                     United States District Judge

Copies furnished to:
Counsel of Record