UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| Kenneth Abel, et al. v. Taishan Gypsum Co., | * | |
| et al., Case No. 11-080 (E.D.La.) | * | |
| | * | |

******************************************

**PLAINTIFF, JIMMIE S. JOHNSON, SR.'S**
**NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that Jimmie S. Johnson, Sr., Plaintiff in the above captioned matter, will begin remediation of their property beginning on Thursday, March, 10, 2011. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Jeremy S. Epstein at jepstein@hhkc.com.

Respectfully submitted,

/s/ Leonard A. Davis

_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:     (504) 581-4892
Fax No.:         (504) 561-6024
*Attorneys for the Plaintiff, Jimmie S. Johnson, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff, Jimmie S. Johnson, Sr.'s, Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties

1

by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2011

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS