UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

2011 FEB 23 PM 1:17

| | | |
|---|---|---|
| JOHN D CONRY | * | CIVIL ACTION 10-4599 |
| | * | 2009-MD-2047 |
| VERSUS | * | SECTION L |
| GERALD DAUGHERTY AND | * | MAGISTRATE 2 |
| THE HERB IMPORT COMPANY | * | |

\* \* \* \* \* \*

## PLAINTIFF'S PARTIAL RESPONSE TO DEFENDANT'S MOTION TO QUASH AND STAY DISCOVERY

Plaintiff, John D Conry, agrees to stay discovery until this court denies Defendants' Motion to Dismiss, thus fulfilling his obligation under Fed R Civ P 37, plaintiff will not file a motion to compel until at least 30 days after such a ruling.

Plaintiff suggests to Defendant that a simple phone call would have resolved this matter without using the court's time.

Plaintiff suggests that the Motion to Stay Discovery is therefore moot and suggests it be dismissed.

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep _____
___Doc. No. _____

Respectfully Submitted,

*[signature]*

John D. Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

## CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet and therefore cannot use the CM/ECF system.

*[signature]*