UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY _____                    CIVIL ACTION

VERSUS                                        NUMBER 10-4599/
                                              09-MD-2047

DAUGHERTY ET AL. _____                   SECTION L-2 _____

**ORDER**

Considering the foregoing Partial Response to Defendant's Motion to Stay and Quash, the portion of said motion requesting a stay of discovery is now moot. Therefore, that portion of the Motion requesting a stay of Discovery is Dismissed as Moot.

_____
JUDGE FALLON