OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB 18  PM 12:57

LORETTA G. WHYTE
CLERK

Date: 2-18-11

Kenneth & Barbara Wiltz et al

vs.

Beijing New Building Materials

Case No. 10-361  Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Drive Enterprises, Inc.
   (address) 5910 Story Book Trail Missouri City Tx

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

Russ M. Herman
"Signature"

Attorney for  Plaintiff
Address  820 O'Keefe NOLA

Fee _____
Process _____
x Dkd _____
CtRmDep _____
Doc. No. _____