# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB -1  PM 3: 23

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br><br> Gross, et al. <br><br> Plaintiff, <br><br> vs. <br><br> Knauf Gips KG, et al. <br><br> Defendants. | Case No. 2:09-cv-6690 |

### ENTRY OF PRELIMINARY DEFAULT

UPON APPLICATION OF PLAINTIFFS and upon Declaration that the following defendants have failed to plead or otherwise defend the action: Beijing New Building Materials Public Limited Co.; Changzhou Yinhe Wood Industry Co, Ltd.; China National Building Materials Co., Ltd.; China National Building Material Group Corporation; Fuxin Taishan Gypsum and Building Material Co., Ltd.; Hubei Taishan Building Material Co., Ltd.; Jinan Run & Fly New Materials Co., Ltd.; Nanhai Silk Imp. & Exp. Corporation; Pingyi Baier Building Materials Co., Ltd.; Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a/ Shandong Chexiang Building Materials Co., Ltd.; Qinhuangdao Taishan Building Material Co., Ltd.; Shaanxi Taishan Gypsum Co., Ltd.; Shanghai Yu Yuan Imp & Exp Co., Ltd.; Sinkiang Tainshan

___Fee_____
___Process____
_X_ Dktd_____
_1_CtRmDep___
___Doc. No.___

Building Material and Gypsum Product Co, Ltd.; Sunrise Building Materials Ltd.; Tai'an Jindun Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. Lucheng Branch; Taishan Gypsum (Baotou) Co., Ltd.; Taishan Gypsum (Chongqing) Co., Ltd.; Taishan Gypsum (Henan) Co., Ltd.; Taishan Gypsum (Hengshui) Co., Ltd.; Taishan Gypsum (Jiangyin) Co., Ltd.; Taishan Gypsum (Pingshan) Co., Ltd.; Taishan Gypsum (Pizhou) Co., Ltd.; Taishan Gypsum (Tongling) Co., Ltd.; Taishan Gypsum (Wenzhou) Co., Ltd.; Taishan Gypsum (Xiangtan) Co., Ltd.; and Yunan Taishan Gypsum and Building Material Co., Ltd.;

IT IS HEREBY ORDERED that preliminary default be and the same is hereby entered against these defendants in the above numbered and captioned action.

New Orleans, Louisiana, this ___ day of February, 2011.

> Lorretta G. Whyte
> Clerk of Court
> By: _____
> Deputy Clerk

## LAST KNOWN ADDRESSES OF THE DEFENDANTS IN DEFAULT

|    | Defendant | Address |
|----|-----------|---------|
| 1. | Beijing New Building Materials Public Limited Company (BNBM) | No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |
| 2. | Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China<br>213 103<br>865198850835 (Phone)<br>865198850863 (Fax) |
| 3. | China National Building Materials Co., Ltd. (CNBM) | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |
| 4. | China National Building Material Group Corporation (CNBM Group) | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |
| 5. | Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North<br>Haizhou District<br>Fuxin, Liaoning 123000 |
| 6. | Hubei Taishan Building Material Co., Ltd. | Jingmen High and New Technology Industrial Park,<br>Hubei 48000 |
| 7. | Jinan Run & Fly New Materials Co., Ltd. | 3-201, Ruyibei BLD.<br>Hualong Road<br>Jinan, Shandong China 250100 |

1

| 8. | Nanhai Silk Imp. & Exp. Corporation | Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 |
|---|---|---|
| 9. | Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong China 273305 |
| 10. | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) | Dongyah Dianzi Village<br>Pingyi Town<br>Pingyi County<br>Shandong China 273300 |
| 11. | Qinhuangdao Taishan Building Material Co., Ltd | Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao |
| 12. | Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City, Shaanxi 714000 |
| 13. | Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 3/F No. 135-1<br>Jiu Jiao Chang Road<br>Shanghai, China 200010 |
| 14. | Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | Dabancheng Village<br>Dabancheng Township<br>Dabancheng District<br>Urumchi<br>Xinjiang Uygur<br>Autonomous Region 8300389 |
| 15. | Sunrise Building Materials Ltd. | Unit 7, 55 Nugget Ave.<br>Scarborough, Toronto, ON<br>Canada, M1S 3L1 |
| 16. | Tai'an Jindun Building Material Co., Ltd. | Dawenkou<br>Daiyue District<br>Tai'an 271026 |
| 17. | Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3<br>Lucheng, Shaanxi 047500 |

2

| 18. | Taishan Gypsum (Baotou) Co., Ltd. | No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region 014100 |
|---|---|---|
| 19. | Taishan Gypsum (Chongqing) Co., Ltd. | Luhuang Industrial Park A<br>Jiangjin<br>Chongqing 402260 |
| 20. | Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi, Henan 471900 |
| 21. | Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City 053000 |
| 22. | Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu 214443 |
| 23. | Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road<br>Pingshan Township<br>Pingshan County 050400 |
| 24. | Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu 221200 |
| 25. | Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui 244000 |
| 26. | Taishan Gypsum (Wenzhou) Co., Ltd. | Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 |
| 27. | Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan, Hunan 411102 |

3

| 28. | Yunan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village Liujiezhen Factory Yimen County Yunan 51107 |
|---|---|---|