**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL** | ) | **MDL NO. 2047** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: L** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | **JUDGE FALLON** |
| **ALL CASES** | ) | **MAG. JUDGE WILKINSON** |
| | ) | |
| | ) | |

**CROSS-NOTICE OF ORAL AND VIDEOTAPED**
**DEPOSITION OF MARTIN HALBACH**

TO:    ALL COUNSEL

**PLEASE TAKE NOTICE** that The State of Louisiana, *ex rel* James D. ("Buddy") Caldwell,

the Attorney General of Louisiana ("the State"), without waiving any of its rights to challenge this

Court's jurisdiction, will take the oral and/or videotaped deposition of Martin Halbach beginning on

Thursday, April 28, 2011 and Friday, April 29, 2011, beginning at 9:00 a.m. (Eastern Standard

Time) each day, at the offices of Kaye Scholer, LLP, 425 Park Avenue (55th and 56th Streets), New

York, NY 10022-3598, Phone: 212-836-7606, or at another location mutually agreed upon by the

parties.

If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the

deposition should you desire to participate by stream to view video/text so you may receive a

username and password.

| | |
|---|---|
| Primary Examiners: | Counsel for the State of Louisiana, *ex rel* James D. ("Buddy") Caldwell, the Attorney General of Louisiana |
| Videotaped Depositions: | Yes |
| Call-In Number: | 800-747-5150 (for USA callers) |
| | Participant Code: 5408057 |

-2-

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is complete.

You are invited to attend and examine the witness if you so desire.

Louisiana reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and Live Note, and it will be transcribed.  The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows.  This brief explanation is with full reservation of all rights by the noticing party, and is not intended to limit in any way the scope of the deposition noticed herein.  Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference.  This is an MDL "common" deposition of a Knauf fact witness.

DATED this 24th day of February, 2011      Respectfully submitted,

**PERKINS COIE LLP**

By: /s/   *David L. Black*
    David L. Black, #22380
    DBlack@perkinscoie.com
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-1043
Telephone:  303.291.2300
Facsimile:  303.291.2400

Attorneys for Plaintiffs
And all others similarly situated,

-2-

-3-

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Martin Halbach has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was previously electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of February, 2011.

PERKINS COIE LLP


/s/ *David L. Black*
David L. Black, Esq.

72080-0001/LEGAL20290440.1