David L. Black
PHONE: (303) 291-2309
EMAIL: DBlack@perkinscoie.com

February 24, 2011

**SERVED VIA LEXIS NEXIS**

Kerry Miller, Esq.
Frilot, Partridge, Kohnke & Clements, LLC
Suite 3600
1100 Poydras Street
New Orleans, LA 70163

Re:   *In Re : Chinese-Manufactured Drywall Products Liability Litigation*
       United States District Court, Eastern District of Louisiana
       MDL No. 2047

Dear Kerry:

As you know, we represent the State of Louisiana, *ex rel* James D. ("Buddy") Caldwell, the Attorney General of Louisiana ("the State"), and have been participating in depositions conducted in this MDL without waiving any of our rights to challenge this Court's Jurisdiction as set forth in our Motion to Remand (Doc. 1636) and our Emergency Motion (Doc. 1862) and the supporting papers related to those Motions. On that basis, we have attended and participated in depositions conducted in New Orleans, New York City, Frankfurt and Hong Kong.

I write this letter in reference to Mr. Davis' letter dated February 23, 2011 to you regarding the postponement of the depositions of Hans-Peter Ingenillem, Manfred Paul, Baldwin Knauf and Martin Halbach. The State has expended significant effort and resources, including costs for the translation of foreign language documents, to prepare for those depositions. These depositions are necessary for the preparation of the State's case against the Knauf entities and others. The State does not believe that additional delay is appropriate at this point. We thus intend to proceed with the depositions per the cross-notices filed by Banner, INEX and Chartis, and per the cross-notices we are filing for each deposition noted above.

72080-0001/LEGAL20290590.1

Kerry Miller, Esq.
February 24, 2011
Page 2

Please include me in any correspondence about this matter and provide me notice of any proceedings held in relation to the attempted postponement of these depositions.

Thank you.

**PERKINS COIE LLC**

*/s/ David L. Black*
**DAVID L. BLACK, ESQ.**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: (303) 291-2300

*Counsel for State of Louisiana, ex rel James D. ("Buddy") Caldwell, the Attorney General of Louisiana*

cc:    All Counsel of Record (via LexisNexis)