UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf GIPS KG, et al., | |
| Case No. 2:09-cv-07628 (E.D.La.) | MAG. WILKINSON |

**JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR ZAMORA CORPORATION**

NOW INTO COURT, comes Zamora Corporation, via its prior counsel, Mario A. Lamar and through its desired new counsel, Rafael dJ. Pozo who jointly move this Court for an Order allowing Mario A. Lamar to withdraw as attorney of record and substituting Rafael dJ. Pozo as counsel of record in this matter.

Respecfully submitted

Mario A. Lamar
Mario A. Lamar, P.A.
3971 SW 8 Street, Ste. 305
Miami Florida 33134
305/442-4748

By: Mario A. Lamar, Esq.

And

Rafael dJ. Pozo
Law Offices, Rafael dJ. Pozo, P.A.
P.O. Box 835155
Miami Florida 33283
305 443 4773
305 596 0204 fax

By: Rafael dJ. Pozo, Esq.
Florida Bar No. 982075

Counsel for Defendant,
Zamora Corporation

## CERTIFICATE OF SERVICE

I hereby that on the 25 of February, 2011 the foregoing was filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing to counsel of record in accordance with the procedures established in MDL 2047.

                                                Rafael dJ. Pozo
                                              Law Offices, Rafael dJ. Pozo, P.A.
                                              P.O. Box 835155
                                              Miami Florida 33283
                                              305 443 4773
                                              305 596 0204 fax

                                              By: Rafael dJ. Pozo, Esq.
                                              Florida Bar No. 982075

Cc: Alina Zamora, via e-mail