UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

JUDGE FALLON

THIS DOCUMENT RELATES TO:
Payton, et al. v. Knauf GIPS KG, et al.,

Case No. 2:09-cv-07628 (E.D.La.)

MAG. WILKINSON

**ORDER**

CONSIDERING THE FOREGOING Joint Motion To Withdraw And Substitute
Counsel Of Record For Zamora Corporation;

IT IS HEREBY ORDERED that Rafael dJ. Pozo of the law firm of Law Offices,
Rafael dJ. Pozo, P.A. shall be substituted as counsel of record for Mario A. Lamar of the
law firm of Mario A. Lamar, P.A., in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 20__.


_____
UNITED STATES DISTRICT JUDGE