UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE FALLON |
| This case relates to: | * | |
| ***Ada Brown, et al. v. Liberty Mutual*** | * | |
| ***Fire Ins. Co., et al.***, **No. 10-cv-130 ;** | * | MAGISTRATE JUDGE WILKINSON |
| ***D'Hemecourt,*** **Case No. 2:10-cv-01899;** | * | |
| ***Shelly Parr***, **No. 2:10-cv-2737; and** | * | |
| ***D'Amico***, **No. 2:09-cv-4367** | * | |

**<u>NOTICE OF SUBMISSION</u>**

**PLEASE TAKE NOTICE** that Liberty Mutual Fire Insurance Company has

filed the attached Motion for Summary Judgment for submission to Judge Eldon Fallon on

Wednesday, March 16, 2011 at 9:00 a.m. in the United States District Courthouse, 500 Camp

Street, New Orleans, Louisiana, or as soon thereafter as the motion may be submitted.

Respectfully submitted,

*/s/ Judy Y. Barrasso* _____

Judy Y. Barrasso, 2814

H. Minor Pipes, III, 24603

BARRASSO USDIN KUPPERMAN

 FREEMAN & SARVER, L.L.C.

909 Poydras Street, 24th Floor

New Orleans, Louisiana  70112

Telephone:  (504) 589-9700

jbarrasso@barrassousdin.com

mpipes@barrassousdin.com

*Counsel for Liberty Mutual Fire Insurance*
*Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2011.

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814