UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
|            DRYWALL PRODUCTS | * | |
|            LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE FALLON |
| This case relates to: | * | |
| *Ada Brown, et al. v. Liberty Mutual* | * | |
| *Fire Ins. Co., et al.*, **No. 10-cv-130** ; | * | MAGISTRATE JUDGE WILKINSON |
| *D'Hemecourt,* **Case No. 2:10-cv-01899;** | * | |
| *Shelly Parr*, **No. 2:10-cv-2737; and** | * | |
| *D'Amico*, **No. 2:09-cv-4367** | * | |

**STATEMENT OF UNCONTESTED FACTS
FOR MOTION FOR SUMMARY JUDGMENT**

Liberty Mutual Fire Insurance Company ("Liberty Mutual") hereby submits this statement of uncontested facts for its motion for summary judgment to apply in the above captioned cases involving claims by homeowners for coverage under their respective homeowners policies for alleged damages due to Chinese drywall. For purposes of this motion for summary judgment only, Liberty Mutual adopts, as if fully incorporated herein, the following documents as its statement of uncontested facts:

1. This Court's December 16, 2010 Order, Rec. Doc. No. 6670.

2. The Motions to Dismiss filed by Allstate, ASI Lloyds, Auto Club, Federal, Hartford, Homesite, Standard, State Farm, and USAA (collectively "Defendants"),[1] as detailed in

---

[1] The motions to dismiss are record document numbers 4472, 4462, 4651, 4459, 4494, 4464, 4467, 4503, 4515, and 3251, respectively.

the Court's Order dated December 16, 2010, including all accompanying memoranda and exhibits.

3. The pleadings filed by plaintiffs in the above captioned cases involving claims under homeowners policies for damages due to Chinese drywall.

        Respectfully submitted,

        */s/ Judy Y. Barrasso*
        Judy Y. Barrasso, 2814
        H. Minor Pipes, III, 24603
        BARRASSO USDIN KUPPERMAN
         FREEMAN & SARVER, L.L.C.
        909 Poydras Street, 24th Floor
        New Orleans, Louisiana  70112
        Telephone:  (504) 589-9700
        jbarrasso@barrassousdin.com
        mpipes@barrassousdin.com

        *Counsel for Liberty Mutual Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2011.

>   */s/ Judy Y. Barrasso*
>   Judy Y. Barrasso, 2814