UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This case relates to: | * | |
| No. 10-cv-720, *Timothy and Ashley* | * | |
| *Francis  v. Colony Ins. Co., et al*. | * | MAGISTRATE JUDGE WILKINSON |

### GREAT NORTHERN INSURANCE COMPANY'S
### MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Great Northern Insurance Company ("Great Northern") hereby submits this memorandum in support of its motion for summary judgment to dismiss plaintiffs' claims for coverage under their homeowners policy for alleged damages due to Chinese drywall.  On December 16, 2010, this Court issued an Order holding that homeowners' claims for damages due to Chinese drywall are excluded from coverage under homeowners' policies as a result of the policies' faulty materials and corrosion exclusions.   Rec. Doc. No. 6670.  The Plaintiffs' Steering Committee has agreed that the Court's December 16, 2010 Order applies to all claims by homeowners for coverage under a homeowners policy for alleged damages due to Chinese drywall.  Accordingly, in light of this decision and the allegations in the pleadings filed in the matter captioned above, Great Northern seeks summary judgment dismissing plaintiffs' claims for coverage under their homeowners policy for damages caused by Chinese drywall.

In support of this motion, Great Northern adopts as if incorporated herein the Motions to Dismiss filed by Allstate, ASI Lloyds, Auto Club, Federal, Hartford, Homesite,

Standard, State Farm, and USAA (collectively "Defendants"),[1] as detailed in the Court's Order dated December 16, 2010, including all accompanying memoranda and exhibits. In particular, the Federal Insurance Company policy at issue in *Crosby*, No. 10-cv-1693, which was reviewed by this Court on Federal's Motion to Dismiss, Rec. Doc. No. 4459, is similar to Great Northern's homeowners policy in this case. For purposes of the motion for summary judgment only, Great Northern also adopts as if incorporated herein the pleadings filed by the plaintiffs in the above captioned matter asserting claims under their homeowners policy for damages due to Chinese drywall and adopts this Court's Order dated December 16, 2010, Rec. Doc. No. 6670. Based on the pleadings and the reasons detailed in Defendants' motions and supporting memoranda to dismiss, as well as this Court's December 16, 2010 Order, the motion for summary judgment should be granted and plaintiffs' claims for coverage under their Great Northern homeowners policy for alleged damage due to Chinese drywall should be dismissed with prejudice.

        Respectfully submitted,

        */s/ Judy Y. Barrasso*
        Judy Y. Barrasso, 2814
        H. Minor Pipes, III, 24603
        BARRASSO USDIN KUPPERMAN
         FREEMAN & SARVER, L.L.C.
        909 Poydras Street, 24th Floor
        New Orleans, Louisiana 70112
        Telephone: (504) 589-9700
        jbarrasso@barrassousdin.com
        mpipes@barrassousdin.com

        *Counsel for Great Northern Insurance Company*

---

[1] The motions to dismiss are record document numbers 4472, 4462, 4651, 4459, 4494, 4464, 4467, 4503, 4515, and 3251, respectively.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2011.

                                                */s/ Judy Y. Barrasso*
                                                Judy Y. Barrasso, 2814