UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This case relates to: | * | |
| **No. 10-cv-720,** *Timothy and Ashley* | * | |
| *Francis  v. Colony Ins. Co., et al*. | * | MAGISTRATE JUDGE WILKINSON |

**STATEMENT OF UNCONTESTED FACTS
FOR MOTION FOR SUMMARY JUDGMENT**

Great Northern Insurance Company ("Great Northern") hereby submits this statement of uncontested facts for its motion for summary judgment involving plaintiffs' claims for coverage under their homeowners policy for alleged damages due to Chinese drywall.  For purposes of this motion for summary judgment only, Great Northern adopts, as if fully incorporated herein, the following documents as its statement of uncontested facts:

1. This Court's December 16, 2010 Order, Rec. Doc. No. 6670.

2. The Motions to Dismiss filed by Allstate, ASI Lloyds, Auto Club, Federal, Hartford, Homesite, Standard, State Farm, and USAA (collectively "Defendants"),[1] as detailed in the Court's Order dated December 16, 2010, including all accompanying memoranda and exhibits.

---

[1] The motions to dismiss are record document numbers 4472, 4462, 4651, 4459, 4494, 4464, 4467, 4503, 4515, and 3251, respectively.

3. The pleadings filed by plaintiffs in the above captioned matter involving their claims under their homeowners policy for damages due to Chinese drywall.

> Respectfully submitted,
>
> */s/ Judy Y. Barrasso*
> Judy Y. Barrasso, 2814
> H. Minor Pipes, III, 24603
> BARRASSO USDIN KUPPERMAN
>  FREEMAN & SARVER, L.L.C.
> 909 Poydras Street, 24th Floor
> New Orleans, Louisiana  70112
> Telephone:  (504) 589-9700
> jbarrasso@barrassousdin.com
> mpipes@barrassousdin.com
>
> *Counsel for Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2011.

> */s/ Judy Y. Barrasso*
> Judy Y. Barrasso, 2814