UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 09-2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO :
Kenneth and Barbara Wiltz, et al Case No.: 10-361
Omnibus Class Action Complaint ( II)

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service or jurisdiction, RODNEY J. JANIS and MICHAEL W. SWITZER of Fowler White Burnett, PA, Phillips Point, West Tower, 777 South Flagler Drive, Suite 901, West Palm Beach, Florida, 33401, are designated to receive service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of the following named defendant: Rosen Building Supplies, Inc.

Dated this 25 day of February, 2011

By:  /s/ Michael W. Switzer
     Rodney J. Janis, Esquire
     Fla. Bar No. 647896
     Michael W. Switzer, Esquire
     Fla. Bar No. 728268
     FOWLER WHITE BURNETT P.A.
     901 Phillips Point West
     777 South Flagler Drive
     West Palm Beach, Florida 33401
     Telephone: (561) 802-9044
     Facsimile: (561) 802-9976

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2011, the foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System

s/Michael Switzer