UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * <br> * |
| THOMAS WEST, SR. AND GLORIA WEST | * MAG. WILKINSON <br> * |
| VERSUS | * <br> * 09-6356 |
| STATE FARM FIRE & CASUALTY COMPANY | * |

**************************************************************************

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, come Plaintiffs Thomas West, Sr. and Gloria West, who suggests to this Honorable Court that the movers desire an order withdrawing the law office of Gauthier, Houghtaling, and Williams, LLP and its attorneys, and substituting Stephen Huber and Charles Thomas of the law office of Huber, Slack, Houghtaling, Pandit and Thomas, LLP, as counsel of record for Plaintiffs.

Respectfully Submitted,

| | |
|---|---|
| **HUBER, SLACK, HOUGHTALING, PANDIT & THOMAS, LLP** | **GAUTHIER, HOUGHTALING, & WILLIAMS, LLP** |
| _/s/_ | _/s/_ |
| **CHARLES THOMAS** (Bar No. 31989) | **JAMES WILLIAMS** (Bar No. 26141) |
| 1100 Poydras Street, Suite 1405 | 3500 N. Hullen Street |
| New Orleans, LA 70163 | Metairie, LA 70002 |
| Telephone: (504) 274-2500 | Telephone: (504) 456-8600 |
| Facsimile: (504) 910-0838 | Facsimile: (504) 456-8624 |
| **COUNSEL FOR PLAINTIFFS** | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been mailed to all Counsel of Record by placing same in the United States Mail, postage prepaid and properly addressed on this 25th of February, 2011.

_____
CHARLES THOMAS