UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB 24  PM 4:50

LORETTA G. WHYTE
CLERK

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

* MDL NO. 2047
* SECTION: L
* JUDGE FALLON
* MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Wiltz v. Beijing New Building Materials Public Limited Co.*, No. 10-361

### ENTRY OF PRELIMINARY DEFAULT

UPON APPLICATION OF PLAINTIFFS and upon Declaration that the following defendant has failed to plead or otherwise defend the action: Beijing New Building Materials Public Limited Company (BNBM);

IT IS HEREBY ORDERED that preliminary default be and the same is hereby entered against this defendant in the above numbered and captioned action.

New Orleans, Louisiana, this 24th day of February, 2011.

Lorretta G. Whyte
Clerk of Court

by: _____
Deputy Clerk

___Fee _____
___Process ____
_X_Dktd _____
___CtRmDep ___
___Doc. No. ___

## Last Know Address of Defendant in Default

| *Defendant* | *Address* |
|---|---|
| Beijing New Building Materials Public Limited Company (BNBM) | No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |