UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB 24  PH 4:50

LORETTA G. WHYTE
CLERK

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

* MDL NO. 2047
* SECTION: L
*
* JUDGE FALLON
* MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**
*Gross v. Knauf Gips KG*, No. 09-6690

## ENTRY OF PRELIMINARY DEFAULT

UPON APPLICATION OF PLAINTIFFS and upon Declaration that the following defendants have failed to plead or otherwise defend the action: Beijing New Building Materials Public Limited Company (BNBM); Qingdao Yilie International Trade Co., Ltd.; Shanghai East Best Arts & Crafts Co., Ltd.; SIIC Shanghai International Trade (Group) Co., Ltd.; Tianjin Tianbao Century Development Co., Ltd.;

IT IS HEREBY ORDERED that preliminary default be and the same is hereby entered against these defendants in the above numbered and captioned action.

New Orleans, Louisiana, this 24th day of February, 2011.

Lorretta G. Whyte
Clerk of Court
by: _____
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## Last Know Addresses of Defendants in Default

| *Defendant* | *Address* |
| --- | --- |
| Beijing New Building Materials Public Limited Company (BNBM) | No. 16 West Road Jiancaicheng Xisanqi Haidian District Beijing China 100096 |
| Qingdao Yilie International Trade Co., Ltd | Room 804 Building 1 Tianshengyuan 21 Donghai West Road Shinan District Qingdao, Shandong, China 266071 |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu Shanghai Shanghai China 200081 |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 30/F, SIIC Building No. 18, Caoxi North Road Shanghai, China 200030 |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall 31 Halbin Fifth Road Tianjin Free Trade Zone Tianjin City, China |