**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION "L"** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| ***Payton, et al vs. Knauf Gips, et al*** ***Civil Action No. 09-7628*** | **MAG. JUDGE WILKINSON** |

**EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

NOW INTO COURT, come counsel for defendant, Palm Coast Construction, LLC, who respectfully move this Honorable Court for an order allowing Beth E. Abramson, Louisiana Bar # 27350, and Thomas S. Schneidau, Louisiana Bar # 33359, to withdraw as counsel of record, and allowing Skelly B. McCay, Louisiana Bar # 33267, to substitute in as additional counsel of record in the above-captioned matter. Mr. McCay is with the law firm of King, Krebs & Jurgens, P.L.L.C., 201 St. Charles Avenue, 45th Floor, New Orleans, Louisiana 70170. Patricia A. Krebs will remain as trial attorney for defendant, Palm Coast Construction, LLC. The requested withdrawal and substitution will not alter or delay any scheduled matters or deadlines, nor will it prejudice any party.

Respectfully Submitted,

PATRICIA A. KREBS (LA #2035)
CHARLOTTE P. LIVINGSTON (LA #26894)
BETH E. ABRAMSON (LA #27350)
THOMAS S. SCHNEIDAU (LA #33359)
KING, KREBS, AND JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
pkrebs@kingkrebs.com
clivingston@kingkrebs.com

babramson@kingkrebs.com
tschneidau@kingkrebs.com

**Attorneys for Defendant
Palm Coast Construction, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion to Withdraw and Substitute Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2011.

________________________