UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Payton, et al vs. Knauf Gips, et al* <br> Civil Action No. 09-7628 | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Ex Parte Motion to Withdraw and Substitute Counsel;

**IT IS HEREBY ORDERED** that Beth E. Abramson and Thomas S. Schneidau be withdrawn as counsel of record and Skelly B. McCay be substituted in as additional counsel of record for defendant, Palm Coast Construction, LLC, in the above-captioned matter. Patricia A. Krebs will remain as trial attorney for defendant, Palm Coast Construction, LLC.

New Orleans, Louisiana, on this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

{N0441127 -}