UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL  No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Rogers, et al. vs. Knauf Gips, KG, et al.*<br>*Civil Action No. 10-362* | MAG. JUDGE WILKINSON |

## O R D E R

Considering the foregoing Ex Parte Motion to Withdraw and Substitute Counsel;

**IT IS HEREBY ORDERED** that Beth E. Abramson be withdrawn as counsel of record and Skelly B. McCay be substituted in as additional counsel of record for defendant, Royal Homes, L.L.C., in the above-captioned matter.  Patricia A. Krebs will remain as trial counsel for defendant, Royal Homes, L.L.C.

New Orleans, Louisiana, on this _____ day of _____, 2011.


_____
UNITED STATES DISTRICT JUDGE