UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) ) ) ) ) | SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING CERTAIN KNAUF DEPOSITIONS**

MAY IT PLEASE THE COURT:

Pursuant to Federal Rule of Civil Procedure 26(c), the Plaintiffs' Steering Committee ("PSC") hereby files its Motion for Protective Order regarding certain Federal Rule of Civil Procedure 30(b)(6) personal jurisdiction depositions of the Knauf entities. In support thereof, the PSC states as follows:

1. The PSC scheduled the following depositions of the Knauf entities for the purposes of Federal Rule of Civil Procedure 30(b)(6) depositions regarding personal jurisdiction:

    a. Hans-Peter Ingenillem, scheduled for March 3-4, 2011, in Frankfurt, Germany;

    b. Manfred Paul, scheduled for March 16-17, 2011, in New York, NY;

    c. Baldwin Knauf, scheduled for March 29-30, 2011, in Frankfurt, Germany; and

    d. Martin Halbach, scheduled for April 28-29, 2011 in New York, NY.

2. By letter dated February 23, 2011, Mr. Leonard Davis, on behalf of the PSC confirmed to Knauf's counsel and Defendants' Liaison Counsel, Mr. Kerry Miller, that the PSC would postpone and potentially reset the aforementioned depositions at a later date.   Ex. A,

1

attached hereto, 2/23/11 correspondence from L. Davis. After the PSC announced on February 23 in open court that the depositions were postponed, the court reporter and videographer who were scheduled to fly from the United States to Germany cancelled their arrangements. As the Court is aware, the PSC, and not the State of Louisiana nor Banner, have always paid for these services.

3. When Mr. Davis's correspondence was served via Lexis-Nexis, the Chartis' Defendants (the Banner Entities' insurers) and counsel for the Louisiana Attorney General served cross-notices for the aforementioned depositions on February 24 and 25, respectively. It should be noted that the above parties have not formally moved for relief nor filed a motion to compel. In an abundance of caution the PSC filed the instant motion.

4. The PSC seeks a protective order to prevent the aforementioned depositions from occurring on the above dates and to be potentially reset at a mutually agreeable time. As good cause for the requested protective order:

   a. documents relevant to the deposition of Mr. Ingenillem set for March 3-4 were only recently received, and have yet to be fully reviewed by the PSC. Those documents deal with accounting procedures. At the deposition of Martin Grundke he identified Mr. Ingenillem as the person with the most knowledge regarding the Knauf entities "shared costs";

   b. taking the deposition of a witness without having had adequate time to review the documents is a waste of the parties' resources and judicial economy, especially in light of the significant time and expense that will be incurred in taking depositions in Frankfurt and New York;

c. at the Court's meeting with counsel before the February 23, 2011, Status Conference and at the Status Conference, no party raised an objection to the PSC postponing the depositions;

d. Chartis, as the insurer for the Banner entities, is deeply involved in global settlement negotiations and focusing Banner's energy and time on the depositions will only serve to slow the settlement process;

e. the Knauf entities are acting in good faith and are currently involved in administering the Pilot Program, depositions at this time will only slow the process;

f. the support personnel for the depositions, interpreters and court reporters, have been cancelled, making it a near impossibility to reconvene them;

g. Knauf has approved of postponing the depositions;

h. Inex has approved postponing the depositions; and

i. many of the parties are focused on the upcoming class certification hearing set by this Court for the last week of June 2011, and taking the aforementioned depositions at the previously scheduled times is not a productive use of the parties' resources.

5. Other parties to this matter are not prejudiced, as the PSC has only sought to postpone, not cancel, the aforementioned depositions.

WHEREFORE, the PSC, having demonstrated good cause under Rule 26(c) requests that the Court enter a protective order preventing the depositions of Mssrs. Ingenillem, Paul, B. Knauf and Halbach from occurring at the above referenced dates and times, and that the aforementioned depositions be potentially reset at mutually agreeable time.

Respectfully Submitted,

Dated: February 28, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Ervin A. Gonzalez (On the Brief)
Patrick S. Montoya (On the Brief)
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Member of the PSC*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

| | |
|---|---|
| Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |
| Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W. Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA   70057
Phone:   (985) 783-6789
Fax:   (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of February, 2011.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA   70113
PH:   (504) 581-4892
Fax:   (504) 561-6024
ldavis@hhkc.com