HERMAN HERMAN KATZ & COTLAR
— L.L.P. —
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue,
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†
Stephen J. Herman

Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Jeremy S. Epstein†
Joseph A. Kott, M.D.
J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP (Formerly
Herman, Mathis, Casey, Kitchens & Gerel, LLP)

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

February 23, 2011

*VIA E-MAIL*

Kerry Miller, Esq.
***FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, LLC***
Suite 3600
1100 Poydras Street
New Orleans, LA 70163

    Re: *In re: Chinese-Manufactured Drywall Products Liability Litigation*
       **MDL 2047**

Dear Kerry:

  This will confirm that the following listed depositions have been postponed and may be reset at a later date:

1. Hans-Peter Ingenillem, scheduled for March 3-4, 2011, beginning at 9:00 a.m. (Frankfurt, Germany time), in Germany;

2. Manfred Paul, scheduled for March 16-17, 2011, beginning at 9:00 a.m. (Eastern), in New York;

3. Baldwin Knauf, scheduled for March 29-30, 2011, beginning at 9:00 a.m. (Frankfurt, Germany time), in Germany; and

4. Martin Halbach, scheduled for April 28-29, 2011, beginning at 9:00 a.m. (Eastern), in New York.

                Sincerely,

                **LEONARD A. DAVIS**

LAD:lmf
cc:  Plaintiffs' Steering Committee