UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER GRANTING PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR PROTECTIVE ORDER REGARDING CERTAIN KNAUF DEPOSITIONS

Considering the Plaintiffs' Steering Committee's ("PSC") Motion for Protective Order Regarding Certain Knauf Depositions,

IT IS ORDERED that the PSC's Motion for Protective Order Regarding Certain Knauf Depositions is GRANTED.  For the good cause shown by the PSC, the depositions of the following witnesses shall not take place at the time and location set forth below:

   a.  Hans-Peter Ingenillem, scheduled for March 3-4, 2011, in Frankfurt, Germany;

   b.  Manfred Paul, scheduled for March 16-17, 2011, in New York, NY;

   c.  Baldwin Knauf, scheduled for March 29-30, 2011, in Frankfurt, Germany; and

   d.  Martin Halbach, scheduled for April 28-29, 2011 in New York, NY.

The aforementioned depositions are postponed until a mutually agreeable date and time are agreed upon by the parties.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge