# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

Considering the Plaintiffs' Steering Committee's Motion to Lift Stay as to the Plaintiffs' Steering Committee's Motion for Protective Order Regarding Certain Knauf Depositions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to Plaintiffs' Steering Committee's Motion for Protective Order Regarding Certain Knauf Depositions [Doc. --].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motion on February __ at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge