UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| *Silva, et al. v. Interior Exterior Building Supply, LP et al.*, Civ. Action No. 09-08030 (E.D.La.) | MAG. JUDGE WILKINSON |
| *Silva et al v. Arch Insurance Company, et al.*, Civ. Action No. 09-08034 (E.D.La.) | |

### PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE ITS SUBSTITUTED MOTION FOR CLASS CERTIFICATION OF A LOUISIANA HOMEOWNER CLASS FOR DAMAGES AND DECLARATORY RELIEF

NOW INTO COURT comes Plaintiffs Dean and Dawn Amato, Byron and Debra Byrne, Donald and Marcelyn Puig and Edward and Susan Beckendorf (hereafter 'Plaintiffs"), who request leave of court to file the attached Substituted Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief.

Dated: February 28, 2011

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel MDL 2047*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**PROPOSED OF COUNSEL TO CLASS,
PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Russ M. Herman, Esquire | Arnold Levin (On the Brief) |
| Leonard A. Davis, Esquire | Fred S. Longer (On the Brief) |
| Stephen J. Herman, Esquire | Matthew C. Gaughan (On the Brief) |
| HERMAN, HERMAN, KATZ & COTLAR, LLP | Levin, Fishbein, Sedran & Berman |
| 820 O'Keefe Avenue | 510 Walnut Street, Suite 500 |
| New Orleans, Louisiana 70113 | Philadelphia, PA 19106 |
| Phone: (504) 581-4892 | 215-592-1500 (phone) |
| Fax: (504) 561-6024 | 215-592-4663 (fax) |
| LDavis@hhkc.com | Alevin@lfsblaw.com |
| *Plaintiffs' Liaison Counsel MDL 2047* | *Plaintiffs' Lead Counsel MDL 2047* |
| | |
| Dawn M. Barrios | Robert C. Josefsberg |
| Barrios, Kingsdorf & Casteix, LLP | Podhurst Orseck, P.A. |
| 701 Poydras Street, Suite 3650 | 25 Flagler Street, 8th Floor |
| New Orleans, LA 70139 | Miami, FL 33130 |
| Phone: (504) 524-3300 | Phone: (305) 358-2800 |
| Fax: (504) 524-3313 | Fax: (305) 358-2382 |
| Barrios@bkc-law.com | rjosefsberg@podhurst.com |
| | |
| Daniel E. Becnel, Jr. | Bruce William Steckler |
| Becnel Law Firm. LLC | Baron & Budd, P.C. |
| P.O. Drawer H | 3102 Oak Lawn Ave., Suite 1100 |
| 106 W. Seventh Street | Dallas, TX 75219 |
| Reserve, LA 70084 | Phone: (214) 521-3605 |
| Phone: (985) 536-1186 | Fax: (214) 520-1181 |
| Fax: (985) 536-6445 | bsteckler@baronbudd.com |
| dbecnel@becnellaw.com | |

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis | Jeremy W. Alters |
| HAUSFELD LLP | Alters Law Firm, P.A. |
| 1700 K Street, N.W Suite 650 | 4141 N.E. 2nd Avenue |
| Washington, DC 20006 | Suite 201 |
| Phone: (202) 540-7200 | Miami, FL 33137 |
| Fax: (202) 540-7201 | Phone: (305) 571-8550 |
| rlewis@hausfeldllp.com | Fax: (305) 571-8559 |
| | jeremy@alterslaw.com |
| | |
| | Andrew A. Lemmon |
| | Lemmon Law Firm, LLC |
| | P.O. Box 904 |
| | 15058 River Road |
| | Hahnville, LA 70057 |
| | Phone: (985) 783-6789 |
| | Fax: (985) 783-1333 |
| | andrew@lemmonlawfirm.com |