UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Silva, et al. v. Interior Exterior Building Supply, LP et al.*, Civ. Action No. 09-08030 (E.D.La.)

*Silva et al v. Arch Insurance Company, et al.*, Civ. Action No. 09-08034 (E.D.La.)

**Supplemental\* Compendium of Exhibits In Support of
Plaintiff's Motion For Certification Of A Louisiana Homeowner
Class For Damages And Declaratory Relief**

| Ex. # | |
|---|---|
| 1. | Interior Exterior Sales Records (excerpt includes examples of 30-plus invoices of Louisiana purchasers) |
| 2. | Dean and Dawn Amato Plaintiff Profile Form (January 21, 2011), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 3. | Byron and Debra Byrne Plaintiff Profile Form (January 21, 2011), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 4. | Edward and Susan Beckendorf Plaintiff Profile Form (January 10, 2010), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 5. | Donald and Marcelyn Puig Plaintiff Profile Form (November 2, 2009), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 6. | Supplemental Declaration of Ronald Wright, P.E. |
| 7. | Letter Opinion of Lee H. Waronker |

**\***This Supplemental Compendium incorporates by reference the original Compendium (document #5567-2) and does not repeat entries from 5567-2