# EXHIBIT 2

Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| For Internal Use Only |
|---|
| File Number |
| Date Received |

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Dean and Dawn Amato

Address of Affected Property: 18615 Bellingrath Lakes, Greenwell Springs, LA 70739

Is this Property:* [X] Residential [ ] Commercial [ ] Governmental

Name of Person Completing this Form: Amy Guldry

Is above your primary residence? (●) Yes ( ) No

Mailing Address (if different):

Phone: (225) 954 - 1923

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant [ ] Owner Only [ ] Renter-Occupant

Represented By: Hugh P. Lambert

Address: 701 Magazine Street, New Orleans, LA 70130

Phone: (504) 581 - 1750

Case No. /Docket Info: 09-7628

**Section II. Insurance Information**

Homeowner/ Renter Insurer: State Farm Fire & Casualty Company

Policy #: 18-EX-1335-1

Agent: Debra Tarter

Address: 12222 State Farm Blvd., Tulsa, OK 74146

Phone: (225) 346 - 1676

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied: Move-in | Dates Occupied: Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Dean Amato | 10 / / 06 | / / | [X] M / F | 10 / 22 / 80 | (●) Yes ( ) No | Owner-Occupant |
| Dawn Amato | 10 / / 06 | / / | M / [X] F | 02 / 11 / 81 | (●) Yes ( ) No | Owner-Occupant |
| Halee Renee Amato | 10 / / 06 | / / | M / [X] F | 11 / 15 / 98 | (●) Yes ( ) No | Occupant or Renter Only |
| Emma Claire Amato | 10 / / 06 | / / | M / [X] F | 12 / 18 / 06 | (●) Yes ( ) No | Occupant or Renter Only |
| | / / | / / | M / F | / / | ( ) Yes ( ) No | |
| | / / | / / | M / F | / / | ( ) Yes ( ) No | |
| | / / | / / | M / F | / / | ( ) Yes ( ) No | |
| | / / | / / | M / F | / / | ( ) Yes ( ) No | |
| | / / | / / | M / F | / / | ( ) Yes ( ) No | |
| | / / | / / | M / F | / / | ( ) Yes ( ) No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ⊙ Yes   No ○

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   **Driskill Environmental Consultants, LLC**

1.2. When did the inspection take place?   09  03 /09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ⊙ Yes   No ○

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   **Driskill Environmental Consultants, LLC**

2.2. When was this determination made?   09  03 /09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | through out the home |

**Section VI. Home Information**

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3524 | | | | |
| Estimated Sq. Ft. of Drywall | 12,544 | Occupied | | ☒ | |
| Height of Interior Walls | 12/10 | Year-round | | ☒ | |
| Number of Bedrooms: | 3 | Summer | | ☒ | |
| Number of Bathrooms: | 2.5 | Winter | | ☒ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ☒ | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | ☒ | | |
| Were repairs made to the plumbing system? | NO | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | ☒ | | |
| 2nd Panel | ☒ | | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section IX. Drywall Installer**

Drywall Installer's Name:

Address: _____

Phone: ( ___ ) ___ - ___

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 02 / /06 | Completion Date | 10 / /06 |
|---|---|---|---|
| Move In Date: | 10 / /06 | Date Acquired Home | 02 / /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ☐ |
| First Floor: Full Wall of drywall replaced | | | ☐ |
| Second Floor: Any drywall replaced | | | ☐ |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Self constructed

Address: _____

Phone: _____

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section X. Drywall Supplier**

Drywall Supplier's Name:

Interior Exterior

Address: 7350 East Industrial Drive
Baton Rouge, LA 70805

Phone: 985 , 927 - 5040





**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| [signature] 1/21/11 | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| [signature] 1/21/11 | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

LEFT ELEVATION
SCALE: 1/4"-1'-0"

RIGHT ELEVATION
SCALE: 1/4"-1'-0"





## ELECTRICAL SCHEDULE

| MARK | DESCRIPTION |
|---|---|
| | DUPLEX RECEPTACLE OUTLET |
| | 220 VOLT DUPLEX RECEPTACLE OUTLET |
| | WATERPROOF RECEPTACLE OUTLET |
| | WATERPROOF 220 VOLT OUTLET |
| | FLOOR DUPLEX RECEPTACLE |
| | SINGLE POLE SWITCH |
| | DOUBLE POLE SWITCH |
| | LIGHT OUTLET |
| | FLOOD LIGHT |
| | TELEPHONE |
| | RECESSED SPOT |
| | DOOR CHIME |
| | TELEVISION |
| | SMOKE ALARM |
| | HEAT/VENT/LIGHT |

## ELECTRICAL NOTES

ELECTRICAL SERVICE TO BE 40 CIRCUIT 150 AMPERE
MAIN LOCATED IN UTILITY.

SERVICE TO BE #2 COPPER FROM METER TO PANEL.
PANEL GROUNDED BY 2 #6 GROUNDING RODS
IN ACCORDANCE WITH SECT. 250 OF THE NATIONAL
ELECTRIC CODE.

ALL EXTERIOR, GARAGE, KITCHEN, AND BATH CIRCUITS TO BE
GROUND FAULT CIRCUIT INTERRUPT EQUIPPED.

ELECTRICAL DISCONNECTS AT A/C CONDITIONING COND. UNITS

SMOKE DETECTIONS TO BE WIRED TOGETHER AND TO THE
A.C. POWER SYSTEM

A.C. PANEL INFO.
ONE 15 AMPERE BRANCH CIRCUIT FOR EACH 500 SQ. FT.
LIGHTING AND GENERAL PURPOSE RECEPTACLES

TWO 20 AMPERE BRANCH CIRCUITS FOR SMALL APPLIANCES

ONE 20 AMPERE BRANCH CIRCUIT FOR LAUNDRY

ONE BRANCH CIRCUIT FOR OVEN

ONE BRANCH CIRCUIT FOR COOK TOP

ONE BRANCH CIRCUIT FOR A/C AND HEATING EACH

## AIR CONDITIONING / HEATING NOTES

AIR CONDITIONING UNIT TO BE 4 TON 48000 BTU
COOLING CAPACITY DRIVEN BY A HP COMPRESSOR
MOTOR AND A FRACTION HP BLOWER MOTOR

HEATING UNIT TO BE GAS FIRED HORIZONTAL FLOW
100,000 BTU IN 80,000 BTU OUT.

RETURN AIRS TO BE 20" X 30" FILTER GRILLS

DUCTS TO BE 26 GUAGE GALV. IRON WITH
2" FIBERGLASS INSULATION

REGISTERS TO BE 12" X 6" - 3 OR 4 WAY THROW

PROVIDE CATWALK TO ALL MECHANICALS IN ATTIC

## PLUMBING NOTES

WATER HEATER "A" TO BE GAS FIRED 50 GALLON CAPACITY
40,000 BTU IN AND SERVICE KITCHEN, UTILITY, 1/2 BATH, & COOKING PORCH

WATER HEATER "B" TO BE GAS FIRED 50 GALLON CAPACITY
40,000 BTU IN AND SERVICE MASTER BATH & BATH 2

4" PVC DRISE VENT THROUGH WALL

CLEARANCE OF ALL HEAT PRODUCING APPLIANCES
TO BE GREATER THAN 18" ABOVE OR 0 TO THE SIDE

NAT. GAS SUPPLY TO BE 1" BLACK IRON SCHEDULE
40 OR GREATER.

GAS LIGHTER PROVIDED IN FIREPLACES

GAS LIGHTS ON FRONT PORCH



BONUS MECHANICAL PLAN
SCALE: 1/4"=1'-0"

MECHANICAL PLAN
SCALE: 1/4"=1'-0"




MURRY DANIELS





IMPORTANT NOTE



PROJECT NAME
DEAN & DAWN AMATO
LOT 212, BELLINGRATH LAKES
CITY/PARISH
GREENWELL SPRINGS, LA.

REGISTERED STAMP

REGISTERED STAMP



| DRAWN BY | SHEET NO. |
|---|---|
| MWD | 5 |
| DATE | PROJECT NO. |
| 3/06 | 26085 |



ROOF PLAN
SCALE: 1/8"=1'-0"

FOUNDATION PLAN
SCALE: 1/4"=1'-0"

**FOUNDATION AND LOAD NOTES**

FOUNDATION TO BE 4" THICK 3000 PSI CONCRETE
REINFORCED WITH 6X6 10/10 WWF.

1 STORY FOOTINGS TO BE 2'-0" WIDE BY 1'-0" DEEP WITH 3 #5 CONTINUOUS STEEL. PLACE #3 DOWELS AT 48" O.C.

2 STORY FOOTINGS TO BE 2'-6" WIDE BY 2'-0" DEEP WITH 4 #5 CONTINUOUS STEEL.

VAPOR BARRIER TO BE 6 MIL VISQUEEN.

6 1/2" X 12" BRICK LEDGE FLOATED IN FRONT PORCH FOR BRICK.

AGGREGATE FINISH ON FRONT PORCH.

1/4" SLOPE ON ALL PORCHES FROM HOUSE TO YARD.

**ROOF PLAN NOTES**

ALL RAFTERS TO BE 2 X 6" @ 24" O.C. UNLESS OTHERWISE NOTED.

MURRY DANIELS

ACADIANA DESIGN

IMPORTANT NOTE

PROJECT NAME
DEAN & DAWN AMATO
LOT 212, BELLINGRATH LAKES
GREENWELL SPRINGS, LA.

REGISTERED STAMP

REGISTERED STAMP

ACADIANA DESIGN

DRAWN BY: MWD
SHEET NO: 3
DATE: 3/06
PROJECT NO: 26085



SECTION VIEWS




# Driskill Environmental Consultants LLC
## *PRELIMINARY INSPECTION REPORT*
### CONTAMINATED SHEETROCK
Lambert & Nelson, PLC
186 Bellingrath Lakes Ave., Greenwell Springs, LA 70739
Dawn & Dean Amato
September 3, 2009

Report Prepared By:

Brent J. Driskill, CMC, CMRS,

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State Board of Home Inspectors #10081**
*Home Inspector*
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Member*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*
*Certified Microbial Consultant*



Office (504) 738-2779 / Fax (504) 737-1960
www.brent@smarttipsolutions.com

Amato-18615 Bellingrath Lakes, Greenwell Springs, LA - Knauf Indicia

## Driskill Environmental Consultants LLC

# Contents

INTRODUCTION .......................................................................................................................................3

ADDITIONAL SERVICES OPTION ....................................................................................................3

WORD AND PHRASE DEFINITIONS ...............................................................................................4

QUANTIFICATION OF CONTAMINATED SHEETROCK .............................................................4

PROPERTY DESCRIPTION .................................................................................................................4

PRELIMINARY INSPECTION.............................................................................................................5

    ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES ...........................................................5

ELECTRICAL APPLIANCES & DEVICES..........................................................................................5

    AIR CONDITIONERS & FURNACES ..............................................5
    SHEETROCK PRODUCT.................................................................................................................5
    INTERVIEW WITH CLIENT OR OCCUPANT .........................................................................5
    ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES ........................................................6
    ELECTRICAL APPLIANCES & DEVICES .................................................................................7
    AIR CONDITIONERS & FURNACES .........................................................................................9
        *DAMAGE ASSESSMENT* ..............................................................................................................*10*
        *IDENTIFY CONTAMINATED SHEETROCK*.............................................................................*10*

AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL ........................11

    AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL ..............................11
    OTHER CONSEQUENTIAL DAMAGE .....................................................................................12
    REMEDIATION SUMMARY .......................................................................................................12
    INSPECTION SUMMARY ...........................................................................................................12

ASSISTANCE AND RECOMMENDATIONS .................................................................................12

PHOTOS......................................................................................................................................................13

# Driskill Environmental Consultants LLC

## INTRODUCTION

*SITE INSPECTOR*:  The following inspection was performed by Brent Driskill on Sept 03, 2009

The recommendations or requirements made in this preliminary report cannot address unforeseen hidden or inaccessible contaminated sheetrock or damages inflicted upon various metals within the structure. Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by off gassing from contaminated sheetrock. The contents of this preliminary report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

*ADDITIONAL SERVICES OPTION*

This report is issued without Driskill Environmental Consultants L.L.C. supervision or monitoring of remedial work or sheetrock removal at the subject structure.  In the event the Client shall desire to have Driskill Environmental Consultants L.L.C. supervise or monitor the ongoing remediation process, then those fees charged for services rendered by Driskill Environmental Consultants L.L.C. shall be agreed upon, by the Client and Driskill Environmental Consultants L.L.C., prior to commencement of the remediation process.

The client is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C.  Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise specified.

## Driskill Environmental Consultants LLC

*Word and Phrase Definitions*
The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Oxidation (A.O.):** Oxidation on wiring or metal components beyond that which should be expected as compared to the normal rate of oxidation as of the date installed.

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Assessable (N/A):** The item or system or a component of the same was not assessable to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected for reasons of inaccessibility or was not an issue or concern in this inspection.

*QUANTIFICATION OF CONTAMINATED SHEETROCK*
Various amounts of content damage (IF ANY) throughout this report are referenced regarding the visible amount of black advanced oxidation observed primarily on copper wiring, receptacles, switches and other electrical components. Because other building materials, appliances, items or contents do not display black oxidation does not necessarily mean that they are not contaminated by Sulfur related gasses or compounds. There is a possibility of having a mixture of contaminated sheetrock installed adjacent to non contaminated sheetrock; therefore it would be reasonable to conclude that there would be an unknown mixture of contaminated Knauf/China manufactured sheetrock along with uncontaminated sheetrock. Because of cross contamination possibility of contaminated Knauf/China sheetrock, we consider all sheetrock within a structure contaminated when any amount of Knauf/China brand sheetrock has been detected. We further recommend removal of all sheetrock in the structure in order to provide a clean environment for new sheetrock installation after chemically neutralizing and cleaning of the structural wood members.

| PROPERTY DESCRIPTION | |
|---|---|
| **Type of Construction** | Wood Frame |
| **Use of Structure** | Single Family - Residential |
| **Approximate Sq. Ft.** | 3,524 Sq. Ft. |
| **Stories / Levels** | One + Upstairs Bonus Room |
| **Brand of Sheetrock** | Knauf |
| **Interior Walls** | Sheetrock |
| **Interior Ceilings** | Sheetrock |
| **Foundation** | Concrete Slab |
| **Flooring** | Brick Pavers, Carpet and Wood |
| **Exterior Walls** | Brick and Stucco |
| **Roof System** | Architectural Shingle |
| **Number of A/C Systems** | Two Systems |

## Driskill Environmental Consultants LLC

### *PRELIMINARY INSPECTION*

On September 3, 2009, a qualified inspector conducted a visual inspection of the subject structure; 186 Bellingrath Lakes Ave., Greenwell Springs, LA 70739, to determine the presence of $H_2S$ contaminated sheetrock and the resulting damages to electrical and copper components inside the structure. The process of properly conducting a visual inspection including a written report with photos of contaminated contents, items and devices shall include the following:

#### *ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES*
Removal or accessing electrical components for visual inspection such as; electrical receptacles, light switches, main electrical panel, sub electrical panel, multi breaker panels, electrical junction boxes and other electrical terminations for the purpose of visually identifying black oxidation on copper terminal connections.

#### *ELECTRICAL APPLIANCES & DEVICES*
- Electrical devices, their components and electrical terminal connections are inspected during the preliminary inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

#### *AIR CONDITIONERS & FURNACES*
- Other copper and metal components shall include central air conditioning cooling coils, refrigerant lines and all electrical controls in the air handler or furnace system.

#### *SHEETROCK PRODUCT*
- Included in the preliminary inspection are visual observations of the back side of sheetrock installed in the structure.  The most obvious places are attics and the backside of some closets. The most reliable evidence of the presence of contaminated sheetrock are the words "Knauf" and "China" stamped on the back side of the sheetrock and hydrogen sulfide instrument test readings in wall cavities.

#### *INTERVIEW WITH CLIENT OR OCCUPANT*

An interview with the property owner revealed that their two and a half year old daughter has been chronically congested and is on antibiotics.

# Driskill Environmental Consultants LLC

**PRELIMINARY INSPECTION**
*ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES*

| ELECTRICAL SYSTEM AND COMPONENTS | | |
|---|---|---|
| **Main Electrical Panel** | **Visual Conditions** | **NOTES** |
| **Location - Storage Room, Off Garage** | | |
| Condition of Ground Wire | Serviceable Condition | |
| Condition of Buss Bar | Serviceable Condition | |
| Condition of Breaker Terminals | Serviceable Condition | |
| Condition of Other Metals | Serviceable Condition | |

| ELECTRICAL SUB PANEL SYSTEM AND COMPONENTS | | |
|---|---|---|
| **Sub Electrical Panel** | **Visual Conditions** | **NOTES** |
| **Location - NONE** | | |
| Condition of Ground Wire | | |
| Condition of Buss Bar | | |
| Condition of Breaker Terminals | | |
| Condition of Other Metals | | |

**Condition of electrical device: A.O. = Advanced Oxidation S.C. = Serviceable Condition**

| ELECTRICAL SWITCHES/RECEPTACLES SCHEDULED FOR REMOVAL | | | | |
|---|---|---|---|---|
| Room Name | General Location | Condition | Quantity Receptacles | Quantity Switches |
| Kitchen | Double Switch Entrance | A.O | | 2 |
| Breakfast Room | Double Switch at Back Door | A.O | | 2 |
| Living Room | Receptacle | A.O | 1 | |
| Living Room | Receptacle on Exterior Wall | A.O | 1 | |
| Master Bedroom | Receptacle on Exterior Wall | A.O | 1 | |
| Master Bath | Double Switch | A.O | | 2 |
| Halee's Bedroom | Receptacle Near Entrance | A.O | 1 | |
| Emma's Bedroom | Receptacle on Center Wall | A.O | 1 | |
| Hall Area | Receptacle on Exterior Wall | A.O | 1 | |
| Garage | Receptacle on Side Wall | A.O | 1 | |
| Bonus Room | Light Switch on Upstairs Closet Wall | A.O | | 1 |
| | | | | |
| | | | | |
| | | | | |

## Driskill Environmental Consultants LLC

*PRELIMINARY INSPECTION*
*ELECTRICAL APPLIANCES & DEVICES*

| WATER HEATER INFORMATION | | |
|---|---|---|
| **Water Heater #1** | **Supply Water Lines Visual Condition** | **NOTES** |
| **Location - Attic** | | |
| Supply Lines | Advanced Oxidation | |
| Metal Components | Advanced Oxidation | |
| Overall Condition | Advanced Oxidation | |
| Age | 3 Years Old | |
| Make | | |

| WATER HEATER INFORMATION | | |
|---|---|---|
| **Water Heater #2** | **Supply Water Lines Visual Condition** | **NOTES** |
| **Location -** | | |
| Supply Lines | | |
| Metal Components | | |
| Overall Condition | | |
| Age | | |
| Make | | |

| APPLIANCES | | |
|---|---|---|
| **Type** | **External Visual Conditions** | **NOTES** |
| Refrigerator | Kitchen Aide - Serviceable Condition | |
| Freezer | | |
| Clothes Washer | Whirl Pool - Serviceable Condition | |
| Clothes Dryer | Whirl Pool - Serviceable Condition | |
| Dishwasher | Kitchen Aid - Serviceable Condition | |
| Electric Range/Cook top | | |
| Electric Oven | | |
| Microwave Oven | Kitchen Aid - Serviceable Condition | |
| Garage Door Opener | | |
| TV Sets | N/A | |
| Electronic Devices | | |
| Kitchen Sink | Serviceable Condition | |

## Driskill Environmental Consultants LLC

| BATHROOMS | | |
|---|---|---|
| **Bathroom #1** | **Visual Conditions** | **NOTES** |
| **Location - Master Bathroom** | | |
| Toilet Supply Lines/Valves | Serviceable Condition | |
| Lavatory Supply Lines/Valves | Serviceable Condition | |
| Lavatory Drain Lines | PVC | |
| Lavatory Fixtures/Faucets | Serviceable Condition | |
| Shower/Bathtub/Faucets | Serviceable Condition | |

| BATHROOMS | | |
|---|---|---|
| **Bathroom #2** | **Visual Conditions** | **NOTES** |
| **Location - Hall, Near the Kitchen** | | |
| Toilet Supply Lines/Valves | Serviceable Condition | |
| Lavatory Supply Lines/Valves | Serviceable Condition | |
| Lavatory Drain Lines | PVC | |
| Lavatory Fixtures/Faucets | Serviceable Condition | |
| Shower/Bathtub/Faucets | Serviceable Condition | |

| BATHROOMS | | |
|---|---|---|
| **Bathroom #3** | **Visual Conditions** | **NOTES** |
| **Location - Between Bedrooms** | | |
| Toilet Supply Lines/Valves | Serviceable Condition | |
| Lavatory Supply Lines/Valves | Serviceable Condition | |
| Lavatory Drain Lines | PVC | |
| Lavatory Fixtures/Faucets | Serviceable Condition | |
| Shower/Bathtub/Faucets | Serviceable Condition | |

## Driskill Environmental Consultants LLC

*PRELIMINARY INSPECTION*
*AIR CONDITIONERS & FURNACES*

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| 1st. - A/C System | Visual Conditions | NOTES |
| **Location - Attic** | | |
| Make and Type - | | |
| Age and Condition | 3 Years | |
| Condition of Evaporator Coils | N/A | |
| Condition of Wiring | N/A | |
| Components Replaced | Unknown | |
| Exposed Cooper Tubing | Advanced Oxidation | |

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| 2nd. - A/C System | Visual Conditions | NOTES |
| **Location -** | | |
| Make and Type - | | |
| Age and Condition | | |
| Condition of Evaporator Coils | | |
| Condition of Wiring | | |
| Components Replaced | | |

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| 3rd. - A/C System | Visual Conditions | Readings ppm |
| **Location -** | | |
| Make and Type - | | |
| Age and Condition | | |
| Condition of Evaporator Coils | | |
| Condition of Wiring | | |
| Components Replaced | | |

## Driskill Environmental Consultants LLC

*PRELIMINARY INSPECTION*
**DAMAGE ASSESSMENT**
**IDENTIFY CONTAMINATED SHEETROCK**

| SUSPECTED CONTAMINATED SHEETROCK | | |
|---|---|---|
| Room Name | Location of Sheetrock | |
| ALL ROOMS | ALL CEILINGS & WALLS THROUGHOUT THE STRUCTURE | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Driskill Environmental Consultants LLC

*PRELIMINARY INSPECTION*
*AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL*

*AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL*
Listed below are the areas observed in the structure that might contain contaminated sheetrock or commented upon.

1. At the time of this inspection, there were sulfur-like odors detected inside the structure.
2. During the interior inspection, there were visible stamped markings of Knauf and China observed in the attic on the backside of the sheetrock indicating the origin of manufacture.
3. The copper ground wiring in electrical receptacles and switches, displayed advanced oxidation in some areas of the structure.
4. The copper supply lines for the water heater, displayed advanced oxidation.
5. Exposed copper tubing for the A/C system displayed advanced oxidation.

DAMAGE ASSESSMENT
Primary damage caused by contaminated sheetrock that includes oxidation of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. All sheetrock inside the structure is considered contaminated and must be removed from the structure and discarded. Removal of contaminated materials should be performed by controlled methods by using HEPA-filtered indoor air, secured disposal HEPA-vacuuming, and detailed cleaning with all work being performed in a controlled and\or contained environment.

    a. HEPA-filtered, Negative Air Devices should be installed filter air-born dust and particles from the indoor air during the demolition work. A minimum of four air exchanges per hour should be maintained in work areas.

    b. Misting the surface of sheetrock, subject to being removed, will act as a dust suppressant in an effort to minimize and control air borne contaminates.
    Additionally, when sheetrock is cut-out, less debris is produced. When contaminated sheetrock is busted apart, levels of air born contaminates are likely to increase, including the clean up.

    c. All debris must be bagged or wrapped with six-mil plastic and sealed immediately, during the removal and then transported to a secure dumpster or transportation vehicle for disposal. In no instance should waste materials be thrown or dropped out of a building. All debris should be carried out of the structure.

    d. After demolition and removal of contaminated materials, HEPA vacuuming must be performed on all surface areas of structural wood members including exposed ceiling and/or wall cavities, flooring and various areas of the structure that may be affected by contaminated dust and debris.

2. All electrical switches, receptacle and fixtures that have advanced oxidization must be removed. Oxidized electrical copper wiring must be cut and removed or cleaned free of oxidation. Electrical devices, their components and electrical terminal connections are inspected during the preliminary inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

## Driskill Environmental Consultants LLC

3. Once the structure has been cleaned and free of contaminates, all surfaces of structural wood members will require chemical de oxidation with a neutralizing compound before any build back can begin. Otherwise newly installed sheetrock might cover contaminated wood structural members.

### *OTHER CONSEQUENTIAL DAMAGE*

Secondary damage to the structure or contents that may have been caused by defective sheetrock but may not be readily visible or accessible at the time of this inspection is as follows:

1. Failure to follow proper protocol in the demolition of contaminated sheetrock contained inside the structure could result in cross contamination which might continue contaminating of the interior of the home.

### *REMEDIATION* SUMMARY

Based on the inspection of the subject structure, we offer the following commentary regarding remediation and removal of contaminated sheetrock:

1. Those areas, contents or items inside the structure listed in the *DAMAGE ASSESSMENT* section of this report, shall be the general scope of removal and replacement of contaminated sheetrock. It should be expected that, if contaminated sheetrock extends beyond that which was observed during this inspection, then additional removal and replacement shall be expected.

### *INSPECTION SUMMARY*

Based on the findings during the inspection of the subject structure, we offer the following commentary regarding remediation and removal of contaminated sheetrock:

1. Because of the high levels of oxidation observed on items and electrical devices throughout the home we recommend that all sheetrock inside the structure be removed and discarded. The process of controlled demolition and remediation should be conducted by individuals or companies experienced in decontamination and remediation services. To do so otherwise might result in remaining contamination inside the structure.
2. Those areas, contents or items inside the structure listed in the *DAMAGE ASSESSMENT* section of this report, shall be the general scope of *CONTROLLED DEMOLITION* of contaminated sheetrock. It should be expected that, if contaminated sheetrock extends beyond that which was observed during this inspection, then additional removal and replacement shall be expected.

### *ASSISTANCE AND RECOMMENDATIONS*

Please call our office for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition or remediation of any materials affected by contaminated sheetrock, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. If the client is unsure of their ability to conduct safe demolition or remediation of any or the entire noted contaminated areas, then we highly recommend that they contact our office for professional guidance or recommendations. Client understands that this Preliminary Inspection Report is performed and prepared for Client's sole and exclusive use and is NOT intended to be relied upon by any 3rd party. The format of this report is copyrighted and is the property of Driskill Environmental Consultants LLC and is not to be duplicated in full or part without the written permission of Driskill Consultants LLC.

This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

## Driskill Environmental Consultants LLC

*PHOTOS*
Various sheetrock markings were observed in the attic indicating Knauf or China as manufacturers.



Copper wiring appeared to be in serviceable in the main panel inside the storage room.



## Driskill Environmental Consultants LLC



Copper ground wiring along with terminal screw connections were black with oxidation.




## Driskill Environmental Consultants LLC



Advanced Oxidation on exposed suction line copper tubing for the A/C system.



## Driskill Environmental Consultants LLC

The water heater copper lines have advanced oxidation.



A closer look at the copper supply lines for the water heater.



**State Farm Fire and Casualty Company**
12222 State Farm Boulevard
Tulsa, OK 74146-5402

POLICY NUMBER    18-EX-1335-1

AT2            L-22-  1599-F896    H    F
                001837
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS LA  70739-4772

## IMPORTANT INFORMATION REQUIRED BY THE
## LOUISIANA DEPARTMENT OF INSURANCE

### Homeowners Insurance Policy Coverage Disclosure Summary
### This form was promulgated pursuant to LSA-R.S. 22:1477.

**THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT CHANGE, EXPAND, OR REDUCE THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS.**

### **READ YOUR INSURANCE POLICY FOR COMPLETE
### POLICY TERMS AND PROVISIONS**

<u>COVERAGE(S) FOR WHICH PREMIUM WAS PAID</u>

A **Dwelling**
  **Dwelling Extension**
B **Personal Property**
C **Loss of Use**
L **Personal Liability**
  **Damage to Property of Others**
M **Medical Payments to Others**
  **(Each Person)**

Continued on Reverse

550-52   Rev. 03-28-2007 (018007/4q)

N  7206    401B  I
    U3,A7,W1,L3,L2,DR,NP                        REB        Prepared  DEC 16 2008

## DEDUCTIBLES

This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.

<u>NOTICE</u>: This policy does set forth a deductible for covered losses caused by hurricane as defined in the policy. Look at the Declaration Page of your policy to determine the amount of the deductible that will apply to any claim for damage caused by hurricane.

**You may be able to reduce your premium by increasing your deductible. Contact your insurance agent for more details.

### LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

<u>FLOOD</u>: Flood damage is not covered, regardless of how caused, when flood is the peril that caused the loss. Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.

*Flood Insurance* may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling and/or contents subject to the coverage limits and terms of the policy.

*Excess Flood Insurance* may be available under a separate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.

You may contact your agent or insurer for more information on the National Flood Insurance Program and Excess Flood Insurance.

<u>MOLD</u> - Damage caused solely by Mold is not covered under this policy.

**FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS**

Continued on Next Page

(o1f0075a)

## CLAIM FILING PROCESS

There may be time limitations for filing a claim and filing of a satisfactory proof of loss. There may also be time limitations for repairing and replacing damaged property that could cause you to not recover the replacement cost of your property, if applicable.

## PAYMENT OF CLAIMS

Depending on the terms of the insurance policy, some losses may be paid based on actual cash value (ACV) and others based on replacement cost (RC).

> AVC is the amount needed to repair or replace the damaged or destroyed property, minus the depreciation.

> RC involves the initial payment of actual cash value (ACV) of a loss, and the subsequent payment of the additional amount that is actually and necessarily expended to repair or replace the damaged or destroyed property.

> **Refer to your policy for the terms and conditions describing how a particular loss is to be paid.

## PAYMENT AND ADJUSTMENT OF CLAIMS

Pursuant to LSA R.S. 22:658 and 22:1220, except in the case of catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim and/or a claim for reasonable medical expenses within fourteen (14) days after notification of loss by the claimant.

In the case of a catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim within thirty (30) days after notification of loss by the claimant.

All insurers shall make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after the receipt of satisfactory proof of loss of that claim.

Continued on Reverse

7207

Prepared DEO 16 2008

Failure to make such payment within thirty (30) days after receipt of such satisfactory writ' proofs and demand therefore or failure to make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after receipt of a satisfactory proof of loss of that claim may result in a late penalty against the insurer in addition to the payment of the claim.

If the insurer is found to be arbitrary, capricious or without probable cause in settling any property damage claim, the insurer must pay the insured, in addition to the amount of the loss, fifty percent (50%) damages on the amount found to be due from the insurer to the insured, or one thousand ($1,000.00) dollars, whichever is greater, as well as reasonable attorney fees and costs, if applicable.

(o1f0077a)



**State Farm Fire and Casualty Company**
12222 State Farm Boulevard
Tulsa, OK 74146-5402

**RENEWAL CERTIFICATE**

POLICY NUMBER                 1.00 FX 1385-1

Homeowners Policy
FEB 02 2009 to FEB 02 2010

L-22-  1599-F696    H    F.

001837
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS LA   70739-4772

### TO BE PAID BY MORTGAGEE

**Coverages and Limits**

**Section I**

| | | | |
|---|---|---|---|
| A | Dwelling | | $245,000 |
| | Dwelling Extension | Up To | 24,500 |
| B | Personal Property | | 183,750 |
| C | Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**
Other Losses 1.00%          2,450
Hurricane  2.00%             4,900

Location:  Same as Mailing Address

**Section II**

| | | |
|---|---|---|
| L | Personal Liability | $300,000 |
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 4,000 |

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Increase Dwlg up to $49,000 | OPT   ID |
| Ordinance/Law  10%/  $24,500 | OPT   OL |
| Jewelry and Furs $1,500/$2,500 | OPT   JF |
| Policy Endorsement | FE-5320 |
| Amendatory Endorsement | FE-7218.6 |
| Fungus (Including Mold) Excl | FE-5398 |
| Personal Injury | FE-7468.3 |
| Back-Up Dwell/Listed Property | FE-5706.1 |
| Telecommuter Coverage | FE-5831 |
| Hurricane Deductible | FE-5301.1 |
| Amendatory Debris Removal | * FE-5480 |

**Annual Premium**        $1,301.95
Citizens Emer-FAIR            65.10

**Premium Reductions**
Utility Rating Credit        293.00
Home/Auto Discount           348.00
Claim Free Discount          194.00

*Effective:  FEB 02 2009

Inflation Coverage Index:   176.0

NOTICE:  Information concerning changes in your policy language is included.  Please call your agent if you have any questions.

Protection Class: 3     Zone: 38     Construction: Masonry Veneer          Number of Families: 01

128-3078 f.7   Rev. 11-14-2005  (0152088)

Thanks for letting us serve you...

7208       401B   I
N *   U3,A7,W1,L3,L2,DR,NP

**Agent DEBRA TARTER**
Telephone (225) 346-1676

*If you have moved, please contact your agent.*
*See reverse side for important information.*

REB          Prepared  DEC 16 2008

Mortgagee: NOLA LENDING GROUP LLC
DBA NOLA FUNDING GROUP ISAOA

Loan No: 1905256816

**Your coverage amount....**
It is up to you to choose the coverages and limits that meet your needs. We recommend that you purchase a coverage limit equal to the estimated replacement cost of your home. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an estimate from Xactware, Inc® using information you provided about your home. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your home. State Farm® does not guarantee that any estimates will be the actual future cost to rebuild your home. Higher limits are avail able at higher premiums. Lower limits are also available, which if selected may make certain coverages unavailable to you. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your home.

18-EX-1335-1

7209

FE-5480C
Page 1 of 1

# IMPORTANT NOTICE . . . Change In Coverage

Effective with this policy term, **AMENDATORY DEBRIS REMOVAL ENDORSEMENT, FE-5480**, is being added to your policy.

This endorsement expands tree debris removal coverage in your policy (up to $500) to include trees and tree debris felled by windstorm, hail, or weight of snow or ice, which blocks a ramp designed to assist the handicapped or a driveway, and prevents access to the dwelling.

Endorsement FE-5480 follows this notice. Please read it carefully and place it with your insurance policy.

FE-5480

## AMENDATORY DEBRIS REMOVAL ENDORSEMENT

**SECTION I - ADDITIONAL COVERAGES**

Item 1., Debris Removal is replaced with the following:

1. **Debris Removal.** We will pay the reasonable expenses you incur in the removal of debris of covered property damaged by a Loss Insured. This expense is included in the limit applying to the damaged property. The following coverages and limits also apply:

    a. When the amount payable for the property damage plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to Additional Coverage, item 3. Trees, Shrubs and Other Plants.

    b. We will also pay up to $500 in the aggregate for each loss to cover the reasonable expenses you incur in the removal of tree debris from the residence premises, unless otherwise excluded. This coverage applies when:

        (1) the tree has caused a Loss Insured to Coverage A property; or

        (2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

            (a) the driveway, on the residence premises, and prevents land motor vehicle access to or from the dwelling; or

            (b) a ramp designed to assist the handicapped, on the residence premises and prevents access to or from the dwelling.

FE-5480