302 Tallow Creek
Hall Ceiling



302 Tallow Creek.
Foyer Wall

3○2 Tallow Creek Ct.
Laundry Ceiling

302. Yellow Creek
Scrap Loads Room

302 Fallen Creek
Spring Dr. Will

302 Delero Creek
Dining Rm. Wall























