UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Silva, et al. v. Interior Exterior Building Supply, LP et al.*, Civ. Action No. 09-08030 (E.D.La.)

*Silva et al v. Arch Insurance Company, et al.*, Civ. Action No. 09-08034 (E.D.La.)

**PLAINTIFFS' SUPPLEMENTAL PROPOSED TRIAL PLAN FOR A LOUISIANA HOMEOWNER CLASS FOR DAMAGES AND DECLARATORY RELIEF**

Plaintiffs intend to try this case in three phases: (1) class-wide liability for property damage, (2) class-wide property damages, and (3) declaratory relief for insurance coverage.

**Phase I – Liability (Common Issues of Liability and General Causation)**

Phase I is designed to obtain a finding of class-wide liability for property damage. Louisiana law recognizes property damage claims against distributors and sellers of defective products under theories of negligence, strict liability, nuisance, and Consumer Protection Acts, warranty law and redhibition. *See Hernandez* FOFCOL (Docket #2713) at 44-47.

Plaintiffs will establish the Defendants' course of conduct and their liability through Interior Exterior's own documents, the documents of third parties, and fact witnesses from Interior Exterior. This evidence will show that Interior Exterior sold and distributed a defective product, failed to properly test and monitor its product to assure it was free from defects, and

1

failed to warn Plaintiffs and class members of the defective nature of the CDW.  This evidence of Defendants' common course of conduct, as well as Interior Exterior's liability defense, if any; will be the same for the class representatives as it is for members of the classes.  *See* Substituted Class Memorandum at 16-18.  A jury verdict on this question as it relates to the class property damage claim for the class will be binding on the class and will eliminate the need for hundreds of duplicative trials on this issue.

**Phase II – Class-Wide Property Damage (Successive Trials on Specific Causation (if needed) Compensatory Damages, and Class-Wide Valuation of Damages if Available)**

If Plaintiffs obtain a finding of liability, the trial will proceed to class-wide property damages.  The plaintiff class does not seek personal injury damages.  The recoverability of available damages under property law for a CDW plaintiff has already been determined under Louisiana law.  *See Hernandez* FOFCOL at 44-47.

Plaintiffs may recover the cost of repair plus alternative living costs, property diminution, loss of use and enjoyment damages, and personal property damage.  *Id, see* Substituted Class Memorandum at 14-21.  Individualized damages issues to the extent they exist do not defeat class certification and can be dealt with in a claims processing or mini-trials where each plaintiff uses the same methodology to prove damages.  Alternatively damages can be formulaic in nature and amenable to class treatment.  For example, Plaintiff's expert, Ron Wright, has utilized a proven methodology to determine remediation damages for an individual home, but also has utilized a formulaic method of determining repair costs considering national and local data to establish a dollar per square foot cost.  *See* Declaration of Ronald E.Wright, P.E., ("Wright Dec.") at ¶¶5-7; Supp. Wright Dec. at ¶ 2, Substituted Class Memorandum at 17-21.  The

alternative living costs during the remediation have also been determined in Louisiana trials, and are amenable to determination by a formulaic method.  The property diminution can be determined on a percentage diminution basis.  The loss of use and enjoyment, and private property damages can be determined individually or on a class-wide basis through the use of a survey instrument of representative class members.  *Id.* The proof of damages will rely on the same methodology for the class representatives and the members of the class.  Plaintiffs will establish the damages at trial through: (1) the expert opinion of Ron Wright and Lee Waronker and  (2) the testimony of the class representatives, and other fact witnesses.

### Phase III – Declaratory Judgment on Insurance Coverage

Under Louisiana law, the class representative and the class are injured parties who may directly sue the tortfeasor's insurer for a declaration of coverage.  LA. REV. STAT. 22:1269; *Hood v. Cotter,* 08-215 (La. 12/2/08), 5 So. 3d 819.  Such a dispute is likely to concern the applicability of certain coverage exclusions including the "pollution or contamination" exclusion, and others. *Finger v. Audobon Ins. Co.,* 09-8071 (La. Dist. Orleans Parish).  Although coverage disputes may require pretrial discovery, *Asten Johnson Inc. v. Columbia Cas. Co.,* 562 F.3d 213, 220 (3d. Cir. 2009), the trial is to a bench trial, *Id.* at 219; *Terrell v. DeConna,* 877 F.2d 1267, 1273 (5th Cir. 1989).  The declaratory judgment aspect of the trial is estimated to require an additional three trial days to complete.  It is anticipated that the class trial described herein will take between 10 and 15 days.

Dated: February 28, 2011                    Respectfully submitted,


_____
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**PROPOSED CLASS COUNSEL**

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Russ M. Herman, Esquire<br>Leonard A. Davis, Esquire<br>HERMAN, HERMAN, KATZ & COTLAR, LLP<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Phone: (504) 581-4892<br>Fax: (504) 561-6024<br>Ldavis@hhkc.com<br>*Plaintiffs' Liaison Counsel* | Arnold Levin<br>Fred S. Longer<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215-592-1500 (phone)<br>215-592-4663 (fax)<br>Alevin@lfsblaw.com<br>*Plaintiffs' Lead Counsel* |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com | Robert C. Josefsberg<br>Podhurst Orseck, P.A.<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>vdiaz@podhurst.com |
| Daniel E. Becnel, Jr.<br>Becnel Law Firm. LLC<br>P.O. Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com | Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com |
| Jerrold Seth Parker<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com | Hugh P. Lambert<br>Lambert and Nelson<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@lambertandnelson.com |

| | |
|---|---|
| Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Bruce William Steckler<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>bsteckler@baronbudd.com | James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com | Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br>  & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |
| Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com | Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
Andrew@lemmonlawfirm.com