## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Plaintiffs' Motion for Leave of Court to File its Substituted Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief; Order Granting Plaintiffs' Motion for Leave of Court to File its Substituted Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief; Plaintiffs' Substituted Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief; Memorandum in Support of Plaintiffs' Substituted Motion for Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief; Proposed Order Granting Substituted Motion for Class Certification; Supplemental Declaration of Russ M. Herman; Plaintiffs' Supplemental Proposed Trial Plan for a Louisiana Homeowner Class for Damages and Declaratory Relief; and Supplemental Compendium of Exhibits in Support of Plaintiffs' Substituted Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief** has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of February, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047