UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO.2047 ) ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON |

### CERTAIN PLAINTIFFS' LIMITED OBJECTION IN OPPOSITION TO BANNER'S MOTION FOR GLOBAL MEDITATION

Certain Plaintiffs, listed on the attached Exhibit A, by and through their undersigned counsel, file the following Response in Opposition to The Banner Entities Motion to Compel Global Mediation. In support of their response[1], Plaintiffs state as follows:

1. Despite the broad relief sought by Banner's motion, very little substance accompanies the request. By requesting that "all claimants asserting Chinese Drywall claims against" various named Banner entities be required to submit to mediation before this Court, Banner's motion appears to reach far beyond the Article III jurisdictional reach of this Court to impose an obligation on state court litigants - who have not purposefully availed themselves of this forum by prosecuting state court claims in state court against non-diverse defendants - to participate in a mandatory mediation under the auspices of this Court. For the reasons set forth in these same Plaintiffs previously filed Memorandum in Opposition to the Plaintiffs' Steering Committee's Motion for an Order Requiring an Accounting and Other Relief and in their Memorandum in Opposition to the Plaintiffs' Steering Committee's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Money, or in the Alternative, for Court-Ordered Mediation and Temporary Stay of All Outside Settlement Activity, the requested relief exceeds the jurisdictional authority of this court under the Anti-Injunction Act and the All Writs Act. The requested compulsory relief would be unprecedented and runs afoul of fundamental principles of our two-tier system of justice.

---

[1] The Opposing Plaintiffs' submit this Opposition and appear in this proceeding for the sole purpose of opposing the Emergency Motion of the PSC.

VMDIAZ AND PARTNERS | 119 WASHINGTON AVE SUITE 402 | MIAMI BEACH FLORIDA, 33139 | INFO@DIAZPARTNERS.COM | T: (305) 704-3200

2. Those Plaintiffs that have submitted themselves to litigation before this Court as to all party Defendants (including the enumerated Banner entities) certainly have no objection to *non-binding* global mediation. Similarly, those Plaintiffs that have submitted their claim against the foreign manufacturer of the Chinese drywall in their home, also have no objection to the global mediation of their claims *solely* against the relevant foreign manufacturer. However, it is without legal precedent to ask this Court to mandate Plaintiffs who have purposefully elected to pursue their claims against the Banner entities in state Court, and purposefully elected not to avail themselves of these consolidated proceedings, to participate in a mandatory mediation proceeding.

3. Much is made in the moving parties' memorandum of the desire to move these cases to global mediation. All Plaintiffs share in that desire. However, in order to accomplish this end, parties must set aside their individual interests and place the best interests of the affected homeowners in the forefront. The way to achieve global resolution is not a mandatory program forced on "all claimants" by this Court. Rather, a voluntary program of non-binding mediation should be developed and announced wherein the "rules of the game" are clearly set out from the beginning. Those rules (which should apply equally to all Plaintiffs, whether in the MDL in whole, as to a particular claim, or whether represented by a PSC law firm) should entail:
    a. Full explanation of the right of any party to review or contest the "apportionment award" made by the Court appointed mediator;
    b. An explicit delineation of the cost to Plaintiffs who elect to participate in this program by way of PSC fee assessment and/or cost assessment;
    c. The preclusive effect of participating in this program on other ongoing mediation efforts (under the auspices of state courts) and parallel state court trial settings;
    d. A delineation of the criteria that will be used to make apportionment awards.

    These few fundamental aspects of any true dispute resolution mechanism - would if transparently and openly announced - perhaps achieve the level of voluntary participation in the proposed mediation program that would achieve the twin purposes of global resolution and respecting the constitutional limits on this Court's authority.

4. As the United States Supreme Court has reminded MDL courts in *Lexicon*, the extra-ordinary powers afforded Courts under the Manual for Complex Litigation do not usurp the constitutional limitations established in our Constitution on the exercise of judicial authority by

Article III courts. While our federal, two-tiered system of justice may at times run afoul of the most efficient management of mass tort cases, they should be respected. Not unlike the untidy patchwork of legislation, state's rights and uneven distribution of certain civil rights not yet constitutionally recognized which characterizes our two-tiered federal system of representative democracy, the notion of federal courts of limited jurisdiction was clearly intended by our founding fathers and has survived the test of time. Certain aspects of our Constitution may not provide the most efficient mechanism for governance or uniform justice - but they *solely* are limits on the exercise of coercive authority. They do not prohibit or prevent parties and Courts (including coordinating state court judges) from entering into voluntary arrangements that may not be mandatorily imposed. There is no reason (other than illegitimate ones) for not fashioning the Banner mediation program in a voluntary and transparent manner that would achieve full buy-in without requiring the questionable exercise of coercive judicial authority.

WHEREFORE, those Certain Plaintiffs delineated on the attached Exhibit A, by and through their undersigned counsel, file this limited objection to Banner's Motion for Global Mediation and urge this Court to consider alternative mechanisms available to achieve the dual goals of efficiency and respect for constitutional due process requirements.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller, Esq., at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittman, Esq., at pwittmann@stonepigman.com, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2011.

Respectfully Submitted,

_/s/ Victor Diaz_

Victor M. Diaz, Jr. Esq.
Florida Bar No, 503800
VM DIAZ & PARTNERS
119 Washington Avenue, Suite 402
Miami Beach, FL 33139
Phone (305) 704-3200
victor@diazpartners.com

David H. Lichter, Esq.Mark Blumstein, Esq.
Florida Bar No. 359122Fla Bar No., 90700
HIGER, LICHTER & GIVNERTHE BLUMSTEIN LAW FIRM
18305 Biscayne Blvd, Suite 40219495 Biscayne Blvd, Suite 400
Aventura, FL 33160Aventura, FL 33180
Phone (305) 356-7555Phone (305) 356-7547

Brett Panter, Esq.
Fla Bar No.436348
PANTER, PANTER, SAMPEDRO
6950 N. Kendall Drive
Miami, FL 33156

## Exhibit A

| # | Name | Address |
|---|---|---|
| 1. | Antonio & Gretchen Lanza | 9465 SW 149th Street, Miami, FL 33176 |
| 2. | Christopher & Loray Johnson | 1958 SE 23rd Court, Homestead, FL 33035 |
| 3. | Faith Brown | 1935 SE 22nd Drive, Homestead, FL 33035 |
| 4. | Pedro & Alice Durand | 1970 SE 22nd Court, Homestead, FL 33035 |
| 5. | Samuel & Barbara Choy | 2903 Augusta Drive, Homestead, FL 33035 |
| 6. | Jonas Masreliez & Michelle Maldonado-Masreliez | 5337 SW 40th Avenue, Ft. Lauderdale, FL 33314 |
| 7. | Moraima & Joel Echevarria | 18611 SW 122nd Street, Miami, FL 33196 |
| 8. | Jason & Melissa Harrell | 1926 SE 23rd Court, Homestead, FL 33035 |
| 9. | Alberto & Maria Mostert | 5359 SW 40th Avenue, Ft. Lauderdale, FL 33314 |
| 10. | Edgar & Kellie Ann Otero | 2155 SE 20th Avenue, Homestead, FL 33035 |
| 11. | Marlen & Nevisthon Alcindor | 1938 SE 22nd Court, Homestead, FL 33035 |
| 12. | Luis Mejia & Aracelys Armelo | 1461 SW 145th Place, Miami, FL 33184 |
| 13. | Jon Orue & Isabel Henriquez | 5353 SW 40th Avenue, Ft. Lauderdale, FL 33314 |
| 14. | Caridad Daniels | 366 NE 33rd Terrace, Homestead, FL 33033 |
| 15. | Michael & Christylenne McClure | 364 NE 35th Terrace, Homestead, FL 33033 |
| 16. | Abel Serrano & Masayneliz Frontero-Serrano | 1401 SW 145th Place, Miami, FL 33184 |
| 17. | Frank & Jeannette Rodriguez | 12214 SW 82nd Terrace, Miami, FL 33183 |
| 18. | Jorge Velis, Jr. | 1931 SE 21st Court, Homestead, FL 33035 |
| 19. | Craig Bullock | 12688 S. Stonebrooke Circle, Davie, FL 33330 |
| 20. | Bernandino Ciafre-Garay | 5361 SW 40th Avenue, Ft. Lauderdale, FL 33314 |
| 21. | Reward Reyes | 3560 NE 3rd Drive, Homestead, FL 33033 |
| 22. | 1100 Valencia | 1100 Valencia Avenue, Coral Gables, FL 33134 |
| 23. | Jeffrey & Elisa Robin | 3210 Crystal Court, Coconut Grove, FL 33133 |
| 24. | Joaquin & Nuria Inigo | 3437 NE 4th Street, Homestead, FL 33033 |
| 25. | Martha Somohano | 388 NE 34th Avenue, Homestead, FL 33033 |
| 26. | Axas Aleman & Enrique Salazar | 376 NE 34th Avenue, Homestead, FL 33033 |
| 27. | Patricia & Russell Culbertson | 321 SW 24th Lane, Cape Coral, FL 33991 |
| 28. | Jose & Elizabeth Garcia | 9345 Balada Street, Coral Gables, FL 33156 |
| 29. | Ingrid Veras | 1932 SE 21st Court, Homestead, FL 33035 |
| 30. | Charles & Melinda Russo | 2520 NE 31st Court, Lighthouse Point, FL 33064 |
| 31. | Nelisbet Diaz | 20441 SW 317th Street, Homestead, FL 33030 |
| 32. | Manuel & Lisa Synalovski | 101 Holly Lane, Plantation, FL 33317 |
| 33. | Carlos & Leonor Del Burgo | 8157 NW 108th Place, Doral, FL 33178 |
| 34. | Michael N. Reinstein | 100 Spring Hill Drive, Jensen Beach, FL 34957 |
| 35. | Christopher & Cristina Blanco | 3402 SW 64th Avenue, Miami, FL 33155 |
| 36. | Mark Braxton | 3329 NE 4th Terrace, Homestead, FL 33033 |
| 37. | Alvaro & Maria Sanchez-Gil | 11251 NW 84th Street, Miami, FL 33178 |
| 38. | Patricia Valencia | 2861 NE 3rd Drive, Homestead, FL 33033 |
| 39. | Jorge & Iva Valverde | 1990 SE 23rd Court, Homestead, FL 33035 |
| 40. | Pedro Vega | 5363 SW 40th Avenue, Ft. Lauderdale, FL 33314 |
| 41. | Nain & Yerilin Wessin | 3310 NE 3rd Drive, Homestead, FL 33033 |
| 42. | Flynn Martins | 366 NE 34th Terrace, Homestead, FL 33033 |
| 43. | Steven Smith | 1490 SE 15th Street, Unit #103, Ft. Lauderdale, FL 33316 |
| 44. | Maria Salinas | 1934 SE 23rd Court, Homestead, FL 33035 |
| 45. | Eduardo & Jessica Roman | 1441 SW 145th Place, Miami, FL 33184 |
| 46. | Jacob & Melissa Raburn | 4102 Three Oaks Road, Plant City, FL 33565 |
| 47. | Rebekah Lopez | 1940 SE 23rd Avenue, Homestead, FL 33035 |
| 48. | Anthony Raso | 1490 SE 15th Street, Unit 101, Ft. Lauderdale, FL 33316 |
| 49. | Martha Gournelos, Ida Mollano & Enrico Osso | 1901 Bay Drive, Pompano Beach, FL 33062 |
| 50. | Carmen Castro & Eduardo Aleman | 3398 NE 3rd Drive, Homestead, FL 33033 |
| 51. | Glenda Austin | 376 NE 35th Terrace, Homestead, FL 33033 |
| 52. | Olga & Raymond Milfort | 2158 SE 20th Avenue, Homestead, FL 33035 |
| 53. | Rafael Valle | 1948 SE 21st Court, Homestead, FL 33035 |
| 54. | Gisselle Rousseau | 1976 SE 23rd Avenue, Homestead, FL 33035 |

| | | |
|---|---|---|
| 55. | Sandra Gotay | 1968 SE 23rd Avenue, Homestead, FL 33035 |
| 56. | Kent Jurney | 1955 SE 21st Court, Homestead, FL 33035 |
| 57. | Travis Johnson | 1924 SE 21st Court, Homestead, FL 33035 |
| 58. | Jorge Velis, Sr. | 2190 SE 19th Avenue, Homestead, FL 33035 |
| 59. | Anatoly Daniels | 1907 SE 21st Court, Homestead, FL 33035 |
| 60. | Gary Zwerdling | 1940 SE 21st Court, Homestead, FL 33035 |
| 61. | Earl McKinney | 1946 SE 22nd Court, Homestead, FL 33035 |
| 62. | Jeannot Rasolofarison | 2236 SE 20th Avenue, Homestead, FL 33035 |
| 63. | Luis Aguirre | 1967 SE 22nd Drive, Homestead, FL 33035 |
| 64. | Wallace & Penelope Bratton | 2810 Augusta Drive, Homestead, FL 33035 |
| 65. | Lazaro & Mirta Seijo | 1927 SE 22nd Drive, Homestead, FL 33035 |
| 66. | BVK, LLC | 1950 SE 23rd Court, Homestead, FL 33035 |
| 67. | Teodoro Echaburu & Aliria Perez | 1975 SE 23rd Court, Homestead, FL 33035 |
| 68. | Joseph Sinicrope | 1963 SE 21st Court, Homestead, FL 33035 |
| 69. | Leonard & Shari Taylor | 1954 SE 21st Court, Homestead, FL 33035 |
| 70. | Victoria & Jesus Valencia | 1926 SE 23rd Terrace, Homestead, FL 33035 |
| 71. | Davida & David Hardy | 1988 SE 23rd Avenue, Homestead, FL 33035 |
| 72. | Narriman & Ronald Vieria | 1964 SE 23rd Avenue, Homestead, FL 33035 |
| 73. | Roger Mella | 1936 SE 23rd Avenue, Homestead, FL 33035 |
| 74. | Roger Montgomery | 1932 SE 23rd Avenue, Homestead, FL 33035 |
| 75. | Victor Laborde | 1928 SE 23rd Avenue, Homestead, FL 33035 |
| 76. | Ilan Juster | 1908 SE 23rd Avenue, Homestead, FL 33035 |
| 77. | Hernan & Lisette Diaz | 1971 SE 21st Court, Homestead, FL 33035 |
| 78. | Jorge Gonzalez | 1979 SE 21st Court, Homestead, FL 33035 |
| 79. | Montgomery Trotman | 2249 SE 19th Avenue, Homestead, FL 33035 |
| 80 | Scott Miller | 1939 SE 21st Court, Homestead, FL 33035 |
| 81. | Peterus Jaspers | 1490 SE 15th Street, Unit 104, Ft. Lauderdale, FL 33316 |
| 82. | Peterus Jaspers | 1490 SE 15th Street, Unit 204, Ft. Lauderdale, FL 33316 |
| 83. | Iridio & Maria Orovio | 4290 E. 10th Court, Hialeah, FL 33013 |
| 84 | Iridio & Maria Orovio | 4292 E. 10th Court, Hialeah, FL 33013 |
| 85.. | Iridio & Maria Orovio | 4294 E. 10th Court, Hialeah, FL 33013 |
| 86 | Iridio & Maria Orovio | 4296 E. 10th Court, Hialeah, FL 33013 |
| 87. | Iridio & Maria Orovio | 4297 E. 10th Avenue, Hialeah, FL 33013 |
| 88. | Iridio & Maria Orovio | 4299 E. 10th Avenue, Hialeah, FL 33013 |
| 89. | Mark Lann & Kerri West | 384 NE 34th Terrace, Homestead, FL 33033 |
| 90. | Mark Lann & Kerri West | 3504 NE 3rd Drive, Homestead, FL 33033 |