IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
SAMUEL LEDFORD ET AL. V. KNAUF GIPS KG, ET AL.
CASE NO.: 2:09-cv-00538-RRA

## MAZER'S DISCOUNT HOME CENTERS, INC.'S MOTION FOR LEAVE TO AMEND ANSWER TO COMPLAINT

Mazer's Discount Home Centers, Inc. (hereinafter "Mazer's") moves this Court to enter an Order, pursuant to Federal Rule of Civil Procedure 15(a)(2), allowing it to amend its answer to assert an additional affirmative defense. In support of this motion, Mazer's states as follows:

1. Mazer's seeks leave of this Court to file the Amended Answer that is attached hereto as Exhibit "A". This Amended Answer asserts two additional affirmative defenses which Mazer's reasonably believes it is entitled to assert.

2. This case has not been set for trial, and very little discovery has been taken in the case.

3. No party will be prejudiced by the granting of this motion.

4. Rule 15(a)(2) specifically states that leave to amend should be freely given when justice so requires.

WHEREFORE, Mazer's Discount Home Centers, Inc. respectfully requests that this Court enter an Order granting it leave to file the Amended Answer that is attached hereto as Exhibit "A".

Respectfully submitted this 1st day of March, 2011.

/s/ Christopher A. Bottcher
Christopher A. Bottcher
Attorney for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101

/s/ Larry S. Logsdon
Larry S. Logsdon
Attorney for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, LLC
Post Office Box 530910
Birmingham, Alabama 35253
Tel.: (205) 874-0341
Fax: (205) 874-3241

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion for Leave to Amend Answer to Complaint has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 1st day of March, 2011.

                                            /s/ Christopher A. Bottcher
                                            Of Counsel