# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**MDL NO. 09-2047**

IN RE: CHINESE-MANUFACTURED DRYWALL     SECTION: L
PRODUCTS LIABILITY LITIGATION    JUDGE FALLON
   MAG. JUDGE WILKINSON

----

THIS DOCUMENT RELATES TO:
SAMUEL LEDFORD ET AL. V. KNAUF GIPS KG, ET AL.
CASE NO.: 2:09-cv-04292; 2:09-cv-00538-RRA

----

## AGREED ORDER

THIS CAUSE having come before this Court and upon the agreement of the parties, it is hereupon:

ORDERED AND ADJUDGED that:

1. Counsel for Mazer's Discount Home Centers, Inc. has conferred with opposing counsel in the above-captioned matter and he has agreed to not oppose Mazer's Discount Home Centers, Inc.'s Motion to Amend its Answer and Affirmative Defenses to Plaintiffs' Complaint.

2. Therefore, this Motion is due to be, and is hereby, GRANTED.

DOCSBHM\1768370\1\

DONE AND ORDERED in Chambers at the United States District Court for the Eastern District of Louisiana, in New Orleans, Louisiana this \_\_\_\_\_ day of March, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge