**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED            MDL NO. 2047
DRYWALL PRODUCTS LIABILITY             SECTION: L
LITIGATION

THIS DOCUMENT RELATES TO               JUDGE FALLON
                                       MAG. JUDGE WILKINSON

*Silva, et al. v. Interior Exterior*
*Building Supply, LP et al.*, Civ. Action
No. 09-08030 (E.D.La.)

**And**

*Silva et al v. Arch Insurance Company,*
*et al.*, Civ. Action No. 09-08034 (E.D.La.)


**Fact Witness List**

Plaintiffs hereby disclose the following potential fact witnesses that plaintiffs may call at

the class certification hearing to provide testimony live or by designation of prior deposition or

trial testimony.

|     | NAME | TITLE AND/OR ADDRESS | TOPIC |
|-----|------|----------------------|-------|
| 1.  | Amato, Dean and Dawn* | 18615 Bellingrath Lakes Greenwell Springs, LA 70739 | Experience with CDW and damages |
| 2.  | Byrne, Bryan and Debra* | 532 Snead Court Slidell, LA 70458 | Experience with CDW and damages |
| 3.  | Puig, Donald and Marcelyn* | 302 Tallow Creek Dr. Covington, LA 70433 | Experience with CDW and damages |
| 4.  | Beckendorf, Edward and Susan* | 304 Brown Thrasher Loop S. Madisonville, LA 70447 | Experience with CDW and damages |
| 5.  | Brisley, Jeff * | Knauf Insulation GmbH | Import and distribution CDW, defect in product |
| 6.  | Claxton, Robert* | Knauf Insulation GmbH | Import and distribution CDW, defect in product |

*Most likely to call

1

| 7. | Collura, Terry | Inside salesperson for INEX | Import and distribution CDW, defect in product |
|---|---|---|---|
| 8. | Galleon, Rebecca | Inside salesperson for INEX | Import and distribution CDW, defect in product |
| 9. | Geary, Clayton* | Co-owner of INEX | Import and distribution CDW, defect in product |
| 10. | Geary, James* | Co-owner of INEX | Import and distribution CDW, defect in product |
| 11. | Norris, Mark* | Director/Manager of Knauf Plasterboard Tianjin | Import and distribution CDW, defect in product |
| 12. | Hummel, Hans-Ulrich* | Head of R & D and Technology for Knauf Gips | Export and distribution of Knauf CDW, defect in product |
| 13. | Stuermer, Martin* | Manager of Finance for Knauf Gips | Export and distribution of Knauf CDW, defect in product |
| 14. | Robson, Tony* | Director of Knauf Insulation and on Board of Directors for multiple Knauf Asia companies | Export and distribution of Knauf CDW, defect in product |
| 15. | Knauf, Isabel* | Manager of Knauf Asia and on Board of Directors for multiple Knauf Asia companies | Export and distribution of Knauf CDW, defect in product |
| 16. | Peterson, Mark | Warehouseman for INEX in New Orleans, LA branch | Import and distribution CDW, defect in product |
| 17. | Walsh, Robert John | Electrical Specialist, City of Hayward, California | National Electric Code Provisions on Remediation of Wire |
| 18. | Phillips, Ray | Beazer Homes | Remediation of CDW homes |
| 19. | 30(b)(6) Representative of Knauf Plasterboard Tianjin | | The sale and export of CDW to INEX |

| 20. | 30(b)(6) Representative of Knauf Insulation GmbH | | The sale and export of CDW to INEX |
| 21. | 30(b)(6) Representative of Interior Exterior Building Supply | | The sale and export of CDW to INEX |
| 22. | 30(b)(6) Representative of Metro Resources | | Import and distribution CDW, defect in product |
| 23. | 30(b)(6) Representative of Taishan Plasterboard Co. | | Defects in and distribution of CDW |
| 24. | 30(b)(6) Representative of Guardian | | Compliance of Taishan CDW with building codes. |
| 25. | Records Custodian for INEX | | INEX invoices and other records |
| 26. | Any witness that has been deposed in the MDL or identified in MDL discovery | | |

**PROPOSED CLASS COUNSEL**

Dated: March 1, 2011                              Respectfully submitted,

/s/ Russ M. Herman_____
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

## PROPOSED OF COUNSEL TO CLASS,
## PLAINTIFFS' STEERING COMMITTEE

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR,
LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

4

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

5

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA  70057
Phone:  (985) 783-6789
Fax:  (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com