UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY     SECTION: L
LITIGATION

THIS DOCUMENT RELATES TO       JUDGE FALLON
                               MAG. JUDGE WILKINSON

Vickers et al v. Knauf Gips KG et al
EDLA 09-04117
AND
Payton et al v. Knauf Gips KG et al
EDLA 09-07628

Fact Witness List

Plaintiffs hereby disclose the following potential fact witnesses that plaintiffs may call at the class certification hearing to provide testimony live or by designation of prior deposition or trial testimony.

|     | NAME | TITLE AND/OR ADDRESS | TOPIC |
| --- | --- | --- | --- |
| 1. | Roberts, Dr. Steven* | 10013 Cobblestone Creek Dr. Boynton Beach, FL, 33472 | Experience with CDW and damages |
| 2. | Diaz, Felix* | 20318 SW 87 Court Cutler Bay, FL 33189 | Experience with CDW and damages |
| 3. | Vickers, Karen* | 2259 SE 19th Avenue Homestead, FL 33035 | Experience with CDW and damages |
| 4. | Martinez, Jennifer and Felix* | 2250 SE 19th Avenue Homestead, FL 33035 | Experience with CDW and damages |
| 5. | Santiago, Jason* | 2140 SE 19th Avenue Homestead, FL 33035 | Experience with CDW and damages |
| 6. | Norris, Mark* | Director/Manager of Knauf Plasterboard Tianjin | Import and distribution Knauf CDW, defect in product |
| 7. | Hummel, Hans-Ulrich* | Head of R & D and Technology for Knauf Gips | Export and distribution of Knauf CDW, defect in product |

*Most likely to call

| | | | |
|---|---|---|---|
| 8. | Stuermer, Martin* | Manager of Finance for Knauf Gips | Export and distribution of Knauf CDW, defect in product |
| 9. | Robson, Tony* | Director of Knauf Insulation and on Board of Directors for multiple Knauf Asia companies | Export and distribution of Knauf CDW, defect in product |
| 10. | Knauf, Isabel* | Manager of Knauf Asia and on Board of Directors for multiple Knauf Asia companies | Export and distribution of Knauf CDW, defect in product |
| 11. | Phillips, Ray | Beazer Homes | Remediation of CDW homes |
| 12. | Landers, Jack* | Banner Supply Co. | Knowledge as to product identification, liability |
| 13. | Coffinas, Constantine* | Formerly of Banner Port St. Lucie and Banner Pompano | Knowledge as to product identification, liability, causation |
| 14. | Giering, Scott* | Banner Supply Co. | Knowledge as to product identification, liability, causation |
| 15. | Coblentz, Donald "Mickey"* | Banner Supply Co. | Knowledge as to product identification, liability, causation |
| 16. | Certain, Alejandro | Seller of Seifart Home and Builder of Seifart Home | Knowledge as to product identification, liability, causation and devaluation |
| 17. | Abadi, Salomon | La Suprema Trading, Inc. and La Suprema Enterprise, Inc. | Knowledge as to product identification, liability, causation and CDW shipments into Florida that he sold to Banner |
| 18. | Walsh, Robert John | Electrical Specialist, City of Hayward, California | National Electric Code Provisions on Remediation of Wire |
| 19. | 30(b)(6) Representative of Knauf Plasterboard Tianjin | | The sale and export of CDW to INEX |

| | | | |
|---|---|---|---|
| 20. | 30(b)(6) Representative of Knauf Insulation GmbH | | The sale and export of CDW to INEX |
| 21. | 30(b)(6) Representative of Interior Exterior Building Supply | | The sale and export of CDW to INEX |
| 22. | 30(b)(6) corporate representative of Banner Supply Co | | Allegations in the complaint, Banner entities concerted action, and the drywall delivered to the Class Representatives' homes |
| 23. | 30(b)(6) corporate representative of Banner Port St. Lucie | | Allegations in the complaint, Banner entities concerted action, and the drywall delivered to the Class Representatives' homes |
| 24. | 30(b)(6) corporate representative of Banner Tampa | | Allegations in the complaint, Banner entities concerted action, and the drywall delivered to the Class Representatives' homes |
| 25. | 30(b)(6) corporate representative of Banner Pompano | | Allegations in the complaint, Banner entities concerted action, and the drywall delivered to the Class Representatives' homes |

| | | | |
|---|---|---|---|
| 26. | 30(b)(6) corporate representative of Banner Fort Meyers | | Allegations in the complaint, Banner entities concerted action, and the drywall delivered to the Class Representatives' homes |
| 27. | 30(b)(6) corporate representative of ATCO Int'l | | Allegations in the complaint, and the drywall delivered and installed to the Class Representatives' homes. |
| 28. | 30(b)(6) corporate representative of Defendant Santa Barbara Estates | | Allegations in the complaint, and the drywall delivered and installed to the Class Representatives' homes. |
| 29. | 30(b)(6) Representative of Taishan Plasterboard Co. | | Defects in and distribution of CDW |
| 30. | 30(b)(6) Representative of Guardian | | Compliance of Taishan CDW with building codes. |
| 31. | Records Custodian for Banner Supply, Co. | | |
| 32. | Records Custodian for Banner Port St. Lucie | | |
| 33. | Records Custodian for Banner Tampa | | |
| 34. | Records Custodian for Banner Fort Meyers | | |
| 35. | Records Custodian for ATCO Int'l | | |
| 36. | Any witness that has been deposed in the MDL or identified in MDL discovery | | |

**PROPOSED CLASS COUNSEL**

Dated: March 1, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Russ M. Herman_____
　　　　　　　　　　　　　　　　　　　Russ M. Herman, Esquire
　　　　　　　　　　　　　　　　　　　Leonard A. Davis, Esquire
　　　　　　　　　　　　　　　　　　　HERMAN, HERMAN, KATZ & COTLAR, LLP
　　　　　　　　　　　　　　　　　　　820 O'Keefe Avenue
　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70113
　　　　　　　　　　　　　　　　　　　Phone: (504) 581-4892
　　　　　　　　　　　　　　　　　　　Fax: (504) 561-6024
　　　　　　　　　　　　　　　　　　　Ldavis@hhkc.com
　　　　　　　　　　　　　　　　　　　*Plaintiffs' Liaison Counsel*
　　　　　　　　　　　　　　　　　　　*MDL 2047*

　　　　　　　　　　　　　　　　　　　Gerald E. Meunier
　　　　　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier
　　　　　　　　　　　　　　　　　　　 & Warshauer, LLC
　　　　　　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70163-2800
　　　　　　　　　　　　　　　　　　　Phone: (504) 522-2304
　　　　　　　　　　　　　　　　　　　Fax: (504) 528-9973

**PROPOSED OF COUNSEL TO CLASS,
PLAINTIFFS' STEERING COMMITTEE**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931

hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181

bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com


Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836

sweinstein@forthepeople.com


James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630

jrr@lumpkinreeves.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com


Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA  70057
Phone:  (985) 783-6789
Fax:  (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com