UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION: L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
:
Case No. 09-cv-7628 : MAG. JUDGE WILKINSON
------------------------------------------------------------x

**JOINT REPLY OF PLAINTIFFS AND KNAUF DEFENDANTS IN SUPPORT OF PLAINTIFF, ROOKERY PARK ESTATES, LLC'S MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORIDA, INC., AND F. VICINO AND COMPANY, INC.**

The Plaintiffs and the Knauf Defendants submit this joint reply in support of Plaintiffs' motion to compel mediation.

On February 21, 2011, defendant, F. Vicino and Company, Inc. ("F. Vicino") objected to Plaintiffs' motion to compel mediation on the ground that F. Vicino received the Plaintiffs' profile forms on February 19, 2011 and that mediation would be premature because it had not had time to review them. [Rec. Doc. 7674]. F. Vicino states that a meaningful mediation can be accomplished within 90 days of the filing of its objection.

Many of these homes are eligible for inclusion in the Pilot Program, and many homeowners have expressed interest in having their homes remediated under the program. However, participation by all companies in the supply chain is necessary for these homes to be included. The Plaintiffs and the Knauf Defendants do not object to giving F. Vicino a reasonable period of time to review the Plaintiffs' profile forms and prepare for mediation. However, 90 days exceeds the amount of time that should be necessary for F. Vicino to accomplish that task. The Court should order mediation during the week of March 21, 2011. A mediation scheduled

32108372.DOCX

during that time would give F. Vicino sufficient time to review the Plaintiffs' profile forms and prepare for the mediation.

Dated:  March 1, 2011                              Respectfully submitted,


                                                            By:  Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

       - AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Reply of Plaintiffs and Knauf Defendants in Support of Plaintiff, Rookery Park Estates LLC's, Motion to Compel Mediation of all Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Sons, Inc. has been served upon Plaintiffs' Liaison Counsel and counsel for Master Builders of South Florida, Inc. and F. Vicino and Company, Inc. by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 1st day of March, 2011.

/s/ Kyle Spaulding

32108372.DOCX