# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of LOUISIANA

Case Number: 9-4117-SECTION L

Plaintiff:
**KARIN VICKERS, et, al**
vs.
Defendant:
**KNAUF GIPS KG, et al.**

For:
Steven J. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR
204 St. Charles Ave
Suite 4310
New Orleans, LA 70170

Received by CIVIL PROCESS, LLC. on the 25th day of February, 2011 at 11:40 am to be served on **SANTA BARBARA ESTATES, INC., 7975 NW 154TH STREET, SUITE 400, MIAMI LAKES, FL 33016**.

I, Alonso Martin, Jr., do hereby affirm that on the **1st day of March, 2011** at **7:05 am, I:**

Served a CORPORATE **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, FIFTH AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ROBERT T. BRIELE** as **Registered Agent** at the address of: **1233 ANASTASIA AVENUE, CORAL GABLES, FL 33134** on behalf of **SANTA BARBARA ESTATES, INC.**, and informed said person of the contents therein, in compliance with state statutes.

### Additional Information pertaining to this Service:
Service was also attempted at the addresses of 7975 NW 154th Street, Suite 400 Miami Lakes, Fl. 33016 and at the address of 1764 SE 9th Street, Ft. Lauderdale, Fl. 33376. Service was effected at the Registered Agent Residential Address 1233 Anastasia Avenue, Coral Gables, Fl. 33134.

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. No Notary is required pursuant to F.S. 92.525 (2)



Alonso Martin, Jr.
Process Server #1511

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: CPP-2011001544