# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**This Document Relates to** *Vickers v. Knauf Gips KG*, No. 09-4117; *Payton v. Knauf Gips KG*, No. 09-7628; and *Silva v. Knauf Gips KG*, No. 09-8034.

## ORDER

Considering that a revised scheduling order is still in the process of being drafted for the class certification motions pending in the above captioned cases, IT IS ORDERED that the deadline to intervene in these cases for all parties is extended to March 14, 2011.

New Orleans, Louisiana, this 1st day of March 2011.

*/s/ Eldon E. Fallon*
U.S. District Judge