UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Rogers, et al. vs. Knauf Gips, KG, et al.*<br>Civil Action No. 10-362 | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Ex Parte Motion to Withdraw and Substitute Counsel;

**IT IS HEREBY ORDERED** that Beth E. Abramson be withdrawn as counsel of record and Skelly B. McCay be substituted in as additional counsel of record for defendant, Carter's Custom Homes, Inc., in the above-captioned matter. Patricia A. Krebs will remain as trial attorney for defendant, Carter's Custom Homes, Inc.

New Orleans, Louisiana, on this __1st__ day of __March__, 2011.

_____
UNITED STATES DISTRICT JUDGE

{N0441137 -}