UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Rogers, et al. vs. Knauf Gips, KG, et al.*<br>Civil Action No. 10-362 | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Ex Parte Motion to Withdraw and Substitute Counsel;

**IT IS HEREBY ORDERED** that Beth E. Abramson be withdrawn as counsel of record and Skelly B. McCay be substituted in as additional counsel of record for defendant, Royal Homes, L.L.C., in the above-captioned matter. Patricia A. Krebs will remain as trial counsel for defendant, Royal Homes, L.L.C.

New Orleans, Louisiana, on this  1st  day of  March , 2011.

_____
UNITED STATES DISTRICT JUDGE

{N0441133 -}