UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2047 * * |
| | *  JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * |
| THOMAS WEST, SR. AND GLORIA WEST | *  MAG. WILKINSON * |
| VERSUS | * |
| | *  09-6356 |
| STATE FARM FIRE & CASUALTY COMPANY | * |

****************************************************************************

### ORDER

IT IS ORDERED that Stephen Huber and Charles Thomas of the law office of Huber, Slack, Houghtaling, Pandit and Thomas, LLP be and are hereby enrolled as counsel of record for Plaintiffs in the above-captioned matter, and the law office of Gauthier, Houghtaling, and Williams, LLP and its attorneys are withdrawn as counsel of record for Plaintiffs.

New Orleans, Louisiana this 1st day of March 2011.

_____
**JUDGE**