Karin Vickers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108762-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Atco Interior Corp.
Court Case No. 09-4117 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida                    ) ss.
County of: Dade                    )

Name of Server: Carlos AguiRRe                    , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 31 day of January , 20 11 , at 7:31 o'clock P M

Place of Service: at 13870 SW 151 Lane , in Miami, FL  33186

Documents Served: the undersigned served the documents described as:
**Summons;Fourth Amended Complaint--Class Action.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Atco Interior Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: Alberto TRigo PResident

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Balding ; Facial Hair Yes
Approx. Age 60 ; Approx. Height 60 ; Approx. Weight 215

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_____ day of February , 20 11

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission #DD763471
Expires:   FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.