Karin Vickers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108762-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Pompano, LLC, c/o GY Corporate Services, Inc.
Court Case No. 09-4117 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __14th__ day of __January__, 20 __11__, at __3:00__ o'clock __P__ M

Place of Service: at __Two South Biscayne Blvd., Suite 3400__, in __Miami, FL 33131__

Documents Served: the undersigned served the documents described as:
**Summons;Fourth Amended Complaint--Class Action.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Company Pompano, LLC, c/o GY Corporate Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Mahesh Nanwani V.P. of GY Corp. Services__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __BROWN__ ; Hair Color __Black__ ; Facial Hair __NO__
Approx. Age __45__ ; Approx. Height __6'2__ ; Approx. Weight __215__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __19__ day of __January__, 20 __11__

Notary Public                    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013