Karin Vickers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108762-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Port St. Lucie, LLC
Court Case No. 09-4117 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

**Name of Server:** _CARLOS AGUIRRE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _17th_ day of _January_, 20 _11_, at _1:00_ o'clock _P_ M

**Place of Service:** at _7195 NW 30th Street_, in _Miami, FL  33122_

**Documents Served:** the undersigned served the documents described as:
**Summons;Fourth Amended Complaint--Class Action.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Company Port St. Lucie, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mike Dodson   Opperations Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _White_ ; Facial Hair _Yes_
Approx. Age _65_ ; Approx. Height _250_ ; Approx. Weight _6'2_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _19_ day of _January_, 20 _11_

_____
Notary Public        (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013