**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| Payton, et al. v. Knauf Gips, KG, et al. | * | |
| Case No. 2:09-cv-07628 (E.D.La.) | * | |
| OCI Intervention B V. | * | |
| Knauf GIPS KG, et al. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS, BBBMM PROPERTIES, LLC'S**
**NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that BBBMM Properties, LLC, Plaintiff in the above

captioned matter,  will begin remediation of their property beginning on Monday, March 7, 2011.

The property will be made available to any party in the above captioned matter prior to the date of

commencement of remediation. Anyone desiring to view the property should contact Richard J.

Serpe at rserpe@serpefirm.com.

Respectfully submitted,

**/s/ Leonard A. Davis**

_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:       (504) 561-6024
*Attorneys for the Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs, John and Anna McGinn's, Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this [th] day of January, 2011.

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS