UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2047 |
| | * | JUDGE: FALLON |
| | * | |
| **This Document relates to** | * | MAG: WILKINSON |
| *Silva v. Arch Insurance Co., et al* | * | |
| **(09-8034)** | * | |
| * * * * * * * * * * * * * | | |

## ORDER

Upon consideration of The North River Insurance Company's Motion for Leave and Memorandum in Support thereof, it is hereby ORDERED that said motion is GRANTED and the <u>Objection Of The North River Insurance Company To Plaintiffs' Motion For Leave Of Court To File Amended Motion In Intervention</u> shall be filed in the record.

New Orleans, Louisiana this 1st day of March 2011.

_____
Eldon E. Fallon
United States District Court Judge