# EXHIBIT D



ace usa

# Declarations
## Commercial Umbrella Liability Policy

| PRODUCER CODE | OFFICE | PREVIOUS POLICY NUMBER | |
|---|---|---|---|
| 225850 | Atlanta | G20583460 | |
| AUDIT FREQUENCY<br>No | PRODUCER<br>WILLIS OF FLORIDA | | PAC<br>SRX |
| NAMED INSURED IS:<br>Company | BUSINESS OF INSURED<br>Residential Bldg O/T Sngl Family | | PIIC<br>1522 |

Policy Number: XOO G22081706

| Policy Period: | From 03/01/2005 to 03/01/2006 |
|---|---|
| | 12:01 A.M. Standard Time at the Address of the Named Insured as stated herein |

| NAMED INSURED AND ADDRESS | COVERAGE IS PROVIDED IN THE COMPANY DESIGNATED BELOW |
|---|---|
| WCI Communities Inc<br>24301 Walden Drive #300<br>Bonita Springs, FL 34134 | Illinois Union Insurance Company<br><br>b_____ _____ ___ __ ___ the<br>protection of the Fl___ Insurance Guaranty<br>Act to the extent of any right of recovery<br>for the obligation of an insolvent unlicensed<br>insurer. |

## Limits of Insurance

$ 15,000,000 Each Occurrence          $ 15,000,000 Aggregate

Insured's Retained $          250,000

## Premium

Basis of Premium:    FLAT

$ 1,700,000  Advance Premium          $ 1,700,000  Annual Minimum Premium

$ 80,972.00          Terrorism Premium Included in above

## Schedule of Underlying Insurance

The Schedule is described on form no. CC-1E15, which forms a part of this Policy's Declarations.

## Endorsements Attached to and forming a part of this Policy at inception:

See Schedule of Endorsements attached

Surplus Lines Agent:  Donna Schramer, License # A235233
Address:  3000 Bayport Drive, # 300
Tampa, FL 33607

Producing Agent: _Pamela_____ _Miller_____
Address: _3000_____
Ctr: _2 No_____  Premium: _$1,700,000_
Tax: _85,000___  PSLSO Fee: _4250____
Inspection: _0____  Policy Fee: _0____
EMPA: _0____
S/L Counersignature: _Donna L Schramer_

| TE OF ISSUE | SIGNATURE OF AUTHORIZED AGENT |
|---|---|
| June 17, 2005 | |

XS-9U56b (07/03)

# SCHEDULE OF ENDORSEMENTS

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| CI Communities Inc | | | |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

XS-4U17b (09/98) Commercial Umbrella Liability Policy
LD-5S23g (02/05) Signature Endorsement
CC-1E15 Contractors Limitation Endorsement
CC-1E15 Designated Wrap up Coverage Endorsement (Insured's Interest Only)
CC-1E15 Retention Maintenance
CC-1E15 Insured's Retatined Limit Endorsement
CC-1E15 Exclusion of Products-Completed Operations Hazard for Residential Construction
CC-1E15 Amendment of Exclusion R Endorsement
CC-1E15 Continuous And Progressive Damages Endorsement
CC-1E15 Known Loss Endorsement
CC-1E15 Nuclear, Biological Or Chemical Terrorism Exclusion (Other Than Certified Acts of Terrorism)
CC-1E15 Stucco/EIFS Exclusion Endorsement
XS-604741 (03/95) Absolute Pollution Exclusion
XS-604296 (03/95) Designated Person or Organization Exclusion
XS-11469 (01/02) Fungi or Bacteria Exclusion
XS-604338 (03/95) Professional Liability Exclusion (A)
CC-1E15  Additional Insured – Desinated Person or Organization
CC-1E15  Chromium Copper Arsenate Exclusion
CC-1E15 Marine Liability Follow Form Coverage Endorsement
XS U96d (03/2002) Service of Suit Endorsement
     J93e (02/2001) Florida Notice
RIA11 (03/04) Policyholder Disclosure Notice of Terrorism Insurance Coverage

CC1E15

# Schedule of Underlying Insurance

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| CI Communities Inc | | | |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |

| Issued By (Name of Insurance Company) |
|---|
| Illinois Union Insurance Company |


Automobile Liability

Carrier: Hartford

Policy Number:  TBD

Policy Term: 03/01/2005  to  03/01/2006

Bodily Injury & Property Damage
Combined Single Limit
$2,000,000  Each Occurrence


Employers Liability

Carrier:  C N A

Policy Number:  TBD

Policy Term: 03/01/2005  to  03/01/2006

Bodily Injury by Accident
$1,000,000  Each Accident

Bodily Injury by Disease
$1,000,000  Each Policy
$1,000,000  Each Employee


Protection & Indemnity

Carrier:  Great American

Policy Number:  TBD

Policy Term: 03/01/2005  to  03/01/2006

$1,000,000  Each Occurrence


Excess Protection & Indemnity

Carrier:  N.Y. Marine & General

Policy Number:  TBD

Policy Term: 03/01/2005  to  03/01/2006

$19,000,000  Each Occurrence


CC-1E15

Marina Operators Liability

$1,000,000 Each Occurrence

Company: Comm Union

Policy Number: TBD

Policy Term: 03/01/2005 to 03/01/2006

Excess Marina Operators Liability

$9,000,000 Each Occurrence

Company: One Beacon

Policy Number: TBD

Policy Term: 03/01/2005 to 03/01/2006



**ace usa**

# Commercial Umbrella Liability Policy

WE, the Company named in the Declarations, relying upon the statements shown on the Declarations page and in the Schedule of UNDERLYING INSURANCE attached to this policy, and in return for the payment of the premium and subject to the terms, conditions, exclusions, and limits of insurance of this policy, agree with YOU as follows:

## SECTION I INSURING AGREEMENTS

### A. COVERAGE

WE will pay on behalf of the INSURED all sums that the INSURED shall become legally obligated to pay as damages because of BODILY INJURY, PERSONAL AND ADVERTISING INJURY or PROPERTY DAMAGE, to which this policy applies that takes place during the POLICY PERIOD. The OCCURRENCE must take place in the COVERAGE TERRITORY.

### B. LIMITS OF INSURANCE

WE shall be liable only for that portion of the ULTIMATE NET LOSS in excess of:

1.  The applicable limits of the UNDERLYING INSURANCE listed in the attached Schedule of UNDERLYING INSURANCE (whether such insurance is collectible or not), or;

2.  With respect to an OCCURRENCE for which no UNDERLYING INSURANCE applies and to which this policy applies, the greater of either:

    a.  The applicable limit or limits of liability of any OTHER INSURANCE (whether such insurance is collectible or not), or;

    b.  The amount stated in the Declarations as the INSURED'S RETAINED LIMIT.

Regardless of the number of persons and organizations who are INSUREDS under this policy, and regardless of the number of claims made or SUITS brought against any or all INSUREDS on account of BODILY INJURY, PERSONAL AND ADVERTISING INJURY, or PROPERTY DAMAGE, the total limits of OUR liability for ULTIMATE NET LOSS resulting from any one OCCURRENCE shall not exceed the amount stated as the each OCCURRENCE limit in the Declarations.

When the UNDERLYING INSURANCE or any OTHER INSURANCE provide coverage(s) which are subject to an aggregate limit of liability, OUR liability shall likewise be limited to the amount stated in the Declarations as the aggregate limit for ULTIMATE NET LOSS. If the aggregate limits of liability under any UNDERLYING INSURANCE are reduced or exhausted solely by reason

of losses paid thereunder arising out of BODILY INJURY, PERSONAL AND ADVERTISING INJURY, or PROPERTY DAMAGE, which takes place during OUR POLICY PERIOD, then this policy shall:

1.  in the event of reduction, pay the excess of the reduced underlying limit;

2.  in the event of exhaustion continue in force as UNDERLYING INSURANCE.

The aggregate limit of this policy shall apply separately to (i) the PRODUCTS-COMPLETED OPERATIONS HAZARD as defined in this policy and (ii) any other coverage in which the UNDERLYING INSURANCE provides an aggregate limit. If the UNDERLYING INSURANCE does not provide an aggregate limit for coverage(s), OUR liability for ULTIMATE NET LOSS (except for the PRODUCTS-COMPLETED OPERATIONS HAZARD as referred to in "i" above) is likewise not subject to an aggregate limit for such coverage(s).

The limits of insurance apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the POLICY PERIOD shown in the Declarations. Should the POLICY PERIOD be extended after the policy effective date for an additional period of less than twelve (12) months, the additional period will be deemed part of the preceding period for the purposes of determining the limits of insurance.

### C. DEFENSE PROVISIONS AND SUPPLEMENTAL PAYMENTS

1.  DEFENSE PROVISIONS

    a.  With respect to any OCCURRENCE covered by the UNDERLYING INSURANCE listed in the Schedule of UNDERLYING INSURANCE or any OTHER INSURANCE to which this policy applies, WE shall not be called upon to assume charge of the investigation, settlement or defense of any SUIT brought against the INSURED, but WE shall have the right and be given the opportunity to be associated in the defense and trial of any SUITS relative to any OCCURRENCE which, in OUR opinion, may create liability on the part of US under the terms of this policy.

b. With respect to any OCCURRENCE (1) not covered by the UNDERLYING INSURANCE or any OTHER INSURANCE, or (2) unavailable because of the exhaustion of aggregate limits of insurance, but covered by the terms and conditions of this policy, WE shall defend such SUIT against the INSURED seeking damages on account of BODILY INJURY, PERSONAL AND ADVERTISING INJURY, or PROPERTY DAMAGE and WE may make such investigation and effect settlement of any SUIT so defended.

WE shall not be obligated to defend any SUIT after the applicable limits of this policy have been exhausted.

2. SUPPLEMENTAL PAYMENTS

WE will pay the following with respect to any claims or SUIT WE defend:

a. all expenses incurred by US.

b. all premiums on appeal bonds or bonds to release attachments, but only for bond amounts that do not exceed the limits of this policy. WE shall have no obligation to apply or furnish such bonds.

c. all reasonable expenses incurred by the INSURED at OUR request in assisting US in the investigation or defense of any claim or SUIT, including actual loss of earnings up to $250 a day because of time off from work.

d. all costs taxed against the INSURED in any SUIT defended by US.

e. all pre-judgement interest awarded against the INSURED on that part of the judgement WE pay. If WE make an offer to pay the applicable limit of insurance, WE will not pay any pre-judgement interest on that period of time after the offer.

f. all interest on that part of any judgement which accrues after entry of the judgement and before WE have paid, offered to pay, or deposited in court that part of the judgement which does not exceed the limit of liability of this policy.

These payments will not reduce the limits of insurance.

D. PERSONS INSURED

1. The Named Insured is the organization(s) shown in the Declarations of this policy and includes:

a. any subsidiary (including subsidiaries thereof) and any other organization under YOUR control and active management at the inception date of this policy, providing such subsidiary or organization was made known to US prior to, or at, the inception date of this policy;

b. any organization(s) YOU newly acquire or form, other than a partnership or joint venture, and over which YOU maintain ownership or majority interest, will qualify as a Named Insured; however:

1. Coverage under this provision applies only until the 90th day after YOU acquire or form the organization or the end of the policy period, whichever is earlier, unless within that time frame:

(a) YOU request US to include such organization as a Named Insured, and

(b) WE agree to do so;

2. Coverage does not apply to any liability arising out of an OCCURRENCE or offense committed before YOU acquired the organization; AND

3. Coverage does not apply if the organization YOU acquire or form is not covered in the UNDERLYING INSURANCE.

Notwithstanding anything to the contrary contained above, coverage does not apply to any liability arising out of the conduct of any current, past, or newly acquired or formed partnership or joint venture that is not stated in the Declarations of this policy as a Named Insured.

2. If YOU are designated in the Declarations as:

a. an individual, YOU and YOUR spouse are INSUREDS, but only with respect to the conduct of a BUSINESS of which YOU are the sole owner.

b. a partnership or joint venture, YOU are an INSURED. YOUR members, partners and their spouses are also INSUREDS but only with respect to the conduct of YOUR BUSINESS.

c. a limited liability company, YOU are an INSURED. YOUR members are also INSUREDS, but only with respect to the conduct of YOUR BUSINESS. YOUR managers are INSUREDS, but only with respect to their duties as YOUR managers.

d. an organization other than a partnership, joint venture or limited liability company, YOU are an INSURED. YOUR EXECUTIVE OFFICERS and directors are INSUREDS, but only with respect to their duties as YOUR officers and directors. YOUR stockholders are also INSUREDS, but only with respect to their liability as stockholders.

3. Each of the following is also an INSURED:

a. YOUR EMPLOYEES, other than YOUR EXECUTIVE OFFICERS (if YOU are an organization other than a partnership, joint venture or limited liability company) or YOUR managers (if YOU are a limited liability company), but only for acts within the scope of their employment by YOU or while performing duties related to the conduct of YOUR BUSINESS. However, no EMPLOYEE is an INSURED for:

1. BODILY INJURY or PERSONAL AND ADVERTISING INJURY to YOU, to YOUR partners or members (if YOU are a partnership or joint venture), or to any co-EMPLOYEE while in the course of his or her employment or while performing duties related to the conduct of YOUR BUSINESS; or the spouse, child, parent, brother or sister of that co-EMPLOYEE as a consequence of such BODILY INJURY or PERSONAL AND ADVERTISING INJURY or for any obligation to share damages with or repay someone else who must pay damages because of the injury.

2. BODILY INJURY or PERSONAL AND ADVERTISING INJURY arising out of his or her providing or failing to provide professional health care services.

3. PROPERTY DAMAGE to property owned, occupied, used by, rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by YOU, any of YOUR EMPLOYEES, any partners or members (if YOU are a partnership or joint venture), or any member (if YOU are a limited liability company).

b. Any person (other than YOUR EMPLOYEE) or organization while acting as YOUR real estate manager.

c. Any person or organization having proper temporary custody of YOUR property if YOU die, but only:

1. with respect to liability arising out of the maintenance or use of that property; and

2. until YOUR legal representative has been appointed.

d. YOUR legal representative if YOU die, but only with respect to duties as such. That representative will have all YOUR rights and duties under this policy.

e. Any person or organization included as an Additional Insured in the UNDERLYING INSURANCE and for the full limits of liability shown therein, but only to the extent that such insurance is afforded said person or organization in the UNDERLYING INSUR-ANCE.

## SECTION II (EXCLUSIONS)
## WHAT IS NOT COVERED BY THIS POLICY

This insurance does not apply:

A. Except insofar as coverage is available to the INSURED in the UNDERLYING INSURANCE and for the full limits of liability shown therein, to:

1. Liability assumed by the INSURED under any contract or agreement;

2. Fines, penalties, punitive damages, exemplary damages, or treble damages in whatever form assessed (unless prohibited by law);

3. Liability arising out of the manufacturing, distributing, selling, serving, or furnishing of alcoholic beverages;

4. Liability arising out of the ownership, mainte-nance, operation, use, entrustment to others, LOADING OR UNLOADING of:
   (a) Aircraft;
   (b) AUTOMOBILE(S);
   (c) RECREATIONAL MOTOR VEHICLE(S);
   (d) MOBILE EQUIPMENT;
   (e) watercraft.

5. BODILY INJURY to an EMPLOYEE of the INSURED arising out of and in the course of employment by the INSURED or performing duties related to the conduct of the INSURED'S BUSINESS, or the spouse, child, parent, brother or sister of that EMPLOYEE as a consequence of such BODILY INJURY.

This exclusion applies to all claims and SUITS by any person or organization for damages including damages for care and loss of services, whether the INSURED may be held liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. To any injury, damage, expense, cost, loss, liability, or legal obligation arising out of in any way or related to asbestos or asbestos-containing materials.

To any claim or claims arising out of the Employee Retirement Income Security Act (ERISA) of 1974, Public Law 93-406, commonly referred to as the Pension Reform Act of 1974, including any amendments or revisions thereto.

D. To any claim or claims made by or against the INSURED with respect to uninsured motorists, underinsured motorists, personal injury protection, first party benefits or similar no-fault coverage.

E. To any obligation of the INSURED under any Workers Compensation, Unemployment Compensation, Disability Benefits law, or any other similar law.

F. To BODILY INJURY to any INSURED under this policy arising out of an OCCUPATIONAL DISEASE.

G. To damages claimed for any loss, cost or expense incurred by YOU or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of YOUR PRODUCT, YOUR WORK or IMPAIRED PROPERTY, if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

To any liability arising out of employment-related or personnel practices, policies, acts or omissions including but not limited to:

1. Refusal to employ;

2. Termination of employment;

3. Coercion, criticism, defamation, demotion, discipline, discrimination, evaluation, harassment, humiliation, reassignment, or any violation of a person's right of privacy; or

4. Any consequential injury or damage as a result of (1) through (3) above.

This exclusion applies to all claims and SUITS by any person or organization for damages including damages for care and loss of services, whether the INSURED may be held liable as an employer or in any other capacity, and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

I. To any claim or SUIT based upon or alleging discrimination against any person.

Discrimination includes but is not limited to discrimination on the basis of age, disability, ethnic origin, marital status, physical or mental hardship, race, religious affiliation, sex or sexual orientation.

J. To BODILY INJURY or PROPERTY DAMAGE expected or intended from the standpoint of the INSURED; however this exclusion does not apply to BODILY INJURY resulting from the use of reasonable force to protect persons or property.

K. 1. To any injury, damage, expense, cost, loss, liability or legal obligation arising out of or in any way related to pollution, however caused.

2. To any loss, cost or expense arising out of any:

a. directive, request, demand, order or statutory or regulatory requirement that any INSURED or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

b. claim or SUIT by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of pollutants.

Except insofar as coverage is available to the INSURED in the UNDERLYING INSURANCE and for the full limits of liability shown therein, subparagraph 1 above does not apply to :

a. BODILY INJURY sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building on any premises, site or location which is or was at any time owned, occupied, or rented or loaned to any INSURED;

b. BODILY INJURY and PROPERTY DAMAGE sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by the INSURED or on the INSURED'S behalf by a contractor or subcontractor; or

c. BODILY INJURY or PROPERTY DAMAGE arising out of the heat, smoke or fumes from a hostile fire:

(1) at or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any INSURED; or

(2) at or from any premises, site or location on which any INSURED or any contractors or subcontractors working directly or indirectly on any INSURED'S behalf are performing operations if the pollutants are brought on or to the premises, site or location in connection with such operations.

Subparagraph 2. above does not apply to damages as a result of PROPERTY DAMAGE which would otherwise be covered under Exceptions b., or c. above.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

Pollution includes the actual, alleged or potential presence in or introduction into the environment of any substance, including pollutants, if such substance has or is alleged to have the effect of making the environment impure, harmful, or dangerous. Environment includes any air, land, structure or the air therein, watercourse or water, including underground water.

Pollutants include any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

L. To PROPERTY DAMAGE to:

1. property owned, rented, or occupied by YOU;

2. premises YOU sell, give away or abandon if the PROPERTY DAMAGE arises out of any part of those premises;

3. property loaned to YOU;

4. personal property in the care, custody, or control of the INSURED;

5. that particular part of real property on which YOU or any contractors or subcontractors working directly or indirectly on YOUR behalf are performing operations, if the PROPERTY DAMAGE arises out of those operations;

6. that particular part of any property that must be restored, repaired or replaced because YOUR WORK was incorrectly performed on it.

ITEM 2 of this exclusion does not apply if the premises are YOUR WORK and were never occupied, rented or held for rental by YOU.

ITEMS 3, 4, 5 and 6 of this exclusion do not apply to liability assumed under a sidetrack agreement.

ITEM 6 of this exclusion does not apply to PROPERTY DAMAGE included in the PRODUCTS-COMPLETED OPERATIONS HAZARD.

M. To PROPERTY DAMAGE to YOUR PRODUCT arising out of it or any part of it.

N. To PROPERTY DAMAGE to YOUR WORK arising out of it or any part of it and included in the PRODUCTS-COMPLETED OPERATIONS HAZARD.

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on YOUR behalf by a sub-contractor.

O. To PROPERTY DAMAGE to IMPAIRED PROPERTY or property that has not been physically injured, arising out of:

1. a defect, deficiency, inadequacy or dangerous condition in YOUR PRODUCT or YOUR WORK;

2. a delay or failure by YOU or anyone acting on YOUR behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to YOUR PRODUCT or YOUR WORK after it has been put to its intended use.

P. To PERSONAL AND ADVERTISING INJURY:

1. Caused by or the direction of the INSURED with the knowledge that the act would violate the rights of another and would inflict PERSONAL AND ADVERTISING INJURY;

2. Arising out of oral or written publication of material, if done by or at the direction of the INSURED with knowledge of its falsity;

3. Arising out of oral or written publication of material whose first publication took place before the beginning of the POLICY PERIOD;

4. Arising out of a criminal act committed by or at the direction of any INSURED;

5. For which the INSURED has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the INSURED would have in the absence of the contract or agreement;

6. Arising out of a breach of contract, except an implied contract to use another's advertising idea in YOUR ADVERTISEMENT;

7. Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in YOUR ADVERTISEMENT;

8. Arising out of the wrong description of the price of goods, products or services stated in YOUR ADVERTISEMENT; or

9. Committed by an INSURED whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs Q., 2., 3. and 4. of PERSONAL AND ADVERTISING INJURY under Section III, Definitions.

Q. To any injury, damage, expense, cost, loss, liability or legal obligation arising out of or in any way related to the toxic properties of lead or lead-containing products, materials or substances. This exclusion applies to all forms of lead, including but not limited to solid, liquid, vapor and fumes.

R. To BODILY INJURY or PROPERTY DAMAGE due to war, whether or not declared, or any act or condition incident to war. War includes civil war, acts of terrorism, insurrection, rebellion or revolution.

S. To liability imposed on the INSURED or the IN-SURED'S insurer under the terms of "Endorsement for Motor Carrier Policies of Insurance for Public Liability" under Section 29 and 30 of the Motor Carrier Act of 1980 or the terms of any similar endorsement required by Federal or State statutes.

T. To BODILY INJURY or PROPERTY DAMAGE.

1. With respect to which the INSURED under the policy is also an INSURED under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, or Nuclear Insurance Association of Canada, or would be an INSURED under any such policy but for its termination upon exhaustion of its limits of liability; or

2. Resulting from the hazardous properties of nuclear material and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the INSURED is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization; or

3. Resulting from the hazardous properties of nuclear material, if:

   a. The nuclear material (a) is at any nuclear facility owned by, or operated by or on behalf of the INSURED or (b) has been discharged or dispersed therefrom;

   b. The nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of the INSURED; or

   c. The BODILY INJURY or PROPERTY DAMAGE arises out of the furnishing by the INSURED of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation

or use of any nuclear facility, located within the United States of America, its territories or possessions or Canada, this exclusion(3) applies only to PROPERTY DAMAGE to any property at the nuclear facility.

4. As used in this exclusion:

   a. Hazardous properties include radioactive, toxic, or explosive properties;

   b. Nuclear material means source material, special nuclear material, or byproduct material;

   c. Source material, special nuclear material, and byproduct material have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   d. Spent fuel means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

   e. Waste means any waste material (1) containing byproduct material other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content, and (2) resulting from the operation by any person or organization of any nuclear facility included under the first two paragraphs of the definition of nuclear facility;

   f. Nuclear facility means:

      1. Any nuclear reactor;

      2. Any equipment or device designed or used for (a) separating the isotopes of uranium or plutonium, (b) processing or utilizing spent fuel, or (c) handling, processing or packaging waste;

      3. Any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the INSURED at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

      4. Any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of waste; and

      5. The site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

g. Nuclear reactor means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

h. PROPERTY DAMAGE includes all forms of radioactive contamination of property.

WE shall have no duty or obligation to provide or pay for the investigation or defense of any SUIT excluded in this section, and in connection therewith Defense Provisions and Supplemental Payments shall not apply.

## SECTION III
## DEFINITIONS

A. ADVERTISEMENT means a notice that is broadcast or published to the general public or specific market segments about YOUR goods, products or services for the purpose of attracting customers or supporters.

B. AUTOMOBILE means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment, but does not include MOBILE EQUIPMENT.

C. BODILY INJURY means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

D. BUSINESS means any trade, business, occupation, or profession.

E. COVERAGE TERRITORY means anywhere in the world.

F. EMPLOYEE includes a LEASED WORKER. EMPLOYEE does not include a TEMPORARY WORKER.

G. EXECUTIVE OFFICER means a person holding any of the officer positions created by YOUR charter, construction, by-laws or any other similar governing document.

H. IMPAIRED PROPERTY means tangible property, other than YOUR PRODUCT or YOUR WORK, that cannot be used or is less useful because:

1. it incorporates YOUR PRODUCT or YOUR WORK that is known or thought to be defective, deficient, inadequate or dangerous;

2. YOU have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

1. the repair, replacement, adjustment or removal of YOUR PRODUCT or YOUR WORK;

2. YOUR fulfilling the terms of the contract or agreement.

I. INSURED means any person or organization qualifying as such under Section 1, Insuring Agreements, D., Persons Insured.

J. INSURED'S RETAINED LIMIT means the amount stated in the Declarations which is the amount YOU will pay in the settlement of any claim or SUIT to which this policy applies and no UNDERLYING INSURANCE or OTHER INSURANCE applies.

K. LEASED WORKER means a person leased to YOU by a labor leasing firm under an agreement between YOU and that leasing firm, to perform duties related to the conduct of YOUR BUSINESS. LEASED WORKER does not include a TEMPORARY WORKER.

L. LOADING OR UNLOADING means the handling of property:

1. after it is moved from the place where it is accepted for movement into or onto an aircraft, AUTOMOBILE, or watercraft;

2. while it is in or on an aircraft, AUTOMOBILE, or watercraft;

3. while it is being moved from an aircraft, AUTOMOBILE, or watercraft to the place where it is finally delivered;

but LOADING OR UNLOADING does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, AUTOMOBILE, or watercraft.

M. MOBILE EQUIPMENT means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises YOU own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self propelled or not, maintained primarily to provide mobility to permanently mounted:

a. power cranes, shovels, loaders, diggers or drills; or

b. road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in 1, 2, 3 or 4 above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

b. Cherry pickers and similar devices used to raise or lower workers;

XS-4U17b (9/98)

Page 7 of 11

6. Vehicles not described in 1, 2, 3 or 4 above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not MOBILE EQUIPMENT but will be considered AUTOMOBILE(S):

    a. Equipment designed primarily for:

        (1) snow removal;
        (2) road maintenance, but not construction or resurfacing;
        (3) street cleaning;

    b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers;

    c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

N. OCCUPATIONAL DISEASE means injury by disease arising out of and in the course of employment.

O. OCCURRENCE means an accident including continuous or repeated exposure to substantially the same general harmful conditions.

P. OTHER INSURANCE means insurance, other than UNDERLYING INSURANCE, which has been provided to the INSURED and affords coverage with respect to injury or damage to which this policy also applies.

Q. PERSONAL AND ADVERTISING INJURY means injury arising out of one or more of the following offenses:

1. Fright, disability, shock, mental anguish, or mental injury if arising out of BODILY INJURY;

2. False arrest, detention or imprisonment;

3. Malicious prosecution;

4. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

5. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

6. Oral or written publication of material that violates a person's right of privacy;

7. The use of another's advertising idea in YOUR ADVERTISEMENT; or

8. Infringing upon another's copyright, trade dress or slogan in YOUR ADVERTISEMENT.

R. POLICY PERIOD means the period stated in the Declarations of this policy.

S. PRODUCTS-COMPLETED OPERATIONS HAZARD includes:

1. All BODILY INJURY and PROPERTY DAMAGE occurring away from premises YOU own or rent and arising out of YOUR PRODUCT or YOUR WORK except:

    a. products that are still in YOUR physical possession;

    b. work that has not yet been completed or abandoned.

2. YOUR WORK will be deemed completed at the earliest of the following times:

    a. When all of the work called for in YOUR contract has been completed.

    b. When all of the work to be done at the site has been completed if YOUR contract calls for work at more than one site.

    c. When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

3. This hazard does not include BODILY INJURY or PROPERTY DAMAGE arising out of:

    a. the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the LOADING or UNLOADING of it;

    b. the existence of tools, uninstalled equipment or abandoned or unused materials.

T. PROPERTY DAMAGE means:

1. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

2. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the OCCURRENCE that caused it.

U.  RECREATIONAL MOTOR VEHICLE means a golf cart or snowmobile, or if not subject to motor vehicle registration, any other land motor vehicle designed for recreational use off public roads.

V.  SUIT means a civil proceeding in which damages to which this policy applies are alleged. SUIT includes:

1.  An arbitration proceeding in which such damages are claimed and to which YOU must submit or do submit with OUR consent; or

2.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which YOU submit with OUR consent.

W.  TEMPORARY WORKER means a person who is furnished to YOU to substitute for a permanent EMPLOYEE on leave or to meet seasonal or short-term workload conditions.

X.  ULTIMATE NET LOSS means the amount paid or payable in cash in the settlement or satisfaction of claims for which the INSURED is liable, either by adjudication or compromise with OUR written consent, after making proper deduction for all recoveries and salvages.

Y.  UNDERLYING INSURANCE means the policy or policies of insurance as described in the Declarations and Schedule of Underlying Insurance forming a part of this policy.

Z   WE, US, and OUR means the company shown in the Declarations as providing this insurance.

AA.  YOU and YOUR means the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under the policy.

BB.  YOUR PRODUCT means:

1.  Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
    a.  YOU;
    b.  others trading under YOUR name; or
    c.  a person or organization whose BUSINESS or assets YOU have acquired; and

2.  Containers (other than vehicles), materials, parts, or equipment furnished in connection with such goods or products.

YOUR PRODUCT includes warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of YOUR PRODUCT; and the providing of or failure to provide warnings or instructions.

YOUR PRODUCT does not include vending machines or other property rented to or located for the use of others but not sold.

CC.  YOUR WORK means:

1.  Work or operations performed by YOU or on YOUR behalf;

2.  Materials, parts or equipment furnished in connection with such work or operations.

YOUR WORK includes warranties or representations made at any time with respect to the fitness, quality, durability or performance or use of YOUR WORK; and the providing of or failure to provide warnings or instructions.

## SECTION IV
## CONDITIONS

A.  APPEALS

If the INSURED or any of the underlying insurers elect not to appeal a judgement in excess of the limits of liability afforded by the UNDERLYING INSURANCE or any OTHER INSURANCE available to the INSURED, WE may elect to appeal. OUR limit of liability shall not be increased because of the appeal, except that WE will make the appeal at OUR cost and expense.

B.  ASSIGNMENT

Interest in this policy may not be transferred to another, except by an endorsement issued by US which gives OUR consent. If YOU are bankrupt or insolvent or if YOU die, this policy shall cover YOUR legal representative(s), but only while acting within the scope of their duties as such.

C.  BANKRUPTCY AND INSOLVENCY

Bankruptcy and insolvency of the INSURED, or the INSURED'S estate will not relieve US of OUR obligations under this policy.

D.  CANCELLATION

This policy may be cancelled by YOU by mailing to US written notice stating when such cancellation shall be effective.

This policy may be cancelled by US by mailing to YOU at YOUR last known address, written notice stating when, not less than sixty (60) days thereafter, fifteen (15) days if cancellation is for non-payment of any unpaid portion of the premium, such cancellation shall be effective. The mailing of notice shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall be the end of the POLICY PERIOD.

If YOU cancel, earned premiums shall be computed in accordance with the applicable short rate table or procedure. If WE cancel, earned premium shall be computed pro-rata. Premium adjustment may be made at the time cancellation becomes effective. OUR check or the check of OUR representative mailed to YOU shall be sufficient proof of any refund or premium due YOU

E.  CHANGES

This policy may be changed only by an endorsement issued by US to form a part of the policy.

F.  DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

1.  YOU must see to it that WE receive prompt written notice of an OCCURRENCE or an offense which may result in a claim. Notice should include:

a.  How, when and where the OCCURRENCE or offense took place;

b.  The names and addresses of any injured persons and witnesses.

2.  If a claim is made or SUIT brought against any INSURED, YOU must see to it that WE receive written notice of the claim or SUIT as soon as practicable.

3.  YOU and any other involved INSURED must:

a.  Immediately send US copies of any demands, notices, summons or legal papers received in connection with the claim or SUIT;

b.  Authorize US to obtain records and other information;

c.  Cooperate with US in the investigation, settlement or defense of the claim or SUIT;

d.  Assist US, upon OUR request, in the enforcement of any right against any person or organization which may be liable to the INSURED because of injury or damage to which this policy may also apply.

4.  No INSUREDS shall make or authorize an admission of liability or attempt to settle or otherwise dispose of any claim or SUIT without OUR written consent.

G.  INSPECTION AND AUDIT

WE shall be permitted but not obligated to inspect the INSURED'S property and operations. Neither OUR right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the INSURED or others, to determine or warrant that such property or operations are safe.

We may examine and audit the INSURED'S books and records during this POLICY PERIOD and extensions thereof and within three (3) years after the final termination of this policy.

H.  LEGAL ACTION AGAINST US

No person or organization has a right under this policy to:

1.  Join US as a party or otherwise bring US into a SUIT asking for damages from an INSURED;

2.  Sue US, unless all of the terms of this policy have been fully complied with.

A person or organization may sue US to recover on an agreed settlement or on a final judgement against an INSURED obtained after trial. WE will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of this policy. An agreed settlement means a settlement and release of liability signed by US, the INSURED, and the claimant or the claimant's legal representative.

I.  MAINTENANCE OF UNDERLYING INSURANCE

The policy or policies referred to in the Declarations and schedule of UNDERLYING INSURANCE or renewals or replacements thereof not more restrictive in coverage shall be maintained in full effect during this POLICY PERIOD, except for any reduction in the aggregate limits solely by payment of covered claims and/or claims expense.

If such UNDERLYING INSURANCE is not maintained in full effect, or if any limits of liability of UNDERLYING INSURANCE are:

1.  less than as stated in the schedule of UNDERLYING INSURANCE; or

2.  unavailable due to bankruptcy or insolvency of an underlying insurer; or

3.  if there is any material change in the coverage of any UNDERLYING INSURANCE;

then the insurance afforded by this policy shall apply in the same manner as if such UNDERLYING INSURANCE and limits of liability had been in effect, available, so maintained and unchanged.

J.  OTHER INSURANCE

If OTHER INSURANCE, whether collectible or not, is available to the INSURED covering a loss also covered by this policy, other than a policy that is specifically written to apply in excess of this policy, the insurance afforded by this policy shall apply in excess of and shall not contribute with such OTHER INSURANCE.

K.  PREMIUM

Unless otherwise provided, the premium for this policy is a flat premium and is not subject to adjustment except as provided herein or amended by endorsement.

L.  YOUR REPRESENTATIONS

By accepting this policy, YOU agree that:

1.  The statements in the Declarations, Schedule of UNDERLYING INSURANCE, and Application for this policy are accurate and complete;

2.  Those statements are based upon representations YOU made to US;

3.  This policy has been issued in reliance upon YOUR representations.

M.  SEPARATION OF INSUREDS

Except with respect to the Limits of Insurance, this policy applies:

1.  As if each INSURED were the only INSURED;

2.  Separately to each INSURED against whom claim is made or SUIT brought.

N.  SUBROGATION

In the event of any payment under this policy by us, WE shall be subrogated to all of the rights of recovery against any person or organization, and the INSURED shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The INSURED shall do nothing after loss to prejudice such rights.

The amount recovered through subrogation shall be apportioned in the inverse order of payment of the ULTIMATE NET LOSS to the extent of the actual payment. The expenses of all recovery proceedings shall be apportioned in the ratio of respective recoveries.

O.  WORKERS COMPENSATION AGREEMENT

As a condition to the payment of any loss covered by this policy, with respect to injury or death of any EMPLOYEE arising out of or in the course of employment by the INSURED, the INSURED warrants that they have not and will not abrogate any common law defenses under any worker's compensation or occupational disease law by rejection of such law. In the event the INSURED should abrogate such defenses, such insurance as is afforded with respect to such EMPLOYEE shall automatically terminate at the same time.

We have no duty to provide coverage under this policy unless YOU and any other involved INSUREDS have fully complied with the conditions of this policy.

IN WITNESS WHEREOF, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

## SIGNATURE ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| ?I Communities Inc | | | 1 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract when countersigned by our authorized representative.

**ILLINOIS UNION INSURANCE COMPANY**
525 W. Monroe Street, Suite 400, Chicago, Illinois 60661

**INA SURPLUS INSURANCE COMPANY**
1601 Chestnut Street, P.O. Box 41484, Philadelphia, Pennsylvania 19101-1484

GEORGE D. MULLIGAN, Secretary

JOHN J. LUPICA, President

**WESTCHESTER SURPLUS LINES INSURANCE COMPANY**
500 Colonial Center Parkway, Suite 200, Roswell, GA 30076

GEORGE D. MULLIGAN, Secretary

DENNIS A. CROSBY, JR., President

_____
Authorized Agent

LD-5S23g  (2/05) Ptd. in U.S.A.

## CONTRACTORS LIMITATION ENDORSEMENT
### [Revised – No Exclusion for Wrap Ups]

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| CI Communities Inc | | | 2 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XOO | G22081706 | 03/01/2005  - 03/01/2006 | 03/01/2005 |

| Issued By (Name of Insurance Company) |
|---|
| Illinois Union Insurance Company |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**
**This endorsement modifies insurance provided under the following:**

### COMMERCIAL UMBRELLA LIABILITY POLICY

This insurance does not apply:

1.  to any liability for PROPERTY DAMAGE to property leased or rented to, used by, or in the care, custody or control of the INSURED or as to which the INSURED is for any purpose exercising physical control;

2.  to any liability for PROPERTY DAMAGE arising out of

   a. blasting or explosion other than the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment; or

   b. the collapse of or structural injury to any building or structure due to (I) grading of land, excavation, borrowing, filling or back-filling, tunneling, pile driving, coffer-dam work or caisson work, or (ii) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof; or

   c. injury to or destruction of wires, conduits, pipes, mains, sewers, tanks, tunnels and any similar property and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving.

3.  to any liability assumed by the INSURED under any contract;

unless such liability under 1, 2 and 3 above is covered by valid and collectible UNDERLYING INSURANCE as listed in the Schedule of UNDERLYING INSURANCE and then only for such hazards for which coverage is afforded under said UNDERLYING INSURANCE.

4.  to any liability arising out of the rendering of or failure to render any professional services performed by or on behalf of the INSURED, including but not limited to the preparation or approval or failure to prepare or approve of maps, plans, shop drawings, opinions, reports, surveys, designs, change orders, field orders, or specifications, and any supervisory, inspection, architectural, surveying  or engineering services or activities.

All other terms and provisions remain unchanged.

_____
Authorized Agent

CC-1e15 Printed in U.S.A.

## Designated Wrap Up Coverage Endorsement
### [Insured's Interest Only]

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| **WCI Communities Inc** | | | 3 |

| Icy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| ʌOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |

| Issued By (Name of Insurance Company) |
|---|
| **Illinois Union Insurance Company** |

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
### This endorsement modifies insurance provided under the following:

## COMMERCIAL UMBRELLA LIABILITY POLICY

Item D. PERSONS INSURED of SECTION I INSURING AGREEMENTS is amended to include the following;

This insurance applies to YOUR liability arising out of activity that is covered by an Owner Controlled Insurance Program (O.C.I.P), a Contractor Controlled Insurance Program (C.C.I.P), or a Wrap-Up program, provided:

1. YOU are or were a partner or member; and

2. such program is listed in the Schedule below;

However, notwithstanding anything to the contrary in the Policy or in any other agreement or document, the insurance provided to YOU for such liability is subject to the following:

1. The coverage provided by this endorsement is excess over any other available liability insurance purchased specifically to insure the Owner Controlled Insurance Program (O.C.I.P), Contractor Controlled Insurance Program (C.C.I.P), or Wrap-Up program of which YOU are or were a partner or member, whether primary or excess insurance, and

2. The coverage provided by this endorsement shall not be greater than the amount of insurance coverage YOU agreed to purchase under a written or verbal agreement between YOU and the other partners or members of the Owner Controlled Insurance Program (O.C.I.P), Contractor Controlled Insurance Program (C.C.I.P), or Wrap-Up program, and

3. The coverage provided by this endorsement only applies insofar as coverage would be available to the INSURED in the UNDERLYING INSURANCE, but for exhaustion by the full and complete payment of its applicable limits of insurance.

### SCHEDULE of
### OWNER CONTROLLED INSURANCE PROGRAM (O.C.I.P),
### CONTRACTOR CONTROLLED INSURANCE PROGRAM (C.C.I.P),
### or WRAP-UP PROGRAM

### <u>AS PER SCHEDULE ON FILE WITH COMPANY</u>

All other terms and conditions of this policy remain unchanged.

_____

Authorized Agent

CC-1E15

## RETENTION MAINTENANCE ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| **WCI Communities Inc** | | | 4 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| .OO | **G22081706** | **03/01/2005 - 03/01/2006** | **03/01/2005** |
| Issued By (Name of Insurance Company) | | | |
| **Illinois Union Insurance Company** | | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Section I, Insuring Agreements, Part B, LIMITS OF INSURANCE is amended as follows:

The section of Part B., LIMITS OF INSURANCE that relates to the reduction or exhaustion of the aggregate limits of liability under any UNDERLYING INSURANCE by reason of losses paid thereunder, is deleted, and is replaced by the following:

If the aggregate limits of liability under any UNDERLYING INSURANCE are reduced or exhausted solely by reason of losses paid thereunder arising out of BODILY INJURY, PERSONAL AND ADVERTISING INJURY, or PROPERTY DAMAGE, which takes place during OUR POLICY PERIOD, then this policy shall:

1. In the event of reduction, pay the excess of the reduced underlying limit; but only for any excess above the applicable amount stated in the Declarations as the INSURED'S RETAINED LIMIT.

2. In the event of exhaustion continue in force as UNDERLYING INSURANCE, but only for any excess above the applicable amount stated in the Declarations as the INSURED'S RETAINED LIMIT.

Section I, Insuring Agreements, Part C, DEFENSE PROVISION AND SUPPLEMENTAL PAYMENTS, Section 1. Defense :sion is amended to read as follows:

a. With respect to any OCCURRENCE covered by the UNDERLYING INSURANCE listed in the schedule of UNDERLYING INSURANCE or any OTHER INSURANCE to which this policy applies, whether the aggregate limit of said UNDERLYING OR OTHE INSURANCE is exhausted or not, WE shall not be called upon to assume charge of the investigation, settlement, or defense of any SUIT brought against the INSURED, but WE shall have the right and be given the opportunity to be associated in the defense and trial of any SUITS relative to any OCCURRENCE which, in OUR opinion, may create liability on the part of US under the terms of the policy.

b. With respect to any OCCURRENCE (1) not covered by the UNDERLYING INSURANCE or any OTHER INSURANCE but covered by the terms and conditions of this policy, WE shall defend such SUIT against the INSURED seeking damages on account of BODILY INJURY, PERSONAL AND ADVERTISING INJURY, OR PROPERTY DAMAGE and WE may make such investigation and effect settlement of any SUIT so defended. Provided, however, WE shall have no obligation to defend until the INSURED losses have exceeded the INSURED'S RETAINED LIMIT amount set out in the Declarations of this POLICY.

FURTHERMORE, WE shall not be obligated to defend any SUIT after the applicable limits of this policy have been exhausted.

Section III, DEFINITIONS, is amended as follows:

The following is added as Definition J., INSURED'S RETAINED LIMIT:

J. INSURED'S RETAINED LIMIT means the amount referred to as such in the Declarations, which is the amount YOU will pay in the settlement of any claim or SUIT to which this policy applies, in circumstances where this policy applies in excess of the INSURED'S RETAINED LIMIT.

All other terms and conditions of the Policy remain unchanged.

XS-13119 (12/02)                                                                Authorized Agent

## INSURED'S RETAINED LIMIT ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| WCI Communities Inc | | | 5 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| OO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
This endorsement modifies insurance provided under the following:

### COMMERCIAL UMBRELLA LIABILITY POLICY

As respects BODILY INJURY, PROPERTY DAMAGE or PERSONAL AND ADVERTISING INJURY Item B. LIMITS OF INSURANCE of SECTION I INSURING AGREEMENTS is amended to read as follows.

We shall be liable only for that portion of the ULTIMATE NET LOSS in excess of the greater of either:

1.  The applicable limits of the UNDERLYING INSURANCE listed in the Schedule of UNDERLYING INSURANCE (whether such insurance is collectible or not); or

2.  With respect to an OCCURRENCE for which no UNDERLYING INSURANCE applies and to which this policy applies, the greater of:

    a.  The applicable limit or limits of liability of any OTHER INSURANCE (whether such insurance is collectible or not); or

    b.  The amount designated below as the INSURED'S RETAINED LIMIT.

    **ALL ENTITIES EXCEPT WCI SPECTRUM COMMUNITIES LLC**
    Commercial General Liability:        $2,000,000 Each Occurrence / $4,000,000  General Aggregate

    Products-Completed Operations:   $5,000,000 Each Occurrence / No Aggregate

    **WCI SPECTRUM COMMUNITIES LLC**
    Commercial General Liability:        $5,000,000 Each Occurrence / $5,000,000  General Aggregate

    Products-Completed Operations:   $5,000,000 Each Occurrence / No Aggregate

If the terms and conditions of any UNDERLYING INSURANCE or OTHER INSURANCE provide for depletion of limits by expenditure of Defense Costs or Supplemental Payments as set forth in Section I INSURING AGREEMENTS subsection C DEFENSE PROVISIONS AND SUPPLEMENTAL PAYMENTS:

1.  WE will not recognize depletion of the limits of UNDERLYING INSURANCE or OTHER INSURANCE by payment of Defense Costs or Supplemental Payments; and

2.  Any Defense Costs or Supplemental Payments WE make shall likewise not reduce the limits of this policy.

As respects to the INSURED'S RETAINED LIMIT only;

1.  WE will not recognize Defense Costs or Supplemental Payments in the depletion of the INSURED'S RETAINED LIMIT for Commercial General Liability

2.  WE will recognize a maximum of $1,000,000 of Defense Costs or Supplemental Payments in the depletion of the INSURED'S RETAINED LIMIT for Products-Completed Operations

CC-1E15

With respect to any OCCURRENCE covered by UNDERLYING INSURANCE, OTHER INSURANCE or the INSURED'S RETAINED LIMIT to which this policy applies, WE shall not be called upon to assume charge of the investigation, settlement or defense of any SUIT brought against the INSURED, but we shall have the right and be given the opportunity ) be associated in the defense and trial of any SUITS relative to any OCCURRENCE which, in OUR opinion, may create ɪ˙ ˙ility on the part of US under the terms of this policy.

Whenever the INSURED'S RETAINED LIMIT applies, WE may pay any part or all of the INSURED'S RETAINED LIMIT to effect settlement of any claim or SUIT.  Upon notification of the action taken, YOU shall promptly reimburse US for such part of the INSURED'S RETAINED LIMIT as has been paid by US.

With respect to this endorsement only SECTION III DEFINITIONS is amended as follows:

J.       INSURED'S RETAINED LIMIT means the amount stated above which is
         the minimum YOU will pay in the settlement of any claim or SUIT to
         which this policy applies and no UNDERLYING INSURANCE or OTHER
         INSURANCE applies.

 All other terms and conditions of this policy remain unchanged.

                                        _____
                                                Authorized Agent

CC-1E15

**Exclusion of Products-Completed Operations Hazard for Residential Construction**

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Cl Communities Inc | | | 6 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
This endorsement modifies insurance provided under the following:

### UMBRELLA LIABILITY POLICY

It is hereby understood and agreed that as respect to BODILY INJURY, PROPERTY DAMAGE or PERSONAL AND ADVERTISING INJURY, WE will not cover any loss, cost, damage, claim, injury, liability or expense under OUR policy arising out of the PRODUCTS-COMPLETED OPERATIONS HAZARD as it relates to YOUR WORK or the work of any contractors or subcontractors working directly or indirectly on your behalf to construct, renovate, rehabilitate, demolish, excavate or landscape any single family dwelling, condominium, townhouse, multifamily dwelling, cooperative apartment building or any kind of residential property except within the states of Connecticut, Florida, New Jersey, New York and Pennsylvania.

All other terms and conditions of this policy remain unchanged.

_____
Authorized Agent

CC-1e15 Printed in U.S.A.

# AMENDMENT OF EXCLUSION R ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| CI Communities Inc | | | 7 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |

| Issued By (Name of Insurance Company) | |
|---|---|
| Illinois Union Insurance Company | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the
following:**

**COMMERCIAL UMBRELLA LIABILITY POLICY**

It is agreed that policy is amended to hereby delete and replace Item R SECTION II
EXCLUSIONS with the following:

To BODILY INJURY or PROPERTY DAMAGE due to war, whether or not declared, or any act
or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This
exclusion applies only to liability assumed under a contract or agreement.

All other terms and conditions of this policy remain unchanged.

_____

Authorized Representative

CC1E15

# CONTINUOUS AND PROGRESSIVE DAMAGES ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| CI Communities Inc | | | 8 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT
CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Section III, Definition O, "Occurrence", is amended to read as follows:

O.   Occurrence means an accident including continuous or repeated exposure to substantially the
same general harmful conditions.

In the event of continuous, progressive, or deteriorating damage or injury which exists over any
length of time, such damage or injury shall be deemed to be one Occurrence and shall be
deemed to occur only when such damage or injury first commences.

All other terms and conditions remain unchanged.

_____

Authorized Representative

CC1E15

# KNOWN LOSS ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| CI Communities Inc | | | 9 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

### Known Loss Exclusion

Section II, "Exclusions" is amended to add the following:

### Known Loss

This insurance does not apply to BODILY INJURY, PROPERTY DAMAGE, or PERSONAL AND ADVERTISING INJURY if, prior to the policy period, any INSURED listed under Section I.D. of the policy, PERSONS INSURED, or any EMPLOYEE authorized by YOU to give or receive notice of an OCCURRENCE or claim, knew that the BODILY INJURY, PROPERTY DAMAGE or PERSONAL AND ADVERTISING INJURY had occurred, in whole or in part. If such a listed INSURED, such PERSON INSURED, or such EMPLOYEE authorized to give or receive notice, knew, prior to the policy period, that the BODILY INJURY or PROPERTY DAMAGE occurred, then any continuation, change or resumption of such BODILY INJURY or PROPERTY DAMAGE during or after the policy period will be deemed to have been known prior to the policy period. This exclusion shall apply whether or not the Insured's legal obligation to pay for such known BODILY INJURY, PROPERTY DAMAGE or PERSONAL AND ADVERTISING INJURY was established before the effective date of this policy.

All other terms and conditions remain unchanged.

_____

Authorized Representative

CC1E15

NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION (OTHER THAN
CERTIFIED ACTS OF TERRORISM); CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| 'NCI Communities Inc | | | 10 |
| Jlcy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.

This endorsement modifies Insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

This insurance does not apply to:

A. TERRORISM

Any injury or damage arising, directly or indirectly, out of an **"other act of terrorism"** that is not a **"certified act of terrorism"**. However, this exclusion applies only when one or more of the following are attributed to such act:

1. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

B. The following definitions are added to the policy:

1. **"Certified act of terrorism"** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for "certified act of terrorism":

   a. The act resulted in aggregate losses in excess of $5 million; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2.  **"Other act of terrorism"** means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph **b.** of the definition of "certified act of terrorism" when such act resulted in aggregate losses of $5 million or less. Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C.  In the event of an **"other act of terrorism"** that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this endorsement.

D.  With respect to any one or more **"certified acts of terrorism"**, we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

It is further agreed that solely as respects any **OCCURRENCE** resulting in any injury or damage arising, directly or indirectly out of an act of terrorism which is covered by this policy but not covered by the **UNDERLYING INSURANCE** or any other underlying insurance providing coverage to the **INSURED** due to any exclusion or exclusions contained therein, the Insured's Retained Limit in the Limits of Insurance section of the Declarations is amended to $2,000,000 .

It is further agreed that as respects any **OCCURRENCE** resulting in any injury or damage arising, directly or indirectly out of an act of terrorism, in Paragraph **C. DEFENSE PROVISIONS AND SUPPLEMENTAL PAYMENTS of SECTION I INSURING AGREEMENTS,** Provision 1.b. is hereby deleted in its entirety, and replaced by the following:

We will not be obligated to assume charge of the investigation, settlement or defense of any claim made, suit brought or proceeding instituted against the **INSURED.** We will, however, have the right and shall be given the opportunity to participate in the defense and trial of any claims, suits or proceedings relative to any **OCCURRENCE** which, in our opinion, may create liability on our part under the terms of this policy. If we exercise such right, we will do so at our own expense.

# STUCCO/EIFS EXCLUSION ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| CI Communities Inc | | | 11 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005  - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

EXCESS LIABILITY POLICY

This insurance does not apply to Bodily Injury, Property Damage, Personal Injury or Advertising Injury arising in whole or in part out of the sale, distribution, design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair including remodeling, service, correction, or replacement of an Exterior Insulation and Finish System (EIFS), synthetic stucco, or any similar product or system, or any part thereof, including the application or use of paints, conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such a product or system.

All other terms and conditions of this policy remain unchanged.

_____

Authorized Representative

CC1E15

Page 1 of 1

# ABSOLUTE POLLUTION EXCLUSION

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Cl Communities Inc | | | 12 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL UMBRELLA LIABILITY POLICY**

Item K of Section II (EXCLUSIONS) is hereby deleted and replaced by the following:

This insurance does not apply to any injury, damage, expense, cost, loss, liability or legal obligation arising out of or in any way related to pollution, however caused.

Pollution includes the actual, alleged or potential presence in or introduction into the environment of any substance, if such substance has or is alleged to have the effect of making the environment impure, harmful, or dangerous. Environment includes any air, land, structure or the air therein, watercourse or water, including underground water.

_____
Authorized Agent

XS-604741 (3/95)  Ptd. in U.S.A.

# DESIGNATED PERSON OR ORGANIZATION EXCLUSION

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| CI Communities Inc | | | 13 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL UMBRELLA LIABILITY POLICY**

This insurance does not apply to any liability arising out of the premises, operations, products or activities of any person or organization shown in the Schedule:

<u>SCHEDULE</u>

Renaissance Housing Corporation

_____
                                                    Authorized Agent

XS-604296 (3/95) Ptd. in U.S.A

# FUNGI OR BACTERIA EXCLUSION

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| ЭI Communities Inc | | | 14 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY
EXCESS LIABILITY POLICY
EXCESS LIABILITY CATASTROPHE POLICY

This insurance does not apply to any injury, damage, expense, cost, loss, liability, or legal obligation arising out of or in any way related to:

the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury, damage, expense, cost, loss, liability or legal obligation.

"Fungi" means any type or form of fungus, mold, mildew, mycotoxins, spores, or scents or by-products produced or released by "fungi", but does not include any "fungi" intended by the insured for human consumption.

XS-11469 (01/02) Printed in U.S.A.

## PROFESSIONAL LIABILITY EXCLUSION (A)

| Named Insured | | Endorsement Number |
|---|---|---|
| Cl Communities Inc | | 15 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |

| Issued By (Name of Insurance Company) |
|---|
| Illinois Union Insurance Company |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

#### This endorsement modifies insurance provided under the following:

#### COMMERCIAL UMBRELLA LIABILITY POLICY

This insurance does not apply to any liability arising out of the providing or failing to provide any services of a professional nature.

_____

Authorized Agent

XS-604338   (3/95)  Ptd. in U.S.A.

## ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

| Named Insured<br>'CI Communities Inc | | | Endorsement Number<br>16 |
|---|---|---|---|
| Policy Symbol<br>XOO | Policy Number<br>G22081706 | Policy Period<br>03/01/2005 - 03/01/2006 | Effective Date of Endorsement<br>03/01/2005 |
| Issued By (Name of Insurance Company)<br>**Illinois Union Insurance Company** | | | |

Insert the policy number.  The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**
**This endorsement modifies insurance provided under the following:**

### COMMERCIAL UMBRELLA LIABILITY POLICY

Notwithstanding anything to the contrary in Item D. PERSONS INSURED of SECTION I. INSURING AGREEMENTS the person or organization designated below is an Additional Insured, but only with respect to liability arising out of your operations or premises owned or rented by you.

Any coverage provided by OUR policy with respect to a person or organization designated below will not be broader than the insurance coverage provided by the policy (ies) scheduled as UNDERLYING INSURANCE.  Any conditions, provisions, definitions, or exclusions in the policy (ies) scheduled as UNDERLYING INSURANCE that limit or restrict the insurance coverage provided hereunder shall also limit and restrict the coverage provided under this policy

**Name of Person or Organization:**

As required by contract

All other terms and conditions of this policy remain unchanged.

_____
Authorized Agent

CC-1E15

## CHROMIUM COPPER ARSENATE ("CCA") EXCLUSION ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| 'CI Communities Inc | | | 17 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

UMBRELLA LIABILITY POLICY

This insurance does not apply to:

1)  any liability arising out of manufacture, installation, use, sale, handling, removal, distribution of, disposal of, storage of; or

2)  any BODILY INJURY, PROPERTY DAMAGE or PERSONAL INJURY AND ADVERTISING INJURY arising out of or in any way related to the manufacture, installation, use, sale, handling, removal, distribution, inhalation, consumption of, disposal of, storage of or exposure to

any chemical or product containing Chromium Copper Arsenate (CCA) or which has the same chemical formulary, or which is generally known in the chemical trade as having a substantially similar formulation, structure, or function by whatever name manufactured, formulated, structured, sold or distributed.

All other terms and conditions of the Policy remain unchanged.

_____
Authorized Agent

CC-1E15

## MARINE LIABILITY FOLLOW FORM COVERAGE ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| WCI Communities Inc | | | 18 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |

| Issued By (Name of Insurance Company) |
|---|
| Illinois Union Insurance Company |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

### COMMERCIAL UMBRELLA LIABILITY POLICY

Exclusion 4.e. watercraft is modified as follows:

This insurance does not apply to BODILY INJURY, PROPERTY DAMAGE, PERSONAL INJURY OR ADVERTISING INJURY arising out of, resulting from or in any way related to: a) vessels, ships, boats or any watercraft of any type; b) the loading, unloading or handling of cargo; c) liability imposed under the Jones Act, the United States Longshoremen's and Harborworkers' Compensation Act, or similar statutes; or
d) maritime or any related exposures, liability or risks.

However, if insurance for such BODILY INJURY, PROPERTY DAMAGE, PERSONAL INJURY OR ADVERTISING INJURY is provided by a Protection and Indemnity policy listed in the Schedule of UNDERLYING INSURANCE:

   1. This exclusion shall not apply; and

   2. The insurance coverage provided by this policy will not be broader than the insurance coverage provided by such Protection and Indemnity policy listed in the Schedule of UNDERLYING INSURANCE, except for the limits of this policy. Any conditions, definitions, provisions or exclusions in such Protection and Indemnity policy that limit or restrict the insurance coverage provided thereunder shall also limit and restrict the coverage provided under this policy.

All other terms and conditions of this policy remain unchanged.

_____
Authorized Agent

CC-1E15

# SERVICE OF SUIT ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Cl Communities Inc | | | 19 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |

| Issued By (Name of Insurance Company) |
|---|
| Illinois Union Insurance Company |

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Information about service of "suits" upon us is given below. Service of process of "suits" against us may be made upon the following person, or another person we may designate:

> Saverio Rocca, Assistant General Counsel
> ACE USA Companies
> Two Liberty Place – TL35M
> 1601 Chestnut Street
> Philadelphia, PA 19103

The person named above is authorized and directed to accept service of process on our behalf in any action, "suit" or proceeding instituted against us. If you request, we will give you a written promise that a general appearance will be entered on our behalf if a "suit" is brought.

If you request, we will submit to the jurisdiction of any court of competent jurisdiction. We will accept the final decision of that court or any Appellate Court in the event of an appeal.

The law of some jurisdictions of the United States of America require that the Superintendent, Commissioner or Director of Insurance (or their successor in office) be designated as our agent for service of process. In these jurisdictions, we designate the Director of Insurance as our true and lawful attorney upon whom service of process on our behalf may be made. We also authorize the Director of Insurance to mail process received on our behalf to the company person named above.

If you are a resident of Canada, you may also serve "suit" upon us by serving the government official designated by the law of your province.

NOTHING HEREIN CONTAINED SHALL BE HELD TO VARY, ALTER, WAIVE OR EXTEND ANY OF THE TERMS, CONDITIONS, OR LIMITATIONS OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED OTHER THAN AS ABOVE STATED.

_____
Authorized Representative

XS-1U96d (03/2002)  (Readable)

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| CI Communities Inc | | | 20 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| XOO | G22081706 | 03/01/2005 - 03/01/2006 | 03/01/2005 |
| Issued By (Name of Insurance Company) | | | |
| Illinois Union Insurance Company | | | |

## SURPLUS LINES NOTIFICATION

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINE CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

NOTHING HEREIN CONTAINED SHALL BE HELD TO VARY, ALTER, WAIVE OR EXTEND ANY OF THE TERMS, CONDITIONS, OR LIMITATIONS OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED OTHER THAN AS ABOVE STATED.

XS-1U93e (02/2001)

# POLICYHOLDER DISCLOSURE NOTICE
# OF TERRORISM INSURANCE COVERAGE

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| VCI Communities Inc | | | 21 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XOO | XOO G22081706 | 03/01/2005  to  03/01/2006 | 03/01/2005 |

| Issued By (Name of Insurance Company) |
|---|
| Illinois Union Insurance Company |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

You should be aware that under the Terrorism Risk Insurance Act of 2002 ("The Act") effective November 26, 2002, any losses caused by certified acts of terrorism under your existing coverage may be partially reimbursed by the United States under a formula established by federal law (applicability is subject to the terms and conditions of each individual policy). The Act was specifically designed to address the ability of businesses and individuals to obtain property and casualty insurance for terrorism and to protect consumers by addressing market disruptions and ensure the continued availability of terrorism coverage.

Under the terms of The Act, you may now have the right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Coverage of "acts of terrorism" as defined by The Act will be provided for the period from the effective date 'your new or renewal policy through either the policy expiration date or December 31, 2005, whichever comes first. .ective December 31, 2005, the Terrorism Insurance Program established by The Act expires.

Responsibility for Compensation under The Act is shared between insurance companies covered by The Act and the United States. Under the formula set forth in The Act, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible, which is paid by the insurance company providing the coverage.

We are providing you with the terrorism coverage required by The Act. The premium for the coverage is set forth below.

Terrorism Risk Insurance Act premium: $80,972.00.

_____

Authorized Agent

TRIA11 (3/04)

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

        © ISO Properties, Inc., 2004