# EXHIBIT I

# Following Form Excess Liability Policy

**Declarations**



## ZURICH

**STEADFAST INSURANCE COMPANY**
Dover, Delaware
Administrative Offices - 1400 American Lane
Schaumburg, Illinois  60196-1056

Policy Number:  AEC 3836443 04                    Renewal of Number:   AEC 3836443 03

| | | | | |
|---|---|---|---|---|
| 1. | Named Insured: | W C I Communities, Inc. | Producer: | Willis of Florida |
| 2. | Mailing Address: | 24301 Walden Center Drive # 300 | | 3000 Bayport Drive, Suite 300 |
| | | Bonita Springs, FL  34134 | | Tampa, FL  33607 |

3.  **Policy Period:**      FROM:      05/01/2006  TO:      05/01/2007
at 12:01 A.M. Standard Time at the address of the Named Insured.

4.  **Limits Of Insurance:**   A.  $7,500,000  Part of  $15,000,000      Occurrence

   B. . $7,500,000  Part of  $15,000,000      Other Aggregate

   C. . $7,500,000  Part of  $15,000,000      Products/CompletedOperations Aggregate

5.  **Policy Premium:**
   Advance Premium                        $307,598
   Policy Minimum Earned Premium       $76,900

6.  **Underlying Insurance:**
   A.   Controlling Underlying Policy:

   Insurance Company:      American International Specialty Lines Insurance Company
   Policy Number:      7412158
   Policy Period:      From: 05/01/2006      TO:      05/01/2007
   Limits Of Insurance:    $ 25,000,000                Occurrence
   $ 25,000,000                Other Aggregate
   $ 25,000,000                Products/Completed Operations Aggregate

   B.   Total Limits Of All Underlying Insurance, Including The Controlling Underlying Policy Which This Policy Applies Excess Of:

   $ 25,000,000                Occurrence
   $ 25,000,000                Other Aggregate
   $ 25,000,000                Products/Completed Operations Aggregate

7.  **Endorsements Attached:**      See Attached Schedule Of Forms And Endorsements

Signed by: _____                        JAN 0 2 2007
   Authorized Representative                                 _____
                                                             Date

# Schedule of Forms and Endorsements



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem | Return Prem |
|---|---|---|---|---|---|---|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL 34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL 33607

### Schedule of Forms and Endorsements

| | |
|---|---|
| Commercial Umbrella Liability Policy Declarations | STF-EXS-D-100-A CW (4/99) |
| Schedule of Forms and Endorsements | U-EXS-215-ACW (4/99) |
| Care, Custody Or Control Exclusion | U-EXS-113-A CW (4/99) |
| Known Loss And Loss In Progress | U-EXS-144-A CW (4/99) |
| Professional Services Exclusion | U-EXS-164-A CW (4/99) |
| Contractors Limitation Endorsement Subsidence Excluded | U-UMB-136-A CW (7/99) |
| Punitive Damages Exclusion | U-EXS-167-A CW (4/99) |
| Real Estate Agents and Brokers Errors and Omissions Exclusion | U-EXS-150-A CW (4/99 |
| War or Military Action Exclusion | U-EXS-277-A-CW (12/02) |
| Certified Act of Terrorism Retained Amount Provisions | U-EXS-279-A-CW (12/02) |
| Exclusion of Certified Act of Terrorism and Other Acts of Terrorism | U-EXS-274-A-CW (12/02) |
| Violation of Communication or Information Law Exclusion | U-EXS-296-A-CW (6/04) |
| Disclosure of Premium | U-GU-692-A-CW  (08/04) |
| Following Form Excess Liability Policy Jacket | U-EXS-249-A CW (4/99) |
| Follow Form Excess Liability Policy | U-EXS-100-A CW (4/99) |
| In Witness Clause | U-EXS-248-A CW (4/99) |

Signed By: _Oh K_____
　　　　　Authorized Representative

JAN 0 2 2007
Date

U-EXS-215-A- CW (4/99)
Page 1 of 1

Endorsement # 1

# Care, Custody Or Control Exclusion



**ZURICH**

| Policy No | Eff. Date of Pol | Exp Date of Pol | Eff. Date of End. | Producer | Add'l Prem | Return Prem |
|---|---|---|---|---|---|---|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL  34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL  33607

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This policy does not apply to property damage to Real and Personal Property

of others in the care, custody or control of the insured.

Signed by: _____

Authorized Representative

JAN 0 2 2007

Date

Endorsement # 2

# Known Loss And Loss In Progress Exclusion



**ZURICH**

| Policy No | Eff. Date of Pol | Exp Date of Pol | Eff. Date of End | Producer | Add'l Prem | Return Prem |
|-----------|------------------|-----------------|------------------|----------|-----------|-------------|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL  34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL  33607

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense arising out of:

1. Any injury or damage which incepts prior to the effective date of this policy; or

2. Any occurrence, loss, or claim of which the insured had knowledge or notice prior to the effective date of this policy; or

3. Any claim for injury or damage which is first asserted against the insured prior to the effective date of this policy.

Signed by: _____          JAN 0 2 2007

_____
Authorized Representative                                    Date

Endorsement # 3

# Professional Services Exclusion



**ZURICH**

| Policy No | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C 1 Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL 34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL 33607

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense arising out of any breach of duty, negligent act, error or omission in the rendering of or failure to render any professional services in the capacity designated below:

**Designated Capacity**

All Professional Services of Any Kind

Signed by: _____        JAN 0 2 2007
　　　　　Authorized Representative　　　　　　　Date

Endorsement # 4

# Contractors Limitation Endorsement
# Subsidence Excluded

**ZURICH**

| Policy No. | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End | Producer | Add'l Prem | Return Prem |
|---|---|---|---|---|---|---|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL 34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL 33607

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense:

1. Arising out of any project insured under a wrap-up or any consolidated insurance program:

2. Arising out of the rendering or failure to render any professional services by any **insured** or by any person for whose acts any **insured** is legally liable in the conduct of the **insured's** business as an architect, engineer or surveyor, including, but not limited to:

    a. The preparation or approval or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

    b. Supervisory, inspection, architectural or engineering services.

3. Which directly or indirectly involves, arises out of, is caused by, results from, is contributed to by, or is aggravated by the subsidence, settling, sinking, slipping, falling away, caving in, shifting, eroding, consolidating, compacting, flowing, rising, tilting or any other similar movement of land, earth or mud, regardless of whether such movement is a naturally occurring phenomena or is man-made.

B. This policy does not apply to:

1. Bodily injury or property damage for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

2. Any property damage included within the "explosion hazard", the "collapse hazard" or the "underground property damage hazard".

    This exclusion does not apply to:

    a. Operations performed for  you by others; or

   **b.** **Property damage included within the products-completed operations hazard.**

Definitions

As used in this endorsement:

1. "Collapse hazard" includes "structural property damage" and any resulting **property damage** to any other property at any time.

2. "Explosion hazard" includes **property damage** arising out of blasting or explosion. The "explosion hazard" does not include **property damage** arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment.

3. "Structural property damage" means the collapse of or structural injury to any building or structure due to:

   **a.** Grading of land, excavating, burrowing, filling, backfilling, tunneling, pile driving, cofferdam work or caisson work: or

   **b.** Moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support of that building or structure.

4. "Underground property damage" means **property damage** to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, burrowing, filling, backfilling or pile driving.

5. "Underground property damage hazard" includes "underground property damage " and any resulting **property damage** to any other property at any time.

Signed by: _____       JAN 0 2 2007

   Authorized Representative          Date

Endorsement # 5

# Punitive Damages Exclusion



**ZURICH**

| Policy No | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End | Producer | Add'l Prem | Return Prem |
|-----------|------------------|------------------|------------------|----------|-----------|-------------|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL  34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL  33607

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This policy does not apply to punitive, treble or exemplary damages, whether or not such punitive, treble or exemplary damages arise out of any obligation to share damages with or repay someone else who must pay damages.

Signed by: _____          JAN 0 2 2007
          Authorized Representative                    Date

Endorsement # 6

# Real Estate Agents and Brokers Errors and Omissions Exclusion



## ZURICH

| Policy No | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem | Return Prem |
|---|---|---|---|---|---|---|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL  34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL  33607

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This insurance does not apply to any liability arising out of the rendering of or failure to render professional services in the conduct of the Insured's business as a real estate agent or broker.

Signed By: _____
Authorized Representative

JAN 0 2 2007
Date

U-EXS- A-150-A CW (4/99)
Page 1 of 1

Endorsement # 7

# War or Military Action Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End. | Producer | Add'l Prem | Return Prem |
|---|---|---|---|---|---|---|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL 34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL 33607

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense arising, directly or indirectly, out of:

A. War, including undeclared or civil war; or

B. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

C. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to injury or damage.

Signed By: _____
Authorized Representative

JAN 0 2 2007
Date

U-EXS- A – 277-A CW (12/02)
Page 1 of 1

Endorsement # 8

# Certified Act of Terrorism Retained Amount Provisions



**ZURICH**

| Policy No | Eff. Date of Pol | Exp Date of Pol | Eff. Date of End | Producer | Add'l Prem | Return Prem |
|---|---|---|---|---|---|---|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL 34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL 33607

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| CERTIFIED ACT OF TERRORISM RETAINED AMOUNT SCHEDULE. | |
|---|---|
| Each Occurrence Retained Amount: | $25,000,000 |
| Products-Completed Operations Aggregate Retained Amount: | $25,000,000 |
| Other Aggregate Retained Amount: | $25,000,000 |

The following additional provisions apply to this policy as respects any liability, damage, loss, cost or expense arising, directly or indirectly, out of a "certified act of terrorism", including any action taken in hindering or defending against an actual or expected "certified act of terrorism", regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage:

    A.  We will pay on behalf of the insured the sums in excess of the Total Limits of Underlying Insurance shown in Item 6. B. of the Declarations or in excess of the "retained amount" shown in the **Certified Act of Terrorism Retained Amount Schedule** of this endorsement, whichever is greater, that the insured legally becomes obligated to pay as damages.

    B.  Except as otherwise provided by this policy and by this endorsement, coverage as respects an "certified act of terrorism" follows the terms, conditions, limitations, and exclusions of the Controlling Underlying Policy in effect at the inception of this policy.

    C.  The amount we will pay for damages is limited as described in **SECTION II. LIMITS OF INSURANCE** except that Paragraph B. 6. is amended to read as follows:

Subject to Paragraphs B. 2., B. 3., and B.4. and B. 5. above, if the underlying Limits of Insurance stated in Item 6. of the Declarations or the applicable "retained amount" in the **Certified Act of Terrorism Retained Amount Schedule** of this endorsement are reduced or exhausted solely by payment of damages to which this policy applies, such insurance provided by this policy will apply in excess of the reduced Underlying Limits or "retained amount" or, if all Underlying Limits or "retained amounts" are

exhausted, will apply as underlying insurance subject to the same terms, conditions, definitions and exclusions of the Controlling Underlying Policy, except for the terms, conditions, definitions and exclusions of this policy or this endorsement.

**D.** If the coverage of this policy applies in excess of the "retained amount", per paragraph A. above, rather than the Total Underlying Limits of Insurance shown in Item 6.B of the Declarations, the specific "retained amounts" applying to any "certified acts of terrorism" are as follows:

1. The Each Occurrence Retained Amount shown in the Schedule above is the total "retained amount" of damages for which the insured is responsible, applicable to each occurrence.

2. The Products-Completed Operations Aggregate Retained Amount shown in the Schedule above is the total "retained amount" of damages for which the insured is responsible, applicable to all occurrences included within the products-completed operations hazard.

3. The Other Aggregate Retained Amount shown in the Schedule above is the total "retained amount" of damages for which the insured is responsible, applicable to all occurrences except for occurrences included within the products-completed operations hazard.

**E.** The following provision is added to **SECTION V., CONDITIONS, F., Notice of Occurrence:**

You must notify us immediately in writing of any claim or suit which seeks damages in an amount which is fifty (50) percent or more of the amount of the Each Occurrence Retained Amount stated in the **Certified Act of Terrorism Retained Amount Schedule** of this endorsement.

**F.** As used in this endorsement, "certified act of terrorism" means an act that is certified by the Secretary of Treasury of the United States, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. Section 102 of the Terrorism Risk Insurance Act of 2002 sets forth the criteria and process that the Secretary of the Treasury shall use to determine whether to certify an act of terrorism.

**F.** As used in this endorsement, "retained amount" means the amount of damages for which the insured is responsible as shown in the **Certified Act of Terrorism Retained Amount Schedule** of this endorsement.

**All other terms, conditions or limitations of the policy remain unchanged.**

Signed By: _____

JAN 0 2 2007

U-EXS-279-A CW (12/02)
Page 2 of 2

Endorsement # 9

# Exclusion of Certified Acts of Terrorism and Other Acts of Terrorism

 **ZURICH**

| Policy No | Eff. Date of Pol | Exp  Date of Pol | Eff. Date of End | Producer | Add'l Prem | Return Prem |
|---|---|---|---|---|---|---|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL 34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL  33607

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

A.   This policy does not apply to any liability, damage, loss, cost or expense arising, directly or indirectly,  out of a "certified act of terrorism" or an "other act of terrorism", including any action taken in hindering or defending against an actual or expected "certified act of terrorism"  or  "other act of terrorism".  This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

However, with respect to an "other act of terrorism," this exclusion applies only when one or more of the following are attributed to such act:

1.   The total of insured damages to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2.   Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

a.   Physical injury that involves a substantial risk of death; or

b.   Protracted and obvious physical disfigurement; or

c.   Protracted loss of or impairment of the function of a bodily member or organ; or

3.   The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4.   The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5.   Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

B.   For purposes of this exclusion, the following definitions are added:

1.   "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury of the United States, in concurrence with the Secretary of State and the Attorney general of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002.  Section 102 of the Terrorism Risk Insurance Act of 2002 sets forth the criteria and process that the Secretary of the Treasury shall use to determine whether to certify an act of terrorism

Includes copyrighted material of Insurance Services Office, Inc  with its permission

2.  "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or effect the conduct of any government by coercion, but that is not a "certified act of terrorism". However, "other act of terrorism" does not include an act which meets the criteria set forth in the definition of "certified act of terrorism" when such act resulted in aggregate losses of $5 million or less. Multiple "other acts of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or common leadership shall be considered to be one "other act of terrorism".

All other terms, conditions and limitations of the policy remain unchanged.

Signed by:_____        _____JAN 0 2 2007_____
            Authorized Representative                         Date

Includes copyrighted material of Insurance Services Office, Inc. with its permission

U-EXS-274-A-CW  (12/02)
Page 2 of 2

Endorsement #10

# Violation of Communication or Information Law Exclusion



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol | Eff. Date of End | Producer | Add'l Prem. | Return Prem |
|---|---|---|---|---|---|---|
| AEC 3836443 04 | 05/01/2006 | 05/01/2007 | 05/01/2006 | 18741000 | --- | --- |

**Named Insured and Mailing Address:**

W C I Communities, Inc.
24301 Walden Center Drive # 300
Bonita Springs, FL 34134

**Producer:**

Willis of Florida
3000 Bayport Drive, Suite 300
Tampa, FL 33607

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This policy does not apply to any liability, damage, loss, cost or expense resulting from or arising out of any actual or alleged violation of:

1. The federal Telephone Consumer Protection Act (47 U.S.C. § 227), Drivers Privacy Protection Act (18 U.S.C. § 2721 - 2725) or Controlling the Assault of Non-Solicited Pornography and Marketing Act (15 U.S.C. § 7701, et seq.); or

2. Any other federal, state or local statute, regulation or ordinance that imposes liability for the:

   a. Unlawful use of telephone, electronic mail, internet, computer, facsimile machine or other communication or transmission device; or

   b. Unlawful use, collection, dissemination, disclosure or re-disclosure of personal information in any manner

   by any insured or on behalf of any insured.

Signed by: _____          JAN 0 2 2007
                Authorized Representative                    Date

U-EXS-296-A-CW (06/2004)
Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc with its permission

Insured Name:    W C I Communities, Inc.
Policy Number:   AEC 3836443 04
Effective Date:  05/01/2006

**ZURICH**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY.**
**THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS**
**AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE OF PREMIUM
# (RELATING TO DISPOSITION OF TRIA)

### SCHEDULE*

| |
|---|
| **(1)**  Premium attributable to risk of loss from certified acts of terrorism through the end of the policy period based on the extension of the Terrorism Risk Insurance Act of 2002 ("TRIA"): |
| $ REJECTED |
| If TRIA terminates, the portion of this premium attributable to the remaining part of the policy period, as modified by any change shown in **(2)** of this Schedule, applies to the risk of loss from terrorism after the termination of TRIA. |
| **(2)**  Premium change upon termination of TRIA or upon applicability of a Conditional Endorsement: |
| No change unless one of the following is completed - |
| Return Premium:  N/A |
| Additional Premium:  _N/A |
| If we notify you of an additional premium charge, the additional premium will be due as specified in such notice. |

*Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

### A.  Disclosure of Premium

In accordance with the federal Terrorism Risk In-surance Act of 2002 ("TRIA"), we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act. That portion of your premium attributable is shown in the Schedule of this endorsement or in the Declarations.

### B.  Disclosure of Federal Participation in Payment of Terrorism Losses

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention The Act currently provides for no insurance industry or United States government participation in terrorism losses that exceed $100 billion in any one calendar year. The federal program established by

the Act is scheduled to terminate at the end of 12/31/05 unless extended by the federal government

### C.  Possibility of Additional or Return Premium

The premium attributable to the risk of loss from certified acts of terrorism coverage is calculated based on the coverage (if any) in effect at the beginning of your policy for certified acts of terrorism.  If your policy contains a Conditional Endorsement, the termination of TRIA or extension of the federal program with certain modifications (as explained in that endorsement) may modify the extent of coverage (if any) your policy provides for terrorism. If TRIA terminates or the Conditional Endorsement becomes applicable to your policy, the return premium (if any) or additional premium (if any) shown in **(2)** of the Schedule will apply. If the level or terms of federal participation change, the premium shown in **(1)** of the Schedule attributable to that part of the policy period extending beyond such a change may not be appropriate and we will notify you of any changes in your premium.

Includes copyrighted material of ISO Properties, Inc with its permission
Copyright Zurich American Insurance Company 2004

U-GU-692-A CW  (08/04)
Page 1 of 1



**ZURICH**

# Following Form Excess Liability Policy

Zurich U.S.

Insurance is provided by the company designated on the declarations page of this policy.

The address of the Zurich U.S. company is shown below:

STEADFAST INSURANCE COMPANY

Dover, Delaware

Administrative Offices of all Zurich U.S. companies are
located at 1400 American Lane, Schaumburg, Illinois 60196-1056

# Following Form Excess Liability Policy


**ZURICH**

There are provisions in this policy that restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such in the Controlling Underlying Policy, but only to the extent and within the scope for which such "insureds" qualify for coverage in the Controlling Underlying Policy.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations and in accordance with the provisions of this policy we agree with you to provide coverage as follows:

### Insuring Agreements

## SECTION I. COVERAGE

A.  We will pay on behalf of the insured the sums in excess of the total Underlying Limits of Insurance shown in Item **6.B.** of the Declarations that the insured becomes legally obligated to pay as damages

B.  This insurance applies only to damages covered by the Controlling Underlying Policy as shown in Item **6.A.** of the Declarations. Except as otherwise provided by this policy, the coverage follows the definitions, terms, conditions, limitations, and exclusions of the Controlling Underlying Policy in effect at the inception of this policy.

C.  The amount we will pay for damages is limited as described in **SECTION II. LIMITS OF INSURANCE.**

## SECTION II. LIMITS OF INSURANCE

A.  The Limits of Insurance shown in the Declarations and the rules below describe the most we will pay regardless of the number of:

   1.  Insured's;

   2.  Claims made or suits brought; or

   3.  Persons or organizations making claims or bringing suits.

B.  The Limits of Insurance of this policy will apply as follows:

   1.  This policy applies only in excess of the Underlying Limits of Insurance shown in Item **6.B.** of the Declarations.

   2.  If our Limits of Insurance stated in Item **4.** of the Declarations are less than the total Limits of Insurance stated in Item **4.**, the limits of our liability shall be that proportion of all damages which our Limits of Insurance bear to the total Limits of Insurance in Item **4.** and which is in excess of the total underlying insurance limits as stated in Item **6.B.** of the Declarations.

   3.  Subject to Paragraph **B. 2.** above, the Occurrence Limit stated in Item **4.A.** of the Declarations is the most we will pay for all damages arising out of any one occurrence to which this policy applies.

   4.  Subject to Paragraphs **B.2.** and **B.3.** above, the limit stated in Item **4.C.** of the Declarations for the Products/Completed Operations Aggregate is the most we will pay for all damages during our policy period under the products/ completed operations hazard.

5. Subject to Paragraphs **B.2.** and **B.3.** above, the Other Aggregate Limit stated in Item **4.B.** of the Declarations is the most we will pay for all damages, except for damages covered under the products/completed operations hazard, that are subject to an aggregate limit provided by the Controlling Underlying Policy. The Other Aggregate Limit applies separately and in the same manner as the aggregate limits provided by the Controlling Underlying Policy.

6. Subject to Paragraphs **B.2., B.3., B.4.** and **B.5.** above, if the underlying Limits of Insurance stated in Item **6.** of the Declarations are reduced or exhausted solely by payment of damages to which this policy applies, such insurance provided by this policy will apply in excess of the reduced Underlying Limits or, if all Underlying Limits are exhausted, will apply as underlying insurance subject to the same terms, conditions, definitions and exclusions of the Controlling Underlying Policy, except for the terms, conditions, definitions and exclusions of this policy.

7. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the preceding period for purposes of determining the Limits of Insurance.

## SECTION III. DEFENSE

A. We will not be required to assume charge of the investigation of any claim or defense of any suit against you.

B. We will have the right, but not the duty, to be associated with you or your underlying insurer or both in the investigation of any claim or defense of any suit which in our opinion may create liability on us for payment under this policy.

C. If all Underlying Limits of Insurance stated in Item **6.** of the Declarations are exhausted solely by payment of damages, we shall have the right but not the duty to investigate and settle any claim or assume the defense of any suit which in our opinion may give rise to a payment under this policy. We may, however, withdraw from the defense of such suit and tender the continued defense to you if our applicable Limits of Insurance stated in Item **4.** of the Declarations are exhausted by payment of damages.

If we exercise our rights under Paragraphs **B.** or **C.** above, we will do so at our own expense, and any such expense payments will not reduce the Limits of Insurance provided by this policy.

## SECTION IV. EXCLUSIONS

This policy does not apply to any liability, damage, loss, cost or expense:

### ASBESTOS

A. Arising out of;

1. The mining, processing, manufacturing, use, testing, ownership, sale or removal of asbestos, asbestos fibers or materials containing asbestos;

2. Exposure to asbestos, asbestos fibers, or material containing asbestos; or

3. Any error or omission in supervision, instructions, recommendations, notices, warnings or advice given, or which should have been given, in connection with asbestos fibers or material containing asbestos.

### POLLUTION

B. 1. Arising directly or indirectly out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to bodily injury or property damage arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

   a. At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

   b. At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

2. Arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

    b.   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

As used in this exclusion:

1.   A "hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

2.   "Pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

## NUCLEAR

**C.**  **1.**  With respect to which any insured under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic, Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its Limits of Insurance; or

    **2.**  Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

       **a.**  A person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

       **b.**  Any insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization; or

    **3.**  Any injury or "nuclear property damage" resulting from the "hazardous properties" of "nuclear material", if:

       **a.**  The "nuclear material":

          (i)  Is at any "nuclear facility" owned by, or operated by or on behalf of, any insured; or

          (ii)  Has been discharged or dispersed therefrom;

       **b.**  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of any insured; or

       **c.**  The injury or "nuclear property damage" arises out of the furnishing by any insured of services, materials, parts or equipment in connection with the planning, construction, maintenance operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this subparagraph c. applies only to "nuclear property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

1.   "Hazardous properties" include radioactive, toxic or explosive properties.

2.   "Nuclear Facility" means:

    **a.**  Any "nuclear reactor";

    **b.**  Any equipment or device designed or used for:

       (i)  Separating the isotopes of uranium or plutonium,

       (ii)  Processing or utilizing "spent fuel", or

       (iii)  Handling, processing or packaging "waste";

    **c.**  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

    **d.**  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste", and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

3.   "Nuclear material" means "source material", "special nuclear material" or "by-product material";

4. "Nuclear property damage" includes all forms of radioactive contamination of property;

5. "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

6. "Source material", "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

7. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

8. "Waste" means any waste material;

   a. Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and

   b. Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

## SECTION V. CONDITIONS

### A. Appeals

In the event you or any underlying insurer elects not to appeal a judgment in excess of the amount of the Underlying Insurance, we may elect to appeal at our expense. If we do so elect, we will be liable for the costs and additional interest accruing during this appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in **SECTION II.** of this policy.

### B. Bankruptcy or Insolvency

The bankruptcy, insolvency or inability to pay of any insured will not relieve us from our obligation to pay damages covered by this policy.

In the event of bankruptcy, insolvency or refusal or inability to pay, of any underlying insurer, the insurance afforded by this policy will not replace such underlying insurance, but will apply as if all the limits of any underlying insurance is fully available and collectible.

### C. Cancellation

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of non-payment of premium, we will mail or deliver to you not less than ten (10) days advance written notice when the cancellation is to take effect. If we cancel for any other reason, we will mail or deliver to you not less than sixty (60) days advance written notice stating when the cancellation is to take effect. Mailing notice to you at your mailing address shown in Item 2. of the Declarations will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. If we cancel, final premium will be calculated pro rata based on the time this policy was in force.

5. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force and our short rate cancellation table and procedure.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter but the cancellation will be effective even if we have not made or offered any refund due you. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The Named Insured in Item 1. of the Declarations will act on behalf of all other insureds with respect to the giving and receiving of notice of cancellation and the receipt of any premium refund that may become payable under this policy.

### D. Maintenance of Underlying Insurance

During the period of this policy, you agree:

1. To keep the policies making up the Total Limits of Underlying Insurance in Item 6.B. of the Declarations in full force and effect;

2.  That the Limits of Insurance of the Underlying Insurance policies will be maintained except for any reduction or exhaustion of aggregate limits by payment of claims or suits for damages covered by Underlying Insurance;

3.  The Underlying Insurance policies may not be canceled or not renewed by you without notifying us, and you agree to notify us in the event an insurance company cancels or declines to renew any Underlying Insurance policy;

4.  Renewals or replacements of the Controlling Underlying Policy will not be materially changed without our agreement.

If you fail to comply with these requirements, we will only be liable to the same extent that we would have been had you fully complied with these requirements.

**E.   Notice of Occurrence**

1.  You must see to it that we are notified as soon as practicable of an occurrence which may result in damages covered by this policy. To the extent possible, notice will include:

   a.   How, when and where the occurrence took place;

   b.   The names and addresses of any injured persons and witnesses;

   c.   The nature and location of any injury or damage arising out of the occurrence.

2.  If a claim or suit against any Insured is reasonably likely to involve this policy you must notify us in writing as soon as practicable.

3.  You and any other involved insured must:

   a.   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

   b.   Authorize us to obtain records and other information;

   c.   Cooperate with us in the investigation, settlement or defense of the claim or suit; and

   d.   Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

4.  The insureds will not, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**F.   Other Insurance**

If other insurance applies to damages that are also covered by this policy, this policy will apply excess of the other insurance. Nothing herein will be construed to make this policy subject to the terms, conditions and limitations of such other insurance. However, this provision will not apply if the other insurance is written to be excess of this policy.

Other insurance includes any type of self-insurance or other mechanism by which an insured arranges for funding of legal liabilities.

**G.   Terms Conformed to Statute**

The terms of this policy which are in conflict with the statutes of the state where this policy is issued are amended to conform to such statutes. If we are prevented by law or statute from paying on behalf of the insured, then we will, where permitted by law or statute, indemnify the insured.

**H.   When Damages are Payable**

·Coverage under this policy will not apply unless and until the insured or the insured's underlying insurance has paid or is obligated to pay the full amount of the Underlying Limits of Insurance stated in Item 6.B. of the Declarations.

When the amount of damages is determined, we will promptly pay on behalf of the insured the amount of damages covered under the terms of this policy.

# In Witness Clause



**ZURICH**

In return for the payment of premium, and subject to all the terms of the policy, we agree with you to provide insurance as stated in this policy. This policy shall not be valid unless countersigned by the duly authorized Representative of the Company.

In Witness Whereof, this Company has executed and attested these presents, and where required by law, has caused this policy to be countersigned by its duly authorized Representative.

*Thomas A. Bradley*

**President**                              **Corporate Secretary**

**Steadfast Insurance Company**
**Dover, Delaware**

    **Administrative Offices**
    **Zurich Towers**
    **1400 American Lane**
    **Schaumburg, Illinois 60196-1056**

---

**QUESTIONS ABOUT YOUR INSURANCE?** Your agent or broker is best equipped to provide information about your insurance. Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich U.S.
Customer Inquiry Center
1400 American Lane
Schaumburg, Illinois 60196-1056
**1-800-382-2150 (Business Hours: 8am - 4pm [CT])**

# Disclosure Statement



**ZURICH**

W C I Communities, Inc.
AEC 3836443 04

## ZURICH AGENT/BROKER COMPENSATION DISCLOSURE

Dear Policyholder:

On behalf of Zurich, we are glad you have chosen us as your insurance company. We look forward to meeting your insurance needs and want you to understand clearly our business relationship with the agent or broker you chose to represent your company's interests in the placement of insurance coverages.

As is the case with many insurance companies in the United States, Zurich distributes many of its insurance products through agents or brokers. This means that your agent or broker is not employed by Zurich and, in fact, may represent many insurance companies. Because we do not employ your agent or broker, the way they are compensated may vary. We recommend you discuss these arrangements with your agent or broker.

For an explanation of the nature and range of compensation Zurich may pay to your agent or broker in connection with your business, please go to **http://www.zurichna.com**. Click on the information link located on the Agent/Broker Compensation Disclosure section. Where appropriate, insert the Access Code provided below, and you will be able to view this information. Alternatively, you may call (877) 347-6465 to obtain this type of information.

Thank you

Access Code: 0112902711

# Disclosure Statement



**ZURICH**

W C I Communities, Inc.
AEC 3836443 04

It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED/ENCLOSED DISCLOSURE
STATEMENT TO THE CUSTOMER WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of
your customers.