# EXHIBIT L



**ZURICH**

**Zurich North America Specialties**
One Liberty Plaza (32 fl.)                                      (212) 553-5762
New York, New York 10006

This **Quote** reflects the terms and conditions of the Underwriting Company and may differ from the
submitted Insurance proposal and/or specifications.

                                                                        Date: 3/25/05

Contact:     Julius Hasko
Producer:    Willis

Applicant:   W C I Communities, Inc., Bonita Springs, Florida.  Renewal of Policy # AUC-3836443-03

We are pleased to **offer** the following Excess Umbrella Liability quote on an OCCURRENCE basis for the
above captioned Insured:

## Limit of Liability:

$25,000,000     Per Occurrence
$25,000,000     General Aggregate
$25,000,000     Products/Completed Operations Aggregate

**Excess Ace's** (ILLINOIS UNION INSURANCE CO.)

$15,000,000     Per Occurrence
$15,000,000     General Aggregate
$15,000,000     Products/Completed Operations Aggregate

**Premium:**          $1, 257,000
**Taxes:**            $Broker is responsible for all Taxes, fees and filings.
**Terrorism Peril:** $Rejected
**Total:**            $1,257,000

**Premium Basis:** _X_ Flat ____ Adjustable 25% **Minimum Earned at Inception**
**Taxes/Surcharges:** Broker responsible for filings, fees and taxes.
**Commission:**    0%              **Company:** Steadfast Insurance Company – non-admitted in Fla.
**Defense:**   In Addition to Policy Limits                **Best Rated: AXIV**

**Self-Insured Retention:** $50,000.
**Policy Period: March 31, 2005 to March 31, 2006**

## Terms & Conditions:
A.   Notable Exclusions within Policy Contract:

                                                Asbestos, Nuclear, Employment
                                                Related Practices/Discrimination,
                                                UM/UIM – Cov. A&B; Aircraft,
                                                Product Recall, Watercraft

B.   Pollution:                                 Follow Form

C.   Attaching:                                 Applicable State Amendatory
Endorsements                                    CCC Exclusion (Real & Personal)
                                                Cross Suits Exclusion
                                                Financial Institutions Exclusion

Insurance Related Operations
Exclusion,
Known Loss and Loss in Progress
Exclusion,
Employee Benefits Follow-form,
Lead Exclusion,
Professional Services Exclusion,
Contractors Limitation Exclusion
w/Subsidence,
Punitive Damages Exclusion,
60-Day notice of cancellation,
Policy Holder Disclosure,
Terrorism Retained Amounts,
Prior Incident/Construction Defects,
(Montrose) – prior acts,
Real Estate Agents E&O Exclusion,
War or Military Action Exclusion,
Retained Amounts Terrorism
Endorsement,
Combined terrorism peril exclusion
for certified and non-certified acts of
terrorism, Violation of
Communication or Information Law
Exclusion.

D.   Subject To:

Premium Paid within 30 days of
Effective Date, Surplus lines broker
info needed before binding,
Updated loss data for Spectrum
and Renaissance,   And Written
TRIA rejection letter.

\*\*\* **Please Note:** The Excess Policy cannot be released until receipt and review of the lead umbrella policy.

## Minimum Underlying Insurance Requirements:
**Note:**  All Primary Carriers must be **Best Rated A-VII or Better**

**Lead Umbrella** (ACE/ILLINOIS UNION INSURANCE CO.) Effective 3/31/05-3/31/06

| $15,000,000 | Per Occurrence |
|---|---|
| $15,000,000 | General Aggregate |
| $15,000,000 | Products/Completed Operations Aggregate |

**Ace's Terms and Conditions:**

Contractors Limitation Endorsement, Insured's Interest only in OCIP's, Retention Maintenance
Endorsement, Limitation of coverage for Products/Completed Operations to states of FL, N.Y.,
N.J., PA, CT, Continuous and Progressive Damages Endorsement, TRIA and Non-TRIA with
NBC Exclusion, Follow Form Marine Liability, Premises SIR can be eroded by indemnity only;
Products SIR can be eroded by a maximum of 20% in defense costs. Fungi or Bacteria
Exclusion, EIFS Exclusion, CCA Exclusion, Professional Exclusion, Pollution Exclusion, Known
Loss Exclusion

Excess of:

**GL-Products/Completed Ops** (WCI Communities SIR) Effective 3/1/05-3/1/06

$5,000,000      Per Occurrence SIR

SIR eroded by a max of 20% for ALAE

**GL-Premises** (WCI Communities SIR) Effective 3/1/05-3/1/06

$2,000,000      Per Occurrence SIR
$4,000,000      Aggregate

SIR eroded by indemnity only

**Auto Liability** The Hartford Effective 3/1/05-3/1/06

$2,000,000      CSL

**Employers Liability** CNA Effective 3/1/05-3/1/06

$1,000,000 Each Accident /$1,000,000 Policy limit disease /$1,000,000 Each EMP.

Thank you for working with us on WCI's renewal. Should you have any questions or concerns please do not hesitate to contact us.

Sincerely,

Rob Kenyon
Team Leader-Underwriting
Zurich North America Specialties
Excess Casualty NYC