# EXHIBIT M



# ZURICH

**Zurich North America Specialties**
One Liberty Plaza (32 fl.)
New York, New York 10006

(212) 553-5762

This binder reflects the terms and conditions of the Underwriting Company and may differ from the submitted Insurance proposal and/or specifications.

Date: 5/3/06

Contact:   Mark Ratcliffe
Producer:   Willis

Applicant:   W C I Communities, Inc., Bonita Springs, Florida.   Policy # AEC-3836443-04

We are pleased to offer the following Excess Umbrella Liability binder on an OCCURRENCE basis for the above captioned Insured:

## Limit of Liability:

| | |
|---|---|
| $7,500,000 | Per Occurrence |
| $7,500,000 | General Aggregate |
| $7,500,000 | Products/Completed Operations Aggregate |

This Insurance is issued pursuant to the Florida Surplus Lines Law.  Persons insured by Surplus Lines Carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

Part of (quota share w/ Lexington)

| | |
|---|---|
| $15,000,000 | Per Occurrence |
| $15,000,000 | General Aggregate |
| $15,000,000 | Products/Completed Operations Aggregate |

Excess (AIG Lead)

| | |
|---|---|
| $25,000,000 | Per Occurrence |
| $25,000,000 | General Aggregate |
| $25,000,000 | Products/Completed Operations Aggregate |

| | |
|---|---|
| Premium: | $307,598 |
| Taxes: | $Broker is responsible for all Taxes, fees and filings. |
| Terrorism Peril: | $Rejected |
| Total: | $307,598 |

Premium Basis: _X_ Flat ____ Adjustable 25% Minimum Earned at Inception
Taxes/Surcharges: Broker responsible for filings, fees and taxes.
Commission:   0%                    Company: Steadfast Insurance Company – non-admitted in Fla.
Defense:   In Addition to Policy Limits

Self-Insured Retention:  $50,000.
Policy Period: May 1, 2006 to May 1, 2007

Surplus Lines Agent: Donna L. Schramer. License #A2 ...
Address:   3000 Bayport Drive, Suite 300
Tampa, FL 33607

## Terms & Conditions:

Producing Agent: _____
Address: ___3000 Bayport Dr___
TL Premium: ___307,598___
Tax: ___15,379.90___   Service Fee: ___615.80___
Citizen's Assessment: ___0___
EMPA Surcharge: ___0___
Inspection Fee: ___0___   Policy Fee: ___0___
S/L Agent's Countersignature: Donna L. Schramer

B.   Form

C.  Attaching:
Endorsements

Applicable State Amendatory
CCC Exclusion (Real & Personal)
Known Loss and Loss in Progress
Exclusion,
Professional Services Exclusion,
Contracters Limitation Exclusion
w/Subsidence,
Punitive Damages Exclusion,
Terrorism Retained Amounts,
Real Estate Agents E&O Exclusion,
War or Military Action Exclusion,
Retained Amounts Terrorism
Endorsement,
Combined terrorism peril exclusion
for certified and non-certified acts of
terrorism, Violation of
Communication or Information Law
Exclusion.

D.  Subject To:

Premium Paid within 30 days of
Effective Date, Surplus lines broker
info needed before binding and
Written TRIA rejection letter.
Defense must be in addition to the
limits on the Lead Umbrella. G/S
Lex binder needed before binding.

*** Please Note: The Excess Policy cannot be released until receipt and review of the lead umbrella policy.

## Minimum Underlying Insurance Requirements:
Note:  All Primary Carriers must be Best Rated A-VII or Better

Lead Umbrella (AIG) Effective 5/1/06-5/1/07

| | |
|---|---|
| $25,000,000 | Per Occurrence |
| $25,000,000 | General Aggregate |
| $25,000,000 | Products/Completed Operations Aggregate |

AIG's Terms and Conditions:

Comm. Umb. Dec. #79552 (04/02)
Prem Incl Terrorism Notice (Mnscpt)
Schedule of Underlying Insurance (Mnscpt)
Schedule of Retained Limits (Mnscpt)
Financial Institutions Excl (Mnscpt)
Lead Excl (Mnscpt)
Silica Excl (Mnscpt)
Act of Terrorism Retained Limit Endt (Mnscpt)
Total Pollution Excl (Mnscpt)
Blasting Excl (Mnscpt)
Cross Suits Excl (Mnscpt)
Foreign Excl (Mnscpt)
Marine Excl (Mnscpt)
SIR App to Spec Red or Exhausted (Mnscpt)

Thank you for working with us on WCI's renewal.  Should you have any questions or concerns please do not hesitate to contact us.

Sincerely,


Rob Kenyon
Regional Vice President
Zurich North America Specialties
Excess Casualty NYC