# EXHIBIT O

AMERICAN INTERNATIONAL COMPANIES                                      DATE: April 28, 2006



Excess Casualty

Willis of FL
3000 Bayport Drive
Suite 300
Tampa, FL 33607

Surplus Lines Agent: Donna L. Schramer, License #A235233
Address: 3000 Bayport Drive, Suite 300
Tampa, FL 33607

Producing Agent: Willis Risko
Address: 3000 Bayport Dr Tampa
TL Premium: 1,726,864     Service Fee: 3453.73
Tax: $86,343.30
Citizen's Assessment: 0
EMPA Surcharge: 0
Inspection Fee: 0         Policy Fee: (Schramer)
Agent's Countersignature: [signed]

Attention To: Mark Ratcliffe

Phone: 813-490-5184
Fax:

Re:     Umbrella Binder for WCI Communities

Dear Mark:

We are pleased to provide our Binder for the captioned account:

Insured's Address:

| | |
|---|---|
| Policy Period: | May 1, 2006 – May 1, 2007 |
| Policy Number: | 7412158 |
| Carrier: | American International Surplus Lines Agency, Inc., *A Non-Admitted Carrier* |
| Policy Form: | 80341 (01/06) and attachments |
| Limits: | $25,000,000   Each Occurrence<br>$25,000,000   General Aggregate<br>$25,000,000   Products/Completed Operations Aggregate |
| Commission: | 5% |
| Policy Premium: | $1,726,864 |
| Audit: | Adjustable on the basis of 2,917 units/homes to close in escrow<br>Rate is $592.00 per unit/home adjustable upward only<br>Premium is 85% Minimum and Deposit, adjustable upward only: no downward adjustment.<br>Estimated Premium $2,031,744 based on 3,432 units projected to close. |
| Taxes / Surcharges / Fees: | Surplus Lines Tax and Filing Fees |
| Subject To: | |

This insurance is issued pursuant to the Florida Surplus Lines Law. Persons insured by Surplus Lines Carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

*Page 1 of 4*

1. Premium payment is due within thirty (30) days of binding.
2. Defense must be in addition to the underlying limits.
3. The coverage offered includes a premium charge for Terrorism of $17,098 that is included in the total premium above.
4. Terrorism cannot be rejected at this time

**SCHEDULE OF UNDERLYING RETAINED AMOUNTS:**

General Liability
WCI Communities
$2,000,000         Each Occurrence Indemnity Only
$4,000,000         General Aggregate other than Prod/C Ops
$1,000,000         Trailing SIR – Each Occ, Indemnity Only per AIG Endt
Effective Date:    May 1, 2006
Expiration Date:   May 1, 2007
Defense Costs are outside the limits and SIR and do not erode.

Products/Completed Operations Liability
WCI Communities
$5,000,000         Each Occurrence Indemnity Only
Effective Date:    May 1, 2006
Expiration Date:   May 1, 2007
Defense Costs are outside the limits and do not erode.

Automobile Liability
WCI Communities
$2,000,000         Combined Single Limit
Effective Date:    May 1, 2006
Expiration Date:   May 1, 2007
Defense Costs are outside the limits and do not erode.

Employers Liability
WCI Communities
$1,000,000         Each Accident
$1,000,000         Disease Each Employee
$1,000,000         Disease Policy Limit
Effective Date:    May 1, 2006
Expiration Date:   May 1, 2007
Defense Costs are outside the limits and do not erode.

General Liability
Renaissance
$3,000,000         Each Occurrence Indemnity Only
$5,000,000         General Aggregate other than Prod/C Ops
$1,000,000         Trailing SIR – Each Occ, Indemnity Only per AIG Endt
Effective Date:    May 13, 2005
Expiration Date:   May 13, 2006
Defense Costs are outside the limits and SIR and do not erode.

Products/Completed Operations Liability
Renaissance
$5,000,000         Each Occurrence Indemnity Only
Effective Date:    May 13, 2005
Expiration Date:   May 13, 2006

Defense Costs are outside the limits and do not erode.

### Automobile Liability
Renaissance
$1,000,000                Combined Single Limit
Effective Date:           May 13, 2005
Expiration Date:          May 13, 2006
Defense Costs are outside the limits and do not erode.

### Employers Liability
Renaissance
$1,000,000                Each Accident
$1,000,000                Disease Each Employee
$1,000,000                Disease Policy Limit
Effective Date:           May 13, 2005
Expiration Date:          May 13, 2006
Defense Costs are outside the limits and do not erode.

### Umbrella Liability
Renaissance
$10,000,000               Each Occurrence
$10,000,000               General Aggregate
Effective Date            May 13, 2005
Expiration Date           May 13, 2006
Defense Costs are outside the limits and do not erode.

### Protection and Indemnity
WCI Communities
Great American Insurance Company
$1,000,000                Vessel 1: Any One Accident or Occurrence
$1,000,000                Vessel 2: Any One Accident or Occurrence
Effective Date:           May 1, 2006
Expiration Date:          May 1, 2007
Defense Costs are outside the limits and do not erode.

### Marine Excess Protection and Indemnity
WCI Communities
New York Marine and General
$19,000,000               Each Occurrence
$19,000,000               General Aggregate
Effective Date:           May 1, 2006
Expiration Date:          May 1, 2007
Defense Costs are outside the limits and do not erode.

### Marina Operators
WCI Communities
Northern Assurance Company of America
$1,000,000                Any One Vessel
$1,000,000                Any One Accident
Effective Date:           May 1, 2006
Expiration Date:          May 1, 2007
Defense Costs are outside the limits and do not erode.

Protection and Indemnity
WCI Communities
Northern Assurance Company of America
$1,000,000              Any One Accident or Occurrence
Effective Date:         May 1, 2006
Expiration Date:        May 1, 2007
Defense Costs are outside the limits and do not erode.

General Liability
WCI Communities
Northern Assurance Company of America
$1,000,000              Each Occurrence Indemnity Only
$2,000,000              General Aggregate
$1,000,000              Products/Completed Operations
Effective Date:         May 1, 2006
Expiration Date:        May 1, 2007
Defense Costs are outside the limits and do not erode.

Follow Form Excess
WCI Communities
Northern Assurance Company of America
$9,000,000              Each Occurrence
$9,000,000              General Aggregate
Effective Date:         May 1, 2006
Expiration Date:        May 1, 2007
Defense Costs are outside the limits and do not erode.

ATTACHMENTS:

Comm. Umb. Dec. #79552 (04/02)
Prem Incl Terrorism Notice (Mnscpt)
Schedule of Underlying Insurance (Mnscpt)
Schedule of Retained Limits (Mnscpt)
Financial Institutions Excl (Mnscpt)
Lead Excl (Mnscpt)
Silica Excl (Mnscpt)
Act of Terrorism Retained Limit Endt (Mnscpt)
Total Pollution Excl (Mnscpt)
Blasting Excl (Mnscpt)
Cross Suits Excl (Mnscpt)
Foreign Excl (Mnscpt)
SIR App to Spec Red or Exhausted - $1M (Mnscpt)
Marine Liability Limitation (Mnscpt)
Amendment of Wrap Up Excl (Mnscpt)

You are hereby notified that under the federal Terrorism Risk Insurance Act of 2002 (the "Act") effective November 26, 2002, you now have a right to purchase insurance coverage for losses arising out of an Act of Terrorism, which is defined in the Act as an act certified by the Secretary of the Treasury (i) to be an act of terrorism, (ii) to be a violent act or an act that is dangerous to (A) human life; (B) property or (C) infrastructure, (iii) to have resulted in damage within the United States, or outside of the United States in case of an air carrier or vessel or the premises of a U.S. mission and (iv) to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. You should read the Act for a complete description of its

coverage. The Secretary's decision to certify or not to certify an event as an Act of Terrorism and thus covered by this law is final and not subject to review. There is a $100 billion dollar annual cap on all losses resulting from Acts of Terrorism above which no coverage will be provided under this policy and under the Act unless Congress makes some other determination.

For your information, coverage provided under this proposal or binder for losses caused by an Act of Terrorism may be partially reimbursed by the United States under a formula established by the Act. Under this formula the United States pays 90% of terrorism losses covered by this law exceeding a statutorily established deductible that must be met by the insurer, and which deductible is based on a percentage of the insurer's direct earned premiums for the year preceding the Act of Terrorism.

Very truly yours,

Jonathan Luca

This binder contains only those Terms & Conditions outlined in our Policy Form noted on page one of this letter and specifically addressed herein. It may not include all of the coverage's requested in your submission. If you have not already been provided with a sample copy of our form, one will be forwarded at your request. Please read it carefully.