# EXHIBIT R



# WCI | COMMUNITIES, INC.®

24301 WALDEN CENTER DRIVE
BONITA SPRINGS, FLORIDA 34134
TEL (239) 498-8200
wcicommunities.com

October 29, 2008

Claims
Lexington Insurance Company
100 Summer Street
Boston, MA 02110

    Re:    **WCI - Alleged Drywall Claims**
            Insured:           WCI Communities Inc.
            2006 Insurer/Policy Nos.:    Lexington #0355453
            2006 Policy Period:   05/01/2006 – 05/01/2007
            2007 Insurer/Policy Nos.:    Lexington #1011060
            2007 Policy Period:   05/01/2007 – 05/01/2008
            2008 Insurer/Policy Nos.:    Lexington #1053988
            2008 Policy Period:   05/01/2008 – 12/01/2008

Dear Sir/Madam:

WCI Communities, Inc. ("WCI") has recently become aware of a number of complaints and claims alleging property damages and at least one claim alleging bodily injury arising from conditions within homes sold by WCI. The homes involved were closed between 09/05/2006 – 09/12/2008 and are located in southwest and southeast Florida. Alleged damages have included increased rates of corrosion of soft metal materials throughout the houses, including but not limited to air conditioning coils, refrigerator tubing, electrical wires, and television connections. WCI is aware of at least one health claim allegedly arising from strong odors being emitted from the drywall. The drywall is also been identified as the alleged causative factor in the tarnishing of silverware and soft metal picture frames within the homes. It appears that a common element in almost all of the homes involved is that the drywall was procured through selected distributors and installed by common subcontractors.

In many of the instances, WCI also acted as the general contractor with almost all of the work completed on its behalf by subcontractors. While the exact cause of the alleged damages have not been identified, it appears that the conditions may be somewhat associated with the drywall and drywall installation procedures.



WCI HONORED AS
AMERICA'S BEST BUILDER
BY NATIONAL ASSOCIATION
OF HOME BUILDERS AND
BUILDER MAGAZINE

*The Experience Is Everything.*™

October 29, 2008
Page 2

By this letter, WCI is formally submitting these claims for coverage under the policies listed above. Furthermore, WCI requests a written response on your coverage position within 15 business days.

For your information, I am attaching a spreadsheet that provides detail on the homes in which WCI is aware of problems arising from the drywall. If you need further information, please contact me at the number or e-mail listed in this correspondence. Please advise us of any additional information that you will need to properly respond to and to tender this matter.

WCI needs to act quickly to remedy this situation before the damage from the drywall increases. We look forward to your prompt response.

Very truly yours,

Calvin Ellis
Director of Risk Management
(239) 498-8436 Phone
calvinellis@wcicommunities.com

| Community | Subdivision | Plan Type | Lot | Block | Address | City | Status | Closing Date | Drywall Supplier |
|---|---|---|---|---|---|---|---|---|---|
| Parkland Golf & Country Club | Club Estates | The Almeria - Tuscany | 1 | F | 7221 Lemon Grass Drive | Ft. Lauderdale | Closed | 12/29/06 | Beta Drywall |
| Parkland Golf & Country Club | Club Estates | The La Caruna - Tuscany | 19 | F | 7220 Lemon Grass Drive | Ft. Lauderdale | Closed | 5/1/07 | Beta Drywall |
| Parkland Golf & Country Club | Bella Flor | Santillane - Italianate | 9 | S | 9607 Cinnamon Court** | Ft. Lauderdale | Closed | 9/28/06 | SD& Asociates |
| Pelican | Milano | Milan | 19 | | 10637 Cameralle Circle | Ft. Myers | Closed | 9/21/07 | Builder Linx |
| Pelican | Tiberio | Barcelona | 30 | | 10866 Tiberio Drive | Ft. Myers | Closed | 11/9/07 | Builder Linx |
| Pelican | Tiberio | Barcelona | 13 | | 10832 Tiberio Drive | Ft. Myers | Closed | 8/20/07 | Builder Linx |
| Pelican | Milano | Milan | 36 | | 10673 Cameralle Circle | Ft. Myers | Closed | 3/31/08 | Builder Linx |
| Pelican | Milano | Milan | 34 | | 10669 Cameralle Circle | Ft. Myers | Closed | 9/12/08 | Builder Linx |
| Pelican | Milano | Milan | 33 | | 10567 Cameralle Circle | Ft. Myers | Closed | 9/5/08 | Builder Linx |
| Pelican | Milano | Milan | 22 | | 10643 Cameralle Circle | Ft. Myers | Closed | 12/7/07 | Builder Linx |
| Pelican | Cameralle | Monet | 10 | | 10628 Cameralle Circle | Ft. Myers | Closed | 3/27/08 | Builder Linx |
| Pelican | Milano | Milan | 9 | | 10617 Cameralle Circle | Ft. Myers | Closed | 10/26/07 | Builder Linx |
| Pelican | Milano | Milan | 2 | | 10603 Cameralle Circle | Ft. Myers | Closed | 6/20/08 | Builder Linx |
| Venetian Golf & River Club | Brunello | Milano | 0005 | | 317 Cipriani Way | Bradenton | Closed | 11/20/06 | Beta Drywall |