# EXHIBIT 6

Jonathan Luca, American International Group, Inc. | Spoke

Page 1 of 4

Already a Spoke Member? Sign in | Join | Browse People | Browse Companies | Help

## spoke

Find [a person ▼] Name [ ] Title [ ] Company [ ] Search



DO IMPOSSIBLE THINGS AS A TEAM

chatter.com — See how

### How big is *your* network?
Find out with the Spoke Outlook Toolbar
Download

**Public Records Search** Get Instant Results

First Name: Jonathan   Last Name: Luca   Any City Lived In   Any State Lived In   [SEARCH]

Powered By Moreon   Jonathan Luca

No Photo Available

### Jonathan Luca
Title and Company:
at American International Group, Inc.

Company Address:
70 Pine Street
New York, NY 10270-0002

Join Spoke to learn more information about Jonathan

★ This is me

Email
Bookmark
Find Your profile

Like
retweet

* Full Report: Available
* Contact Info:
Click Here for Details >>

[VIEW RESULTS]

Powered By: PeopleSmart.com

10,638 employees
in American

### Stay Current. Stay Connected.

Collect all of your connections in a central place to create a supercharged address book.

Receive the most up-to-date contact information for your connections.

Put connections into context with conversation history, subject and timelines.

Automatically creates lists, tags and groups to organize connections effectively.

Join today!