UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Payton, et al vs. Knauf Gips, et al*<br>Civil Action No. 09-7628 | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Ex Parte Motion to Withdraw and Substitute Counsel;

**IT IS HEREBY ORDERED** that Beth E. Abramson be withdrawn as counsel of record and Skelly B. McCay be substituted in as additional counsel of record for defendant, Ray Beck, Inc., in the above-captioned matter. Patricia A. Krebs will remain as trial attorney for defendant, Ray Beck, Inc..

New Orleans, Louisiana, on this __1st__ day of ____March____, 2011.

_____
UNITED STATES DISTRICT JUDGE

{N0441124 -}