UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf GIPS KG, et al., | JUDGE FALLON |
| Case No. 2:09-cv-07628 (E.D.La.) | MAG. WILKINSON |

### ORDER

CONSIDERING THE FOREGOING Joint Motion To Withdraw And Substitute Counsel Of Record For Zamora Corporation;

IT IS HEREBY ORDERED that Rafael dJ. Pozo of the law firm of Law Offices, Rafael dJ. Pozo, P.A. shall be substituted as counsel of record for Mario A. Lamar of the law firm of Mario A. Lamar, P.A., in the above captioned matter.

New Orleans, Louisiana, this __1st__ day of _____March_____, 2011.

_____
UNITED STATES DISTRICT JUDGE