UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Case No. 09-cv-7628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

### EX PARTE/CONSENT MOTION FOR LEAVE TO FILE JOINT REPLY OF PLAINTIFFS AND KNAUF DEFENDANTS IN SUPPORT OF PLAINTIFF, ROOKERY PARK ESTATES, LLC'S MOTION TO COMPEL MEDIATION OF ALL CLAIMS AGAINST DEFENDANTS KNAUF, MASTER BUILDERS OF SOUTH FLORDIA, INC. AND <u>F. VINCINO AND COMPANY, INC.</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs and Knauf Defendants who feel obliged to respond to the Objection to the Motion to Compel Mediation, and thus move this Court for leave to file the Joint Reply of Plaintiffs and Knauf Defendants in Support of Plaintiff, Rookery Park Estates, LLC's Motion to Compel Mediation of all Claims, all as more fully set forth in the Memorandum attached hereto.

Respectfully submitted,

<u>By:  /s/ Kyle A. Spaulding</u>
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  <u>kmiller@frilot.com</u>

        AND

        STEVEN GLICKSTEIN (NY Bar No. 1038157)
        JAY P. MAYESH (NY Bar No. 1081603)
        KAYE SCHOLER LLP
        425 Park Avenue
        New York, NY 10022
        Telephone: (212) 836-8485
        Facsimile: (212) 836-6485
        Email: sglickstein@kayescholer.com

        Counsel for Knauf Defendants

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2011.

        /s/ Kyle A. Spaulding