OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB 25  PM 4:02

LORETTA G. WHYTE
CLERK

Date: 2-25-2011

Sean and Beth Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Lucira Investments, Inc.
   (address) 47 S. Main Street Driggs, ID 83422

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Russ M Herman
Address 820 O'Keefe
         New Orleans, LA

Fee _____
Process _____
XDktd _____
CtRmDep _____
Doc. No. _____