UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to: *Susan Silvestri v. ASI Lloyds*, No. 10-cv-130 | * * * | MAGISTRATE JUDGE WILKINSON |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that ASI Lloyds has filed the attached Motion for Summary Judgment for submission to Judge Eldon Fallon on Wednesday, March 30, 2011 at 9:00 a.m. in the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as the motion may be submitted.

Respectfully submitted,

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____
JASON P. FOOTE (#25050), T.A.
BRITTANY M. COURTENAY (#31846)
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3827
Facsimile: (504) 836-9579
***Attorneys for Defendant, ASI Lloyds***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of March, 2011.

JASON P. FOOTE