IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON ET AL V. KNAUF GIPS KG, ET AL, CASE NO. 09-7628

## BAILEY LUMBER AND SUPPLY COMPANY'S MOTION FOR LEAVE OF COURT TO FILE AMENDED ANSWER TO COMPLAINT

Bailey Lumber and Supply Company (hereinafter "Bailey") requests leave of court to file the attached Amended Answer to Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), to assert two additional affirmative defenses. In support of this motion, Bailey states as follows:

1.  Bailey seeks leave of this Court to file the Amended Answer that is attached hereto as Exhibit "A". This Amended Answer asserts two additional affirmative defenses which Bailey reasonably believes it is entitled to assert.

2.  This case has not been set for trial, and very little discovery has been taken in the case.

3.   No party will be prejudiced by the granting of this motion.

4.   Rule 15(a)(2) specifically states that leave to amend should be freely given when justice so requires.

WHEREFORE, Bailey Lumber and Supply Company, Inc. respectfully requests that this Court enter an Order granting it leave to file the Amended Answer that is attached hereto as Exhibit "A".

Respectfully submitted this 3rd day of March, 2011.

/s/ Christopher A. Bottcher
Christopher A. Bottcher (BOT003)
Attorney for Defendant
Bailey Lumber and Supply Company

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5101

/s/ Betty F. Mullin
Betty F. Mullin (09818)
Attorney for Defendant
Bailey Lumber and Supply Company

**OF COUNSEL:**

SIMON, PERAGINE, SMITH & REDFREARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Tel.: (504) 569-2030
Fax: (504) 569-2999

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion for Leave to Amend Answer to Complaint has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 3rd day of March, 2011.

                                              /s/ Christopher A. Bottcher
                                              Of Counsel