UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Amato, et al. v. Liberty Mutual Insurance Company, Civ. Action No. 10-932 (ED.La.) | |

## PLAINTIFFS', DEZMAN ELLIOT, BRIAN AND LAUREN ELSENBERG, BETH FRENCHMAN, CHARLES AND MOLLY JOHNSON, AND MICHAEL AND JEANNINE MIZNE, NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, AXIS SURPLUS INSURANCE COMPANY

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Dezman Elliot, Brian and Lauren Elsenberg, Beth Frenchman, Charles and Molly Johnson, and Michael and Jeannine Mizne, hereby dismiss, without prejudice, all of their claims against Axis Surplus Insurance Company, in *Amato, et al. v. Liberty Mutual Insurance Company*, Civ. Action No. 10-932 (ED.La.), reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Dezman Elliot, Brian and Lauren Elsenberg, Beth Frenchman, Charles and Molly Johnson, and Michael and Jeannine Mizne shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Matthew C. Gaughan, counsel for Dezman Elliot, Brian and Lauren Elsenberg,

1

Beth Frenchman, Charles and Molly Johnson, and Michael and Jeannine Mizne, dated March 2, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                              Respectfully submitted,

Dated: March 3, 2011                      /s/ Russ M. Herman
                                            Russ M. Herman, Esquire (Bar No. 6819)
                                            Leonard A. Davis, Esquire (Bar No. 14190)
                                            Stephen J. Herman, Esquire (Bar No. 23129)
                                            HERMAN, HERMAN, KATZ & COTLAR, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            LDavis@hhkc.com
                                            *Plaintiffs' Liaison Counsel*
                                            *MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of March, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

3

# EXHIBIT "A"

# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

March 2, 2011

**VIA REGULAR MAIL**
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      Dean & Dawn Amato, et al. v. Liberty Mutual Insurance Company,
      Civ. Action No. 10-932

Dear Russ and Lenny:

My clients, Dezman Elliot, Brian and Lauren Elsenberg, Beth Frenchman, Charles and Molly Johnson, and Michael and Jeannine Mizne, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Axis Surplus Insurance Company in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Matthew C. Gaughan

mh
Enclosure