## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| *Wiltz et. al. v. Beijing New Building* | * | MAG. JUDGE WILKINSON |
| *Materials Public Limited Co., et. al.,* | * | |
| *Case No. 10-00361* | * | |
| | * | |

**************************************

### PLAINTIFF'S MICHELLE HUDSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS  KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD. STANDARD PACIFIC HOMES OF SOUTH FLORIDA G.P., INC. AND ANY AND ALL OTHER DEFENDANTS, KNOWN OR UNKNOWN

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Michelle Hudson, hereby dismisses without prejudice all of her claims against DEFENDANTS KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD. STANDARD PACIFIC HOMES OF SOUTH FLORIDA G.P., INC. AND ANY AND ALL OTHER KNOWN OR UNKNOWN DEFENDANTS, in Plaintiffs' Omnibus Complaints.  Each party is to bear its own attorneys' fees and costs.  Attached hereto as Exhibit "A" is correspondence from April S. Goodwin, counsel for Plaintiff, dated February 4, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

By:    /s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of March, 2011.

/s/ Leonard A. Davis

# EXHIBIT "A"



**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

February 4, 2011

**Via Facsimile U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

>    Re:    In re:    **Chinese Manufactured Drywall Products Liability Litigation**
>                           **Wiltz et. al. v. Beijing New Building Materials Public**
>                           **Limited Co. et. al., Case No: 10-00361**

Dear Russ and Lenny:

My client, Michelle Hudson, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against Defendant, Knauf Gips KG, Knauf Plasterboard Tianjin, Co., Ltd., Standard Pacific Homes of South Florida G.P., Inc., and any and all other defendants known or unknown.

Very truly yours,

Parker Waichman Alonso LLP

By: _____
April S. Goodwin, Esq.

ASG/ip
cc: Michelle Hudson