**EXHIBIT 8**



Already a Spoke Member? Sign In | Join | Browse People | Browse Companies | Help

Find [ a person ▼ ]   [ Name ]   [ Title ]   [ Company ]   Search

**DO IMPOSSIBLE THINGS AS A TEAM**

salesforce chatter.com See how ►

## Stay Current. Stay Connected.

Collect all of your connections in a central place to create a supercharged address book.

Receive the most up-to-date contact information for your connections.

Put connections into context with conversation history, subject and timelines.

Automatically creates lists, tags and groups to organize connections effectively.

**Join today!**

### How big is *your* network?
Find out with the Spoke Outlook Toolbar
Download

**Public Records Search** Get Instant Results

First Name [ Jonathan ]   Last Name [ Luca ]   Any City Lived In [ ]   Any State Lived In [ ▼ ]   SEARCH

Powered By Intelius

No Photo Available

## Jonathan Luca

* Full Report Available
* Contact Info: ✉ ⬆
* Click Here for Details >>

VIEW RESULTS

Powered By: PeopleSmart.com

Title and Company:
at American International Group, Inc.

Company Address:
70 Pine Street
New York, NY 10270-0002

10,638 employees

in American

Join Spoke to learn more information about Jonathan

✦ This is me

Email
Bookmark
Find Your profile

Like
retweet