UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL    )    MDL No. 2047
PRODUCTS LIABILITY LITIGATION                      )    Section L
                                                                                    )
This Document Relates to                                     )    JUDGE FALLON
ALL CASES                                                           )    MAG. JUDGE WILKINSON
_____         )

# **O R D E R**

**IT IS ORDERED, ADJUDGED AND DECREED** that any insurer may file any motion objecting to personal jurisdiction, subject matter jurisdiction, lack of a case or controversy, lack of a policy, or alleging the first-filed rule on any liability insurance policy, including a commercial general liability policy or an excess policy (collectively "CGL"), in dispute in MDL 2047, provided such insurer has filed its completed profile form with the required attachments by March 17, 2011.  For each such insurer, any such motion(s) filed shall be subject to the following schedule:

| | |
|---|---|
| 03/24/11 | File any motion objecting to personal jurisdiction, subject matter jurisdiction, lack of a case or controversy, lack of a policy, or alleging the first-filed rule. |
| 04/07/11 | Liaison Counsel for the plaintiffs, insurers and homebuilders shall meet and confer to address the motions filed pursuant to this Order, and to discuss a schedule for discovery, briefing and oral argument on these motions. |
| 04/14/11 | Liaison Counsel for the plaintiffs, insurers and homebuilders are to report to the court the status of the meet-and-confer for proceeding with these motions. |

No insurer is required to file any motion in response to this Order. The failure to file such a motion does not waive any insurer's right to bring such a motion in the future. In addition, filing a motion pursuant to this Order does not mean the motion will be set for oral argument or considered at this time. Scheduling of motions will be resolved during the meet-and-confer process. Finally, should an insurer elect not to file a motion at this time, such insurer shall not be prejudiced from filing a motion at a later date related to any defenses or any objections to venue, jurisdiction, forum or the pleadings in this case and filing such a motion shall not waive any defenses or any objections to venue, jurisdiction, forum or the pleadings in this case.

New Orleans, Louisiana, this 2nd day of March 2011.

                                                                                         *Eldon E. Fallon*
                                                                        UNITED STATES DISTRICT JUDGE