UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | MDL 2047 |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | SECTION: L |
| | * | |
| This document relates to: | * | JUDGE: FALLON |
| | * | |
| *Vickers, et al v. Knauf Gips KG, et al* | * | MAG. JUDGE WILKINSON |
| EDLA 09-04117 | * | |
| | * | |
| *Payton, et al v. Knauf Gips, KG, et al* | * | |
| EDLA 09-07628 | * | |
| | * | |
| *Silva, et al v. Knauf Gips, KG, et al* | * | |
| EDLA 09-08034 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the parties' inability to agree upon a joint discovery, briefing, and hearing schedule for the class certification motions in the above captioned matters, IT IS ORDERED that a hearing is scheduled for March 16, 2011, at 9:00 a.m. central time to address this issue. IT IS FURTHER ORDERED that briefs are to be filed with the Court by March 11, 2011.

NEW ORLEANS, LOUISIANA, this 2nd day of March, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE