UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO: ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR ENTRY OF JOINT STIPULATION

NOW INTO COURT, through undersigned counsel, come Knauf Plasterboard Tianjin Co., Ltd. ("KPT"), Center for Toxicology and Environmental Health ("CTEH") and Banner Supply Company ("Banner"), who respectfully present the agreed stipulation attached hereto as Exhibit "A" to the Court for approval. The parties further represent to the Court that the attached stipulation is fair, adequate and reasonable to streamline discovery. For these reasons, the parties jointly move the Court for an Order approving the agreed stipulation attached hereto as Exhibit "A."

WHEREFORE, Knauf Plasterboard Tianjin Co., Ltd., Center for Toxicology and Environmental Health and Banner Supply Company request that this Court approve the joint stipulation and enter same into the Court record.

Respectfully submitted,

/s/ Seth Alhadeff
Seth Alhadeff
WEINBERG WHEELER HUDGINS
GUNN & DIAL
2601 S. Bayshore Dr., Suite 850
Miami, FL 33133
Phone: (305) 455-9500
Fax: (305) 455-9501

*Attorney for Banner Supply Company*

/s/ Kerry Miller
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:    (504) 599-8194
Facsimile:    (504) 599-8145
kmiller@frilot.com

Steven Glickstein
Jay P. Mayesh
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:    (212) 836-6000
Facsimile:    (212) 836-8689
sglickstein@kayescholer.com

*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd.*

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
douglas.b.sanders@bakermckenzie.com

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
donald.j.hayden@bakermckenzie.com

*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd. and Center for Toxicology and Environmental Health*

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of March, 2011.

/s/ Kyle A. Spaulding