PRIVILEGE LOG FOR CTEH RESPONSE TO BANNER SUBPOENA (DECEMBER 23, 2010)

| LOG NO. | DATE | FROM | TO | CC | PRIVILEGE CLAIMED | PRIVILEGE DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | November 2006 | | | | Attorney-Client; Work Product | Hand written notes of meetings and communications that reflect conversation with counsel relating to potential claims involving Chinese drywall and attorney-client communications |
| 2 | November and December 2006 | Phil Goad <pgoad@cteh.com> | 'Sanders, Douglas B' <Douglas.B.Sanders@BakerNet.com> | | Work Product | Email communications between counsel and retained expert relating to modifications to and status of draft report. |
| 3 | November 2006 | Phil Goad <pgoad@cteh.com> | 'Sanders, Douglas B' <Douglas.B.Sanders@BakerNet.com> | Angela Harris <aharris@cteh.com>; Cory Davis <cdavis@cteh.com> (on some documents) | Work Product | Email communications between counsel and retained expert re draft report and attached drafts. |

EXHIBIT 1