UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO: ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the following Joint Stipulation. IT IS ORDERED that the Stipulation be entered into the record and that pursuant to Fed. R. Evid. 502(d), CTEH's and Knauf Plasterboard (Tianjin) Co., Ltd.'s disclosure and production of documents to Banner Supply Company pursuant to this Stipulation is not subject matter waiver of privilege or work product in this or any other Federal or State proceeding.

New Orleans, Louisiana, this ____th day of March, 2011.

_____
JUDGE ELDON E. FALLON