IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * * | JUDGE FALLON |
| THIS APPLIES TO: *Payton (09-7628)* | * * | MAG. JUDGE WILKINSON |

*******************************************

### JOINT MOTION TO DISMISS WITH PREJUDICE
### THE CLAIMS OF PAUL CLEMENT AND CELESTE SCHEXNAYDRE

Plaintiffs, Paul Clement and Celeste Schexnaydre ("Plaintiffs"), and Defendant, Knauf Plasterboard (Tianjin) Co., Ltd., through undersigned counsel, respectfully move the Court to fully and finally dismiss all of their individual claims against Defendants, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Gips KG, Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd., contained in case no. 09-7628 in their individual capacity only, specifically excluding any personal injury claims they bring on behalf of their daughter Grace Clement, with prejudice, on the basis that the parties have reached a settlement. Plaintiffs expressly reserve all of their claims and rights as to all other defendants, and do not dismiss their claims against those other defendants. Each party will bear his own costs associated with the filing of this Joint Motion to Dismiss With Prejudice.

Wherefore, the parties pray that this motion be granted as set forth above.

Respectfully submitted, this ___ day of March, 2011.

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com

*Attorneys for Plaintiffs, Paul Clement and Celeste Schexnaydre*

By: /s/ Kyle A. Spaulding
STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

- AND -

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

Counsel for Knauf Entities

**CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this 3rd day of March, 2011.

/s/ Kyle A. Spaulding