# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB 24   PM 4: 50

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2047<br>*<br>*  SECTION: L<br>*<br>*  JUDGE FALLON<br>*  MAG. JUDGE WILKINSON<br>* |

**THIS DOCUMENT RELATES TO:**
*Wiltz v. Beijing New Building Materials Public Limited Co.*, No. 10-361

## ENTRY OF PRELIMINARY DEFAULT

UPON APPLICATION OF PLAINTIFFS and upon Declaration that the following

defendant has failed to plead or otherwise defend the action: Beijing New Building Materials

Public Limited Company (BNBM);

IT IS HEREBY ORDERED that preliminary default be and the same is hereby entered

against this defendant in the above numbered and captioned action.

New Orleans, Louisiana, this 24th day of February, 2011.

Lorretta G. Whyte
Clerk of Court
by: Jacqueline M. Lambert
Deputy Clerk

___Fee ___
___Process ___
_X_ Dktd ___
___CtRmDep ___
___Doc. No. ___

## Last Know Address of Defendant in Default

| Defendant | Address |
|-----------|---------|
| Beijing New Building Materials Public Limited Company (BNBM) | No. 16 West Road Jiancaicheng Xisanqi Haidian District Beijing China 100096 |