## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
           PRODUCTS LIABILITY LITIGATION          SECTION L

                                           JUDGE FALLON
                                         MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

VICKERS, ET AL. V. KNAUF GIPS, KG, ET AL.
Case No. 09-04117

AND

PAYTON, *et al*. v. KNAUF GIPS KG, *et al*.,
Case No. 09-07628

_____/

## **ORDER**

      Upon consideration of the Motion (Unopposed by PSC) to Intervene by Certain Homebuilders for Conditional and Limited Purpose of Participating in Banner Class Action Settlement Negotiations and Proceedings ("Motion to Intervene"), it is hereby

      **ORDERED AND ADJUDGED** that

      1.     The Motion to Intervene is hereby **GRANTED**.

      2.     For all of the Certain Homebuilders with respect to the *Vickers* action and to the extent any of the Certain Homebuilders are not already parties to the *Payton* action, the Certain Homebuilders are permitted to intervene as parties for the conditional and limited purposes of: (a) participating in the class action settlement negotiations between the Plaintiffs' Steering Committee (the "PSC") and Banner Supply Company and its related entities and insurers (the "Banner Entities"); and (2) objecting, if necessary, to a proposed settlement.

3.      The Certain Homebuilders are as follows: Aranda Homes, Inc.; Bella Builders, Inc.; Hammer Construction Services, LTD.; J. Helm Construction d/b/a Sundown Development; Management Services of Lee County, f/k/a Paul Homes, Inc.; R. Fry Builders, Inc. ("Fry"); and Woodland Enterprises, Inc.  All of the aforementioned homebuilders are represented by Akerman Senterfitt, Miami, Florida, and Phelps Dunbar LLP, New Orleans, Louisiana, and had Commercial General Liability insurance policies issued by State Farm Florida during the allegedly relevant time frame.  Fry has an additional general liability carrier, Southern-Owners/Auto Owners Insurance ("Auto Owners").  The Certain Builders all had drywall supplied by one or more Banner-related entities.  None has remediated the subject properties.

4.      The Certain Homebuilders shall be permitted to withdraw as parties from the proceedings should the settlement discussions between the PSC and the Banner Entities be terminated and/or a settlement class not be certified.  Should the Certain Homebuilders ultimately be included in a class that is part of a Banner settlement or class action against Banner, their withdrawal as an intervening party shall not affect their ability to remain in any such class for purposes of obtaining settlement benefits, exercising a right to opt out, objecting to any proposed settlement if necessary, or obtaining and exercising any other rights of such a class member.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.


_____
ELDON E. FALLON
United States District Court Judge