**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Parr,* **No. 2:10-cv-02737**

### JOINT MOTION TO DISMISS WITH PREJUDICE

The Plaintiffs Steering Committee ("PSC") and defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") agree that the Court's Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) resolved similar issues seeking coverage under homeowner insurance policies for losses resulting from Chinese drywall and that the Court's reasons and conclusions should apply equally to this case and resolve plaintiffs' homeowner insurer claims asserted against Liberty Mutual, their homeowners insurer, in Liberty Mutual's favor.  Accordingly, the PSC and Liberty Mutual request that the Court issue an order adopting its Order and Reasons of December 16, 2010 and dismissing all of plaintiffs' homeowner insurer claims herein against Liberty Mutual in this lawsuit, with prejudice, each party to bear its own costs, specifically reserving all other claims against all other defendants.  The PSC has contacted counsel for the individual homeowners in this case, Shelly and Kelly Parr, and they do not oppose this order.

**WHEREFORE**, the PSC and Liberty Mutual pray that the Court adopt its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) and dismiss plaintiffs' homeowner insurer claims against Liberty Mutual in this lawsuit, with prejudice, each party to bear its own costs, specifically reserving all other claims against all other defendants.

Dated:  March 4, 2011                              Respectfully submitted,

                                                   /s/ Russ M. Herman
                                                   Russ M. Herman, 6819
                                                   Leonard A. Davis, 14190
                                                   Stephen J. Herman, 23129
                                                   HERMAN, HERMAN, KATZ
                                                     & COTLAR, LLP
                                                   820 O'Keefe Avenue
                                                   New Orleans, Louisiana  70113
                                                   Telephone:  (504) 581-4892
                                                   Facsimile: (504) 561-6024
                                                   *Plaintiffs' Liaison Counsel*

                                                   And

                                                   Arnold Levin
                                                   Fred S. Longer
                                                   Matthew C. Gaughan
                                                   LEVIN, FISHBEIN, SEDRAN
                                                     & BERMAN
                                                   510 Walnut Street, Suite 500
                                                   Philadelphia, Pennsylvania  19106
                                                   Telephone:  (215) 592-1500
                                                   Facsimile: (215) 592-4663
                                                   *Plaintiffs' Lead Counsel*

*/s/ Catherine F. Giarrusso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:      (504) 589-9700
Facsimile:      (504) 589-9701
*Attorneys for Liberty Mutual Fire Insurance*
*Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Dismiss with Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2011.

/s/ Leonard A. Davis