UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Cathcart,* **No. 2:10-cv-01083**

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Plaintiffs Steering Committee ("PSC") and defendant Auto Club Family Insurance Company ("Auto Club") agree that the Court's Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) resolved similar issues seeking coverage under homeowner insurance policies for losses resulting from Chinese drywall and that the Court's reasons and conclusions should apply equally to this case and resolve plaintiffs' claims asserted against Auto Club, their homeowners insurer, in Auto Club's favor. Accordingly, the PSC and Auto Club request that the Court issue an order adopting its Order and Reasons of December 16, 2010 and dismissing all of plaintiffs' claims herein and this lawsuit, with prejudice, each party to bear its own costs. The PSC has contacted counsel for the individual homeowners in this case, Gwen Cathcart and Carolyn Cathcart, and they do not oppose this order.

**WHEREFORE**, the PSC and Auto Club pray that the Court adopt its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) and dismiss plaintiffs' claims and this lawsuit, with prejudice, each party to bear its own costs.

Dated:  March 4, 2011　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Russ M. Herman*
　　　　　　　　　　　　　　　　　　　　　　　　Russ M. Herman, 6819
　　　　　　　　　　　　　　　　　　　　　　　　Leonard A. Davis, 14190
　　　　　　　　　　　　　　　　　　　　　　　　Stephen J. Herman, 23129
　　　　　　　　　　　　　　　　　　　　　　　　HERMAN, HERMAN, KATZ
　　　　　　　　　　　　　　　　　　　　　　　　　 & COTLAR, LLP
　　　　　　　　　　　　　　　　　　　　　　　　820 O'Keefe Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana  70113
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (504) 581-4892
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (504) 561-6024
　　　　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Liaison Counsel*

　　　　　　　　　　　　　　　　　　　　　　　　And

　　　　　　　　　　　　　　　　　　　　　　　　Arnold Levin
　　　　　　　　　　　　　　　　　　　　　　　　Fred S. Longer
　　　　　　　　　　　　　　　　　　　　　　　　Matthew C. Gaughan
　　　　　　　　　　　　　　　　　　　　　　　　LEVIN, FISHBEIN, SEDRAN
　　　　　　　　　　　　　　　　　　　　　　　　　 & BERMAN
　　　　　　　　　　　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania  19106
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (215) 592-1500
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (215) 592-4663
　　　　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Lead Counsel*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alan J. Yacoubian*
　　　　　　　　　　　　　　　　　　　　　　　　Alan J. Yacoubian, 17213
　　　　　　　　　　　　　　　　　　　　　　　　Neal J. Favret, 24412
　　　　　　　　　　　　　　　　　　　　　　　　Genevieve K. Jacques, 27818
　　　　　　　　　　　　　　　　　　　　　　　　JOHNSON JOHNSON BARRIOS
　　　　　　　　　　　　　　　　　　　　　　　　　 & YACOUBIAN
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:     (504) 528-3001
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:     (504) 528-3030

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Auto Club Family*
　　　　　　　　　　　　　　　　　　　　　　　　*Insurance Company*

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Joint Motion to Dismiss with Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2011.

                                                               <u>/s/ Leonard A. Davis</u>