**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Rogers, et al. v. Knauf GIPS KG, et. al., Case No. 2:10-cv-00362 (E.D.La.)<br><br>Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 2:11-cv-00252 (E.D.La.) | |

**JOINT MOTION FOR ENTRY OF STIPULATION CONCERNING DISMISSAL OF DEFENDANTS, SUBSTITUTION OF APPROPRIATE PARTY AS DEFENDANT AND SERVICE OF PROCESS**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC"), Boynton Village, LLC and Defendants, Cornerstone Group Development, LLC; Cornerstone Group; and Cornerstone Group, LLC, who respectfully present the agreed stipulation attached hereto as Exhibit "A" to the Court for approval. The parties further represent to the Court that the attached stipulation is fair, adequate and reasonable to dismiss improper parties and to substitute the appropriate party as a defendant. For these reasons, the parties jointly move the Court for an Order approving the agreed stipulation attached hereto as Exhibit "A."

WHEREFORE, the PSC, Boynton Village, LLC, and Defendants, Cornerstone Group Development, LLC; Cornerstone Group; and Cornerstone Group, LLC request that this Court approve the agreed stipulation and enter same into the record.

1

Respectfully submitted,

Dated: March 4, 2011

| | |
|---|---|
| /s/ Russ M. Herman | /s/ Vanessa M. Serrano |
| Russ M. Herman, Esquire (Bar No. 6819) | PETER R. GOLDMAN |
| Leonard A. Davis, Esquire (Bar No. 14190) | Florida Bar No. 860565 |
| HERMAN, HERMAN, KATZ & COTLAR, LLP | VANESSA M. SERRANO |
| 820 O'Keefe Avenue | Florida Bar No. 51555 |
| New Orleans, Louisiana 70113 | BROAD AND CASSEL |
| Phone: (504) 581-4892 | 100 S.E. Third Ave., Ste. 2700 |
| Fax: (504) 561-6024 | Fort Lauderdale, FL 33394 |
| LDavis@hhkc.com | Ph: (954) 764-7060 |
| | Fax: (954) 761-8135 |
| *Plaintiffs' Liaison Counsel* | pgoldman@broadandcassel.com |
| *MDL 2047* | vserrano@broadandcassel.com |
| | |
| Arnold Levin (On the Brief) | *Counsel for Boynton Village, LLC* |
| Fred S. Longer (On the Brief) | *and Cornerstone Entities* |
| Matthew C. Gaughan (On the Brief) | |
| Levin, Fishbein, Sedran & Berman | |
| 510 Walnut Street, Suite 500 | |
| Philadelphia, PA 19106 | |
| 215-592-1500 (phone) | |
| 215-592-4663 (fax) | |
| Alevin@lfsblaw.com | |

*Plaintiffs' Lead Counsel*
*MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing joint motion for entry of stipulation concerning dismissal of defendants, substitution of appropriate party as defendant and service of process has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of March, 2011.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047