UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Rogers, et al. v. Knauf GIPS KG, et. al., Case No. 2:10-cv-00362 (E.D.La.)<br><br>Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 2:11-cv-00252 (E.D.La.) | |

### ORDER

AND NOW, on this _____ Day of _____, 2011, upon consideration of Joint Motion for Entry of Stipulation Concerning Dismissal of Defendants, Substitution of Appropriate Party as Defendant and Service of Process, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED;

IT IS HEREBY ORDERED that the agreed stipulation attached as Exhibit "A" to the Joint Motion for Entry of Stipulation Concerning Dismissal of Defendants, Substitution of Appropriate Party as Defendant, and Service of Process is hereby entered into the record of this matter.

By the Court,

_____
JUDGE ELDON E. FALLON

1