UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Bourgeois,* **No. 2:10-cv-00052**

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Plaintiffs Steering Committee ("PSC") and defendants Allstate Indemnity Company ("Allstate"), ASI Lloyds ("ASI"), and Louisiana Citizen's Property Insurance Corporation ("Citizen's") agree that the Court's Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) resolved similar issues seeking coverage under homeowner insurance policies for losses resulting from Chinese drywall and that the Court's reasons and conclusions should apply equally to this case and resolve plaintiffs' claims asserted against Allstate, ASI, and Citizen's, their homeowners insurers, in Allstate, ASI and Citizen's favor. Accordingly, the PSC and Allstate, ASI and Citizen's request that the Court issue an order adopting its Order and Reasons of December 16, 2010 and dismissing all of plaintiffs' claims herein and this lawsuit, with prejudice, each party to bear its own costs. The PSC has contacted counsel for the individual homeowner in this case, Patricia and Glenn Bourgeois, and they do not oppose this order.

- 2 -

**WHEREFORE**, the PSC and Allstate, Lloyds and Citizen's pray that the Court adopt its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) and dismiss plaintiffs' claims and this lawsuit, with prejudice, each party to bear its own costs.

Dated:  March 4, 2011

Respectfully submitted,

*/s/ Russ M. Herman*
Russ M. Herman, 6819
Leonard A. Davis, 14190
Stephen J. Herman, 23129
HERMAN, HERMAN, KATZ
  & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
*Plaintiffs' Liaison Counsel*

And

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN
  & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
*Plaintiffs' Lead Counsel*


*/s/ Catherine F. Giarrusso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:     (504) 589-9700
Facsimile:     (504) 589-9701
*Attorneys for Allstate Insurance Company*

- 3 -

/s/ Steven M. Levy
Steven M. Levy
Mark Hanover
SONNENSCHEIN NATH & ROSENTHAL
233 South Wacker Drive, Suite 7800
Chicago, IL  60606-6404
Telephone:  (312) 876-7374
*Attorneys for Allstate Insurance Company*

/s/ Jason Paul Foote
Jason Paul Foote, 25050
Brittany M. Courtenay, 31846
CHOPIN WAGER RICHARD
 & KUTCHER, LLP
3850 N Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 830-3838
*Attorneys for ASI Lloyds*

/s/ Joseph L. Spilman, III
Joseph L. Spilman, III, 17813
Darren A. Patin, 23244
HAILEY MCNAMARA HALL
 LARMANN & PAPALE
One Galleria Blvd., Suite 1400
P.O. Box 8288
Metairie, LA 70011
Telephone:  (504) 836-6500
*Attorneys for Louisiana Citizen's Property Insurance Company*

- 4 -

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Joint Motion to Dismiss with Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2011.

                                                   /s/ Leonard A. Davis