# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

_____
)
IN RE:  CHINESE-MANUFACTURED DRYWALL        )        MDL No. 2047
PRODUCTS LIABILITY LITIGATION               )        SECTION L
)
)        JUDGE FALLON
_____)        MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Wilfer,* **No. 2:10-cv-02974**

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Plaintiffs Steering Committee ("PSC") and defendant ASI Lloyds ("ASI") agree that the Court's Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) resolved similar issues seeking coverage under homeowner insurance policies for losses resulting from Chinese drywall and that the Court's reasons and conclusions should apply equally to this case and resolve plaintiffs' claims asserted against ASI, their homeowners insurer, in ASI's favor. Accordingly, the PSC and ASI request that the Court issue an order adopting its Order and Reasons of December 16, 2010 and dismissing all of plaintiffs' claims herein and this lawsuit, with prejudice, each party to bear its own costs.  The PSC has contacted counsel for the individual homeowner in this case, Rosanne Wilfer, and they do not oppose this order.

**WHEREFORE**, the PSC and ASI pray that the Court adopt its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) and dismiss plaintiffs' claims and this lawsuit, with prejudice, each party to bear its own costs.

Dated:  March 4, 2011                                    Respectfully submitted,

*/s/ Russ M. Herman*
Russ M. Herman, 6819
Leonard A. Davis, 14190
Stephen J. Herman, 23129
HERMAN, HERMAN, KATZ
  & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
*Plaintiffs' Liaison Counsel*

And

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN
  & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
*Plaintiffs' Lead Counsel*

*/s/ Jason P. Foote*
Jason Paul Foote, 25050
Brittany M. Courtenay, 31846
CHOPIN WAGER RICHARD
  & KUTCHER, LLP
3850 N Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 830-3838
*Attorneys for ASI Lloyds*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Joint Motion to Dismiss with Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2011.

<u>/s/ Leonard A. Davis</u>