UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| DEAN and DAWN AMATO, et al | * | |
| vs. | * | |
| LIBERTY MUTUAL INS., et al | * | |
| Case No. 2:10-cv-932-EEF-JCW | * | MAG. WILKINSON (2) |

**DEFENDANT AUBUCHON HOMES, INC.'S**
**MOTION TO EXCEED PAGE LIMITATION**

Defendant Aubuchon Homes, Inc.("Aubuchon Homes"), pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests that this Court enter an Order allowing Aubuchon Homes to exceed the twenty-five (25) page limitation for its Motion for the reasons set forth in the attached Memorandum of Law filed in support of this Motion.

WHEREFORE, Defendant Aubuchon Homes, Inc. respectfully requests that the instant Motion be granted and that an Order be entered permitting Aubuchon Homes' Motion to exceed the twenty-five (25) page limitation, together with such other and further relief that the Court deems just and proper under the circumstances.

        KREBS, FARLEY & PELLETERI, P.L.L.C.

        */s/ Charles B. Long*
        CHARLES B. LONG (#22824)
        THOMAS H. PEYTON (#32635)
        400 Poydras Street, Suite 2500
        New Orleans, Louisiana 70130
        Telephone: 504-299-3570
        Facsimile: 504-299-3582
        E-mail: clong@kfplaw.com
        E-mail: tpeyton@kfplaw.com

        ATTORNEYS FOR DEFENDANT
        AUBUCHON HOMES, INC.

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on the 4th day of March, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

        */s/Charles B. Long*
        CHARLES B. LONG