UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| DEAN and DAWN AMATO, et al | * | |
| vs. | * | |
| LIBERTY MUTUAL  INS., et al | * | |
| Case No. 2:10-cv-932-EEF-JCW | * | MAG. WILKINSON (2) |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Aubuchon Homes, Inc. will bring on for submission its Motion to Dismiss on March 30, 2011 at 9:00 a.m.

             KREBS, FARLEY & PELLETERI, P.L.L.C.

             */s/ Charles B. Long*
             CHARLES B. LONG (#22824)
             THOMAS H. PEYTON (#32635)
             400 Poydras Street, Suite 2500
             New Orleans, Louisiana    70130
             Telephone:    504-299-3570
             Facsimile:     504-299-3582
             E-mail:          clong@kfplaw.com
             E-mail:          tpeyton@kfplaw.com
             ATTORNEYS FOR DEFENDANT
             AUBUCHON HOMES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of March, 2011, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

             /s/*Charles B. Long*
             CHARLES B. LONG