**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

RECEIVED
US DISTRICT COURT
EAST DISTRICT OF LA

2011 MAR -4  AM 10: 40

LORETTA G. WHYTE
CLERK

March 01, 2011

US District Court for the Eastern District of Louisiana
Lorretta G. Whyte, Clerk of Court
C-151 U.S. Courthouse
500 Poydras St.
New Orleans, LA  70130-3367

Re:  Kenneth Abel, individually, and on behalf of all others similarly situated, etc., Pltfs. vs. Taishan Gypsum Co., Ltd., etc., et al. including McCar Homes, Inc., Dfts.

Case No.  11-080

Dear Sir/Madam:

We are returning documents served for **McCar Homes, Inc.**

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Toeminem Rinette Birchall
Sr. Process Specialist

Log# 518115250

FedEx Tracking# 794482199767

cc:  Russ M. Herman
     Herman, Herman, Katz & Cotlar, LLP
     820 O'Keefe Avenue
     New Orleans, LA  70113

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Kenneth Abel, et al | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  11-080 Section L |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  McCar Homes, Inc.
1200 South Pine Island Road
Plantation, FL 33324

DATE: 3-1-11            TIME: 1:30

**ERIC DEAL**            **S.P.S.  #336**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Date: January 18, 2011

*Signature of Clerk or Deputy Clerk*