MINUTE ENTRY
FALLON, J.
MARCH 3, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 <br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the claims against Interior Exterior Building Supply, LP. Counsel for Interior Exterior, as well as its insurers, the Plaintiffs' Steering Committee, and the Knauf entities participated. The parties discussed the status of settlement negotiations. The Court directed certain of Interior Exterior's insurers to provide the appropriate funds to Interior Exterior within 10 days so it can tender its contribution to the pilot program. Additionally, the Court determined that regular status conferences are appropriate to discuss issues related to the claims against Interior Exterior. Accordingly, IT IS ORDERED that a telephone status conference is scheduled for March 16, 2011, at 8:30 a.m. The Court will provide call-in information to the appropriate counsel via email in due time.

JS10(00:30)