**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *D'Hemecourt,* **Case No. 2:10-cv-01899**

**JOINT MOTION TO DISMISS WITH PREJUDICE**

The Plaintiffs Steering Committee ("PSC") and defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") agree that the Court's Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) resolved similar issues seeking coverage under homeowner insurance policies for losses resulting from Chinese drywall and that the Court's reasons and conclusions should apply equally to this case and resolve plaintiffs' homeowner insurer claims asserted against Liberty Mutual, their homeowners insurer, in Liberty Mutual's favor. Accordingly, the PSC and Liberty Mutual request that the Court issue an order adopting its Order and Reasons of December 16, 2010 and dismissing all of plaintiffs' homeowner insurer claims herein and this lawsuit, with prejudice, each party to bear its own costs, specifically reserving any separate claims by these plaintiffs against any additional defendants. The PSC has contacted counsel for the individual homeowners in this case, Thomas and Marcelle D'Hemecourt, and they do not oppose this order.

- 2 -

**WHEREFORE**, the PSC and Liberty Mutual pray that the Court adopt its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) and dismiss plaintiffs' homeowner insurer claims and this lawsuit, with prejudice, each party to bear its own costs, specifically reserving to plaintiffs any separate claims by these plaintiffs against any additional defendants.

Dated:  March 4, 2011

Respectfully submitted,

*/s/ Russ M. Herman*
Russ M. Herman, 6819
Leonard A. Davis, 14190
Stephen J. Herman, 23129
HERMAN, HERMAN, KATZ
  & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
*Plaintiffs' Liaison Counsel*
And
Arnold Levin
Fred S. Longer
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN
  & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
*Plaintiffs' Lead Counsel*


*/s/ Catherine F. Giarrusso*
Judy Y. Barrasso, 2814
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:     (504) 589-9700
Facsimile:      (504) 589-9701
*Attorneys for Liberty Mutual Fire Insurance Company*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Joint Motion to Dismiss with Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2011.

                                                     <u>/s/ Leonard A. Davis</u>

D'Hemecourt (reserved)- Motion