# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L<br><br>JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hakenjos,* **No. 2:10-cv-02579**

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Plaintiffs Steering Committee ("PSC") and defendant Republic Fire and Casualty Insurance Company ("Republic") agree that the Court's Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) resolved similar issues seeking coverage under homeowner insurance policies for losses resulting from Chinese drywall and that the Court's reasons and conclusions should apply equally to this case and resolve Plaintiffs' claims asserted against Republic, their homeowners insurer, in Republic's favor. Accordingly, the PSC and Republic request that the Court issue an order adopting its Order and Reasons of December 16, 2010 dismissing all of Plaintiffs' homeowner insurance claims against Republic, with prejudice, with each party to bear its own costs. All other claims against all other defendants are hereby reserved. The PSC has contacted counsel for the individual homeowners in this case, Candace and Todd Hakenjos, and they do not oppose this order.

- 2 -

**WHEREFORE**, the PSC and Republic pray that the Court adopt its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) and dismiss Plaintiffs' homeowner insurance claims against Republic, with prejudice, and reserve Plaintiffs' rights against every other defendant, with each party to bear its own costs.

Dated: March 4, 2011

Respectfully submitted,

*/s/ Russ M. Herman*
Russ M. Herman, 6819
Leonard A. Davis, 14190
Stephen J. Herman, 23129
HERMAN, HERMAN, KATZ
 & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
*Plaintiffs' Liaison Counsel*

And

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN
 & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
*Plaintiffs' Lead Counsel*

>*/s/ Angie Arceneaux Akers*
>Jay M. Lonero, T.A., 20642
>Angie Arceneaux Akers, 26786
>Jennifer R. Kretschmann, 28646
>LARZELERE PICOU WELLS SIMSPON
>    LONERO, LLC
>Suite 1100 - Two Lakeway Center
>3850 N. Causeway Boulevard
>Metairie, LA   70002
>Telephone:  (504) 834-6500
>Facsimile:  (504) 834-6565
>
>*Attorneys for Republic Fire and Casualty Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Dismiss with Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2011.

>/s/ Leonard A. Davis