UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hakenjos,* **No. 2:10-cv-02579**

### O R D E R

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Joint Motion to Dismiss with Prejudice be and hereby is **GRANTED** and that the Court hereby adopts its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) as if issued in this case, and as a result, that certain lawsuit styled as *Hakenjos v. Republic Fire and Casualty Insurance Company* and bearing Case No. 10-cv-2579 c/w MDL No. 2047 on this Court's docket, all of the homeowners insurance claims asserted therein against Republic Fire and Casualty Insurance Company are hereby dismissed, with prejudice, specifically reserving Plaintiffs' rights against any and all other parties; each party to bear its own costs.

New Orleans, Louisiana, this ____ day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE