UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL 2047<br>SECTION: L<br>JUDGE: FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| *Suan Silvestri v. ASI Lloyds,*<br>Case No. 10-2762   : | : | |

### ORDER

Defendant filed a Motion for Summary Judgment in the above captioned matter. (R. Doc. 7782).  However, this case has been closed.  Accordingly, IT IS ORDERED that the Motion is DENIED AS MOOT.

NEW ORLEANS, LOUISIANA, this 4th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

cc:   Counsel of Record