UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Pate v. American International Specialty Lines Insurance Co.,* **No. 09-7791**
*Amato v. Liberty Mutual Insurance Co.,* **No. 10-932**

## AMENDED ORDER

The Court issued an Order on February 18, 2011 ordering that the parties in the above-captioned cases meet-and-confer and submit a draft mediation order to the Court within 15 days of that Order. (R. Doc. 7642). Because of issues beyond the parties' control and intervening holidays, the Court hereby extends the deadline for this submission until March 18, 2011.

NEW ORLEANS, LOUISIANA, this 4th day of March, 2011.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT COURT JUDGE