# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Cassagne,* **No. 2:10-cv-00928**

## O R D E R

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Joint Motion to Dismiss with Prejudice be and hereby

is **GRANTED** and that the Court hereby adopts its Order and Reasons of December 16, 2010

(Rec. Doc. No. 6670) as if issued in this case, and as a result, that certain lawsuit styled as

*Cassagne v. Republic Underwriters Insurance Company, Republic Fire & Casualty Insurance*

*Company, Republic Lloyds, and Republic-Vanguard Insurance Company* and bearing Case No.

10-cv-0928 c/w MDL No. 2047 on this Court's docket and all of the claims asserted therein are

hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE