UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| KENNETH AND BARBARA WILTZ, ET AL VS. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY, ET AL CASE NO. 2:10-cv-361 | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

TO:   Clerk of Court
      USDC, Eastern District of Louisiana
      500 Poydras Street, Room C-151
      New Orleans, LA 70130

Please take notice that undersigned counsel for defendants, Southern Star Construction Company, Inc., Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes (erroneously named as separate Defendants in this matter), request that their change of address and firm name be noted in the record of this matter and their new address and firm name be recorded as Loeb Law Firm, 839 Heavens Drive, Suite B, Mandeville, Louisiana 70471; Telephone (985) 778-0220; Facsimile (985) 246-5639.

Respectfully submitted,

LOEB LAW FIRM

BY: *Jonas P. Baker*
       J. SCOTT LOEB (#25771)
       JONAS P. BAKER (25563)
       839 Heavens Drive, Suite B
       Mandeville, Louisiana 70471
       Telephone:    (985) 778-0220
       Facsimile:    (985) 246-5639

Email: sloeb@loeb-law.com
jbaker@loeb-law.com

CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2011.

*Jonas P. Baker*
JONAS P. BAKER