UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| ALL CASES | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

Loeb Law Firm, counsel for defendants, Darwin Sharp Construction, LLC, Craftmaster, L.L.C., E. Jacob Fakouri Construction, Inc., McMath Construction, Inc., Penn Construction Company, L.L.C., Alvin R. Savoie & Associates, Inc., Savoie Construction, Inc., Savoie Real Estate Holdings, L.L.C., Southern Star Construction Company, Inc., Sun Construction, L.L.C. and Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes, give notice of their change of address and firm name and request that all further pleadings, motions, notices, filed documents or other communications be directed to the address below:

1

Loeb Law Firm
839 Heavens Drive, Suite B
Mandeville, Louisiana 70471
Telephone (985) 778-0220
Facsimile (985) 246-5639

                                    Respectfully submitted,

                                  LOEB LAW FIRM

                             BY: *Jonas P. Baker*
                                  J. SCOTT LOEB (#25771)
                                  JONAS P. BAKER (25563)
                                  839 Heavens Drive, Suite B
                                  Mandeville, Louisiana 70471
                                  Telephone:  (985) 778-0220
                                  Facsimile:   (985) 246-5639
                                  Email:        sloeb@loeb-law.com
                                                             jbaker@loeb-law.com

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of March, 2011.

                                                      *Jonas P. Baker*
                                                      JONAS P. BAKER