UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN ANDBETH PEYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

TO:   Clerk of Court
        USDC, Eastern District of Louisiana
        500 Poydras Street, Room C-151
        New Orleans, LA 70130

Please take notice that undersigned counsel for defendants, Darwin Sharp Construction, LLC, Craftmaster, L.L.C., E. Jacob Fakouri Construction, Inc., McMath Construction, Inc., Penn Construction Company, L.L.C., Alvin R. Savoie & Associates, Inc., Savoie Construction, Inc., Savoie Real Estate Holdings, L.L.C., Southern Star Construction Company, Inc., Sun Construction, L.L.C. and Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes, request that their change of address and firm name be noted in the record of this matter and their new address and firm name be recorded as Loeb Law Firm, 839 Heavens Drive, Suite B,

1

Mandeville, Louisiana 70471; Telephone (985) 778-0220; Facsimile (985) 246-5639.

        Respectfully submitted,

        LOEB LAW FIRM

   BY: *Jonas P. Baker*
        J. SCOTT LOEB (#25771)
        JONAS P. BAKER (25563)
        839 Heavens Drive, Suite B
        Mandeville, Louisiana 70471
        Telephone:   (985) 778-0220
        Facsimile:   (985) 246-5639
        Email:   sloeb@loeb-law.com
                jbaker@loeb-law.com

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of March, 2011.

        *Jonas P. Baker*
        JONAS P. BAKER