Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0426

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bill Gregory Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Georgia** ) ss.
County of: **Gwinnett** )

**Name of Server:** **Tim Quinn**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27** day of **October**, 20 **10**, at **6:27** o'clock **P** M

**Place of Service:** at **3775 Creekwood Circle**, in **Loganville, GA  30052**

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement
to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bill Gregory Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Bill Gregory**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Grey/Bld** Facial Hair **yes**
Approx. Age **51** ; Approx. Height **6'1** ; Approx. Weight **265**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tim Quinn*
Signature of Server

Subscribed and sworn to before me this **27** day of **October**, 20 **10**

Notary Public                    (Commission Expires)
Notary Public, Gwinnett County, Georgia
My Commission Expires Dec. 30, 2011

**APS International, Ltd.**