Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0231

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--First Choice Drywall Service, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4th** day of **November**, 20 **10**, at **2:10** o'clock **P** M

**Place of Service:** at **26690 Bridgeport Lane**, in **Bonita Springs, FL 34125**

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**First Choice Drywall Service, Inc**
By delivering them into the hands of an **Co-resident** whose name and title is: **Elda Arredondo, mother/co-resident with Gabriela Arredondo, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color/Race - **Hispanic**; Hair Color **Brown**; Facial Hair ____
Approx. Age **55**; Approx. Height **5'2"**; Approx. Weight **110 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server   # 157299

Subscribed and sworn to before me this **9th** day of **November**, 20 **10**
_____
Notary Public        (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012