Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0250

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HPH Homes
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Alabama_ ) ss.
County of: _Shelby_ )

**Name of Server:** _Daniel Moore_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _12_ day of _Oct_, 20 _10_, at _12:15_ o'clock _P_ M

**Place of Service:** at _2236 Cahaba Valley Dr., Ste 100_, in _Birmingham, AL 33542_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
HPH Homes

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Bethany David_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _brown_ ; Facial Hair ____
Approx. Age _30_ ; Approx. Height _5'9"_ ; Approx. Weight _125_

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel Moore_
Signature of Server

Subscribed and sworn to before me this _5_ day of _Nov_, 20 _10_

_Mark Moss_
Notary Public     (Commission Expires)

**APS International, Ltd.**

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014