Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0367

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Lee Roy Jenkins
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __October__, 20 __10__, at __11:45__ o'clock __A__ M

**Place of Service:** at __37 Spruce Drive__, in __Covington, LA  70433__

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lee Roy Jenkins**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of __Mrs. Lee Roy Jenkins__, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Lee Roy Jenkins**
at the place of service, and whose relationship to the person is: __Co Owner / Spouse__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __Cauc__; Hair Color __Red__; Facial Hair __No__
Approx. Age __65__; Approx. Height __5'5"__; Approx. Weight __170__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Kennith Landry__
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __11th__ day of __October__, 20 __10__
Tenure for Life
Notary Public                    (Commission Expires)

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY