Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

CIVIL ACTION GROUP
APS INTERNATIONAL

Law Firm Requesting Service:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Pride Homes of Lakes by the Bay-Parcel H, LLC
Court Case No. 09-7628

State of: _Florida_ ) ss.
County of: _Dade_ )

| | |
|---|---|
| **Name of Server:** | **Donna Baden** , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on  **02-Nov-2010 10:10 am** |
| **Place of Service:** | at   **12448 SW 127th Avenue** , city of   **Miami** , state of **FL** |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Pride Homes of Lakes by the Bay-Parcel H, LLC** By delivering them into the hands of an officer or managing agent whose name and title is **Lucy Palacio, Manager** . |
| **Description of Person Receiving Documents** | The person receiving documents is described as follows: Sex  **F** ; Skin Color  **white** ; Hair Color **salt and pepper**; Facial Hair Approx. Age  **52** ; Approx. Height  **5'02"** ; Approx. Weight  **120** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. _(signature)_ Signature of Server | Subscribed and sworn to before me this 8th· day of  November , 20 10 _(signature) Doris F Collins_ Notary Public      (Commission Expires) |

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File:

NOTARY PUBLIC STATE OF FLORIDA
Notary Public State of Florida
Doris F Collins
My Commission DD718181
Expires 08/28/2011