Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0473

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vintage Properties, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

**Date/Time of Service:** that on the 1st day of Novemeber, 20 10, at 12:40 o'clock P. M

**Place of Service:** at 151 W Bears Club Dr, in Jupiter, FL 33477

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Vintage Properties, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mr. Gene Suttin, Owner / Managing Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex 70 : Skin Color White : Hair Color White : Facial Hair
Approx. Age 70 : Approx. Height 5'5" : Approx. Weight 150

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
Michael Rocco
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
2nd day of November, 20 10
Jonathan Levy
Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.