Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0475

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--D.R. Horton, Inc., c/o CT Corporation System
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Texas_ ) ss.
County of: _Dallas_ )

**Name of Server:** _Brandon Sachse_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _12_ day of _November_, 20_10_, at _2:50_ o'clock _P_ M

**Place of Service:** at _350 N. St. Paul, Ste. 2900_, in _Dallas, TX 75201_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
D.R. Horton, Inc., c/o CT Corporation System
By delivering them into the hands of an officer or managing agent whose name and title is: _Sandy Galicia, Authorized Agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Hispanic_ ; Hair Color _Black_ ; Facial Hair _n/a_
Approx. Age _28_ ; Approx. Height _5'5"_ ; Approx. Weight _160_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this _15_ day of _November_, 20_10_

_Kayleigh Morrow_
Notary Public            (Commission Expires)

**APS International, Ltd.**

KAYLEIGH CHRISTINE MORROW
MY COMMISSION EXPIRES
November 2, 2013