Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--84 Lumber Company
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **PA** ) ss.
County of: **WASHINGTON** )

**Name of Server:** **CARMEN J CICCARELLI**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15TH** day of **DECEMBER**, 20 **10**, at **1235** o'clock **P** M

**Place of Service:** at **1019 Route 519**, in **Eighty Four, PA 15330**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**84 Lumber Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **CHARLOTTE McCLELLAN (ADMINISTRATIVE LEGAL ASSISTANT)**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **WHITE**; Hair Color **BLOND**; Facial Hair ____
Approx. Age **45**; Approx. Height **5'9**; Approx. Weight **220**

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  12/15/10

Subscribed and sworn to before me this **16TH** day of **DECEMBER**, 20 **10**

Notary Public                    (Commission Expires)

**APS International, Ltd.**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert D. Stauffer Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2013
Member, Pennsylvania Association of Notaries