Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0151

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Global Home Builders, of the Treasure Coast, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Martin )

**Name of Server:** Amy M. Kreyling, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15 day of December, 20 10, at 10:45 o'clock, A M

**Place of Service:** at 217 E. Ocean Blvd., in Stuart, FL 34994

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Global Home Builders, of the Treasure Coast, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Pam Coleman - Receptionist, as Substitute registered Agent in absence of R/A Leif Grazi, ESQ, in accordance to FL statutes.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color brown ; Facial Hair —
Approx. Age 38-42 ; Approx. Height 5'4" ; Approx. Weight 115 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Kreyling
Signature of Server

Subscribed and sworn to before me this 15 day of December, 20 10

_____ 7-14-12
Notary Public      (Commission Expires)

APS International, Ltd.



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services