Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0211

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Maronda Homes, Inc. of Florida
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Seminole )

**Name of Server:** J. N. Meadows, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of December, 20 10, at 10:30 o'clock A M

**Place of Service:** at 3993 West First Street, in Sanford, FL 32771

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Maronda Homes, Inc. of Florida**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Wayne Von Dreele, Executive Vice President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Gray; Facial Hair Beard
Approx. Age 50's; Approx. Height 5'10"; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
J. N. Meadows
APS International, Ltd. #423-mea

Subscribed and sworn to before me this 15 day of December, 20 10

Notary Public   (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission #DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC