Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0369

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Ryland Group, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** __James A Alo1__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16__ day of __Dec__, 20 __10__, at __1059__ o'clock __A__ M

**Place of Service:** at __1201 Hays Street__, in __Tallahassee, FL 32301__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Ryland Group, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Joyce Markley - Process Clerk__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Blk__; Facial Hair ____
Approx. Age __41__; Approx. Height __5'8__; Approx. Weight __151__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__12-16-10__
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __16__ day of __Dec__, 20 __10__

__Dennis C. Gilhousen__
Notary Public (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019