Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0348

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--USG Corporation, co The Corporation Trust Company

Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**State of:** Delaware ) ss.
**County of:** New Castle )

**Name of Server:** Adam Golden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of December, 20 10, at 11:35 o'clock A M

**Place of Service:** at Corporation Trust Center, 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
USG Corporation, co The Corporation Trust Company
By delivering them into the hands of an officer or managing agent whose name and title is: Scott LaScala (Operations Mngr)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Cauc. ; Hair Color brn ; Facial Hair ___
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 230

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 13 day of Dec, 20 10

Notary Public (Commission Expires)

GIOVANNA MESSINA
MY COMMISSION EXPIRES JULY 9, 2012
NOTARY PUBLIC STATE OF DELAWARE

**APS International, Ltd.**