Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0198

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Big River Construction and Remodeling Co., Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
LIVINGSTON ~~County~~ of: _PARISH_ )

| | |
|---|---|
| **Name of Server:** | _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _9th_ day of _December_, 20 _10_, at _5:17_ o'clock _P_ M |
| **Place of Service:** | at _6673 Lasalle_, in _Baton Rouge, LA 70806_ |
| **Documents Served:** | the undersigned served the documents described as:<br>**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**<br>**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Big River Construction and Remodeling Co., Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _Gay McArdle, Owner_ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex _F_ ; Skin Color ~~Brown~~ _White_ Hair Color _Blond_ ; Facial Hair _n/a_<br>Approx. Age _50 yrs_ ; Approx. Height _5'6"_ ; Approx. Weight _140 lb_<br>☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br>_Tom Cassisa_<br>Signature of Server | Subscribed and sworn to before me this _10th_ day of _DECEMBER_, 20 _10_<br>_James [signature]_  4/29/13<br>Notary Public     (Commission Expires) |

**APS International, Ltd.**