| | |
|---|---|
| Sean and Beth Payton, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 108015-0138

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
　--Finish One Drywall, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
Parish of: **LIVINGSTON** )

**Name of Server:** **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **December**, 20 **10**, at **6:28** o'clock **P** M

**Place of Service:** at **1265 Sherwood Forrest Blvd.**, in **Baton Rouge, LA 70815**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Finish One Drywall, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kerri Carrier, Owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **N/A**
Approx. Age **35yr**; Approx. Height **5'4"**; Approx. Weight **120lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

　　　　　　Subscribed and sworn to before me this **10th** day of **DECEMBER**, 20 **10**

_Tom Cassisa_　　　　　　_James Gillich_ 4/29/13
Signature of Server　　　　　Notary Public　　(Commission Expires)

**APS International, Ltd.**