Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0328

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Kemah Construction, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish County of: _LIVINGSTON_ )

**Name of Server:** _TOM CASSISA_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9th_ day of _December_, 20 _10_, at _10:03_ o'clock _A_ M

**Place of Service:** at _9425 Burbank Dr._, in _Baton Rouge, LA 70810_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Kemah Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer, or managing agent whose name and title is: _Simmitt Bankston, President_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _N/A_
Approx. Age _55yr_; Approx. Height _6'8"_ ; Approx. Weight _200 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this
_10TH_ day of _DECEMBER_, 20 _10_

_[signature]_ 4/29/13
Notary Public           (Commission Expires)

**APS International, Ltd.**