Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 106415-0245

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Anthony Skrmetti
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R. GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10_ day of _NOVEMBER_, 20_10_, at _5:40_ o'clock _P_ M

**Place of Service:** at ~~130 Daniels Way~~ _96 DANIELS WAY_ JRG, in ~~Perkinston~~ _SAUCIER_ JRG, MS ~~39573~~ _39574_ JRG

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Anthony Skrmetti
[✓] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _ANTHONY SKRMETTI_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Anthony Skrmetti at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_; Skin Color _WHITE_; Hair Color _GRAY_; Facial Hair ____
Approx. Age _50-62_; Approx. Height _5'10_; Approx. Weight _180_

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_
**APS International, Ltd.**

Subscribed and sworn to before me this _10_ day of _November_, 20_10_
_Corinna Eaton_ _10/31/14_
Notary Public (Commission Expires)

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 97444, CORINNA EATON, Commission Expires Oct. 31, 2014, HARRISON COUNTY]