Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0423

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Crown Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _North Carolina_ ) ss.
County of: _Haywood County_

**Name of Server:** _H.B. McGregor_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8th_ day of _November_, 20 _10_, at _5:59_ o'clock _P_ M

**Place of Service:** at _72 Running Deer Road_, in _Franklin, NC 28734_

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Crown Builders, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Arthur Sadagursky, Jr. President and Owner of Crown Builders, Inc._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _Male_ Skin Color _White_ : Hair Color _Brown_; Facial Hair _none_
Approx. Age _49_ : Approx. Height _5'6"_ ; Approx. Weight _190 lbs_.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_H.B. McGregor_
Signature of Server

Subscribed and sworn to before me this
_9th_ day of _November_, 20 _10_
_Claudia A. McGregor_
Notary Public   (Commission Expires)
My Commission Expires 8-8-2012

APS International, Ltd.

(Notary seal: CLAUDIA A MCGREGOR NOTARY PUBLIC HAYWOOD COUNTY, NC)