Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0012

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Alabanese-Popkin,, The Oaks Development Group, LP
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Palm Beach** )
Name of Server: **Michael Rocco**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **December**, 20**10**, at **12:37** o'clock **P.** M

Place of Service: at **1200 S Rogers Circle, #11**, in **Boca Raton, FL 33487**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Alabanese-Popkin,, The Oaks Development Group, LP**
By delivering them into the hands of an officer or managing agent whose name and title is: **Nick Albanses, Managing Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **25** ; Approx. Height **5'6"** ; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco /s/ Michael Rocco
Signature of Server

Subscribed and sworn to before me this
**11th** day of **December**, 20 **10**
Jonathan Levy
Notary Public      (Commission Expires)

**APS International, Ltd.**