Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0075

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply Company
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10_ day of _December_, 20_10_, at _6:35_ o'clock _A_ M

**Place of Service:** at _810 Passroad_, in _Gulfport, MS_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company**
By delivering them into the hands of an officer or managing agent whose name and title is: _Jami Welsh — Accounting Clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair ____
Approx. Age _21-35_ ; Approx. Height _5'6_ ; Approx. Weight _150_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
_13th_ day of _December_, 20 _10_

_Sharon M McKinney_  11-19-2014
Notary Public   (Commission Expires)

[Notary seal: STATE OF MISSISSIPPI, SHARON M. McKINNEY, ID No 54413, Comm Expires Nov. 19, 2014, NOTARY PUBLIC, HARRISON COUNTY]