Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by


# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0085

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Pampano, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __CARLOS AGUIRRE__ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __13Th__ day of __December__ , 20 __10__ , at __10:10__ o'clock __A__ M

**Place of Service:** at  GY Coporate Services, Inc.                                 , in   Miami, FL  33131
Two South Biscayne Blvd., Ste. 3400

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Company Pampano, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: __Mark Scheer President of GY Corp. Services__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __BROWN__ ; Facial Hair _____
Approx. Age __45__ ; Approx. Height __5'7__ ; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
__13__ day of __December__ , 20 __10__

_____
Notary Public          (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014