**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** | **MDL DOCKET: 2047** |
| **DRYWALL PRODUCTS LIABILITY** | **SECTION: L** |
| **LITIGATION** | |
| | |
| | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | **MAG. JUDGE WILKINSON** |
| **ALL CASES** | |

_____/

**BANNER SUPPLY ENTITIES' MEMORANDUM IN SUPPORT OF ITS MOTION TO LIFT STAY AS TO BANNER SUPPLY ENTITIES' MOTION TO DISMISS CLAIMS OF PLAINTIFFS WHO COMPLETELY FAILED TO COMPLY WITH DISCOVERY AND THIS COURT'S ORDER TO FILE PROFILE FORMS**

COMES NOW Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities"), named Defendants in the above-styled action, and moves this Honorable Court to lift the Stay in this matter for the limited purpose of addressing Banner's Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply With Discovery and This Court's Order to File Profile Forms.

Because Plaintiffs have failed to respond both to discovery requests from Defendants as well as instructions in an order from this Court to provide profile forms, Banner now seeks to lift the Stay in this matter so that this Court may address Plaintiffs failure to participate in this litigation process and dismiss the claims of those Plaintiffs that have failed to provide a profile forms.

Banner respectfully requests that the Court schedule a hearing on its Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply With Discovery and This Court's Order to File Profile Forms at the next Motion Hearing, or at a date and time set by the Court.

Respectfully submitted, this 7th day of March, 2011.

> **WEINBERG, WHEELER, HUDGINS,**
> **GUNN & DIAL, LLC**
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
> Georgia Bar Number: 560679
> 3344 Peachtree Road, Suite 2400
> Atlanta, GA  30326
> Telephone (404)876-2700
> npanayo@wwhgd.com
> ***Counsel for Banner Supply Company; Banner Supply***
> ***Company Fort Myers, LLC; Banner Supply Company***
> ***Tampa, LLC; Banner Supply Company Pompano, LLC;***
> ***and Banner Supply International, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Banner Supply Entities' Memorandum in Support of Its Motion To Lift Stay As To Banner Supply Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply with Discovery and this Court's Order to File Profile Forms** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 7th day of March, 2011.

> WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**