UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Having considered Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities") Motion to Lift the Stay as to Banner Supply Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply With Discovery And This Court's Order to File Profile Forms and Memorandum of Law in Support,

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited purpose of addressing Banner Supply Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply With Discovery And This Court's Order to File Profile Forms.

New Orleans, Louisiana, this ___ day of March, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge