# EXHIBIT A

Chinese Drywall
Missing Plaintiff Profile Forms

| Last Name | First Name | Property St Number | Property Street Name | Unit Building | City | State | Zip Code | Action | Case No |
|---|---|---|---|---|---|---|---|---|---|
| Abreu | Daniel | 9828 | NW 135 Street | | Hialeah Gardens | FL | 33018 | Abreu | 2:11cv00252 |
| Adamson | Andre | 5650 | NW 54 Avenue | | Tamarac | FL | 33319 | Wiltz | 2:10cv00361 |
| Alcindor | Nancy Robert | 3603 | NW 14 Court | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Ameneiro | Gino Sandra | 2239 | SE 19 Avenue | | Homstead | FL | 33035 | Amato | 2:10cv00932 |
| Anderson | Samuel Gregory | 240 | West End Avenue | Unit 911 | Punta Gorda | FL | 33950 | Wiltz | 2:10cv00361 |
| Andrews | Tia | 3930 | SW 52 Avenue | Unit 5 | Pembroke Park | FL | 33023 | Payton | 2:09cv07628 |
| Aria Condominium | | 516 | Hendricks Isle | Unit 3C | Fort Lauderdale | FL | 33307 | Payton | 2:09cv07628 |
| Bacchus | Kendra | 3579 | NW 14 Court | | Lauderhill | FL | 33311 | Abreu | 2:11cv00252 |
| Banks | James | 9162 | Estero River Circle | | Estero | FL | 33928 | Payton | 2:09cv07628 |
| Bartley | Patricia | 3511 | NW 14 Court | | Lauderhill | FL | 33311 | Abreu | 2:11cv00252 |
| Bautenberg | Lee | 6899 | Julia Gardens Drive | | Coconut Creek | FL | 33073 | Payton | 2:09cv07628 |
| Bernard | Lucille | 2421 | NE 65 Street | Unit 213 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Blind | Christina John | 5135 | NW Aljo Circle | | Port St. Lucie | FL | 34986 | Abreu | 2:11cv00252 |
| Block | Robert W III | 961 | Fern Drive | | Delray Beach | FL | 33483 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 202-1 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 194-2 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 178-1 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 214-2 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 206-1 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 198-1 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 198-4 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 194-1 | Cape Coral | FL | 33991 | Gross | 2:09cv06690 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 194-3 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 194-4 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 190-2 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 182-4 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 202-3 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 174-1 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 178-2 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 178-3 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 101 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 103 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 104 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 201 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 202 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 203 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 204 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 503 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 1101 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 1301 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 1302 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 1401 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 1402 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 1403 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water Condominium Assoc | | 201 | Shadroe Cove Circle | Unit 1404 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blue Water Condominium Association | | 178 | Shadroe Cove Circle | Unit 901 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water Condominium Association | | 221 | Shadroe Cove Circle | Unit 1303 | Cape Coral | FL | 33991 | Abreu | 2:11cv00252 |
| Blue Water of Cape Coral | | 175 | Shadroe Cove Circle | Unit 1101 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water of Cape Coral | | 210 | Shadroe Cove Circle | Unit 202 | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Blue Water of Cape Coral | | 194 | Shadroe Cove Circle | Unit 604 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water of Cape Coral | | 174 | Shadroe Cove Circle | Unit 1001 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water of Cape Coral | | 174 | Shadroe Cove Circle | Unit 1002 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water of Cape Coral | | 178 | Shadroe Cove Circle | Unit 902 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water of Cape Coral | | 178 | Shadroe Cove Circle | Unit 903 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water of Cape Coral | | 202 | Shadroe Cove Circle | Unit 401 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water of Cape Coral | | 202 | Shadroe Cove Circle | Unit 403 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water of Cape Coral | | 194 | Shadroe Cove | Unit 602 | Cape Coral | FL | 33991 | | |
| Blue Water of Cape Coral | | 174 | Shadroe Cove Circle | Unit 1004 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Blue Water of Cape Coral | | 198 | Shadroe Cove Circle | Unit 902 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blue Water of Cape Coral | | | | | | | | | |
| Hilll | Jerry Sharon | 194 | Shadroe Cove Circle | Unit 601 | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Bruce | Erick Jamie | 3469 | GulfStream Way | | Davie | FL | 33328 | Payton | 2:09cv07628 |
| Bryson | Diane | 1045 | Venetian Drive | Unit 204 | Melbourne | FL | 32901 | Wiltz | 2:10cv00361 |
| Burkhart | Michael Sandra | 3621 | SW 3 Street | | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Burrow | Lyneen Bret | 198 | Shadroe Cove Circle | Unit 501 | Cape Coral | FL | 33991 | Gross | 2:09cv06690 |
| Cabrera | Israel Diana | 8037 | W 36 Avenue | Unit 2 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Campuzano | Oscar | 9955 | SW 140 Street | | Miami | FL | 33157 | Abreu | 2:11cv00252 |
| Caretti | Pigi | 544 | Loretto Avenue | Unit 17 | Coral Gables | FL | 33146 | Payton | 2:09cv07628 |
| Casanas | Dulce | 8019 | W 36 Avenue | Unit 2 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |
| Case | Ronald | 240 | West End Drive | Unit 613 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Cavallaro | Christopher | 2421 | NE 65 Street | Unit 2-411 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Cavallaro | Christopher | 2421 | NE 65 Street | Unit 2-511 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Clark | Albert | 2421 | NE 56 Street | Unit 502 | Fort Lauderdale | FL | 33313 | Abreu | 2:11cv00252 |
| Clay | Aygemang | 3532 | NW 14 Court | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Coombs | Sheri Thomas | 3454 | Lago de Talavera | | Wellington | FL | 33467 | Wiltz | 2:10cv00361 |
| Coral Vista Condominium Association | | 1209 | Diplomat Parkway E | Unit 1 | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Coral Vista Condominium Association | | 1209 | Diplomat Parkway E | Unit 2 | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |

5

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coral Vista Condominium Association | | 1209 | Diplomat Parkway E | Unit 3 | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Coral Vista Condominium Association | | 1209 | Diplomat Parkway E | Unit 4 | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Daley | Oniskie Aneki | 3505 | NW 14 Court | | Lauderhill | FL | 33311 | Abreu | 2:11cv00252 |
| D'Aprile | Anthony Marcia | 190 | Shadroe Cove Circle | Unit 702 | Cape Coral | FL | 33991 | Gross | 2:09cv06690 |
| Darlington | Ruth | 3599 | NW 14 Court | | Lauderhill | FL | 33311 | Abreu | 2:11cv00252 |
| Dawkins | Christine | 3503 | NW 14 Court | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Deane | Lois Robert | 2225 | SE 20 Avenue | | Homestead | FL | 33035 | Payton | 2:09cv07628 |
| Derov | Ronald | 1209 | Diplomat Parkway E | Unit 2 | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Doerre | Christopher | 5280 | Tamiami Court | | Cape Coral | FL | 33904 | Abel | 2:11cv00080 |
| Dunbar | Michael | 1045 | Venetian Drive | Unit 104 | Melbourne | FL | 32904 | Abel | 2:11cv00080 |
| Eckersley Hahn | Joan Gary | 2421 | NE 65 Street | Unit 305 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Elwood Leonardo | Robert Stanley Santa | 2210 | 3 Place SW | | Vero Beach | FL | 32962 | Abreu | 2:11cv00252 |
| Escalona Delgado Lavin Lavin | Ileana Ruben Eduardo Esperanza | 8141 | W 36 Avenue | Unit 4 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |
| Espada | Carlos Elizabeth | 6338 | Cherry Blossom Trail | | Gibsonton | FL | 33534 | Wiltz | 2:10cv00361 |
| Estreval | Claire | 3518 | NW 14 Court | | Lauderhill | FL | 33311 | Abreu | 2:11cv00252 |
| Etter | Cathy Steve | 18894 | SE Jupiter Inlet Way | | Tequesta | FL | 33469 | Payton | 2:09cv07628 |
| Evans | Robyn | 1045 | Venetian Drive | Unit 102 | Melbourne | FL | 32904 | Wiltz | 2:10cv00361 |
| Farmer | Connie Tracie Richard | 5912 | French Creek Court | | Ellenton | FL | 34222 | Amato | 2:10cv00932 |

6

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Feld | Alan | 13506 | Citrus Creek Court | | Fort Myers | FL | 33905 | Abreu | 2:11cv00252 |
| Fernandez | Reinaldo Raquel | 8157 | NW 108 Court | | Doral | FL | 33178 | Payton | 2:09cv07628 |
| Fernandez | Frederico Maria | 8061 | W 36 Avenue | Unit 1 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Field | Leslie Ted | 10420 | Majestic Court | | Parkland | FL | 33076 | Payton | 2:09cv07628 |
| Fleck | Joe | 554 | Loretto Avenue | Unit 15 | Coral Gables | FL | 33146 | Payton | 2:09cv07628 |
| Fordham Caron | Matthew Jaclyn | 407 | SW 28 Place | | Cape Coral | FL | 33991 | Abreu | 2:11cv00252 |
| Fraser | Blanche | 13566 | Citrus Creek Court | | Fort Myers | FL | 33905 | Payton | 2:09cv07628 |
| Frederic | Clifford | 3546 | NW 14 Court | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Freijo | Isis | 8049 | W 36 Avenue | Unit 7 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |
| Ghent | Carol | 2421 | NE 6 Street | Unit 415 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Ghent Stovall | Carol Wilma | 2421 | NE 65 Street | Unit 415 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Gibson | Susan Wayne | 2454 | Harrison Place | | Lakeland | FL | 33810 | Gross | 2:09cv06690 |
| Gomez | Iveth | 8129 | W 36 Avenue | Unit 1 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Gonzalez | Castill Boris Petra | 8141 | W 36 Avenue | Unit 322 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Grace | Anthony Shewanda | 3607 | NW 14 Court | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Grant | Claudette | 3507 | NW 14 Court | | Lauderhill | FL | 33311 | Abreu | 2:11cv00252 |
| Grant | Allison Kenneth | 10400 | SW Stephanie Way | Unit 105 | Port St. Lucie | FL | 34987 | Wiltz | 2:10cv00361 |
| Grayson | Serafina Mark | 2921 | Dayton Drive | | Winter Haven | FL | 33884 | Wiltz | 2:10cv00361 |
| Griffin | David | 9801 | Cobblestone Creek Drive | | Boynton Beach | FL | | Payton | 2:09cv07628 |
| Griffin | Beth | 9885 | Cobblestone Creek Drive | | Boynton Beach | FL | 33472 | Payton | 2:09cv07628 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Groves | Margaret Glenn | 13546 | Citrus Creek Court | | Fort Myers | FL | 33905 | Payton | 2:09cv07628 |
| Guerrazzi | Enrique | 8019 | W 36 Avenue | | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Harbison | Angela Kirk | 144 | SE 6 Street | | Cape Coral | FL | 33990 | Harbison | 2:09cv01224 |
| Hart | Dornea | 3606 | NW 13 Street | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Harwick | Michael | 14125 | Stowbridge Avenue | | Tampa | FL | 33626 | Gross | 2:09cv06690 |
| Haseltime | Joanne James | 12020 | Creole Court | | Parrish | FL | 34219 | Wiltz | 2:10cv00361 |
| Herrera | Francisco | 6034 | NW 116 Drive | | Coral Springs | FL | 33076 | Wiltz | 2:10cv00361 |
| Higginbothom | Marcus | 900 | E Marion Avenue | Unit 1403 | Punta Gorda | FL | 33950 | Wiltz | 2:10cv00361 |
| Hill | Brian | 1443 | NW 36 Way | | Lauderhill | FL | 33311 | Abreu | 2:11cv00252 |
| Horowitz | Judith | 6838 | Long Leaf Drive | | Parkland | FL | 33076 | Payton | 2:09cv07628 |
| Houston | Debra | 10440 | SW Stephanie Way | | Port St. Lucie | FL | 34986 | Payton | 2:09cv07628 |
| Hoxter | Scott | 1660 | Renaissance Commons Boulevard | Unit 2603 | Boynton Beach | FL | 33426 | Payton | 2:09cv07628 |
| Irvin | Timothy Karen | 1690 | Renaissance Commons Boulevard | Unit 1216 | Boynton Beach | FL | 33426 | Hobbie | 2:10cv01113 |
| Jackson | Dorothy Doug | 3714 | SW 4 Lane | | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Jackson | Earl Patricia | 136076 | Citrus Creek Court | | Fort Myers | FL | 33905 | Payton | 2:09cv07628 |
| Jacobsen | Rhonda Kevin | 1829 | NW 20 Avenue | | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Jacobson | Kevin Rhonda | 1829 | NW 20 Avenue | | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Jaen | Ruben | 10320 | SW Stephanie Way | Unit 202 | Port St. Lucie | FL | 34987 | Abel | 2:11cv00080 |
| Jaen | Ruben Angela | 7100 | NE 7 Avenue | | Boca Raton | FL | 33487 | Payton | 2:09cv07628 |
| Jamel Investment Inc | | 13430 | SW 192 Street | | Miami | FL | 33177 | Payton | 2:09cv07628 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jenkins | Creig Maria | 1423 | NW 36 Way | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Johnson | Andre C | 11375 | Canyon Maple Boulevard | | Davie | FL | 33330 | Wiltz | 2:10cv00361 |
| Kennedy Machado | Phillip Lyzet | 8055 | W 36 Avenue | Unit 1 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Keppler, LLC | | 6701 | Jonathan's Bay Circle | Unit 501 | Fort Myers | FL | 33908 | Gross | 2:09cv06690 |
| Ketchum | Carlos Dorothy | 4148 | NE 16 Street | | Homestead | FL | 33033 | Abreu | 2:11cv00252 |
| Kluetz | James | 2421 | NE 65 Street | Unit 2-412 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Kurutz | Stephen Barbara | 1982 | SE 23 Court | | Homestead | FL | 33035 | Payton | 2:09cv07628 |
| Kynard | Wylie | 3509 | NW 14 Court | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Labo, LLC | | 900 | E Marion Drive | Unit 1303 | Punta Gorda | FL | 33950 | Abel | 2:11cv00080 |
| LaManno Paglivca | Eric Michael | 455 | 22 Avenue SW | | Vero Beach | FL | 32967 | Abreu | 2:11cv00252 |
| Lapriola | Randy Amy | 186 | Spring Valley Avenue | | Sebastian | FL | 32958 | Abreu | 2:11cv00252 |
| Lauderdale One Condo Association | | 240 | NE 65 Street | ALL UNITS IN BLDG 2 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Leidig | Milton | 240 | West End Drive | Unit 922 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Lemos | Jose | 3514 | NW 14 Court | | Lauderhill | FL | 33311 | Abreu | 2:11cv00252 |
| Lenzinger | Charles Nicole Coletta | 2401 | NE 65 Street | Unit 2-315 | Fort Lauderdale | FL | 33308 | Abreu | 2:11cv00252 |
| Leonard | Jeff | 26092 | Waterfowl Lane | | Punta Gorda | FL | 33983 | Payton | 2:09cv07628 |
| Litten | Randall | 2235 | SE 20 Avenue | | Homestead | FL | 33035 | Payton | 2:09cv07628 |
| Lopez | David | 8141 | W 36 Avenue | Unit 6 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Luz Navarro Rovira | Angela Carlos Racquel | 8165 | W 36 Avenue | Unit 4 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |

9

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M&F Development LLC | | 3056 | New York Street | | Miami | FL | 33133 | Rogers | 2:10cv00362 |
| M&F Development LLC | | 3058 | New York Street | | Miami | FL | 33133 | Rogers | 2:10cv00362 |
| M&F Development LLC | | 3062 | New York Street | | Miami | FL | 33133 | Rogers | 2:10cv00362 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 411 | Punta Gorda | FL | 33950 | Wiltz | 2:10cv00361 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 421 | Punta Gorda | FL | 33950 | Wiltz | 2:10cv00361 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 611 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 612 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 613 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 621 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 1021 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 1022 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 1023 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 1313 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 1322 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 1513 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations | | 240 | West End Avenue | Unit 1523 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations Villalis | Maria | 240 | West End Avenue | Unit 1423 | Punta Gorda | FL | 33950 | Payton | 2:09cv07628 |
| Magdalena Gardens Condo Associations Villegas | Hiram | 240 | West End Avenue | Unit 123 | Punta Gorda | FL | 33950 | Wiltz | 2:10cv00361 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Magdalena Gardens Condomium Association | | 240 | West End Drive | Unit 1102 | Punta Gorda | FL | 33950 | | |
| Magdalena Gardens Condomium Association | | 240 | West End Drive | Unit 1103 | Punta Gorda | FL | 33950 | | |
| Mahoney | Michael | 13566 | Citrus Creek Court | | Fort Myers | FL | 33905 | Payton | 2:09cv07628 |
| Manso | Jorge Jose | 8099 | W 36 Avenue | Unit 4 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Marquina | Belkys | 8141 | W 36 Avenue | Unit 5 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Marquina | Belkys | 8129 | W 36 Avenue | Unit 5 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |
| Marrero | Ingrid | 8105 | W 36 Avenue | Unit 4 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |
| McNabb | Fred Anh | 10750 | Carlton Road | | Port St. Lucie | FL | 34987 | Abreu | 2:11cv00252 |
| Mendez | Jesse | 8141 | W 36 Avenue | Unit 2 | Hialeah | FL | 33108 | Wiltz | 2:10cv00361 |
| Mihalyi-Marlieb | Adriana | 9460 | Eden Manor Parkway | | Parkland | FL | 33076 | Abreu | 2:11cv00252 |
| Miller | Craig Danyell | 1045 | Venetian Drive | Unit 203 | Melbourne | FL | 32904 | Wiltz | 2:10cv00361 |
| Miller | Rene | 23548 | SW 112 Court | | Miami | FL | 33032 | Payton | 2:09cv07628 |
| Mocny | Marianne | 2421 | NE 65 Street | Unit 2-102 | Fort Lauderdale | FL | 33308 | Abreu | 2:11cv00252 |
| Moreno Hernandez | Cesar A. Mercedes | 11392 | NW 84 Terrace | | Doral | FL | 33178 | Abreu | 2:11cv00252 |
| Moulton | Mary L. | 15000 | Pierce Street | | Miami | FL | 33176 | Abreu | 2:11cv00252 |
| Mulero | Juan | 2730 | SW 26 Street | | Miami | FL | 33133 | Payton | 2:09cv07628 |
| Nicholls | Richard | 9162 | Estero River Circle | | Estero | FL | 33928 | Payton | 2:09cv07628 |
| Nobo | Raquel | 8001 | W 36 Avenue | Unit 2 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Nobo | Raquel | 8100 | W 36 Avenue | Unit 2 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |
| Ochoa Montoya | Luis Elizabeth | 11462 | NW 84 Terrace | | Miami | FL | | | |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Onsott | Margaret | 1948 | Cocco Palm Place (SE 16 Street) | | Lauderdale by the Sea | FL | 33062 | Payton | 2:09cv07628 |
| Orovio | Irdio Maria | 4299 | E 10 Court | | Hialeah | FL | 33013 | Payton | 2:09cv07628 |
| Ortiz Diaz | Daysi Rafael | 8199 | W 36 Avenue | Unit 10 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |
| Paige | Marc | 2421 | NE 65 Street | Unit 207 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Pardo | Cristina | 144 | NW 36 Way | | Lauderhill | FL | 33311 | Abreu | 2:11cv00252 |
| Parisi | Mario | 702 | NW 38 Place | | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Parks | Saran | 1411 | NW 36 Way | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Patchan | Caterine | 1345 | Lyonshire Drive | | Wesley Chapel | FL | 33543 | Abel | 2:11cv00080 |
| Peguero | Carlos | 8171 | W 36 Avenue | | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Pena | Alfredo | 8019 | W 36 Avenue | Unit 1 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Perez | Carmen | 1209 | Diplomat Parkway E | Unit 1 | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Perez Vinas | Gerardo Sara | 20382 | SW 87 Court | | Miami | FL | 33189 | Abreu | 2:11cv00252 |
| Petrasek | John | 2421 | NE 65 Street | Unit 517 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Pillman | Norman Janice | 4039 | 65 Place East | | Sarasota | FL | 34953 | Abreu | 2:11cv00252 |
| Pouncey Serrano | Kenneth Irene | 318 | Roe de Neudorf | L-2222 | Port St. Lucie | FL | 34985 | Wiltz | 2:10cv00361 |
| Prieto | Belkis | 8049 | W 36 Avenue | Unit 5 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Puche | Manuel Vicente | 8416 | NW 113 Place | | Doral | FL | 33178 | Payton | 2:09cv07628 |
| Purcell | Joseph | 9445 | East Maiden Court | | Vero Beach | FL | 32963 | Payton | 2:09cv07628 |
| Quach Thile | Liem Ann Ngoc | 21463 | SW 86 Place | | Miami | FL | 33189 | | |
| Quill | Shawn Elyse | 2421 | NE 65 Street | Unit 203 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ralol LLC c/o Juan Policastro | | 240 | West End Drive | Unit 1212 | Punta Gorda | FL | 33950 | Wiltz | 2:10cv00361 |
| Ramirez | Xiomara | 8019 | W 36 Avenue | Unit 5 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |
| Rampersad | Kowsil | 10769 | NW 81 Lane | | Doral | FL | 33178 | Payton | 2:09cv07628 |
| Raphael | Lindsay | 2421 | NE 65 Street | Unit 2-574 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Raspall | Stephanie Maria | 8105 | W 36 Avenue | Unit 3 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |
| Rehrig | Neil | 3512 | SE 1 Place | | Cape Coral | FL | 33904 | Payton | 2:09cv07628 |
| RMM Investments, LLC (Ijac, David & Jodie) | | 1690 | Renaissance Commons Boulevard | Unit 1103 | Boynton Beach | FL | 33426 | Hobbie | 2:10cv01113 |
| Rodriguez | Robert J. | 16261 | SW 287 Street | | Homestead | FL | 33033 | Abreu | 2:11cv00252 |
| Rosales | Raquel | 32152 | SW 204 Court | | Homestead | FL | 33030 | Abreu | 2:11cv00252 |
| Russoniello | Joe | 2421 | NE 65 Street | Unit 205 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Russoniello | Joe | 2421 | NE 65 Street | Unit 2-513 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Russoniello | Joe | 2421 | NE 65 Street | Unit 2-612 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Rutski | Timothy Minnie | 8807 | Osceola Acres Trail | | Odessa | FL | 33556 | Abel | 2:11cv00080 |
| Sabatino | Dominic | 1660 | Renaissance Commons Boulevard | Unit 2518 | Boynton Beach | FL | 33426 | Payton | 2:09cv07628 |
| Sabatino Hiskey | Dominic Richard | 1660 | Renaissance Commons Boulevard | Unit 2518 | Boynton Beach | FL | 33426 | Hobbie | 2:10cv01113 |
| Sabesan | Lawrence | 6308 | 41 Court E | | Sarasota | FL | 34243 | Payton | 2:09cv07628 |
| Sage | Richard Barbara | 1705 | NW 14 Avenue | | Cape Coral | FL | 33993 | Abreu | 2:11cv00252 |
| Saito | Drew | 2421 | NE 65 Street | Unit 2-218 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Salas Gomez | Esteban Yvette | 8129 | W 36 Avenue | Unit 1 | Hialeah | FL | 33018 | Abel | 2:11cv00080 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | FL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanchez | Oneida | 13225 | SW 218 Terrace | | Miami | FL | | Payton | 2:09cv07628 |
| Sanchez | Julio Nelaine | 8037 | W 36 Avenue | Unit 1 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Schulman | Norman Roxanne | 6580 | Martinique Way | | Vero Beach | FL | 32967 | Wiltz | 2:10cv00361 |
| Scott | John Barbara | 2421 | NE 6 Street | Unit 2-512 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Scritchfield | Ronald | 4075 | Bonita Avenue | | Miami | FL | 33133 | Scritchfield | 2:09cv04306 |
| Shafer | Mary Sam | 206 | Shadroe Cove Circle | Unit 206 | Cape Coral | FL | 33991 | Gross | 2:09cv06690 |
| Shakoor | Arif Elma | 7960 | Saddlebrook Drive | | Port St. Lucie | FL | 34986 | Shakoor | 2:09cv04307 |
| Shapiro | Phyllis Barry | 6780 | Long Leaf Drive | | Parkland | FL | 33076 | Abreu | 2:11cv00252 |
| Shepherd | Eric Tracy | 1045 | Venetian Drive | Unit 204 | Melbourne | FL | 32901 | Wiltz | 2:10cv00361 |
| Shepherd | Jacqueline Felix | 1045 | Venetian Drive | Unit 205 | Melbourne | FL | 32901 | Wiltz | 2:10cv00361 |
| Shukow | Allen Donna | 17538 | Middlebrook Way | | Boca Raton | FL | 33496 | Payton | 2:09cv07628 |
| Smiarowski | Jan | 2207 | Unity Village Drive | | Ruskin | FL | 33570 | Payton | 2:09cv07628 |
| Southern Homes Development Corp./ Sheldon Friedfeld Inc | | 7242 | Horizon Drive | | W. Palm Beach | FL | 33412 | Payton | 2:09cv07628 |
| Stewart | Stephen Danielle | 6415 | McRae Place | | Vero Beach | FL | 32967 | Abreu | 2:11cv00252 |
| Suarez | Marta | 532 | Loretto Avenue | Unit 24 | Coral Gables | FL | 33146 | Payton | 2:09cv07628 |
| Suarez | Marta | 542 | Loretto Avenue | Unit 19 | Coral Gables | FL | 33146 | Payton | 2:09cv07628 |
| Sweat | Gwen | 2421 | NE 65 Street | Unit 309 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Sweeney | Patrick Susan | 3100 | Orangetree Bend | | Fort Myers | FL | 33905 | Gross | 2:09cv06690 |
| Teixeira | Ana | 12291 | SW 134 Terrace | | Miami | FL | 33186 | Payton | 2:09cv07628 |

Chinese Drywall
Missing Plaintiff Profile Forms

| Teller | Fay | 1660 | Renaissance Commons Boulevard | Unit 2628 | Boynton Beach | FL | 33426 | Payton | 2:09cv07628 |
|---|---|---|---|---|---|---|---|---|---|
| Thomas | Heather | 2421 | NE 65 Street | Unit 209 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Thompson | Jason Jennifer | 1045 | Venetian Drive | Unit 202 | Melbourne | FL | 32901 | Wiltz | 2:10cv00361 |
| Tighe | Edward | 2820 | St. Bart's Square | | Vero Beach | FL | 32967 | Wiltz | 2:10cv00361 |
| Tipton | Debbie Mendel | 703 | SW 22 Terrace | | Cape Coral | FL | 33991 | Wiltz | 2:10cv00361 |
| Toledo | Maria | 8141 | W 36 Avenue | Unit 1 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Villavicencio | Nelida Carlos | 8025 | W 36 Avenue | Unit 5 | Hialeah | FL | 33018 | Wiltz | 2:10cv00361 |
| Visciglia | Gian Carlo | 11402 | NW 84 Terrace | | Miami | FL | | | |
| Ward | Christopher | 1209 | Diplomat Parkway E | Unit 3 | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Warner | Paula | 3604 | NW 13 Street | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Wasch | Jeffrey | 12362 | Crooked Creek Lane | | Fort Myers | FL | 33913 | | |
| Williams | Louis | 2781 | NE 56 Court | Unit 1-104 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| X | Elena | 3541 | NW 14 Court | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Yale | Sheila | 2421 | NE 65 Street | Unit 2-117 | Fort Lauderdale | FL | 33308 | Payton | 2:09cv07628 |
| Zosman | Ofer | 8350 | SW 57 Avenue | | South Miami | FL | 33143 | Abreu | 2:11cv00252 |
| Abel | Kenneth | 10400 | SW Stephanie Way | Unit 5210 | Port St. Lucie | FL | 34987 | Abel | 2:11cv00080 |
| Albandor | Francisco | 12979 | SW 134 Terrace | | Miami | FL | 33186 | Rogers | 2:10cv00362 |
| Bayoh | Jarieu | 3608 | NW 13 Street | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Indovina | Kathryn Philip | 624 | SW 11 Terrace | | Cape Coral | FL | 33991 | Payton | 2:09cv07628 |
| Jacques | Paul Michelle | 2336 | NW Padova Street | | Port St. Lucie | FL | 34986 | Abel | 2:11cv00080 |
| Kallio | Gary Jennifer | 360 | Cape Horbour Loop | Unit 104 | Bradenton | FL | 34212 | Gross | 2:09cv06690 |
| Kroll | Henry | 922 | Plantation Road | | Lehigh Acres | FL | 33974 | Payton | 2:09cv07628 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lopez | Beatrix | 6877 | Julia Gardens Drive | | Coconut Creek | FL | 33073 | Rogers | 2:10cv00362 |
| Martinez | Jose V. | 6855 | Julia Gardens Drive | | Coconut Creek | FL | 33073 | Payton | 2:09cv07628 |
| Mirakian | Samuel | 20345 | Larino Loop | | Estero | FL | 33928 | Wiltz | 2:10cv00361 |
| Mosley | Shawn | 10440 | SW Stephanie Way | Unit 4-203 | Port St. Lucie | FL | 34987 | Payton | 2:09cv07628 |
| Neal | Stephen | 2817 | NE 5 Avenue | | Cape Coral | FL | 33909 | Abel | 2:11cv00080 |
| Paiva | Diane Russell | 1826 | SW 2 Street | | Cape Coral | FL | 33993 | Payton | 2:09cv07628 |
| Parr | Linda Patrick | 3145 | NE 15 Avenue | | Cape Coral | FL | 33909 | Wiltz | 2:10cv00361 |
| Perez | Andres Raquel Michael | 574 | Eisenhower Blvd | | Lehigh Acres | FL | 33974 | Payton | 2:09cv07628 |
| Pernell | Staci | 2082 | Sundown Drive | | Clearwater | FL | 33763 | Wiltz | 2:10cv00361 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 101 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 102 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 104 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 105 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 106 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 201 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 204 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 206 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 207 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 208 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 211 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10560 | SW Stephanie Way | Unit 212 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10520 | SW Stephanie Way | Unit 212 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10480 | SW Stephanie Way | Unit 101 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10480 | SW Stephanie Way | Unit 102 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10480 | SW Stephanie Way | Unit 103 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10480 | SW Stephanie Way | Unit 104 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10480 | SW Stephanie Way | Unit 201 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10480 | SW Stephanie Way | Unit 203 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10480 | SW Stephanie Way | Unit 204 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10480 | SW Stephanie Way | Unit 205 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10480 | SW Stephanie Way | Unit 207 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 101 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 102 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 103 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 104 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 105 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 106 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 201 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 202 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 203 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 204 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 205 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 207 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 208 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 209 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 210 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Promenade at Tradition Community Association, Inc. | | 10440 | SW Stephanie Way | Unit 211 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 101 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 102 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 103 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 104 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 105 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 201 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 202 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 204 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 206 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 207 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 208 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 209 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 211 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Promenade at Tradition Community Association, Inc. | | 10360 | SW Stephanie Way | Unit 212 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Promenade at Tradition Community Association, Inc.\n\nFenlason | Jarred Rochell | 10440 | SW Stephanie Way | Unit 212 | Port St. Lucie | FL | 34987 | Gross | 2:09cv06690 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 1-102 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 1-106 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 1-201 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 1-211 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 1-212 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 2-106 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 1-208 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 4-104 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 4-204 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 5-104 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 6-208 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Estate Resolutions Group, Inc. | | 10560 | SW Stephanie Way | Building 1 Unit 7-104 | Port St. Lucie | FL | 34897 | Payton | 2:09cv07628 |
| Real Property Resolutions Group, LLC | | 10560 | SW Stephanie Way | Unit 1-102 | Port St. Lucie | FL | 34897 | Gross | 2:09cv06690 |
| Real Property Resolutions Group, LLC | | 10560 | SW Stephanie Way | Unit 1-106 | Port St. Lucie | FL | 34897 | Gross | 2:09cv06690 |
| Real Property Resolutions Group, LLC | | 10560 | SW Stephanie Way | Unit 1-201 | Port St. Lucie | FL | 34897 | Gross | 2:09cv06690 |
| Real Property Resolutions Group, LLC | | 10560 | SW Stephanie Way | Unit 1-211 | Port St. Lucie | FL | 34897 | Gross | 2:09cv06690 |
| Real Property Resolutions Group, LLC | | 10560 | SW Stephanie Way | Unit 1-212 | Port St. Lucie | FL | 34897 | Gross | 2:09cv06690 |

Chinese Drywall
Missing Plaintiff Profile Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Real Property Resolutions Group, LLC | | 10440 | SW Stephanie Way | Unit 4-104 | Port St. Lucie | FL | 34897 | Gross | 2:09cv06690 |
| Real Property Resolutions Group, LLC | | 10440 | SW Stephanie Way | Unit 4-204 | Port St. Lucie | FL | 34897 | Gross | 2:09cv06690 |
| Real Property Resolutions Group, LLC | | 10360 | SW Stephanie Way | Unit 6-208 | Port St. Lucie | FL | 34897 | Gross | 2:09cv06690 |
| Reed | Kenneth | 2140 | NE 28 Street | | Cape Coral | FL | 33909 | Payton | 2:09cv07628 |
| Saez | Roberto Victoria | 31540 | Spoonflower Circle | | Wesley Chapel | FL | 33545 | Wiltz | 2:10cv00361 |
| Sims | Robert | 2017 | SW 21 Court | | Homestead | FL | 33033 | Payton | 2:09cv07628 |
| Smith | Micaile Adrian | 1098 | NW Leonardo Circle | | Port St. Lucie | FL | 34986 | Payton | 2:09cv07628 |
| Whittaker | Robin | 3612 | NW 13 Street | | Lauderhill | FL | 33311 | Payton | 2:09cv07628 |
| Wong | Kenneth | 4230 | W 33 Street | | Cape Coral | FL | 33993 | Wiltz | 2:10cv00361 |