UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Banner Supply Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply With Discovery And This Court's Order to File Profile Forms;

**IT IS SO ORDERED BY THE COURT** that Banner Supply Entities' Motion to Dismiss Claims of Plaintiffs, attached as Exhibit "A" is GRANTED with prejudice.

New Orleans, Louisiana, this ___ day of March, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge