UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S NOTICE OF UPDATE OF CONFIDENTIALITY LOG**

Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP"), by and through their attorneys, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, hereby give notice of an update to the Confidentiality Log of Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. for the January 14, 2011 and January 28, 2011 Document Productions, which identifies documents that TG and TTP designate as "Confidential" and "Highly Confidential" and subject to the terms of Pretrial Order #16. The Confidentiality Log is being produced to the Plaintiffs' Steering Committee in electronic format via email and may be made available to any party entitled to view the documents under the terms of the Protective Order. Any requests to view the Confidentiality Log should be made by contacting Matthew Galvin via email at matthew.galvin@hoganlovells.com. TG and TTP reserve the right supplement the Confidentiality Log and do not waive any claim to the confidentiality protections provided by Pretrial Order #16.

March 7, 2011

        Respectfully submitted,

        /s/ Thomas P. Owen, Jr.
        Richard C. Stanley (La. Bar No. 8487)
        Thomas P. Owen, Jr. (La. Bar No. 28181)
        STANLEY, REUTER, ROSS, THORNTON
        & ALFORD, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: 504-523-1580
        Facsimile: 504-524-0069
        E-mail: rcs@stanleyreuter.com
        tpo@stanleyreuter.com

        Joe Cyr
        Frank T. Spano
        Eric Statman
        Matthew J. Galvin
        HOGAN LOVELLS US LLP
        875 Third Avenue
        New York, New York 10022
        Email: Joe.cyr@hoganlovells.com
        Frank.spano@hoganlovells.com
        Eric.statman@hoganlovells.com
        matthew.galvin@hoganlovells.com
        Telephone: 212-918-3000
        Facsimile: 212-918-3100

        **Attorneys for Taishan Gypsum Co. Ltd.**
        **and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above Notice of Update of Confidentiality Log by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of March, 2011.

                                                                              */s/* Thomas P. Owen Jr.