Hogan
Lovells

March 7, 2011

Joe Cyr
Frank Spano
Eric Statman
Matthew Galvin
HOGAN LOVELLS US LLP
875 3rd Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

**BY ECF**

Hon. Eldon E. Fallon
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

**Re: IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION; MDL No. 2047; THIS DOCUMENT PERTAINS TO ALL MATTERS**

Honorable Judge Fallon:

We represent Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co. Ltd. ("TTP") (together, the "Defendants") in the above-captioned matter. We write in response to the Court's order on February 23, 2011 that the Defendants report on their ability to obtain photos of their trademarks in accordance with Pre-Trial Order No. 10.

As stated on the Manufacturer Profile Forms served on the PSC on or about October 12, 2010, the Defendants manufactured drywall to US dimensions on a made-to-order OEM basis. Accordingly, the Defendants only printed markings on drywall made to US dimensions that were specifically requested by the purchaser. The Defendants did not keep any specimens of the drywall manufactured with these requested markings or otherwise catalogue the markings of drywall sold to US dimensions. The Defendants provided a list of all markings placed on the drywall sold to US dimensions on their Manufacture Profile Forms based on a review of the relevant documents.

Hon. Eldon E. Fallon
March 7, 2011
Page 2 of 2

However, based on our understanding of the industry, purchasers may have requested other manufacturers to emboss identical markings on drywall. Because of this practice, there is no certainty that drywall affixed with the markings described on the Manufacturer Profile Forms was manufactured by the Defendants as opposed to another manufacturer that was similarly instructed to place the purchaser's markings on the drywall.

The Defendants produced all documents in their possession that have been identified as being relevant to any markings, brands and end tape of Defendants' drywall manufactured to US dimensions. As a supplement to Defendants' production, attached please find a document from Defendants' files containing pictures of trademarks or markings. However, aside from what was described on the MPF, we have no reason to believe these markings were embossed on drywall manufactured to US dimensions.

Sincerely,

Matthew J. Galvin

cc:     Lenny Davis, Esq.

Encl.