


中国建材百强企业　　中国环境标志产品认证

# 泰山系列
## 吊顶及隔墙系统



# TAISHAN
## CEILING AND WALL SYSTEM

泰山石膏股份有限公司
TAISHAN GYPSUM CO., LTD.



董事长 总经理：贾同春
Chairman of the Board, General Manager: Mr. Jia Tongchun

地球是我们唯一、共同的家园，她是生命的创造者，是人类文明大厦的基石。社会、企业共同实现可持续发展是社会管理者、企业家的使命。

泰山石膏股份有限公司以实现社会、企业共同发展为己任，实践**"和谐创新、报效社会"**的企业精神，立志为人类居住条件的改善加快建设节约型社会做出自己不懈的努力。

泰山石膏股份有限公司（原山东泰和东新股份有限公司）总部地处驰名中外的泰山南麓，古大汶口文化遗址附近，交通便利，是中国建材集团旗下的骨干企业。

公司总部驻地天然石膏资源极为丰富，公司技术力量雄厚，生产的"泰山"系列纸面石膏板，可作隔墙、吊顶等用途，能充分满足室内装潢的各项用途和要求，同时具有防火、隔音、保温、抗震、保健等功能。泰山系列龙骨采用先进技术，选用优质连续热镀锌钢带通过特殊工艺生产的双面压花龙骨，符合国家标准，通过国家权威检测部门的检测，规格齐全、配套完善，是优质工程的首选建材。

公司以"严格管理，质量一流，用户至上，报效社会"为目标，以市场为中心，大搞技术创新和管理创新，主导产品纸面石膏板，年生产能力6亿平方米，居全国首位。公司在国内设有24个分公司，合理分布在全国各地，现有总资产25亿元。未来五年生产能力将达到12亿平方米，公司拥有进出口贸易自营权，产品不仅畅销国内，还远销阿联酋、印度尼西亚、印度、俄罗斯、美国等国家和地区。"泰山"系列石膏板已通过ISO9001：2000质量体系认证、ISO14001：2004环境体系认证、"中国环境标志产品认证"证书，泰山牌纸面石膏板先后荣获"中国名牌产品"、"中国驰名商标"。

企业的高速发展，为国家高速度推行新型墙体材料改革做出了贡献。

Shandong Taihe Dongxin Co., Ltd, which devotes to producing gypsum board and other accessories, is one of the key enterprises of China National Building Material Group Corporation. The headquarters is located in Tai'an Shandong province, the south of the famous Mt. Tai, near to the ancient Dawenkou culture Ruins and very convenient for transportation, Our company is one of the Rey enterprises of China National Building Material Group Corporation.

It is abundant in raw gypsum resources, the products "Taishan" series gypsum board can be used as partition and ceiling material and have advantages: fire-proof, sound insulation, heat preservation, quakeproof and good for health. "Taihe" series steel frame for gypsum board is made of quality zinc-covered steel belt through advanced technique. The full set of steel frame, with varies specifications and well-fitted, is your first choice for decorations.

"Strict management, high quality, respect customers, contribute to society is our aim, through technology and management creation, the gypsum board production capacity reach 500 million m² per year. Our yearly throughput will reach one billion square meter in future five years. The 24 branches factories, which holding the total assets of 2 billion RMB, distributes well all around China. We have a self-supported import and export approval, our products not only sell well in our domestic market also export to many countries e.g. U.A.E., Indonesia, India, Russia, U.S.A. etc. "Taishan" series gypsum board has passed ISO9001:2000 quality system authorization and certificate of "Green Building Material", "China Top Brand" and so on.

The high-speed development of the company will devote much more to the Reform of wallmaterial in China.













装 新 居 住 新 房



# "泰山王" 石膏板 王者风范

"泰山王"牌纸面石膏板是以优质的原料与专用的高质量护面纸加工而成的高档板。具有防火、隔音、保温、抗震等特点，而且质轻、便于加工，具有施工速度快、劳动强度低、装饰效果好等优点，可用于隔墙、吊顶的覆面板材，适用于各种类型的装饰装修。

"TAISHANWANG" plasterboard is made of the quality gypsum material and elegant surface paper. Besides being of fireproof soundinsulation, heat preservation convenient for installation and cut. "TAISHANWANG" plasterboard is with lower weight and much more beautiful appearance.

It can be used for partition and ceiling, and reach excellent effect of decoration.



### "泰山王"牌纸面石膏板性能指标
Technical data of "TAISHANWANG" plasterboard

| 检验项目 | | 厚度规格 (mm) | 技术指标 |
|---|---|---|---|
| 长度偏差 (mm) | | 9.5  12.0 | 0 / −2 |
| 宽度偏差 (mm) | | 9.5  12.0 | 0 / −2 |
| 厚度偏差 (mm) | | 9.5 | ±0.2 |
| | | 12.0 | ±0.2 |
| 断裂荷载 (N) | 纵向 | 9.5 | 560 |
| | | 12.0 | 700 |
| | 横向 | 9.5 | 180 |
| | | 12.0 | 240 |
| 单重 (kg/m²) | | 9.5 | 7.2 |
| | | 12.0 | 9.5 |
| 纸芯粘结性能 | | | 不裸露 |



TAISHAN GYPSUM CO., LTD

 泰 山 石 膏 板 稳 当 当



## "泰山"系列石膏板 专业之选



中国驰名商标

中国名牌

- "泰山"系列纸面石膏板是以建筑石膏为主要原料,掺入纤维和适当的添加剂制成板芯,与特制的专用护面纸牢固粘结而成的一种新型建筑用板材。
- "泰山"系列纸面石膏板具有质轻、耐火、便于加工等特点,主要用作隔墙和吊顶的覆面板材,采用纸面石膏板与轻钢龙骨组成的轻质隔墙与吊顶,除了满足建筑上的防火、隔音、保温、抗震等要求外,还具有施工速度快,劳动强度低,装饰效果好等优点,适用于各种类型的装饰装修。
- "泰山"牌纸面石膏板先后荣获"中国名牌产品"、"中国驰名商标"。
- 2006年"泰山"牌纸面石膏板荣获"中国最具影响力纸面石膏板品牌"称号,2007年"泰山"牌纸面石膏板荣获"人民信赖品牌奖"称号。



### 普通纸面石膏板
Standaed Gypsum Board

| 厚度(mm) | 宽度(mm) | 长度(mm) | 纵向断裂荷载(N) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≤360 | ≤140 | ≥9 |
| 12.0 | 1200 | 3000 | ≤500 | ≤180 | ≥11 |

### 耐火纸面石膏板
Fire-proof Gypsum Board

| 厚度(mm) | 宽度(mm) | 长度(mm) | 遇火稳定性(min) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≤20 | ≤180 | ≥11.0 |
| 12.0 | 1200 | 3000 | ≤20 | ≤180 | ≥11.0 |

### 耐水纸面石膏板
Moistur-proof Gypsum Board

| 厚度(mm) | 宽度(mm) | 长度(mm) | 吸水率(%) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≥10.0 | ≤180 | ≥11 |
| 12.0 | 1200 | 3000 | ≥10.0 | ≤180 | ≥11 |

注:可根据客户的要求加工定做。



装新居住新房　泰山牌石膏板稳当当

古有秦砖汉瓦　今有泰山建材

我公司产品装饰的标志性建筑——

民族建筑装饰用品
the decoration of building for minorities



上海东方明珠

  



装　新　居　住　新



# "泰山王"石膏板配套轻钢龙骨系列

包括：隔墙龙骨，上人吊顶龙骨，不上人吊顶龙骨，吊顶龙骨及配件等。
Light Steel Frame and Accessories Partition and manual and automatic ceiling and accessories

### 墙体龙骨产品规格
Specification and Maker of Frame for wall

| 名称 | 断面规格(A×B×t) | 断面 | 备注 |
|---|---|---|---|
| 横龙骨 | QU 50x35x0.6 | | 可打麻点 |
| | QU 75x35x0.6 | | |
| | QU 75x35x0.7 | | |
| | QU 100x35x0.7 | | |
| | QU 100x40x1.0 | | |
| 竖龙骨 | QC 50x45x0.6 | | A:可打麻点 |
| | QC 75x45x0.6 | | B:可按用户要求打孔 |
| | QC 75x45x0.7 | | |
| | QC 100x45x0.7 | | |
| | QC 100x45x1.0 | | |
| 通贯龙骨 | DU 38x12x1.0 | | 按设计要求搭配 |

### 龙骨配件表
Frane Fittings

| 名称 | 简图 | 配套龙骨 | 厚度 | 名称 | 简图 | 配套龙骨 | 厚度 |
|---|---|---|---|---|---|---|---|
| 吊件 | | DU60(上人) | 3.0 | 连接件 | | DC50 | 0.5 |
| | | DU50(上人) | 3.0 | | | DC60 | 0.5 |
| | | DU50 | 2.0 | | | DU38 | 1.2 |
| | | | | | | DU50(上人) | 1.2 |
| | | DU50 | 1.5 | | | DU60(上人) | 1.5 |
| | | DU60 | 1.5 | 水平件 | | DC50 | 0.5 |
| | | DU38 | 2.0 | | | DC60 | 0.5 |
| 长挂件 | | DC60 | 1.0 | 大固定件 | | | 3.0 |
| | | DC50/DU60 | 1.0 | 大固定件 | | | 3.0 |
| | | DC50 | 1.0 | 支撑卡 | | QC75系列 | 0.8 |
| 短挂件 | | DC60 | 0.8 | | | QC100系列 | 0.8 |

### 吊顶龙骨产品规格
Specification and Maker of Frame for wall

| 名称 | 承载(主)龙骨 | | | 覆面(次)龙骨 | | |
|---|---|---|---|---|---|---|
| 断面规格 | DU38x12x1.0 | DU50x15x1.2 | DU60x27x1.2 | DC50x19x0.5 | DC50x20x0.6 | DC60x27x0.6 |
| 断面 | ⌊_⌋ | ⌊_⌋ | ⌊_⌋ | ⌊_⌋ | ⌊_⌋ | ⌊_⌋ |

泰山石膏板稳当当




## 安装方法示意图
## The sketch map for fixing method

**轻钢龙骨纸面石膏板隔墙**
该隔墙系统功能广泛；如防火、隔音、保温和抗震。
This kind of partition has wide function ncludes, fireproof, sound insulation, heat preservation and quakeproof.



**轻钢龙骨石膏板吊顶（平顶）**
Light Steel Frame Plasterboard Ceiling (Plan Ceiling)

平面石膏板吊顶
● 石膏板平顶为水平或斜面，接缝隐蔽，由普通石膏板固定在悬置的轻钢龙骨上或直接连接在支撑架上。
● 功能广泛：如隔音、保温、防火和抗震。

Plan Gypsum Board Ceiling
● The gypsum board are horizonal or inclined with convent joint. The boards are fixed on the light steel frame or directly connected on the backstop.
● Function: sound insulation, heat preservation, fireproof and quakeproof.

**轻钢龙骨石膏板吊顶（曲型顶）**
Light Steel Frame Plastarboard Ceiling(Bending Ceiling)

曲面石膏板吊顶
● 曲面石膏板吊顶是用自攻螺钉将普通纸面石膏板固定在笔直的次龙骨（覆面龙骨）上。次龙骨与悬置的或直接连接在支撑架上的曲形主龙骨（承载龙骨）连接在一起。

Bending Gypsum Board Ceiling
● The bending gypsum board ceiling is fixed on the light steel frame by self-attack bolt.

装　新　居　住　新　居

### 轻钢龙骨石膏板隔墙（双层）
- ●该隔墙由4层石膏板安装在龙骨上，可安装保温层、埋线。
- ●用于医院、学校、工厂、办公楼。
- ●有隔音、保温、防震、防火的功能。

Light steel frame Gypsum Board partition
- ●This type of partition is formed by 4 layers of plasterboard, which installed on the frame. The insulating layer and sunken cord can also be fixed.
- ●Used in hospital, School, factory.
- ●Sound, insulation, heat preservation, fireproof.







### 轻钢龙骨石膏板隔墙（单层）
- ●将石膏板安装在龙骨上，是简洁、经济的隔墙安装系统。
- ●用于新建和改建工程。
- ●家居，办公室，宾馆的标准隔墙。
- ●有隔音、保温、防震、防火的功能。
- ●可留出保温层，埋线的部分。

Light Steel Frame and Gypsum Board Partition
- ●Fix the board on the frame
- ●Used in the construction and rebuilding project.
- ●Standard partition for home, office and hotel.
- ●Function; soundinsulation, heatpreservation, quakeproof, and fireproof.
- ●Has the space of Heat insulating layer andsunken cord.







安装石膏板时，要错开龙骨之间的接缝。
Arrange the joint to avoid the weakness between two

错开龙骨之间的接缝安装石膏板，该墙由双层石膏板做成，石膏板应错开接缝。

› 泰 山 石 膏 板 稳 当 当





### 轻钢龙骨
Steel Frame
- 采用优质热镀锌材料,有效防锈
- 符合最新建筑用轻钢龙骨国家标准 GB/T11981-2008
- 独特的人性化设计,操作方便、省力
- 加工精度高,外观亮丽





### 卡式龙骨
Steel frame
采用优质镀锌带钢、施工便捷。





### 轻钢龙骨配件
Accessories to steel frame
结构强度硬、施工方便。



### 墙板自攻钉
Screw
螺纹坚固、牢固力强。





### 嵌缝带
Jointing Tape
用于接缝处理、拉伸力强、粘度高。





### 金属护角纸带
Strong Corme Tape
用于形成阳角护面角,以承受冲击。





### 嵌缝粉
Jointing Compound
用于接缝处理、施工便捷。

泰 山 石 膏 板 稳 当 当

装 新 居 住 新

# PVC 贴膜饰面系列

泰山装饰石膏板PVC贴膜系列是经本公司研制生产的新型吊顶装饰板，已批准为国家重点新产品，有上百种饰面可供选择，主要根据饰面天花板在高温度、高湿环境下应用的需求，特别开发出PVC饰面天花板系列背部贴上铝箔纸，以使天花板在高温度的环境下仍能有效隔热，防止结露，防止下陷。广泛适用于宾馆、酒店、办公楼、院校、制药厂、住宅楼及公共场所等领域使用。

### 产品特性

◇ 防火防水　　◇ 防尘防蛀
◇ 经久耐用　　◇ 环保健康
◇ 图案精美　　◇ 多种饰面


Design no:631


Design no:975


Design no:154

### 技术性能

| 材质： | 石膏板基材 |
|---|---|
| 表面处理： | PVC贴膜／铝箔衬纸 |
| 厚度： | 8mm |
| 公称尺寸： | 公制 600mm X 600mm<br>英制 2' X 2' |
| 实际尺寸： | 公制 595mm X 595mm<br>英制 603mm X 603mm |
| 允许误差： | 长度 ≤±2.0mm<br>宽度 ≤±2.0mm<br>厚度 ≤±0.5mm |
| 单位面积质量： | ＜7.0kg/m² |
| 强度： | 断裂荷载＞150N |
| 含水率： | ＜1% |
| 防火特性： | 难燃材B1级符合中国标准GB8624-1997 |


产品花色以实物



泰山石膏板稳当当

**泰山牌装饰石膏板**

# 压花浮雕系列

压花浮雕系列采用高品质的泰山牌石膏板，表面使用优质进口涂层，压制多种立体花纹，背部贴上铝箔衬纸，使装饰板有效防潮、隔热、吸声、防止下陷等优点。

**产品特性**

◇ 优质涂漆，独特工艺
◇ 压制浮雕，立体效果
◇ 保温吸声，安全健康
◇ 经济实用，安装便捷


春蚕漫游


百合花


满天星

产品花色以实物为准

**技术性能**

| 材质： | 石膏板基材 |
|---|---|
| 表面处理： | 乳胶漆 / 铝箔衬纸 |
| 厚度： | 8mm |
| 公称尺寸： | 公制 600mm X 600mm<br>英制 2' X 2' |
| 实际尺寸： | 公制 595mm X 595mm<br>英制 603mm X 603mm |
| 允许误差： | 长度 ≤±2.0mm<br>宽度 ≤±2.0mm<br>厚度 ≤±0.5mm |
| 单位面积质量： | ＜6.5kg/m² |
| 强度： | 断裂荷载＞150N |
| 含水率： | ＜1% |
| 降噪系数： | ≥0.25 |
| 防火特性： | 难燃材B1级符合中国标准GB8624-1997 |
| 环境相对湿度要求： | 90% 以下 |



装　新　居　住　新　j

# 明架烤漆龙骨

泰山系列吊顶材料产品明架烤漆龙骨系统，采用高质量的原材料，专利技术的设计和制造。特别配合泰山牌饰面天花系统提供多种解决方案，使用户在承载能力、安全性方面无后顾之忧。同时它还具有安装快捷，使用方便，拆卸迅速等优点。

### 产品特性





◆高质量双层聚酯烤漆表面，热镀锌骨架，防止生锈，塔接式设计
◆主龙骨一体式接头，插入就位后即可锁定，并可快速且方便的安装和拆卸
◆次龙骨外接式硬制钢叉头，易于拆卸，再利用及再次安装
◆遵循右向安装连结原则一致性，简单方便符合国家标GB/T11981-2201

■ 宽边平面烤漆龙骨



| 产品名称 | | 包装(只/箱) |
|---|---|---|
| 平面烤漆主龙骨 | 公制 32x24x3000x0.23 | 25 |
| | 英制 32x24x3050x0.23 | 25 |
| 平面烤漆小龙骨 | 公制 26x24x600x0.23 | 75 |
| | 英制 26x24x610x0.23 | 75 |
| 平面烤漆边龙骨 | 公制 22x22x3000x0.3 | 50 |

■ 窄边凹槽烤漆龙骨



| 产品名称 | | 包装 |
|---|---|---|
| 凹槽烤漆主龙骨 | 公制 28x24x3000x0.23 | 25 |
| | 英制 28x24x3050x0.23 | 25 |
| 凹槽烤漆小龙骨 | 公制 24x24x600x0.23 | 75 |
| | 英制 24x24x610x0.23 | 75 |
| 凹槽烤漆边龙骨 | 公制 22x22x3000x0.23 | 50 |

 泰山石膏板稳当当

### 泰山牌装饰石膏板

#### 系统安装示意图



#### 节点示意图



#### 明龙骨吊装法

采用轻钢烤漆龙骨，按装饰石膏板的规格吊好龙骨架。然后将装饰石膏板直接放在龙骨架上。

#### 系统安装简明指导

1、安装装饰石膏板需按照 GB50210-2001 规范施工，确保施工质量。

2、施工环境需干燥通风，避免潮湿雨季施工。

3、天花板的安装需待地面、隔墙的湿作业全部完成后进行。

4、需留意压花系列石膏板背面的箭头，在施工中保持箭头方向一致，以确保图案花色完整；贴膜饰面系列，如天女散花，安装要注意保持纹理方向一致。

5、装饰石膏板不能用于极端或长期潮湿的环境如卫生间、浴室等。

6、安装装饰石膏板时需戴干净的手套，以防弄脏天花板。

7、同一个房间，尽量使用同一批号产品。

8、建议最后安装喷淋系统。

9、在安装泰山饰面石膏板吊顶系统时，为使您的吊顶更具装饰效果，公司建议您遵循以下安装原则：宜对称布置，并使边跨板宽大于1/2整板宽。

装 新 居 住 新 房

# 示 范 工 程



上海东方明珠塔



南京紫峰大厦

国家体育场"鸟巢"



泰 山 石 膏 板 稳 当 当

## 我公司生产的石膏板及系统在中国参与的重大工程项目：



- ◎ 国家体育场"鸟巢"
- ◎ 上海东方明珠塔
- ◎ 上海浦东国际机场
- ◎ 上海光大会展中心
- ◎ 青岛华普大厦
- ◎ 青岛伊都锦商厦
- ◎ 大连火车站
- ◎ 大连宏孚大厦
- ◎ 北京天下第一城
- ◎ 北京西客站
- ◎ 哈尔滨市政府办公大楼
- ◎ 山东电视大厦
- ◎ 济南明珠国际商务港
- ◎ 郑州邮政大厦
- ◎ 西安西北大学办公楼
- ◎ 西安大唐电信大楼
- ◎ 上海浦东八百伴
- ◎ 无锡三六〇大厦
- ◎ 中国科技大学图书楼
- ◎ 北京首都机场候机大厅
- ◎ 北京星河湾国际公寓
- ◎ 天下第一城
- ◎ 南京紫峰大厦
- ◎ 北京饭店
- ◎ 北京奥体中心
- ◎ 北京钓鱼台国宾馆
- ◎ 北京公安大学
- ◎ 天津银河大酒店
- ◎ 广州市人民政府办公大楼
- ◎ 广州市万博中心大厦
- ◎ 深圳三星彩管有限公司办公楼
- ◎ 长春东方广场大楼
- ◎ 深圳富士康有限公司办公大楼
- ◎ 江苏新世纪大酒店
- ◎ 南京黄埔大厦
- ◎ 义乌国际商贸城
- ◎ 杭州市政府办公大楼
- ◎ 杭州萧山国际机场候机大厅
- ◎ 宁波雅戈尔办公大楼
- ◎ 温州华侨大酒店
- ◎ 福州百安居建材广场
- ◎ 沈阳新恒吉大厦
- ◎ 苏州福记大酒店
- ◎ 苏州嘉实大厦

和 谐 创 新    报 效 社 会

泰 山 石 膏 板 稳 当 当

## 子公司及销售网络



## 让我们在这里相识相知!



●公司总部　　●泰山石膏(江阴)有限公司　　●秦皇岛泰山建材有限公司　　●湖北泰山建材有限

# 立足中国　走向世界



装新居住新房  泰山石膏板稳当当



自然的 ◎
环保的 ◎
这就是我想要的！



中 国 名 牌
泰山牌纸面石膏板

**泰山石膏股份有限公司**
总部地址：山东省泰安市岱岳区大汶口
Address of Headquarters: Dawenkou, Daiyue district of Taian,
Shandong Province; P.R.China
电话(Tel)： (0538)8811293  8811348  8811448  8811078
国际业务部： (0086-538)8812017  8811077  8812002
传真(Fax)： (0086-538)8811250  8811323
网址(Website)： http://www.taihegroup.com
邮编(P.C.)： 271026