UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
DANIEL ABREU, et al. v. GEBRUEDER
KNAUFVERWALTUNGSGESELLSSCHAFT, KG, et al.
CASE NO.: 11-252

**DEFENDANT, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC'S, MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (VIII)**

Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC ("Banner PSL"), pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6), moves to dismiss the Omnibus Class Action Complaint (VIII) (the "Complaint") filed by Plaintiffs, DANIEL ABREU, et al. ("Plaintiffs"), and in support thereof states as follows:

1. This Court lacks personal jurisdiction over Banner PSL pursuant to Federal Rule of Civil Procedure 12(b)(2).

2. Venue is improper in the Eastern District of Louisiana pursuant to 28 U.S.C. §§ 1404, 1406(a) and 1391(c).

3. Plaintiffs have failed to state a cause of action against Banner PSL pursuant to Federal Rule of Civil Procedure 12(b)(6).

PETERSON & ESPINO, P.A.

CASE NO.:  11-252<br>SECT. L MAG. 2

4. Banner PSL incorporates by reference its Memorandum in Support of its Motion to Dismiss Plaintiffs' Complaint, as well as the Affidavit of Scott Giering attached thereto as Exhibit "A."

WHEREFORE, Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC, respectfully requests that this Court enter an Order: (1) dismissing the Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) (2) dismissing the Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6); (3) in the alternative, dismissing the Complaint for improper venue in accordance with Federal Rule of Civil Procedure 12(b)(3) and transferring venue of this action to the Unites States District Court for the Middle District of Florida; and (4) for such other and further relief that this Court deems just and proper.

Respectfully submitted,

PETERSON & ESPINO, P.A.
Attorneys for Banner Supply Company Port St. Lucie, LLC
10631 Southwest 88th Street, Suite 220
Miami, Florida   33176
Telephone:     (305) 270-3773
Facsimile:      (305) 275-7410
mpeterson@petersonespino.com

By:    /s/ Michael P. Peterson,
       Florida Bar No. 982040

CASE NO.: 11-252<br>SECT. L MAG. 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss and Incorporated Memorandum of Law of BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC has been served on Liason Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this 3rd day of March, 2011. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of March, 2011.

By:   /s/ Michael P. Peterson