UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DANIEL ABREU, et al.,

    Plaintiffs,

vs.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSSCHAFT,
KG, et al.

    Defendants.
_____/

CASE NO.: 11-252
SECT. L MAG. 2

CLASS ACTION COMPLAINT

**CHINESE DRYWALL**

## AFFIDAVIT OF SCOTT K. GIERING

1. My name is Scott K. Giering. I was the Controller of Banner Supply Company Port St. Lucie, LLC ("Banner PSL") when Banner PSL was operational. I am over the age of eighteen (18) years, of sound mind and otherwise *sui juris*. I have personal knowledge of the matters and facts contained in this Affidavit.

2. I make this Affidavit on behalf of Banner PSL in connection with the lawsuit styled Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al., Case No. 11-252, Sect. L, Mag. 2 (hereinafter the "Lawsuit") filed in the United States District Court for the Eastern District of Louisiana.

3. Banner PSL is no longer in operation.

4. Banner PSL, while in operation, was a Florida corporation that maintained its only place of business in Port St. Lucie, Florida.

5. Banner PSL, while in operation, was a building materials distributor.

6. Banner PSL, while in operation, never conducted business outside of Florida.

7. Banner PSL, while in operation, never sold or delivered drywall to Daniel Abreu, or to any other person or entity in Louisiana.

8. Banner PSL, while in operation, never sought a business license in Louisiana.

9. Banner PSL, while in operation, was never licensed to conduct business in Louisiana.



10.  Banner PSL, while in operation, never maintained a business listing, telephone number, or business address in Louisiana.

11.  Banner PSL, while in operation, never owed any real property in Louisiana.

12.  Banner PSL, while in operation, never maintained or operated any factories, warehouses, or offices in Louisiana.

13.  Banner PSL, while in operation, never advertised its business in Louisiana.

14.  Banner PSL, while in operation, never marketed or promoted the sale of any products in Louisiana.

15.  Banner PSL, while in operation, never sold any products in Louisiana.

16.  Banner PSL, while in operation, never maintained a bank account in Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC

By: _____
Scott K. Giering, as Controller

The foregoing instrument was acknowledged before me on this _3_ day of March, 2011, by Scott K. Giering, as Controller of BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC who is personally known to me, or who has produced _____ as identification and who did take an oath.

_____
Notary Public, State of Florida
My Commission Expires:

Notary Public State of Florida
Esmi Oliva
My Commission DD978573
Expires 05/01/2014

2