UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L |
| This Document Relates to:   11-080 (Abel)<br>_____/ | Judge Fallon<br>Mag. Judge Wilkinson |

### NOTICE OF APPEARANCE OF COUNSEL

Jaret J. Fuente and Carlton Fields, P.A. and Suzanne K. Richards and Vorys Sater Seymour & Pease, LLP, pursuant to the Court's Order, hereby notice their appearance as counsel on behalf of M/I Homes, Inc., one of the defendants in <u>Abel v. Taishan Gypsum Co., Ltd., et. al.</u>, and request that all correspondence and pleadings be directed to them.  M/I Homes, Inc. specifically reserves all rights and defenses, including the right to object to the sufficiency of process, service of process, venue, and the jurisdiction of this Court.  M/I Homes, Inc. further avers that this notice does not constitute a waiver of any kind, but is filed per Court order.

Respectfully submitted,

s/Jaret J. Fuente
Jaret J. Fuente
Florida Bar No. 0146773
CARLTON FIELDS, P.A.
Corporate Center Three, International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL  33607
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
E-mail:  jfuente@carltonfields.com

Suzanne K. Richards
Ohio Bar No. 0012034
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio  43216-1008
Tel.:  (614) 464-6458
Fax:  (614) 719-4920
E-Mail:  skrichards@vorys.com

18417920.1

*Counsel for M/I Homes, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this 8th day of March, 2011.

s/ Jaret J. Fuente
Attorney