Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0086

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Port St. Lucie, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9Th day of December, 20 10, at 1:55 o'clock P M

Place of Service: at 7195 NW 30th Street, in Miami, FL 33122

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Banner Supply Company Port St. Lucie, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Mike Dobson opperations Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color White ; Facial Hair Yes
Approx. Age 70 ; Approx. Height 6'2 ; Approx. Weight 250

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 13 day of December, 20 10

Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason  Roberts
My Commission DD949389
Expires 01/21/2014