Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0255

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Port St. Lucie, Ltd., Leopold Korn Leopold &
Snyder, P.A.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )

Name of Server: __Kenneth Wolf__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __10th__ day of __December__, 20 __10__, at __12:15__ o'clock __P__ M

Place of Service: at __825 Coral Ridge Drive__, in __Coral Springs, FL  33071__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Centerline Port St. Lucie, Ltd., Leopold Korn Leopold & Snyder, P.A.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Debbie Pasquale  Receptionist__

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __55__ ; Approx. Height __5'6__ ; Approx. Weight __145__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __13th__ day of __December__, 20 __10__

Signature of Server                                                 Notary Public                    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014