Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0290

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cox Lumber Co., dba HD Supply Lumber & Building Materials
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9th day of December, 20 10, at 1:09 o'clock P. M

**Place of Service:** at Corporate Creations Network Inc. 11380 Prosperity Farms Rd. #221E, in Palm Beach Gardens, FL 33410

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Cox Lumber Co., dba HD Supply Lumber & Building Materials

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Raziur Rahman, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair
Approx. Age 35 ; Approx. Height 5'6" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
Michael Rocco
Signature of Server

Subscribed and sworn to before me this
11th day of December, 20 10
Jonathan Levy
Notary Public          (Commission Expires)

**APS International, Ltd.**