| | |
|---|---|
| Sean and Beth Payton, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:  108015-0041

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dorado Homes Development, Ltd.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9Th** day of **December**, 20 **10**, at **2:15** o'clock **P** M

**Place of Service:** at **10253 NW 32nd Terrace**, in **Doral, FL 33172**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dorado Homes Development, Ltd.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **MariBelle Gutierrez Wife of Owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair ___
Approx. Age **30**; Approx. Height **5'7**; Approx. Weight **146**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **13** day of **December**, 20 **10**

Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014