Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0046

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drywall Service, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MISSISSIPPI** ) ss.
County of: **PEARL RIVER**

Name of Server: **STEVEN SCHOLTES**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **DEC**, 20 **10**, at **108** o'clock **P** M

Place of Service: at **312 McSween Road**, in **Picaune, MS  39466**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Drywall Service, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **HUBERT SEALS  PRESIDENT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Black**; Facial Hair **Yes**
Approx. Age **52**; Approx. Height **5'10**; Approx. Weight **210**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **10** day of **DEC**, 20 **10**

Signature of Server

Notary Public    **6-1-2012** (Commission Expires)

**APS International, Ltd.**

[Notary Seal: KAREN K. YORDY, Comm #74614, NOTARY PUBLIC, HANCOCK, MISSISSIPPI, EXPIRES 06-01-2012]