UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | CASE NO. 2:09-md-02047 |
| KENNETH ABEL, et al., | ) ) | |
| Plaintiffs. | ) ) | |
| v. | ) ) | Case No. 11-080 |
| TAISHAN GYPSUM CO., LTD., et al., | ) ) | Sect. L Mag. 2 |
| Defendants. | ) | |

## SUGGESTION OF BANKRUPTCY

Please take notice that on April 23, 2008, Kimball Hill, Inc. ("KHI") and certain of its subsidiaries, including defendant Kimball Hill Homes Florida, Inc. ("KHHF") (collectively, the "Debtors") filed voluntary petitions for relief in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code. The Debtors' bankruptcy cases are being jointly administered by the Bankruptcy Court as Case No. 08-10095.

Please take further notice that, on March 12, 2009, the Bankruptcy Court confirmed the Joint Plan of Kimball Hill, Inc. and its Debtor Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Plan").[1] The Plan had an effective date of March 24, 2009 (the "Effective Date"). The Plan provides *inter alia* that entities who hold claims against the Debtors, including KHHF, are permanently enjoined, from and after the Effective Date, from

---

[1] A copy of the Plan is available at http://www.kccllc.net/kimballhill. The KHI Post-Consummation Trust and the KHI Liquidation Trust are successors to the Debtors under the Plan.

SUGGESTION OF BANKRUPTCY – PAGE 1
DALLAS 2206989v.1

commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any claim against the Debtors.

March 9, 2011.

Respectfully submitted,

By: /s/ Chris P. Perque
Chris P. Perque (LA Bar No. 21015)
GARDERE WYNNE SEWELL LLP
1000 Louisiana Street, Ste. 3400
Houston, Texas 77002-5011
Telephone: 713.276.5500
Facsimile: 713.276.5555
cperque@gardere.com

D. Steven Henry (TX Bar No. 09479350)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667
shenry@gardere.com

LOCAL COUNSEL FOR KHI POST-CONSUMMATION TRUST AND THE KHI LIQUIDATION TRUST

Mark L. Radtke (IL Bar No. 6275738)
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
321 N. Clark St., Ste. 800
Chicago, Illinois 60654
Telephone: (312) 541-0151

COUNSEL TO THE KHI POST-CONSUMMATION TRUST AND THE KHI LIQUIDATION TRUST

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this filing was served on all known counsel of record in compliance with the Federal Rules of Civil Procedure through the Court's CM/ECF system on March 9, 2011.

                                            /s/ Chris P. Perque
                                            Chris P. Perque