Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0129

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dupree Construction Company, Inc., nka Dupree Construction Company, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
Parish of: **LIVINGSTON** )

**Name of Server:** **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14th** day of **December**, 20 **10**, at **5:33** o'clock **P** M

**Place of Service:** at **107607 Heritage Estates Dr.**, in **Baton Rouge, LA 70810**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dupree Construction Company, Inc., nka Dupree Construction Company, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Ms Jamie Dupree, Spouce of Owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **n/a**
Approx. Age **50 yr**; Approx. Height **5'5"**; Approx. Weight **175 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **15TH** day of **DECEMBER**, 20 **10**

_Tom Cassisa_
Signature of Server

_[signature]_ 4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**