Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0132

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Eastern Construction Group, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9Th day of December, 20 10, at 11:48 o'clock A M

Place of Service: at 9275 SW 97 Terr., in Miami, FL 33176

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Eastern Construction Group, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Alex Gonzalez Son of Manny Gonzalez President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair Yes
Approx. Age 25 ; Approx. Height 5'9 ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 13th day of December, 20 10

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014