Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0059

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HPH Homes
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Alabama** ) ss.
County of: **Shelby** )

**Name of Server:** **Daniel Moore**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14** day of **Dec**, 20 **10**, at **2:50** o'clock **P** M

**Place of Service:** at 2236 Cahaba Valley Dr., Ste. 100, in Birmingham, AL ~~33542~~ **35242**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**HPH Homes**
By delivering them into the hands of an officer or managing agent whose name and title is: **Melissa Henley, Authorized Business Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BRN** ; Facial Hair ____
Approx. Age **35** ; Approx. Height **5'9"** ; Approx. Weight **115**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Daniel Moore**
Signature of Server

Subscribed and sworn to before me this **15** day of **Dec**, 20 **10**

_____ 5/21/14
Notary Public    (Commission Expires)

**APS International, Ltd.**