UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                SECTION: L

                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON

_____

THIS DOCUMENT RELATES TO:
 Rogers et al. v. Knauf GIPS KG et al.; Case No. 2:10-CV-362-EEF-JCW

**MEMORANDUM OF LAW IN SUPPORT OF DAVIS GENERAL
CONTRACTING CORPORATION'S SECOND RESTATED MOTION TO DISMISS**

DAVIS GENERAL CONTRACTING CORPORATION ("DAVIS GENERAL CONTRACTING "), by and through undersigned counsel, submits its memorandum of law in support of its Second Restated Motion to Dismiss to Dismiss Plaintiffs' Omnibus Class Action Complaint (IV), Plaintiffs, Kathleen and Mariss Barbee et al. Omnibus Class Action Complaint in Intervention, and  Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)), all for Failure of Service Process and Lack of Personal Jurisdiction filed herewith as follows.

In support of its motion, DAVIS GENERAL CONTRACTING restates and incorporates by reference Davis General Contracting Corporation's Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint (IV) for Failure of Service of Process and Lack of Personal Jurisdiction and supporting memorandum of law, and restated memorandum filed in this case on October 22, 2010 and January 5, 2011 (Docs. 6060, 6060-1, 6060-2, 6768, 6768-1, 6768-2).

/s/ John C. Davis
JOHN C. DAVIS
Fla. Bar No. 0827770
Law Office of John C. Davis
623 Beard Street
Tallahassee, FL 32303
(850) 222-4770

(850) 222-3119 (fax)
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittmann@stonepigman.com, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of March, 2011.

/s/ John C. Davis
JOHN C. DAVIS