Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0061

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hutchinson Homes, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _ALABAMA_ ) ss.
County of: _BALDWIN_ )

**Name of Server:** _NORRIS ARMSTRONG_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10_ day of _Dec_, 20 _10_, at _11:31_ o'clock _A_ M

**Place of Service:** at _6389 Willowbridge Dr._, in _Fairhope, AL 36533_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hutchinson Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs Beth Hutchinson_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brunette_ ; Facial Hair _None_
Approx. Age _40_ ; Approx. Height _5'10"_ ; Approx. Weight _135_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

Subscribed and sworn to before me this _14th_ day of _December_, 20 _10_

_Deborah A. Anderson_  01/29/2012
Notary Public  (Commission Expires)

**APS International, Ltd.**