Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0074

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--In-Line Contractors, LLC
Court Case No. 09-7628 Sect L

State of: _LOUISIANA_          ) ss.
~~Parish~~ County of: _LIVINGSTON_    )

| | |
|---|---|
| Name of Server: | _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _9th_ day of _December_, 20 _10_, at _9:33_ o'clock _A_ M |
| Place of Service: | at  _5800 One Perkins Place_, in  _Baton Rouge, LA  70809_ |
| Documents Served: | the undersigned served the documents described as: **Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **In-Line Contractors, LLC** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: _Ashley Cappel, Office Manager_ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex _F_ ; Skin Color _Whit._ ; Hair Color _Brown_ ; Facial Hair _N/A_ Approx. Age _40 yrs_ Approx. Height _5'6"_ ; Approx. Weight _140 lbs_ ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _10TH_ day of _DECEMBER_, 20 _10_

_Jono Dollar_  4/29/10
Notary Public          (Commission Expires)

**APS International, Ltd.**