Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0081

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Helms Construction, Inc., dba Sundown Development
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**State of:** Florida ) ss.
**County of:** Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9th day of December, 20 10, at 2:45 o'clock P. M

**Place of Service:** at 8297 Southeast Country Estates Way, in Jupiter, FL 33458

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
J. Helms Construction, Inc., dba Sundown Development

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Kim Helms, Managing Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown/Cap ; Facial Hair ___
Approx. Age 50+ ; Approx. Height 5'5" ; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
Michael Rocco
Signature of Server

Subscribed and sworn to before me this 11th day of December, 20 10
Jonathan Levy
Notary Public     (Commission Expires)

**APS International, Ltd.**