Sean and Beth Rayton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0087

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--John Korn Builders, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe P. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _December_, 20_10_, at _6:40_ o'clock _P_ M

**Place of Service:** at _15094 Lorraine Road_, in _Biloxi, MS 39532-9697_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**John Korn Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _John Korn Jr. — Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _gray_ ; Facial Hair _mustache_
Approx. Age _40-55_ ; Approx. Height _5'11_ ; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _13th_ day of _December_, 20 _10_

_Sharon M. McKinney_   11-19-2014
Notary Public   (Commission Expires)

APS International, Ltd.

[Notary Seal: STATE OF MISSISSIPPI, SHARON M. McKINNEY, ID No 54413, Comm Expires Nov. 19, 2014, HARRISON COUNTY, NOTARY PUBLIC]