IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL:
PRODUCTS LIABILITY LITIGATION     :
                                  :  MDL 2047
THIS DOCUMENT RELATES TO:         :  SECTION: L
                                  :  JUDGE FALLON
Abel, et al.                      :  MAG. JUDGE WILKINSON
Case No. 2:11-cv-00080 (E.D. La.) :
…………………………………………………………:

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, **TODD R. EHRENREICH**, tehrenreich@wwhgd.com; **NICHOLAS P. PANAYOTOPOULOS**, npanayo@wwhgd.com; **SHUBHRA R. MASHELKAR**, smashelkar@wwhgd.com; **MICHAEL A. SEXTON**, msexton@wwhgd.com; and **STEPHEN J. RAPP**, srapp@wwhgd.com, Weinberg Wheeler, Hudgins, Gunn & Dial, LLC., 3344 Peachtree Road, Suite 2400, Atlanta, GA 30326 hereby enters this notice of appearance as counsel of record for the Defendant BANNER SUPPLY CO., BANNER SUPPLY COMPANY FORT MYERS, LLC, BANNER SUPPLY COMPANY TAMPA, LLC, BANNER SUPPLY COMPANY POMPANO, LLC, and BANNER SUPPLY INTERNATIONAL, LLC. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted this 9th day of March, 2011.

Respectfully submitted,

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Todd R. Ehrenreich*
**TODD R. EHRENREICH, ESQUIRE**
Florida Bar Number: 945900
2601 S. Bayshore Drive
Suite 850
Miami, Florida 33130
Telephone (305)455-9500

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone: (404) 876-2700

*/s/ Shubhra R. Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number: 475388
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326

*/s/ Michael A. Sexton*
**MICHAEL A. SEXTON, ESQUIRE**
Florida Bar Number: 131520
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326

*/s/ Stephen J. Rapp*
**STEPHEN J. RAPP, ESQUIRE**
Georgia Bar Number: 103806
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326

*Counsel for Defendant Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa LLC, Banner Supply Company Pompano, LLC and Banner Supply International, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 9th day of March, 2011.

                              WEINBERG, WHEELER, HUDGINS,
                              GUNN & DIAL, LLC


                              */s/ Shubhra R. Mashelkar*
                              **SHUBHRA R. MASHELKAR, ESQUIRE**