Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0317

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Just-Rite Supply, c/o Corporation Service Company
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MS_ ) ss.
County of: _Hinds_ )

**Name of Server:** _Jimmy H Taylor_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _09_ day of _Dec_, 20 _10_, at _1347_ o'clock _P_ M

**Place of Service:** at _506 South President Street_, in _Jackson, MS 39201_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Just-Rite Supply, c/o Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Danny Perry, Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Red W_ , Hair Color _Brn_ ; Facial Hair _No_
Approx. Age _50_ ; Approx. Height _260_ ; Approx. Weight _5'11"_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _09_ day of _Dec_, 20 _10_

Cynthia L Wilson
Notary Public  (Commission Expires)

*STATE OF MISSISSIPPI NOTARY PUBLIC*
ID # 66724
CYNTHIA L. WILSON
Commission Expires
July 18, 2014
*RANKIN COUNTY*