Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0306

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K. Hovanian First Homes, LLC, c/o NRAI Services, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9th day of December, 20 10, at 11:34 o'clock A M

**Place of Service:** at 2731 Executive Park Dr., #4, in Weston, FL 33331

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
K. Hovanian First Homes, LLC, c/o NRAI Services, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Unicka Brown, Supervisor

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color AA ; Hair Color Black ; Facial Hair _____
Approx. Age 30 ; Approx. Height 5'6" ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

Subscribed and sworn to before me this 11th day of December, 20 10

Jonathan Levy
Notary Public                (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.