| | |
|---|---|
| Sean and Beth Payton, et. al., Plaintiff(s) vs. Knauf Gips KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:  108015-0117

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--M/I Homes, Inc., c/o CT Corporation System
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** __Eric Deal__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __13__ day of __December__, 20 __10__, at __1:40__ o'clock __P__ M

**Place of Service:** at __1200 South Pine Island Road__, in __Plantation, FL  33324__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**M/I Homes, Inc., c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: __CT Corporation System, Registered Agent for contact: Donna Moch, Section Head Process for CT Corp.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __40+__ ; Approx. Height __5'6"__ ; Approx. Weight __140 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 14th day of December, 2010

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**