Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0218

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--M.E. Gibbens, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10_ day of _December_, 20_10_, at _1:45_ o'clock _P_ M

**Place of Service:** at 724 Dunbar Ave., in ~~Long Beach, MS 39560~~ _Bay St. Louis, MS 39520_ JG

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
M.E. Gibbens, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Michael Gibbens - Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; ~~Facial Hair~~ _Glasses_
Approx. Age _50-62_ ; Approx. Height _5'10_ ; Approx. Weight _185_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this _10_ day of _December_, 20 _10_

_[signature]_ _22 September 2014_
Notary Public (Commission Expires)

APS International, Ltd.

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 97122 HAL M. SANDS IV Commission Expires Sept. 22, 2014 HARRISON COUNTY]