Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108015-0125

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Morgan Homes, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida _____ ) ss.
County of: Broward _____ )

| | |
|---|---|
| **Name of Server:** | Jesse Picone _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the  14th  day of  December  , 20 10 , at  7:05  o'clock  P. M |
| **Place of Service:** | at  3420 NE 28th Ave.  , in  Lighthouse Point, FL  33064 |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Morgan Homes, Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is:  James Morgan, Owner and Managing Agent |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex  M  ; Skin Color  White  ; Hair Color  White  ; Facial Hair _____ Approx. Age  60  ; Approx. Height  6'  ; Approx. Weight  190 |
| | ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
15th  day of  December  , 20 10

Jonathan Levy
Notary Public              (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan  Levy
Commission # DD759719
Expires:  MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.