Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0205

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Morrison Homes, Inc., c/o NRAI Services, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida                          ) ss.
County of: Broward                    )

| | |
|---|---|
| **Name of Server:** | Jesse Picone                        , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the   9th   day of   December          , 20 10 , at   11:34   o'clock   A.   M |
| **Place of Service:** | at   2731 Executive Park Drive, Ste. 4            , in   Weston, FL 33331 |
| **Documents Served:** | the undersigned served the documents described as:<br>**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**<br>**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Morrison Homes, Inc., c/o NRAI Services, Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is:   Ms. Unicka Brown, Supervisor |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex  F   ; Skin Color   AA          ; Hair Color   Black        ; Facial Hair<br>Approx. Age   30      ; Approx. Height   5'6"        ; Approx. Weight   190<br>☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>Jesse Picone<br>Signature of Server<br><br>**APS International, Ltd.** | Subscribed and sworn to before me this<br>11th   day of   December      , 20 10<br>Jonathan Levy<br>Notary Public            (Commission Expires) |