Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0123

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--North Palm Estates Homes, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9th day of December, 20 10, at 2:55 o'clock P M

Place of Service: at 7901 W 25th Ave., #3, in Hialeah, FL 33016

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**North Palm Estates Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Nelly Mendez Secretary

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 40 ; Approx. Height 5'4 ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 13th day of December, 20 10

Signature of Server       Notary Public       (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014