Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0175

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ocean Springs Lumber Company, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Jackson )

**Name of Server:** Donna Davis, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of December, 20 10, at 8 o'clock A M

**Place of Service:** at ~~7 Chandeleur Cove~~ 1611 Government St, in Ocean Springs, MS 39564

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ocean Springs Lumber Company, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Patty Beaugez, credit dept. manager

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair no
Approx. Age 50+ ; Approx. Height 5'8" ; Approx. Weight 160

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donna Davis
Signature of Server

Subscribed and sworn to before me this 13 day of December, 20 10

Notary Public    (Commission Expires)

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Mar 12, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

APS International, Ltd.