Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0170

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--O'Neal/Holliman Corporation
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10_ day of _December_, 20_10_, at _11:05_ o'clock _A_ M

**Place of Service:** at  16127 Orange Grove Road , in  Gulfport, MS  39503

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**O'Neal/Holliman Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Candance Dye (Secretary for Attorney Laura Paulk-Authorized to Accept)_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age _71-85_ ; Approx. Height _5'5_ ; Approx. Weight _150_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _10_ day of _December_, 20_10_

_Hal M Sands IV    22 September 2014_
Notary Public           (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 97122, HAL M. SANDS IV, Commission Expires Sept. 22, 2014, HARRISON COUNTY]