Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0169

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--O'Neal Homes, Inc
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

Name of Server: _Joe R. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _10_ day of _December_, 20_10_, at _11:45_ o'clock _A_ M

Place of Service: at _16127 Orange Grove Road_, in _Gulfport, MS  39503_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**O'Neal Homes, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: _Candace Dye (Secretary for Paula Lamia - Authorized to Accept_

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair ____
Approx. Age _31-35_ ; Approx. Height _5/5_ ; Approx. Weight _150_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature_
Signature of Server

Subscribed and sworn to before me this
_10_ day of _December_, 20 _10_
_Hal M Sands IV  22 September 2014_
Notary Public          (Commission Expires)

**APS International, Ltd.**



STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 97122
HAL M. SANDS IV
Commission Expires
Sept. 22, 2014
HARRISON COUNTY