Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0197

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Premier Communities, Inc., co LPS Corporate Services, Inc.

Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Sarasota** )

**Name of Server:** **Lyle M. Robinson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13th** day of **Dec**, 20 **10**, at **10:15** o'clock **A** M

**Place of Service:** at 46 North Washington Blvd., #1, in Sarasota, FL 34236

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Premier Communities, Inc., co LPS Corporate Services, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Virginia T. Pitts, Legal Department**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Black**; Facial Hair —
Approx. Age **45**; Approx. Height **5'6"**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **13th** day of **Dec**, 20 **10**

Notary Public (Commission Expires)

**APS International, Ltd.**

Shelly Huffman
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

60976