Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0313

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Standard Pacific Homes dba Standard Pacific of Colorado, Inc., a Delaware Corporation
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: California ) ss.
County of: Orange )

**Name of Server:** Don Niemeyer, undersigned, being duly sworn, deposes and says that at the time of service, he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of December, 20 10, at 3:00 o'clock P M

**Place of Service:** at 26 Technology Drive, in Irvine, CA 92618

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Standard Pacific Homes dba Standard Pacific of Colorado, Inc., a Delaware Corporation

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of Peggy Yazloff, a person of suitable age, who verified, or who upon questioning stated, that he/she is able to accept for Standard Pacific Homes dba Standard Pacific of Colorado, Inc., a Delaware Corporation at the place of service, and whose relationship to the person is: Authorized Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color Caucasian; Hair Color Brown; Facial Hair ___
Approx. Age 40; Approx. Height 5'5"; Approx. Weight 155

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_D. Niemeyer_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 17 day of December, 2010

_Tamara Morales_  8/5/2011
Notary Public    (Commission Expires)

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011