Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by


**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0020

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**

--Anthony Skrmetti
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe P. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _December_, 20_10_, at _10:26_ o'clock _A_ M

**Place of Service:** at _96 Daniels Way_, in _Perkinston, MS  39573_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Anthony Skrmetti**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _Mrs Brenda Skrmetti — wife_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Anthony Skrmetti** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _White_; Hair Color _Blond/Silver_; Facial Hair _____
Approx. Age _30-55_; Approx. Height _____; Approx. Weight _____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _13th_ day of _December_, 20_10_

_Sharon M. McKinney_  11-19-2014
Notary Public         (Commission Expires)

[Notary Seal: STATE OF MISSISSIPPI, SHARON M. McKINNEY, ID No 54413, Comm Expires Nov. 19, 2014, HARRISON COUNTY, NOTARY PUBLIC]