Case 2:09-md-02047-EEF-MBN   Document 7981   Filed 03/09/11   Page 1 of 1

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0375

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Chabot Enterprises, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21** day of **December**, 20 **10**, at **4:45** o'clock **P** M

Place of Service: at **5135 S.E. Manatee Terrace**, in **Stuart, FL  34997**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Chabot Enterprises, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Dolly Chabot - Spouse of President, Lee Chabot**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Grey**; Facial Hair **—**
Approx. Age **70's**; Approx. Height **5'2"**; Approx. Weight **120 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Kreyling**
Signature of Server

Subscribed and sworn to before me this **22** day of **December**, 20 **10**

**BMP**
Notary Public

**7-14-2012**
(Commission Expires)

APS International, Ltd.

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services