Sean  and Beth Payton, et. al., Plaintiff(s)

vs.

Kna  f Gips KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108015-0095

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--JM Interiors, Inc.
Court Case No. 09-7628 Sect L

State **of:** Florida ) ss.

County of: St Lucie )

Name **of** Server: BRADLEY A PERRON , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/**T**ime of Service: that on the 18 day of December , 20 10 , at 1 o'clock P M

Place **of** Service: at 2208 SW Abalon Circle , in Port St. Lucie, FL  34953

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

Service **of** Process on: A true and correct copy of the aforesaid document(s) was served on:
JM Interiors, Inc.

Person Served, and Method **of** Service: By delivering them into the hands of an officer or managing agent whose name and title is: John Morin , President , Director , R.A.

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brn ; Facial Hair NO
Approx. Age 45 ; Approx. Height 5'8" ; Approx. Weight 160
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this 20 day of December , 20 10

_Amy M. Kreyling_   9/25/14

_Notary Public_   (Commission Expires)

**APS International, Ltd.**



AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY