Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0219

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Reed Builders, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __LOUISIANA__ ) ss.
Parish of: __LIVINGSTON__ )

**Name of Server:** __Tom Cassisa__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __14th__ day of __December__, 20 __10__, at __5:35__ o'clock __P__ M

**Place of Service:** at __141 Shady Lake Parkway__, in __Baton Rouge, LA 70810__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Reed Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Raphew Reed, Owner__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Black__ ; Hair Color __Black__ ; Facial Hair __N/A__
Approx. Age __40 yrs__; Approx. Height __5'10"__ ; Approx. Weight __170 lbs__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Tom Cassisa__
Signature of Server

Subscribed and sworn to before me this __15th__ day of __DECEMBER__, 20 __10__

__[signature]__ 4/29/13
Notary Public   (Commission Expires)

**APS International, Ltd.**