Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0220

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Regatta Construction, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Indian River )

**Name of Server:** William Bressett, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of December, 20 10, at 11:10 o'clock A M

**Place of Service:** at 2345 14th Avenue, Suite 1, in Vero Beach, FL 32960

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Regatta Construction, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: DENNIS WITHEROW/ President

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex m ; Skin Color w ; Hair Color brn/gy ; Facial Hair n
Approx. Age 60 ; Approx. Height 5'6" ; Approx. Weight 150

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 14 day of December, 20
3-1-2014
Notary Public          (Commission Expires)

APS International, Ltd.



DAVID SHERMAN BONNER
Notary Public, State of Florida
My Commission Expires 3/1/2014
Comm. No. DD966537