Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0265

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RFC Homes
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St Lucie** )

**Name of Server:** **BRADLEY A PERRON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **18** day of **December**, 20 **10**, at _____ o'clock ___M

**Place of Service:** at **307 NW Treeline Trace**, in **Port St. Lucie, FL 34986**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**RFC Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Jean Oliva, fiance of Anthony Centore, V.P. (served @ residence)**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Br**; Facial Hair **N**
Approx. Age **55**; Approx. Height **5'3"**; Approx. Weight **130 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

Subscribed and sworn to before me this **20** day of **December**, 20**10**

*Amy M. Kreyling*  9/25/14
Notary Public          (Commission Expires)

**APS International, Ltd.**

AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
1-800-3-NOTARY  Fl. Notary Discount Assoc. Co.