Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0278

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Richardson Drywall
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __MISSISSIPPI__ ) ss.
County of: __HANCOCK__ )
Name of Server: __STEVEN SCHOLTES__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __10__ day of __DECEMBER__, 20 __10__, at __11:54__ o'clock __A__ M

Place of Service: at __2128 Hollywood Drive__, in __Bay St. Louis, MS  39520__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Richardson Drywall**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __MIKE RICHARDSON — PRESIDENT__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __GREY__ ; Facial Hair __NO__
Approx. Age __56__ ; Approx. Height __5'10__ ; Approx. Weight __225__
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __10__ day of __DEC__, 20 __10__

Signature of Server     Notary Public     6-1-2012 (Commission Expires)

**APS International, Ltd.**