Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0335

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Saturno Contruction AB Inc.
Court Case No. 09-7628 Sect L

State of: **Florida** ) ss.
County of: **St Lucie** )

**Name of Server:** **Bradley A Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **18** day of **December**, 20 **10**, at **4 15** o'clock **P** M

**Place of Service:** at **1621 SE Mariner Ln.**, in **Port St. Lucie, FL 34983**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Saturno Contruction AB Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Alberto Munoz, President and R.A.**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Grey**; Facial Hair **N**
Approx. Age **55**; Approx. Height **5'7"**; Approx. Weight **150-160 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **20** day of **December**, 20 **10**

**Amy M. Kreyling** 9/25/14
Notary Public    (Commission Expires)

AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
Fl. Notary Discount Assoc. Co.

**APS International, Ltd.**