Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0336

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sea Coast Construction, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
Parish of: **LIVINGSTON** )

**Name of Server:** **TOM CASSISA**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **December**, 20 **10**, at **9:03** o'clock **A** M

**Place of Service:** at 8017 Jefferson Hwy, Wolfe's Creek, Ste. B3, in Baton Rouge, LA 70809

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Sea Coast Construction, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Donna Bajon, Secretary**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blond**; Facial Hair **N/A**
Approx. Age **30 yrs**; Approx. Height **5'7"**; Approx. Weight **145 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tom Cassisa*
Signature of Server

Subscribed and sworn to before me this **10th** day of **DECEMBER**, 20 **10**

*James Yellott  4/29/13*
Notary Public        (Commission Expires)

**APS International, Ltd.**