Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0316

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Stephen Shivers
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _Ice R. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9_ day of _DECEMBER_, 20_10_, at _6:13_ o'clock _P_ M

**Place of Service:** at 720 Clover Place, in Biloxi, MS 39532

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Stephen Shivers

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _LAURIE SHIVERS_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Stephen Shivers at the place of service, and whose relationship to the person is: _WIFE_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _WHITE_; Hair Color _BLOND_; Facial Hair _____
Approx. Age _28-40_; Approx. Height _5'6_; Approx. Weight _145_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _10_ day of _December_, 20 _10_

_[signature]_ 22 September 2014
Notary Public (Commission Expires)

[Notary Seal: HAL M. SANDS IV, ID # 97122, STATE OF MISSISSIPPI, NOTARY PUBLIC, HARRISON COUNTY, Commission Expires Sept. 22, 2014]