UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | MAGISTRATE JUDGE |
| ALL HOMEBUILDERS | * | WILKINSON |
| | * | |
| IN ALL CASES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

On August 26, 2009, the Court entered Pre-Trial Order No. 7B which, in part, appointed members to a Homebuilders' Steering Committee ("HSC"). Included in that Order was the appointment of Phillip A. Wittmann, Stone Pigman Walther Wittmann L.L.C., as Local Chair of the HSC. Thereafter, on November 4, 2009, the Court entered Pre-Trial Order No. 18. Recognizing the unique position of the homebuilders and installers involved in MDL 2047 as both plaintiffs and defendants whose interest were not adequately represented by either the Plaintiffs' Liaison Counsel or the Defendants' Liaison Counsel, the Court appointed Phillip A. Wittmann, to be the Homebuilders' and Installers Liaison Counsel, and enumerated certain duties which Mr. Wittmann's office has performed on an ongoing basis.

The MDL included hundreds of homebuilders to whom Mr. Wittmann's office responds almost daily. The Court believes that all homebuilders must share responsibility for the fees and expenses of their Liaison Counsel. Accordingly, the Court hereby orders all homebuilders in the MDL to deposit with the Clerk of Court, Eastern District of Louisiana, funds to pay those fees and expenses. Specifically, each homebuilder in the MDL is to deposit an amount based upon

the number of homes that builder has that are involved, in any capacity, in the MDL. Accordingly,

**IT IS ORDERED** that builders with 1or 2 homes involved in the MDL shall deposit $1,650.00 with the Clerk of Court; builders with 3 or 4 homes involved in the MDL shall deposit $3,300.00 with the Clerk of Court; and builders with 5 or more homes involved in the MDL shall deposit $4,950.00 with the Clerk of Court.  All deposits/payments to the Clerk of Court are to be accompanied by the form attached to this Order as Exhibit A, which form shall also be sent to drywall@stonepigman.com.  Questions regarding the proportionate share of any builder shall be directed to Dorothy H. Wimberly, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130, 504-593-0849 or dwimberly@stonepigman.com.

**IT IS FURTHER ORDERED** that all such funds are to be deposited within the next ten (10) business days.

**IT IS FURTHER ORDERED** that builders who already have made direct payments to Stone Pigman Walther Wittmann L.L.C. shall be entitled to a credit for those payments against any amounts owed pursuant to this Order.

**IT IS FURTHER ORDERED** that, immediately thereafter, Homebuilders Liaison Counsel may seek payment of all accrued fees and expenses by submitting a sealed request to the Court for review and approval for payment.  Future fees and expenses are to be submitted by a sealed request to the Court on an ongoing, monthly basis.

**NEW ORLEANS, LOUISIANA,** this 9th day of March, 2011.

_____
**DISTRICT JUDGE**

**EXHIBIT A**

**DEPOSIT WITH CLERK OF COURT FOR PAYMENT OF FEES AND EXPENSES OF HOMEBUILDERS' LIAISON COUNSEL**

Builder's Name:_____

Builder's Address:_____

Counsel's Name and Address:_____
_____

Amount Deposited:_____

Number of Homes in the MDL:
_____

Signature of Counsel:_____

*This form must accompany all deposits to the Clerk of Court to be held for payment of fees and expenses of Homebuilders' Liaison Counsel.*

*Additionally, please e-mail a copy of the completed form to:* drywall@stonepigman.com