Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0355

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Taylor-Woodrow Communities at Vasari, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15th day of December, 20 10, at 2:25 o'clock P. M

**Place of Service:** at 2731 Executive Park Drive, Suite 4, in Weston, FL 33331

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Taylor-Woodrow Communities at Vasari, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Unicka Brown, Supervisor as Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair ____
Approx. Age 25 ; Approx. Height 5'8" ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
15th day of December, 20 10
Jonathan Levy
Notary Public      (Commission Expires)

NOTARY PUBLIC STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.