Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0365

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Mitchell Co.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

**Name of Server:** **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15** day of **Dec**, 20 **10**, at **11** o'clock **A** M

**Place of Service:** at 41 W. Interstate 65 Service Road North, Colonial Bank Centre, 3rd Floor, in Mobile, AL 36608

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Mitchell Co.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **CHRISTOPHER SYLVESTER → VP**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **BLACK**; Hair Color **BLACK**; Facial Hair **MUSTACHE**
Approx. Age **40**; Approx. Height **5' 11"**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **15th** day of **December**, 20 **10**

Deborah A. Anderson  01/29/2012
Notary Public     (Commission Expires)

**APS International, Ltd.**