Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0367

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The New Morning, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Colorado__ ) ss.
County of: __Gunnison__ )

**Name of Server:** __Sgt. Nate Stepanek__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __14th__ day of __December__, 20 __10__, at __10:35__ o'clock __A__ M

**Place of Service:** at __215 Elk Avenue__, in __Crested Butte, CO 81224__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The New Morning, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Sandy Leinsdorf as Agent for the New Morning__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ____ ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   __15__ day of __December__, 20 __10__

X _____
Signature of Server

_Rebecca Miles_   12-1-13
Notary Public   (Commission Expires)

**APS International, Ltd.**