Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0373

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Triumph Construction
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
Parish ~~County~~ of: _LIVINGSTON_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _13TH_ day of _DECEMBER_, 20 _10_, at _7:42_ o'clock _P_ M

**Place of Service:** at _12042 Haven Avenue_, in _Baton Rouge, LA 70818_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Triumph Construction**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Patrick Rowe_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair _N/A_
Approx. Age _45 yrs_, Approx. Height _5'11"_ ; Approx. Weight _205 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _13TH_ day of _DECEMBER_, 20 _10_

_James Dolladar_  4/29/13
Notary Public          (Commission Expires)

**APS International, Ltd.**