Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0352

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply Company
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )

Name of Server: **Brian Nath**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14th** day of **December**, 20 **10**, at **2:14** o'clock **P** M

Place of Service: at **Convergence Center IV, 301 Bendix' Rd., Ste. 500**, in **Virginia Beach, VA 23452**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Richard Biemiller, Registered agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **40-45**; Approx. Height **5'7"**; Approx. Weight **150 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **14th** day of **December**, 20 **10**

Notary Public      4-30-2014 (Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268581, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]