Service of Process by

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**APS International, Ltd.**
1-800-328-7171

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Northeast Drywall
Court Case No. 09-7628

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** Greg Scott, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on **25-Nov-2010 05:00 pm**

**Place of Service:** at **18551 Counsel Cresent Road**, city of **Odessa**, state of **FL**

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Northeast Drywall**
By delivering them into the hands of an officer or managing agent whose name and title is
**Danny Stewart, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **m**; Skin Color **white**; Hair Color **Gray**; Facial Hair
Approx. Age **55**; Approx. Height **5'9"**; Approx. Weight **180**
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature_  12/22/10
Signature of Server

Subscribed and sworn to before me this **22nd** day of **December**, 20 **10**
_Elaine F. Jones_
Notary Public   (Commission Expires)
3/2/13

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 106415-447



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters