UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047 JUDGE FALLON |
| This Document Relates to: ALL CASES | | MAGISTRATE WILKINSON |

## INETERIOR EXTERIOR'S MOTION TO LIFT STAY AS TO INTERIOR EXTERIOR'S MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS WHO HAVE FAILED TO PRODUCE PROFILE FORMS PURSUANT TO F.R.C.P. RULE 37(b)

**NOW INTO COURT** through undersigned counsel, come Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who, move this Honorable Court to lift the Stay in this matter for the limited purpose of addressing Interior Exterior's Motion to Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b). In support of its Motion, Interior Exterior relies on its Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. pray that this Honorable Court grant their Motion and allow the stay to be lifted for the limited purpose of addressing Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C.'s Motion to Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b).

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*

_____
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
Benjamin R. Grau (#26307)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /
jhassinger@gjtbs.com
ceiselen@gjtbs.com / jgreen@gjtbs.com
bgrau@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 9th day of March, 2011.

*Richard G. Duplantier, Jr.   /s/*

_____
RICHARD G. DUPLANTIER, JR.