UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CIVIL ACTION NO. 09-2047 JUDGE FALLON |
| This Document Relates to: ALL CASES | | MAGISTRATE WILKINSON |

### INTERIOR EXTERIOR'S MEMORANDUM IN SUPPORT OF ITS MOTION TO LIFT STAY AS TO INTERIOR EXTERIOR'S MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS WHO HAVE FAILED TO PRODUCE PROFILE FORMS PURSUANT TO F.R.C.P. RULE 37(b)

**NOW INTO COURT** through undersigned counsel, come Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who, move this Honorable Court to lift the Stay in this matter for the limited purpose of addressing Interior Exterior's Motion to Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b). Certain plaintiffs have failed to file their profile forms. Accordingly, Interior Exterior now seeks to lift the Stay in this matter so that this Court may address certain plaintiffs' failure to participate in this litigation process and dismiss the claims of those Plaintiffs that have failed to provide a profile forms.

Interior Exterior respectfully requests that the Court schedule a hearing on its Motion to Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b) at the next Motion Hearing, or at a date and time set by the Court.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*

_____
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
Benjamin R. Grau (#26307)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:   (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /
jhassinger@gjtbs.com
ceiselen@gjtbs.com / jgreen@gjtbs.com
bgrau@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 9th day of March, 2011.

*Richard G. Duplantier, Jr.   /s/*

_____
    RICHARD G. DUPLANTIER, JR.