UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047 JUDGE FALLON |
| This Document Relates to: ALL CASES | | MAGISTRATE WILKINSON |

## ORDER

Considering Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C.'s Motion to Lift Stay as to Interior Exterior's Motion to Dismiss Certain Plaintiffs Pursuant to Rule 37:

IT IS ORDERED BT THE COURT that the stay in Pretrial Order No. 1 is lifted for the purposes of addressing Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C.'s Motion to Dismiss Certain Plaintiffs.

New Orleans, Louisiana, this _____ day of March, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge