UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047  JUDGE FALLON |
| This Document Relates to: ALL CASES | ) | MAGISTRATE WILKINSON |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. will bring their Motion to Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b) for hearing before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, courtroom 468, New Orleans, Louisiana, on March 30, 2011 at 9:00 a.m., or as soon thereafter.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*

Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
Benjamin R. Grau (#26307)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /
jhassinger@gjtbs.com
ceiselen@gjtbs.com / jgreen@gjtbs.com

bgrau@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 9th day of March, 2011.

*Richard G. Duplantier, Jr.   /s/*

_____
RICHARD G. DUPLANTIER, JR.