Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0477

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Premier Plastering of Naples
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

Name of Server: __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __9th__ day of __December__, 20 __10__, at __2:25__ o'clock __P__ M

Place of Service: at __434 Connors Ave__, in __Naples, FL  34108-2126__

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Premier Plastering of Naples**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Dominico Lagrasta, Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __tan__; Hair Color __Brown__; Facial Hair ____
Approx. Age __60__; Approx. Height __5'9"__; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #157299
**APS International, Ltd.**

Subscribed and sworn to before me this __14th__ day of __December__, 20 __10__

Notary Public      (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

66034