Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 106415-0476

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Custom Homes & Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __LOUISIANA__ ) ss.
County of: __CADDO__ )

**Name of Server:** __BILL RHODES__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __15th__ day of __November__, 20 __10__, at __6:20__ o'clock __P.__ M

**Place of Service:** at __5309 Bayou Drive__, in __Bossier City, LA 71112-4901__

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B"; Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Custom Homes & Construction, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Mr. David Allen, President__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __NONE__
Approx. Age __60__ ; Approx. Height __5' 11"__; Approx. Weight __175__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Bill Rhodes_
Signature of Server    Bill Rhodes

APS International, Ltd.

Subscribed and sworn to before me this
15th day of November, 2010

_[signature]_
Notary Public        (Commission Expires)

WILLIAM H. MALPASS, NOTARY PUBLIC
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
NOTARY # 51924