## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION ) | JUDGE FALLON |
| ) | |
| This Document Relates to: | MAGISTRATE WILKINSON |
| ALL CASES | |

### INETERIOR EXTERIOR'S MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS WHO HAVE FAILED TO PRODUCE PROFILE FORMS PURSUANT TO F.R.C.P. RULE 37(b)

**NOW INTO COURT** through undersigned counsel, come Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who, pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, move this Honorable Court to dismiss the claims of certain plaintiffs for failing to make disclosures and failing to cooperate with mandatory discovery outlined in Pre-Trial Order No. 1G. Accordingly, the claims against Interior Exterior by the plaintiffs in Exhibit A should be dismissed for the reasons set forth in the accompanying memorandum in support thereof.

WHEREFORE, Interior Exterior respectfully prays that this Honorable Court dismiss certain plaintiffs who are outlined in Exhibit A with prejudice.

Respectfully submitted,

***Richard G. Duplantier, Jr.   /s/***

_____
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
Benjamin R. Grau (#26307)
GALLOWAY, JOHNSON, TOMPKINS,
     BURR & SMITH

701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802 / Fax: (504) 525-2456
rduplantier@gjtbs.com /
jhassinger@gjtbs.com
ceiselen@gjtbs.com / jgreen@gjtbs.com
bgrau@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 9th day of March, 2011.

*Richard G. Duplantier, Jr.   /s/*

_____
RICHARD G. DUPLANTIER, JR.