**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: | | MAGISTRATE WILKINSON |
| ALL CASES | | |

**MEMORANDUM IN SUPPORT OF INETERIOR EXTERIOR'S MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS WHO HAVE FAILED TO PRODUCE PROFILE FORMS PURSUANT TO F.R.C.P. RULE 37(b)**

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT** through undersigned counsel, comes Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who submit this memorandum in support of their Interior Exterior's Motion to Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b) for failing to comply with discovery obligations and this Court's Order to file a profile form.

On May 27, 2010 this Court entered Pre-Trial Order No. 1G which ordered each plaintiff to complete and file a profile form with forty days of filing their complaints. This Court has recognized that these profile forms provide basic, yet decisive, information about each plaintiff's claims without which Interior Exterior cannot properly proceed against. This Court has repeatedly advised plaintiffs that their failure to comply with the Court's order would consequently require dismissal of their claims.

In spite of the Court's continuous warnings, certain plaintiffs have failed to yield to this Court's Order and have not competed and provided profile forms. Interior

Exterior has made repeated requests for the missing forms, yet Plaintiffs have failed to provide them. Accordingly, if a party fails to comply with court-ordered discovery, the court may dismiss that party's claims. Fed. R. Civ. P. 37(b)(2)(A)(v). This Court is aware that basic, yet critical, information which is found on the plaintiff profile form is a requisite for the proper progression of a case of this size and magnitude. In *In re Propulsid Prod. Liab. Litig.*, 2003 WL 2238576 (E.D. La. Oct. 16, 2003), the Court dismissed the plaintiffs' claims with prejudice for failure to submit their patient profile forms in accordance with the Court's pretrial order.

In fact, the Court advised plaintiffs at the last Status Conference held on February 23, 2011, that:

> In order to expedite matter, we try to shortcut some of the traditional methods of discovery, like interrogatories and motions to produce. We don't have the time for that. …[O]n both sides, I need your cooperation on the profile forms, and I really mean it. **If we don't get the profile forms from the plaintiffs, I'm going to dismiss the cases.**

Transcript (2/23/11) at p.8, 1-14 (emphasis added). Nevertheless, certain plaintiffs have failed to comply with the Pre-Trial Order No. 1G and this Court's repeated admonitions. These plaintiffs are listed on Exhibit A. As the court in *Propulsid* dismissed plaintiffs for failing to comply with discovery and failing to file profile forms, this Court should dismiss the plaintiffs listed on Exhibit A for their failure to file profile forms.

WHEREFORE, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. respectfully request that this Honorable Court grant their Motion to Dismiss Certain Plaintiffs with prejudice.

Respectfully submitted,

***Richard G. Duplantier, Jr.   /s/***

_____
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
Benjamin R. Grau (#26307)
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /
jhassinger@gjtbs.com
ceiselen@gjtbs.com / jgreen@gjtbs.com
bgrau@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 9th day of March, 2011.

***Richard G. Duplantier, Jr.   /s/***

_____
RICHARD G. DUPLANTIER, JR.