# EXHIBIT

# A

Missing PPFs

| LA | MS | TX | AL |
|---|---|---|---|
| Alexander, Derrick | Alfonso, Glenn | Alchetuame, McDonald | |
| Alonso, Roland | | Augusta, Twana | Adamson, Mike |
| | | Austin, Anthony and Kathryn | Ayala, Gerardo and Mayra |
| Antoine, Jacques and Patricia | Allen, Teresa | Barni, Guy | |
| Assevado, Mary | | Beceril, Jose | Bales, Dennis |
| Atianzar, Pedro & Sandra | Barhonovich, Joseph Mario | Benjamin, Nicholus A. | Banta, Christopher and Aimee |
| | Bell, James and June | Bennett, Lynell | |
| BBBMM Properties, LLC | Betzer, Lenny | Bodden, Roy and Bibi | |
| Borrello, Donna and Thomas | Blacker, Bruce | Books, Jacel | |
| | | Boyd, Shimethia | Brasher, Patricia B. |
| Brooks, Christopher J. and Katherine E. | Blackledge, Ronald | Braden, Charlotte L. | |
| Brown, Raymond and Syndee | Brashier, Jim | Brown, Betty | Britt, Natalie |
| Bruner, Janice and Ronald P. | Braud, Maryann | Carter, Niki F. | Brown, Booker and Khalilah |
| Carey, Charles | Calcutta, Richard and Debra | Chavis, Kevin and Kristy | |
| | Coiro, Donna | Cochran, Jacob | |
| Colby, Richard and Susan | | Colston, Carl E. and janice F. | Buuck, Christopher and Celeste |
| | Corona, Vincent and Barbara | Cummings, Jetanya | Caley, Mark G. |
| | Cottone, Joseph | Dang, Phung & Dac Dinh | |
| Crosby, Patrick | Courtier, Bill and Kathy | Darnell, Deirdre | |
| Crovetto, Barbara | Cowand, Mac | Davis, Angelnelle "Angie" and Derrick | Choi, Jae and Mi |
| Daigle, Theresa | Cox, Paul | Evans, Sabrina and Sherman | Cook's Properties, LLC |
| D'Hemecourt, Thomas | | Ezenweani, Ignatius | Cornelius, Mitchell S. & Katherine E. |
| Diez, Douglas (Pelican Point Properties) | Crose, Casey | Franklin, Yvette | Cowart, Kenneth |

| | | | |
|---|---|---|---|
| Donahoe, Patrick & Tina | Dauro, Dennis | Garcia, Andres and Samantha Medina | Cowart, Patricia and Jerry |
| Donofrio, Michael and Kristin | Dean, Lisa and Don | Graczyk, Mitchell | |
| Dorsey, Mark | Delano, Todd | Granderson, George Jr. | Crane, David and Alhoon |
| Falgout, Christopher | Ditta, Peggy | Green, Normie and Joann | Cranmore, Tony A. Tate, Michael T. |
| Foret, Kimber | Donston, Cubby | | Davis, Murriel |
| Gagnon, Chad | Eckman, Christopher and Jennifer | Harper, Derrick | Davis, William & Lucinda |
| | | Helms, Cynthia | |
| Hale, Delan and Paula | Eppert, Herbet and Melanie | Herman, Guy and Billye | |
| Harbison, Paula | Estes, Latresha | Hidalgo, Larry and Debra | Denson, Bruce |
| Harrison, Belinda | Farned, James | Hill, Robert W. | Dickinson, Jamascan |
| Hartenstein, Michael and Mary | Farve, Beverlie | House, Mary | Donnelly, Michael and Gay |
| Hulse, Valerie and Mark | Ferrucci, Bridgette | James, Jeremy and Monique Parks-James | Donnelly, Paul |
| Jenkins, Candice | Finley, Rebecca and Darrell | Jimenez, Pablo A., Jr. | Eddleman Homes |
| Jenkins, Carlos Kent | | Johns, Timothy and Shawn | |
| | | Johnson, Angela Fay | Faggard, Joseph Oliver |
| Lang, Joe and Amy | Fouquet, Louis | Jones, James Roy and Theresa | Falkins, Rebecca and Douglas |
| | Friedlander, Greg | Kasemeyer, Scott and Teresa | |
| Lawson, Edward | | King, Sara | |
| Livers, Alvin J. | Garrison, Roberto | Landry, Jeremy | Foster, Daniel |
| Mantrana, Anthony & Debra | Gazzier, Neoma | | |
| Marrero, Charlene | Gelpi, Gus and Susan | Latiolais, Pamela | Gentry, Byron |
| | | Laughry, Richard | |
| | Glassman, Michael and Penny | Leinon, Isha | Haas, Albert & Ann |
| | Goff, Chris | Magana, George | Harry Brown Co. LLC |
| McAvoy, Michael | Gonzales, Angela and Saul | Magana, Manuel and Julyana | Havron, Ralph and Linda |
| | Goodspeed, Jeff and Tracy | Manuel, Alvin | |
| Monte, Frank | Gurrisi, John and Delia | Marcum, Ben and Nataliya | Henderson, Robert (Consolidated with Little, Diges 11/11/09) |

| | | |
|---|---|---|
| Morgan, Rochelle | Guzman, Adriana | McFee, Richard S. and Kelly A. | Hicks, Todd |
| New Orleans Area Habitat for Humanity, Inc. x10 | Hahn, Ryan | McGuire, Malcolm, Jr. and Renee | |
| Ney, Connie and Terry | Handler, Sammy | McKinney, Christopher and Courtney | |
| Pilet, Dennis | Hansen, Janis | Meier, Christian and Stephanie Mccauley | |
| Poole, Sam | Hardt, Charles and Barbara | Mitchell, Brian and Warrick, Greta | |
| Ragusa, Ben | Harrelson, Michael | Moore, Obyster and Javodia | Johnston, Randy |
| Robbins, Margaret and Glenwood | Harshbarger, Clement | Moye-Roach, Sabrina and Jarvis | |
| Robin, Charles III | Hasty, Bernadette | Nabulsy, Samer and Najah Zaidan | Jones, Dutchess |
| Ross, Terrence | Henderson, Alton | Nguyen, Jason | Kaepermick, Daniel |
| Sander, Karl | Hernandez, Clarence and Emma | Odell, Thomas L. | |
| Savoie & Savoie III, LLC | Hicks, Julian | Oladutemu, Olajide | Klamer, George |
| Serigne, Paul & Hope | Hill, Charlie, G. & Barbara F. | Onfri, Frederick and Harriet | Knight, Steven |
| | Hines, Owen | Orozco, Jose | Lifescape Builders, LLC and Liberty Park Joint Venture, LLP |
| Shaw, Stephan and Ann | Holden, Mark | Ozuna, maria G. | Little, Diges E. (Consolidated with Henderson, Robert 11/11/09) |
| Singleton, Enrica | Hopkins, Christopher | Pacheco, Olga and Palma, Roberto | Lockhart, Jason and Buckhannon, Niurca |
| Skinner, Robert & Louvin | Hopkins, Pasqua | Paschal, Susan | |
| Smith, Curtis | Ibele, Carrol and Brenda | Peacock, Bernice | |
| Southern Star Construction Co., Inc. | Irving, William | | Mcclure, Paul |
| Sunrise Construction | Karetas, Jordan | Pennisi, Steve | McIlvaine, David C. and Stephanie |
| Taylor, Noel | Kassis, George | Peterson, Salvatore C. | |
| | Kelly, Timothy | Peterson, Tammy | Middaugh, Katherine Goins, Aireal Marquis and Ayanna Niara |

| |
|---|
| Moore, Shanine H and Algajuan |
| Moseley, Dartagnon |
| Moulton, Tom |
| Myers, David and Dawn |
| Paisley, Cameron & Rachel |
| Palmer, Ben and Kay |
| Parker, James |
| Patel, Nilesh |
| Petersen, Daniel |
| Pressnell, Bryan and Angela |
| Reilly, Chris and Stephanie |
| Scott, Gregory and Joan |
| Simon, Alicia and Terence |

| |
|---|
| Pham, Dao |
| Phillips, John |
| Postoak, Patrick and Vicki |
| Powers, Yolanda |
| Ray, Christopher and Vatosha |
| Roberson John |
| Rodriguez, Josefine |
| Ross, Frank and Elizabeth |
| Salinas, Jesus |
| Sewell, Randy |
| Shelter, Tara |
| Sheppard, Sherard and Brandi |
| Sherrell, Steven and Ashlei |
| Sholz, Warren |
| Sloan, Ashley |
| Smith, Kevin and Leslie |
| Sparks, Andrus and Carol |
| Spencer, Johnny and Doris |
| Stevens, Eva |
| Stigler, Betty J. |
| Tanifor, Joseph |
| Thomas, Cynthia |
| Thornhill, Barbara |
| Tipton, Joe and Roberta |
| Vaid, Shakeel and Fouzia |

| |
|---|
| Kidd, Trina |
| Klein, Lee |
| Knight, James and Christine |
| Korn, Chris |
| Lee, Kenneth |
| Legendre, Phillip |
| Lescault, Henry |
| Leyser, Richard and Georgia |
| Logan, Aubry and Erika |
| Lyman, Ng |
| Masse contracting, Greg Masse |
| McKinley Development, LLC |
| McNair, Steve |
| Moran, Jonathan and Ashley |
| Murray, Mary Craig and Joseph |
| Necaise, Barbara and Herman |
| Nelson, Pamela and Alton |
| Nix, Linda and Ryan |
| O'Byrne, Richard and pamela |
| O'Keefe, Celeste and Daniel |
| Olivier, Terry |
| Parker, David |
| Pelfrey, Shelly and Carlo |
| Peranich, David and Odele |
| Peresich, Ron and Ashley |

| |
|---|
| Tomeny, Phillip |
| Verrett, Chavis |
| Villaneva, Lanny |
| Voebel, Matt and Villanueva, lauren |
| Washington, Diane T. |
| Washington, Javon |
| Watts, Darlene and Dennis |
| White, John K. |
| Whittington, Thomas |

| |
|---|
| Smith, Patrick and Leigh Ann |
| |
| Speegle, Alan |
| Stark, David |
| Stemp, Donald R., Jr. |
| Stewaret, Kelly |
| |
| Sullivan, Marianne and Michael T. |
| Swann, Brandon |
| Taft, Natalie Hurst Charles |
| Thompson, Tracey |
| Trethaway, Richard and Patti |
| Tyson, Sheila |
| |
| Wilbanks, Bruce and Debbie |
| Wilkinson, Carrie |
| Wilson, David and Lisa |
| Wright, Gary, Bettina and Maddison |
| |

| |
|---|
| Valeiro, Carlos and Claudia |
| Vonner, Candice |
| Walla, Henry and Dorothy |
| Wallace, Travis T. III and Leslie |
| Wallace, Walter and Sandra |
| Webb, Micah and Tracey |
| West, Manuela and Jason |
| Whitman, Tobias and Kelly |
| Williams, Debra |
| Youdan, James C. and Brenda |

| |
|---|
| Pinkston, randall |
| Ray, Mary |
| Richards, Charlotte |
| Roberts, Craig |
| Roberts, David and Ann |
| Roberts, Don |
| Robertson, Denny |
| Robicheaux, Bobbie and John |
| Salloum, Nancy |
| Sanderford, Anita |
| Sellier, Kent |
| Sharp, Donna |
| Simpson, Scott and Patty |
| Smith, Brenda |
| Smith, Richard and Audra |
| Southern Equity Financial, LLC |
| Spruill, Rebecca Nicole |
| St. Paul, Henry and Helene |
| Standford, Philip |
| Stoney Creek SC, LLC |
| Strong, William and Marcella |
| Thames, David |
| Truong, Tom |
| Vanney, Paula |
| Wallance, Lenore |
| Walsh, Alvin and Claire |

| |
|---|
| Ward, Jason |
| Warino, Kenneth and Patricia |
| Wheeler, David |
| Wilkinson, Patrick |
| Williams, Evan |
| Wisniewski, Jerry |