**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047<br><br>JUDGE FALLON |
| This Document Relates to:<br>ALL CASES | ) | MAGISTRATE WILKINSON |

**ORDER**

Considering Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C.'s Motion to Dismiss Certain Plaintiffs Pursuant to Rule 37:

IT IS ORDERED BT THE COURT that Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C.'s Motion to Dismiss Certain Plaintiffs, as evidence by the attached Exhibit A, is GRANTED with prejudice.

New Orleans, Louisiana, this _____ day of March, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge