UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CONRY | * | CIVIL ACTION 10-4599 |
| | * | |
| | * | SECTION      L |
| | * | |
| | * | |
| VERSUS | | |
| | * | MAGISTRATE   2 |
| | * | |
| GERALD "JERRY" DAUGHERTY, | * | |
| THE HERB COMPANY | * | |
| AND THE HERB IMPORT COMPANY, INC. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO DISMISS INTERPLEADER

NOW INTO COURT, through undersigned counsel, solely for the purpose of this Motion, come the defendants, Gerald "Jerry" Daugherty, the Herb Company, and the Herb Import Company, Inc. (the defendants), who move for a Motion to Dismiss Interpleader, for the following reasons to wit:

1.

John Conry seeks to invoke the equitable jurisdiction of this court by Petition for Interpleader by reason of his default on a promissory note and mortgage and the resulting foreclosure proceedings. Mr. Conry claims to be a "stakeholder" insofar as he is the owner of real property which is now subject to a foreclosure proceeding. Mr. Conry failed or refused to make his contractually obligated payments to Mr. Daugherty, despite numerous extensions. On two occasions Mr. Conry issued worthless checks in "payment" of his installments. After due demand, Mr. Daugherty initiated an executory process proceeding in the Civil District Court for Orleans Parish. In an effort to convert his breach of contract into a federal case, Mr. Conry

confected an unsubstantiated RICO suit naming Mr. Daugherty's two companies. Neither company ever owned the property purchased by Mr. Conry or had any involvement with this transaction. Accordingly, this court lacks authority to hear this case since the plaintiff has failed to establish subject matter jurisdiction under the RICO statute, and since no diversity jurisdiction exists.

2.

Moreover, the plaintiff has not made a bona fide case for interpleader by showing that he is at risk of incurring double, multiple, or inconsistent liabilities or that several claimants are competing for a fund of money.

3.

The interpleader is an equitable relief and thus the unclean hands doctrine is applicable, since plaintiff wrote dishonored checks to Mr. Daugherty and failed to pay his contractual obligations resulting in the foreclosure, he is not entitled to interpleader.

4.

No attorney's fees are available for the plaintiff since it is his contention that he is a stakeholder and a claimant.

WHEREFORE, the defendants, Gerald "Jerry" Daugherty, the Herb Company, and the Herb Import Company, Inc., pray that the plaintiff show on a date time and hour convenient to this Honorable Court why there should not be in a judgment in their favor dismissing, with prejudice, the interpleader claim of the plaintiff.

DAVIDSON & DAVIDSON, APLC

_____
JOHN A. E. DAVIDSON (#4710)
2901 Independence Street, Suite 201
Metairie, Louisiana 70006
Phone:       (504) 455-3832
Facsimile:   (504) 455-8981

COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on March 9, 2011.

_____
JOHN A. E. DAVIDSON