# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 09-md-2047 ) ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: | ) JUDGE FALLON ) MAG. JUDGE WILKINSON |
| KENNETH ABEL, ET AL, et al  vs. TAISHAN GYPSUM CO., LTD., et al Civil Action No. 11-cv-080 | ) ) ) ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **S. Manoj Jegasothy, Esquire, Jeffrey R. Wilson, Esquire, David J. Morgan, Esquire, and Marc T. Thirkell, Esquire,** Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th Floor, 301 Grant Street, Pittsburgh, Pennsylvania, 15219, 412-562-8800, manoj.jegasothy@bipc.com, jeffrey.wilson@bipc.com, david.morgan@bipc.com and marc.thirkell@bipc.com, hereby enter their appearances as counsel of record for the following Defendants in *Kenneth Abel, et al, v. Taishan Gypsum Co., Ltd.*:  84 Lumber Company, LP, which has been improperly named and should be designated as 84 Lumber Company.  Please update and add the above-mentioned counsel to your service and distribution lists.

Respectfully submitted,

/s/ Marc T. Thirkell
S. Manoj Jegasothy, Esquire, PA ID #80084
Jeffrey R. Wilson, Esquire, PA ID #72735
David J. Morgan, Esquire, PA ID #201201
Marc T. Thirkell, Esquire, PA ID #90995

BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
Pittsburgh, Pennsylvania 15219
Phone: 412-562-8800
Fax:    412-562-1041

*Counsel for 84 Lumber Company, LP, which has been improperly named and should be designated as 84 Lumber Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2011.

                                                    /s/ Marc T. Thirkell