Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0007

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Adam Carpenter
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St Tammany )

**Name of Server:** Maria Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21st day of December, 20 10, at 3:20 o'clock PM

**Place of Service:** at 102 Chinchuba Gardens Dr., in Mandeville, LA 70471

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Adam Carpenter**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of Nicholas Chiasson, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Adam Carpenter**
at the place of service, and whose relationship to the person is: stepson

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 23 ; Approx. Height 5'10 ; Approx. Weight 170

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Maria Landry
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 4th day of January, 20 11

Tenure for Life (Commission Expires)
Notary Public
ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
26458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY