Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0015

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--American Dream Builders, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28th__ day of __December__, 20__10__, at __7:46__ o'clock __P__ M

**Place of Service:** at __17598 Boat Club Drive__, in __Fort Myers, FL__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**American Dream Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an __officer__ whose name and title is: __Holly McCord, Secretary/Treasurer of the Corporation + Spouse of the Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __white__; Hair Color __Blonde__; Facial Hair ____
Approx. Age __40-45__; Approx. Height __5'6"__; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__
Signature of Server # __157153__

Subscribed and sworn to before me this __4th__ day of __January__, 20__10__

__Elena Alvarado__
Notary Public (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

6942