Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0014

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--America's First Home, Inc., ATTN: Michael B Hill
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16th** day of **December**, 20 **10**, at **10:50** o'clock **A** M

**Place of Service:** at **Sheppard Brett Stewart, et al. 9100 College Point Court**, in **Fort Myers, FL 33919**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**America's First Home, Inc., ATTN: Michael B Hill**
By delivering them into the hands of a **Paralegal** t whose name and title is: **Katrina Edwards, Paralegal for Michael B. Hill, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ___
Approx. Age **35**; Approx. Height **5'1"**; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Raymond V Laakso**
Signature of Server **#157154**

Subscribed and sworn to before me this **28th** day of **December** 20 **10**

**Elena Alvarado**
Notary Public         (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

6958