Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0017

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Andrews Hardward Company, Inc., dba Andrews Ace Hardware
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Alabama_ ) ss.
County of: _Mobile_ )

**Name of Server:** _Joshua Simmons_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _17th_ day of _December_, 20 _10_, at _10:22_ o'clock _A_ M

**Place of Service:** at _19750 N Third St_, in _Citronelle, AL 36522_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Andrews Hardward Company, Inc., dba Andrews Ace Hardware**
By delivering them into the hands of an officer or managing agent whose name and title is: _Brian Andrews / Manager_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Brown_; Facial Hair _None_
Approx. Age _35_; Approx. Height _5'11"_; Approx. Weight _185 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _17th_ day of _December_, 20 _10_

Notary Public                 1-05-11 (Commission Expires)

CAROL A. SIMMONS
NOTARY PUBLIC
ALABAMA - STATE AT LARGE

Legal Inv. Group
P.O. Box 1412
Wetumpka, AL 36092
334-850-3876