Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108015-0018

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Anthony F Marino, General Contractor, LLC
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

Name of Server: _Maria Landra_ , undersigned, being duly sworn, deposes and says that at the time of service, she was of legal age and was not a party to this action;

Date/Time of Service: that on the _27th_ day of _December_ , 20 _10_ , at _12:10_ o'clock _P_ M

Place of Service: at _4800 Sharp Rd_ , in _Mandeville, LA  70471_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in  Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Anthony F Marino, General Contractor, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Mrs Anthony Marino_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair _No_
Approx. Age _60_ ; Approx. Height _5'9"_ ; Approx. Weight _175_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this ___ day of _January_ , 20 _11_

_____
Notary Public              (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY