UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Borrello/Stallings,* **No. 2:10-cv-04174**

**O R D E R**

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Joint Motion to Dismiss with Prejudice be and hereby is **GRANTED** and that the Court hereby adopts its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) as if issued in this case, and as a result, that certain lawsuit styled as *Donna Borrello and Thomas Stallings v. Francioni Builders, Inc., et al* and bearing Case No. 10-4174 c/w MDL No. 2047 on this Court's docket and all of the homeowner insurer claims asserted therein against Encompass Indemnity Company and American Insurance Company are hereby dismissed, with prejudice, each party to bear its own costs, specifically reserving all other claims against all other defendants.

New Orleans, Louisiana, this  4th  day of March, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE