UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                    MDL NO. 2047

                                              SECTION: L

                                              JUDGE FALLON
                                              MAG. JUDGE WILKINSON


THIS DOCUMENT RELATES TO: ALL CASES


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION

NOW INTO COURT, through undersigned counsel, come Knauf Plasterboard Tianjin Co., Ltd. ("KPT"), Center for Toxicology and Environmental Health ("CTEH") and Banner Supply Company ("Banner"), in the above-captioned matter, who, for purposes of resolving a discovery dispute arising out of Banner's service on CTEH of a subpoena dated September 29, 2010, jointly stipulate as follows:

1.     On December 23, 2010, CTEH produced a privilege log of documents that KPT asserted were protected by the attorney-client and/or work product privileges, attached as Ex. 1.

2.     KPT represented that it would produce the CTEH logged documents to Banner if Banner stipulated that the disclosure is not subject matter waiver of privilege or work product. Banner does not concede that the documents are privileged.

3.     Banner stipulates that CTEH's production of the documents described in Ex. 1 does not result in KPT's subject matter waiver of privilege or work product protection, or any



EXHIBIT

A

privilege or work product claims relating to other documents or information not included

on CTEH's privilege log.


/s/ Seth Alhadeff
Seth Alhadeff
WEINBERG WHEELER HUDGINS
GUNN & DIAL
2601 S. Bayshore Dr., Suite 850
Miami, FL 33133
Phone: (305) 455-9500
Fax: (305) 455-9501

*Attorney for Banner Supply Company*

/s/ Kerry Miller
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:    (504) 599-8194
Facsimile:    (504) 599-8145
kmiller@frilot.com

Steven Glickstein
Jay P. Mayesh
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:    (212) 836-6000
Facsimile:    (212) 836-8689
sglickstein@kayescholer.com

*Attorneys for Defendant Knauf Plasterboard
(Tianjin) Co., Ltd.*

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
douglas.b.sanders@bakermckenzie.com

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
donald.j.hayden@bakermckenzie.com

*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd. and Center for Toxicology and Environmental Health*