IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL Docket No. 2047<br>SECTION L<br>JUDGE FALLON |
| THIS APPLIES TO: *Payton (09-7628)* | * * | MAG. JUDGE WILKINSON |

*******************************************

## ORDER

Considering the Joint Motion to Dismiss with Prejudice the Claims of Plaintiffs, Paul Clement and Celeste Schexnaydre;

IT IS ORDERED that all claims of Plaintiffs, Paul Clement and Celeste Schexnaydre, in their individual capacity only, specifically excluding any personal injury claims they bring on behalf of their daughter Grace Clement, be and the same are hereby dismissed, with prejudice, against Defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Gips KG, Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. Plaintiffs expressly reserve their claims and rights as to all other defendants, and do not dismiss their claims against those other defendants. Each party shall be responsible for their own costs.

New Orleans, Louisiana, this __4th__ day of _____March_____, 2011.

_____
JUDGE ELDON E. FALLON