# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON ET AL V. KNAUF GIPS KG, ET AL, CASE NO. 09-7628

## AGREED ORDER

THIS CAUSE having come before this Court and upon the agreement of the parties, it is hereupon:

ORDERED AND ADJUDGED that:

1. Counsel for Bailey Lumber and Supply Company has conferred with opposing counsel in the above-captioned matter and they have agreed to not oppose Bailey Lumber and Supply Company's Motion to amend its Answer and Affirmative Defenses to Plaintiffs' Complaint.

2. Therefore, this Motion is due to be, and is hereby, GRANTED.

DOCSBHM\1768360\1\

DONE AND ORDERED in Chambers at the United States District Court for the Eastern District of Louisiana, in New Orleans, Louisiana this 4th day of March, 2011.

*Eldon E. Fallon*

Honorable Eldon E. Fallon
U.S. District Judge