UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MDL NO.: 2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing motion, IT IS HEREBY ORDERED that Plaintiff Robert C. Pate and the Plaintiffs' Steering Committee's Ex Parte Motion to Supplement their previously filed motion for partial summary judgment concerning the pollution exclusion is GRANTED.

New Orleans, Louisiana, this 4th day of March, 2011.

_____
Honorable Eldon E. Fallon
United States District Judge

NYDOCS1-963102.1