UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Case No. 09-cv-7628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## **ORDER**

Considering the foregoing Motion for Leave to File Plaintiffs and Knauf Defendants' Joint Reply in Support of Plaintiff, Rookery Park Estates, LLC's Motion to Compel Mediation,

IT IS HEREBY ORDERED that said Motion for Leave is granted and the Joint Reply should be filed into the record.

New Orleans, LA this __4th__ day of Mach, 2011.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE