UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Callais,* **No. 2:10-cv-3372**

## O R D E R

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Joint Motion to Dismiss with Prejudice be and hereby is **GRANTED** and that the Court hereby adopts its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) as if issued in this case, and as a result, that certain lawsuit styled as *Callais v. GeoVera Specialty Insurance Services, Inc.* and bearing Case No. 10-cv-3372 c/w MDL No. 2047 on this Court's docket and all of the claims asserted therein are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this  9th  day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE