UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Niswonger,* **No. 10-cv-02734**

**O R D E R**

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Joint Motion to Dismiss with Prejudice be and hereby is **GRANTED** and that the Court hereby adopts its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) as if issued in this case, and as a result, that certain lawsuit styled as *Niswonger v. Interior Exterior Enterprises, LLC, Interior Exterior Building supply, LP and Bankers Insurance Group* and bearing Case No. 10-cv-02734 c/w MDL No. 2047 on this Court's docket and all of the Plaintiff's homeowner insurer claims asserted therein are hereby dismissed, with prejudice, each party to bear its own costs, specifically reserving all other claims against all other defendants, particularly Interior Exterior Enterprises and L.L.C., Interior Exterior Building Supply LP.

New Orleans, Louisiana, this 9th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE