## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND**<br><br>Rogers, et al. v. Knauf GIPS KG, et. al., Case No. 2:10-cv-00362 (E.D.La.)<br><br>Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 2:11-cv-00252 (E.D.La.) | |

### STIPULATION CONCERNING DISMISSAL OF DEFENDANTS, SUBSTITUTION OF APPROPRIATE PARTY AS DEFENDANT AND SERVICE OF PROCESS

The Plaintiff Steering Committee ("PSC"), Boynton Village, LLC and Defendants, Cornerstone Group Development, LLC; Cornerstone Group; and Cornerstone Group, LLC, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs have asserted claims against Cornerstone Group (subclass 38) and Cornerstone Group Development, LLC (subclass 39) in *Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.).

WHEREAS, Plaintiffs have asserted claims against Cornerstone Group Development, LLC (subclass 28) and Cornerstone Group, LLC (subclass 29) in *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 2:11-cv-00252 (E.D.La.).

WHEREAS, Cornerstone Group; Cornerstone Group Development, LLC; and Cornerstone Group, LLC were improperly named as defendants in *Rogers* and *Abreu*.

1

WHEREAS, the proper party that was involved in the construction and development of The Preserve at Boynton Beach is Boynton Village, LLC.

BASED ON THE FORGOING, Plaintiffs, Boynton Village, LLC and Defendants, Cornerstone Group Development, LLC; Cornerstone Group; and Cornerstone Group, LLC hereby stipulate and agree as follows:

1. Defendants Cornerstone Group Development, LLC; Cornerstone Group; and Cornerstone Group, LLC are hereby dismissed, without prejudice, from *Rogers* and *Abreu* (inclusive of all past or future intervention complaints filed in these actions).

2. Boynton Village, LLC, as the proper party in interest, is deemed to be substituted in place of Cornerstone Group Development, LLC; Cornerstone Group; and Cornerstone Group, LLC as the proper defendant in *Rogers* (subclasses 38 and 39) and *Abreu* (subclasses 28 and 29) (inclusive of all past or future intervention complaints filed in these actions).

3. All plaintiffs asserting actions against Cornerstone Group Development, LLC; Cornerstone Group; and Cornerstone Group, LLC in *Rogers* and *Abreu* (inclusive of all past or future intervention complaints filed in these actions) are deemed to have properly asserted claims against Boynton Village, LLC.

4. Counsel for Boynton Village, LLC further agrees to accept service of process on behalf of Boynton Village, LLC and to enter its appearance in *Rogers* and *Abreu*.


Respectfully submitted,

Dated: March 4, 2011

| | |
|---|---|
| /s/ Russ M. Herman | /s/ Vanessa M. Serrano |
| Russ M. Herman, Esquire (Bar No. 6819) | PETER R. GOLDMAN |
| Leonard A. Davis, Esquire (Bar No. 14190) | Florida Bar No. 860565 |
| HERMAN, HERMAN, KATZ & COTLAR, LLP | VANESSA M. SERRANO |
| 820 O'Keefe Avenue | Florida Bar No. 51555 |
| New Orleans, Louisiana 70113 | BROAD AND CASSEL |
| Phone: (504) 581-4892 | 100 S.E. Third Ave., Ste. 2700 |
| Fax: (504) 561-6024 | Fort Lauderdale, FL 33394 |
| LDavis@hhkc.com | Ph: (954) 764-7060 |
| | Fax: (954) 761-8135 |
| *Plaintiffs' Liaison Counsel* | pgoldman@broadandcassel.com |
| *MDL 2047* | vserrano@broadandcassel.com |
| | |
| Arnold Levin (On the Brief) | *Counsel for Boynton Village, LLC* |
| Fred S. Longer (On the Brief) | *and Cornerstone Entities* |
| Matthew C. Gaughan (On the Brief) | |
| Levin, Fishbein, Sedran & Berman | |
| 510 Walnut Street, Suite 500 | |
| Philadelphia, PA 19106 | |
| 215-592-1500 (phone) | |
| 215-592-4663 (fax) | |
| Alevin@lfsblaw.com | |

*Plaintiffs' Lead Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing stipulation concerning dismissal of defendants, substitution of appropriate party as defendant and service of process has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of March, 2011.

                                                /s/  Leonard A. Davis
                                                Leonard A. Davis, Esquire
                                                Herman, Herman, Katz & Cotlar, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhkc.com
                                                Plaintiffs' Liaison Counsel
                                                MDL 2047