IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION

> MDL NO. 09-2047
> SECTION: L
> JUDGE FALLON
> MAG. JUDGE WILKINSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. v. BEIJING NEW BUILDING MATERIALS, PUBLIC, LTD., ET. AL.

CASE NO.: 2010 CV 361

---

### DEFENDANT'S WOODALL, LLC'S MOTION TO DISMISS AND TO ADOPT PRIOR MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' EDUARDO AND CARMEN AMORIN et. al., OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION II(b)

Comes now, through undersigned counsel, defendant Woodall, LLC, who moves this honorable court to issue an Order dismissing the claims of the Intervening Plaintiffs made in Plaintiffs' Eduardo and Carmen Amorin *et. al.,* Omnibus Class Action Complaint in Intervention II(b) under Fed. R. Civ. Proc. Rule 12(b)(2) and (3).  In an effort to preserve judicial resources, Woodall, LLC adopts its prior Motion to Dismiss and Memorandum of Law in Support of its Motion to Dismiss filed with this court on June 7, 2010 for the reasons articulated in the memorandum attached hereto.  Specifically, this defendant is not subject to, nor have they submitted to, the jurisdiction of this court, and accordingly the Eastern District of Louisiana is an improper venue for the proceeding against the defendant Woodall, LLC.

Wherefore, Defendant Woodall, LLC prays that its Motion to Dismiss pursuant to Fed. R. Civ. Proc. Rule 12 be granted and this Honorable Court dismiss the Intervening Plaintiff's claim against Defendant Woodall, LLC as this court does not have personal jurisdiction over Woodall, LLC, and the Eastern District of Louisiana is an improper venue for claims against Woodall, LLC.

WOODALL, L.L.C.

By: /s/
Counsel

David L. Dayton, Esquire (VSB No.: 31177)
KALBAUGH, PFUND & MESSERSMITH, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 (facsimile)
*Counsel for Woodall L.L.C.*

## CERTIFICATE

I hereby certify that on this 10th day of March, 2010, the above and foregoing Motion to Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order # 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2047.

/s/
David L. Dayton