UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| *Vickers et al. v. Knauf Gips KG et al.*, Civ. Action No. 09-04117 (E.D.La.) | MAG. JUDGE WILKINSON |
| *Payton et al. v. Knauf Gips KG et al.*, Civ. Action No. 09-07628 (E.D.La.) | |

**O R D E R**

Considering Plaintiffs' Motion for Leave of Court to File its Substituted Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co.;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Substituted Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co. The clerk is hereby directed to enter the substituted motion on the docket.

IT IS FURTHER ORDERED BY THE COURT that Plaintiffs are granted leave of court to exceed the page limits regarding their Memorandum in Support of Substituted Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co.

New Orleans, Louisiana this ____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge