UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**Vickers et al v. Knauf Gips KG et al**
**EDLA 09-04117**

**Payton et al v. Knauf Gips KG et al**
**EDLA 09-07628**

## PLAINTIFFS' SUBSTITUTED MOTION FOR CLASS CERTIFICATION OF A FLORIDA HOMEOWNER CLASS FOR CLAIMS AGAINST BANNER SUPPLY CO.

Plaintiffs Dr. Stephen Roberts and Mr. Felix Diaz (hereafter "Plaintiffs"), on behalf of themselves and all others similarly situated, move that the proposed class set out below be certified pursuant to Fed. R. Civ. P. 23(b)(3). The class is defined as follows:

> All owners of residential real properties in the state of Florida containing Chinese manufactured drywall sold , distributed, supplied, marketed , inspected , imported or delivered by Banner Supply Co. from January 1, 2005 to December 31, 2008, who have not released or assigned their property damage claims to a third party.

The proposed class seeks class-wide property damages on their claims against Banner Supply Co.

The original motion for class certification of a Florida homeowner class against Banner was filed on September 21, 2010. The proposed class representatives originally were Dr Stephen Roberts and Mrs. Karen Vickers. Since that time, on February 2, 2011, the *Vickers* complaint was amended for the fifth time to include inter alia additional parties. *See* Rec.Doc.No. 7312.

Thus, class counsel proposed additional class representatives Felix Diaz, Jennifer and Felix Martinez, and Jason Santiago for purposes of the motion for class certification. As fate would have it, however, on March 4, 2011, Judge Joseph P. Farina entered an order finally approving the settlement of the Harrell class against Banner. S*ee Harrell v. South Kendall Construction Corp.*, Case No. 2009-08401 CA 42, Order Granting Objecting Class Members' Motion to Intervene in the *Harrell* Class Action, Overruling Intervenors' Objections to Proposed Class Settlement, Overruling Objections to Requested Class Representative Incentive Award, and Approving Class Settlement (Miami-Dade Cty. Cir. Ct. March 4, 2011). This order had the effect of resolving the claims against Banner of Vickers, Martinez and Santiago, all three being members of the *Harrell* class.1 Thus, for purposes of this substituted motion, only Dr. Roberts and Mr. Diaz are proffered as class representative plaintiffs.

Defendants have been provided written discovery from the new proposed class representatives, have scheduled the inspections of their homes, and will have the opportunity to obtain testimony from them at depositions. Both Dr. Roberts and Mr. Diaz have complied with all court-ordered requirements including the filing of completed PPF's and providing indicia of product identification; and they understand and accept their responsibilities if allowed to serve as class representatives. The addresses of the proposed class representatives are as follows: Dr. Stephen Roberts, 10013 Cobblestone Creek Dr. Boynton Beach, FL, 33472; and Mr. Felix Diaz, 20318 SW 87 Court, Cutler Bay, FL 33180.

Pursuant to Fed. R. Civ. P. 23(d) and (g), Plaintiffs asks that they be appointed as class representatives for the class, and that Arnold Levin of Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, Pennsylvania 19106-3697; Ervin Gonzales Colson Hicks

---

1 The claims of Plaintiffs Vickers, Santiago and Martinez remain pending as to the Knauf defendants and are being pursued in a separate motion for class certification pertaining to KPT.

Eidson, 255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 and Richard Lewis of Hausfeld LLP, 1700 K Street, N.W., Washington, DC 20006 be appointed as class counsel.

Reasons in support of the motion are set forth in the Memorandum in Support of Plaintiffs' Substituted Motion for Certification of a Florida Homeowner Class For Damages Against Banner Supply Co., filed simultaneously herewith. The Supplemental Proposed Trial Plan and supplemental declarations are filed simultaneously with this Motion. A Proposed Order is filed with this Motion.

Dated: March 10, 2011	Respectfully submitted,

**PROPOSED OF COUNSEL TO CLASS**

/s/ Arnold Levin
Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com

Ervin A. Gonzalez
Patrick Montoya
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

## PLAINTIFFS' STEERING COMMITTEE

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com


Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com


Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com


Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com


Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.WSuite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

                Andrew A. Lemmon
                Lemmon Law Firm, LLC
                P.O. Box 904
                15058 River Road
                Hahnville, LA 70057
                Phone: (985) 783-6789
                Fax: (985) 783-1333
                andrew@lemmonlawfirm.com

4844-8103-1944, v.  1