UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**Vickers et al v. Knauf Gips KG et al**
**EDLA 09-04117**

**Payton et al v. Knauf Gips KG et al**
**EDLA 09-07628**

Supplemental* Compendium of Exhibits In Support of
Plaintiff's Motion For Certification Of a Florida Homeowner
Class For Claims Against Banner Supply Co.

| Ex. # | |
|---|---|
| 1. | La Suprema Invoices to Banner Supply Co. |
| 2. | Banner Supply Sales Records (representative examples) |
| 3. | Crawford Inspection Reports |
| 4. | Felix Diaz Plaintiff Profile Form (Document 168), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 5. | Supplemental Declaration of Ronald Wright, P.E. |
| 6. | Letter Opinion of Lee H. Waronker |

*This Supplemental Compendium incorporates by reference the original Compendium (document #5611-2) and does not repeat entries from 5611-2.

4848-4796-8008, v. 1