# EXHIBIT 2

# EX. \_\_\_\_\_
# SELECTED EXAMPLES OF BANNER SUPPLY CO. SALE RECORDS

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2707
www.bannersupply.com

POMPANO      PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS    PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA        PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122


BANNER SUPPLY CO.
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO: 005
1483867-0001-01
****
INVOICE NUMBER: 1483867-0001-01

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534
02/09/06 07:26:16

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534
02/09/06 07:26:16

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1483867-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 07:26:16 | 02/09/06 |

CYPRESS #49153

| QUANTITY | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
Driver: [signature]
I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Date _____ Truck # _____ Checked By _____
Rec'd in Good Condition  X

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003486

| | |
|---|---|
| 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122<br>PHONE: (305) 593-2946 • FAX: (305) 477-2775<br>TOLL FREE: (888) 511-4004<br>ACCOUNTING AND RELEASE INQUIRIES<br>Phone: (305) 593-2946 • Fax: (305) 593-2707<br>www.bannersupply.com | POMPANO     PHONE: (954) 781-2399 • FAX: (954) 942-4360<br>FT. MYERS    PHONE: (239) 936-0162 • FAX: (239) 936-0163<br>TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204<br>PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883<br>WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485<br>**REMIT PAYMENTS TO:**<br>7195 NW 30TH ST • MIAMI, FL 33122 |

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 005        1483907-0001-01        ****        **INVOICE NUMBER:** 1483907-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534

02/09/06 09:45:23        ***        02/09/06 09:45:23

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1483907-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 09:45:23 | 02/09/06 |

CYPRESS#49146                                                                        FRT: X   PAGE NO: 1

| ORDERED | SHIPPED | DISC | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE<br>A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

| | |
|---|---|
| DRIVER:<br>MUST GET TICKET SIGNED!<br>I CERTIFY THAT I DELIVERED<br>THE MATERIALS LISTED TO<br>ADDRESS SHOWN: | Driver: _Edward Whitley_<br>Date: 02/09    Truck #: 49146    Checked By:<br>Rec'd In Good Condition<br>X |

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003488

| | | |
|---|---|---|
| 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122<br>PHONE: (305) 593-2946 • FAX: (305) 477-2775<br>TOLL FREE: (888) 511-4004<br>ACCOUNTING AND RELEASE INQUIRIES<br>Phone: (305) 593-2946 • Fax: (305) 593-2787<br>www.bannersupply.com | | POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360<br>FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163<br>TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204<br>PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883<br>WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485<br>REMIT PAYMENTS TO:<br>7195 NW 30TH ST • MIAMI, FL 33122 |

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 005 | 1483933-0001-01   **** | 1483933-0001-01 |

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

02/09/06 11:18:58              02/09/06 11:18:58

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN BY | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 3933-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 11:18:58 | 02/09/06 |

PRESS#49326                                                      X   1

| QUANTITY ORDERED | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE<br>A $1.00 FUEL SURCHARGE PER INV | | | |
| 612 | 612 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER***SHIP ORDER****

| | | | | SUB TOTAL | |
|---|---|---|---|---|---|
| DRIVER:<br>MUST GET TICKET SIGNED | Driver: | | | MISC CHARGE | |
| | | | | FREIGHT TOTAL | |
| CERTIFY THAT I DELIVERED | Date | Truck # | Checked By | FED/OTHER TAX | |
| THE MATERIALS LISTED TO | | | | STATE TAX | |
| ADDRESS SHOWN: | Rec'd in Good Condition<br>X | | | PAYMENT | |

BANNER-MDL00003489

```
7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122           POMPANO         PHONE: (954) 781-2399 • FAX: (954) 942-4360
PHONE: (305) 593-2946 • FAX: (305) 477-2775           FT. MYERS       PHONE: (239) 938-0162 • FAX: (239) 938-0163
TOLL FREE: (888) 511-4004                             TAMPA           PHONE: (813) 671-0530 • FAX: (813) 671-4204
ACCOUNTING AND RELEASE INQUIRIES                      PORT ST LUCIE   PHONE: (772) 466-1311 • FAX: (772) 466-9883
Phone: (305) 593-2946 • Fax: (305) 593-2787           WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-6485
www.bannersupply.com
                                                                      REMIT PAYMENTS TO:
                                                                      7195 NW 30TH ST • MIAMI, FL 33122
```

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 005 | 1484088-0001-01 | 1484088-0001-01 |

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON         FL  33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON         FL  33534

02/10/06  10:57:55              02/10/06  10:57:55

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1484088-0001-01 | 100 | 02/10/06 | 130 | 02/10/06 10:57:55 | 02/10/06 |

CYPRESS TRUCKING # 49271       CHINA BOARD                    FRT: X   PAGE NO: 1

| ORDERED | SHIPPED | B/O | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV |  |  |  |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 15 LIFTS @ 40 PER | SF |  |  |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
Driver: [signature]
I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Date: 2-10-06
Truck #:
Checked By:
Rec'd in Good Condition  X

SUB TOTAL
MISC CHARGE
FREIGHT CHGS
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003490

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO      PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS    PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA        PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO: 005
1481828-0001-01

INVOICE NUMBER: 1481828-0001-01

BILL TO: BANNER SUPPLY CO—TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

SHIP TO: BANNER SUPPLY CO—TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

01/23/06 09:44:40                01/23/06 09:44:40

| INVOICE NUMBER | SLSM | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1481828-0001-01 | 100 | 01/23/06 | 130 | 01/23/06 09:44:40 | 01/23/06 |

CYPRESS TRUCKING # 49335    CHINA BOARD        PG X   1

| REC'D QUANTITY | ORD'D | DISP | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV |  |  |  |
| 600 | 600 | * | D12R12  1/2" REGULAR DRYWALL 12' 15 LIFTS @ 40 PER | SF |  |  |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

****SHIP ORDER****SHIP ORDER****

DRIVER:
JUST GET TICKET SIGNED!
CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:

Driver: [signature]
Date: 1-23-06
Truck #: H9335
Checked By: [signature]
Rec'd in Good Condition  X

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003493

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO      PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS    PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA        PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-6485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 005
1481864-0001-01
**** 
**INVOICE NUMBER:** 1481864-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534

01/23/06 10:52:35                               01/23/06 10:52:35

| INVOICE NUMBER | SLSM | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 481864-0001-01 | 100 | 01/23/06 | 160 | 01/23/06 10:52:35 | 01/23/06 |

YPRESS TRUCK#49153          CHINA BOARD

| QUANTITY ORDERED | SHIPPED | D/SP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |

*1005415*

*Truck # 49153*

*Christopher Perry*

*4*

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SUB TOTAL**
MISC CHARGE
**SHIP ORDER****SHIP ORDER****
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

DRIVER: MUST GET TICKET SIGNED!
Driver:
ERTIFY THAT I DELIVERED
Date
Truck #
Checked By
E MATERIALS LISTED TO DRESS SHOWN:
Rec'd in Good Condition
X

BANNER-MDL00003494

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

| POMPANO | PHONE: (954) 781-2399 • FAX: (954) 942-4360 |
| FT. MYERS | PHONE: (239) 936-0162 • FAX: (239) 936-0163 |
| TAMPA | PHONE: (813) 671-0530 • FAX: (813) 671-4204 |
| PORT ST LUCIE | PHONE: (772) 466-1311 • FAX: (772) 466-9883 |
| WEST PALM BEACH | PHONE: (561) 832-7998 • FAX: (561) 832-8485 |

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122



**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 005
1402115-0001-01

**INVOICE NUMBER:** 1402115-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534

01/25/06 06:03:28                01/25/06 06:03:28

| INVOICE NUMBER | S/SMN | ORDER DATE | TAKER | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 02115-0001-01 | 100 | 01/25/06 | 130 | 01/25/06 06:03:28 | 01/25/06 |

| | | | | FRT | PAGE NO |
|---|---|---|---|---|---|
| PRESS TRUCKING # 49320 | | CHINA & GP BOARD | | X | 1 |

| ORDERED | SHIPPED | B/O | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 360 | 360 | | D12R12 1/2" REGULAR DRYWALL 12' CHINA 9 LIFTS @ 40 | SF | | |
| 156 | 156 | | D58F12 5/8" FIRECODE DRYWALL 12' GP 6 LIFTS @ 26 | SF | | |

1005414

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

***SHIP ORDER******SHIP ORDER***

DRIVER: JUST GET TICKET SIGNED!

Driver: Warren N Reed

ERTIFY THAT I DELIVERED
E MATERIALS LISTED TO
DRESS SHOWN:

Date: 1-25-06     Truck #: 49320     Checked By:

Rec'd in Good Condition: X

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003495

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO        PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS      PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA          PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE  PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485
REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO: 005
1482239-0001-01

INVOICE NUMBER: 1482239-0001-01

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534

01/25/06  12:12:20                           01/25/06  12:12:20

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER O/NUMBER | DATE |
|---|---|---|---|---|---|
| 1482239-0001-01 | 100 | 01/25/06 | 130 | 01/25/06 12:12:20 | 01/25/06 |

EXPRESS TRUCKING # 49140    CHINA BOARD                               PAGE NO: 1

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 560 | 560 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>14 LIFTS 4 X 12 | SF | | 1.005413 |
| 630 | 630 | * | SHRML<br>HI-RIB METAL LATH<br>21 BUNDLES @ 30 PER | SH | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

***SHIP ORDER******SHIP ORDER***

DRIVER: MUST GET TICKET SIGNED!
Driver: _JVER CEON Rogers_
Date: _____    Truck #: 49140    Checked By: _____

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO
Rec'd in Good Condition

SUB-TOTAL
MISC CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003496

Monday, January 16, 2006 7:32 AM     Jack Landers (305) 593-2728     p.01

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO    PHONE: (954) 781-2399 • FAX: (954) 942-1360
FT. MYERS    PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA    PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE    PHONE: (772) 466-1311 • FAX: (772) 466-9803
WEST PALM BEACH    PHONE: (561) 832-7598 • FAX: (561) 832-8466

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 006 | 1480980-0001-01 **** | 1480980-0001-01 |

**BILL TO:** BANNER SUPPLY CO-PT ST LUCIE
2101 NW SETTLE AVE
PORT ST LUCIE FL 34986-3228

**SHIP TO:** BANNER SUPPLY CO-PT ST LUCIE
2101 NW SETTLE AVE
PORT ST LUCIE FL 34986-3228

01/16/06 06:53:21    ***    01/16/06 06:53:21    ***

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1480980-0001-01 | 130 | 01/16/06 | 130 | 01/16/06 06:53:21 | 01/16/06 |

| | | | | FRT. | PAGE NO. |
| COASTAL TRANSPORT 1264 | | CHINA BOARD | | X | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>15 LIFTS @ 40 PER | SF | | |

po # 100542

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER***SHIP ORDER****

DRIVER:
MUST GET TICKET SIGNED!

Driver: James Hearne

I CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:

Date    Truck # 1C/12 6 1    Checked By

Rec'd in Good Condition
X

| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |

BANNER-MDL00003497

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (889) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 005    *DUP*  1481477-0001-01       **INVOICE NUMBER:** **** *DUP*  1481477-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

1005380                                 1005380
**FRONT COUNTER DO NOT SHIP****FRONT COUNTER DO NOT SHIP**

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE | QTY | PAGE NO |
|---|---|---|---|---|---|---|---|
| 1481477-0001-01 | 100 | 01/19/06 | 130 | 1005380 | 01/19/06 | | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | D/S | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | CHINA BOARD | | | |
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>15 LIFTS @ 40 PER | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER****SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED
CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:

Driver:
Date:
Truck # 5905
Checked By:
Rec'd in Good Condition X Clyde W. James   CLYDE W. JAMES

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003498

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 005  *DUP*  1481478-0001-01

**INVOICE NUMBER:** ****  *DUP*  1481478-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON  FL  33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON  FL  33534

1005381     1005381
**FRONT-COUNTER  DO NOT SHIP**  **FRONT-COUNTER  DO NOT SHIP**

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1481478-0001-01 | 100 | 01/19/06 | 130 | 1005381 | 01/19/06 |

Cypress TV 49187       CHINA BOARD

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV |  |  |  |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>15 LIFTS @ 40 PER | SF | 225.00000 | 6480.01 |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER**** **SHIP ORDER****

DRIVER:
JUST GET TICKET SIGNED!
Driver:

CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:
Date          Truck #          Checked By
Rec'd in Good Condition
x WARREN USHER Warren Clk 49187

SUB TOTAL         6,480.01
MISC CHARGE
FREIGHT TOTAL
FED/OTHER TAX     0.00
STATE TAX
PAYMENT           0.00
TOTAL AMOUNT DUE

BANNER-MDL00003499