# EXHIBIT 3

# EX. _____
# ONE FULL CRAWFORD INSPECTION REPORT (WITH PHOTO'S) AND NINE ADDITIONAL REPORTS (WITHOUT PHOTOS)

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Address ID : | Daniels | Date of Inspection: | | 9/14/2009 | |
| Address: | Daniels - 5918 Bilek RD | | | | |
| City: | Pensacola | State: | FL | Zipcode: | 56202 |

## INSPECTOR DATA

| | | | | |
|---|---|---|---|---|
| Inspector Name: | Laney | Emp # | 20497 | Crawford & Company |
| Asst.Inspector Name: | Robinson | Emp # | 30814 | Crawford & Company |
| Attorney(s) Present | Ben Gordon | | | |
| Camera Serial # 1 | KCFDH51911691 | Camera Make/Model | CX7330 | |
| Camera Serial # 2 | D33055 | Camera Make/Model | Z650 | |
| Borescope Serial # | 200905310820 | Borescope Mk/Model | BR200 | |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Sulfur Like  Odor Present | YES | Description/Location of Sulfur like odor or masking fragrance present |

Entire home had a strong odor and the several hepa filters were running.

## HVAC/ PLUMBING/ LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Replaced August 2008 and  July 2009 |
| Plumbing | None |
| Light Fixtures | Motor is out in a Living room fan |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | PHOTO NUMBER (S) |
|---|---|---|---|---|
| HVAC HE COIL | ENT HALL | NO | DULL COPPER | 100-2771 |
| HVAC ELEC/MECH | ENT HALL | YES | BLACK | 100-2769 |
| CIRCUIT BREAKER | GARAGE | YES | Black Spots | 100-2774 |
| REFRIGERATOR | KITCHEN | YES | BLACK | 100-7022 |
| HOT WATER HEATER | GARAGE | YES | BLACK | 100-2777 |
| LIGHT SWITCH | CEN HALL | YES | BLACK | 100-7005 |
| ELECTICAL OUTLET | LAUNDRY | YES | BLACK | 100-7007 |
| LIGHT SWITCH | FAMILY ROOM | YES | BLACK | 100-7014 |
| LIGHT SWITCH | ENT HALL | YES | BLACK | 100-7034 |
| LIGHT SWITCH | BATH 2 | YES | BLACK | 100-7010 |
| LIGHT SWITCH | BED 2 | YES | BLACK | 100-7036 |
| LIGHT SWITCH | MA BEDR | YES | BLACK | 100-7027 |
| LIGHT SWITCH | LAUNDRY | YES | BLACK | 100-7008 |
| ELECTICAL OUTLET | MA BATH | YES | BLACK | 100-7032 |
| ELECTICAL OUTLET | MA BEDR | YES | BLACK | 100-7024 |
| ELECTICAL OUTLET | MA BEDR | YES | BLACK | 100-7025 |
| ELECTICAL OUTLET | MA BEDR | YES | BLACK | 100-7026 |
| ELECTICAL OUTLET | FAMILY ROOM | YES | BLACK | 100-7016 |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | PHOTO NUMBER (S) |
|---|---|---|---|---|
| ELECTICAL OUTLET | FAMILY ROOM | YES | BLACK | 100-7017 |
| ELECTICAL OUTLET | FAMILY ROOM | YES | BLACK | 100-7018 |
| ELECTICAL OUTLET | KITCHEN | YES | BLACK | 100-7020 |
| ELECTICAL OUTLET | ENT HALL | YES | BLACK | 100-7003 |
| ELECTICAL OUTLET | BED 3 | YES | BLACK | 100-7037 |
| ELECTICAL OUTLET | BED 3 | YES | BLACK | 100-7038 |
| ELECTICAL OUTLET | BED 3 | YES | BLACK | 100-7039 |
| ELECTICAL OUTLET | BED 2 | YES | BLACK | 100-7042 |
| ELECTICAL OUTLET | BED 2 | YES | BLACK | 100-7043 |
| ELECTICAL OUTLET | BED 2 | YES | BLACK | 100-7044 |
| ELECTICAL OUTLET | BED 2 | YES | BLACK | 100-7045 |

## DISCOLORATION INSPECTION NARRATIVE

Discoloration is on outlets, switches, HVAC, Water heater and light fixtures. There was also a ceiling fan motor that is burned out in the living room. Attic is not accessable with less than  24" of crawl space clearance.

Use N/A for Discoloration Present if item is not Copper or Chrome
Use additional rows to list all additional parts found made of copper/chrome that show discoloration
All Cells must have an entry.

# VISUAL INSPECTION FORM

**GENERAL PROPERTY INFORMATION**

| Address ID : | Daniels | | Date of Inspection: | 9/14/2009 |
|---|---|---|---|---|

**DRYWALL IDENTIFICATION**

| Sample Location from RNG | Side to Sample | Ceilings Marking Located | PROBE Markings Located | | | | | CUT Markings Located | | | | | | Sample Collected | Manufacturer | Photo Number(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 8' | 40" | 72" | 104" | 136' | 6"x 6" seam location hole | OC 24" down and 72" over (6" x 12") | On Seam down and 8" over (6" x 12") | Along bottom edge and 8" over (6" x 12") | 24" down and 8" over (6" x 12") | Markings Unidentifiable | | | |
| 1 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 2 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 3 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 4 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 5 | Front | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | N/A | N/A | 419161 |
| 6 | | | NO | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | NO | YES | 31. Pro-Roc | In the wall 518055 |
| 7 | Left | | NO | NO | NO | NO | YES | N/A | N/A | N/A | N/A | N/A | NO | YES | 31. Pro-Roc | Bore |
| 8 | Left | | NO | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | NO | NO | | |
| 10 | Left | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 11 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 13 | | | NO | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | NO | N/A | | |
| 14 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 16 | Left | | NO | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | NO | NO | | |
| 17 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 18 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 19 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 20 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 21 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 22 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 24 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 25 | Right | | NO | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | NO | N/A | | |

3

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| Address ID: | Daniels | | Date of Inspection: | 9/14/2009 |
|---|---|---|---|---|

## DRYWALL IDENTIFICATION

| Sample Location from RNG | Side to Sample | Ceilings Marking Located | PROBE Markings Located 8" | 40" | 72" | 104" | 136" | CUT Markings Located 6"x6" seam location hole | OC24" down and 72" over (6" x 12") | On seam down and 8" over (6" x 12") | Along bottom edge and 8" over (6" x 12") | 24" down and 8" over (6" x 12") | Markings Unidentifiable | Sample Collected | Manufacturer | Photo Number(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Right | | N/A | N/A | YES | YES | N/A | N/A | N/A | N/A | N/A | N/A | NO | YES | Marking not Unique | 0924125J |
| 27 | Right | | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | Marking not Unique | |
| 28 | Right | | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | | |
| 30 | Left | | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | | |
| 31 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 33 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 34 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 35 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 36 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 37 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 38 | | | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | YES | N/A | | |
| 39 | Left | | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | Marking not Unique | |
| 40 | Left | | NO | NO | YES | NO | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | Marking not Unique | |
| 41 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 42 | | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| A-6 | Back | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | | |
| B-29 | Left | | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | | |
| C-9 | Left | | NO | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | NO | NO | | |
| D-15 | Left | | NO | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | NO | YES | Marking not Unique | |
| E | | | | | | | | | | | | | | | | |

4

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| Address ID : | Daniels | | Date of Inspection: | 9/14/2009 |

## DRYWALL IDENTIFICATION

| Sample Location from RNG | Side to Sample | Ceilings Marking Located | PROBE Markings Located 8" | 40" | 72" | 104" | 136" | CUT Markings Located 6"x6" seam location hole | OC 24" down and over (6" x 12") | On Seam down and 8" over (6" x 12") | Along bottom edge and 8" over (6" x 12") | 24" down and 8" over (6" x 12") | Unidentifiable Markings | Sample Collected | Manufacturer | Photo Number(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | | | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | | | |
| I | | | | | | | | | | | | | | | | |
| J | | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | | |
| L | | | | | | | | | | | | | | | | |
| M | | | | | | | | | | | | | | | | |
| N | | | | | | | | | | | | | | | | |



26
38
39
9
35
15
40
33
41
24
36
27
1
8
37
18
11
13
3
4
31
25
2
5
19
22
28
34
20
42
30
7
14
17
21



*Daniels*

## VISUAL INSPECTION FORM

### GENERAL PROPERTY INFORMATION

| Address ID : | | 0 | Date of Inspection: | 1/0/1900 |
|---|---|---|---|---|

### DRYWALL IDENTIFICATION

| Sample Location from RNG | Side to Sample | Ceilings Marking Located | PROBE Markings Located 8" | 40" | 72" | 104" | 138" | CUT Markings Located 6" x 6" seam location hole | OC 24" down and 72" over (6" x 12") | On Seam down and 8" over (6" x 12") | Along bottom edge and 8" over (6" x 12") | 24" down and 8" over (6" x 12") | Markings Unidentifiable | Sample Collected | Manufacturer | Photo Number(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | N/A | | | | | | | | |
| 2 | | | | | | | | N/A | | | | | | | | |
| 3 | | | | | | | | N/A | | | | | | | | |
| 4 | | | | | | | | N/A | | | | | | | | |
| 5 | | NO | | | | | | N/A | Y | | | | | | Un Known | one 9(b) |
| 7 | Lt | | NO | NO | NO | NO | NO | | | | | | | | ProRock | 05180 cc |
| 8 | Lt | | NO | NO | NO | NO | NO | | | | | | | | | |
| 9 | Lt | | NO | NO | NO | NO | NO | | | | | | | | | |
| 11 | | | | | | | | N/A | | | | | | | | |
| 13 | | | | | | | | N/A | | | | | | | | |
| 14 | | | | | | | | N/A | | | | | | | | |
| 15 | Lt | | NO | NO | NO | NO | NO | | | | | | | | | |
| 17 | | | | | | | | N/A | | | | | | | | |
| 18 | | | | | | | | N/A | | | | | | | | |
| 19 | Lt | | NA | NA | NA | NA | NA | | | | | | | | | |
| 20 | | | | | | | | N/A | | | | | | | | |
| 21 | | | | | | | | N/A | | | | | | | | |
| 22 | | | | | | | | N/A | | | | | | | | |
| 24 | | | | | | | | N/A | | | | | | | | |
| 25 | | | NO | NO | NO | — | | | | | | | | | | |
| 26 | | | NO | NA | Y | | | | | | | | NO | Y | | |
| 27 | Rt | | NO | NA | NO | — | | | | | | | | | | |
| 23 | Rt | | NO | NO | NO | NO | NA | | | | | | | | | |
| 30 | Lt | | NO | NO | NO | NO | — | | | | | | | | | |
| 31 | | | | | | | | N/A | | | | | | | | |
| 33 | | | | | | | | N/A | | | | | | | | |
| 34 | | | | | | | | N/A | | | | | | | | |
| 35 | | | | | | | | N/A | | | | | | | | |
| 36 | | | | | | | | N/A | | | | | | | | |
| 37 | | | | | | | | N/A | | | | | | | | |
| 38 | | | | | | | | N/A | | | | | | | | |
| 39 | Lt | | NO | NO | NO | NA | NA | | | | | | Y | N | | |
| 40 | Lt | | NO | NO | Y | — | | | | | | | | | | |
| 41 | | | | | | | | N/A | | | | | | | | |
| 42 | | | | | | | | N/A | | | | | | | | |
| A | | NO | | | | | | | | | | | | | None | |
| B | | | NO | NO | NO | NO | — | | | | | | | | | |
| C | | | NA | NO | NO | NO | N/A | | | | | | | | | |
| D | | | NA | NO | NO | NO | NO | | | | | | Y | | | |
| E | | | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | | | | |
| I | | | | | | | | | | | | | | | | |
| J | | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | | |
| L | | | | | | | | | | | | | | | | |
| M | | | | | | | | | | | | | | | | |
| N | | | | | | | | | | | | | | | | |

A/c Unit
Ent Hallway

09/14/2009





09/14/2009











