# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Felix Diaz & Miriam Castro
Address of Affected Property: 20318 SW 87 Ct. Cutler Bay, FL 33189

Is this Property: Residential [X] Commercial [ ] Governmental [ ]

Name of Person Completing this Form: Felix Diaz

Is above your primary residence? Yes [X] No [ ]

Mailing Address (if different):

Phone: (786) 337-1845

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant [X]   Owner Only [ ]   Renter-Occupant [ ]

Represented By: Ervin A. Gonzalez, Esq.
Address: Colson Hicks Eidson, 255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134
Phone: (305) 476-7400
Case No. /Docket Info:

### Section II. Insurance Information

Homeowner/ Renter Insurer: Fidelity National Property & Casualty
Policy #: CP6015774
Agent: E&L Insurance Services Inc.
Address: 1241 SW 27 Avenue, Miami, FL 33135
Phone: (305) 541-1002

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Felix Diaz | Dec 1, 2006 | N/A | M | Nov 11, 1937 | Yes [X] No [ ] | Owner-Occupant |
| Miriam Castro | Dec 1, 2006 | N/A | F | Jul 14, 1957 | Yes [X] No [ ] | Owner-Occupant |
| Miguel Angel Diaz | Dec 1, 2006 | N/A | M | Sep 6, 1990 | Yes [X] No [ ] | Occupant |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☒ No ☐

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Yanes Security & Investigative Services, Inc.

   1.2. When did the inspection take place?  Aug 31, 2010

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☒ No ☐

   2.1. If "Yes" to Question 2.0, Section IV. Who made this determination?  Yanes Security & Investigative Services, Inc.

   2.2. When was this determination made?  Aug 31, 2010

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf-Tianjin | Knauf-Tianjin | Drywall found in attic |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,934 sqf | | | |
| Estimated Sq. Ft. of Drywall | Unknown | Occupied | ☒ | ☐ |
| Height of Interior Walls | 10' | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 5 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 3 | Winter | ☐ | ☐ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | ☐ | ☒ | |
| Dates: N/A | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | — UNKNOWN — | | |
| 2nd Panel | | | |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: N/A | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: / / | Completion Date / / |
|---|---|
| Move in Date: Dec 1, 2006 | Date Acquired Home Nov 22, 2006 |

Date Range for Renovations: (Month/Day/Year) N/A

| Start Date: N/A / / | Completion Date N/A / / |
|---|---|
| Move in Date: / / | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☒ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☒ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☒ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
   United Homes Int'l Santa Barbara Estates

Address: Registered Agent, Peter M. Hodkin, P.A. -7975 NW 154 Street
3389 Sheridan Street, Suite #560   Suite 400
Hollywood, FL 33021   Miami Lakes, FL 33016

Phone: (305) 558 - 2600

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: ATCO INTERIOR CORP.

Address: Registered Agent, Alberto Trigo
13870 SW 151 Lane
Miami, FL 33186

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name: Banner Supply Co.

Address: 7195 NW 30th Street, Miami, FL 33121
Registered Agent - GY Corportate Services, INC. - Two South
Biscayne Blvd., Suite 3400, Miami, FL 33131

Phone: (305) 593 - 2946

DIAZ F 000002

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____  07/29/10  _____  _____
Claimant's Signature     Date Signed    Claimant's Signature    Date Signed

_____  _____    _____  _____
Claimant's Signature     Date Signed    Claimant's Signature    Date Signed

_____  _____    _____  _____
Claimant's Signature     Date Signed    Claimant's Signature    Date Signed

Page 3

DIAZ F 000003



**FIDELITY**
National Property & Casualty Insurance Company

PO BOX 45126
JACKSONVILLE FL 32232-5126
1-800-849-6140

POLICY NUMBER
CP6015774
HOMEOWNERS 3 SPECIAL FORM
Client ID   000000592421
EFFECTIVE DATE 11/06/2007
EXPIRATION DATE 11/06/2008

**RENEWAL**

**COVERAGE DECLARATION**

INSURED
198 FELIX DIAZ
20318 SW 87TH COURT
MIAMI FL 33189

AGENT
E & L INSURANCE SERVICES INC
2069 SW 8 ST
MIAMI FL 33135
(305) 541-1002

LOCATION OF RESIDENCE PREMISES   20318 SW 87TH COURT   MIAMI FL 33189
EFFECTIVE TIME IS 12:01 A.M. STANDARD TIME AT YOUR RESIDENCE

### SECTION I
### PROPERTY COVERAGES

| COVERAGE A DWELLING | COVERAGE B OTHER STRUCTURES | COVERAGE C PERSONAL PROPERTY | COVERAGE D LOSS OF USE | DEDUCTIBLE |
|---|---|---|---|---|
| $ 302,500 | $ 30,250 | $ 169,255 | $ 60,500 | $ 2000 |

### SECTION II LIABILITY COVERAGES

| COVERAGE E - PERSONAL LIABILITY | COVERAGE F - MED PAY TO OTHERS |
|---|---|
| $ 300,000   EACH OCCURRENCE | $ 5,000   EACH PERSON/$25,000 EACH OCCURRENCE |

| | LIMIT OR INCREASE LIMIT | PREMIUM/CREDIT |
|---|---|---|
| COVERAGE A - DWELLING | $302,500 | $5518.00 |
| COVERAGE B - OTHER STRUCTURES | $30,250 | |
| COVERAGE C - PERSONAL PROPERTY | $169,255 | $27.00- |
| COVERAGE D - LOSS OF USE | $60,500 | |
| COV E - PERSONAL LIABILITY | $300,000 | $20.00 |
| COV F - MED PAY TO OTHERS | $5,000 | $9.00 |
| WINDSTORM OR HAIL EXCLUSION | | $4854.00- |
| HOMEOWNERS INFLATION GUARD 5% | | $10.00 |
| WATER BACKUP & SUMP DISCHARGE | | $26.00 |

DISCOUNTS:
CLAIM FREE    UTILITIES RATING PLAN 25%

$893   non-hurricane premium

TOTAL POLICY PREMIUM  $ 938.00

Premium adjusted 0    % for Building Code Effectiveness Grading. Adjustments range from 1% surcharge to 11% discount.
MORTGAGEE(S):
COUNRTYWIDE BANK FSB
BANK OF AMERICA

LOAN #
TBA
995070301118460

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

## THE HURRICANE DEDUCTIBLE MAY BE HIGHER THAN INDICATED AT THE TIME OF LOSS DUE TO APPLICATION OF THE INFLATION GUARD ENDORSEMENT.

SEE REVERSE SIDE FOR POLICY FORMS AND ENDORSEMENTS.

I1515H (08-03)   INSURED         FL   10/15/2007   UZ9 000 IDP6634

01980000000001577407285         00002

DIAZ F 000004

## AMENDMENT PROVISION

If the Declarations indicates your policy is amended, it will be effective on the date shown, and will provide the indicated insurance. Such amended Declarations replaces all prior Declarations. All other terms, conditions, agreements or limitations of the policy, other than contained on the Declarations shall remain the same.

### FORMS AND ENDORSEMENTS

| Form | Date | Description |
|---|---|---|
| HO 00 03 | 10 00 | HOMEOWNERS 3 SPECIAL FORM |
| AA 00 06 | 08 03 | TABLE OF CONTENTS |
| A6121 FL | 07 06 | SATELLITE DISH EXCLUSION |
| A6125 FL | 06 05 | MORTGAGE CLAUSE |
| A6133 FL | 07 06 | LIMIT FOR LOSS - CAMERAS/VIDEO |
| A6141 FL | 06 06 | DEDUCTIBLE OPTIONS-HURRRICANE |
| A6144 | 06 05 | PERS PROP REPLACEMENT COST |
| * A6145 FL | 06 05 | PRIVACY AND ITS PROTECTION |
| FNIC DN FL | 01 06 | FLORIDA DISCLOSURE NOTICE |
| FNICHOME 23F | 06 05 | AMENDATORY ENDORSEMENT |
| * FN1243 | 02 05 | IMPORTANT NOTICE-COV A LIMIT |
| FN1249 | 05 05 | ADVISORY NOTICE POLICYHOLDERS |
| * FN1304 | 08 06 | SPECIAL PROVISIONS - FLORIDA |
| FN1305 | 08 05 | FUNGUS LIM COV - FL |
| FN1306 | 08 05 | FUNGI (INCLUDING MOLD) EXCLUSI |
| * FN1324 | 01 06 | ORD OR LAW COVERAGE SELECTION |
| * FN1335 FNPAC | 01 06 | CHECKLIST OF COVERAGE |
| FN1336 | 01 06 | NOTICE OF DISCOUNTS FOR HURRIC |
| * FN1423 | 01 07 | ADVISORY NOTICE TO POLICYHOLDE |
| * FN1438 | 02 07 | FLORIDA DISCLOSURE NOTICE |
| HO 03 50 | 07 01 | ALL PERILS DEDUCTIBLE-FLORIDA |
| HO 04 20 | 10 00 | SPEC ADDL AMT OF INS COV A |
| HO 04 46 | 10 00 | INFLATION COVERAGE |
| HO 04 77 | 10 00 | ORDINANCE OR LAW INCR AMT COV |
| HO 04 89 | 07 01 | WINDSTORM OR HAIL EXCLUSION-FL |
| HO 04 96 | 10 00 | NO COVERAGE HOME DAY CARE BUS |
| HO 05 99 | 05 03 | WATER BACK UP & SUMP DISCHG-FL |
| HO 23 66 | 01 06 | SPECIAL NOTICE - FLORIDA |
| HO 23 69 | 01 06 | SPEC ADDL AMT OF INS COV A |
| HO 23 86 | 01 06 | PERS PROP REPLACEMENT COST |
| HO 23 94 | 01 06 | SINKHOLE ACTIVITY - FLORIDA |
| HO 24 83 | 05 03 | PERSONAL INJURY - FLORIDA |
| * INSPECT NOTICE | 04 05 | IMPORTANT NOTICE-PROP INSPECT |
| * PRIVACY | 03 06 | PRIVACY STATEMENT |
| ZZ 01 01 | 08 03 | SIGNATURE PAGE |

DATE:                           COUNTERSIGNED BY: _[signature]_

515H (08-03)



**FIDELITY**
National Property & Casualty Insurance Company

PO BOX 45126
JACKSONVILLE FL 32232-5126
1-800-849-6140

POLICY NUMBER CP6015774
HOMEOWNERS 3 SPECIAL FORM
Client ID   000000592421
EFFECTIVE DATE 11/06/2007
EXPIRATION DATE 11/06/2008

RENEWAL

COVERAGE
DECLARATION

INSURED
198 FELIX DIAZ
20318 SW 87TH COURT
MIAMI FL 33189

AGENT
B & L INSURANCE SERVICES INC
2069 SW 8 ST
MIAMI FL 33135
(305) 541-1002

LOCATION OF RESIDENCE PREMISES       20318 SW 87TH COURT MIAMI FL 33189
EFFECTIVE TIME IS 12:01 A.M. STANDARD TIME AT YOUR RESIDENCE

## SECTION I
### PROPERTY COVERAGES

| COVERAGE A DWELLING | COVERAGE B OTHER STRUCTURES | COVERAGE C PERSONAL PROPERTY | COVERAGE D LOSS OF USE | DEDUCTIBLE |
|---|---|---|---|---|
| $ 302,500 | $ 30,250 | $ 169,255 | $ 60,500 | $ 2000 |

### SECTION II LIABILITY COVERAGES

| COVERAGE E - PERSONAL LIABILITY | COVERAGE F - MED PAY TO OTHERS |
|---|---|
| $ 300,000   EACH OCCURRENCE | $ 5,000   EACH PERSON/$25,000 EACH OCCURRENCE |

LIMIT OR INCREASE LIMIT    PREMIUM/CREDIT

| | |
|---|---|
| MOLD $15,000 | $160.00 |
| BLDG ORDINANCE/LAW COV - 25% | $18.00 |
| COV A-20% EXTENDED REPLACEMENT | |
| PERSONAL INJURY COVERAGE | $13.00 |
| FIGA EMERGENCY ASSESSMENT | $9.00 |
| FL HURRICANE CATASTROPHE FUND | $9.00 |
| EMPA TRUST FUND SURCHARGE | $2.00 |
| CITIZENS RECOUPMENT | $4.00 |
| FL INSURANCE GUARANTY ASSOC | $8.00 |

DISCOUNTS:
CLAIM FREE       UTILITIES RATING PLAN 25%

$893       non-hurricane premium

TOTAL POLICY PREMIUM  $ 938.00

Premium adjusted 0   % for Building Code Effectiveness Grading.  Adjustments range from 1% surcharge to 11% discount.
MORTGAGEE(S):
COUNRTYWIDE BANK FSB
BANK OF AMERICA
LOAN #
TBA
995070301118460

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

## THE HURRICANE DEDUCTIBLE MAY BE HIGHER THAN INDICATED AT THE TIME OF LOSS DUE TO APPLICATION OF THE INFLATION GUARD ENDORSEMENT.

SEE REVERSE SIDE FOR POLICY FORMS AND ENDORSEMENTS.

I1515H (08-03)      INSURED        FL   10/15/2007    UZ9 000 IDP6634

0174000000000015774072B9        00002

DIAZ F 000006

## AMENDMENT PROVISION

If the Declarations indicates your policy is amended, it will be effective on the date shown, and will provide the indicated insurance. Such amended Declarations replaces all prior Declarations. All other terms, conditions, agreements or limitations of the policy, other than contained on the Declarations shall remain the same.

## FORMS AND ENDORSEMENTS

DATE:  COUNTERSIGNED BY:

I1515H (08-03)

DIAZ F 000007



**FIDELITY**
National Property & Casualty Insurance Company

**RENEWAL**

PO BOX 45126
JACKSONVILLE FL 32232-5126
1-800-849-6140

**COVERAGE DECLARATION**

POLICY NUMBER
CP6015774
HOMEOWNERS 3 SPECIAL FORM
Client ID   0000000592421
EFFECTIVE DATE 11/06/2007
EXPIRATION DATE 11/06/2008

INSURED
198 FELIX DIAZ
20318 SW 87TH COURT
MIAMI FL 33189

AGENT
E & L INSURANCE SERVICES INC
2069 SW 8 ST
MIAMI FL 33135
(305) 541-1002

LOCATION OF RESIDENCE PREMISES   20318 SW 87TH COURT  MIAMI FL 33189
EFFECTIVE TIME IS 12:01 A.M. STANDARD TIME AT YOUR RESIDENCE

### SECTION I PROPERTY COVERAGES

| COVERAGE A DWELLING | COVERAGE B OTHER STRUCTURES | COVERAGE C PERSONAL PROPERTY | COVERAGE D LOSS OF USE | DEDUCTIBLE |
|---|---|---|---|---|
| $302,500 | $30,250 | $169,255 | $60,500 | $2000 |

### SECTION II LIABILITY COVERAGES

COVERAGE E - PERSONAL LIABILITY
$300,000   EACH OCCURRENCE

COVERAGE F - MED PAY TO OTHERS
$5,000   EACH PERSON/$25,000 EACH OCCURRENCE

CITIZENS EMERGENCY ASSMT/RECP
LIMIT OR INCREASE LIMIT   PREMIUM/CREDIT
$13.00

DISCOUNTS:
CLAIM FREE     UTILITIES RATING PLAN 25%

| $893 | non-hurricane premium |
|---|---|

TOTAL POLICY PREMIUM  $938.00

Premium adjusted 0   % for Building Code Effectiveness Grading. Adjustments range from 1% surcharge to 11% discount.
MORTGAGEE(S):
COUNRTYWIDE BANK FSB
BANK OF AMERICA

LOAN #
TBA
9950070301118460

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

## THE HURRICANE DEDUCTIBLE MAY BE HIGHER THAN INDICATED AT THE TIME OF LOSS DUE TO APPLICATION OF THE INFLATION GUARD ENDORSEMENT.

SEE REVERSE SIDE FOR POLICY FORMS AND ENDORSEMENTS.

11515H (08-03)     INSURED          FL   10/15/2007   UZ9 000 IDP6634

01980000000001577407289          00002

DIAZ F 000008

## AMENDMENT PROVISION

If the Declarations indicates your policy is amended, it will be effective on the date shown, and will provide the indicated insurance. Such amended Declarations replaces all prior Declarations. All other terms, conditions, agreements or limitations of the policy, other than contained on the Declarations shall remain the same.

## FORMS AND ENDORSEMENTS

DATE:                              COUNTERSIGNED BY:

.I1515H (08-03)

DIAZ F 000009

# SAUSALITO II

- 5 Bedroom
- 3 Bath
- 2 Car Garage

| | |
|---|---|
| Air Conditioned Space | 2,311 sq. ft. |
| Covered Entry | 82 sq. ft. |
| Garage | 380 sq. ft. |
| Total | 2,773 sq. ft. |
| Optional Covered Terrace | 161 sq. ft. |
| Total | 2,934 sq. ft. |

*Handwritten notes: 2031 /3w, ← 15' →, 5'x4', 33'x1'*

**First Floor** — Family Room 14' x 18', Dining Room 11'8" x 11'4", Kitchen, Hall, Living Room 15'11" x 12'8", Foyer, Bedroom #5 10' x 12'4", Closet, Utility, Two-Car Garage 18'0" x 18'0", Optional Entry

**Second Floor** — Master Bath, Roman Tub, Master Bedroom 18'10" x 13'0", Walk-In Closet (x2), Bedroom #2 11'8" x 10'0", Loft, Open to Below, Bath #3, Bedroom #3 11'8" x 10'1", Bedroom #4 12'8" x 10'4", Linen, Closet





Optional Elevation



**United Homes — First in Quality**

All dimensions are approximate. Floorplans, specifications & features are subject to change without notice. The developer expressly reserves the right to make modifications, revisions and changes which it deems desirable in its sole and absolute discretion. Some floorplans may be reversed, see sales person for details.



Santa Barbara ESTATES

**ATRIUM SHUTTERS, INC.**
www.unitedhomesintl.com/santabarbaraestates
(305) 256-3088
Fax: (305) 256-3089
20228 Old Cutler Road, Miami FL 33189
Located in the Shoppes Of Old Cutler on Old Cutler Road

DIAZ F 000010

> **Bonded Builders Warranty Group**
> **Sample Warranty**
> This sample warranty provides information on the basic terms and conditions of the warranty. It is not a valid warranty, provides no coverage, and is provided for information only. A warranty on any home is only issued upon BBWG receiving and accepting the Warranty Coverage Application, Warranty Enrollment Fee and any additional underwriting requirements from the Builder. The actual warranty issued may include State specific amendments not included in this sample. Contact your Builder for the specific coverages and warranty periods that may be provided on your home.

## BUILDERS WARRANTY

## AND

## BUILDING STANDARDS

## FOR YOUR NEW HOME

YOUR BUILDER CARED ENOUGH TO PROVIDE LIMITED WARRANTY COVERAGE THROUGH

### BONDED BUILDERS WARRANTY GROUP

Be sure to read these documents to understand the benefits and limitations of Your warranties. You may return the warranty for cancellation within 30 days of Your receipt of it. If cancelled BBWG will refund the full Warranty Enrollment Fee paid to the Builder. Cancellation of this warranty does not extend or alter the Builder's responsibilities. In the event of FHA, VA or Rural Development financing, the warranty cannot be cancelled.

**Bonded Builders Warranty Group**
1500 Kings Highway, Port Charlotte, Florida 33980
Phone: 800-749-0381 * Fax: 941-743-0534
www.bondedbuilders.com

BONDED BUILDERS WARRANTY GROUP (800-749-0381) AND BONDED BUILDERS INSURANCE SERVICES (877-219-9519) ARE PROUD MEMBERS OF THE BONDED BUILDERS FAMILY OF COMPANIES

BB-W4111 (06/08)

DIAZ F 000011

## BONDED BUILDERS WARRANTY GROUP
1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

### WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE. IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER: SANTA BARBARA ESTATES, INC. - 06496

**WARRANTY SELECTION**
Check the warranty plan to be provided to the homeowner

Warranties
☒ 10-Yr Structural Warranty + 1-Yr Workmanship & Materials/1-Yr Systems Warranty

WARRANTY ENROLLMENT FEE: $ _____ (See formula on back for fee calculation)

**NEW HOME TO BE ENROLLED** — Please type or print clearly
1. HOMEOWNER LAST NAME: DIAZ      FIRST NAME: Felix
2. CO-OWNER LAST NAME: DIAZ       FIRST NAME: Miriam
3. NEW HOME ADDRESS: 10318 SW 87st    Miami    FL    ____
   Street Address    City    State    Zip Code
4. LOCATION: Building ____ Unit ____ Block ____ Lot ____
5. SUBDIVISION: Alexandria Estates    6. COUNTY: ____
7. CLOSING DATE: 11/3/06    8. CLOSING CONTRACT PRICE: $ ____    9. BUILDER RM#: ____

**ALTERNATE MAILING ADDRESS** — Provide homeowner(s) mailing address if different from above
10. 9037 SW 91 Lane, Miami FL 33176
    Street Address    City    State    Zip Code
☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

**PROPERTY SPECIFIC INFORMATION**
11. CONSTRUCTION TYPE: ☒ SINGLE FAMILY DETACHED    ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)    ☐ CONDOMINIUM (4 STORIES OR MORE)
12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: ____
13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT - MFG. JOB #

**MORTGAGE INFORMATION**
14. CHECK IF CASH SALE ☐    15. IF HOME IS FINANCED CHECK TYPE: ☐ CONVENTIONAL ☒ FHA ☐ VA ☐ RURAL DEVELOPMENT (FmHA)

WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000 UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

**SIGNATURES**
HOMEOWNER(S) – Please read and initial the Important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.

HOMEOWNER: _____ DATE: 11/3/06    CO-OWNER: _____ DATE: 11/3/06
BUILDER'S REP: United Tele of America    DATE: 11/3/06

**PREPARED BY**
PRINT NAME: _____ DATE: 11/3/06    PHONE: 305-698-7007    FAX: 305-698-7010

BB-W2110 (06/06)    WHITE COPY - BBWG • CANARY COPY - BUILDER/FINANCIAL • PINK COPY - HOMEOWNER(S)

DIAZ F 000012

**HOMEOWNER'S ACKNOWLEDGMENT** *Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation, if not completely satisfied. (In the event of FHA, VA or Rural Development financed loans the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program that I/we hereby accept the terms and conditions contained therein in their entirety, including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, NOT an insurance policy, and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS**, I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including, but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

HOMEOWNER'S INITIALS _____    CO-OWNER'S INITIALS _____

**WARRANTY ENROLLMENT FEE** *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price $ _____ / 1,000 = _____ X Rate $ _____ = $ _____

+ FHA/VA/Rural Dev Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

**APPLICATION SUBMISSION CHECKLIST** *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan                    ☐ Homeowner(s) Initialed Acknowledgement Above
☐ Provided Closing Date                      ☐ Homeowner(s) Signed Application
☐ Provided Closing Contract Price            ☐ Builder Signed Application
☐ Submitted Warranty Enrollment Fee
☐ Included Builder RM fee (required for all homes west of the Miss. River and in KY, MS & TN)
☐ Provided a copy of this Application to the Homeowner

DIAZ F 000013

**CHINESE DRYWALL PRODUCT I.D.**
**FELIX DIAZ**
**01/27/11**

The following inspection was conducted on 01/27/11

**FELIX DIAZ**                              **CLIENT**
20318 SW 87 CT
PALMETTO BAY, FLORIDA

We traveled to the DIAZ residence and conducted a product identification search. KNAUF – TIANJIN was documented in the following locations of the home:

1. KITCHEN – NORTH WALL
2. SOUTH HALLWAY – SOUTH WALL
3. NORTH EAST BEDROOM – WEST WALL
4. NORTH EAST HALLWAY – WEST WALL
5. LAUNDRY – EAST WALL
6. DINING ROOM – EAST WALL
7. KITCHEN – WEST WALL
8. 2ND FLOOR LANDING – WEST WALL
9. 2ND FLOOR NE HALLWAY – WEST WALL
10. STAIRCASE – EAST WALL
11. MASTER BEDROOM – EAST WALL
12. MASTER BATH ROOM – WEST WALL
13. NORTH EAST BEDROOM 2ND FLOOR – SOUTH WALL
14. NORTH WEST BEDROOM – EAST WALL

9297 FELIX DIAZ PRODUCT ID 012711
**JAVIER YANES**

# INSPECTION REPORT

# FELIX DIAZ
# 08/31/10

The following inspection was conducted on 08/31/10

**FELIX DIAZ**           **(CLIENT)**
20318 SW 87 CT
MIAMI, FL. 33189

Inspection photographed
<u>Evidence collected- Ground Wire, drywall sample and  A/C coil tape tap</u>.
<u>Evidence of Contaminated Drywall found.</u>
Strong odor detected in home.
Bathroom faucets are pitted.
Bathroom fixtures are pitted.
Mirrors are black on the edges.
**Water heater water lines are PVC.**
A/C high pressure line is black.
A/C coils are coated in black paint.
Coils have been replaced 3 times.
Ground wires and electrical copper end wires are black throughout the home.
Copper water lines under bathroom sinks are black.
Copper water lines under kitchen sink are black.

**KNAUF TIANJIN** drywall found in attic.

9297 FELIX DIAZ INSPECTION 083110<br>
**JAVIER YANES**
