# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton et al v. Knauf Gips KG et al<br>EDLA 09-07628<br><br>Silva et al v. Knauf Gips KG et al<br>EDLA 09-08034<br><br>Vickers et al v. Knauf Gips KG et al<br>EDLA 09-04117 | |

### SUPPLEMENTAL DECLARATION OF RONALD E. WRIGHT, P.E.

I, Ronald E. Wright, declare as follows:

1. My prior declarations done in the above captioned class action cases (Documents 5564-21, 5570-23, and 5567-13) on September 17, 2010 are incorporated herein by reference.

2. In addition to the opinions rendered in these declarations, I have been asked to review plaintiff specific information on other Florida and Louisiana homeowners who have experienced problems with defective Chinese Drywall ("CDW"). As to these homeowners, I have reviewed sufficient information to determine that there is a methodology and available data to decide if these homeowners have suffered damages caused by the CDW in their homes. The methodology includes review of product identification information, inspection reports, and

1

evidence of damage as outlined in protocols put forth by the CPSC and the Florida Department of Health as referenced in my initial declarations. Based on the preliminary data I have reviewed, it is most likely that the homeowners identified below have experienced the damages typical of other Florida and Louisiana homeowners who have defective CDW in their homes. These damages include:

    (a)    Remediation,

    (b)    Alternative living,

    (c)    Property diminution,

    (d)    Loss of use and equipment, and

    (e)    Personal property.

3. I have reviewed records pertaining to Byron and Debra Byrne, 532 Snead Court, Slidell, LA 70458. Those records include an Amended Plaintiff Profile Form ("PPF"), an inspection report, and photographs showing product identification and telltale corrosion damage associated with CDW. The PPF and the photographs identify Knauf CDW. The inspection report and the photographs identify evidence of CDW damage.

4. I have reviewed the records pertaining to Edward and Susan Beckendorf, 304 Brown Thrasher Loop S., Madisonville, LA 70447. These records include a PPF, an inspection report and photographs showing product identification and telltale corrosion damage associated with CDW. The PPF and the photographs identify Knauf CDW. The inspection report and the photographs identify evidence of CDW damage.

5. I have reviewed the records pertaining to Donald and Marcelyn Puig, 302 Tallow Creek Dr., Covington, LA 70433. These records include a PPF, an inspection report, and

2

photographs showing product identification and telltale corrosion damage associated with CDW. The PPF and the photographs identify Knauf CDW. The inspection report and the photographs identify evidence of CDW damage.

6. I have reviewed the records pertaining to Dean and Dawn Amato, 18615 Bellingrath Lakes, Greenwell Springs, LA 70739. These records include a PPF, and photographs showing product identification and telltale corrosion damage associated with CDW supplied by Interior/Exterior Building Supply ("INEX"). The PPF and the photographs identify Knauf CDW. The PPF and the photographs identify evidence of CDW damage.

7. I have reviewed the records pertaining to Nicholas and Ashley Boudreaux, 129 Kips Court, Houma, LA 70364. These records include a PPF, an inspection report and photographs showing product identification and telltale signs of corrosion damage associated with CDW supplied by INEX. The inspection report and the photographs identify Knauf CDW. The inspection report and the photographs identify evidence of CDW damage.

8. I have reviewed records pertaining to Felix Diaz and Miriam Castro of 20318 SW 87 Court, Cutler Bay, FL 33189. These records include a PPF and inspection report showing product identification and telltale corrosion damage associated with CDW supplied by Banner Supply Co. The PPF identifies Knauf CDW and evidence of CDW damage.

9. I have reviewed records pertaining to Luis Ochoa and Elizabeth Montoya of 11462 NW 84th Terrace, Doral, FL 33178. The records include an inspection report and product identification photograph for Knauf CDW. The inspection report identifies evidence of CDW damage.

10. I have reviewed records pertaining Liem Ouach and Anh Naoc Thile Le, 20304

3

SW 87th Place, Miami, FL 33189. The records include a PPF and inspection report showing telltale corrosion associated with CDW, delivered by Banner Supply. The PPF and inspection report identify Knauf CDW and evidence of CDW damage.

11. I have reviewed records pertaining to Giancarlo Visciglia, 11402 NW 84 Terrace, Doral, FL 33178. These records include an inspection report and photographs providing product identification for Knauf CDW and evidence of CDW damage.

1-24-2011
Date

Ronald E. Wright, P.E.

4