**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Vickers et al v. Knauf Gips KG et al*
*EDLA 09-04117*

*Payton et al v. Knauf Gips KG et al*
*EDLA 09-07628*

## PLAINTIFFS' SUPPLEMENTAL PROPOSED TRIAL PLAN FOR A FLORIDA HOMEOWNER CLASS FOR CLAIMS AGAINST BANNER SUPPLY CO.

Plaintiffs intend to try this case in two phases: (1) class-wide liability for property damage, and (2) class-wide property damages. The Supplemental Proposed Trial Plan is premised on bifurcating liability from damages. The Proposed Trial Plan suggests a Phase I liability trial to establish general liability and general causation. Damages would be left to a Phase 2 trial. This type of bifurcation is well accepted in the Fifth Circuit and does not raise Seventh Amendment reevaluation concerns. *Mullen,* 186 F.3d at 628-629; *Watson v. Shell Oil Co.,* 979 F.2d 1014, 1019-1020 (5th Cir. 1992); *Turner,* 234 F.R.D. at 606; *Turner v. Murphy,* Order and Reasons (March 2, 2006) at 3, 5-6 (Compendium, Document 5611-2 ("Comp.") Ex. 15).

Plaintiffs have also put forth expert declarations identifying methodologies to establish damages utilizing common methodologies, formulaic analysis, or individual mini-trials if necessary. *See* Declaration of Ronald Wright ("Wright Dec.") at ¶¶ 5-6 (Document 5611-20),

1

Supplemental Wright Declaration ("Supp. Wright Dec.") at ¶ 2 (Supplemental Compendium ("Supp. Comp.," Ex. 5); Letter Opinion of Lee H. Waronker, MAI, SRA (January 24, 2011) ("Waronker Letter") (Supp. Comp. Ex. 6). The same expert methodologies can be used to determine damages for each member of the class on an individual basis, or for some forms of relief that can be determined on a class-wide basis. In addition, previous trials in Florida and Louisiana demonstrate benchmark damage awards for the cost of remediation, the alternative living costs, property diminution, loss of use and enjoyment and private property damage. Thus class-wide liability and damages can be established in an efficient manner. Moreover, there are no individual issues associated with any personal injury claims as those claims are excluded from the class, and there are no choice of law issues, since Florida substantive law applies.

## Phase I – Liability (Common Issues of Liability and General Causation)

Phase I is designed to obtain a finding of class-wide liability for property damage. Florida law recognizes property damage claims against distributors and sellers of defective products under theories of negligence, strict liability, nuisance, and Consumer Protection Acts, warranty law and redhibition. *See In re Chinese Manufactured Drywall Products Litigation*, *Seifart v Knauf* (hereinafter "Seifart"). Comp., Exs 1-4 (orders and jury verdict sheet). Plaintiffs will establish the Defendant's course of conduct and its liability through Banner Supply's own documents, the documents of third parties, and fact witnesses from Banner Supply. This evidence will show that Banner Supply sold and distributed a defective product, failed to properly test and monitor its product to assure it was free from defects, and failed to warn Plaintiffs and class members of the defective nature of the CDW. In addition, the evidence will

show that Banner withheld information concerning the defect from the class.[1]  This evidence of Defendant's common course of conduct, as well as Banner Supply's liability defense, if any; will be the same for the class representatives as it is for members of the classes.  *See* Memorandum in Support of Substituted Motion at 19.  A jury verdict on the liability question as it relates to the property damage claim for the class will be binding on the class and will eliminate the need for hundreds of duplicative trials on this issue.

### Phase II – Class-Wide Property Damage (Successive Trials on Specific Causation (if needed) Compensatory Damages, and Class-Wide Valuation of Damages if Available)

If Plaintiffs obtain a finding of liability, the trial will proceed to class-wide property damages.  The plaintiff class does not seek personal injury damages.  The recoverability of available damages under property law for a CDW plaintiff has already been determined under Florida law.  *See* Comp. Exs. 1-4.

Plaintiffs may recover the cost of repair plus alternative living costs, property diminution, loss of use and enjoyment damages, and personal property damage.  *Id, see* Memorandum in Support of Substituted Motion at 19-24.  Individualized damages issues to the extent they exist do not defeat class certification and can be dealt with in mini-trials where each plaintiff uses the same methodology to prove damages.  Alternatively some damages can be formulaic in nature and amenable to class treatment.  For example, Plaintiff's expert, Ronald Wright, has utilized a proven methodology to determine remediation damages for an individual home, but also has utilized a formulaic method of determining repair costs considering national and local data to establish a dollar per square foot cost.  *See* Wright Dec. at ¶¶5-6.  The alternative living costs

---

[1] *Seifart* was a state court trial in Florida against Banner Supply, a supplier of Knauf drywall.  The plaintiff verdict in the case was rendered on June 18, 2010.  The evidence admitted in the trial shows that Knauf and Banner entered

during the remediation have also been determined in Florida and Louisiana trials, and are amenable to determination by a formulaic method.  The property diminution can be determined individually or on a percentage diminution basis.  The loss of use and enjoyment, and private property damages can be determined individually or on a class-wide basis through the use of a survey instrument of representative class members.  *Id.* The proof of damages will rely on the same methodology for the class representatives and the members of the class.  Plaintiffs will establish the damages at trial through: (1) the expert opinions of Ronald Wright and Lee Waronker, and (2) the testimony of the class representatives, and other fact witnesses.

      It is anticipated that the class trial described herein will take 10 days.

---

into an agreement that required Banner to keep secret knowledge of the Knauf drywall defect from the class.  *See* Confidential Agreement at ¶7 (Comp. Ex. 6).

Dated: March 10, 2011						Respectfully submitted,

							**PROPOSED COUNSEL FOR THE CLASS**


							/s/ Arnold Levin_____
							Arnold Levin
							Fred S. Longer
							Matthew C. Gaughan
							Levin, Fishbein, Sedran & Berman
							510 Walnut Street, Suite 500
							Philadelphia, PA 19106
							215-592-1500 (phone)
							215-592-4663 (fax)
							Alevin@lfsblaw.com

							Ervin A. Gonzalez
							Patrick Montoya
							Colson, Hicks, Eidson, Colson
							  Matthews, Martinez, Gonzales,
							  Kalbac & Kane
							255 Alhambra Circle, Penthouse
							Cora Gables, FL 33134
							Phone: (305) 476-7400
							Fax: (305) 476-7444
							Ervin@colson.com

							Richard S. Lewis
							Hausfeld LLP
							1700 K Street, N.W
							Suite 650
							Washington, DC 20006
							Phone: (202) 540-7200
							Fax:  (202) 540-7201
							rlewis@hausfeldllp.com

**PLAINTIFFS' STEERING COMMITTEE**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181

bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com


Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836

sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630

jrr@lumpkinreeves.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com


Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
Andrew@lemmonlawfirm.com

4851-2688-8968, v. 1