**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Plaintiffs' Motion for Leave of Court to File its Substituted Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co. and Motion for Leave to Exceed Page Limits; Order Granting Plaintiffs' Motion for Leave of Court to File its Substituted Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co. and Motion for Leave to Exceed Page Limits; Plaintiffs' Substituted Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co.; Memorandum in Support of Plaintiffs' Substituted Motion for Certification of a Florida Homeowner Class for Claims Against Banner Supply Co.; Proposed Order Granting Substituted Motion for Class Certification; Supplemental Declaration of Arnold Levin; Plaintiffs' Supplemental Proposed Trial Plan for a Florida Homeowner Class for Claims Against Banner Supply Co.; and Supplemental Compendium of Exhibits in Support of Plaintiffs' Substituted Motion for Class Certification of a Florida Homeowner Class for Claims Against Banner Supply Co.** has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of March, 2011.

                                            /s/ Leonard A. Davis_____
                                            Leonard A. Davis, Esquire
                                            Herman, Herman, Katz & Cotlar, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            LDavis@hhkc.com
                                            Plaintiffs' Liaison Counsel
                                            MDL 2047