UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| DEAN and DAWN AMATO, et al | * | |
| vs. | * | |
| LIBERTY MUTUAL INS., et al | * | |
| Case No. 2:10-cv-932-EEF-JCW | * | MAG. WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

JIM AUBUCHON

who, being duly sworn, upon his oath deposed and stated as follows:

1. He is the Vice President for Aubuchon Homes, Inc., ("Aubuchon Homes"), and as such, has personal knowledge of the following based on his review of records maintained by Aubuchon Homes in the regular course of business.

2. Aubuchon Homes is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Lee County, Florida.

3. Aubuchon Homes is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.


EXHIBIT
A

4.    Aubuchon Homes  has never built a residence in the State of Louisiana nor had any

contracts or subcontracts with companies located in Louisiana.

5.    Aubuchon Homes has never been licensed or registered to do business in Louisiana

or ever had any offices or employees in Louisiana.

6.    Aubuchon Homes does not have an agent for service of process in Louisiana.

7.    Aubuchon Homes does not have any bank accounts in Louisiana or own any property

in Louisiana.

8.    Aubuchon Homes does not solicit business in Louisiana or ever transacted business

in Louisiana.

9.    Aubuchon Homes has never maintained a telephone line in Louisiana or kept a post

office box or otherwise received mail in Louisiana.

10.   Aubuchon Homes does not maintain an office, store, headquarters, shop, warehouse,

or any other facility in the State of Louisiana.

11.   Aubuchon Homes has never received any business from any contacts in Louisiana,

whether individual customers, or business customers.

12.   Consequently, Aubuchon Homes never anticipated it would be haled into court in

Louisiana.

JIM AUBUCHON

SWORN TO AND SUBSCRIBED
BEFORE ME THIS  8  DAY OF September , 2010.

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Natalie L. Schmidt
Commission #DD761727
Expires:   APR. 08, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

2

# AUBUCHON HOMES
# CONSTRUCTION AGREEMENT

Aubuchon Homes, Inc.   CGC 059630
4707 S.E. 9th Place   Cape Coral, Florida 33904
## 239-549-6358



**AUBUCHON HOMES, INC.**
*BUILDER OF BETTER IDEAS*

This agreement made __July 28 2004__ between Aubuchon Homes, Inc., hereinafter called "Aubuchon", and __Jeffrey D. Kottkamp and Cynthia I. Kottkamp__ of __102 SW 9th St.__ __Cape Coral FL 33991__ (Phone __242-7267__ ) hereinafter called "Owner".
In consideration of the mutual covenants set forth below, Aubuchon and Owner agree as follow:

## 1. CONTRACT DOCUMENTS
The Contract Documents consist of this Construction Agreement (Agreement), signed Building Specifications and Final House Plans. These documents represent the entire and integrated agreement between the parties and supercede prior negotiation, representations or agreements, either written or oral. In the event of a conflict among Construction Agreement, the signed Building Specifications or the Final House Plans, the Building Specifications shall take precedence.

## 2. REAL PROPERTY.
Aubuchon agrees to construct and complete a residential house upon: __Buttonwood Harbor S/D__
Lot(s): __25__   Block: ——   Unit: ——   Plat Book: __44__   Page: __89__   Lee County, Florida
Street Address: __4511 Randog Dr.__   Strap#: __15-44-24-04-00000.0250__
__N. Ft. Myers, FL 33903__

## 3. OWNER WARRANTS TITLE.
Owner warrants to Aubuchon that Owner now holds title and is the lawful owner of the above-described real property, or will acquire the property prior to the start of construction.

## 4. PURCHASE PRICE AND PAYMENT.
Owner agrees to pay Aubuchon as follows:

| | |
|---|---|
| Price of House and Improvements: | __819,922__ |
| Purchase Price or Value of Land: | |
| Total Price: | __819,922__ |
| Deposit (the receipt of which is hereby acknowledged): __Retainer__ | __- 2500__ |
| Estimated Land Equity: | |
| Additional Down payment due by __( Balance of 10%__ | __79,492.20__  10% |
| (With bank financing, Aubuchon must approve lenders draw schedule.) | |
| Slab Poured: | 20% |
| Building Dried In: | 20% |
| Electric, Plumbing, A/C Roughed In: | 20% |
| Interior and Exterior Walls and Roof Completed: | 20% |
| Complete, Certificate of Occupancy Issued: | 10% |

## 5. PRICE GUARANTEE.
The above price is guaranteed to Owner through __11/28/04__. Should commencement be delayed beyond this time by Owner or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not the fault of Aubuchon, and then the above price will be adjusted to include all price changes occurring after the date of this Agreement.

## 6. CONSTRUCTION FINANCING.
In the event this contract is subject to Owner obtaining a construction loan, it is conditioned on the Owner obtaining a written commitment for the loan within __20__ days in the amount of $ __per lender__. Owner will apply for financing within __5__ days of the Agreement date, will use reasonable diligence to obtain loan commitment, and agrees to pay all closing costs and loan interest charges relating to the financing. If Owner fails to obtain the loan commitment and promptly notifies Aubuchon in writing, then either party may cancel the Agreement, and Owner's deposit shall be refunded, less expenses incurred by Aubuchon.



EXHIBIT
**B**
tabbies*

### 7. ESCROW NOTICE AND WAIVER

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE OWNER.

Owner's initials:   Owner hereby waives the right
Owner's initials: _____  To have the deposit held in escrow.

### 8. HOME BUYERS WARRANTY.

Aubuchon participates in the Homes Buyers Warranty protection for new homes, which includes ten full years of structural coverage that begins the day of closing, two year warranty coverage on major systems and one year warranty coverage on workmanship and materials. This is in exclusion of and in lieu of all other guarantees or warranties and liability. All manufacturers' warranties shall continue in force and effect according to their terms. Aubuchon is not responsible for settlement cracks.

### 9. COMMENCEMENT.

Construction shall commence within thirty (30) days after all of the following conditions have been met: authorization to start by the lending institution; plot plan, Final House Plans, and Building Specification all signed by Aubuchon and Owner; survey, building and septic permits acquired; and, piling driven, if required. The Official start date of record shall be the date of the footing inspection as indicated by the inspector on the building permit.

### 10. COMPLETION.

Subject to the terms of this Agreement, Aubuchon agrees to use its best effort to complete construction on or about __365__ days from commencement of construction, unless prevented by strikes, accidents, weather, or other reasonable cause. Commencement of construction established in Aubuchon' construction schedule is the date of footer inspection. Aubuchon cannot and will not be responsible for any damages or inconveniences caused by the Owner for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.

### 11. POSSESSION.

Possession of the premises shall not be delivered to the Owner and Owner shall not be allowed to have any property on the premises until the residence has been fully constructed and the full contract price has been paid to Aubuchon. It is agreed that Aubuchon will deliver a Certificate of Occupancy (issued by the local governing body) to Owner and that the Owner will make final payment within seven (7) days after receipt of the Certificate of Occupancy. At the time of final settlement, Aubuchon will deliver to Owner an Affidavit of "No Liens" covering all materials and labor supplied by Aubuchon. It is expressly understood and agreed that the Owner is not to occupy or otherwise take possession of the premises prior to final settlement.

Prior to occupancy Owner and Aubuchon will perform a walk-through and complete a punch-list containing all corrections and items to be completed. Aubuchon agrees to use its best effort to complete the punch list within thirty (30) days. Possession shall be delivered to Owner once construction has been completed according to the terms of this Agreement and the full contract price has been paid to Aubuchon.

### 12. PERMITS AND INSPECTIONS.

Aubuchon shall give all necessary notices to and obtain the necessary permits and sanction of the proper authorities in respect of the said work, and generally comply with the building and other regulations of such authorities, and shall keep Owner indemnified against all fines, penalties, and loss incurred by reason of any breech of this stipulation. Aubuchon shall allow inspection of the work by Owner and his agents, but Owner shall in no way direct or interfere with Employees, Suppliers or Subcontractors of Aubuchon.

### 13. CONSTRUCTION STANDARDS.

Construction will be completed in substantial compliance with the Final House Plans and Building Specifications, signed copies of which will become a part of this Agreement. Aubuchon may use and install materials other than and different from those specified should those materials not be readily available when needed, provided such different materials shall be substantially of equal value and usability.

### 14. CHANGE ORDERS.

Owner may make alterations or changes in construction, which are acceptable to Aubuchon. Any cancellation from the original signed Building Specifications will be deleted at 86% of the original price. No Change Orders shall be prices at the job-site, but shall be priced in writing at the construction office, signed by Owner and Aubuchon, and will be paid in full by Owner at the time of acceptance. Unsigned and/or unfounded Change Orders shall not be executed. Aubuchon shall charge an administration fee for

"What If Changes" (product or other research requested by Owner, but not implemented) at a rate of $ 75.00 per hour. Aubuchon shall be allowed additional time to complete construction for each change requested by Owner, regardless of whether the change was implemented, which may extend the estimated completion date. Any change shall in no way injuriously affect or make void this Agreement. Owner shall be responsible for any changes required by the developer of a subdivision where the said property is located, or by municipal or other governmental authority. All changes become a part of the total contract price and must be paid in full at the time of acceptance.

### 15. OWNER SUPPLIED MATERIALS

No work shall be performed by Owner or Owner's agent on the premises during the period of this Agreement without written consent of Aubuchon. Owner shall be encouraged to use Aubuchon supplied materials and labor. However, should Owner supply material or professional labor, Aubuchon will charge a 15% premium for handling, coordination and supervision. Aubuchon will facilitate warranty coverage only through Owner's subcontractor or supplier, and in absence of any warranty, none shall exist.

### 16. INSURANCE.

Aubuchon agrees to carry at its expense throughout construction a Builder's Risk Insurance Policy with comprehensive coverage for the full amount of this Agreement. Aubuchon will also maintain General Liability Insurance, which will protect Aubuchon from claims, which may arise from or during operations under this agreement.

Flood Insurance, if needed, is the responsibility of Owner.

☐ I agree to purchase Flood Insurance at my own expense at the completion of the slab and provide Aubuchon evidence of this once obtained.          Owner Initials: _____

☒ I authorize Aubuchon to purchase Flood Insurance on my behalf at the completion of the slab and charge accordingly on a change order.          Owner Initials: _____

I further understand if I am not available, Aubuchon will purchase Flood Insurance on my behalf and charge accordingly.

### 17. SITE CONDITIONS.

This Agreement covers construction on a clear and level lot. Aubuchon will include truckloads of fill and machine grading of the fill as per the Building Specifications. Aubuchon recommends soil boring tests be performed at Owner's expense prior to the semi-final plan to determine the nature of the subsurface conditions. Owner is responsible for any additional expense in the event the slope or composition of the soil or subsurface, or the elevation of the lot to such as to require: Additional or longer piling; extra support structures; culvert; pool retaining wall; gutters; or special drainage considerations due to low-lying adjacent properties; extra foundation block or fill dirt and grading over and above that described in the Building Specifications. Owner is also responsible for any additional fill dirt required at the time of grading the lawn area, expense of removal of excess dirt and vegetation necessary to provide proper grade, haul away beyond three (3) truck loads, and any additional expense caused by rock or other adverse subsoil condition. If a well or septic system is required, or if a pool is a part of this Agreement, Owner will be responsible for any additional expense incurred due to adverse water or subsurface conditions.

### 18. UTILITY CONNECTIONS.

On finished residences, Aubuchon will connect to public water and sewer lines to a distance of 55 feet, with Owner being responsible for connections over 55 feet. Aubuchon will provide standard electric and phone connections. Owner is responsible for additional expenses when, due to the location of equipment, or regulations of the electrical or phone companies, the lines must be run across the house ("extended services"). Owner warrants that electric power and water will be available to Aubuchon at the start of construction. Owner shall pay any additional expense should Aubuchon need to provide generator(s), temporary underground electric (T.U.G.) or truck in water.

### 19. EXCESS MATERIALS.

Aubuchon may purchase materials (such as floor and wall covering) in excess of those actually installed but required to provide reasonable allowance for waste and spoilage. Unused excess materials, if any, shall be handed over to the Owner at the completion of the work and not credited as a deduction to the sale price.

### 20. PLANS.

The blueprints, designs, variations to the plans, and all collateral materials and all rights thereof remain the exclusive property of Aubuchon Homes. All rights to the same survive this Agreement. If Owner provides plans, Owner warrants that plans provided to Aubuchon are not copyrighted and are available for use and copying by Aubuchon in the performance of this contract. Owner further agrees to indemnify and hold harmless Aubuchon for any damages and legal expenses it incurs to defend a copyright infringement action resulting from the use of these plans.

\\Ntaubuchon\All_Data\SalesForms\AHIConstructionAgreement REV. 11/3/03

**21. BREACH OF AGREEMENT.**
If Owner breaches any of the terms in this Agreement, or fails to complete this Agreement within seven (7) days after the Certificate of Occupancy is issued, Aubuchon may stop work or terminate the contract, and recover payment from Owner for all work completed. Aubuchon is also entitled to recover from Owner any additional costs resulting from breach; all losses sustained on any materials, machinery, equipment, or tools (including profit and overhead); and all other costs and attorney's fees. The failure of a party to insist on strict performance of any provision of the Agreement is not a waiver of any other or subsequent breach.

**22. COMPLIANCE AGREEMENT.**
Both parties accept the calculations in this Agreement. If an error is subsequently discovered, both parties agree to fully cooperate and adjust for clerical errors if deemed necessary.

**23. STATUTORY NOTICE**
PAYMENT MAY BE MADE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF THE OWNER LOSES MONEY ON A PROJECT PERFORMED UNDER THIS AGREEMENT, WHEN THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, THE OWNER SHOULD CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:

**FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD**
**7960 ARLINGTON EXPRESSWAY, SUITE 300**
**JACKSONVILLE, FLORIDA 32211-7467**
**(904) 727-6530**

**24. AMENDMENTS AND PERFORMANCE.**
The Agreement may not be amended or modified except by written consent of all parties. Aubuchon and Owner for themselves, their successors, executors, administrators, and assigns hereby agree to the full performance of the covenants contained herein.

**25. OTHER**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

BY SIGNING BELOW, BOTH PARTIES ACKNOWLEDGE THAT THEY HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE TERMS AND CONDITIONS. OWNER ACKNOWLEDGES THAT FOR THIS AND ALL SUBSEQUENT AGREEMENTS ONLY ONE OWNER'S SIGNATURE IS REQUIRED TO BE BINDING.

IN WITNESS WHEREOF, the said parties have hereunto set their hands and seals the day and year first written above.

_____        _____
Owner                                                           Owner

_____        _____
Aubuchon Homes, Inc.                                Sales Representative



Lic. # CGC 059630

**AUBUCHON HOMES, INC.**
*BUILDER OF BETTER IDEAS®*

Phone: 239-549-6358
Fax: 239-549-1858
www.aubuchonhomes.com

4707 S.E. 9th Place • Cape Coral, FL  33904

## AUBUCHON HOMES SPECIFICATIONS AGREEMENT

### CUSTOM 2 STORY HOME BY AUBUCHON HOMES, INC.
**BUILT WITH PRIDE FOR JEFF & CYNDIE KOTTKAMP**
**BUTTONWOOD HARBOR SUBDIVISION   LOT 25**
July 27, 2004

BASE INVESTMENT FOR CUSTOM 2 STORY HOME WITH  HOME OF THE YEAR STANDARD SPECIFICATIONS
4 FULL BATHROOMS AS STANDARD SPECIFICATIONS                                    $    479,900

| Area in Sq. Ft. | HOY Model | Kottkamp  Home | Difference | $ Per Sq. Ft. | Net Price |
|---|---|---|---|---|---|
| 1st Floor Living | 2731 | 2757 | 26 | $120 | $3,120 |
| 2nd Floor Living | 644 | 1217 | 573 | $150 | $85,950 |
| 1st Floor Lanai | 355 | 336 | -19 | $45 | ($855) |
| 2nd Floor Lanai | 110 | 137 | 27 | $75 | $2,025 |
| 2nd Floor Open Deck | 0 | 142 | 142 | $65 | $9,230 |
| *Entry | 189 | 142 | -47 | $55 | ($2,585) |
| Garage | 457 | 0 | -457 | $45 | ($20,565) |
| Side Load Garage | 0 | 861 | 861 | $55 | $47,355 |
| **2 Story Open Space | 0 | 607 | 607 | $55 | $51,595 |
| TOTAL | 4486 | 5592 | 1106 | $85 | $175,270 |

*\*\* Not included in total square footage*
*\* No Charge for Rounded Entry*

### NET SQUARE FOOTAGE CHANGES

                                                                                        $    175,270

### HOMESITE REQUIREMENTS

Upgrade:  *Additional 19,987 sf of sod, sprinklers, and grading for oversized Lot*
Upgrade:  *Additional fill estimate based on 204 additional truckloads at $190/truckload (total fill included is 213 trucklo* $    13,792
          **Note: Price of fill just went to $240 per truckload. No additional charge to customer per Gary** $    38,760
Upgrade:  *Additional grading for above fill based on 204 loads at $50 per truckload*
Upgrade:  *Allowance for Roller to Compact Fill*                                        $    10,200
Upgrade:  *4 additional Compaction Tests required (performed by Engineering and Design)* $     1,000
Upgrade:  *Two additional courses in the stemwall (5 courses total)*                    $       450
Upgrade:  *Credit for Cape Coral Fire, Parks & Road Impact Fees included in standard pricing* $     5,000
Upgrade:  *Lee County Fire, Parks & Road Impact Fees*                                   $    (2,867)
Upgrade:  *Credit for Cape Coral water & sewer Impact Fees which are included in our standard pricing* $     4,782
Upgrade:  *Lee County water & sewer Impact Fees*                                        $    (2,696)
Upgrade:  *Pool retaining wall - See POOLS*                                             $     1,756

Kottkamp                                    1 of  7                    INITIALS _____    7/28/2004

**AIR CONDITIONING**
Two 12 Seer high-efficiency Fridgidare air conditioning systems with an 8 year parts warranty
Hot air returns in all bedrooms
White supply grills to all rooms and all walk-in closets
Two digital programmable thermostats
Two humidistats
Mastic sealant on all air conditioning duct joints
Energy conservation unit (ECU) hot-water recovery system

**ALUMINUM**
Vented aluminum soffit and fascia
(See Stairways, Railings, & Balconies)

**APPLIANCES**
$6,500 Allowance
 *Upgrade: Appliance Allowance for Summer Kitchen*        $  1,000

**CABINETS**
$35,698 Allowance (Includes Cabinetry for Summer Kitchen & Upper Cabinets in Laundry Room)
$4,800 Cabinet Allowance for Entertainment Center
 *Upgrade: $4,800 Credit for Entertainment Center (Not Selected)*    $ (4,800)

**CLOSETS & SHELVING**
Wood ventilated shelving in pantries and all closets

**COUNTER TOPS**
Level One Granite counter tops in Kitchen and Butler's Pantry with standard edge & SS Sink
 *Upgrade: Counter Top Allowance for Summer Kitchen*      $  2,500

**CULTURED MARBLE**
Cultured marble vanity tops in all baths with integral sinks and Master Bath dresser cabinet top
Large, custom poured cultured marble bathtub with matching deck, skirt & backsplash
Matching cultured marble window sills & shower curbs in bathrooms
(See Windows & Sills)
 *Upgrade: Credit for Cultured Marble bathtub in Master Bathroom*    $ (1,000)

**DOORS (INTERIOR, EXTERIOR, & GARAGE)**
6' 8" Classique interior hollow core raised panel doors per plan
One 8' PGT 1 lite double entry door (see Fixed/Specialty Glass)
Metal service doors per plan
Three 8' x 8' Raynor Decade Showcase insulated Garage Doors
Three *G*enie screw-drive automatic Garage Door openers with three-button remotes

## DRIVEWAY, WALKS, ENTRY, & EQUIPMENT PADS
1000 square feet of stamped concrete for drive, walks and entry
Lanai is under truss with smooth finish concrete floor
100 square feet of standard gray concrete for equipment pads
> *Upgrade: Allowance for 1,000 additional square feet of stamped concrete (2,000 total) for oversized drive, walk &*    $    5,200
> *entry. (actual size and amount to be to be determined upon completion of final site plan)*

## DRYWALL
1/2" drywall is nailed and screwed to studs, with denshield in lower 4' and
   green board above in shower areas, soffit board on the lanai ceilings
Rounded drywall corners
Skip trowel finish all rooms *except* smooth finish all bathrooms
1/2" drywall is nailed and screwed to studs and ceiling in Garage

## ELECTRICAL
All copper wiring throughout
2 x 200 Amp electric service (400 Amp total)
All rooms are prewired and switched for fans or lights
All fan outlets have 3 wires to allow for light kits
Decora rocker-style electrical switches
Nutone QT100L exhaust fan with light, vented to the outside, in each bath (4 total)
All fluorescent fixtures and 51 recessed can lights
Installation of light fixtures and ceiling fans (see Lighting & Fans)
Smoke detectors as required by code
Underground electrical connection from the street to the house  (up to 55')
One 110 volt Brass floor outlet in Great Room
Standard illuminated door bell at front entry
Auto light switch in Pantry
> *Upgrade: Electric for Summer Kitchen*    $    310

## ENTERTAINMENT CENTER
$2500 Entertainment Center Allowance (see Cabinets for cabinet allowance)
Total allowance including cabinets is $7,300
> *Upgrade: $2,500 Credit for Entertainment Center (Not Selected)*    $    (2,500)

## EXTERIOR FINISHES
Exterior walls and front porch ceiling are skip-trowel masonry
Interior Garage block walls are skip-trowel masonry
> *Upgrade: Allowance for Brick accents on Front Elevation or Whole House in Brick*    TBD
> *Upgrade: Skip-trowel masonry finish for Summer Kitchen*    $    625

## FIREPLACES
> *Upgrade: 42" Majestic vent-free gas fireplace with wood mantle, logs, & hookup (see Gas)*    $    3,500
> *Upgrade: Allowance for Grand Fireplace in Family Room with mantle, logs, & hookup (see Gas)*    $    5,000
> *Upgrade: Heat-n-Glo Dakota Stainless Steel Outdoor Fireplace (see Gas)*    $    4,040

**FIXED/SPECIALTY GLASS**
Two fixed glass interior windows in 2nd floor stairwell
Two standard bi-pass shower doors with chrome trimmed 69" high clear glass
$1200 Etched glass design Allowance for front entry doors
    *Upgrade:  $1,200 Credit for Etched Glass Design Allowance for Front Entry Doors (Not Selected)*    $   (1,200)

**FLOORING**
$29,534 Floor covering and wall tile Allowance  (labor and material)
Exterior tile or stone, shower niches or seats, paper holder, towel bar, soap holder, island and fireplace hearth
  are components of this allowance

**FRAMING**
Interior wall studs are 16" on center maximum
Two-step tray ceiling in Master Bedroom and Dining Room (see Trim)
Pull-down stairs to provide attic access from garage
Roof sheathing is 5-ply 5/8" plywood
2 x 6 wall studs on 2nd story interior walls
    *Upgrade: 10 ft. Ceiling Height on 1st floor and 9 ft. Ceiling Height on 2nd floor in lieu of 9'4" 1st floor, 8' 2nd floor,*
        *and Tray Ceilings with Crown Molding in Master Bedroom and Dining Room*    N/C
    *Upgrade: Framing for Master Bath tub surround*    $   300
    *Upgrade: Framing for Summer Kitchen*    $   600

**GAS**
    *Upgrade:  Allowance for Gas line run to 3 fireplaces & Summer Kitchen (above ground propane tank to be leased*    $   2,800
    *by owner - additional charge for buried propane tank)*

**HARDWARE**
Kwikset Titan entry hardware with a lifetime finish and a 25 year mechanical warranty
Kwikset Plus interior hardware with a 5 year finish and a 25 year mechanical warranty
Dead bolt locks on all exterior doors with single key access

**INSULATION**
R-30 ceiling insulation over all living areas and R-5.0 rigid foam wall insulation over concrete block walls
R-11 (1st Floor) and R-19 (2nd Floor) wall insulation in all exterior living area frame walls

**LANDSCAPING, SOD & IRRIGATION**
$4,000 Professional landscape design and installation Allowance
Floritam sod with initial fertilization for complete coverage of a standard 10,000 square foot homesite
Automatic sprinkler system with electronic timer providing complete coverage of a standard
  10,000 square foot homesite

INITIALS _____   7/28/2004

**LIGHTING & FANS**
$4,000 Fan and interior/exterior lighting Allowance

**LOW VOLTAGE**
On Q wired for living including 6 telcom outlets, 1 telcom module that supports
  6 telcom outlets, 6 video outlets, 1 video module that supports 6 video outlets, 2 cable
  modem outlets, and 2 satellite feeds
8 zone security system with 2 keypads, interior siren, exterior strobe light, 1 glass break
  sensor, and monitoring capability

**MASONRY**
Steel reinforced concrete footings and a Stem Wall up to 3 courses as required
6 mil vapor barrier under reinforced 4" concrete slab (6"x6" #10wwm)
Steel reinforced concrete block walls per engineering and design
Poured concrete steel reinforced tie beam (see design for specific heights)
Precast concrete exterior window sills
    *Upgrade: 10 ft. tie beam in lieu of 9'4" tie beam as mentioned in "Framing" above*            N/C

**MIRRORS**
Standard height 7' off finished floor in all bathrooms except Powder Bath
Length of mirror matches vanity top with beveled edge on both sides

**PAINT**
Interior Paint
  Flex Bon #14 and #27 series with choice of 1 wall, 1 trim, and 1 ceiling color
  Flex Bon #14 series for interior Garage
Exterior Paint
  Flex Bon #14 series with choice of 1 wall and 1 trim color
  Flex Bon #04 series for Garage Door

**PLUMBING**
Moen Monticello Bath faucets in chrome with polished brass accents
Moen Salora Kitchen faucet with pull-out spout
Insinkerator 1/2 horsepower garbage disposal
Kohler Wellworth elongated water savings toilets
Kohler Villager cast iron white bathtubs
Kohler Wellworth Pedestal sink in Powder Bath
Mustee #11 drop-in utility tub with standard faucet
Manabloc plumbing system
Two 50 Gallon electric hot water heaters
3 Exterior hose bibs
All standard Cape Coral utility connections, water meters and deposits (up to 55')
    *Upgrade: Allowance for Drop-in tub in Master Bathroom*          $    600
    *Upgrade: Allowance for plumbing rough-in, sink & faucet for Summer Kitchen*    $  1,000

**POOL**
*Upgrade: Pool Environment Allowance*                                          $    53,400
*Upgrade: Allowance for 5 Course Pool Retaining Wall*                          $     6,700

**ROOF**
6/12 Roof Pitch
Engineered Roof trusses are hurricane strapped to tie beam
Pioneer concrete tile roof with choice of Palema, Hacienda, or Chalet Shake styles in standard
  colors. Hot mop 90#  felt is applied over 30# felt before roof tiles are installed using direct
  screw application.
*Upgrade: Credit to change from Tile Roof to Shingle Roof if customer selects brick exterior enhancement*          TBD

**SAFE ROOM**
None

**SITE WORK**
Foundation and site fill up to 13 loads
Pre grade (standard 10,000 square foot homesite)
Foundation grade (standard 10,000 square foot homesite)
Clean up safety grade after tie-beam (standard 10,000 square foot homesite)
Rough grade (standard 10,000 square foot homesite)
Driveway grade (1,000 sf driveway)
Final grade (standard 10,000 square foot homesite)
Debris or dirt haul-away up to 3 truck loads
Soil is compacted & tested
Pretreat soil against termites

**STAIRWAYS, RAILINGS, & BALCONIES**
$10,000 Interior staircase Allowance (2-story plans only)
2nd Floor balcony flooring (see Flooring & Wall Tile Allowance)
White or bronze 42" high standard aluminum railing on 2nd floor balcony
*Upgrade: $12,500 additional staircase and railing allowance ($22,500 total)*          $    12,500
*Upgrade: Decorative Railing Allowance for 2nd Floor Open Deck*                         $     4,000

**TRIM**
5 1/4" Crown molding to both steps of Master Bedroom and Dining Room Tray ceilings (see Framing)
5 1/4" Baseboards
Elongated beveled mirror medicine cabinets per plan
*Upgrade: 10 ft. 1st flr. and 9 ft. 2nd flr. ceiling heights in lieu of Crown molding as shown in "Framing" & "Masonry"*          N/C

**WINDOWS & SILLS**
PGT insulated glass windows
All sliding glass doors are tinted & non-insulated  and include one 16-0 x 8-0 SGD in Great Room, one 8-0 x 8-0 SGD
  in Master Bedroom, one 12-0 x 8-0 SGD in Kitchen, one 6-0 x 8-0 SGD in Morning Room, and 0ne 8-0 x 8-0 SGD in
  Loft
Glacier white Corian window sills

INITIALS _____ / _____          7/28/2004

**GENERAL**
Pest defense system, whole house in the wall pest control with first treatment
House is delivered in super clean, move-in condition
All standard Cape Coral water, sewer, road, fire, parks and recreation impact fees
$2,232 School Impact Fee Allowance
All building permit and inspection fees
Structural engineering
Energy and load calculations
Design services for all architectural and engineering modifications
Builder's risk insurance
Surveys and site plan
Home Buyer's Warranty includes a 10 year structural and a 2 year builder warranty on major systems

|  | | |
|---|---|---|
| Sub-Total: | $ | 819,922 |
| *Subdivision Requirements, etc. | $ | - |
| Sub-Total: | $ | 819,922 |
| *Developer Marketing Fee | $ | - |
| TOTAL INVESTMENT FOR KOTTKAMP HOME | $ | 819,922 |

Not included unless indicated above: Homesite, culvert, stemwall over 3 courses, pool retaining wall, excess lot prep due to oversized lots, clearing or tree removal, debris or dirt haul-away beyond 3 truck loads, rock digs, well, assessment fees, betterment fees, and utility connections over 55'.   Garage as finished in model is not reflected in above price.  Included in Home Decorating package and not in above:  wallpaper, window treatments, niche paintings, custom cabinet trip paint, furniture and accessories.  Prior to occupancy Owner and Aubuchon will complete a punch list containing all corrections and items to be completed.  Owner will not occupy the home until Aubuchon has received payment in full.  By signing below, Owner and Aubuchon acknowledge that they have read, understand and agree to the above specifications and conditions.  In the event of a conflict between the Specifications Agreement and any other document, the Specifications Agreement will prevail.  This Agreement is subject to meeting the engineering guidelines for internal pressure as stated in the Florida Unified Building Code.  Impact glass or shutters if required are not included.

| | | | |
|---|---|---|---|
| _____ | 7/28/04 | _____ | 7/28/04 |
| Owner | Date | Owner | Date |
| _____ | 7/28/04 | | |
| Contractor | Date | | |

Prepared by: Terry Mell

This agreement expires on August 27, 2004