IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x | MDL NO. 2047 (Case No.: 09-7628) SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x x x x | MAG. JUDGE WILKINSON |

## ORDER

Considering the Installer Defendants' Motion to Adopt the Memoranda Filed by the Insurer Steering Committee and Certain Banner Entities in Opposition to the Plaintiffs Steering Committee's Motion for an Accounting and Other Relief and Emergency Motion for an Order Preventing the Payments or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of All Outside Settlement Activities.

IT IS HEREBY ORDERED that the Motion to Adopt filed on behalf of MDL Installer Defendants is **GRANTED**.

**DONE AND SIGNED** this 9th day of March, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All Counsel of Record

3926982.1