UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

Payton et al v. Knauf Gips KG et al
EDLA 09-07628

Supplemental* Compendium of Exhibits In Support of
Plaintiff's Motion For Certification Of a Florida Homeowner
Class and a Louisiana Homeowner Class and Property Damage Claims Against Knauf

| Ex. # | |
|---|---|
| 1. | La Suprema Invoices to Banner Supply Co. (*Seifart* Ex. 349) |
| 2. | Banner Supply Sales Records (representative examples) |
| 3. | Crawford Inspection Reports |
| 4. | Karen Vickers Plaintiff Profile Form (Document 168), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 5. | Jennifer and Felix Martinez Plaintiff Profile Form (Document 168), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 6. | Jason Santiago Plaintiff Profile Form (Document 168), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 7. | Dean and Dawn Amato Plaintiff Profile Form, Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 8. | Byron and Debra Byrne Plaintiff Profile Form, Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 9. | Edward and Susan Beckendorf Plaintiff Profile Form, Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 10. | Donald and Marcelyn Puig Plaintiff Profile Form, Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 11. | Supplemental Declaration of Ronald Wright, P.E. |
| 12. | Letter Opinion of Lee H. Waronker |

*This Supplemental Compendium incorporates by reference the original Compendium (document #5612-2) and does not repeat entries from 5612-2.