# EXHIBIT 2

# EX. \_\_\_\_\_
# SELECTED EXAMPLES OF BANNER SUPPLY CO. SALE RECORDS

| | |
|---|---|
| 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122<br>PHONE: (305) 593-2946 • FAX: (305) 477-2775<br>TOLL FREE: (888) 511-4004<br>*ACCOUNTING AND RELEASE INQUIRIES*<br>*Phone: (305) 593-2946 • Fax: (305) 593-2707*<br>www.bannersupply.com | POMPANO    PHONE: (954) 781-2399 • FAX: (954) 942-4360<br>FT. MYERS   PHONE: (239) 938-0162 • FAX: (239) 938-0163<br>TAMPA       PHONE: (813) 671-0530 • FAX: (813) 671-4204<br>PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883<br>WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8465<br>**REMIT PAYMENTS TO:**<br>7195 NW 30TH ST • MIAMI, FL 33122 |



**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.**: 005
1483867-0001-01  ****

**INVOICE NUMBER**: 1483867-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL  33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL  33534

02/09/06  07:26:16                02/09/06  07:26:16
***                                ***                                ***

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1483867-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 07:26:16 | 02/09/06 |

| | | | | | | PRO | PAGE NO |
|---|---|---|---|---|---|---|---|
| CYPRESS#49153 | | | | | | X | 1 |

| QUANTITY | | | ITEM CODE AND DESCRIPTION | | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| RET'N | SHIPPED | B/O | | | | | |
| | | | STARTING 4-26-05 THERE WILL BE<br>A $1.00 FUEL SURCHARGE PER INV | | | | |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER****SHIP ORDER****

| DRIVER:<br>MUST GET TICKET SIGNED! | Driver: _signature_ | | | SUB TOTAL | |
|---|---|---|---|---|---|
| | | | | MISC CHARGE | |
| I CERTIFY THAT I DELIVERED<br>THE MATERIALS LISTED TO<br>ADDRESS SHOWN: | Date | Truck # | Checked By | FREIGHT TOTAL<br>FED/OTHER TAX<br>STATE TAX<br>PAYMENT | |
| | Rec'd in Good Condition<br>X | | | | |

BANNER-MDL00003486

```
7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122        POMPANO          PHONE: (954) 781-2399 • FAX: (954) 942-4360
PHONE: (305) 593-2946 • FAX: (305) 477-2775         FT. MYERS        PHONE: (239) 936-0162 • FAX: (239) 936-0163
TOLL FREE: (888) 511-4004                           TAMPA            PHONE: (813) 671-0530 • FAX: (813) 671-4204
ACCOUNTING AND RELEASE INQUIRIES                    PORT ST LUCIE    PHONE: (772) 466-1311 • FAX: (772) 466-9883
Phone: (305) 593-2946 • Fax: (305) 593-2707         WEST PALM BEACH  PHONE: (561) 832-7998 • FAX: (561) 832-8485
www.bannersupply.com                                                 REMIT PAYMENTS TO:
                                                                     7195 NW 30TH ST • MIAMI, FL 33122
```

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO: 005          1483907-0001-01     ****     INVOICE NUMBER: 1483907-0001-01

BILL TO: BANNER SUPPLY CO-TAMPA          SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41                        12614 S US HWY 41
GIBSONTON  FL  33534                     GIBSONTON  FL  33534

02/09/06 09:45:23                        02/09/06 09:45:23

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1483907-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 09:45:23 | 02/09/06 |

CYPRESS#49146                                                                    FRT: X   PAGE NO: 1

| ORDERED | SHIPPED | DISC | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER****SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
Driver: [signature] Howard Whitley
Date: 02/09 / Truck #: 49146 / Checked By:
I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Rec'd In Good Condition: X [signature]

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003488

| | |
|---|---|
| 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122<br>PHONE: (305) 593-2946 • FAX: (305) 477-2775<br>TOLL FREE: (888) 511-4004<br>ACCOUNTING AND RELEASE INQUIRIES<br>Phone: (305) 593-2946 • Fax: (305) 593-2787<br>www.bannersupply.com | POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360<br>FT. MYERS    PHONE: (239) 938-0162 • FAX: (239) 938-0163<br>TAMPA        PHONE: (813) 671-0530 • FAX: (813) 671-4204<br>PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883<br>WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485<br>*REMIT PAYMENTS TO:*<br>*7195 NW 30TH ST • MIAMI, FL 33122* |

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 905

1483933-0001-01   * * * *

**INVOICE NUMBER:** 1483933-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534
02/09/06  11:18:58

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534
02/09/06  11:18:58

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN BY | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 13933-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 11:18:58 | 02/09/06 |

PRESS#49326     X   1

| ORDERED | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE<br>A $1.00 FUEL SURCHARGE PER INV | | | |
| 612 | 612 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER***SHIP ORDER****

| | | SUB TOTAL | |
|---|---|---|---|
| DRIVER:<br>MUST GET TICKET SIGNED | Driver: | MISC CHARGE<br>FREIGHT TOTAL | |
| I CERTIFY THAT I DELIVERED<br>THE MATERIALS LISTED TO<br>ADDRESS SHOWN: | Date         Truck #         Checked By<br>Rec'd in Good Condition<br>X | FED/OTHER TAX<br>STATE TAX<br>PAYMENT | |

BANNER-MDL00003489

| | |
|---|---|
| 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122<br>PHONE: (305) 593-2946 • FAX: (305) 477-2775<br>TOLL FREE: (888) 511-4004<br>ACCOUNTING AND RELEASE INQUIRIES<br>Phone: (305) 593-2946 • Fax: (305) 593-2787<br>www.bannersupply.com | POMPANO     PHONE: (954) 781-2399 • FAX: (954) 942-4360<br>FT. MYERS    PHONE: (239) 938-0162 • FAX: (239) 938-0163<br>TAMPA        PHONE: (813) 671-0530 • FAX: (813) 671-4204<br>PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883<br>WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-6485<br>*REMIT PAYMENTS TO:*<br>*7195 NW 30TH ST • MIAMI, FL 33122* |



**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.** 005  
1484088-0001-01  
****

**INVOICE NUMBER**  
1484088-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA  
12614 S US HWY 41  
GIBSONTON    FL   33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA  
12614 S US HWY 41  
GIBSONTON    FL   33534

02/10/06  10:57:55           02/10/06  10:57:55
***                                          ***

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1484088-0001-01 | 100 | 02/10/06 | 130 | 02/10/06 10:57:55 | 02/10/06 |

CYPRESS TRUCKING # 49271        CHINA BOARD        FRT X    PAGE NO. 1

| ORDERED | SHIPPED | B/O | DIST | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 4-26-05 THERE WILL BE<br>A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>15 LIFTS @ 40 PER | SF | | |

SMALL ENOUGH TO KNOW YOU  
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

| DRIVER:<br>MUST GET TICKET SIGNED! | Driver: *(signature)* | | | SUB TOTAL | |
|---|---|---|---|---|---|
| | | | | MISC CHARGE | |
| I CERTIFY THAT I DELIVERED<br>THE MATERIALS LISTED TO<br>ADDRESS SHOWN: | Date 2-10-06<br>Rec'd In Good Condition<br>X | Truck # | Checked By | FREIGHT<br>FED./OTHER TAX<br>STATE TAX<br>PAYMENT | |

BANNER-MDL00003490

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO         PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS       PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA           PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE   PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-6485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

## BANNER SUPPLY CO.
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 005
**INVOICE NUMBER:** 1481828-0001-01
**** 1481828-0001-01

**BILL TO:** BANNER SUPPLY CO—TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

**SHIP TO:** BANNER SUPPLY CO—TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

01/23/06 09:44:40                    01/23/06 09:44:40

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1481828-0001-01 | 100 | 01/23/06 | 130 | 01/23/06 09:44:40 | 01/23/06 |

CYPRESS TRUCKING # 49335     CHINA BOARD          X   1

| REC'D | QUANTITY | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 15 LIFTS @ 40 PER | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

****SHIP ORDER****SHIP ORDER****

DRIVER:
MUST GET TICKET SIGNED!

Driver: [signature]
Date: 1-2306   Truck #: 49335   Checked By: [initials]

CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:
Rec'd in Good Condition
X

| SUB TOTAL | |
| MISC CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |

BANNER-MDL00003493

```
7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122        POMPANO         PHONE: (954) 781-2399 • FAX: (954) 942-4360
   PHONE: (305) 593-2946 • FAX: (305) 477-2775      FT. MYERS       PHONE: (239) 938-0162 • FAX: (239) 938-0163
        TOLL FREE: (888) 511-4004                   TAMPA           PHONE: (813) 671-0530 • FAX: (813) 671-4204
   ACCOUNTING AND RELEASE INQUIRIES                 PORT ST LUCIE   PHONE: (772) 466-1311 • FAX: (772) 466-9883
   Phone: (305) 593-2946 • Fax: (305) 593-2787      WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-6485
         www.bannersupply.com                                       REMIT PAYMENTS TO:
                                                                    7195 NW 30TH ST • MIAMI, FL 33122
```

## BANNER SUPPLY CO.
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO | | INVOICE NUMBER |
|---|---|---|
| 005 | 1481864-0001-01  **** | 1481864-0001-01 |

| BILL TO: | BANNER SUPPLY CO-TAMPA<br>12614 S US HWY 41<br>GIBSONTON    FL  33534 | SHIP TO: | BANNER SUPPLY CO-TAMPA<br>12614 S US HWY 41<br>GIBSONTON    FL  33534 |
|---|---|---|---|
| | 01/23/06  10:52:35 | | 01/23/06  10:52:35 |

| INVOICE NUMBER | SLSM | ORDER DATE | TAKER | CUSTOMER P O NUMBER | DATE |
|---|---|---|---|---|---|
| 1481864-0001-01 | 100 | 01/23/06 | 160 | 01/23/06 10:52:35 | 01/23/06 |

CYPRESS TRUCK#49153          CHINA BOARD                             X       1

| QUANTITY ORDERED | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE<br>A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | | |

*handwritten: 1005415*

*handwritten: Truck # 49153*

*signature: Christopher Perry*

*handwritten: 4*

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER****SHIP ORDER****

| | | | SUB TOTAL | |
|---|---|---|---|---|
| DRIVER:<br>MUST GET TICKET SIGNED! | Driver: | | MISC CHARGE | |
| CERTIFY THAT I DELIVERED | Date | Truck # | Checked By | FREIGHT TOTAL |
| THE MATERIALS LISTED TO | | | | FED./OTHER TAX |
| ADDRESS SHOWN: | Rec'd in Good Condition<br>X | | | STATE TAX |
| | | | | PAYMENT |

BANNER-MDL00003494

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO        PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS      PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA          PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE  PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 005
1402115-0001-01

**INVOICE NUMBER:** 1402115-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534
01/25/06  06:03:28

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534
01/25/06  06:03:28

| INVOICE NUMBER | S/SMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1402115-0001-01 | 100 | 01/25/06 | 130 | 01/25/06 06:03:28 | 01/25/06 |

PRESS TRUCKING # 49320     CHINA & GP BOARD     FRT: X   PAGE NO: 1

| ORDERED | SHIPPED | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 360 | 360 | | D12R12 1/2" REGULAR DRYWALL 12' CHINA 9 LIFTS @ 40 | SF | | |
| 156 | 156 | | D58F12 5/8" FIRECODE DRYWALL 12' GP 6 LIFTS @ 26 | SF | | |

1005414

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

***SHIP ORDER*** ***SHIP ORDER***

DRIVER: JUST GET TICKET SIGNED!
Driver: Warren N Reid
Date: 1-25-06     Truck #: 49320     Checked By:
Rec'd in Good Condition: X

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003495

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195.NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.** 005
1482239-0001-01

**INVOICE NUMBER** 1482239-0001-01

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL   33534

01/25/06 12:12:28                01/25/06 12:12:28

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER O NUMBER | DATE |
|---|---|---|---|---|---|
| 1482239-0001-01 | 100 | 01/25/06 | 130 | 01/25/06 12:12:28 | 01/25/06 |

PO/CUST: X   PAGE NO. 1

EXPRESS TRUCKING # 49140   CHINA BOARD

| QUANTITY | ORDERED | SHIPPED | B/O | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 560 | 560 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>14 LIFTS 4 X 12 | SF | | |
| 630 | 630 | | * | SHRML<br>HI-RIB METAL LATH<br>21 BUNDLES @ 30 PER | SH | | |

1.005413

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

***SHIP ORDER******SHIP ORDER****

| DRIVER: MUST GET TICKET SIGNED! | Driver: _JVER CEON Rogers_ | | |
|---|---|---|---|
| I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO | Date | Truck # 49140 | Checked By |
| | Rec'd in Good Condition | | |

SUB-TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003496

Monday, January 16, 2006 7:32 AM     Jack Landers (305) 593-2728     p.01

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2046 • Fax: (305) 593-2797
www.bannersupply.com

POMPANO    PHONE: (954) 781-2398 • FAX: (954) 942-1360
FT. MYERS    PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA    PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE    PHONE: (772) 466-1311 • FAX: (772) 466-9800
WEST PALM BEACH    PHONE: (561) 832-7598 • FAX: (561) 832-8466

*REMIT PAYMENTS TO:*
*7195 NW 30TH ST • MIAMI, FL 33122*

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 006 | 1480980-0001-01    **** | 1480980-0001-01 |

**BILL TO:** BANNER SUPPLY CO-PT ST LUCIE
2101 NW SETTLE AVE
PORT ST LUCIE  FL  34906-3228

**SHIP TO:** BANNER SUPPLY CO-PT ST LUCIE
2101 NW SETTLE AVE
PORT ST LUCIE  FL  34906-3228

01/16/06  06:53:21     ***     01/16/06  06:53:21

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE | FRT. | PAGE NO. |
|---|---|---|---|---|---|---|---|
| 1480980-0001-01 | 130 | 01/16/06 | 130 | 01/16/06 06:53:21 | 01/16/06 | X | 1 |

COASTAL TRANSPORT 1264     CHINA BOARD

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE<br>A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>15 LIFTS @ 40 PER | SF | | |

*po # 100542* (handwritten)

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER***SHIP ORDER****

DRIVER:
MUST GET TICKET SIGNED!
Driver: *James Heaney*
Date     Truck # 1C/12G L1     Checked By

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Rec'd in Good Condition
X

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003497

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (889) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO         PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS       PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA           PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE   PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.** 005   *DUP*   1481477-0001-01

**INVOICE NUMBER** **** *DUP*   1481477-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

1005380                               1005380
**FRONT COUNTER  DO NOT SHIP****FRONT COUNTER  DO NOT SHIP**

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE | QTY | PAGE NO |
|---|---|---|---|---|---|---|---|
| 1481477-0001-01 | 100 | 01/19/06 | 130 | 1005380 | 01/19/06 | Y | 1 |

CHINA BOARD

| QUANTITY ORDERED | QUANTITY SHIPPED | D/S | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>15 LIFTS @ 40 PER | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER****SHIP ORDER****

| DRIVER:<br>MUST GET TICKET SIGNED | Driver: | | | SUB TOTAL |
| CERTIFY THAT I DELIVERED<br>THE MATERIALS LISTED TO<br>ADDRESS SHOWN: | Date | Truck # 5905 | Checked By | MISC CHARGE<br>FREIGHT TOTAL<br>FED./OTHER TAX<br>STATE TAX<br>PAYMENT |
| | Rec'd in Good Condition<br>x Clyde W. James | CLYDE W. JAMES | | |

BANNER-MDL00003498

| | |
|---|---|
| 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122<br>PHONE: (305) 593-2946 • FAX: (305) 477-2775<br>TOLL FREE: (888) 511-4004<br>ACCOUNTING AND RELEASE INQUIRIES<br>Phone: (305) 593-2946 • Fax: (305) 593-2787<br>www.bannersupply.com | POMPANO        PHONE: (954) 781-2399 • FAX: (954) 942-4360<br>FT. MYERS       PHONE: (239) 938-0162 • FAX: (239) 938-0163<br>TAMPA            PHONE: (813) 671-0530 • FAX: (813) 671-4204<br>PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883<br>WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485<br>REMIT PAYMENTS TO:<br>7195 NW 30TH ST • MIAMI, FL 33122 |

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO | | | INVOICE NUMBER |
|---|---|---|---|
| 005 | *DUP* 1481478-0001-01 | **** *DUP* | 1481478-0001-01 |

| BILL TO: | BANNER SUPPLY CO-TAMPA<br>12614 S US HWY 41<br>GIBSONTON    FL   33534 | SHIP TO: | BANNER SUPPLY CO-TAMPA<br>12614 S US HWY 41<br>GIBSONTON    FL   33534 |
|---|---|---|---|

1005381                                                   1005381
**FRONT-COUNTER DO NOT SHIP**  **FRONT-COUNTER DO NOT SHIP**

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1481478-0001-01 | 120 | 01/19/06 | 130 | 1005381 | 01/19/06 |

Cypress TV 49187   CHINA BOARD

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 600 | 600 | * | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV<br>D12R12<br>1/2" REGULAR DRYWALL 12'<br>15 LIFTS @ 40 PER | SF | 225.00000 | 6480.01 |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER****SHIP ORDER****

| | |
|---|---|
| DRIVER: JUST GET TICKET SIGNED!<br>Driver:<br>CERTIFY THAT I DELIVERED<br>THE MATERIALS LISTED TO<br>ADDRESS SHOWN:<br>Date         Truck #         Checked By<br>Rec'd in Good Condition<br>x WARREN USHER  Warren Clark 49187 | SUB TOTAL   6,480.01<br>MISC CHARGE<br>FREIGHT TOTAL  275.00<br>FED/OTHER TAX   0.00<br>STATE TAX       0.00<br>PAYMENT         0.00<br>TOTAL AMOUNT DUE |

BANNER-MDL00003499