25
32
16
33
21
30
24
17
4
13
14
9
10
29
2
11
23
22
6
18
28
27
8
15
34
26
1
31
5
3
20
12
7
19

# CHAIN OF CUSTODY FORM

## Threshold Inspection Protocol

### Crawford and Company

Page 1 of 1

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| Steiner 20090915-02 | 6x12 | 1 | 9-15-09 | 11:32 AM | | TR |
| Steiner 20090915-03 | 6x12 | 1 | 9-15-09 | 12:00 PM | | TR |
| Steiner 20090915-05 | 6x12 | 1 | 9-15-09 | 12:12 PM | | TR |
| Steiner 20090915-11 | 6x12 | 1 | 9-15-09 | 2:13 PM | | TR |
| Steiner 20090915-18 | 6x12 | 1 | 9-15-09 | — | | ThD |
| Steiner 20090915-3 | 6x12 | 1 | 9-15-09 | — | | TR |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Method of Transfer |
|---|---|---|---|---|
| Tim Messenger | 9-16-09 | 9-18-09 | Albee Leeman | USPS |
| | | | | |
| | | | | |
| | | | | |

### Lab Information

| Company | |
| Attn | |
| Address | |
| City | | State | | Zip | | Country | US |
| Phone | | FAX | | Email | | | |