**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing **Plaintiffs' Motion for Leave of Court to File its Substituted Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Claims Against Knauf and Motion for Leave to Exceed Page Limits; Order Granting Plaintiffs' Motion for Leave of Court to File its Substituted Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Claims Against Knauf and Motion for Leave to Exceed Page Limits; Plaintiffs' Substituted Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Claims Against Knauf; Memorandum in Support of Plaintiffs' Substituted Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Claims Against Knauf; Proposed Order Granting Substituted Motion for Class Certification; Supplemental Declaration of Arnold Levin; Plaintiffs' Supplemental Proposed Trial Plan for a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Claims Against Knauf; and Supplemental Compendium of Exhibits in Support of Plaintiffs' Substituted Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Claims Against Knauf** has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of March, 2011.

                                               /s/ Leonard A. Davis
                                               Leonard A. Davis, Esquire
                                               Herman, Herman, Katz & Cotlar, LLP
                                               820 O'Keefe Avenue
                                               New Orleans, Louisiana 70113
                                               Phone: (504) 581-4892
                                               Fax: (504) 561-6024
                                               LDavis@hhkc.com
                                               Plaintiffs' Liaison Counsel
                                               MDL 2047