Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0038

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aubuchon Homes, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __15th__ day of __December__, 20 __10__, at __11:10__ o'clock __A__ M

Place of Service: at __4707 SE 9th Place__, in __Cape Coral, FL  33991__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Aubuchon Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __James Aubuchon, Vice President__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Bald__; Facial Hair _____
Approx. Age __50-55__; Approx. Height __5'8"__; Approx. Weight __170 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__
Signature of Server  #15 7153

**APS International, Ltd.**

Subscribed and sworn to before me this __20th__ day of __December__, 20 __10__

__Elena Alvarado__
Notary Public          (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012