UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| **This Document Relates to:** | * | JUDGE FALLON |
| **Stephen and Isis Silva, et al** | * | |
| **No. 2:09-cv-08034** | * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### LANDMARK AMERICAN INSURANCE COMPANY AND NATIONAL SURETY CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST THE KNAUF ENTITIES

**NOW INTO COURT,** through undersigned counsel, come defendants herein, Landmark American Insurance Company (hereinafter, "Landmark") and National Surety Corporation (hereinafter, "National Surety") who respectfully move this Honorable Court to grant them leave to file a third party complaint against Gebrueder Knauf Verwaltungsgesellschaft, KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products, Co., Ltd. (collectively identified as the "Knauf entities" herein), pursuant to Rule 14(a) of the Federal Rules of Civil Procedure. Specifically, Landmark and National Surety request that they be given leave to file their third party complaint against the Knauf entities as it will not prejudice the other parties in the suit, nor will it delay the proceedings herein.

1

Landmark is a defendant in the instant case. Upon information and belief, Landmark and its insured, Interior Exterior Building Supply, L.P. (hereinafter, "INEX") will be defendants in a bellwether trial beginning on or about July 18, 2011. National Surety is also a defendant in the instant case and upon information and belief, National Surety and its insured, INEX will be defendants in the bellwether trial beginning on or about July 18, 2011. Further, upon information and belief, the Plaintiffs for the July bellwether trial are to be as follows: Dean and Dawn Amato; Byron and Debra Byrne; Edward and Susan Beckendorf; and, Donald and Marcelyn Puig. These plaintiffs currently have sought to intervene in the instant case.

Landmark and National Surety, if named as defendants in the July bellwether trial, will litigate their Third Party Claims against the Knauf entities, so that the bellwether trial will be a more complete representation of the issues and claims involving Landmark, National Surety and their insured, INEX. To date, this Court has not yet entered a scheduling order for the July 18, 2011 bellwether trial. The parties to the instant case will not be prejudiced by Landmark and National Surety's assertion of third party claims at this time, nor will it not unduly delay the progress of the case.

**WHEREFORE,** Landmark American Insurance Company and National Surety Corporation pray that this Honorable Court grant their Motion for Leave to File Third Party Claims against Gebrueder Knauf Verwaltungsgesellschaft, KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products, Co., Ltd. for the above and foregoing reasons.

**Respectfully submitted:**

   /s/*Melissa M. Swabacker*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans  LA  70130
Phone: (504) 581-5141
Fax: (504) 566-4022
jburnthorn@dkslaw.com
mswabacker@dkslaw.com
*Counsel for Landmark American Insurance Company*

- and-

GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP.**
P.O. Drawer 3408
Lafayette, LA 70502-3408
Phone: (337) 262-9000
Fax: (337) 262- 9001
grusso@joneswalker.com
mdonohue@joneswalker.com
*Counsel for National Surety Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave to File Third Party Complaint Against the Knauf Entities has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States

District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2011.

>*/s/ Melissa M. Swabacker*
>MELISSA M. SWABACKER