UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 |
| | | SECTION L |
| **THIS DOCUMENT RELATES TO:** | * * | |
| | | JUDGE FALLON |
| **Stephen and Isis Silva, et al** | * | |
| No. 2:09-cv-08034 | * | MAG. JUDGE WILKINSON |

*************************************

## ORDER

Considering Landmark American Insurance Company and National Surety Corporation's Motion for Leave to File Third Party Complaint against the Knauf entities,

**IT IS ORDERED, ADJUDGED AND DECREED** that Landmark American Insurance Company and National Surety Corporation's Motion for Leave to File Third Party Complaint against the Knauf entities be and is hereby granted.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1