UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION   L |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | JUDGE FALLON |
| **Stephen and Isis Silva, et al** | * | |
| No. 2:09-cv-08034 | * | MAG. JUDGE WILKINSON |
| ************************************* | | |

## LANDMARK AMERICAN INSURANCE COMPANY AND NATIONAL SURETY CORPORATION'S MOTION TO LIFT THE STAY AS TO ITS MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST THE KNAUF ENTITIES

**NOW INTO COURT,** through undersigned counsel, come defendants, Landmark American Insurance Company ("Landmark") and National Surety Corporation ("National Surety"), who respectfully move this Honorable Court to lift the Stay in the above captioned matter for the limited purpose of addressing Landmark and National Surety's joint Motion for Leave to File Third Party Complaint against Gebrueder Knauf Verwaltungsgesellschaft, KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products, Co., Ltd..  In support of this Motion, Landmark and National Surety rely on the reasons more fully set forth in the accompanying Memorandum in Support of Motion for to Lift Stay as to Landmark and National Surety's joint  Motion for Leave to File Third Party Complaint Against the Knauf Entities.

Signature block follows

1

**Respectfully submitted:**

  /s/*Melissa M. Swabacker*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans  LA  70130
Phone: (504) 581-5141
Fax: (504) 566-4022
jburnthorn@dkslaw.com
 mswabacker@dkslaw.com
*Counsel for Landmark American Insurance Company*

- and-

GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP.**
P.O. Drawer 3408
Lafayette, LA 70502-3408
Phone: (337) 262-9000
Fax: (337) 262- 9001
grusso@joneswalker.com
mdonohue@joneswalker.com
*Counsel for National Surety Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Lift Stay As To Motion for Leave to File Third Party Complaint Against the Knauf Entities has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States

2

District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2011.

                                            */s/Melissa M. Swabacker*
                                            MELISSA M. SWABACKER