UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| Stephen and Isis Silva, et al | * | |
| No. 2:09-cv-08034 | * | MAG. JUDGE WILKINSON |

**************************************

### LANDMARK AMERICAN INSURANCE COMPANY AND NATIONAL SURETY CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION TO LIFT THE STAY AS TO ITS MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST THE KNAUF ENTITIES

**NOW INTO COURT,** through undersigned counsel, come defendants, Landmark American Insurance Company (hereinafter, "Landmark") and National Surety Corporation ("National Surety"), who respectfully moves this Honorable Court to lift the Stay in the above captioned matter for the limited purpose of addressing Landmark and National Surety's joint Motion for Leave to File Third Party Complaint against Gebrueder Knauf Verwaltungsgesellschaft, KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products, Co., Ltd..

Landmark and National Surety have been named as defendants in the instant class action lawsuit, which seeks damages for claims arising from the allegedly defective Chinese manufactured drywall supplied and/or distributed by Interior Exterior. Landmark and National Surety issued certain second layer excess insurance policies to Interior Exterior Building Supply, L.P. Interior

1

Exterior is also named as a defendant to the instant lawsuit. During the February 8, 2011 status conference, this Honorable Court indicated that a bellwether trial would be scheduled for July 18, 2011 against Interior Exterior. At this time, it is unclear whether or not Interior Exterior's insurers will be named as defendants for the July 18, 2011 bellwether trial, however, Landmark, National Surety and Interior Exterior's other insurers have been named as defendants, pursuant to Louisiana's direct action statute, and parties to the upcoming class certification hearing.

Because the class action lawsuit and possibly the July bellwether trial are proceeding against Landmark and National Surety directly, Landmark and National Surety seek to assert their rights against the various Knauf entities in the event that either or both are found liable for any of the bellwether plaintiffs' damages. Accordingly, Landmark and National Surety seek to lift the stay in this matter as it pertains to Landmark and National Surety"s Motion for Leave to File Third Party Complaint.

**WHEREFORE,** Landmark American Insurance Company and National Surety Corporation pray that this Honorable Court grant their Motion and lift the Stay for the limited purpose of addressing Landmark and National Surety's Motion for Leave to File Third Party Complaint against Gebrueder Knauf Verwaltungsgesellschaft, KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products, Co., Ltd..

Signature block follows

                    **Respectfully submitted:**

                    /s/*Melissa M. Swabacker*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans LA 70130
Phone: (504) 581-5141
Fax: (504) 566-4022
jburnthorn@dkslaw.com
mswabacker@dkslaw.com
*Counsel for Landmark American Insurance Company*

                    - and-

GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP.**
P.O. Drawer 3408
Lafayette, LA 70502-3408
Phone: (337) 262-9000
Fax: (337) 262- 9001
grusso@joneswalker.com
mdonohue@joneswalker.com
*Counsel for National Surety Corporation*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Lift Stay As To Motion for Leave to File Third Party Complaint Against the Knauf Entities has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States

3

District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2011.

>	*/s/Melissa M. Swabacker*
>	MELISSA M. SWABACKER