UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION   L |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | JUDGE FALLON |
| **Stephen and Isis Silva, et al** | * | |
| No. 2:09-cv-08034 | * | MAG. JUDGE WILKINSON |
| ************************************ | | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel will bring the attached Motion to Lift the Stay as to Landmark American Insurance Company and National Surety Corporation's Motion For Leave To File Third Party Claims against the Knauf entities hearing before the Honorable Eldon E. Fallon, United States District Court Judge for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130 on the 23rd day of March, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard.

       **Respectfully submitted:**

         /s/*Melissa M. Swabacker*
       JUDY L. BURNTHORN (17496)
       JAMES W. HAILEY, III (23111)
       MELISSA M. SWABACKER (32710)
       **DEUTSCH, KERRIGAN & STILES LLP**
       755 Magazine Street
       New Orleans  LA  70130
       Phone: (504) 581-5141
       Fax: (504) 566-4022
       jburnthorn@dkslaw.com

mswabacker@dkslaw.com
*Counsel for Landmark American Insurance Company*

- and-

GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP.**
P.O. Drawer 3408
Lafayette, LA 70502-3408
Phone: (337) 262-9000
Fax: (337) 262- 9001
grusso@joneswalker.com
mdonohue@joneswalker.com
*Counsel for National Surety Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2011.

/s/Melissa M. Swabacker
MELISSA M. SWABACKER