UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Stephen and Isis Silva, et al No. 2:09-cv-08034 | * * | MAG. JUDGE WILKINSON |

**ORDER**

Considering Landmark American Insurance Company and National Surety Corporation's Motion to Lift the Stay for the limited purpose of considering Landmark and National Surety's Motion for Leave to File Third Party Complaint against the Knauf entities,

**IT IS ORDERED** that the stay in Pre-Trial Order 1 is lifted as to the following pending motion:

Landmark American Insurance Company and National Surety Corporation's Motion for Leave to File Third Party Compliant Against the Knauf Entities.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1