OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 MAY 10 AM 11: 23
LORETTA G. WHYTE
CLERK

Date: 3/8/11

Wiltz, et al

vs.

Beijing New Building Materials Public Limited Co, et al

Case No. 10-361   Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons of the ~~(complaint) (amended complaint) ( amended complaint) (third party complaint)~~ (other): Complaint in Intervention II(c) ) to the following:

1. (name) Wyndwil, LLC
   (address) Bennett Stein, 740 Thimble Shoals Blvd, Ste. F, Newport News, VA 2360
2. (name) Wellington, LLC
   (address) SAME AS ABOVE
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address _____

___Fee _____
___Process A+A(?)
X  Dktd _____
___CtRmDep _____
___Doc. No. _____

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697