OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 MAY 10  AM 11:23
LORETTA G. WHYTE
CLERK

Date: 3/8/11

Wiltz, et al

vs.

Beijing New Building Materials Public Limited Co.

Case No. 10-361   Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the ~~(complaint) (amended complaint) ( ___ amended complaint) (third party complaint)~~ (other: Complaint in Intervention II(B)) to the following:

1. (name) Wyndwil, LLC
   (address) Bennett Stein, 740 Thimble Shoals Blvd, Ste F, Newport News, VA 23606
2. (name) Wellington, LLC
   (address) SAME AS ABOVE
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs

Address _____

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____