OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA      70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY 10  AM 11: 23

LORETTA G. WHYTE
CLERK

Date: _3-10-2011_

_Kenneth and Barbara Wiltz, et al_

vs.

_Beijing New Building Materials Public Limited Co, et al_

Case No. _10-361_    Section _L_

Dear Sir:

Please (Issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1.  (name) _Weltington, LLC  Bennett Stein_

    (address) _740 Thimble shoals Blvd. Suite F New Port News, VA 23606_

2.  (name) _____

    (address) _____

3.  (name) _____

    (address) _____

4.  (name) _____

    (address) _____

Very truly yours,

_____
"Signature"

Attorney for _Russ M. Herman_

Address _820 O'Keefe Ave_
         _New Orleans, LA_

Fee _____
Process _A/R/O_
X Dktd
CtRmDep _____
Doc. No. _____