UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED         :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY          :
LITIGATION                          :   SECTION:  L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:           :   JUDGE FALLON
                                    :
ALL CASES                           :   MAG. JUDGE WILKINSON
---------------------------------------------------------------x

**KNAUF DEFENDANTS' JOINDER IN PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER REGARDING CERTAIN KNAUF DEPOSITIONS**

The Knauf Defendants join the PSC's motion, under Federal Rule of Civil Procedure 26(c), for a protective order regarding certain depositions of Knauf witnesses. [Rec. Doc. 7746.] The PSC's motion arises from its decision to postpone previously scheduled depositions of four witnesses:

Hans Peter Ingenillem

Manfred Paul

Baldwin Knauf

Martin Halbach

The Knauf Defendants have been advised by the HSC and INEX that they support the PSC's postponement of the depositions. However, Banner, Chartis and the State of Louisiana have opposed the postponements.

In support of the PSC's motion, the Knauf Defendants state as follows:

1. The Knauf Defendants agree with the PSC that "the Knauf entities are acting in good faith and are currently involved in administration of the Pilot Program, [and] depositions will only slow the process," and that "many of the parties are focused on the upcoming class

32112651.DOCX

certification hearing … and taking the aforementioned depositions at the previously scheduled times is not a productive use of the parties' resources." PSC Motion at 3.

2. The Knauf Defendants' witnesses should not be subject to multiple depositions. Permitting Banner, Chartis and the State of Louisiana to go forward with the depositions – while the PSC, HSC and INEX reserve their rights to re-take the depositions – would unfairly subject the witnesses to multiple depositions.

3. The Knauf Defendants are devoting enormous legal resources towards ensuring the success of the Pilot Program, and upon exploring the potential for broader resolution of this litigation. The Knauf Defendants believe that the parties' resources are best directed at this time toward attempting to reach a resolution of the litigation rather than toward taking depositions.

4. There is no prejudice to any party from the postponement. The Knauf Defendants agree that all parties reserve their right to seek the depositions at a later time if a resolution of the matter is not reached. There are no deadlines that require these depositions to be taken now rather than later.

5. There already have been ten Knauf witnesses deposed (including KPT's consultant CTEH). Postponement of an additional four witnesses without prejudice to renewal will facilitate a resolution of this matter and cause no harm to any party.

Dated:  March 11, 2011          Respectfully submitted,

By:  Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for the Knauf Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Knauf Defendants' Joinder in the Plaintiffs' Motion for a Protective Order Regarding Certain Knauf Depositions has been served upon Plaintiffs' Liaison Counsel and counsel for Banner, Chartis, and the State of Louisiana by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system,

which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of March, 2011.

/s/ Kyle Spaulding