UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED           :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :   SECTION:   L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :   JUDGE FALLON
                                      :
ALL CASES                             :   MAG. JUDGE WILKINSON
---------------------------------------------------------------x

## ORDER

Considering the Knauf Defendants' request to join in Plaintiffs' motion for a protective order regarding certain depositions of Knauf witnesses [Rec. Doc. 7746],

**IT IS HEREBY ORDERED** that the Knauf Defendants' request is granted and said Defendants are allowed to join in Plaintiffs' motion for a protective order regarding certain depositions of Knauf witnesses.

New Orleans, Louisiana this _____day of March, 2011.

_____
ELDON E. FALLON
U.S. DISTRICT COURT JUDGE