**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | SECTION: L |
| | : | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| *Ledford v. Knauf Gips KG,* | : | |
| Case No. 09-4292 (E.D.La.) | : | |

**AMENDED ORDER**

On March 4, 2011, the Court issued an "Agreed Order" in the above captioned matter. (R.

Doc. 8046).  IT IS ORDERED this Order is amended to relate only to Case No. 09-4292, and not

No. 09-538, which is a case from a different Section of the Court.

NEW ORLEANS, LOUISIANA, this 10th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE