MINUTE ENTRY
FALLON, J.
MARCH 11, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRY WALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Silva v. Knauf Gips KG*, **No. 09-8034**

A telephone status conference was held in the Chambers of Judge Eldon E. Fallon on this date to discuss whether the claims against Interior Exterior Building Supply, LP's insurers would be made part of the trial scheduled for July 18, 2011. Counsel for the Interior Exterior, as well as its insurers, and for each of the Steering Committees participated. Each of the parties indicated its position as to whether the insurance claims should be tried. The Court and all parties agreed that the insurers should be involved in the discovery, deposition, and general observation of the case, but no agreement was reached as to whether the insurance claims are to be tried. The Court determined that the issue needs to be resolved in a timely manner and directed the excess insurers to meet with the plaintiffs to discuss how and whether the claims against them will be tried and draft an appropriate case management order. The Court will hear from the parties at the telephone conference scheduled for next week regarding the issue.

1

JS10(00:30)