UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON (L) |
| DAVID GROSS, et al | * | |
| vs. | * | |
| KNAUF GIPS, KG., et al | * | |
| Case No. 2:09-CV-6690 | * | MAG. WILKINSON (2) |

**ORDER GRANTING DEFENDANT BAYWOOD
CONSTRUCTION, INC.'S MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Baywood Construction, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 9th day of March 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE