# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL 2047 |
| | : | |
| | : | SECTION: L |
| | : | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| *Conry v. Daugherty,* | : | |
| Case No. 10-4599 (E.D. La.) | : | |

## ORDER

Considering Plaintiff's Motion to Lift Stay (R. Doc. 7261), IT IS ORDERED that this Motion is GRANTED. Additionally, considering Plaintiff's Request for Entry of Default and of Default Judgment (R. Doc. 6998), IT IS ORDERED that this Request is DENIED given that Defendants have filed a Motion to Dismiss (R. Doc. 7257). *See* Fed. R. Civ. P. 55(a).

NEW ORLEANS, LOUISIANA, this 9th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

cc:     Counsel of Record