# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL 2047  SECTION: L JUDGE: FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| *Conry v. Daugherty,* Case No. 10-4599 (E.D. La.) | : : | |

## **ORDER**

Considering Defendant's Motion to Quash (R. Doc. 7500) in light of Plaintiff's Response thereto (R. Doc. 7714), IT IS ORDERED that this Motion is GRANTED, thus all discovery is stayed in the present matter until the resolution of the pending Motion to Dismiss.

NEW ORLEANS, LOUISIANA, this 9th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

cc:     Counsel of Record