UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Silva, et al, vs. Interior Exterior Building Supply, LP, et al,* **No. 09-08030 (EDLA) AND** *Silva, et al vs. Knauf Gips KG, et al*, **No. 09-08034 (EDLA)**

## O R D E R

Considering Plaintiffs' Motion for Leave to File Second Amended Motion to Intervene;

IT IS ORDERED BY THE COURT that Plaintiffs, Dean and Dawn Amato, Byron and Debra Byrne, Donald and Marcelyn Puig, and Edward and Susan Beckendorf, are granted leave of court to file the attached Plaintiffs' Second Amended Motion to Intervene, and same is hereby filed into the record.

New Orleans, Louisiana this 11th day of March, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge