# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| *Silva, et al. v. Interior Exterior Building Supply, LP et al.*, Civ. Action No. 09-08030 (E.D.La.) | MAG. JUDGE WILKINSON |
| *Silva et al v. Arch Insurance Company, et al.*, Civ. Action No. 09-08034 (E.D.La.) | |

## O R D E R

Considering Plaintiffs' Motion for Leave of Court to File its Substituted Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Substituted Motion for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief. The clerk is hereby directed to enter the substituted motion on the docket.

New Orleans, Louisiana this 11th day of March, 2011.

*(signature)*

Honorable Eldon E. Fallon

U.S. District Judge