UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION L |
| * * * * * * * * * * * * * * * * * * *<br>**This document relates to:** | *<br>*<br>* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| Silva, et al. v. Interior Exterior<br>EDLA  09-8030 | * | |

### INTERIOR EXTERIOR'S MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT AND A THIRD-PARTY COMPLAINT AGAINST THE KNAUF GROUP OF COMPANIES

**NOW INTO COURT** through undersigned counsel, come Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who, move this Honorable Court to lift the Stay in this matter to allow Interior Exterior to file its Answer and Affirmative Defenses to Plaintiffs' Complaints and a Third-Party Compliant against certain Knauf entities. In support of its Motion, Interior Exterior relies on its Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. pray that this Honorable Court grant their Motion and allow the stay to be lifted to allow

01836890.DOC

Interior Exterior to file its Answer and Affirmative Defenses to Plaintiffs' Complaints and a Third-Party Compliant against certain Knauf entities.

                      Respectfully submitted,

                      *Richard G. Duplantier, Jr.   /s/*
                      _____
                      Richard G. Duplantier, Jr. (# 18874)
                      Lambert J. Hassinger, Jr. (# 21683)
                      Carlina C. Eiselen, (# 28524)
                      Jeffrey P. Green (# 30531)
                      GALLOWAY, JOHNSON, TOMPKINS,
                            BURR & SMITH
                      701 Poydras Street, 40th Floor
                      New Orleans, Louisiana 70139
                      Telephone:  (504) 525-6802
                      Facsimile:   (504) 525-2456
                      rduplantier@gjtbs.com;
                      jhassinger@gjtbs.com
                      ceiselen@gjtbs.com;
                      jgreen@gjtbs.com
                      *Counsel for Defendant, Interior Exterior*

## Certificate of Service

       The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 11th day of March, 2011.

                      *Richard G. Duplantier, Jr.   /s/*
                      _____
                      RICHARD G. DUPLANTIER, JR.

01836890.DOC