UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL 2047<br><br>SECTION L |
| * * * * * * * * * * * * * * * * * *<br>**This document relates to:**<br><br>Silva, et al. v. Interior Exterior<br>EDLA  09-8030 | *<br>*<br>*<br>* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### INTERIOR EXTERIOR'S MEMORANDUM IN SUPPORT OF ITS MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT AND A THIRD-PARTY COMPLAINT AGAINST THE KNAUF GROUP OF COMPANIES

**NOW INTO COURT** through undersigned counsel, come Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who, move this Honorable Court to lift the Stay in this matter Stay in this matter to allow Interior Exterior to file its Answer and Affirmative Defenses to Plaintiffs' Complaints and a Third-Party Compliant against certain Knauf entities. Interior Exterior would be detrimentally prejudiced if it is not allowed to file its Answer and Affirmative Defenses in response to Plaintiffs' Complaints or its Third-Party Complaint against certain Knauf entities.  Lifting the Stay will not impeded these proceedings.

01836871.DOC

WHEREFORE, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. pray that this Honorable Court grant their Motion and allow the stay to be lifted to allow Interior Exterior to file its Answer and Affirmative Defenses to Plaintiffs' Complaints and a Third-Party Compliant against certain Knauf entities.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
_____
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
Benjamin R. Grau (#26307)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802 / Fax: (504) 525-2456
rduplantier@gjtbs.com / jhassinger@gjtbs.com
ceiselen@gjtbs.com / jgreen@gjtbs.com
bgrau@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 11th day of March, 2011.

*Richard G. Duplantier, Jr.   /s/*
_____
RICHARD G. DUPLANTIER, JR.

01836871.DOC