UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION L |
| * * * * * * * * * * * * * * * * * *<br>This document relates to: | *<br>*<br>* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| Silva, et al. v. Interior Exterior<br>EDLA  09-8030 | * | |

## ORDER

Considering Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C.'s Motion to Lift Stay allowing Interior Exterior to file its Answer and Affirmative Defenses to Plaintiffs' Complaints and a Third-Party Compliant against certain Knauf entities:

IT IS ORDERED BT THE COURT that the stay in Pretrial Order No. 1 is lifted for the purposes of allowing Interior Exterior to file its Answer and Affirmative Defenses to Plaintiffs' Complaints and a Third-Party Compliant against certain Knauf entities

New Orleans, Louisiana, this _____ day of March, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge

01836927.DOC