

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY                                                      CIVIL ACTION

VERSUS                                                          NUMBER 10-4599/
                                                                09-MD-2047

DAUGHERTY ET AL.                                                SECTION L-2

### PLAINTIFF'S MOTION FOR LEAVE TO FILE FIST AMENDED COMPLAINT

Plaintiff, John D Conry, hereby moves that this honorable court grant leave to file his First Amended Complaint attached as Exhibit A. Plaintiff believes that this filing is of right but was obligated by the clerk of court to file a Motion For Leave.

There has been no Answer in this matter (10-cv-4599), no initial conference has been held and no deadline for amending Pleadings has been issued. Plaintiff has consulted with both Chambers and the Clerk of Court in an attempt to ascertain why a Motion for Leave was requested, both the Clerk of Court and the Clerk's in Chambers indicated that the other party requested it, neither could state a reason why. Therefore, Plaintiff moves for leave to enter into the record his First Amended Complaint, attached as Exhibit A.

Respectfully Submitted,

John D Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

## CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet, and therefore cannot use the CM/ECF system.

JOHN CONRY
PO Box 641234
Kenner, LA 70064

Clerk Court
Eastern District of Louisiana
500 Poydras Street Ste C151
New Orleans LA 70130-3367

$5.100
US POSTAGE
PRIORITY
FROM 70001
MAR 08 2011
stamps.com