UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY                              CIVIL ACTION

VERSUS                                  NUMBER 10-4599/
                                        09-MD-2047

DAUGHERTY ET AL.                        SECTION L-2

**ORDER**

Considering the foregoing MOTION FOR LEAVE, the Motion for Leave is granted, the FIRST AMENDED COMPLAINT is ordered entered into the record.

_____
JUDGE FALLON