UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CONRY            CIVIL ACTION

VERSUS            NUMBER 10-4599/
           09-MD-2047

DAUGHERTY ET AL.            SECTION L-2



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 10 2011
LORETTA G. WHYTE
CLERK

## PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO QUASH

Plaintiff, John D Conry, hereby moves that this honorable court grant leave to file his opposition to Defendant's Motion to Quash, Docket No. 7500. The attached opposition is not supplemental because Plaintiff's "Partial Response to Motion to Stay" was only a response to Defendant's Motion to Stay Discovery, stating that Plaintiff was not opposed to such a stay.

Plaintiff filed the Partial Response to avoid undue expense for all parties and stated clearly therein that it only dealt with those aspects of Defendant's Motion that could have been resolved with a phone call. Furthermore, there is a genuine issue as to whether Defendant can raise the objections posed in his Motion to Quash as he lacks standing, or, in so far as he has standing, no grounds has been argued.

**TENDERED FOR FILING**

MAR 10 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc No. _____

Therefore, Plaintiff requests that this honorable court grant this Motion for Leave to File his Partial Opposition to the Motion to Quash, No 7500, (attached as Exhibit A) and enter the same into the record.

Respectfully Submitted,

*[signature]*

John D. Conry
PO Box 641234
Kenner, LA 70064
P- 504-324-2387
F- 504-754-7556

## CERTIFICATE OF SERVICE

Plaintiff certifies that the attached pleading has been mailed to the last known address of all defendants herein, as none have made an appearance yet and therefore cannot use the CM/ECF system.

*[signature]*

