UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN CONRY | CIVIL ACTION |
| VERSUS | NUMBER 10-4599/ 09-MD-2047 |
| DAUGHERTY ET AL. | SECTION L-2 |

**ORDER**

Considering the foregoing MOTION FOR LEAVE, the Motion for Leave is granted, the Opposition to the Motion to Quash is ordered entered into the record.

_____
JUDGE FALLON