AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| John Conry | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   10-4599 L2 |
| Gerald Daugherty Et Al | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Cellco Partnership d/b/a Verizon Wireless
180 Washington Valley Road, Bedminster, NJ 07921

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Cerified Copies of all Text Messages sent to or from the number 504-710-8917 belonging to John Conry between July 1, 2010 and December 31, 2010.  This production should be in the form of a printed paper document accompanied by an affidavit.

| Place: 4053 Turtle Bayou Dr<br>Kenner, LA 70065 | Date and Time:<br><br>02/05/2011 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

**EXHIBIT**

tabbies

*A*

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| John Conry | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   10-4599 L2 |
| Gerald Daugherty Et Al | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Custodian of Records, Sprint Corporate Security
6480 Sprint Parkway, Overland Park, KS 66251

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Cerified Copies of all available Text Messages sent between the numbers 504-957-0018 belonging to Gerald Daugherty and 504-710-8917 belonging to John Conry after July 1, 2007.  This production should be in the form of a printed paper document accompanied by an affidavit.

| Place: 4053 Turtle Bayou Dr <br> Kenner, LA 70065 | Date and Time: <br><br> 02/05/2011 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

**EXHIBIT**

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| John D Conry | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   09-MD-2047/10-CV-4599 |
| Gerald Daugherty and the Herb Import Company | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   J.P. Morgan Chase Bank of Louisiana, D/B/AChase Bank - Corporation Service Company, 320 Somerulous St.
Baton Rouge, LA 70802

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following
documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the
material: All bank account statements and copies of all deposits and checks written by Gerald Daugherty or the Herb
Import Company between January 1, 2005 and December 31, 2010, from any account at chase Bank in
Louisiana or California.

| Place: PO Box 541234<br>Kenner, LA 70064 | Date and Time:<br><br>03/21/2010 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or
other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party
may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule
45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are
attached.

Date:

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:

**EXHIBIT**

C

AO 88B (Rev  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action



# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| JOHN D CONRY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| GERALD DAUGHERTY ET AL | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   09-MD-2047/10-CV-4599

(If the action is pending in another district, state where:

)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  LEXIS NEXIS RISK SOLUTIONS C/O JESSICA COCO, 400 CONVENTION STREET, SUITE 1100, BATON ROUGE. LOUISIANA 70821

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: COMPLETE CERTIFIED PHYSICAL COPY C.L.U.E. REPORT FOR GERALD DAUGHERTY INCLUDING ALL HOMEONWER'S INSURANCE CLAIMS HE FILED THAT ARE AVAILABLE IN YOUR SYSTEM.

| Place: PO BOX 641234 KENNER, LA 70064 | Date and Time: 02/28/2010 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   **FEB – 3 2011**

CLERK OF COURT LORETTA G. WHYTE

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____

_____ , who issues or requests this subpoena, are:

**EXHIBIT**

tabbies

D

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JOHN D CONRY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   09-MD-2047/10-CV-4599 |
| GERALD DAUGHERTY ET AL | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  LOUISIANA CITIZENS PROPERTY AND CASUALTY INS. CO.
    C/O COUNSEL OF RECORD DARIN PATIN, ONE GALERIA BLVD, METAIRIE, LA 70011

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: COMPLETE CERTIFIED PHYSICAL COPY OF ALL CLAIMS FILED BY GERALD DAUGHERTY INCLUDING SUBMITTED RECEIPTS FOR REPAIRS TO ALL PROPERTIES INCLUDING, BUT NOT LIMITED TO 6343 WEST END BLVD, NEW ORLEANS, LA 70124

| Place: PO BOX 641234<br>KENNER, LA 70064 | Date and Time:<br><br>02/28/2010 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

**EXHIBIT**

E

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| John D Conry | ) |
| *Plaintiff* | ) |
| v. | ) |
| Gerald Daugherty and the Herb Import Company | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   09-MD-2047/10-CV-4599

(If the action is pending in another district, state where: )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   New Orleans City Attorney, Nannette V Jolivette-Brown, 1300 Perdido Street, New Orleans, Louisian70112.

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Certified Copies of all permits and permit applications available for the property located at 123 Fremont St, New Orleans, Louiana, 70124 and the property located at 6343 West End Blvd, New Orleans, LA 70124, issued between September 1, 2005, and December 31, 2010.

| Place:  PO Box 541234<br>          Kenner, LA 70064 | Date and Time:<br><br>                  03/21/2010 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   **FEB 1 7 2011**

CLERK OF COURT   **LORETTA G. WHYTE**

_____                    OR     _____
*Signature of Clerk or Deputy Clerk*                                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

**EXHIBIT**

**F**

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| John D Conry | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   09-MD-2047/10-CV-4599 |
| Gerald Daugherty and the Herb Import Company | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Regions Bank, C/O Corporations Service Comapny, 320 Somerulos St., Baton Rouge, LA 70802

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Two (2) certified copies of the canceled chashier's check issued in the amount of Three Thousand Five Hundred Dollars ($3,500.00) payable to Gerald Daugherty on behalf of your client Pablo Ospino [D.O.B. 05/29/1976] on November 9, 2010.

| Place:  4053 Turtle Bayou Dr<br>Kenner, LA 70065 | Date and Time:<br><br>03/21/2010 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:

CLERK OF COURT

OR

_____                           _____
*Signature of Clerk or Deputy Clerk*                            *Attorney's signature*

The name, address. e-mail, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:

**EXHIBIT**

G