Exhibit A



36208529

Mar 1 2011
3:22PM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2179 SECTION: L |
| *Vickers, et al v. Knauf Gips KG, et al* EDLA 09-04117 | * * | JUDGE FALLON |
| *Payton, et al v. Knauf Gips KG, et al* EDLA 09-07628 | * * | MAGISTRATE WILKINSON |
| *Silva, et al v. Knauf Gips KG, et al* EDLA 09-08034 | * * | |
| *   *   *   *   *   *   * | * | |

## ORDER
### (Amended Scheduling Order re: Hearings for Class Certification)

On September 20, 2010, Plaintiffs filed a Motion for Class Certification of a Florida Homeowner Class for Claims against Banner Supply Co. in *Vickers* and *Payton* [Rec. Doc. 5564]. On September 21, 2010, Plaintiffs filed a Motion against Interior Exterior, Arch Insurance Company, RSUI, The North River Insurance Company, Fireman's Fund Insurance Company and Liberty Mutual Insurance Company for Class Certification of a Louisiana Homeowner Class for Damages and Declaratory Relief in *Silva* [Rec. Doc. 5567]. On September 21, 2010, Plaintiffs filed a Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner class for Property Damage against Knauf in *Payton* [Rec. Doc. 5570].

On December 2, 2010, the Court issued a Minute Entry directing counsel to submit a joint discovery, briefing, and hearing schedule for these motions, as well as a list of all state court cases with conflicting class actions and the presiding judges [Rec. Doc. 6516]. On January 12, 2011, this Court issued a Scheduling Order [Rec. Doc. 6958]

regarding Class Certification Hearings. On February 2, 2011, the Parties agreed the January 12 Scheduling Order was unworkable and that a new Scheduling Order was necessary to account for the Plaintiffs' substitution of class representatives. On February 23, 2011, due to additional substitutions and changes by Plaintiffs to the Class Representatives at issue, this Court issued an Order extending the deadline for intervention until March 3, 2011 [Rec. Doc. No. 7708].

Pursuant to the authority granted in *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL 2047, this Order amends and replaces the previous Scheduling Order [Rec. Doc. No. 6958] for the conduct of discovery related to the issue of class certification and the final briefing and hearing of Plaintiffs' Motions to Certify Class Action.

ACCORDINGLY, THE COURT ENTERS THE FOLLOWING ORDER:

1. **Interventions.** Any interested party, including assignees of homeowner claims, and plaintiff homeowners, who seek to intervene in one or more of the above referenced Motions for Class Certification shall be subject to the terms, conditions and deadlines set forth in this Order. Any such party seeking to intervene shall file appropriate pleadings with the Court prior to March 3, 2011.

2. **Motions To Amend Class Representatives.** Plaintiffs must file all motions to amend the Class Representatives in any of the above referenced Motions for Class Certification, or otherwise disclose to the Defendants the Class Representatives at issue, on or before March 16, 2011.

3. **Discovery to Class Representatives and Fact Witnesses.** Commencing as of the date this Order is entered, Defendants shall be entitled to propound additional written

discovery upon the designated class representatives. This discovery shall not be duplicative of information previously provided in the Plaintiff Profile Form provided by the class representative. Further, Defendants shall be entitled to take fact witness depositions including six (6) class member properties, i.e. the owner(s) of the properties, per class (for a total of 18 class member properties), excluding Class Representatives, or other fact witnesses as designated by defendants with respect to Class Certification issues. The depositions shall be limited to one day per class member property. Depositions of class representatives shall be completed by May 6, 2011 and any other designated witnesses by May 13, 2011. Defendants shall also be provided with reasonable access to inspect the properties of the Class Representatives and the fact witness class members, and have on-going access to the properties. The parties shall coordinate to schedule the inspections at a convenient time and with diminished inconvenience to the property owners. If additional fact witnesses are disclosed by either party, such disclosure shall be made in sufficient time prior to the class certification hearing so that a reasonable opportunity to take discovery, without prejudice to any party.

4. **Disclosure/Discovery of Plaintiffs' Experts.** To the extent Plaintiffs rely upon any experts, Plaintiffs shall furnish to Defendants expert reports in accordance with Fed.R.Civ.P. 26(a)(2)(B) or Affidavits (which may have already been provided in the original filed motions) and dates of availability of their experts for depositions by April 7, 2011. Defendants shall complete the depositions of Plaintiffs' experts by May 27, 2011.

5. **Designation of Fact Witnesses.** Plaintiffs and Defendants shall all designate fact witnesses who may be called to testify at the class certification hearing (whether live or by deposition) by April 15, 2011.

6. **Disclosure/Discovery of Defendants' Experts.** To the extent Defendants rely upon any experts, Defendants shall furnish to plaintiffs expert reports in accordance with Fed.R.Civ.P. 26(a)(2)(B) or Affidavits and dates of availability of their experts for depositions by May 20, 2011. The Plaintiffs shall complete the depositions of the Defendants' experts by June 10, 2011.

7. **Opposition to Motion to Certify Class Action.** Defendants shall file their Memorandum in Opposition to each Motion to Certify Class Action together with exhibits, affidavits and depositions by June 17, 2011.

8. **Plaintiffs' Memorandum in Reply.** By July 8, 2011, plaintiffs shall file their Memorandum in Reply to each of the Defendants' Memorandum in Opposition to Motions to Certify Class Action. Supporting affidavits or depositions may be referenced and/or attached only if the affiants/deponents were timely designated in accordance with this Order.

9. **Daubert Challenges.** To the extent any party files a *Daubert* challenge to any experts, such motion shall be filed prior to June 10, 2011 so that briefing can take place and the Court can schedule a hearing, if necessary, in advance of the hearing date on the Motions to Certify Class Actions. The parties are encouraged to meet and confer in advance to avoid the filing of unnecessary motions relating to *Daubert* challenges.

10. **Exhibit and Witness Lists**: On or before July 15, 2011, Plaintiffs and Defendants shall serve upon their opponents a list of all exhibits and witnesses which may or will be used at the certification hearing, and all designated deposition testimony which may or will be used at the certification hearing.

11. **Agenda and Procedure for Class Certification Hearing.** By July 19, 2011 the parties shall file with the court a joint agenda and proposed procedure for the class certification hearing. The agenda shall include a listing of all witnesses, an identification of all documents or things to be used at the hearing, an indication of any objections to evidence and the reason or basis for such objections, and any time limits for oral argument. The parties shall meet and confer in sufficient time prior to July 15, 2011 to confect the submission. A pre-hearing conference will be held by the Court on August 3, 2011 at 1:30 p.m. to finalize the agenda and the procedures to be followed at the class certification hearing.

12. **Hearing.** The hearing on each of the Motions to Certify Class Actions shall commence on August 15, 2011, at 9:00 a.m. and continue from day to day thereafter through August 17, 2011, as needed.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____

UNITED STATES DISTRICT COURT JUDGE

Exhibit B

**Eaves, Tammy M.**

| | |
|---|---|
| **From:** | Mashelkar, Shubhra |
| **Sent:** | Wednesday, January 26, 2011 2:33 PM |
| **To:** | Eaves, Tammy M. |
| **Subject:** | FW: Knauf Class Rep Discovery |

**From:** Carlina C. Eiselen [mailto:CEiselen@gjtbs.com]
**Sent:** Wednesday, January 26, 2011 12:29 PM
**To:** 'Thibodeaux, Paul C.'
**Cc:** Mashelkar, Shubhra
**Subject:** RE: Knauf Class Rep Discovery

Thanks, Paul. Please cc both me and Shubhra Mashellkar on these emails. Thanks again!

Best regards,



GALLOWAY
JOHNSON
TOMPKINS
BURR AND
SMITH

**Carlina C. Eiselen , Attorney at Law**
Phone: 504-525-6802 | Direct: 504-648-6242 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: CEiselen@gjtbs.com

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

**From:** Thibodeaux, Paul C. [mailto:PThibodeaux@frilot.com]
**Sent:** Wednesday, January 26, 2011 11:06 AM
**To:** Carlina C. Eiselen
**Subject:** FW: Knauf Class Rep Discovery

see below

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163
www.frilot.com
Direct: (504)599-8204

Fax: (504)599-8279

---

**From: Dawn Barrios [mailto:dbarrios@bkc-law.com]**
**Sent: Tuesday, January 25, 2011 5:13 PM**
**To: Thibodeaux, Paul C.**
**Subject: Re: Knauf Class Rep Discovery**

Thanks, Paul. I will look at my schedule so we can set a time.

Sent via D. Barrios' BlackBerry

---

From: "Thibodeaux, Paul C." <PThibodeaux@frilot.com>
Date: Tue, 25 Jan 2011 17:04:51 -0600
To: <barrios@bkc-law.com>
Subject: Knauf Class Rep Discovery

Dawn,

It was nice speaking with you today.

The below is a summary of our phone call with what I consider to be outstanding issues:

1) Class Reps: It's my understanding that the FL and LA class reps set forth in Wright's supplemental declaration are taking the place of the four class reps set forth in the original motions for class cert. As a result, moving forward, the class reps are:

Louisiana: Byrne, Beakendorf, Puig, Amato and Boudreaux.

Florida: Castro, Montoya, Le and Viscigliga.

And, Nunez, Roberts, Vickers and Silva are no longer being set forth as class reps.

Please confirm that the above is accurate.

2) Written Discovery, Inspections and Depositions: In light of the 9 class reps that are now at issue, and the written discovery, inspections and depositions (that need to proceed in that order) for each, I propose that we jointly agree to extend all discovery and substantive motion deadlines by 30 days. The new schedule for key dates would be:

3/3: Plaintiffs/Defendants designate fact witnesses

3/15: Class Rep depos must be complete

3/18: Defendants' expert reports due

4/3: All fact witness depos must be finished.

4/10: Ps' experts' depos must be finished.

4/25: Ds' experts' depos must be finished. Daubert motions due.

5/4: Ds' opposition to class cert is due.

**5/25:**  Ps' reply to class cert is due.

I think we can accomplish this w/o moving the hearing date.  Though I'm open to discussing pushing the hearing date back by 30 days or so if J. Fallon's schedule permits.

After you have a chance to touch base with Ervin, do you want to set up a time to discuss tomorrow?  I'm open pretty much all day.

Thanks,

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163
www.frilot.com
**Direct: (504)599-8204**
**Fax: (504)599-8279**

Exhibit C

**Eaves, Tammy M.**

| | |
|---|---|
| **From:** | Mashelkar, Shubhra |
| **Sent:** | Thursday, February 03, 2011 12:54 PM |
| **To:** | Eaves, Tammy M. |
| **Subject:** | Fw: Knauf/Banner FL. Class rep |

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Thursday, February 03, 2011 12:50 PM
**To:** Mashelkar, Shubhra; 'Thibodeaux, Paul C.' <PThibodeaux@frilot.com>; Panayotopoulos, Nicholas;
Steven Glickstein <sglickstein@kayescholer.com>; Miller, Kerry J. <kmiller@frilot.com>
**Cc:** Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>; Carlina Eiselen <ceiselen@gjtbs.com>
**Subject:** RE: Knauf/Banner FL. Class rep

# Dr. Roberts will be the CR for Banner and for Knauf.

**Dawn M. Barrios, Esq.**
**Barrios, Kingsdorf & Casteix, LLP**
**Suite 3650**
**701 Poydras Street**
**New Orleans, LA 70139-3650**
**504.524.3300 (phone)**
**504.524.3313 (fax)**
**www.bkc-law.com**

 Please consider the environment before printing this e-mail

**From:** Mashelkar, Shubhra [mailto:SMashelkar@wwhgd.com]
**Sent:** Thursday, February 03, 2011 11:46 AM
**To:** Dawn Barrios; 'Thibodeaux, Paul C.'; Panayotopoulos, Nicholas; Steven Glickstein; Miller, Kerry J.
**Cc:** Richard G. Duplantier, Jr.; Carlina Eiselen
**Subject:** RE: Knauf/Banner FL. Class rep

So just the one for Banner?

-----Original Message-----
From: Dawn Barrios [mailto:DBarrios@bkc-law.com]
Sent: Thursday, February 03, 2011 12:38 PM
To: 'Thibodeaux, Paul C.'; Panayotopoulos, Nicholas; Mashelkar, Shubhra; Steven Glickstein;
Miller, Kerry J.
Cc: Richard G. Duplantier, Jr.; Carlina Eiselen
Subject: RE: Knauf/Banner FL. Class rep

It is correct. Just remember in LA there are 2 CRs for INEX and 3 for Knauf.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524.3313 (fax)
www.bkc-law.com

P Please consider the environment before printing this e-mail


-----Original Message-----
From: Thibodeaux, Paul C. [mailto:PThibodeaux@frilot.com]
Sent: Thursday, February 03, 2011 11:34 AM
To: NPanayo@wwhgd.com; Shubhra Mashelkar; Steven Glickstein; Miller, Kerry J.; Dawn Barrios
Cc: Richard G. Duplantier, Jr.; Carlina Eiselen
Subject: FW: Knauf/Banner FL. Class rep

All,

Pls see the below correspondence from Dawn Barrios and Ervin Gonzalez.

Based on my discussions with Dawn and the below confirmation, it is my understanding that Dr. Steven Roberts is the only FL class rep being set forth by Plaintiffs in the Payton and Vickers motions for class certification. It is also my understanding that Castro, Montoya, Le, and Visciglia are not being set forth as class reps.

Thus, that leaves us with the following breakdown of class reps moving forward:

Louisiana: 1) Byrne, 2) Beckendorf, 3) Puig, 4) Amato and 5) Boudreaux.

Florida: 6) Dr. S. Roberts.

I've copied Dawn on this email. Dawn, can you please confirm for the group that the above is accurate?

Thanks,

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163
www.frilot.com
Direct: (504)599-8204
Fax: (504)599-8279

-----Original Message-----
From: Dawn Barrios [mailto:DBarrios@bkc-law.com]
Sent: Thursday, February 03, 2011 6:08 AM

3/11/2011

To: Thibodeaux, Paul C.
Subject: Knauf/Banner FL. Class rep

Paul,
Here is your written confirmation that FL has only one CR.
Please distribute this info to all defense counsel.
Thanks,
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)
barrios@bkc-law.com

-----Original Message-----
From: Gonzalez, Ervin [mailto:Ervin@colson.com]
Sent: Wednesday, February 02, 2011 9:35 PM
To: Dawn Barrios
Cc: Montoya, Patrick; Levin Arnold; Dawn Barrios; Herman Russ; Richard S. Lewis; Fred Longer
Subject: Re: Knauf/Banner FL. Class rep

You may confirm Dr. Roberts

Sent from my iPhone
Ervin A. Gonzalez

The information contained in this message may contain privileged client confidential information. If you
have received this message in error, please delete it and any copies immediately.

3/11/2011

Exhibit D

## Eaves, Tammy M.

| | |
|---|---|
| **From:** | Mashelkar, Shubhra |
| **Sent:** | Thursday, February 03, 2011 12:45 PM |
| **To:** | Sexton, Michael A.; Eaves, Tammy M. |
| **Subject:** | FW: Knauf/Banner FL. Class rep |

Just fyi.

-----Original Message-----
From: Thibodeaux, Paul C. [mailto:PThibodeaux@frilot.com]
Sent: Thursday, February 03, 2011 12:34 PM
To: Panayotopoulos, Nicholas; Mashelkar, Shubhra; Steven Glickstein; Miller, Kerry J.;
DBarrios@bkc-law.com
Cc: Richard G. Duplantier, Jr.; Carlina Eiselen
Subject: FW: Knauf/Banner FL. Class rep

All,

Pls see the below correspondence from Dawn Barrios and Ervin Gonzalez.

Based on my discussions with Dawn and the below confirmation, it is my understanding that
Dr. Steven Roberts is the only FL class rep being set forth by Plaintiffs in the Payton
and Vickers motions for class certification.  It is also my understanding that Castro,
Montoya, Le, and Visciglia are not being set forth as class reps.

Thus, that leaves us with the following breakdown of class reps moving
forward:

Louisiana: 1) Byrne, 2) Beckendorf, 3) Puig, 4) Amato and 5) Boudreaux.

Florida:  6) Dr. S. Roberts.

I've copied Dawn on this email.  Dawn, can you please confirm for the group that the above
is accurate?

Thanks,

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163
www.frilot.com
Direct: (504)599-8204
Fax: (504)599-8279

-----Original Message-----
From: Dawn Barrios [mailto:DBarrios@bkc-law.com]
Sent: Thursday, February 03, 2011 6:08 AM
To: Thibodeaux, Paul C.
Subject: Knauf/Banner FL. Class rep

Paul,
Here is your written confirmation that FL has only one CR.
Please distribute this info to all defense counsel.
Thanks,
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA  70139
504.524.3300 (phone)

1

504.524.3313 (fax)
barrios@bkc-law.com

-----Original Message-----
From: Gonzalez, Ervin [mailto:Ervin@colson.com]
Sent: Wednesday, February 02, 2011 9:35 PM
To: Dawn Barrios
Cc: Montoya, Patrick; Levin Arnold; Dawn Barrios; Herman Russ; Richard S. Lewis; Fred Longer
Subject: Re: Knauf/Banner FL. Class rep

You may confirm Dr. Roberts

Sent from my iPhone
Ervin A. Gonzalez

Exhibit E

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Thursday, February 03, 2011 6:36 AM
**To:** Lexy Butler
**Cc:** Du Plantier; Thibodeaux, Paul C.; Russ Herman; Arnold Levin ; Chris Seeger ; 'Nicholas Panayotopoulos'
**Subject:** CDW- certification scheduling order

Lexy,

Plaintiffs, Knauf, Interior Exterior, Banner and Interior Exterior's insurers (all parties to the class cert hearing) have agreed to present Judge Fallon with a new scheduling order to account for the substitution of class reps.  We will be forwarding it shortly to you for Judge Fallon, but wanted you to know today as there is a 2/3 deadline in the order as it currently stands.  We all have agreed that we wish to adhere to the new order, and hope that our new dates are acceptable to the Court.

Under the new schedule the class cert hearing would be the last week of June, subject to the Court's calendar and convenience.

Please let us know if this is acceptable.

I would appreciate it if Rick Duplantier will circulate this email to all counsel for Interior Exterior insurers.

Many thanks,
dawn


Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA  70139
504.524.3300 (phone)
504.524.3313 (fax)
barrios@bkc-law.com

Exhibit F

## Eaves, Tammy M.

| | |
|---|---|
| **From:** | Mashelkar, Shubhra |
| **Sent:** | Sunday, February 13, 2011 10:08 AM |
| **To:** | Eaves, Tammy M. |
| **Subject:** | FW: CDW discovery and timeline |
| **Importance:** | High |

Not sure if you are aware of this new development.

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Friday, February 11, 2011 10:51 AM
**To:** Panayotopoulos, Nicholas; 'DBarrios@bkc-law.com'; 'BGrau@gjtbs.com'; 'grusso@joneswalker.com';
'goc@ahhelaw.com'; 'mpipes@barrassousdin.com'; 'kmiller@frilot.com'; 'krisley@thompsoncoe.com';
'mdonohue@joneswalker.com'; 'mswabacker@dkslaw.com'; 'pthibodeaux@frilot.com';
'duplantier@gjtbs.com'; 'RGrass@kayescholer.com'; 'sglickstein@kayescholer.com'; Sexton, Michael A.;
'mpeterson@petersonespino.com'; Spillis, Peter K.; Mashelkar, Shubhra; Rapp, Steve J.; Ehrenreich, Todd
**Cc:** 'mecuyer@gainsben.com'; 'cpeterson@lambertandnelson.com'; 'hlambert@lambertandnelson.com';
Gonzalez, Ervin; 'FLonger@lfsblaw.com'; 'ldavis@hhkc.com'
**Subject:** RE: CDW discovery and timeline

Nick,

Thanks for your email. Please continue working with Dawn. I can talk on Monday or today, but want
Dawn on the call. As I have mentioned below, if the Harrell settlement is approved, then these
representatives would not have standing versus your client, Banner. If the Banner claims are not
settled, they do have standing versus Banner. In any event, all of their homes have been frequently
tested, the homes were qualified by Banner and the Court under the Harrell criteria, and they have all
responded to discovery in the MDL. They will all be made available for deposition and they will respond
to the recent discovery.

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com

**From:** Panayotopoulos, Nicholas [mailto:NPanayo@wwhgd.com]
**Sent:** Friday, February 11, 2011 10:45 AM
**To:** Montoya, Patrick; 'DBarrios@bkc-law.com'; 'BGrau@gjtbs.com'; 'grusso@joneswalker.com';
'goc@ahhelaw.com'; 'mpipes@barrassousdin.com'; 'kmiller@frilot.com'; 'krisley@thompsoncoe.com';
'mdonohue@joneswalker.com'; 'mswabacker@dkslaw.com'; 'pthibodeaux@frilot.com';
'duplantier@gjtbs.com'; 'RGrass@kayescholer.com'; 'sglickstein@kayescholer.com'; Sexton, Michael A.;
'mpeterson@petersonespino.com'; Spillis, Peter K.; Mashelkar, Shubhra; Rapp, Steve J.; Ehrenreich, Todd
**Cc:** 'mecuyer@gainsben.com'; 'cpeterson@lambertandnelson.com'; 'hlambert@lambertandnelson.com';
Gonzalez, Ervin; 'FLonger@lfsblaw.com'; 'ldavis@hhkc.com'
**Subject:** Re: CDW discovery and timeline

Patrick, your e-mail contradicts the discussions we have been having for the last several weeks, including earlier this morning, with the PSC's selected representative to deal with these issues. The extended deadlines have to do with the PSC's changes in the last several weeks, not the ones of today. I am out of pocket today for personal reasons but can address our concerns, particularly as to the potential impact on scheduling if we can work through this, on Monday. Are you now the person to talk to or should we go back to Dawn?

---

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Friday, February 11, 2011 10:08 AM
**To:** Panayotopoulos, Nicholas; Dawn Barrios <DBarrios@bkc-law.com>; Ben Grau <BGrau@gjtbs.com>; Gary J. Russo <grusso@joneswalker.com>; Gregory O. Currier <goc@ahhelaw.com>; H. Minor Pipes <mpipes@barrassousdin.com>; Kerry Miller <kmiller@frilot.com>; Kevin F. Risley <krisley@thompsoncoe.com>; Megan Donohue <mdonohue@joneswalker.com>; Melissa Swabacker <mswabacker@dkslaw.com>; Paul Thibodeaux <pthibodeaux@frilot.com>; Richard G. Duplantier Jr. <duplantier@gjtbs.com>; Robert Grass <RGrass@kayescholer.com>; Steven Glickstein <SGlickstein@kayescholer.com>; Sexton, Michael A.; Michael P. Peterson <mpeterson@petersonespino.com>; Spillis, Peter K.; Mashelkar, Shubhra, Rapp, Steve J.; Ehrenreich, Todd
**Cc:** Michael J. Ecuyer <mecuyer@gainsben.com>; Cayce Peterson <cpeterson@lambertandnelson.com>; Skip Lambert <hlambert@lambertandnelson.com>; Gonzalez, Ervin <Ervin@colson.com>; Fred Longer <FLonger@lfsblaw.com>; Lenny Davis <LDAVIS@hhkc.com>
**Subject:** RE: CDW discovery and timeline

Dear Counsel,

Due to an inadvertent error on our part, we have realized that we have not advised all counsel that we are also proceeding with class representatives Karin Vickers, Felix and Jenny Martinez and Jason Santiago. They are named class representatives in the Vickers complaints and were never withdrawn. Ms. Vickers, the Martinezes and Mr. Santiago were qualified under the Harrell settlement, have KPT board in their homes that was delivered by Banner Supply. This is all well documented and these class representatives have answered previous discovery. They will also answer the discovery that was recently served. They will be made available for deposition. If the Banner settlement in the Harrell case is approved, then Ms. Vickers, the Martinezes and Mr. Santiago will only have standing versus Knauf.   Based on the foregoing, our proceeding with Ms. Vickers, the Martinezes, Mr. Santiago, Steven Roberts, and Felix Diaz for the June class certification hearing for the Florida class does not prejudice the defendants, especially in light of the extended deadlines.  Should you have any questions, please do not hesitate to contact us.


Very truly yours,


Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com

---

**From:** Panayotopoulos, Nicholas [mailto:NPanayo@wwhgd.com]
**Sent:** Wednesday, February 09, 2011 2:42 PM
**To:** Dawn Barrios; Ben Grau ; Gary J. Russo ; Gregory O. Currier ; H. Minor Pipes; Kerry Miller; Kevin F. Risley ; Megan Donohue ; Melissa Swabacker ; Paul Thibodeaux ; Richard G. Duplantier Jr. ; Robert Grass; Steven Glickstein; Sexton, Michael A.; Michael P. Peterson ; Spillis, Peter K.; Mashelkar, Shubhra, Rapp, Steve J.;

**Ehrenreich, Todd**
**Cc:** Michael J. Ecuyer; Cayce Peterson; Skip Lambert ; Montoya, Patrick; Gonzalez, Ervin; Fred Longer; Lenny Davis
**Subject:** RE: CDW discovery and timeline

Dawn,

Please note for the rest of the folks on the PSC and in any correspondence to the Court that all Defendants in the class certification matters maintain their standing objection to this rushed schedule considering that (1) PSC has changed the class reps several times recently, as late as last week; (2) we are still waiting on discovery responses from class reps hand picked by the PSC; (3) we have no discovery from the other Plaintiffs on whom written discovery was propounded in 2009 and then again last year; and, (4) dates for inspections and depositions have not yet been firmed up and it is impossible to tell whether the defense experts, our clients, and counsel's schedules will permit us to meet this schedule.  Plaintiffs' refusal to respond to the DSC's discovery, in particular, makes it impossible for Defendants to meaningfully move forward with a class certification hearing, to select appropriate deponents, or to provide sufficient information about the thousands of Plaintiffs to the experts, etc.  I again urge the Plaintiffs to respond to the outstanding discovery (there is no need  to provide any BI information). While we will do our best to meet this schedule based on the Court's mandate that the hearing take place in June, we want the PSC and the Court to be aware that we are not waiving our objections since we believe there is insufficient time to prepare and because we are proceeding without the benefit of discovery responses from the folks that have filed suit.

The only suggestion I have on this schedule, based on the Court-ordered hearing date that is driving all other deadlines, is to move all depositions of fact witnesses (including class reps) to April 15.  This gives us more flexibility to schedule inspections, depos, etc.
Rick Duplantier will email you later regarding the number of fact witnesses that the defendants need to depose.

Please let me know if you have any questions regarding this.

As an aside, I very much appreciate your coordination efforts.

Thanks.

*Nick*
*(404) 832-9540*

---

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Monday, February 07, 2011 6:11 PM
**To:** Ben Grau ; Gary J. Russo ; Gregory O. Currier ; H. Minor Pipes; Kerry Miller ; Kevin F. Risley ; Megan Donohue ; Melissa Swabacker ; Paul Thibodeaux ; Richard G. Duplantier Jr. ; Robert Grass; Steven Glickstein; Sexton, Michael A.; Michael P. Peterson ; Panayotopoulos, Nicholas; Spillis, Peter K.; Mashelkar, Shubhra; Rapp, Steve J.; Ehrenreich, Todd
**Cc:** Michael J. Ecuyer; Cayce Peterson; Skip Lambert ; Patrick Montoya ; Ervin Gonzalez ; Fred Longer; Lenny Davis
**Subject:** CDW discovery and timeline

Counsel,
Thanks so much to all who were able to join the hastily arranged conference call today.  I felt we needed to get moving on the

scheduling order.  We made substantial progress and discussed the following-

1. All discovery propounded by Knauf and by INEX will go to all CRs.
2. Knauf's and INEX's discovery to the CRs will be acceptable to each counsel as discovery propounded by each party without the need to issue discovery.  (Kevin to check with his client.)
3. Mick, Rick, and Paul to discuss the number of total fact witnesses (absent class members) to depose (other than the CRs), and discuss with Plaintiffs by Friday.
4. We are seeking agreement that all parties agree to one inspection protocol.  For the benefit of everyone, I attach the one proposed by INEX. Please let Plaintiffs know by Friday.  We are not agreeing to accept this protocol in light of the fact that we just have a certification hearing and not a trial; we have to discuss with our experts.
5. We will strive to get INEX's discovery answered by Friday, Monday at the latest.
6. We will have another call, if necessary, on Wednesday if the following schedule which apparently was agreed upon by all parties on the call is not acceptable to their co-counsel, clients, etc.
   ~March 1- Plaintiffs and Defendants designate fact witnesses; deadline for joinder of any party.
   ~April 1- Depositions of all Class Reps complete.
   ~April 15- Depositions of all fact witnesses complete.
   ~April 29- Defendants' expert reports due.
   ~May 6- Plaintiffs' experts' depositions complete.
   ~May 13- Defense experts' depositions complete.
   ~May 15- Plaintiffs exhibit list due.  (Although we discussed this, a mid May date on exhibits is too early. I want to move this date until June 15 and add June 15 as a witness exchange deadline as well.  Knauf agrees

*with this.)*
*~May 20- All motions due, including Daubert.*
*~May 25- Defendants' opposition to class cert due.*
*~May 30- Defendant exhibit list due.  (Although we*
*discussed this, a May date is too early.  I want to move*
*this date until June 17 and add June 17 as a witness*
*exchange deadline as well.  Knauf agrees with this.)*
*~June 3- Plaintiffs' reply to class cert due.*
*~June 13- Joint hearing agenda is due. Judge asked to*
*set hearing on all pre-hearing motions this week.*
*~June 15- Plaintiffs' exhibit and witness lists due.*
*~June 17- Defendants' exhibit and witness lists due.*
*~June 20- week of for pre-hearing conference.*
*~June 27-29- Class cert hearing, subject to the Court's*
*calendar.*

Please let me know if I have misrepresented anything in
this email.
I look forward to working with each of you.
d

**Dawn M. Barrios, Esq.**
**Barrios, Kingsdorf & Casteix, LLP**
**Suite 3650**
**701 Poydras Street**
**New Orleans, LA 70139-3650**
**504.524.3300 (phone)**
**504.524-3313 (fax)**
**www.bkc-law.com**

 Please consider the environment before printing this e-mail

The information contained in this message may contain privileged client confidential information. If you
have received this message in error, please delete it and any copies immediately.

Exhibit G

## Eaves, Tammy M.

| | |
|---|---|
| **From:** | Panayotopoulos, Nicholas |
| **Sent:** | Tuesday, February 15, 2011 4:58 PM |
| **To:** | Eaves, Tammy M.; Sexton, Michael A. |
| **Subject:** | Fw: CDW- Cert Hearing |

---

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Tuesday, February 15, 2011 04:54 PM
**To:** 'Risley, Kevin' <KRisley@thompsoncoe.com>; Swabacker, Melissa <mswabacker@dkslaw.com>; H. Minor Pipes <mpipes@barrassousdin.com>; Richard G. Duplantier, Jr. <RDuplantier@gjtbs.com>; kmiller@frilot.com <kmiller@frilot.com>; Sexton, Michael A.; mpeterson@petersonespino.com <mpeterson@petersonespino.com>; Panayotopoulos, Nicholas; pthibodeaux@frilot.com <pthibodeaux@frilot.com>; Spillis, Peter K.; RGrass@kayescholer.com <RGrass@kayescholer.com>; Mashelkar, Shubhra; Rapp, Steve J.; SGlickstein@kayescholer.com <SGlickstein@kayescholer.com>; Ehrenreich, Todd; Benjamin R. Grau <bgrau@gjtbs.com>; grusso@joneswalker.com <grusso@joneswalker.com>; goc@ahhelaw.com <goc@ahhelaw.com>; mdonohue@joneswalker.com <mdonohue@joneswalker.com>
**Cc:** patrick@colson.com <patrick@colson.com>
**Subject:** RE: CDW- Cert Hearing

I was told it was moved until tomorrow at 10:30 AM.  1-877-538-7540; conference room #14014 and pin number #14014

**Dawn M. Barrios, Esq.**
**Barrios, Kingsdorf & Casteix, LLP**
**Suite 3650**
**701 Poydras Street**
**New Orleans, LA 70139-3650**
**504.524.3300 (phone)**
**504.524-3313 (fax)**
**www.bkc-law.com**

 Please consider the environment before printing this e-mail

---

**From:** Risley, Kevin [mailto:KRisley@thompsoncoe.com]
**Sent:** Tuesday, February 15, 2011 3:53 PM
**To:** Swabacker, Melissa; H. Minor Pipes; Dawn Barrios; Richard G. Duplantier, Jr.; kmiller@frilot.com; msexton@wwhgd.com; mpeterson@petersonespino.com; npanayotopoulos@wwhgd.com; pthibodeaux@frilot.com; pspillis@wwhgd.com; RGrass@kayescholer.com; SMashelkar@wwhgd.com; srapp@wwhgd.com; SGlickstein@kayescholer.com; tehrenreich@wwhgd.com; Benjamin R. Grau; grusso@joneswalker.com; goc@ahhelaw.com; mdonohue@joneswalker.com
**Cc:** patrick@colson.com
**Subject:** RE: CDW- Cert Hearing

Waas a call-in number ever provided?


Kevin F. Risley



**Thompson Coe Cousins & Irons, L.L.P.**
**One Riverway | Suite 1600 | Houston, TX 77056**
**Ph: 713.403.8295 | Fax: 713.403.8299**
krisley@thompsoncoe.com
bio | vcard | web

*Celebrating 60 years of service*

**Confidentiality Notice:**  This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law.  Unauthorized review, use, disclosure, or distribution is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original and all copies of the message.  Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

**From:** Swabacker, Melissa [mailto:mswabacker@dkslaw.com]
**Sent:** Tuesday, February 15, 2011 10:58 AM
**To:** H. Minor Pipes; Dawn Barrios; Richard G. Duplantier, Jr.; kmiller@frilot.com; msexton@wwhgd.com; mpeterson@petersonespino.com; npanayotopoulos@wwhgd.com; pthibodeaux@frilot.com; pspillis@wwhgd.com; RGrass@kayescholer.com; SMashelkar@wwhgd.com; srapp@wwhgd.com; SGlickstein@kayescholer.com; tehrenreich@wwhgd.com; Benjamin R. Grau; grusso@joneswalker.com; goc@ahhelaw.com; Risley, Kevin; mdonohue@joneswalker.com
**Cc:** patrick@colson.com
**Subject:** RE: CDW- Cert Hearing

Is a call in number being distributed for this call?

Thanks,

Melissa

| DK&S DEUTSCH, KERRIGAN & STILES | **Melissa M. Swabacker**<br>*Counselor at Law*<br><br>755 Magazine St.<br>New Orleans, LA  70130<br>*Direct* (504) 593-0689<br>*Main* (504) 581-5141<br>*Fax* (504) 566-4022<br><br>www.dkslaw.com |
|---|---|

**From:** H. Minor Pipes [mailto:mpipes@barrassousdin.com]
**Sent:** Tuesday, February 15, 2011 8:00 AM
**To:** Dawn Barrios; Richard G. Duplantier, Jr.; kmiller@frilot.com; msexton@wwhgd.com; mpeterson@petersonespino.com; npanayotopoulos@wwhgd.com; pthibodeaux@frilot.com; pspillis@wwhgd.com; RGrass@kayescholer.com; SMashelkar@wwhgd.com; srapp@wwhgd.com; SGlickstein@kayescholer.com; tehrenreich@wwhgd.com; Benjamin R. Grau; grusso@joneswalker.com; goc@ahhelaw.com;

krisley@thompsoncoe.com; mdonohue@joneswalker.com; Swabacker, Melissa
**Cc:** patrick@colson.com
**Subject:** RE: CDW- Cert Hearing

Works for me.

```
H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras St., Suite 2400
New Orleans, LA 70112
Direct: (504) 589-9726
Fax: (504) 589-9701
Email: mpipes@barrassousdin.com
```

This communication is from a law firm and may be privileged and confidential. It is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, any review, copying, or dissemination of this email and its attachments, in whole or in part, is prohibited. This email is for informational purposes only. The sender's name is not an electronic signature. If you have received the email in error, please notify the sender by reply email immediately and delete the email from your system.

Thank you.

Disclaimer added by **CodeTwo Exchange Rules**
www.codetwo.com

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Monday, February 14, 2011 6:02 PM
**To:** 'Richard G. Duplantier, Jr.'; 'kmiller@frilot.com'; 'msexton@wwhgd.com'; 'mpeterson@petersonespino.com'; 'npanayotopoulos@wwhgd.com'; 'pthibodeaux@frilot.com'; 'pspillis@wwhgd.com'; 'RGrass@kayescholer.com'; 'SMashelkar@wwhgd.com'; 'srapp@wwhgd.com'; 'SGlickstein@kayescholer.com'; 'tehrenreich@wwhgd.com'; Benjamin R. Grau; grusso@joneswalker.com; goc@ahhelaw.com; H. Minor Pipes; 'krisley@thompsoncoe.com'; mdonohue@joneswalker.com; mswabacker@dkslaw.com
**Cc:** 'patrick@colson.com'
**Subject:** RE: CDW- Cert Hearing

There is much more to the scheduling order than the number of fact witness depos.  I will be returning to NO about 3 or 4 tomorrow afternoon.  Can we talk at 4?
d

**Dawn M. Barrios, Esq.**
**Barrios, Kingsdorf & Casteix, LLP**
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524.3313 (fax)
www.bkc-law.com

3/11/2011

 Please consider the environment before printing this e-mail

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Monday, February 14, 2011 5:58 PM
**To:** Dawn Barrios; 'kmiller@frilot.com'; 'msexton@wwhgd.com'; 'mpeterson@petersonespino.com';
'npanayotopoulos@wwhgd.com'; 'pthibodeaux@frilot.com'; 'pspillis@wwhgd.com'; 'RGrass@kayescholer.com';
'SMashelkar@wwhgd.com'; 'srapp@wwhgd.com'; 'SGlickstein@kayescholer.com'; 'tehrenreich@wwhgd.com';
Benjamin R. Grau; 'grusso@joneswalker.com'; 'goc@ahhelaw.com'; 'mpipes@barrassousdin.com';
'krisley@thompsoncoe.com'; 'mdonohue@joneswalker.com'; 'mswabacker@dkslaw.com'
**Cc:** 'patrick@colson.com'
**Subject:** Re: CDW- Cert Hearing

When can you meet? I am happy to try ans work it out but your email sure seemed like there was no
room for compromise on your part.

**From:** Dawn Barrios <DBarrios@bkc-law.com>
**To:** Richard G. Duplantier, Jr.; 'kmiller@frilot.com' <kmiller@frilot.com>; 'msexton@wwhgd.com'
<msexton@wwhgd.com>; 'mpeterson@petersonespino.com' <mpeterson@petersonespino.com>;
'npanayotopoulos@wwhgd.com' <npanayotopoulos@wwhgd.com>; 'pthibodeaux@frilot.com'
<pthibodeaux@frilot.com>; 'pspillis@wwhgd.com' <pspillis@wwhgd.com>; 'RGrass@kayescholer.com'
<RGrass@kayescholer.com>; 'SMashelkar@wwhgd.com' <SMashelkar@wwhgd.com>; 'srapp@wwhgd.com'
<srapp@wwhgd.com>; 'SGlickstein@kayescholer.com' <SGlickstein@kayescholer.com>;
'tehrenreich@wwhgd.com' <tehrenreich@wwhgd.com>; Benjamin R. Grau; 'grusso@joneswalker.com'
<grusso@joneswalker.com>; 'goc@ahhelaw.com' <goc@ahhelaw.com>; 'mpipes@barrassousdin.com'
<mpipes@barrassousdin.com>; 'krisley@thompsoncoe.com' <krisley@thompsoncoe.com>;
'mdonohue@joneswalker.com' <mdonohue@joneswalker.com>; 'mswabacker@dkslaw.com'
<mswabacker@dkslaw.com>
**Cc:** 'patrick@colson.com' <patrick@colson.com>
**Sent:** Mon Feb 14 17:53:14 2011
**Subject:** RE: CDW- Cert Hearing
Will do, but I would like to try to meet and confer on the scheduling order.

**Dawn M. Barrios, Esq.**
**Barrios, Kingsdorf & Casteix, LLP**
**Suite 3650**
**701 Poydras Street**
**New Orleans, LA 70139-3650**
**504.524.3300 (phone)**
**504.524-3313 (fax)**
**www.bkc-law.com**

 Please consider the environment before printing this e-mail

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Monday, February 14, 2011 5:52 PM
**To:** Dawn Barrios; 'kmiller@frilot.com'; 'msexton@wwhgd.com'; 'mpeterson@petersonespino.com';

'npanayotopoulos@wwhgd.com'; 'pthibodeaux@frilot.com'; 'pspillis@wwhgd.com'; 'RGrass@kayescholer.com';
'SMashelkar@wwhgd.com'; 'srapp@wwhgd.com'; 'SGlickstein@kayescholer.com'; 'tehrenreich@wwhgd.com';
Benjamin R. Grau; 'grusso@joneswalker.com'; 'goc@ahhelaw.com'; 'mpipes@barrassousdin.com';
'krisley@thompsoncoe.com'; 'mdonohue@joneswalker.com'; 'mswabacker@dkslaw.com'
**Cc:** 'patrick@colson.com'
**Subject:** Re: CDW- Cert Hearing


Dawn -

Please set a meeting with Judge Fallon to discuss the impasse.

I am available tomorrow, but no matter what we discuss we still need to meet with Judge Fallon to
resolve these issues.

Thanks

Rick

---

**From:** Dawn Barrios <DBarrios@bkc-law.com>
**To:** Kerry Miller <kmiller@frilot.com>; Michael A. Sexton <msexton@wwhgd.com>; Michael P. Peterson
<mpeterson@petersonespino.com>; Nicholas P. Panayotopoulos <npanayotopoulos@wwhgd.com>; Paul
Thibodeaux <pthibodeaux@frilot.com>; Peter K. Spillis <pspillis@wwhgd.com>; Robert Grass
<RGrass@kayescholer.com>; Shubhra Mashelkar <SMashelkar@wwhgd.com>; Stephen J. Rapp
<srapp@wwhgd.com>; Steven Glickstein <SGlickstein@kayescholer.com>; Todd Ehrenreich
<tehrenreich@wwhgd.com>; Benjamin R. Grau; Gary J. Russo <grusso@joneswalker.com>; Gregory O. Currier
<goc@ahhelaw.com>; H. Minor Pipes <mpipes@barrassousdin.com>; Kevin F. Risley
<krisley@thompsoncoe.com>; Megan Donohue <mdonohue@joneswalker.com>; Melissa Swabacker
<mswabacker@dkslaw.com>; Richard G. Duplantier, Jr.
**Cc:** Patrick Montoya <patrick@colson.com>
**Sent:** Mon Feb 14 17:47:50 2011
**Subject:** CDW- Cert Hearing
Counsel,
I have heard barely anything about the scheduling order we discussed and I circulated last week.  My
understanding was that LA defense was to make changes it felt necessary due to problems with the inspections
for us to discuss.  Please circulate.

I am not going to agree to 6 depos of absent class members per class in addition to the CR depos.  The standing
order states 10 total, including the CRs.  I will agree to 2 per class.

I am available to talk tomorrow afternoon about 3 CT.  Is that convenient for all?

d

**Dawn M. Barrios, Esq.**
**Barrios, Kingsdorf & Casteix, LLP**
**Suite 3650**
**701 Poydras Street**
**New Orleans, LA 70139-3650**
**504.524.3300 (phone)**

**504.524-3313 (fax)**
**www.bkc-law.com**

 Please consider the environment before printing this e-mail

Sincerely,



**Richard G. Duplantier, Jr. , Director**
**Phone: 504-525-6802 | Cell: 504-616-5304 | Fax: 504-525-2456**
**One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139**
**Email: RDuplantier@gjtbs.com**

**Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa**

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION
The information contained in this email and any attachments hereto may be
confidential and/or legally privileged. It has been sent for the sole use
of the intended recipient(s). If the reader of this message is not an
intended recipient, you are hereby notified that any unauthorized review,
use, disclosure, dissemination, distribution, or copying of this
communication, or any of its contents, is strictly prohibited.
If you have received this communication in error, please contact
the sender by reply email and destroy all copies of the original message.