UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 |
| | | SECTION L |
| * * * * * * * * * * * * * * * * * * | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAG. JUDGE WILKINSON |
| Silva, et al. v. Interior Exterior EDLA  09-8030 | * | |

### INTERIOR EXTERIOR'S
### THIRD PARTY DEMAND AGAINST KNAUF

**NOW INTO COURT**, through undersigned counsel, comes Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior"), who asserts the following third-party demand:

1.

Interior Exterior are defendants in this matter.

2.

Made Third-Party Defendants are:  Gebruder Knauf Verwaltungsgesellschaft KG ("GKV"); Knauf Gips KG; Knauf International GmbH ("Knauf International"); Knauf Insulation GMBH a/k/a Knauf USA ("Knauf USA"); and Knauf Plasterboard Tianjin Co., Ltd. ("Knauf Tianjin" or "KPT"); and Knauf Plasterboard Wuhu Co., Ltd. ("Knauf Wuhu").

01801395.DOC

3.

Gebruder Knauf Verwaltungsgesellschaft KG ("GKV"), a German Corporation, and upon information and belief is the parent company and alter ego of Knauf International GmbH, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf Insulation GMBH a/k/a Knauf USA, Knauf Gips KG and the Knauf Group which is doing business in the Gulf South, including Texas, Louisiana, Mississippi, and Alabama.  GKV is a holding company owned and controlled by the Knauf family members.  It is further believed that GKV directs, controls, and manages Knauf International GmbH, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf Insulation GMBH a/k/a Knauf USA, Knauf Gips KG and the Knauf Group.

4.

Knauf Gips KG, a German Corporation, and upon information and belief is the parent company and alter ego of Knauf International GmbH, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf Insulation GMBH a/k/a Knauf USA, Gebruder Knauf Verwaltungsgesellschaft KG, and The Knauf Group which is doing business in the Gulf South, including Texas, Louisiana, Mississippi, and Alabama. It is further believed that Knauf Gips supervised, operated, trained, and exercised control of the operations and employees of Knauf International GmbH, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., and Knauf Insulation GMBH a/k/a Knauf USA by manufacturing, selling, marketing, and placing their drywall in the stream of commerce with the expectation that their drywall would be purchased and installed in properties located in the Gulf South, including Texas, Louisiana, Mississippi, and Alabama.

5.

Knauf International GmbH ("Knauf International"), a German Corporation, and upon information and belief is the parent company of Knauf Plasterboard Tianjin Co., Ltd. and Knauf Plasterboard Wuhu Co., Ltd.  It also believed that Knauf International is a holding company for GKV and the Knauf Group.  It is furthered believed that Knauf International is the actual and/or apparent agent and/or the alter ego of Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf Insulation GMBH a/k/a Knauf USA, GKV and The Knauf Group, and is doing business in the Gulf South, including Texas, Louisiana, Mississippi, and Alabama.

6.

Knauf Insulation GMBH a/k/a Knauf USA ("Knauf USA"), a German corporation domiciled in the state of Indiana, and upon information and belief is the actual and/or apparent agent of Knauf Gips KG, Knauf International GmbH, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Gebruder Knauf Verwaltungsgesellschaft KG, and The Knauf Group, by assisting, promoting, distributing, marketing, importing, and selling Knauf Gips KG's, Knauf International GmbH's, Knauf Plasterboard Tianjin Co., Ltd.'s, Knauf Plasterboard Wuhu Co., Ltd.'s, Gebruder Knauf Verwaltungsgesellschaft KG's, and The Knauf Group's drywall to Interior Exterior.

7.

Knauf Plasterboard Tianjin Co., Ltd. ("Knauf Tianjin" or "KPT") is a Chinese company doing business in the Gulf South, including Texas, Louisiana, Mississippi, and Alabama.  Upon information and belief Knauf Tianjin is the actual and/or apparent agent and/or alter ego of Knauf Gips KG, Knauf International GmbH, Knauf Plasterboard Wuho Co., Ltd., Gebruder Knauf Verwaltungsgesellschaft KG, and The Knauf Group, by manufacturing, selling, distributing,

marketing and placing into the stream of commerce its drywall with the expectation that it drywall would be purchased and installed in properties located in the Gulf South, including Texas, Louisiana, Mississippi, and Alabama.

8.

Knauf Plasterboard Wuhu Co., Ltd. ("Knauf Wuhu") is a Chinese company doing business in the Gulf South, including Texas, Louisiana, Mississippi, and Alabama.  Upon information and belief Knauf Wuhu is the actual and/or apparent agent and/or alter ego of Knauf Gips KG, Knauf International GmbH, Knauf Plasterboard Tianjin Co., Ltd., Knauf USA, Gebruder Knauf Verwaltungsgesellschaft KG, and The Knauf Group, by manufacturing, selling, distributing, marketing and placing into the stream of commerce its drywall with the expectation that it drywall would be purchased and installed in properties located in the Gulf South, including Texas, Louisiana, Mississippi, and Alabama.

9.

Upon information and belief Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, all act and assert themselves as The Knauf Group.  It is further believed that  Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA as the Knauf Group are exclusively controlled by the Knauf family members.  It is further believed that Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, and the Knauf Group wholly, consistently, and systematically disregard any corporate formalities and legal identities.

10.

Plaintiffs claim that Interior Exterior sold defective drywall. Upon information and belief the drywall at issue was manufactured in China by Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group (collectively known as "the Knauf Companies" and/or "the Drywall Manufacturers").

11.

If it is proven that the drywall sold by Interior Exterior and purchased by plaintiffs is defective, then the entities responsible and liable for plaintiffs' damages are Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group.

12.

From late-2005 to mid-2006, Interior Exterior purchased drywall that was manufactured in China by Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group. The availability and suitability of that drywall was promoted and marketed by Knauf USA, and the sales of that product were initiated, arranged, managed and facilitated by Knauf USA.

13.

In late-2005, on information and belief, Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group, recognized that there was a significant shortage of drywall in the United States. That is, demand for the product following Hurricane Katrina and other such disasters far exceeded domestic supply. Recognizing the

opportunity to substantially increase their market share and sell a considerable amount of drywall to American companies, for use by American consumers, Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group set out on a campaign to sell their drywall products to American drywall suppliers, including Interior Exterior.

14.

As part of that campaign, in late-2005 Knauf USA approached Interior Exterior about the prospect of buying Knauf drywall.  In taking that action, Knauf USA was acting on its own behalf for its own benefit, and also as the agent and for the benefit of Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group.

15.

Knauf USA informed Interior Exterior that it was manufacturing drywall in China, which it could make available for purchase by Interior Exterior. Additionally, Knauf USA provided Interior Exterior with a rate sheet that set forth the prices for its various products including the allegedly defective Chinese drywall.  That rate sheet was transmitted from Knauf USA through Knauf USA's local sales representative to Interior Exterior.

16.

Following Interior Exterior's initial purchases of Knauf product, Knauf USA continued to act as an agent for and representative of the Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., as The Knauf Group, by engaging in communications with Interior Exterior about purchasing additional drywall product manufactured at its Chinese plant.

6

17.

At no time during its marketing and sales efforts did Knauf USA draw any distinction between itself, Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., and Knauf Plasterboard Wuhu Co., Ltd. It did not because, on information and belief, it was acting both for its own benefit and as the agent and for the benefit of Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., and The Knauf Group. At all times material, Knauf USA presented itself as representing, speaking for, aligned with and part of Knauf companies and was the actual and/or apparent agent of the Knauf Companies and the Knauf Group.

18.

Throughout the series of events set forth above, the Knauf Companies and the Knauf Group acted to manifest Knauf USA's authority as its agent, and Interior Exterior relied on that manifestation of authority.

19.

Upon information and belief, but for Knauf USA's efforts to market and sell Knauf drywall to Interior Exterior, those purchases would likely not have occurred.

20.

If Interior Exterior is liable to plaintiffs for the sale of defective drywall, then Interior Exterior contends that Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group knew or should have known that their drywall presented an unreasonable risk of harm to consumers.

21.

If Interior Exterior is liable to plaintiffs for the sale of defective drywall, then Interior Exterior contends that Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group breached their contract with Interior Exterior by selling a product that was defective and dangerous.

22.

If Interior Exterior is liable to plaintiffs for the sale of defective drywall, then Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group are liable to it for the defective design and defective manufacturing of the product, as well as for failing to adequately warn of the defects associated with that product.

23.

If Interior Exterior is liable to plaintiffs for the sale of defective drywall, then Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group are liable to it because they breached their duty to supply truthful information about the drywall they was promoting and about its capacity to manufacture and sell a product that was safe. Interior Exterior justifiably relied on Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd.'s, Knauf USA, as The Knauf Group to fulfill their duty and sustained damages as a result of Gebruder Knauf Verwaltungsgesellschaft KG's, Knauf International GmbH's, Knauf Gips

KG's, Knauf Plasterboard Tianjin Co., Ltd.'s, Knauf Plasterboard Wuhu Co., Ltd.'s, Knauf USA's, as The Knauf Group's breach of that duty.

24.

If it is proven that the drywall sold by Interior Exterior and purchased by plaintiff is defective, then the entities responsible and liable for plaintiffs' damages are Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group.

25.

More specifically, Interior Exterior contends that Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group are liable to it because the product manufactured by the Knauf Companies and allegedly sold by Interior Exterior contained redhibitory defects, and that the Knauf Companies breached express and implied warranties, and violated the Louisiana Products Liability Act, Texas Products Liability Act, Mississippi Products Liability Act, Alabama Products Liability Act and the U.S. Products Liability Act by defective design, manufacture, warranties and warnings.

26.

If Interior Exterior is liable to plaintiffs for the sale of Gebruder Knauf Verwaltungsgesellschaft KG's, Knauf International GmbH's, Knauf Gips KG's, Knauf Plasterboard Tianjin Co., Ltd.'s, Knauf Plasterboard Wuhu Co., Ltd.'s, Knauf USA's, as The Knauf Group's allegedly defective drywall, then Interior Exterior contends that Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard

9

Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group knew or should have known that its drywall presented an unreasonable risk of harm to consumers.

27.

If Interior Exterior is liable to plaintiffs for the sale of the Gebruder Knauf Verwaltungsgesellschaft KG's, Knauf International GmbH's, Knauf Gips KG's, Knauf Plasterboard Tianjin Co., Ltd.'s, Knauf Plasterboard Wuhu Co., Ltd.'s, Knauf USA's, as The Knauf Group's allegedly defective drywall, then Interior Exterior contends that Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group breached their contract with Interior Exterior by selling a product that was defective and dangerous.

28.

If Interior Exterior is liable to plaintiffs for the sale of the Gebruder Knauf Verwaltungsgesellschaft KG's, Knauf International GmbH's, Knauf Gips KG's, Knauf Plasterboard Tianjin Co., Ltd.'s, Knauf Plasterboard Wuhu Co., Ltd.'s, Knauf USA's, as The Knauf Group's allegedly defective drywall, then Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group are liable to it for the defective design and defective manufacturing of the product, as well as for failing to adequately warn of the defects associated with that product.

29.

If Interior Exterior is liable to plaintiffs for the sale of the Gebruder Knauf Verwaltungsgesellschaft KG's, Knauf International GmbH's, Knauf Gips KG's, Knauf Plasterboard Tianjin Co., Ltd.'s, Knauf Plasterboard Wuhu Co., Ltd.'s, and Knauf USA's allegedly defective

drywall, then Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group are liable to it because they breached their duty to supply truthful information about the drywall they manufactured and sold.

30.

If Interior Exterior is liable to plaintiffs for the sale of Gebruder Knauf Verwaltungsgesellschaft KG's, Knauf International GmbH's, Knauf Gips KG's, Knauf Plasterboard Tianjin Co., Ltd.'s, Knauf Plasterboard Wuhu Co., Ltd.'s, and Knauf USA's allegedly defective drywall, then Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group are liable to it because they breached their contract with Interior Exterior.

31.

If Interior Exterior is liable to plaintiffs for the sale of the Knauf Companies's, the Knauf Group's and Knauf USA's allegedly defective drywall, then Gebruder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard Wuhu Co., Ltd., Knauf USA, as The Knauf Group are liable to it because they misrepresented their product because they represented that their product conformed to ASTM standards and was safe.

32.

Interior Exterior would not have purchased the Gebruder Knauf Verwaltungsgesellschaft KG's, Knauf International GmbH's, Knauf Gips KG's, Knauf Plasterboard Tianjin Co., Ltd.'s, Knauf Plasterboard Wuhu Co., Ltd.'s, and Knauf USA's allegedly defective drywall had it known that the product was defective and/or not fit for its intended use.

33.

On information and belief, Knauf Plasterboard Tianjin Co., Ltd. and Knauf USA are the alter egos of Knauf Gips KG, Knauf International GmbH, and Gebruder Knauf Verwaltungsgesellschaft KG, all collectively known without distinction from each other as the Knauf Group, and therefore Knauf Gips KG, Knauf International GmbH, and Gebruder Knauf Verwaltungsgesellschaft KG are legally responsible for those companies' acts and omissions.

34.

Knauf Plasterboard Tianjin Co., Ltd. and Knauf USA acted with the approval and apparent authority of Knauf Gips KG, Knauf International GmbH, and Gebruder Knauf Verwaltungsgesellschaft KG, all collectively known without distinction from each other as the Knauf Group, and therefore Knauf Gips KG, Knauf International GmbH, and Gebruder Knauf Verwaltungsgesellschaft KG are legally responsible for those companies' acts and omissions.

**Jury Demand**

Third Party Plaintiffs pray for trial by jury.

WHEREFORE, Interior Exterior prays that after due proceedings are had, there be judgment in its favor and against Gebruder Knauf Verwaltungsgesellschaft KG; Knauf Gips KG; Knauf International GmbH; Knauf Insulation GMBH a/k/a Knauf USA ("Knauf USA"); Knauf Plasterboard Tianjin Co., Ltd.; and Knauf Plasterboard Wuhu Co., Ltd., and The Knauf Group for

an amount reasonable in the premises, for the cost of these proceedings and for all general and equitable relief.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
_____
Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:   (504) 525-2456
rduplantier@gjtbs.com;
jhassinger@gjtbs.com
ceiselen@gjtbs.com;
jgreen@gjtbs.com
*Counsel for Defendant, Interior Exterior*

## Certificate of Service

      The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 11th day of March, 2011.

*Richard G. Duplantier, Jr.   /s/*
_____
RICHARD G. DUPLANTIER, JR.

**Service Instructions:**

**Knauf Plasterboard Tianjin Co., Ltd**.
Through its Attorney of Record:
Kerry Miller
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

**1) Knauf Insulation GMBH**
**a/k/a Knauf USA**

Its Agent for Service is:
Robert H. Claxton
One Knauf Drive
Shelbyville, IN 46176

**2) Knauf Gips KG**
Postfach 10
D-97343 Iphofen, Germany

**3) Knauf International GmbH**
Postfach 10
D-97343 Iphofen, Germany

**4) Gebruder Knauf Verwaltungsgesellschaft KG**
Postfach 10
D-97343 Iphofen, Germany

**5) The Knauf Group**
Through Knauf Gips, Knauf International,
Postfach 10
D-97343 Iphofen, Germany