UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| *Silva, et al. v. Interior Exterior Building Supply, LP et al.*, Civ. Action No. 09-08030 (E.D.La.) | MAG. JUDGE WILKINSON |
| *Silva et al v. Arch Insurance Company, et al.*, Civ. Action No. 09-08034 (E.D.La.) | |

**PLAINTIFFS' SUBSTITUTED MOTION FOR CLASS CERTIFICATION OF A LOUISIANA HOMEOWNER CLASS FOR DAMAGES AND DECLARATORY RELIEF**

Plaintiffs Dean and Dawn Amato, Byron and Debra Byrne, Donald and Marcelyn Puig and Edward and Susan Beckendorf (hereafter 'Plaintiffs"),[1] on behalf of themselves and all others similarly situated, move that the proposed class set out below be certified pursuant to Fed. R. Civ. P. 23(b)(3) and Fed. R. Civ. P. 23(b)(2). The class is defined as follows:

> All owners of residential real properties in the state of Louisiana containing Chinese manufactured drywall sold or distributed by Interior Exterior Building Supply LP from January 1, 2005 to December 31, 2008, who have not released or assigned their property damage claims to a third party.

---

[1] Because Mr. Stephen Silva is now involved in the Knauf Demonstration Remediation Program, he is no longer participating as a class representative in these proceedings. Therefore, Plaintiffs have filed a Second Amended Motion to Intervene [document # 7734], which seeks to intervene the Amatos, Byrnes, Puigs, and Beckendorfs as class representatives in place of Mr. Silva. Assuming that motion is granted, the intervening plaintiffs intend to represent the interests of the absent class members in the *Silva* proceedings.

The proposed class seeks class-wide property damages on their claims against Interior Exterior and declaratory relief from insurance coverage on other claims against Arch Insurance Company, RSUI, North River Insurance Company, Fireman's Fund Insurance Company, and Liberty Mutual Insurance Company.

Pursuant to Fed. R. Civ. P. 23(d) and (g), Plaintiffs asks that they be appointed as class representatives for the class, and that Russ Herman, of Herman, Herman, Katz & Cotlar, LLP; and Gerald Meunier, of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, be appointed as class counsel.

Reasons in support of the motion are set forth in the Memorandum in Support of Plaintiffs' Substituted Motion for Certification of a Louisiana Homeowner Class For Damages and Declaratory Relief, the Proposed Trial Plan and declarations filed simultaneously with this Motion.  A Proposed Order is filed with this Motion.

Dated: February 28, 2011               Respectfully submitted,

/s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel MDL 2047*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**PROPOSED OF COUNSEL TO CLASS**

**PLAINTIFFS' STEERING COMMITTEE**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

                                      Richard J. Serpe, Esquire
                                      Law Offices of Richard J. Serpe
                                      Crown Center, Ste. 310
                                      580 East Main Street
                                      Norfolk, VA 23510-2322
                                      rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis | Jeremy W. Alters |
| HAUSFELD LLP | Alters Law Firm, P.A. |
| 1700 K Street, N.W Suite  650 | 4141 N.E. 2nd Avenue |
| Washington, DC 20006 | Suite 201 |
| Phone: (202) 540-7200 | Miami, FL 33137 |
| Fax:  (202) 540-7201 | Phone: (305) 571-8550 |
| rlewis@hausfeldllp.com | Fax: (305) 571-8559 |
| | jeremy@alterslaw.com |
| | |
| | Andrew A. Lemmon |
| | Lemmon Law Firm, LLC |
| | P.O. Box 904 |
| | 15058 River Road |
| | Hahnville, LA 70057 |
| | Phone: (985) 783-6789 |
| | Fax: (985) 783-1333 |
| | andrew@lemmonlawfirm.com |