# EXHIBIT 1
# INTERIOR EXTERIOR
# SALES RECORDS
# (30 PLUS EXAMPLES)



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO |
|---|---|---|
| 000000 | 02/17/06 | 575032-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/13/06 | SREVICE UNLIMITED | 1 |

CUST #     4969

SHIP TO:  RICHLAND SUBDIVISION
1744 ASHLAND AVE.
CONTACT: MONTE 933-3013
BATON ROUGE, LA

REMIT TO:     P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:     INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO   CASH SALES RES. BATON ROUGE

NEW ORLEANS, LA 70178

BATON ROUGE, LA

| INSTRUCTIONS | | TERMS |
|---|---|---|
| SRK | | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 02/16/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ********** We are NOT responsible for overages ************* Material can ONLY be accepted back for return after our salesman has inspected it and determines it to be in resale condition. ALL wallboard MUST be in PRISTINE condition in order for return and credit. Also, please note that a quote is ONLY an estimate of material needed. There are NO definitive quantities to a wallboard quote. Non stock items cannot be exchanged, refunded, nor returned. *******THERE IS A 20% RE-STOCK CHARGE ON ALL RETURNS******** ********************************************** DIRECTIONS: GO DOWN PLANK ROAD TO PRIDE RD/ PORT HUDSON ROAD TURN LEFT ON PORT HUDSON ROAD. SUBDIVISON IS 2ND ONE ON RIGHT. WHEN YOU TURN IN SUB. TAKE THE FIRST LEFT(ASHLAND AVE) ..HOUSE WILL BE ON LFT SIDE. | | | | | | | |
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK | 200 48SF/PC | 0 | 200 | PC | 310.00 | MSF | 2976.00 |
| 1 | Lines Total | Qty Shipped Total | | 200 | | | Total Taxes Downpayment Invoice Total | 2976.00 267.84 3243.84 0.00 |

Cash Discount    0.00  If Paid By 02/17/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT22142



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/28/06 | 576046-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/20/06 | JUDE | 1 |

CUST # 1359

SHIP TO: SHADOW LAKE
LOT 184
17512 MARTIN LAKE
BATON ROUGE, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: STATE LUMBER & SUPPLY CO., INC
2646 HIGHLAND ROAD

BATON ROUGE, LA 70802

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/27/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 184 | 0 | 184 | PC | 266.00 | MSF | 2349.31 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC |  |  |  |  |  |  |  |
| 2 | 4812R | 48 | 0 | 48 | PC | 266.00 | MSF | 408.58 |
|  | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC |  |  |  |  |  |  |  |
| 3 | 4812MR | 16 | 0 | 16 | PC | 330.00 | MSF | 168.96 |
|  | 4' X 8' X 1/2" M/R GYP. BD. 32 SF |  |  |  |  |  |  |  |
| 3 | Lines Total | Qty Shipped Total |  | 248 |  |  |  |  |

Total 2926.85
HANDLING 78.00
Invoice Total 3004.85

Cash Discount    29.27  If Paid By 04/26/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT17663



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS · MANDEVILLE
BATON ROUGE · BIRMINGHAM
MOBILE · GULFPORT · HOUSTON
FOLEY · LAFAYETTE · LONGVIEW
TUSCALOOSA · SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/17/06 | 575009-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/10/06 | 57554123 | 1 |

CUST.#  6719

SHIP TO: STORE0357
BUQUOI CONSTRUCTION
LOT 68 CROSSGATE SUBDVISION
BATON ROUGE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: THE HOME DEPOT
AP #65634 - DEPT. 22 PAYABLES
P.O. BOX 105381
ATLANTA, GA 30348-5381

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MIS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 02/16/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 250 | 0 | 250 | PC | 266.00 | MSF | 3192.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK | 48SF/PC | | | | | | |
| 2 | 4812MR | 8 | 0 | 8 | PC | 330.00 | MSF | 84.48 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

| 2 Lines Total | Qty Shipped Total | 258 | | Total | 3276.48 |
|---|---|---|---|---|---|
| | | | | Invoice Total | 3276.48 |

Cash Discount    32.76  If Paid By 03/18/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT24994



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/22/06 | 575717-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/07/06 | BRUSLY OAKS 61 | 1 |

CUST # 4164

SHIP TO: BRUSLY OAKS
LOT 61

BRUSLY, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  E. JACOB CONSTRUCTION CO. INC
11838 RICHCROFT DR

BATON ROUGE, LA 70814

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 03/21/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 210 | 0 | 210 | PC | 295.00 | MSF | 2973.60 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 12 | 0 | 12 | PC | 370.00 | MSF | 142.08 |
|   | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 222 | | | | |

Total       3115.68
Taxes        280.41
Invoice Total 3396.09

Cash Discount    31.16  If Paid By 04/20/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT21121



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/04/06 | 576255-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/27/06 | BAYOU VIEW LOT 52 | 1 |

CUST.#:        2845

SHIP TO:  BAYOU VIEW
LOT 52
39085 PIROGUE AVE
GONZALES,

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  SUNRISE CONST. & DEV. LLC
62250 WEST END BLVD            NEW ORLEANS, LA 70178

SLIDELL, LA 70461

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 04/04/06 |

| LINE NO | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ***GOLDBOND ONLY*** | | | | | | | |
| | MUST BE ON DUNAGE AND WRAP WITH PLASTIC | | | | | | | |
| 1 | 41212R | 123 | 0 | 123 | PC | 295.00 | MSF | 1741.68 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 41212HSCB | 50 | 0 | 50 | PC | 320.00 | MSF | 768.00 |
| | 4' X 12' X 1/2" HIGH STR CEILING BOARD 48SF | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 173 | | | Total | 2509.68 |
| | | | | | | | Taxes | 213.33 |
| | | | | | | | Invoice Total | 2723.01 |

Cash Discount        25.10  If Paid By 05/03/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19566



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/08/06 | 577139-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/25/06 | 17542 LAKE MARTIN | 1 |

CUST #   1359

SHIP TO   17542 LAKE MARTIN
LOT 187
BRAD DUNCAN
BATON ROUGE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO   STATE LUMBER & SUPPLY CO., INC
2646 HIGHLAND ROAD

BATON ROUGE, LA 70802

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 05/05/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | PUT 4 PCS OF MR AND ALL 4812R UPSTAIRS | | | | | | | |
| 1 | 41212R | 154 | 0 | 154 | PC | 296.00 | MSF | 2188.03 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812R | 108 | 108 | 0 | PC | 296.00 | MSF | 0.00 |
| | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |
| 3 | 4812XP | 12 | 12 | 0 | PC | 365.00 | MSF | 0.00 |
| | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |
| 3 | Lines Total | Qty Shipped Total | | 154 | | Total | | 2188.03 |
| | | | | | | HANDLING | | 168.00 |
| | | | | | | Invoice Total | | 2356.03 |

Cash Discount   21.88  If Paid By 06/06/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT17666



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/12/06 | 575675-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/07/06 | 11232817 | 1 |

CUST #   299

SHIP TO:  LOWES CO #461
JIM WALTER HOME/DARRELL DAVIS
32790 BOWIE ST
WHITE CASTLE, LA 70714

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  LOWES COMPANIES/LOWE'S CPT
ATTN VENDOR INVOICE PAYMENT
P O BOX 1765
N. WILKESBORO, NC 28659

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MIS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 05/11/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ****************************** SEAN WILL FAX DIRECTIONS ****************************** | | | | | | | |
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 72 | 0 | 72 | PC | 266.00 | MSF | 919.30 |
| 2 | 4812MR 4' X 8' X 1/2" M/R GYP. BD. 32 SF | 6 | 0 | 6 | PC | 330.00 | MSF | 63.36 |
| 3 | 41258FC 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | 27 | 0 | 27 | PC | 310.00 | MSF | 401.76 |
| 3 | Lines Total | Qty Shipped Total | | 105 | | Total Invoice Total | | 1384.42 1384.42 |

Cash Discount      13.84  If Paid By 06/10/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19843

08/12/2009 05:00 FAX  2256877271          SHINTECH LA PRODUCTION                    ☑003/004



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY  •  LAFAYETTE

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 12/06/06 | 583468-00 |
| PO DATE | P.O. NO. | PAGE # |
| 11/29/06 | 3123 RIVER LANDING DR. | 1 |

CUST.#:          9116

SHIP TO:   3123 RIVER LANDING DR.
LOT 33
CONTACT: CORY 268-2841
ADDIS, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   STONE SHEETROCK COMPANY
13764 DUMAINE AVE.

BATON ROUGE, LA 70810

| INSTRUCTIONS | | TERMS |
|---|---|---|
| TKC | | 1% 29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 12/05/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ***************************************************** | | | | | | | |
| | ***************************************************** | | | | | | | |
| | STOCKING NOTES: | | | | | | | |
| | | DOWNSTAIRS | UPSTAIRS | BONUS ROOM | GARAGE | | | |
| | 4x12x1/2R | 189 PCS | 39 PCS | XXXXXXXXXX | 38 PCS | | | |
| | 4x8x1/2R | XXXXXXX | XXXXXX | 66 PCS | XXXXXX | | | |
| | 4x8x1/2MR | 10 PCS | 4 PCS | XXXXXXXXXX | XXXXXX | | | |
| | 4x8x1/4R | 17 PCS | XXXXXX | XXXXXXXXXX | XXXXXX | | | |
| | 4x12x5/8FC | XXXXXXX | XXXXXX | XXXXXXXXXX | 12 PCS | | | |
| | BOOM BOARD UPSTAIRS!!!! | | | | | | | |
| | PLACE 8' BOARD FOR BONUS ROOM NEAR STAIRS - DO NOT WALK-UP! | | | | | | | |
| | ***************************************************** | | | | | | | |
| | DIRECTIONS: | | | | | | | |
| | - TAKE NEW BRIDGE TO HWY 1 TOWARDS PLAQUEMINE | | | | | | | |
| | - GO THROUGH BRUSLY, AND AS SOON AS YOU GET INTO ADDIS, | | | | | | | |
| | YOU WILL SEE SUGARMILL SUBDIVISION ON YOU RIGHT | | | | | | | |
| | - ACROSS FROM THAT IS BENEDETTO'S GROCERY STORE. | | | | | | | |
| | - TURN LEFT RIGHT AFTER BENEDETTO'S (RIVER'S EDGE DR.) | | | | | | | |
| | - GO STRAIGHT TO LEVEE AND TURN LEFT ONTO RIVER CROSSING | | | | | | | |
| | - GO TO END AND TURN RIGHT (RIVER LANDING DR.) | | | | | | | |
| | - 3123 IS THE FIFTH HOUSE FROM THE CORNER ON YOUR RIGHT | | | | | | | |
| | - YELLOW STUCCO HOUSE WITH WOOD DOORS AND WINDOWS | | | | | | | |
| 1 | 41212R | 266 | 0 | 266 | PC | 305.00 | MSF | 3894.24 |
| | 4" X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812R | 66 | 0 | 66 | PC | 305.00 | MSF | 644.16 |
| | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |
| 3 | 4812MR | 14 | 0 | 14 | PC | 370.00 | MSF | 165.76 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 4 | 4814R | 17 | 0 | 17 | PC | 305.00 | MSF | 165.92 |
| | 4' X 8' X 1/4" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |
| 5 | 41258FC | 12 | 0 | 12 | PC | 380.00 | MSF | 218.88 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |

Cash Discount          52.97  If Paid By 01/04/07

Continued

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

KittsC&M00007

08/12/2009 05:00 FAX   2256877271          SHINTECH LA PRODUCTION                    004/004



**TERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY  •  LAFAYETTE

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 12/06/06 | 583468-00 |
| PO DATE | P.O. NO. | PAGE # |
| 11/29/06 | 3123 RIVER LANDING DR. | 2 |

9116

3123 RIVER LANDING DR.
LOT 33
CONTACT: CORY 268-2841
ADDIS, LA

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

STONE SHEETROCK COMPANY
13764 DUMAINE AVE.

                     NEW ORLEANS, LA 70178

BATON ROUGE, LA 70810

| INSTRUCTIONS | TERMS |
|---|---|
| TKC | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 12/05/06 |

| PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| JT114 1/4" COARSE THREAD SCREWS 8000/CS | 2 | 0 | 2 | CS | 50.00 | CS | 100.00 |
| JN138 3/8" DRYWALL NAILS 50 LB/CS | 2 | 0 | 2 | CS | 54.00 | CS | 108.00 |
| Lines Total | Qty Shipped Total | | 379 | | | Total | 5296.96 |
| | | | | | | Taxes | 476.73 |
| | | | | | | Invoice Total | 5773.69 |

Cash Discount        52.97  If Paid By 01/04/07

KlttsC&M00008



INTERIOR / EXTERIOR

**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. | |
|---|---|---|---|
| 000000 | 03/28/06 | 575879-00 | |
| PO DATE | P.O. NO. | | PAGE # |
| 03/14/06 | 9193 | | 1 |

CUST.#     5169

SHIP TO:   MNB
LOT 16
SUMMERWOOD
BATON ROUGE, LA

**REMIT TO:**    P.O. BOX 4002
        NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
        P. O. BOX 4002

BILL TO:   PARISH HOME CENTER
P O BOX 367

ZACHARY, LA 70791

        NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MIS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL./OUR TRCK | 03/27/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 180 | 0 | 180 | PC | 266.00 | MSF | 2298.24 |
| 1 | Lines Total | Qty Shipped Total | | 180 | | | Total<br>Invoice Total | 2298.24<br>2298.24 |

Cash Discount      22.98   If Paid By 04/26/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT22704

Dec 03 09 10:19a     Stuart Clouatre                    225-644-6270              p.2



INTERIOR EXTERIOR

BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1986

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# ACKNOWLEDGEMENT

| TAKEN BY | ACK DATE | ORDER NO |
|---|---|---|
| JHM | 10/24/06 | 582524-00 |
| | P.O. NO. | PAGE # |
| 4647 HYACINTH AVE | | 1 |
| SALES INITIALS | 109 | |

CUST #:        9102

SHIP TO:  4647 HYACINTH AVE
SEE MAP
CONTACT >> JAY 266-3156
BATON ROUGE, LA

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING S
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   FINISH ONE DRYWALL, LLC
1265 SHERWOOD FOREST BLVD.

BATON ROUGE, LA 70815

| INSTRUCTIONS | | TERMS |
|---|---|---|
| JHM | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 10/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QUANTITY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************* | | | | | | | |
| | DIRECTIONS: COLLEGE DRIVE, PAST PERKINS, LEFT ON HYACINTH AVE. HOUSE IS ON LEFT | | | | | | | |
| | ************************************************* | | | | | | | |
| 1 | 41212R | 290 | 0 | 290 | PC | 305.00 | MSF | 4245.60 |
| | 4' X 12' X 1/2' REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812HR | 9 | 0 | 9 | PC | 375.00 | MSF | 108.00 |
| | 4' X 8' X 1/2' M/R GYP. BD. 32 SF | | | | | | | |
| 3 | CT114 | 1 | 0 | 1 | CS | 42.00 | CS | 42.00 |
| | 1 1/4" COARSE THREAD SCREWS 8000/CS | | | | | | | |
| 4 | DN138 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
| | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |
| 5 | CBB | 2 | 0 | 2 | CTN | 150.00 | MLF | 151.20 |
| | 1 1/4" X 1 1/4" X 8' CORNER BEAD 63 PC/CTN | | | | | | | |
| 6 | GBJTCOM4 | 24 | 0 | 24 | BX | 6.50 | BX | 156.00 |
| | GOLD BOND JOINT COMPOUND 4 GAL 50# BOX | | | | | | | |
| 7 | GBJTLCOM4 | 50 | 0 | 50 | BX | 6.05 | BX | 302.50 |
| | GOLD BOND LITE JOINT COMPOUND 4 GAL 50# BOX | | | | | | | |
| 9 | JTAPE500 | 10 | 0 | 10 | ROLL | 3.50 | ROLL | 35.00 |
| | JOINT TAPE 500' ROLL 10 ROLLS/CASE | | | | | | | |
| 8 | Lines Total | Qty Shipped Total | | 387 | | Total | | 5072.30 |
| | | | | | | Taxes | | 456.51 |
| | | | | | | Invoice Total | | 5528.81 |

Last Page      ORDER #582524-00





**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE ● GULFPORT ● HOUSTON
FOLEY● LAFAYETTE ● LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/26/06 | 576959-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/18/06 | RABORN # 88170 | 1 |

CUST #          3955

SHIP TO:   RABORN # 88170
31650 TICKFAW ACRES RD

HOLDEN, LA

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   UNITED-BILT HOMES INC
12240 S HARRELL'S FERRY RD

BATON ROUGE, LA 70816

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WRG | | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 04/25/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41258FC 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | 36 | 0 | 36 | PC | 360.00 | MSF | 622.08 |
| 2 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 65 | 0 | 65 | PC | 315.00 | MSF | 982.80 |
| 3 | 4812MR 4' X 8' X 1/2" M/R GYP. BD. 32 SF | 10 | 0 | 10 | PC | 390.00 | MSF | 124.80 |

| 3 | Lines Total | Qty Shipped Total | | 111 | | | Total | 1729.68 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Taxes | 138.38 |
| | | | | | | | Invoice Total | 1868.06 |

Cash Discount          17.30  If Paid By 05/25/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM).

INT/EXT20746



| NEW ORLEANS | • | MANDEVILLE |
| BATON ROUGE | • | BIRMINGHAM |
| MOBILE • GULFPORT • HOUSTON | | |
| FOLEY • LAFAYETTE • LONGVIEW | | |
| TUSCALOOSA | • | SHREVEPORT |

## INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/27/06 | 488784-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/20/06 | 7441 EASTMORE | 1 |

CUST #     5827

SHIP TO:   7441 EASTMORE RD.
HILLARD 481-1671

NEW ORLEANS, LA 70126

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   HILLARD BUTLER CONST
5026 PAR FOUR DR

NEW ORLEANS, LA 70128

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MWH**STOCK FIRST FLOOR** | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/26/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | SF13 | 15 | 0 | 15 | BG | 385.00 | MSF | 625.61 |
| | R13 3 1/2"X 15 1/4"X 93" KRAFT STAPLE FREE 108.33 | | | | | | | |
| 2 | B09 | 20 | 0 | 20 | BG | 425.00 | MSF | 832.32 |
| | R19 6 1/4" X 15" X 94" KRAFT 97.92 SF/BG | | | | | | | |
| 3 | 41212R | 200 | 0 | 200 | PC | 310.00 | MSF | 2976.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | | | | | | | | |
| 3 | Lines Total | Qty Shipped Total | | 235 | | Total | | 4433.93 |
| | | | | | | Taxes | | 399.06 |
| | | | | | | Invoice Total | | 4832.99 |

Cash Discount    44.34   If Paid By 07/26/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT24149



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/30/06 | 488818-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/20/06 | 4635 EVANGELINE | 1 |

CUST #     5827

SHIP TO:   4635 EVANGELINE
HILLARD 481-1671

NEW ORLEANS, LA 70126

REMIT TO:    **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   HILLARD BUTLER CONST
5026 PAR FOUR DR

NEW ORLEANS, LA 70178

NEW ORLEANS, LA 70128

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MWH**STOCK FIRST FLOOR** | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/29/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 70 | 0 | 70 | PC | 310.00 | MSF | 1041.60 |
| 2 | 4812XP<br>4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | 4 | 0 | 4 | PC | 400.00 | MSF | 51.20 |
| 3 | SF13<br>R13 3 1/2"X 15 1/4"X 93" KRAFT STAPLE FREE 108.33 | 9 | 0 | 9 | BG | 475.00 | MSF | 463.11 |

3 Lines Total     Qty Shipped Total     83

Total     1555.91
Taxes     140.04
Invoice Total     1695.95

Cash Discount     15.56  If Paid By 07/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT24151



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 10/25/06 | 2600408-00 |
| PO DATE | P.O. NO. | PAGE # |
| 10/17/06 | 4524 chantilly dr | 1 |

CUST #        5827

SHIP TO:   4524 CHANTILLY DR
           HILLARD 481-1671

           NEW ORLEANS, LA

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

BILL TO:   HILLARD BUTLER CONST
           5026 PAR FOUR DR

           NEW ORLEANS, LA 70128          NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WCG**STOCK 1ST FLOOR** | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 10/24/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 140 | 0 | 140 | PC | 320.00 | MSF | 2150.40 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 370.00 | MSF | 71.04 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 3 | B09 | 21 | 0 | 21 | BG | 567.00 | MSF | 1165.93 |
| | R19 6 1/4" X 15" X 94" KRAFT 97.92 SF/BG | | | | | | | |
| 4 | B06 | 13 | 0 | 13 | BG | 475.00 | MSF | 665.14 |
| | R13 3 5/8" X 15" X 94" KRAFT 107.71 SF/BG | | | | | | | |

4  Lines Total        Qty Shipped Total        180

Total            4052.51
Taxes             364.73
Invoice Total    4417.24

Cash Discount      40.53  If Paid By 11/23/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT24144



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE• LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/18/06 | 485908-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/08/06 | PATIN | 1 |

CUST #   8382

SHIP TO: 5012 PAUGER/OFF MIRABEAU
BTWN ELYSIAN FIELDS & ST. ANTH
717.0342 CHRIS VIGNAUD
NEW ORLEANS, LA 70122

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   MCCORMICK PROPERTIES LLC
5825 WINCHESTER PK. DR.

NEW ORLEANS, LA 70128

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| ADN**1ST FLOOR DEL** | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 05/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 110 | 0 | 110 | PC | 327.00 | MSF | 1726.56 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812XP | 10 | 0 | 10 | PC | 445.00 | MSF | 142.40 |
|  | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |
| 4 | GBJTCOMP | 20 | 0 | 20 | PAIL | 11.88 | PAIL | 237.60 |
|  | GOLD BOND JOINT COMPOUND 5 GAL PAIL | | | | | | | |
| 5 | CB8 | 1 | 0 | 1 | CTN | 155.00 | MLF | 78.12 |
|  | 1 1/4" X 1 1/4" X 8' CORNER BEAD 63 PC/CN | | | | | | | |
| 6 | JTAPE500 | 2 | 0 | 2 | ROLL | 3.87 | ROLL | 7.74 |
|  | JOINT TAPE 500' ROLL 10 ROLLS/CASE | | | | | | | |
| 7 | DN138 | 1 | 0 | 1 | CS | 54.00 | CS | 54.00 |
|  | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |

6  Lines Total        Qty Shipped Total        144

Total        2246.42
Taxes         202.18
Invoice Total  2448.60

Cash Discount      22.46  If Paid By 06/16/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT29415



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/09/06 | 487528-01 |
| PO DATE | P.O. NO. | PAGE # |
| 06/01/06 | clinton smith | 1 |

CUST #: 3000

SHIP TO: 211 OAKMONT
CLINTON SMITH 713-516-1723

NEW ORLEANS, LA 70128

BILL TO: CASH SALES RES. NEW ORLEANS

NEW ORLEANS, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MWH**BOOM 1ST & 2ND FLOOR** | | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/08/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07 | | | | | | | |
| | My signature certifies that all material has been checked, inspected and counted in regard to this sales order. If there are any discrepancies, damages to the material or damage to the property (if material is delivered) it is noted below: | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| 3 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 140 | 0 | 140 | PC | 305.00 | MSF | 2049.60 |
| 4 | B09 R19 6 1/4" X 15" X 94" KRAFT 97.92 SF/BG | 25 | 0 | 25 | BG | 401.00 | MSF | 981.65 |
| 2 | Lines Total | Qty Shipped Total | | 165 | | | | |

Total        3031.25
Taxes         272.81
Downpayment  3304.06
Invoice Total    0.00

Cash Discount    0.00  If Paid By 06/09/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT20087



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO |
|---|---|---|
| 000000 | 06/09/06 | 487528-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/01/06 | clinton smith | 1 |

CUST #   3000

SHIP TO:  211 OAKMONT
CLINTON SMITH 713-516-1723

NEW ORLEANS, LA 70128

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  CASH SALES RES. NEW ORLEANS

NEW ORLEANS, LA 70178

NEW ORLEANS, LA

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MWH**BOOM 1ST & 2ND FLOOR** | | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/08/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07 | | | | | | | |
| | My signature certifies that all material has been checked, inspected and counted in regard to this sales order.  If there are any discrepancies, damages to the material or damage to the property (if material is delivered) it is noted below: | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 230 | 140 | 90 | PC | 305.00 | MSF | 1317.60 |
| 2 | B06 R13 3 5/8" X 15" X 94" KRAFT 107.71 SF/BG | 44 | 0 | 44 | BG | 336.00 | MSF | 1592.46 |
| 2 | Lines Total | Qty Shipped Total | | 134 | | | | |

| | | |
|---|---|---|
| Total | | 2910.06 |
| Taxes | | 261.90 |
| Downpayment | | 3171.96 |
| Invoice Total | | 0.00 |

Full Amount Tendered For All Orders:      6476.02
*** Back Order/Release Exists ***

Cash Discount            0.00  If Paid By 06/09/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT20086



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/30/06 | 489282-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/27/06 | 211 OAKMONT | 1 |

CUST #      3000

SHIP TO: 211 OAKMONT
CLINTON SMITH 713-516-1723
504-388-5907 KELLY
NEW ORLEANS, LA 70128

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   CASH SALES RES. NEW ORLEANS

NEW ORLEANS, LA 70178

NEW ORLEANS, LA

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MWH**STOCK FIRST FLOOR** | | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O | QTY. SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07 | | | | | | | |
| | My signature certifies that all material has been checked, inspected and counted in regard to this sales order. If there are any discrepancies, damages to the material or damage to the property (if material is delivered) it is noted below: | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| 1 | 41212R  4' X 12" X 1/2" REGULAR SHEETROCK  48SF/PC | 60 | 0 | 60 | PC | 305.00 | MSF | 878.40 |
| 2 | CB10  1 1/4" X 1 1/4" X 10' CORNER BEAD 50 PC/CN | 1 | 0 | 1 | CTN | 158.00 | MLF | 79.00 |
| 3 | GBJTCOM4  GOLD BOND JOINT COMPOUND 4 GAL 50# BOX | 40 | 0 | 40 | BX | 6.81 | BX | 272.40 |
| 4 | JTAPE  JOINT TAPE 250' ROLL 20 ROLLS/CASE | 20 | 0 | 20 | ROLL | 1.97 | ROLL | 39.40 |
| 4 | Lines Total | Qty Shipped Total | | 121 | | | | |

Total         1269.20
Taxes          114.23
Downpayment   1383.43
Invoice Total    0.00

Cash Discount       0.00  If Paid By 06/30/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT20159



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/10/06 | 489736-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/06/06 | 211 OAKMONT | 1 |

CUST #     3000

SHIP TO: CLIFTON SMITH 713-516-723
KELLY 388-5907
211 OAKMONT
NEW ORLEANS,

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: CASH SALES RES. NEW ORLEANS

NEW ORLEANS, LA 70178

NEW ORLEANS, LA

| INSTRUCTIONS | | TERMS |
|---|---|---|
| TGD | | NET 1 |
| | SHIP POINT | |
| | NEW ORLEANS BRANCH | |

| SHIP VIA | SHIPPED |
|---|---|
| CUSTOMER P/U | 07/07/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07 | | | | | | | |
| | My signature certifies that all material has been checked, inspected and counted in regard to this sales order.  If there are any discrepancies, damages to the material or damage to the property (if material is delivered) it is noted below: | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | ************************************************* ************************************************* LINE 1 WAS SOLD AT 65% OFF B/C OF DAMAGES ON W/O 489282 ************************************************* | | | | | | | |
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 15 | 0 | 15 | PC | 100.00 | MSF | 72.00 |
| 2 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 15 | 0 | 15 | PC | 305.00 | MSF | 219.60 |
| 3 | B09 R19 6 1/4" X 15" X 94" KRAFT 97.92 SF/BG | 2 | 0 | 2 | BG | 401.00 | MSF | 78.53 |
| 3 | Lines Total | Qty Shipped Total | | 32 | | | | |

| | |
|---|---|
| Total | 370.13 |
| Taxes | 33.32 |
| Downpayment | 403.45 |
| Invoice Total | 0.00 |

Cash Discount     0.00  If Paid By 07/10/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT20174



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/10/06 | 1806272-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/21/06 | 38809 / YOUMANS | 1 |

CUST #    6971

SHIP TO:   5201 CHAMBERLAIN
RON 415-7952
SEE MAP
NEW ORLEANS, LA 70112

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   E L CRETIN LLC
DBA CRETIN HOMES
18314 S. I-12 SERV RD., STE. A
PONCHATOULA, LA 70454

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| PTL | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| ELMWOOD BRANCH | DEL/OUR TRCK | 04/07/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | EVERY CRETIN HOUSE MUST HAVE ONLY ONE BRAND ROCK PER HOUSE | | | | | | | |
| 1 | 541212R 54" X 12' X 1/2" REGULAR 54 SF/EA | 16 | 0 | 16 | PC | 224.00 | MSF | 193.54 |
| 3 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 213 | 0 | 213 | PC | 386.00 | MSF | 3946.46 |
| 2 | Lines Total | Qty Shipped Total | | 229 | | | | |

Total    4140.00
Taxes    372.60
Invoice Total    4512.60
Cred Apl 1807858-00 1014.22-
Net Amount Due    3498.38

Cash Discount    41.40   If Paid By 05/09/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM).

INT/EXT25883



**INTERIOR / EXTERIOR**

BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/30/06 | 489045-01 |
| PO DATE | P.O. NO. | PAGE # |
| 06/23/06 | 3131 NORTH RAMPART | 1 |

CUST.#    3000

SHIP TO:   3131 NORTH RAMPART
BELLEW PLASTERING
JAMES 296-4343
NEW ORLEANS, LA

BILL TO:   CASH SALES RES. NEW ORLEANS

NEW ORLEANS, LA

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MWH**STOCK FIRST FLOOR** | | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07 | | | | | | | |
| | My signature certifies that all material has been checked, inspected and counted in regard to this sales order. If there are any discrepancies, damages to the material or damage to the property (if material is delivered) it is noted below: | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 80 | 2 | 78 | PC | 330.00 | MSF | 1235.52 |
| 1 | Lines Total | Qty Shipped Total | | 78 | | | | |

Total       1235.52
Taxes        111.20
Downpayment  1346.72
Invoice Total   0.00

Cash Discount      0.00  If Paid By 06/30/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT20142



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE• LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/24/06 | 486535-00 |
| PO DATE | P.O. NO. | PAGE# |
| 05/17/06 | 155 PAUL MORGAN RD | 1 |

CUST #:   5816

SHIP TO: ANDERSON DRYWALL INC
155 PAUL MORGAN RD.
ROBERT (225) 335-7269
BOOTHVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: ANDERSON DRYWALL INC
18328 CREEK HOLLOW ROAD

BATON ROUGE, LA 70817

| INSTRUCTIONS | | TERMS |
|---|---|---|
| AEC --WILL CALL-- | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | CUSTOMER P/U | 05/23/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 100 | 0 | 100 | PC | 320.00 | MSF | 1536.00 |
| 2 | 4812R 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | 20 | 0 | 20 | PC | 320.00 | MSF | 204.80 |
| 3 | 4812XP 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | 6 | 0 | 6 | PC | 375.00 | MSF | 72.00 |

3  Lines Total       Qty Shipped Total       126

Total       1812.80
Taxes       163.15
Invoice Total   1975.95

Cash Discount       18.13  If Paid By 06/22/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT24113



**INTERIOR EXTERIOR**
BUILDING SUPPLY
*LIMITED PARTNERSHIP*
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE• LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/30/06 | 488818-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/20/06 | 4635 EVANGELINE | 1 |

CUST #:  5827

SHIP TO:  4635 EVANGELINE
HILLARD 481-1671

NEW ORLEANS, LA 70126

BILL TO:  HILLARD BUTLER CONST
5026 PAR FOUR DR

NEW ORLEANS, LA 70128

**REMIT TO:**  P.O. BOX 4002
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| MWH**STOCK FIRST FLOOR** | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/29/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 70 | 0 | 70 | PC | 310.00 | MSF | 1041.60 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812XP | 4 | 0 | 4 | PC | 400.00 | MSF | 51.20 |
|   | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |
| 3 | SF13 | 9 | 0 | 9 | BG | 475.00 | MSF | 463.11 |
|   | R13 3 1/2"X 15 1/4"X 93" KRAFT STAPLE FREE 108.33 | | | | | | | |
| 3 | Lines Total | Qty Shipped Total | | 83 | | | | |

Total 1555.91
Taxes 140.04
Invoice Total 1695.95

Cash Discount     15.56  If Paid By 07/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE• LONGVIEW
TUSCALOOSA  *  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/06/06 | 486976-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/24/06 | 6331 S. JOHNSON | 1 |

CUST #        3000

SHIP TO:  KEN GUICE
237-7287 CELL : 269-5930 HOME
6331 S. JOHNSON
NEW ORLEANS, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  CASH SALES RES. NEW ORLEANS

NEW ORLEANS, LA 70178

NEW ORLEANS, LA

| INSTRUCTIONS | | TERMS |
|---|---|---|
| KRB **STOCKED INSIDE 1ST FL** | | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/05/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07 | | | | | | | |
| | My signature certifies that all material has been checked, inspected and counted in regard to this sales order.  If there are any discrepancies, damages to the material or damage to the property (if material is delivered) it is noted below:<br>*<br>*<br>*<br>*<br>*<br>* | | | | | | | |
| 1 | 4812XP<br>4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | 34 | 0 | 34 | PC | 380.00 | MSF | 413.44 |
| 2 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 128 | 0 | 128 | PC | 300.00 | MSF | 1843.20 |
| 3 | 4838R<br>4' X 8' X 3/8 REGULAR GYP. BOARD 32 SF/PC | 56 | 0 | 56 | PC | 300.00 | MSF | 537.60 |
| 4 | PB3512<br>PERMABASE 3' X 5' X 1/2" 15 SF/PC  50 PCS/PLT | 11 | 0 | 11 | PC | 720.00 | MSF | 118.80 |
| 5 | HL114<br>1 1/4" HI LO DRYWALL SCREWS 8000/CS | 1 | 0 | 1 | CS | 55.00 | CS | 55.00 |
| 6 | DW212<br>2 1/2" FINE THREAD DRYWALL SCREWS 2500/CS | 1 | 0 | 1 | CS | 35.00 | CS | 35.00 |
| 7 | JTAPE<br>JOINT TAPE 250' ROLL 20 ROLLS/CASE | 15 | 0 | 15 | ROLL | 1.85 | ROLL | 27.75 |
| 8 | GBJTCOMP<br>GOLD BOND JOINT COMPOUND 5 GAL PAIL | 4 | 0 | 4 | PAIL | 11.80 | PAIL | 47.20 |
| 10 | CB10<br>1 1/4" X 1 1/4" X 10' CORNER BEAD 50 PC/CN | 22 | 0 | 22 | PC | 158.00 | MLF | 34.76 |

Cash Discount        0.00   If Paid By 06/06/06

Continued

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/06/06 | 486976-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/24/06 | 6331 S. JOHNSON | 2 |

CUST #     3000

SHIP TO:   KEN GUICE
237-7287 CELL : 269-5930 HOME
6331 S. JOHNSON
NEW ORLEANS, LA

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   CASH SALES RES. NEW ORLEANS

NEW ORLEANS, LA

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| KRB **STOCKED INSIDE 1ST FL** | | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/05/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 11 | USGJTCOM4 USG JOINT COMPOUND 4 GAL 48# BOX | 18 | 0 | 18 | BX | 6.50 | BX | 117.00 |
| 10 | Lines Total | Qty Shipped Total | | 290 | | | Total | 3229.75 |
| | | | | | | | Taxes | 290.68 |
| | | | | | | | Downpayment | 3520.43 |
| | | | | | | | Invoice Total | 0.00 |

Cash Discount     0.00   If Paid By 06/06/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT20073



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/14/06 | 1439547-00 |
| PO DATE | P.O. NO. | PAGE # |
| 01/12/06 | 216 OAK LANE | 1 |

CUST #:  8398

SHIP TO: 216 OAK LANE LEWISBERG EST
EDDIE 985-373-8334
LEWISBERG EST
MANDEVILLE, LA

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

BILL TO: FLORIDA MARINE TRANSPORTERS
2360 5TH ST.

MANDEVILLE, LA 70471

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | | TERMS |
|---|---|---|---|
| RAW | | | 1%,29/NET 30 |
| SHIP POINT | | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | | DEL/OUR TRCK | 03/13/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 257 | 0 | 257 | PC | 296.00 | MSF | 3651.46 |
| 2 | CB10 1 1/4" X 1 1/4" X 10' CORNER BEAD 50 PC/CN | 26 | 0 | 26 | PC | 175.00 | MLF | 45.50 |
| 3 | CT114 1 1/4" COARSE THREAD SCREWS 8000/CS | 1 | 1 | 0 | CS | 48.60 | CS | 0.00 |
| 4 | GBJTCOM4 GOLD BOND JOINT COMPOUND 4 GAL 50# BOX | 30 | 1 | 29 | BX | 7.25 | BX | 210.25 |
| 5 | JTAPE500 JOINT TAPE 500' ROLL 10 ROLLS/CASE | 5 | 4 | 1 | ROLL | 3.90 | ROLL | 3.90 |
| 6 | 4812MR 4' X 8' X 1/2" M/R GYP. BD. 32 SF | 50 | 0 | 50 | PC | 392.00 | MSF | 627.20 |

6 Lines Total          Qty Shipped Total          363

Total          4538.31
Invoice Total          4538.31

Cash Discount          45.38  If Paid By 04/12/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT29459



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS   •   MANDEVILLE
BATON ROUGE   •   BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA   •   SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 09/06/06 | 1446786-00 |
| PO DATE | P.O. NO. | PAGE # |
| 08/28/06 | LOT 64       39125 | 1 |

CUST #        2845

SHIP TO: SUNRISE CONST. & DEV. LLC
LOT 64, 584 HUSEMAN, PEN MILL
ASHWOOD        LENNY 960-2471
COVINGTON, LA

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: SUNRISE CONST. & DEV. LLC
62250 WEST END BLVD          NEW ORLEANS, LA 70178

SLIDELL, LA 70461

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BFD | | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 09/05/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ***GOLDBOND ONLY*** | | | | | | | |
| | MUST BE ON DUNAGE AND WRAP WITH PLASTIC | | | | | | | |
| | | | | | | | | |
| | STOCKING INSTRUCTIONS        ASHWOOD | | | | | | | |
| | 94 PCS 41212R ----- 1ST FLOOR | | | | | | | |
| | 33 PCS 41212HSCB -- 1ST FLOOR | | | | | | | |
| | 2 PCS 4812MR ----- 1ST FLOOR | | | | | | | |
| | 8 PCS 41212R ----- GARAGE | | | | | | | |
| | 6 PCS 41212HSCB -- GARAGE | | | | | | | |
| 1 | 41212R | 102 | 0 | 102 | PC | 311.00 | MSF | 1522.66 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 41212HSCB | 39 | 0 | 39 | PC | 335.00 | MSF | 627.12 |
| | 4' X 12' X 1/2" HIGH STR CEILING BOARD 48SF | | | | | | | |
| 3 | 4812MR | 2 | 0 | 2 | PC | 353.00 | MSF | 22.59 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

3  Lines Total          Qty Shipped Total          143

Total          2172.37
Taxes           190.08
Invoice Total  2362.45

Cash Discount      21.72  If Paid By 10/05/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19411



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/24/06 | 1446502-00 |
| PO DATE | P.O. NO. | PAGE # |
| 08/18/06 | LOT 66 | 39125 | 1 |

CUST #   2845

SHIP TO:  SUNRISE CONST. & DEV. LLC
LOT 66, 592 HUSEMAN, PN MILL
ROSEWOOD    LENNY 960-2471
COVINGTON, LA 70461

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  SUNRISE CONST. & DEV. LLC
62250 WEST END BLVD

NEW ORLEANS, LA 70178

SLIDELL, LA 70461

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%,29/NET 30 |
| SHIP POINT: | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | | 08/23/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ***GOLDBOND ONLY***  MUST BE ON DUNAGE AND WRAP WITH PLASTIC | | | | | | | |
| | STOCKING INSTRUCTIONS     ROSEWOOD  100 PCS 41212R ----- 1ST FLOOR  30 PCS 41212HSCB -- 1ST FLOOR  2 PCS 4812MR ----- 1ST FLOOR  46 PCS 41212R ----- 2ND FLOOR  20 PCS 41212HSCB -- 2ND FLOOR  10 PCS 41212R ----- GARAGE | | | | | | | |
| 1 | 41212R  4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 156 | 0 | 156 | PC | 311.00 | MSF | 2328.77 |
| 2 | 41212HSCB  4' X 12' X 1/2" HIGH STR CEILING BOARD 48SF | 60 | 0 | 60 | PC | 335.00 | MSF | 964.80 |
| 3 | 4812MR  4' X 8' X 1/2" M/R GYP. BD. 32 SF | 2 | 0 | 2 | PC | 353.00 | MSF | 22.59 |
| 3 | Lines Total | Qty Shipped Total | | 218 | | Total  Taxes  Invoice Total | | 3316.16  290.17  3606.33 |

Cash Discount     33.16  If Paid By 09/22/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19409



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE• LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO |
|---|---|---|
| 000000 | 01/31/06 | 1439860-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 01/23/06 | 41933 | 1 |

CUST.#  6971

SHIP TO: 23620 Kirtley Dr.
Joe 966-0260
See Map
Plaquemine, LA

REMIT TO:  **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO:  E L CRETIN LLC
DBA CRETIN HOMES
18314 S. I-12 SERV RD., STE. A
PONCHATOULA, LA 70454

| INSTRUCTIONS | | TERMS |
|---|---|---|
| VIII° | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 01/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | EVERY CRETIN HOUSE MUST HAVE ONLY ONE BRAND ROCK PER HOUSE | | | | | | | |
| 1 | 541212r | 10 | 0 | 10 | PC | 229.00 | MSF | 123.66 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212r | 270 | 0 | 270 | PC | 206.00 | MSF | 2669.76 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 280 | | | Total | 2793.42 |
| | | | | | | | Taxes | 244.43 |
| | | | | | | | Invoice Total | 3037.85 |

Cash Discount    27.93  If Paid By 03/01/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT25737



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 01/31/06 | 1438055-00 |
| PO DATE | P.O. NO. | PAGE # |
| 11/28/05 | STEVE SILVA | 1 |

CUST # 5725

SHIP TO: STEVE SILVA
52095 TURNPIKE RD
STEVE 504-494-3541
TANGIPAHOA,

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: CASH SALES ABITA SPRINGS

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RAW | | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 01/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | RETURNED ORDER VMR 1/9/06 CUST NOT READY | | | | | | | |
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 180 | 0 | 180 | PC | 293.00 | MSF | 2531.52 |
| | ********************************************************* | | | | | | | |
| | BOOM 2ND FLOOR | | | | | | | |
| | ********************************************************* | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 180 | | Total | | 2531.52 |
| | | | | | | Taxes | | 177.21 |
| | | | | | | Downpayment | | 2708.73 |
| | | | | | | Invoice Total | | 0.00 |

Cash Discount         0.00  If Paid By 01/31/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT23796



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/04/06 | 1443051-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/28/06 | LOT 99 | 1 |

CUST #     7395

SHIP TO: TIMBERLANE SUB.
LOT 99
CHRIS
MADISONVILLE, LA

REMIT TO: **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: C & C HOME BUILDERS CONST INC
472 EAST CHASE CT

MANDEVILLE, LA 70448-4944

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 05/03/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R | 190 | 0 | 190 | PC | 311.00 | MSF | 2836.32 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK | 48SF/PC | | | | | | |
| 2 | 4812MR | 20 | 0 | 20 | PC | 395.00 | MSF | 252.80 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| | | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 210 | | Total | | 3089.12 |
| | | | | | | Taxes | | 270.29 |
| | | | | | | Invoice Total | | 3359.41 |

Cash Discount     30.89  If Paid By 06/02/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26677



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE . GULFPORT . HOUSTON
FOLEY• LAFAYETTE• LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/11/06 | 1443361-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/09/06 | lot 99 | 1 |

CUST #     7395

SHIP TO:   C & C HOME BUILDERS CONST INC
472 EAST CHASE CT
lot 99 timberlane
MANDEVILLE, LA 70448-4944

REMIT TO:    P.O. BOX 4002
              NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

BILL TO:   C & C HOME BUILDERS CONST INC
472 EAST CHASE CT

MANDEVILLE, LA 70448-4944
                     NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| dmc | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | CUSTOMER P/U | 05/10/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212r | 30 | 0 | 30 | PC | 311.00 | MSF | 447.84 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 30 | | Total | | 447.84 |
|  | | | | | | Taxes | | 41.42 |
|  | | | | | | Invoice Total | | 489.26 |

Cash Discount      4.48  If Paid By 06/09/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26678



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/21/06 | 1441572-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/16/06 | 365 winchester | 1 |

CUST #    8551

SHIP TO:   HUNTERS GLEN
365 WINCHESTER
CARLTON 966-1088
MANDEVILLE, LA

REMIT TO:   **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

BILL TO:   MAYCO CONSTRUCTION LLC
P O BOX 279

MADISONVILLE, LA 70447

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1¼,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/20/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK | 25<br>48SF/PC | 4 | 21 | PC | 296.00 | MSF | 298.37 |
| 1 | Lines Total | Qty Shipped Total | | 21 | | | Total<br>Taxes<br>Invoice Total | 298.37<br>27.59<br>325.96 |

Cash Discount    2.98   If Paid By 04/19/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT31276



INTERIOR EXTERIOR

BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| I/PC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/14/06 | 1439725-00 |
| PO DATE | P.O. NO. | PAGE # |
| 01/18/06 | 365 WINCHESTER | 1 |

CUST #     8551

SHIP TO: HUNTERS GLEN
365 WINCHESTER CIRCLE

MANDEVILLE, LA

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: MAYCO CONSTRUCTION LLC
P O BOX 279

MADISONVILLE, LA 70447

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/13/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | *****Pouring concrete for pool 3-8-06****** | | | | | | | |
| | *****NEED FLATBED 3-8-06***** | | | | | | | |
| 1 | 41212R | 75 | 0 | 75 | PC | 296.00 | MSF | 1065.60 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 7 | 0 | 7 | PC | 395.00 | MSF | 88.48 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| | | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 82 | | Total | | 1154.08 |
| | | | | | | Taxes | | 106.75 |
| | | | | | | Invoice Total | | 1260.83 |

Cash Discount     11.54  If Paid By 04/12/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT31271



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/15/06 | 1439760-00 |
| PO DATE | P.O. NO. | PAGE # |
| 01/19/06 | 524899 | 1 |

CUST #: 6577

SHIP TO:
ROYAL HOMES
68034 MARION
CORNER OF STRAIN RD AND MARION
mandeville, LA 70448

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

BILL TO:
LOUISIANA LUMBER INC
2020 HWY 190 WEST
SUITE 103 BOX #107
SLIDELL, LA 70460

CORRESPONDENCE TO:
INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| rjh | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/14/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ######TOO WET TO GET IN ########1-31-06 ****** This job is 4 1/2 foot of the ground | | | ************* | | | | |
| 1 | 41212r 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 180 | 0 | 180 | PC | 266.00 | MSF | 2298.24 |
| 1 | Lines Total | Qty Shipped Total | | 180 | | | Total Invoice Total | 2298.24 2298.24 |

Cash Discount    22.98   If Paid By 03/16/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY SERVICE CHARGE (18% PER ANNUM)

INT/EXT24700