

18-EX-1335-1

7210

553-2863 LA

# IMPORTANT NOTICE

**LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION – EMERGENCY ASSESSMENT**

The amount collected through regular assessments by the Louisiana Citizens Property Insurance Corporation (LA Citizens) was not great enough to offset their current deficit. As a result, LA Citizens is levying an emergency assessment on premiums written on property and casualty risks located in the state of Louisiana.

If your premium includes the LA Citizens assessment, your Balance Due Notice or Declarations Page will indicate "Citizens Emer-FAIR" along with the amount assessed.

If you have any questions about the assessment, please contact your State Farm® agent.

553-2863 LA (C)      (12/07)

553-2474

# PREMIUM ADJUSTMENT

Insurance premiums have been adjusted and continue to reflect the expected cost of claims. Some policyholders will see their premiums increase while other policyholders may see their premiums decrease or stay the same. The amount your premium changed, if at all, depends on several factors including the expected claim experience in your area, the coverage you have, and any applicable discounts or charges.

The enclosed Renewal Certificate reflects your new premium.

State Farm® works hard to offer you the best combination of cost, protection, and service. We will continue doing our best to make the most effective use of your premium dollars and give you superior service when you need it.

If you have any questions about your premium, or policy coverages, please contact your State Farm agent.

553-2474      (10/07)

(CONTINUED)

553-2798

## IMPORTANT NOTICE . . . Discounts and Rating

The longer you are insured with State Farm* and the fewer claims you have, the lower your premium. For policyholders insured by State Farm for three or more years, the Claim Free Discount Plan provides a premium discount if you have not had any claims considered for the Plan in the most recent three-year period since becoming insured with State Farm. Premium adjustments under the Claim Record Rating Plan are based on the number of years you have been insured with State Farm and on the number of claims that we consider for the Plan. Depending on the Plan(s) that applies in your state/province, claims considered for the Plans generally include claims resulting in a paid loss and may include weather-related claims. Additionally, depending on your state/province's plan and your tenure with State Farm, any claims with your prior insurer resulting in property damage or injury may also influence your premium. For further information about whether a Claim Free Discount is in effect in your state/province, the Claim Record Rating Plan that applies in your state/province, and the claims we consider for the Plans, please contact your State Farm agent.

553-2798 (C)          (10/07)


553-2948

## NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Certificate are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page. Any coverage forms or endorsements included with your Renewal Certificate are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Certificate will be sent to you as an Amended Declarations Page or as an endorsement to your policy. You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm* agent.

553-2948 (C)          (10/08)

(CONTINUED)

 18-EX-1335-1

7211

553-2642

## IMPORTANT NOTICE

**Utilities Rating Plan**

A premium discount is available under the Utilities Rating Plan when a dwelling's utility system has been completely updated within the last nine years.  To be eligible for the premium discount, a dwelling's electrical, plumbing, heating, and cooling systems must be completely updated.

If you have updated all the utility systems in your dwelling within the last 9 years, you may be eligible for a premium discount. Contact your State Farm® agent to see if you qualify.

553-2642 (C)          (10/06)

553-2874

## IMPORTANT NOTICE

HOME / AUTO DISCOUNT – Increased

The Home / Auto Discount is being increased to 20% effective with this renewal.

The Home / Auto Discount provides a premium discount if you have a Homeowners, Renters, or Condominium Unitowners policy and at least one qualifying vehicle insured with State Farm®.

The enclosed Renewal Certificate reflects the Home / Auto Discount if you qualify.

Please contact your State Farm agent if you have any questions about your policy, coverages or premium.

553-2874 (C)          (1/08)

**State Farm®**
Providing Insurance and Financial Services
Home Office, Bloomington, Illinois 61710



January 15, 2010

**CASEY PEDERSON**
**ATTORNEY AT LAW**
**701 MAGAZINE ST**
**NEW ORLEANS LA 70130-3629**

Tulsa Operations Center
Special Handling Unit
PO Box 1560
Tulsa, OK 74101-1560

RE:    Our Insured:    Dean C. Amato
       Insured Location: 18615 Bellingrath Lakes Avenue
                       Greenwell Springs, LA 70739-4772
       Claim Number:   18-A302-737
       Policy Number:  18-EX-1335-1
       Date of Loss:   September 1, 2009

Dear Mr Pederson:

This is a follow-up to our representative's discussion with you on January 14, 2010, regarding your claim due to allegedly defective building materials and possible direct and/or indirect damage(s) or any resulting loss caused by those materials.

<u>**COVERAGE A - DWELLING**</u>

We insure your dwelling for accidental direct physical loss to property described in **Coverage A - Dwelling** of your Homeowners Policy, Form FP-7955, except as provided in Section I - Losses Not Insured.

The damage(s) claimed to your Coverage A - Dwelling did not meet the insuring agreement and/or are excluded by the Fungus (including Mold) Exclusion Endorsement, FE-5398, and/or the damage(s) claimed are specifically excluded as outlined in Section I - Losses Not Insured and as follows:

**SECTION I - LOSSES NOT INSURED**

1.    We do not insure for any loss to the property described in Coverage A which consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through n. below, regardless of whether the loss occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

      a.    collapse, except as specifically provided in **SECTION I - ADDITIONAL COVERAGES, Collapse;**

CASEY PEDERSON
18-A302-737
Page 2

    g.    wear, tear, marring, scratching, deterioration, inherent vice, latent defect or mechanical breakdown;

    h.    corrosion, electrolysis or rust;

    j.    contamination;

    k.    smog, smoke from agricultural smudging or industrial operations;

    l.    settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundation, walls, floors, roofs or ceilings;

However, we do insure for any resulting loss from items a. through m. unless the resulting loss is itself a Loss Not Insured by this Section.

3.    We do not insure under any coverage for any loss consisting of one or more of the items below. Further, we do not insure for loss described in paragraphs 1. and 2. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

    a.    conduct, act, failure to act, or decision of any person, group, organization or governmental body whether intentional, wrongful, negligent, or without fault;

    b.    defect, weakness, inadequacy, fault or unsoundness in:

        (1)    planning, zoning, development, surveying, siting;

        (2)    design, specifications, workmanship, construction, grading, compaction;

        (3)    materials used in construction or repair; or

        (4)    maintenance;

        of any property (including land, structures, or improvements of any kind) whether on or off the residence premises; or

    c.    weather conditions.

However, we do insure for any resulting loss from items a., b. and c. unless the resulting loss is itself a Loss Not Insured by this Section.

CASEY PEDERSON
18-A302-737
Page 3

## COVERAGE B - PERSONAL PROPERTY

We insure for accidental direct physical loss to property described in Coverage B - Personal Property caused by a named peril as outlined in your Homeowners Policy, Form FP-7955, except as provided in Section I - Losses Not Insured.

The damages claimed are not one of the named perils outlined in your policy and the same exclusions noted in Section I - Losses Not Insured 3. above applies to any personal property claimed.

## COVERAGE C - LOSS OF USE

When a loss insured causes the residence premises to become uninhabitable, **additional living expense coverage** is applicable.  Since the damage(s) being claimed are not a loss insured, no additional living expense or other Coverage C - Loss of Use claim is covered.

We do not intend, by this letter, to waive any policy defenses in addition to those stated above, but specifically reserve our right to assert such additional policy defenses at any time. Additionally, all other policy provisions, conditions, and/or endorsements apply.  If you obtain new information for us to consider or would like us to review, please contact us immediately so we may do so.

We appreciate the opportunity to examine your claim for coverage.  If you have any questions or concerns, please contact me at 504 883 8816.

Sincerely,

Gail Brashier, CPCU®
Team Manager
504 883 8816
State Farm Fire and Casualty Company

26/204/145828

cc:    18-1599 DEBRA TARTER

**DECLARATIONS**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

--------------------------------------

18-EX-1335-1    **Policy Number**

--------------------------------------

**Named Insured and Mailing Address**
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS, LA 70739-4772

|Coverage afforded by this policy is |
|provided by:                        |
|                                    |
|STATE FARM FIRE AND CASUALTY COMPANY|
|12222 STATE FARM BOULEVARD          |
|TULSA OK  74146                     |
|                                    |
|A Stock Company with Home Offices in|
|Bloomington, Illinois.              |
|                                    |
--------------------------------------

---

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

02/02/2010   **Effective Date**
             **12months-Policy Period**
02/02/2011   **Expiration of Policy Period**
--------------------------------------

**Limit of Liability - Section 1**

$   246,300 Coverage A Dwelling

**Policy Type**
Homeowners Policy
 Dwell Repl Cost - Similar Construction
 Increase Dwlg Up to $49,260 - Option ID
--------------------------------------

**Location of Premises**
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS, LA 70739-4772

|**Automatic Renewal** - If the **Policy**|
|**Period** is shown as **12 months**, this|
|policy will be renewed auto-          |
|matically subject to the premiums,    |
|rules and forms in effect each        |
|succeeding policy period.  If this    |
|policy is terminated, we will give    |
|you and the Mortgagee/Lienholder      |
|written notice in compliance with     |
|the policy provisions or as           |
|required by law.                      |
|--------------------------------------|
|**Deductibles - Section 1** 1%/$2463  |
|ALL LOSSES    In case of loss under   |
|this policy, the deductible will be   |
|applied per occurrence and is         |
|deducted from the amount of the       |
|loss.  Other deductibles may apply    |
|- refer to your policy.               |
|                                      |
| 2.00%  HURR                          |
|--------------------------------------|
|**Policy Premium**    $1,445.60       |

---

**Forms, Options, & Endorsements**

| FP-7955  | HOMEOWNERS POL  | LSP A1   | SMLR CONST-A    |
|----------|-----------------|----------|-----------------|
| LSP B1   | LMT RPLC COST-B | OPT ID   | COV A-INCR DWLG |
| OPT OL   | BLD ORD/LAW-10% | FE-5320  | POLICY END      |
| FE-7218.6| AMENDATORY END  | FE-5398  | FUNGUS EXCL     |
| FE-7468.3| PERSONL INJURY  | FE-5706.1| BACK-UP SEWER   |

---

**Mortgagee**
WELLS FARGO HOME MORTGAGE
ITS SUCCESSORS AND/OR ASSIGNS
WELLS FARGO BANK NA #708
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 23030
JACKSONVILLE, FL 32241-3030
Loan Number: 0211279476

**Agent Name & Address**
DEBRA J. TARTER
777 MICHIGAN AVE.
SUITE B
PORT ALLEN, LA
70767     (225)346-1676

---

Prepared:      July 12, 2010

559-916.5

1599
Agent's Code

**MORTGAGEE COPY**

PREMIUM NOTICE
STATE FARM INSURANCE COMPANIES
AGENT ISSUED DECLARATIONS

```
-----------------------------------------------------------------
| POLICY NUMBER | BILLING PERIOD                  | AGENT CODE |
| 18-EX-1335-1  | FROM 02/02/2010 | TO 02/02/2011 |    1599    |
-----------------------------------------------------------------
```

**LOCATION**
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS, LA 70739-4772

**INSURED**                                   PREMIUM $ 1,445.60
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE              AMOUNT PAID $ 1,445.60
GREENWEL SPGS, LA 70739-4772
                                           AMOUNT DUE  $      .00

                                              DATE DUE

**MORTGAGEE**                               **AGENT NAME & ADDRESS**
WELLS FARGO HOME MORTGAGE                    DEBRA J. TARTER
ITS SUCCESSORS AND/OR ASSIGNS                777 MICHIGAN AVE.
WELLS FARGO BANK NA #708                     SUITE B
ITS SUCCESSORS AND/OR ASSIGNS                PORT ALLEN, LA
PO BOX 23030                                 70767        (225)346-1676
JACKSONVILLE, FL 32241-3030

                    STATE FARM INSURANCE COMPANIES
                    12222 STATE FARM BOULEVARD
                    TULSA OK  74146



**State Farm Fire and Casualty Company**

*12222 State Farm Boulevard*
*Tulsa, OK 74146-5402*

POLICY NUMBER    18-EX-1335-1

AT2                    L-22-  1599-F696    H    F
                001837
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS LA  70739-4772

## IMPORTANT INFORMATION REQUIRED BY THE
## LOUISIANA DEPARTMENT OF INSURANCE

### Homeowners Insurance Policy Coverage Disclosure Summary
### This form was promulgated pursuant to LSA-R.S. 22:1477.

THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT CHANGE, EXPAND, OR REDUCE THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS.

### **READ YOUR INSURANCE POLICY FOR COMPLETE POLICY TERMS AND PROVISIONS**

### COVERAGE(S) FOR WHICH PREMIUM WAS PAID

A **Dwelling**
  **Dwelling Extension**
B **Personal Property**
C **Loss of Use**
L **Personal Liability**
  **Damage to Property of Others**
M **Medical Payments to Others**
  **(Each Person)**

**Continued on Reverse**

550-82  Rev. 03-26-2007  (b1f0074a)

7206        401B   |
N  U3,A7,W1,L3,L2,DR,NP                              REB              Prepared  DEC 16 2008

## DEDUCTIBLES

This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.

NOTICE: This policy does set forth a deductible for covered losses caused by hurricane as defined in the policy. Look at the Declaration Page of your policy to determine the amount of the deductible that will apply to any claim for damage caused by hurricane.
 **You may be able to reduce your premium by increasing your deductible. Contact your insurance agent for more details.

## LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

FLOOD: Flood damage is not covered, regardless of how caused, when flood is the peril that caused the loss. Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.

> *Flood Insurance* may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling and/or contents subject to the coverage limits and terms of the policy.

> *Excess Flood Insurance* may be available under a separate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.

You may contact your agent or insurer for more information on the National Flood Insurance Program and Excess Flood Insurance.

MOLD - Damage caused solely by Mold is not covered under this policy.

### **FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS**

Continued on Next Page

(o1f0075a)

POLICY NUMBER    18-EX-1335-1

## CLAIM FILING PROCESS

There may be time limitations for filing a claim and filing of a satisfactory proof of loss. There may also be time limitations for repairing and replacing damaged property that could cause you to not recover the replacement cost of your property, if applicable.

## PAYMENT OF CLAIMS

Depending on the terms of the insurance policy, some losses may be paid based on actual cash value (ACV) and others based on replacement cost (RC).

AVC is the amount needed to repair or replace the damaged or destroyed property, minus the depreciation.

RC involves the initial payment of actual cash value (ACV) of a loss, and the subsequent payment of the additional amount that is actually and necessarily expended to repair or replace the damaged or destroyed property.

**Refer to your policy for the terms and conditions describing how a particular loss is to be paid.

## PAYMENT AND ADJUSTMENT OF CLAIMS

Pursuant to LSA R.S. 22:658 and 22:1220, except in the case of catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim and/or a claim for reasonable medical expenses within fourteen (14) days after notification of loss by the claimant.

In the case of a catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim within thirty (30) days after notification of loss by the claimant.

All insurers shall make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after the receipt of satisfactory proof of loss of that claim.

**Continued on Reverse**

550-62   Rev. 03-26-2007   (s1)(x76a)

7207

Prepared  DEC 16 2008

Failure to make such payment within thirty (30) days after receipt of such satisfactory writ proofs and demand therefore or failure to make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after receipt of a satisfactory proof of loss of that claim may result in a late penalty against the insurer in addition to the payment of the claim.

If the insurer is found to be arbitrary, capricious or without probable cause in settling any property damage claim, the insurer must pay the insured, in addition to the amount of the loss, fifty percent (50%) damages on the amount found to be due from the insurer to the insured, or one thousand ($1,000.00) dollars, whichever is greater, as well as reasonable attorney fees and costs, if applicable.

(o1f0077a)



18-EX-1335-1                                                                  7209

FE-5480C
Page 1 of 1

# IMPORTANT NOTICE . . . Change in Coverage

Effective with this policy term, **AMENDATORY DEBRIS REMOVAL ENDORSEMENT, FE-5480**, is being added to your policy.

This endorsement expands tree debris removal coverage in your policy (up to $500) to include trees and tree debris felled by windstorm, hail, or weight of snow or ice, which blocks a ramp designed to assist the handicapped or a driveway, and prevents access to the dwelling.

Endorsement **FE-5480** follows this notice. Please read it carefully and place it with your insurance policy.

FE-5480

## AMENDATORY DEBRIS REMOVAL ENDORSEMENT

**SECTION I - ADDITIONAL COVERAGES**

Item 1., Debris Removal is replaced with the following:

1. **Debris Removal.** We will pay the reasonable expenses you incur in the removal of debris of covered property damaged by a Loss Insured. This expense is included in the limit applying to the damaged property. The following coverages and limits also apply:

   a. When the amount payable for the property damage plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to Additional Coverage, item 3. Trees, Shrubs and Other Plants.

   b. We will also pay up to $500 in the aggregate for each loss to cover the reasonable expenses you incur in the removal of tree debris from the **residence premises**, unless otherwise excluded. This coverage applies when:

      (1) the tree has caused a Loss Insured to Coverage A property; or

      (2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

         (a) the driveway, on the **residence premises**, and prevents land motor vehicle access to or from the dwelling; or

         (b) a ramp designed to assist the handicapped, on the **residence premises** and prevents access to or from the dwelling.

FE-5480



18-EX-1335-1

7210

553-2863 LA

# IMPORTANT NOTICE

## LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION – EMERGENCY ASSESSMENT

The amount collected through regular assessments by the Louisiana Citizens Property Insurance Corporation (LA Citizens) was not great enough to offset their current deficit. As a result, LA Citizens is levying an emergency assessment on premiums written on property and casualty risks located in the state of Louisiana.

If your premium includes the LA Citizens assessment, your Balance Due Notice or Declarations Page will indicate "Citizens Emer-FAIR" along with the amount assessed.

If you have any questions about the assessment, please contact your State Farm® agent.

553-2863 LA (C)     (12/07)

553-2474

# PREMIUM ADJUSTMENT

Insurance premiums have been adjusted and continue to reflect the expected cost of claims. Some policyholders will see their premiums increase while other policyholders may see their premiums decrease or stay the same. The amount your premium changed, if at all, depends on several factors including the expected claim experience in your area, the coverage you have, and any applicable discounts or charges.

The enclosed Renewal Certificate reflects your new premium.

State Farm® works hard to offer you the best combination of cost, protection, and service. We will continue doing our best to make the most effective use of your premium dollars and give you superior service when you need it.

If you have any questions about your premium, or policy coverages, please contact your State Farm agent.

553-2474     (10/07)

(CONTINUED)

553-2798

## IMPORTANT NOTICE . . . Discounts and Rating

The longer you are insured with State Farm* and the fewer claims you have, the lower your premium. For policyholders insured by State Farm for three or more years, the Claim Free Discount Plan provides a premium discount if you have not had any claims considered for the Plan in the most recent three-year period since becoming insured with State Farm. Premium adjustments under the Claim Record Rating Plan are based on the number of years you have been insured with State Farm and on the number of claims that we consider for the Plan. Depending on the Plan(s) that applies in your state/province, claims considered for the Plans generally include claims resulting in a paid loss and may include weather-related claims. Additionally, depending on your state/province's plan and your tenure with State Farm, any claims with your prior insurer resulting in property damage or injury may also influence your premium. For further information about whether a Claim Free Discount is in effect in your state/province, the Claim Record Rating Plan that applies in your state/province, and the claims we consider for the Plans, please contact your State Farm agent.

553-2798 (C)        (10/07)

553-2948

## NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Certificate are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page. Any coverage forms or endorsements included with your Renewal Certificate are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Certificate will be sent to you as an Amended Declarations Page or as an endorsement to your policy. You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm* agent.

553-2948 (C)        (10/08)

(CONTINUED)

18-EX-1335-1 



553-2642

# IMPORTANT NOTICE

**Utilities Rating Plan**

A premium discount is available under the Utilities Rating Plan when a dwelling's utility system has been completely updated within the last nine years. To be eligible for the premium discount, a dwelling's electrical, plumbing, heating, and cooling systems must be completely updated.

If you have updated all the utility systems in your dwelling within the last 9 years, you may be eligible for a premium discount. Contact your State Farm® agent to see if you qualify.

553-2642 (C)      (10/06)

553-2874

# IMPORTANT NOTICE

### HOME / AUTO DISCOUNT – Increased

The Home / Auto Discount is being increased to 20% effective with this renewal.

The Home / Auto Discount provides a premium discount if you have a Homeowners, Renters, or Condominium Unitowners policy and at least one qualifying vehicle insured with State Farm®.

The enclosed Renewal Certificate reflects the Home / Auto Discount if you qualify.

Please contact your State Farm agent if you have any questions about your policy, coverages or premium.

553-2874 (C)      (1/08)

Potential Class Rep Information Sheet

**Personal Data:**

1. Full Legal Name – Last, first, middle initial
   a. **Dean Christopher Amato**
   b. **Dawn Maurice Amato**

2. Wife's Maiden Name: **Dawn Maurice Tate**

3. Have either of you ever used an alias or other name?
   a. Yes / **No**
   b. If yes, what?

4. Marital Status: **Married**

5. Mailing Address:
   a. **18615 Bellingrath Lakes Ave Greenwell Springs, LA 70739**

6. Date of Birth
   a. **10-22-1980**
   b. **02-11-1981**

7. SSN
   a. **433-719902**
   b. **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**

8. Driver's License Number (include state)
   a. **006927653**
   b. **007050808**

9. Cell phone
   a. **225-921-7232**
   b. **225-954-1923**

10. Work phone, if applicable:
    a. **225-977-4263**
    b.

11. Email personal
    a. **dean@aluminumaccents.com**
    b. **dawnm_tate@yahoo.com**

12. Educational background- undergraduate?  Degree?  Year?

    **a.  B.S. in Construction Management (Louisiana State University) (2004)**

    **b.  Currently attending Grand Canyon University (Junior in Education)**

13. Employment History for past 15 years- employers' name and address, job duties, job title

    **a.  See attachment sheet**

14. Ever been discharged from employment? Why? When? Employer.

    a.  Yes / **No**

    b.  If so,

        i.  Why?

        ii.  When?

        iii.  Employer?

15. Current Occupation

    **a.  Turnaround Coordinator**

    **b.  Substitute Teacher**

16. Current Employer Name, if any

    **a.  ExxonMobil**

    **b.  Livingston Parish School Board**

17. Current Employer Address, if any

    a.

    b.

18. Current job duties, if any

    **a.  Plan, schedule, & estimate turnaround work. Develop and steward cost budgets. Write bid packages and summaries for sub-contractors.**

    **b.  Substitute teach at Live Oak high school**

19. Have you ever served in the military?  Yes

    **a.  Active Duty Army(2 years) & Army Nation guard(7 years)**

    **b.  Dec. 21, 1998 –March 2009**

    c.  **Honorable or dishonorable discharge? Honorable. Awards received=Department of Defense Distinguished Service Medal, Army**

**Achievement Medal(7), Army Accommodation Medal(3), Meritorious Service Medal, Army Reserve Components Achievement Medal, Nation Defense Service Medal, Army Service Ribbon, Armed Forces Reserve Medal w/ M device, Global War on Terrorism Service Medal, LA War Cross, LA Emergency Service Ribbon, LA General Excellence Medal, LA Longevity Ribbon, Iraq Campaign Medal, Combat Action Badge.**

20. Have either of you ever been divorced? **NO**

    a.  If so, name of former spouse(s).

    b.  Dates of marriage(s).

21. Ever been arrested?

    a.  Yes / **No**

22. If so, please explain on a separate page the crime charged, where it happened, date charged,  and what happened (i.e. were you convicted?  What was the sentence?)

    a.  If incarcerated, name and address of facility.

    b.  If incarcerated, dates of incarceration.

23. Have you ever filed a lawsuit in the past?  **Yes** / No

    a.  If so, please explain on a separate page about it and what happened.

24. Have you ever been sued?  Yes / **No**

    a.  If so, describe the nature of the suit on a separate page.

25. Have you ever given an interview to the media?  **Yes** / No

    a.  If so, to whom was it given? **Channel 2 (WBRZ)**

    b.  If so, the date(s) of the interview(s). **May 2004**

    c.  If so, the topic(s) of the interview(s). **Military Deployment**

26. Has you ever been mentioned in a news story or a newspaper article? **No**

    a.  If so, when?

    b.  If so, the topic(s) of the news story.

    c.  Identify news story or newspaper.

27. Do you own a computer, laptop or blackberry? **Yes**

28. Do you have a Facebook page? Dean=No Dawn=**Yes**

    **a.  Dawn Amato**

29. Do you have a MySpace page? Dean=No Dawn=**Yes**

    **a. Dawn Amato**

30. Do you have a LinkedIn account? **No**

    a. If so, user name(s)?

31. Have you ever blogged? **No**

    a. If so, on what topics has Plaintiff blogged?

        i. What is the web address of the blog?

32. Do you own/operate a website? **No**

    a. If so, what is website address?

    b. What is the nature of the website?

33. Do you do any charity work? **Yes**

    a. Family Resource Clinic, Men's discovery weekends

    b. Help organize clinic that helps pregnant teens. Men's ministry that puts on retreats for men 3x a year

34. Have you ever held public office? **No**

    a. If so, what position?

    b. When?

    c. Where?

35. Have Plaintiff ever filed for bankruptcy? **NO**    If so, when and what court.

36. Are you current on your income taxes? **YES**

37. Have you ever been audited by the IRS? **NO**

    a. If so, what was the outcome?

38. Have you ever filed for bankruptcy (personal or business)? **NO**

39. Person to contact in the event no contact can be made with you- name, address, cell, work and home phones, work and personal email; relationship to you.

    **1. Wayne Amato=225-278-3967**

    **2. Peggy Amato=225-572-2730**

    **3. Kenneth Tate=225-664-9750\**

    **4. Debbie Tate=225-573-4608**

**Property Data:**

1. Full Names (last, first, middle initial) of all occupants from 2000 to present.

    **a. Amato, Dean C**

     b.  **Amato, Dawn M**

     c.  **Amato, Halle R**

     d.  **Amato, Emma** C

2.  Gender and Dates of Birth of all occupants from 2000 to present.

     a.  **Male (10-22-80)**

     b.  **Female (02-11-81)**

     c.  **Female (11-15-98)**

     d.  **Female (12-18-2006)**

3.  Relationship of all occupants to Plaintiff from 2000 to present.

     a.  **Myself**

     b.  **Wife**

     c.  **Daughter**

     d.  **Daughter**

4.  What is the name of the Subdivision or Development where the Property is situated?

     a.  **Bellingrath Lakes**

5.  Date moved into Property:

     a.  **Oct. 2006**

6.  Date Property was Built:

     a.  **March 2006-Sept. 2006**

7.  Purchase price of Property:

     a.  **$37,700**

8.  From whom Property was purchased:

     a.  **Subdivision Developer (Jeff Couvioun) (Acadiana Constructors)**

9.  Has Property ever been renovated?

     a.  Yes/**No**

     b.  If Property has been renovated, the date of the renovation.

10.  Full name of Builder/Contractor of Property

     a.  If new construction=**Myself (Dean Christopher Amato)**

     b.  For any renovation

11.  Square Footage of Property under roof: **2600**

## Have you made any complaints to the following parties?

1. Insurer:  **No**
2. Builder: **No**
3. Developer: **No**
4. Drywall Contractor: **No**
5. Building Seller: **No**
6. Drywall Seller: **No**
7. Drywall Distributor: **No**
8. Drywall Importer: **No**
9. Drywall Manufacturer: **No**
10. CPSC: **No**
11. State Agency: **No**
12. State Representative: **No**
13. Congressperson: **No**
14. Any other person or agency? **No**

## Damages/Problems  and date damage/problem became evident:

1. Please list the things that have malfunctioned, such as the vent hood and door chimes, along with the date:

    a. **Door Chimes (2x) 2007 & 2008**

    b. **Samsung Plasma TV (2X) 2007 & 2008**

    c.  **Dell Laptop Computer 2007**

    d.  **Microwave Display Lights (2008)**

    e. **Oven Display Lights & timer (2008)**

    f. **Klispch Surround Sound Subwoofer speaker (2007)**

    g. **Klispch Ceiling mount speaker (2010)**

    h. **Sony DVD player (2007)**

    i. **Sony Bravia LCD TV (2010)**

    j. **Sony Receiver (2009)**

    k. **Phone jacks (3) (2009)**

    l. **Heater Vent Lights (2) (2007)**

## Amato Vetting Questionnaire Attachment

1. Employment History for past 15 years- employers' name and address, job duties, job title
   a. 2007-Present =ExxonMobil
      2001-2007 =Turner Industries
      1999-2001= Montgomery Watson Engineering
      1998-2009=United State Army & LA Army Nation Guard
   b. 2009-2010=Livingston Parish School Board
      2009-2010=Rabalias Homes
      2007-2009=At home Mother w/ young child
      2005-2007=Harvest Manor
      1999-2005= NEMSCO

2. Have you ever filed a lawsuit in the past?  **Yes** / No
   YES
   Dawn (2002)=Rear ended in car accident and filed suit for medical bills.



















