# EXHIBIT 3

# AMENDED

Plaintiff Profile Form - Residential Properties

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | **MDL NO. 2047** |
| PRODUCTS LIABILITY LITIGATION | **SECTION: L** |
| THIS DOCUMENT RELATES TO: ALL CASES | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

## Section I. Property Information

| | |
|---|---|
| Name Property Owner | Byron H. and Debra A. Byrne |
| Address of Affected Property | 532 Snead Court |
| | Slidell, LA 70458 |

Is this Property:* ☒ Residential ☐ Commercial ☐ Governmental

Name of Person Completing this Form

Is above your primary residence? ⊙ Yes  No ○

| Mailing Address (if different) | 401 Greenbriar Way |
|---|---|
| | Slidell, LA 70460 |

Phone: (504 ) 621 - 9879

* If your response is commercial or governmental you should not fill out the remaining questions and you will receive a follow up form at a later date.

Circle one: ☒ Owner-Occupant ☐ Owner Only ☐ Renter-Occupant

| Represented By: | Gainsburgh Benjamin |
|---|---|
| Address: | 2800 Energy Centre |
| | 1100 Poydras Street |
| | New Orleans, LA 70163 |

Phone: (504 ) 522 - 2304

Case No. /Docket Info: 2:09-cv-07628

## Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Property & Casualty Ins., Hartford |
| Policy #: | 55 RBC 491448 |
| Agent: | Kristine R. Azar |
| Address: | 200 Executive Boulevard |
| | Southington, CT 05489 |
| Phone: | (877 ) 805 - 9918 |

+ Attach Copy of Insurance Declaration Page

---

## Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Byron H. Byrne | 4/ 2 /07 9 | 80/10 | ☒ / F | 8/ 14/53 | ⊙Yes  No ○ | Owner Only |
| Debra A. Byrne | 4/ 2 /07 9 | 80/10 | M / ☒ | 4/ 11/56 | ⊙Yes  No ○ | Owner Only |
| | / / | / / | M / F | / / | ○Yes  No ○ | |
| | / / | / / | M / F | / / | ○Yes  No ○ | |
| | / / | / / | M / F | / / | ○Yes  No ○ | |
| | / / | / / | M / F | / / | ○Yes  No ○ | |
| | / / | / / | M / F | / / | ○Yes  No ○ | |
| | / / | / / | M / F | / / | ○Yes  No ○ | |
| | / / | / / | M / F | / / | ○Yes  No ○ | |
| | / / | / / | M / F | / / | ○Yes  No ○ | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ⦿ Yes No ◯

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? **Driskill Environmental Consultants LLC**

      1.2. When did the inspection take place? | 8 24 /10 |

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ⦿ Yes No ◯

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? **Driskill Environmental Consultants LLC**

      2.2. When was this determination made? | 8/ 24 /10 |

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Made in China and Knauf | Attic |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| Approx. Sq. Ft. of House: | 2,447 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | 8,500 | Occupied | | | ☒ |
| Height of Interior Walls | 10' | Year-round | | | |
| Number of Bedrooms: | 3 | Summer | | | |
| Number of Bathrooms: | 2 | Winter | | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ☒ | |
| Copper Piping | ☒ | | |
| Copper Fixtures | | | ☒ |
| Other Fixtures | ☒ | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | ☒ | | |
| 2nd Panel | | | ☒ |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 9 | 6 | /06 | | Completion Date | 3 | / | /07 |
|---|---|---|---|---|---|---|---|---|
| Move in Date: | 4/ | 2 | /07 | | Date Acquired Home | | 4/ | 12 /07 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / | / | | Completion Date | / | / |
|---|---|---|---|---|---|---|
| Move in Date: | / | / | | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:
  Savoie & Savoie III, Ltd.

Address:  301 West Honors Point Court
  Slidell, LA 70458

Phone:  (985 ) 649 - 0341

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:
  Seals Drywall Co.

Address:  125 George Mitchell Road
  Carriere, MS 39426

Phone:  601 ) 798 - 3812

**Section X. Drywall Supplier**

Drywall Supplier's Name:
  Interior/Exterior Building Supply

Address:  P. O. Box 4002
  New Orleans, LA 70178

Phone:  ( ) -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |





# Driskill Environmental Consultants LLC
## INSPECTION REPORT
### Defective Drywall
532 Snead Ct., Slidell, LA 70458
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC / Byron Byrne
August 24, 2010

Report Prepared By:

Brent J. Driskill, CMC, CMRS,

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State**
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Industrial Hygienist*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*



**Office (504) 738-2779 / Fax (504) 737-1960**
**www.brent@smarttipsolutions.com**

## Driskill Environmental Consultants LLC

# Contents

INTRODUCTION ................................................................................................................................3

INTERVIEW WITH CLIENT OR HOMEOWNER: ................................................................................3

WORD AND PHRASE DEFINITIONS ...................................................................................................4

PROPERTY DESCRIPTION ..................................................................................................................4

INSPECTION RESULTS .......................................................................................................................5

    ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES ....................................................................5
    WATER HEATER AND APPLIANCES ..............................................................................................6
    BATHROOMS ..................................................................................................................................6
    CENTRAL AIR CONDITIONERS AND FURNACES ..........................................................................7

DAMAGE ASSESSMENT .....................................................................................................................7

DEFECTIVE DRYWALL IDENTIFICATION .........................................................................................7

PHOTO LOG .......................................................................................................................................7

## Driskill Environmental Consultants LLC

# *INTRODUCTION*

Site Inspector: Brent Driskill
The following inspection was performed on August 24, 2010
For the Client: Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC / Byron Byrne

The recommendations or requirements made in this report cannot address unforeseen hidden or inaccessible defective drywall or damages inflicted upon various metals and contents within the structure. Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by chemical off gassing from defective drywall. The contents of this report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

The client and property owner is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C. Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise directed by the client and/or home owner. Please contact Driskill Environmental Consultants LLC for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition or remediation of any materials affected by defective drywall, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. The client and/or home owner understands that this Inspection Report is performed and prepared for Client and/or home owner's sole and exclusive use and is NOT intended to be relied upon by any 3rd party.

This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

### *INTERVIEW WITH CLIENT OR HOMEOWNER:*

An interview with the homeowners revealed that KNAUF stamped drywall was discovered in the attic of the home. The homeowners also reported that they have been suffering with allergic reactions, asthma and nose bleeds while inside the home.

## Driskill Environmental Consultants LLC

### *Word and Phrase Definitions*

The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Corrosion (A.C.):** Corrosion on wiring or metal components beyond that which should be expected as compared to the normal rate of corrosion as of the date installed.

**Instrument readings, when conducted** are reported in **ppm, (parts per million). NOTE: (<) symbol indicates "less than".**

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected life span; with photos of contaminated contents, items and devices shall include the following:

| PROPERTY DESCRIPTION | |
|---|---|
| **Type of Construction** | Wood Frame |
| **Use of Structure** | Single Family Residential |
| **Age of Structure** | 4 Years Old |
| **Approximate Sq. Ft.** | 2,440 Sq. Ft. |
| **Stories / Levels** | One Level |
| **Brand of Drywall** | Knauf |
| **Interior Walls** | Drywall |
| **Interior Ceilings** | Drywall |
| **Foundation** | Concrete Slab |
| **Flooring** | Wood Plank and Ceramic Tile |
| **Exterior Walls** | Brick Veneer and Stucco |
| **Roof System** | Seal Tab Shingle |
| **Number of A/C Systems** | One System |

### SYSTEMS AND DEVICES INSPECTED

### ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES

Removal or accessing electrical components for visual inspection such as; electrical receptacles, light switches, main electrical panel, sub electrical panel, multi breaker panels, electrical junction boxes and other electrical terminations for the purpose of visually identifying black corrosion on copper terminal connections.

### ELECTRICAL APPLIANCES & DEVICES

- Electrical devices, their components and electrical terminal connections (when accessible) are inspected during the   inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

## Driskill Environmental Consultants LLC

*WATER HEATER AND APPLIANCES*

**CONDITION OF ELECTRICAL COMPONENTS:  A.C. =Advanced Corrosion;**
**S.C. = Serviceable Condition;  N/A =Not Accessible;  N/I =Not Inspected**

| WATER HEATER INFORMATION | | |
|---|---|---|
| **Water Heater** | **Supply Water Lines Visual Condition** | **NOTES** |
| **Location - Attic** | | |
| Supply Lines | Advanced Corrosion | |
| Metal Components | | |
| Overall Condition | | |
| Age | 4 Years Old | |
| Make | A.O. Smith | |

**CONDITION OF ELECTRICAL COMPONENTS:  A.C. =Advanced Corrosion;**
**S.C. = Serviceable Condition;  N/A =Not Accessible;  N/I =Not Inspected**

| APPLIANCES | | |
|---|---|---|
| **Type** | **External Visual Conditions** | **NOTES** |
| Refrigerator | N/A | |
| Clothes Washer | N/A | |
| Clothes Dryer | N/A | |
| Dishwasher | N/A | |
| Electric Range/Cook top | N/A | |
| Electric Oven | | |
| Microwave Oven | N/A | |
| Garage Door Opener | N/A | |

*BATHROOMS*

**CONDITION OF ELECTRICAL COMPONENTS:  A.C. =Advanced Corrosion;**
**S.C. = Serviceable Condition;  N/A =Not Accessible;  N/I =Not Inspected**

| BATHROOMS | | |
|---|---|---|
| **Bathroom #1** | **Visual Conditions** | **NOTES** |
| **Location – Master Bathroom** | | |
| Toilet Supply Lines/Valves | Advanced Corrosion | |
| Lavatory Supply Lines/Valves | Advanced Corrosion | |
| Lavatory Drain Lines | P.V.C. | |
| Lavatory Fixtures/Faucets | | |
| Shower/Bathtub/Faucets | | |
| **Bathroom #2** | **Visual Conditions** | **NOTES** |
| **Location – Hall Bathroom** | | |
| Toilet Supply Lines/Valves | Advanced Corrosion | |
| Lavatory Supply Lines/Valves | Advanced Corrosion | |
| Lavatory Drain Lines | P.V.C. | |
| Lavatory Fixtures/Faucets | | |
| Shower/Bathtub/Faucets | | |

# Driskill Environmental Consultants LLC

## *CENTRAL AIR CONDITIONERS AND FURNACES*

**CONDITION OF ELECTRICAL COMPONENTS:  A.C. =Advanced Corrosion;
S.C. = Serviceable Condition;  N/A =Not Accessible;  N/I =Not Inspected**

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| **A/C System  - Attic** | **Visual Conditions** | **NOTES** |
| Make and Type - | | |
| Age and Condition | 4 Years Old | |
| Condition of Evaporator Coils | Advanced Corrosion | |
| Condition of Wiring | | |
| Components Replaced | | |

## *DAMAGE ASSESSMENT*

Primary damage caused by defective drywall that includes visually observed corrosion of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. The electrical ground wiring, buss bar and breaker terminals in the main electrical panel all display advanced corrosion.
2. The electrical components of the light fixtures have been affected.
3. The alarm system, in the laundry room, displayed signs of advanced corrosion.
4. Throughout the structure, the exposed copper wiring and screws in electrical receptacles and light switches displayed advanced corrosion.
5. The evaporator coils in the A/C system displayed advanced corrosion.
6. The copper water lines for the water heater displayed advanced corrosion.
7. Photographs of drywall stamped, "KNAUF" was taken inside the attic.  At the time of this inspection there were no drywall samples taken.
8. The homeowners reported that the electrical components inside automobiles stored in the attached garage have been affected by the contaminated drywall.

## *DEFECTIVE DRYWALL IDENTIFICATION*

Various amounts of content damage (IF ANY) throughout this report are referenced regarding the visible amount of black advanced corrosion observed primarily on copper wiring, receptacles, switches and other electrical components. Because other building materials, appliances, items or contents do not display black corrosion does not necessarily mean that they are not affected by chemical related gasses or compounds. There is a possibility of having a mixture of defective drywall installed adjacent to non defective drywall; therefore it would be reasonable to conclude that there would be an unknown mixture of defective China manufactured drywall along with non defective drywall.

| DRYWALL SAMPLES OBSERVED & PHOTOGRAPHED | | |
|---|---|---|
| **Sample Photo** | **Location of Drywall** | **Stamped Marking** |
| First | Attic | KNAUF |
| Second | Attic | TIANJIN |

## *PHOTO LOG*

Photos of this inspection will be e-mailed via www.yousendit.com. Go to their site when instructed through your e-mail and down load the zip file. The photos in this file are identified by the home address i.e. 532 Snead Ct.



















































