# EXHIBIT 4



Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | **MDL NO. 2047** | |
| PRODUCTS LIABILITY LITIGATION | **SECTION: L** | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | **JUDGE FALLON** | |
| | **MAG. JUDGE WILKINSON** | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Edward & Susan Beckendorf |
| Address of Affected Property | 304 Brown Thrasher Loop S |
| | Madisonville, LA 70447 |
| Is this Property:* ☒ Residential | ☐ Commercial  ☐ Governmental |
| Name of Person Completing this Form | Zachary L. Wool |
| Is above your primary residence? | ⊙ Yes  No ○ |
| Mailing Address (if different) | same |
| Phone: | (504 ) 524 - 3300 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| Circle one: | ☒ Owner-Occupant  ☐ Owner Only  ☐ Renter-Occupant |
|---|---|
| Represented By: | Dawn M. Barrios, Esq. |
| Address: | Barrios, Kingsdorf & Casteix, LLP |
| | 701 Poydras Street, Suite 3650 |
| | New Orleans, LA 70139 |
| Phone: | (504 ) 524 - 3300 |
| Case No. /Docket Info: | 2:09-cv-07628 |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | Metropolitan Property & Casualty Ins. Co. |
| Policy #: | 9181553420 |
| Agent: | Stanley Fleming, Jr. |
| Address: | PO Box 48020 |
| | Dayton, OH 45475 |
| Phone: | (504 ) 613 - 2000 |

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Edward Beckendorf | 7 26/06 | / / | ☒ / F | 1 /5/51 | ⊙Yes No ○ | Owner-Occupant |
| Susan Beckendorf | 7 26/06 | / / | M / ☒ | 1 /3/51 | ⊙Yes No ○ | Owner-Occupant |
| Keri Beckendorf | 7 26/06 | / / | M / ☒ | 8 /1/71 | ⊙Yes No ○ | Occupant or Renter Only |
| | / / | / / | M / F | / / | ○Yes No ○ | |
| | / / | / / | M / F | / / | ○Yes No ○ | |
| | / / | / / | M / F | / / | ○Yes No ○ | |
| | / / | / / | M / F | / / | ○Yes No ○ | |
| | / / | / / | M / F | / / | ○Yes No ○ | |
| | / / | / / | M / F | / / | ○Yes No ○ | |
| | / / | / / | M / F | / / | ○Yes No ○ | |

* Personal injuries include claims for mental anguish and medical monitoring.

Beckendorf, E 0001

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⊙Yes   No ○

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  A Pro Home Inspection Services
1.2. When did the inspection take place?  8  80 /10

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  ⊙ Yes   No ○
2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  A Pro Home Inspection Services
2.2. When was this determination made?  8  80 /10

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Tianjin | Knauf Tianjin China | Throughout House |
| | | |
| | | |
| | | |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 2257 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | unkonwn | Occupied | | ☒ | |
| Height of Interior Walls | 9 or 12 | Year-round | | ☒ | |
| Number of Bedrooms: | 3 | Summer | | ☒ | |
| Number of Bathrooms: | 2 | Winter | | ☒ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ☒ | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | ☒ | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | ☒ | | |
| 2nd Panel | | ☒ | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | 7 /1 /06 |
|---|---|---|---|
| Move In Date: | 7  26 /06 | Date Acquired Home | 5 /1 /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Mayco Construction, LLC
Address:  1155 Hardy Drive
Covington, LA 70433
Phone:  (985 ) 892 - 7946

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:
Mayco Construction, LLC
Address:  1155 Hardy Drive
Covington, LA 70433
Phone:  (985 ) 892 - 7946

## Section X. Drywall Supplier

Drywall Supplier's Name:
Interior/Exterior Building Supply
Address:  730 South Scott Street
New Orleans, LA 70119
Phone:  (504 ) 484 - 6613

Beckendorf, E 0002

Plaintiff Profile Form – Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | January 21, 2010 | _____ | January 21, 2010 |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

Beckendorf, E 0003

**MetLife** Auto & Home      Metropolitan Property and Casualty Insurance Company
Homeowners Declarations
05/26/06N
ST 17

| Policy Number: 9181553420 | |
|---|---|
| Policy Term: From 07-15-2006 to 07-15-2007, 12:01 A.M. Standard Time at the location of the property insured as stated in the policy. | Page 1 of 2<br><br>New Policy Effective Date: 07-15-2006<br><br>Bill To: Insured |

Named Insured:

SUSAN   BECKENDORF
EDWARD G BECKENDORF
562 PANORAMA DR.
MOHEGAN LAKE              NY      10547

The residence premises covered by this policy is located at:
123 BROWN THRASHER LOOP      MADISONVILLE      LA      70446

| Basic Policy Coverages | Limits | | Premiums | |
|---|---|---|---|---|
| A - Dwelling | $ | 171,836 | $ | 958.00 |
| B - Private Structures | $ | 34,367 | | |
| C - Personal Property | $ | 120,285 | | |
| F - Personal Liability: | | | | |
| Each Occurrence | $ | 100,000 | | |
| G - Medical Payments to Others: | | | | |
| Each Person | $ | 1,000 | | |
| Loss of Use | $ | 42,959 | | |

**Causes of Property Loss**
Special Perils

**Building Property Loss Settlement**
Coverage A Plus                                                                     .Incl

**Personal Property Loss Settlement**
Replacement Cost on Contents                                                        Incl

**Optional Coverages**
Back Up of Sewer, Drain and Sump Pump Coverage                      $    50.00
    $25,000 Limit, $1,000 Deductible

                                  **Current Annual Premium:   $ 1,008.00**

In addition to the current annual premium, the following assessments & fees apply:

| | | | |
|---|---|---|---|
| LA FAIR Plan Regular Assessment | $ | 100.80 |
| LA Coastal Plan Regular Assessment | $ | 75.60 |
| Total Assessments & Fees | $ | 176.40 |
| **Total Annual Premium, Assessments & Fees** | | **$ 1,184.40** |

**Deductible(s)**
    $1000 deductible applies to each loss Other Than Hurricane.
    $1000 deductible applies to each Hurricane Windstorm Loss.

MetLife® Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL 1380-000                                                                  Printed in U.S.A. 0298

Beckendorf, E 0004

MetLife Auto & Home®   **Metropolitan Property and Casualty Insurance Company**
**Homeowners Declarations**

06/08/07V
ST 17

| Policy Number: 9181553420 | |
| --- | --- |
| Policy Term: From 07-15-2007 to 07-15-2008, 12:01 A.M. Standard Time at the location of the property insured as stated in the policy. | Page 1 of 2 |
| | Renewal Effective Date: 07-15-2007 |
| | Bill To: Insured |
| Named Insured: | First Mortgagee: Loan 0145243788 |
| EDWARD GEORGE BECKENDORF III SUSAN F BECKENDORF 10950 JEFFERSON HWY 12 RIVER RIDGE          LA      70123 | SUNTRUST MORTGAGE INC ISAOA PO BOX 57028 IRVINE          CA      92619 |

The residence premises covered by this policy is located at:
304 BROWN THRASHER LOOP SOUTH  MADISONVILLE          LA      70447

| Basic Policy Coverages | Limits | Premiums |
| --- | --- | --- |
| A - Dwelling | $ 200,700 | $ 1,134.00 |
| B - Private Structures | $  40,140 | |
| C - Personal Property | $ 140,490 | |
| F - Personal Liability: | | |
| Each Occurrence | $ 100,000 | |
| G - Medical Payments to Others: | | |
| Each Person | $   1,000 | |
| Loss of Use | $  50,175 | |

**Causes of Property Loss**
Special Perils

**Building Property Loss Settlement**
Coverage A Plus                                                          Incl

**Personal Property Loss Settlement**
Replacement Cost on Contents                                             Incl

**Optional Coverages**
Back Up of Sewer, Drain and Sump Pump Coverage              $    45.00
  $25,000 Limit, $1,000 Deductible

                              Current Annual Premium:  $ 1,179.00

In addition to the current annual premium, the following assessments & fees apply:

          LA FAIR Plan Emergency Assessment  $    42.44

                    Total Assessments & Fees  $    42.44

       Total Annual Premium, Assessments & Fees  $ 1,221.44

**Deductible(s)**
  $1000 deductible applies to each loss Other Than Hurricane.
  $4014 deductible applies to each Hurricane Windstorm Loss.

MetLife Auto & Home® is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI
MPL 1380-000

Printed in U.S.A, 0298

MetLife Auto & Home®   **Metropolitan Property and Casualty Insurance Company**
**Homeowners Declarations**                                    06/
                                                                ST

| | |
|---|---|
| Policy Number: 9181553420 | Page   1 of   2 |
| Policy Term: From 07-15-2008 to<br>07-15-2009, 12:01 A.M. Standard Time<br>at the location of the property<br>insured as stated in the policy. | Renewal Effective Date: 07-15-2008 |
| | Bill To: Mortgagee |
| **Named Insured:** | **First Mortgagee:**   Loan 0145243788 |
| EDWARD GEORGE BECKENDORF III<br>SUSAN F BECKENDORF<br>304 BROWN THRASHER LOOP SOUTH<br>MADISONVILLE            LA      70447 | WELLS FARGO HOME MORTGAGE<br>ITS SUCCESSORS AND OR ASSIGNS<br>PO BOX 23030<br>JACKSONVILLE            FL      32241 |

Residence Premises: Named Insured's Address Shown Above.

| Basic Policy Coverages | Limits | Premiums |
|---|---|---|
| A - Dwelling | $  209,300 | $ 1,223.00 |
| B - Private Structures | $   41,860 | |
| C - Personal Property | $  146,510 | |
| F - Personal Liability: | | |
|    Each Occurrence | $  100,000 | |
| G - Medical Payments to Others: | | |
|    Each Person | $    1,000 | |
| Loss of Use | $   52,325 | |

**Causes of Property Loss**
Special Perils

**Building Property Loss Settlement**
Coverage A Plus                                                   Incl

**Personal Property Loss Settlement**
Replacement Cost on Contents                                      Incl

**Optional Coverages**
Back Up of Sewer, Drain and Sump Pump Coverage          $    45.00
   $25,000 Limit, $1,000 Deductible

          **Current Annual Premium:**  $ 1,268.00

In addition to the current annual premium, the following assessments & fees apply:

          LA FAIR Plan Emergency Assessment   $    63.40

          Total Assessments & Fees   $    63.40

          Total Annual Premium, Assessments & Fees  $ 1,331.40

**Deductible(s)**
$1000 deductible applies to each loss Other Than Hurricane.
$4186 deductible applies to each Hurricane Windstorm Loss.

MetLife Auto & Home® is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL 1380-000                                                    Printed in U.S.A. 0298

Beckendorf, E 0006

**MetLife Auto & Home®**    **Metropolitan Property and Casualty Insurance Company**
Homeowners Declarations

06/10/09
ST 17

| | |
|---|---|
| **Policy Number:** 9181553420<br>**Policy Term:** From 07-15-2009 to<br>  07-15-2010, 12:01 A.M. Standard Time<br>at the location of the property<br>insured as stated in the policy. | Page  1 of  3 |
| | **Renewal Effective Date:** 07-15-2009 |
| | **Bill To:** Mortgagee |
| **Named Insured:**<br><br>EDWARD GEORGE BECKENDORF III<br>SUSAN F BECKENDORF<br>304 BROWN THRASHER LOOP SOUTH<br>MADISONVILLE      LA    70447 | **First Mortgagee:**    Loan 0145243788<br><br>WELLS FARGO HOME MORTGAGE<br>ITS SUCCESSORS AND OR ASSIGNS<br>PO BOX 23030<br>JACKSONVILLE      FL    32241 |

**Residence Premises:** Named Insured's Address Shown Above.

| Basic Policy Coverages | Limits | Premiums |
|---|---|---|
| A – Dwelling | $  218,900 | $ 1,388.00 |
| B – Private Structures | $   43,780 | |
| C – Personal Property | $  153,230 | |
| F – Personal Liability: | | |
|     Each Occurrence | .$  100,000 | |
| G – Medical Payments to Others: | | |
|     Each Person | $    1,000 | |
| Loss of Use | $   54,725 | |

**Causes of Property Loss**
Special Perils

**Building Property Loss Settlement**
Coverage A Plus                                Incl

**Personal Property Loss Settlement**
Replacement Cost on Contents                Incl

**Optional Coverages**
Back Up of Sewer, Drain and Sump Pump Coverage      $   43.00
    $25,000 Limit, $1,000 Deductible

                              **Current Annual Premium:**   $ 1,431.00

In addition to the current annual premium, the following assessments & fees apply:

                     LA FAIR Plan Emergency Assessment    $   71.55

                            Total Assessments & Fees    $   71.55

         **Total Annual Premium, Assessments & Fees**   $ 1,502.55

**Deductible(s)**
  $1000 deductible applies to each loss Other Than Hurricane and any other
    coverage(s) with distinct deductibles noted.
  $4378 deductible applies to each Hurricane Windstorm Loss.

MetLife Auto & Home® is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI
MPL 1380-000                                            Printed in U.S.A. 0298



FRONT ELEVATION

MBR
16' X 13'

PORCH
15' X 8'

MBA

BKFST
10' X 12'

LIVING
18' X 21'

BR-2
12' X 12'

KIT
10' X 13'

BA-2

DINING
10' X 11'

BR-3
12' X 11'

PORCH

GARAGE
20' X 20'

FLOOR PLAN

65'-0"

46'-0"

| | AREA | |
|---|---|---|
| LIVING AREA | | 1794 |
| GARAGE | | 425 |
| PORCHES | | 161 |
| AREA UNDER BEAM | | 2380 |

BMI - LOT 1-A, SQ. 370

DesignTech
Residential Planners, Inc.

| CODE | LIVING | AREA U. B. | INDX |
|---|---|---|---|
| A3 | 1794 | 2380 | 7144 |

IF THIS STAMP IS NOT RED, THIS
REPRODUCTION
OF THE PLANS BY
ANY SEAL IS COMPLETED
BY FEDERAL LAW VIOLATORS
ARE PUNISHED BY FINES UP

AIA ANYONE WHO COPIES
BB OF BUILDING DESIGN

TO $100,000 PER OFFENSE
CALL THE DESIGNER TO
OBTAIN LEGAL COPIES
OF THIS PLAN
IT IS AN ILLEGAL SET OF PLANS

Beckendorf, E 0008

**INTERIOR EXTERIOR**
BUILDING SUPPLY
UNITED PARTNERSHIP
504-488-1995

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# ACKNOWLEDGEMENT

| | INV DATE | ORDER NO. |
|---|---|---|
| BTS | 03/08/05 | 1441299-00 |

| P.O. NO. | PAGE |
|---|---|
| LOT 177 | 1 |

SALES ASSOC. 113

CUST #: 8551

SHIP TO: GUSTE ISLAND LOT 177
BROWN THRASHER LOOP
CARLTON 966-1088
MADISONVILLE, LA 70447

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING S
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: MAYCO CONSTRUCTION LLC
P O BOX 279

MADISONVILLE, LA 70447

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1% 29/NET 30 |
| SHIP VIA | | SHIP DATE |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/16/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY | QUANTITY SHIPPED | QTY | UNIT PRICE | PRICE UM | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 4812BR 4' X 12' X 1/2" REGULAR SHEETROCK | 194 | | 194 | | 296.00 | MSF | 2756.35 |
| 2 | 4812BR 4' X 8' X 1/2" M/R GYP BD | 48SF/PC 32 SF | 10 | 10 | PC | 395.00 | MSF | 126.40 |

| 2 Lines Total | Qty Shipped Total | 204 | Total | 2882.75 |
|---|---|---|---|---|
| | | | Taxes | 252.24 |
| | | | Invoice Total | 3134.99 |

Last Page    ORDER #1441299-00



Beckendorf, E 0009

BEST TITLE RESOURCE
1820 Belle Chasse Hwy
Suite 205
Gretna, LA 70056
Post Closing Department
P (504) 393-0315    F (504) 393-0332

NS044-06

CASH SALE OF PROPERTY                    UNITED STATES OF AMERICA

BY: MAYCO CONSTRUCTION, L.L.C.

                                         STATE OF LOUISIANA

TO: SUSAN FUCHS BECKENDORF                PARISH OF ST. TAMMANY
    WIFE OF/AND
    EDWARD GEORGE BECKENDORF, III

    BE IT KNOWN that on this 24th day of July, in the year of our Lord two thousand six.

    BEFORE ME, MICHAEL P. BONO,  a Notary Public duly commissioned and qualified,

in and for the said Parish of Jefferson, therein residing, and in the presence of the witnesses

hereinafter named and undersigned:

    PERSONALLY CAME AND APPEARED:

    MAYCO CONSTRUCTION, L.L.C., a Limited Liability Company organized and
existing under the laws of the State of Louisiana herein represented by Carlton May, its Member
authorized by virtue of a Certificate of Authority the original of which is recorded in the records
of the Parish of St .Tammany, State of Louisiana under Instrument No. 1345622;

MAILING ADDRESS: P.O. Box 279, Madisonville, Louisiana 70447

who declared that they/she/he do/does by these presents grant, bargain, sell, convey, transfer,

assign, set over, abandon and deliver, with all legal warranties and with full substitution and

subrogation in and to all the rights and actions of warranty which they/she/he have/has or may

have against all preceding owners and vendors unto:

    SUSAN FUCHS BECKENDORF (SS#XXX-XX-2352), WIFE OF/AND EDWARD
GEORGE  BECKENDORF, III (SS#XXX-XX-7161), both persons of the full age of majority,
residents of and domiciled in the Parish of St. Tammany, State of Louisiana, who declared unto
me, Notary that they have been married but once, and then to each other and that they are
presently living and residing together;

MAILING ADDRESS: 304 Brown Thrasher Loop South, Madisonville, Louisiana 70447

here present accepting, and purchasing for themselves/itself, its heirs and assigns and

acknowledge due delivery and possession thereof, all singular the following described property

to-wit:

St. Tammany Parish 1784
Instrument #: 1566646
Registry #: 1632230 LCM
07/26/2006 3:45:00 PM
MB   CB X NI   UCC

Beckendorf, E 0010

A CERTAIN PIECE OR PARCEL OF LAND, situated in Section 20, Township 7 South, Range 10 East, St. Tammany Parish, Louisiana in accordance with map and plat by Kelly J. McHugh & Associates, Inc., filed October 12, 2005, with the Clerk of Court for St. Tammany Parish as Map File No. 4047, and being described as follows, to-wit:

LOT 177 Guste Island Estates, Parcel C, Phase 1, St. Tammany Parish, Louisiana.

Improvements thereon bear the Municipal No. 304 Brown Thrasher Loop South, Madisonville, Louisiana 70447

Being the same property acquired by Mayco Construction, L.L.C. by an act dated November 29, 2005 and registered under instrument no. 1525068.

This act is made and executed subject to the following;

1. Any and all restrictions, servitudes and/or easements which are contained in the chain of title.

### THE PROPERTY DESCRIBED HEREIN IS SOLD IN "AS IS" CONDITION.

"Buyer(s) or (his/her) representatives have fully examined and inspected the entire building(s) which comprise the premises prior to the execution of this agreement, and that Buyer(s) know and (is/are) satisfied with the physical condition of the premises in all respects, including, but not limited to, any visible or hidden termite infestation and resultant damage therefrom, and the same is acceptable to Buyer(s) "AS IS" and that Buyer(s) agree(s) that no representation, statements or warranties have at any time been made by Seller(s), or its agents, as to the physical condition or state of repair of the premises in any respect, and that the purchase price takes into consideration the condition of the premises."

"Seller(s) and Buyer(s) hereby acknowledge and recognize that this sale is in "AS IS" condition, and accordingly, Purchaser(s) do hereby relieve and release Seller(s) and all previous owners thereof from any and all claims for any vices or defects in said property, whether obvious or latent, known or unknown, easily discoverable or hidden, and particularly for any claim or cause of action for redhibition pursuant to Louisiana Civil Code Articles 2520, et seq., or for diminution of purchase price pursuant to Louisiana Civil Code Articles 2541, et seq."

To have and to hold the above described property unto the said purchaser(s), their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of TWO HUNDRED FIFTY-TWO THOUSAND EIGHT HUNDRED SIXTEEN AND NO/100$252,816.00) DOLLARS, which the said purchaser(s) has/have well and truly paid, in ready and current money to the said vendor(s), who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefor.

All State, City and/or Parish taxes up to and including the taxes due and exigible in 2005 are paid and 2006 have been pro-rated between the parties.

THUS DONE AND PASSED in my office at Mandeville, Louisiana on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading of the whole.

WITNESSES:

_____
Print Name: _Lance Swott_

_____
Print Name: _Chrobwattchuson_

APPEARERS:

_____
MAYCO CONSTRUCTION, L.L.C.
BY: CARLTON MAY, MEMBER

_____
SUSAN FUCHS BECKENDORF

_____
EDWARD GEORGE BECKENDORF,
III

_____
MICHAEL P. BONO
NOTARY PUBLIC
NOTARY NO. 68544




# Driskill Environmental Consultants LLC
### INSPECTION REPORT
Defective Drywall
Barrios Kingsdorf & Casteix, LLP / Edward & Susan Beckendors
304 Brown Thrasher Loop, South, Madisonville, LA 70447
January 14, 2011

Report Prepared By:

Brent J. Driskill, CMC, CMRS,

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State**
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Member*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*
*Certified Microbial Consultant*



Office (504) 738-2779 / Fax (504) 737-1960
www.brent@smarttipsolutions.com

## Driskill Environmental Consultants LLC

# Contents

INTRODUCTION.................................................................................................................................3

INTERVIEW WITH CLIENT OR HOMEOWNER:.....................................................................3

WORD AND PHRASE DEFINITIONS ........................................................................................4

INSPECTION INFORMATION ...................................................................................................4

PROPERTY DESCRIPTION........................................................................................................4

INSPECTION RESULTS ..............................................................................................................5

   ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES.....................................................5
   WATER HEATER AND APPLIANCES....................................................................................6
   BATHROOMS............................................................................................................................7
   CENTRAL AIR CONDITIONERS AND FURNACES............................................................7

DAMAGE ASSESSMENT.............................................................................................................7

BOROSCOPE WALL CAVITY INSPECTION ...........................................................................8

PHOTO LOG ..................................................................................................................................8

## Driskill Environmental Consultants LLC

### *INTRODUCTION*

Site Inspectors: Brent Driskill & Brian Driskill
The Following Inspection was performed for the Client:
Barrios Kingsdorf & Casteix, LLP, on January 14, 2011

The recommendations or requirements made in this report cannot address unforeseen hidden or inaccessible defective drywall or damages inflicted upon various metals and contents within the structure. Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by chemical off gassing from defective drywall. The contents of this report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

The client and property owner is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C. Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise directed by the client and/or home owner. Please contact Driskill Environmental Consultants LLC for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition or remediation of any materials affected by defective drywall, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. The client and/or home owner understands that this Inspection Report is performed and prepared for Client and/or home owner's sole and exclusive use and is NOT intended to be relied upon by any 3rd party.

This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

### *INTERVIEW WITH CLIENT OR HOMEOWNER:*

An interview with the homeowner revealed that Knauf drywall was discovered within the structure and now evidence of defective drywall must be documented.

# Driskill Environmental Consultants LLC

**Word and Phrase Definitions**
The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Corrosion (A.C.):** Corrosion on wiring or metal components beyond that which should be expected as compared to the normal rate of corrosion as of the date installed.

**Instrument readings, when conducted** are reported in **ppm, (parts per million). NOTE: (<) symbol indicates "less than".**

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Accessible (N/A):** An item or system or a component of the same was not accessible to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected during the time of this inspection.

## INSPECTION INFORMATION
On January 14, 2011, a qualified inspector conducted a visual inspection of the subject structure located at 304 Brown Thrasher Loop, South in Madisonville, LA, to determine the presence of defective drywall and the resulting corrosive damages to electrical and copper components and other metals inside the structure. The process of properly conducting a visual inspection including a written report with photos of contaminated contents, items and devices shall include the following:

| PROPERTY DESCRIPTION | |
|---|---|
| **Type of Construction** | Wood Frame |
| **Use of Structure** | Single Family Residential |
| **Age of Structure** | 5 Years |
| **Approximate Sq. Ft.** | 2,757 Sq. Ft. |
| **Stories / Levels** | One Level |
| **Brand of Drywall** | KNAUF |
| **Interior Walls** | Drywall |
| **Interior Ceilings** | Drywall |
| **Foundation** | Concrete Slab |
| **Flooring** | Carpet, Ceramic Tile, Wood |
| **Exterior Walls** | Brick Veneer |
| **Roof System** | Seal Tab Shingle |
| **Number of A/C Systems** | One System |

## Driskill Environmental Consultants LLC

SYSTEMS AND DEVICES INSPECTED

### ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES
Removal or accessing electrical components for visual inspection such as; electrical receptacles, light switches, main electrical panel, sub electrical panel, multi breaker panels, electrical junction boxes and other electrical terminations for the purpose of visually identifying black corrosion on copper terminal connections.

### ELECTRICAL APPLIANCES & DEVICES
- Electrical devices, their components and electrical terminal connections (when accessible) are inspected during the  inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

### AIR CONDITIONERS & FURNACES
- Other copper and metal components shall include central air conditioning cooling coils, refrigerant lines and electrical wiring connections in the air handler or furnace system.

### DRYWALL PRODUCT IDENTIFICATION
- Included in this inspection are visual observations of the back side of drywall installed in the structure. The most obvious places are attics and the backside of some closets. The most reliable evidence of the presence of defective drywall is the words "Made in China" or "China" stamped on the back side of the drywall. This inspection might include an internal wall cavity boroscope video recording for the purposes of determining the presence of stamped markings identifying the manufacturer.

*INSPECTION RESULTS*

*ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES*

| ELECTRICAL SYSTEM AND COMPONENTS | | |
|---|---|---|
| **Main Electrical Panel** | **Visual Conditions** | **NOTES** |
| **Location – Garage Wall** | | |
| Condition of Ground Wire | A.C. | |
| Condition of Buss Bar | A.C. | |
| Condition of Breaker Terminals | A.C. | |
| Condition of Other Metals | | |
| **ELECTRICAL SUB PANEL SYSTEM AND COMPONENTS** | | |
| **Sub Electrical Panel** | **Visual Conditions** | **NOTES** |
| **Location - None** | | |
| Condition of Ground Wire | | |
| Condition of Buss Bar | | |
| Condition of Breaker Terminals | | |
| Condition of Other Metals | | |

## Driskill Environmental Consultants LLC

### ELECTRICAL SWITCHES/RECEPTACLES

| Room | General Location | Condition | Quantity Receptacles | Quantity Switches |
|------|------------------|-----------|----------------------|-------------------|
| Kitchen | At Counter | **A.C.** | 1 | |
| Kitchen | At Laundry Room | **A.C.** | | 1 |
| Dining | At Entrance to Kitchen | **A.C.** | | 2 |
| Hall at Living Room | At Door | **A.C.** | 1 | |
| Game room | At Door | **A.C.** | 1 | |
| Computer Room | At Door | **A.C.** | 1 | |
| Master Bedroom | At Door | **A.C.** | | 2 |

*WATER HEATER AND APPLIANCES*

### WATER HEATER INFORMATION

| Water Heater  #1 | Supply Water Lines Visual Condition | NOTES |
|------------------|-------------------------------------|-------|
| **Location - Attic** | | |
| Supply Lines | Serviceable Condition | |
| Metal Components | Serviceable Condition | |
| Overall Condition | Serviceable Condition | |
| Age | 2006 | |
| Make | A.O. Smith | |

### APPLIANCES

| Type | External Visual Conditions | NOTES |
|------|----------------------------|-------|
| Refrigerator | N. I. | |
| Freezer | | |
| Clothes Washer | New – Serviceable Condition | |
| Clothes Dryer | New – Serviceable Condition | |
| Dishwasher | N. I. | |
| Electric Range/Cook top | N. I. | |
| Electric Oven | N. I. | |
| Microwave Oven | N. I. | |
| Garage Door Opener | N. I. | |
| TV Sets | N. I. | |
| Electronic Devices | | |
| Kitchen Sink | S.C. | |

# Driskill Environmental Consultants LLC

*BATHROOMS*

| BATHROOMS | | |
|---|---|---|
| **Bathrooms** | **Visual Conditions** | **NOTES** |
| **Location - Hall** | | |
| Toilet Supply Lines/Valves | **Advanced Corrosion** | |
| Lavatory Supply Lines/Valves | PEX | |
| Lavatory Drain Lines | P.V.C. | |
| Lavatory Fixtures/Faucets | Serviceable Condition | |
| Shower/Bathtub/Faucets | Serviceable Condition | |
| **Location - Master Bedroom** | | |
| Toilet Supply Lines/Valves | **Advanced Corrosion** | |
| Lavatory Supply Lines/Valves | PEX | |
| Lavatory Drain Lines | P.V.C. | |
| Lavatory Fixtures/Faucets | Serviceable Condition | |
| Shower/Bathtub/Faucets | Serviceable Condition | |

*CENTRAL AIR CONDITIONERS AND FURNACES*

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| **A/C System** | **Visual Conditions** | **NOTES** |
| **Location - Attic** | | |
| Make and Type - | Goodman | |
| Age and Condition | | |
| Condition of Evaporator Coils | **Coated, replaced recently.** | |
| Condition of Wiring | N.I. | |
| Components Replaced | **Coil Replaced** | |

*INSPECTION RESULTS*
*DAMAGE ASSESSMENT*
Primary damage caused by defective drywall that includes visually observed corrosion of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. The main electrical panel, located in the garage wall, has black corrosion on the exposed copper wiring.

2. The exposed copper ground wiring in electrical receptacles and switches displayed advanced corrosion throughout the entire home in all areas inspected.

3. A new washer and dryer have installed in the laundry room and both appliances appeared to be new and serviceable condition.

4. The water supply lines for the toilets in the hall and master bathrooms displayed advanced corrosion.

5. In the AC unit located in the attic, the A/C evaporator coils had to be replaced.

6. During this inspection, Knauf stamped drywall was observed many areas.   A total of 9 drywall samples were drilled indicating Knauf manufactured drywall.

## Driskill Environmental Consultants LLC

### *BOROSCOPE WALL CAVITY INSPECTION*

One, 4-inch diameter hole was drilled into the garage ceiling to retrieve a drywall disc and contained stamped lettering indicating Knauf brand drywall.

| SAMPLES TAKEN | | |
|---|---|---|
| **Sample Number** | **Location of Drywall** | **Stamped Marking** |
| Sample #1 | Foyer - Wall | No marking on disc<br>Inside wall cavity marking:<br>05-<br>12 |
| Sample #2 | Kitchen - Ceiling | "JI" |
| Sample #3 | Dining Room - Ceiling | "UF" |
| Sample #4 | Hallway – Wall | "I" |
| Sample #5 | Computer Room – Wall | "H" |
| Sample #6 | Master Bedroom - Ceiling | "HI" |
| Sample #7 | Master Bedroom - Wall | 12 |
| Sample #8 | Game Room – Ceiling | "NA" |
| Sample #9 | Garage - Ceiling | "UF" |

*LETTER REFERENCING CHART*

# KNAUF—TIANJIN CHINA—ASTM C36

### *PHOTO LOG*

Photos of this inspection will be e-mailed via www.yousendit.com. Go to their site when instructed through your e-mail and down load the zip file. The photos in this file are identified by the home address i.e. 304 Brown Thrasher Loop, South

### DEFECTIVE DRYWALL IDENTIFICATION

Various amounts of content damage (IF ANY) throughout this report are referenced regarding the visible amount of black advanced corrosion observed primarily on copper wiring, receptacles, switches and other electrical components. Because other building materials, appliances, items or contents do not display black corrosion does not necessarily mean that they are not internally affected by chemical related gasses or compounds.

































