302 Tallow Creek
Hall Ceiling



302 Tallow Creek.
Foyer Wall

3 & Tallow Creek dr.
Laundry Ceiling

302. Yellow Creek
Scrap Looks Room

302 Fallen Creek
Spring Dn Will

302 Deer Creek
Deming Br. Wall























