



<␊





























