UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Silva, et al. v. Interior Exterior Building Supply, LP et al.*, Civ. Action No. 09-08030 (E.D.La.) | |
| *Silva et al v. Arch Insurance Company, et al.*, Civ. Action No. 09-08034 (E.D.La.) | |

### SUPPLEMENTAL DECLARATION OF RUSS M. HERMAN

I, Russ Herman, declare as follows:

1. I am liaison counsel in the *In re Chinese-Manufactured Drywall* MDL and familiar with the factual and legal issues discussed herein.

2. The proposed class representative plaintiffs, Dean and Dawn Amato, Byron and Debra Byrne, Donald and Marcelyn Puig and Edward and Susan Beckendorf (hereafter "Plaintiffs"), own properties with product identification of CDW sold and distributed by Interior Exterior for use in their homes. Plaintiffs have obtained professional inspections of their homes documenting product identification and corrosion damage.

3. I have obtained photographic product identification of the CDW in Plaintiffs' homes, and evidence of corrosion damage.

4. Plaintiffs report that HVAC, appliances and/or other electronics have prematurely failed

1

in their homes.

5. The Omni Complaint filings indicate that approximately 500 Louisiana claimant homeowners have CDW drywall in their homes that was sold and distributed by Interior Exterior.

6. The PSC has obtained CDW delivery records and Defendant Profile Forms from various parties including Knauf and Interior Exterior, which document the widespread delivery of Knauf and Taishan drywall for construction of homes in Louisiana between the years 2005-2008.

7. The proposed class representatives have fully cooperated with counsel and the Court in this litigation. They have properly completed and filed Plaintiff Profile Forms ("PPFs"), and subjected their homes to a screening inspection to determine product identification and the fact of corrosion damage. Plaintiffs are available for depositions and understand their responsibilities as class representatives and accept those responsibilities.

8. The Curriculum Vitae of proposed class counsel Russ Herman, of Herman, Herman, Katz & Cotlar, LLP; and Gerald Meunier, of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_2/28/2011_  
Date

_/s/ Russ Herman_  
Russ Herman

4815-7881-3703