# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           SECTION: L
LITIGATION

THIS DOCUMENT RELATES TO             JUDGE FALLON
                                     MAG. JUDGE WILKINSON

*Silva, et al. v. Interior Exterior*
*Building Supply, LP et al.*, Civ. Action
No. 09-08030 (E.D.La.)

*Silva et al v. Arch Insurance Company,*
*et al.*, Civ. Action No. 09-08034 (E.D.La.)


**Supplemental\* Compendium of Exhibits In Support of
Plaintiff's Motion For Certification Of A Louisiana Homeowner
Class For Damages And Declaratory Relief**


| Ex. # | |
|-------|---|
| 1. | Interior Exterior Sales Records (excerpt includes examples of 30-plus invoices of Louisiana purchasers) |
| 2. | Dean and Dawn Amato Plaintiff Profile Form (January 21, 2011), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 3. | Byron and Debra Byrne Plaintiff Profile Form (January 21, 2011), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 4. | Edward and Susan Beckendorf Plaintiff Profile Form (January 10, 2010), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 5. | Donald and Marcelyn Puig Plaintiff Profile Form (November 2, 2009), Inspection Report, Product Identification Photographs, and Corrosion Photographs |
| 6. | Supplemental Declaration of Ronald Wright, P.E. |
| 7. | Letter Opinion of Lee H. Waronker |


**\***This Supplemental Compendium incorporates by reference the original Compendium
(document #5567-2) and does not repeat entries from 5567-2