UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Silva, et al. v. Interior Exterior Building Supply, LP et al.*, Civ. Action No. 09-08030 (E.D.La.)

*Silva et al v. Arch Insurance Company, et al.*, Civ. Action No. 09-08034 (E.D.La.)

### PLAINTIFFS' SUPPLEMENTAL PROPOSED TRIAL PLAN FOR A LOUISIANA HOMEOWNER CLASS FOR DAMAGES AND DECLARATORY RELIEF

Plaintiffs intend to try this case in three phases: (1) class-wide liability for property damage, (2) class-wide property damages, and (3) declaratory relief for insurance coverage.

**Phase I – Liability (Common Issues of Liability and General Causation)**

Phase I is designed to obtain a finding of class-wide liability for property damage. Louisiana law recognizes property damage claims against distributors and sellers of defective products under theories of negligence, strict liability, nuisance, and Consumer Protection Acts, warranty law and redhibition. *See Hernandez* FOFCOL (Docket #2713) at 44-47.

Plaintiffs will establish the Defendants' course of conduct and their liability through Interior Exterior's own documents, the documents of third parties, and fact witnesses from Interior Exterior. This evidence will show that Interior Exterior sold and distributed a defective product, failed to properly test and monitor its product to assure it was free from defects, and

1

failed to warn Plaintiffs and class members of the defective nature of the CDW. This evidence of Defendants' common course of conduct, as well as Interior Exterior's liability defense, if any; will be the same for the class representatives as it is for members of the classes. *See* Substituted Class Memorandum at 16-18. A jury verdict on this question as it relates to the class property damage claim for the class will be binding on the class and will eliminate the need for hundreds of duplicative trials on this issue.

**Phase II – Class-Wide Property Damage (Successive Trials on Specific Causation (if needed) Compensatory Damages, and Class-Wide Valuation of Damages if Available)**

If Plaintiffs obtain a finding of liability, the trial will proceed to class-wide property damages. The plaintiff class does not seek personal injury damages. The recoverability of available damages under property law for a CDW plaintiff has already been determined under Louisiana law. *See Hernandez* FOFCOL at 44-47.

Plaintiffs may recover the cost of repair plus alternative living costs, property diminution, loss of use and enjoyment damages, and personal property damage. *Id, see* Substituted Class Memorandum at 14-21. Individualized damages issues to the extent they exist do not defeat class certification and can be dealt with in a claims processing or mini-trials where each plaintiff uses the same methodology to prove damages. Alternatively damages can be formulaic in nature and amenable to class treatment. For example, Plaintiff's expert, Ron Wright, has utilized a proven methodology to determine remediation damages for an individual home, but also has utilized a formulaic method of determining repair costs considering national and local data to establish a dollar per square foot cost. *See* Declaration of Ronald E.Wright, P.E., ("Wright Dec.") at ¶¶5-7; Supp. Wright Dec. at ¶ 2, Substituted Class Memorandum at 17-21. The

alternative living costs during the remediation have also been determined in Louisiana trials, and are amenable to determination by a formulaic method.  The property diminution can be determined on a percentage diminution basis.  The loss of use and enjoyment, and private property damages can be determined individually or on a class-wide basis through the use of a survey instrument of representative class members.  *Id.* The proof of damages will rely on the same methodology for the class representatives and the members of the class.  Plaintiffs will establish the damages at trial through: (1) the expert opinion of Ron Wright and Lee Waronker and  (2) the testimony of the class representatives, and other fact witnesses.

### **Phase III – Declaratory Judgment on Insurance Coverage**

Under Louisiana law, the class representative and the class are injured parties who may directly sue the tortfeasor's insurer for a declaration of coverage.  LA. REV. STAT. 22:1269; *Hood v. Cotter,* 08-215 (La. 12/2/08), 5 So. 3d 819.  Such a dispute is likely to concern the applicability of certain coverage exclusions including the "pollution or contamination" exclusion, and others. *Finger v. Audobon Ins. Co.,* 09-8071 (La. Dist. Orleans Parish).  Although coverage disputes may require pretrial discovery, *Asten Johnson Inc. v. Columbia Cas. Co.,* 562 F.3d 213, 220 (3d. Cir. 2009), the trial is to a bench trial, *Id.* at 219; *Terrell v. DeConna,* 877 F.2d 1267, 1273 (5th Cir. 1989).  The declaratory judgment aspect of the trial is estimated to require an additional three trial days to complete.  It is anticipated that the class trial described herein will take between 10 and 15 days.

Dated: February 28, 2011                    Respectfully submitted,


                                                          _____
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**PROPOSED CLASS COUNSEL**

**PLAINTIFFS' STEERING COMMITTEE**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger  
Seeger Weiss, LLP  
One William Street  
New York, NY 10004  
Phone: (212) 584-0700  
Fax: (212) 584-0799  
cseeger@seegerweiss.com  

Bruce William Steckler  
Baron & Budd, P.C.  
3102 Oak Lawn Ave., Suite 1100  
Dallas, TX 75219  
Phone: (214) 521-3605  
Fax: (214) 520-1181  
bsteckler@baronbudd.com  

Ervin A. Gonzalez  
Colson, Hicks, Eidson, Colson  
  Matthews, Martinez, Gonzales,  
   Kalbac & Kane  
255 Alhambra Circle  
Coral Gables, FL 33134  
Phone: (305) 476-7400  
Fax: (305) 476-7444  
Ervin@colson.com  


Richard J. Serpe, Esquire  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
rserpe@serpefirm.com  

Scott Wm. Weinstein  
Morgan & Morgan  
12800 University Drive, Suite 600  
Ft. Meyers, FL 33907  
Phone: (239) 433-6880  
Fax: (239) 433-6836  
sweinstein@forthepeople.com  

James Robert Reeves  
Lumpkin & Reeves  
160 Main Street  
Biloxi, MS 39530  
Phone: (228) 374-5151  
Fax: (228) 374-6630  
jrr@lumpkinreeves.com  

Gerald E. Meunier  
Gainsburgh, Benjamin, David, Meunier  
 & Warshauer, LLC  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Phone: (504) 522-2304  
Fax: (504) 528-9973  
gmeunier@gainsben.com  


Daniel K. Bryson  
Lewis & Roberts  
3700 Glenwood Avenue, Suite 410  
Raleigh, NC 27612  
Phone: (919) 981-0191  
Fax: (919) 981-0431  
dkb@lewis-roberts.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
Andrew@lemmonlawfirm.com