**From:** "Thibodeaux, Paul C." <PThibodeaux@frilot.com>
**Date:** Tue, 25 Jan 2011 17:04:51 -0600
**To:** <barrios@bkc-law.com>
**Subject:** Knauf Class Rep Discovery



EXHIBIT A

Dawn,

It was nice speaking with you today.

The below is a summary of our phone call with what I consider to be outstanding issues:

1) <u>Class Reps</u>: It's my understanding that the FL and LA class reps set forth in Wright's supplemental declaration are taking the place of the four class reps set forth in the original motions for class cert. As a result, moving forward, the class reps are:

Louisiana: Byrne, Beakendorf, Puig, Amato and Boudreaux.

Florida: Castro, Montoya, Le and Viscigliga.

And, Nunez, Roberts, Vickers and Silva are no longer being set forth as class reps.

Please confirm that the above is accurate.

2) <u>Written Discovery, Inspections and Depositions</u>: In light of the 9 class reps that are now at issue, and the written discovery, inspections and depositions (that need to proceed in that order) for each, I propose that we jointly agree to extend all discovery and substantive motion deadlines by 30 days. The new schedule for key dates would be:

3/3: Plaintiffs/Defendants designate fact witnesses

3/15: Class Rep depos must be complete

3/18: Defendants' expert reports due

4/3: All fact witness depos must be finished.

4/10: Ps' experts' depos must be finished.

4/25: Ds' experts' depos must be finished. Daubert motions due.

5/4: Ds' opposition to class cert is due.

5/25: Ps' reply to class cert is due.

I think we can accomplish this w/o moving the hearing date. Though I'm open to discussing pushing the hearing date back by 30 days or so if J. Fallon's schedule permits.

After you have a chance to touch base with Ervin, do you want to set up a time to discuss tomorrow? I'm open pretty much all day.

Thanks,

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163
www.frilot.com
Direct: (504)599-8204
Fax: (504)599-8279