**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Wednesday, January 26, 2011 11:28 AM
**To:** Thibodeaux, Paul C.
**Cc:** Steven Glickstein; Miller, Kerry J.
**Subject:** RE: Knauf Class Rep Discovery



Paul,
I will get with you this afternoon- I am in meetings this morning.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)
barrios@bkc-law.com

**From:** Thibodeaux, Paul C. [mailto:PThibodeaux@frilot.com]
**Sent:** Wednesday, January 26, 2011 11:26 AM
**To:** Dawn Barrios
**Cc:** Glickstein, Steven; Miller, Kerry J.
**Subject:** RE: Knauf Class Rep Discovery

Dawn,

Regarding my below email from yesterday, after further consideration of the class rep substitution issue , we are going to evaluate whether to oppose the substitution of 4 class reps with 9 new reps.

Additionally, if class cert moves forward with the 9 new reps, at a minimum we feel a new scheduling order will need to be put in place and that a 30 day continuance on discovery and motions deadlines (as I proposed below) may not be sufficient to adequately deal with the 9 new reps.

Please let me know when you have some time to discuss.

Thanks,

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163
www.frilot.com
Direct: (504)599-8204
Fax: (504)599-8279

**From:** Dawn Barrios [mailto:dbarrios@bkc-law.com]
**Sent:** Tuesday, January 25, 2011 5:13 PM
**To:** Thibodeaux, Paul C.
**Subject:** Re: Knauf Class Rep Discovery

Thanks, Paul. I will look at my schedule so we can set a time.

Sent via D. Barrios' BlackBerry

**From:** "Thibodeaux, Paul C." <PThibodeaux@frilot.com>
**Date:** Tue, 25 Jan 2011 17:04:51 -0600
**To:** <barrios@bkc-law.com>
**Subject:** Knauf Class Rep Discovery

Dawn,

It was nice speaking with you today.

The below is a summary of our phone call with what I consider to be outstanding issues:

1) <u>Class Reps</u>: It's my understanding that the FL and LA class reps set forth in Wright's supplemental declaration are taking the place of the four class reps set forth in the original motions for class cert. As a result, moving forward, the class reps are:

Louisiana: Byrne, Beakendorf, Puig, Amato and Boudreaux.

Florida: Castro, Montoya, Le and Viscigliga.

And, Nunez, Roberts, Vickers and Silva are no longer being set forth as class reps.

Please confirm that the above is accurate.

2) <u>Written Discovery, Inspections and Depositions</u>: In light of the 9 class reps that are now at issue, and the written discovery, inspections and depositions (that need to proceed in that order) for each, I propose that we jointly agree to extend all discovery and substantive motion deadlines by 30 days. The new schedule for key dates would be:

3/3: Plaintiffs/Defendants designate fact witnesses

3/15: Class Rep depos must be complete

3/18: Defendants' expert reports due

4/3: All fact witness depos must be finished.

4/10: Ps' experts' depos must be finished.

4/25: Ds' experts' depos must be finished. Daubert motions due.

5/4: Ds' opposition to class cert is due.

5/25: Ps' reply to class cert is due.

I think we can accomplish this w/o moving the hearing date. Though I'm open to discussing pushing the hearing date back by 30 days or so if J. Fallon's schedule permits.

After you have a chance to touch base with Ervin, do you want to set up a time to discuss tomorrow? I'm open pretty much all day.

Thanks,

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163
www.frilot.com
Direct: (504)599-8204
Fax: (504)599-8279

**From:** Thibodeaux, Paul C.
**Sent:** Thursday, January 27, 2011 10:19 AM
**To:** 'barrios@bkc-law.com'
**Cc:** Miller, Kerry J.; Steven Glickstein; Carlina Eiselen; Shubhra Mashelkar; Hugh P. Lambert; 'ervin@colson.com'
**Subject:** Knauf Class Cert

Dawn,

In light of Plaintiffs' Tuesday afternoon (1/25/11) communication that Plaintiffs intend to substitute nine (9) new class reps in place of the four (4) set forth in the motions for class certification, it is Knauf's prostitution that all deadlines set forth in the current Scheduling Order (Rec. Doc. No. 6958), including the class cert hearing date, should be continued for at least sixty (60) days. The current Scheduling Order simply cannot accommodate, inter alia, the necessary discovery, including Plaintiffs' responses to Knauf's outstanding written discovery, inspections of the homes, depositions of the class reps (and their spouses) and other fact witnesses, etc.

Additionally, the current Scheduling Order contemplates discovery regarding a total of 10 class members, including class reps and plaintiff fact witnesses. When 4 class reps were at issue, that left 6 plaintiff fact witnesses for Knauf and the other defendants to depose. It is Knauf's position that regardless of the 9 class reps now at issue, Knauf is still entitled to pick 6 plaintiff fact witnesses.

Please consider my correspondence from Tuesday and Wednesday (1/25 and 1/26) as Knauf's attempt to confer with Plaintiffs on this matter. If I do not hear from you by 4pm today (1/27/11), we will immediately take the issue up with Judge Fallon.

Thanks,

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163
www.frilot.com
Direct: (504)599-8204
Fax: (504)599-8279

4

-----Original Message-----
From: Dawn Barrios [mailto:dbarrios@bkc-law.com]
Sent: Sunday, January 30, 2011 11:45 AM
To: Thibodeaux, Paul C.
Subject: Re: CDW- inspections

You want me to call now?
------Original Message------
From: Paul Thibodeaux
To: Dawn Barrios
Cc: Patrick Montoya
Subject: RE: CDW- inspections
Sent: Jan 30, 2011 11:09 AM

Dawn,

I'm trying to figure out exactly where we stand w/ class reps:

LA Class Reps:

Per the notice to substitute, Nunez and Silva were dropped and the following were substituted:

1) Byrne (Payton/Knauf)
2) Beckendorf (Payton/Knauf)
3) Puig (Payton/Knauf)
4) Amato (Silva/INEX--w/ motion to intervene)
5) Boudreaux (Silva/INEX--w/ motion to intervene)

Florida Class Reps:

I have not seen a notice to substitute or motion to intervene for the FL class reps. Is the PSC going to file something this week? Will Dr. Steven Roberts (Payton) and Karin Vickers (Vickers/Banner) be dropped? Will Castro and Le be substituted in Vickers? Will Montoya and Visciglia be substituted in Payton?

I will be out of the office Monday, but please give me a call on my cell
(813-2170) if you'd like to discuss.

Thanks,

Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163
www.frilot.com
Direct: (504)599-8204
Fax: (504)599-8279

-----Original Message-----
From: Dawn Barrios [mailto:DBarrios@bkc-law.com]
Sent: Saturday, January 29, 2011 12:25 PM
To: Thibodeaux, Paul C.
Cc: Patrick Montoya

Subject: CDW- inspections

Paul,
I assume from our discussion yesterday that the inspections scheduled for this week are postponed.  Please confirm.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA  70139
504.524.3300 (phone)
504.524.3313 (fax)
barrios@bkc-law.com


Sent via D. Barrios' BlackBerry