

EXHIBIT
F

From: Dawn Barrios <DBarrios@bkc-law.com>
To: Kerry Miller <kmiller@frilot.com>; Michael A. Sexton <msexton@wwhgd.com>; Michael P. Peterson <mpeterson@petersonespino.com>; Nicholas P. Panayotopoulos <npanayotopoulos@wwhgd.com>; Paul Thibodeaux <pthibodeaux@frilot.com>; Peter K. Spillis <pspillis@wwhgd.com>; Robert Grass <RGrass@kayescholer.com>; Shubhra Mashelkar <SMashelkar@wwhgd.com>; Stephen J. Rapp <srapp@wwhgd.com>; Steven Glickstein <SGlickstein@kayescholer.com>; Todd Ehrenreich <tehrenreich@wwhgd.com>; Benjamin R. Grau; Gary J. Russo <grusso@joneswalker.com>; Gregory O. Currier <goc@ahhelaw.com>; H. Minor Pipes <mpipes@barrassousdin.com>; Kevin F. Risley <krisley@thompsoncoe.com>; Megan Donohue <mdonohue@joneswalker.com>; Melissa Swabacker <mswabacker@dkslaw.com>; Richard G. Duplantier, Jr.
Cc: Patrick Montoya <patrick@colson.com>
Sent: Mon Feb 14 17:47:50 2011
Subject: CDW- Cert Hearing

Counsel,

I have heard barely anything about the scheduling order we discussed and I circulated last week. My understanding was that LA defense was to make changes it felt necessary due to problems with the inspections for us to discuss. Please circulate.

I am not going to agree to 6 depos of absent class members per class in addition to the CR depos. The standing order states 10 total, including the CRs. I will agree to 2 per class.

I am available to talk tomorrow afternoon about 3 CT. Is that convenient for all?

d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524-3313 (fax)
www.bkc-law.com

1