**EXHIBIT G**

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Tuesday, February 15, 2011 4:12 PM
**To:** 'Richard G. Duplantier, Jr.'; Kevin Risley; Melissa Swabacker; Pipes, Minor; Miller, Kerry J.; Michael Sexton; Mike Peterson; Nicholas Panayotopoulos; Thibodeaux, Paul C.; Peter Spillis; Robert Grass; Shubhra Mashelkar; Stephen J. Rapp; Steven Glickstein; Todd Ehrenreich; Benjamin R. Grau; Gary Russo; Greg Currier; Megan Donohue
**Cc:** patrick@colson.com
**Subject:** RE: CDW- Cert Hearing

Rick,

It made sense to us to have the CRs for the cert hearing the plaintiffs for the trial in July. That way most of the work is done now for the trial. This is a similar situation to the FL CRs who have already been through the certification process.

Amato discovery went out about 3. Please check for it.

d

**Dawn M. Barrios, Esq.**
**Barrios, Kingsdorf & Casteix, LLP**
**Suite 3650**
**701 Poydras Street**
**New Orleans, LA 70139-3650**
**504.524.3300 (phone)**
**504.524-3313 (fax)**
www.bkc-law.com

 Please consider the environment before printing this e-mail

**From:** Richard G. Duplantier, Jr. [mailto:RDuplantier@gjtbs.com]
**Sent:** Tuesday, February 15, 2011 4:06 PM
**To:** Dawn Barrios; 'Risley, Kevin'; Swabacker, Melissa; H. Minor Pipes; kmiller@frilot.com; msexton@wwhgd.com; mpeterson@petersonespino.com; npanayotopoulos@wwhgd.com; pthibodeaux@frilot.com; pspillis@wwhgd.com; RGrass@kayescholer.com; SMashelkar@wwhgd.com; srapp@wwhgd.com; SGlickstein@kayescholer.com; tehrenreich@wwhgd.com; Benjamin R. Grau; grusso@joneswalker.com; goc@ahhelaw.com; mdonohue@joneswalker.com
**Cc:** patrick@colson.com
**Subject:** RE: CDW- Cert Hearing

Dawn -

Thanks.

I am very confused. We received notice today that Amato, Byrne, Puig and Beckendorf are intervening in the Silva matter. Do I understand correctly that the class reps. as to Interior Exterior

1

have changed - Boudreaux is out, Amato remains and now Bynre, Puig and Beckenforf are the class reps in Payton AND Silva.

Also, we have no discovery responses from the Amato's. When can we expect this.

Finally, do you know if the PSC plans to respond to the Interior Exterior liability discovery?

Thanks

Rick