1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED         *   Docket 09-MD-2047
        DRYWALL PRODUCTS             *
        LIABILITY LITIGATION         *   February 23, 2011
                                     *
This Document Relates to All Cases   *
* * * * * * * * * * * * * * * * * *

MOTIONS BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:      Levin, Fishbein, Sedran & Berman
                         BY:  ARNOLD LEVIN, ESQ.
                         510 Walnut Street
                         Suite 500
                         Philadelphia, Pennsylvania 19106


For the Defendant:       Frilot, LLC
                         BY:  KERRY J. MILLER, ESQ.
                         1100 Poydras Street, Suite 3700
                         New Orleans, Louisiana 70163


For the Homebuilders:    Greenberg Traurig PA
                         BY:  HILARIE BASS, ESQ.
                         1221 Brickell Avenue
                         Miami, Florida 33131

EXHIBIT J

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
APPEARANCES CONTINUED:

For the Insurers:        Barrasso, Usdin, Kupperman,
                            Freeman & Sarver
                         BY:  JUDY BARRASSO, ESQ.
                         909 Poydras Street
                         24th Floor
                         New Orleans, Louisiana  70112


Also Participating:      Rick Stanley, Esq.
                         Nick Panayotopoulos, Esq.
                         Steve Glickstein



Official Court Reporter: Jodi Simcox, RMR, FCRR
                         500 Poydras Street
                         Room B-406
                         New Orleans, Louisiana 70130
                         (504) 589-7778
```

Proceedings recorded by mechanical stenography, transcript produced by computer.

1       The next motion, motions to voluntary dismiss
2  without -- we've talked about many of those.
3       MR. LEVIN:  We've spoken to that, Your Honor.
4       THE COURT:  All right.
5       MR. LEVIN:  The next motion is our motion to
6  intervene in the *Silva* class action.  Basically, we have a
7  headless class.
8       THE COURT:  Yes, it's a substitution more than a
9  motion to intervene.  It's an issue that's presented itself.
10  The other side says, "Look, this is too much of a moving
11  target.  You keep shifting representatives on me."
12       Now, in this particular case it's a little hard
13  because the representatives at one time are representatives and
14  then they get their house fixed and they're no longer
15  representatives anymore, so you need other people.
16       MR. LEVIN:  Although, when you read Mr. Miller's
17  response, we look like Keystone cops.  We want to assure the
18  Court we only look like Keystone cops, not that we are.  And we
19  want to hold the class certification hearing.  There's only a
20  few plaintiffs and we'll work with Mr. Miller and anybody else
21  to get the discovery, the inspections of the homes and
22  everything else done.
23       THE COURT:  But they have to know.  You can't keep
24  swapping the ball on them.
25       MR. MILLER:  Your Honor, I think that's right.  It's

1  certainly aimed at perception and not reality. I think all
2  we're looking for from the PSC and the Court, and I don't think
3  this should involve a lot of court intervention or time, is
4  really whenever their class reps solidify, March 15th or
5  March 31st, whenever it is, just let us know.
6           Your Honor, had pretty much already entered a
7  scheduling order. So when we reach the point of
8  solidification, by way of some amendment, we won't oppose the
9  amendment. Just let us know who they are and then we can get
10 back to the order we had in place. I think that's really what
11 the issues are.
12          The only other issue being, I think, that there
13 may be some dispute as to in addition to the class reps, do we
14 get to take two additional depositions or six additional
15 depositions. If we can't agree to it, I'm sure Your Honor can
16 agree to it.
17          THE COURT: Yes. Bring it to me and I'll do it.
18          MR. LEVIN: Your Honor, with regard to the *Silva*,
19 though, procedurally I think it's an intervention motion.
20 Mr. Longer whispered in my ear, with regard to *Vickers*, it's a
21 substitution motion.
22          THE COURT: Yeah. Okay.
23          MR. MILLER: I think there are three separate motions
24 from our perspective, *Silva*, *Vickers* and *Payton*.
25          MR. LEVIN: Right.

```
 1              MR. MILLER:  Silva is an intervention, and Vickers
 2    and Payton are substitutions.
 3              THE COURT:  Right.
 4              MR. MILLER:  But in substance we kind of see it the
 5    same way.
 6              THE COURT:  It's the same way.
 7              MR. MILLER:  It's swapping folks in and out.
 8              THE COURT:  Yes, it's the same issue.
 9              Rick, do you have something?
10              MR. STANLEY:  No, Your Honor.  The issue for us is
11    the original order that was entered allowed us -- there was one
12    class rep and we were going to be allowed to take fact witness
13    depositions as they related to the putative class members.
14              Well, now that they've added a number of class
15    reps, they're trying to prevent us from taking what we think is
16    a representative sample of putative class members.  I think
17    they're being a little stingy with the number of witnesses that
18    we're entitled to.
19              THE COURT:  That could well be.
20              MR. LEVIN:  We're going to be very generous and not
21    be stingy, Your Honor.
22              MR. STANLEY:  That's the first I've heard that.  So
23    that's great.
24              THE COURT:  You're going to have a right to do that.
25    That's the way it's done.
```

1        MR. PANAYOTOPOULOS:  Nick Panayotopoulos -- and I
2   have a card today, so we can shorten the name spelling -- on
3   behalf of Banner.
4           We join in the motion from Knauf and IMEX.  The
5   one additional concern that we have relates to the lack of
6   profile forms from the plaintiffs, which the Court addressed
7   earlier today when it came up with a different matter, and lack
8   of discovery responses to the DSC's initial discovery.
9           We just want to raise that concern with the
10  Court again.  And we're going to try to focus and talk to the
11  PSC about it, because it's a problem for us to pick witnesses
12  when we don't have the discovery.
13       THE COURT:  No, talk with them first, but if not,
14  then file a motion.  You need that information.
15       MR. PANAYOTOPOULOS:  And that's our plan, Your Honor.
16  And I don't want to take up the Court's time now, but it's a
17  concern because, you know, the PSC has that information and the
18  plaintiffs have it; but if we don't have it, it's just
19  impossible for us to do anything.
20       THE COURT:  That's all right.  I agree with that.
21       MR. LEVIN:  If he wants all the profile forms to make
22  the argument that a house is not a house, for commonality,
23  we'll give it to him.
24       THE COURT:  Just give him whatever he needs on that.
25  I don't know whether it will be helpful or not, but you're

```
 1  entitled to as I see it.
 2          MR. PANAYOTOPOULOS:  Thank you, Your Honor.
 3          THE COURT:  Any other motions that we haven't touched
 4  on yet?
 5          MR. LEVIN:  "G" is Chartis' motion to compel global
 6  mediation of all claims against Banner Supply Entities.  It's
 7  my understanding that Chartis is not going to press that motion
 8  at this time pending trying to wrap our hands around a Banner
 9  class settlement.
10          MR. PANAYOTOPOULOS:  Your Honor, it's a joint motion,
11  and on behalf of Banner, we'd just stand on the pleadings.
12  We'll let the Court decide what the best course of action is.
13          THE COURT:  Okay.  I'll take care of that.
14              Hilarie?
15          MS. BASS:  Your Honor, one minor thing with reference
16  to the Banner class action.  We've been requested by a few
17  homebuilders get a couple of additional days on the
18  intervention deadline, which was Friday.  Most of us are ready
19  to move, but apparently there are some that have asked if you
20  could give them to the middle of next week that would be
21  helpful.
22          MR. LEVIN:  That's no problem, Your Honor.
23          THE COURT:  Yes, that's fine.  Okay.
24              Anything else that we need to talk about?
25              Okay.  Judy, I'm meeting with you-all after.
```