UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hernandez,* **No. 2:10-cv-03070**

## MOTION TO DISMISS WITH PREJUDICE

The Plaintiffs Steering Committee ("PSC") filed this Omnibus Class Action Complaint seeking coverage under various homeowner insurer policies for losses resulting from Chinese drywall. Based upon the Court's Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670), the PSC and undersigned counsel, who filed the complaint made subject of this motion, requests that the Court issue an order dismissing all the claims in this case with prejudice, each party to bear its own costs. The PSC has notified all counsel who have clients in the Omnibus Class Action Complaint against homeowner insurers and have received no objections to the dismissal of the Omnibus Class Action Complaint with prejudice.

**WHEREFORE**, the PSC prays that the Court dismiss all claims in this lawsuit, with prejudice, each party to bear its own costs.

Dated:  March 14, 2011                                    Respectfully submitted,

*/s/ Russ M. Herman*
Russ M. Herman, 6819
Leonard A. Davis, 14190
Stephen J. Herman, 23129
HERMAN, HERMAN, KATZ
  & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
*Plaintiffs' Liaison Counsel*

And

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN
  & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
*Plaintiffs' Lead Counsel*

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Dismiss with Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of March, 2011.

                                                    <u>/s/ Leonard A. Davis</u>