UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

THIS DOCUMENT RELATES TO:   JUDGE FALLON
MAG. JUDGE WILKINSON

*Vickers, et al. v. Knauf Gips KG, et al.*
EDLA 09-04117
_____/

## MOTION TO INTERVENE FILED BY TAYLOR MORRISON SERVICES, INC. AND TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C.

TAYLOR MORRISON SERVICES, INC. f/k/a MORRISON HOMES, INC. ("**Taylor Morrison**") and TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C. ("**Taylor Woodrow**") (collectively, "**Taylor**"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 24 and this Court's Scheduling Order re: Hearings for Class Certification, dated January 12, 2011, hereby Moves this Court to allow them to Intervene in the above-styled case.[1]

1.      This case is a putative class action lawsuit brought on behalf of certain homeowners in the United States whose homes allegedly contain defective Chinese-manufactured drywall ("Chinese Drywall") that was supplied by Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company Port St. Lucie, LLC, Banner Supply Company Tampa, LLC, and Banner Supply Company Pompano, LLC,

---

[1] By filing this motion, Taylor does not intend to waive, and expressly preserves, any jurisdictional, venue, or other defenses it may have in other cases pending in this MDL.

1

(collectively, "Banner").[2]

2. Taylor has spent millions of dollars repairing homes damaged by defective Chinese Drywall supplied by Banner.

3. Taylor has received assignments of damages claims from homeowners of homes Taylor has repaired, similar to those damages claimed by homeowner plaintiffs, in this action.

4. Given the significantly similar claims Taylor has against Banner, and the concerns regarding the possible limitations on Banner's available insurance proceeds, especially if the proceeds are, in fact, tendered to this Court for distribution, Taylor should be permitted to intervene as an additional named plaintiff in this case. Accordingly, and for the reasons discussed in Taylor's supporting Memorandum of Law, the Court should grant Taylor's Motion to Intervene.

Dated: March 14, 2011

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
Stephen E. Walker
Florida Bar No. 0497851
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
*Attorneys for Taylor*

---

[2] The homeowner plaintiffs in this case seek to certify a class of "[a]ll owners and/or residents of real properties located in the State of Florida containing Knauf Chinese drywall that was sold, distributed, or supplied by Banner Supply Co., Banner Fort Myers, Banner Port St. Lucie, Banner Tampa, and Banner Pompano." Fifth Amen. Compl. [D.E. 7179-1], at ¶ 138.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Neal A. Sivyer
Neal A. Sivyer