UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES**<br>_____/ | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

### BANNER SUPPLY ENTITIES' MOTION TO LIFT STAY AS TO BANNER DEFENDANTS' MOTION TO COMPEL AND OBJECTION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING CERTAIN KNAUF DEPOSITIONS

COMES NOW Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities"), named Defendants in the above-styled action, and moves this Honorable Court to lift the Stay in this matter for the limited purpose of addressing Banner's Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions. In support of its Motion, Banner relies on its Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Banner prays that this Honorable Court grant its Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions.

Respectfully submitted, this 14th day of March, 2011.

>
> **WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC**
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
> Georgia Bar Number: 560679
> 3344 Peachtree Road, Suite 2400
> Atlanta, GA  30326
> Telephone (404)876-2700
> npanayo@wwhgd.com
> *Counsel for Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Banner Supply Entities' Motion To Lift Stay as to Banner Defendants' Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 14th day of March, 2011.

>
> WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**