UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL DOCKET: 2047
SECTION: L

THIS DOCUMENT RELATES TO:
ALL CASES
_____/

JUDGE FALLON
MAG. JUDGE WILKINSON

### BANNER SUPPLY ENTITIES' MEMORANDUM IN SUPPORT OF ITS MOTION TO LIFT STAY AS TO BANNER DEFENDANTS' MOTION TO COMPEL AND OBJECTION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING CERTAIN KNAUF DEPOSITIONS

COMES NOW Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities"), named Defendants in the above-styled action, and moves this Honorable Court to lift the Stay in this matter for the limited purpose of addressing Banner's Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions.

Banner's Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions deals with depositions that have been scheduled for the upcoming weeks, e.g. (a) Manfred Paul is scheduled for March 16-17, 2011, in New York, NY; (b) Baldwin Knauf is scheduled for March 29-30, 2011, in Frankfurt, Germany; and (c) Martin Halbach is scheduled for April 28-29, 2011 in New York, NY. Banner would like to proceed with these depositions pursuant to the timely cross-notices filed them. Banner seeks to lift the Stay in this matter so that this Court may address this time sensitive issue.

Banner respectfully requests that the Court schedule a hearing on its Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions at a date and time set by the Court.

Respectfully submitted, this 14th day of March, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Nicholas P. Panayotopoulos
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Banner Supply Entities' Memorandum in Support of Its Motion to Lift Stay as to Banner Defendants' Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 14th day of March, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Nicholas P. Panayotopoulos
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**