UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

Having considered Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities") Motion to Lift the Stay as to Banner Defendants' Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions and Memorandum of Law in Support.

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited purpose of addressing Banner Defendants' Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions.

New Orleans, Louisiana, this ___ day of March, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge