UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____/

**BANNER DEFENDANTS' MOTION TO COMPEL
AND OBJECTION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING CERTAIN KNAUF DEPOSITIONS**

COMES NOW Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities"), named Defendants in the above-styled action, and moves this Honorable Court to GRANT Banner's Motion to Compel and DENY Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions.  In support of its Motion, Banner relies on its Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Banner prays that this Honorable Court grant its Motion and  .

Respectfully submitted, this 14th day of March, 2011.

        **WEINBERG, WHEELER, HUDGINS,**
        **GUNN & DIAL, LLC**

        */s/ Nicholas P. Panayotopoulos*
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
        Georgia Bar Number: 560679
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326
        Telephone (404)876-2700
        npanayo@wwhgd.com
        *Counsel for Banner Supply Company, Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

- 3 -

## **CERTIFICATION OF COMPLIANCE WITH RULE 37 (a)(1)**

Before filing this Motion to Compel and pursuant to the requirements of Rule 37(a)(1) of the Federal Rules of Civil Procedure, defense counsel attempted in good faith to confer with the PSC in an effort to reschedule the depositions without court involvement. As reflected in the communications attached to this Motion, the PSC failed to provide a single alternative date on which to set these depositions that Banner noticed. This Motion is made in good faith and in the interests of justice and is not intended to delay these proceedings.

                                      WEINBERG, WHEELER, HUDGINS,
                                      GUNN & DIAL, LLC

                                      */s/ Nicholas P. Panayotopoulos*
                                      **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Banner Defendants' Motion To Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 14th day of March, 2011.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC


*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**