# EXHIBIT 'A'

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 )<br>) SECTION: L<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | ) JUDGE FALLON<br>) MAG. JUDE WILKINSON<br>)<br>) |

### CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF HANS-PETER INGENILLEM

TO:   ALL COUNSEL

**PLEASE TAKE NOTICE** that Banner Supply Company; Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities") will take the oral and/or videotaped deposition of Hans-Peter Ingenillem on Thursday, March 3, 2011 and Friday, March 4, 2011, beginning at 9:00 o'clock a.m. (Frankfurt, German time) at the offices of Kaye Scholer, LLP, Schillerstrasse 19, 60313 Franfurt am Main, Germany, 011-49-69-25494-0, or at another location mutually agreed upon by the parties.

If you are an attorney of record, please email cdw@golkow.com 5 days prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.

| | |
|---|---|
| Primary Examiners: | Nicholas P. Panayotopoulos |
| Videotaped Deposition: | Yes |
| Call-In Number: | 800-747-5150 (for USA callers) |
| | Participant Code: 5408057 |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and examine the witness if you so desire.

Banner Supply Entities reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a KPT fact witness.

Respectfully submitted, this 22nd day of February, 2011.

        **WEINBERG, WHEELER, HUDGINS,**
        **GUNN & DIAL, LLC**

        */s/ Nicholas P. Panayotopoulos*
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
        Georgia Bar Number: 560679
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326
        Telephone (404)876-2700
        npanayo@wwhgd.com
        ***Counsel for Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Hans-Peter Ingenillem has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2011.

                        WEINBERG, WHEELER, HUDGINS,
                        GUNN & DIAL, LLC

                        */s/ Nicholas P. Panayotopoulos*
                        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 <br> ) <br> ) SECTION: L <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | ) <br> ) <br> ) JUDGE FALLON <br> ) MAG. JUDE WILKINSON <br> ) <br> ) |

### CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF MANFRED PAUL

TO:  ALL COUNSEL

**PLEASE TAKE NOTICE** that Banner Supply Company; Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities") will take the oral and/or videotaped deposition of Manfred Paul on Wednesday, March 16, 2011 and Thursday, March 17, 2011, beginning at 9:00 o'clock a.m. (eastern time) at the offices of Kaye Scholer, LLP, 425 Park Avenue (55th and 56th Streets), New York, New York 10022-3598, PH: 212-836-7606, or at another location mutually agreed upon by the parties.

If you are an attorney of record, please email cdw@golkow.com 5 days prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.

| | |
|---|---|
| Primary Examiners: | Nicholas P. Panayotopoulos |
| Videotaped Deposition: | Yes |
| Call-In Number: | 888-337-8218 |
| | Participant Code: 769758 |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and examine the witness if you so desire.

Banner Supply Entities reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a KPT fact witness.

Respectfully submitted, this 22nd day of February, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Manfred Paul has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2011.

                                WEINBERG, WHEELER, HUDGINS,
                                GUNN & DIAL, LLC


                                */s/ Nicholas P. Panayotopoulos*
                                **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 <br> ) <br> ) SECTION: L <br> ) <br> ) <br> ) JUDGE FALLON <br> ) MAG. JUDE WILKINSON <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | |

### CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF BALDWIN KNAUF

TO:   ALL COUNSEL

**PLEASE TAKE NOTICE** that Banner Supply Company; Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities") will take the oral and/or videotaped deposition of Baldwin Knauf on Tuesday, March 29, 2011 and Wednesday, March 30, 2011, beginning at 9:00 o'clock a.m. (Frankfurt, German time) at the offices of Kaye Scholer, LLP, Schillerstrasse 19, 60313 Franfurt am Main, Germany, 011-49-69-25494-0, or at another location mutually agreed upon by the parties.

If you are an attorney of record, please email cdw@golkow.com 5 days prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.

| | |
|---|---|
| Primary Examiners: | Nicholas P. Panayotopoulos |
| Videotaped Deposition: | Yes |
| Call-In Number: | 800-747-5150 (for USA callers) |
| | Participant Code: 5408057 |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and examine the witness if you so desire.

Banner Supply Entities reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a KPT fact witness.

Respectfully submitted, this 22nd day of February, 2011.

> **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
> Georgia Bar Number: 560679
> 3344 Peachtree Road, Suite 2400
> Atlanta, GA 30326
> Telephone (404)876-2700
> npanayo@wwhgd.com
> ***Counsel for Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Baldwin Knauf has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2011.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC


/s/ *Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**

LEXISNEXIS FILE & SERVE
36076819
E-SERVICE
Feb 22 2011
2:53PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 )  ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) JUDGE FALLON ) MAG. JUDE WILKINSON ) ) |

### CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF MARTIN HALBACH

TO:   ALL COUNSEL

**PLEASE TAKE NOTICE** that Banner Supply Company; Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities") will take the oral and/or videotaped deposition of Martin Halbach on Thursday, April 28, 2011 and Friday, April 29, 2011, beginning at 9:00 o'clock a.m. (eastern time) at the offices of Kaye Scholer, LLP, 425 Park Avenue (55th and 56th Streets), New York, New York 10022-3598, PH: 212-836-7606, or at another location mutually agreed upon by the parties.

If you are an attorney of record, please email cdw@golkow.com 5 days prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.

| Primary Examiners: | Nicholas P. Panayotopoulos |
|---|---|
| Videotaped Deposition: | Yes |
| Call-In Number: | 888-337-8218 |
| | Participant Code: 769758 |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and examine the witness if you so desire.

Banner Supply Entities reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a KPT fact witness.

Respectfully submitted, this 22nd day of February, 2011.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700
npanayo@wwhgd.com
***Counsel for Banner Supply Company, Banner Supply Company, Inc.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Martin Halbach has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2011.

                              WEINBERG, WHEELER, HUDGINS,
                              GUNN & DIAL, LLC

                              */s/ Nicholas P. Panayotopoulos*
                              **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**