# EXHIBIT 'B'

## Panayotopoulos, Nicholas

| | |
|---|---|
| **From:** | Lenny Davis [LDAVIS@hhkc.com] |
| **Sent:** | Thursday, February 24, 2011 7:37 PM |
| **To:** | Panayotopoulos, Nicholas; BASSH@gtlaw.com; RDuplantier@gjtbs.com |
| **Cc:** | Ehrenreich, Todd; Sexton, Michael A. |

**Subject:** RE: Knauf Depositions

Will let you know

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not
read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect)
immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your
forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Panayotopoulos, Nicholas [mailto:NPanayo@wwhgd.com]
**Sent:** Thursday, February 24, 2011 5:22 PM
**To:** Lenny Davis; 'BASSH@gtlaw.com'; 'RDuplantier@gjtbs.com'
**Cc:** Ehrenreich, Todd; Sexton, Michael A.
**Subject:** Fw: Knauf Depositions


Please provide me with the dates on which you propose for these depos to go forward.

---

**From:** Glickstein, Steven [mailto:SGlickstein@kayescholer.com]
**Sent:** Thursday, February 24, 2011 12:03 PM
**To:** Panayotopoulos, Nicholas; Richard G. Duplantier Jr. <duplantier@gjtbs.com>
**Cc:** BASSH@gtlaw.com <BASSH@gtlaw.com>; SalkyM@gtlaw.com <SalkyM@gtlaw.com>; Russ Herman
<RHERMAN@hhkc.com>; Arnold Levin <alevin@lfsblaw.com>; Fred Longer <FLonger@lfsblaw.com>;
Lenny Davis <LDAVIS@hhkc.com>; kmiller <kmiller@frilot.com>; Mayesh, Jay
<JMayesh@kayescholer.com>; Garvey, Karin <KGarvey@kayescholer.com>
**Subject:** RE: Knauf Depositions

I'm re-sending this email because Rick Duplantier did not make it on the original email.
I typed in "Du" and the computer filled in Doug Dunham, an attorney I deal with in
another litigation.

Everyone, please reply to this version rather than the prior version.


**Steven Glickstein**
**Kaye Scholer LLP**

3/11/2011

425 Park Avenue • New York, New York 10022
Phone: 212.836.8485 · Fax: 212.836.6485
sglickstein@kayescholer.com
www.kayescholer.com

---

**From:** Glickstein, Steven
**Sent:** Thursday, February 24, 2011 11:59 AM
**To:** Panayotopoulos, Nicholas; 'Dunham, Douglas W'
**Cc:** 'BASSH@gtlaw.com'; 'SalkyM@gtlaw.com'; Russ Herman; Arnold Levin ; Fred Longer; Lenny Davis; kmiller; Mayesh, Jay; Garvey, Karin
**Subject:** Knauf Depositions

Nick and Rick,

I was informed by Kerry's office that INEX and Banner wish to proceed with the depositions of Knauf witnesses that the PSC recently postponed.

I may have misunderstood Nick in Court, as I construed Nick's remarks as reserving INEX's and Banner's right to seek those depositions at some point in the future, as opposed to desiring to go forward on a schedule that the PSC said was no longer practical for it.

If you are seeking your right to reschedule the depos in the future, then the Knauf defendants are in agreement.

If, on the other hand, you are seeking to keep the previously set dates – despite the PSC's postponement -- then we will need to schedule a conference with Judge Fallon tomorrow to resolve the issue.   We are unwilling to produce witnesses twice, once when convenient for INEX and Banner, and once when convenient for the PSC.

My understanding is that the HSC agrees with the PSC that the depositions should be postponed.

It also seems to be a waste of time and resources to go forward with those depositions given the ongoing settlement discussions with INEX and Banner.

I am in total agreement that if the depositions are postponed, all parties – including INEX and Banner – have the right to reschedule the depositions.

Please let me know if you agree to the postponement subject to INEX's and Banner's right to reschedule.   If not, I need to schedule a call with Judge Fallon, and so please advise of times tomorrow that you will be available.

Thanks.

Steve


**Steven Glickstein**
**Kaye Scholer LLP**


3/11/2011

**425 Park Avenue • New York, New York 10022**
Phone: 212.836.8485 · Fax: 212.836.6485
sglickstein@kayescholer.com
www.kayescholer.com

\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax advice
contained in this correspondence (including any attachments) is not
intended or written to be used, and cannot be used for the purpose of
(i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

The information contained in this message may contain privileged client confidential information. If you
have received this message in error, please delete it and any copies immediately.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

3/11/2011

# Panayotopoulos, Nicholas

| | |
|---|---|
| **From:** | Panayotopoulos, Nicholas |
| **Sent:** | Thursday, February 24, 2011 2:07 PM |
| **To:** | 'ldavis@hhkc.com' |
| **Cc:** | 'alevin@lfsblaw.com'; 'RHERMAN@hhkc.com'; 'FLonger@lfsblaw.com'; Ehrenreich, Todd; Sexton, Michael A. |

**Subject:** Re: Knauf Depositions

Thanks, Lenny. I objected to the postponement on the record. I would be fine with changing dates by a few days or so but based on the difficulties we have had getting knauf depos scheduled we do not want to delay. Others are in a similar position. We have been proceeding in good faith with the settlement talks with the PSC, in part based on the understanding that we would pursue the Knauf claims. I spoke to Ervin yesterday about the depos and understand why this is not the PSC's priority but would appreciate the PSC's help in preserving our clients' rights as we pursue these claims. if the PSC is not going to support Banner in getting the Knauf depos done expeditiously, Todd and I need to know that immediately. Again, I would be glad to accommodate anyone's schedule if we are talking about a day or two.

---

**From:** Lenny Davis [mailto:LDAVIS@hhkc.com]
**Sent:** Thursday, February 24, 2011 01:31 PM
**To:** Panayotopoulos, Nicholas
**Cc:** alevin@lfsblaw.com <alevin@lfsblaw.com>; Russ Herman <RHERMAN@hhkc.com>; Fred Longer <FLonger@lfsblaw.com>
**Subject:** RE: Knauf Depositions

These depositions were postponed yesterday as discussed in chambers and in open court. I thought you were present for both when the issues were addressed with Judge Fallon. We decided to postpone them due to the taishan issues, the inex issues and an agreement that we could  discuss the matters further with knauf. We therefore postponed them and have no prejudice toreset them later.i hope this helps if there are questions. I have been in court all morning and have another status conference this afternoon.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Panayotopoulos, Nicholas [mailto:NPanayo@wwhgd.com]
**Sent:** Thursday, February 24, 2011 11:53 AM
**To:** Lenny Davis
**Subject:** Fw: Knauf Depositions

I left you a phone message. Please let me know if you can discuss. Do you have proposed re-schedule dates for the depos you noticed?

---

**From**: Glickstein, Steven [mailto:SGlickstein@kayescholer.com]
**Sent**: Thursday, February 24, 2011 12:03 PM
**To**: Panayotopoulos, Nicholas; Richard G. Duplantier Jr. <duplantier@gjtbs.com>
**Cc**: BASSH@gtlaw.com <BASSH@gtlaw.com>; SalkyM@gtlaw.com <SalkyM@gtlaw.com>; Russ Herman <RHERMAN@hhkc.com>; Arnold Levin <alevin@lfsblaw.com>; Fred Longer <FLonger@lfsblaw.com>; Lenny Davis <LDAVIS@hhkc.com>; kmiller <kmiller@frilot.com>; Mayesh, Jay <JMayesh@kayescholer.com>; Garvey, Karin <KGarvey@kayescholer.com>
**Subject**: RE: Knauf Depositions

I'm re-sending this email because Rick Duplantier did not make it on the original email.   I typed in "Du" and the computer filled in Doug Dunham, an attorney I deal with in another litigation.

Everyone, please reply to this version rather than the prior version.


**Steven Glickstein**
**Kaye Scholer LLP**

**425 Park Avenue • New York, New York 10022**
Phone: 212.836.8485 · Fax: 212.836.6485
sglickstein@kayescholer.com
www.kayescholer.com

---

**From**: Glickstein, Steven
**Sent**: Thursday, February 24, 2011 11:59 AM
**To**: Panayotopoulos, Nicholas; 'Dunham, Douglas W'
**Cc**: 'BASSH@gtlaw.com'; 'SalkyM@gtlaw.com'; Russ Herman; Arnold Levin ; Fred Longer; Lenny Davis; kmiller; Mayesh, Jay; Garvey, Karin
**Subject**: Knauf Depositions

Nick and Rick,

I was informed by Kerry's office that INEX and Banner wish to proceed with the depositions of Knauf witnesses that the PSC recently postponed.

I may have misunderstood Nick in Court,  as I construed Nick's remarks as reserving INEX's and Banner's right to seek those depositions at some point in the future, as opposed to desiring to go forward on a schedule that the PSC said was no longer practical for it.

If you are seeking your right to reschedule the depos in the future, then the Knauf defendants are in agreement.

If, on the other hand,  you are seeking to keep the previously set dates – despite the PSC's postponement --  then we will need to schedule a conference with Judge Fallon tomorrow to resolve the issue.   We are unwilling to produce witnesses twice,  once when convenient for INEX and Banner,  and once when convenient for the PSC.

3/11/2011

My understanding is that the HSC agrees with the PSC that the depositions should be postponed.

It also seems to be a waste of time and resources to go forward with those depositions given the ongoing settlement discussions with INEX and Banner.

I am in total agreement that if the depositions are postponed, all parties – including INEX and Banner – have the right to reschedule the depositions.

Please let me know if you agree to the postponement subject to INEX's and Banner's right to reschedule.   If not,  I need to schedule a call with Judge Fallon,  and so please advise of times tomorrow that you will be available.

Thanks.

Steve

**Steven Glickstein**
**Kaye Scholer LLP**

**425 Park Avenue • New York, New York 10022**
Phone: 212.836.8485 · Fax: 212.836.6485
sglickstein@kayescholer.com
www.kayescholer.com

*   *   *   *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

3/11/2011