UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Banner Defendants' Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions;

**IT IS SO ORDERED BY THE COURT** that Banner Defendants' Motion to Compel is GRANTED and Plaintiffs' Motion for Protection Order Regarding Certain Knauf Depositions is DENIED with prejudice, and the depositions of Manfred Paul, Baldwin Knauf and Martin Halbach will go forward.

New Orleans, Louisiana, this ___ day of March, 2011.

_____
The Honorable Eldon E. Fallon
United States District Court Judge