UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 09-04117 <u>Vickers, et al. v. Knauf Gips KG, et al.</u> | : : | |

**PLAINTIFFS' UNOPPOSED MOTION TO INTERVENE
AND INCORPORATED MEMORANDUM OF LAW[1]**

Intervening Plaintiffs, Completed Communities II, LLC (f/k/a Centerline Homes at Tradition, LLC and Centerline Port St. Lucie, Ltd.), Centerline Homes at Georgetown, LLC, Briella Townhomes, LLC, and Centerline Homes Construction, Inc. (hereinafter "Centerline"), pursuant to Fed.R.Civ.P. 24(a), Fed.R.Civ.P. 24(b)(1)(B), and this Court's orders regarding intervention [D.E. #6958, 7761], hereby move to intervene in the above captioned action of <u>Vickers, et al. v. Knauf Gips KG, et al.</u>, Case No. 2:09-cv-004117 (E.D. La.). For the reasons set forth below, Intervening Plaintiffs' unopposed motion to intervene should be granted.

**I.   INTERVENTION SHOULD BE GRANTED UNDER FEDERAL RULE OF CIVIL PROCEDURE 24(a)(2).**

Federal Rule of Civil Procedure 24(a), which governs intervention as a matter of right, provides that the court must permit anyone to intervene who "claims an interest related to the property or transaction that is the subject of the action and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest,

---

[1] Centerline reserves the right to withdraw its Motion to Intervene in the event that alternative means are put in place to protect Centerline's rights and interests and/or the rights and interests of similarly situated builders. Centerline also reserves the right to "opt out" of any proposed class settlement.

unless existing parties adequately represent that interest." Centerline has a direct interest and may be impacted by the proceedings and settlements in *Vickers* because it was involved in the construction and development of properties in which certain subcontractors used drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, and/or sold by certain defendants named therein. Centerline therefore has an interest in recovering against certain defendants named in the *Vickers* action. Centerline seeks to intervene to protect its rights and interests in the *Vickers* action, including any settlement by and between certain parties or their insurers. At present, there are no builders or contractors similarly situated to Centerline in the *Vickers* action that can protect Centerline's rights and interests. Thus, intervention is appropriate.

II.  **INTERVENTION IS ALSO APPROPRIATE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24(b)(1)(B).**

Permissive intervention is also permitted under Rule 24(b)(1)(B) if an intervener has a "claim or defense that shares with the main action a common question of law or fact." As discussed above, Centerline has similar claims as those asserted by the named Plaintiffs against certain defendants in the *Vickers* action, as well as common defenses as certain defendants in the *Vickers* action.

III.  **CONCLUSION**

For the reasons set forth above, Intervening Plaintiffs' Unopposed Motion to Intervene in *Vickers* should be granted. Centerline respectfully requests that the Court enter the proposed order annexed hereto, which has been approved by Ervin Gonzalez.

3

Dated March 14, 2011 Respectfully submitted,

By: __/s/ Peter R. Goldman_____
    PETER R. GOLDMAN
    Florida Bar No. 860565
    VANESSA M. SERRANO
    Florida Bar No. 51555
    BROAD AND CASSEL
    100 S.E. Third Ave., Suite 2700
    Fort Lauderdale, Florida  33394
    Telephone:  (954) 764-7060
    Facsimile::  (954) 761-8135
    pgoldman@broadandcassel.com
    vserrano@broadandcassel.com

*Counsel for Intervening Plaintiffs*
*Completed Communities II, LLC*
*Centerline Homes at Georgetown, LLC*
*Briella Townhomes, LLC and*
*Centerline Homes Construction, Inc.*

4

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of March 2011.

                                                                  __/s/ Vanessa M. Serrano_____
                                                                   Vanessa M. Serrano

4844-7362-3560.1
34720/0062