UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL DOCKET: 2047
       PRODUCTS LIABILITY LITIGATION
                                                                   SECTION: L

THIS DOCUMENT RELATES TO:        JUDGE FALLON
                                          MAG. JUDGE WILKINSON

*Vickers, et al. v. Knauf Gips KG, et al.*
EDLA 09-04117

_____/

**LENNAR'S MOTION TO INTERVENE PURSUANT TO
THE COURT'S SCHEDULING ORDER RE: HEARINGS FOR
CLASS CERTIFICATION, DATED JANUARY 12, 2011**

Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation (collectively, "Lennar"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 24 and this Court's Scheduling Order re: Hearings for Class Certification, dated January 12, 2011, [D.E. 6958], hereby move to intervene in the above-referenced putative class action.[1]

1. This case is a putative class action lawsuit brought on behalf of certain homeowners in the United States whose homes allegedly contain defective Chinese-manufactured drywall ("Chinese Drywall") that was supplied by Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company Port St. Lucie, LLC, Banner Supply Company Tampa, LLC, and Banner Supply Company Pompano, LLC, (collectively, "Banner").[2]

---

[1] By filing this motion, Lennar does not intend to waive, and expressly preserves, any jurisdictional, venue, or other defenses it may have in other cases pending in this MDL.

[2] The homeowner plaintiffs in this case seek to certify a class of "[a]ll owners and/or residents of real properties located in the State of Florida containing Knauf Chinese drywall that was sold, distributed, or supplied by Banner Supply Co., Banner Fort Myers, Banner Port St. Lucie, Banner Tampa, and Banner Pompano." Fifth Amen. Compl. [D.E. 7179-1], at ¶ 138.

2. Lennar has spent millions of dollars repairing homes damaged by defective Chinese Drywall supplied by Banner.

3. Lennar has received assignments of damage claims from homeowners of homes Lennar has repaired, similar to those damages claimed by homeowner plaintiffs in this action.

4. Given the significantly similar claims Lennar has against Banner, and the concerns regarding the possible limitations on Banner's available insurance proceeds, especially if the proceeds are, in fact, tendered to this Court for distribution, Lennar should be permitted to intervene as an additional named plaintiff in this case. Accordingly, and for the reasons discussed in Lennar's supporting Memorandum of Law, the Court should grant Lennar's Motion to Intervene.

Dated: March 14, 2011

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Counsel for Lennar*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com
E-mail: foslida@gtlaw.com

By: /s/ Hilarie Bass
    HILARIE BASS
    Florida Bar No. 334323
    MARK A. SALKY
    Florida Bar No. 058221
    ADAM M. FOSLID
    Florida Bar No. 682284

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

    /s/ Hilarie Bass
    Hilarie Bass