**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

*Vickers, et al. v. Knauf Gips KG, et al.*
(E.D. La. 09-04117)

*Payton, et al. v. Knauf Gips KG, et al.*
(E.D. La. 09-07628)

_____/

### ORDER REGARDING CERTAIN HOMEBUILDERS' INTERVENTION IN BANNER CLASS ACTION SETTLEMENT PROCEEDINGS

Before the Court are the following motions filed by certain homebuilders:

(i)     Motion to Intervene Pursuant to the Court's Scheduling Order Re: Hearings for Class Certification, Dated January 12, 2011, filed by Lennar Corporation, Lennar Homes, LLC and U.S. Home Corporation (collectively, "Lennar") (D.E. __);

(ii)    Motion to Intervene filed by Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. and Taylor Woodrow Communities At Vasari, L.L.C. (collectively, "Taylor Morrison") (D.E. ___);

(iii)   Motion to Intervene filed by Completed Communities II, LLC (f/k/a Centerline Homes at Tradition, LLC and Centerline Port St. Lucie, Ltd.), Centerline Homes at Georgetown, LLC, and Centerline Homes Construction, Inc. (collectively, "Centerline") (D.E. ____);

(iv)    Motion (Unopposed By PSC) to Intervene by Certain Homebuilders for Conditional and Limited Purpose of Participating in Banner Class Action Settlement Negotiations and Proceedings and Incorporated Memorandum of Law filed on behalf of Aranda Homes, Inc.; Bella Builders, Inc.; Hammer Construction Services, Ltd.; J. Helm Construction d/b/a Sundown Development; Management Services of Lee County, f/k/a Paul Homes, Inc.; R. Fry Builders, Inc.; and Woodland Enterprises, Inc. (D.E. __);

(v)     Motion to Intervene By Homebuilders Lavish Holdings (Deerfield Court Townhomes) and L'Oasis Builders and Contractor-Installer Mandy Drywall for Participation in Banner Class action Settlement Proceedings (D.E. ___);

(vi)     D.R. Horton's Motion to Intervene (D.E. ___);

(vii)    Motion to Intervene by Heights Properties, LLC for Conditional and Limited Purpose of Participating in Banner Class Action Settlement Negotiations (D.E. ___); and

(viii)   Motion to Intervene by JWR Construction Services, Inc. for Conditional and Limited Purpose of Participating in Banner Class Action Settlement Negotiations and Proceedings (D.E. __);

(collectively, the "Homebuilder Motions to Intervene").

The Court, having reviewed the Homebuilder Motions to Intervene and memoranda of law in support thereof, IT IS HEREBY ORDERED that the Homebuilders Motions to Intervene are GRANTED.

IT IS FURTHER ORDERED that Lennar and Taylor Morrison are permitted to intervene as class representatives on behalf of a putative class of homebuilders that have repaired homes and/or received assignments of claims from the homeowners ("Repairing Homebuilders Class"), for the limited purposes of negotiating a potential class-wide settlement with, among other parties, Banner Supply Company and its affiliates ("Banner").   All other members of this putative homebuilder class do not need to intervene for purposes of protecting their right to any potential settlement that may be reached with Banner in this action.

In addition, the Court will permit representatives of homebuilders that have thus far not repaired homes to participate in any settlement discussions.   All other non-remediating homebuilders do not need to intervene for purposes of protecting their right to participate in and/or raise any objections to the terms of any potential settlement that may be reached with Banner in this action.

2

New Orleans, Louisiana, this _____ day of _____, 2011.


                                         _____
                                         HONORABLE ELDON E. FALLON
                                         UNITED STATES DISTRICT JUDGE