# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL           MDL No. 02047
        PRODUCTS LIABILITY LITIGATION           SECTION L

                                                            JUDGE FALLON
                                                            MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

VICKERS, ET AL. V. KNAUF GIPS, KG, ET AL.
Case No. 09-04117

AND

PAYTON, *et al*. v. KNAUF GIPS KG, *et al*.,
Case No. 09-07628

                                                            /

## ORDER

Upon consideration of the Motion to Intervene by JWR Construction Services, Inc. ("JWR") for Conditional and Limited Purpose of Participating in Banner Class Action Settlement Negotiations and Proceedings ("Motion to Intervene"), it is hereby ,

**ORDERED AND ADJUDGED** that:

1.     The Motion to Intervene is hereby **GRANTED**.

2.     JWR is permitted to intervene as a party to the proceedings for the conditional and limited purpose of: (a) participating in the class action settlement negotiations between the Plaintiffs' Steering Committee (the "PSC") and Banner Supply Company and its related entities and insurers (the "Banner Entities"); and (2) objecting, if necessary, to a proposed settlement.

3.     JWR shall be permitted to withdraw as a party from the proceedings should the settlement discussions between the PSC and the Banner Entities be terminated and/or a

{FT756704;1}

settlement class not be certified. Should JWR ultimately be included in a class that is part of a Banner settlement or class action against Banner, its withdrawal as an intervening party shall not affect its ability to remain in any such class for purposes of obtaining settlement benefits, exercising a right to opt out or obtaining and exercising any other rights of such a class member.

NEW ORLEANS, LOUISIANA, this 14th day of March, 2011.

_____
ELDON E. FALLON
United States District Court Judge