UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED  : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION: L
------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
 :
ALL CASES : MAG. JUDGE WILKINSON
------------------------------------------------------------x

## ORDER

Considering the Knauf Defendants' request to join in Plaintiffs' motion for a protective order regarding certain depositions of Knauf witnesses [Rec. Doc. 7746],

**IT IS HEREBY ORDERED** that the Knauf Defendants' request is granted and said Defendants are allowed to join in Plaintiffs' motion for a protective order regarding certain depositions of Knauf witnesses.

New Orleans, Louisiana this __14th__ day of March, 2011.

_____
ELDON E. FALLON
U.S. DISTRICT COURT JUDGE