UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Vickers, et al. v. Knauf GIPS KG, et al.* Case No. 09-04117 (E.D. La.) | * * | MAG. JUDGE WILKINSON |

## D.R. HORTON, INC.'S MOTION TO INTERVENE

Intervening Plaintiff, D.R. Horton, Inc. ("D.R. Horton"), a Florida homebuilder, hereby moves under Fed. R. Civ. P. 24 to intervene in its individual capacity in the above captioned action of *Vickers, et al. v, Knauf GIPS KG, et al.*, Case No. 2:09-cv-04117 (E.D. La.).[1] D.R. Horton has an interest in the proceedings in *Vickers* since it has repaired and remediated homes, at its sole cost and expense, that it constructed with Chinese manufactured drywall that was imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, and/or sold by the defendant, Banner Supply Company Fort Myers, LLC ("Banner Supply"). D.R. Horton seeks to intervene for the limited purpose of participating in the class action settlement negotiations between the Plaintiffs' Steering Committee (PSC) and Banner Supply and its related entities and insurers. For the reasons set forth in its accompanying memorandum of law incorporated herein by reference, D.R. Horton's Motion to Intervene should be granted.

## CERTIFICATE OF CONSULATION WITH COUNSEL

I hereby certify that counsel for D.R. Horton, Inc. has consulted with Plaintiffs' Steering Committee Representative, Ervin Gonzalez, who has no objection to the filing of this Motion. D.R. Horton, Inc.'s counsel also contacted Banner Supply's attorney, Nicholas Panayotopoulos,

---

[1] D.R. Horton, Inc.'s Complaint in Intervention is attached hereto as Exhibit "A".

564585.1

who confirmed receipt of our request but had not responded as of the filing of this Motion.

**Respectfully submitted,**

BY: /s/ Erick Y. Miyagi
Erick Y. Miyagi, #22533
hiko.miyagi@taylorporter.com
Edward J. Laperouse, II #29310
ted.laperouse@taylorporter.com
Leslie Ayres Daniel, #27948
leslie.daniel@taylorporter.com
Kari A. Bergeron #31043
kari.bergeron@taylorporter.com
(451 Florida Street, 8th Floor, 70801)
P. O. Box 2471
Baton Rouge, LA 70821
Telephone: 225-387-3221
Fax:          225-346-8049

James M. Talley  FL#0331961
jtalley@fisherlawfirm.com
Fisher, Rushmer, Werrenrath, Dickson, Talley
  & Dunlap, P.A.
P.O. Box 712
Orlando, FL 32802
Telephone: (407) 843-2111
Facsimile: (407) 422-1080

**Attorneys for D.R. Horton, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that the above pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Kerry Miller, Defendants' Liaison Counsel, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on the 14th day of March, 2011.

s/ Erick Y. Miyagi

2

564585.1