UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Vickers, et al. v. Knauf GIPS KG, et al.* Case No. 09-04117 (E.D. La.) | * * | MAG. JUDGE WILKINSON |

ORDER

Upon consideration of the Motion to Intervene filed by D.R. Horton, Inc. ("D.R. Horton"), it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion to Intervene is hereby **GRANTED**.

2. D.R. Horton, Inc. is permitted to intervene as a party to the proceedings in the *Vickers* action for the conditional and limited purpose of: (a) participating in the class action settlement negotiations between the Plaintiffs' Steering Committee ("PSC") and Banner Supply Company and its related entities and insurers (the "Banner Entities"); and (b) objecting, if necessary, to a proposed settlement.

3. D.R. Horton, Inc. shall be permitted to withdraw as a party from the proceedings should the settlement discussions between the PSC and the Banner Entities be terminated and/or a settlement class not be certified. Should D.R. Horton, Inc. ultimately be included in a class that is part of a Banner settlement or class action against Banner, its withdrawal as an intervening party shall not affect its ability to remain in any such class for the purposes of obtaining settlement benefits, exercising a right to opt out, objecting to any proposed settlement if

565939.1

necessary, or obtaining and exercising any other rights of such a class member.

      NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

                                    _____
                                    ELDON E. FALLON
                                    United States District Court Judge