UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering,

The North River Insurance Co.'s Motions for Leave to File Third Party Claims (R. Doc. 7705, 7638);

The Plaintiffs' Steering Committee's ("PSC") Motion for Protective Order Regarding Certain Knauf Depositions (R. Doc. 7746);

The PSC's Motion for Extension of Time for Service of Process Under Rule 4(m) (R. Doc. 7750);

The Banner Supply entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply with Discovery and This Court's Order to File Profile Forms (R. Doc. 7892);

Interior Exterior's Motion to Dismiss the Claims of Certain Plaintiffs who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b) (R. Doc. 8025); and

Landmark American Insurance Co. and National Surety Corp.'s Motion for Leave to File Third Party Complaint (R. Doc. 8085);

IT IS ORDERED that these motions are SCHEDULED for hearing following the monthly status conference on March 23, 2011, and any related motions to lift stay and/or set for hearing are GRANTED.  (R. Docs. 7706, 7639, 7747, 7891, 8086).  Responses thereto are to be filed with the Court by March 18, 2011.

New Orleans, Louisiana, this 11th day of March 2011.

_____
UNITED STATES DISTRICT JUDGE