UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2047 |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) | |
| ALL CASES ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |

**ORDER**

IT IS ORDERED that leave is granted for the filing of Individual Plaintiffs' Further Briefing in Support of their Opposition to the Plaintiffs' Steering Committee's Motion for an Order Requiring Accounting and Other Relief.

New Orleans, Louisiana, this 11th day of March 2011.

Judge Eldon E. Fallon
United States District Court