UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| Payton, et al. v. Knauf Gips, KG; et al. Case No. 09-07628 | JUDGE FALLON MAG. JUDGE WILKINSON |
| and | |
| Silva, et al. v. Knauf Gips, KG; et al. Case No. 09-cv-8034 | |

## ORDER

Upon consideration of the Mitchell Company, Inc.'s Motion to Intervene in *Silva, et al. v. Knauf Gips; et al.* and *Payton, et al. v. Knauf Gips; et al.* ("Motion to Intervene"), it is hereby,

**ORDERED AND ADJUDGED** that:

1. The Motion to Intervene is hereby **GRANTED**.

2. Mitchell Company, Inc. is permitted to intervene as a party to the proceedings for the conditional and limited purpose of presenting argument on the issue of class certification on its claims against Interior and Exterior Building Supply, LP.

DONE this _____ day of _____, 2011, at New Orleans, Louisiana.

ELDON E. FALLON
United States District Court Judge

-1-