UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

Vickers, et al. v. Knauf Gips, KG; et al.
Case No. 09-04117

## ORDER

Upon consideration of the Motion to Intervene by Regatta Construction LLC ("Regatta") for Purposes of Participating in the Banner Class Action Settlement Negotiations and Proceedings ("Motion to Intervene"), it is hereby,

**ORDERED AND ADJUDGED** that:

1. The Motion to Intervene is hereby **GRANTED**.

2. Regatta is permitted to intervene as a party to the proceedings for the conditional and limited purpose of participating in the class action settlement negotiations between the Plaintiffs' Steering Committee (the "PSC") and Banner Supply Company and its related entities and insurers (the "Banner Entities"); and objecting, if necessary, to a proposed settlement.

DONE this _____ day of _____, 2011, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge