UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Gross, et al. v. Knauf Gips KG, et al.*; 09-6690 | * | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*; 10-0361 | * * | MAG. JUDGE WILKINSON |
| and | * | |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., et al.*; 11-0080 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, **Lyon H. Garrison**, **Darrin L. Forte** and **Kevin F. Truxillo**, of the law firm of Garrison, Yount, Forte & Mulcahy, L.L.C., 909 Poydras Street, Suite 1800, New Orleans, Louisiana 70112, Telephone: 504-527-0680, Facsimile: 504-527-0686, E-mail addresses: lgarrison@garrisonyount.com, dforte@garrisonyount.com, and ktruxillo@garrisonyount.com, hereby enter their appearance as counsel of record for Defendant **ACE Home Center, Inc.** in the captioned matter. Please update and add undersigned counsel to all your service and distribution lists in this case.

Respectfully submitted,

/s/ Lyon H. Garrison

LYON H. GARRISON, Bar No. 19591
DARRIN L. FORTE, Bar No. 26885
KEVIN F. TRUXILLO, Bar No. 30769
GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Defendant,*
*ACE Home Center, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, on this 14th Day of March, 2011.

I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of March, 2011.

*/s/ Lyon H. Garrison*

LYON H. GARRISON