UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DEFENDANT, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC'S NOTICE OF JOINDER

Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC ("BANNER PSL"), hereby gives Notice of Joinder in the Banner Supply Entities' Motion to Dismiss Claims of Plaintiffs who Completely failed to Comply with Discovery and this Court's Order to File Profile Forms.

        Respectfully submitted,

        PETERSON & ESPINO, P.A.
        Attorneys for Banner Supply Company Port St. Lucie, LLC
        10631 Southwest 88th Street, Suite 220
        Miami, Florida   33176
        Telephone:     (305) 270-3773
        Facsimile:     (305) 275-7410
        mpeterson@petersonespino.com

By:  /s/ Michael P. Peterson
      Florida Bar No. 982040

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Joinder has been served on Liason Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this 15th day

of March, 2011.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of March, 2011.

                                                  By:    /s/ Michael P. Peterson