UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: "L" (2) |
| PERTAINS TO: | JUDGE: FALLON |
| *Abel, et. al, v. Taishan Gypsum Company, Ltd., et al* | MAGISTRATE: WILKINSON |
| Civil Action No.: 11-080 | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Defendant, Gulf South Drywall ("Gulf South"), while reserving all rights and defenses and without waiving any objections to service of process, venue or jurisdiction, respectfully moves the Court for an extension of time in which to submit its Profile Form to Plaintiff's Liaison Counsel, and in further support thereof states as follows:

1. On May 27, 2010, the Court entered Pre-Trial Order No. 1G requiring defendants to submit Profile Forms within forty days after service of process.

2. The undersigned is working to obtain the information required to complete the form, however additional time is needed to gather all required information and ensure its accuracy.

3. An extension will neither prejudice any of the parties to this action, nor delay the ultimate resolution of this action.

4. This is Gulf South's first request for an extension of time.

**WHEREFORE**, Defendant, Gulf South Drywall respectfully requests that the Court grant them an extension, through and including April 27, 2011, to submit their Profile Form.

Respectfully submitted,

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

*s/*Michael H. Abraham
DEBORAH D. KUCHLER (La. Bar No. 17013)
MICHAEL H. ABRAHAM (La. Bar No. 22915)
SOPHIA L. LAURICELLA (La. Bar No. 32888)
1615 Poydras St., Suite 1300
New Orleans, LA  70112
Telephone:  (504) 592-0691
Facsimile: (504) 592-0696
**Counsel for Gulf South Drywall**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Ex Parte* Motion for Extension of Time to Submit Defendant Profile Form has been served on all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of March, 2011.

*s/*Michael H. Abraham
MICHAEL H. ABRAHAM