UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH ABEL, ET AL, *Plaintiff* | * * | NO.: 11-cv-00080 |
| | * | CIVIL ACTION |
| VERSUS | * * | JUDGE FALLON |
| | * | |
| TAISHAN GYPSUM CO., LTD, ET AL. *Defendants* | * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **O R D E R**

**Considering the foregoing;**

**IT IS HEREBY ORDERED**, that Gulf South Drywall's Ex Parte Motion for Extension of Time to Submit Defendant's Profile Form is **GRANTED**.

New Orleans, Louisiana this _____ day of March, 2011.

_____
J U D G E