UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: "L" (2) |
| PERTAINS TO:<br>*Abel, et. al, v. Taishan Gypsum<br>Company, Ltd., et al*<br>Civil Action No.: 11-080 | JUDGE: FALLON<br><br>MAGISTRATE: WILKINSON |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Kuchler Polk Schell Weiner & Richeson, L.L.C., and hereby files its Notice of Appearance as counsel on behalf of Defendant, Gulf South Drywall.  It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

1

Respectfully submitted,

**KUCHLER POLK SCHELL WEINER & RICHESON, LLC**

BY:   /s/ Michael H. Abraham_____
      DEBORAH D. KUCHLER (La. Bar No. 17013)
      MICHAEL H. ABRAHAM (La. Bar No. 22915)
      SOPHIA L. LAURICELLA (La. Bar No. 32888)
      1615 Poydras St., Suite 1300
      New Orleans, LA  70112
      Telephone:  (504) 592-0691
      Facsimile: (504) 592-0696
      **Counsel for Gulf South Drywall**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of March, 2011.

/s/ Michael H. Abraham_____
MICHAEL H. ABRAHAM