UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| KENNETH ABEL, individually, and on behalf of all others similarly situated, | CASE NO. 11-080<br>SECT L. MAG 2 |
| Plaintiffs,<br>v. | **SUGGESTION OF BANKRUPTCY**<br>**CLASS ACTION** |
| TAISHAN GYPSUM CO., LTD., FKA SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANDGDAO TAISHAN BUILDING MATERIALS CO., LTD, AKA QINHUANG DAO TAISHAN BUILDING MATERIALS CO.., LTD, additional defendants. | |
| Defendants. | |

### SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, PRINCETON HOMES, INC., by and through undersigned bankruptcy counsel, and files this Suggestion Of Bankruptcy in the above-entitled proceeding and states:

1. On September 15, 2010, a Voluntary Petition for relief under Chapter 11, Title 11, of the United States Bankruptcy Code was filed by the Defendant, Princeton Homes, Inc., in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 10-31773-EPK.

2. That pursuant to the Bankruptcy Code, Section 362, the above styled cause is hereby automatically stayed.

3. The filing of this Suggestion of Bankruptcy is not intended to be a Notice of

```
___Fee_____
___Process_____
_x_Dktd_____
___CtRmDep____
___Doc. No._____
```

Appearance by the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 9th day of March, 2011, to all parties listed below.

                                    FURR AND COHEN, P.A.
                                    Attorney for Debtor
                                    2255 Glades Road, #337W
                                    Boca Raton, FL 33431
                                    (561) 395-0500/(561)338-7532 -fax

                          By _____
                                  ROBERT C. FURR, ESQ.
                                  Florida Bar No. 210854
                                  E-Mail: rfurr@furrcohen.com

Russ M. Herman, Esq.
Leonard A. Davis
Herman Herman Katz & Cotlar
Atty for Plaintiffs
820 O'Keefe Ave
New Orleans, Louisiana 70113

Arnold Levin, Esq.
Fred S. Longer
Levin, Fishbein, Sedran & Berman
Plaintiff's Lead Counsel
510 Walnut St #500
Philadelphia, PA 19106

Scott Wm. Weinstein Esq.
Morgan & Morgan
Atty for Jeffrey & Monica Segnello
12800 University Dr #600
Ft. Myers, FL 33907

Kerry J. Miller, Esq.
Frilot LLC
Defedants' Liaison Counsel
1100 Poydras ST
New Orleans, LA 70163

Jeremy W. Alters, Esq.
Alters, Boldt, Brown Rash & Culmo
Atty for Paul & Lisa Myers
4141 NE 2 Ave, Suite 201
Miami, FL 33137

Paul & Lisa Myers
376 NW Sheffield Cir
Port St Lucie, FL 34983

John Lonergan, Sr.
c/o Bruce Steckler Esq.
Baron & Budd P.C.
3102 Oak Lawn Ave #110
Dallas, TX  75219

Paul & Lisa Myers
c/o Bruce Steckler Esq.
Baron & Budd P.C.
3102 Oak Lawn Ave #110
Dallas, TX  75219