IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 3047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No.10-1113 | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## MEDIATION ORDER

After meeting with members of the Plaintiffs' Steering Committee, members of Defense Steering Committee and Mediator Richard O. Kingrea regarding the status of the mediation in *Hobbie, et al. v. RCR Holdings II, LLC, et al*., Case No. 10-1113, the Court has determined that it is appropriate to schedule the continuation of this mediation in New Orleans, Louisiana.

Accordingly, IT IS ORDERED that the following parties shall appear before the Court on Tuesday, March 22, 2011 at 2:00 CST for mediation: a representative or designated representatives of the Plaintiffs' Steering Committee; counsel for Plaintiff Wendy Lee Hobbie and the putative class of unit owners she seeks to represent, through counsel Daniel K. Bryson, Joel R. Rhine and/or Gary E. Mason; the Knauf defendants, through counsel Kerry J. Miller and/or Gregory Wallance; the Banner Supply defendants, through counsel Todd R. Ehrenreich, as well as representatives of the primary and excess insurance carriers of the Banner Supply defendants; Coastal Construction of South Florida, Inc., d/b/a Coastal Condominiums, through counsel Addison J. Meyers, as well as representatives of primary and excess insurance carriers for Coastal Condominiums, which may include, Crum and Forster Specialty Insurance Company, Lexington Insurance Company, Allied World Assurance Company, Inc. (U.S.), Insurance

Company of the State of Pennsylvania, Everest National Insurance Company, Arch Insurance Company, The North River Insurance Company, and Amerisure Insurance Company; Arch Insurance Company acting as Surety for Coastal Condominiums, through counsel Edward Etcheverry;  RCR Holdings II, LLC, through counsel Gregory S. Weiss and Sherri L. Bauer, as well as representatives of the primary and excess insurance carriers for RCR Holdings, II, LLC, which may include Fireman's Fund Insurance Company; Precision Drywall, Inc., through counsel Kieran F. O'Connor and Michele I. Nelson, as well as representatives of the primary and excess insurance carriers for Precision Drywall, Inc., which may include Mid-Continent Casualty Company and Old Dominion; and La Suprema Enterprise, Inc., and La Suprema Trading, Inc., through counsel Eduardo I. Rasco.

      The Court further encourages the following non-party to attend and participate in the mediation: RLI Insurance Company acting as Surety for Precision Drywall, Inc., through counsel Sina Bahadoran.

      All attorneys and agents of the aforementioned entities shall present to the mediation with full settlement authority.

      New Orleans, Louisiana, this 15th day of March, 2011.

ELDON E. FALLON  
UNITED STATES DISTRICT JUDGE