UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO Kenneth Abel, et al. v. Taishan Gypsum et al. Case No. 11-080 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * **

## NOTICE OF APPEARANCE

The law firm of Simon, Peragine, Smith & Redfearn, L.L.P. and the undersigned attorneys, Daniel J. Caruso, Herman C. Hoffmann, Jr., and Betty F. Mullin hereby make their appearance, on behalf of Shelter Products, Inc., an Oregon corporation, named defendant in *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., et al.*, United States District Court for the Eastern District of Louisiana, Case No. 11-080,  reserving all defenses to this action and objections concerning service of process, venue and/or jurisdiction, further requesting that all future papers filed in this case be served on said undersigned attorneys.

Respectfully submitted,

_____
Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Shelter Products, Inc.

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of March, 2011.

_____
Betty F. Mullin

N:\DATA\N\42851001\pleadings\notice of appearance - abel.wpd

-2-