UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION õLö |
| THIS DOCUMENT RELATES TO:<br>Kenneth Abel, et al v. Taishaln Gypsum Co., LTD et al<br>Case No. 11-CV-080 _____ / | JUDGE FALLON |

## NOTICE OF APPEARANCE AS COUNSEL

    Edwin E. Mortell, III of Peterson Bernard hereby files his Notice of Appearance as counsel of record for Defendants Global Home Builders, LLC; O.C.D. of S. Florida, Inc.; Other Brothers Drywall, Inc.; and Sumaj Builders Corporation and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

        PETERSON BERNARD
        Attorneys for Defendants GLOBAL HOME BUILDERS, LLC, O.C.D. of S. FLORIDA, INC., OTHER BROTHERS DRYWALL, INC., and SUMAJ BUILDERS CORPORATION
        416 Flamingo Ave.
        Stuart, FL  34996
        Phone: (772) 286-9881
        Fax:   (772) 220-1784


By: /s/ Edwin E. Mortell
    EDWIN E. MORTELL, III
    Florida Bar No.  832758
    E-mail:  edwinmortell@stuart-law.net

**I HEREBY CERTIFY** that on March 16, 2011 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                            /s/ Edwin E. Mortell, III