UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL 2047 SECTION: L JUDGE: FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : : | |
| *Conry v. Daugherty,* Case No. 10-4599 (E.D. La.) | : : | |

### ORDER

Upon consideration of the claims alleged in the above captioned case, the Court finds that this case is not appropriate for consolidation with the multi-district litigation. Although the Complaint contains Chinese drywall-related claims, *see* (R. Doc. 1)(No. 10-4599), the Court finds that the focus of the suit is the civil RICO claim which is an entirely separate issue. *See id.* Additionally, as indicated by Plaintiff's "Complaint in Interpleader," (R. Doc. 7704), as well as other filings in the case, *see* (R. Docs. 6591, 7257, 7323, 7368, 7575, 8026), Plaintiff's claims involve more and varied issues than the typical cases consolidated in the MDL litigation. Thus, the coordinated pretrial proceedings before this transferee Court will provide little, if any, benefit to the parties, and may actually increase the burden on the parties.

Plaintiff filed the present case directly in this Court and because of the Chinese drywall-related claims therein, it was automatically consolidated with the MDL litigation pursuant to Pretrial Order No. 1, paragraph 3. Under Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, actions originally filed in the transferee district, such as the present, require no action by the MDL Panel for reassignment. Moreover, a number of MDL transferee courts have utilized 28 U.S.C. § 1404(a) to transfer actions filed directly in the

MAR 16 2011
REALLOTTED TO
SECT. R MAG. 1

___Fee
___Process
X_Dktd
___CtRmDep
___Doc. No.

transferee court to a proper district. *See e.g. In re Prempro Prods. Liab. Litig.*, 2008 WL 1970244 (E.D. Ark. May 7, 2008)(transferring a case directly filed in the MDL transferee court pursuant to 1404(a)); *In re Norplant Contraceptive Prods. Liab. Litig.*, 950 F.Supp. 779, 780-81 (E.D. Tex. 1996)(finding that the MDL transferee court has the authority to transfer cases directly filed therein pursuant to 1404(a)). Based upon the foregoing, the Court finds that "[f]or the convenience of the parties and witnesses, in the interest of justice" the present case is appropriate for transfer pursuant to 1404(a) to any Division of this Court outside of the MDL proceedings. In transferring the case outside of the MDL, in effect de-consolidating the action, the Court recognizes that the MDL Panel may transfer the case back to the MDL pursuant to 28 U.S.C. § 1407, but the Court feels strongly that this case is not appropriate for the MDL litigation.

NEW ORLEANS, LOUISIANA, this 15th day of March, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

cc:   Counsel of Record
      MDL Panel