UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIBILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| JOYCE W. ROGERS, et al VS. KNAUF GIPS KG, el al CASE NO. 2:10-cv-0362 | * * * * * | |

* * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

LYSA M. FRIEDLIEB, ESQ., of the law firm of LUKS, SANTANIELLO, PETRILLO, & JONES, hereby files this Notice of Appearance and shall be substituted for SHERRI L. BAUER, ESQ. of The Law Firm of LUKS, SANTANIELLO, PETRILLO & JONES as Counsel for Defendant, RCR HOLDINGS II, LLC, herein, replacing and requests service of all pleadings, notices and other papers in this matter.

## SERVICE LIST

I, hereby certify that on this **16th** day of March, 2011, the foregoing has been served on Plaintiffs' Liaison Counsel, **Russ Herman**; Defendants' Liaison Counsel, **Kerry Miller** and Homebuilders'/Installers' Liaison Counsel, **Phillip A. Wittman** by e-mail; and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Lysa M. Friedlieb
LYSA M. FRIEDLIEB, ESQUIRE
Florida Bar No.: 898538
LFriedlieb@ls-law.com
LUKS, SANTANIELLO,
 PETRILLO & JONES
301 Yamato Road, Suite 1234
Boca Raton, FL 33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048
**Counsel for RCR Holdings II, LLC.**