UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
CASE NO.: 2:10-CV-01113-EEF-JCW

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

WENDY LEE HOBBIE, individually and on
behlaf of all others similarly situated,

    Plaintiffs,

vs.

RCR HOLDINGS, II, LLC, COASTAL
CONSTRUCTION OF SOUTH FLORIDA, INC.
d/b/a COASTAL CONDOMINIUMS; PRECISION
DRYWALL, INC.; LA SUPREMA ENTERPRISES,
INC.; LA SUPREMA TRADING, INC.; BANNER
SUPPLY COMPANY, INC.; BANNER SUPPLY
COMPANY POMPANO, LLC; BANNER SUPPLY
COMPANY TAMPA, LLC; BANNER SUPPLY
COMPANY FORT MYERS, LLC; and BANNER
SUPPLY COMPLANY PORT ST. LUCIE, LLC.

    Defendants.

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

LYSA M. FRIEDLIEB, ESQ., of the law firm of LUKS, SANTANIELLO, PETRILLO, & JONES, hereby files this Notice of Appearance and shall be substituted for SHERRI L. BAUER, ESQ. of The Law Firm of LUKS, SANTANIELLO, PETRILLO & JONES as Counsel for Defendant, RCR HOLDINGS II, LLC, herein, replacing and requests service of all pleadings, notices and other papers in this matter.

## SERVICE LIST

I, hereby certify that on this **16**[th] day of March, 2011, the foregoing has been served on Plaintiffs' Liaison Counsel, **Russ Herman**; Defendants' Liaison Counsel, **Kerry Miller** and Homebuilders'/Installers' Liaison Counsel, **Phillip A. Wittman** by e-mail; and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Lysa M. Friedlieb
LYSA M. FRIEDLIEB, ESQUIRE
Florida Bar No.: 898538
LFriedlieb@ls-law.com
LUKS, SANTANIELLO,
 PETRILLO & JONES
301 Yamato Road, Suite 1234
Boca Raton, FL  33431
Telephone:  (561) 893-9088
Facsimile:  (561) 893-9048
**Counsel for RCR Holdings II, LLC.**