## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L<br><br>JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Francis,* **No. 2:10-cv-00720**

### JOINT MOTION TO DISMISS WITH PREJUDICE

The Plaintiffs Steering Committee ("PSC") and defendant Great American Insurance Company ("Great American") agree that the Court's Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) resolved similar issues seeking coverage under homeowner insurance policies for losses resulting from Chinese drywall and that the Court's reasons and conclusions should apply equally to this case and resolve plaintiffs' homeowner insurer claims asserted against Great American, their homeowners insurer, in Great American's favor.  Accordingly, the PSC and Great American request that the Court issue an order adopting its Order and Reasons of December 16, 2010 and dismissing all of plaintiffs' homeowner insurer claims herein against Great American in this lawsuit, with prejudice, each party to bear its own costs, specifically reserving all other claims against all other defendants.  The PSC has contacted counsel for the individual homeowners in this case, Timothy and Ashley Francis, and they do not oppose this order.

- 2 -

**WHEREFORE**, the PSC and Great American pray that the Court adopt its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) and dismiss plaintiffs' homeowner insurer claims against Great American in this lawsuit, with prejudice, each party to bear its own costs, specifically reserving all other claims against all other defendants.

| | |
|---|---|
| Dated:  March 16, 2011 | Respectfully submitted, |
| | */s/ Russ M. Herman*<br>Russ M. Herman, 6819<br>Leonard A. Davis, 14190<br>Stephen J. Herman, 23129<br>HERMAN, HERMAN, KATZ<br>  & COTLAR, LLP<br>820 O'Keefe Avenue<br>New Orleans, Louisiana  70113<br>Telephone:  (504) 581-4892<br>Facsimile:  (504) 561-6024<br>*Plaintiffs' Liaison Counsel* |
| | And |
| | Arnold Levin<br>Fred S. Longer<br>Matthew C. Gaughan<br>LEVIN, FISHBEIN, SEDRAN<br>  & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, Pennsylvania  19106<br>Telephone:  (215) 592-1500<br>Facsimile:  (215) 592-4663<br>*Plaintiffs' Lead Counsel* |

- 3 -

                                                                              */s/ John W. Joyce*  
                                                                              John W. Joyce, 27525  
                                                                              BARRASSO USDIN KUPPERMAN  
                                                                               FREEMAN & SARVER, L.L.C.  
                                                                              909 Poydras Street, Suite 1800  
                                                                              New Orleans, Louisiana  70112  
                                                                              Telephone:     (504) 589-9700  
                                                                              Facsimile:      (504) 589-9701  
                                                                              *Attorneys for Great American Insurance Company*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Joint Motion to Dismiss with Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of March, 2011.

                                                                         /s/ Leonard A. Davis