## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

_____
                                                )
IN RE:  CHINESE-MANUFACTURED DRYWALL      )      MDL No. 2047
PRODUCTS LIABILITY LITIGATION             )      SECTION L
                                                )
                                                )      JUDGE FALLON
_____)         MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Francis,* **No. 2:10-cv-00720**


# O R D E R

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Joint Motion to Dismiss with Prejudice be and hereby

is **GRANTED** and that the Court hereby adopts its Order and Reasons of December 16, 2010

(Rec. Doc. No. 6670) as if issued in this case, and as a result, that certain lawsuit styled as

*Timothy Francis and Ashley Francis v. Great Northern Insurance Company*, et al and bearing

Case No. 09-cv-00720 c/w MDL No. 2047 on this Court's docket and all of the Plaintiffs'

homeowner insurer claims asserted therein against Great American in this lawsuit are hereby

dismissed, with prejudice, each party to bear its own costs, specifically reserving all other claims

against all other defendants.

New Orleans, Louisiana, this _____ day of March, 2011.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE