MINUTE ENTRY
FALLON, J.
MARCH 16, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to discuss the claims against Interior Exterior Building Supply, LP. Counsel for Interior Exterior, as well as its insurers, the Plaintiffs' Steering Committee, and the Knauf entities participated. The parties have yet to resolve whether and how the insurance claims will be involved in the July 18, 2011, jury trial against Interior Exterior. This has prevented the entry of a case management order. Accordingly, IT IS ORDERED that the interested insurers are to send a letter to the Court within five days detailing their concerns about being included or excluded from the trial; the plaintiffs and Interior Exterior are permitted to respond to this letter or letters.

JS10(00:30)