IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY           : MDL No. 2047
LITIGATION                                            : Section L
_____/

This Document Relates to:                      : JUDGE FALLON
*Hobbie, et al. v. RCR Holdings II, LLC, et al.,*   : MAG. JUDGE WILKINSON
No.10-1113

## LA SUPREMA ENTERPRISE, INC. AND LA SUPREMA TRADING, INC.'S MOTION FOR RECONSIDERATION OF MEDIATION ORDER

Defendants, LA SUPREMA ENTERPRISE, INC. and LA SUPREMA TRADING, INC. (collectively, "La Suprema"), by and through undersigned counsel, hereby move for reconsideration of the Court's Mediation Order (MDL D.E. 8153) entered in the above-referenced action.

Respectfully Submitted,

        ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
        One Aventura, Suite 600
        20900 NE 30th Avenue
        Aventura, Florida 33180
        Tel:     305-937-0300
        Fax:    305-937-1311


        By:_____
           EDUARDO I. RASCO, ESQ.
           FLORIDA BAR NO. 646326
           STEVE BIMSTON, ESQ.
           FLORIDA BAR NO. 179205

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of March, 2011.

ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura, Suite 600
20900 NE 30th Avenue
Aventura, Florida 33180
Tel:    305-937-0300
Fax:   305-937-1311


By:_____
    EDUARDO I. RASCO, ESQ.
    FLORIDA BAR NO. 646326
    STEVE BIMSTON, ESQ.
    FLORIDA BAR NO. 179205