UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL-2047
PRODUCTS LIABILITY LITIGATION
                                                                          SECTION "L"

THIS DOCUMENT RELATES TO:          )          JUDGE FALLON
                                                             )
                                                             )
VICKERS v. KNAUF GIPS, KG,  No. 09-4117;   )          MAG. JUDGE WILKINSON
PAYTON v. KNAUF GIPS, KG, No. 09-7628;      )
AS WELL AS ALL CASES WHERE BANNER         )
SUPPLY ENTITIES ARE A DEFENDANT             )
                                                             )

## ORDER

Upon Motion of Lavish Holdings/Deerfield Court Townhomes; L'Oasis Builders; and Mandy Drywall to intervene for participation in any Plaintiffs' class certification proceedings or mediations involving Banner Supply Entities and Florida homes, and for good cause shown, the Court being otherwise advised in the premises, it is

HEREBY ORDERED that these Defendants' Amended Motion to Intervene is GRANTED for purposes of participation by their common counsel in any Plaintiffs'-Florida homeowners' class certification proceedings and any global mediations involving Banner Supply Entities, subject to any further orders of this Court as to the orderly process for conduct of such certification proceedings and/or mediation.

New Orleans, Louisiana, this _____ day of March, 2011.

_____
U.S. District Judge