MINUTE ENTRY
FALLON, J.
MARCH 16, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED       MDL NO. 2047
     DRYWALL PRODUCTS
     LIABILITY LITIGATION             SECTION: L

                                                  JUDGE FALLON
                                                  MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO:**
Vickers, et al v. Knauf Gips KG, et al
EDLA 09-4117

Payton, et al v. Knauf Gips, KG, et al
EDLA 09-7628

Silva, et al v. Knauf Gips, KG, et al
EDLA 09-8034

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa

Appearances: Fred Longer, Esq. & Ervin Gonzales, Esq. For PSC
            Neal Sivyer, Esq. For Homebuilders
            Mike Sexton, Esq. & Nick Panayotopoulos, Esq. For Banner Supply
            Benjamin Grau, Esq. For In/Ex
            Paul Thibodeaux, Esq. For KBT
            Kevin Risley, Esq. For North River

Hearing on Class Certification Motion schedule (7794)

Argument - TAKEN UNDER SUBMISSION.

JS10:   :34