UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | MDL 2047 SECTION: L |
| This document relates to: | * * | JUDGE: FALLON |
| *Vickers, et al v. Knauf Gips KG, et al* EDLA 09-04117 | * * * | MAG. JUDGE WILKINSON |
| *Payton, et al v. Knauf Gips, KG, et al* EDLA 09-07628 | * * * | |
| *Silva, et al v. Knauf Gips, KG, et al* EDLA 09-08034 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Given the numerous disputes among the parties regarding the class certification motions in the above captioned matters, the Court finds that regular telephone status conferences are appropriate. Accordingly, IT IS ORDERED that a telephone status conference is scheduled for March 25, 2011, at 10:00 a.m. The conference call number is 877-336-1839, access code 4227405, and security code 32411.

New Orleans, Louisiana this 16th day of March, 2011.

_____
District Court Judge