UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| | ) | SECTION: L |
| This document relates to: | ) ) | JUDGE FALLON |
| *Payton, et al v. Knauf Gips KG, et al* EDLA 09-07628 | ) ) ) | MAG. JUDGE WILKINSON |
| *Silva, et al v. Interior Exterior Building Supply, LP, et al* EDLA 09-08030 | ) ) ) | |
| *Silva, et al v. Arch Insurance Company, et al* EDLA 09-08034 | ) ) ) | |
| *Vickers, et al v. Knauf Gips KG, et al* EDLA 09-04117 | ) ) ) | |

**O R D E R**

Considering Plaintiffs' Motion for Leave to File Second Supplemental Declaration of Ronald E. Wright, P.E.;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Second Supplemental Declaration of Ronald E. Wright, P.E. (with exhibits).

New Orleans, Louisiana this ____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge