OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: 3-16-2011

David Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Blanchard Homes, Inc.
   (address) 796 Hodeen Run The Villages, FL 32162

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

"Signature"

Attorney for Russ M. Herman
Address 820 O'Keefe Ave
        New Orleans, LA 70113