OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAR 16 PM 12:32

LORETTA G. WHYTE
CLERK

Date: 3-16-2011

Kenneth and Barbara Wiltz, et al

vs.

Beijing New Building Materials public limited co., et al

Case No. 10-361 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Wellington, LLC  Bennett Stein
   (address) 740 Thimble Shoals Blvd. Suite F  Newport News, VA 23606

2. (name) Blanchard Homes, Inc.
   (address) 796 Aberdeen Run  The Villages, FL 32162

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Russ. M. Herman
Address 820 O'Keefe ave
         New Orleans, LA 70113

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.