OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAR 16  PM 12:33

LORETTA G. WHYTE
CLERK

Date: 3/15/11

Payton, et al

vs.

Knauf Gips, KG, et al

Case No. 09-7628   Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the ~~(complaint)~~ (amended complaint) ( ___ amended complaint) (third party complaint) (other): Complaint in Intervention I (A) to the following:

1. (name) Dana/ Homes Development, Inc.
   (address) c/o Weston Title & Escrow, Inc., 2500 Weston Rd, ste 409
2. (name) Weston, FL 33331
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  Plaintiffs

Address  LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.