UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP et al.*, Civ. Action No. 09-08030 (E.D.La.)<br><br>*Silva et al v. Arch Insurance Company, et al.*, Civ. Action No. 09-08034 (E.D.La.) | |

## ORDER

AND NOW, on this __16th__ Day of __March__, 2011, upon consideration of the Plaintiffs' Second Amended Motion to Intervene and Memorandum in Support thereof, it is hereby ORDERED that said motion is GRANTED.

New Orleans, Louisiana, this 16th day of March 2011.

_____
U.S. District Judge

1