UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al. v. Knauf Gips KG, et al.* EDLA 09-04117 | |
| _____/ | |

## MEADOWS OF ESTERO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO INTERVENE IN PUTATIVE CLASS ACTION

Meadows of Estero-Bonita Springs Limited Partnership ("Meadows of Estero"), by and through its undersigned counsel, hereby requests that the Court grant it a 3-day extension of time for Meadows of Estero to move to intervene in the above-referenced putative class action, and in support thereof states:

1.  On September 27, 2010, Plaintiffs filed in the Vickers putative class actions a Motion for Class Certification of a Florida Homeowner Class for Claims against Banner Supply Co. and certain related entities (collectively "Banner Supply") [D.E. 5611].

2.  Pursuant to the Court's Scheduling Order re: Hearings for Class Certification, dated January 12, 2011 [D.E. 6958], any interested party who seeks to intervene in the Vickers action "shall file appropriate pleadings with the Court prior to January 17, 2011."

3.  On January 11, 2011, the Court conducted a hearing regarding the status of ongoing settlement discussions between the Plaintiffs' Steering Committee (the "PSC")

1

and Banner Supply. During this hearing, it was reported that a settlement was close and may involve the tender by Banner Supply of all available insurance proceeds to the Court for distribution.

4. On March 2, 2011, the Court entered an Order further extending the deadline until March 14, 2011 for parties to intervene in the Vickers action [D.E. 7761].

5. Meadows of Estero is the developer of the Meadows of Estero condominium project in Estero, Florida. Like many other homebuilders, Meadows of Estero has spent many thousands of dollars repairing numerous homes in the Project that were damaged by defective Chinese Drywall that Banner Supply, and others, supplied to the Project. Additional homes remain un-remediated.

6. Meadows of Estero's decision concerning whether to intervene required input and decisions from various corporate officers, its counsel, and insurers. Despite diligent efforts, Meadows of Estero was unable to conclude its analysis in time to file its motion to intervene by the March 14, 2011 deadline.

7. Pursuant to Fed. R. Civ. P. 6(1)(B), and the Court's inherent authority over the Chinese Drywall MDL proceedings, the Court may extend the time for Meadows of Estero to file its motion to intervene.

8. No party will suffer prejudice if the Court grants this motion. Many similarly-situated homebuilders have asserted, or intend to assert, claims against Banner Supply in this case. If Banner Supply's available insurance proceeds are tendered to the Court for distribution, the Court should permit Meadows of Estero to assert its claim against such proceeds.

9. Meadows of Estero has conferred with Ervin Gonzalez, as representative of the PSC, and Michael Sexton, Banner Supply's counsel, regarding the relief requested in this motion. Both stipulated to entry of an Order extending the deadline, for Meadows of Estero to serve its motion to intervene.

10. Meadows of Estero will contemporaneously file its motion to intervene and supporting memorandum of law along with this motion.

WHEREFORE, Meadows of Estero respectfully requests a 3-day extension of time, up through and including March 17, 2011, for Meadows of Estero to file its motion to intervene in the Vickers action.

Dated: March 17, 2011.

Respectfully submitted,

*/s/ Jeffrey M. Paskert*
JEFFREY M. PASKERT
Florida Bar No. 846041
ADAM C. KING
Florida Bar No. 156892
MILLS PASKERT DIVERS
100 N. Tampa Street, Suite 2010
Tampa, Florida 33602
(813) 229-3500 − Telephone
(813) 229-3502 − Facsimile
*Attorneys for Meadows of Estero-Bonita Springs Limited Partnership*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

*/s/ Jeffrey M. Paskert*
Attorney