UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al. v. Knauf Gips KG, et al.* EDLA 09-04117 | |
| _____/ | |

**ORDER ON MEADOWS OF ESTERO'S MOTION TO INTERVENE
AS A CLASS ACTION PLAINTIFF**

Considering Meadows of Estero's Unopposed Motion for Extension of Time to Intervene in Putative Class Action;

IT IS ORDERED that Meadows of Estero be and hereby is **GRANTED** a 3 day extension of time, through and including March 17, 2011, within which to file a motion to intervene in the *Vickers* lawsuit.

New Orleans, Louisiana this _____ day of _____, 2011.

					_____
					Honorable Eldon E. Fallon
					United States District Court Judge