UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al. v. Knauf Gips KG, et al.,* EDLA 09-04117 | |
| _____/ | |

**MEADOWS OF ESTERO'S MOTION TO INTERVENE
AS A CLASS ACTION PLAINTIFF**

Meadows of Estero-Bonita Springs Limited Partnership ("Meadows of Estero"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 24, requests that the Court allow it to intervene as a named plaintiff in the above-styled case, and in support thereof states:[1]

1.  This case is a putative class action lawsuit brought on behalf of certain homeowners in the United States whose homes allegedly contain defective Chinese-manufactured drywall ("Chinese Drywall") supplied by Banner Supply Company, Banner Supply Company Fort Myers, LLC, Banner Supply Company Port St. Lucie, LLC, Banner Supply Company Tampa, LLC, and Banner Supply Company Pompano, LLC (collectively, "Banner Supply").[2]

---

[1]  By filing this motion, Meadows of Estero does not waive, and expressly reserves, any jurisdictional, venue, or other defenses it may have in other cases pending in the Chinese Drywall MDL proceedings.

[2]  The homeowner plaintiffs in this case seek to certify a class of "[a]ll owners and/or residents of real properties located in the State of Florida containing Knauf Chinese drywall that was sold, distributed,

1

2. Meadows of Estero is the developer of the Meadows of Estero condominium project in Estero, Florida. Meadows of Estero has spent many thousands of dollars repairing numerous homes in the Project that were damaged by defective Chinese Drywall that Banner Supply, and others, supplied to the Project.

3. Meadows of Estero obtained assignments of damage claims from the owners of the homes Meadows of Estero repaired. Pursuant to such assignments, Meadows of Estero will seek the same types of damages against Banner Supply that the homeowner plaintiffs seek in this action.

4. Given the significantly similar claims Meadows of Estero has against Banner Supply, and the concerns regarding the possible limitations on Banner Supply's available insurance proceeds, especially if the proceeds are tendered to the Court for distribution, Meadows of Estero should be permitted to intervene as an additional named plaintiff in this case.

5. Pursuant to LR 7.6, Meadows of Estero's counsel conferred with counsel for the Plaintiffs Steering Committee and Banner Supply's counsel before filing this motion.

WHEREFORE, Meadows of Estero requests that the Court allow Meadows of Estero to intervene as a named plaintiff in this action.

---

or supplied by Banner Supply Co., Banner Fort Myers, Banner Port St. Lucie, Banner Tampa, and Banner Pompano." Fifth Am. Compl. [D.E. 7179-1], at ¶ 138.

Dated:  March 17, 2011.

          */s/ Jeffrey M. Paskert*
          JEFFREY M. PASKERT
          Florida Bar No. 846041
          ADAM C. KING
          Florida Bar No. 156892
          MILLS PASKERT DIVERS
          100 N. Tampa Street, Suite 2010
          Tampa, Florida  33602
          (813) 229-3500 − Telephone
          (813) 229-3502 − Facsimile
          *Attorneys for Meadows of Estero-Bonita Springs Limited Partnership*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

          */s/ Jeffrey M. Paskert*
          Attorney