UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL            MDL DOCKET: 2047
      PRODUCTS LIABILITY LITIGATION

                                             SECTION:  L

THIS DOCUMENT RELATES TO:                      JUDGE FALLON
                                             MAG. JUDGE WILKINSON

*Vickers, et al. v. Knauf Gips KG, et al.*
EDLA 09-04117
_____/

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Meadows of Estero-Bonita Springs Limited Partnership's Motion to Intervene as a Class Action Plaintiff shall be submitted to the Court for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on the April 13, 2011, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Dated:  March 17, 2011.

                                      */s/Jeffrey M. Paskert*_____
                                      JEFFREY M. PASKERT
                                      Florida Bar No. 846041
                                      jpaskert@mpdlegal.com
                                      ADAM C. KING
                                      Florida Bar No. 156892
                                      aking@mpdlegal.com
                                      MILLS PASKERT DIVERS
                                      100 N. Tampa Street, Suite 2010
                                      Tampa, Florida  33602
                                      (813) 229-3500 − Telephone
                                      (813) 229-3502 − Facsimile
                                      *Attorneys for Meadows of Estero-Bonita Springs Limited Partnership*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March <u>17</u>, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

*/s/ Jeffrey M. Paskert*
Attorney