IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | \* \* \* \* | MDL NO.: 2047 SECTION: "L" (2) |
| PERTAINS TO: *Abel, et al., v. Taishan Gypsum Co., Ltd. et al* Civil Action No.:   11-080 | \* \* \* \* | JUDGE:   FALLON MAGISTRATE: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned Law Offices of Steven B. Witman, and hereby files its Notice of Appearance as counsel on behalf of Defendant, Rogers Company, L.L.C.. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

LAW OFFICES OF STEVEN B. WITMAN

BY: _____
STEVEN B. WITMAN (#13621)
VALERIE THENG MATHERNE (#25898)
Two Lakeway Center - Suite 1960
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 836-2200
Facsimile: (504) 836-2201
switman@witmanlaw.com
vmatherne@witmanlaw.com
**Attorneys for Defendant, Rogers Company, L.L.C.**

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in JDL 2047, on this 18th day of March, 2011.

_____
VALERIE THENG MATHERNE