IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION_____/ | : MDL No. 2047<br>: Section L |
| This Document Relates to:<br>*Hobbie, et al. v. RCR Holdings II, LLC, et al.,*<br>No.10-1113 | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## <u>LA SUPREMA ENTERPRISE, INC.'S AND LA SUPREMA TRADING, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR RECONSIDERATION OF MEDIATION ORDER</u>

Defendants, LA SUPREMA ENTERPRISE, INC. and LA SUPREMA TRADING, INC., by and through undersigned counsel, hereby withdraw their Motion for Reconsideration of Mediation Order (D.E. 8171).

Respectfully Submitted,

        ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
        One Aventura, Suite 600
        20900 NE 30th Avenue
        Aventura, Florida 33180
        Tel:    305-937-0300
        Fax:   305-937-1311


        By:_____
             EDUARDO I. RASCO, ESQ.
             FLORIDA BAR NO. 646326
             STEVE BIMSTON, ESQ.
             FLORIDA BAR NO. 179205

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2011.

ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura, Suite 600
20900 NE 30th Avenue
Aventura, Florida 33180
Tel:     305-937-0300
Fax:    305-937-1311


By: _____
        EDUARDO I. RASCO, ESQ.
        FLORIDA BAR NO. 646326
        STEVE BIMSTON, ESQ.
        FLORIDA BAR NO. 179205

# 181965 - 1