UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2:09-MD-02047 JUDGE: FALLON MAG: WILKINSON |
| **This document related to:** *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., et al.*, Docket No. 11-080 | * * * * | |

*******************************************************************************

## RULE 12(b) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant, R&H Masonry Contractors, Inc., who respectfully submits this Rule 12(b) Motion to Dismiss. In support of this motion, the defendant refers the Court to its memorandum of law filed contemporaneously.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
PAUL J. VERLANDER (#19196)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
kderham@duplass.com
**Counsel for Defendant, R&H Masonry Contractors, Inc.**

2

## **C E R T I F I C A T E**

I hereby certify that the above and foregoing Rule 12(b) Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2011.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495