IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABIILTY LITIGATION | ) ) ) ) | MDL NO. 3047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| Hobbie, et al v. RCR Holdings II, LLC, et al. No. 10-1113 | ) ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE OF COURT**

**COMES NOW,** Arch Insurance Company acting as Surety for Coastal Condominiums, through the undersigned counsel, Edward Etcheverry, and hereby files this *Motion for Leave of Court* requesting that undersigned counsel be excused from personally attending the mediation and would should unto the Court:

1. On March 15, 2011, this Court executed a *Mediation Order* requiring certain parties to appear before the Court on Tuesday, March 22, 2011 for mediation. Arch Insurance Company acting as Surety for Coastal Condominiums ("Arch"), through counsel Edward Etcheverry was specifically identified as a required party to the mediation.

2. Undersigned counsel is unavailable from March 21, 2011 through and including March 25, 2011, as undersigned counsel is scheduled for a special set five (5) day trial in the case entitled *The Weitz Company LLC v. Mcleod Land Services, Inc., et al.*, in the Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida.

3. Therefore, undersigned counsel is unable to personally appear at the mediation pursuant to the *Mediation Order*.

MDL NO. 3047

4. Consequently, undersigned counsel moves this Court to allow Guy Harrison, Esq., a partner at the firm of Etcheverry Harrison, LLP, to appear at the mediation if undersigned counsel is unable to attend.

5. Mr. Harrison is familiar with the facts and issues presented in the matter to be mediated and is authorized to act on behalf of Etcheverry Harrison, LLP as counsel for Arch.

6. Counsel for Plaintiffs have no objection and have agreed to Mr. Harrison's attendance at mediation.

7. Finally, Arch and the firm of Etcheverry Harrison, LLP., as counsel to Arch, do not waive their objection to jurisdiction in this matter.

8. In particular, Arch and Etcheverry Harrison, LLP are appearing only for the special and limited purpose of participating in the mediation of this matter.

9. Arch has not appeared in this action and does not waive any defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, due process violations, or any other defenses that may arise from any attempt to make Arch a party in these proceedings.

10. Similarly, Etcheverry Harrison, LLP. Has not field any pleadings or papers in this action or otherwise submitted to the jurisdiction of the Court

11. The appearance of Arch through Etcheverry Harrison LLP is voluntary for settlement purposes only and may not be deemed a waiver of jurisdictional defenses or a consent to jurisdiction.

**WHEREFORE**, Arch through undersigned counsel requests that this Court grant its Motion for Leave and order that Guy Harrison, Esq. be allowed to attend the mediation on March 22, 2011 in undersigned counsel's absence.

MDL NO. 3047

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that on this 18th day of March, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                **ETCHEVERRY HARRISON LLP**
                Attorneys for Arch Insurance Company
                150 South Pine Island Road
                Suite 105
                Fort Lauderdale, Florida 33324
                Telephone:    (954) 370-1681
                Facsimile:     (954) 370-1682

                By:    /s/ Edward Etcheverry
                         Edward Etcheverry
                         Fla. Bar No. 856517