IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    CHINESE MANUFACTURED DRYWALL PRODUCTS LIABIILTY LITIGATION | ) ) ) ) | MDL NO. 3047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| Hobbie, et al v. RCR Holdings II, LLC, et al. No. 10-1113 | ) ) ) ) ) | JUDGE FALLON  MAG. JUDGE WILKINSON |

## ORDER ON ARCH INSURANCE COMPANY'S MOTION FOR LEAVE OF COURT

**THIS** CAUSE having come before the Court on Arch Insurance Company's *Motion for Leave of Court*, and the Court having reviewed the pleadings and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** that the instant *Motion* is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers this _____ day of March, 2011.

_____
Honorable Eldon E. Fallon
United States District Judge

Copies furnished to:
All Counsel of Record