**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED         :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                                          :    SECTION:    L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:           :    JUDGE FALLON
                                                            :
ALL CASES                                          :    MAG. JUDGE WILKINSON
---------------------------------------------------------------x

**KNAUF DEFENDANTS' OPPOSITION TO THE BANNER DEFENDANTS' MOTION TO COMPEL REGARDING CERTAIN KNAUF DEPOSITIONS**

The Knauf Defendants submit this opposition to the Banner Defendants' motion to compel regarding certain Knauf depositions. [Rec. Doc. No. 8130.]

In support of their opposition, the Knauf Defendants state as follows:

1. The Knauf Defendants incorporate by reference their joinder in plaintiffs' motion for a protective order regarding certain Knauf Defendants. [Rec. Doc. No. 8049.]

2. The Banner Defendants do not identify any trial or motion that justify a need for the Knauf depositions at issue to go forward now. Nor do the Banner Defendants explain how any of the depositions would be relevant to its defense to plaintiffs' class certification motion.

3. Moreover, the Banner Defendants have been engaged in settlement negotiations, which, if successful, would render the depositions moot as to Banner. The Knauf Defendants should not be put to the burden and expense associated with the depositions for the benefit of the Banner Defendants in light of the pending settlement discussions, especially if that would require the deponents to appear multiple times for separate depositions by Banner and then by the PSC and other interested parties who have agreed to their postponement.

32114580.DOCX

4. Postponement of the depositions will not prejudice Banner. The Knauf Defendants stipulate that denial of Banner's motion should be without prejudice to their right to seek the depositions at a later date should they become necessary.

Dated: March 18, 2011

Respectfully submitted,

By: Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for the Knauf Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Knauf Defendants' Opposition to the Banner Defendants' Motion to Compel Regarding Certain Knauf Depositions has been served upon Plaintiffs' Liaison Counsel and counsel for the Banner Defendants by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 18th day of March, 2011.

                                              /s/ Kyle Spaulding