UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 )  ) SECTION: L ) |
| This Document relates to: *Amato, et als v. Liberty Mutual Insurance Company, et al* U. S. District Court (E.D. L.a.), Case No. 10-932 | ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

## CORPORATE DISCLOSURE STATEMENT
## OF OLD DOMINION INSURANCE COMPANY

COMES NOW the Defendant, OLD DOMINION INSURANCE COMPANY, by and through its undersigned counsel, and pursuant to Rule 7.1, Fed.R.Civ.P., provides the following corporate disclosure:

1. Old Dominion Insurance Company, a Florida corporation with its principal place of business at 4601 Touchton Road East, Suite 3400, Jacksonville, Florida 32246, is a wholly owned subsidiary of Main Street America Financial Corporation. Main Street America Financial Corporation is a New Hampshire corporation and a wholly owned subsidiary of NGM Insurance Company, a Florida corporation with its principal place of business in Jacksonville, Florida. NGM Insurance Company is a Florida stock insurer and is a wholly owned subsidiary of Main Street America Group, Inc., a Florida corporation that is a domestic insurance holding company with its principal place of business at 4601 Touchton Road East, Suite 3400, Jacksonville, Florida 32246.

2. Main Street America Group Mutual Holdings, Inc. is a Florida corporation which owns 94.2% of Main Street America Group, Inc. The remaining shares of Main Street America Group, Inc. are owned by White Mountains Insurance Group (4.9%) and Newco Financial Holdings (0.9%).

3. No publicly held corporation owns 10% or more of the stock of Old Dominion Insurance Company, Main Street America Financial Corporation, NGM Insurance Company, Main Street America Group, Inc., or Main Street America Group Mutual Holdings, Inc.


DATED:      March 17, 2011

Respectfully submitted,

_/s/ Sarah B. Christie_
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C.**
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

**ATTORNEYS FOR DEFENDANT,
OLD DOMINION INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing ***Corporate Disclosure Statement of Old Dominion Insurance Company*** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2011.

                                                  */s/ Sarah B. Christie*
                                                  Sarah B. Christie, Esquire