# EXHIBIT 1

# EX. \_\_\_\_\_
# EXAMPLES OF LA SUPREMA INVOICES TO BANNER SUPPLY CO.

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

4/19/06

**INVOICE# CH- 005**

| SOLD TO: | SHIP TO: | TRUCKER | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 7195 NW 30TH ST. | JACAN | PREPAID |
| MIAMI | MIAMI, FL. 33122 | | |

| CONTAINER | DESCRIPTION | SHEETS | PRICE | TOTAL |
|---|---|---|---|---|
| MSKU9402541 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MSKU9396330 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| UESU4558262 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| TCNU9290117 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8127208 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| TEXU5531077 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MSKU9451187 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MAEU8208847 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| TOTAL CONT: 8 | TOTAL SHEETS | 5040 | SUB-TOTAL: | $64,350.72 |
| | | | DISC: | $1,512.00 |
| | | | TOTAL | $62,832.72 |

SUP TR 0004669

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

4/26/06

**INVOICE# CH- 008**

| SOLD TO: | SHIP TO: | TRUCKER | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 7195 NW 30TH ST. | JACAN | PREPAID |
| MIAMI | MIAMI, FL. 33122 | | |

| CONTAINER | DESCRIPTION | SHEETS | PRICE | TOTAL |
|---|---|---|---|---|
| AMFU8549475 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| CAXU9559930 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| GESU5077988 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| GLDU7085633 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MAEU8046427 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8343819 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8402716 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8490511 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8585598 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| MSKU9442420 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| TCKU9439823 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| TCNU9803987 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| TGHU7257410 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| TGHU8000350 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| TRIU9098930 | ½ x 4 x 12 R | 630 | $266.00 | $8,043.84 |
| Total cont:15 | Total sheets | 9450 | TOTAL | $120,657.60 |
| | | | DISC: | $ 2,835.00 |
| | | | TOTAL | $117,822.60 |

SUP TR 0004668

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

4/19/06

**INVOICE# CH-002**

| SOLD TO: | SHIP TO: | TRUCKER | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 2910 CARGO ST. | C.J FREIGHT | PREPAID |
| FT. MYERS | FT. MYERS, FL. 33916 | | |

| CONTAINERS | DESCRIPTION | SHEETS | PRICE | TOTAL |
|---|---|---|---|---|
| TGHU7299591 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8198731 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU9307230 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TCKU9536232 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MAEU8228247 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MAEU8321703 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TTNU9833747 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| GESU4372377 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8600265 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| CLHU8082460 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TOTAL CONT:10 | TOTAL SHEETS | 6300 | TOTAL: | $80,438.40 |

SUPTR 0003292

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

4/26/06

**INVOICE# CH-010**

| SOLD TO: | SHIP TO: | | | TRUCKER | TERMS |
|---|---|---|---|---|---|
| BANNER SUPPLY | 2910 CARGO ST. | | | C.J FREIGHT | PREPAID |
| FT. MYERS | FT. MYERS, FL. 33916 | | | | |

| | | | | |
|---|---|---|---|---|
| AMFU8590083 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 ✓ |
| APMU8009168 | 630 | ½ 4 X 12R | $246.00 | $7,439.04 ✓ |
| FRLU9601032 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 ✓ |
| FSCU6988108 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 ✓ |
| KNLU5134810 | 630 | ½ 4 X 12R | $246.00 | $7,439.04 ✓ |
| MAEU8330829 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 ✓ |
| MAEU8382463 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 ✓ |
| MSKU8017495 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 ✓ |
| MSKU8335789 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 ✓ |
| OCLU7011274 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 ✓ |
| POCU7069464 | 630 | ½ 4 X 12R | $246.00 | $7,439.04 |
| PONU7168706 (30 684) | | ½ 4 X 12R | $246.00 | ($8,076.77) |
| PONU7218371 | 630 | ½ 4 X 12R | $246.00 | $7,439.04 |
| PONU7321461 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 |
| PONU7684620 | 630 | ½ 4 X 12R | $266.00 | $8,043.84 |
| PONU7816305 | 630 | ½ 4 X 12R | $246.00 | $7,439.04 |
| PONU7991479 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 |
| SEAU8661248 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 |
| TTNU9057134 | 684 | ½ 4 X 12R | $246.00 | $8,076.77 |
| <u>UESU4538008</u> | <u>630</u> | <u>½ 4 X 12R</u> | <u>$266.00</u> | <u>$8,043.84</u> |
| TOTAL CONT: 20 | 13,302 | | TOTAL: | $158,280.89 |

SUP TR 0003293

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

4/19/06

INVOICE# CH- 001

| SOLD TO: | SHIP TO: | TRUCKER | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 1660 SW 13TH CT. | GIO | PREPAID |
| POMPANO | POMPANO BEACH, FL. 33069 | | |

| CONTAINERS | DESCRIPTION | SHEETS | PRICE | TOTAL |
|---|---|---|---|---|
| APMU8012840 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TTNU9728546 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MAEU8325308 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TRIU9668098 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8842931 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TCKU9527518 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8324995 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8214597 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TOTAL CONT:8 | TOTAL SHEETS: | 5040 | TOTAL: | $64,350.72 |

SUP TR 0004660

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  PH:(305)463-0821
MIAMI,FL 33166  FAX:(305)463-0822

6/13/06

**INVOICE# CH- 041**
| SOLD TO: | SHIP TO: | TRUCKER | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 1660 SW 13TH CT. | GIO | PREPAID |
| POMPANO | POMPANO BEACH,FL. 33069 | | |

| CONTAINERS | DESCRIPTION | SHEETS | PRICE | TOTAL |
|---|---|---|---|---|
| MSKU8648356 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| PONU7592057 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| MAEU8061123 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| MSKU8738315 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| PONU7366912 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| PONU8132950 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| PONU8047057 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| MSKU8296893 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| GESU4878196 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| MSKU8470958 | ½ 4 X 12 R | 684 | $246.00 | $8,076.67 |
| CAXU9213232 | ½ 4 X 12 R | 630 | $266.00 | $8,043.40 |
| MSKU9178067 | ½ 4 X 12 R | 630 | $266.00 | $8,043.40 |
| TTNU9738230 | ½ 4 X 12 R | 630 | $266.00 | $8,043.40 |
| MSKU8244919 | ½ 4 X 12 R | 630 | $266.00 | $8,043.40 |
| PONU8144695 | ½ 4 X 12 R | 630 | $266.00 | $8,043.40 |
| TOTAL CONT: 15 | TOTALS SHEETS | 9990 | TOTAL | $120,983.70 |

SUP TR 0004665

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

4/19/06

**INVOICE# CH- 004**

| SOLD TO: | SHIP TO: | TRUCKER | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 2101 NW SETTLE AVE. | QUALITY | PREPAID |
| PORT ST. LUCIE | PORT ST. LUCIE, FL. 34986 | | |

| CONTAINERS | DESCRIPTION | SHEETS | PRICE | TOTAL |
|---|---|---|---|---|
| MSKU8080950 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8710468 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| CLHU8047156 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8361875 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TRIU9263525 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8980519 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| APMU8052098 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| CAXU9893119 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8513828 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| BSIU9027632 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TTNU9822228 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TOTAL CONT;11 | TOTAL SHEETS | 6930 | TOTAL | $88,482.24 |

SUP TR 0003343

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

4/26/06

INVOICE# CH- 007

| SOLD TO: | SHIP TO: | TRUCKER | TERMS |
|---|---|---|---|
| BANNER SUPPLY | 2101 NW SETTLE AVE. | QUALITY | PREPAID |
| PORT ST. LUCIE | PORT ST. LUCIE, FL. 34986 | | |

| CONTAINERS | DESCRIPTION | SHEETS | PRICE | TOTAL |
|---|---|---|---|---|
| AMFU8586519 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| CAXU9901636 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8645995 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU8774734 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| MSKU9038888 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TCNU954743 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TTNU9170686 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TTNU9933983 | ½ 4 X 12 R | 630 | $266.00 | $8,043.84 |
| TOTAL CONT:8 | TOTAL SHEETS | 5040 | TOTAL | $64,350.72 |

SUP TR 0003344

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

4/19/06

INVOICE# CH-003  
SOLD TO:  
BANNER SUPPLY  
TAMPA

SHIP TO:  
1254 SOUTH US HWY 41  
GIBSONTON, FL. 33534

TERMS  
PREPAID

| CONTAINERS | DESCRIPTION | SHEETS | PRICE | TOTAL | TRUCKER |
|---|---|---|---|---|---|
| FSCU6504029 | ½ 4 X 12 R | 630 | $277.00 | $8,376.48 | C J Freight |
| TCKU9914693 | ½ 4 X 12 R | 630 | $277.00 | $8,376.48 | C J Freight |
| CAXU9904954 | ½ 4 X 12 R | 630 | $277.00 | $8,376.48 | C J Freight |
| CLHU8549339 | ½ 4 X 12 R | 630 | $277.00 | $8,376.48 | C J Freight |
| MSKU9360132 | ½ 4 X 12 R | 630 | $277.00 | $8,376.48 | Jacan |
| GESU4268510 | ½ 4 X 12 R | 630 | $277.00 | $8,376.48 | Jacan |
| TTNU9091437 | ½ 4 X 12 R | 630 | $277.00 | $8,376.48 | Jacan |
| TGHU7957183 | ½ 4 X 12 R | 630 | $277.00 | $8,376.48 | Jacan |
| TGHU7534181 | ½ 4 X 12 R | 630 | $277.00 | $8,376.48 | Jacan |
| TOTAL CONT : 9 | TOTAL SHEETS: | 5670 | TOTAL: | $75,388.32 | |

SUP TR 0004616

# LA SUPREMA TRADING, INC.

4456 N.W. 74TH AVE.  
MIAMI, FL 33166

PH:(305)463-0821  
FAX:(305)463-0822

5/15/06

**INVOICE# CH-025**

SOLD TO:  
BANNER SUPPLY  
TAMPA

SHIP TO:  
1254 SOUTH US HWY 41  
GIBSONTON, FL. 33534

TERMS  
PREPAID

| CONTAINERS | DESCRIPTION | SHEETS | PRICE | TOTAL | TRUCKER |
|---|---|---|---|---|---|
| SEAU4680358 | ½ X 4 X 12R | 630. | $277.00 | $8,376.48 | C J Freight |
| CLHU8227815 | ½ X 4 X 12R | 630 | $277.00 | $8,376.48 | C J Freight |
| MSKU8304767 | ½ X 4 X 12R | 630 | $277.00 | $8,376.48 | C J Freight |
| FSCU6633155 | ½ X 4 X 12R | 630 | $277.00 | $8,376.48 | C J Freight |
| TGHU7960778 | ½ X 4 X 12R | 630 | $277.00 | $8,376.48 | C J Freight |
| SEAU8660880 | ½ X 4 X 12R | 630 | $277.00 | $8,376.48 | C J Freight |
| SEAU8539543 | ½ X 4 X 12R | 630 | $277.00 | $8,376.48 | C J Freight |
| PONU8198897 | ½ X 4 X 12R | 630 | $277.00 | $8,376.48 | C J Freight |
| TTNU9376173 | ½ X 4 X 12R | 630 | $277.00 | $8,376.48 | C J Freight |
| CAXU9237907 | ½ X 4 X 12R | 630 | $277.00 | $8,376.48 | C J Freight |
| CONT:10 | | 6300 | TOTAL | $83,764.48 | |

SUP TR 0004617