# EXHIBIT 2

# EX. \_\_\_\_
# SELECTED EXAMPLES OF BANNER SUPPLY CO. SALE RECORDS

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2707
www.bannersupply.com

POMPANO      PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS    PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA        PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122


BANNER SUPPLY CO.
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO: 005
1483867-0001-01    ****
INVOICE NUMBER: 1483867-0001-01

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

02/09/06 07:26:16       ***           02/09/06 07:26:16       ***

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1483867-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 07:26:16 | 02/09/06 |

CYPRESS#49153                                                       TERO: X   PAGE NO: 1

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV |  |  |  |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF |  |  |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

DRIVER:
MUST GET TICKET SIGNED!
I CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:

Driver: [signature]
Date            Truck #           Checked By
Rec'd In Good Condition
X

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003486

```
7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122          POMPANO          PHONE: (954) 781-2399 • FAX: (954) 942-4360
   PHONE: (305) 593-2946 • FAX: (305) 477-2775        FT. MYERS        PHONE: (239) 938-0162 • FAX: (239) 938-0163
          TOLL FREE: (888) 511-4004                   TAMPA            PHONE: (813) 671-0530 • FAX: (813) 671-4204
   ACCOUNTING AND RELEASE INQUIRIES                   PORT ST LUCIE    PHONE: (772) 466-1311 • FAX: (772) 466-9883
   Phone: (305) 593-2946 • Fax: (305) 593-2707        WEST PALM BEACH  PHONE: (561) 832-7998 • FAX: (561) 832-8485
              www.bannersupply.com                                     REMIT PAYMENTS TO:
                                                              7195 NW 30TH ST • MIAMI, FL 33122
```

**ACCOUNT NO.**  005

1483907-0001-01

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

****

**INVOICE NUMBER**  1483907-0001-01

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON  FL  33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON  FL  33534

02/09/06  09:45:23       ***       02/09/06  09:45:23

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1483907-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 09:45:23 | 02/09/06 |

CYPRESS#49146                                                                 FRT X  PAGE NO 1

| QTY ORDERED | QTY SHIPPED | DISC | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV |  |  |  |
| 600 | 600 | * | D12R12  1/2" REGULAR DRYWALL 12' 4 X 12 | SF |  |  |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER****SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
Driver: Edward Whitley
Date: 02/09
Truck #: 49146
Checked By:

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Rec'd in Good Condition
X

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
STATE TAX
FED./OTHER TAX
PAYMENT

BANNER-MDL00003488

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO        PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS      PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA          PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE  PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485
REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 905
1483933-0001-01   ****
**INVOICE NUMBER:** 1483933-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534
02/09/06  11:18:58

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534
02/09/06  11:18:58

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN BY | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 3933-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 11:18:58 | 02/09/06 |

PRESS#49326                                           X    1

| QUANTITY ORDERED | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 612 | 612 | * | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV<br>D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER***SHIP ORDER****

DRIVER:
MUST GET TICKET SIGNED
CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:

Driver:
Date          Truck #          Checked By
Rec'd in Good Condition
X

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003489

| | |
|---|---|
| 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122<br>PHONE: (305) 593-2946 • FAX: (305) 477-2775<br>TOLL FREE: (888) 511-4004<br>*ACCOUNTING AND RELEASE INQUIRIES*<br>*Phone: (305) 593-2946 • Fax: (305) 593-2787*<br>www.bannersupply.com | POMPANO   PHONE: (954) 781-2399 • FAX: (954) 942-4360<br>FT. MYERS   PHONE: (239) 938-0162 • FAX: (239) 938-0163<br>TAMPA   PHONE: (813) 671-0530 • FAX: (813) 671-4204<br>PORT ST LUCIE   PHONE: (772) 466-1311 • FAX: (772) 466-9883<br>WEST PALM BEACH   PHONE: (561) 832-7998 • FAX: (561) 832-6485<br>***REMIT PAYMENTS TO:***<br>*7195 NW 30TH ST • MIAMI, FL 33122* |



**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.** 005      1484088-0001-01      ****      **INVOICE NUMBER** 1484088-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL   33534

02/10/06  10:57:55         ***         02/10/06  10:57:55
***                                                ***

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1484088-0001-01 | 100 | 02/10/06 | 130 | 02/10/06 10:57:55 | 02/10/06 |

CYPRESS TRUCKING # 49271      CHINA BOARD      FRT X    PAGE NO. 1

| QUANTITY ORDERED | SHIPPED | B/O | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE<br>A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>15 LIFTS @ 40 PER | SF | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

| SUB TOTAL | |
|---|---|
| MISC CHARGE | |
| FREIGHT CHARGE | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |

DRIVER: MUST GET TICKET SIGNED!
Driver: [signature]

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Date 2-10-06    Truck #       Checked By
Rec'd in Good Condition   X

BANNER-MDL00003490

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-6485

**REMIT PAYMENTS TO:**
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 005

1481828-0001-01    ****    **INVOICE NUMBER:** 1481828-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL    33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL    33534

01/23/06 09:44:40                                01/23/06 09:44:40

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1481828-0001-01 | 100 | 01/23/06 | 130 | 01/23/06 09:44:40 | 01/23/06 |

CYPRESS TRUCKING # 49335     CHINA BOARD                                  X    1

| REC'D | QUANTITY | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 15 LIFTS @ 40 PER | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

****SHIP ORDER****SHIP ORDER****

DRIVER:
MUST GET TICKET SIGNED!
Driver: [signature]
Date: 1-23 06    Truck #: H9335    Checked By: LG
CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:    Rec'd in Good Condition    X

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003493

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-6485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

ACCOUNT NO: 005
INVOICE NUMBER: 1481864-0001-01

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL  33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL  33534

01/23/06 10:52:35                01/23/06 10:52:35

| INVOICE NUMBER | SLSM | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1481864-0001-01 | 100 | 01/23/06 | 160 | 01/23/06 10:52:35 | 01/23/06 |

CYPRESS TRUCK#49153        CHINA BOARD        X   1

| ORDERED | SHIPPED | D/S | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV |  |  |  |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF |  |  |

1005415

Truck # 49153

Christopher Perry
4

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:

Driver:
Date        Truck #        Checked By
Rec'd in Good Condition
X

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003494

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO  PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS  PHONE: (239) 936-0162 • FAX: (239) 936-0163
TAMPA  PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE  PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH  PHONE: (561) 832-7998 • FAX: (561) 832-8485
REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122



**ACCOUNT NO:** 005
**INVOICE NUMBER:** 1402115-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON FL 33534
01/25/06 06:03:28

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON FL 33534
01/25/06 06:03:28

| INVOICE NUMBER | S/SMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1402115-0001-01 | 100 | 01/25/06 | 130 | 01/25/06 06:03:28 | 01/25/06 |

| | | | | | FRT | PAGE NO |
| PRESS TRUCKING # 49320 | | CHINA & GP BOARD | | | X | 1 |

| ORDERED | SHIPPED | B/O | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 360 | 360 | | * | D12R12 1/2" REGULAR DRYWALL 12' CHINA 9 LIFTS @ 40 | SF | | |
| 156 | 156 | | * | D58F12 5/8" FIRECODE DRYWALL 12' GP 6 LIFTS @ 26 | SF | | |

1005414

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

***SHIP ORDER***SHIP ORDER***

DRIVER: JUST GET TICKET SIGNED!
Driver: Warren N Reid
Date: 1-25-06
Truck #: 49320
Rec'd in Good Condition: X
Checked By:

CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:

SUB TOTAL
MISC CHARGE
FRT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003495

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO        PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS      PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA          PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE  PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485
REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO**
005
1402239-0001-01

**INVOICE NUMBER**
1402239-0001-01

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

01/25/06  12:12:20                01/25/06  12:12:20

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER O/NUMBER | DATE |
|---|---|---|---|---|---|
| 1402239-0001-01 | 100 | 01/25/06 | 130 | 01/25/06 12:12:20 | 01/25/06 |

CPRESS TRUCKING # 49140    CHINA BOARD

| QUANTITY | SHIPPED | B/O | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV |  |  |  |
| 560 | 560 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>14 LIFTS 4 X 12 | $F |  | 1005413 |
| 630 | 630 | * | SHRML<br>HI-RIB METAL LATH<br>21 BUNDLES @ 30 PER | $H |  |  |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

***SHIP ORDER******SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
Driver: _IVER CON Rogers_
Date:
Truck # 49140
Checked By:

I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO
Rec'd in Good Condition

SUB-TOTAL
MISC CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003496

Monday, January 16, 2006 7:32 AM          Jack Landers (305) 593-2728                                        p.01

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2797
www.bannersupply.com

POMPANO         PHONE: (954) 781-2398 • FAX: (954) 942-1360
FT. MYERS       PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA           PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE   PHONE: (772) 466-1311 • FAX: (772) 466-9803
WEST PALM BEACH PHONE: (561) 832-7598 • FAX: (561) 832-8466

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 006 | 1480980-0001-01    **** | 1480980-0001-01 |

**BILL TO:** BANNER SUPPLY CO-PT ST LUCIE
2101 NW SETTLE AVE
PORT ST LUCIE  FL  34986-3228

**SHIP TO:** BANNER SUPPLY CO-PT ST LUCIE
2101 NW SETTLE AVE
PORT ST LUCIE  FL  34986-3228

01/16/06  06:53:21                          01/16/06  06:53:21

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE | |
|---|---|---|---|---|---|---|
| 1480980-0001-01 | 130 | 01/16/06 | 130 | 01/16/06  06:53:21 | 01/16/06 | |
| | | | | | FRT. | PAGE NO. |
| COASTAL TRANSPORT 1264 | | | CHINA BOARD | | X | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 15 LIFTS @ 40 PER | SF | | |

po# 100542

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

DRIVER:
MUST GET TICKET SIGNED!
Driver: James Heaner
Date               Truck #  IC/126 L/   Checked By
I CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:    Rec'd in Good Condition   X

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT

BANNER-MDL00003497

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (889) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO         PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS       PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA           PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE   PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

**REMIT PAYMENTS TO:**
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO:** 005    *DUP* 1481477-0001-01

**INVOICE NUMBER:** **** *DUP* 1481477-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON        FL  33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON        FL  33534

1005380                      1005380
**FRONT COUNTER — DO NOT SHIP** **FRONT COUNTER — DO NOT SHIP**

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE | QTY | PAGE NO |
|---|---|---|---|---|---|---|---|
| 1481477-0001-01 | 100 | 01/19/06 | 130 | 1005380 | 01/19/06 | Y | 1 |

CHINA BOARD

| QUANTITY ORDERED | QUANTITY SHIPPED | D/S | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12
1/2" REGULAR DRYWALL 12'
15 LIFTS @ 40 PER | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER****SHIP ORDER****

| DRIVER: MUST GET TICKET SIGNED | Driver: | | | |
|---|---|---|---|---|
| CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN: | Date | Truck # 5905 | Checked By | |
| | Rec'd in Good Condition x Clyde W. James | CLYDE W. JAMES | | |

| SUB TOTAL | |
|---|---|
| MISC CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |

BANNER-MDL00003498

| | |
|---|---|
| 7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122<br>PHONE: (305) 593-2946 • FAX: (305) 477-2775<br>TOLL FREE: (888) 511-4004<br>ACCOUNTING AND RELEASE INQUIRIES<br>Phone: (305) 593-2946 • Fax: (305) 593-2787<br>www.bannorsupply.com | POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360<br>FT. MYERS      PHONE: (239) 936-0162 • FAX: (239) 936-0163<br>TAMPA           PHONE: (813) 671-0530 • FAX: (813) 671-4204<br>PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883<br>WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485<br>REMIT PAYMENTS TO:<br>7195 NW 30TH ST • MIAMI, FL 33122 |

**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 005    *DUP*   1481478-0001-01 | ****  *DUP* | 1481478-0001-01 |

| BILL TO: | BANNER SUPPLY CO-TAMPA<br>12614 S US HWY 41<br>GIBSONTON    FL   33534 | SHIP TO: | BANNER SUPPLY CO-TAMPA<br>12614 S US HWY 41<br>GIBSONTON    FL   33534 |
|---|---|---|---|

1005381                                          1005381
**FRONT-COUNTER DO NOT SHIP*** ***FRONT-COUNTER DO NOT SHIP***

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1481478-0001-01 | 100 | 01/19/06 | 130 | 1005381 | 01/19/06 |

Cypress TV 49187    CHINA BOARD

| QUANTITY<br>ORDERED | QUANTITY<br>SHIPPED | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE<br>A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>15 LIFTS @ 40 PER | SF | 225.00000 | 6480.01 |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER**** **SHIP ORDER****

| | |
|---|---|
| DRIVER:<br>JUST GET TICKET SIGNED! | Driver: |
| CERTIFY THAT I DELIVERED<br>THE MATERIALS LISTED TO<br>ADDRESS SHOWN: | Date        Truck #        Checked By<br>Rec'd In Good Condition<br>x WARREN USHER Warren Usher 49187 |

| SUB TOTAL | 6,480.01 |
|---|---|
| MISC CHARGE | |
| FREIGHT TOTAL | 275.00 |
| FED./OTHER TAX | 0.00 |
| STATE TAX | 0.00 |
| PAYMENT | 0.00 |
| TOTAL AMOUNT DUE | |

BANNER-MDL00003499