



5918

09/14/2009



ENTRY HALLWAY

09/14/2009



09/14/2009













09/14/2009











09/14/2009



09/14/2009



09/14/2009

KITCHEN

09/14/2009



09/14/2009

