25
32
16
33
21
30
24
17
4
13
14
9
~~10~~
29
2
11
23
22
6
18
28
27
8
15
34
26
1
31
5
3
20
12
7
19

# CHAIN OF CUSTODY FORM

**Threshold Inspection Protocol**

**Crawford and Company**

Page 1 of 1

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| Steiner 20090915-02 | 6x12 | 1 | 9-15-09 | 11:32 AM | | TR |
| Steiner 20090915-03 | 6x12 | 1 | 9-15-09 | 12:00 PM | | TR |
| Steiner 20090915-05 | 6x12 | 1 | 9-15-09 | 12:12 PM | | TR |
| Steiner 20090915-11 | 6x12 | 1 | 9-15-09 | 2:13 PM | | TR |
| Steiner 20090915-18 | 6x12 | 1 | 9-15-09 | — | | ThDr |
| Steiner 20090915-3 | 6x12 | 1 | 9-15-09 | — | | TR |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Method of Transfer |
|---|---|---|---|---|
| Tra Messenger (sig) | 9-16-09 | 9-18-09 | Albert Lowman | USPS |

**Lab Information**

| Company | |
|---|---|
| Attn | |
| Address | |
| City | State | Zip | Country US |
| Phone | FAX | | Email |