# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| *Payton et al. v. Knauf Gips KG et al.*, Civ. Action No. 09-07628 (E.D.La.) | MAG. JUDGE WILKINSON |

## O R D E R

Considering Plaintiffs' Motion for Leave of Court to File its Substituted Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Claims Against Knauf and Motion for Leave to Exceed Page Limit;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Substituted Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Claims Against Knauf. The clerk is hereby directed to enter the substituted motion on the docket.

IT IS FURTHER ORDERED BY THE COURT that Plaintiffs are granted leave of court to exceed the page limits with respect to their Memorandum in Support of Substituted Motion for Class Certification of a Florida Homeowner Class and a Louisiana Homeowner Class for Property Damage Claims Against Knauf.

New Orleans, Louisiana this 16th day of March, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge