# EXHIBIT 2

# EX. _____
# SELECTED EXAMPLES OF BANNER SUPPLY CO. SALE RECORDS

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2707
www.bannersupply.com

POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122



**ACCOUNT NO.**
005

**INVOICE NUMBER**
1483867-0001-01

1483867-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON      FL   33534
02/09/06 07:26:16

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON      FL   33534
02/09/06 07:26:16

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1483867-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 07:26:16 | 02/09/06 |

CYPRESS#49153

| QUANTITY | ITEM/DESCRIPTION | U/M | UN PRICE | AMOUNT |
|---|---|---|---|---|
| .600 | 600 * | D12R12 | SF | |
| | | 1/2" REGULAR DRYWALL 12' | | |
| | | 4 X 12 | | |

STARTING 4-26-05 THERE WILL BE
A $1.00 FUEL SURCHARGE PER INV

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:
Driver:
Date:
Truck #
Checked By
Rec'd In Good Condition X

SUB TOTAL
MISC CHARGE
FREIGHT TOTAL
FED/OTHER TAX
PAYMENT

BANNER-MDL00003486

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
**TOLL FREE: (888) 511-4004**
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2707*
www.bannersupply.com

POMPANO        PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS      PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA          PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE  PHONE: (772) 468-1311 • FAX: (772) 468-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485
*REMIT PAYMENTS TO:*
7195 NW 30TH ST • MIAMI, FL 33122



BANNER SUPPLY CO.
LATH — PLASTER & DRYWALL MATERIALS

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 005 | 1483907-0001-01   **** | 1483907-0001-01 |

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON      FL   33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON      FL   33534

02/09/06  09:45:23                    02/09/06  09:45:23

*** | | | *** | | | ***

| INVOICE NUMBER | SLSM N | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1483907-0001-01 | 100 | 02/09/06 | 160 | 02/09/06  09:45:23 | | 02/09/06 |

CYPRESS#49146                                                    X | PAGE NO. 1

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM CODE & DESCRIPTION | UNIT | PRICE | U/COMP |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12 | SF | | |
| | | | 1/2" REGULAR DRYWALL 12' | | | |
| | | | 4 X 12 | | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER***SHIP ORDER****

| SUB TOTAL | |
|---|---|
| MISC CHARGE | |
| FREIGHT/TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | |
| PAYMENT | |

DRIVER:
MUST GET TICKET SIGNED!

I CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:

Driver: _EDWARD WHITLEY_
Date: 02/09                Truck # 49146        Checked By
Rec'd In Good Condition
X

BANNER-MDL00003488

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO      PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS    PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA        PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122



BANNER SUPPLY CO.
LATH – PLASTER & DRYWALL MATERIALS

ACCOUNT NO.                                    INVOICE NUMBER
005      1483933-0001-01    ****        1483933-0001-01

BILL BANNER SUPPLY CO-TAMPA        SHIP BANNER SUPPLY CO-TAMPA
TO: 12614 S US HWY 41               TO: 12614 S US HWY 41
    GIBSONTON    FL   33534            GIBSONTON    FL   33534
     ***  02/09/06 11:18:58    ***        02/09/06 11:18:58    ***

| INVOICE NUMBER | SLSM NO. | ORDER DATE | TAKEN BY | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 3933-0001-01 | 100 | 02/09/06 | 160 | 02/09/06 11:18:58 | 02/09/06 |

TERMS  PAGE NO.
X       1

PRESS#49338

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 612 | 612 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER***SHIP ORDER****

| | SUB TOTAL |
| DRIVER MUST GET TICKET SIGNED! | MISC CHARGE |
| | FREIGHT/OTHER |
| Driver: | INVOICE TOTAL |
| I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN: | FED/OTHER TAX |
| Date | Truck # | Checked By | STATE TAX |
| | PAYMENT |
| Rec'd In Good Condition X | |

BANNER-MDL00003489

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 693-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2787*
www.bannersupply.com

| POMPANO | PHONE: (954) 781-2399 • FAX: (954) 942-4360 |
| FT. MYERS | PHONE: (239) 936-0162 • FAX: (239) 936-0163 |
| TAMPA | PHONE: (813) 671-0530 • FAX: (813) 671-4204 |
| PORT ST LUCIE | PHONE: (772) 466-1311 • FAX: (772) 466-9883 |
| WEST PALM BEACH | PHONE: (561) 832-7998 • FAX: (561) 832-6485 |

*REMIT PAYMENTS TO:*
7195 NW 30TH ST • MIAMI, FL 33122



**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.**
005

1484088-0001-01   ****

**INVOICE NUMBER**
1484088-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL  33534

02/10/06 10:57:55

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON   FL  33534

02/10/06 10:57:55

***                            ***                            ***

| INVOICE NUMBER | SLSMN | ORD DATE | TAKEN | CUSTOMER P O NUMBER | DATE |
|---|---|---|---|---|---|
| 1484088-0001-01 | 100 | 02/10/06 | 130 | 02/10/06 10:57:55 | 02/10/06 |

CYPRESS TRUCKING # 49271      CHINA BOARD                                    X   | PAGE NO. 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE | | | |
| | | | A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12 | SF | | |
| | | | 1/2" REGULAR DRYWALL 12' | | | |
| | | | 15 LIFTS @ 40 PER | | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

**\*\*SHIP ORDER\*\*\*SHIP ORDER\*\*\*\***

| SUB TOTAL | |
| MISC CHARGE | |
| FREIGHT | |
| SALES TAX | |
| FED/OTHER TAX | |
| PAYMENT | |

| DRIVER: MUST GET TICKET SIGNED! | Driver: |
| I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN: | Date 2-10-06 | Truck # | Checked By |
| | Rec'd in Good Condition  X |

BANNER-MDL00003490

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2787*
www.bannersupply.com

| POMPANO | PHONE: (954) 781-2399 • FAX: (954) 942-4360 |
| FT. MYERS | PHONE: (239) 936-0162 • FAX: (239) 936-0163 |
| TAMPA | PHONE: (813) 671-0530 • FAX: (813) 671-4204 |
| PORT ST LUCIE | PHONE: (772) 465-1311 • FAX: (772) 466-9883 |
| WEST PALM BEACH | PHONE: (561) 832-7998 • FAX: (561) 832-8485 |

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

## BANNER SUPPLY CO.
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.** 005    1481828-0001-01    ****

**INVOICE NUMBER** 1481828-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

*** 01/23/06 09:44:40 ***    *** 01/23/06 09:44:40 ***

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1481828-0001-01 | 100 | 01/23/06 | 130 | 01/23/06 09:44:40 | 01/23/06 |

YPRESS TRUCKING # 49335        CHINA BOARD        X    PAGE NO. 1

| QUANTITY | SHIPPED | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 15 LIFTS @ 40 PER | SF | | |

### SMALL ENOUGH TO KNOW YOU
### LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

| DRIVER: MUST GET TICKET SIGNED! | Driver: _Lucia Rodriguez_ | | SUB TOTAL |
| CERTIFY THAT I DELIVERED E MATERIALS LISTED TO DDRESS SHOWN: | Date 1-23-06  Truck # H9335  Checked By UG | | MISC CHARGE FREIGHT/LOCAL FED/OTHER TAX STATE TAX PAYMENT |
| | Rec'd In Good Condition X | | |

BANNER-MDL00003493

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2787*
www.bannersupply.com

| POMPANO | PHONE: (954) 781-2399 • FAX: (954) 942-4360 |
| FT. MYERS | PHONE: (239) 938-0162 • FAX: (239) 938-0163 |
| TAMPA | PHONE: (813) 671-0530 • FAX: (813) 671-4204 |
| PORT ST LUCIE | PHONE: (772) 466-1311 • FAX: (772) 466-9583 |
| WEST PALM BEACH | PHONE: (561) 832-7998 • FAX: (561) 832-6485 |

*REMIT PAYMENTS TO:*
7195 NW 30TH ST • MIAMI, FL 33122

## BANNER SUPPLY CO.
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.** 005   1481864-0001-01   * * * *

**INVOICE NUMBER** 1481864-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON    FL    33534

01/23/06 10:52:35                    01/23/06 10:52:35

| INVOICE NUMBER | SLS-NO. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1481864-0001-01 | 100 | 01/23/06 | 160 | 01/23/06 10:52:35 | 01/23/06 |

|  |  |  | SHIP VIA | PPD/COL | PAGE NO. |
|---|---|---|---|---|---|
| CYPRESS TRUCK#49153 | | CHINA BOARD | | X | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER. INV | | | |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | | |

*100541 5*

*Truck # 49153*

*Christopher Perry*

*4*

**SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU**

**SHIP ORDER****SHIP ORDER****

| DRIVER: MUST GET TICKET SIGNED! | Driver: | | | SUB TOTAL | |
| CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN: | Date | Truck # | Checked By | MISC CHARGE | |
| | | | | CHECK TOTAL | |
| | | | | FED/OTHER TAX | |
| | Rec'd in Good Condition | | | STATE TAX | |
| | X | | | PAYMENT | |

BANNER-MDL00003494

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO       PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS     PHONE: (239) 938-0162 • FAX: (239) 938-0163
TAMPA         PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9893
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

*REMIT PAYMENTS TO:*
7195 NW 30TH ST • MIAMI, FL 33122



| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 005 | 1482115-0001-01 **** | 1482115-0001-01 |

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON       FL   33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON       FL   33534

01/25/06  06:03:28          ***          01/25/06  06:03:28

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 82115-0001-01 | 100 | 01/25/06 | 130 | 01/25/06 06:03:28 | 01/25/06 |

| PRESS TRUCKING # 49320 | CHINA & GP BOARD | TERMS | PAGE NO. |
|---|---|---|---|
| | | X | 1 |

| ORDERED QUANTITY | SHIPPED | UM | ITEM CODE / DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 360 | 360 | * | D12R12 1/2" REGULAR DRYWALL 12' CHINA 9 LIFTS @ 40 | SF | | |
| 156 | 156 | * | D58F12 5/8" FIRECODE DRYWALL 12' GP 6 LIFTS @ 26 | SF | | |

1005414

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER***SHIP ORDER***

| DRIVER: MUST GET TICKET SIGNED! | Driver: Warren N Reid Bushell | | | | SUB TOTAL MISC CHARGE |
|---|---|---|---|---|---|
| CERTIFY THAT I DELIVERED E MATERIALS LISTED TO DRESS SHOWN: | Date 1-25-06 | Truck # 49320 | Checked By | | FREIGHT STATE TAX FED/OTHER TAX STATE TAX PAYMENT |
| | Rec'd in Good Condition X | | | | |

BANNER-MDL00003495

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
ACCOUNTING AND RELEASE INQUIRIES
Phone: (305) 593-2946 • Fax: (305) 593-2767
www.bannersupply.com

POMPANO      PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS    PHONE: (239) 936-0162 • FAX: (239) 936-0163
TAMPA        PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485
REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

## BANNER SUPPLY CO.
LATH — PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.**
005

1482239-0001-01      ****

**INVOICE NUMBER**
1482239-0001-01

BILL TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON      FL   33534

SHIP TO: BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON      FL   33534

01/25/06 12:12:20                    01/25/06 12:12:20

| INVOICE NUMBER | ORDER # | ORDER DATE | TICKET # | CUSTOMER NUMBER | DATE |
|---|---|---|---|---|---|
| 1482239-0001-01 | 100 | 01/25/06 | 130 | 01/25/06 12:12:20 | 01/25/06 |

XPRESS TRUCKING # 49140      CHINA BOARD

| ORDERED | QUANTITY SHIPPED | | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE @ $1.00 FUEL SURCHARGE PER INV | | | |
| 560 | 560 | * | D12R12 1/2" REGULAR DRYWALL 12' 14 LIFTS 4 X 12 | SF | | |
| 630 | 630 | * | SHRML HI-RIB METAL LATH 21 BUNDLES @ 30 PER | SH | | |

1005413

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

***SHIP ORDER******SHIP ORDER***

DRIVER:
MUST GET TICKET SIGNED!

Driver: IVER GEON Rogers

Date

Truck # 49140

Checked By

I CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO

Rec'd In Good Condition

| SUB-TOTAL | |
|---|---|
| MISC CHARGE | |
| FREIGHT/NON TAX | |
| FED/OTHER TAX | |
| STATE TAX | |
| PAYMENT | |

BANNER-MDL00003496

Monday, January 16, 2006 7:32 AM          Jack Landers (305) 593-2728                    p.01

**7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122**
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2787*
www.bannersupply.com

| | |
|---|---|
| POMPANO | PHONE: (954) 781-2399 • FAX: (954) 942-1360 |
| FT. MYERS | PHONE: (239) 938-0162 • FAX: (239) 938-0163 |
| TAMPA | PHONE: (813) 671-0530 • FAX: (813) 671-4204 |
| PORT ST LUCIE | PHONE: (772) 466-1311 • FAX: (772) 465-9880 |
| WEST PALM BEACH | PHONE: (661) 838-7884 • FAX: (661) 838-8466 |

*REMIT PAYMENTS TO:*
7195 NW 30TH ST • MIAMI, FL 33122

**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS

ACCOUNT NO.  006          1480980-0001-01      ****      INVOICE NUMBER  1480980-0001-01

BILL TO: BANNER SUPPLY CO-PT ST LUCIE
2101 NW SETTLE AVE
PORT ST LUCIE FL 34906-3220

SHIP TO: BANNER SUPPLY CO-PT ST LUCIE
2101 NW SETTLE AVE
PORT ST LUCIE FL 34906-3220

01/16/06 06:53:21          01/16/06 06:53:21

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1480980-0001-01 | 130 | 01/16/06 | 130 | 01/16/06 06:53:21 | 01/16/06 |

COASTAL TRANSPORT 1264       CHINA BOARD          FRT. X   PAGE NO. 1

| QUANTITY ORDERED | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 15 LIFTS @ 40 PER | SF | | |

PO # 1005412

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER***SHIP ORDER****

DRIVER: MUST GET TICKET SIGNED!
I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN:

Driver: James Hooper
Date: IC/126 11   Truck #   Checked By
Rec'd in Good Condition
X

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | |
| PAYMENT | |

BANNER-MDL00003497

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (888) 611-4004
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2787*
www.bannersupply.com

| POMPANO | PHONE: (954) 781-2399 • FAX: (954) 942-4360 |
| FT. MYERS | PHONE: (239) 938-0162 • FAX: (239) 938-0163 |
| TAMPA | PHONE: (813) 671-0530 • FAX: (813) 671-4204 |
| PORT ST LUCIE | PHONE: (772) 466-1311 • FAX: (772) 466-9883 |
| WEST PALM BEACH | PHONE: (561) 832-7998 • FAX: (561) 832-8485 |

*REMIT PAYMENTS TO:*
*7195 NW 30TH ST • MIAMI, FL 33122*

## BANNER SUPPLY CO.
LATH – PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.**          **INVOICE NUMBER**

005    *DUP*  1481477-0001-01      **** *DUP*  1481477-0001-01

**BILL TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534

**SHIP TO:** BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534

1005380                        1005380
**FRONT COUNTER - DO NOT SHIP***FRONT COUNTER - DO NOT SHIP**

| INVOICE DATE | SLSM'N | ORDER DATE | TERMS | CUSTOMER P.O. NUMBER | DUE |
|---|---|---|---|---|---|
| 1481477-0001-01 | 100 | 04/19/06 | 130 | 1005380 | 04/19/06 |

CHINA BOARD

| QUANTITY ORD'D | QUANTITY SHIPPED | DIS | ITEM NO. AND DESCRIPTION | UM/SIZE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV | | | |
| 600 | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 15 LIFTS @ 40 PER | SF | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

****SHIP ORDER****SHIP ORDER****

**DRIVER:**
MUST GET TICKET SIGNED!

Driver:

CERTIFY THAT I DELIVERED
E MATERIALS LISTED TO
DRESS SHOWN:

Date

Truck # 5905

Checked By

Rec'd in Good Condition

x *Clyde W. James*      CLYDE W. JAMES

| SUB TOTAL | |
| MISC CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |

BANNER-MDL00003498

7195 N.W. 30TH STREET • MIAMI, FLORIDA 33122
PHONE: (305) 593-2946 • FAX: (305) 477-2775
TOLL FREE: (868) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (305) 593-2946 • Fax: (305) 593-2787
www.bannersupply.com

POMPANO      PHONE: (954) 781-2399 • FAX: (954) 942-4360
FT. MYERS    PHONE: (239) 936-0162 • FAX: (239) 936-0163
TAMPA        PHONE: (813) 671-0530 • FAX: (813) 671-4204
PORT ST LUCIE PHONE: (772) 466-1311 • FAX: (772) 466-9883
WEST PALM BEACH PHONE: (561) 832-7998 • FAX: (561) 832-8485

REMIT PAYMENTS TO:
7195 NW 30TH ST • MIAMI, FL 33122

## BANNER SUPPLY CO.
LATH – PLASTER & DRYWALL MATERIALS

**ACCOUNT NO.**
005      *DUP* 1481478-0001-01

**INVOICE NUMBER**
**** *DUP* 1481478-0001-01

**BILL TO:**
BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534

**SHIP TO:**
BANNER SUPPLY CO-TAMPA
12614 S US HWY 41
GIBSONTON     FL   33534

1005381                    1005381
**FRONT COUNTER  DO NOT SHIP***FRONT COUNTER  DO NOT SHIP**

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1481478-0001-01 | 100 | 01/19/06 | 130 | 1005381 | 01/19/06 |

Cypress TV 49187          CHINA BOARD          PAGE NO.

| SHIP QUANTITY | B/O | QUANTITY | * | PRODUCT CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | STARTING 4-26-05 THERE WILL BE A $1.00 FUEL SURCHARGE PER INV |  |  |  |
| 600 |  | 600 | * | D12R12 1/2" REGULAR DRYWALL 12' 15 LIFTS @ 40 PER | SF | 225.0000 | 6480.01 |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

**SHIP ORDER****SHIP ORDER****

| DRIVER: | | | |
|---|---|---|---|
| MUST GET TICKET SIGNED! | Driver: | | |
| | Date | Truck # | Checked By |
| ERTIFY THAT I DELIVERED | | | |
| E MATERIALS LISTED TO | Rec'd In Good Condition | | |
| DRESS SHOWN: | x WARREN Usher Warm Clake  49187 | | |

| | |
|---|---|
| SUB TOTAL | 6,480.01 |
| MISC CHARGE | |
| THE TOTAL | 6,480.01 |
| FED/OTHER TAX | 0.00 |
| STATE TAX | 0.00 |
| PAYMENT | 0.00 |
| TOTAL AMOUNT DUE | |

BANNER-MDL00003499