





09/14/2009



09/14/2009



09/14/2009














09/14/2009





09/14/2009



09/14/2009

Bedroom #1

09/14/2009







09/14/2009





09/14/2009

09/14/2009

2009/01/04 04:17:06

2009/01/04 04:18:19

2009/01/04 04:19:17

2009/01/04 04:40:15

2009/01/04 04:56:57

2009/01/04  05:01:27

2009/01/04 05:18:05

2009/01/04 05:18:43

2009/01/04 05:29:01

2009/01/04 05:29:08

2009/01/04 05:34:52

2009/09/14 15:33:55

2009/09/14  15:34:42

2009/09/14  17:42:16

2009/09/17 09:18:10