2009/09/17 09:18:31

2009/09/17  09:19:01

2009/09/17 09:19:13

2009/09/17 09:20:15

2009/09/17 09:20:48

2009/09/17 09:23:22

2009/09/17 09:23:58

2009/09/17 09:24:12

2009/09/17 09:24:19

2009/09/17 09:24:26

2009/09/17 10:04:41

2009/09/17 10:04:51

2009/09/17 11:19:16

2009/09/17  11:20:02

2009/09/17 11:21:47

2009/09/17 11:22:24

2009/09/17 13:40:21

2009/09/17 13:53:45

2009/09/17 14:15:31

2009/09/17 14:15:57

2009/09/17 15:18:30

2009/09/17 15:19:11

2009/09/17 15:19:27

2009/09/17 15:22:35

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address ID : | Gill | Date of Inspection: | 9/9/09 & 9/10/09 |
| Address: | 19730 Maddelena Circle | | |
| City: | Ft Myers | State: | FL | Zipcode: | 33967 |

## INSPECTOR DATA

| | | |
|---|---|---|
| Inspector Name: | Laney & Hayford & Jones | Crawford & Company |
| Asst.Inspector Name: | Lods,Robinson,Conroy,Messenger | Crawford & Company |
| Attorney(s) Present | Jerry | |
| Camera Serial # 1 | kcghc82002591 | Camera Make/Model | Kodak M753 |
| Camera Serial #2 | KCFDH51911691 | Camera Make/Model | Kodak M753 |
| Borescope Serial # | /200905310821 | Borescope Mk/Model | ExTech BR200 |

## ODOR OBSERVATIONS

| Sulfur Like Odor Present | YES | Description/Location of Sulfur like odor or masking fragrance present |
|---|---|---|
| Masking Odors Present through out the home. | | |

## HVAC/ PLUMBING/ LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | HVAC Replacement in Oct-08 per the Homeowner. |
| Plumbing | |
| Light Fixtures | |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | PHOTO NUMBER (S) |
|---|---|---|---|---|
| HVAC HE COIL | U-BEND & STRAIGHT | YES | BLACK | 100_6846-6847 |
| HVAC ELEC/MECH | WIRING | YES | BLACK | 100_6845 |
| CIRCUIT BREAKER | GARAGE | NO | DULL COPPE | 100_6837-6842 |
| REFRIGERATOR | U-BEND TUBING ONL | YES | BLACK | |
| HOT WATER HEATER | GARAGE | NO | DULL COPPE | 100_6844 |
| LIGHT SWITCH | See Diagram | YES | BLACK | 100_6890-6891/6896-6897/6934/6928-6933 |
| ELECTICAL OUTLET | See Diagram | YES | BLACK | 100_6865-6889/6892-6895/6898-6907/6937-6938 |
| #2 HVAC | U-BEND & STRAIGHT | YES | BLACK | |
| PLUMBING PIPE | BATH 2 | YES | Black Spots | 100_6853 |
| CHROME FAUCET | BATH 2 | YES | Black Spots | 100_6849-6851 |
| CHROME FAUCET | LAUNDRY | YES | Black Spots | |
| MEDICINE CABINET | MA BATH | YES | Black Spots | 100-6855-6856 |
| OTHER | MA BATH | YES | Black Spots | 100_6857-6858 |
| CHROME FAUCET | BATH 3 | YES | Black Spots | 100_6862-6864 |
| MEDICINE CABINET | BATH 3 | YES | Black Spots | 100_6860-6861 |
| | | | | |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | PHOTO NUMBER (S) |
|------|----------|------------|---|------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DISCOLORATION INSPECTION NARRATIVE

Use N/A for Discoloration Present if item is not Copper or Chrome
Use additional rows to list all additional parts found made of copper/chrome that show discoloration
All Cells must have an entry.

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| Address ID: | Gill | Date of Inspection: | 9/09/09 & 10/09/09 |
|---|---|---|---|

## DRYWALL IDENTIFICATION

| Sample Location from RNG | Side to Sample | Ceilings Marking Located | PROBE Markings Located 8" | 40" | 72" | 104" | 136" | CUT Markings Located 6" x 6" seam location hole | OC 24" down and 72" over (6" x 12") | On seam down and 8" over (6" x 12") | Along bottom edge and 8" over (6" x 12") | 24" down and 8" over (6" x 12") | Markings Unidentifiable | Sample Collected | Manufacturer | Photo Number(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Right | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | YES | N/A | YES | YES | Marking not unique to one brand | 100_6916 |
| 4 | Left | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | NO | YES | N/A | YES | YES | | 100_6917-6927 |
| 6 | Left | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | YES | N/A | YES | YES | 31. Pro-Roc | 100_6917-6927 |
| 7 | Left | N/A | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | NO | N/A | |
| 10 | Right | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A |
| 11 | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | skipped |
| 12 | Right | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | skipped |
| 13 | Left | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| 14 | Left | N/A | NO | YES | N/A | N/A | N/A | NO | NO | NO | N/A | YES | NO | | N/A | 05220455J-0213445... |
| 17 | Right | N/A | NO | N/A | N/A | N/A | N/A | NO | NO | NO | NO | N/A | N/A | N/A | |
| 19 | Left | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A |
| 20 | Left | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | |
| 21 | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | skipped |
| 22 | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | skipped |
| 23 | Right | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | YES | N/A | N/A | NO | YES | 34. Unknown | 103_0293-0295 |
| 25 | Back | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | 28. Lafarge | 100_6957-6965 |
| 26 | Front | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | 28. Lafarge | 100_6966-6968 |
| 28 | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | skipped |
| 29 | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | skipped |
| 30 | Right | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | YES | N/A | YES | YES | 11. Pro Wall | 100_6969-6973/103_0... |
| 32 | Right | N/A | N/A | N/A | N/A | N/A | N/A | NO | YES | N/A | N/A | YES | YES | 99. Unlisted Markings Found | 103_0300 |
| 33 | Right | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A |
| 35 | Left | N/A | NO | NO | YES | N/A | N/A | NO | NO | NO | N/A | YES | NO | | N/A | 0526305J/0526515J |
| 36 | Back | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | 28. Lafarge | 100_6981-6985 |
| 37 | Front | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | 28. Lafarge | 100_6974-6980 |
| 38 | Right | N/A | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 39 | Right | N/A | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 43 | Left | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | YES | N/A | NO | YES | 31. Pro-Roc | 103_0645 |
| 44 | Back | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 45 | Front | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | 28. Lafarge | 100_6986-6990 |
| 5 | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | skipped |
| 34 | Left | N/A | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 15 | Right | N/A | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 42 | Left | N/A | NO | NO | NO | NO | N/A | NO | NO | NO | NO | N/A | N/A | N/A | N/A |
| 31 | Right | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A |
| A-6 | Left | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A |
| B-13 | Left | N/A | NO | NO | NO | NO | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A |
| C-31 | Left | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A |
| D-38 | Left | N/A | NO | NO | NO | NO | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A |
| E-33 | Left | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | NO | NO | N/A | N/A | N/A | N/A |





6
19
7
30
4
45
11
23
33
28
14
37
39
22
13
20
38
17
35
32
29
36
12
10
44
43
25
21
2
26
5
34
15
42
31

# CHAIN OF CUSTODY FORM

**Threshold Inspection Protocol**

**Crawford and Company**

Page 1 of 1

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| Smu 200508208-02 | 6 x 12 | 1 | 9-9-09 | | Passed Bu Code Approval | TRH |
| Gmu 200508208-04 | 6 x 12 | 1 | 9-9-05 | | Passed Bu Code Approval | TRH |
| Gmu 200508208-06 | 12 x 60 | 5 | 9-9-05 | | Passed Bu Code Approval | RH |
| Gmu 200508210-32 | 6 x 12 | 1 | 9-10-05 | PM | | TRH |
| Gmu 200508210-23 | 12 x 18 | 3 | 9-10-05 | PM | | TRH |
| Gmu 200508210-30 | 12 x 24 | 3 | 9-10-05 | PM | | TRH |
| Gmu 200508210-43 | 12 x 36 | 3 | 9-10-05 | PM | | TRH |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Initial of Transfer |
|---|---|---|---|---|
| Tim Massengale | 9-10-05 | 9-18-05 | Althea Lewaccia | LISA |
| | | | | |
| | | | | |

## Lab Information

| Company | | | |
|---|---|---|---|
| Attn | | | |
| Address | | | |
| City | | State | Zip |
| Phone | | FAX | Email |

| County | US |
|---|---|

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| Address ID : | Fluharty | Date of Inspection: | | 9/14/2009 |
|---|---|---|---|---|
| Address: | 1706 Graduate Way, | | | |
| City: | Pensacola | State: | FL | Zipcode: | 32514 |

## INSPECTOR DATA

| Inspector Name: | Doug Hayford | Emp # | 19510 | Crawford & Company |
|---|---|---|---|---|
| Asst.Inspector Name: | Rivers Lods | Emp # | 31027 | Crawford & Company |
| Attorney(s) Present | Ben Gordon | | | |
| Camera Serial # 1 | | Camera Make/Model | | |
| Camera Serial # 2 | | Camera Make/Model | | |
| Borescope Serial # | | Borescope Mk/Model | | |

## ODOR OBSERVATIONS

| Sulfur Like  Odor Present | YES | Description/Location of Sulfur like odor or masking fragrance present |
|---|---|---|
| Sulfer like oder through out the home. No masking fragrance detected. | | |

## HVAC/ PLUMBING/ LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No indication of replacement |
|---|---|
| Plumbing | No indication of replacement |
| Light Fixtures | No indication of replacement |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | PHOTO NUMBER (S) |
|---|---|---|---|---|
| HVAC HE COIL | U-BEND TUBING ONL | YES | BLACK | DCP72039 |
| HVAC ELEC/MECH | WIRING | N/A | BLACK | DCP2038 |
| CIRCUIT BREAKER | WIRING | YES | BLACK | DCP72037 |
| REFRIGERATOR | U-BEND TUBING ONL | YES | BLACK | DCP72079 |
| HOT WATER HEATER | U-BEND TUBING ONL | YES | BLACK | DCP72040 |
| LIGHT SWITCH | TV ROOM | YES | BLACK | DCP72042 |
| LIGHT SWITCH | BED 2 | NO | BRIGHT COP | DCP72049 |
| ELECTRICAL OUTLE | BED 3 | YES | BLACK | DCP72054 |
| ELECTRICAL OUTLE | FAMILY ROOM | YES | BLACK | DCP72072 |
| ELECTRICAL OUTLE | BED 4 | YES | BLACK | DCP72062 |
| ELECTRICAL OUTLE | BATH 2 | YES | BLACK | DCP72067 |
| ELECTRICAL OUTLE | KITCHEN | YES | BLACK | DCP72072 |
| ELECTRICAL OUTLE | MA BEDR | N/A | N/A | |
| ELECTRICAL OUTLE | GARAGE | YES | BLACK | DCP72091 |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | PHOTO NUMBER (S) | |
|---|---|---|---|---|---|
| ELECTICAL OUTLET | TV ROOM | YES | BLACK | DCP72044 | |
| | BED 2 | YES | BLACK | DCP72048 | |
| | BED 2 | YES | BLACK | DCP72047 | |
| | CEN HALL | YES | BLACK | DCP72051 | |
| | BED 3 | YES | BLACK | DCP72053 | |
| | BED 4 | Yes | BLACK | DCP72063 | |
| | BATH 2 | YES | BLACK | DCP72068 | |
| | KITCHEN | YES | BLACK | DCP72075 | |
| | MA BEDR | YES | BLACK | DCP72083 | |
| | Garage | YES | BLACK | DCP72093 | |

## DISCOLORATION INSPECTION NARRATIVE

Use N/A for Discoloration Present if item is not Copper or Chrome
Use additional rows to list all additional parts found made of copper/chrome that show discoloration
All Cells must have an entry.

# VISUAL INSPECTION FORM

**GENERAL PROPERTY INFORMATION**

Address ID : Fluharty  |  Date of Inspection: 9/14/2009

## DRYWALL IDENTIFICATION

| Sample Location from RNG | Side to Sample | Ceilings Marking Located | PROBE Markings Located 8" | 40" | 72" | 104" | 136" | CUT 6"x6" seam location hole | 72" OC 24" down and 6" over (6"x12") | On seam down and 6" over and (6"x12") | Along bottom edge and 8" over (6"x12") | 24" down and 8" over (6"x12") | Markings Unidentifiable | Sample Collected | Manufacturer | Photo Number(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Left | N/A | NO | NO | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | YES | Marking not Unique to one brand | DCP72179 |
| 3 | Right | N/A | NO | NO | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 5 | Right | N/A | | | | | | | | | | | | | | |
| 7 | Left | N/A | | | | | | | | | | | | | | |
| 10 | Left | N/A | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 15 | Right | N/A | N/A | NO | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | YES | 31. Pro-Roc | DCP72180 |
| 16 | Right | N/A | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | NO | NO | | |
| 17 | Left | N/A | N/A | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | YES | Marking not Unique to one brand | DCP72181 |
| 18 | Left | N/A | NO | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | NO | N/A | | |
| 20 | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | |
| 23 | Left | N/A | NO | NO | N/A | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 24 | Left | N/A | NO | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | |
| 27 | Left | N/A | NO | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 28 | Left | N/A | NO | NA | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 29 | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | |
| 32 | Front | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | DCP72105-106 |

3

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| Address ID : | Fluharty | | Date of Inspection: | 9/14/2009 |
|---|---|---|---|---|

## DRYWALL IDENTIFICATION

| Sample Location from RNG | Side to Sample | Ceilings Marking Located | PROBE Markings Located 8" | 40" | 72" | 104" | 136" | CUT 6" x 6" seam location hole | 72" over 6"x12" and OC 24" down | On Seam down and 8" over 6" x 12" | Along bottom edge and 8", over 6" x 12" | 24" down and 8' over ( 6" x 12") | Markings Unidentifiable | Sample Collected | Manufacturer | Photo Number(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | Left | | | | | | | | | | | | | | | |
| 34 | Left | | | | | | | | | | | | | | | |
| 35 | Left | | | | | | | | | | | | | | | |
| 36 | Right | | | | | | | | | | | | | | | |
| 37 | Left | | | | | | | | | | | | | | | |
| 38 | Right | | | | | | | | | | | | | | | |
| 39 | Back | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | DCP72095 |
| 40 | Front | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | YES | N/A | | DCP72089-72100 |
| 41 | Left | N/A | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| 42 | Left | | | | | | | | | | | | | | | |
| 4 | Right | N/A | NO | N/A | NO | NO | YES | N/A | N/A | N/A | N/A | N/A | NO | YES | Marking not Unique to one brand | DCP72178 |
| 6 | Right | N/A | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | |
| 31 | Back | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | DCP72103 |
| 1 | Left | N/A | NO | N/A | NO | N/A | NO | N/A | N/A | N/A | N/A | N/A | | N/A | | |
| A-8 | Left | | | | | | | | | | | | | | | |
| B-9 | Left | | | | | | | | | | | | | | | |
| C-13 | Right | N/A | NO | NO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | | |
| D-14 | Right | N/A | NO | YES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | NO | | |

4

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| Address ID : | Fluharty | Date of Inspection: | 9/14/2009 |
|---|---|---|---|

## DRYWALL IDENTIFICATION

| Sample Location from RNG | Side to Sample | Ceilings Marking Located | PROBE Markings Located | | | | | CUT Markings Located | | | | | | | Manufacturer | Photo Number(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 8" | 40" | 72" | 104" | 136" | 6" x 6" seam location hole | OC 24" down and (72" over 6" x 12") | On Seam down and 8" over (6" x 12") | Along bottom edge and 8" over (6" x 12") | 24" down and 8" over (6" x 12") | Markings Unidentifiable | Sample Collected | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |



file:///Z|/CDW/Completed%20Inspections/Fluharty/Fluharty.txt

30
3
41
15
38
18
17
26
23
39
16
42
2
37
32
20
35
22
10
25
33
29
40
34
7
36
5
24
27
28

# CHAIN OF CUSTODY FORM

**Threshold Inspection Protocol**

Crawford and Company

Page ____ of ____

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| Fluharty 20090914-04 | 6x12 split | 1 | 9/14/2009 | | | R.X. |
| Fluharty 20090914-02 | 6x12 split | 1 | 9/14/2009 | | | R.X. |
| Fluharty 20090914 | 3"x32"" | 1 | 9/14/2009 | | Sample no marks | R.X. |
| Fluharty 20090917-15 | 6x12 split | 1 | 9/17/2009 | | | R.X. |
| Fluharty 20090917-17 | [2] 6x12 split | 2 | 9/17/2009 | | | R.X. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Method of Transfer |
|---|---|---|---|---|
| Rivers Lods | 9/17/2009 | 9/21/2009 | Althea Lewinson | USPS   R.X. |
| | | | | |
| | | | | |
| | | | | |

**Lab Information**

| Company | | State | | Country | I.S. |
|---|---|---|---|---|---|
| Attn | | | | | |
| Address | | | | | |
| City | | | | | |

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| Address ID : | Foster | | Date of Inspection: | | 9/14&16/2009 |
|---|---|---|---|---|---|
| Address: | 8777 Cobblestone Preserve Ct | | | | |
| City: | Boynton Beach | | State: | FL | Zipcode: | 33472 |

## INSPECTOR DATA

| Inspector Name: | Jones | | | Crawford & Company |
|---|---|---|---|---|
| Asst.Inspector Name: | Messenger | | | Crawford & Company |
| Attorney(s) Present | Crenshaw, Silva, Carpenter | | | |
| Camera Serial # 1 | KCGHP72809931 | Camera Make/Model | Kodak / 513 | |
| Camera Serial # 2 | Unreadable | Camera Make/Model | Kodak/C813 | |
| Borescope Serial # | 200905310801 | Borescope Mk/Model | Extech / BR200 | |

## ODOR OBSERVATIONS

| Sulfur Like  Odor Present | yes | Description/Location of Sulfur like odor or masking fragrance present |
|---|---|---|
| All of the lower level had the Odor. | | |

## HVAC/ PLUMBING/ LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | N/A |
|---|---|
| Plumbing | N/A |
| Light Fixtures | N/A |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT | / COLOR | PHOTO NUMBER (S) |
|---|---|---|---|---|
| HVAC HE COIL | U-BEND & STRAIGHT | YES | BLACK | 103_0315 & 316 |
| HVAC ELEC/MECH | CEN HALL | NO | N/A | |
| CIRCUIT BREAKER | WIRING | YES | BLACK | 103_0306-0308 |
| REFRIGERATOR | STRAIGHT TUBING C | YES | BLACK | 103_0326-0328 |
| HOT WATER HEATER | GARAGE | YES | DULL COPPE | 103_0309 & 0310 |
| LIGHT SWITCH | DINING ROOM | YES | BLACK | 103_0329 & 0330 |
| ELECTICAL OUTLET | DINING ROOM | YES | BLACK | 103_0331 & 0332 |
| #2 HVAC | U-BEND & STRAIGHT | YES | BLACK | 103_0342 & 343 |
| CHROME FAUCET | MA BATH | YES | Black Spots | 103_0362 & 0363 |
| CHROME FAUCET | MA BATH | YES | Black Spots | 103-0364& 0365 |
| CHROME FAUCET | MA BATH | YES | Black Spots | 103_0368 & 0369 |
| CHROME FAUCET | BATH 3 | YES | Black Spots | 103_0372 & 0373 |
| CHROME FAUCET | BATH 3 | YES | Black Spots | 103_0374 & 0375 |
| ELECTRICAL OUTLE | LAUNDRY | YES | BLACK | 103_0311 & 0312 |
| LIGHT SWITCH | LAUNDRY | YES | BLACK | 103_0313 & 0314 |
| PLUMBING PIPE | BATH 2 | YES | DULL COPPE | 103_0317 & 0318 |
| LIGHT SWITCH | DEN | YES | BLACK | 103_0319 & 0320 |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | PHOTO NUMBER (S) |
|---|---|---|---|---|
| ELECTRICAL OUTLE | DEN | YES | BLACK | 103_0319, 0321,0322 & 0323 |
| ELECTRICAL OUTLE | FAMILY ROOM | YES | BLACK | 103_0324 & 0325 |
| LIGHT SWITCH | DINING ROOM | YES | BLACK | 103_0333 & 0334 |
| LIGHT SWITCH | CEN HALL | YES | BLACK | 103_0335-0341 |
| LIGHT SWITCH | MA BEDR | YES | BLACK | 103_0344-0349 |
| ELECTRICAL OUTLE | MA BEDR | YES | BLACK | 103_0350 & 0351 |
| LIGHT SWITCH | BED 2 | YES | BLACK | 103_0352, 0353,0358, 0359 |
| ELECTRICAL OUTLE | BED 2 | YES | BLACK | 103_0354-0357 |
| | | | | |

## DISCOLORATION INSPECTION NARRATIVE

Use N/A for Discoloration Present if item is not Copper or Chrome
Use additional rows to list all additional parts found made of copper/chrome that show discoloration
All Cells must have an entry.

## VISUAL INSPECTION FORM

| GENERAL PROPERTY INFORMATION | | | |
|---|---|---|---|
| Address ID : | Foster | Date of Inspection: | 9/14&16/2009 |

**DRYWALL IDENTIFICATION**

| Sample Location from RNG | Side to Sample | Ceilings Marking Located | PROBE Markings Located 8" | 40" | 72" | 104" | 136" | CUT Markings Located 8" x 6" seam location hold | OC 24" down and 72" over( 6" x 12") | On Seam down and 8" over( 6" x 12") | Along bottom edge and 8" over ( 6" x 12") | 24" down and 8" over ( 6" x 12") | Markings Unidentifiable | Sample Collected | Manufacturer | Photo Number(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 3 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 5 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 6 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 11 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 15 | | | YES | N/A | N/A | N/A | N/A | | | | | | | YES | 9. Knauf Tianjin | 103_0388/1024355J-1 |
| 18 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 20 | Left | | NO | NO | NO | N/A | N/A | | | | | | | NO | N/A | |
| 21 | Right | | YES | N/A | N/A | N/A | N/A | | | | | | | NO | 9. Knauf Tianjin | 1150025J-1200375J |
| 26 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 28 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | |
| 29 | Left | | NO | YES | NO | N/A | N/A | | | | | | | NO | 9. Knauf Tianjin | 1328475J-1329405J |
| 30 | Right | | NO | YES | N/A | N/A | N/A | | | | | | | NO | 9. Knauf Tianjin | 1326065J-1326545J |
| 31 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 32 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 33 | Left | | YES | N/A | N/A | N/A | N/A | | | | | | | YES | 9. Knauf Tianjin | 103_0399-0401 |
| 34 | Left | | YES | N/A | N/A | N/A | N/A | | | | | | | NO | 9. Knauf Tianjin | 1349095J-1351555J |
| 35 | Right | | YES | N/A | N/A | N/A | N/A | | | | | | | YES | Knauf unknown plant | 1212225J-122725J |
| 38 | Left | | YES | N/A | N/A | NO | N/A | | | | | | | NO | 9. Knauf Tianjin | 1439125J-1440585J |
| 40 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 42 | Right | | NO | YES | N/A | N/A | N/A | | | | | | | NO | 9. Knauf Tianjin | 1459475J-1500415J |
| 43 | Back | YES | | | | | | | | | | | | NO | 29. National Gypsum | 103_0397 & 0398 |
| 44 | Front | NO | | | | | | | | | | | | NO | N/A | |
| 50 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| 51 | Left | | NO | NO | YES | N/A | N/A | | | | | | | NO | Markings not unique to one brand | 1544575j-1545365J |
| 54 | Front | NO | | | | | | | | | | | | NO | | 103_0393 & 0394 |
| 55 | Right | | NO | NO | YES | N/A | N/A | | | | | | | NO | 9. Knauf Tianjin | |
| 56 | Right | | NO | YES | N/A | N/A | N/A | | | | | | | NO | Markings not unique to one brand | 1613015J-1634535J |
| 63 | Back | YES | | | | | | | | | | | | YES | 29. National Gypsum | 103_0389, 0390, 0434 |
| 64 | Front | YES | | | | | | | | | | | | NO | 29. National Gypsum | 103_0391 & 0392 |
| 52 | Right | | YES | N/A | N/A | N/A | N/A | | | | | | | NO | Markings not unique to one brand | 1547155J-1550105J |
| 23 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | |
| 53 | Back | YES | | | | | | | | | | | | NO | 29. National Gypsum | 103_0395 & 0396 |
| 45 | Left | | NO | YES | N/A | N/A | N/A | | | | | | | YES | Markings not unique to one brand | 1521295J-1522405J |
| 49 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | |
| A-15 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | |
| B-33 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | |
| C-45 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | |
| D-56 | Right | | NO | NO | N/A | N/A | N/A | | | | | | | NO | 99. Unlisted Markings Found | 103_0429-0433 |
| E-29 | | | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | | skipped |
| F-22 | Right | | YES | YES | YES | N/A | N/A | | | | | | | NO | Markings not unique to one brand | 1218125J-1230435J |
| G-37 | Right | | YES | N/A | N/A | N/A | N/A | | | | | | | NO | 9. Knauf Tianjin | 103_0402 & 0403 |
| H-46 | Right | | YES | N/A | N/A | N/A | N/A | | | | | | | NO | Markings not unique to one brand | 1532455J-1545365J |
| I-61 | Left | | NO | N/A | YES | N/A | N/A | | | | | | | YES | N/A | 1639325J-1646245J |
| J-62 | Left | | NO | N/A | YES | N/A | N/A | | | | | | | YES | NO | 1703155J-1715005J |
| K-36 | Right | | YES | NO | NO | NO | NO | | | | | | | YES | NO | 1231125J-1238125J |



Foster 1st Level



Foster 2nd Level

51
35
32
50
15
30
26
63
31
5
21
55
20
38
56
2
64
18
42
29
54
6
3
43
44
33
11
28
34
40
52
23
53
45
49

# CHAIN OF CUSTODY FORM

**Threshold Inspection Protocol**

**Crawford and Company**

Page 1 of 1

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| Foster 2GFGSH-15 | 6 X 12 | 1 | 9-14-09 | 1 | | TWP |
| Foster 2GFSH4-33 | 6 X 12 | 1 | 9-14-09 | 1 | | TWP |
| Foster 2GFGWK-35 | 6 X 12 | 1 | 8-14-09 | 1 | | TW |
| Foster 2GFGSN4-51 | 6 X 12 | 1 | 9-14-09 | 1 | | TW |
| Foster 2GF3GK-63 | 6 X 12 | 1 | 9-14-09 | 1 | | TW |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Method of Transfer |
|---|---|---|---|---|
| Jim Messenger TWP | 9-16-09 | 9-18-09 | Al Ihos Laruser | UPS |
| | | | | |
| | | | | |
| | | | | |

**Lab Information**

| | |
|---|---|
| Company | |
| Attn | |
| Address | |
| City | | State | | Zip | | Country | US |
| Phone | | FAX | | | Email | |