25
32
16
33
21
30
24
17
4
13
14
9
~~10~~
29
2
11
23
22
6
18
28
27
8
15
34
26
1
31
5
3
20
12
7
19

# Threshold Inspection Protocol — CHAIN OF CUSTODY FORM

Crawford and Company

Page 1 of 1

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| Steiner 20090915-02 | 6x12 | 1 | 9-15-09 | 11:32AM | | TX |
| Steiner 20090915-03 | 6x12 | 1 | 9-15-09 | 12:00PM | | TRA |
| Steiner 20090915-05 | 6x12 | 1 | 9-15-09 | 12:13PM | | TRA |
| Steiner 20090915-11 | 6x12 | 1 | 9-15-09 | 2:13PM | | TRA |
| Steiner 20090915-18 | 6x12 | 1 | 9-15-09 | — | | ThDA |
| Steiner 20090915-31 | 6x12 | 1 | 9-15-09 | — | | TRA |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Method of Transfer |
|---|---|---|---|---|
| Tim Messenger (sig) | 9-16-09 | 9-18-09 | Albert Coleman | USPS |
| | | | | |
| | | | | |
| | | | | |

**Lab Information**

| Company | | | | |
|---|---|---|---|---|
| Attn | | | | |
| Address | | | | |
| City | | State | Zip | Country | US |
| Phone | | FAX | | Email |