# EXHIBIT 5

08/31/2009 10:34 FAX ⌂003/007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: **Felix and Jenny Martinez**
Address of Affected Property: 2250 SE 19th Avenue, Homestead, Florida 33035

Is this Property: Residential [X]  Commercial [ ]  Governmental [ ]

Name of Person Completing this Form: Plaintiffs' Attorney

Is above your primary residence? Yes [X] No [ ]

Mailing Address (if different): 9920 NW 41 Terrace, #305, Doral, Florida 33178

Phone: (305) 230-0981

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant [X]  Owner Only [ ]  Renter-Occupant [ ]

Represented By: Ervin Gonzalez, Esq.
Address: Colson Hicks Eidson, 255 Aragon Avenue, Second Floor, Coral Gables, Florida 33134
Phone: (305) 476-7400
Case No. /Docket Info: 09-CV-04117-EEF-JCW (EDLA)

### Section II. Insurance Information

Homeowner/ Renter Insurer: **Edison Insurance Company**
Policy #: 404327
Agent: Community Insurance Group
Address: P.O. Box 2916, Bldfort, Montan 59911
Phone: (800) 657-6618

* Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One | Identify Claimant Status: Occupant, an Owner Occupant or Renter |
|---|---|---|---|---|---|---|
| Felix Martinez | 9/01/06 | 7/01/09 | M | 1/5/57 | Yes [X] No [ ] | Owner-Occupant |
| Jenny Martinez | 9/01/06 | 7/01/09 | F | 1/18/56 | Yes [X] No [ ] | Owner-Occupant |
| Andre Martinez | 9/01/06 | / / | M | 1/27/82 | Yes [X] No [ ] | Occupant |
| Feliz Martinez, Jr. | 9/01/06 | 7/01/09 | M | 4/23/86 | Yes [X] No [ ] | Occupant |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? Yes ☒ No ☐

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Yanes Security & Investigative Services, Inc. 305-461-5200

1.2. When did the inspection take place? 3/12/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? Yes ☒ No ☐

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Yanes Security & Investigative Services, Inc. 305-461-5200

2.2. When was this determination made? 3/12/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| KNAUF | KNAUF - TIANJIN | Indentified in the attic |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3,523 SF | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☐ | ☐ |
| Height of Interior Walls | | Year-round | ☐ | ☐ |
| Number of Bedrooms: | 5 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 4/2 | Winter | ☐ | ☐ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☐ | ☒ |
| Copper Piping | ☐ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | ☐ | ☒ | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☒ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date: 2/01/06   Completion Date: 08/01/06
Move In Date: 9/01/06   Date Acquired Home: 09/01/06

Date Range for Renovations: (Month/Day/Year)
Start Date: / /   Completion Date: / /
Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☒ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☒ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☒ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address: Kieran P. Fallon, Esq.
Registered Agent for South Kendall Construction Corp.
436 SW 8 Street, Miami, FL 33130

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address: Arthur Landers
Registered Agent for Banner Supply Co.
7195 NW 30th Street
Miami, FL 33122

Phone: ( ) -

08/31/2009 13:40 FAX                                                                                            ☒005/007

Plaintiff Profile Form: Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____    8/28/09            _____    8/28/09
Claimant's Signature        Date Signed         Claimant's Signature        Date Signed
                                                Jenny Martinez

_____    _____         _____    _____
Claimant's Signature        Date Signed         Claimant's Signature        Date Signed

_____    _____         _____    _____
Claimant's Signature        Date Signed         Claimant's Signature        Date Signed



**Edison Insurance Company**
PO Box 2916
Bigfork, MT 59911

Customer Service: (800)857-6818

**Homeowners Policy Declaration**
New Business
Insured Copy
Bill To: Insured
Effective: 08/22/2006

| Policy Number | From | To | | Agent Code |
|---|---|---|---|---|
| 404327 | 08/22/2006 | 08/22/2007 | 12:01 AM STANDARD TIME | 6128 |

**Mail To Address**

FELIX MARTINEZ
JENNY B MARTINEZ
2250 SE 19TH AVE
HOMESTEAD, FL 33035

**Name Insured And Address**

FELIX MARTINEZ
JENNY B MARTINEZ
2250 SE 19TH AVE
HOMESTEAD, FL 33035

Location(s) of Property Insured
2250 SE 19TH AVE
HOMESTEAD, FL 33035

| FORM | CONST TYPE | YEAR | COUNTY | # FAMILY | OCCUP | PROT CLASS | TERRITORY | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO3 | Masonry | 2006 | Miami-Dade | 1 | Yes | 4 | 34 | 2 |

**Coverages - Section I**      Limits/Pct
Coverage A - Dwelling      $416,400
Coverage B - Other Structures      $41,640
Coverage C - Personal Property      $208,200
Coverage D - Loss of Use      $41,640

**Coverages - Section II**
Coverage E - Liability      $300,000
Coverage F - Medical Payments      $5,000

     $2,897
**Total Policy Premium**

Premium Charge for Hurricane Exposure $437
Section I coverages subject to a $2500 non-hurricane deductible per loss.

**Section I coverages - Annual Calendar Year Hurricane Deductible subject to 2.0% ($8328) of Coverage A**

EI DEC 01 06           Page 1 of 3           Issued 9/11/2006

08/31/2009 10:36 FAX                                                                              ☒007/007

08/28/2009 14:48 FAX                                                                              ☒004/005

| Policy Number | From | To | | Agent Code |
|---|---|---|---|---|
| 404327 | 08/22/2006 | 08/22/2007 | 12:01 AM STANDARD TIME | 6128 |

**INSURED ADDRESS**

FELIX MARTINEZ
JENNY B MARTINEZ
2250 SE 19TH AVE
HOMESTEAD, FL 33035

**AGENCY ADDRESS**

Community Insurance Group, LLC
15600 SW 288th St., #305
Homestead, FL 33033

## MORTGAGEE(S) / ADDITIONAL INTERESTS

1st

Mortgagee Name
JP Morgan Chase Bank, N.A.
ATIMA

Mortgagee Address
C/O CHASE HOME FINANCE, LLC
PO BOX 47020
DORAVILLE, GA 30362

Loan # 02116740049
1311607142
*Wells Fargo Home Mrge.*
*P.O. Box 660455*
*Dallas, TX 75266-0455*

### POLICY FORMS AND ENDORSEMENTS (Included On 1st Page)

Limit/Pct

| Number | Edition | Description | |
|---|---|---|---|
| EI 100 | 0105 | Special Provisions Florida | |
| EI 101 | 0106 | Animal Liability Exclusion Endorsement | |
| EI 102 | 0106 | Existing Damage Exclusion Endorsement | |
| EI 103 | 0105 | Citizens Property Insurance Corporation Policy Perils Exclusion | |
| EI 107 | 0106 | Home Day Care Business | |
| EI 108 | 0106 | Trampoline Liability Exclusion | |
| EI 237 | 0701 | Windstorm Exterior Paint Or Waterproofing Exclusion-Seacoast-Florida | |
| EI DO | 0106 | Deductible Options Notice | |
| EI GLB | 0106 | Graham Leach Bliley Opt Out Form | |
| EI OL | 0106 | Law and Ordinance Coverage | |
| HO 00 03 | 0105 | Homeowners 3 - Special Form | $300,000 |
| HO 00 03 | 0105 | Personal Liability Increased Limit | $8,000 |
| HO 00 03 | 0105 | Medical Payments Increased Limit | |
| HO 03 34 | | Limited Fungi, Wet or Dry Rot, Or Bacteria Section II - Liability Coverage | |
| HO 03 52 | 0701 | Hurricane Deductible | |
| HO 04 10 | 1000 | Additional Interests | |
| HO 04 41 | 1000 | Additional Insured | |
| OIR B1 1655 | 0106 | Premium discounts for Hurricane Mitigation | |

EMPAT Fund $2
Managing General Agency Fee $25

EI DEC 01 0B                          Page 2 of 3                          Issued 9/11/2006

**YANES SECURITY &
INVESTIGATIVE SERVICES, INC.**

*Private Investigations*

# INSPECTION REPORT
# FOR
# 03/12/2009
# PALM ISLE ESTATES

The following inspections were conducted on 3/12/09:

1-     Felix & Jenny Martinez    (Clients)
    H-305-230-0981  C-786-295-8165
    2250 SE 19th Avenue
    Homestead, Florida 33035
    Developer: South Kendall Construction
    (Tom Stungis conducted inspection and obtained samples)
    Inspection photographed and video taped
    **Evidence of Contaminated Drywall found**
    KNAUF – TIANJIN identified in the attic

9297 PALM ISLE ESTATES INSPECTIONS 031209



Martinez- 000115



Martinez- 000119



