# EXHIBIT 6

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Jason R. Santiago

Address of Affected Property: 2140 SE 19th Avenue
Homestead, FL 33035

Is this Property:* Residential [X]  Commercial [ ]  Governmental [ ]

Name of Person Completing this Form: Plaintiff's Counsel

Is above your primary residence? Yes [ ] No [ ]

Mailing Address (if different):

Phone: (305) 230 - 6361

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  Owner-Occupant [X]  Owner Only [ ]  Renter-Occupant [ ]

Represented By: Colson Hicks Eidson

Address: 255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134

Phone: (305) 476 - 7400

Case No. /Docket Info: 09-cv-21055

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Royal Palm

Policy #: RPIH071510S-01-0000

Agent: YARA JORGE

Address: 7910 NW 25TH ST. # 206
MIAMI, FL 33122

Phone: (305) 592 - 1022

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Jason R. Santiago | Dec 27, 2007 | / / | M / F | May 11, 1976 | Yes [X] No [ ] | Owner-Occupant |
| | / / | / / | M / F | / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☒ No ☐

   1.1. If "Yes" to Question 1.0 Section IV, Who conducted the inspection?   Yanes Security & Investigative Services, Inc.

   1.2. When did the inspection take place?   Mar 17, 2009

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☒ No ☐

   2.1. If "Yes" to Question 2.0. Section IV, Who made this determination?   Javier Yanes of Yanes Security & Investigative Services, Inc.

   2.2. When was this determination made?   Mar 17, 2009

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf-Tianjin | Knauf-Tianjin | Attic |
| | | |
| | | |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,128 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | | Occupied | ☐ | ☐ |
| Height of Interior Walls | | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☒ | ☐ |
| Number of Bathrooms: | 2.5 | Winter | ☒ | ☐ |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☐ | ☒ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☐ | ☐ | ☒ |
| Other Fixtures | ☐ | ☐ | ☒ |
| Were repairs made to the plumbing system? | ☐ | ☒ | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☐ | ☐ | ☒ |
| 2nd Panel | ☐ | ☐ | ☒ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | Sometime 2006 | Completion Date | Sometime 2006 |
|---|---|---|---|
| Move in Date: | Dec 27, 2007 | Date Acquired Home | Dec 27, 2007 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☒ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☒ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☒ | ☐ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
South Kendall Construction

Address: Registered Agent for South Kendall Construction Corp.
436 SW 8 Street
Miami, FL 33130

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (   )   -

## Section X. Drywall Supplier

Drywall Supplier's Name: Banner Supply Co.

Address: Arthur Landers
Registered Agent for Banner Supply Co.
7195 NW 30th Street
Miami, FL 33122

Phone: (   )   -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 8/31/2009 | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



Royal Palm INSURANCE

Post Office Box 45-9030, Sunrise, FL 33345-9030

For servicing questions, please contact your agent
at the phone number listed below.
For claims reporting dial toll free: 877-581-4863 or
visit www.rpinsurance.com.

## ROYAL PALM INSURANCE COMPANY
## HOMEOWNERS HO-3 POLICY DECLARATIONS

| Insured Name and Mailing Address: | Insured Location Covered by this Policy: | Policy Number: | RPIH0715105-01-0000 |
|---|---|---|---|
| JASON SANTIAGO 2140 SE 19th Ave Homestead, FL 33035-1198 | 2140 SE 19TH AVE HOMESTEAD, FL 33035-1198 | | |

County: MIAMI-DADE

New Issue
Policy Effective Date:      01/02/2008 12:01 AM
Policy Expiration Date:    01/02/2009 12:01 AM

COVERAGE IS PROVIDED WHERE A PREMIUM OR LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE

| Coverages | Limit of Liability | Annual Premium | Forms and Endorsements: |
|---|---|---|---|
| Section I | | | RPIC HO 09 COV 01 06           RPI HO 09 HD 01 06 |
| A. Dwelling | $252,800 | $1,168 | HO 00 03 04 91                      RPI HO 09 OL1 05 06 |
| B. Other Structures | $25,280 | $0 | RPI HO 09 SP 05 06               RPI HO 09 SDE 01 06 |
| C. Personal Property | $126,400 | Included | HO 04 96 04 91                      OIR-B1-1655 07 07 |
| D. Loss of Use | $25,280 | $0 | RPI HO 09 23 70 01 06 |
| Section II | | | RPI HO 09 CLP 01 06 |
| E. Personal Liability | $300,000 | $30 | RPI HO 09 DN 09 06 |
| F. Medical Payments | $5,000 | $10 | RPI HO 09 ED 06 06 |
| | | | RPI HO 09 FCE 01 06 |

| Endorsement Premium Total (see Endorsement Details, p.2) | $599 | | Rating Information: | |
|---|---|---|---|---|
| Credits and Charges: | | | Construction: | Masonry |
| Age of Dwelling Credit | | | Year Built: | 2007 |
| All Other Perils Deductible Credit | | | Occupied By: | Owner |
| Hurricane Deductible Credit | | | Usage Type: | Primary Residence |
| Coverage B Limit Surcharge | | | Territory: | 310 |
| Windstorm Loss Mitigation Credit | | | BCEG Grade: | 99 |
| Building Code Effectiveness Grading Surcharge | | | Burglar Alarm: | None |
| | | | Fire Alarm: | None |
| | | | Automatic Sprinklers: | None |
| | | | Protection Class: | 04 |
| | | | Opening Protection: | None |
| | | | Roof Shape: | Hip |
| | | | Exclude Wind Coverage: | No |

| Total Annual Policy Premium | $1,807.00 | Deductible - Section I | In case of a loss, we only cover that part of the loss over the deductible stated: |
|---|---|---|---|
| Total Policy Fees (see Details, p.2) | $70.97 | | |
| Total Policy Charges | $1,877.97 | $2,500 All Other Perils Deductible | |

$5,056 (2% of Cov A) Hurricane Deductible

The Hurricane portion of the Premium is:   $1,007.00          The Non-Hurricane portion of the Premium is:   $870.97

## Please see Page 3 of the Declarations Page for important notices that apply to this policy.

| Agency:   20826 Phone: (305) 593-0122 YARA, JORGE 7910 NW 25TH ST. #208 MIAMI, FL 33122 | Loss Payable/Mortgagee: Loan #1302242483 JP MORGAN CHASE BANK, NA PO Box 47020 C/O Chase Home Finance Llc  Isaoa/Atir Doraville, GA 30362-0020 | Loss Payable/Mortgagee: None |
|---|---|---|
| Agent: JORGE YARA | | |

Authorized Countersignature:    _Brenda M. Pinsley_

RPI DEC 001 04 06



Princess -3 car garage

SANTI
0030

| FIRST FLOOR LIVING AREA | : 1192 SQ.FT |
| SECOND FLOOR LIVING AREA | : 936 SQ.FT |
| TOTAL LIVING AREA | : 2128 SQ.FT. |
| ENTRY | : 51 SQ.FT. |
| GARAGE | : 598 SQ.FT. |

PALM ISLE

# INSPECTION REPORT
# FOR
# 03/12/2009
# PALM ISLE ESTATES

The following inspections were conducted on 3/12/09:

Jason Santiago    (Client)
H-305-230-6363  C-954-547-0156
2140 SE 19th Avenue
Homestead, Florida 33035
Developer: South Kendall Construction
(Tom Stungis conducted inspection and obtained samples)
Inspection photographed and video taped
**Evidence of Contaminated Drywall found**
KNAUF – TIANJIN identified in the attic

Santiago- 000162



Santiago- 000158

Santiago- 000155

Santiago- 000154



Santiago- 000134