# EXHIBIT 7

Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

_____

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Dean and Dawn Amato |
| Address of Affected Property | 18615 Bellingrath Lakes |
| | Greenwell Springs, LA 70739 |

Is this Property: ☒ Residential ☐ Commercial ☐ Governmental

Name of Person Completing this Form: Amy Guidry

Is above your primary residence? ⊙ Yes No ○

Mailing Address (if different): _____

Phone: (225) 954 - 1923

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: ☒ Owner-Occupant ☐ Owner Only ☐ Renter-Occupant

| | |
|---|---|
| Represented By: | Hugh P. Lambert |
| Address: | 701 Magazine Street |
| | New Orleans, LA 70130 |
| Phone: | (504) 581 - 1750 |
| Case No. /Docket Info: | 09-7628 |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner Renter Insurer: | State Farm Fire & Casualty Company |
| Policy #: | 18-EX-1335-1 |
| Agent: | Debra Tarter |
| Address: | 12222 State Farm Blvd. |
| | Tulsa, OK 74146 |
| Phone: | (225) 346 - 1676 |

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Dean Amato | 10 / / 06 | / / | ☒ M / F | 10 /22/ 80 | ⊙ Yes No ○ | Owner-Occupant |
| Dawn Amato | 10 / / 06 | / / | M / ☒ F | 02 /11/ 81 | ⊙ Yes No ○ | Owner-Occupant |
| Halee Renee Amato | 10 / / 06 | / / | M / ☒ F | 11 /15/ 98 | ⊙ Yes No ○ | Occupant or Renter Only |
| Emma Claire Amato | 10 / / 06 | / / | M / ☒ F | 12 /18/ 06 | ⊙ Yes No ○ | Occupant or Renter Only |
| | / / | / / | M / F | / / | ○ Yes No ○ | |
| | / / | / / | M / F | / / | ○ Yes No ○ | |
| | / / | / / | M / F | / / | ○ Yes No ○ | |
| | / / | / / | M / F | / / | ○ Yes No ○ | |
| | / / | / / | M / F | / / | ○ Yes No ○ | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⊙ Yes   No ◯

  1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   **Driskill Environmental Consultants, LLC**

  1.2. When did the inspection take place?   `09 03 /09`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  ⊙ Yes   No ◯

  2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   **Driskill Environmental Consultants, LLC**

  2.2. When was this determination made?   `09 03 /09`

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | through out the home |
| | | |
| | | |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 3524 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | 12,544 | Occupied | | ☒ | ☐ |
| Height of Interior Walls | 12/10 | Year-round | | ☒ | ☐ |
| Number of Bedrooms: | 3 | Summer | | ☐ | |
| Number of Bathrooms: | 2.5 | Winter | | ☒ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | | NO | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☒ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

♦ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 02 / /06 | Completion Date | 10 / /06 |
|---|---|---|---|
| Move in Date: | 10 / /06 | Date Acquired Home | 02 / /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

    **Self constructed**

Address: _____

Phone: ( ) _____

♦ Attach Copy of Construction/Renovation Contract

♦ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name: _____

Address: _____

Phone: ( ) - _____

## Section X. Drywall Supplier

Drywall Supplier's Name:

    **Interior Exterior**

Address:  **7350 East Industrial Drive**

    **Baton Rouge, LA 70805**

Phone: ( 985 ) 927 - 5040

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |













SECTION VIEWS





# Driskill Environmental Consultants LLC
### *PRELIMINARY INSPECTION REPORT*
CONTAMINATED SHEETROCK
Lambert & Nelson, PLC
186 Bellingrath Lakes Ave., Greenwell Springs, LA 70739
Dawn & Dean Amato
September 3, 2009

Report Prepared By:

Brent J. Driskill, CMC, CMRS,

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State Board of Home Inspectors #10081**
*Home Inspector*
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Member*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training
Institute**
*Certified Microbial Remediation Supervisor*
*Certified Microbial Consultant*



**Office (504) 738-2779 / Fax (504) 737-1960**
**www.brent@smarttipsolutions.com**

**Amato-18615 Bellingrath Lakes, Greenwell Springs, LA - Knauf Indicia**

## Driskill Environmental Consultants LLC

# Contents

INTRODUCTION ....................................................................................................................3

ADDITIONAL SERVICES OPTION ........................................................................................3

WORD AND PHRASE DEFINITIONS ......................................................................................4

QUANTIFICATION OF CONTAMINATED SHEETROCK .........................................................4

PROPERTY DESCRIPTION......................................................................................................4

PRELIMINARY INSPECTION..................................................................................................5

    ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES ....................................................5

ELECTRICAL APPLIANCES & DEVICES................................................................................5

    AIR CONDITIONERS & FURNACES ..................................................................................5

    SHEETROCK PRODUCT.....................................................................................................5

    INTERVIEW WITH CLIENT OR OCCUPANT....................................................................5

    ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES ....................................................6

    ELECTRICAL APPLIANCES & DEVICES ...........................................................................7

    AIR CONDITIONERS & FURNACES ..................................................................................9

        *DAMAGE ASSESSMENT*................................................................................................10

        *IDENTIFY CONTAMINATED SHEETROCK*....................................................................10

AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL ......................11

    AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL .............................11

    OTHER CONSEQUENTIAL DAMAGE ...............................................................................12

    REMEDIATION SUMMARY ..............................................................................................12

    INSPECTION SUMMARY ..................................................................................................12

ASSISTANCE AND RECOMMENDATIONS ...........................................................................12

PHOTOS.................................................................................................................................13

## Driskill Environmental Consultants LLC

# INTRODUCTION

*SITE INSPECTOR*:  The following inspection was performed by Brent Driskill on Sept 03, 2009

The recommendations or requirements made in this preliminary report cannot address unforeseen hidden or inaccessible contaminated sheetrock or damages inflicted upon various metals within the structure. Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by off gassing from contaminated sheetrock. The contents of this preliminary report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

*ADDITIONAL SERVICES OPTION*
This report is issued without Driskill Environmental Consultants L.L.C. supervision or monitoring of remedial work or sheetrock removal at the subject structure.  In the event the Client shall desire to have Driskill Environmental Consultants L.L.C. supervise or monitor the ongoing remediation process, then those fees charged for services rendered by Driskill Environmental Consultants L.L.C. shall be agreed upon, by the Client and Driskill Environmental Consultants L.L.C., prior to commencement of the remediation process.

The client is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C.  Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise specified.

## Driskill Environmental Consultants LLC

*Word and Phrase Definitions*
The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Oxidation (A.O.):** Oxidation on wiring or metal components beyond that which should be expected as compared to the normal rate of oxidation as of the date installed.

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Assessable (N/A):** The item or system or a component of the same was not assessable to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected for reasons of inaccessibility or was not an issue or concern in this inspection.

*QUANTIFICATION OF CONTAMINATED SHEETROCK*
Various amounts of content damage (IF ANY) throughout this report are referenced regarding the visible amount of black advanced oxidation observed primarily on copper wiring, receptacles, switches and other electrical components. Because other building materials, appliances, items or contents do not display black oxidation does not necessarily mean that they are not contaminated by Sulfur related gasses or compounds. There is a possibility of having a mixture of contaminated sheetrock installed adjacent to non contaminated sheetrock; therefore it would be reasonable to conclude that there would be an unknown mixture of contaminated Knauf/China manufactured sheetrock along with uncontaminated sheetrock. Because of cross contamination possibility of contaminated Knauf/China sheetrock, we consider all sheetrock within a structure contaminated when any amount of Knauf/China brand sheetrock has been detected. We further recommend removal of all sheetrock in the structure in order to provide a clean environment for new sheetrock installation after chemically neutralizing and cleaning of the structural wood members.

| PROPERTY DESCRIPTION | |
|---|---|
| Type of Construction | Wood Frame |
| Use of Structure | Single Family - Residential |
| Approximate Sq. Ft. | 3,524 Sq. Ft. |
| Stories / Levels | One + Upstairs Bonus Room |
| Brand of Sheetrock | Knauf |
| Interior Walls | Sheetrock |
| Interior Ceilings | Sheetrock |
| Foundation | Concrete Slab |
| Flooring | Brick Pavers, Carpet and Wood |
| Exterior Walls | Brick and Stucco |
| Roof System | Architectural Shingle |
| Number of A/C Systems | Two Systems |

## Driskill Environmental Consultants LLC

### *PRELIMINARY INSPECTION*

On September 3, 2009, a qualified inspector conducted a visual inspection of the subject structure; 186 Bellingrath Lakes Ave., Greenwell Springs, LA 70739, to determine the presence of $H_2S$ contaminated sheetrock and the resulting damages to electrical and copper components inside the structure. The process of properly conducting a visual inspection including a written report with photos of contaminated contents, items and devices shall include the following:

#### *ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES*

Removal or accessing electrical components for visual inspection such as; electrical receptacles, light switches, main electrical panel, sub electrical panel, multi breaker panels, electrical junction boxes and other electrical terminations for the purpose of visually identifying black oxidation on copper terminal connections.

#### *ELECTRICAL APPLIANCES & DEVICES*

- Electrical devices, their components and electrical terminal connections are inspected during the preliminary inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

#### *AIR CONDITIONERS & FURNACES*

- Other copper and metal components shall include central air conditioning cooling coils, refrigerant lines and all electrical controls in the air handler or furnace system.

#### *SHEETROCK PRODUCT*

- Included in the preliminary inspection are visual observations of the back side of sheetrock installed in the structure. The most obvious places are attics and the backside of some closets. The most reliable evidence of the presence of contaminated sheetrock are the words "Knauf" and "China" stamped on the back side of the sheetrock and hydrogen sulfide instrument test readings in wall cavities.

#### *INTERVIEW WITH CLIENT OR OCCUPANT*

An interview with the property owner revealed that their two and a half year old daughter has been chronically congested and is on antibiotics.

# Driskill Environmental Consultants LLC

***PRELIMINARY INSPECTION***
*ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES*

| ELECTRICAL SYSTEM AND COMPONENTS | | |
|---|---|---|
| **Main Electrical Panel** | **Visual Conditions** | **NOTES** |
| **Location - Storage Room, Off Garage** | | |
| Condition of Ground Wire | Serviceable Condition | |
| Condition of Buss Bar | Serviceable Condition | |
| Condition of Breaker Terminals | Serviceable Condition | |
| Condition of Other Metals | Serviceable Condition | |

| ELECTRICAL SUB PANEL SYSTEM AND COMPONENTS | | |
|---|---|---|
| **Sub Electrical Panel** | **Visual Conditions** | **NOTES** |
| **Location - NONE** | | |
| Condition of Ground Wire | | |
| Condition of Buss Bar | | |
| Condition of Breaker Terminals | | |
| Condition of Other Metals | | |
| | | |

**Condition of electrical device: A.O. = Advanced Oxidation S.C. = Serviceable Condition**

| ELECTRICAL SWITCHES/RECEPTACLES SCHEDULED FOR REMOVAL | | | | |
|---|---|---|---|---|
| Room Name | General Location | Condition | Quantity Receptacles | Quantity Switches |
| Kitchen | Double Switch Entrance | A.O | | 2 |
| Breakfast Room | Double Switch at Back Door | A.O | | 2 |
| Living Room | Receptacle | A.O | 1 | |
| Living Room | Receptacle on Exterior Wall | A.O | 1 | |
| Master Bedroom | Receptacle on Exterior Wall | A.O | 1 | |
| Master Bath | Double Switch | A.O | | 2 |
| Halee's Bedroom | Receptacle Near Entrance | A.O | 1 | |
| Emma's Bedroom | Receptacle on Center Wall | A.O | 1 | |
| Hall Area | Receptacle on Exterior Wall | A.O | 1 | |
| Garage | Receptacle on Side Wall | A.O | 1 | |
| Bonus Room | Light Switch on Upstairs Closet Wall | A.O | | 1 |
| | | | | |
| | | | | |
| | | | | |

# Driskill Environmental Consultants LLC

*PRELIMINARY INSPECTION*
*ELECTRICAL APPLIANCES & DEVICES*

| WATER HEATER INFORMATION | | |
|---|---|---|
| **Water Heater #1** | **Supply Water Lines Visual Condition** | **NOTES** |
| **Location - Attic** | | |
| Supply Lines | Advanced Oxidation | |
| Metal Components | Advanced Oxidation | |
| Overall Condition | Advanced Oxidation | |
| Age | 3 Years Old | |
| Make | | |

| WATER HEATER INFORMATION | | |
|---|---|---|
| **Water Heater #2** | **Supply Water Lines Visual Condition** | **NOTES** |
| **Location -** | | |
| Supply Lines | | |
| Metal Components | | |
| Overall Condition | | |
| Age | | |
| Make | | |

| APPLIANCES | | |
|---|---|---|
| **Type** | **External Visual Conditions** | **NOTES** |
| Refrigerator | Kitchen Aide - Serviceable Condition | |
| Freezer | | |
| Clothes Washer | Whirl Pool - Serviceable Condition | |
| Clothes Dryer | Whirl Pool - Serviceable Condition | |
| Dishwasher | Kitchen Aid - Serviceable Condition | |
| Electric Range/Cook top | | |
| Electric Oven | | |
| Microwave Oven | Kitchen Aid - Serviceable Condition | |
| Garage Door Opener | | |
| TV Sets | N/A | |
| Electronic Devices | | |
| Kitchen Sink | Serviceable Condition | |

## Driskill Environmental Consultants LLC

| BATHROOMS | | |
|---|---|---|
| **Bathroom #1** | **Visual Conditions** | **NOTES** |
| **Location - Master Bathroom** | | |
| Toilet Supply Lines/Valves | Serviceable Condition | |
| Lavatory Supply Lines/Valves | Serviceable Condition | |
| Lavatory Drain Lines | PVC | |
| Lavatory Fixtures/Faucets | Serviceable Condition | |
| Shower/Bathtub/Faucets | Serviceable Condition | |

| BATHROOMS | | |
|---|---|---|
| **Bathroom #2** | **Visual Conditions** | **NOTES** |
| **Location - Hall, Near the Kitchen** | | |
| Toilet Supply Lines/Valves | Serviceable Condition | |
| Lavatory Supply Lines/Valves | Serviceable Condition | |
| Lavatory Drain Lines | PVC | |
| Lavatory Fixtures/Faucets | Serviceable Condition | |
| Shower/Bathtub/Faucets | Serviceable Condition | |

| BATHROOMS | | |
|---|---|---|
| **Bathroom #3** | **Visual Conditions** | **NOTES** |
| **Location - Between Bedrooms** | | |
| Toilet Supply Lines/Valves | Serviceable Condition | |
| Lavatory Supply Lines/Valves | Serviceable Condition | |
| Lavatory Drain Lines | PVC | |
| Lavatory Fixtures/Faucets | Serviceable Condition | |
| Shower/Bathtub/Faucets | Serviceable Condition | |

## Driskill Environmental Consultants LLC

*PRELIMINARY INSPECTION*
*AIR CONDITIONERS & FURNACES*

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| **1st. - A/C System** | **Visual Conditions** | **NOTES** |
| **Location - Attic** | | |
| Make and Type - | | |
| Age and Condition | 3 Years | |
| Condition of Evaporator Coils | N/A | |
| Condition of Wiring | N/A | |
| Components Replaced | Unknown | |
| Exposed Cooper Tubing | Advanced Oxidation | |

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| 2nd. - A/C System | Visual Conditions | **NOTES** |
| **Location -** | | |
| Make and Type - | | |
| Age and Condition | | |
| Condition of Evaporator Coils | | |
| Condition of Wiring | | |
| Components Replaced | | |

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| 3rd. - A/C System | Visual Conditions | Readings ppm |
| **Location -** | | |
| Make and Type - | | |
| Age and Condition | | |
| Condition of Evaporator Coils | | |
| Condition of Wiring | | |
| Components Replaced | | |

## Driskill Environmental Consultants LLC

*PRELIMINARY INSPECTION*
**DAMAGE ASSESSMENT**
**IDENTIFY CONTAMINATED SHEETROCK**

| SUSPECTED CONTAMINATED SHEETROCK | | |
|---|---|---|
| Room Name | Location of Sheetrock | |
| ALL ROOMS | ALL CEILINGS & WALLS THROUGHOUT THE STRUCTURE | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Driskill Environmental Consultants LLC

*PRELIMINARY INSPECTION*
*AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL*

*AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL*
Listed below are the areas observed in the structure that might contain contaminated sheetrock or commented upon.

1. At the time of this inspection, there were sulfur-like odors detected inside the structure.
2. During the interior inspection, there were visible stamped markings of Knauf and China observed in the attic on the backside of the sheetrock indicating the origin of manufacture.
3. The copper ground wiring in electrical receptacles and switches, displayed advanced oxidation in some areas of the structure.
4. The copper supply lines for the water heater, displayed advanced oxidation.
5. Exposed copper tubing for the A/C system displayed advanced oxidation.

DAMAGE ASSESSMENT
Primary damage caused by contaminated sheetrock that includes oxidation of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. All sheetrock inside the structure is considered contaminated and must be removed from the structure and discarded. Removal of contaminated materials should be performed by controlled methods by using HEPA-filtered indoor air, secured disposal HEPA-vacuuming, and detailed cleaning with all work being performed in a controlled and\or contained environment.

    a. HEPA-filtered, Negative Air Devices should be installed filter air-born dust and particles from the indoor air during the demolition work. A minimum of four air exchanges per hour should be maintained in work areas.

    b. Misting the surface of sheetrock, subject to being removed, will act as a dust suppressant in an effort to minimize and control air borne contaminates.
    Additionally, when sheetrock is cut-out, less debris is produced. When contaminated sheetrock is busted apart, levels of air born contaminates are likely to increase, including the clean up.

    c. All debris must be bagged or wrapped with six-mil plastic and sealed immediately, during the removal and then transported to a secure dumpster or transportation vehicle for disposal. In no instance should waste materials be thrown or dropped out of a building. All debris should be carried out of the structure.

    d. After demolition and removal of contaminated materials, HEPA vacuuming must be performed on all surface areas of structural wood members including exposed ceiling and/or wall cavities, flooring and various areas of the structure that may be affected by contaminated dust and debris.

2. All electrical switches, receptacle and fixtures that have advanced oxidization must be removed. Oxidized electrical copper wiring must be cut and removed or cleaned free of oxidation. Electrical devices, their components and electrical terminal connections are inspected during the preliminary inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

# Driskill Environmental Consultants LLC

3. Once the structure has been cleaned and free of contaminates, all surfaces of structural wood members will require chemical de oxidation with a neutralizing compound before any build back can begin. Otherwise newly installed sheetrock might cover contaminated wood structural members.

## OTHER CONSEQUENTIAL DAMAGE

Secondary damage to the structure or contents that may have been caused by defective sheetrock but may not be readily visible or accessible at the time of this inspection is as follows:

1. Failure to follow proper protocol in the demolition of contaminated sheetrock contained inside the structure could result in cross contamination which might continue contaminating of the interior of the home.

## REMEDIATION SUMMARY

Based on the inspection of the subject structure, we offer the following commentary regarding remediation and removal of contaminated sheetrock:

1. Those areas, contents or items inside the structure listed in the *DAMAGE ASSESSMENT* section of this report, shall be the general scope of removal and replacement of contaminated sheetrock. It should be expected that, if contaminated sheetrock extends beyond that which was observed during this inspection, then additional removal and replacement shall be expected.

## INSPECTION SUMMARY

Based on the findings during the inspection of the subject structure, we offer the following commentary regarding remediation and removal of contaminated sheetrock:

1. Because of the high levels of oxidation observed on items and electrical devices throughout the home we recommend that all sheetrock inside the structure be removed and discarded. The process of controlled demolition and remediation should be conducted by individuals or companies experienced in decontamination and remediation services. To do so otherwise might result in remaining contamination inside the structure.
2. Those areas, contents or items inside the structure listed in the *DAMAGE ASSESSMENT* section of this report, shall be the general scope of *CONTROLLED DEMOLITION* of contaminated sheetrock. It should be expected that, if contaminated sheetrock extends beyond that which was observed during this inspection, then additional removal and replacement shall be expected.

## ASSISTANCE AND RECOMMENDATIONS

Please call our office for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition or remediation of any materials affected by contaminated sheetrock, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. If the client is unsure of their ability to conduct safe demolition or remediation of any or the entire noted contaminated areas, then we highly recommend that they contact our office for professional guidance or recommendations. Client understands that this Preliminary Inspection Report is performed and prepared for Client's sole and exclusive use and is NOT intended to be relied upon by any 3rd party. The format of this report is copyrighted and is the property of Driskill Environmental Consultants LLC and is not to be duplicated in full or part without the written permission of Driskill Consultants LLC.

This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

## Driskill Environmental Consultants LLC

*PHOTOS*
Various sheetrock markings were observed in the attic indicating Knauf or China as manufacturers.



Copper wiring appeared to be in serviceable in the main panel inside the storage room.



## Driskill Environmental Consultants LLC



Copper ground wiring along with terminal screw connections were black with oxidation.





## Driskill Environmental Consultants LLC



Advanced Oxidation on exposed suction line copper tubing for the A/C system.



## Driskill Environmental Consultants LLC

The water heater copper lines have advanced oxidation.



A closer look at the copper supply lines for the water heater.



 **State Farm Fire and Casualty Company**
12222 State Farm Boulevard
Tulsa, OK 74146-5402

POLICY NUMBER    18-EX-1335-1

AT2        L-22-  1599-F696    H    F
                001837
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS LA  70739-4772

## IMPORTANT INFORMATION REQUIRED BY THE
## LOUISIANA DEPARTMENT OF INSURANCE

### Homeowners Insurance Policy Coverage Disclosure Summary
### This form was promulgated pursuant to LSA-R.S. 22:1477.

**THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT CHANGE, EXPAND, OR REDUCE THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS.**

**\*\*READ YOUR INSURANCE POLICY FOR COMPLETE
POLICY TERMS AND PROVISIONS\*\***

OVERAGE(S) FOR WHICH PREMIUM WAS PAID

A  **Dwelling**
   **Dwelling Extension**
B  **Personal Property**
C  **Loss of Use**
L  **Personal Liability**
   **Damage to Property of Others**
M  **Medical Payments to Others**
   **(Each Person)**

**Continued on Reverse**

550-52  Rev. 03-25-2007  (o110074q)

N  7206      401B   I
    U3,A7,W1,L3,L2,DR,NP                                    REB        Prepared  DEC 16 2008

## DEDUCTIBLES

This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.

## NOTICE: This policy does set forth a deductible for covered losses caused by hurricane as defined in the policy. Look at the Declaration Page of your policy to determine the amount of the deductible that will apply to any claim for damage caused by hurricane.

**You may be able to reduce your premium by increasing your deductible. Contact your insurance agent for more details.

## LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

FLOOD: Flood damage is not covered, regardless of how caused, when flood is the peril that caused the loss. Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.

*Flood Insurance* may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling and/or contents subject to the coverage limits and terms of the policy.

*Excess Flood Insurance* may be available under a separate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.

You may contact your agent or insurer for more information on the National Flood Insurance Program and Excess Flood Insurance.

MOLD - Damage caused solely by Mold is not covered under this policy.

**FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS**

Continued on Next Page

(o1f0075a)

POLICY NUMBER    18-EX-1335-1

## CLAIM FILING PROCESS

There may be time limitations for filing a claim and filing of a satisfactory proof of loss. There may also be time limitations for repairing and replacing damaged property that could cause you to not recover the replacement cost of your property, if applicable.

## PAYMENT OF CLAIMS

Depending on the terms of the insurance policy, some losses may be paid based on actual cash value (ACV) and others based on replacement cost (RC).

AVC is the amount needed to repair or replace the damaged or destroyed property, minus the depreciation.

RC involves the initial payment of actual cash value (ACV) of a loss, and the subsequent payment of the additional amount that is actually and necessarily expended to repair or replace the damaged or destroyed property.

**Refer to your policy for the terms and conditions describing how a particular loss is to be paid.

## PAYMENT AND ADJUSTMENT OF CLAIMS

Pursuant to LSA R.S. 22:658 and 22:1220, except in the case of catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim and/or a claim for reasonable medical expenses within fourteen (14) days after notification of loss by the claimant.

In the case of a catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim within thirty (30) days after notification of loss by the claimant.

All insurers shall make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after the receipt of satisfactory proof of loss of that claim.

**Continued on Reverse**

Prepared  DEO 16 2008

Failure to make such payment within thirty (30) days after receipt of such satisfactory writ' proofs and demand therefore or failure to make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after receipt of a satisfactory proof of loss of that claim may result in a late penalty against the insurer in addition to the payment of the claim.

If the insurer is found to be arbitrary, capricious or without probable cause in settling any property damage claim, the insurer must pay the insured, in addition to the amount of the loss, fifty percent (50%) damages on the amount found to be due from the insurer to the insured, or one thousand ($1,000.00) dollars, whichever is greater, as well as reasonable attorney fees and costs, if applicable.

**State Farm Fire and Casualty Company**

12222 State Farm Boulevard
Tulsa, OK 74146-5402

L-22-  1599-F696      H      F

001837
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS LA   70739-4772

Location:  Same as Mailing Address

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**...ms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Increase Dwlg up to $49,000 | OPT  ID |
| Ordinance/Law  10%/ $24,500 | OPT  OL |
| Jewelry and Furs $1,500/$2,500 | OPT  JF |
| Policy Endorsement | FE-5320 |
| Amendatory Endorsement | FE-7218.6 |
| Fungus (Including Mold) Excl | FE-5398 |
| Personal Injury | FE-7468.3 |
| Back-Up Dwell/Listed Property | FE-5706.1 |
| Telecommuter Coverage | FE-5831 |
| Hurricane Deductible | FE-5301.1 |
| Amendatory Debris Removal | *  FE-5480 |

*Effective: FEB 02 2009

NOTICE: Information concerning changes in your policy language is included.  Please call your agent if you have any questions.

Protection Class: 3    Zone: 38    Construction: Masonry Veneer         Number of Families: 01

---

**RENEWAL CERTIFICATE**

POLICY NUMBER      18-EX-1336-1
Homeowners Policy
FEB 02 2009  to  FEB 02 2010

TO BE PAID BY MORTGAGEE

**Coverages and Limits**
**Section I**

| | | |
|---|---|---|
| A  Dwelling | | $245,000 |
| Dwelling Extension | Up To | 24,500 |
| B  Personal Property | | 183,750 |
| C  Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**

| | |
|---|---|
| Other Losses 1.00% | 2,450 |
| Hurricane  2.00% | 4,900 |

**Section II**

| | |
|---|---|
| L  Personal Liability | $300,000 |
| Damage to Property of Others | 500 |
| M  Medical Payments to Others (Each Person) | 4,000 |

| | |
|---|---|
| **Annual Premium** | $1,301.95 |
| Citizens Emer-FAIR | 65.10 |

**Premium Reductions**

| | |
|---|---|
| Utility Rating Credit | 293.00 |
| Home/Auto Discount | 348.00 |
| Claim Free Discount | 194.00 |

Inflation Coverage Index:    176.0

---

*Thanks for letting us serve you...*

7206        4018   I
N  *    U3,A7,W1,L3,L2,DR,NP
Agent DEBRA TARTER
Telephone (225) 346-1676

If you have moved, please contact your agent.
See reverse side for important information.

REB

Prepared  DEC 16 2008

Mortgagee:   NOLA LENDING GROUP LLC
             DBA NOLA FUNDING GROUP ISAOA

             Loan No: 1905256816

**Your coverage amount....**
It is up to you to choose the coverages and limits that meet your needs. We recommend that you purchase a coverage limit equal to the estimated replacement cost of your home. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an estimate from Xactware, Inc. using information you provided about your home. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your home. State Farm® does not guarantee that any estimates will be the actual future cost to rebuild your home. Higher limits are available at higher premiums. Lower limits are also available, which if selected may make certain coverages unavailable to you. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your home.

 18-EX-1335-1

7209

FE-5480C
Page 1 of 1

# IMPORTANT NOTICE . . . Change in Coverage

Effective with this policy term, **AMENDATORY DEBRIS REMOVAL ENDORSEMENT, FE-5480**, is being added to your policy.

This endorsement expands tree debris removal coverage in your policy (up to $500) to include trees and tree debris felled by windstorm, hail, or weight of snow or ice, which blocks a ramp designed to assist the handicapped or a driveway, and prevents access to the dwelling.

Endorsement **FE-5480** follows this notice. Please read it carefully and place it with your insurance policy.

FE-5480

## AMENDATORY DEBRIS REMOVAL ENDORSEMENT

**SECTION I - ADDITIONAL COVERAGES**

Item 1., Debris Removal is replaced with the following:

1. **Debris Removal.** We will pay the reasonable expenses you incur in the removal of debris of covered property damaged by a Loss Insured. This expense is included in the limit applying to the damaged property. The following coverages and limits also apply:

    a. When the amount payable for the property damage plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to Additional Coverage, item 3. Trees, Shrubs and Other Plants.

b. We will also pay up to $500 in the aggregate for each loss to cover the reasonable expenses you incur in the removal of tree debris from the residence premises, unless otherwise excluded. This coverage applies when:

    (1) the tree has caused a Loss Insured to Coverage A property; or

    (2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

        (a) the driveway, on the residence premises, and prevents land motor vehicle access to or from the dwelling; or

        (b) a ramp designed to assist the handicapped, on the residence premises and prevents access to or from the dwelling.

FE-5480



18-EX-1335-1

7210

553-2863 LA

# IMPORTANT NOTICE

## LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION – EMERGENCY ASSESSMENT

The amount collected through regular assessments by the Louisiana Citizens Property Insurance Corporation (LA Citizens) was not great enough to offset their current deficit. As a result, LA Citizens is levying an emergency assessment on premiums written on property and casualty risks located in the state of Louisiana.

If your premium includes the LA Citizens assessment, your Balance Due Notice or Declarations Page will indicate "Citizens Emer-FAIR" along with the amount assessed.

If you have any questions about the assessment, please contact your State Farm® agent.

553-2863 LA (C)      (12/07)

553-2474

# PREMIUM ADJUSTMENT

Insurance premiums have been adjusted and continue to reflect the expected cost of claims. Some policyholders will see their premiums increase while other policyholders may see their premiums decrease or stay the same. The amount your premium changed, if at all, depends on several factors including the expected claim experience in your area, the coverage you have, and any applicable discounts or charges.

The enclosed Renewal Certificate reflects your new premium.

State Farm® works hard to offer you the best combination of cost, protection, and service. We will continue doing our best to make the most effective use of your premium dollars and give you superior service when you need it.

If you have any questions about your premium, or policy coverages, please contact your State Farm agent.

553-2474      (10/07)

553-2798

# IMPORTANT NOTICE . . . Discounts and Rating

The longer you are insured with State Farm* and the fewer claims you have, the lower your premium. For policyholders insured by State Farm for three or more years, the Claim Free Discount Plan provides a premium discount if you have not had any claims considered for the Plan in the most recent three-year period since becoming insured with State Farm. Premium adjustments under the Claim Record Rating Plan are based on the number of years you have been insured with State Farm and on the number of claims that we consider for the Plan. Depending on the Plan(s) that applies in your state/province, claims considered for the Plans generally include claims resulting in a paid loss and may include weather-related claims. Additionally, depending on your state/province's plan and your tenure with State Farm, any claims with your prior insurer resulting in property damage or injury may also influence your premium. For further information about whether a Claim Free Discount is in effect in your state/province, the Claim Record Rating Plan that applies in your state/province, and the claims we consider for the Plans, please contact your State Farm agent.

553-2798 (C)        (10/07)

553-2948

# NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Certificate are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page. Any coverage forms or endorsements included with your Renewal Certificate are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Certificate will be sent to you as an Amended Declarations Page or as an endorsement to your policy. You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm* agent.

553-2948 (C)        (10/08)

(CONTINUED)

 18-EX-1335-1                                           7211

553-2642

# IMPORTANT NOTICE

**Utilities Rating Plan**

A premium discount is available under the Utilities Rating Plan when a dwelling's utility system has been completely updated within the last nine years. To be eligible for the premium discount, a dwelling's electrical, plumbing, heating, and cooling systems must be completely updated.

If you have updated all the utility systems in your dwelling within the last 9 years, you may be eligible for a premium discount. Contact your State Farm® agent to see if you qualify.

553-2642 (C)          (10/06)

553-2874

# IMPORTANT NOTICE

**HOME / AUTO DISCOUNT – Increased**

The Home / Auto Discount is being increased to 20% effective with this renewal.

The Home / Auto Discount provides a premium discount if you have a Homeowners, Renters, or Condominium Unitowners policy and at least one qualifying vehicle insured with State Farm®.

The enclosed Renewal Certificate reflects the Home / Auto Discount if you qualify.

Please contact your State Farm agent if you have any questions about your policy, coverages or premium.

553-2874 (C)          (1/08)

**State Farm®**
Providing Insurance and Financial Services
Home Office, Bloomington, Illinois 61710



January 15, 2010

CASEY PEDERSON
ATTORNEY AT LAW
701 MAGAZINE ST
NEW ORLEANS LA 70130-3629

Tulsa Operations Center
Special Handling Unit
PO Box 1560
Tulsa, OK 74101-1560

RE:   Our Insured:         Dean C. Amato
      Insured Location:    18615 Bellingrath Lakes Avenue
                           Greenwell Springs, LA 70739-4772
      Claim Number:        18-A302-737
      Policy Number:       18-EX-1335-1
      Date of Loss:        September 1, 2009

Dear Mr Pederson:

This is a follow-up to our representative's discussion with you on January 14, 2010, regarding your claim due to allegedly defective building materials and possible direct and/or indirect damage(s) or any resulting loss caused by those materials.

<u>**COVERAGE A - DWELLING**</u>

We insure your dwelling for accidental direct physical loss to property described in **Coverage A - Dwelling** of your Homeowners Policy, Form FP-7955, except as provided in Section I - Losses Not Insured.

The damage(s) claimed to your Coverage A - Dwelling did not meet the insuring agreement and/or are excluded by the Fungus (including Mold) Exclusion Endorsement, FE-5398, and/or the damage(s) claimed are specifically excluded as outlined in Section I - Losses Not Insured and as follows:

**SECTION I - LOSSES NOT INSURED**

1.   We do not insure for any loss to the property described in Coverage A which consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through n. below, regardless of whether the loss occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

     a.    collapse, except as specifically provided in **SECTION I - ADDITIONAL COVERAGES, Collapse;**

CASEY PEDERSON
18-A302-737
Page 2

g.  wear, tear, marring, scratching, deterioration, inherent vice, latent defect or mechanical breakdown;

h.  corrosion, electrolysis or rust;

j.  contamination;

k.  smog, smoke from agricultural smudging or industrial operations;

l.  settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundation, walls, floors, roofs or ceilings;

However, we do insure for any resulting loss from items a. through m. unless the resulting loss is itself a Loss Not Insured by this Section.

3.  We do not insure under any coverage for any loss consisting of one or more of the items below. Further, we do not insure for loss described in paragraphs 1. and 2. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

a.  conduct, act, failure to act, or decision of any person, group, organization or governmental body whether intentional, wrongful, negligent, or without fault;

b.  defect, weakness, inadequacy, fault or unsoundness in:

(1)  planning, zoning, development, surveying, siting;

(2)  design, specifications, workmanship, construction, grading, compaction;

(3)  materials used in construction or repair; or

(4)  maintenance;

of any property (including land, structures, or improvements of any kind) whether on or off the residence premises; or

c.  weather conditions.

However, we do insure for any resulting loss from items a., b. and c. unless the resulting loss is itself a Loss Not Insured by this Section.

CASEY PEDERSON
18-A302-737
Page 3

## COVERAGE B - PERSONAL PROPERTY

We insure for accidental direct physical loss to property described in Coverage B - Personal Property caused by a named peril as outlined in your Homeowners Policy, Form FP-7955, except as provided in Section I - Losses Not Insured.

The damages claimed are not one of the named perils outlined in your policy and the same exclusions noted in Section I - Losses Not Insured 3. above applies to any personal property claimed.

## COVERAGE C - LOSS OF USE

When a loss insured causes the residence premises to become uninhabitable, **additional living expense coverage** is applicable. Since the damage(s) being claimed are not a loss insured, no additional living expense or other Coverage C - Loss of Use claim is covered.

We do not intend, by this letter, to waive any policy defenses in addition to those stated above, but specifically reserve our right to assert such additional policy defenses at any time. Additionally, all other policy provisions, conditions, and/or endorsements apply. If you obtain new information for us to consider or would like us to review, please contact us immediately so we may do so.

We appreciate the opportunity to examine your claim for coverage. If you have any questions or concerns, please contact me at 504 883 8816.

Sincerely,

Gail Brashier, CPCU®
Team Manager
504 883 8816
State Farm Fire and Casualty Company

26/204/145828

cc:    18-1599 DEBRA TARTER

**DECLARATIONS**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

18-EX-1335-1    **Policy Number**

**Named Insured and Mailing Address**
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS, LA 70739-4772

```
|Coverage afforded by this policy is |
|provided by:                        |
|                                    |
|STATE FARM FIRE AND CASUALTY COMPANY|
|12222 STATE FARM BOULEVARD          |
|TULSA OK  74146                     |
|                                    |
|A Stock Company with Home Offices in|
|Bloomington, Illinois.              |
|                                    |
```

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

02/02/2010    **Effective Date**
              **12months-Policy Period**
02/02/2011    **Expiration of Policy Period**

**Limit of Liability - Section 1**

$   246,300 Coverage A Dwelling

**Policy Type**
Homeowners Policy
  Dwell Repl Cost - Similar Construction
  Increase Dwlg Up to $49,260 - Option ID

**Location of Premises**
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS, LA 70739-4772

```
|Automatic Renewal - If the Policy  |
|Period is shown as 12 months, this |
|policy will be renewed auto-       |
|matically subject to the premiums, |
|rules and forms in effect each     |
|succeeding policy period.  If this |
|policy is terminated, we will give |
|you and the Mortgagee/Lienholder   |
|written notice in compliance with  |
|the policy provisions or as        |
|required by law.                   |
|-----------------------------------|
|Deductibles - Section 1 1%/$2463   |
|ALL LOSSES    In case of loss under|
|this policy, the deductible will be|
|applied per occurrence and will be |
|deducted from the amount of the    |
|loss.  Other deductibles may apply |
|- refer to your policy.            |
|                                   |
| 2.00%  HURR                       |
|-----------------------------------|
|Policy Premium    $1,445.60        |
```

**Forms, Options, & Endorsements**

| FP-7955   | HOMEOWNERS POL   | LSP A1   | SMLR CONST-A     |
|-----------|------------------|----------|------------------|
| LSP B1    | LMT RPLC COST-B  | OPT ID   | COV A-INCR DWLG  |
| OPT OL    | BLD ORD/LAW-10%  | FE-5320  | POLICY END       |
| FE-7218.6 | AMENDATORY END   | FE-5398  | FUNGUS EXCL      |
| FE-7468.3 | PERSONL INJURY   | FE-5706.1| BACK-UP SEWER    |

**Mortgagee**
WELLS FARGO HOME MORTGAGE
ITS SUCCESSORS AND/OR ASSIGNS
WELLS FARGO BANK NA #708
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 23030
JACKSONVILLE, FL 32241-3030
Loan Number: 0211279476

**Agent Name & Address**
DEBRA J. TARTER
777 MICHIGAN AVE.
SUITE B
PORT ALLEN, LA
70767    (225)346-1676

Prepared:    July 12, 2010

559-916.5

1599
Agent's Code
**MORTGAGEE COPY**

**PREMIUM NOTICE**
**STATE FARM INSURANCE COMPANIES**
**AGENT ISSUED DECLARATIONS**

```
-----------------------------------------------------------
| POLICY NUMBER | BILLING PERIOD              | AGENT CODE |
| 18-EX-1335-1  | FROM 02/02/2010 | TO 02/02/2011 |  1599    |
-----------------------------------------------------------
```

**LOCATION**
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS, LA 70739-4772

**INSURED**                                          PREMIUM $ 1,445.60
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE                          AMOUNT PAID $ 1,445.60
GREENWEL SPGS, LA 70739-4772
                                                     AMOUNT DUE  $      .00

                                                          DATE DUE

**MORTGAGEE**                                        **AGENT NAME & ADDRESS**
WELLS FARGO HOME MORTGAGE                             DEBRA J. TARTER
ITS SUCCESSORS AND/OR ASSIGNS                         777 MICHIGAN AVE.
WELLS FARGO BANK NA #708                              SUITE B
ITS SUCCESSORS AND/OR ASSIGNS                         PORT ALLEN, LA
PO BOX 23030                                          70767       (225)346-1676
JACKSONVILLE, FL 32241-3030

**STATE FARM INSURANCE COMPANIES**
12222 STATE FARM BOULEVARD
TULSA OK  74146

 **State Farm Fire and Casualty Company**
*12222 State Farm Boulevard*
*Tulsa, OK 74146-5402*

POLICY NUMBER    18-EX-1335-1

AT2                          L-22-  1599-F696        H        F
                    001837
AMATO, DEAN C
18615 BELLINGRATH LAKES AVE
GREENWEL SPGS LA  70739-4772

## IMPORTANT INFORMATION REQUIRED BY THE LOUISIANA DEPARTMENT OF INSURANCE

### Homeowners Insurance Policy Coverage Disclosure Summary
### This form was promulgated pursuant to LSA-R.S. 22:1477.

THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT CHANGE, EXPAND, OR REDUCE THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS.

### **READ YOUR INSURANCE POLICY FOR COMPLETE POLICY TERMS AND PROVISIONS**

### COVERAGE(S) FOR WHICH PREMIUM WAS PAID

A  **Dwelling**
   **Dwelling Extension**
B  **Personal Property**
C  **Loss of Use**
L  **Personal Liability**
   **Damage to Property of Others**
M  **Medical Payments to Others**
   **(Each Person)**

550-62  Rev. 03-26-2007  (o160074a)

**Continued on Reverse**

N  7206  401B  I
     U3,A7,W1,L3,L2,DR,NP                                    RE8              Prepared  DEC 16 2008

## DEDUCTIBLES

This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.

NOTICE: This policy does set forth a deductible for covered losses caused by hurricane as defined in the policy. Look at the Declaration Page of your policy to determine the amount of the deductible that will apply to any claim for damage caused by hurricane.

**You may be able to reduce your premium by increasing your deductible. Contact your insurance agent for more details.

## LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

FLOOD: Flood damage is not covered, regardless of how caused, when flood is the peril that caused the loss. Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.

*Flood Insurance* may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling and/or contents subject to the coverage limits and terms of the policy.

*Excess Flood Insurance* may be available under a separate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.

You may contact your agent or insurer for more information on the National Flood Insurance Program and Excess Flood Insurance.

MOLD - Damage caused solely by Mold is not covered under this policy.

**FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR
COMPLETE DETAILS ON TERMS AND PROVISIONS**

Continued on Next Page

(o1f0075a)

## CLAIM FILING PROCESS

There may be time limitations for filing a claim and filing of a satisfactory proof of loss. There may also be time limitations for repairing and replacing damaged property that could cause you to not recover the replacement cost of your property, if applicable.

## PAYMENT OF CLAIMS

Depending on the terms of the insurance policy, some losses may be paid based on actual cash value (ACV) and others based on replacement cost (RC).

AVC is the amount needed to repair or replace the damaged or destroyed property, minus the depreciation.

RC involves the initial payment of actual cash value (ACV) of a loss, and the subsequent payment of the additional amount that is actually and necessarily expended to repair or replace the damaged or destroyed property.

\*\*Refer to your policy for the terms and conditions describing how a particular loss is to be paid.

## PAYMENT AND ADJUSTMENT OF CLAIMS

Pursuant to LSA R.S. 22:658 and 22:1220, except in the case of catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim and/or a claim for reasonable medical expenses within fourteen (14) days after notification of loss by the claimant.

In the case of a catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim within thirty (30) days after notification of loss by the claimant.

All insurers shall make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after the receipt of satisfactory proof of loss of that claim.

Continued on Reverse

550-62   Rev. 03-26-2007   (s10076a)

7207

Prepared DEC 16 2008

Failure to make such payment within thirty (30) days after receipt of such satisfactory writt proofs and demand therefore or failure to make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after receipt of a satisfactory proof of loss of that claim may result in a late penalty against the insurer in addition to the payment of the claim.

If the insurer is found to be arbitrary, capricious or without probable cause in settling any property damage claim, the insurer must pay the insured, in addition to the amount of the loss, fifty percent (50%) damages on the amount found to be due from the insurer to the insured, or one thousand ($1,000.00) dollars, whichever is greater, as well as reasonable attorney fees and costs, if applicable.



18-EX-1335-1                                                                    7209

FE-5480C
Page 1 of 1

# IMPORTANT NOTICE . . . Change in Coverage

Effective with this policy term, **AMENDATORY DEBRIS REMOVAL ENDORSEMENT, FE-5480**, is being added to your policy.

This endorsement expands tree debris removal coverage in your policy (up to $500) to include trees and tree debris felled by windstorm, hail, or weight of snow or ice, which blocks a ramp designed to assist the handicapped or a driveway, and prevents access to the dwelling.

Endorsement **FE-5480** follows this notice.  Please read it carefully and place it with your insurance policy.

FE-5480

## AMENDATORY DEBRIS REMOVAL ENDORSEMENT

**SECTION I - ADDITIONAL COVERAGES**

Item 1., **Debris Removal** is replaced with the following:

1. **Debris Removal.**  We will pay the reasonable expenses you incur in the removal of debris of covered property damaged by a Loss Insured.  This expense is included in the limit applying to the damaged property.  The following coverages and limits also apply:

   a. When the amount payable for the property damage plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense.  This additional amount of insurance does not apply to Additional Coverage, item 3. Trees, Shrubs and Other Plants.

   b. We will also pay up to $500 in the aggregate for each loss to cover the reasonable expenses you incur in the removal of tree debris from the **residence premises**, unless otherwise excluded.  This coverage applies when:

      (1) the tree has caused a Loss Insured to Coverage A property; or

      (2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

         (a) the driveway, on the **residence premises**, and prevents land motor vehicle access to or from the dwelling; or

         (b) a ramp designed to assist the handicapped, on the **residence premises** and prevents access to or from the dwelling.

FE-5480



18-EX-1335-1                                                                7210

553-2863 LA

# IMPORTANT NOTICE

## LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION – EMERGENCY ASSESSMENT

The amount collected through regular assessments by the Louisiana Citizens Property Insurance Corporation (LA Citizens) was not great enough to offset their current deficit. As a result, LA Citizens is levying an emergency assessment on premiums written on property and casualty risks located in the state of Louisiana.

If your premium includes the LA Citizens assessment, your Balance Due Notice or Declarations Page will indicate "Citizens Emer-FAIR" along with the amount assessed.

If you have any questions about the assessment, please contact your State Farm® agent.

553-2863 LA (C)        (12/07)

553-2474

# PREMIUM ADJUSTMENT

Insurance premiums have been adjusted and continue to reflect the expected cost of claims. Some policyholders will see their premiums increase while other policyholders may see their premiums decrease or stay the same. The amount your premium changed, if at all, depends on several factors including the expected claim experience in your area, the coverage you have, and any applicable discounts or charges.

The enclosed Renewal Certificate reflects your new premium.

State Farm® works hard to offer you the best combination of cost, protection, and service. We will continue doing our best to make the most effective use of your premium dollars and give you superior service when you need it.

If you have any questions about your premium, or policy coverages, please contact your State Farm agent.

553-2474        (10/07)

(CONTINUED)

553-2798

# IMPORTANT NOTICE . . . Discounts and Rating

The longer you are insured with State Farm* and the fewer claims you have, the lower your premium. For policyholders insured by State Farm for three or more years, the Claim Free Discount Plan provides a premium discount if you have not had any claims considered for the Plan in the most recent three-year period since becoming insured with State Farm. Premium adjustments under the Claim Record Rating Plan are based on the number of years you have been insured with State Farm and on the number of claims that we consider for the Plan. Depending on the Plan(s) that applies in your state/province, claims considered for the Plans generally include claims resulting in a paid loss and may include weather-related claims. Additionally, depending on your state/province's plan and your tenure with State Farm, any claims with your prior insurer resulting in property damage or injury may also influence your premium. For further information about whether a Claim Free Discount is in effect in your state/province, the Claim Record Rating Plan that applies in your state/province, and the claims we consider for the Plans, please contact your State Farm agent.

553-2798 (C)          (10/07)

553-2948

# NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Certificate are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page. Any coverage forms or endorsements included with your Renewal Certificate are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Certificate will be sent to you as an Amended Declarations Page or as an endorsement to your policy. You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm* agent.

553-2948 (C)          (10/08)

(CONTINUED)

18-EX-1335-1                                                    7211

553-2642

# IMPORTANT NOTICE

**Utilities Rating Plan**

A premium discount is available under the Utilities Rating Plan when a dwelling's utility system has been completely updated within the last nine years. To be eligible for the premium discount, a dwelling's electrical, plumbing, heating, and cooling systems must be completely updated.

If you have updated all the utility systems in your dwelling within the last 9 years, you may be eligible for a premium discount. Contact your State Farm® agent to see if you qualify.

553-2642 (C)          (10/06)

553-2874

# IMPORTANT NOTICE

## HOME / AUTO DISCOUNT – Increased

The Home / Auto Discount is being increased to 20% effective with this renewal.

The Home / Auto Discount provides a premium discount if you have a Homeowners, Renters, or Condominium Unitowners policy and at least one qualifying vehicle insured with State Farm®.

The enclosed Renewal Certificate reflects the Home / Auto Discount if you qualify.

Please contact your State Farm agent if you have any questions about your policy, coverages or premium.

553-2874 (C)          (1/08)

Potential Class Rep Information Sheet

**Personal Data:**

1. Full Legal Name – Last, first, middle initial
   a. **Dean Christopher Amato**
   b. **Dawn Maurice Amato**
2. Wife's Maiden Name: **Dawn Maurice Tate**
3. Have either of you ever used an alias or other name?
   a. Yes / **No**
   b. If yes, what?
4. Marital Status: **Married**
5. Mailing Address:
   a. **18615 Bellingrath Lakes Ave Greenwell Springs, LA 70739**
6. Date of Birth
   a. **10-22-1980**
   b. **02-11-1981**
7. SSN
   a. **433-719902**
   b. **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**
8. Driver's License Number (include state)
   a. **006927653**
   b. **007050808**
9. Cell phone
   a. **225-921-7232**
   b. **225-954-1923**
10. Work phone, if applicable:
    a. **225-977-4263**
    b.
11. Email personal
    a. **dean@aluminumaccents.com**
    b. **dawnm_tate@yahoo.com**

12. Educational background- undergraduate?  Degree?  Year?

    **a.  B.S. in Construction Management (Louisiana State University) (2004)**

    **b.  Currently attending Grand Canyon University (Junior in Education)**

13. Employment History for past 15 years- employers' name and address, job duties, job title

    **a.  See attachment sheet**

14. Ever been discharged from employment? Why? When? Employer.

    a.  Yes / **No**

    b.  If so,

        i.  Why?

        ii.  When?

        iii.  Employer?

15. Current Occupation

    **a.  Turnaround Coordinator**

    **b.  Substitute Teacher**

16. Current Employer Name, if any

    **a.  ExxonMobil**

    **b.  Livingston Parish School Board**

17. Current Employer Address, if any

    a.

    b.

18. Current job duties, if any

    **a.  Plan, schedule, & estimate turnaround work. Develop and steward cost budgets. Write bid packages and summaries for sub-contractors.**

    **b.  Substitute teach at Live Oak high school**

19. Have you ever served in the military?  Yes

    **a.  Active Duty Army(2 years) & Army Nation guard(7 years)**

    **b.  Dec. 21, 1998 –March 2009**

    **c.  Honorable or dishonorable discharge? Honorable. Awards received=Department of Defense Distinguished Service Medal, Army**

**Achievement Medal(7), Army Accommodation Medal(3), Meritorious Service Medal, Army Reserve Components Achievement Medal, Nation Defense Service Medal, Army Service Ribbon, Armed Forces Reserve Medal w/ M device, Global War on Terrorism Service Medal, LA War Cross, LA Emergency Service Ribbon, LA General Excellence Medal, LA Longevity Ribbon, Iraq Campaign Medal, Combat Action Badge.**

20. Have either of you ever been divorced? **NO**
    a. If so, name of former spouse(s).
    b. Dates of marriage(s).

21. Ever been arrested?
    a. Yes / **No**

22. If so, please explain on a separate page the crime charged, where it happened, date charged, and what happened (i.e. were you convicted? What was the sentence?)
    a. If incarcerated, name and address of facility.
    b. If incarcerated, dates of incarceration.

23. Have you ever filed a lawsuit in the past? **Yes** / No
    a. If so, please explain on a separate page about it and what happened.

24. Have you ever been sued? Yes / **No**
    a. If so, describe the nature of the suit on a separate page.

25. Have you ever given an interview to the media? **Yes** / No
    a. If so, to whom was it given? **Channel 2 (WBRZ)**
    b. If so, the date(s) of the interview(s). **May 2004**
    c. If so, the topic(s) of the interview(s). **Military Deployment**

26. Has you ever been mentioned in a news story or a newspaper article? **No**
    a. If so, when?
    b. If so, the topic(s) of the news story.
    c. Identify news story or newspaper.

27. Do you own a computer, laptop or blackberry? **Yes**

28. Do you have a Facebook page? Dean=No Dawn=**Yes**
    **a. Dawn Amato**

29. Do you have a MySpace page? Dean=No Dawn=**Yes**

      **a. Dawn Amato**

30. Do you have a LinkedIn account? **No**

    a. If so, user name(s)?

31. Have you ever blogged? **No**

    a. If so, on what topics has Plaintiff blogged?

        i. What is the web address of the blog?

32. Do you own/operate a website? **No**

    a. If so, what is website address?

    b. What is the nature of the website?

33. Do you do any charity work? **Yes**

    a. Family Resource Clinic, Men's discovery weekends

    b. Help organize clinic that helps pregnant teens. Men's ministry that puts on retreats for men 3x a year

34. Have you ever held public office? **No**

    a. If so, what position?

    b. When?

    c. Where?

35. Have Plaintiff ever filed for bankruptcy? **NO**    If so, when and what court.

36. Are you current on your income taxes? **YES**

37. Have you ever been audited by the IRS? **NO**

    a. If so, what was the outcome?

38. Have you ever filed for bankruptcy (personal or business)? **NO**

39. Person to contact in the event no contact can be made with you- name, address, cell, work and home phones, work and personal email; relationship to you.

    **1. Wayne Amato=225-278-3967**

    **2. Peggy Amato=225-572-2730**

    **3. Kenneth Tate=225-664-9750\**

    **4. Debbie Tate=225-573-4608**

**Property Data:**

1. Full Names (last, first, middle initial) of all occupants from 2000 to present.

    **a. Amato, Dean C**

    b.  **Amato, Dawn M**

    c.  **Amato, Halle R**

    d.  **Amato, Emma** C

2. Gender and Dates of Birth of all occupants from 2000 to present.

    a.  **Male (10-22-80)**

    b.  **Female (02-11-81)**

    c.  **Female (11-15-98)**

    d.  **Female (12-18-2006)**

3. Relationship of all occupants to Plaintiff from 2000 to present.

    a.  **Myself**

    b.  **Wife**

    c.  **Daughter**

    d.  **Daughter**

4. What is the name of the Subdivision or Development where the Property is situated?

    a.  **Bellingrath Lakes**

5. Date moved into Property:

    a.  **Oct. 2006**

6. Date Property was Built:

    a.  **March 2006-Sept. 2006**

7. Purchase price of Property:

    a.  **$37,700**

8. From whom Property was purchased:

    a.  **Subdivision Developer (Jeff Couvioun) (Acadiana Constructors)**

9. Has Property ever been renovated?

    a.  Yes/**No**

    b.  If Property has been renovated, the date of the renovation.

10. Full name of Builder/Contractor of Property

    a.  If new construction=**Myself (Dean Christopher Amato)**

    b.  For any renovation

11. Square Footage of Property under roof: **2600**

## Have you made any complaints to the following parties?

1. Insurer: **No**
2. Builder: **No**
3. Developer: **No**
4. Drywall Contractor: **No**
5. Building Seller: **No**
6. Drywall Seller: **No**
7. Drywall Distributor: **No**
8. Drywall Importer: **No**
9. Drywall Manufacturer: **No**
10. CPSC: **No**
11. State Agency: **No**
12. State Representative: **No**
13. Congressperson: **No**
14. Any other person or agency? **No**

## Damages/Problems and date damage/problem became evident:

1. Please list the things that have malfunctioned, such as the vent hood and door chimes, along with the date:

   a. **Door Chimes (2x) 2007 & 2008**

   b. **Samsung Plasma TV (2X) 2007 & 2008**

   c. **Dell Laptop Computer 2007**

   d. **Microwave Display Lights (2008)**

   e. **Oven Display Lights & timer (2008)**

   f. **Klispch Surround Sound Subwoofer speaker (2007)**

   g. **Klispch Ceiling mount speaker (2010)**

   h. **Sony DVD player (2007)**

   i. **Sony Bravia LCD TV (2010)**

   j. **Sony Receiver (2009)**

   k. **Phone jacks (3) (2009)**

   l. **Heater Vent Lights (2) (2007)**

# Amato Vetting Questionnaire Attachment

1. Employment History for past 15 years- employers' name and address, job duties, job title
   a.  2007-Present =ExxonMobil

      2001-2007 =Turner Industries

      1999-2001= Montgomery Watson Engineering

      1998-2009=United State Army & LA Army Nation Guard
   b.  2009-2010=Livingston Parish School Board

      2009-2010=Rabalias Homes

      2007-2009=At home Mother w/ young child

      2005-2007=Harvest Manor

      1999-2005= NEMSCO

2. Have you ever filed a lawsuit in the past?  **Yes** / No

   YES

   Dawn (2002)=Rear ended in car accident and filed suit for medical bills.













