# EXHIBIT 10

Print Form

Plaintiff Profile Form - Residential Properties



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| For Internal Use Only |
|---|
| _____ |
| File Number |
| |
| Date Received |

IN RE: CHINESE MANUFACTURED DRYWALL     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION           SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES     JUDGE FALLON
                                        MAG. JUDGE WILKINSON

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Donald A. & Marcelyn D. Puig
Address of Affected Property: 302 Tallow Creek Drive
Covington, LA 70433

Is this Property:* [X] Residential  [ ] Commercial  [ ] Governmental
Name of Person Completing this Form: Marcelyn Puig

Is above your primary residence?  (•) Yes   No ( )
Mailing Address (if different)

Phone: (985) 249 - 5788

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant

Represented By: Barrios Kingsdorf & Casteix
Address: 701 Poydras Street
Suite 3650
New Orleans, LA 70139
Phone: (504) 524 - 3300
Case No. /Docket Info: 2:09cv07628

**Section II. Insurance Information**

Homeowner/ Renter Insurer: USAA

Policy #: USAA 00350 66 45 92A
Agent:

Address: 9800 Fredericksburg Road
San Antonio, Texas 78288

Phone: (800) 531 - 8222

+ Attach Copy of Insurance Declaration Page See attached

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Donald A. Puig | 3 8 1/06 | -/-/-- | [X] / F | 12 8 1/40 | (•)Yes No ( ) | Owner-Occupant |
| Marcelyn D. Puig | 3 8 1/06 | -/-/-- | M / [X] | 08 22/48 | (•)Yes No ( ) | Owner-Occupant |
| | / / | / / | M / F | / / | ( )Yes No ( ) | |
| | / / | / / | M / F | / / | ( )Yes No ( ) | |
| | / / | / / | M / F | / / | ( )Yes No ( ) | |
| | / / | / / | M / F | / / | ( )Yes No ( ) | |
| | / / | / / | M / F | / / | ( )Yes No ( ) | |
| | / / | / / | M / F | / / | ( )Yes No ( ) | |
| | / / | / / | M / F | / / | ( )Yes No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ● Yes   No ○

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Todd Nowicki - Director of Construction - Southern Homes

1.2. When did the inspection take place?  08 /14 /09   Project Time & Cost Forensic Consulting Services 10/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  ● Yes   No ○  Todd Nowicki - Director of Construction - Southern Homes

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?

2.2. When was this determination made?  08 /14 /09   Project Time & Cost Forensic Consulting Services 10/09

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | "K" | Throughout home |
|  | "Tanjin - China - AST" |  |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2786 | | | |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | ☒ | |
| Height of Interior Walls | 10 Feet | Year-round | ☒ | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | ☒ | | |
| Were repairs made to the plumbing system? | | No | |
| Dates: N/A | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | ☒ | | |
| 2nd Panel | | | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | ☒ | |
| Dates: N/A | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper See attached

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | 03 /31 /06 |
|---|---|---|---|
| Move in Date: | 03 /31 /06 | Date Acquired Home | 03 /31 /06 |

Date Range for Renovations: (Month/Day/Year) N/A

| Start Date: | -- /-- /-- | Completion Date | -- /-- /-- |
|---|---|---|---|
| Move in Date: | -- /-- /-- | | |

Renovation(s) N/A

| | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ☒ |
| First Floor: Full Wall of drywall replaced | | | ☒ |
| Second Floor: Any drywall replaced | | | ☒ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Southern Homes, LLC

Address:  2053 Gause Boulevard East
Suite 200
Slidell, LA 70461

Phone:  (985 ) 643  - 0123

+ Attach Copy of Construction/Renovation Contract N/A
+ Attach Copy of New Home Warranty Declaration N/A

## Section IX. Drywall Installer

Drywall Installer's Name:

Southern Homes, LLC

Address:  2053 Gause Boulevard East
Suite 200
Slidell, LA 70461

Phone:  (985 ) 643  - 0123

## Section X. Drywall Supplier

Drywall Supplier's Name:

Unknown

Address:

Phone:  (   )   -

PuigDM00002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

PuigDM00003

Page 3



PAGE  21
MAIL-GENR-I

UNITED SERVICES AUTOMOBILE ASSOCIATION

9800 Fredericksburg Road - San Antonio, Texas 78288
HOMEOWNERS POLICY DECLARATIONS

Named Insured and Residence Premises

DONALD A PUIG AND MARCELYN D PUIG

302 TALLOW CREEK BLVD
COVINGTON, SAINT TAMMANY, LA  70433-7909

Policy Number

USAA   00350 66 45  92A

Policy Period From:  03/30/09      To:  03/30/10
(12:01 A.M. standard time at location of the residence premises)

| SECTION I - COVERAGES AND AMOUNTS OF INSURANCE | |
|---|---|
| COVERAGE A - DWELLING PROTECTION | $251,000 |
| COVERAGE B - OTHER STRUCTURES PROTECTION | $62,750 |
| COVERAGE C - PERSONAL PROPERTY PROTECTION | $188,250 |
| COVERAGE D - LOSS OF USE PROTECTION (UP TO 12 MONTHS) | $50,200 |
| SECTION II - COVERAGES AND LIMITS OF LIABILITY | |
| Personal Liability - Each Occurrence | $300,000 |
| Medical Payments to Others | $5,000 |

DEDUCTIBLES (Applies to SECTION I Coverages ONLY)
          We cover only that part of the loss over the deductible stated.
WIND AND HAIL              $5,020    (2%)
ALL OTHER PERILS           $500

POLICY PREMIUM for Section I and Section II Coverages Above          $1,723.00

CREDITS AND DISCOUNTS (Included in policy premium above.)     $856.68 CR
    Details on the following page. (If applicable)

OTHER COVERAGES AND ENDORSEMENTS                                    $6.78

    Forms and Endorsements are printed on the following page.

STATE SURCHARGES AND TAXES (Shown below if applicable)
    SURCHARGES ARE PRINTED ON THE FOLLOWING PAGE.                   $86.49
    2005 LA CITIZENS ASSESSMENTS

TOTAL POLICY PREMIUM
    Including Credits, Discounts, Optional Coverages, Endorsements, State Surcharges and Taxes
                                                             $1,816.27

                    THIS IS NOT A BILL.  STATEMENT TO FOLLOW.

FIRST MORTGAGEE:
CHASE HOME FINANCE LLC              LOAN NR      1905222392
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA   30362

In witness whereof, this policy is signed on  01/29/09

*Laura Bishop*
        Laura Bishop                                    PuigDM00004
President, USAA Reciprocal Attorney-in-Fact, Inc.

        REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.

HO-D1 (07-08)                                                87028-0708



UNITED SERVICES AUTOMOBILE ASSOCIATION
HOMEOWNERS POLICY DECLARATIONS

Policy Number          Policy Term:  03/30/09      03/30/10
USAA  00350 66 45  92A                    Inception       Expiration

SECOND MORTGAGEE:
   U. S. SMALL BUSINESS ADMINISTRATION
   DISASTER ASSISTANCE - AREA 3
   14925 KINGSPORT RD
   FORT WORTH,TX  76155

SPECIFICALLY LISTED BELOW ARE THE DECLARATIONS AND PREMIUMS FOR ENDORSEMENTS MADE A
PART OF THIS POLICY.  THE ENDORSEMENTS ARE ATTACHED STATING TERMS AND CONDITIONS.

```
     QR3           (07-08) QUICK REFERENCE-SPECIAL FORM
     HO-3R(02)     (07-08) HOMEOWNERS SPECIAL FORM
     HO-LA         (07-08) LOUISIANA SPECIAL PROVISIONS
     HOSLS3(02)    (07-08) SPECIAL LOSS SETTLEMENT
     HO-125        (07-08) HOME PROTECTOR
     HO-208        (07-08) WATER BACKUP OR SUMP PUMP OVERFLOW
     HO-728        (07-08) REPLACEMENT COST COVERAGE
     HO-513        (07-08) PERSONAL COMPUTER COVERAGE            $6.78
```

YOUR PREMIUM HAS BEEN REDUCED BY THE FOLLOWING CREDITS AND DISCOUNTS:

```
   AUTO AND HOME COMBINATION DISCOUNT            $192.19 CR
   CLAIMS FREE DISCOUNT                          $192.19 CR
   HOME AGE DISCOUNT                             $472.30 CR
```

SPECIFICALLY LISTED BELOW ARE SURCHARGES.

```
   2005 LA FAIR PLAN EMERGENCY ASSESSMENT                  $86.49
```

PuigDM00005

HO-D2 (07-08)                    01/29/09

87029-0708



UNITED SERVICES AUTOMOBILE ASSOCIATION    MAIL-GENR-1

9800 Fredericksburg Road – San Antonio, Texas 78288

## RENEWAL DECLARATIONS PAGE

Named Insured and Residence Premises

EDWARD A. PUIG AND MARCELYN DI PUIG

302 TALLOW CREEK BLVD
COVINGTON, SAINT TAMMANY, LA 70433-7909

Policy Number

USAA 00350 66 45 92A

*SBA Application*
*#250687*

POLICY PERIOD From: 03/30/08   To: 03/30/09
(12:01 A.M. standard time at location of the residence premises)

### COVERAGES AND LIMITS OF LIABILITY

| | | |
|---|---|---|
| SECTION I | A. Dwelling | $227,000 |
| | C. Personal Property | $170,250 |
| | D. Loss of Use (UP TO 12 MONTHS) | $45,400 |
| SECTION II | E. Personal Liability – Each Occurrence | $300,000 |
| | F. Medical Payments to Others – Each Person | $1,000 |

Your premium has already been reduced by the following:

| | |
|---|---|
| FIRE/BURGLARY CREDIT | $31.65 CR |
| NEW HOME DISCOUNT | $300.68 CR |

BASIC PREMIUM    $1,265.04

### OTHER COVERAGES AND ENDORSEMENTS

Form and Endorsements are printed on the following page.    $308.68

### DEDUCTIBLES (SECTION I ONLY)

We cover only that part of the loss over the deductible stated.

| | | |
|---|---|---|
| WIND AND HAIL | $4,540 | (2%) |
| ALL OTHER PERILS | $500 | |

DEDUCTIBLE CREDIT    $189.90

SURCHARGES ARE PRINTED ON THE FOLLOWING PAGE.
2005 LA CITIZENS ASSESSMENTS    $69.19

TOTAL POLICY PREMIUM INCLUDING SURCHARGES    $1,454.01

## THIS IS NOT A BILL. STATEMENT TO FOLLOW.

FIRST MORTGAGEE:
CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS AS THEIR INTERESTS
MAY APPEAR, PO BOX 47020
DORAVILLE, GA 30362

LOAN NR    1905222392

In Witness Whereof, this policy is signed on 01/31/08

Robert G. Davis
Attorney-in-Fact

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.

ATTACH THIS DECLARATION TO PREVIOUS POLICY

HO-D1 (04-93)

PuigDM00006

PAGE 9



**UNITED SERVICES AUTOMOBILE ASSOCIATION**
**RENEWAL DECLARATIONS PAGE**

Policy Number      Policy Term:   03/30/08     03/30/09
USAA   00350 66 45 92A               Inception       Expiration

SECOND MORTGAGEE:
   U. S. SMALL BUSINESS ADMINISTRATION
   DISASTER ASSISTANCE - AREA 3
   14925 KINGSPORT RD
   FORT WORTH,TX 76155

SPECIFICALLY LISTED BELOW ARE THE DECLARATIONS AND PREMIUMS FOR ENDORSEMENTS MADE A
PART OF THIS POLICY AT THE TIME OF ISSUE. THE ENDORSEMENTS ARE ATTACHED STATING
TERMS AND CONDITIONS.

| | | | | |
|---|---|---|---|---|
| IN FORCE | QR3 | (04-93) | QUICK REFERENCE-SPECIAL FORM | |
| IN FORCE | HO-3R | (04-93) | HOMEOWNERS SPECIAL FORM | |
| IN FORCE | ESA | (02-05) | SPOUSE ACCESS ENDORSEMENT | |
| ADD | HO-FLDA | (01-07) | HOME FLOOD AMENDATORY ENDR | |
| IN FORCE | HO-IDFLA | (07-01) | IDENTITY AND FINANCIAL FRAUD COVERAGE | |
| ADD | HO-LA | (11-06) | LOUISIANA SPECIAL PROVISIONS | |
| IN FORCE | HO-MLDLA | (07-01) | AMENDMENT TO CONTRACT PROVISIONS | |
| IN FORCE | HO-17 | (07-00) | ADJUSTED BUILDING COST | |
| IN FORCE | HO-216 | (04-93) | FIRE/BURGLARY PROTECTION CREDIT | |
| IN FORCE | HO-125 | (04-93) | HOME PROTECTOR | $158.25 |
| ADD | HO-513 | (04-93) | PERSONAL COMPUTER COVERAGE | $8.00 |
| IN FORCE | HO-728 | (06-97) | REPLACEMENT COST COVERAGE | $142.43 |

SPECIFICALLY LISTED BELOW ARE SURCHARGES.

     2005 LA FAIR PLAN EMERGENCY ASSESSMENT          $69.19

*Donald A. Puig*
*+ Marcelyn D. Puig*

*SBA Application*
*#250687*

HO-D2 (04-93)               01/31/08             PuigDM00007



UNITED SERVICES AUTOMOBILE ASSOCIATION

PAGE 3
MAIL MACH-1

9800 Fredericksburg Road - San Antonio, Texas 78288

AMENDED DECLARATIONS PAGE - EFFECTIVE  07/07/07

Named Insured and Residence Premises

DONALD A PUIG AND MARCELYN D PUIG

302 TALLOW CREEK BLVD
COVINGTON, SAINT TAMMANY, LA  70433-7909

Policy  Number

USAA  00350 66 45  92A

POLICY PERIOD From:  03/30/07    To:  03/30/08
(12:01 A.M. standard time at location of the residence premises)

**COVERAGES AND LIMITS OF LIABILITY**

SECTION I  A. Dwelling                                    $227,000
           C. Personal Property                          $170,250
           D. Loss of Use (UP TO 12 MONTHS)               $45,400

SECTION II E. Personal Liability – Each Occurrence        $300,000
           F. Medical Payments to Others – Each Person      $1,000

Your premium has already been reduced by the following:
           FIRE/BURGLARY CREDIT                           $31.65 CR
           NEW HOME DISCOUNT                             $332.33 CR

                                    BASIC PREMIUM    $1,233.39

**OTHER COVERAGES AND ENDORSEMENTS**

     Form and Endorsements are printed on the following page.          $308.68

**DEDUCTIBLES (SECTION I ONLY)**

     We cover only that part of the loss over the deductible stated.
       WIND AND HAIL      $4,540    (2%)
       ALL OTHER PERILS    $500

                                    DEDUCTIBLE CREDIT    $189.90

SURCHARGES ARE PRINTED ON THE FOLLOWING PAGE.
                                                          $144.68

          TOTAL POLICY PREMIUM INCLUDING SURCHARGES        $1,496.85

                                          THIS IS NOT A BILL.

**FIRST MORTGAGEE:**
CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS AS THEIR INTERESTS     LOAN NR    1905222392
MAY APPEAR, PO BOX 47020
DORAVILLE, GA  30362

In Witness Whereof, this policy is signed on 07/06/07

Robert G. Davis
Attorney-in-Fact

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.

HO-D1 (04-93)      ATTACH THIS DECLARATION TO PREVIOUS POLICY

PuigDM00008



LAST PAGE   4

UNITED SERVICES AUTOMOBILE ASSOCIATION
AMENDED DECLARATIONS PAGE - EFFECTIVE 07/07/07

| Policy Number | | Policy Term: | 03/30/07 | 03/30/08 |
|---|---|---|---|---|
| USAA 00350 66 45 92A | | | Inception | Expiration |

SECOND MORTGAGEE:
    U. S. SMALL BUSINESS ADMINISTRATION
    DISASTER ASSISTANCE - AREA 3
    14925 KINGSPORT RD
    FORT WORTH,TX  76155

SPECIFICALLY LISTED BELOW ARE THE DECLARATIONS AND PREMIUMS FOR ENDORSEMENTS MADE A
PART OF THIS POLICY AT THE TIME OF ISSUE.  THE ENDORSEMENTS ARE ATTACHED STATING
TERMS AND CONDITIONS.

| | | | | |
|---|---|---|---|---|
| IN FORCE | QR3 | (04-93) | QUICK REFERENCE-SPECIAL FORM | |
| IN FORCE | HO-3R | (04-93) | HOMEOWNERS SPECIAL FORM | |
| IN FORCE | ESA | (02-05) | SPOUSE ACCESS ENDORSEMENT | |
| IN FORCE | HO-IDFLA | (07-01) | IDENTITY AND FINANCIAL FRAUD COVERAGE | |
| IN FORCE | HO-LA | (01-06) | LOUISIANA SPECIAL PROVISIONS | |
| IN FORCE | HO-MLDLA | (07-01) | AMENDMENT TO CONTRACT PROVISIONS | |
| IN FORCE | HO-17 | (07-00) | ADJUSTED BUILDING COST | |
| IN FORCE | HO-216 | (04-93) | FIRE/BURGLARY PROTECTION CREDIT | |
| IN FORCE | HO-125 | (04-93) | HOME PROTECTOR | $158.25 |
| IN FORCE | HO-513 | (04-93) | PERSONAL COMPUTER COVERAGE | $8.00 |
| IN FORCE | HO-728 | (06-97) | REPLACEMENT COST COVERAGE | $142.43 |

SPECIFICALLY LISTED BELOW ARE SURCHARGES.

|  |  |
|---|---|
| 2005 LA FAIR PLAN REGULAR ASSESSMENT | $59.49 |
| 2005 LA COASTAL PLAN REGULAR ASSESSMENT | $36.51 |
| 2005 LA FAIR PLAN EMERGENCY ASSESSMENT | $48.68 |

REASON(S) FOR CHANGE:

MISCELLANEOUS POLICY CHANGES

HO-D2 (04-93)                    07/06/07                    PuigDM00009




PAGE 3
MAIL MACH-1

# UNITED SERVICES AUTOMOBILE ASSOCIATION

**USAA®**

9800 Fredericksburg Road – San Antonio, Texas  78288
## HOMEOWNERS POLICY DECLARATIONS

Named Insured and Residence Premises

Policy  Number

DONALD A PUIG AND MARCELYN D PUIG

USAA  00350 66 45  92A

302 TALLOW CREEK BLVD
COVINGTON, SAINT TAMMANY, LA  70433-7909

POLICY PERIOD From:  03/30/06   To:   03/30/07
(12:01 A.M. standard time at location of the residence premises)

| COVERAGES AND LIMITS OF LIABILITY | | |
|---|---|---|
| SECTION I   A. Dwelling | | $217,000 |
| C. Personal Property | | $162,750 |
| D. Loss of Use  (UP TO 12 MONTHS) | | $43,400 |
| SECTION II  E. Personal Liability – Each Occurrence | | $300,000 |
| F. Medical Payments to Others – Each Person | | $1,000 |

Your premium has already been reduced by the following:
FIRE/BURGLARY CREDIT                                 $31.76 CR
NEW HOME DISCOUNT                                   $381.15 CR

BASIC PREMIUM    $1,190.07

**OTHER COVERAGES AND ENDORSEMENTS**

Form and Endorsements are printed on the following page.                    $309.74

**DEDUCTIBLES (SECTION I ONLY)**

We cover only that part of the loss over the deductible stated.
WIND AND HAIL        $4,340    (2%)
ALL OTHER PERILS        $500

DEDUCTIBLE CREDIT        $190.58

TOTAL POLICY PREMIUM        $1,309.23

THIS IS NOT A BILL.   STATEMENT TO FOLLOW.

FIRST MORTGAGEE:
SOUTHERN MORTGAGE COMPANY
1428 GAUSE BLVD STE 103
SLIDELL,LA  70458-2247

In Witness Whereof, this policy is signed on 03/20/06

Robert G. Davis
Attorney-In-Fact

PuigDM00010

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.

HO-D1 (04-93)

PAGE    4



UNITED SERVICES AUTOMOBILE ASSOCIATION
HOMEOWNERS POLICY DECLARATIONS

**Policy Number**                    **Policy Term:** 03/30/06    03/30/07
USAA  00350 66 45  92A                              Inception    Expiration

SECOND MORTGAGEE:
  U. S. SMALL BUSINESS ADMINISTRATION
  DISASTER ASSISTANCE - AREA 3
  14925 KINGSPORT RD
  FORT WORTH,TX  76155

SECTION II - OTHER INSURED LOCATION(S):

  75 JONES DR
  CHALMETTE, SAINT BERNARD, LA 70043-4508

SPECIFICALLY LISTED BELOW ARE THE DECLARATIONS AND PREMIUMS FOR ENDORSEMENTS MADE A
PART OF THIS POLICY AT THE TIME OF ISSUE.  THE ENDORSEMENTS ARE ATTACHED STATING
TERMS AND CONDITIONS.

|  |  |  |  |
|---|---|---|---|
| QR3 | (04-93) | QUICK REFERENCE-SPECIAL FORM | |
| HO-3R | (04-93) | HOMEOWNERS SPECIAL FORM | |
| ESA | (02-05) | SPOUSE ACCESS ENDORSEMENT | |
| HO-IDFLA | (07-01) | IDENTITY AND FINANCIAL FRAUD COVERAGE | |
| HO-LA | (01-06) | LOUISIANA SPECIAL PROVISIONS | |
| HO-MLDLA | (07-01) | AMENDMENT TO CONTRACT PROVISIONS | |
| HO-17 | (07-00) | ADJUSTED BUILDING COST | |
| HO-216 | (04-93) | FIRE/BURGLARY PROTECTION CREDIT | |
| HO-125 | (04-93) | HOME PROTECTOR | $158.81 |
| HO-513 | (04-93) | PERSONAL COMPUTER COVERAGE | $8.00 |
| HO-728 | (06-97) | REPLACEMENT COST COVERAGE | $142.93 |

HO-D2 (04-93)                    03/20/06                    PuigDM00011

# Deerfield



PATIO

WALK IN CLOSET

**MASTER BEDROOM**
15'-4" x 13'-6"

**DINING ROOM**
13'-0" x 12'-8"

**FAMILY ROOM**
22'-8" x 17'-0"

OPTIONAL FIREPLACE

**MASTER BATH**

LINEN

WALK IN CLOSET

SHOWER

**KITCHEN**
15'-10" x 11'-4"

DW

OPTIONAL ISLAND

REF

**OPTIONAL RETREAT**
12'-10" x 10'-8"

CLOSET

**BEDROOM 4/ OPT. RETREAT**
12'-10" x 10'-8"

CLOSET

CLOSET

LINEN

**BATH**

CLOSET

A/C

PANTRY

CLOSET

DRYER SPACE

WASHER SPACE

WH

**UTIL.**

**BREAKFAST**
10'-8" x 9'-6"

**BEDROOM 3**
11'-8" x 11'-0"

STUDY DOORS

**FOYER**

**BEDROOM 2/ OPTIONAL STUDY**
11'-6" x 10'-6"

**2 CAR GARAGE**
20'-5" x 20'-1"

**PORCH**



FAMILY ROOM        DINING ROOM

**OPTIONAL COVERED PATIO**

*"Prices, features & specifications are subject to change without notice. Square footage is approximate. Floorplan may not be representative of all elevations.*

GEN

**Southern Homes**

*Design is the Difference*sm

| | |
|---|---|
| Living area: | 2,333 square feet |
| Garage area: | 453 |
| Total area: | 2,786 |

www.SouthernHomes.com

PuigDM00012




# Driskill Environmental Consultants LLC
### INSPECTION REPORT
Defective Drywall
Barrios Kingsdorf & Casteix, LLP / Donald & Marcelyn Puig
302 Tallow Creek Dr., Covington, LA 70433
January 14, 2011

Report Prepared By:

Brent J. Driskill, CMC, CMRS,

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State**
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Member*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*
*Certified Microbial Consultant*



Office (504) 738-2779 / Fax (504) 737-1960
www.brent@smarttipsolutions.com

## Driskill Environmental Consultants LLC

# Contents

INTRODUCTION ............................................................................................................................3

INTERVIEW WITH CLIENT OR HOMEOWNER: ....................................................................3

WORD AND PHRASE DEFINITIONS ........................................................................................4

INSPECTION INFORMATION ....................................................................................................4

PROPERTY DESCRIPTION ........................................................................................................4

INSPECTION RESULTS ..............................................................................................................5

    ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES ........................................................5
    WATER HEATER AND APPLIANCES ......................................................................................6
    BATHROOMS..............................................................................................................................7
    CENTRAL AIR CONDITIONERS AND FURNACES ................................................................7

DAMAGE ASSESSMENT ............................................................................................................7

BOROSCOPE WALL CAVITY INSPECTION ............................................................................8

PHOTO LOG ................................................................................................................................8

# Driskill Environmental Consultants LLC

## *INTRODUCTION*

Site Inspectors: Brent Driskill & Brian Driskill
The Following Inspection was performed for the Client:
Barrios Kingsdorf & Casteix, LLP, on January 14, 2011

The recommendations or requirements made in this report cannot address unforeseen hidden or inaccessible defective drywall or damages inflicted upon various metals and contents within the structure.  Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by chemical off gassing from defective drywall. The contents of this report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

The client and property owner is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C.  Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise directed by the client and/or home owner. Please contact Driskill Environmental Consultants LLC for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition or remediation of any materials affected by defective drywall, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. The client and/or home owner understands that this Inspection Report is performed and prepared for Client and/or home owner's sole and exclusive use and is NOT intended to be relied upon by any 3rd party.

This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

### *INTERVIEW WITH CLIENT OR HOMEOWNER:*
An interview with the client revealed that at this time, it must be determined if the structure contains defective drywall and all evidence of defective drywall must be documented.

## Driskill Environmental Consultants LLC

**Word and Phrase Definitions**
The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Corrosion (A.C.):** Corrosion on wiring or metal components beyond that which should be expected as compared to the normal rate of corrosion as of the date installed.

**Instrument readings, when conducted** are reported in **ppm, (parts per million). NOTE: (<) symbol indicates "less than".**

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Accessible (N/A):** An item or system or a component of the same was not accessible to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected during the time of this inspection.

*INSPECTION INFORMATION*
On January 14, 2011, a qualified inspector conducted a visual inspection of the subject structure located at 302 Tallow Creek Dr., Covington, LA, 70433 to determine the presence of defective drywall and the resulting corrosive damages to electrical and copper components and other metals inside the structure. The process of properly conducting a visual inspection including a written report with photos of contaminated contents, items and devices shall include the following:

| PROPERTY DESCRIPTION | |
|---|---|
| **Type of Construction** | Wood Frame |
| **Use of Structure** | Single Family Residential |
| **Age of Structure** | 2006 |
| **Approximate Sq. Ft.** | 2,745 Sq. Ft. |
| **Stories / Levels** | One Level |
| **Brand of Drywall** | KNAUF |
| **Interior Walls** | Drywall |
| **Interior Ceilings** | Drywall |
| **Foundation** | Concrete Slab |
| **Flooring** | Carpeting and Ceramic Tile |
| **Exterior Walls** | Brick and Vinyl Siding |
| **Roof System** | Seal Tab Shingle |
| **Number of A/C Systems** | One System – 5 ½ Ton Unit |

## Driskill Environmental Consultants LLC

SYSTEMS AND DEVICES INSPECTED

ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES
Removal or accessing electrical components for visual inspection such as; electrical receptacles, light switches, main electrical panel, sub electrical panel, multi breaker panels, electrical junction boxes and other electrical terminations for the purpose of visually identifying black corrosion on copper terminal connections.

ELECTRICAL APPLIANCES & DEVICES
- Electrical devices, their components and electrical terminal connections (when accessible) are inspected during the   inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

AIR CONDITIONERS & FURNACES
- Other copper and metal components shall include central air conditioning cooling coils, refrigerant lines and electrical wiring connections in the air handler or furnace system.

DRYWALL PRODUCT IDENTIFICATION
- Included in this inspection are visual observations of the back side of drywall installed in the structure.  The most obvious places are attics and the backside of some closets. The most reliable evidence of the presence of defective drywall is the words "Made in China" or "China" stamped on the back side of the drywall. This inspection might include an internal wall cavity boroscope video recording for the purposes of determining the presence of stamped markings identifying the manufacturer.

*INSPECTION RESULTS*

***ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES***

| ELECTRICAL SYSTEM AND COMPONENTS | | |
|---|---|---|
| **Main Electrical Panel** | **Visual Conditions** | **NOTES** |
| **Location – Laundry Room** | | |
| Condition of Ground Wire | **Advanced Corrosion** | |
| Condition of Buss Bar | **Advanced Corrosion** | |
| Condition of Breaker Terminals | **Advanced Corrosion** | |
| Condition of Other Metals | Serviceable Condition | |

## Driskill Environmental Consultants LLC

| ELECTRICAL SWITCHES/RECEPTACLES | | | | |
|---|---|---|---|---|
| Room | General Location | Condition | Quantity Receptacles | Quantity Switches |
| Breakfast Table | Near Garage Entrance | A.C. | | 1 |
| Breakfast Bar | At Counter | A.C. | 1 | 1 |
| Dining Room | At Entrance | A.C. | | 1 |
| Living Room | At A/C Closet | A.C. | 1 | |
| Living Room | At Exit Door | A.C. | | 2 |
| Art Room | At Entrance Door | A.C. | | 1 |
| Office | At Entrance Door | A.C. | | 1 |
| Guest Bedroom | At Entrance Door | A.C. | | 1 |

*WATER HEATER AND APPLIANCES*

| WATER HEATER INFORMATION | | |
|---|---|---|
| Water Heater | Supply Water Lines Visual Condition | NOTES |
| Location – Garage | | |
| Supply Lines | **Advanced Corrosion** | |
| Metal Components | **Advanced Corrosion** | |
| Overall Condition | Serviceable Condition | |
| Make | Rheem | |

| APPLIANCES | | |
|---|---|---|
| Type | External Visual Conditions | NOTES |
| Refrigerator/Freezer | Ice Maker Controls Failed | |
| Clothes Washer | Not Accessible | |
| Clothes Dryer | Not Accessible | |
| Dishwasher | Serviceable Condition | |
| Range/Cook Top | N. I. | |
| Oven | N. I. | |
| Microwave Oven | Serviceable Condition | |
| Garage Door Opener | N. I. | |
| TV Sets | Signs of Failing | |
| Electronic Devices | (2) DVD Players - Not Operable | |
| Kitchen Sink | Serviceable Condition | |

## Driskill Environmental Consultants LLC

*BATHROOMS*

| BATHROOMS | | |
|---|---|---|
| **Bathrooms** | **Visual Conditions** | **NOTES** |
| **Location - Hall** | | |
| Toilet Supply Lines/Valves | **Advanced Corrosion** | |
| Lavatory Supply Lines/Valves | PEX | |
| Lavatory Drain Lines | P.V.C. | |
| Lavatory Fixtures/Faucets | **Advanced Corrosion** | |
| Shower/Bathtub/Faucets | **Advanced Corrosion** | |
| **Location - Master Bedroom** | | |
| Toilet Supply Lines/Valves | **Advanced Corrosion** | |
| Lavatory Supply Lines/Valves | PEX | |
| Lavatory Drain Lines | P.V.C. | |
| Lavatory Fixtures/Faucets | Serviceable Condition | |
| Shower Rack | **Advanced Corrosion** | |
| Mirror | **Advanced Corrosion** | |

*CENTRAL AIR CONDITIONERS AND FURNACES*

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| **A/C System** | **Visual Conditions** | **NOTES** |
| **Location - Attic** | | |
| Make and Type - | Goodman | |
| Condition of Evaporator Coils | **Advanced Corrosion** | |
| Condition of Wiring | Not Accessible | |
| Components Replaced | **Cooling Coil Replaced (3) Times** | |

*INSPECTION RESULTS*
*DAMAGE ASSESSMENT*
Primary damage caused by defective drywall that includes visually observed corrosion of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. The main electrical panel is located in the laundry room and the copper ground wiring, buss bar and breaker terminals all displayed advanced corrosion.

2. Throughout the entire structure, the exposed copper ground wiring in electrical receptacles and switches displayed advanced corrosion.

3. The copper supply lines and metal components of the water heater, located in the garage, displayed advanced corrosion.

4. In the kitchen, the icemaker is no longer operational.

5. The television sets are reportedly displaying signs of failure and two of the DVD players are no longer operational.

6. The toilet, water supply lines for the hall bath and master bath displayed advanced corrosion.

## Driskill Environmental Consultants LLC

7. The cooling coil in the AC unit located in the hall closet displayed advanced corrosion and has been replaced (3) times.

8. Household contents such as eye glass frames and picture frames are displaying signs of advanced corrosion.

9. During this inspection, Knauf stamped drywall was observed many areas.   A total of 6 drywall samples were drilled indicating Knauf manufactured drywall.

### BOROSCOPE WALL CAVITY INSPECTION
One, 4-inch diameter hole was drilled into the garage ceiling to retrieve a drywall disc and contained stamped lettering indicating Knauf brand drywall.

| SAMPLES TAKEN | | |
|---|---|---|
| Sample Number | Location of Drywall | Stamped Marking |
| Sample #1 | Laundry Room Ceiling | "TM" |
| Sample #2 | Hall Ceiling | "ST" |
| Sample #3 | Entrance Foyer Wall | "KN" |
| Sample #4 | Wall in Scrap Book Room | " |
| Sample #5 | Living Room Wall | "HI" |
| Sample #6 | Dining Room Wall | "UF" |

### LETTER REFERENCING CHART
# KNAUF–TIANJIN CHINA–ASTM C36

### PHOTO LOG
Photos of this inspection will be e-mailed via www.yousendit.com. Go to their site when instructed through your e-mail and down load the zip file.  The photos in this file are identified by the home address i.e. 302 Tallow Creek Dr.

### DEFECTIVE DRYWALL IDENTIFICATION
Various amounts of content damage (IF ANY) throughout this report are referenced regarding the visible amount of black advanced corrosion observed primarily on copper wiring, receptacles, switches and other electrical components.  Because other building materials, appliances, items or contents do not display black corrosion does not necessarily mean that they are not affected by chemical related gasses or compounds. There is a possibility of having a mixture of defective drywall installed adjacent to non defective drywall; therefore it would be reasonable to conclude that there would be an unknown mixture of defective China manufactured drywall along with non defective drywall.

| Community | Date |
|---|---|
| _Tallow Creek_ | 8/14/09 |
| Homeowner(s) | |
| _Ping_ | |
| Address | |
| _302 Tallow Creek_ | |

| Yes | No | H.O. Initial | |
|---|---|---|---|
| ✓ | | | Is there a sulfur smell in the home? If so, indicate strong or weak smell_____ |
| ✓ | | | Is there evidence of corrosion on copper electrical wiring? |
| ✓ | | | Is there evidence of corrosion on copper plumbing lines? _HWH_ |
| ✓ | N/A | | Is there evidence of corrosion on copper HVAC lines? |
| | ✓ | | Are there markings on drywall indicating "Made in China" or "Knauf"? |
| | ✓ | | Are there other markings on drywall? If so, describe _____ |
| ✓ | | | Is there evidence of electrical system failure? _Range, Dryer panel, Ice maker, WH,_ |
| ✓ | | | Is there evidence of HVAC system failure? _x 3 Coils_ |
| N/A | | | Is there evidence of plumbing failure? |

_[signature]_ 8/14/09
**Homeowner Signature**     **Date**

_____
**Homeowner – Print Name**

_[signature]_ 8/14/09
**Inspector Signature**     **Date**

_____
**Inspector – Print Name**













