## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

THIS DOCUMENT RELATES TO

JUDGE FALLON
MAG. JUDGE WILKINSON

Payton et al v. Knauf Gips KG et al
EDLA 09-07628

### SUPPLEMENTAL DECLARATION OF ARNOLD LEVIN

I, Arnold Levin, declare as follows:

1.  I am lead counsel in the *In re Chinese-Manufactured Drywall* MDL and familiar with the
factual and legal issues discussed herein.

2.  Each of the proposed class representative plaintiffs, Dr. Steven Roberts, 10013
Cobblestone Creek Drive, Boynton Beach, FL 33472; Karen Vickers, 2259 SE 19th Avenue,
Homestead, FL 33035; Jennifer and Felix Martinez, 2250 SE 19th Avenue, Homestead, FL
33035; Jason Santiago, 2140 SE 19th Avenue, Homestead, FL 33035; Dean and Dawn Amato,
18615 Bellingrath Lakes, Greenwell Springs, LA 70739; Edward and Susan Beckendorf, 304
Brown Thrasher Loop S., Madisonville, LA 70447; Byron and Debra Byrne, 532 Snead Court,
Slidell, LA 70458; and Donald and Marcelyn Puig, 302 Tallow Creek Dr., Covington, LA 70433
have properly filed a completed Plaintiff Profile Form (PPF) which provides the product
identification for Knauf drywall in their homes.

3.  Each of the proposed class representatives has retained professionals to inspect their
homes.  As a result of these inspections I have obtained photographic product identification of

1

Knauf drywall in these homes, and evidence of corrosion damage.

4.   Each of the proposed class representatives has reported that HVAC, appliances and other electronics have prematurely failed in their homes.

5.   The Omni Complaint filings indicate that over 2,000 Florida and Louisiana claimant homeowners have Knauf drywall in their homes.

6.   The PSC has obtained Chinese drywall delivery records for Florida and Louisiana from various parties including Interior Exterior, La Suprema, Banner Supply and others which document the widespread delivery of Knauf drywall between 2005-2008 for construction of homes in Florida and Louisiana.

7.   Each of the proposed class representatives has fully cooperated with counsel and the Court in this litigation.  Each has completed and filed a PPF.  Each has subjected their home to a screening inspection to determine product identification and the fact of corrosion damage.  Each is available for deposition, each has or will make their home available for inspection by Defendants, and each understands the responsibilities of a class representative and accepts those responsibilities.

8.   The Curriculum Vitae of proposed class counsel Arnold Levin of Levin, Fishbein, Sedran & Berman; Ervin Gonzalez, of Colson Hicks Eidson and Richard Lewis, of Hausfeld LLP (Florida Class); and Russ Herman of Herman, Herman, Katz & Cotlar, LLP and Gerald Meunier, of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC (Louisiana Class) are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_March 10, 2011_
Date

_____
Arnold Levin

3

# EXHIBIT 1

*ARNOLD LEVIN*

*LEVIN, FISHBEIN, SEDRAN & BERMAN*

Levin, Fishbein, Sedran & Berman is a litigation firm specializing in complex litigation on both a local and national level.

Arnold Levin is the senior partner in the law firm of Levin, Fishbein, Sedran & Berman. He graduated from Temple University, B.S., in 1961, and Temple Law School, LLB, in 1964.

The Firm has litigated major antitrust and products liability cases, including: *In Re Commercial Explosives Antitrust Litigation*, *In Re Graphite Electrodes Antitrust Litigation*, *In Re Clozapine Antitrust Litigation*, *In Re Travel Agents Commission Antitrust Litigation*, *In re Three Mile Island Litigation; In Re Orthopedic Bone Screws Product Liability Litigation*, *In Re Diet Drug Product Liability Litigation*, *In Re Rezulin Products Liability Litigation*, *In Re Propulsid Products Liability Litigation*, *In Re PPA Products Liability Litigation*, *In re Vioxx Products Liability Litigation*, and *In Re Chinese-Manufactured Drywall Products Liability Litigation.*

He is admitted to the following Courts: U.S. District Court, Eastern District of Pennsylvania, U.S. Court of Appeals, Third, Fourth, Sixth, Seventh, Ninth and Tenth Circuits and U.S. Supreme Court; 1983, U.S. District Court, Middle District of Pennsylvania and U.S. Claims Court.

He is a member of the following bar associations: Philadelphia (Member: State Judicial Procedure Committee, 1978—; Federal Rules of Civil Procedure Committee, 1978—), Pennsylvania, American (Vice Chairman, Maritime Insurance Law Committee, 1981-1982) and International Bar Associations; Philadelphia Trial Lawyers Association (Member, Board of Directors, 1978-1981); Pennsylvania Association for Justice (Co-Chairman, Antitrust Section, 1977—); American Association for Justice (Secretary, 1977-1978, Vice Chairman, 1978-1979 and Chairman, 1979-1980, Commercial Litigation Section; Member: Amicus Curiae Committee, 1979-1980, 1992-1997;

Trial Subject Advisory Committee, 1979-1980; Chairman, Environmental Law Essay Contest, 1983); Maritime Law Association of the United States.  He is also a Fellow of the International Society of Barristers.

He is listed is The Best Lawyers of America.

Mr. Levin is Co-Lead Counsel of Plaintiffs' Legal Committee and Plaintiffs' Liaison Counsel, *In re Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D. of Pa.) and Co-Lead Counsel of Plaintiffs' Management Committee and Plaintiffs' Liaison Counsel, *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, MDL No. 1203 (E.D. of Pa.).  He is a member of Plaintiffs' Executive Committee, *In re Rezulin Products Liability Litigation*, MDL No. 1348 (S.D. of NY) and was a Member of Plaintiffs' Executive Committee and Lead Trial Counsel, *In Re Asbestos School Litigation*, U.S.D.C., Eastern District of Pennsylvania, Master File No. 83-0268. He is a member of Plaintiffs' Steering Committee in *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D. of Louisiana) and *In re Yasmin and Yaz Marketing, Sales Practices and Relevant Products Liability Litigation,* MDL No. 2100 (S.D. of Illinois).  He is a member of the Plaintiffs' Steering Committee and Plaintiffs' Negotiating Committee in  *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. of LA).  He was also a Member of the Plaintiffs' Steering Committee and the Plaintiffs' Negotiating Committee, *Silicone Gel Breast Implants Products Liability Litigation*, Master File No. CV-92-P-10000-S; *In re Telectronics Pacing Systems, Inc. Accufix Artrial "J" Leads Products Liability Litigation*, Case No. MDL-1057 (S.D. Ohio); *In re Baxter Healthcare Corporation Gammagard Products Liability Litigation*, MDL No. 1060-R (C.D. of Calif.); *In re Norplant Product Liability Litigation,* MDL No. 1038 (E.D. of Texas).  He is the Court appointed medical monitoring lead counsel in *In re Human Tissue Products Liability Litigation,* MDL no. 1763 (D. of New Jersey).  Mr. Levin is currently Lead Counsel of Plaintiffs' Steering Committee in *In Re Chinese-Manufactured*

*Drywall Products Liability Litigation,* MDL No. 2047 (E.D. of La.).

In his 46 years of practicing law, Mr. Levin has either been lead counsel of and/or a member of in excess of 100 steering committees in the fields of mass torts, antitrust, and securities class actions and MDL proceedings.  He has lectured extensively before national and state bar associations in complex litigation industry, class actions, and consolidated mass tort actions.

**Ervin A. Gonzalez**
Board Certified Trial Lawyer



**Ervin A. Gonzalez** is board certified as a specialist in civil trial law (personal injury and wrongful death cases) and business litigation law by The Florida Bar and The National Board of Trial Advocacy. He is a partner at the firm of Colson Hicks Eidson, in Coral Gables, Florida.

Gonzalez is a former Governor of The Florida Bar and has served on its executive committee and long range planning committee.  Mr. Gonzalez is a former member of the National Board of Trustees of the National Institute of Trial Advocacy (NITA) and an elected member of the American Board of Trial Advocates (ABOTA). He is Past President of the Dade County Bar Association, Past President of the Dade County Trial Lawyers Association, and a former Director of the Academy of Florida Trial Lawyers.  Gonzalez also served as a member and Subcommittee Chairman for the Florida Bar's Committee on the Rules of Civil Procedure. He is a graduate of the University of Miami School of Law - Juris Doctorate, 1985, cum laude.

Mr. Gonzalez has 27 verdicts in excess of a million dollars – including a $65.1 Million verdict in a wrongful death case and the highest award in a Federal Tort Claims Act - a $61 Million award for Medical Malpractice.  He has settled numerous multi-million dollar cases throughout his career, including a $100 Million Settlement with SCI Corporation for the desecration of graves in a Jewish Cemetery.  Many of his verdicts have ranked in the top verdicts in America.

Mr. Gonzalez is rated "AV" by Martindale-Hubbell, the highest rating available and has the distinction of being ranked as one of America's leading lawyers by various sources including: "*Best Lawyers in America*",  "*Chambers and Partners*" "*Leading American Attorneys*" , "*Florida Trend Magazine*" and South Florida Legal Guide.

In 2009 Gonzalez received the **Key Partner Award for** Litigation from the *South Florida Business Journal* .  In 2008 Gonzalez was featured on the cover of *Florida Super Lawyers* and in 2009 and 2010 named **Top 10 Lawyers in the State of Florida**.  Additionally has was named **"Top 11 Lawyers in the Nation for 2005"**, by *Lawyer Weekly USA* and received the **"Most Effective Lawyer Award"** for Civil Litigation from *The Daily Business Review*  in 2005 and 2006 and was recently named **"Top 500 Litigators in the Nation"** by *Law Dragon.*  Mr. Gonzalez has also been rated as one of the **100 Most Influential Hispanics in the Nation** by Hispanic Business Magazine.

Mr. Gonzalez is an adjunct professor at the University of Miami School of Law for the trial skills litigation program.   His published works include:

Florida Civil Discovery, 2007 Edition
LexisNexis Practice Guide

Florida Civil Trial Practice, Sixth Edition:  Demonstrative Evidence
The Florida Bar Continuing Legal Education
Lexis Nexis, 2007

Florida Civil Trial Preparation Third Edition
The Florida Bar's FasTrain, CLE Series, 2007 and 2009

Practice Guide:  Florida Personal Injury
LexisNexis
Gonzalez, Fine, Kissane, Lambert
2007

Breast Cancer, A Practical Guide, Third edition
Orlando E. Silva, MD
Stefano Zurrida, M.D.
Co Author of Chapter 43: "Issues in Breast Cancer Liability"

Practice Guide: Florida Civil Procedure
LexisNexis: 5 Volume Book
Gonzalez, Latimer, Brown, Grimes, Davidson
Mathew Bender and Co.
2005
        Volume 1 – Pretrial
        Volume 2 – Pretrial
        Volume 3 – Discovery
        Volume 4 – Motions
        Volume 5 – Trial & Post-Trial

FasTrain:Florida Civil Trial Preparation
The Florida Bar, 5 Volume Book
CLE Publications
May, 2002
        Book I - Organization
        Book II- Motion Practice
        Book III - Discovery
        Book IV - Evidence
        Book V- Settlement and Alternative Dispute

"Expert Testimony"
Chapter 10 - Florida Evidence
Lawyers Cooperative Practice Guide American Inns of Court
Civil Procedure Series
West Group/West Publishing – 1997

Chapter on "Demonstrative Evidence"
Florida Civil Trial Practice, 6th ed.
The Florida Bar CLE Publications
April, 2001

Advanced Trial Handbook
Dade County Trial Lawyers Association – October, 1996

"Trial Tips" A monthly civil litigation column published in the Dade County Bar Bulletin and the Daily Business Review. 1992-2002

And numerous articles on legal issues for *The Florida Bar Journal, Dade County Bar Bulletin, Daily Business Review, The Academy of Florida Trial Lawyers* and other legal publications.

Mr. Gonzalez is a frequent lecturer for the American Bar Association, Academy of Florida Trial Lawyers, The Florida Bar, The Dade County Trial Lawyers, The University of Miami School of Law, Lorman Education, and other organizations.

---

**Areas of Practice:**

---

Serious Personal Injury & Wrongful Death
Product Liability
Medical Negligence
Aviation Accidents

Trucking Accidents
Business Litigation
General Civil Liability
Construction Litigation
Professional Liability
Insurance Litigation
Class Actions & Mass Torts
Toxic Torts

**Certification/Specialties:**

Certified Civil Trial Specialist, Florida Bar
Certified Civil Trial Specialist, National Board of Trial Advocacy
Business Litigation Specialist, Florida Bar

**Bar Admissions:**

Florida, 1985
District of Columbia, 1988
Texas, 1991
Colorado, 1991
New York, 1992
U.S. Court of Appeals 11th Circuit, 1991
U.S. Court of Appeals 5th Circuit, 1992
U.S. District Court Middle District of Florida, 1986
U.S. District Court Northern District of Florida, 2007
U.S. District Court Southern District of Florida, 1986
U.S. District Court Eastern District of New York, 2002
U.S. District Court Southern District of New York, 2002
U.S. District Court Northern District of Texas, 1991
U.S. District Court Western District of Texas, 1991
U.S. District Court Southern District of Texas, 1992
U.S. District Court District of Arizona, 1992
U.S. District Court District of Colorado, 1992
U.S. District Court Eastern District of Michigan, 1992
U.S. District Court Western District of Michigan, 1992
U.S. Supreme Court, 1991

**Professional & Civic Organizations and Committees:**

**11th Judicial Circuit - Ad Hoc Committee on Business Litigation Division**
Member, September 2006 – 2008

**11th Judicial Circuit Centennial Celebration**
Committee Member, 2009 - Present

***Ad Hoc Advisory Committee on Rules and Procedures of the US District Court, Southern District of Florida*** – 2008-Present

***Alliance for Ethical Government Committee***
Member, 1999 - 2001

Ervin A. Gonzalez – Bio

***American Association for Justice (fka Association of Trial Lawyers of America)***
Member, 1986 – Present

***American Bar Association***
> Member, 1986 - Present
> Member of Host Committee - Annual Meeting – 1995
> Vice-Chair of the Trial Techniques Committee - 2003-2005

***American Board of Trial Advocates***
Member, 2002 – Present

***Asbestos Product Liability Omnibus Order Revision Committee***
> Eleventh Judicial Circuit Court
> Member, 1991 - 1997

***Children's Resource Fund Special Counsel***
 1989 – 1995

***Coral Gables Bar Association***
Member, 2001 - Present

***Court Appointed Special Master***
By: Judge Philip Bloom - October, 1991

***Cuban American Bar Association***
Member, 1986 - Present

***Dade County Bar Association***
> President, 2000
> President-Elect, 1999
> Vice President, 1998
> Secretary, 1997
> Treasurer, 1996
> Director, 1990-1 995
> By-Laws Committee Member, 1992 - 1993
>> Chairperson, 1993 – 1994
>> Co-Chairman, 1992, 1994 - 1995
> Historic Courthouse Lobby Restoration Committee Member, 1997
> Judicial Selection Retention Committee Member, 1999
> Tort Reform Legal Committee: Chairperson, 1998
> Young Lawyers Division: Director, 1987 - 1990
> Member, 1986 - Present

***Federal Bar***
Association Member, 1999 – Present

***Florida Association for Women Lawyers***
Member, 2004 - Present

***Florida Bar***

> Admiralty & Maritime Law Certification Committee: Liaison Member, 2003-2004
> Board of Governors: Member, 2001-Present
> Board of Governors Liaison to the FL Supreme Court Historical Society Board, 2002-2003

Civil Procedures Standing Committee: Liaison Member, 2004-2005
Code and Rules of Evidence Committee: Liaison 2008-Present
Communications Committee: Member, 2002-2003
Disciplinary Review Committee: Member, 2002-2003
Executive Committee: Member, 2003-2005
FBBE Lawyer Vacancy Screening Committee - 2009
Forum Non Conveniens Subcommittee of Civil Procedure Committee: Chairman, 1996-97
Legislation Committee: Member, 2003-2008
Judicial Nominating Selection Commission:
    Statewide Chair: 2006
    3rd District Member, 2001 and 2007
Program Evaluation Committee:
    Chairman: 2007
    Member, 2003-Present
Rule 1.442; Inapplicability to Class Actions Sub-Committee of Civil Procedure Committee:
    Chairman, 1998
Rules of Civil Procedure Committee: Member, 1994 – 2007; Vice Chair, 2000
Rules Committee: Member, 2008 - Present
Strategic Planning Committee: Member, 2004-2005; 2007
Trial Lawyers Section: Member, 1985 - Present

***Florida Bar Foundation, Miami Fellows Campaign Committee***

Member, 2003

***Florida Justice Association (fka Academy of Florida Trial Lawyers)***
    Member, 1986 - Present
    Director, 1990 - 1996
    Allies Committee: Member, 1995 – 1996
    Constitutional Challenge Committee: Member, 1999 - 2000
    Continuing Legal Education Committee: Member, 1990 - 2005
    Eagle Patron 1991 - Present
    Environmental Law Section: Chairman, 1990 - 1993; 1995 - 1996
    Hurricane Task Force: Member, 1992 - 1993
    Legislative Committee: Member, 1992 - 1993
    Speakers' Bureau: Chairman, 1995 - 1997

***Florida Supreme Court Judicial Ethics Advisory Committee***: Member, 2002-2006

***Greater Miami Chamber of Commerce***
    America 2000 Education Committee: Co-Chairman, 1991 - 1993
    Black/Hispanic Co-Ventures Committee Member, 1992- 1994
    Crime Prevention Committee Member, 1993 - 1994
    Education Committee Member, 1991 - 1993
    Environmental Awareness Committee Member, 1991 - 1994
    Hispanic Affairs Committee Member, 1986 – 1994
    Judicial Review Committee Member, 1993 – 1994
    Leadership Miami, Graduate 1987
    Member, *1986,* 2001; Trustee, 1990 - 1994
    Multi-Cultural Affairs Committee Member, 1987 - 1992

***Immaculata-La Salle Board of Advisors***, 2008 - Present

***Legal Services of Greater Miami, Inc.***

The Campaign for Justice Committee Member, 1995

***Miami Justice Association (fka Dade County Trial Lawyers Association)***
    President, 1995
    President-Elect, 1994
    Treasurer, 1993
    Secretary, 1992

Director, 1988
Member, 1986 - Present

**National Institute for Trial Advocacy**
Member of Board of Trustees, 2003 - 2007

**Operation Safe Drive**
Immediate Past President - 1996
President, 1994 - 1995
Vice President, 1989 - 1993
Member, 1988 — 2000

**Spanish American League Against Discrimination**
Member, 1986 - 2000

**Spellman- Hoevler Inns of Court**
Member, 1997-Present

**St. Thomas University**
Board of Trustees, 2008 - Present

**University of Miami School of Law**
Adjunct Professor, Litigation Skills, 1992 - Present

**University of Miami School of Law Campaign Fund**
Member, 2003-2004

**University of Miami Citizen's Board**
Member, 2003 — Present
Secretary 2009-2010

**Wilkie D. Ferguson Bar Association** *(Formerly Black Lawyers Association)*
Member, 1999 - Present

---

## Awards & Recognition:

**Best Lawyers In America**, 2004-Present

**Chambers & Partners:** Named one of America's Leading Lawyers, 2007 - Present

**Dade County Bar Association**

Certificate of Merit as Columnist, Dade County Bar Association Bulletin, 1998 - 2000
Certificate of Merit as Member, Executive Committee, 1998 - 1999
Certificate of Merit as Vice-President, 1998 - 1999
Certificate of Merit, Outstanding and Constructive Service to the Bar, 2008-2009
Certificate of Merit as Treasurer and Member Executive Committee, 1996 - 1997
Certificate of Merit as Co-Chair, Meetings & Luncheons Committee, 1996 - 1997
Pro Bono Honor Roll for Free Legal Services, 1988 - Present
Recognition for Outstanding Service, 1990 - 2000
Recognition for Outstanding Service as Chairman of By-Law Committee, 1993
Service Award, 1997Certificate of Merit, Contributing Author, Bulletin, 2000 – 2001

**Florida Bar CLE Committee Certificate of Appreciation Award for contribution to the Legal Profession as a CLE Author**, 2004-2005.

**Florida Justice Association Eagle Hall of Fame**, 2009

**Florida Law & Leading Attorneys**, 1995 – Present

**Florida Legal Elite, Top Lawyers in Florida,** 2004 - Present

**Florida Super Lawyers**
Featured Cover Story, 2008
Top 10 Lawyers 2007, 2009
Top 100 Lawyers 2007, 2008, 2009

**Greater Miami Chamber of Commerce Leadership Miami Graduate**, 1987

**Hispanic Business Magazine's Top 100 Influential Hispanics of 2006**

**Kiwanis Club of Coral Gables, Certificate of Appreciation,** 2001

**Lawdragon 500 Leading Plaintiffs' Lawyers in America**, 2006

**Lawyer's Weekly USA Top Eleven Lawyers of the Year**, 2006

**Leading American Attorneys in Personal Injury Law**, 1997 – Present

**Marquis Who's Who In American Law**, 1989 - Present

**Martindale-Hubbell Legal Directory**
Legal Ability Rating: "AV - Very High to Preeminent"
Ethical Standards Rating: "Very High"

**Outstanding Young Men of America**, 1982

**South Florida Business Journal Key Partner Award for Litigation – 2009**

**South Florida Legal Guide's Top 250 Lawyers In South Florida**, 2003-Present

**St. Thomas University's "Leaders for Life" Award**, 2004

**University of Miami's Iron Arrow Honor Society Member**, 2006 - Present

---

**Contact Information:**

Ervin A. Gonzalez
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134

Office:  305-476-7400
E-mail:  Ervin@Colson.com          Web:  www.ErvinGonzalez.com

**Richard S. Lewis**

Mr. Lewis has been appointed to serve as co-lead counsel in mass tort and product liability class action cases including *In re StarLink Corn Products* (N.D. Ill) (asserting claims by farmers for genetic modification contamination of the U.S. corn supply) and *In re PPA* (asserting claims by users of unsafe over-the-counter medicines). He has also been appointed to the MDL Steering Committee in *In re Prempro Products Liability Litigation.*

In addition, Mr. Lewis served as lead counsel in numerous actions to obtain medical monitoring relief for communities exposed to toxic chemicals from hazardous waste disposal practices or unsafe drugs. These include *In re Diet Drug Litigation* (Fen-Phen), which resulted in a $4 billion settlement providing medical monitoring in addition to individual personal injury awards, and *Harman v. Lipari*, a Superfund case that resulted in a settlement providing medical monitoring for thousands of residents who lived on or played near a landfill. He has litigated both individual and class childhood lead poisoning cases and he is presently lead counsel in a case against the lead pigment industry, *City of Milwaukee v. NL Industries Inc.* Mr. Lewis is also handling mass tort cases involving Vioxx, and environmental cases in India, South Africa, and Barbados.

Mr. Lewis graduated from Tufts University with a B.A. in English (*cum laude*, 1976), and earned his Master's in Public Health degree from the University of Michigan (1981) and his law degree from the University of Pennsylvania (J.D., *cum laude*, 1986). He was Comments Editor for the University of Pennsylvania Law Review (1985-86) and authored the Comment, *O.C.A.W. v. American Cyanamid: The Shrinking of the Occupational Safety and Health Act*, U. Pa. L. Rev. (July, 1985). After law school, he was a law clerk for the Honorable Stanley S. Brotman, U.S. District Court for the District of New Jersey.

Mr. Lewis is admitted to practice in the District of Columbia.



**RUSS M. HERMAN**
Partner

Tulane University School of Law
L.L.B. Degree (now J.D.) 1966

Tulane University
B.A. 1983

rherman@hhkc.com

RUSS HERMAN

PRACTICE AREAS:

Personal Injury; Maritime Personal Injury; Motor Vehicle Collisions; Railroad Crossing and Derailment; Explosions and Fires; Wrongful Death; Electrocutions; Highway Liability; Premises Liability; Catastrophic Injuries; Products Liability; Toxic Torts; Class Actions; HMO Litigation; Slave Labor Litigation; Rezulin Litigation; Explosions and Fires; Asbestos Litigation; Gun Litigation; Tobacco Litigation; Prescription Drug Litigation; Pesticide Litigation; Health Care; Business and Commercial Law; Professional Liability; Construction Litigation; Fraud; Anti-Trust; Civil RICO; Security, Banking and Insurance Fraud; Land Use, Zoning and Planning; Corporate Litigation; ERISA Litigation; Bankruptcy; Business Litigation; Complex Business Litigation; Collections; General Civil Litigation; Medical Negligence; Nursing Care; Hospital Liability; Hospital Negligence; Medical Products Liability; Appellate Practice; Complex Multi-District Litigation.

COURT ADMISSIONS:

Louisiana; U.S.D.C. for the Eastern, Middle and Western Districts of Louisiana; Louisiana Supreme Court; U.S. Court of Appeals for the Fifth, Second and Eleventh Circuits; United States Supreme Court.

MEMBERSHIPS:

Louisiana Association for Justice, Member (1966 - present), Legislative Committee (1966 - present, Chair for 5 years), Amicus Curiae-Medical Malpractice Liability Section (1973 - present), Building Committee (1976 - present), Key-Person Committee (1976 - present), President (1980-1981), Long Range Planning Committee (1984 - present), Past President's Council (1984 - present), Life Member (1984 - present), Tort Reform Committee (1985 - present).

American Association for Justice, Member (1966 - present), M Club (1980 - present), Sustaining Member (1984 - present), Key-Person Committee Chairman (1985 - present), Public Relations Committee (1985 - present), Public Affairs Committee (1985 - present), Elections Committee (1985 - present), National College of Advocacy, Faculty - Basic and Advance Course (1986 - present), Lambert Chair (1987 - present), Organization Review Committee Chairman (1988 - present), PAC Trustee (1988 - present), President (1989-1990).

American Bar Association; Federal Bar Association; Federal Fifth Circuit Bar Association; Alabama Trial Lawyers Association; Arizona Trial Lawyers Association; California Trial Lawyers Association; Academy of Florida Trial Lawyers; Kentucky Association of Trial Attorneys; Mississippi Trial Lawyers Association; New Hampshire Trial Lawyers Association; Pennsylvania Trial Lawyers Association; Civil Justice Foundation, President (1988-1989), Trustee (1988 - present); International Academy of Trial Lawyers, Director (1997 - present); Trial Diplomacy Journa, Member Board of Editors (1991 - present); Roscoe Pound Foundation, Vice-President (1989-1992), President (1992-1994); Trial Lawyers for Public Justice, Founder; National College of Advocacy; Advisory Council of the National Judicial Council.

RUSS HERMAN

RECOGNITION:

LTLA's President's Award "Presented to the Outstanding Louisiana Trial Lawyer" (1977); LTLA's Leadership Award (1981-1982); New Orleans Legal Secretaries Association's Boss of the Year (1981-1982); Listed in Best Lawyers in America, compiled by Naifeh and Smith, Seaview/Putnam Presses (1983 - 2010); Listed in Marqui's Who's Who in American Law, (1985 - present); Diplomat - American Board of Professional Liability Attorneys (1989 - present); Fellow - International Academy of Trial Lawyers (1990 - present); Wiedeman & Wysocki Award (1992-1994, 1996); Diplomat - National College of Advocacy (1993 - present); ATLA's Joe Tonahill Award - New Lawyers Division (1997); American Board of Trial Advocates (1998 - present); Fellow - International Society of Barristers (1999 - present); ATLA's Lifetime Achievement Award (1999); Named one of Louisiana's top ten litigators by the National Law Journal (June 1999 issue); Featured in Fortune Magazine (July 3, 2000 issue); Selected for the Leonard M. Ring Champion of Justice Award, the highest honor bestowed by ATLA (July 2001); Pursuit of Justice Award (2005), American Bar Association Tort Trial and Insurance Practice Section (TIPS); and City Business' Leadership in Law (2005, 2006). In 2005, Mr. Herman was selected from over 15,000 nationwide nominees as one of America's 500 Leading Lawyers and Jurists by Lawdragon, and in 2005, as one of America's Top 500 Litigators. Selected by Lawdragon for the Top 500 Leading Lawyers in America (2008). Selected for Louisiana Super Lawyers in 2007 and 2008.

APPOINTMENTS:

Member - Board of Zoning Appeals of the City of New Orleans (1974-1980); Special Trial Counsel - New Orleans Aviation Board (1974-1976, 1988-1989); Advisory Council - Construction Industry Rules and Procedures of American Arbitration Association (1976-1986); Member - Civil District Court Commission on Local Rules and Forms (1979-1980); Member - U. S. District Court Committee on Disciplinary Rule and Revision of Local Rules (1979-1980); Member - Disciplinary Committee USDC, Eastern District of Louisiana (1980 - present); Delegate - States' Supreme Courts' National Conference on Court Delay (1980-1981); Member - Louisiana Worker's Compensation Advisory Board (1985-1987); Member - Louisiana Judicial College: Judges' Civil Benchbook Committee (1985); Member - Louisiana Bar Association Commission to Review Disciplinary Rules and Procedures (1988 - present); Member - Louisiana Supreme Court Committee on Television in The Courts (1993); Member - Louisiana Supreme Court Committee on Louisiana Manual for Complex Litigation (1995 - present).

PUBLISHED WORKS:

Lawyer's Alert - "When a Worker is Injured by a Machine, Whom Do You Sue" (March 10, 1986); Trial - "Pre-Suit Discovery for Product Cases Arising at Work" (June 1986); Trial - "Use of Videotape and Other Techniques in the Preparation and Settlement of Substantial Cases" (January 1987); The Trial Practice Newsletter - "Settlement Negotiations and the Use of Videotape Settlement Brochures" (Volume 2, Number 3 - December 1987 and Volume 2, Number 4 - January 1988); Trial - "Direct Examination

Russ Herman

of Lay Witnesses" (February 1988); The National Law Journal - "Secrecy, Discovery Abuse Breed Unethical Conduct" (August 1, 1988); Trial - "Jury Selection in Civil Litigation: Using Voir Dire as a Foundation to Win Your Case" (January 1989); The National Law Journal - "Rule 11 is Prejudicial to Plaintiff" (July 24, 1989); Trial - "The Trial Lawyer and the Next 25 Years" (July 1989); Trial, President's Page - "An Open Letter to President Bush" (August 1989); Litigation - "The Trial Lawyer and the Next 25 Years" (August 1989); Trial - "The Opening Statement - Using It to Maximum Advantage" (August 1989); Voir Dire - "Portrait of a Trial Lawyer" (Summer 1989); U.S.A. Today - "Stop Blaming Lawyers" (September 14, 1989); The Washington Post - "No More Dirty Little Secrets in The Courts" (September 15, 1989); Trial - "A Voice for the Voiceless" (September 1989); Liability Week - "Trial Lawyers Urged to Take the Lead on Toy Safety" (September 18, 1989); Trial, President's Page - "Portrait of a Trial Lawyer" (October 1989); Trial, President's Page - "Secrecy: More Than a Kid's Game" (November 1989); Trial, President's Page - "Drug Industry Delusions," by Russ M. Herman (December 1989); ATLA Law Reporter - "Tribute to Tom Lambert: A Voice of Passion and Compassion" (December 1989); Trial - "Investors Draft 'Valdez Principles' To Guide Corporate Environmental Conduct" (December 1989); Trial, President's Page - "The Sign of Democracy" (January 1990); Trial, President's Page - "In Memoriam" (February 1990); Trial, President's Page - "The Harvard Study Or Why the AMA Must Change Its Tune" (March 1990); USA Today - "Keep Consumer Safety in the Front Seat" (March 1990); USA Today, Face-Off: Consumers vs. Manufacturers - "Don't Reform Away Consumer Protection" co-authored with Jerry Jasinowski (March 27, 1990); Trial, President's Page - "The True Measure of the American Jury" (April 1990); Trial, President's Page - "For The People" (May 1990); The Washington Times - "Can No-Fault Hold Insurance Costs Down?" (May 24, 1990); Trial, President's Page - "Danger: Expediency and Elitism" (June 1990); The National Law Journal - "Allowing the Jurors to Decide" (July 30, 1990); The Brief - "No-Fault Auto Insurance: A Debate, All Innocent Victims Should Have the Right to Sue" (Fall 1990); Georgetown Law Weekly - "Trial Advocacy Program Big Success" (Vol. 26, No. 12 - November 19, 1990); Personal Injury Review 1990 - "Preparing the Difficult Medical Causation Case and the Cross-Examination of Physicians From Medical Texts" (p. 781); Trial - "Going By the Book: Direct and Cross-Examination of Medical Experts" (August 1991); Texas Evidence Reporter - "Preparing the Difficult Medical Causation Case and the Cross-Examination of Physicians from Medical Texts" (Vol. 8, No. 6, 1992); Courtroom Persuasion, Winning with Art, Drama & Science - 556 pp., published by Clark-Boardman Thompson and West Group (1997); West Group Practice Series: Louisiana Personal Injury, Volume I & II - 17 chapters, published by West Group (1999); Civil Trial Practice - 2000 and Beyond (contributing author), published by Lawyers & Judges Publishing Co., Inc. (March 2000).

RUSS HERMAN

PRESENTATIONS

Mr. Herman has authored more than 100 articles, papers and books in various aspects of civil trial practice and has been published in various works including Am Jur; Trials; Shepard's/McGraw Hill; The National Business Institute; Trial Magazine; The Forum; Trial Talk; Successful Trial Techniques of Expert Practitioners; Personal Injury Annual by Matthew Bender. Mr. Herman frequently gives lectures both locally and nationally. He has lectured at Tulane University School of Law, Louisiana State University School of Law, Harvard Law School, Loyola University School of Law and Georgetown Law School. Mr. Herman continues to be a guest lecturer at seminars and conventions sponsored by the Louisiana Bar Association, Louisiana Trial Lawyers Association, the Association of Trial Lawyers of America, Practicing Law Institute and National Business Institute. He is a contributing editor of the Expert Witness Reporter and Trial Diplomacy Journal.

REPRESENTATIVE CASES OF NATIONAL NOTE:

In Re: Vioxx - Lead Negotiator and Liaison Counsel for Plaintiffs in the Vioxx MDL 1657 Litigation where plaintiff's were awarded a $4.85 billion settlement with Merck for injuries relating to use of the prescription medicine Vioxx.

In Re: Propulsid - Lead Negotiator and Liaison Counsel for Plaintiffs in the Propulsid MDL 1355 Litigation where plaintiff's reached a settlement agreement with Johnson & Johnson and Jansen Pharmacutica for injuries relating to use of the prescription medicine Propulsid.

In Re: Hart v. Wood Scales - Eliminated independent contractor defense in timber industry

In Re: Austin v. Otis Elevator - Early application of continuing duty to warn in Louisiana products cases.

In Re: Mark Essex Day & Steagal v. Howard Johnson - Parents' jury awards for death of major children; recovery against hotel and hotel franchise for inadequate security even where deaths resulted from activity of trained terrorist. Changed hotel industry security practices.

In Re: Continental Grain Explosion: Whitney v. Continental Grain Co. - Legal Committee, eight- figure recovery for explosion resulting in multiple deaths at grain elevator; alternative tort relief where workers' compensation claimed as exclusive remedy.

In Re: Hockfelder v. Lloyds of London - Trial Committee Chair, first seven-figure recovery in Louisiana against engineers, consultants and contractors for damages to historic buildings as a result of breaches of standards.

In Re: Baby (Brown) - $1.8 million recovery for medical malpractice infant brain damage case.

RUSS HERMAN

In Re: Landry v. Union Pacific - $28 million recovery, quadriplegic from railroad crossing casualty.

In Re: Madere, Lacque v. Mopac - $3.5 million recovery in railroad train crossing death case on behalf of minor children.

In Re: Goodyear v. Williams - Louisiana Supreme Court affirmed, Jury awards owners of project counterclaim damages. Recognizing new national theory of recovery for professional negligence and contract liability against architect and engineers.

In Re: Lane v. Plimsoil Marine - Federal Court Judgment, expanded avenues of liability against towing vessels and barge owners in favor of longshoremen and other shore-based maritime employees.

In Re: Benson v. Louisiana Motor Vehicle Commission - Successful challenge of Governmental Regulatory Authority on constitutional grounds. Leading to the origination of a substantial automobile dealership and the subsequent negotiation and acquisition of 21 auto dealerships, three banks and an NFL franchise football team.

In Re: Young v. Yamaha - $1.58 million - ATV personal injury case, mild closed head injury.

In Re: First Federal Bank v. Buris - $37 million - banking, civil Rico, breach of sale and mortgage contract.

In Re: Burnham v. Schuler Drilling Co. - $8 million - personal injury for unsafe drilling practices.

In Re: Mote v. Diamond Drilling - $16 million recovery for personal injury for unsafe drilling practices.

In Re: Brodie v. PMIC - $47 million class action final judgment for exclusive agents versus insurer for wrongful termination.

In Re: Ieyoub, Attorney General, State of Louisiana v. American Tobacco Company - $4.5 billion recovered in medical benefits against major tobacco companies.

In Re: Ellis v. R.J. Reynolds Tobacco Company, representing the State of California, resulting in $25 billion recovery in tobacco litigation.

In Re: Scott v. American Tobacco Company, lead counsel on behalf of class of Louisiana smokers who were awarded a landmark jury verdict of more than $591,000,000.00.

PROFESSIONAL BIO:

Russ Herman is a Senior Partner of Herman, Herman, Katz & Cotlar. He graduated from Tulane University with a B.A. Degree and L.L.B. in 1966. In 1977, he was chosen "Outstanding Trial Lawyer" by the Louisiana Trial Lawyers Association, and was LTLA President in 1980-81.

He has authored more than 200 articles, papers and books in various aspects of Civil Trial Practice and has been published in various works including Am Jur, Trials, Shepard's/McGraw Hill, The National Business Institute, Trial Magazine, The Forum and Personal Injury Annual by Matthew Bender.

Mr. Herman has served on the faculty of the Practicing Law Institute - The National College of Trial Advocacy and has lectured at Tulane, L.S.U., Loyola, Georgetown, Hastings and other law schools.

Mr. Herman served as President of the (ATLA) Association of Trial Lawyers of America (1989-1990); President of the Civil Justice Foundation (1987-1988); and President of the Roscoe Pound Foundation (1991-1993). He is a Diplomate of the American Board of Professional Liability attorneys; a Diplomate of the National College of Advocacy, a Fellow and Director of the International Academy of Trial Lawyers, a member of the American Board of Trial Advocates (ABOTA), a Fellow of the International Society of Barristers and a Barrister of the American College of Barristers. In July of 2001, Mr. Herman was selected for The Leonard M. Ring Champion of Justice Award, which is the highest honor bestowed by ATLA. He has also received the ATLA Lifetime Achievement Award (1999) and the Joe Tonahill Award (1998); Pursuit of Justice Award (American Bar Association Tort Trial & Insurance Practice Section (TIPS) 2005) and City Business' Top 100 Leaders in Law for 2005and 2006.

Mr. Herman has been selected for listing by Naifeth and Smith in their book "Best Lawyers in America" in Personal Injury, Maritime, Complex Litigation and Appellate Trial Practice areas.

He is the author and performer of ATLA's best selling, 6-Volume Video Trial Practice Series, "Courtroom Persuasion: Winning with Art, Drama & Science" and a 443-page book by the same title published by West Group, Clark Boardman Thomson and ATLA Press and is the author for West Group's two-volume series, "Louisiana Personal Injury."

The National Law Journal named Mr. Herman as one of Louisiana's top ten litigators and the American Law Journal highlighted Mr. Herman in its June 1999 issue. Fortune Magazine featured his litigation accomplishments in the July 3, 2000 issue.

In April 2003, the Third Edition of Chamber's USA "America's Leading Business Lawyers" (2003-2004) listed Mr. Herman as the leading individual trial lawyer in Louisiana in General and Commercial Litigation.

In 2004, a jury returned a $591,000,000 verdict in Scott v. American Tobacco, et al. (96-8461, Orleans Parish, Civil District Court). Mr. Herman was lead trial counsel in this case. Mr. Herman is Court Appointed Liaison and Lead Counsel in In Re Propulsid: MDL 1355 case; Liaison Counsel and Member of PSC Executive Committee and In Re Vioxx: MDL1657.

In 2005, Mr. Herman was selected from over 15,000 nation-wide nominees as one of American's 500 Leading Lawyers and Jurists by "Lawdragon" publications and in 2006, as one of America's Top 500 Litigators. In 2007, he was selected by "The Legal 500" as one of the 500 top litigators in the country. And again in 2008 as one of the 500 Top Litigators in the U.S.

Russ Herman was named 2007 Lawyer of the Year by Lawyers USA on December 19, 2007, citing his role as the lead negotiator for Plaintiffs in reaching the recent $4.85 Billion Settlement with Merck in the Vioxx Litigation.
Russ Herman and the Firm has been retained in 2008 as Special Counsel to the Council of the City of New Orleans.

HERMAN HERMAN
KATZ & COTLAR
L.L.P.
ATTORNEYS AT LAW
Est. 1942

**RESUME OF**
**GERALD E. MEUNIER (La. Bar #9471)**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
(504) 522-2304

## SUMMARY PROFILE

Gerald Meunier is a trial attorney with thirty-three years of experience. Since 1981, he has been a partner in the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. one of the oldest and largest firms in Louisiana specializing in plaintiffs' personal injury litigation. He is admitted to practice in all courts of Louisiana (state and federal), in the U.S. Court of Appeals for the Fifth Circuit, and in the U.S. Supreme Court. Mr. Meunier has extensive experience in leadership positions and as trial counsel for plaintiffs in class actions and mass torts.

## EDUCATION

Bachelor of Arts Degree (*magna cum laude*), College of Arts and Sciences, Georgetown University, 1970.

Juris Doctor, Georgetown Law Center, 1974 (Contributing Editor, Georgetown Law Journal).

## PRINCIPAL WORK EXPERIENCE

**Private Practice, September 1977 - Present**
Current emphasis in mass and complex tort litigation and class actions on behalf of plaintiffs. Participation in the administration and management of the firm as a member of its Executive Committee.

**Law Clerk, U.S. District Court, 1975-1977**
Law clerk to the Honorable James Comiskey, U.S.D.C. (E.D. La.), 1975, and to the Honorable Edward J. Boyle, U.S.D.C. (E.D. La.), 1975-77.

**U.S. Senate Democratic Cloakroom, 1971-1974**
Assistant to Senate Majority Leader regarding legislative developments and scheduling

## PROFESSIONAL AND COMMUNITY ACTIVITIES/HONORS

- ▸ Recipient of Martzell Professional Award for 2010, given by New Orleans Chapter, Federal Bar Association

- ▸ Fellow, American College of Trial Lawyers

- ▸ Past President, New Orleans Chapter, Federal Bar Association.

- ▸ Past President, Louisiana Chapter, American Board of Trial Advocates.

- ▸ Past member, Board of Governors and Executive Committee, Louisiana Association for Justice.

- ▸ Charter Member and Fellow, Louisiana Bar Foundation.

- ▸ Chair, Host Committee, Fifth Circuit Judicial Conference, New Orleans, LA (2001).

- ▸ Past Chairman, Admiralty Section, American Association for Justice.

- ▸ Past member, House of Delegates, Louisiana State Bar Association.

- ▸ Past Chairman, Board of Directors, Unity for the Homeless

- ▸ Past Chairman, Board of Directors, New Orleans Pro Bono Project.

- ▸ Past Chairman, Minority Involvement Committee, Louisiana State Bar Association.

- ▸ Former assistant examiner, Torts Section of Louisiana State Bar Admissions.

- ▸ Lead Author, "Louisiana Civil Pretrial Procedure" (West 1997).

- ▸ Author, "Elements of Recovery in Maritime Personal Injury Cases," Tulane Law Review, Vol. LXXII, p. 805 (Dec. 1997).

- ▸ Listed in "The Best Lawyers in America" (Woodward & White) since 2001.

- ▸ Listed in Chambers U.S.A., "American's Leading Lawyers for Business," since 2004.

- ▸ Listed Among Top 50 Lawyers in Louisiana, "Louisiana Super Lawyers, 2008."

- ▸ Listed in the New Orleans City Business "Leadership in Law" issue for 2009.

▸   A.V. rating, Martindale-Hubbell.

## EXPERIENCE IN MASS TORT/COMPLEX
## LITIGATION/CLASS ACTIONS

▸   Court-appointed member of Plaintiffs' Steering Committee in *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, U.S. District Court, E.D. La [multi-district litigation against numerous manufacturers, distributors, etc. based on damage and injury from defective drywall made in China].

▸   Court-appointed Co-Liaison Counsel in *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, MDL No. 1873, U.S. District Court, E.D. La [multi-district litigation against the Government/FEMA and manufacturers of trailers used to house displaced residents after Hurricanes Katrina and Rita].

▸   Plaintiffs' common benefit counsel working with Court-appointed Committee in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 10-2179, U.S. District Court, E.D. La [multi-district litigation against BP entities, etc. following explosion and oil spill in the Gulf of Mexico].

▸   Court-appointed Plaintiffs' Liaison Counsel for Levee cases and Court-appointed member of the Levee PSLC in *In Re: Katrina Canal Breaches,* No. 05-4181, U.S. District Court, E.D. La.; Court-appointed Plaintiffs' Liaison Counsel in the levee breach cases only [consolidated litigation arising out of flooding from Hurricane Katrina].

▸   Court-appointed member of Plaintiffs' Steering Committee in *In Re: Vioxx, Products Liability Litigation, MDL No. 1657*, U.S. District Court, E.D. La. [multi-district litigation against Merck, the manufacturer of Vioxx; settlement].

▸   Court-appointed member of Plaintiffs' Steering Committee in *Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*, U.S. District Court, E.D. La. [litigation against Murphy Oil as a result of an oil spill that occurred during Hurricane Katrina; settlement].

▸   Court-appointed liaison counsel in federal court, and co-lead counsel of Plaintiffs' Legal Committee in *In Re: Chemical Release at Bogalusa*, 22nd Judicial District Court (Parish of Washington) [class action; explosion of tank car and chemical release in Bogalusa, Louisiana; verdict for plaintiffs in common issues trial, 2003; settlement].

▸   Court-appointed class counsel in *Susan Blades, et al vs. Illinois Central Railroad Company d/b/a Canadian National Railroad/Illinois Central Railroad*, U.S. District Court, E.D. La. [class action; train derailment; settlement].

▸   Lead counsel for plaintiffs in mass tort case of *In Re: St. Louis Encephalitis Outbreak in*

*Ouachita Parish*, 4th Judicial District Court (Monroe, Louisiana) [case for victims of St. Louis encephalitis outbreak, Ouachita Parish; settlement].

▸ Court-appointed co-liaison counsel in *In Re: Industrial Life Insurance Litigation*, U. S. District Court, E. D. La. [national class action/mass joinder against various life insurance companies for racially discriminatory practices in charging premiums].

▸ Court-appointed Special Master in *Custom Bus Litigation*, U.S. District Court, E.D. La. [mass tort; multiple deaths and injuries from crash of Casino bus; settlement].

▸ Court-appointed Special Master in *In Re: Chippewa Street Spill*, 19th Judicial District Court (Parish of East Baton Rouge) [class action; chemical spill; settlement].

▸ Member of Claimants' Committee in *In re: Complaint of Clearsky Shipping Corp., as Owner, and Cosco (H.K.) Shipping Company Limited, as Owner of the M/V BRIGHT FIELD, for Exoneration from or Limitation of Liability*, United States District Court, E.D. La., C.A. #96-4099, [case involving collision between the vessel BRIGHT FIELD and Poydras Street wharf/New Orleans Riverwalk; settlement].

▸ Court-appointed class counsel in *Lailhengue v. Mobil Oil*, 34th Judicial District Court (Parish of St. Bernard) [class action; refinery explosion case; settlement].

▸ Court-appointed class counsel in *Andry v. Murphy Oil*, 34th Judicial District Court (Parish of St. Bernard) [class action; refinery explosion case; settlement].

▸ Court-appointed class counsel in *Kaiser Plant Explosion at Kaiser*, 23rd Judicial District Court (Parish of St. James) [class action; plant explosion; settlement].