UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Hernandez,* **No. 2:10-cv-03070**

# O R D E R

Considering the foregoing Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Motion to Dismiss with Prejudice be and hereby is **GRANTED** and that all of the claims asserted herein and this class action lawsuit be and hereby are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 17th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE