UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Having considered Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC (collectively "Banner" or "Banner Supply Entities") Motion to Lift the Stay as to Banner Defendants' Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions and Memorandum of Law in Support.

**IT IS HEREBY ORDERED** that the stay in Pretrial Order No. 1 is lifted for the limited purpose of addressing Banner Defendants' Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions, and is scheduled for hearing following the monthly status conference on March 23, 2011. Responses thereto are to be filed by March 20, 2011.

New Orleans, Louisiana, this 17th day of March 2011.

The Honorable Eldon E. Fallon
United States District Court Judge