IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL             MDL NO: 02047
       PRODUCTS LIABILITY LITIGATION            SECTION L

                                                JUDGE FALLON
                                                MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

VICKERS, ET AL. V. KNAUF GIPS, KG, ET AL.
Case No: 09-04117
_____/

### ORDER ON BY GEORGE, INC.'S MOTION TO INTERVENE FOR CONDITIONAL AND LIMITED PURPOSE OF PARTICIPATING IN BANNER CLASS ACTION SETTLEMENT

Upon consideration of By George, Inc.'s Motion (Unopposed by PSC) to Intervene for Conditional and Limited Purpose of Participating in Banner Class Action Settlement ("Motion to Intervene"), it is hereby

**ORDERED AND ADJUDGED** that

1. The Motion to Intervene is hereby **GRANTED**.

2. By George, Inc. is hereby granted leave to file a complaint in intervention in this action for the conditional and limited purposes of participating in a class action settlement with the Banner Entities.

3. By George, Inc., shall be permitted to withdraw as a party from this case at any time without leave of court. Should By George, Inc. ultimately be included in a class that is part of a Banner settlement or class action against Banner, its withdrawal as an intervening party shall not affect its ability to remain in any such class for purposes of obtaining settlement, exercising a right to opt out, objecting to any proposed settlement if necessary, or obtaining and exercising any other rights of such a class member.

2

NEW ORLEANS, LOUISIANA, this 16th day of March, 2011.

_____
ELDON E. FALLON
United States District Court Judge

3979336