UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: VICKERS, ET AL. vs. KNAUF GIPS, KG, ET AL. Case No. 09-04117 | * * * * * | JUDGE FALLON (L) MAG. WILKINSON (4) |

### ORDER GRANTING HEIGHTS PROPERTIES, LLC'S MOTION TO INTERVENE BY FOR CONDITIONAL AND LIMITED PURPOSE OF PARTICIPATING IN BANNER CLASS ACTION SETTLEMENT NEGOTIATIONS AND PROCEEDINGS

Considering Defendant Heights Properties, LLC's Motion to Intervene for Conditional and Limited Purpose of Participating in Banner Class Action Settlement Negotiations and Proceedings ("Motion to Intervene"),

IT IS ORDERED that the Motion to Intervene is GRANTED;

IT IS FURTHER ORDERED Heights Properties, LLC is permitted to intervene as a party to the proceedings for the conditional and limited purpose of: (1) participating in the class action settlement negotiations between the Plaintiffs' Steering Committee (the "PSC") and Banner Supply Company and its related entities and insurers (the "Banner Entities"); and (2) objecting, if necessary, to a proposed settlement;

IT IS FURTHER ORDERED that Heights Properties, LLC. shall be permitted to withdraw as a party from the proceedings should the settlement discussions between the PSC and the Banner Entities be terminated and/or a settlement class not be certified. Should

Heights Properties, LLC ultimately be included in a class that is part of a Banner settlement or class action against Banner, its withdrawal as an intervening party shall not affect its ability to remain in any such class for purposes of obtaining settlement benefits, exercising a right to opt out or obtaining and exercising any other rights of such a class member;

IT IS FURTHER ORDERED that Heights Properties, LLC reserves all rights to object to the jurisdiction of this Court, including personal, for all other matters pending before this Court.

New Orleans, Louisiana, this 16th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE