UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering, that opposition has been filed to Mitchell Company, Inc.'s motions to intervene in the above captioned matters (R. Docs. 8143, 8144), *see* (R. Doc. 8166)(Response in opposition), IT IS ORDERED that these motions are SCHEDULED for hearing following the monthly status conference on March 23, 2011. Responses thereto are to be filed with the Court by March 21, 2011.

New Orleans, Louisiana, this 17th day of March 2011.

_____
UNITED STATES DISTRICT JUDGE