UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    :    MDL NO. 2047
     PRODUCTS LIABILITY LITIGATION    :    SECTION: L
     :   
     :    JUDGE FALLON
     :    MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO** *Vickers v. Knauf Gips KG*, **No. 09-4117 and** *Payton v. Knauf Gips KG*, **No. 09-7628.**

## ORDER

The Court has been informed that certain parties oppose the following motions: Lennar Corp., Lennar Homes, LLC, and U.S. Home Corp.'s Motion to Intervene (R. Doc. 8135); Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc., and Taylor Woodrow Communities at Vasari, LLC's Motion to Intervene (R. Doc. 8128); Completed Communities II, LLC f/k/a Centerline Homes at Tradition, LLC, Centerline Port St. Lucie, Ltd., Centerline Homes at Georgetown, LLC, and Centerline Homes Construction, Inc.'s Motion to Intervene (R. Doc. 8131).  Accordingly, IT IS ORDERED that these motions are SCHEDULED for hearing following the monthly status conference on March 23, 2011.  Responses thereto are to be filed with the Court by March 21, 2011.

New Orleans, Louisiana, this 17th day of March 2011.

_____
UNITED STATES DISTRICT JUDGE