UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

IT IS ORDERED that a status conference is SCHEDULED in the Chambers of Judge Eldon E. Fallon to discuss the claims against the Banner Supply entities in the MDL litigation on Tuesday, March 22, 2011, at 2:00 p.m. central time. The following counsel are directed to appear in person: Todd Ehrenreich, Mike Peterson, Mike Sexton, Jane Byrne, Robert Darroch, P. David Brannon, J.L. King, J. Steven Berry, Ervin Gonzalez, Arnold Levin, Russ Herman, Fred Longer, Lenny Davis, Kerry Miller, Greg Wallance, Hilary Bass, Neal Sivyer, and Bob Fitzsimmons. Other counsel may attend the conference only with express permission from the Court.

New Orleans, Louisiana, this 17th day of March 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE