UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) ) ) ) ) ) ) | SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**PSC'S REPLY BRIEF IN SUPPORT OF THE PSC'S MOTION FOR PROTECTIVE ORDER REGARDING CERTAIN KNAUF DEPOSITIONS & RESPONSE TO BANNER DEFENDANTS' MOTION TO COMPEL AND OBJECTION TO THE PSC'S MOTION FOR PROTECTIVE ORDER REGARDING CERTAIN KNAUF DEPOSTIONS**

The Plaintiffs' Steering Committee ("PSC") hereby files its Reply Brief in support of its Motion for Protective Order Regarding Certain Knauf Depositions and Response to the Banner Defendants' Motion to Compel and Objection to the PSC's Motion for Protective Order Regarding Certain Knauf Depositions. In support thereof, the PSC states as follows:

Banner asserts that the PSC is seeking an indefinite postponement of the depositions of Hans-Peter Ingenillem, Manfred Paul, Baldwin Knauf or Maltin Halbach. This is not true. The PSC's Motion for Protective Order (and proposed order) requests that the currently scheduled deposition dates be postponed and potentially reset to a mutually agreeable date and time as agreed upon by the parties. Moreover, the PSC invites the Banner entities to suggest proposed dates to it and Knauf and to setup and pay for the necessary support services normally borne by the PSC: court reporter, videographer and interpreters (where necessary). It should also be noted that Knauf joined in the PSC's Motion for Protective Order, and neither INEX nor any other

1

Defendant, apart from Banner, has objected to postponing the aforementioned depositions to a mutually agreeable date and time.

The PSC also requests that the Court enter a protective order regarding the depositions of Ann Zhong, Zhang Fudong, and Mark Norris in Hong Kong on April 11 and 12. The PSC's Motion for Protective Order inadvertently did not address these depositions; however, the PSC's reasoning for the protective order regarding the Hong Kong depositions is the same as in its Motion for Protective Order. The PSC also notes that it was Knauf that scheduled the depositions of Zhong and Fudong, and Knauf has since postponed these depositions. The PSC had noticed the continuation of the Norris deposition, but has since postponed it. Banner has made clear in its Motion to Compel and Objection that it seeks to go forward on the aforementioned depositions. So there is no confusion, the PSC also moves for a protective order on the depositions of Zhong, Fudong and Norris.

WHEREFORE, the PSC, having demonstrated good cause under Rule 26(c) as set forth in its Motion for Protective Order, requests that the Court enter a protective order preventing the depositions of Mssrs. Ingenillem, Paul, B. Knauf, Halbach, Fudong, Norris and Ms. Ann Zhong from at the currently scheduled dates and times, and that the aforementioned depositions be potentially reset at mutually agreeable time.

Respectfully Submitted,

Dated: March 18, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892

Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Ervin A. Gonzalez (On the Brief)
Patrick S. Montoya (On the Brief)
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,
Kalbac & Kane
255 Alhambra Circle, PH
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Member of the PSC*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186

Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert Josefsburg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsburg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzalez,

Kalbac & Kane
255 Alhambra Circle, PH
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com
Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
  hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
  cseeger@seegerweiss.com

bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
  jrr@lumpkinreeves.com


Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
  sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W. Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431

dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2011.

                                                    /s/ Leonard A. Davis
                                                    Leonard A. Davis
                                                    Herman, Herman, Katz & Cotlar, LLP
                                                    820 O'Keefe Ave.
                                                    New Orleans, LA   70113
                                                    PH:   (504) 581-4892
                                                    Fax:   (504) 561-6024
                                                    ldavis@hhkc.com