UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH ABEL, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS, LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | CASE NO.: 11-080<br><br>SECTION "L"<br><br>MAGISTRATE (2) |
| Plaintiffs, | |
| v. | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | |
| Defendants. | |

**MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF**

For the reasons given in the attached supporting memorandum, pursuant to Fed. R. Civ. P. 24, the Preservation Alliance of New Orleans, Inc. d/b/a Preservation Resource Center of New Orleans, acting through its program, Rebuilding Together New Orleans, prays that it be granted leave to file the attached Petition in Intervention and intervene in this matter as a party plaintiff and for all other relief to which is justly entitled.

**SIGNATURE BLOCK ON NEXT PAGE**

Respectfully submitted,

\s\Robert L. Redfearn, Jr.
Robert L. Redfearn, Jr. (Bar No. 17106)
SIMON, PERAGINE, SMITH & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Facsimile: (504) 569-2999

ATTORNEYS FOR PRESERVATION ALLIANCE OF NEW ORLEANS, INC., D/B/A PRESERVATION RESOURCE CENTER OF NEW ORLEANS, ACTING THROUGH ITS PROGRAM, REBUILDING TOGETHER NEW ORLEANS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system, with the exception of the following listed counsel of record, who will receive a copy of this filing via United States Mail, postage prepaid.

New Orleans, Louisiana, this 18th day of March, 2011.

\s\Robert L. Redfearn, Jr.

N:\DATA\M\38240001\Pleadings\Mot Leave Intervene.wpd