UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| This Document Relates to: | * * | SECTION: "L" |
| DANIEL ABREU, et al., Plaintiffs, | * * * | MAGISTRATE JUDGE WILKINSON |
| versus | * * | |
| GEBRUEDER KNAUF, et al Defendants | * * * | |
| Civil Action 11-252 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**Robert F. Lakey** of Boggs, Loehn & Rodrigue hereby files this Notice of Appearance and wishes to be substituted in place of H. David Vaughan, II, of the firm of Plauche', Smith & Nieset, L.L.C., as counsel of record for **McCombs Services, L.L.C.**, made defendant in the Daniel Abreu, et al Omnibus Class Action Complaint (VIII); and requests that copies of all pleadings served in this case be served upon the undersigned in connection with this action. This appearance is for the limited purpose of complying with Pre-Trial Order No. 1F, and McCombs Services, L.L.C. specifically reserves its rights and defenses, including but without limitation, lack of personal and subject matter jurisdiction, improper venue, insufficiency of service of process, and failure to state a claim upon which relief can be granted.

Respectfully submitted,

BOGGS, LOEHN & RODRIGUE

_____
Robert F. Lakey (#7927)
3616 S. I-10 Service Road, West, Suite 109
Metairie, Louisiana 70001
Telephone: (504) 828-1202, ext. 220
Facsimile: (504) 828-1208
E-mail: rlakey@boggsloehnrodrigue.com
*Counsel for Defendant,*
*McCombs Services, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Substitution of Counsel has been served on H. David Vaughan, II; on Plaintiff's Counsel, Russ Herman and Leonard A. David; and Defendants' Liaison Counsel, Kerry Miller and Phillip A. Wittmann, by e-mail and upon all parties by electronically uploading the same to Lexis/Nexis file and Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18TH day of March, 2011.

BOGGS, LOEHN & RODRIGUE

_____
Robert F. Lakey

L:\Rob\Turner Bell v. McCombs Services, LLC (0102011001)\Pleadings\Notice of Appearance and Substitution of Counsel.wpd