# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

State of Louisiana, *ex rel.* James D.
("Buddy") Caldwell, the Attorney
General of Louisiana

VERSUS

Knauf Gips KG, et al.

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. WILKINSON

(#10-340)

## DECLARATION OF DAVID L. BLACK

1.     I am a partner with the law firm of Perkins Coie LLP in Denver, Colorado. I am one of the attorneys representing the State of Louisiana in this action. I have personal knowledge of the facts stated in this Declaration.

2.     I have attended several depositions in this case in person or by phone on behalf of the State of Louisiana. I personally questioned Isabel Knauf and Mark Norris regarding issues that are germane to the State's case but which were not addressed by the PSC or other parties. I was prepared to question Dr. Hans-Ulrich Hummel during the first two days of his Rule 30(b)(6) deposition on October 19-20, 2010 on issues particularly relevant to the State's case, but did not get the opportunity to do so. Because several parties did not get the opportunity to question Dr. Hummel, counsel for Knauf agreed to bring him back for the completion of his deposition. At the conclusion of the second day of the deposition, counsel agreed that no one could use Dr. Hummel's deposition transcript until his deposition was completed.

3.     Since October 20, 2010, I have repeatedly asked counsel for Knauf orally and in writing to provide dates for the completion of Dr. Hummel's deposition.

4. In January and February, 2011, I corresponded with counsel for Knauf, the PSC, and other parties regarding the scheduling of various depositions of Knauf employees or representatives.

5. On January 25, 2011, Steven Glickstein, counsel for Knauf, proposed deposition dates for the following Knauf employees or representatives: Martin Boettcher, Hans-Peter Ingenillem, Manfred Paul, Baldwin Knauf, Ann Zhong, Zhang Fudong, the completion of Mark Norris, and Martin Halbach. A true and correct copy of this email is attached hereto as Exhibit 1.

6. I promptly responded to Mr. Glickstein's email on January 25, 2011, asking, "Has the completion of Hummel's deposition been scheduled?" Mr. Glickstein responded that "[t]he PSC did not ask for the completion." A true and correct copy of this email string is attached hereto as Exhibit 2.

7. On January 31, 2011, Nicholas Panayotopoulos, counsel for Banner, emailed counsel for Knauf to request dates for the completion of Dr. Hummel's deposition. I joined Mr. Panayotopoulous' request by email on February 1, 2011. I noted that Knauf's counsel has previously proposed scheduling the completion of Dr. Hummel's deposition around other Knauf depositions in New York. On February 1, 2011, Karin Garvey, counsel of Knauf, responded, "We did not discuss dates with the PSC because the PSC wasn't seeking to continue that deposition. I will work on dates and will do my best to coordinate with the dates of the other depositions." A true and correct copy of this email string is attached hereto as Exhibit 3.

8. Despite Ms. Garvey's agreement to do so, counsel for Knauf have not proposed to me or anyone else to my knowledge any dates for the completion of Dr. Hummel's deposition.

9.      After the PSC noticed the depositions of Hans-Peter Ingenillem, Manfred Paul, Baldwin Knauf, and Martin Halbach, I made arrangements to participate in these depositions and began to prepare for these depositions.

10.      On behalf of the State of Louisiana, I cross noticed the depositions of Hans-Peter Ingenillem, Manfred Paul, Baldwin Knauf, and Martin Halbach on February 24, 2011.  True and correct copies of the Cross-Notices are attached hereto as Exhibits 4-7.

11.      Neither I nor any other attorney for the State of Louisiana were consulted before the PSC cancelled the noticed depositions on February 23, 2011, or before the PSC filed its Motion for Protective Order (Doc. 7746) on February 28, 2011.

12.      To my knowledge, neither the PSC nor Knauf have proposed new dates for the depositions of Hans-Peter Ingenillem, Manfred Paul, Baldwin Knauf, or Martin Halbach.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2011.

s/ David L. Black
David L. Black

# EXHIBIT 1

**Black, David L.  (Perkins Coie)**

| | |
|---|---|
| From: | Glickstein, Steven [SGlickstein@kayescholer.com] |
| Sent: | Tuesday, January 25, 2011 11:55 AM |
| To: | bassh@gtlaw.com; Richard G. Duplantier, Jr.; Ehrenreich, Todd; Black, David L.  (Perkins Coie) |
| Cc: | kmiller; Mayesh, Jay; Garvey, Karin; Grass, Robert |
| Subject: | Knauf Deposition |

Hillary,  Rick,  Todd and David:

Here are the deposition dates and locations that we have provided to the PSC.

Martin Boettcher
2/2-2/3 in NY

Hans-Peter Ingenillem
3/3-3/4 in Frankfurt

Manfred Paul
3/16-3/17 in NY

Baldwin Knauf
3/29-3/30 in Frankfurt

Ann Zhong, Zhang Fudong and the 30 minute conclusion of the Mark Norris
To be scheduled during the week of April 11 in Hong Kong – exact dates to be determined
(Please note that Zhong and Fudong's depos are being noticed by the Knauf defendants)

Martin Halbach
4/28-4/29 in NY
(Please note that Halbach's depo is being noticed by the Knauf defendants.)

As you can see, we have made a significant accommodation in bringing 3 German witnesses to New York.

Please contact Karin Garvey if you have any questions.

Regards,

Steve

**Steven Glickstein**
Kaye Scholer LLP

425 Park Avenue • New York, New York 10022
Phone: 212.836.8485 · Fax: 212.836.6485
sglickstein@kayescholer.com
www.kayescholer.com

1

* * * *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax advice
contained in this correspondence (including any attachments) is not
intended or written to be used, and cannot be used for the purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

# EXHIBIT 2

## Black, David L. (Perkins Coie)

| | |
|---|---|
| From: | Glickstein, Steven [SGlickstein@kayescholer.com] |
| Sent: | Tuesday, January 25, 2011 12:24 PM |
| To: | Black, David L. (Perkins Coie) |
| Cc: | bassh@gtlaw.com; Richard G. Duplantier, Jr.; Ehrenreich, Todd; kmiller; Mayesh, Jay; Garvey, Karin; Grass, Robert |
| Subject: | RE: Knauf Deposition |

The PSC did not ask for the completion.  Probably because his depo goes to merits rather than jurisdiction, and we're concentrating on jurisdictional discovery.

**Steven Glickstein**
Kaye Scholer LLP

425 Park Avenue • New York, New York 10022
Phone: 212.836.8485 · Fax: 212.836.6485
sglickstein@kayescholer.com
www.kayescholer.com

**From:** Black, David L. (Perkins Coie) [mailto:DBlack@perkinscoie.com]
**Sent:** Tuesday, January 25, 2011 2:02 PM
**To:** Glickstein, Steven
**Cc:** bassh@gtlaw.com; Richard G. Duplantier, Jr.; Ehrenreich, Todd; kmiller; Mayesh, Jay; Garvey, Karin; Grass, Robert
**Subject:** Re: Knauf Deposition

Thanks, Steve. Has the completion of Hummel's deposition been scheduled?

Sent from my iPhone

On Jan 25, 2011, at 11:55 AM, "Glickstein, Steven" <SGlickstein@kayescholer.com> wrote:

Hillary, Rick, Todd and David:

Here are the deposition dates and locations that we have provided to the PSC.

Martin Boettcher

2/2-2/3 in NY

Hans-Peter Ingenillem

3/3-3/4 in Frankfurt

1

Manfred Paul

3/16-3/17 in NY


Baldwin Knauf

3/29-3/30 in Frankfurt


Ann Zhong, Zhang Fudong and the 30 minute conclusion of the Mark Norris

To be scheduled during the week of April 11 in Hong Kong – exact dates to be determined

(Please note that Zhong and Fudong's depos are being noticed by the Knauf defendants)


Martin Halbach

4/28-4/29 in NY

(Please note that Halbach's depo is being noticed by the Knauf defendants.)


As you can see, we have made a significant accommodation in bringing 3 German witnesses to New York.


Please contact Karin Garvey if you have any questions.


Regards,


Steve


**Steven Glickstein**

Kaye Scholer LLP

425 Park Avenue • New York, New York 10022

Phone: 212.836.8485 · Fax: 212.836.6485

sglickstein@kayescholer.com

www.kayescholer.com

\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice
contained in this correspondence (including any attachments) is
not
intended or written to be used, and cannot be used for the
purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to
another
party any transaction or matter addressed herein.

\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax advice
contained in this correspondence (including any attachments) is not
intended or written to be used, and cannot be used for the purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

3

# EXHIBIT 3

## Black, David L. (Perkins Coie)

| | |
|---|---|
| **From:** | Garvey, Karin [KGarvey@kayescholer.com] |
| **Sent:** | Tuesday, February 01, 2011 12:59 PM |
| **To:** | Black, David L. (Perkins Coie); Panayotopoulos, Nicholas |
| **Cc:** | bassh@gtlaw.com; Rick Duplantier (RDuplantier@gjtbs.com); Ehrenreich, Todd; Mashelkar, Shubhra; Mayesh, Jay |
| **Subject:** | RE: Knauf Deposition |

We did not discuss dates with the PSC because the PSC wasn't seeking to continue that deposition. I will work on dates and will do my best to coordinate with the dates of the other depositions.

Karin E. Garvey
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022

Phone: 212-836-7030
Fax: 212-836-6598

**From:** Black, David L. (Perkins Coie) [mailto:DBlack@perkinscoie.com]
**Sent:** Tuesday, February 01, 2011 2:00 PM
**To:** Panayotopoulos, Nicholas; Garvey, Karin
**Cc:** bassh@gtlaw.com; Rick Duplantier (RDuplantier@gjtbs.com); Ehrenreich, Todd; Mashelkar, Shubhra; Mayesh, Jay
**Subject:** RE: Knauf Deposition

Karin,

I join in that request. Several of us discussed with Jay trying to reschedule the completion of Dr. Hummel's deposition to occur in Frankfurt around the time of the Isabel Knauf/Grundke depositions. Jay said that that could not be done then but that his deposition would be rescheduled to occur when the next New York depositions are scheduled. We would support that approach or one which schedules the Hummel deposition to occur on either side of one of the two Frankfurt depositions.

David

**From:** Panayotopoulos, Nicholas [mailto:NPanayo@wwhgd.com]
**Sent:** Monday, January 31, 2011 12:52 PM
**To:** KGarvey@kayescholer.com
**Cc:** bassh@gtlaw.com; Rick Duplantier (RDuplantier@gjtbs.com); Black, David L. (Perkins Coie); Ehrenreich, Todd; Mashelkar, Shubhra; JMayesh@kayescholer.com
**Subject:** FW: Knauf Deposition

Karin, hope all is well. I know there are a number of folks that are interested in completing the Hummel deposition. Please let me know if you have already provided dates to the PSC or, if not, please provide some dates.

Nick
(404) 832-9540

1

**From:** Ehrenreich, Todd
**Sent:** Tuesday, January 25, 2011 3:58 PM
**To:** Drywall Group
**Subject:** Fwd: Knauf Deposition

Sent from my iPhone

Begin forwarded message:

> **From:** "Glickstein, Steven" <SGlickstein@kayescholer.com>
> **Date:** January 25, 2011 10:55:25 AM PST
> **To:** "bassh@gtlaw.com" <bassh@gtlaw.com>, "Richard G. Duplantier, Jr."
> <RDuplantier@gjtbs.com>, "Ehrenreich, Todd" <TEhrenreich@wwhgd.com>,
> "dblack@perkinscoie.com" <dblack@perkinscoie.com>
> **Cc:** kmiller <kmiller@frilot.com>, "Mayesh, Jay" <JMayesh@kayescholer.com>, "Garvey,
> Karin" <KGarvey@kayescholer.com>, "Grass, Robert" <RGrass@kayescholer.com>
> **Subject: Knauf Deposition**

Hillary, Rick, Todd and David:

Here are the deposition dates and locations that we have provided to the PSC.

Martin Boettcher

2/2-2/3 in NY

Hans-Peter Ingenillem

3/3-3/4 in Frankfurt

Manfred Paul

3/16-3/17 in NY

Baldwin Knauf

3/29-3/30 in Frankfurt

Ann Zhong, Zhang Fudong and the 30 minute conclusion of the Mark Norris

To be scheduled during the week of April 11 in Hong Kong – exact dates to be determined

(Please note that Zhong and Fudong's depos are being noticed by the Knauf defendants)

Martin Halbach

4/28-4/29 in NY

2

(Please note that Halbach's depo is being noticed by the Knauf defendants.)

As you can see, we have made a significant accommodation in bringing 3 German witnesses to New York.

Please contact Karin Garvey if you have any questions.

Regards,

Steve

**Steven Glickstein**

**Kaye Scholer LLP**

**425 Park Avenue • New York, New York 10022**

Phone: 212.836.8485 · Fax: 212.836.6485

sglickstein@kayescholer.com

www.kayescholer.com

\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice
contained in this correspondence (including any attachments) is
not
intended or written to be used, and cannot be used for the
purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to
another
party any transaction or matter addressed herein.


The information contained in this message may contain privileged client confidential information. If you have
received this message in error, please delete it and any copies immediately.
\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax advice
contained in this correspondence (including any attachments) is not
intended or written to be used, and cannot be used for the purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE FALLON |
| ALL CASES ) | MAG. JUDGE WILKINSON |
| ) | |
| ) | |

## CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF HANS-PETER INGENILLEM

TO:   ALL COUNSEL

**PLEASE TAKE NOTICE** that The State of Louisiana, *ex rel* James D. ("Buddy") Caldwell,

the Attorney General of Louisiana ("the State"), without waiving any of its rights to challenge this

Court's jurisdiction, will take the oral and/or videotaped deposition of Hans-Peter Ingenillem

beginning on Thursday, March 3, 2011 and Friday, March 4, 2011, beginning at 9:00 a.m.

(Frankfurt, Germany Time) each day, at the offices of Kaye Scholer, LLP, Schillerstrasse 19, 60313

Frankfurt am Main, Germany, 011-49-69-25494-0, or at another location mutually agreed upon by

the parties.

If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the

deposition should you desire to participate by stream to view video/text so you may receive a

username and password.

| | |
|---|---|
| Primary Examiners: | Counsel for the State of Louisiana, *ex rel* James D. ("Buddy") Caldwell, the Attorney General of Louisiana |
| Videotaped Depositions: | Yes |
| Call-In Number: | 800-747-5150 (for USA callers) |
| | Participant Code: 5408057 |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is complete.

You are invited to attend and examine the witness if you so desire.

Louisiana reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and Live Note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party, and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a Knauf fact witness.

DATED this 24th day of February, 2011

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/  *David L. Black*
    David L. Black, #22380
    DBlack@perkinscoie.com
    1900 Sixteenth Street, Suite 1400
    Denver, CO 80202-1043
    Telephone:  303.291.2300
    Facsimile:  303.291.2400

    Attorneys for Plaintiffs
    And all others similarly situated,

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Hans-Peter Ingenillem has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was previously electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of February, 2011.

PERKINS COIE LLP

/s/ *David L. Black*
David L. Black, Esq.

-3-

# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | ) <br> ) <br> ) | MDL NO. 2047 |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) <br> ) | |
| | ) | JUDGE FALLON |
| ALL CASES | ) | MAG. JUDGE WILKINSON |
| | ) <br> ) | |

## CROSS-NOTICE OF ORAL AND VIDEOTAPED
## DEPOSITION OF MANFRED PAUL

TO:    ALL COUNSEL

**PLEASE TAKE NOTICE** that The State of Louisiana, *ex rel* James D. ("Buddy") Caldwell,

the Attorney General of Louisiana ("the State"), without waiving any of its rights to challenge this

Court's jurisdiction, will take the oral and/or videotaped deposition of Manfred Paul beginning on

Wednesday, March 16, 2011 and Thursday, March 17, 2011, beginning at 9:00 a.m. (Eastern

Standard Time) each day, at the offices of Kaye Scholer, LLP, 425 Park Avenue (55th and 56th

Streets), New York, NY 10022-3598, Phone: 212-836-7606, or at another location mutually agreed

upon by the parties.

If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the

deposition should you desire to participate by stream to view video/text so you may receive a

username and password.

| Primary Examiners: | Counsel for the State of Louisiana, *ex rel* James D. ("Buddy")<br>Caldwell, the Attorney General of Louisiana |
|---|---|
| Videotaped Depositions: | Yes |
| Call-In Number: | 800-747-5150 (for USA callers)<br>Participant Code: 5408057 |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is complete.

You are invited to attend and examine the witness if you so desire.

Louisiana reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and Live Note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party, and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a Knauf fact witness.

DATED this 24th day of February, 2011        Respectfully submitted,

                                             **PERKINS COIE** LLP


                                             By: /s/   *David L. Black*
                                                 David L. Black, #22380
                                                 DBlack@perkinscoie.com
                                                 1900 Sixteenth Street, Suite 1400
                                                 Denver, CO 80202-1043
                                                 Telephone: 303.291.2300
                                                 Facsimile: 303.291.2400

                                             Attorneys for Plaintiffs
                                             And all others similarly situated,

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Manfred Paul has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was previously electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of February, 2011.

PERKINS COIE LLP

/s/ *David L. Black*
David L. Black, Esq.

72080-0001/LEGAL20290685.1

# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | JUDGE FALLON |
| ALL CASES | ) | MAG. JUDGE WILKINSON |
| | ) | |
| | ) | |

## CROSS-NOTICE OF ORAL AND VIDEOTAPED
## DEPOSITION OF BALDWIN KNAUF

TO:   ALL COUNSEL

**PLEASE TAKE NOTICE** that The State of Louisiana, *ex rel* James D. ("Buddy") Caldwell,

the Attorney General of Louisiana ("the State"), without waiving any of its rights to challenge this

Court's jurisdiction, will take the oral and/or videotaped deposition of Baldwin Knauf beginning on

Tuesday, March 29, 2011 and Wednesday, March 30, 2011, beginning at 9:00 a.m. (Frankfurt,

Germany Time) each day, at the offices of Kaye Scholer, LLP, Schillerstrasse 19, 60313 Frankfurt

am Main, Germany, 011-49-69-25494-0, or at another location mutually agreed upon by the parties.

If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the

deposition should you desire to participate by stream to view video/text so you may receive a

username and password.

| | |
|---|---|
| Primary Examiners: | Counsel for the State of Louisiana, *ex rel* James D. ("Buddy") Caldwell, the Attorney General of Louisiana |
| Videotaped Depositions: | Yes |
| Call-In Number: | 800-747-5150 (for USA callers) |
| | Participant Code: 5408057 |

72080-0001/LEGAL20290715.1

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is complete.

You are invited to attend and examine the witness if you so desire.

Louisiana reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and Live Note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party, and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a Knauf fact witness.

DATED this 24th day of February, 2011      Respectfully submitted,

**PERKINS COIE** LLP

By: /s/ _David L. Black_
    David L. Black, #22380
    DBlack@perkinscoie.com
    1900 Sixteenth Street, Suite 1400
    Denver, CO 80202-1043
    Telephone: 303.291.2300
    Facsimile: 303.291.2400

    Attorneys for Plaintiffs
    And all others similarly situated,

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Baldin Knauf has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was previously electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of February, 2011.

PERKINS COIE LLP

/s/ *David L. Black*
David L. Black, Esq.

# EXHIBIT 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL )     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION )
                                              )     SECTION: L
)
THIS DOCUMENT RELATES TO: )
)
ALL CASES )     JUDGE FALLON
)     MAG. JUDGE WILKINSON
)
)

## CROSS-NOTICE OF ORAL AND VIDEOTAPED
## DEPOSITION OF MARTIN HALBACH

TO:     ALL COUNSEL

      **PLEASE TAKE NOTICE** that The State of Louisiana, *ex rel* James D. ("Buddy") Caldwell,

the Attorney General of Louisiana ("the State"), without waiving any of its rights to challenge this

Court's jurisdiction, will take the oral and/or videotaped deposition of Martin Halbach beginning on

Thursday, April 28, 2011 and Friday, April 29, 2011, beginning at 9:00 a.m. (Eastern Standard

Time) each day, at the offices of Kaye Scholer, LLP, 425 Park Avenue (55th and 56th Streets), New

York, NY 10022-3598, Phone: 212-836-7606, or at another location mutually agreed upon by the

parties.

      If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the

deposition should you desire to participate by stream to view video/text so you may receive a

username and password.

| | |
|---|---|
| Primary Examiners: | Counsel for the State of Louisiana, *ex rel* James D. ("Buddy") Caldwell, the Attorney General of Louisiana |
| Videotaped Depositions: | Yes |
| Call-In Number: | 800-747-5150 (for USA callers) |
| | Participant Code: 5408057 |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is complete.

You are invited to attend and examine the witness if you so desire.

Louisiana reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and Live Note, and it will be transcribed. The deposition is being taken for the purposes of discovery or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party, and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition of a Knauf fact witness.

DATED this 24th day of February, 2011          Respectfully submitted,

**PERKINS COIE** LLP

By: /s/   *David L. Black*
David L. Black, #22380
DBlack@perkinscoie.com
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-1043
Telephone: 303.291.2300
Facsimile: 303.291.2400

Attorneys for Plaintiffs
And all others similarly situated,

-2-

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition of Martin Halbach has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was previously electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of February, 2011.

PERKINS COIE LLP

/s/ David L. Black
David L. Black, Esq.

72080-0001/LEGAL20290440.1