UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047<br><br>JUDGE FALLON |
| This Document Relates to:<br>ALL CASES | | MAGISTRATE WILKINSON |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF INTERIOR EXTERIOR'S MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS WHO HAVE FAILED TO PRODUCE PROFILE FORMS PURSUANT TO F.R.C.P. RULE 37(b)**

**MAY IT PLEASE THE COURT:**

Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") submit this Supplemental Memorandum in Support of their Motion to Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b) to provide the Court with the Amended Exhibit "A" attached hereto, which outlines only those Plaintiffs whose profile forms are overdue and who were not first added as a party in Omnibus Complaints VII and VIII.

The original Exhibit "A" included with Interior Exterior's motion contained Plaintiffs who were first added as parties in Omnibus Complaints VII and VIII. The profile forms for these Plaintiffs were (are) due by February 23, 2011 and March 19, 2011, respectively. Because at the time of the filing of this motion, the profile forms for these Plaintiffs were only slightly overdue (Omnibus Complaint VII) or not yet due (Omnibus Complaint VIII), Interior Exterior has removed the claims of these Plaintiffs from its request for dismissal.[1]  Additionally, any Plaintiffs who have provided profile

---

[1] Interior Exterior reserves its rights to move at a later date to dismiss the claims of any of these Plaintiffs who still have not provided profile forms as of that time.

- 1 -

forms since the filing of this motion have been removed from the list included on the Amended Exhibit "A."

For the reasons set forth in their original memorandum in support, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. respectfully request that this Honorable Court grant their Motion Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b) and enter an Order dismissing with prejudice the claims of the Plaintiffs identified on the Amended Exhibit "A" attached hereto.

    Respectfully submitted,

    ***Richard G. Duplantier, Jr.   /s/***
    _____
    Richard G. Duplantier, Jr. (# 18874)
    Lambert J. Hassinger, Jr. (# 21683)
    Benjamin R. Grau (#26307)
    Carlina C. Eiselen, (# 28524)
    Jeffrey P. Green (# 30531)
    GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
    701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139
    Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
    rduplantier@gjtbs.com /jhassinger@gjtbs.com
    bgrau@gjtbs.com / ceiselen@gjtbs.com /
    jgreen@gjtbs.com
    *Counsel for Defendant, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC*

**Certificate of Service**

      The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 18th day of March, 2011.

*Richard G. Duplantier, Jr.   /s/*

_____
RICHARD G. DUPLANTIER, JR.