**Amended Exhibit A**
*Missing Plaintiff's Profile Forms as of March 18, 2011*

### Louisiana

| | |
|---|---|
| **Alexander, Derrick** | Individual complaint |
| **Alonso, Roland** | Omnibus IB |
| **Antoine, Jacques and Patricia** | Omnibus IB |
| **Assevado, Mary** | Omnibus III |
| **Atianzar, Pedro & Sandra** | Omnibus II and amended III |
| **BBBMM Properties, LLC** | Omnibus IB |
| **Borrello, Donna and Thomas** | Omnibus I and amended V |
| **Brooks, Christopher J. and Katherine E.** | Omnibus IC |
| **Brown, Raymond and Syndee** | Individual complaint |
| **Bruner, Janice and Ronald P.** | Omnibus IC |
| **Carisella, James** | Individual complaint |
| **Colby, Richard and Susan** | Omnibus I and amended V |
| **Crosby, Patrick** | Omnibus I and individual complaint |
| **Daigle, Theresa** | Individual complaint |
| **D'Hemecourt, Thomas** | Individual complaint |
| **Diez, Douglas (Pelican Point Properties)** | Omnibus I and V |
| **Donahoe, Patrick & Tina** | Omnibus IV and V |
| **Dorsey, Mark** | Amended Omnibus I and Individual Petition |
| **Falgout, Christopher** | Amended Omnibus III |
| **Foret, Kimber** | Amended Omnibus I and Individual Petition |
| **Gagnon, Chad** | Amended Omnibus I and Individual Petition |
| **Hartenstein, Michael and Mary** | Omnibus IC |

### Mississippi

| | |
|---|---|
| **Alfonso, Glenn** | Omnibus IB |
| **Allen, Teresa** | Omnibus IB |
| **Barhonovich, Joseph Mario** | Omnibus IB |
| **Bell, James and June** | Omnibus IC |
| **Betzer, Lenny** | Omnibus IC |
| **Blacker, Bruce** | Omnibus IC |
| **Blackledge, Ronald** | Omnibus IB |
| **Brashier, Jim** | Omnibus IB |
| **Braud, Maryann** | Omnibus IB |
| **Calcutta, Richard and Debra** | Omnibus IC |
| **Coiro, Donna** | Omnibus IB |
| **Cottone, Joseph** | Omnibus IB |
| **Courtier, Bill and Kathy** | Omnibus IB |
| **Cowand, Mac** | Omnibus IB |
| **Cox, Paul** | Omnibus IC |
| **Crose, Casey** | Omnibus IB |
| **Dauro, Dennis** | Omnibus IB |
| **Dean, Lisa and Don** | Omnibus IB |
| **Delano, Todd** | Omnibus IB |
| **Ditta, Peggy** | Omnibus IC |
| **Donston, Cubby** | Omnibus IB |
| **Eppert, Herbet and Melanie** | Omnibus IB |

### Alabama

| | |
|---|---|
| **Adamson, Mike** | Individual complaint |
| **Bales, Dennis** | Individual complaint |
| **Banta, Christopher and Aimee** | Omnibus IB |
| **Cowart, Kenneth** | Omnibus IC |
| **Cowart, Patricia and Jerry** | Individual complaint |
| **Crane, David and Aihoon** | Omnibus IB |
| **Davis, William & Lucinda** | Individual complaint |
| **Dickinson, Jamascan** | Omnibus IB |
| **Donnelly, Paul** | Individual complaint |
| **Eddleman Homes** | Individual complaint |
| **Falkins, Rebecca and Douglas** | Omnibus IB |
| **Foster, Daniel** | Individual complaint |
| **Gentry, Byron** | Omnibus IB |
| **Haas, Albert & Ann** | Amended Omnibus I |
| **Henderson, Robert (Consolidated with Little, Diges 11/11/09)** | Individual complaint |
| **Hicks, Todd** | Omnibus IB |
| **Johnston, Randy** | Omnibus IB |
| **Kaepermick, Daniel** | Omnibus IB |
| **Klamer, George** | Omnibus IB |
| **Lifescape Builders, LLC and Liberty Park Joint Venture, LLP** | Individual complaint |
| **Little, Diges E. (Consolidated with Henderson, Robert 11/11/09)** | Individual complaint |
| **Lockhart, Jason and Buckhannon, Niurca** | Omnibus IB |

**Amended Exhibit A**
*Missing Plaintiff's Profile Forms as of March 18, 2011*

| Name | Filing | Name | Filing | Name | Filing |
|---|---|---|---|---|---|
| Hulse, Valerie and Mark | Omnibus IC | Estes, Latresha | Omnibus IC | Mcclure, Paul | Individual complaint |
| Lang, Joe and Amy | Omnibus V and I | Farned, James | Omnibus IB | Middaugh, Katherine Goins, Aireal Marquis and Ayanna Niara | Omnibus IB |
| Lawson, Edward | Omnibus IB | Farve, Beverlie | Omnibus IB | Moseley, Dartagnon | Omnibus IB |
| Mantrana, Anthony & Debra | Amended Omnibus III | Ferrucci, Bridgette | Omnibus IC | Moulton, Tom | Omnibus IB |
| Marrero, Charlene | Individual complaint | Finley, Rebecca and Darrell | Omnibus IB | Paisley, Cameron & Rachel | Omnibus IB and Amended I |
| McAvoy, Michael | Individual complaint | Fouquet, Louis | Omnibus IB | Palmer, Ben and Kay | Omnibus IB |
| Ney, Connie and Terry | Omnibus IIB | Friedlander, Greg | Omnibus IB | Parker, James | Omnibus IB |
| Pilet, Dennis | Amended Omnibus III | Garrison, Roberto | Omnibus IB | Petersen, Daniel | Omnibus IB |
| Poole, Sam | Individual complaint | Gazzier, Neoma | Omnibus IB | Reilly, Chris and Stephanie | Omnibus IB |
| Ragusa, Ben | Omnibus IB | Gelpi, Gus and Susan | Omnibus IB | Scott, Gregory and Joan | Individual complaint |
| Robbins, Margaret and Glenwood | Omnibus I and amended V | Glassman, Michael and Penny | Omnibus IB | Simon, Alicia and Terence | Omnibus IB |
| Robin, Charles III | Amended Omnibus III | Goff, Chris | Omnibus IB | Stark, David | Omnibus IC |
| Ross, Terrence | Individual complaint | Gonzales, Angela and Saul | Omnibus IB | Taft, Natalie Hurst Charles | Omnibus IB |
| Sander, Karl | Amended Omnibus I | Goodspeed, Jeff and Tracy | Omnibus IB | Tyson, Sheila | Omnibus IB |
| Savoie & Savoie III, LLC | Individual complaint | Guzman, Adriana | Omnibus IB | Wilbanks, Bruce and Debbie | Omnibus IB |
| Serigne, Paul & Hope | Amended Omnibus III | Hahn, Ryan | Omnibus IC | Wilkinson, Carrie | Individual complaint |
| Shaw, Stephan and Ann | Omnibus IB | Handler, Sammy | Omnibus IB | Wilson, David and Lisa | Omnibus IB |
| Singleton, Enrica | Omnibus I and amended V | Harrelson, Michael | Omnibus IB | Wright, Gary, Bettina and Maddison | Omnibus IB |
| Tomeny, Phillip | Omnibus IC | Harshbarger, Clement | Omnibus IB | | |
| Verrett, Chavis | Omnibus IC | Hasty, Bernadette | Omnibus IB | | |
| Villaneva, Lanny | Amended Omnibus III | Henderson, Alton | Omnibus IB | | |
| Voebel, Matt and Villanueva, lauren | Omnibus IIB | Hicks, Julian | Omnibus IB | | |
| Watts, Darlene and Dennis | Omnibus IC | Hines, Owen | Omnibus IB | | |
| Whittington, Thomas | Individual complaint | Hopkins, Christopher | Omnibus IB | | |
| | | Hopkins, Pasqua | Omnibus IB | | |
| | | Ibele, Carrol and Brenda | Omnibus IB | | |
| | | Irving, William | Omnibus IB | | |
| | | Karetas, Jordan | Omnibus IB | | |
| | | Kassis, George | Omnibus IB | | |

**Amended Exhibit A**
*Missing Plaintiff's Profile Forms as of March 18, 2011*

| | |
|---|---|
| **Kelly, Timothy** | Omnibus IC |
| **Kidd, Trina** | Omnibus IC |
| **Klein, Lee** | Omnibus IB |
| **Knight, James and Christine** | Omnibus IC |
| **Korn, Chris** | Omnibus IB |
| **Lee, Kenneth** | Omnibus IB |
| **Legendre, Phillip** | Omnibus IB |
| **Lescault, Henry** | Omnibus IB |
| **Leyser, Richard and Georgia** | Omnibus IB |
| **Logan, Aubry and Erika** | Omnibus IB |
| **Lyman, Ng** | Omnibus IB |
| **Masse contracting, Greg Masse** | Omnibus IB |
| **McKinley Development, LLC** | Omnibus IC |
| **McNair, Steve** | Omnibus IB |
| **Moran, Jonathan and Ashley** | Omnibus IB |
| **Murray, Mary Craig and Joseph** | Omnibus IC |
| **Necaise, Barbara and Herman** | Omnibus IB |
| **Nelson, Pamela and Alton** | Omnibus IB |
| **Nix, Linda and Ryan** | Omnibus IB |
| **O'Byrne, Richard and pamela** | Omnibus IC |
| **O'Keefe, Celeste and Daniel** | Omnibus IB |
| **Olivier, Terry** | Omnibus IB |
| **Parker, David** | Omnibus IB |
| **Pelfrey, Shelly and Carlo** | Omnibus IB |
| **Peresich, Ron and Ashley** | Omnibus IC |
| **Pinkston, randall** | Omnibus IB |
| **Ray, Mary** | Omnibus IB |
| **Richards, Charlotte** | Omnibus IB |
| **Roberts, Craig** | Omnibus IB |

3

**Amended Exhibit A**
*Missing Plaintiff's Profile Forms as of March 18, 2011*

| | |
|---|---|
| **Roberts, David and Ann** | Omnibus IC |
| **Roberts, Don** | Omnibus IC |
| **Robertson, Denny** | Omnibus IB |
| **Robicheaux, Bobbie and John** | Omnibus IB |
| **Salloum, Nancy** | Omnibus IB |
| **Sanderford, Anita** | Omnibus IB |
| **Sellier, Kent** | Omnibus IC |
| **Sharp, Donna** | Omnibus IB |
| **Simpson, Scott and Patty** | Omnibus IB |
| **Smith, Brenda** | Omnibus IB |
| **Smith, Richard and Audra** | Omnibus IB |
| **Southern Equity Financial, LLC** | Omnibus IC |
| **Spruill, Rebecca Nicole** | Omnibus IB |
| **St. Paul, Henry and Helene** | Omnibus IB |
| **Standford, Philip** | Omnibus IB |
| **Stoney Creek SC, LLC** | Omnibus IB |
| **Strong, William and Marcella** | Omnibus IB |
| **Truong, Tom** | Omnibus IB |
| **Vanney, Paula** | Omnibus IB |
| **Walsh, Alvin and Claire** | Omnibus IB |
| **Ward, Jason** | Omnibus IB |
| **Warino, Kenneth and Patricia** | Omnibus IB |
| **Wheeler, David** | Omnibus IB |
| **Williams, Evan** | Omnibus IB |
| **Wisniewski, Jerry** | Omnibus IC |