# Exhibit A

| Plaintiff Name | State | Name Correction, if any | PPF Submitted to DLC |
|---|---|---|---|
| Alfonso, Glenn | MS | | 3/18/2011 |
| Allen, Teresa | MS | Aven, Teresa | 3/18/2011 |
| Antonine, Jacques & Patricia | LA | | 3/18/2011 |
| Anzar, Pedro & Sandra | LA | | 3/15/2011 |
| Augusta, Twana | TX | | 3/16/2011 |
| Austin, Anthony & Kathryn | TX | | 3/16/2011 |
| Ayala, Gerardo & Mayra | AL | | 3/14/2011 |
| Barhonovich, Joseph Mario | MS | | 3/18/2011 |
| BBMM Properties, LLC | LA | | 3/17/2011 |
| Beeril, Jose | TX | | 3/16/2011 |
| Bell, James & June | MS | | 3/17/2011 |
| Bennett, Lynell | TX | | 3/17/2011 |
| Betzer, Lenny | MS | | 3/18/2011 |
| Blacker, Bruce | MS | | 3/18/2011 |
| Blackledge, Ronald | MS | Blacklidge, Ronald /Wooten | 12/21/2009 |
| Bodden, Roy & Bibi | TX | | 3/16/2011 |
| Books, Jacel | TX | Brooks, Jacel | 3/16/2011 |
| Borrello, Donna & Thomas | LA | Borrello, Donna & Thomas Stallings | 3/15/2011 |
| Braden, Charlotte | TX | | 3/16/2011 |
| Brashier, Jim | MS | | 3/18/2011 |
| Braud, Maryann | MS | | 3/18/2011 |
| Brooks, Christopher & Katherine | LA | | 1/20/2011 |
| Brown, Betty | TX | | 3/16/2010 |
| Bruner, Janice & Ronald | LA | | 1/20/2011 |
| Buck, Christopher & Celeste | AL | | 3/14/2011 |
| Caputta, Richard & Debra | MS | | 3/18/2011 |
| Carter, Niki | TX | | 3/16/2011 |
| Choi, Jae & Mi | AL | | 3/14/2011 |
| Cochran, Jacob | TX | | 3/16/2011 |
| Coiro, Donna | MS | | 3/18/2011 |

1

| Plaintiff Name | State | Name Correction, if any | PPF Submitted to DLC |
|---|---|---|---|
| Colby, Richard & Susan | LA | | 12/14/2009 |
| Colston, Carl & Janice | TX | Jordan, Rich & Susan | 3/16/2011 |
| Cornelius, Mitchell & Katherine | AL | | 8/13/10; 3/11/11 |
| Corona, Vincent & Barbara | MS | | 1/20/11; 3/11/11 |
| Cottone, Joseph | MS | | 3/18/2011 |
| Courtier, Bill & Kathy | MS | | 3/18/2011 |
| Cowand, Mac | MS | | 3/18/2011 |
| Cox, Paul | MS | | 3/18/2011 |
| Crenmore, Tony & Michael Tate | AL | | 3/14/2011 |
| Crosby, Patrick | LA | | 11/17/2010 |
| Crose, Casey | MS | | 3/18/2011 |
| Dang, Phung & Dac Dinh | TX | | 3/16/2011 |
| Dannell, Deidre | TX | | 1/21/2011 |
| Daro, Dennis | MS | | 3/18/2011 |
| Davis, Angelnelle & Derrick | TX | | 3/16/2011 |
| Davis, Murriel | AL | | 3/14/2011 |
| Dean, Lisa & Don | MS | | 3/18/2011 |
| DeLano, Todd | MS | | 3/18/2011 |
| Denson, Bruce | AL | | 3/14/2011 |
| Dickinson, Jamascan | AL | | 3/18/2011 |
| Diez, Douglas (Pelican Properties) | LA | | 12/14/09; 3/19/10 |
| Drita, Peggy | MS | | 3/17/2011 |
| Donahoe, Patrick & Tina | LA | | 3/19/2010 |
| D'Onofrio, Michael & Kristen | LA | | 2/22/2011 |
| Donston, Cubby | MS | | 3/18/2011 |
| Eastman, Christopher & Jennifer | MS | | 1/20/11; 3/11/11 |
| Ebert, Herbert & Melaine | MS | | 3/18/2011 |
| Estess, Latresha | MS | | 3/18/2011 |
| Evans, Sabrina & Sherman | TX | | 3/18/2011 |

2

| Plaintiff Name | State | Name Correction, if any | PPF Submitted to DLC |
|---|---|---|---|
| Faggard, Jospeh Olivier | AL | | 3/14/2011 |
| Falgout, Christopher | LA | | 3/18/2011 |
| Farmed, James | MS | | 3/18/2011 |
| Favre, Beverlie | MS | | 3/18/2011 |
| Ferrucci, Bridgette | MS | | 3/18/2011 |
| Finley, Rebecca & Darrell | MS | | 3/18/2011 |
| Fouquet, Louis | MS | | 3/18/2011 |
| Franklin, Yvette | TX | | 3/16/2011 |
| Garcia, Andres & Samantha Medina | TX | | 3/18/2011 |
| Garrison, Roberto | MS | | 3/18/2011 |
| Gazier, Neoma | MS | | 3/18/2011 |
| Gelpi, Gus & Susan | MS | | 3/18/2011 |
| Gentry, Byron | AL | | 3/18/2011 |
| Glassman, Michael & Penny | MS | | 3/18/2011 |
| Goff, Chris | MS | | 3/18/2011 |
| Gonzalez, Angela & Saul | MS | | 3/18/2011 |
| Goodspeed, Jeff & Tracy | MS | | 3/18/2011 |
| Groczyk, Mitchell | TX | | 3/16/2011 |
| Green, Normie & Joann | TX | | 3/18/2011 |
| Guzman, Adriana | MS | | 3/18/2011 |
| Haas, Albert & Ann | AL | | 3/17/2011 |
| Hahn, Ryan | MS | | 3/18/2011 |
| Handler, Sammy | MS | | 3/18/2011 |
| Harrelson, Michael | MS | | 3/18/2011 |
| Harrison, Belinda | LA | | 1/20/2011 |
| Harry Brown Co. LLC | AL | | 3/18/2011 |
| Hashbarger, Clement | MS | | 3/18/2011 |
| Hartenstein, Michael & Mary | LA | | 1/24/2011 |
| Hasty, Bernadette | MS | | 3/18/2011 |
| Heins, Cynthia | TX | | 3/16/2011 |
| Henderson, Alton | MS | | 3/18/2011 |
| Herman, Guy & Billye | TX | | 3/16/2011 |

3

| Plaintiff Name | State | Name Correction, if any | PPF Submitted to DLC |
|---|---|---|---|
| Hicks, Todd | AL | | 3/18/2011 |
| Hidalgo, Larry & Debra | TX | | 3/16/2011 |
| Hill, Charlie & Barbara | MS | Hill, Charles & Barbara | 8/13/10; 3/11/11 |
| Hill, Robert | TX | | 3/16/2011 |
| Hines, Owen | MS | | 3/18/2011 |
| Hoden, Mark | MS | | 1/20/11; 3/11/11 |
| HOuse, Mary | TX | | 3/16/2011 |
| HUse, Valerie & Mark | LA | | 3/15/2011 |
| Ibe, Carrol & Brenda | MS | | 3/18/2011 |
| Irving, William | MS | | 3/18/2011 |
| Jacues, Jeremy & Monique Parks-Jaues | TX | | 3/16/2011 |
| Jenkins, Candice | LA | | 3/10/2011 |
| Jenkins, Carlos Kent | LA | | 3/10/2011 |
| Jimenez, Jr., Pablo | TX | | 3/16/2011 |
| Johns, Timothy & Shawn | TX | Johns, Timothy & Shana | 1/21/2011 |
| Jones, Dutchess | AL | | 3/14/2011 |
| Jones, James Roy & Theresa | TX | | 3/16/2011 |
| Kaopermick, Daniel | AL | | 3/18/2011 |
| Keetas, Jordan | MS | | 3/18/2011 |
| Kazsis, George | MS | | 3/18/2011 |
| Kelly, Timothy | MS | | 3/18/2011 |
| Kidd, Trina | MS | | 3/18/2011 |
| King, Sara | TX | | 3/16/2011 |
| Klemer, George | AL | | 3/14/2011 |
| Klein, Lee | MS | | 3/18/2011 |
| Knight, James & Christine | MS | | 3/18/2011 |
| Kon, Chris | MS | | 3/18/2011 |
| Landry, Jeremy | TX | | 3/16/2011 |
| Lang, Joe & Amy | LA | | 3/16/2011 |
| LaSolais, Pamela | TX | | 3/16/2011 |
| Lawson, Edward | LA | | 3/18/2011 |
| Lee, Kenneth | MS | | 3/18/2011 |

4

| Plaintiff Name | State | Name Correction, if any | PPF Submitted to DLC |
|---|---|---|---|
| Legendre, Phillip | MS | | 3/18/2011 |
| Lescault, Henry | MS | | 3/18/2011 |
| Leyser, Richard & Georgia | MS | | 3/18/2011 |
| Livers, Alvin | LA | | 3/17/2011 |
| Logan, Aubry & Erika | MS | | 3/18/2011 |
| Magana, Manuel & Julyana | TX | | 3/16/2011 |
| Manuel, Alvin | TX | | 3/16/2011 |
| Marcum, Ben & Nataliya | TX | | 3/16/2011 |
| Masse Contracting, Greg Masse | MS | | 3/18/2011 |
| McGuire, Jr., Malcom & Renee | TX | | 3/16/2011 |
| McKinley Development, LLC | MS | | 3/17/2011 |
| McKinney, Christopher & Courtney | TX | | 1/21/2011 |
| McNair, Steve | MS | | 3/18/2011 |
| Meier, Christian & Stephanie | TX | | 3/16/2011 |
| Mcauley | | | |
| Mitchell, Brian & Greta Warrick | TX | | 3/16/2011 |
| Moore, Shanine & Algajuan | AL | | 3/18/2011 |
| Moran, Jonathan & Ashley | MS | | 3/18/2011 |
| Morgan, Rochelle | LA | Morgan, Rogchelle | 1/20/2011 |
| Moulton, Tom | AL | | 3/18/2011 |
| Moye-Roach, Sabrina & Jarvis | TX | | 3/18/2011 |
| Mrray, Mary Craig & Joseph | MS | | 3/18/2011 |
| Mulsy, Samer & Najah Zaidan | TX | | 3/16/2011 |
| Naiaise, Barbara & Herman | MS | | 3/18/2011 |
| Nelson, Pamela & Alton | MS | | 3/18/2011 |
| Ney, Connie & Terry | LA | | 3/15/2010 |
| Nguyen, Jason | TX | | 3/16/2011 |

5

| Plaintiff Name | State | Name Correction, if any | PPF Submitted to DLC |
|---|---|---|---|
| Nix, Linda & Ryan | MS | | 3/18/2011 |
| O'Byrne, Richard & Pamela | MS | | 3/18/2011 |
| O'Keefe, Celeste & Daniel | MS | | 3/18/2011 |
| Oladutemu, Olajide | TX | | 3/16/2011 |
| Olivier, Terry | MS | | 3/18/2011 |
| Orozco, Jose | TX | | 3/16/2011 |
| Ozuna, Maria | TX | | 3/16/2011 |
| Parsley, Cameron & Rachel | AL | | 3/18/2011 |
| Partner, Ben & Kay | AL | | 3/18/2011 |
| Parker, James | AL | | 3/16/2011 |
| Paschal, Susan | TX | | 3/16/2011 |
| Patel, Nilesh | AL | | 3/14/2011 |
| Peacock, Bernice | TX | | 3/16/2011 |
| Pettrey, Shelly & Carlo | MS | | 3/16/2011 |
| Pennisi, Steve | TX | | 3/16/2011 |
| Peranich, David & Odele | MS | | 3/18/2011 |
| Pedersen, Daniel | AL | | 3/18/2011 |
| Phillips, John | TX | | 3/17/2011 |
| Pickston, Randall | MS | | 3/18/2011 |
| Powers, Yolanda | TX | | 3/16/2011 |
| Przesich, Ron & Ashley | MS | | 3/18/2011 |
| Rausa, Ben | LA | | 3/18/2011 |
| Ray, Christopher & Vatosha | TX | | 3/16/2011 |
| Ray, Mary | MS | | 3/18/2011 |
| Reilly, Chris & Stephanie | AL | | 3/18/2011 |
| Richards, Charlotte | MS | | 3/18/2011 |
| Robbins, Margaret & Glenwood | LA | Dobbins, Margaret & Glenwood | 12/21/2009 |
| Roberson, John | TX | | 3/16/2011 |
| Roberts, David & Ann | MS | | 3/18/2011 |
| Roberts, Don | MS | | 3/18/2011 |
| Robertson, Denny | MS | | 3/18/2011 |
| Robicheaux, Bobbie & John | MS | | 3/18/2011 |

6

| Plaintiff Name | State | Name Correction, if any | PPF Submitted to DLC |
|---|---|---|---|
| Rodriguez, Josefine | TX | Rodriguez, Josephine | 3/18/2011 |
| Ross, Frank & Elizabeth | TX | | 3/16/2011 |
| Salinas, Jesus | TX | | 3/16/2011 |
| Sabourn, Nancy | MS | | 3/18/2011 |
| Sealer, Kent | MS | | 3/18/2011 |
| Seagine, Paul & Hope | LA | | 3/18/2011 |
| Sewell, Randy | TX | Sewell, Raymond | 1/21/2011 |
| Sharp, Donna | MS | | 3/18/2011 |
| Shaw, Stephan & Ann | LA | | 11/17/2010 |
| Sheppard, Sherard & Brandi | TX | | 3/16/2011 |
| Sherrrell, Steven & Ashlei | TX | | 3/16/2011 |
| Sholtz, Warren | TX | Sholtz, Warren | 3/18/2011 |
| Sinnon, Alicia & Terence | AL | | 3/18/2011 |
| Simpson, Scott & Patty | MS | | 3/18/2011 |
| Skinner, Robert & Louvin | LA | | 3/16/2011 |
| Sloan, Ashley | TX | | 3/17/2011 |
| Smith, Brenda | MS | | 3/18/2011 |
| Smith, Curtis | LA | | 1/20/2011 |
| Smith, Kevin & Leslie | TX | | 3/16/2011 |
| Smith, Patrick & Leigh Ann | AL | | 3/17/2011 |
| Smythe, Richard & Audry | MS | | 3/18/2011 |
| Southern Equity Financial, LLC | MS | | 3/16/2011 |
| Speegle, Alan | AL | | 11/5/10; 3/14/10 |
| Spencer, Johnny & Doris | TX | | 1/21/2011 |
| Squill, Rebecca Nicole | MS | | 3/18/2011 |
| St. Paul, Henry & Helene | MS | | 3/18/2011 |
| Stanford, Philip | MS | Stanford, Phillip & Stacy | 11/5/2010 |
| Stark, David | AL | | 3/18/2011 |
| Stewaret, Kelly | AL | Stewart, Kelly | 11/5/10; 3/14/11 |
| Stoney Creek SC, LLC | MS | | 3/18/2011 |
| Strong, William & Marcella | MS | | 3/18/2011 |

7

| Plaintiff Name | State | Name Correction, if any | PPF Submitted to DLC |
|---|---|---|---|
| Sullivan, Marianne & Micahel | AL | | 3/14/2011 |
| Swann, Brandon | AL | | 3/14/2011 |
| Taylor, Noel | LA | | 3/15/2011 |
| Thames, David | MS | | 1/20/11; 3/11/11 |
| Tilgon, Joe & Roberta | TX | | 3/16/2011 |
| Tomeny, Phillip | LA | | 1/24/2011 |
| Trethaway, Richard & Patti | AL | | 3/18/2011 |
| Truong, Tom | MS | | 3/18/2011 |
| Vaneiro, Carlos & Claudia | TX | | 3/16/2011 |
| Varney, Paula | MS | | 3/18/2011 |
| Verett, Chavis | LA | | 1/21/2011 |
| Voebel, Matt & Lauren | LA | | 3/15/2011 |
| Villanueva | | | |
| Vonner, Candice | TX | | 3/18/2011 |
| Walla, Henry & Dorothy | TX | | 3/16/2011 |
| Wallace, III, Travis & Leslie | TX | | 3/16/2011 |
| Wallace, Walter & Sandra | TX | | 3/16/2011 |
| Walsh, Alvin & Claire | MS | | 3/18/2011 |
| Ward, Jason | MS | | 3/18/2011 |
| Warino, Kenneth & Patricia | MS | | 3/18/2011 |
| Washington, Javon | LA | | 1/20/2011 |
| West, Manuela & Jason | TX | | 3/16/2011 |
| Wheeler, David | MS | | 3/18/2011 |
| White, John | LA | | 3/10/2011 |
| Wiliams, Evan | MS | | 3/18/2011 |
| Wisniewski, Jerry | MS | | 3/18/2011 |
| Yordan, James & Brenda | TX | | 3/16/2011 |

8