# Exhibit B

| Plaintiff Name | State | Name Correction, if any | Date PPF Submitted to DLC |
|---|---|---|---|
| Alchettuame, McDonald | TX | Akheituame, McDonald | 3/16/2011 |
| Barni, Guy | TX | | 3/17/2011 |
| Benjamin, Nicholus | TX | | 3/15/2011 |
| Brasher, Patricia | AL | | 3/15/2011 |
| Britt, Natalie | AL | | 3/17/2011 |
| Brown, Booker & Khalilah | AL | | 3/14/2011 |
| Carey, Charles | LA | | 3/14/2011 |
| Crovette, Barbara | LA | | 3/14/2011 |
| Cummings, Jetanya | TX | | 3/16/2011 |
| Donnelly, Michael & Gay | AL | | 3/17/2011 |
| Granderson, Jr., George | TX | | 3/16/2011 |
| Hale, Delan & Paula | LA | | 3/17/2011 |
| Harbison, Paula | LA | | 2/16/2011 |
| Hardt, Charles & Barbara | MS | | 3/11/2011 |
| Havron, Ralph & Linda | AL | | 3/17/2011 |
| Hernandez, Clarence & Emma | MS | | 3/11/2011 |
| Johnson, Angela Fay | TX | | 3/16/2011 |
| Kasemeyer, Scott & Teresa | TX | | 3/16/2011 |
| Knight, Steven | AL | | 3/14/2011 |
| Magana, George | TX | | 3/16/2011 |
| McFee, Richard & Kelly | TX | | 3/15/2011 |
| McIlvaine, David & Stephanie | AL | | 3/14/2011 |
| Monte, Frank | LA | | 3/15/2011 |
| Moore, Obster & Javodia | TX | | 3/16/2011 |
| Myers, David & Dawn | AL | | 3/16/2011 |
| New Orleans Area Habitat for Humanity, Inc. | LA | | 3/17/2011 |
| Odell, Thomas | TX | | 3/16/2011 |
| Onfri, Frederick & Harriet | TX | Onfri, Frederick & Harriet | 3/10/2011 |
| Peterson, Salvatore | TX | | 3/16/2011 |
| Postoak, Patrick & Vicki | TX | | 3/16/2011 |
| Sparks, Andrus & Carol | TX | | 3/16/2011 |
| Stigler, Betty | TX | | 3/15/2011 |
| Tanifor, Jospeh | TX | | 3/16/2011 |

1

| Plaintiff Name | State | Name Correction, if any | Date PPF Submitted to DLC |
|---|---|---|---|
| Wallance, Lenore | MS | | 3/11/2011 |
| Washington, Diane | LA | | 3/1/2011 |
| Williams, Debra | TX | | 3/16/2011 |

2