# Exhibit C

| Name | State |
|---|---|
| Caley, Mark | AL |
| Hicks, Julian | MS |
| Hopkins, Christopher | MS |
| Hopkins, Pasqua | MS |
| Parker, David | MS |
| Roberts, Craig | MS |
| Sanderford, Anita | MS |
| Taft, Natalie Hurt Chrales | AL |