# Exhibit D

| Defendant Name | State | Name Correction, if any |
|---|---|---|
| Eddelman Homes | AL | |
| Lifescape Builders, LLC | AL | |
| Southern Star Construction Co., Inc. | LA | |
| Sunrise Construction | LA | Sunrise Construction & Development, LLC |

1