# Exhibit E

| Plaintiff Name | State | Case No. |
|---|---|---|
| Adamson, Mike | AL | Jefferson County (CV-2010-901753) |
| Alexander, Derrick | LA | CDC (10-08237) |
| Bales, Dennis | AL | Jefferson County (CV-2010-900906.00) |
| Brown, Raymond & Syndee | LA | St. Tammany (2009-13447) |
| Cowart, Patricia & Jerry | AL | Jefferson County (CV-2009-900456) |
| Daigle, Theresa | LA | St. Tammany (2009-17466) |
| Davis, William & Lucinda | AL | Jefferson County CV-2010-903185.00) |
| D'Hemecourt, Thomas | LA | St. Tammany (2009-16743) |
| Foster, Daniel | AL | Jefferson County (CV-2010-901754.00) |
| Henderson, Robert | AL | Mobile County (2009-901381) |
| Liberty Park Joint Venture, LLP | AL | Jefferson County (CV-2010-11-65) |
| Little, Dignes | AL | Mobile County (2009-901153) |
| McAvoy, Michael | LA | CDC (2010-7442) |
| Mcclure, Paul | AL | Jefferson County (CV-2010-002342.00) |
| Poole, Sam | LA | St. Tammany (2009-14897) |
| Ross, Terence | LA | Jefferson Parish (676-185) |
| Savoie & Savoie III, LLC | LA | St. Tammany (2010-17607) |

1

| Plaintiff Name | State | Case No. |
|---|---|---|
| Scott, Gregory & Joan | AL | Jefferson County (CV-2010-902555.00) |
| Whittington, Thomas | LA | CDC (2010-06699) |
| Wilkinson, Carrie | AL | St. Claire County (CV-2010-900099) |