# Exhibit F

| Name | State |
|---|---|
| Banta, Christopher & Aimee | AL |
| Crane, David & Aihoon | AL |
| Falkins, Rebecca & Douglas | AL |
| Johnston, Randy | AL |
| Lockhart, Jason & Niurca Buckhannon | AL |
| Middaugh, Katherine, Aireal Marquis Goins & Ayanna Niara | AL |
| Moseley, Dartagnon | AL |
| Tyson, Shelia | AL |
| Wilbanks, Bruce & Debbie | AL |
| Wilson, David & Lisa | AL |
| Wright, Gary, Bettina & Maddision | AL |