# Exhibit A

| Plainitff Name | Property Address | Correction | PPF Submitted to DLC |
|---|---|---|---|
| Abel, Kenneth | 10400 SW Stephanie Way, Unit 5210, Port St. Lucie, FL 34987 | | 2/16/2011 |
| Adamson, Andre | 5650 NW 54 Avenue, Tamarac, FL 33319 | | 3/11/2011 |
| Alejandro, Francisco | 12979 SW 134 Terrace, Miami, FL 33186 | | 3/18/2011 |
| Alcindor, Nancy & Robert | 3603 NW 14 Court, Lauderhill, FL 33311 | | 1/7/2010 |
| Amerino, Gino & Sandra | 2239 SE 19 Avenue, Homstead, FL 33035 | | 3/16/2011 |
| Anderson, Samuel Gregory | 240 West End Avenue, Unit 911, Punta Gorda, FL 33950 | | 3/23/10; 3/16/11 |
| Andrews, Tia | 3930 SW 52 Avenue, Unit 5, Pembroke Park, FL 33023 | | 2/6/2011 |
| Banks, James | 9162 Estero River Circle, Estero, FL 33928 | | 8/18/2010 |
| Bautenberg, Lee | 6899 Julia Gardens Drive, Coconut Creek, FL 33073 | Rautenberg, Lee & Alisa | 3/16/2011 |
| Bayoh, Jarieu | 3608 NW 13 Street, Lauderhill, FL 33311 | | 3/17/2011 |
| Block, III, Robert W. | 961 Fern Drive, Delray Beach, FL 33483 | | 3/11/2011 |
| Bruce, Erick & Jamie | 3469 GulfStream Way, Davie, FL 33328 | | 12/22/2009 |
| Burkhart, Michael & Sandra | 3621 SW 3 Street, Cape Coral, FL 33991 | | 12/30/2010 |
| Burrow, Lyneen & Bret | 198 Sharoe Cove Circle, Unit 501, Cape Coral, FL 33991 | | 2/22/2011 |
| Cabrera, Israel & Diana | 8037 W 36 Avenue, Unit 2, Hialeah, FL 33018 | | 3/18/2011 |
| Caretti, Pigi | 544 Loretto Avenue, Unit 17, Coral Gables, FL 33146 | Earnest Turner & Giovani Caretti | 12/14/2009 |
| Cate, Ronald | 204 West End Drive, Unit 613, Punta Gorda, FL 33950 | | 12/22/09; 3/16/11 |
| Cavallaro, Christopher | 2421 NW 65 Street, Unit 2-411, Fort Lauderdale, FL 33308 | | 3/16/2011 |
| Cavallaro, Christopher | 2421 NE 65 Street, Unit 2-511, Fort Lauderdale, FL 33308 | | 3/16/2011 |
| Combs, Sheri & Thomas | 3454 Lago de Talavera, Wellington, FL 33467 | | 3/15/2010 |
| Coral Vista Condominium Assoc. | 1209 Diplomat Parkway E, Unit 1 Cape Coral, FL 33993 | | 3/17/2011 |

1

| Plainitff Name | Property Address | Correction | PPF Submitted to DLC |
|---|---|---|---|
| Coral Vista Condominium Assoc. | 1209 Diplomat Parkway E, Unit 2 Cape Coral, FL 33993 | | 3/17/2011 |
| Coral Vista Condominium Assoc. | 1209 Diplomat Parkway E, Unit 3 Cape Coral, FL 33993 | | 3/17/2011 |
| Coral Vista Condominium Assoc. | 1209 Diplomat Parkway E, Unit 4 Cape Coral, FL 33993 | | 3/17/2011 |
| Deane, Lois & Robert | 2225 Se 20 Avenue, Homestead, FL 33035 | | 3/15/2010 |
| Deov, Ronald | 1209 Diplomat Parkway E, Unit 2, Cape Coral, FL 33993 | | 3/11/2011 |
| Doerre, Christopher | 5280 Tamiami Court, Cape Coral, FL 33904 | | 3/16/2011 |
| Dubar, Michael | 1045 Ventian Drive, Unit 104, Melbourne, FL 32901 | | 2/22/2011 |
| Espada, Carlos & Elizabeth | 6338 Cherry Blossom Trial, Gibsonton, FL 33534 | Espada, Carlos & Elizabeth | 3/18/2011 |
| Etter, Cathy & Steve | 18894 SE Jupiter Inlet Way, Tequesta, FL 33469 | | 3/17/2011 |
| Evans, Robyn | 1045 Venetian Drive, Unit 102, Melbourne, FL 32904 | | 3/16/2011 |
| Farmer, Connie & Tracey & Richard | 5912 French Creek Court, Ellenton, FL 34222 | | 3/16/2011 |
| Fernandez, Reinaldo & Raquel | 8157 NW 108 Court, Doral, FL 33178 | | 1/7/2011 |
| Field, Leslie & Ted | 10420 Majestic Court, Parkland, FL 33076 | | 12/22/2009 |
| Fleck, Joe | 554 Loretto Avenue, Inut 15, Coral Gables, FL 33146 | Fleck, Francis & Margaret | 12/16/2009 |
| Fraser, Blanche | 13566 Citrus Creek Court, Fort Myers, FL 33905 | Mahoney, Michael & Blanche Fraser | 2/16/2011 |
| Freijo, Isis | 8049 W 36 Avenue, Unit 7, Hialeah, Fl 33018 | Freiji, Isis | 3/18/2011 |
| Gent, Carol & Wilma Stovall | 2421 NE 6 Street, Unit 415, Fort Lauderdale, FL 33308 | | 2/22/2011 |
| Gibson, Susan & Wayne | 2454 Harrison Place, Lakeland, FL 33810 | | 3/17/2011 |
| Grant, Allison & Kenneth | 10400 SW Stephanie Way, Unit 105, Port St. Lucie, FL 34987 | | 8/18/2010 |

| Plainitff Name | Property Address | Correction | PPF Submitted to DLC |
|---|---|---|---|
| Grayson, Serafina & Mark | 2921 Dayton Drive, Winter Haven, FL 33884 | | 3/18/2011 |
| Griffin, David | 9801 Cobblestone Creek Drive, Boynton Beach, FL | | 8/18/2010 |
| Hart, Dornea | 3606 NW 13 Street, Lauderhill, FL 33311 | | 3/22/2011 |
| Heeltime, Joanne & James | 12020 Creole Court, Parrish, FL 34219 | | 3/17/2011 |
| Herrera, Francisco | 6034 NW 166 Drive, Coral Springs, FL 33076 | | 2/16/2011 |
| Horowitz, Judith | 6838 Long Leaf Drive, Parkland, FL 33076 | | 12/30/2010 |
| Hoxter, Scott | 1660 Renaissance Commons Blvd., Unit 2603, Boynton Beach, FL 33426 | Taylor, Lloyd & Scott Hoxter | 3/24/10; 3/16/11 |
| Incovina, Kathryn & Phillip | 624 SW 11 Terrace, Cape Coral, FL 33991 | | 3/17/2011 |
| Irvin, Timothy & Karen | 1690 Renaissance Commons Blvd., Unit 1216, Boynton Beach, FL 33426 | | 3/16/2011 |
| Jackson, Dorothy & Doug | 3714 SW 4 Lane, Cape Coral, FL 33991 | | 2/22/2011 |
| Jackson, Earl & Patricia | 136076 Citrus Creek Court, Fort Myers, FL 33905 | | 12/30/2010 |
| Jacobsen, Rhonda & Kevin | 1829 NW 20 Avenue, Cape Coral, FL 33993 | | 3/10/2011 |
| Jaques, Paul & Michelle | 2336 NW Padova Street, Port St. Lucie, FL 34986 | | 2/16/2011 |
| Jaen, Ruben | 10320 SW Stephanie Way, Unit 202, Port St. Lucie, FL 34987 | | 3/11/2011 |
| Jaen, Ruben & Angela | 7100 NE 7 Avenue, Boca Raton, FL 33487 | | 3/11/2011 |
| Jauriel Investment, Inc. | 13430 SW 192 Street, Miami, FL 33177 | | 3/15/2010 |
| Jenkins, Creig & Maria | 1423 NW 36 Way, Lauderhill, FL 33311 | | 3/18/2011 |
| Katio, Gary & Jennifer | 360 Cape Horbour Loop, Unit 104, Brandenton, FL 34212 | | 3/17/2011 |
| Kepler, LLC | 6701 Jonathan's Bay Circle, Unit 501, Fort Myers, FL 33908 | Kepler, LLC | 2/16/2011 |
| Koll, Henry | 922 Plantation Road, Lehigh Acres, FL 33974 | | 3/17/2011 |
| Kurutz, Stephen & Barbara | 1982 SE 23 Court, Homestead, FL 33035 | Kurutz, Barbie | 12/21/2009 |
| Kyard, Wylie | 3509 NW 14 Court, Lauderhill, FL 33311 | | 3/18/2011 |
| Laco, LLC | 900 E Marion Drive, Unit 1303, Punta Gorda, FL 33950 | | 3/17/2011 |

3

| Plainitff Name | Property Address | Correction | PPF Submitted to DLC |
|---|---|---|---|
| Lauderdale One Comdo Assoc. | 240 NE 65 Street, All Units in Bldg 2, Fort Lauderdale, FL 33308 | | 11/11/10; 3/2/10 |
| Ledig, Milton | 240 West End Drive, Unit 922, Punta Gorda, FL 33950 | | 3/18/2011 |
| Leonard, Jeff | 26092 Waterfowl Lane, Punta Gorda, FL 33983 | | 4/30/10; 3/17/11 |
| Litten, Randall | 2235 SE 20 Avenue, Homestead, FL 33035 | | 3/15/2010 |
| Lopez, Beatrix | 6877 Julia Gardens Drive, Coconut Creek, FL 33073 | | 3/19/2010 |
| M&F Development | 3062 New York Street, Miami, FL 33133 | | 3/16/2011 |
| M&F Development | 3058 New York Street, Miami, FL 33133 | | 3/16/2011 |
| M&F Development | 3056 New York Street, Miami, FL 33133 | | 3/16/2011 |
| Magdalena Garden Condo Assoc./Maria Villalis | 240 West End Avenue, Unit 1423, Punta Gorda, FL 33950 | | 3/16/2011 |
| Mahoney, Michael | 13566 Citrus Creek Court, Fort Myers, FL 33905 | Mahoney, Michael & Blanche Fraser | 2/16/2011 |
| Marrero, Ingrid | 8105 W 36 Avenue, Unit 4, Hialeah, FL 33018 | | 3/17/2011 |
| Martinez, Jose V. | 6855 Julia Gardens Drive, Coconut Creek, FL 33073 | | 8/18/20; 3/16/11 |
| Mer, Rene | 23548 SW 112 Court, Miami, FL 33032 | | 2/16/2011 |
| Mizrakian, Samuel | 20345 Larino Loop, Estero, FL 33928 | | 12/11/2009 |
| Mosley, Shawn | 10440 Stephanie Way, Unit 4-203, Port St. Lucie, FL 34987 | | 3/17/2011 |
| Neal, Stephen | 2817 NE 5 Avenue, Cape Coral, FL 33909 | | 3/17/2011 |
| Noo, Racquel | 8001 W 36 Avenue, Unit 2, Hialeah, FL 33018 | | 3/16/2011 |
| Onstott, Margaret | 1948 Cocco Palm Place (Se 16 Street) Lauderdale by the Sea, FL 33062 | Onstott, Margaret | 1/21/2011 |
| Orvio, Irdio & Maria | 4299 E 10 Court, Hialeah, FL 33013 | | 11/12/2010 |
| Orz, Daysi & Rafael Diaz | 8199 W 36 Avenue, Unit 10, Hialeah, FL 33018 | | 3/18/2011 |
| Paige, Marc | 2421 NE 65 Street, Unit 207, Fort Luaderdale, FL 33308 | | 2/22/2011 |
| Pava, Diane & Russell | 1826 SW 2 Street, Cape Coral, FL 33993 | | 3/11/2011 |
| Parks, Saran | 1411 NW 36 Way, Lauderhill, FL 33311 | | 11/17/2010 |

4

| Plainitff Name | Property Address | Correction | PPF Submitted to DLC |
|---|---|---|---|
| Parr, Linda & Patrick | 3145 NE 15 Avenue, Cape Coral, FL 33909 | | 3/18/2011 |
| Patchan, Caterine | 1345 Lyonshire Drive, Wesley Chapel, FL 33543 | | 2/16/2011 |
| Perez, Carmen | 1209 Diplomat Parkway E, Unit 1, Cape Coral, FL 33993 | | 3/11/2011 |
| Petrasek, John | 2421 NE 65 Street, Unit 517, Fort Lauderdale, FL 33308 | | 3/18/2011 |
| Poncey, Kenneth & Irene Serrano | 318 Roe de Neudorf, L-2222, Port St. Lucie, FL 34985 | 10360 Sw Stephanie Way #210, Port St. Lucie, FL 34987 | 3/24/2010 |
| Puhe, Mauel & Vincente | 8416 NW 113 Place, Doral, FL 33178 | | 11/15/2010 |
| Purcell, Joseph | 9445 Easat Maiden Court, Vero Beach, FL 32963 | | 3/17/2011 |
| Quach, Liem & Ann Ngoc Thile | 21463 SW 86 Place, Miami, FL 33189 | | 3/14/2010 |
| Rampersad, Kowsil | 10769 NW 81 Lane, Doral, FL 33178 | Rampersand, Balkrishna & Koswil | 1/21/2011 |
| Reid, Kenneth | 2140 NE 28 Street, Cape Coral, FL 33909 | | 3/10/2011 |
| Rerig, Neil | 3512 SE 1 Place, Cape Coral, FL 33904 | | 3/18/2011 |
| RICM Investments, LLC (Ijac, David & Jozie) | 1690 Renaissance Commons Blvd., Unit 1103, Boynton Beach, FL 33426 | | 3/16/2011 |
| Ruski, Timothy & Minnie | 8807 Osceola Acres Traill, Odessa, FL 33556 | | 3/16/2011 |
| Sabatino, Dominic | 1660 Renaissance Commons Blvd., Unit 2518, Boynton Beach, FL 33426 | | 3/16/2011 |
| Sahesesan, Lawrence | 6308 41 Court E, Sarasota, FL 34243 | | 11/15/2010 |
| Saez, Roberto & Victoria | 31540 Spoonflower Circle, Wesley Chapel, FL | | 3/18/2011 |
| Saio, Drew | 2421 NE 65 Street, Unit 2-218, Fort Lauderdale, FL 33308 | | 3/18/2011 |
| Schulman, Norman & Roxanne | 6580 Martinique Way, Vero Beach, FL 32967 | | 3/16/2011 |
| Shafer, Mary & Sam | 206 Shadroe Cove Circle, Unit 206, Cape Coral, FL 33991 | | 3/18/2011 |

5

| Plainitff Name | Property Address | Correction | PPF Submitted to DLC |
|---|---|---|---|
| Shepherd, Jacqueline & Felix | 1045 Venetian Drive, Unit 205, Melbourne, FL 32901 | | 3/18/2011 |
| Sharowski, Jan | 2207 Unity Village Drive, Ruskin, FL 33570 | | 11/15/2010 |
| Smith, Micaile & Adrian | 1098 NW Leonardo Circle, Port St. Lucie, FL 34966 | | 3/18/2011 |
| Southern Homes Development Corp./Sheldon Friedfeld, Inc. | 7242 Horizon Drive, West Palm Beach, FL 33412 | | 3/17/2011 |
| Suárez, Marta | 532 Loretto Avenue, Unit 24, Coral Gables, FL 33146 | Suarez, Gaston M. | 12/16/2009 |
| Suárez, Marta | 542 Loretto Avenue, Unit 19, Coral Gables, FL 33146 | Suarez, Gaston M. | 12/16/2009 |
| Telfer, Fay | 1660 Renaissance Commons Blvd., Unit 2628, Boynton Beach, FL 33426 | | 12/15/09; 3/16/11 |
| Thompson, Jason & Jennifer | 1045 Venetian Drive, Unit 202, Melbourne, FL 32901 | | 3/17/2011 |
| Tighe, Edward | 2820 St. Bart's Square, Vero Beach, FL 32967 | | 3/17/2011 |
| Tipton, Debbie & Mendel | 703 SW 22 Terrace, Cape Coral, FL 33991 | | 3/18/2011 |
| Toledo, Maria | 8141 W 36 Avenue, Unit 1, Hialeah, FL 33018 | | 12/14/2009 |
| Villavicencio, Nelinda & Carlos | 8025 W. 36 Avenue, Unit 5, Hialeah, FL 33018 | | 3/18/2011 |
| Ward, Christopher | 1209 Diplomat Parkway E, Cape Coral, FL 33993 | | 3/11/2011 |
| Warner, Paula | 3604 NW 13 Street, Lauderhill, FL 33311 | | 2/16/2011 |
| Whittaker, Robin | 3612 NW 13 Street, Lauderhill, FL 33311 | | 3/18/2011 |
| Wong, Kenneth | 4230 W 33 Street, Cape Coral, FL 33993 | | 3/18/2011 |
| Yap, Shelia | 2421 NE 65 Street, Unit 2-117, Fort Lauderdale, FL 33308 | | 2/22/2011 |

6

| Plaintff Name | Property Address | Correction | PPF Submitted to DLC |
|---|---|---|---|
| **DUPLICATES:** | | | |
| Grant, Carol | 2421 NE 6 Street, Unit 415, Fort Lauderdale, FL 33308 | | 2/22/2011 |
| Jacobsen, Rhonda & Kevin | 1829 NW 20 Avenue, Cape Coral, FL 33993 | | 3/10/2011 |
| Noto, Racquel | 8100 W 36 Avenue, Unit 2, Hialeah, FL 33018 | | 3/16/2011 |
| Sabatino, Dominic | 1660 Renaissance Commons Blvd., Unit 2518, Boynton Beach, FL 33426 | | 3/16/2011 |
| Teixeira, Ana | 12291 SW 134 Terrace, Miami, FL 33186 | Gamboa, Hernan & Ana | 9/2/09; 11/6/09 |

7