# Exhibit B

| Plaintiff | Address |
|---|---|
| Abrue, Daniel | 9828 NW 135 Street, Hialeah Gardens, FL 33018 |
| Bacchus, Kendra | 3579 NW 14 Court, Lauderhill, FL 33311 |
| Bartley, Patricia | 3511 NW 14 Court, Lauderhill, FL 33311 |
| Blind, Christina & John | 5135 NW Aljo Circle, Port St. Lucie, FL 34986 |
| Campuzano, Oscar | 9955 SW 140 Street, Miami, FL 33157 |
| Clark, Albert | 2421 NE 65 Street, Unit 502, Fort Lauderdale, FL 33308 |
| Daley, Oniskie & Aneki | 3505 NW 14 Court, Lauderhill, FL 33311 |
| Darlington, Ruth | 3599 NW 14 Court, Lauderhill, FL 33311 |
| Elwood, Robert Stanely & Santa Leonardo | 2210 3 Place SW, Vero Beach, FL 32963 |
| Estreval, Claire | 3518 NW 14 Court, Lauderhill, FL 33311 |
| Feld, Alan | 13506 Citrus Creek Court, Fort Myers, FL 33905 |
| Fordham, Matthew & Jaclyn Caron | 407 SW 28 Place, Cape Coral, Fl 33991 |
| Grant, Claudette | 3507 NW 14 Court, Lauderhill, FL 33311 |
| Hill, Brian | 1443 NW 36 Way, Lauderhill, FL 33311 |
| Ketchum, Carlos & Dorothy | 4148 NE 16 Street, Homestead, FL 33033 |
| LaManno, Eric & Paglivca, Micahel | 455 22 Avenue SW, Vero Beach, FL 32967 |
| Lapriola, Randy & Amy | 186 Spring Valley Avenue, Sebastian, FL 32958 |
| Lemos, Jose | 3514 NW 14 Court, Lauderhill, FL 33311 |
| Lenzinger, Charles & Nicole & Coletta | 2401 NE 65 Street, Unit 2-315, Fort Luaderdale, FL 33308 |
| McNabb, Fred & Ahn | 10750 Carlton Road, Port St. Lucie, FL 34987 |
| Mihalyi-Marlieb, Andriana | 9460 Eden Manor Parkway, Parkland, FL 33076 |
| Mocny, Marianne | 2421 NE 65 Street, Unit 2-102, Fort Lauderdale, FL 33308 |
| Moreno, Cesar A. & Mercedes Hernandez | 11392 NW 84 Terrance, Doral, FL 33178 |
| Moulton, Mary L. | 15000 Pierce Street, Miami, FL 33176 |
| Ochoa, Luis & Elizabeth Montoya | 11462 NW 84 Terrace, Miami, FL |
| Pardo, Cristina | 144 NW 36 Way, Lauderhill, FL 33311 |
| Perez, Gerardo & Sara Vinas | 20382 SW 87 Court, Miami, Fl 33189 |
| Pillman, Norman & Janice | 4039 65 Place East, Sarasota, FL 34953 |
| Rodriguez, Robert J. | 16261 SW 287 Street, Homestead, FL 33033 |
| Rosales, Raquel | 32152 SW 204 Court, Homestead, FL 33030 |

1

| Plaintiff | Address |
|---|---|
| Sage, Richard & Barbara | 1705 NW 14 Avenue, Cape Coral, FL 33993 |
| Shapiro, Phyllis & Barry | 6780 Long Leaf Drive, Parkland, FL 33076 |
| Stewart, Stephen & Danielle | 6415 McRae Place, Vero Beach, FL 32967 |
| Visciglia, Gian Carlo | 11402 NW 84 Terrace, Miami, FL |
| Zosman, Ofer | 8350 SW 57 Avenue, South Miami, FL 33143 |

2