# Exhibit C

| Plaintiff Name | Address |
|---|---|
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 101, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 102, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 104, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 105, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 106, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 201, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 204, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 206, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 207, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 208, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 211, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 212, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 212, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 101 , Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 102 , Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 103, Port St. Lucie, FL 34987 |

1

| | |
|---|---|
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 104, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 201 , Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 203, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 204, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 205, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 207, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 101 , Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 102, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 103, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 104, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 105, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 106, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 201, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 202, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 203, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 204, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 205, Port St. Lucie, FL 34987 |

| | |
|---|---|
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 207, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 208, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 209, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 210, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 211, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 101, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 102, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 103, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 104, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 105, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 201, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 202, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 204, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 206, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 207, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 208, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 209, Port St. Lucie, FL 34987 |

| | | |
|---|---|---|
| Promenade at Tradition Community Association, Inc. | | 10360 SW Stephanie Way, Unit 211, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | | 10360 SW Stephanie Way, Unit 212, Port St. Lucie, FL 34987 |
| Promenade at Tradition Community Association, Inc. | Fenlason, Jarred & Rochell | 10440 SW Stephanie Way, Unit 212, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 1-102, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 1-106, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 1-201, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 1-211, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 1-212, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 2-106, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 1-208, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 4-104, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 4-204, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 5-104, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 6-208, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Bldg. 1, Unit 7-104, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way,Unit 1-102, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Unit 1-106, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way,Unit 1-201, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Unit 1-211, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Unit 1-212, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way, Unit 4-104, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way,  Unit 4-204, Port St. Lucie, FL 34987 |
| Real Estate Resolutions Group, Inc. | | 10560 SW Stephanie Way,  Unit 6-208, Port St. Lucie, FL 34987 |
| Blue Water Condominium Assoc. | | 201 Shadroe Cove Circle, Unit 202-1, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | | 201 Shadroe Cove Circle, Unit 194-2, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | | 201 Shadroe Cove Circle, Unit 178-1, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | | 201 Shadroe Cove Circle, Unit 214-2, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | | 201 Shadroe Cove Circle, Unit 206-1, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | | 201 Shadroe Cove Circle, Unit 198-1, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | | 201 Shadroe Cove Circle, Unit 198-4, Cape Coral, FL 33991 |

| | |
|---|---|
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 194-1, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 194-3, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 194-4, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 190-2, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 182-4, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 202-3, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 174-1, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 178-2, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 178-3, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 101, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 103, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 104, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 201, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 202, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 203, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 204, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 503, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 1101, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 1301, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 1302, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 1401, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 1402, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 1403, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 201 Shadroe Cove Circle, Unit 1404, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 178 Shadroe Cove Circle, Unit 901, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 221 Shadroe Cove Circle, Unit 1303, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 175 Shadroe Cove Circle, Unit 1101, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 210 Shadroe Cove Circle, Unit 202, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 194 Shadroe Cove Circle, Unit 604, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 174 Shadroe Cove Circle, Unit 1001, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 174 Shadroe Cove Circle, Unit 1002, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 178 Shadroe Cove Circle, Unit 902, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 178 Shadroe Cove Circle, Unit 903, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 202 Shadroe Cove Circle, Unit 401, Cape Coral, FL 33991 |

| | |
|---|---|
| Blue Water Condominium Assoc. | 202 Shadroe Cove Circle, Unit 403, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 194 Shadroe Cove Circle, Unit 602, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 174 Shadroe Cove Circle, Unit 1004, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc. | 198 Shadroe Cove Circle, Unit 902, Cape Coral, FL 33991 |
| Blue Water Condominium Assoc./Hill, Jerry & Sharon | 194 Shadroe Cove Circle, Unit 601, Cape Coral, FL 33991 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 411, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 611, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 612, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 613, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 621, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 1021, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 1022, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 1023, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 1313, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 1322, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 1513, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 1523, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc./Hiram Villegas | 240 West End Avenue, Unit 123, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 1102, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 1103, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 411, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 421, Punta Gorda, FL 33950 |

**DUPLICATES:**

| | |
|---|---|
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 411, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 411, Punta Gorda, FL 33950 |
| Magdalena Garden Condo Assoc. | 240 West End Avenue, Unit 411, Punta Gorda, FL 33950 |