# Exhibit D

| Plaintiff | Address | Dismissal |
|---|---|---|
| Shakoor, Arif & Emily | 7960 Saddlebrook Drive, Port St. Lucie, FL 34986 | Dismissed 10.28.09 Rec. Doc. 391 |
| Scritchfield, Ronald | 4075 Bonita Avenue, Miami, FL 33133 | Dismissed 7.27.09 Rec. Doc. 145 |

1