IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY   MDL No. 2047
LITIGATION   Section L
_____/

This Document Relates to: :   JUDGE FALLON
*Hobbie, et al. v. RCR Holdings II, LLC, et al.*, :   MAG. JUDGE WILKINSON
No.10-1113

---

### AMERISURE INSURANCE COMPANY'S REQUEST FOR SUBSTITUTE PARTICIPATION BY COUNSEL

Amerisure Insurance Company ('Amerisure"), by and through undersigned counsel, hereby submits its Request for Substitute Participation by Counsel regarding the Court's Mediation Order (MDL D.E. 8153) entered in the above-referenced action:

A Mediation Order was entered on March 15, 2011, requiring all parties to the *Hobbie* Florida class action to appear for mediation in New Orleans on March 22, 2011. Insofar as Amerisure is not a direct defendant, it did not receive notice of the order until March 17, 2011 and has not received notice of nor participated in any prior mediations.

Amerisure is requesting that the undersigned counsel, without the corporate representative, be able to attend and participate in the mediation. The Amerisure representative, however, is available to participate by telephone at the designated mediation time and is willing to do so. The undersigned counsel is also familiar with the claim and intends to correspond with the Amerisure representative during the designated mediation time.

WHEREFORE, Amerisure Insurance Company respectfully requests that the undersigned counsel be permitted to attend in person on Amerisure's behalf.

Respectfully submitted,

s/Brian K. Abels

Brian K. Abels, Esq., LA Bar #24928
BOYER, HEBERT & ABELS, L.L.C.
133 Aspen Square, Suite F
Denham Springs, LA 70726
Phone: 225-664-4335
Facsimile: 225-664-4490
E-mail: babels@boyerhebert.com
Website: www.boyerhebert.com

*Attorney for Amerisure Insurance Company*