# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE |
| | * | WILKINSON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| Case No.11-080 | * | |
| Kenneth Abel, *et al*, v. | * | |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe | * | |
| Dongxin Co., Ltd. *et al.* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

Chris S. Coutroulis, Mark A. Smith, D. Matthew Allen, Paul J. Ullom., and Carlton Fields, P.A. hereby give notice of their appearance as counsel of record for Rivercrest, LLC (improperly identified in the Complaint as Rivercrest, LLC/ The St. Joe Company) and St Joe. Home Building L.P. in this case and respectfully request that copies of all pleadings served in this case be served upon the undersigned in connection with this action.

By filing this notice of appearance, as required by this Court, Rivercrest, LLC and St. Joe Home Building L.P. do not waive any right they may have to arbitrate the present dispute, nor do they otherwise substantially invoke the litigation process.

Respectfully submitted,

/s/ D. Matthew Allen
Chris S. Coutroulis
Florida Bar No. 300705
Mark A. Smith
Florida Bar No. 0022033
D. Matthew Allen
Florida Bar No. 866326
Paul J. Ullom
Florida Bar No. 776513

18483216.1

2

CARLTON FIELDS
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone:  (813) 223-7000
Fax:  (813) 229-4133
ccoutroulis@carltonfields.com
msmith@carltonfields.com
mallen@carltonfields.com
pullom@carltonfields.com
*Counsel for Rivercrest, LLC and St. Joe Home Building L.P.*

18483216.1                                2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of March, 2011.

/s/ D. Matthew Allen