UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 SECTION L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Francis,* **No. 2:10-cv-00720**

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Plaintiffs Steering Committee ("PSC") and defendant Great Northern Insurance Company ("Great Northern") agree that the Court's Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) resolved similar issues seeking coverage under homeowner insurance policies for losses resulting from Chinese drywall and that the Court's reasons and conclusions should apply equally to this case and resolve plaintiffs' homeowner insurer claims asserted against Great Northern, their homeowners insurer, in Great Northern's favor. Accordingly, the PSC and Great Northern request that the Court issue an order adopting its Order and Reasons of December 16, 2010 and dismissing all of plaintiffs' homeowner insurer claims herein against Great Northern in this lawsuit, with prejudice, each party to bear its own costs, specifically reserving all other claims against all other defendants. The PSC has contacted counsel for the individual homeowners in this case, Timothy and Ashley Francis, and they do not oppose this order.

**WHEREFORE**, the PSC and Great Northern pray that the Court adopt its Order and Reasons of December 16, 2010 (Rec. Doc. No. 6670) and dismiss plaintiffs' homeowner insurer claims against Great Northern in this lawsuit, with prejudice, each party to bear its own costs, specifically reserving all other claims against all other defendants.

Dated:  March 21, 2011

Respectfully submitted,

*/s/ Russ M. Herman*
Russ M. Herman, 6819
Leonard A. Davis, 14190
Stephen J. Herman, 23129
HERMAN, HERMAN, KATZ
  & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
*Plaintiffs' Liaison Counsel*

And

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN
  & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
*Plaintiffs' Lead Counsel*

- 3 -

        /s/ John W. Joyce
John W. Joyce, 27525
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
*Attorneys for Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Dismiss with Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of March, 2011.

        /s/ Leonard A. Davis