UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED         :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                                        :   SECTION:    L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :   JUDGE FALLON
                                                          :
*Payton, et al. v. Knauf Gips KG, et al.*,   :   MAG. JUDGE WILKINSON
No. 09-cv-07628                              :
                                                          :
*Vickers, et al. v. Knauf Gips KG, et al.*   :
No. 09-cv-4117                               :
                                                          :
*Silva, et al. v. Arch Insurance Company, et al.*,   :
No. 09-cv-08034                             :
---------------------------------------------------------------x

**KNAUF DEFENDANTS' RESPONSE TO BUILDERS' MOTIONS TO INTERVENE**

A number of builders have filed motions to intervene in various class actions, including The Mitchell Company, Inc. ("Mitchell") [Rec. Doc. 8143], Lennar Homes, LLC ("Lennar") [Rec. Doc. 8135], Taylor Morrison Services, Inc. and Taylor Woodrow Communities at Vasari, L.L.C. (collectively, "Taylor Morrison") [Rec. Doc. 8128],  and Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Briella Townhomes, LLC, and Centerline Homes Construction, Inc. (collectively "Centerline") [Rec. Doc. 8131].  The Knauf Defendants position is as follows:

1. The proposed intervenors have not complied with Rule 41(c) and submitted a proposed intervention complaint ("The motion must … be accompanied by a pleading that sets out the claim or defense for which intervention is sought").  From the motions, it appears that Lennar and Taylor Morrison are proposing to intervene only against Banner, Mitchell is proposing to intervene against both INEX and the Knauf Defendants, and Centerline's motion is

32114580.DOCX

unclear.  In addition, it is not clear whether the builders are seeking to intervene on behalf of a class of builders or only on behalf of themselves individually.  The defendants should not have to guess about who is being sued and what claims are being asserted.  Consequently, the motions should be denied without prejudice to renew upon filing of a pleading in compliance with Rule 41(c).

2. The interventions would result in there being new plaintiffs – perhaps individual plaintiffs or perhaps on behalf of a builder class.  Written discovery and deposition discovery of the new builder plaintiffs would be required.  If intervention is granted, the class certification schedule submitted by the parties and discussed with the Court on March 16 would have to be amended to take the addition of new parties into account.

3. Although the Knauf Defendants have agreed that Mr. Miller can accept service for claims brought in federal court by homeowners, there is no equivalent stipulation with respect to claims by builders.  The agreement with the PSC was part of a compromise for which, currently, there is no consideration from the builders.  Our current position is that builders would need to serve the Knauf Defendants with a complaint under the Hague Convention.  We would need to discuss the service issue with our clients and with counsel for the various builders.  Of course, the Court can grant the interventions without resolution of the service issue so long as the service issue is preserved.

Dated:  March 21, 2011
Respectfully submitted,

By:  Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.

1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Knauf Defendants' Response to Builders' Motions to Intervene has been served upon Plaintiffs' Liaison Counsel and counsel for the Builders by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 21st day of March, 2011.

/s/ Kyle Spaulding

32114580.DOCX