UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL, PRODUCTS LIABILITY LITIGATION | * Case No. 10-932, <br> * Case No. 10-3070 <br> * Case No. 10-362 |
| THIS DOCUMENT RELATES TO: | * |
| Docket # 10-932      (Omni V) | * |
| Amato, et al.  v. Liberty Mutual | * MDL No. 09-2047 |
| | * |
| Docket # 10-3070      (Omni VI) | * |
| Hernandez, et al. v. AAA Insurance | * JUDGE FALLON |
| | * MAGISTRATE WILKINSON |
| Docket # 10-362      (Omni IV) | * |
| Rogers v. Knauf Gips KG et al. | * |

_____

**NOTICE OF APPEARANCE**

NOW COMES, Sharon B. Kyle, APLC to appear as counsel of record for Acadian Builders & Contractors, L.L.C.  Acadian Builders & Contractors, L.L.C. reserves all rights to object to jurisdiction, venue and service and preserves all defenses. Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

This 21st day of March, 2011.

RESPECTFULLY SUBMITTED:
SHARON B. KYLE, A.P.L.C.


SHARON B. KYLE (La Bar Roll # 25437) sk@kylelaw.net
NANCY A. RICHEAUX (La Bar Roll # 29397) nr@kylelaw.net
STEVEN K. SCHILLING (La Bar Roll # 27635) ss@kylelaw.net
4960 Bluebonnet Blvd., Ste. A
Baton Rouge, Louisiana 70809
Telephone: 225/293-8400
Facsimile: 225/291-9501

Counsel for Defendant Louisiana Home Builder

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel via electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6. I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of March, 2011.

_____
STEVEN K. SCHILLING