UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC'S MOTION TO JOIN IN BANNER SUPPLY ENTITIES' MOTION TO DISMISS PLAINTIFFS' CLAIMS FOR FAILING TO COMPLY WITH THIS COURT'S ORDER TO FILE PROFILE FORMS**

COMES NOW Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC ("Banner PSL"), and files this Motion to Join in the Banner Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply with Discovery and this Court's Order to File Profile Forms (the "Banner Entities' Motion") [ECF No. 7892], to comply with the requirements set forth in the Court's Order, dated March 15, 2011 [ECF No. 8147], and in support thereof states as follows:

1. Banner PSL joins, adopts and incorporates by reference the Banner Entities' Motion and its Memorandum in Support. Plaintiffs have violated this Court's orders and have failed to submit a completed Profile Form as part of their required participation in the discovery process. Accordingly, the Court should dismiss all claims asserted by the Plaintiffs found in the listing attached to the Banner Entities' Motion as Exhibit "A." See In re Propulsid Prod. Liab. Litig., No. MDL 1355, 2003 WL 22383576 (E.D. La. Oct. 16, 2003) (dismissing plaintiffs' claims with prejudice for failing to submit patient profile forms in accordance with the court's pretrial order); see also Smith v. Nationwide Mut. Fire Ins. Co., No. 09-2201, 2010 WL 5158538

PETERSON & ESPINO, P.A.

(6th Cir. Dec. 15, 2010) (affirming dismissal of claims for willful failure to cooperate in discovery).

WHEREFORE, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC, respectfully requests this Court to allow Banner PSL to join the Banner Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply with Discovery and this Court's Order to File Profile Forms, and award such other relief as this Court deems just and proper.

Respectfully submitted,

PETERSON & ESPINO, P.A.
Attorneys for Banner Supply Company PSL
10631 Southwest 88th Street, Suite 220
Miami, Florida   33176
Telephone:     (305) 270-3773
Facsimile:     (305) 275-7410
mpeterson@petersonespino.com

By:     /s/ Michael P. Peterson,
Florida Bar No. 982040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss and Incorporated Memorandum of Law of BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this 21st day of March, 2011.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of March, 2011.

By:     /s/ Michael P. Peterson