**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND**<br><br>***Payton, et al. v. Knauf Gips, KG; et al.,***<br>**Case No. 09-7628**<br><br>***Silva, et al. v. Interior Exterior Building***<br>***Supply, LP et al.***, **Civ. Action No. 09-08030**<br>**(E.D.La.)**<br><br>***Silva et al v. Arch Insurance Company, et al.***,<br>**Civ. Action No. 09-08034 (E.D.La.)** | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION**
**TO THE MITCHELL COMPANY, INC.'S MOTION TO INTERVENE IN SILVA,**
**ET AL. V. KNAUF GIPS, ET AL [sic] AND PAYTON, ET AL. V. KNAUF GIPS, ET AL**

The Plaintiffs' Steering Committee ("PSC") opposes the Mitchell Company's Motion to Intervene into the INEX and Knauf class action motions presented by the PSC for the reasons set forth by the defendants in their opposition to the same motion.  *See* Memorandum in Opposition of Interior/Exterior Building Supply, LP and Knauf Plasterboard (Tianjin) Co., Ltd. to the Mitchell Company Inc.'s Motion to Intervene [Doc. Record No. 8186].  In addition to the several reasons presented by INEX and Knauf in their opposition, which is adopted by reference hereto, the PSC further objects to Mitchell's efforts to intervene into these class actions as being nothing other than a disguised effort to seek consolidation with the PSC's cases of its individual class action on behalf of all persons and entities in the states of Alabama, Mississippi, Louisiana,

Georgia, Texas, and Florida who use drywall manufactured by Taishan Gypsum Co., Ltd. for the construction, repair, or remodeling of any improvement to real property, etc. Because the class sought by Mitchell lacks any identity with that presented by the several classes sought by the PSC in the *Silva* and *Payton* actions, consolidation of the proceedings would not be appropriate standing alone or by means of intervention.

Pursuant to Fed.R.Civ.P. 42, this Court has broad discretion whether or not to consolidate separate litigations. *See, Mills v. Beech Aircraft Corp, Inc.*, 886, F.2d 758, 762 (5th Cir. 1989). Here, Mitchell's claims are Taishan-centric, whereas the PSC's claims in the INEX and Knauf class actions to which Mitchell seeks intervention are not. Mitchell has not prepared any of its claims against either defendant to our knowledge. Given the disunity of the actions and Mitchell's unpreparedness, the forced marriage sought by Mitchell is patently inappropriate and unwarranted. Consolidation whether overtly or clandestinely, through the means of intervention, should be denied.

WHEREFORE, for the reasons set forth above, the PSC respectfully joins in the opposition of INEX and Knauf's opposition to the Mitchell Company's motion for intervention and submits that Mitchell's motion should be denied.

Respectfully submitted,

Dated: March 21, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

2

LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Response in Opposition to the Mitchell Company, Inc.'s Motion to Intervene in Silva, et al. v. Knauf Gips, et al. [sic] and Payton, et al. v. Knauf Gips, et al. has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of March, 2011.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

5