UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH ABEL, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS, LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | CASE NO.: 11-080 <br><br> SECTION "L" <br><br> MAGISTRATE (2) |
| Plaintiffs, | |
| v. | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | |
| Defendants. | |

**MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFF**

In support of its motion for intervention, the Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans ("PRC"), acting through its program, Rebuilding Together New Orleans("RTNO") (hereafter referred to collectively as either "PRC" or "RTNO") would show the Court as follows:

**I.**

RTNO is a non-profit organization which promotes the preservation, restoration and revitalization of New Orleans historic architecture and neighborhoods by rehabilitating and revitalizing the homes of low income homeowners, particularly those who are elderly, disabled and single heads of households with minor children. Following Hurricane Katrina, RTNO focused on total renovation and rebuilding storm damaged homes of the urban poor.

Beginning in or around March 2007, RTNO received drywall from the New Orleans Area Habitat for Humanity ("NOAHH"). NOAHH is a plaintiff in the *Abel* litigation in which RTNO seeks to intervene as a plaintiff. The drywall received by RTNO from NOAHH was manufactured by one or more of the Manufacturing Defendants named in the *Abel* lawsuit. RTNO tested some of the drywall and confirmed that it was contaminated with elevated levels of sulfur or sulfur compounds which have or could have emitted gases causing damage to the homes in which they were placed.

Accordingly, the claims of RTNO against the Manufacturing Defendants share common questions of law and fact with those already asserted by the Named Plaintiffs, and NOAHH, in the *Abel* case. Indeed, RTNO's claims are identical to the claims of plaintiff NOAHH and the other plaintiffs with respect to the Manufacturing Defendants.

## II.

Federal Rule 24(b) gives the Court discretion to permit a party such as RTNO to intervene when it "has a claim or defense that shares with the main action a common question of law or fact." This rule is liberally construed in favor of intervention. *Arakaki v. Cayetano*, 324 F. 3d 1078 (9th Cir. 2003)*, cert. denied, as amended,* 540, U.S.1017 (2003).  A purpose of the rule permitting intervention is to prevent multiplicity of suits involving common questions of law or fact. *Stallworth v. Monsanto,* 558 F. 2d 257 (5th Cir. 1977).

RTNO clearly meets Rule 24's requirement of having a claim that shares common questions of law or fact with the main action.  In addition, as the Court is fully aware, a multiplicity of lawsuits involving Chinese drywall already exist and there is no purpose in requiring RTNO to add to the list of lawsuits.  Finally, permitting the intervention by RTNO will not cause any delay or prejudice as the *Abel* lawsuit is in the early pre-trial proceeding stage.

## III.

For the forgoing reasons, The Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans respectfully prays that its Motion for Intervention be granted and for all other relief to which it is justly entitled.

**SIGNATURE BLOCK ON NEXT PAGE**

Respectfully submitted,

\s\Robert L. Redfearn, Jr.
Robert L. Redfearn, Jr. (Bar No. 17106)
SIMON, PERAGINE, SMITH & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana  70163-3000
Telephone: (504) 569-2030
Facsimile:   (504) 569-2999

ATTORNEYS FOR PRESERVATION ALLIANCE OF NEW ORLEANS, INC., D/B/A PRESERVATION RESOURCE CENTER OF NEW ORLEANS, ACTING THROUGH ITS PROGRAM, REBUILDING TOGETHER NEW ORLEANS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system, with the exception of the following listed counsel of record, who will receive a copy of this filing via United States Mail, postage prepaid.

New Orleans, Louisiana, this 18th day of March, 2011.

\s\Robert L. Redfearn, Jr.