UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH ABEL, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS, LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | CASE NO.: 11-080<br><br>SECTION "L"<br><br>MAGISTRATE (2) |
| Plaintiffs, | |
| v. | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | |
| Defendants. | |

**ORDER**

Considering the foregoing Motion to Intervene and finding that intervention is warranted under Fed. R. Civ. P. 24(b), it is hereby

ORDERED that Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans, acting through its program, Rebuilding Together New Orleans, is granted leave to intervene and file its Petition in Intervention as a party plaintiff in this lawsuit.

This _____ day of _____, New Orleans, Louisiana.

_____
JUDGE