IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED     )
     DRYWALL PRODUCTS     )     MDL NO. 3047
     LIABILITY LITIGATION     )
     )
THIS DOCUMENT RELATES TO:     )     SECTION: L
     )
*Hobbie, et al. v. RCR Holdings II, LLC, et al.,*     )
No.10-1113     )     JUDGE FALLON
     )
     )     MAG. JUDGE WILKINSON
     )

## ORDER

The Court issued a Mediation Order on March 15, 2011, (R. Doc. 8153), in the above captioned matter.  With regard to the mediation, the Court now clarifies that if an individual named in the Mediation Order cannot personally attend the conference he or she may send another individual with authority in his or her place, or alternatively, with permission of the Court, participate by telephone.

Additionally, the Court has considered the Motion for Reconsideration filed by La Suprema Enterprise, Inc. and La Suprema Trading, Inc., (R. Doc. 8171), and excuses these parties from the mediation.

Finally, the Court has reserved two rooms in the Courthouse for the mediation, rooms C-227 and C-205, the former of which the parties are to meet at for the commencement of the mediation.

New Orleans, Louisiana, this 18th day of March, 2011.

___

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE