UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Vickers, et al. v. Knauf Gips KG, et al.* EDLA 09-04117 | |

_____/

## ORDER ON MEADOWS OF ESTERO'S MOTION TO INTERVENE AS A CLASS ACTION PLAINTIFF

Considering Meadows of Estero's Unopposed Motion for Extension of Time to Intervene in Putative Class Action;

IT IS ORDERED that Meadows of Estero be and hereby is **GRANTED** a 3 day extension of time, through and including March 17, 2011, within which to file a motion to intervene in the *Vickers* lawsuit.

New Orleans, Louisiana this  18th  day of _____March_____, 2011.

_____
Honorable Eldon E. Fallon
United States District Court Judge