UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This document relates to: | |
| | JUDGE FALLON |
| *Payton, et al v. Knauf Gips KG, et al* EDLA 09-07628 | MAG. JUDGE WILKINSON |
| *Silva, et al v. Interior Exterior Building Supply, LP, et al* EDLA 09-08030 | |
| *Silva, et al v. Arch Insurance Company, et al* EDLA 09-08034 | |
| *Vickers, et al v. Knauf Gips KG, et al* EDLA 09-04117 | |

**O R D E R**

Considering Plaintiffs' Motion for Leave to File Second Supplemental Declaration of Ronald E. Wright, P.E.;

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave of court to file the attached Second Supplemental Declaration of Ronald E. Wright, P.E. (with exhibits).

New Orleans, Louisiana this 18th day of March, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge