# EXHIBIT 1



**BERMAN & WRIGHT**
ARCHITECTURE, ENGINEERING & PLANNING, LLC.

# Ronald E. Wright, P.E.
Chief Operating Officer

## PROFESSIONAL SUMMARY

Ron Wright has provided services to the construction industry for over 25 years. Ron's areas of expertise include Building Diagnostics, Claims Management, CPM Scheduling, Surety Contract Management, and Project Management. Ron is widely and highly regarded in the industry for his expertise in Building Diagnostics and has provided expert testimony in front of juries, arbitrators, judges, and mediators.

## PROFESSIONAL EXPERIENCE

**Berman & Wright, Architecture, Engineering & Planning, LLC (Formerly Buric)**

| | |
|---|---|
| Chief Operating Officer | 2007 – Present |
| Vice President of Building Diagnostics Services | 2005 – Present |
| Senior Vice President | 2004 – 2006 |
| Vice President | 2000 – 2004 |
| Senior Project Consultant | 1995 – 2000 |
| Project Consultant | 1989 – 1995 |

Ron actively participates in providing services to owners, design professionals, contractors, and other participants in the construction field; primarily focusing on management of Berman & Wright's Building Diagnostics group, but additionally providing services for construction claims analysis, surety completion, project planning and scheduling, and litigation support. Based out of our North Carolina office, Ron's duties also include oversight management of our architectural, engineering, and planning services in our New Jersey office.

**H. C. Rummage, Inc.**

| | |
|---|---|
| Project Manager and Estimator | 1987 – 1989 |

Project Manager and Estimator for general contractor constructing commercial and industrial projects. Responsibilities included initiating and developing contracts with Clients, developing project estimate and establishing contract amount, performing project management duties including project schedule, developing and finalizing subcontracts and materials purchases, and closeout of projects. Additionally, for design-build projects, Ron developed project construction documents that included engineering design.



**Bench Mark Builders, Inc.**
Project Manager and Estimator                                              1984 – 1987

Project Manager and Estimator for general contractor constructing commercial and industrial projects. Responsibilities included initiating and developing contracts with Clients, developing project estimate and establishing contract amount, performing project management duties including project schedule, developing and finalizing subcontracts and materials purchases, and closeout of projects. Additionally, for design-build projects, Ron developed project construction documents that included design engineering.

**Owens-Illinois Inc.**
Staff Engineer                                                            1979 - 1984

Staff Engineer performing design engineering and serving as owner's representative on construction projects for over twenty glass manufacturing plants. Duties included site reviews to establish construction needs, develop drawings and specifications for projects performed by contractors or in-house personnel, coordinate project work, develop cost estimates for budget purposes, meet with materials suppliers and manufacturers to evaluate products to be used within construction, and perform on-site management of project work during major glass plant renovations or new construction projects.

**EDUCATION**

University of Toledo                                                   Toledo, Ohio
Master of Business Administration                                      June 1984
Bachelor of Science in Civil Engineering                              June 1979

**PROFESSIONAL LICENSE**

Registered Professional Engineer – Ohio License No. E-48776            May 1984
            North Carolina License No. 012130             October 1984
            South Carolina License No. 10583                 July 1985
            Virginia License No. 036280                      June 2001
            Maryland License No. 0029570                    March 2004
            New Jersey License No. GE45073                   June 2004

**PROFESSIONAL MEMBERSHIPS**

American Architectural Manufacturers Association
American Society for Testing and Materials
American Subcontractors Association
Associated General Contractors
International Code Council
Professional Engineers of North Carolina
American Society of Civil Engineers
Tau Beta Pi, Engineering Honorary Fraternity



## PROFESSIONAL PUBLICATION

Wright, Ron. "The Mold Challenge in Construction," *Construction Claims Advisor,* May 2005.

## PROJECT LIST (PARTIAL)

| | |
|---|---|
| Brooklyn House Condominiums | Wilmington, NC |
| Edgewater Condominium | Myrtle Beach, SC |
| Morganton Arms and Creekside Apartments | Fayetteville, NC |
| Port Liberte II Condominiums | Jersey City, NJ |
| Renaissance on the Ocean Condominiums | Long Branch, NJ |
| Sidney Lanier Middle School | Fairfax, Virginia |