UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET:  2047<br><br>SECTION:  L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON, et al.
v.
KNAUF GIPS, et al.
CASE NO.: 2:09-cv-07628-EEF-JCW

### DEFENDANT, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC'S, MOTION TO DISMISS EXCEL CONSTRUCTION OF S.W. FLORIDA, INC.'S CROSS-CLAIM

Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC ("Banner PSL"), pursuant to Federal Rule of Civil Procedure 12(b)(6) moves to dismiss the Cross-Claim against Banner Supply Co., et al. (the "Cross-Claim") filed by Defendant/Cross-Claim Plaintiff EXCEL CONSTRUCTION OF S.W. FLORIDA, INC. ("Excel").

1.  Excel has failed to state a cause of action against Banner PSL pursuant to Federal Rule of Civil Procedure 12(b)(6).

2.  Banner PSL incorporates by reference its Memorandum in Support of its Motion to Dismiss Excel's Cross-Claim.

WHEREFORE, Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC, respectfully requests that this Court enter an Order: (1) dismissing the Cross-Claim for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6); and (2) for such other and further relief that this Court deems just and proper.

PETERSON & ESPINO, P.A.

CASE NO.: 2:09-cv-07628-EEF-JCW

Respectfully submitted,

PETERSON & ESPINO, P.A.
Attorneys for Banner Supply Company Port St. Lucie, LLC
10631 Southwest 88th Street, Suite 220
Miami, Florida   33176
Telephone:     (305) 270-3773
Facsimile:     (305) 275-7410
mpeterson@petersonespino.com

By:    /s/ Michael P. Peterson,
       Florida Bar No. 982040

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss and Incorporated Memorandum of Law of BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this 21st day of March, 2011.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of March, 2011.

By:    /s/ Michael P. Peterson