**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * | **MDL Docket No. 2047** |
| | * | **Section L** |
| | * | **Judge Fallon** |
| **This document relates to All Cases** | * | **Mag. Judge Wilkinson** |

* * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR MARCH 23, 2011 STATUS CONFERENCE**

I. PRE-TRIAL ORDERS

II. PROPERTY INSPECTIONS

III. PLAINTIFF AND DEFENDANT PROFILE FORMS

IV. PRESERVATION ORDER

V. STATE/FEDERAL COORDINATION

VI. STATE COURT TRIAL SETTINGS

VII. MOTIONS IN THE MDL

VIII. DISCOVERY ISSUES

IX. FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

X. TRIAL SETTINGS IN FEDERAL COURT

XI. FILINGS IN THE MDL

XII. NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

XIII. INSURANCE ISSUES

XIV. SERVICE OF PLEADINGS ELECTRONICALLY

XV. MASTER COMPLAINT

XVI. CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

XVII. OMNIBUS CLASS ACTION COMPLAINTS

XVIII. SPECIAL MASTER

XIX. KNAUF GIPS KG PERSONAL JURISDICTION MATTER

XX. FREQUENTLY ASKED QUESTIONS

XXI. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XXII. MOTION TO ESTABLISH A PLAINTIFFS' LITIGTION EXPENSE FUND

XXIII. MEDIATION

XXIV. CLASS CERTIFICATION

XXV. PRE-TRIAL ORDER 1H

XXVI. PILOT PROGRAM

XXVII. STIPULATION CONCERNING SERVICE OF PROCESS AND PRODUCT IDENTIFICATION

**NEW ITEMS**

XXVIII. HOME BUILDERS FEES AND COSTS

XXIX. PRE-TRIAL ORDER 10

XXX. NEXT STATUS CONFERENCE