UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.'S NOTICE OF DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Taishan Gypsum Co. Ltd. ("TG") and Taian Taishan Plasterboard Co., Ltd. ("TTP"), by and through their attorneys, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, hereby give this notice of production to the Plaintiff Steering Committee's ("PSC") First Request for the Production of Documents served on TG and TTP on September 24, 2010. The documents, Bates labeled TG 0025132 – TG 0025411, were produced to the PSC in electronic format via Federal Express on March 21, 2011. Certain of these documents were marked CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER and are subject to a protective order contained in Pretrial Order No. 16, dated September 25, 2009 (the "Protective Order").

The documents may be made available to any party entitled to view the documents under the terms of the Protective Order. Any requests to view the documents should be made by contacting Matthew Galvin via email at matthew.galvin@hoganlovells.com.

March 21, 2011

    Respectfully submitted,

    /s/ Thomas P. Owen, Jr.
    Richard C. Stanley (La. Bar No. 8487)
    Thomas P. Owen, Jr. (La. Bar No. 28181)
    STANLEY, REUTER, ROSS, THORNTON
    & ALFORD, LLC
    909 Poydras Street, Suite 2500
    New Orleans, Louisiana 70112
    Telephone: 504-523-1580
    Facsimile: 504-524-0069
    E-mail: rcs@stanleyreuter.com
    tpo@stanleyreuter.com

    Joe Cyr
    Frank T. Spano
    Eric D. Statman
    Matthew J. Galvin
    HOGAN LOVELLS US LLP
    875 Third Avenue
    New York, New York 10022
    Email: Joe.cyr@hoganlovells.com
    Frank.spano@hoganlovells.com
    Eric.statman@hoganlovells.com
    matthew.galvin@hoganlovells.com
    Telephone: 212-918-3000
    Facsimile: 212-918-3100

    **Attorneys for Taishan Gypsum Co. Ltd.**
    **and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above Notice of Production by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. to Plaintiffs' Steering Committee's First Request for Production of Documents has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6, on this 21st day of March, 2011.

*/s/* Thomas P. Owen Jr.