UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * Case No. 10-932,<br>* Case No. 09-5828<br>* Case No. 09-7628 |
| THIS DOCUMENT RELATES TO:<br>Docket # 10-932     (Omni V)<br>Amato, et al. v. Liberty Mutual | * Case No. 10-340<br>*<br>* MDL No. 09-2047<br>* |
| Docket # 09-5828<br>Jarrell, et al. v. Knauf Gips KG, et al. | *<br>* JUDGE FALLON<br>* MAGISTRATE WILKINSON |
| Docket # 09-7628     (Omni I)<br>Payton et al. v. Knauf Gips KG, et al. | *<br>*<br>* |
| Docket # 10-340<br>State of Louisiana v. Knauf Gips KG, et al. | *<br>* |

## NOTICE OF APPEARANCE

NOW COMES, Sharon B. Kyle, APLC to appear as counsel of record for Mayeaux Construction, Inc. Mayeaux Construction, Inc. reserves all rights to object to jurisdiction, venue and service and preserves all defenses. Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

This 22nd day of March, 2011.

  RESPECTFULLY SUBMITTED:
  SHARON B. KYLE, A.P.L.C.


  SHARON B. KYLE (La Bar Roll # 25437) sk@kylelaw.net
  NANCY A. RICHEAUX (La Bar Roll # 29397) nr@kylelaw.net
  STEVEN K. SCHILLING (La Bar Roll # 27635) ss@kylelaw.net
  4960 Bluebonnet Blvd., Ste. A
  Baton Rouge, Louisiana 70809
  Telephone: 225/293-8400
  Facsimile: 225/291-9501
  Counsel for Defendant Louisiana Home Builder

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel via electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6. I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of March, 2011.

_____
STEVEN K. SCHILLING