IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 3047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No.10-1113 | ) ) ) | JUDGE FALLON |
| | ) ) ) | MAG. JUDGE WILKINSON |

## ORDER

The Court issued a Mediation Order on March 15, 2011, (R. Doc. 8153), in the above captioned matter. Since scheduling the mediation, the Court has learned that Hanover is no longer a proper party to the mediation. Accordingly, IT IS ORDERED that Hanover is excused of its obligation to attend the mediation.

New Orleans, Louisiana, this 21st day of March, 2011.

ELDON E. FALLON
U.S. DISTRICT JUDGE