IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 3047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No.10-1113 | ) ) ) | JUDGE FALLON |
| | ) ) ) | MAG. JUDGE WILKINSON |

**ORDER**

The Court issued a Mediation Order on March 15, 2011, (R. Doc. 8153), in the above captioned matter. The Court would like to address the parties to the mediation prior to commencement of the mediation. Accordingly, IT IS ORDERED that the parties attending the mediation are to report to the Courtroom of Judge Fallon, Room C-468, at 2:00 p.m. on Tuesday, March 22, 2011.

New Orleans, Louisiana, this 21st day of March, 2011.

_____
ELDON E. FALLON
U.S. DISTRICT JUDGE