UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED      :    CIVIL ACTION NO. 09-2047
DRYWALL PRODUCTS LIABILITY        :
LITIGATION                        :    JUDGE FALLON
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:         :    MAG. JUDGE WILKINSON
                                  :
ALL CASES                         :
---------------------------------------------------------------x

**KNAUF DEFENDANTS' JOINDER IN INTERIOR EXTERIOR'S MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS WHO HAVE FAILED TO PRODUCE PROFILE FORMS PURSUANT TO F.R.C.P. RULE 37(b)**

The Knauf Defendants join the Interior Exterior's motion, pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, to dismiss the claims of certain plaintiffs for failing to make disclosures and failing to cooperate with mandatory discovery outlined in Pre-Trial Order No. 1G. [Rec. Doc. 8025.]

Dated:  March 22, 2011             Respectfully submitted,

                                   By:  Kyle A. Spaulding
                                   MILES P. CLEMENTS (#4184)
                                   PETER E. SPERLING (#17812)
                                   KERRY J. MILLER (#24562)
                                   KYLE A. SPAULDING (#29000)
                                   PAUL C. THIBODEAUX (#29446)
                                   FRILOT L.L.C.
                                   1100 Poydras Street
                                   Suite 3700
                                   New Orleans, LA 70163
                                   Telephone:  (504) 599-8194
                                   Facsimile:  (504) 599-8145
                                   Email:  kmiller@frilot.com

                                        - AND -

339988.1

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for the Knauf Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Knauf Defendants' Joinder in the **Interior Exterior's Motion To Dismiss The Claims Of Certain Plaintiffs Who Have Failed To Produce Profile Forms Pursuant To F.R.C.P. Rule 37(b)** has been served upon Plaintiffs' Liaison Counsel and counsel for Banner, Chartis, and the State of Louisiana by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of March, 2011.

/s/ Kyle Spaulding

339984.1

2