UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED  :  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY   :
LITIGATION                    :  SECTION: L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:   :  JUDGE FALLON
                             :
ALL CASES                    :  MAG. JUDGE WILKINSON
---------------------------------------------------------------x

**KNAUF DEFENDANTS' JOINDER IN BANNER SUPPLY ENTITIES' MOTION TO DISMISS CLAIMS OF PLAINTIFFS WHO COMPLETELY FAILED TO COMPLY WITH DISCOVERY AND THIS COURT'S ORDER TO FILE PROFILE FORMS**

The Knauf Defendants join the Banner Supply Entities' motion to dismiss those claims in this matter for which the Plaintiffs have violated this Court's orders and have failed to submit a completed Profile Form as part of their required participation in the discovery process. [Rec. Doc. 7892.]

Dated: March 22, 2011

Respectfully submitted,

By: Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

32112651.DOCX

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8485
Facsimile:  (212) 836-6485
Email:  sglickstein@kayescholer.com

Counsel for the Knauf Defendants

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Knauf Defendants' Joinder in the **Banner Supply Entities' Motion To Dismiss Claims of Plaintiffs Who Completely Failed To Comply With Discovery And This Court's Order To File Profile Forms** has been served upon Plaintiffs' Liaison Counsel and counsel for Banner, Chartis, and the State of Louisiana by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of March, 2011.

/s/ Kyle Spaulding

339984.1

2