UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED         :  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY              :
LITIGATION                                                   :  SECTION:   L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:              :  JUDGE FALLON
                                                                    :
ALL CASES                                              :  MAG. JUDGE WILKINSON
---------------------------------------------------------------x

## ORDER

Considering the Knauf Defendants' request to join in Banner Supply Entities' motion to dismiss claims of Plaintiffs who completely failed to comply with discovery and this Court's order to file Profile Forms.  [Rec. Doc. 7892],

**IT IS HEREBY ORDERED** that the Knauf Defendants' request is granted and said Defendants are allowed to join in Banner Supply Entities' motion to dismiss claims of Plaintiffs who completely failed to comply with discovery and this Court's order to file Profile Forms.

New Orleans, Louisiana this _____day of March, 2011.

_____
ELDON E. FALLON
U.S. DISTRICT COURT JUDGE