# Exhibit A

```
 1         ||| UNCERTIFIED ROUGH DRAFT |||
 2             ROUGH DRAFT TESTIMONY OF
 3                 REBECCA GALLEON
 4         TAKEN ON March 21, 2011
 5
 6             REPORTER'S NOTE:  THIS UNEDITED
 7  ROUGH DRAFT OF THE PROCEEDINGS WAS
 8  PRODUCED IN REALTIME INSTANT FORM AND
 9  IS NOT CERTIFIED.  THE ROUGH DRAFT
10  TRANSCRIPT MAY NOT BE CITED OR USED
11  IN ANY WAY OR AT ANY TIME TO REBUT OR
12  CONTRADICT THE FINAL CERTIFIED
13  TRANSCRIPTION OF PROCEEDINGS.  THERE
14  WILL BE DISCREPANCIES BETWEEN THIS FORM
15  AND THE FINAL FORM OF THE TRANSCRIPT,
16  BECAUSE THIS REALTIME INSTANT-FORM
17  TRANSCRIPT HAS NOT BEEN FULLY EDITED,
18  PROOFREAD, CORRECTED, FINALIZED, INDEXED,
19  BOUND, OR CERTIFIED.  THERE WILL ALSO BE
20  A DISCREPANCY BETWEEN THE PAGE AND LINE
21  NUMBERS APPEARING ON THIS UNEDITED ROUGH
22  DRAFT AND THE EDITED, PROOFREAD,
23  CORRECTED, CERTIFIED FINAL TRANSCRIPT.
24             ALSO, PLEASE BE AWARE THAT YOUR REALTIME
25  BROWSER SCREEN AND/OR THE
```

```
 1  UNEDITED, UNCERTIFIED ROUGH DRAFT
 2  TRANSCRIPT MAY CONTAIN UNTRANSLATED
 3  STENO, OCCASIONAL CHK MARKS, MISSPELLED
 4  OR PHONETIC PROPER NAMES, OR NONSENSICAL
 5  ENGLISH WORD COMBINATIONS.  THESE ARE
 6  NOT "MISTAKES" MADE BY YOUR REPORTER
 7  BUT ARE CAUSED BY THE COMPLEXITIES OF THE
 8  ENGLISH LANGUAGE AND THE LIMITATIONS
 9  IMPOSED BY WRITING IT PHONETICALLY.
10  ALL SUCH ENTRIES ARE CORRECTED ON THE
11  FINAL, CERTIFIED TRANSCRIPT.
12          IF THESE PROCEEDINGS HAVE BEEN
13  VIDEOTAPED, THE ROUGH DRAFT AND ANY
14  SUBSEQUENT DRAFTS OF THE TRANSCRIPT WILL
15  BE COMPARED AGAINST THE AUDIO OF SAID VIDEOTAPE(S)
16  IN ORDER TO ASSURE COMPLETE
17  VERBATIM ACCURACY OF THE FINAL, CERTIFIED
18  TRANSCRIPT.
19          THE VIDEOGRAPHER:
20              We are now going on the record.  The
21          date today is March 21st, 2011.  Time now is
22          approximately 9:31 a.m.  This is the
23          videotaped deposition of Ms. Rebecca Galleon
24          taken in reference to the
25          Chinese-Manufactured Drywall Products
```

```
 1    liability litigation for the U.S. District
 2    Court, Eastern District of Louisiana.  The
 3    deposition is being held in New Orleans,
 4    Louisiana.  My name is Melissa Bardwell,
 5    videographer, representing Golkow
 6    Technologies.  And the court reporter today
 7    is Dixie Vaughan.
 8         Would counsel present please introduce
 9    themselves and state their affiliations for
10    the record.
11    MR. GRAND:
12         Jeffrey Grand, Seeger Weiss, plaintiffs.
13    MR. DUPLANTIER:
14         Richard Duplantier and Carlina Eiselen
15    for Interior Exterior.
16    MR. BUSBY:
17         Tom Busby with the plaintiffs.
18    MR. GUILLOT:
19         Darren Guillot on behalf of Louisiana
20    Lumber.
21    MS. LOURICELLA:
22         Sophia Louricella on behalf of Creola
23    Ace Hardware, Gould, and Gulf South Drywall.
24    MS. PATRICK:
25         Suzanne Patrick on behalf of the North
```

```
 1        River Insurance Company.
 2        MS. DONAHUE:
 3            Megan Donahue on behalf of National
 4        Surety Corporation.
 5        MS. ARNOLD:
 6            Robin Arnold on behalf of Rodgers
 7        Company, LLC.
 8        MS. BURNTHORN:
 9            Judy Burnthorn on behalf of Landmark
10        American Insurance Company.
11        MR. MINKO:
12            Craig Minko.  I'm defense liason counsel
13        for the installers.
14        MR. GRAND:
15            Would counsel on the phone wait until we
16        ask for you to identify yourselves.  We want
17        to get through the people in the room first.
18        MR. TERK:
19            Eugene Terk on behalf of Knauf.
20        MR. DUPLANTIER:
21            Counsel on the record the rule is to
22        e-mail your appearance to the court reporter.
23            Do you want to give them your e-mail
24        address?
25        THE COURT REPORTER:
```