**Second Amended Exhibit A**
*Missing MDL Plaintiff's Profile Forms as of March 22, 2011*

### Louisiana

| | |
|---|---|
| **Alonso, Roland** | Omnibus IB |
| **Assevado, Mary** | Omnibus III |
| **Pilet, Dennis** | Amended Omnibus III |
| **Ragusa, Ben** | Omnibus IB |
| **Robin, Charles III** | Amended Omnibus III |
| **Sander, Karl** | Amended Omnibus I |
| **Singleton, Enrica** | Omnibus I and amended V |
| **Verrett, Chavis** | Omnibus IC |
| **Villaneva, Lanny** | Amended Omnibus III |
| **Watts, Darlene and Dennis** | Omnibus IC |

### Mississippi

| | |
|---|---|
| **Hicks, Julian** | Omnibus IB |
| **Hopkins, Christopher** | Omnibus IB |
| **Hopkins, Pasqua** | Omnibus IB |
| **Lyman, Ng** | Omnibus IB |
| **Parker, David** | Omnibus IB |
| **Roberts, Craig** | Omnibus IB |
| **Sanderford, Anita** | Omnibus IB |

### Alabama

| | |
|---|---|
| **Cowart, Kenneth** | Omnibus IC |
| **Taft, Natalie Hurst Charles** | Omnibus IB |