# Exhibit 1

## Benjamin R. Grau

| | |
|---|---|
| **From:** | Carlina C. Eiselen |
| **Sent:** | Monday, March 21, 2011 3:01 PM |
| **To:** | Benjamin R. Grau |
| **Subject:** | FW: CDW - Missing PPF as 02-28-11 (01816339).XLS |

Best regards,

**Carlina C. Eiselen**
**Attorney at Law**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
**One Shell Square**
**701 Poydras St., 40th Floor**
**New Orleans, Louisiana 70139**
**Phone: 504-525-6802**
**Direct: 504-648-6242**
**Fax: 504-525-2456**
**Email: CEiselen@gjtbs.com**

---

**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Tuesday, March 01, 2011 3:56 PM
**To:** Carlina C. Eiselen
**Cc:** Benjamin R. Grau
**Subject:** RE: CDW - Missing PPF as 02-28-11 (01816339).XLS

You guys don't have access to the Magna database? If not, we can search, but it will take some time to find that many. Or, I can get you in touch with the Magna rep to do the search (for a fee).

Where's Rick hiding? We need him to call us back about funding the first 19 homes in the pilot program. The first home is La. is supposed to start Thursday.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct:     504.599.8249
Facsimile:   504.599.8137
E-mail: kspaulding@frilot.com

---

**From:** Carlina C. Eiselen [mailto:CEiselen@gjtbs.com]
**Sent:** Tuesday, March 01, 2011 3:16 PM
**To:** Spaulding, Kyle
**Cc:** Benjamin Grau
**Subject:** CDW - Missing PPF as 02-28-11 (01816339).XLS

Kyle:

Attached are our list of missing profile forms.  Dawn has notified me that I am supposed to get these from my liaison counsel. Please advise if you have these.  Thanks

**Best regards,**



**Carlina C. Eiselen , Attorney at Law**
**Phone: 504-525-6802 | Direct: 504-648-6242 | Fax: 504-525-2456**
**One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139**
**Email: CEiselen@gjtbs.com**

**Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa**

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

3/22/2011

## Benjamin R. Grau

**From:** Carlina C. Eiselen
**Sent:** Monday, March 21, 2011 2:59 PM
**To:** Benjamin R. Grau
**Subject:** FW: CDW - Louisiana profile forms

**From:** Benjamin R. Grau
**Sent:** Friday, February 11, 2011 9:02 AM
**To:** 'agresse@frilot.com'
**Cc:** Carlina C. Eiselen; Guillaume Philippe
**Subject:** FW: CDW - Louisiana profile forms

Arrin,

Do you have these PPF's? Dawn told us this morning to get them from Russ's office, but of course they are saying to check with you guys first. They are not on the magna site. If you don't have them, I will get them from Russ.

Thanks

Ben

**Best regards,**

**Benjamin R. Grau**
**Attorney at Law**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
**One Shell Square**
**701 Poydras St., 40th Floor**
**New Orleans, Louisiana 70139**
**Phone: 504-525-6802**
**Direct: 504-648-6287**
**Fax: 504-525-2456**
**Email: bgrau@gjtbs.com**

**From:** Brandy Blisard [mailto:bblisard@hhkc.com]
**Sent:** Friday, February 11, 2011 8:55 AM
**To:** Benjamin R. Grau
**Cc:** Dawn Barrios; Guillaume Philippe
**Subject:** RE: CDW - Louisiana profile forms

Have you requested the needed PPFs from Defense Liaison Counsel?

Brandy

**From:** Benjamin R. Grau [mailto:bgrau@gjtbs.com]
**Sent:** Friday, February 11, 2011 8:56 AM
**To:** Brandy Blisard
**Cc:** 'Dawn Barrios'; Guillaume Philippe
**Subject:** CDW - Louisiana profile forms

Brandy,

We are missing PPF's for several putative Louisiana class members. Dawn suggested that we email you because your office maintains all the forms. Can you please provide those listed below? If necessary, I can send someone over to pick up a disc.

Thanks

Ben

Best regards,

 GALLOWAY
JOHNSON
TOMPKINS
BURR AND
SMITH

**Benjamin R. Grau , Attorney at Law**
**Phone: 504-525-6802 | Direct: 504-648-6287 | Fax: 504-525-2456**
**One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139**
**Email: bgrau@gjtbs.com**

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED
COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

**From: Carlina C. Eiselen**
**Sent: Friday, February 11, 2011 8:45 AM**
**To: Benjamin R. Grau**
**Subject: FW: CDW - Edward and Susan Beckendorf's profile form**

**From: Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]**
**Sent: Thursday, February 10, 2011 2:29 PM**
**To: Carlina C. Eiselen**
**Cc: Dawn Barrios**
**Subject: RE: CDW - Edward and Susan Beckendorf's profile form**

Carlina,

Dawn's inquiry was regarding any outstanding class representative Plaintiff Profile Forms. Our office does not maintain all of the PPFs; you will need to contact Brandy Blisard at Russ Herman's office to receive those materials. Sorry for the confusion. Let me know if you have any questions. Thanks!

Emma Kingsdorf
Paralegal to Dawn M. Barrios, Esq.
BARRIOS KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
P: 504.524.3300 | F: 504.524.3313
www.bkc-law.com

**From:** Carlina C. Eiselen [mailto:CEiselen@gjtbs.com]
**Sent:** Thursday, February 10, 2011 2:14 PM
**To:** Dawn Barrios; Emma Kingsdorf
**Subject:** FW: CDW - Edward and Susan Beckendorf's profile form

Dawn:

We are missing these PPF's.

**From:** Guillaume Philippe
**Sent:** Thursday, February 10, 2011 2:09 PM
**To:** Carlina C. Eiselen
**Subject:** RE: CDW - Edward and Susan Beckendorf's profile form

| |
|---|
| Alexander, Derrick |
| Almasy, Lee |
| Alonso, Roland |
| Antoine, Jacques and Patricia |
| Assevado, Mary |
| Atianzar, Pedro & Sandra |
| BBBMM Properties, LLC |
| |
| Borrello, Donna and Thomas |
| Boudreaux, Ashley and Nicholas |
| Brooks, Christopher J. and Katherine E. |
| Brown, Raymond and Syndee |

Bruner, Janice and Ronald P.

Carey, Charles

Carrol, Cindy

Colby, Richard and Susan

Colomb, John & Sharon

Cooper, Brenda

Crosby, Patrick

Crovetto, Barbara

Daigle, Theresa

D'Hemecourt, Thomas

Diez, Douglas (Pelican Point Properties)

Donahoe, Patrick & Tina

Dorsey, Mark

Falgout, Christopher

Foret, Kimber

Gagnon, Chad

Harbison, Paula

Hartenstein, Michael and Mary

Holmes, Rhonda

Hulse, Valerie and Mark

Jenkins, Candice

Jenkins, Carlos Kent

Kehoe, Molly

Lang, Joe and Amy

Langlois, Rebecca and Robert

Lawson, Edward

Maillot, Georges and Janice

Mantrana, Anthony & Debra

Marrero, Charlene

Martinez, John & Melanie

Matrana, Jeff

Mayo, Edward and Jacqueline

McAvoy, Michael

McCoy, Clyde & Ira

Melerine, Clifton & Glenda

Monte, Frank

| | | |
|---|---|---|
| Naden, Craig | | |
| Ney, Connie and Terry | | |
| Oliver, Gregory & Payena, Catherine | | |
| Pilet, Dennis | | |
| Ragusa, Ben | | |
| Robbins, Margaret and Glenwood | | |
| Robin, Charles III | | |
| Ross, Terrence | | |
| Sander, Karl | | |
| Savoie & Savoie III, LLC | | |
| Serigne, Paul & Hope | | |
| Sewell, Michael and Laura | | |
| Shaw, Stephan and Ann | | |
| Singleton, Enrica | | |
| Skinner, Robert & Louvin | | |
| Slidell Property Management, LLC | 1013 Clairise Court Slidell , Slidell LA 70461 | These are the addresses we have the PPF for, we are missing 21 others. |
| | 1020 Clairise Court Slidell , Slidell LA 70461 | |
| | 1021 Clairise Court Slidell | |
| | 1024 Clairise Court Slidell | |
| | 1028 Clairise Court Slidell | |
| | 1029 Clairise Court Slidell | |
| | 1032 Clairise Court Slidell | |
| | 1033 Clairise Court Slidell | |
| | 1036 Clairise Court Slidell | |
| | 1037 Clairise Court Slidell | |
| | 1040 Clairise Court Slidell | |
| | 1041 Clairise Court Slidell | |
| | 1044 Clairise Court Slidell | |
| | 1045 Clairise Court Slidell | |
| | 1057 Clairise Court Slidell | |
| | 1061 Clairise Court Slidell | |
| | 1072 Clairise Court Slidell | |
| | 1080 Clairise Court Slidell | |

|  |  |
|---|---|
|  | 1084 Clairise Court Slidell |
|  | 1096 Clairise Court Slidell |
|  | 1100 Clairise Court Slidell |
| Southern Homes, LLC |  |
| Southern Star Construction Co., Inc. |  |
| St. Martin, Steven |  |
| Stanfield, Sidney |  |
| Sunrise Construction |  |
| Temperato, Cynthia and John |  |
| Tomeny, Phillip |  |
| Verrett, Chavis |  |
| Villaneva, Lanny |  |
| Voebel, Matt and Villanueva, lauren |  |
| Watts, Darlene and Dennis |  |
| White, John K. |  |
| Whittington, Thomas |  |

Regards,

**Guillaume Philippe**
**Paralegal**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
**One Shell Square**
**701 Poydras St., 40th Floor**
**New Orleans, Louisiana 70139**
**Phone: 504-525-6802**
**Direct: 504-648-6254**
**Fax: 504-525-2456**
**Email: GPhilippe@gjtbs.com**

**From: Carlina C. Eiselen**
**Sent: Thursday, February 10, 2011 1:38 PM**
**To: Guillaume Philippe**
**Subject: FW: CDW - Edward and Susan Beckendorf's profile form**

Give me the list of the ppf we don't have

Best regards,

Carlina C. Eiselen
Attorney at Law

3/22/2011

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
One Shell Square
701 Poydras St., 40th Floor
New Orleans, Louisiana 70139
Phone: 504-525-6802
Direct: 504-648-6242
Fax: 504-525-2456
Email: CEiselen@gjtbs.com

---

**From: Dawn Barrios [mailto:DBarrios@bkc-law.com]**
**Sent: Thursday, February 10, 2011 11:39 AM**
**To: Carlina C. Eiselen**
**Cc: Dena Folts; Emma Kingsdorf**
**Subject: RE: CDW - Edward and Susan Beckendorf's profile form**

## Will do.  Are there any others you don't have?  I wasn't sure how they got to other defense counsel.
## Dena or Emma will send shortly.
## d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524.3313 (fax)
www.bkc-law.com

 Please consider the environment before printing this e-mail

---

**From: Carlina C. Eiselen [mailto:CEiselen@gjtbs.com]**
**Sent: Thursday, February 10, 2011 9:37 AM**
**To: Dawn Barrios**
**Subject: CDW - Edward and Susan Beckendorf's profile form**

Dawn:

We do not have the Beckendorf's profile form - please send us a copy as soon as possible.  Thanks

Best regards,



**Carlina C. Eiselen , Attorney at Law**
Phone: 504-525-6802 | Direct: 504-648-6242 | Fax: 504-525-2456
One Shell Square , 701 Poydras St., 40th Floor , New Orleans, Louisiana 70139
Email: CEiselen@gjtbs.com

**Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa**

### CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
### DO NOT FORWARD WITHOUT PERMISSION

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.