UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ESTABLISH A COURT SUPERVISED ACCOUNT FOR VOLUNTARILY DEPOSIT OF FUNDS TO COMPENSATE AND REIMBURSE COMMON BENEFIT COUNSEL**

**I.      INTRODUCTION**

The Plaintiffs' Steering Committee ("PSC") and other common benefit counsel have been actively pursuing litigation on behalf of thousands of plaintiff property owners in this Multidistrict litigation. These efforts by common benefit counsel have significantly advanced this litigation and have created tremendous pressure on builders and other defendants to settle the claims against them. This pressure has directly resulted in numerous settlements. Many of the settling parties are now approaching the PSC to inquire about the prospect of setting aside a portion of the settlement proceeds in order to preserve a *res* to compensate and reimburse common benefit counsel.

In light of these requests by settling parties, the PSC respectfully requests that the Court establish a court supervised account so that settling parties may voluntarily set aside a portion of settlement proceeds for the Court to allocate to common benefit counsel at a future date.[1]

---

[1] The PSC's motion to establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Service Performed and Expenses Incurred for MDL Administration and Common Benefit is currently pending before the Court. *See* Document 4603. This motion has been stayed by the Court. *See* Document 5207. The purpose of this motion is to set up a voluntary account pending the litigation maturing to the point where the motion to establish a litigation expense fund in ripe for adjudication.

1

## II. FACTS

During the course of this litigation the PSC and other common benefit counsel have tried several cases, have negotiated landmark settlement agreements, have filed complaints involving thousands of plaintiffs, have developed expert witnesses, and have engaged in discovery efforts that have inured to the benefit of both plaintiffs and defendants who have or will pursue claims against other parties in the chain of distribution of the defective drywall at issue in this litigation.[2] These efforts by the PSC and other common benefit counsel have created tremendous pressure on defendants and have caused several builders to settle claims with homeowners. The PSC also suspects that these efforts by common benefit counsel will create pressure up the stream of distribution and will allow builders and other parties to settled claims with distributors, suppliers, manufacturers and other parties responsible for the injuries suffered by plaintiff homeowners. Settlements with insurance carriers are also likely to ensue.

Several settling parties have recognized the important role of common benefit counsel in bringing about their individual settlements and have approached the PSC about setting aside a portion of the settlement proceeds to compensate and reimburse common benefit counsel. These parties wish to set aside a portion of their settlement proceeds in order to preserve a *res* for common benefit counsel with the understanding that the *res* will be allocated by the Court at a later date. Counsel for these parties have volunteered to set aside 17% (5% for costs and 12% for fee) of the

---

[2] Notably the PSC and other common benefit counsel have tried cases resulting in verdicts for plaintiffs in *Hernandez*, *Germano*, and *Seifart* (litigated in Florida state court). Common benefit counsel have reached settlements resolving the *Campbell-Clement/Schexnaydre* and *Harrell* (settlement reached in Florida state court) cases. Common benefit counsel have negotiated the Knuaf Demonstration Remediation Program. The PSC and other common benefit counsel have filed eight omnibus class action complaints (with another ten omnibus intervention complaints) involving the claims of thousands of homeowners. The PSC and other common benefit counsel have also engaged in jurisdictional discovery that has required common benefit counsel to take depositions in Europe, China, and the United States.

cash component of their settlements for a future allocation by the Court to common benefit counsel. The PSC believes these funds should be deposited in an appropriate court sponsored account.

### III. ARGUMENT

This Court should establish a Court supervised account so that settling parties may voluntarily deposit proceeds for allocation by the Court to common benefit counsel at a later date. It is well within this Court's equitable powers to establish an account for a later allocation to common benefit counsel. *See Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974); *See also In re Air Crash Disaster at Florida Everglades*, 549 F.2d 1006 (5th Cir. 1977); *Strong v. Bell South Telecommunications, Inc.*, 137 F.3d 844, 850 (5th Cir. 1998). Since the PSC is only asking that the Court establish an account for settling parties to make voluntary deposits (*i.e.*, 17% of the cash component of any settlement), the PSC does not anticipate any significant opposition to the instant motion.

To the extent there is any opposition to this motion, the PSC believes its requested relief is reasonable and justified based on the efforts of common benefit counsel to date. An order granting the instant motion and establishing a Court supervised account is appropriate to facilitate those parties who wish to set aside a portion of settlement proceeds for common benefit counsel. Such an order will ensure that a *res* is preserved for the Court to allocate to common benefit counsel at a later date.

### IV. CONCLUSION

For the reasons set forth above, the PSC respectfully requests that the Court grant its Motion to Establish a Court Supervised Account for Voluntarily Deposit of Funds to Compensate and Reimburse Common Benefit Counsel.

Respectfully submitted,

Dated: March 22, 2011                     /s/ Russ M. Herman
               Russ M. Herman, Esquire (Bar No. 6819)
               Leonard A. Davis, Esquire (Bar No. 14190)
               Stephen J. Herman, Esquire (Bar No. 23129)
               HERMAN, HERMAN, KATZ & COTLAR, LLP
               820 O'Keefe Avenue
               New Orleans, Louisiana 70113
               Phone: (504) 581-4892
               Fax: (504) 561-6024
               LDavis@hhkc.com
               *Plaintiffs' Liaison Counsel*
               *MDL 2047*

               Arnold Levin (On the Brief)
               Fred S. Longer (On the Brief)
               Matthew C. Gaughan (On the Brief)
               Levin, Fishbein, Sedran & Berman
               510 Walnut Street, Suite 500
               Philadelphia, PA 19106
               215-592-1500 (phone)
               215-592-4663 (fax)
               Alevin@lfsblaw.com
               *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com