UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO ESTABLISH A COURT SUPERVISED ACCOUNT FOR VOLUNTARILY DEPOSIT OF FUNDS TO COMPENSATE AND REIMBURSE COMMON BENEFIT COUNSEL

I.     INTRODUCTION

The Plaintiffs' Steering Committee ("PSC") and other common benefit counsel have been actively pursuing litigation on behalf of thousands of plaintiff property owners in this Multidistrict litigation. These efforts by common benefit counsel have significantly advanced this litigation and have created tremendous pressure on builders and other defendants to settle the claims against them. This pressure has directly resulted in numerous settlements. Many of the settling parties are now approaching the PSC to inquire about the prospect of setting aside a portion of the settlement proceeds in order to preserve a *res* to compensate and reimburse common benefit counsel.

In light of these requests by settling parties, the PSC respectfully requests that the Court establish a court supervised account so that settling parties may voluntarily set aside a portion of settlement proceeds for the Court to allocate to common benefit counsel at a future date.[1]

---

[1] The PSC's motion to establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Service Performed and Expenses Incurred for MDL Administration and Common Benefit is currently pending before the Court. *See* Document 4603. This motion has been stayed by the Court. *See* Document 5207. The purpose of this motion is to set up a voluntary account pending the litigation maturing to the point where the motion to establish a litigation expense fund in ripe for adjudication.

1

## II.     FACTS

During the course of this litigation the PSC and other common benefit counsel have tried several cases, have negotiated landmark settlement agreements, have filed complaints involving thousands of plaintiffs, have developed expert witnesses, and have engaged in discovery efforts that have inured to the benefit of both plaintiffs and defendants who have or will pursue claims against other parties in the chain of distribution of the defective drywall at issue in this litigation.[2] These efforts by the PSC and other common benefit counsel have created tremendous pressure on defendants and have caused several builders to settle claims with homeowners. The PSC also suspects that these efforts by common benefit counsel will create pressure up the stream of distribution and will allow builders and other parties to settled claims with distributors, suppliers, manufacturers and other parties responsible for the injuries suffered by plaintiff homeowners. Settlements with insurance carriers are also likely to ensue.

Several settling parties have recognized the important role of common benefit counsel in bringing about their individual settlements and have approached the PSC about setting aside a portion of the settlement proceeds to compensate and reimburse common benefit counsel. These parties wish to set aside a portion of their settlement proceeds in order to preserve a *res* for common benefit counsel with the understanding that the *res* will be allocated by the Court at a later date. Counsel for these parties have volunteered to set aside 17% (5% for costs and 12% for fee) of the

---

[2] Notably the PSC and other common benefit counsel have tried cases resulting in verdicts for plaintiffs in *Hernandez*, *Germano*, and *Seifart* (litigated in Florida state court). Common benefit counsel have reached settlements resolving the *Campbell-Clement/Schexnaydre* and *Harrell* (settlement reached in Florida state court) cases. Common benefit counsel have negotiated the Knuaf Demonstration Remediation Program. The PSC and other common benefit counsel have filed eight omnibus class action complaints (with another ten omnibus intervention complaints) involving the claims of thousands of homeowners. The PSC and other common benefit counsel have also engaged in jurisdictional discovery that has required common benefit counsel to take depositions in Europe, China, and the United States.

cash component of their settlements for a future allocation by the Court to common benefit counsel. The PSC believes these funds should be deposited in an appropriate court sponsored account.

### III.     ARGUMENT

This Court should establish a Court supervised account so that settling parties may voluntarily deposit proceeds for allocation by the Court to common benefit counsel at a later date. It is well within this Court's equitable powers to establish an account for a later allocation to common benefit counsel. *See Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974); *See also In re Air Crash Disaster at Florida Everglades*, 549 F.2d 1006 (5th Cir. 1977); *Strong v. Bell South Telecommunications, Inc.*, 137 F.3d 844, 850 (5th Cir. 1998). Since the PSC is only asking that the Court establish an account for settling parties to make voluntary deposits (*i.e.*, 17% of the cash component of any settlement), the PSC does not anticipate any significant opposition to the instant motion.

To the extent there is any opposition to this motion, the PSC believes its requested relief is reasonable and justified based on the efforts of common benefit counsel to date. An order granting the instant motion and establishing a Court supervised account is appropriate to facilitate those parties who wish to set aside a portion of settlement proceeds for common benefit counsel. Such an order will ensure that a *res* is preserved for the Court to allocate to common benefit counsel at a later date.

### IV.     CONCLUSION

For the reasons set forth above, the PSC respectfully requests that the Court grant its Motion to Establish a Court Supervised Account for Voluntarily Deposit of Funds to Compensate and Reimburse Common Benefit Counsel.

Respectfully submitted,

Dated: March 22, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com | Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Alhambra Circle, Penthouse<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Daniel E. Becnel, Jr.<br>Becnel Law Firm. LLC<br>P.O. Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com | Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell<br>  Echsner & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com |
| Robert C. Josefsberg<br>Podhurst Orseck, P.A.<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>rjosefsberg@podhurst.com | Hugh P. Lambert<br>Lambert and Nelson<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@lambertandnelson.com |
| Bruce William Steckler<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>bsteckler@baronbudd.com | Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br>  & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |

Jerrold Seth Parker  
Parker, Waichman, Alonso LLP  
3301 Bonita Beach Road  
Bonita Springs, FL 34134  
Phone: (239) 390-1000  
Fax: (239) 390-0055  
Jerry@yourlawyer.com  

Scott Wm. Weinstein  
Morgan & Morgan  
12800 University Drive, Suite 600  
Ft. Meyers, FL 33907  
Phone: (239) 433-6880  
Fax: (239) 433-6836  
sweinstein@forthepeople.com  

James Robert Reeves  
Lumpkin & Reeves  
160 Main Street  
Biloxi, MS 39530  
Phone: (228) 374-5151  
Fax: (228) 374-6630  
jrr@lumpkinreeves.com  

Christopher Seeger  
Seeger Weiss, LLP  
One William Street  
New York, NY 10004  
Phone: (212) 584-0700  
Fax: (212) 584-0799  
cseeger@seegerweiss.com  

Daniel K. Bryson  
Lewis & Roberts  
3700 Glenwood Avenue, Suite 410  
Raleigh, NC 27612  
Phone: (919) 981-0191  
Fax: (919) 981-0431  
dkb@lewis-roberts.com  

Richard J. Serpe, Esquire  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
rserpe@serpefirm.com  

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis  
HAUSFELD LLP  
1700 K Street, N.W  
Suite 650  
Washington, DC 20006  
Phone: (202) 540-7200  
Fax: (202) 540-7201  
rlewis@hausfeldllp.com  

Jeremy W. Alters  
Alters Law Firm, P.A.  
4141 N.E. 2nd Avenue  
Suite 201  
Miami, FL 33137  
Phone: (305) 571-8550  
Fax: (305) 571-8559  
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com