UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Upon consideration of Plaintiffs' Motion to Establish a Court Supervised Account for Voluntarily Deposit of Funds to Compensate and Reimburse Common Benefit Counsel, the court recognizes that the Plaintiff Steering Committee ("PSC") and other common benefit counsel have been actively pursuing this litigation on behalf of thousands of property owners. In order to set aside a portion of the settlement proceeds and to preserve a *res* to compensate and reimburse common benefit counsel for fees and costs the court hereby orders that a settling party at this time may voluntarily set aside a portion of settlement proceeds by depositing that portion into the registry of the court so that the funds may be allocated at a future date to common benefit counsel for fees and that a portion also be deposited in the registry of the court so that those funds may be allocated at a future date to common benefit costs. The court is mindful that the PFC has filed a motion to establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Service Performed and Expenses Incurred for MDL Administration and Common Benefit (Rec. Doc. 4603) and that the court, at the request of the PSC, has stayed the motion at the present time (Rec. Doc. 5207). At a later date the court may rule upon the motion, but at the present time, and until that motion is ruled upon the court sets up this voluntary method for counsel to deposit into the registry of the court an amount equal to Seventeen Percent (17%) of all settlement proceeds from any

settlement amount for a particular property representing Twelve Percent (12%) for common benefit fees and Five Percent (5%) for common costs. This Order and the voluntary set aside of settlement proceeds only applies to settlements that are not part of the Demonstration Remediation Agreement for homes with KPT Drywall. None of the funds placed in the registry of the court shall be removed without a further order from this court.

Any party that volunteers to deposit Seventeen Percent (17%) of settlement proceeds for common benefit fees (12%) and costs (5%) shall make such deposits as follows:

1. All deposits for common benefit fees or costs shall be made to the Clerk of Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana 70130 accompanied by the form attached to this Order as Exhibit "A". Any questions regarding the filing procedures with the Clerk of Court should be directed to Kim Lange, Financial, Clerk of Court, 504-589-7786, kim_lange@laed.uscourts.gov. Questions regarding the substance of any settlement deposits shall be directed to Philip Garrett, CPA, Garrett and Company CPA's 117 Fairgrounds Boulevard, Bush, Louisiana, 70431, ph: (985) 635-1500, e-mail: pgarrett@garrettco.com.

The deposits made to the Clerk of Court shall be kept confidential and shall only be disclosed to the Clerk of Court, Philip Garrett and this court. Any further disclosures shall require an order from this court.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge

EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

**DEPOSIT WITH CLERK OF COURT FOR VOLUNTARY SET ASIDE OF FEES OR COSTS**

ATTORNEY'S NAME: _____

ATTORNEY'S ADDRESS: _____

_____

_____

ATTORNEY'S PHONE NUMBER: _____

ATTORNEY'S E-MAIL: _____

IDENTIFICATION OF EACH DEPOSIT
(EACH SEPARATE PROPERTY MUST HAVE ALL ITEMS, A-E BELOW, COMPLETED AS TO EACH ADDRESS):

A. SUBJECT PROPERTY ADDRESS:_____

_____

_____

B. NAME OF SETTLING PARTY: _____

C. CASE NUMBER: _____

D. TOTAL SETTLEMENT AMOUNT FOR PROPERTY:        $ _____

E. 17% TOTAL SETTLEMENT REPRESENTING FEES AND COSTS BEING DEPOSITED
    WITH THE CLERK:                                                      $_____

A. SUBJECT PROPERTY ADDRESS:_____
   _____
   _____

B. NAME OF SETTLING PARTY:   _____
C. CASE NUMBER: _____
D. TOTAL SETTLEMENT AMOUNT FOR PROPERTY:   $ _____
E. 17% TOTAL SETTLEMENT REPRESENTING FEES AND COSTS BEING DEPOSITED
   WITH THE CLERK:                                                $_____


A. SUBJECT PROPERTY ADDRESS:_____
   _____
   _____

B. NAME OF SETTLING PARTY:   _____
C. CASE NUMBER: _____
D. TOTAL SETTLEMENT AMOUNT FOR PROPERTY:   $ _____
E. 17% TOTAL SETTLEMENT REPRESENTING FEES AND COSTS BEING DEPOSITED
   WITH THE CLERK:                                                $_____


A. SUBJECT PROPERTY ADDRESS:_____
   _____
   _____

B. NAME OF SETTLING PARTY:   _____
C. CASE NUMBER: _____
D. TOTAL SETTLEMENT AMOUNT FOR PROPERTY:   $ _____
E. 17% TOTAL SETTLEMENT REPRESENTING FEES AND COSTS BEING DEPOSITED
   WITH THE CLERK:                                                $_____


A. SUBJECT PROPERTY ADDRESS:_____
   _____
   _____

B. NAME OF SETTLING PARTY:   _____
C. CASE NUMBER: _____
D. TOTAL SETTLEMENT AMOUNT FOR PROPERTY:   $ _____
E. 17% TOTAL SETTLEMENT REPRESENTING FEES AND COSTS BEING DEPOSITED
   WITH THE CLERK:                                                $_____