UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) | MDL NO. 2047 |
| | ) | SECTION: L |
| | ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
***Silva, et al v. Interior Exterior Building Supply, LP, et al***
**EDLA No. 09-08030**

***Silva, et al v. Arch Insurance Company, et al***
**EDLA No. 09-08034**

**TRIAL PLAINTIFFS' AND THE PLAINTIFFS' STEERING COMMITTEE'S STATEMENT OF UNCONTESTED MATERIAL FACTS REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING PLAINTIFFS' REDHIBITION CLAIMS**

NOW INTO COURT, comes Dean and Dawn Amato; Byron and Debra Byrne; Edward and Susan Beckendorf; and Donald and Marcelyn Puig ("Trial Plaintiffs") and the Plaintiffs' Steering Committee ("PSC"), who upon suggesting to the Court that the following material facts are not and/or can not be contested, and support the instant motion for summary judgment.

**UNCONTESTED MATERIAL FACTS**

1. Interior/Exterior Building Supply, LP ("INEX") at all pertinent times herein is and has been a Louisiana Limited Partnership, domiciled in the State of Louisiana, with its Principal Place of Business and Corporate Headquarters at 727 South Cortez Street, New Orleans, Louisiana 70119.[1]

[1] Ex. A - 9/9/09 INEX Distributor Profile Form at p. 1.

2. At all pertinent times herein, Clay Geary is and has been a co-supervisor at INEX's Corporate Headquarters as well as a co-owner of INEX.[2]

3. At all pertinent times herein, James Geary is and has been a co-supervisor at INEX's Corporate Headquarters as well as a co-owner of INEX.[3]

4. Throughout the pertinent times herein, INEX has or had branch offices in twelve (12) cities and four (4) states, as follows: a) Birmingham, Alabama; b) Covington, Louisiana; c) Foley, Alabama; d) Gulfport, Mississippi; e) Houston, Texas; f) Lafayette, Louisiana; g) Longview, Texas; h) Mandeville, Louisiana; I) Mobile, Alabama; j) New Orleans, Louisiana; k) Shreveport, Louisiana; and l) Tuscaloosa, Alabama.[4]

5. At all pertinent times herein, INEX sold and/or distributed drywall throughout multiple states, including but not necessarily limited to Alabama, Louisiana, Mississippi and Texas.[5]

6. Before, during and surrounding the time period when INEX purchased, received and/or sold/distributed Chinese drywall, multiple news reports, news articles, news stories as well as multiple government recalls and warnings notified Americans that there were problems with various contaminated, tainted and/or defective Chinese products which were imported

---

[2] Ex. A - 9/9/09 INEX Distributor Profile Form at p. 1; *See also* Ex. B - INT/EXT33427-33439; Ex. C - 2/5/10 deposition of Clayton and James Geary at p. 298.

[3] *Id.* At Ex. A

[4] Ex. D - Example INEX invoice outlining its various branch offices. (INT/EXT23834).

[5] *Id.*

into the United States.[6]

7. INEX has sent salespeople to go to U.S. manufacturers to see the manufacturing facilities and understand how drywall is made.[7]

8. According to INEX, having salespeople go to the manufacturing facility is important so that INEX salespeople can have an understanding of how the drywall product is made and what the drywall product is.[8]

9. INEX never sent any of its salespeople or anyone else to any Chinese manufacturing facility to have an understanding of how the Chinese drywall product was made or what the Chinese drywall product was.[9]

10. INEX had the ability to inspect the Chinese drywall which it purchased while it was being produced, however, INEX chose not to do so.[10]

11. On November 29, 2005, Clay Geary sent an e-mail to Rajan Srinivasan (a freight facilitator agent for INEX) specifically requesting that Mr. Srinivasan inspect Chinese drywall (from a potential supplier for INEX) "while it is being produced."[11]

12. INEX never conducted an inspection of any Chinese drywall while it was being

---

[6] Ex. E - Partial Listing of CPSC recalls (from June 2005 to December 2006) of Chinese Manufactured Products

[7] Ex. C - 2/5/10 deposition of Clayton and James Geary at pp. 83-84.

[8] *Id.*

[9] *Id.* at pp. 80-83.

[10] Ex. G - 11/29/05 e-mail from Geary to Srinivasan. (INT/EXT05980). *See also* Ex. C - 2/5/10 deposition of Clayton and James Geary at pp. 80-83.

[11] Ex. G - 11/29/05 e-mail from Geary to Srinivasan. (INT/EXT05980).

produced.[12]

13. INEX received some samples of drywall from a Chinese manufacturer which INEX was considering as a potential source for drywall.[13]

14. Although INEX had the opportunity to test the Chinese drywall samples which it received, INEX did not choose to do any testing and in fact did nothing with the samples.[14]

15. INEX received a Material Safety Data Sheet from KPT which indicated that an odor is emitted from the drywall product, and INEX knew or should have known that the Chinese drywall was capable of emitting odors from its contents.[15]

16. INEX did not require and did not receive a Material Safety Data Sheet for the Chinese drywall which it purchased and received from Taishan prior to INEX's purchase or receipt of Taishan drywall.[16]

17. INEX's Chinese drywall shipments were fumigated with Methyl Bromide, and INEX knew or should have known that its Chinese drywall imports required same.[17]

18. INEX had the ability to require warranties and certifications, including composition and/or chemical testing, to be made/done by the manufacturers from which INEX imported

---

[12] Ex. C - 2/5/10 deposition of Clayton and James Geary at pp. 80-83.

[13] *Id.* at pp. 154-155.

[14] *Id.*

[15] Ex. H - Knauf Material Safety Data Sheet for Plasterboard which has been produced by INEX. (INT/EXT00059-61).

[16] Ex. I - 11/21/06 - 12/01/06 e-mail chain between Jim Geary and David Zhang. (INT/EXT05796 - 5798).

[17] Ex. J - July 21, 2006 Fumigation/Disinfection Certificate produced by INEX. (INT/EXT0080).

Chinese drywall, however, INEX never had any such testing done on the Chinese drywall which it purchased.[18]

19. Prior to October 21, 2005, INEX had never purchased or imported drywall from China.[19]

20. From October 21, 2005 to December 21, 2005, INEX made four (4) purchases of 4' x 12' x ½" sized Chinese drywall from Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), totaling 410,518 pieces of 4' x 12' x ½" Chinese drywall which INEX purchased from KPT.[20]

21. On May 9, 2006, INEX purchased a load and/or shipment of 4' x 12' x ½" sized Chinese drywall from Taian Taishan Plasterboard Co. ("Taishan"), totaling 33,000 pieces of 4' x 12' x ½" Chinese drywall which INEX purchased from Taishan.[21]

22. On July 5, 2006, INEX purchased a load and/or shipment of 4' x 12' x ½" sized Chinese drywall from Knauf Plasterboard ("Wuhu") Co., Ltd. ("Wuhu"), totaling 68,000 pieces of 4' x 12' x ½" Chinese drywall which INEX purchased from Wuhu.[22]

23. From January 2006 through March 2007, INEX issued 162 invoices for purchases of drywall that specified "no Knauf" drywall was to be delivered to its customers on the invoices.[23]

---

[18] Ex. C - 2/5/10 deposition of Clayton and James Geary at pp. 29-30; *See also* Ex. F - INT/EXT00084-89.

[19] Ex. A at pp. 2-4.

[20] *Id.*

[21] Ex. A at p. 4.

[22] Ex. A at p. 3.

[23] See Ex. K (INT/EXT 27357-27470, 32104, 32105, 31971-31972, 31127, 31073, 31074, 31088, 24045, 31020, 30057 - 30059, 28739, 28834-28835, 28750- 28755, 28744, 28746 27729-27736, 28739, 27741-27755).

24. From January 2006 through March 2007, INEX issued 84 invoices where the invoices specified that only "domestic" drywall was to be delivered to its customers on its invoices.[24]

25. From January 2006 through March 2007, INEX issued 422 invoices where the invoices specified Gold Bond brand drywall or USG brand drywall was to be delivered to its customers on the invoices.[25]

26. From January 2006 through March 2007, INEX issued 48 invoices that specified "no import" drywall was to be delivered to its customers on the invoices.[26]

27. On or about March 10, 2006, INEX customer Jimmy Montruelle entered into a purchase order for drywall with INEX and the invoice indicated "AMERICAN MADE ROCK ONLY!!!!... JIMMY MONTRUELLE SAYS DO NOT SEND ANY "CHINC" ROCK"[27]

28. On or about March 27, 2006, INEX customer Miramon Construction Co., Inc. entered into a purchase order for drywall with INEX and the invoice indicated "Do Not Send Knauf

---

[24]See Ex. L (INT/EXT 24145, 23983, 17456-17457, 17699, 18228, 18487, 18504-18505, 18525, 18540, 18552, 19996, 19997, 21706, 22927, 22932, 24495, 25712, 25717, 25931, 25965, 25975, 25977-25979, 25981, 25984, 26102, 26103, 26261, 26663, 26671, 26897, 27192, 27396, 27398-27400, 28539, 28974, 29237, 30724, 30734, 30756, 30764, 30839, 30840, 30857, 30784-30785, 30831, 30850, 30864, 30867, 30874,30886, 30888, 30890, 30907, 30910, 30920, 30925, 30931, 30932, 30943, 30954, 30955, 30956, 30967-30968, 30971, 30991, 30993, 30996, 31111-31112, 31903-31904, 32013, 32476, 32888-32889, 33128).

[25]See Ex. M (INT/EXT: 23851, 24156, 24158, 24169-24174, 24177, 24738-24740, 24745, 24773, 24836, 26676, 26679, 26906-26931, 26938, 28212-28256, 28397, 22366-22371, 22374-22376, 29359, 29628, 19340-19657, 19429, 31181).

[26]See Ex. N (INT/EXT: 17532, 17776, 17814, 18117, 21110, 25507, 26607-26636, 26687-26694, 24569, 24578, 26567, 26568).

[27] Ex. O - INEX invoice indicating customer comment. (INT/EXT23834).

Rock out."[28]

29. On or about April 25, 2006, a customer made a purchase order for drywall with INEX and the invoice indicated "goldbond preferred, usg accepted and temple last. No knauf board."[29]

30. On May 19, 2006, a customer made a purchase order for drywall with INEX and the invoice indicated "DOMESTIC BOARD ONLY."[30]

31. On or about December 12, 2006, a customer made a purchase order for drywall with INEX and indicated "Swap out Knauf board for domestic."[31]

32. On or about March 28, 2007, INEX sent out an invoice to a customer which had on it the phrase "$$$$$$$$$$$$$Use China Rock$$$$$$$$$$$."[32]

33. From January 31, 2006 through February 14, 2007, approximately fourteen (14) different INEX customers made purchase orders for drywall with INEX and the corresponding invoices made negative indications relating to Knauf drywall (e.g., "No Knauf" or "Swap out Knauf board for domestic" or "Do Not sent Knauf").[33]

34. From March 7, 2006 through October 26, 2006, approximately seventeen (17) different INEX customers made purchase orders for drywall with INEX and the corresponding

---

[28] Ex. P - INEX invoice indicating customer comment. (INT/EXT22118).

[29] Ex. Q - INEX invoice indicating customer comment. (INT/EXT31020).

[30] Ex. R - INEX invoice indicating customer comment. (INT/EXT18228).

[31] Ex. S - INEX invoice indicating customer comments. (INT/EXT25368).

[32] Ex. T - INEX invoice indicating customer comment. (INT/EXT19773).

[33] Ex. K - INEX invoices indicating customer comments.

invoices made specific requests for "GOLDBOND" and/or "USG"drywall (i.e., specific domestic brand name drywall).[34]

35. From March 9, 2006 through March 26, 2007, approximately sixty-one (61) different INEX customers and/or end users made purchase orders for drywall with INEX and the corresponding invoices made negative indications relating to imported drywall (e.g., "No Import" or "Domestic Only" or "MUST BE DOMESTIC BOARD!").[35]

36. Beginning on or about February 23, 2006, Aurora Commercial Construction Inc. entered into approximately one hundred fourteen (114) purchase orders for drywall with INEX and the invoices indicated "No Knauf " was to be delivered.[36]

37. Beginning on or about March 7, 2006, Titan Drywall, Inc. entered into eleven (11) purchase orders for drywall with INEX and the invoices indicated "No Knauf " was to be delivered.[37]

38. Beginning on or about June 21, 2006, Lemm Drywall, Inc. entered into twenty three (23) purchase orders for drywall with INEX and the invoices indicated "No Knauf" was to be delivered.[38]

39. On or about December 12, 2006, INEX customer NSH Corporation DBA Signature Homes

---

[34] Ex. M - INEX invoices indicating customer comments. (See INT/EXT: 23851, 24156, 24158, 24169-24174, 24177, 24738-24740, 24745, 24773, 24836, 26676, 26679, 26906-26931, 26938, 28212-28256, 28397, 22366-22371, 22374-22376, 29359, 29628, 19340-19657, 19429, 31181).

[35] Ex. L

[36] See Ex. U - INT/EXT27357-27470.

[37] See Ex. V - INT/EXT28739, 28834-28835, 28750- 28755, 28744, 28746.

[38] See Ex. W -   INT/EXT27729-27736,   27741-27755.

entered into a purchase order for drywall and the invoice indicated "Swap out Knauf board for domestic."[39]

40. On May 15, 2006, Clay Geary, co-supervisor at INEX's Corporate Headquarters as well as a co-owner of INEX, ordered drywall for his personal residence located at 450 Fairway Drive in New Orleans, LA and specified that he wanted "USG BOARD ONLY" delivered and/or supplied to his home.[40]

41. On June 9, 2006, Clay Geary ordered a 2nd shipment of drywall for his personal residence located at 450 Fairway Drive in New Orleans, LA and again specified that he wanted "USG BOARD ONLY" delivered and/or supplied to his home.[41]

42. Drywall for the Puig residence was purchased from INEX on January 30, 2006 and was delivered by INEX on January 30, 3006.[42]

43. Drywall for the Beckendorf residence was purchased from INEX on March 8, 2006 and was delivered by INEX on March 16, 2006.[43]

44. Drywall for the Amato residence was purchased from INEX on May 2, 2006 and was delivered by INEX on May 8, 3006.[44]

---

[39] See X - INT/EXT25368.

[40] Ex. Y - INEX Geary Invoice #1. (INT/EXT21416); *see also* Ex. "B" - 2/5/10 deposition of Clayton and James Geary at pp. 329-332.

[41] Ex. Z - INEX Geary Invoice #2. (INT/EXT21417); *see also* Ex. "B" - 2/5/10 deposition of Clayton and James Geary at pp. 329-332.

[42] Ex. AA - Invoice for Puig. (INEX 26796).

[43] Ex. AB - INEX invoice for Beckendorf. (INT/EXT31275).

[44] Ex. AC - INEX invoice for Amato. (INEX 21181).

45. Drywall for the Byrne residence was purchased from INEX on November 28, 2006 and was delivered by INEX on November 30, 2006.[45]

46. The November 2006 issue of the Association of the Wall and Ceiling Industry's ("AWCI") publication contained an article written by AWCI President, William Umbach, titled: *Phosphogypsum Wallboard: A Potential Health Risk*.[46]

47. The November 2006 AWCI article *Phosphogypsum Wallboard: A Potential Health Risk* made several statements providing warnings to distributors and contractors, including but not limited to the following:

> The recent increase of imported gypsum wallboard has raised concerns regarding the potential that foreign manufacturers may be using phosphogypsum in the manufacture of their product. In the United States, the EPA bans the use of phosphogypsum in the manufacture of wallboard and it is believed that Europe and other developing countries have similar restrictions; however, that may not be the case everywhere. Some countries do permit the use of phosphogypsum in other forms such as mixing it with soil or as a base for roadways, however, other countries such as Mexico and China, both large producers of phosphates, are not believed to have similar regulations and may be using it to manufacture wallboard. The United States manufactures most of the gypsum wallboard it consumes domestically. Less than 5 percent of that consumption is imported, in which case it is predominantly from Canada and Mexico. Historically, a very small portion [of drywall used in the U.S.] has been imported from Germany, Israel, Denmark and, to a limited extent, China. However, in the first quarter of 2006, China suddenly became a major source of imported wallboard accounting for approximately 10 percent of total wallboard imports. The EPA regulations do not impact the importation of gypsum wallboard, and it is possible that wallboards manufactured using phosphogypsum are being imported into the United States. In a recent report, a leading industry consultant confirmed that some countries actually provide a subsidy to use phosphogypsum for the manufacture of wallboard, and China may be one of those countries. The report also stated that the Department of Commerce confirmed that no information is collected as to the type of raw materials used to manufacture the imported wallboard. Considering the high likelihood that Chinese gypsum wallboard is manufactured using

[45] Ex. AD - INEX invoice for Byrne. (INT/EXT21525).

[46] Ex. AE - November 2006 AWCI "**TECH**UPDATE" article. (INT/EXT06042-6043).

phosphogypsum, it may be wise for distributors and contractors to avoid it until further information is available.[47]

48. INEX had a copy of the November 2006 AWCI article *Phosphogypsum Wallboard: A Potential Health Risk* in its files/records.[48]

49. On November 21, 2006, Jim Geary sent an e-mail to David Zhang of Metro Resources Corp. (an import/export agent for INEX) requesting the Material Safety Data Sheet for the Chinese drywall which INEX purchased from Taishan.[49]

50. On December 1, 2006, Jim Geary sent another e-mail to David Zhang again requesting the Material Safety Data Sheet for the Chinese drywall which INEX purchased from Taishan.[50]

51. At all pertinent times herein, INEX represented on its company website ("interiorexterior.net") that: "Interior/Exterior Building Supply Sales Offices are dedicated to customer service."[51]

52. At all pertinent times herein, INEX did not have any person at its company who was dedicated to handling customer complaints.[52]

53. At all pertinent times herein, INEX did not have any formal policy or procedure for

---

[47] *Id.*

[48] *Id.*

[49] Ex. G - 11/29/05 e-mail from Geary to Srinivasan.  (INT/EXT05980).

[50] *Id.*

[51] *See* www.interiorexterior.net

[52] Ex. C at p. 300.

documenting customer complaints.[53]

54. At no time during INEX's history, up and through February 5, 2010, has it ever had a person who was dedicated to the issues surrounding customer complaints.[54]

55. At all pertinent times herein, INEX did not track if any of its customers actually received Chinese drywall, domestic drywall, or both.[55]

56. To this day, INEX cannot, through its own records, confirm if its clients received Chinese drywall, domestic drywall, or both.[56]

57. At all pertinent times when INEX was purchasing, receiving, selling and/or distributing Chinese drywall, INEX did not have any person at its company who was designated to handle quality control or quality assurance.[57]

58. INEX has never had any person at all who was dedicated to the issues of quality control or quality assurance.[58]

59. INEX's stated purpose for not having a person dedicated to either quality control or quality assurance was that as long as the products would comply with ASTM standards, then that is all INEX would need because that is all INEX received from its domestic

---

[53] *Id.*

[54] *Id.*

[55] Ex. C at pp. 199-202.

[56] *Id.*

[57] *Id.* at p. 97.

[58] *Id.*

manufacturers.[59]

60. Further evidence in support of the instant motion was established at the March 18, 2011 deposition of Mark Peterson and at the March 21, 2011 deposition of Rebecca Galleon. Plaintiffs will provide a supplement to this statement of uncontested material facts once the final/certified versions of the aforementioned depositions have been received by the PSC.

Respectfully submitted,

Dated: March 22, 2011

/s/ Leonard A. Davis

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

[59] *Id.*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.WSuite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Statement of Uncontested Material Facts has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 22nd day of March, 2011.

Respectfully submitted,

*/s/Leonard A. Davis*

Leonard A. Davis
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
504.581.4892 Telephone
504.561.6024 Facsimile
ldavis@hhkc.com