# EXHIBIT
# C
# PART:I

# In Re:

*Chinese Drywall MDL*

*Clayton & James Geary*
*February 5, 2010*
*Confidential – Subject to Further Confidentiality Review*

*GOLKOW TECHNOLOGIES, INC.*

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File cjg020510.txt

Min-U-Script® with Word Index

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:                      §
      CHINESE-MANUFACTURED        §   MDL NO. 2047
 4    DRYWALL PRODUCTS            §
      LIABILITY LITIGATION        §   SECTION: L
 5                                §
                                  §   JUDGE FALLON
 6    This document applies       §
      to all cases                §   MAG. JUDGE WILKINSON
 7                                §

 8

 9            FRIDAY, FEBRUARY 5, 2010

10              - CONFIDENTIAL -
      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

11

12        Videotaped deposition of CLAYTON C.

13   GEARY and JAMES F. GEARY, SR., AS JOINT

14   30(B)(6) REPRESENTATIVES OF THE

15   INTERIOR/EXTERIOR BUILDING SUPPLY, LP, held

16   at the offices of Frilot, LLC, 3700 Energy

17   Centre, 1100 Poydras Street, New Orleans,

18   Louisiana, commencing at 9:15 a.m., on the

19   above date, before Michael E. Miller,

20   Certified Court Reporter, Registered

21   Diplomate Reporter, Certified Realtime

22   Reporter.

23           GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
```

Page 2

```
 1   CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
                   STATE OF LOUISIANA
 2

 3   NO. 09-8144              DIVISION "H-12"

 4      PATRICK DENNIS, M.D., AND WIFE KATHLEEN
     DENNIS, INDIVIDUALLY AND ON BEHALF OF THEIR
 5       MINOR CHILDREN, ISABELLA DENNIS AND
                  GABRIELLE DENNIS
 6
                    -VERSUS-
 7
        INTERIOR EXTERIOR BUILDING SUPPLY, L.P.;
 8   INTERIOR EXTERIOR ENTERPRISES, L.L.C.; RSUI
       INDEMNITY COMPANY; LANDMARK AMERICAN
 9   INSURANCE COMPANY; ARCH INSURANCE COMPANY;
     THE NORTH RIVER INSURANCE COMPANY; LIBERTY
10   MUTUAL FIRE INSURANCE COMPANY; UNITED STATES
       FIRE INSURANCE COMPANY; BITUMINOUS FIRE AND
11   MARINE INSURANCE COMPANY; SAVOIE REAL ESTATE
        HOLDINGS, L.L.C.; SAVOIE REALTY, L.L.C.;
12      CLARENDON AMERICAN INSURANCE COMPANY;
     PRAETORIAN SPECIALTY INSURANCE COMPANY; QBE
13     SPECIALTY INSURANCE COMPANY; COLONIAL
     INSPECTION SERVICES, L.L.C.; SEALS DRYWALL
14        AND HERMITAGE INSURANCE COMPANY

15

16

17

18

19

20

21

22

23

24
```

Page 3

```
 1   A P P E A R A N C E S :

 2      HERMAN, HERMAN, KATZ & COTLAR, LLP
        BY:  STEPHEN J. HERMAN, ESQUIRE
 3           sherman@hhkc.com
        820 O'Keefe Avenue
 4      New Orleans, Louisiana 70113
        (504) 581-4892
 5      Counsel for MDL Plaintiffs

 6

        LUMPKIN, REEVES & MESTAYER, PLLC
 7      BY:  JIM REEVES, ESQUIRE
             jrr@lumpkinreeves.com
 8      TOM BUSBY, ESQUIRE
             twb@lumpkinreeves.com
 9      160 Main Street
        Biloxi, Mississippi 39530
10      (228) 374-5151
        Counsel for MDL Plaintiffs

11

12      LAMBERT AND NELSON, PLC
        BY:  HUGH P. LAMBERT, ESQUIRE
13           hlambert@lambertandnelson.com
        701 Magazine Street
14      New Orleans, Louisiana 70130-3629
        (504) 581-1750
15      Counsel for MDL Plaintiffs

16

        BECNEL LAW FIRM, LLC
17      BY:  DANIEL E. BECNEL, JR., ESQUIRE
             dbecnel@becnellaw.com
18      106 West Seventh Street
        Reserve, Louisiana 70084
19      (985) 536-1186
        Counsel for MDL Plaintiffs

20

21

22

23

24
```

Page 4

```
 1   A P P E A R A N C E S :

 2      LEMMON LAW FIRM, LLC
        BY:  ANDREW A. LEMMON, ESQUIRE
 3           andrew@lemmonlawfirm.com
        550 Poydras Street
 4      Suite 2335
        New Orleans, Louisiana 70130
 5      (504) 581-5644
        Counsel for Plaintiffs

 6

 7      KANNER & WHITELEY, LLC
        BY:  MELISSA M. FUSELIER, ESQUIRE
 8           m.fuselier@kanner-law.com
        CYNTHIA ST. AMANT, ESQUIRE
 9           c.stmant@kanner-law.com
             (via teleconference)
10      701 Camp Street
        New Orleans, Louisiana 70130
11      (504) 524-5777
        Counsel for Dennis Plaintiffs

12

13      GALLOWAY, JOHNSON, TOMPKINS,
        BURR & SMITH
14      BY:  RICHARD G. DUPLANTIER, JR., ESQUIRE
             rduplantier@gjtbs.com
15      LAMBERT J. HASSINGER, ESQUIRE
             jhassinger@gjtbs.com
16      One Shell Square
        701 Poydras Street, 40th Floor
17      New Orleans, Louisiana 70139
        (504) 525-6802
18      Counsel for Interior/Exterior
        Building Supply, LP, et al.

19

20      CARR ALLISON
        BY:  VINCENT A. NOLETTO, ESQUIRE
21           vnoletto@carrallison.com
        6152 Monroe Street
22      Suite 200
        Daphne, Alabama 36526
23      (251) 626-9340
        Counsel for Interior/Exterior
24      Building Supply, LP, et al.
```

Chinese Drywall MDL      Confidential – Subject to Further Confidentiality Review      Clayton & James Geary
February 5, 2010

---

Page 5

1  A P P E A R A N C E S :

2     BAKER & McKENZIE, LLP
3     BY:  DOUGLAS B. SANDERS, ESQUIRE
         douglas.b.sanders@bakernet.com
4     One Prudential Plaza, Suite 3500
      130 East Randolph Drive
      Chicago, Illinois 60601
5     (312) 861-8000
6     Counsel for Knauf Plasterboard
      Tianjin Company, Ltd.

7
      FRILOT, LLC
8     BY:  PAUL C. THIBODEAUX, ESQUIRE
         pthibodeaux@frilot.com
9     3700 Energy Centre
      1100 Poydras Street
10    New Orleans, Louisiana 70163
      (504) 599-8000
11    Counsel for Knauf Plasterboard
      Tianjin Company, Ltd.

12
13    CUNNINGHAM BOUNDS, LLC
14    BY:  STEVEN L. NICHOLAS, ESQUIRE
         sln@cunninghambounds.com
15    1601 Dauphin Street
      Mobile, Alabama 36604
16    (251) 471-6191
      Counsel for The Mitchell Company

17
18    BARRASSO, USDIN, KUPPERMAN,
      FREEMAN & SARVER, LLC
19    BY:  CHRISTY HAROWSKI, ESQUIRE
         charowski@barassousdin.com
20       (via teleconference)
      909 Poydras Street
21    Suite 2400
      New Orleans, Louisiana 70112
22    Phone: (504) 589-9700
      Counsel for The Mitchell Company

23
24

---

Page 6

1  A P P E A R A N C E S :

2     WRIGHT GREEN, PC
3     BY:  TIFFANY B. SMITH, ESQUIRE
         tiffanysmith@wrightgreen.com
4        (via teleconference)
      Post Office Box 16818
      Mobile, Alabama 36616-0818
5     (251) 344-7744
      Counsel for The Mitchell Company

6
7     DEUTSCH, KERRIGAN & STILES, LLP
8     BY:  JAMES W. HAILEY, III, ESQUIRE
         jhailey@dkslaw.com
9     755 Magazine Street
      New Orleans, Louisiana 70130
10    (504) 581-5141
      Counsel for Landmark American
11    Insurance Company

12    JONES WALKER, LLP
13    BY:  MEGAN E. DONOHUE, ESQUIRE
         mdonohue@joneswalker.com
14    201 St. Charles Avenue
      New Orleans, Louisiana 70170-5100
15    (504) 582-8000
      Counsel for National Surety
16    Insurance Company

17    SHARON B. KYLE, APLC
18    BY:  STEVEN K. SCHILLING, ESQUIRE
         SS@KYLEBLAW.NET
19    4960 Bluebonnet Road
      Suite A
20    Baton Rouge, Louisiana 70809-3088
      (225) 293-8400
21    Counsel for Mayeaux Construction
      Company, Inc.

22
23
24

---

Page 7

1  A P P E A R A N C E S :

2     ADAMS, HOEFER, HOLWADEL & ELDRIDGE, LLC
3     BY:  D. RUSSELL HOLWADEL, ESQUIRE
         drh@ahhelaw.com
4     400 Poydras Street
      Suite 2450
5     New Orleans, Louisiana 70130
      (504) 581-2606
6     Counsel for Arch Insurance Company

7     BARRASSO, USDIN, KUPPERMAN,
      FREEMAN & SARVER, LLC
8     BY:  JUDY Y. BARRASSO, ESQUIRE
         jbarasso@barassousdin.com
9     909 Poydras Street
      Suite 2400
10    New Orleans, Louisiana 70112
      (504) 589-9700
11    Counsel for Liberty Mutual Insurance
      Company

12
13    WATSON, BLANCHE, WILSON & POSNER, LLP
14    BY:  GARRETT S. CALLAWAY, ESQUIRE
         gcallaway@wbwplaw.com
      505 North Boulevard
15    Post Office Drawer 2995
      Baton Rouge, Louisiana 70821
16    (225) 387-5511
      Counsel for Bituminous Fire and
17    Marine Insurance Company

18
19    CHOPIN, WAGAR, RICHARD & KUTCHER, LLP
      BY:  JASON P. FOOTE, ESQUIRE
20       jfoote@chopin.com
      Two Lakeway Center, Suite 900
      3850 North Causeway Boulevard
21    Metairie, Louisiana 70002
      (504) 830-3838
22    Counsel for ASI Lloyds, Clarendon
      American Insurance Company and
23    Praetorian Specialty Insurance
      Company

24

---

Page 8

1  A P P E A R A N C E S :

2     LOWE, STEIN, HOFFMAN,
      ALLWEISS & HAUVER, LLP
3     BY:  MAX J. COHEN, ESQUIRE
         mcohen@lshah.com
4     One Shell Square, Suite 3600
      701 Poydras Street
5     New Orleans, Louisiana70139-7735
      (504) 581-2450
6     Counsel for Rockhill Insurance
      Company

7
8     PRINCE, McKEAN, McKENNA & BROUGHTON, LLC
      BY:  DENNIS McKENNA, ESQUIRE
9        dm@princemckean.com
      56 St. Joseph Street
10    Suite 1301
      Mobile, Alabama36602
11    (251) 433-5441
      Counsel for Creola Ace Hardware, Inc.

12
13    JAMES RYAN III & ASSOCIATES, LLC
14    BY:  JAMES RYAN, III, ESQHIRE
         jryan@ryan-law.us
      201 St. Charles Avenue
15    Suite 2420
      New Orleans, Louisiana70170
16    (504) 599-5990
      Counsel for Hermitage Insurance
17    Company

18
19    FOWLER WHITE BURNETT, PA
      BY:  ELIZABETH J. FERRY, ESQUIRE
20       eferry@fowler-white.com
         (via teleconference)
      Espirito Santo Plaza
21    1395 Brickell Avenue, 14th Floor
      Miami, Florida33131
22    (305) 789-9200
      Counsel for Black Bear Gypsum
23    Supply, Inc. and Smoky Mountain
      Materials, Inc.

24

---

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
                                                                                                February 5, 2010

Page 9

```
 1  A P P E A R A N C E S :

 2      HUNTON & WILLIAMS, LLP
        BY:  A. TODD BROWN, ESQUIRE
 3           tbrown@hunton.com
             (via teleconference)
 4      Bank of America Plaza
        101 South Tryon Street, Suite 350
 5      Charlotte, North Carolina28280
        (704) 378-4700
 6      Counsel for Stock Building Supply, LLC

 7
        LLOYD, GRAY & WHITEHEAD, PC
 8      BY:  J. RICK WALLIS, ESQUIRE
             rwallis@lgwpc.com
 9           (via teleconference)
        2501 20th Place South
10      Suite 300
        Birmingham, Alabama35223
11      (205) 967-8822
        Counsel for Capstone Partners, LLC
12

13      PARSONS, LEE & JULIANO, PC
        BY:  DOROTHY A. POWELL, ESQUIRE
14           dpowell@pljpc.com
             (via teleconference)
15      300 Protective Center
        2801 Highway 280 South
16      Birmingham, Alabama 35223
        (205) 326-6600
17      Counsel for George Drywall, Inc.

18
        ADORNO & YOSS
19      BY:  KRISTEN LAKE CARDOSO, ESQUIRE
             kcardoso@adorno.com
20           (via teleconference)
        888 S.E. 3rd Avenue
21      Suite 500
        Ft. Lauderdale, Florida 33316
22      (954) 523-5885
        Counsel for Banner Supply Company
23

24
```

Page 11

```
 1  A P P E A R A N C E S :

 2      PUGH, ACCARDO, HAAS, RADECKER,
        CARRY & HYMEL, LLC
 3      BY:  H. PHILIP RADECKER, JR., ESQUIRE
             hpradecker@pugh-law.com
 4           (via teleconference)
        1100 Poydras Street
 5      Suite 3200
        New Orleans, Louisiana 70163-1132
 6      (504) 799-4521
        Counsel for Murphy Bateman Building
 7      Supplies, LLC

 8

 9  VIDEOGRAPHER:

10      WILLIAM GEIGERT,
        Golkow Technologies, Inc.
11

12              - - -

13

14

15

16

17

18

19

20

21

22

23

24
```

Page 10

```
 1  A P P E A R A N C E S :

 2      FRIEDMAN, LEAK, DAZZIO,
        ZULANAS & BOWLING, PC
 3      BY:  CHRISTOPHER J. ZULANAS, ESQUIRE
             czulanas@friedmanleak.com
 4           (via teleconference)
        3800 Corporate Woods Drive
 5      Birmingham, Alabama 35242
        (205) 278-7000
 6      Counsel for Larry Hodge Excavating, LLC

 7
        PHELPS DUNBAR, LLP
 8      BY:  SUSIE MORGAN, ESQUIRE
             susie.morgan@phelps.com
 9           (via teleconference)
        365 Canal Street
10      Suite 2000
        New Orleans, Louisiana 70130-6534
11      (504) 566-1311
        Counsel for J.W. Allen & Co., Inc.
12

13      HAYNSWORTH SINKLER BOYD, PA
        BY:  W. DAVID CONNER, ESQUIRE
14           dconner@hsblawfirm.com
             (via teleconference)
15      75 Beattie Place
        11th Floor
16      Greenville, South Carolina 29601-2119
        (864) 240-3200
17      Counsel for L&W Supply Corporation

18
        PORTEOUS, HAINKEL & JOHNSON, LLP
19      BY:  EMILY STICKNEY MORRISON, ESQUIRE
             emorrison@phjlaw.com
20           (via teleconference)
        408 North Columbia Street
21      Covington, Louisiana 70433
        (985) 893-4790
22      Counsel for State Farm Fire &
        Casualty Company
23

24
```

Page 12

```
 1              I N D E X
        CLAYTON C. GEARY & JAMES F. GEARY, SR.
 2      AS JOINT 30(B)(6) REPRESENTATIVES FOR
        INTERIOR/EXTERIOR BUILDING SUPPLY
 3               February 5, 2010

 4  APPEARANCES                                  3

 5  PROCEEDINGS                                 25

 6

 7  EXAMINATION OF CLAYTON C. GEARY:

 8      BY MR. HERMAN:                          27

 9      BY MR. HERMAN:                         114

10      BY MR. REEVES:                         280

11      BY MR. NICHOLAS:                       347

12

13  EXAMINATION OF JAMES F. GEARY, SR.:

14      BY MR. HERMAN:                          54

15      BY MR. HERMAN:                         241

16      BY MR. NICHOLAS:                       382

17

18  CERTIFICATE                                394

19  ACKNOWLEDGMENT - CLAYTON C. GEARY          395

20  ERRATA - CLAYTON C. GEARY                  396

21  ACKNOWLEDGMENT - JAMES F. GEARY, SR.       397

22  ERRATA - JAMES F. GEARY, SR.               398

23  LAWYER'S NOTES                             399

24
```

Chinese Drywall MDL        Confidential – Subject to Further Confidentiality Review        Clayton & James Geary
February 5, 2010

---

Page 13

1        DEPOSITION EXHIBITS
         CLAYTON C. GEARY & JAMES P. GEARY, SR.
2        AS JOINT 30(B)(6) REPRESENTATIVES FOR
         INTERIOR/EXTERIOR BUILDING SUPPLY
3              February 5, 2010

| | NUMBER | DESCRIPTION | MARKED |
|---|---|---|---|
| 4 | INEX-30b6-1 | Supplemental and Amended Re-Notice of Oral and Videotaped Deposition | 28 |
| 7 | INEX-30b6-2 | Interior Exterior Building Supply Distributor Profile Form | 28 |
| 9 | INEX-30b6-3 | Knauf Plasterboard Wuhu Certificate of Origin, INT/EXT00084 - INT/EXT00089 | 29 |
| 11 | INEX-30b6-4 | Knauf Plasterboard Tianjin Mill Certificate, INT/EXT00227 - INT/EXT00231 | 44 |
| 14 | INEX-30b6-5 | Knauf Plasterboard Tianjin Indicative Price Summary, INT/EXT00659 - INT/EXT00660 | 69 |
| 17 | INEX-30b6-6 | Handwritten Notes, "John Davis," etc., INT/EXT00058 | 71 |
| 19 | INEX-30b6-7 | Handwritten Notes, "Rick Wendel," etc., INT/EXT00951 - INT/EXT00952 | 72 |
| 22 | INEX-30b6-8 | Handwritten Notes, "Storage fee at wharf," etc., INT/EXT00294 | 74 |

---

Page 14

1        DEPOSITION EXHIBITS

| | NUMBER | DESCRIPTION | MARKED |
|---|---|---|---|
| 4 | INEX-30b6-9 | E-mail Chain Ending 10/18/05 Davis E-mail to C. Geary, Subject: Plasterboard to New Orleans, INT/EXT00638 | 74 |
| 7 | INEX-30b6-10 | E-mail Chain Ending 10/18/05 Davis E-mail to C. Geary, Subject: Plasterboard to New Orleans, w/Handwritten Interlineations, INT/EXT01292 | 75 |
| 12 | INEX-30b6-11 | E-mail Chain Ending 10/21/05 Davis E-mail to C. Geary, Subject: "Made in China," INT/EXT00635 - INT/EXT000637 | 77 |
| 15 | INEX-30b6-12 | 10/28/05 Handwritten Notes, "Mark Norris of Knauf," etc., INT/EXT00608 | 79 |
| 18 | INEX-30b6-13 | E-mail Chain Ending 11/29/05 C. Geary E-mail to Srinivasan, Subject: Sheetrock inspection in China, INT/EXT05980 | 80 |
| 21 | INEX-30b6-14 | 12/5/05 Uni-Pac, Ltd. Letter to C. Geary, INT/EXT00942 | 86 |

---

Page 15

1        DEPOSITION EXHIBITS

| | NUMBER | DESCRIPTION | MARKED |
|---|---|---|---|
| 4 | INEX-30b6-15 | E-mail Chain Ending 3/31/06 App E-mail to Wei, Subject: Great Immensity, INT/EXT03864 | 86 |
| 7 | INEX-30b6-16 | E-mail Chain Ending 4/3/06 Heider E-mail to C. Geary, Subject: U.S. Wallboard Imports from Knauf, INT/EXT04116 | 91 |
| 10 | INEX-30b6-17 | E-mail Chain Ending 4/7/06 Topple E-mail to C. Geary, Subject: Gypsum Board, INT/EXT03843 | 91 |
| 13 | INEX-30b6-18 | 7/21/06 Fumigation/Disinfection Certificate, INT/EXT00080 | 94 |
| 16 | INEX-30b6-19 | PABCO Gypsum Physical Test, ASTM C1396 Worksheet, INT/EXT00696 | 95 |
| 18 | INEX-30b6-20 | Knauf MSDS for Plasterboard Standard Core, INT/EXT00059 - INT/EXT00061 | 97 |
| 22 | INEX-30b6-21 | BNBM Authorization to Manufacture UL Marks, INT/EXT02171 | 102 |

---

Page 16

1        DEPOSITION EXHIBITS

| | NUMBER | DESCRIPTION | MARKED |
|---|---|---|---|
| 4 | INEX-30b6-22 | 2/16/06 Test Report on Gypsum Wallboard, INT/EXT01990 | 103 |
| 6 | INEX-30b6-23 | Addendum to Application and Agreement for Documentary Credit Between Interior/Exterior and Knauf Plasterboard Tianjin, INT/EXT00243 - INT/EXT00246 | 107 |
| 11 | INEX-30b6-24 | Knauf Plasterboard Tianjin Informal Tender for Freight Handling: January to April 2006, INT/EXT04071 | 110 |
| 14 | INEX-30b6-25 | 7/5/06 Contract Between Knauf Plasterboard Wuhu and Interior/Exterior, INT/EXT00171 | 111 |
| 16 | INEX-30b6-26 | Knauf Plasterboard Wuhu Commercial Invoice, INT/EXT00077 | 112 |
| 18 | INEX-30b6-27 | Gypsum Wallboard Producing Factory Information, BNEM, Co., Ltd., INT/EXT00849 - INT/EXT00850 | 112 |
| 22 | INEX-30b6-28 | Handwritten Notes, "Tianjin Sheetrock," etc., INT/EXT00416 | 150 |

---

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 5, 2010

Page 17

| | NUMBER | DESCRIPTION | MARKED |
|---|---|---|---|
| 1 | | DEPOSITION EXHIBITS | |
| 2 | | | |
| 3 | NUMBER | DESCRIPTION | MARKED |
| 4 | INEX-30b6-29 | E-mail Chain Ending 4/28/06 Li E-mail to to C. Geary, Subject: IEBS company information, INT/EXT02069 - INT/EXT02073 | 153 |
| 7 | INEX-30b6-30 | E-mail Chain Ending 5/8/06 App E-mail to Li, Subject: Gypsum Wallboard, INT/EXT02061 - INT/EXT02063 | 156 |
| 11 | INEX-30b6-31 | Application and Agreement for Documentary Credit Between BNBM and Interior/Exterior, INT/EXT00814 - INT/EXT00817 | 164 |
| 15 | INEX-30b6-32 | Addendum to Application and Agreement for Documentary Credit Between Interior/Exterior and BNBM, INT/EXT00809 - INT/EXT00812 | 165 |
| 19 | INEX-30b6-33 | SGS North America Inspection Request Application, INT/EXT06089 - INT/EXT06091 | 167 |

Page 18

| | NUMBER | DESCRIPTION | MARKED |
|---|---|---|---|
| 1 | | DEPOSITION EXHIBITS | |
| 2 | | | |
| 3 | NUMBER | DESCRIPTION | MARKED |
| 4 | INEX-30b6-34 | 6/13/06 Taian Taishan Plasterboard Letter of Certificate, INT/EXT06045 | 172 |
| 7 | INEX-30b6-35 | Listing of Interior/Exterior Branches and Managers, INT/EXT04561 | 173 |
| 9 | INEX-30b6-36 | Interior/Exterior Product Shipment Documentation, INT/EXT00331 - INT/EXT00344 | 176 |
| 12 | INEX-30b6-37 | Freight Company Shipping Documents, INT/EXT00004 - INT/EXT00005 | 183 |
| 14 | INEX-30b6-38 | Interior/Exterior Invoices, INT/EXT19884, INT/EXT24995, INT/EXT17768, INT/EXT17901, INT/EXT19699, INT/EXT17467, INT/EXT17432, INT/EXT21205, INT/EXT31881, INT/EXT33080, INT/EXT24700 | 186 |
| 21 | INEX-30b6-39 | 10/24/05 Davis E-mail to C. Geary, Subject: USA Wallboard, INT/EXT00623 | 202 |

Page 19

| | NUMBER | DESCRIPTION | MARKED |
|---|---|---|---|
| 1 | | DEPOSITION EXHIBITS | |
| 2 | | | |
| 3 | NUMBER | DESCRIPTION | MARKED |
| 4 | INEX-30b6-40 | 11/23/05 App E-mail to C. Geary, Subject: Wallboard Business - Continuation, INT/EXT04048 | 203 |
| 7 | INEX-30b6-41 | E-mail Chain Ending 1/10/06 App E-mail to C. Geary, Subject: Update - Pallet Weights - Imported Wallboard, INT/EXT00030 | 205 |
| 11 | INEX-30b6-42 | E-mail Chain Ending 3/9/06 App E-mail to C. Geary, Subject: IEBS and Pan Ocean, INT/EXT03928 | 207 |
| 14 | INEX-30b6-43 | E-mail Chain Ending 3/10/06 App E-mail to Bernas, Subject: LOI of 8 tires hold - Wallboard, INT/EXT03316 | 212 |
| 17 | INEX-30b6-44 | E-mail Chain Ending 3/24/06 Norris E-mail to C. Geary, Subject: Interior/Exterior Building Supply (IEBS), INT/EXT02445 - INT/EXT02447 | 216 |

Page 20

| | NUMBER | DESCRIPTION | MARKED |
|---|---|---|---|
| 1 | | DEPOSITION EXHIBITS | |
| 2 | | | |
| 3 | NUMBER | DESCRIPTION | MARKED |
| 4 | INEX-30b6-45 | E-mail Chain Ending 3/31/06 App E-mail to Wei & Li, Subject: Great Immensity, INT/EXT03865 | 219 |
| 7 | INEX-30b6-46 | E-mail Chain Ending 4/6/06 App E-mail to Li, Subject: IEBS/Knauf Container Shipments, INT/EXT02442 - INT/EXT02443 | 221 |
| 10 | INEX-30b6-47 | E-mail Chain Ending 6/19/06 App E-mail to to C. Geary, Subject: Knauf and BNBM Business, INT/EXT02000 - INT/EXT02003 | 222 |
| 14 | INEX-30b6-48 | 6/20/06 App E-mail to Wei & Li, No Subject, INT/EXT01999 | 223 |
| 16 | INEX-30b6-49 | Handwritten Notes, "M/V MYSTRAS," INT/EXT00053 | 223 |
| 18 | INEX-30b6-50 | Handwritten Notes, "Break Bulk," etc., INT/EXT00278 | 225 |
| 20 | INEX-30b6-51 | 7/6/06 Interior/Exterior Memo to Whitney National Bank, INT/EXT00177 | 226 |

Chinese Drywall MDL        Confidential – Subject to Further Confidentiality Review        Clayton & James Geary
February 5, 2010

Page 21

DEPOSITION EXHIBITS

| NUMBER | DESCRIPTION | MARKED |
|--------|-------------|--------|
| INEX-30b6-52 | 9/20/06 Remont E-mail to C. Geary, et al., Subject: Sheetrock / Wed / Sep 20, 2006 / Evening, INT/EXT02379 | 227 |
| INEX-30b6-53 | E-mail Chain Ending 7/11/06 Davis E-mail to App, Subject: IRBS Wuhu Wallboard, INT/EXT03767 | 229 |
| INEX-30b6-54 | E-mail Chain Ending 7/11/06 App E-mail to Li, Subject: Wuhu Wallboard Order, INT/EXT03757 | 229 |
| INEX-30b6-55 | 7/26/06 "Kevin" E-mail to "WL," Subject: M/V ALEXANDERGRACHT, INT/EXT03699 | 230 |
| INEX-30b6-56 | Teamhead Surveyors Co., Ltd., Cargo Condition Report, INT/EXT00447 | 232 |
| INEX-30b6-57 | 7/21/06 M/V ALEXANDERGRACHT Pre-Loading Survey of Gypsum Boards, INT/EXT00091 - INT/EXT00097 | 209 |

Page 23

DEPOSITION EXHIBITS

| NUMBER | DESCRIPTION | MARKED |
|--------|-------------|--------|
| INEX-30b6-64 | E-mail Chain Ending 11/23/05 Zeng E-mail to C. Geary & Stetin, Subject: Inspection of Gypsum Board, INT/EXT00738 | 246 |
| INEX-30b6-65 | 6/20/06 Metro Resources Certificate of Warranty to Interior/Exterior, INT/EXT00969 | 247 |
| INEX-30b6-66 | E-mail Chain Ending 1/19/07 J. Geary E-mail to C. Geary, Subject: Sheetrock, INT/EXT02293 - INT/EXT02294 | 248 |
| INEX-30b6-67 | COMEX Int'l "Attention: Purchasing Department" Fax, INT/EXT00707 | 250 |
| INEX-30b6-68 | Bubba Board Information & Certification Packet, INT/EXT00897 - INT/EXT00939 | 252 |
| INEX-30b6-69 | 4/16/07 Camden Builders Fax re: Drywall Verification, INT/EXT05747 - INT/EXT05750 | 254 |
| INEX-30b6-70 | 11/06 AWCI Tech Update, INT/EXT06042 | 256 |

Page 22

DEPOSITION EXHIBITS

| NUMBER | DESCRIPTION | MARKED |
|--------|-------------|--------|
| INEX-30b6-58 | 7/21/06 M/V ALEXANDERGRACHT Pre-Loading Survey of Gypsum Boards, INT/EXT00091 - INT/EXT00097 | 233 |
| INEX-30b6-59 | Mediterranean Shipping Company Original Bill of Lading, INT/EXT00975 | 234 |
| INEX-30b6-60 | Addendum to Application and Agreement for Documentary Credit Between Interior/Exterior and Knauf Plasterboard Tianjin, INT/EXT00233 - INT/EXT00236 | 235 |
| INEX-30b6-61 | DestinAsia Material Gypsum Board Price List, INT/EXT00940 | 237 |
| INEX-30b6-62 | 5/26/06 Zhang E-mail to J. Geary, Subject: D&B, INT/EXT05897 | 238 |
| INEX-30b6-63 | 6/20/06 Metro Resources Correspondence to Interior/Exterior, INT/EXT00967 - INT/EXT00971 | 242 |

Page 24

DEPOSITION EXHIBITS

| NUMBER | DESCRIPTION | MARKED |
|--------|-------------|--------|
| INEX-30b6-71 | 6/13/06 Becnel E-mail to C. Geary, et al., Subject: Coastal Cargo - $75.00 "No-Show" Appt. Fee Approved, Effective July 01, 2006, INT/EXT04689 | 259 |
| INEX-30b6-72 | 3/21/06 App E-mail to C. Geary, Subject: Corrected page two of letter to BNBM, INT/EXT03888 | 260 |
| INEX-30b6-73 | E-mail Chain Ending 1/26/09 Heider E-mail to Brisley, Subject: Bessemer Family Sales, Knauf Plasterboard problem, INT/EXT34559 - INT/EXT34605 | 270 |
| INEX-30b6-74 | Interior/Exterior Invoices, INT/EXT27357, INT/EXT28739, INT/EXT28746, INT/EXT27312, INT/EXT27316 | 318 |
| INEX-30b6-75 | Interior/Exterior Invoice, INT/EXT19773 | 325 |
| INEX-30b6-76 | Interior/Exterior Invoices, INT/EXT21416 - INT/EXT21417 | 332 |

Chinese Drywall MDL        Confidential – Subject to Further Confidentiality Review        Clayton & James Geary
February 5, 2010

Page 25

DEPOSITION EXHIBITS

| NUMBER | DESCRIPTION | MARKED |
|--------|-------------|--------|
| INEX-30b6-77 | Interior/Exterior Invoice, INT/EXT32838 | 336 |
| INEX-30b6-78 | Notice of 1442 Deposition (Dennis v. Interior/Exterior, et al.) | 341 |
| INEX-30b6-79 | 1/26/10 Kanner Letter to Herman & Levin | 341 |
| INEX-30b6-80 | Exhibit A, Knauf Commercial Invoice, IE-000003, IE-000005, IE-000007, IE-000009 | 348 |
| INEX-30b6-81 | Customs Information on Knauf Plasterboard Shipments | 349 |
| INEX-30b6-82 | Sales Documentation Between Creola Ace Hardware, Interior/Exterior and Mitchell Co., 700109, 70010, 700115, 700118, 700112, 700124, 700127 | 373 |

Page 27

1      CLAYTON C. GEARY,
2  having been first duly sworn, testified as
3      follows:
4      EXAMINATION
5      BY MR. HERMAN:
6  Q.  Good morning.
7  A.  Good morning.
8  Q.  Can you please state your name
9      for the record?
10  A.  Clayton Cook Geary.
11  Q.  And you are here today to
12      testify on behalf of Interior/Exterior; is
13      that right?
14  A.  Yes, sir.
15  Q.  And somebody else is here to
16      testify on behalf of Interior/Exterior?
17  A.  Yes, sir.
18  Q.  And who is that person?
19  A.  James Geary.
20  Q.  And what is it that you
21      perceive is your primary area of knowledge or
22      responsibility, in terms of the deposition?
23  A.  In terms of the deposition, I
24      had more of the interaction with Knauf.

Page 26

1      PROCEEDINGS
2      (February 5, 2010 at 9:15 a.m.)
3      THE VIDEOGRAPHER: Stand by.
4  We're now on the record.  My name is
5  Bill Geigert.  I'm a videographer for
6  Golkow Technologies.  Today's date is
7  February 5th, 2010, and the time is
8      9:15 a.m.
9      This video deposition is being
10  held in New Orleans, Louisiana in the
11  matter of Chinese-Manufactured Drywall
12  Products Liability Litigation for the
13  U.S. District Court, Eastern District
14  of Louisiana.  The deponent is Clay
15  Geary.  Counsel will be noted on the
16  stenographic record.
17      The court reporter is Mike
18  Miller, and he will now swear in the
19  witness.
20
21
22
23
24

Page 28

1      (Whereupon, Deposition Exhibit
2  INEX-30b6-1, Supplemental and Amended
3  Re-Notice of Oral and Videotaped
4  Deposition, was marked for
5  identification.)
6      (Whereupon, Deposition Exhibit
7  INEX-30b6-2, Interior Exterior
8  Building Supply Distributor Profile
9  Form, was marked for identification.)
10      BY MR. HERMAN:
11  Q.  Okay.  Just for the record, I'm
12      just going to make the notice INEX-30b6-1,
13      and there's also a Distributor Profile Form,
14      which will be INEX-30b6-2.
15      Are you familiar with the
16      Distributor Profile Form that's Exhibit 2?
17  A.  Yes.
18  Q.  And did you participate in the
19      creation of that or the responses that were
20      given?
21  A.  With conjunction of counsel.
22  Q.  Okay.  Did anybody else
23      participate, in conjunction with counsel, in
24      the responses that are provided on the

Page 29

1   Distributor Profile Form?
2   A.   Jim.
3   Q.   Okay.  And that's the other
4   person that's here to testify on behalf of
5   the company today, correct?
6   A.   Yes, sir.
7       (Whereupon, Deposition Exhibit
8   INEX-30b6-3, Knauf Plasterboard Wuhu
9   Certificate of Origin, INT/EXT00084 -
10  INT/EXT00089, was marked for
11  identification.)
12      BY MR. HERMAN:
13  Q.   I'm going to show you what's
14  been marked as INEX-30b6-3, previously
15  marked, with Interior/Exterior Bates numbers
16  84 to 89.
17      MR. HERMAN: Doug, you might
18  want to...
19  A.   Yes, sir.
20      BY MR. HERMAN:
21  Q.   Are you familiar with INEX
22  Exhibit 3?
23  A.   Yes, sir.
24  Q.   What is it?

Page 30

1   A.   These are warranties and
2   certifications that we had required of Knauf
3   when we purchased material from them.
4   Q.   And from your point of view,
5   everything that you purchased from Knauf came
6   with these certificates and warranties?
7   A.   Yes, sir.
8   Q.   Or certificates and warranties
9   that were substantially similar to this?
10  A.   Yes.
11  Q.   And why did you want these
12  certificates and warranties?
13  A.   To make sure it complied with
14  certain standards that were applicable in the
15  U.S.
16  Q.   Okay.  Did you have some
17  concern that they wouldn't be?
18  A.   Just wanted to make sure they
19  were.
20  Q.   Okay.  The first one, which is
21  Bates number 84, says, "Certificate of
22  Origin.  We hereby certify that the following
23  gypsum boards have been shipped from
24  Shanghai, China to New Orleans, Louisiana,"

Page 31

1   and then it says, "Country of Origin:
2   China."
3       Why did you want a certificate
4   of origin?
5   A.   To verify where it came from.
6   Q.   Did you have some concern that
7   it might come from somewhere other than
8   China?
9   A.   No.  We just were under the --
10  well, we were under the understanding that
11  you had to have all the products marked that
12  they were made in China or wherever the
13  country of origin was.
14  Q.   That's some type of, to your
15  knowledge, U.S. regulation?
16  A.   Yes, sir.
17  Q.   Okay.  If we look at the second
18  one, which is -- well, let me ask you this.
19      Based on your knowledge,
20  understanding and recollection, did Knauf
21  comply with this certificate?
22  A.   Yes, sir.
23  Q.   Okay.  Okay.  Let's go to 85.
24  That's something called a mill certificate?

Page 32

1   A.   Uh-huh.
2   Q.   And it says, "We hereby certify
3   that the 1/2" gypsum boards were manufactured
4   in accordance to ASTM C36."
5   A.   Yes, sir.
6   Q.   Okay.  Why did you want that
7   certificate?
8   A.   Because that's the standard
9   that is the U.S. standard.
10  Q.   ASTM C36 is the U.S. standard?
11  A.   Yes, sir.
12  Q.   And you have some concern that
13  this gypsum board might not comply with that
14  standard?
15      MR. SANDERS: Object to form.
16  A.   No, we just wanted to make sure
17  it did.
18      BY MR. HERMAN:
19  Q.   Okay.  And if you look on the
20  stamp, it says, "Knauf Plasterboard Wuhu
21  Company, Ltd."
22  A.   Yes.
23  Q.   Are you familiar with that?
24  A.   Yes.

Page 33

1  Q.  What is that, to your knowledge
2  and recollection?
3  A.  We had one shipment from their
4  Wuhu plant, which is different from their
5  Tianjin plant.
6  Q.  And are there similar
7  warranties and certificates and
8  representations with respect to the Knauf
9  plasterboard that you received from the
10  Tianjin plant?
11  A.  Yes, we got the same warranties
12  and certifications.
13  Q.  And from your point of view,
14  did Knauf comply with this certificate?
15  A.  The ASTM certificate?
16  Q.  Yes.
17  A.  We got the certificate saying
18  that they did.
19  Q.  Do you have any knowledge or
20  information at this point that some of the
21  gypsum boards might not have complied with
22  ASTM C36?
23  A.  No, sir, I don't.
24  Q.  Is that something you've looked

Page 34

1  into?
2  A.  No.
3      MR. DUPLANTIER: Let me just
4  object to the form of the question.
5  To the extent that you're asking
6  information that he might have
7  obtained as part of attorney-client
8  privilege, I'm going to instruct the
9  witness not to answer what he's
10  learned from his counsel.
11      MR. HERMAN: Okay.
12      BY MR. HERMAN:
13  Q.  Outside of discussions with
14  your counsel, have you looked into that?
15  A.  No, sir.
16  Q.  Okay.  Bates number 86,
17  something called "Beneficiary Signed
18  Statement."  What's a Beneficiary Signed
19  Statement?
20  A.  We wanted to make sure that the
21  product was packaged correctly because it's
22  coming from overseas.
23  Q.  Okay.  And in terms of
24  "beneficiary," what are you the beneficiary

Page 35

1  of, or what is Knauf the beneficiary of, if
2  you know?
3  A.  I guess they're certifying that
4  they shipped it, that they packaged it
5  properly for oceangoing shipment.
6  Q.  Okay.  And it says, "We hereby
7  certify that, (A), the gypsum boards goods
8  shipped were properly palletized, wrapped,
9  sealed, to protect them against damage in
10  shipment."
11      Do you see that?
12  A.  Yes, sir.
13  Q.  And is that something you were
14  concerned about?
15  A.  Yes.
16  Q.  And, to your knowledge, as we
17  sit here today, did Knauf comply with that
18  certification?
19  A.  Yes.
20  Q.  Okay.  "(B), that the packing
21  of each 68-piece pallet consisted of wrapping
22  them with six pieces of rejected boards on
23  each side to protect against damage.  Pallets
24  are constructed so as to allow for forklift

Page 36

1  loading."
2      Do you see that?
3  A.  Yes, sir.
4  Q.  And, to your knowledge, as we
5  sit here today, did Knauf comply with that
6  certificate?
7  A.  Yes, sir.
8  Q.  And then it says that, "Each
9  pallet was wrapped in plastic sheet and belts
10  to further protect against damage and
11  moisture.  Each pallet was marked for size
12  with thickness and, (D), the gypsum boards
13  have end tape."
14      Do you see that?
15  A.  Uh-huh.
16  Q.  As we sit here today, do you
17  have any knowledge or information that Knauf
18  did not comply with that certificate?
19      MR. DUPLANTIER: Answer "yes"
20  or "no."
21  A.  Do I have information that they
22  did not comply?
23      BY MR. HERMAN:
24  Q.  Yeah.

Page 37

1  A.  No.
2  Q.  Okay.  And why were you
3  concerned that the gypsum boards would have
4  end tape?
5  A.  To mark where it came from.
6  Q.  Okay.  And --
7  A.  The manufacturer.
8  Q.  And why was that of concern?
9  A.  Just to show where it came
10  from.
11  Q.  From a client-customer
12  relations point of view, is it important to
13  be able to know or represent which
14  manufacturer is associated with which piece
15  of drywall?
16  A.  Can you repeat that question?
17  Q.  From a client-customer point of
18  view, is it important to know which
19  manufacturer is associated with which piece
20  of drywall?
21  A.  There's a preference,
22  sometimes.
23  Q.  On the part of customers?
24  A.  Yes.

Page 38

1  Q.  The next Bates number is 87.
2  It says "Certificate of Quantity, Quality and
3  Condition."
4      Do you see that?
5  A.  Yes, sir.
6  Q.  And it says, "Condition:  In
7  good conditions."
8      You see that?
9  A.  Uh-huh.
10  Q.  As we sit here today, do you
11  have any knowledge or information that the
12  plasterboard that was shipped was not in good
13  condition?
14  A.  As far as the packaging?
15  Q.  Well, I don't know.  What does
16  this mean to you?
17  A.  That the product, I guess, is
18  in accordance with the ASTM standards.
19  Q.  Okay.  And that's all it means,
20  based on your knowledge and understanding?
21  A.  The package was made towards --
22  the product was manufactured in accordance to
23  the standards, it was packaged properly, and
24  it complied with all the standards that were

Page 39

1  applicable and the warranty that was
2  applicable.
3  Q.  Okay.  And so above that, it
4  says, "Quality in accordance to ASTM C36,"
5  and we've covered that.
6      And then separately, it says,
7  "Condition:  In good conditions."  That
8  doesn't have any meaning to you, besides the
9  fact that it was packed correctly and is in
10  accordance with ASTM C36?
11  A.  That there are no problems --
12  there should be no problems with the product.
13  Q.  Okay.  And, as we sit here
14  today, to your knowledge, are there problems
15  with the product that was shipped?
16  A.  Yes, there are.
17  Q.  Okay.  And is it the position
18  of Interior/Exterior that Knauf breached this
19  certification?
20      MR. DUPLANTIER: Let me object
21  to the form of the question.  You're
22  asking for a legal conclusion.  But
23  subject to that, you can answer it.
24  A.  Yes.

Page 40

1      BY MR. HERMAN:
2  Q.  Okay.  Then Bates number 88,
3  the next page, it says, "Certificate.  We
4  hereby certify that one set to nonnegotiable
5  copies of required documents has been sent to
6  applicant by courier service at the address
7  of: 727 South Cortez Street, New Orleans,
8  Louisiana 70119."
9      What is that address?
10  A.  That's where our corporate
11  office is.
12  Q.  And did you, in fact, receive
13  documents from Knauf Plasterboard Wuhu at
14  that address?
15  A.  I don't recall if it was at
16  that address, but we received documents from
17  them.
18  Q.  And you received those
19  documents in the United States of America?
20  A.  Yes, sir.
21  Q.  You didn't have to go to China
22  to pick up the documents?
23  A.  No, sir.
24  Q.  Okay.  Then Exhibit 89 is

Page 41

1  "Certificate of Warranty. We hereby certify
2  that the gypsum boards manufactured and sold
3  to Interior/Exterior Building Supply, LP are
4  guaranteed to be free from defects in
5  materials and workmanship."
6      Why were you interested in
7  getting that warranty?
8  A. Should there be any problems,
9  that they would take care of it.
10 Q. Okay. And, as we sit here
11 today, do you have any knowledge or
12 information that the plasterboards that you
13 received were not free from defects in
14 materials and workmanship?
15     MR. SANDERS: Object to form.
16     MR. DUPLANTIER: Object to the
17 form. But you can answer it.
18 A. Well, we wouldn't be here, I
19 guess, if there weren't some problems.
20     BY MR. HERMAN:
21 Q. Has Interior/Exterior, to your
22 knowledge, taken the position that Knauf
23 breached this warranty?
24     MR. DUPLANTIER: I'm going to

Page 42

1  object to the form of the question.
2      MR. SANDERS: Can we just make
3  one objection for everybody, so I
4  don't have to chime in.
5      MR. HERMAN: Sure.
6      MR. DUPLANTIER: You're asking
7  for legal conclusions, so I -- you can
8  answer it, to the best of your
9  ability, but -- I'm not even sure that
10 that question is within the scope of
11 the 30(b)6 deposition, but you can
12 answer it.
13     THE WITNESS: Can you repeat
14 the question?
15     MR. HERMAN: I'll try to ask a
16 better one.
17     BY MR. HERMAN:
18 Q. To your knowledge, has
19 Interior/Exterior made any claim to Knauf
20 that this warranty was breached?
21 A. My understanding is we -- my
22 attorney could better answer it, but we've
23 made cross-claims in some of the suits that
24 we've been named.

Page 43

1  Q. And do those cross-claims
2  allege, among other things, that this
3  warranty, with respect to the plasterboards
4  being free from defects in materials and
5  workmanship, was breached?
6  A. I don't know.
7  Q. Based on your knowledge and
8  information as we sit here today, do you
9  believe that the plasterboards that you
10 received were free from defects in materials
11 and workmanship?
12 A. No.
13 Q. And what do you base that on?
14 A. The problems that we've had.
15 Q. What are the problems that
16 you've had?
17 A. These lawsuits and customer
18 complaints.
19     MR. McKENNA: Could we possibly
20 ask the witness to speak up a bit?
21     THE WITNESS: Okay.
22     MR. DUPLANTIER: Speak a little
23 louder, if you can.
24     THE WITNESS: Okay.

Page 44

1      MR. HERMAN: Doug, I thought
2  you were going to pose an objection,
3  but just to be clear, you were just
4  saying that if one defendant makes an
5  objection, that's good for everyone?
6      MR. SANDERS: (Nods head.)
7      MR. HERMAN: Okay.
8      (Whereupon, Deposition Exhibit
9  INEX-30b6-4, Knauf Plasterboard
10 Tianjin Mill Certificate,
11 INT/EXT00227 - INT/EXT00231, was
12 marked for identification.)
13     BY MR. HERMAN:
14 Q. I'm going to show you what's
15 been previously marked as INEX-30b6-4.
16     MR. HERMAN: Doug might want
17 one.
18     MR. SANDERS: Thanks.
19     BY MR. HERMAN:
20 Q. These, for the record, are
21 Bates numbers INT/EXT227 through 231.
22 What is INEX-30b6-4, to the
23 best of your knowledge and understanding?
24 A. Excuse me?

Page 45

1 Q.  What is this exhibit, to the
2 best of your knowledge and understanding?
3 A.  These are the warranties, the
4 mill certificate, certificate of quantity,
5 quality, ASTM certificates -- standards.
6 Well, actually, I don't see the ASTM in here.
7 Yes, I do.  Yes, I do.
8 Q.  And this is the same set of
9 warranties and certificates and
10 representations that we just looked at,
11 except it's from Knauf Plasterboard Tianjin
12 instead of Knauf Plasterboard Wuhu?
13 A.  Correct.
14 Q.  And, to your knowledge and
15 understanding, what is the difference, if
16 any, between Knauf Plasterboard Tianjin and
17 Knauf Plasterboard Wuhu?
18 A.  Manufactured at a different
19 facility.
20 Q.  Okay.  And if we look at the
21 certificate of warranty, which is Bates
22 number 230, as we sit here today, would it be
23 your knowledge and understanding that Knauf
24 Plasterboard Tianjin breached this warranty?

Page 46

1 A.  Yes.
2 Q.  And let's look at Bates
3 number 228, which is the statement.  I think
4 I'd asked you before about the term
5 "beneficiary."  There's something on this
6 that says, "This letter of credit."  What
7 does that mean, if you know?
8 A.  These were all conditions in
9 the letter of credit.
10 Q.  And who's the beneficiary of
11 the letter of credit, if you know?
12 A.  The beneficiary, I assume,
13 would be Knauf.
14 Q.  Okay.  And in this statement,
15 it says, "We hereby certify that the gypsum
16 boards goods shipped were properly
17 palletized, wrapped, sealed, to protect them
18 against damage in shipment."
19     Do you see that?
20 A.  Uh-huh.
21 Q.  Did the Knauf Tianjin
22 plasterboard come on the same shipment as the
23 Knauf Wuhu?
24 A.  No, it did not.

Page 47

1 Q.  And based on your knowledge and
2 understanding, did Knauf Tianjin comply with
3 this representation?
4 A.  Yes.
5 Q.  And it says, "that the packing
6 of each 68-piece pallet consisted of wrapping
7 them with six pieces of rejected boards on
8 each side as to protect against damage.
9 Pallets are constructed so as to allow for
10 forklift loading."
11     Based on your knowledge,
12 understanding and recollection, did Knauf
13 Tianjin comply with this representation?
14 A.  Yes.
15 Q.  And then it says that each
16 pallet was wrapped in plastic sheet and belts
17 to further protect against damage and
18 moisture, each pallet was marked for
19 size/width/thickness, and the gypsum boards
20 have end tape.
21     To your knowledge,
22 understanding and recollection, did Knauf
23 Tianjin comply with that statement?
24 A.  Yes.

Page 48

1 Q.  Okay.  If you'll look at
2 Exhibit 2, which is the Distributor Profile
3 Form, on page 2, there's a Section 3, which
4 talks about "Distributor's purchase of
5 Chinese drywall," and the first thing that's
6 listed as a source is Knauf Plasterboard
7 Tianjin?
8 A.  Uh-huh.
9 Q.  Are you the best person to talk
10 about how these purchases came about, or
11 would that be Jim?
12 A.  Originally, that would be Jim.
13 Q.  Okay.  I'll try to ask you what
14 questions I can, and then we'll take a short
15 recess and try to switch over.
16     In terms of these purchases
17 from Knauf Plasterboard Tianjin, on number 4,
18 it says, "Dates of purchases."  Do you see
19 that?
20 A.  Uh-huh.
21 Q.  And there's four different
22 dates there?
23 A.  Uh-huh.
24 Q.  What are those dates --

Page 49

1    MR. DUPLANTIER: "Yes" or "no."
2    BY MR. HERMAN:
3  Q.  I think you meant "yes"?
4  A.  I'm sorry?
5  Q.  When you said "uh-huh," I think
6  you meant "yes"?
7  A.  Okay. I'm sorry. Yes.
8  Q.  Okay. Okay. And with respect
9  to those four dates, what do those dates
10  relate to, to the best of your knowledge and
11  recollection?
12  A.  Best of my knowledge, those are
13  the dates of the contracts.
14  Q.  The contracts --
15  A.  But I'd have to verify those.
16  Q.  And those were formal contracts
17  between Interior/Exterior and Knauf Tianjin?
18  A.  And Knauf Wuhu. One of those
19  is Knauf Wuhu, I believe.
20  Q.  Okay. And are these --
21  A.  I'm sorry. I'm sorry. Those
22  four would be Knauf Tianjin.
23  Q.  And Knauf Wuhu is listed on
24  page 3 as a separate source, correct?

Page 50

1  A.  Yes.
2  Q.  Okay. And did those four
3  purchases come on four different ships?
4  A.  Actually, they came on three
5  ships.
6  Q.  Okay. Do you know which two
7  were shipped together?
8  A.  My recollection is the first
9  one and the second one each came on their own
10  ships, and then the third and fourth came
11  together.
12  Q.  Okay. And do you know about
13  when each shipment actually arrived in the
14  U.S.?
15  A.  I don't recall exactly, but it
16  is in the documents.
17  Q.  Okay. Did anything from China
18  get to the U.S. before 2006, to the best of
19  your recollection?
20  A.  No.
21  Q.  Do you know around when in 2006
22  was the first shipment?
23  A.  It was around January 26th.
24  Q.  And was that the first time

Page 51

1  that Interior/Exterior ever received any
2  drywall that was manufactured in China?
3  A.  Yes.
4  Q.  If we go to page 3, we were
5  talking about how there's a separate entry
6  for Knauf Wuhu. Do you see that?
7  A.  Uh-huh.
8  Q.  And are you --
9  A.  Yes.
10  Q.  Are you the best person to
11  address how that purchase came about?
12  A.  Yes.
13  Q.  How did that purchase come
14  about?
15  A.  My recollection was Knauf
16  Tianjin was having trouble producing enough
17  product, and they gave us an alternative to
18  try and get it from Wuhu.
19  Q.  And when you say "they" gave
20  you an alternative, who was it that actually
21  directed you to Knauf Wuhu, if you remember?
22  A.  Mark Norris was the, I believe,
23  manager, I guess, of Knauf over there; and
24  he's the one that was our main contact as far

Page 52

1  as making decisions.
2  Q.  Do you remember having a
3  specific like phone conversation or something
4  with him, where he might have directed you
5  over to Knauf Wuhu?
6  A.  We had conversations. I can't
7  remember if it was e-mails, but there was --
8  production was getting tight for them, and
9  they gave us this alternative.
10  Q.  And did Mr. Norris speak
11  English?
12  A.  Yes.
13  Q.  And so you were able to
14  communicate with him directly? You didn't
15  have to go through a translator?
16  A.  Correct.
17  Q.  Did you ever meet Mr. Norris in
18  person?
19  A.  No.
20  Q.  Did Mr. Norris, to your
21  knowledge, ever come to the United States?
22  A.  Not to my knowledge.
23  Q.  Did you ever go to China?
24  A.  Did not.

Chinese Drywall MDL        Confidential – Subject to Further Confidentiality Review        Clayton & James Geary
February 5, 2010

Page 53

1  Q.  Okay.  There's a date of
2  purchase in number 4 of July 5th, 2006.  Do
3  you see that?
4  A.  Uh-huh.
5  Q.  Is that a contract date, to the
6  best of your recollection?
7  A.  The best of my recollection,
8  yes.
9  Q.  And would that shipment have
10  come -- or would that purchase have come on a
11  different shipment than the Knauf Tianjin
12  shipments?
13  A.  Yes, it did.
14  Q.  And do you know about when that
15  arrived?
16  A.  I believe September, but I'm --
17  of '06, but I'm not sure.
18  Q.  I understand that the other
19  Mr. Geary is the best person to address the
20  Metro Resource purchases?
21  A.  Yes.
22     MR. HERMAN: If nobody minds,
23  let's just go off the record for one
24  second and we can switch up.

Page 54

1     MR. DUPLANTIER: That's fine
2  with me.
3     THE VIDEOGRAPHER: Off the
4  record, 9:39 a.m.
5     (Recess taken, 9:39 a.m. to
6     9:41 a.m.)
7     THE VIDEOGRAPHER: Stand by.
8  Back on the record, 9:41 a.m.
9     JAMES F. GEARY, SR.,
10  having been first duly sworn, testified as
11  follows:
12     EXAMINATION
13  BY MR. HERMAN:
14  Q.  Could you please state your
15  name for the record?
16  A.  James Geary.
17  Q.  And you're also here to testify
18  on behalf of Interior/Exterior?
19  A.  Yes, I am.
20     MR. HERMAN: Just as a
21  preliminary matter, I'll just state
22  for the record that we are optimistic
23  that we will reach a stipulation as to
24  the authenticity of the documents that

Page 55

1  have been produced by
2  Interior/Exterior as business records,
3  and so we're not going to waste time
4  in this deposition trying to
5  authenticate documents, except for
6  maybe some clarifications on
7  handwriting.  And if we have to
8  address that, we will later; but
9  hopefully, we'll resolve it by
10  stipulation.
11     MR. DUPLANTIER: That is
12  correct.
13     MR. HERMAN: Okay.
14  BY MR. HERMAN:
15  Q.  How did Interior/Exterior come
16  to start purchasing drywall from China?
17  A.  Shortly after the storm, we
18  were displaced from our offices in
19  New Orleans, and we relocated to our office
20  on the north shore in Mandeville.  We have a
21  warehouse, a branch warehouse over there, and
22  we have excess office, so we moved a lot of
23  our corporate people over there.
24     Sometime after the storm, when

Page 56

1  we finally got relocated, I would get
2  periodic calls from some of our vendors,
3  checking in with us, see how we did, see how
4  we were doing since the storm, you know, just
5  asking us how we made out.
6     My recollection is I got a call
7  from -- one day, from Mr. Jeff Brisley with
8  Knauf, who is an insulation vendor of ours.
9  We have bought insulation from Knauf for
10  many, many years, and he was calling to check
11  in with me to see how I was doing.
12     Prior to the storm, there was a
13  nationwide shortage of drywall.  In the
14  course of our conversation, he mentioned to
15  me that Knauf overseas had manufacturing
16  facilities that produced drywall, and we then
17  discussed the possibility of us getting some
18  product from them.
19  Q.  Okay.
20     MR. NICHOLAS: I didn't get his
21  last name, Steve.  I'm sorry.
22     THE WITNESS: Pardon?
23     MR. DUPLANTIER: Brisley,
24  B-R-I-S-L-E-Y.

Page 57

1    MR. NICHOLAS: Thank you.
2    THE WITNESS: B-R-I-S-L-E-Y.
3    MR. HERMAN: Okay.
4    BY MR. HERMAN:
5 Q.  And so when you say "vendors,"
6    you're talking about organizations that sold
7    product to Interior/Exterior?
8 A.  Correct.
9 Q.  And do you know what company
10   Mr. Brisley was with?
11 A.  Yeah.  Mr. Brisley is with
12   Knauf USA.
13 Q.  Okay.  And who was it that made
14   the suggestion or recommendation or inquiry
15   that you might seek drywall from China?
16 A.  To the best of my recollection,
17   he did.
18 Q.  Okay.  Did you know that
19   drywall was even manufactured in China?
20 A.  I don't know.  I had suspicions
21   that it would be, but I don't recall if I did
22   at the time or not.
23 Q.  Okay.  Have you ever reviewed
24   any literature or product placement or

Page 58

1    advertising or marketing regarding any
2    drywall from China?
3 A.  At the time, no.
4 Q.  Did Mr. Brisley provide you
5    with some?
6 A.  I'm trying to remember.  I know
7    he sent us, via an e-mail through his local
8    sales rep, just a communication with some
9    contact information with their people in
10   China, as well as some prices.
11 Q.  Okay.  Did you have any
12   concerns about importing drywall from China?
13 A.  No.  Did not.
14 Q.  Did you have any concerns that
15   your customers might have concerns about
16   buying drywall that had been manufactured in
17   China?
18 A.  No, we didn't.  I did not think
19   that would be an issue, because at the time
20   there was such a severe shortage of drywall,
21   we were having to turn customers down because
22   of our lack of supply.  So this was an
23   attempt on us to get additional supply,
24   knowing that, additionally with the storm,

Page 59

1    that there would be additional demand.
2 Q.  Okay.  After this phone call
3    with Mr. Brisley, how did either
4    Interior/Exterior follow up or Knauf follow
5    up, in terms of actually providing drywall
6    from China to Interior/Exterior?
7    MR. SANDERS: Object to the
8    form.
9    THE WITNESS: Can you repeat
10   that?  I'm not sure if I followed the
11   question.
12   BY MR. HERMAN:
13 Q.  What was the next step after
14   this phone call?
15 A.  The next step is, actually, I
16   kind of handed the ball off to Clay, and he
17   took it from there.  And then he had the
18   communications with the Knauf folks in China.
19 Q.  Okay.  And my understanding is,
20   if you look at Exhibit 2, which is in front
21   of you --
22 A.  Yeah.
23 Q.  -- if you go to page 4, it
24   says, "Source: Metro Resources Corporation"?

Page 60

1 A.  Yes.
2 Q.  And it's my understanding that
3    you had more involvement in terms of
4    purchasing drywall from Metro Resources?
5 A.  That is correct.
6 Q.  How did that come about, that
7    you started purchasing drywall from Metro
8    Resources Corporation?
9 A.  We came to a time where Knauf,
10   for whatever reason -- I'm trying to remember
11   the particulars, but they essentially told us
12   they could no longer provide us any drywall,
13   and we were still -- the shortage was still
14   very severe.  And we were trying to get more
15   product, and so we used Metro to try and get
16   additional product.
17 Q.  Do you know why Knauf couldn't
18   provide you with more?
19 A.  I don't know for sure.  My
20   appreciation at the time was that it was just
21   a severe supply-and-demand situation, and
22   overseas as well.
23 Q.  Okay.  And it says that the
24   name of the Chinese drywall manufacturer

Page 61

1  is -- I don't know if I'll pronounce it
2  right, but Taian Taishan Plasterboard
3  Company?
4  A.  Right.
5  Q.  Do you have any idea what is
6  that is?
7  A.  It's a manufacturer.
8  Q.  Okay.  But do you know any
9  other companies or governments or anything
10 that that might be associated with?
11 A.  No.
12 Q.  Did you have any concern about
13 switching from Knauf drywall to Taian Taishan
14 plasterboard?
15 A.  No, we did not.
16 Q.  It says, "Name of the Chinese
17 drywall product, if known," and I -- Taihe --
18 A.  Taihe is the brand name of the
19 drywall, just as National Gypsum, you
20 probably heard, has -- their brand name is
21 called Gold Bond.  So it's a similar deal.
22 Q.  Okay.  Had you ever heard of
23 Taihe drywall before the storm?
24 A.  No, sir, I had not.

Page 63

1  Q.  Of 2006?
2  A.  2006, yes.
3  Q.  Okay.  And at the time you
4  started selling Taihe drywall to your
5  customers, were you completely out of Knauf
6  drywall?
7  A.  No, I believe when we got the
8  Taihe, if my memory serves me right, the last
9  shipment of the Knauf was coming in.  So I
10 think that we did have some overlap, not a
11 lot, of having Knauf and Taihe at the same
12 time; but I'm not positive about that.
13 Q.  Do you know around when you ran
14 out of Knauf drywall?
15 A.  Essentially, we're not
16 positive.  We're fairly certain we ran out
17 before the end of 2006.  To err on the side
18 of caution, we're thinking that maybe we had
19 some in the early parts of 2007.
20 Q.  And do you know around when you
21 ran out of the Taihe drywall?
22 A.  About approximately the same
23 time, although we do think we had a little
24 bit that was -- had some beat-up board that

Page 62

1  Q.  It says on number 4, "Dates of
2  Purchase," and it has a contract date and
3  then four different invoice dates.  Could you
4  kind of explain the distinction between the
5  contract date and the invoice dates?
6  A.  I believe that the invoice date
7  would -- is the time in which the letter of
8  credit or the transaction on the letter of
9  credit occurs with the bank, but I'm not
10 positive about that.
11 Q.  Okay.  Did you get four
12 different shipments of Taihe drywall?
13 A.  Yes, we did.
14 Q.  And those correspond with the
15 four different invoice dates?
16 A.  That would be my understanding,
17 yes.
18 Q.  And do you know around when the
19 Taihe drywall started coming into
20 New Orleans?
21 A.  Taihe drywall -- it's in the
22 documents.  I'm trying to recall.  It was in
23 the neighborhood of July -- no, August
24 through September.

Page 64

1  was left over that didn't get out until
2  approximately May of '07.  This was product
3  that got damaged in either unloading or in
4  shipment.
5  Q.  In the earlier part of the
6  deposition, we looked at a couple of
7  certificates and warranties from the Knauf
8  companies.  Did you get a similar set of
9  certificates and warranties from either Metro
10 Resources Corporation or Taian Taishan?
11 A.  Yes, we did.
12 Q.  Okay.  And from your point of
13 view as we sit here today, did either Metro
14 or Taian Taishan comply with those
15 warranties?
16 A.  No.
17 Q.  Okay.  You mentioned some stuff
18 about some plasterboard that was damaged
19 during the shipment.  Do you believe that
20 that's because it was not packaged properly?
21 A.  No.  For the most part, it was
22 packaged well.  It came in okay.  And I think
23 a lot of the damage actually occurred with --
24 the Taihe came in on containers as opposed to

Page 65

1    the break bulk that Knauf did.
2        We had to manually unload those
3    containers, which proved to be a little bit
4    more difficult because it was manually
5    involved. And I think we incurred some
6    damage in that phase of it.
7    Q. Okay. Was there some claim
8    that was made by Interior/Exterior against --
9    A. No, there wasn't.
10    Q. -- a shipper or a marine
11    insurance company or anything like that?
12    A. Was not.
13    Q. Okay. When you say that it's
14    your opinion or belief that some of the
15    warranties and certificates were breached
16    with respect to the Taihe drywall, is that
17    the warranty against defective materials and
18    workmanship?
19    A. Yes.
20    Q. What about the warranty that it
21    complies with ASTM C36? Do you have any
22    knowledge or information that --
23    A. I couldn't answer that.
24    Q. Okay. Is that something, other

Page 66

1    than conversations with your attorneys, that
2    Interior/Exterior has looked into?
3        MR. DUPLANTIER: Let me, again,
4    object to the question. To the extent
5    that those queries are asking for
6    privileged information, I'm going to
7    instruct him not to answer the
8    question.
9        MR. HERMAN: I understand. Can
10    you answer without...
11        THE WITNESS: Would you repeat
12    the question, please?
13        BY MR. HERMAN:
14    Q. I'm trying to find out if
15    Interior/Exterior, when they started getting
16    complaints or lawsuits or whatever, undertook
17    any type of investigation, other than talking
18    to their lawyers, about whether the drywall
19    complied with ASTM C36.
20    A. Specific to ASTM C36, no. Our
21    first reaction was to contact the Knauf
22    attorney -- or Knauf organization. Pardon
23    me.
24    Q. Okay. Okay. And what about

Page 67

1    with respect to any of the other warranties
2    or quality control issues? Did you take
3    any -- did you do any investigation, other
4    than talking to your own attorneys?
5    A. Not on our own, no, sir. We
6    did not.
7    Q. What did you do for drywall
8    after the end of 2006, beginning of 2007,
9    when the Chinese drywall ran out?
10    A. At that point in time,
11    throughout the country the availability of
12    domestic product was becoming a lot more
13    available, so it was no longer an issue. So
14    we were able to supply our company with
15    enough domestic drywall.
16    Q. You'd prefer to use domestic?
17    A. Sure.
18    Q. Was there some preference on
19    the part of the customers to have domestic as
20    opposed to Chinese?
21    A. You had situations where people
22    would say yes, they would be brand-specific
23    or have a brand preference.
24        When we first got this drywall

Page 68

1    in, though, from China, people were so
2    desperate to get product, there was very
3    little resistance to anybody. They just
4    wanted drywall.
5    Q. Did there continue to be a
6    price difference between Chinese drywall and
7    domestic drywall in, let's say, 2007?
8    A. No, sir. The prices were
9    relatively the same.
10    Q. Is that something that you
11    checked into, to see if you could provide a
12    cheaper line of drywall from China?
13    A. That was not our motivation,
14    no. Our motivation was simply to get enough
15    product.
16    Q. And so in 2008, for example,
17    you never undertook any investigation to try
18    to see if drywall might be available cheaper
19    from China than it could be provided
20    domestically?
21    A. No, we did not. You know, when
22    we did this, there was a -- actually, a large
23    risk involved. Because of the period of time
24    that it took from inception to delivery, the

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 5, 2010

Page 69

1  price of drywall -- drywall is a commodity
2  product, and the price can fluctuate
3  tremendously.
4       So there was a huge risk that
5  we undertook when we did this, because the
6  price, for whatever reason, could have
7  dropped.
8       (Whereupon, Deposition Exhibit
9  INEX-30b6-5, Knauf Plasterboard
10  Tianjin Indicative Price Summary,
11  INT/EXT00659 - INT/EXT00660, was
12  marked for identification.)
13       BY MR. HERMAN:
14  Q.  I'm going to show you
15  INEX-30b6-5, which has the Bates numbers
16  INT/EXT659 and 660.
17       Can you recall ever seeing
18  Exhibit 5 before?
19  A.  I don't recall seeing this, no.
20  I may have, but I don't recall.
21  Q.  Okay.  Can you tell from
22  looking at it what it is?
23  A.  Basically, a price list for
24  containers of drywall going to -- freight

Page 70

1  options to New Orleans or Mobile, from
2  Tianjin.
3  Q.  Okay.
4  A.  The first one is 4x8x5/8
5  Type X, and the second is 4x8x1/2" regular.
6  Q.  What's the difference between
7  5/8ths and 1/2" regular, just for the purpose
8  of the record?
9  A.  1/2" regular is a standard
10  wallboard product that is used throughout for
11  residential construction.  Five-eighths
12  fire-rated drywall is used in commercial
13  construction, in a building such as this.
14  Q.  Did Interior/Exterior purchase
15  both types of drywall?
16  A.  No, sir.  We only purchased
17  4x12x1/2" regular.
18  Q.  Did you sell -- did
19  Interior/Exterior sell 5/8ths during the
20  2006, early 2007 time frame?
21  A.  Sure, we did.  We -- supplied
22  by domestic manufacturers.
23  Q.  Okay.  They didn't have the
24  same crunch on 5/8ths as they did on 1/2"?

Page 71

1  A.  No, it was an overall crunch,
2  so we elected to get just the commodity
3  4x12x1/2" product from China, make it simple.
4  Q.  Okay.  It says at the bottom,
5  "Knauf Plasterboard Tianjin," and then
6  there's a quote that says, "Delivering
7  reliable quality across the globe."
8       Are you familiar with that as
9  some type of slogan that Knauf uses?
10  A.  I don't recall ever seeing
11  that.
12       MR. SANDERS: Object to form.
13  A.  I may have.  I just don't
14  recall.
15       (Whereupon, Deposition Exhibit
16  INEX-30b6-6, Handwritten Notes, "John
17  Davis," etc., INT/EXT00058, was marked
18  for identification.)
19       BY MR. HERMAN:
20  Q.  Okay.  Let me show you
21  INEX-30b6-6, which is Bates number 58.
22  A.  Okay.
23  Q.  Do you have any idea what
24  Exhibit 6 is?

Page 72

1  A.  This is handwriting by Clay.  I
2  can recognize the writing.  It's some contact
3  information for Knauf, different people with
4  Knauf; and, also, people down at the bottom,
5  Billy App would be our freight forwarder.
6  Phillip Gordillo is one of our bankers.
7  Q.  Okay.  And Mark Norris is the
8  person that you mentioned who's over at Knauf
9  in China?
10  A.  I didn't mention.  Clay did.
11  Q.  Oh.  I'm sorry.
12  A.  And my understanding is, yes,
13  that was his contact over there.
14  Q.  And Jeff Brisley is the person
15  you mentioned?
16  A.  Jeff Brisley is the person at
17  Knauf that I mentioned, yes.
18  Q.  And I guess I'll just save
19  this, ask your brother about it.
20  A.  Sure.
21       (Whereupon, Deposition Exhibit
22  INEX-30b6-7, Handwritten Notes, "Rick
23  Wendel," etc., INT/EXT00951 -
24  INT/EXT00952, was marked for

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 5, 2010

---

**Page 73**

1  identification.)
2    BY MR. HERMAN:
3  Q.  I'm going to show you
4  INEX-30b6-7, which are Bates numbers 951 and
5  952.
6  A.  Uh-huh.
7  Q.  Do you know whose handwriting
8  this is?
9  A.  That looks like Clay's writing.
10  Maybe not.
11  Q.  Okay.
12  A.  But it does look like his
13  writing.
14  Q.  Well, I'll probably save it for
15  him.  But I just wanted to ask, because it
16  has Taihe on here:  Do you have any idea what
17  this references, "Chinese board, Taihe,
18  Uni-Pac"?
19  A.  I'm not sure.
20  Q.  Do you have any idea who Rick
21  Wendel is?
22  A.  I'm not positive.
23  Q.  Or what "Saratoga" means, or
24  is?

---

**Page 74**

1  A.  I'm not positive on that
2  either.
3  Q.  At the bottom of 952, it says,
4  "3% damaged."  Do you know what that means?
5  A.  I'm not sure of that either.
6    MR. HERMAN:  Okay.  Save that.
7    (Whereupon, Deposition Exhibit
8  INEX-30b6-8, Handwritten Notes,
9  "Storage fee at wharf," etc.,
10  INT/EXT00294, was marked for
11  identification.)
12    BY MR. HERMAN:
13  Q.  I'll show you INEX-30b6-8,
14  which is Bates number 294.
15  A.  Same thing; I'm fairly certain
16  this is Clay's handwriting again.
17    MR. HERMAN:  Okay.  Well, I'll
18  just wait and ask him about it.
19    (Whereupon, Deposition Exhibit
20  INEX-30b6-9, E-mail Chain Ending
21  10/18/05 Davis E-mail to C. Geary,
22  Subject: Plasterboard to New Orleans,
23  INT/EXT00638, was marked for
24  identification.)

---

**Page 75**

1    (Whereupon, Deposition Exhibit
2  INEX-30b6-10, E-mail Chain Ending
3  10/18/05 Davis E-mail to C. Geary,
4  Subject: Plasterboard to New Orleans,
5  w/Handwritten Interlineations,
6  INT/EXT01292, was marked for
7  identification.)
8    BY MR. HERMAN:
9  Q.  I'm going to show you two
10  exhibits, which I think go together.
11  Exhibit 9 is Bates number 638, and Exhibit 10
12  is Bates number 1292.
13  A.  Okay.
14  Q.  And I see, actually, that this
15  is addressed to your brother, so maybe I'll
16  ask him about it.  But do you know whose
17  handwriting that is?
18  A.  That is actually my
19  handwriting.
20  Q.  Okay.
21  A.  And I'm fairly certain that
22  this screen print of the e-mail did not come
23  out completely, and that's my writing,
24  filling in all the not-shown information.

---

**Page 76**

1  Q.  Right.  It looks like
2  Exhibit 10 has your supplementation of
3  Exhibit 9; is that right?
4  A.  Right.  That's what I believe
5  too.
6  Q.  And when you made these notes,
7  did you make them at the time you got the
8  e-mail, or is this something you've done
9  recently --
10  A.  No, this would have been at the
11  time of the e-mail.
12  Q.  Okay.  And how did you know
13  what words to write in here?
14  A.  I'm not sure.  I guess -- well,
15  I don't -- I don't know.
16  Q.  Okay.  It says -- if you look
17  at the middle of the e-mail, it says, "We can
18  then ship approximately 300,000 sheets per
19  month from our Tianjin plant.  If you require
20  additional board, we would employ the other
21  two Knauf China plants to supplement your
22  shipments."
23    Is that right, with your
24  handwriting?

---

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 5, 2010

Page 77

1 A.  That is my handwriting,
2  that's -- yeah.
3 Q.  And who is this e-mail from?
4 A.  It says, "From: John Davis."
5 Q.  Do you know who that is?
6 A.  Well, he's with Knauf.
7 Q.  Okay.  And it says -- at the
8  bottom, it says, "Business Development
9  Manager, Knauf Plasterboard and Insulation,
10  China."
11    Do you see that?
12 A.  Yes.
13 Q.  And is he somebody that you
14  dealt with to kind of coordinate shipments
15  from whichever Knauf China plant could
16  provide the drywall?
17 A.  Again, Clay had most of the
18  dealings with John Davis, yes.
19    (Whereupon, Deposition Exhibit
20  INEX-30b6-11, E-mail Chain Ending
21  10/21/05 Davis E-mail to C. Geary,
22  Subject: "Made in China,"
23  INT/EXT00635 - INT/EXT00637, was
24  marked for identification.)

Page 78

1    BY MR. HERMAN:
2 Q.  Okay.  I'm going to show you
3  what's been marked INEX-30b6-11, which, for
4  the record, is Bates numbers 635 to 637.  And
5  it looks like this is a -- to your brother
6  too.  Is this handwriting his or yours, to
7  the best of your recollection?
8 A.  That appears to be his writing.
9 Q.  Okay.  Well, let me just ask
10  you if you can shed some light on this --
11 A.  Sure.
12 Q.  -- and I'll ask your brother as
13  well:  If you look at the second page, 636,
14  there's a sentence towards the bottom that
15  says, "We have priced your plasterboard order
16  according to 'sister company' rates upon the
17  request of Knauf USA."
18    Do you see that?
19 A.  Yes, I do.
20 Q.  Do you know what that means?
21 A.  I would only assume that
22  because of our longstanding relationship with
23  Knauf USA as an insulation purchaser, that
24  that's what he's referring to.

Page 79

1 Q.  From your point of view, were
2  these all sister companies?
3    MR. SANDERS: Object to form
4  and foundation.
5 A.  Were they -- these all sister
6  companies --
7    BY MR. HERMAN:
8 Q.  These Knauf companies:  Knauf
9  USA, Knauf Tianjin, Knauf Wuhu?
10    MR. SANDERS: Same objection.
11 A.  Yeah, I don't know.  My
12  assumption would have been yes, but I don't
13  know that to be true.
14    BY MR. HERMAN:
15 Q.  Okay.
16 A.  I mean, that was our perception
17  at the time, yes.
18    (Whereupon, Deposition Exhibit
19  INEX-30b6-12, 10/28/05 Handwritten
20  Notes, "Mark Norris of Knauf," etc.,
21  INT/EXT00608, was marked for
22  identification.)
23    BY MR. HERMAN:
24 Q.  Let me show you INEX-30b6-12,

Page 80

1  which, for the record, is Bates number 608.
2  Is this your handwriting or --
3 A.  This is Clay's, again.
4 Q.  Okay.
5    MR. REEVES: What's the Bates
6  number, again?
7    MR. HERMAN: It's 608.
8    BY MR. HERMAN:
9 Q.  Well, I'll ask your brother
10  about it, but just maybe you could shed some
11  light on this.  It looks like it says
12  "antitrust," maybe, or something.  Do you
13  know what that means, or if that's what it
14  says?
15 A.  Yeah, I think -- I have an
16  idea -- I think he can answer that question
17  for you a lot better than I could.
18 Q.  Well, I'll just hold off.
19 A.  Yeah.
20    MR. HERMAN: Okay.  That's
21  fine.
22    (Whereupon, Deposition Exhibit
23  INEX-30b6-13, E-mail Chain Ending
24  11/29/05 C. Geary E-mail to

Page 81

1  Srinivasan, Subject: Sheetrock
2  inspection in China, INT/EXT05980, was
3  marked for identification.)
4      BY MR. HERMAN:
5  Q.  Let me show you INEX-30b6-13,
6  which, for the record, is Bates number 5980.
7  It looks like you're cc'd on this?
8  A.  Right.
9  Q.  And if you look at the e-mail
10  trail --
11      MR. DUPLANTIER: Someone on the
12  line needs to mute their line.
13      BY MR. HERMAN:
14  Q.  It looks like the beginning of
15  the e-mail trail, or at least what's provided
16  here, is from somebody at SGS North
17  America, Inc.  You see that?
18  A.  Yes, I do.
19  Q.  What is SGS North
20  America, Inc.?
21  A.  SGS, to the best of my
22  knowledge, is an international firm that does
23  inspections of manufacturing facilities.  I'm
24  not certain of this, but I believe their

Page 82

1  primary focus of attention is for
2  import/export.
3  Q.  Okay.  And it looks like
4  they're receiving some type of instruction.
5  "Please proceed to inspect the product while
6  it is being produced."
7      Do you have any recollection
8  about that?
9  A.  To the best of my recollection,
10  we had made some early -- or had some early
11  communications with them, when we were still
12  putting everything together, and trying to --
13  and inquiring with them as to whether or not
14  they could do some inspections for us.  And
15  when I say "inspections," you know, talking
16  about the shipments.
17  Q.  Well, what is it that you would
18  have hoped that SGS would have ascertained
19  about the drywall from observing the
20  production process?
21  A.  It was for them to check the
22  shipments as they were being loaded onto the
23  ship from a quantity and making sure that the
24  products were in good order and not damaged.

Page 83

1  Q.  Oh.  So this doesn't mean that
2  they're supposed to inspect it during the
3  production process?
4  A.  That is correct.
5  Q.  Okay.  Do you know whether SGS
6  ever did attempt to do any type of inspection
7  of the production process?
8  A.  To my knowledge, they did not.
9  Q.  Or anybody else on
10  Interior/Exterior's behalf?
11  A.  We had someone from our freight
12  forwarder, J.W. Allen, who went to China to
13  observe the loading of the container ships,
14  which had a lot -- which was really why we
15  did not end up using SGS.
16  Q.  Does Interior/Exterior have a
17  certain level of knowledge or sophistication
18  about how drywall is produced?
19  A.  A basic understanding.
20  Q.  And where does that come from?
21  A.  Experience in the industry.
22  Q.  Would it have been common for
23  people from Interior/Exterior to go to
24  domestic manufacturers to see how drywall is

Page 84

1  produced?
2  A.  No.  I have -- you know, we get
3  invitations from some of our manufacturers,
4  and we get our salespeople to go to these
5  facilities, just so they have an
6  understanding of how the product is made.
7  Q.  And why is that important?
8  A.  Just so -- just for them to
9  have an understanding that, you know, what
10  the -- what the product is.
11  Q.  Okay.  Did you think, when you
12  first started importing drywall from China,
13  that it was important to understand how they
14  made drywall in China, as opposed to or,
15  perhaps, similar to --
16  A.  My appreciation would be that,
17  I mean, it's -- drywall is drywall, and
18  it's -- probably some variations; but for the
19  most part, it's all the same.
20  Q.  That's what you believed at the
21  time?
22  A.  That is correct.
23  Q.  Do you still believe that now?
24  A.  Obviously, there -- no.

Page 85

1 Q. Do you have any knowledge or
2 information, as we sit here today, that
3 doesn't come from your attorneys, that,
4 perhaps, comes from any other source, about
5 how drywall was manufactured in China as
6 distinguished from how it's manufactured
7 domestically?
8 A. Nothing that I could say is
9 certain. I've certainly read articles with
10 people making -- or having speculation on the
11 manufacturing process and what was done.
12 Q. Okay. Do you have some
13 understanding, as we sit here today, that
14 doesn't come from your attorneys, about what
15 the difference is, in your mind, between
16 Chinese drywall and domestic drywall?
17   MR. DUPLANTIER: Again, the
18 objection isn't just what came from
19 his attorneys, but what's been
20 obtained in anticipation of
21 litigation. Subject to that, you can
22 answer the question.
23   MR. SANDERS: Object to form.
24   THE WITNESS: Could you repeat

Page 86

1 it for me, please?
2   BY MR. HERMAN:
3 Q. As we sit here today, do you
4 have some knowledge or impression in your own
5 mind about what the difference is between
6 Chinese drywall and domestic drywall?
7 A. Nothing that I could say for
8 sure. You know, again, I've read the
9 articles and seen what people are saying was
10 done, but I -- you know, beyond that, I don't
11 know.
12 Q. Okay. I see this is addressed
13 to your brother, but just so we don't get out
14 of order on the exhibits, I'm just going to
15 identify INEX-30b6-14, which is Bates
16 number 942.
17   (Whereupon, Deposition Exhibit
18 INEX-30b6-14, 12/5/05 Uni-Pac, Ltd.
19 Letter to C. Geary, INT/EXT00942, was
20 marked for identification.)
21   (Whereupon, Deposition Exhibit
22 INEX-30b6-15, E-mail Chain Ending
23 3/31/06 App E-mail to Wei,
24 Subject: Great Immensity,

Page 87

1 INT/EXT03864, was marked for
2 identification.)
3   BY MR. HERMAN:
4 Q. I'm going to show you
5 INEX-30b6-15, which, for the record, is Bates
6 number 3864. You can read that, if you want.
7 A. Okay. I'm sorry, you want me
8 to read '42?
9 Q. If you want to. I was going to
10 ask your brother about it, but --
11 A. Okay. Okay.
12 Q. Have you ever seen that before?
13 We're talking about Exhibit 14 now.
14 A. I'm not sure if I have.
15 Q. Okay. Have you ever seen
16 Exhibit 15 before?
17 A. I believe I have seen this,
18 yes.
19 Q. William App is with a company I
20 think you mentioned, J.W. Allen; is that
21 correct?
22 A. That is correct, yes.
23 Q. And what, in layman's terms,
24 does J.W. Allen do for Interior/Exterior?

Page 88

1 A. They facilitated the shipments,
2 assisted us with, you know, the documents,
3 shored up the letters of credit, also with
4 the shipments and lining up freight
5 forwarders and such like that to just -- we
6 relied on them to help us because we're not
7 experts in the shipping process, and that's
8 what these guys do.
9 Q. Is this some kind of assistance
10 that you had to acquire after the storm?
11 A. We acquired their assistance to
12 help facilitate with importing the drywall
13 from overseas.
14 Q. You didn't have a relationship
15 with them before the drywall shortage?
16 A. Did we have a relationship
17 with -- no, we did not.
18 Q. When you decided that you might
19 want to get drywall from China, you had to go
20 out and enlist the assistance of J.W. Allen
21 to facilitate getting it?
22 A. Right.
23 Q. They didn't come to you and
24 say, "Hey, we've got a great idea, we can

Page 89

1    bring in drywall from China"?
2  A.   That is correct; they did not.
3  Q.   And who's Victor Wei, to the
4    extent you know?
5  A.   I've seen his name.  I'm not
6    positive who he is.
7  Q.   Okay.  Do you know what the
8    "Great Immensity" is?
9  A.   I'm sorry, the "great" --
10   where's that?
11 Q.   It's the subject, "great" --
12 A.   I do not know.
13 Q.   Okay.  Is "GWB market," gypsum
14   wallboard market?
15 A.   That would be my best guess,
16   yes.
17 Q.   It's not a term that you
18   commonly use?
19 A.   I've seen -- I think I've seen
20   it used, but it's not something we use,
21   typically.
22 Q.   Okay.  It says something on the
23   second line, "We look forward to you and
24   Mrs. Wei visiting New Orleans."

Page 90

1       Do you have any recollection of
2    that?
3  A.   I'm sorry, where is that,
4    again?
5  Q.   It's in the second line.
6  A.   Oh, I see.
7  Q.   It looks like Mr. and Mrs. Wei
8    were going to visit New Orleans at some
9    point.
10 A.   And then your question was?
11   I'm sorry.
12 Q.   Do you recall meeting them?
13 A.   I do not.
14 Q.   Okay.  "I will inform Clay, and
15   we will plan to visit IEBS on Monday,
16   May 1st."
17      Is "IEBS" Interior/Exterior
18   Building Supply?
19 A.   I would assume so.
20 Q.   Okay.  And -- but you don't
21   have any recollection of meeting them here in
22   the States?
23 A.   I do not, no.
24 Q.   Okay.

Page 91

1  A.   We may have.  I just don't
2    recall.
3  Q.   Okay.  And do you have any idea
4    of what relationship, if any, Mr. Wei had to
5    any of the Knauf entities?
6       MR. SANDERS: Object to form,
7    foundation.
8  A.   Clay could answer that question
9    much better than I.
10      (Whereupon, Deposition Exhibit
11   INEX-30b6-16, E-mail Chain Ending
12   4/3/06 Heider E-mail to C. Geary,
13   Subject: U.S. Wallboard Imports from
14   Knauf, INT/EXT04116, was marked for
15   identification.)
16      (Whereupon, Deposition Exhibit
17   INEX-30b6-17, E-mail Chain Ending
18   4/7/06 Topple E-mail to C. Geary,
19   Subject: Gypsum Board, INT/EXT03843,
20   was marked for identification.)
21      BY MR. HERMAN:
22 Q.   Okay.  I'm just going to --
23   this looks like a Clay document, but just so
24   we don't get out of order, just identify

Page 92

1    INEX-30b6-16, which, for the record, is Bates
2    number 4116.
3       INEX-30b6-17, Bates
4    number 3843, this also seems to be addressed
5    to Clay, but I just want to ask you a
6    question about it.  Maybe you can shed some
7    light on it for us.
8  A.   Sure.
9  Q.   The e-mail seems to be from
10   somebody named Barry Topple at Knauf U.K.  Do
11   you know who Barry Topple is?
12 A.   I've heard that name.  I'm not
13   positive who Barry Topple is.
14 Q.   Okay.  And there's a cc to Jeff
15   Brisley at Knauf USA.  You see that?
16 A.   Yes.
17 Q.   And he's the gentleman that
18   you've mentioned before?
19 A.   That is correct.
20 Q.   And it starts out, "Currently,
21   the Knauf group is fully committed to supply
22   its usual markets."
23      Do you see that?
24 A.   No, I'm sorry.  Where --

Page 93

1  Q. "Dear Clay: Currently" --
2  A. Oh. Pardon me. The wrong one.
3  Q. Oh. Sorry about that.
4      (Witness reviews document.)
5  A. Yes.
6      BY MR. HERMAN:
7  Q. Do you have some perception or
8  impression, based on your experience, what
9  the Knauf group is?
10     MR. SANDERS: Object to
11  foundation. He's not part of this
12  e-mail.
13  A. The Knauf group?
14     BY MR. HERMAN:
15  Q. Yeah.
16  A. I would assume that to be just
17  the whole company.
18  Q. Including U.S., U.K. and these
19  Chinese companies?
20  A. That would be my understanding
21  or appreciation.
22  Q. Was that your impression from
23  doing business with the Knauf group or parts
24  of the Knauf group?

Page 94

1      MR. SANDERS: Object to form.
2  A. Yes. Yes.
3      BY MR. HERMAN:
4  Q. Do you recall ever inquiring of
5  the Knauf group whether it could supply
6  gypsum board from Europe or South America?
7      MR. SANDERS: Object to form.
8  A. I'm not sure. When Jeff
9  Brisley and I spoke, I, quite frankly, don't
10  recall if the conversation was only about
11  China or if it was other parts of the world.
12     (Whereupon, Deposition Exhibit
13  INEX-30b6-18, 7/21/06
14  Fumigation/Disinfection Certificate,
15  INT/EXT00080, was marked for
16  identification.)
17     BY MR. HERMAN:
18  Q. Okay. Let me show you
19  INEX-30b6-18, which, for the record, is Bates
20  number 80. Do you know what Exhibit 18 is?
21  A. I'm not sure. It appears to
22  be -- it says, "Fumigation/Disinfection
23  Treatment." My best guess would be that this
24  is one of the documents that come in -- comes

Page 95

1  in when product is imported.
2  Q. Do you recall any discussions
3  about whether the drywall would be fumigated
4  or disinfected at some point during the
5  shipping process?
6  A. I do not recall any
7  conversation about that.
8  Q. Do you recall whether that was
9  a concern by anyone at Interior/Exterior, as
10  to whether the drywall should or shouldn't be
11  fumigated or disinfected?
12  A. No.
13  Q. Do you know whether domestic
14  drywall is fumigated or disinfected at some
15  point?
16  A. I don't know.
17     (Whereupon, Deposition Exhibit
18  INEX-30b6-19, PABCO Gypsum Physical
19  Test, ASTM C1396 Worksheet,
20  INT/EXT00696, was marked for
21  identification.)
22     BY MR. HERMAN:
23  Q. INEX-30b6-19 is Bates
24  number 696. I see that it says "Clay" at the

Page 96

1  top, but I don't know if he wrote that or
2  somebody else wrote it to give it to him.
3      Do you know what this is?
4  A. "ASTM C1396 Worksheet, 1/2"
5  gypsum board." ASTM C1396 is, again, the
6  main ASTM standard for regular drywall.
7  Q. Do you recall ever seeing this
8  worksheet or a worksheet similar to this?
9  A. No, I do not.
10  Q. Do you know which drywall it
11  relates to?
12  A. No, I do not.
13  Q. Okay. Is there some person at
14  Interior/Exterior that would have checked
15  these types of technical documents?
16  A. I'm not sure I understand at
17  what point in time you're referring to.
18  Q. Well --
19  A. Prior to or --
20  Q. -- from October 2005 to the end
21  of 2006.
22  A. And we would have -- and to
23  make sure I understand the question, we would
24  have checked --

Page 97

1  Q.   Well, let me see if I can ask a
2  better question.
3      From the end of 2005 to 2006,
4  did Interior/Exterior have a designated like
5  quality assurance/quality control person?
6  A.   No.
7  Q.   Have you ever had that?
8  A.   No.
9  Q.   Do you know what that is?
10  A.   Yes.
11  Q.   Okay.  Is there some reason
12  that you didn't think it was necessary to
13  have a quality assurance/quality control
14  person?
15  A.   No, our feeling was as long as
16  the products would comply with ASTM, that we
17  were -- that's all we needed.  That's all we
18  get from our domestic manufacturers.
19  Q.   And you rely on the
20  manufacturer to make that certification,
21  correct?
22  A.   Yes, we do.
23      (Whereupon, Deposition Exhibit
24  INEX-30b6-20, Knauf MSDS for

Page 98

1  Plasterboard Standard Core,
2  INT/EXT00059 - INT/EXT00061, was
3  marked for identification.)
4      BY MR. HERMAN:
5  Q.   Let me show you INEX-30b6-20,
6  which, for the record, is Bates number 59
7  through 61.
8      Do you know what a Material
9  Safety Data Sheet is?
10  A.   Yes, I do.
11  Q.   Just for the record, what is
12  it?
13  A.   It is issued on products.
14  That's just an overall description of the
15  product in question, you know, what it --
16  pardon me.  I'm trying to think of a good
17  explanation.
18      Just an all -- a description
19  and -- of the product.  I'm sorry, I'm not
20  coming up with a good answer.
21  Q.   That's okay.  That's okay.
22      Do you have any impression that
23  it's somehow associated with OSHA regulations
24  or requirements?

Page 99

1  A.   I'm not sure.
2  Q.   Okay.  Do you have any idea of
3  what a spec sheet is?
4  A.   A spec sheet, to my
5  appreciation, would be a product -- or a
6  manufacturer would put out a listing of the
7  qualities and functions of a product.
8  Q.   Do you have any idea of what
9  the difference is, if any, between a spec
10  sheet and an MSDS?
11  A.   I'm not sure.
12  Q.   Okay.  Do you recall ever
13  seeing Exhibit 20?
14  A.   Yes, I have.
15  Q.   Okay.  It says, "Product Name:
16  Knauf Plasterboard Standard Core."
17  You see that?
18  A.   Yes, I do.
19  Q.   Do you have any idea what
20  "standard core" means?
21  A.   My belief would be that
22  standard core would be for the standard
23  drywall, which is the residential grade, as
24  opposed to a fire-rated core, again, that you

Page 100

1  would use, say, in a commercial application.
2  Q.   And that's, generically, the
3  5/8ths that we talked about before?
4  A.   The 5/8ths is fire-rated, yes.
5  It can be 5/8ths --
6  Q.   Not -- oh, I'm sorry.
7  A.   I was just going to say, 5/8ths
8  could be moisture-resistant or it could be an
9  exterior-grade product, something of that
10  nature.
11  Q.   And is standard core the only
12  type of plasterboard that Interior/Exterior
13  imported from Knauf?
14  A.   That is correct.
15  Q.   And is standard core the only
16  type of Taihe plasterboard that
17  Interior/Exterior imported?
18  A.   Yes.
19  Q.   It says -- or it looks like it
20  says, "Per an e-mail from Knauf, spec sheet
21  and MSDS are one and the same."
22      Do you see that?
23  A.   Yes, I do.
24  Q.   Do you have any information

Page 101

1   about that or...
2   A.  I don't.
3   Q.  Okay.  Are the Material Safety
4   Data Sheets something that Interior/Exterior
5   has available somewhere so that workers can
6   refer to them?
7   A.  Yes.
8   Q.  And do you know what the
9   purpose of that is?
10  A.  I think that, for example, say
11  if a worker got some drywall in their eye,
12  they would have procedures or instructions as
13  far as how to treat that.  Some dust in their
14  eye is what I meant.
15  Q.  Yeah.  In terms of how to
16  handle the --
17  A.  Yeah, the dust, or if they
18  cut -- or ingested something, some of the
19  product.
20  Q.  Is there some type of a process
21  or procedure that Interior/Exterior has when
22  employees have concerns or complaints about
23  whatever product they're handling?
24  A.  I don't ever recall having that

Page 102

1   situation.
2   Q.  Okay.  You don't recall anybody
3   ever complaining about the drywall in any way
4   or handling it or dealing with it?
5   A.  No, sir.
6   Q.  Were you ever present when
7   drywall was being unloaded from the ship,
8   say?
9   A.  Yes, I was.
10  Q.  And did you have any
11  observations about the drywall?
12  A.  Absolutely none.
13       (Whereupon, Deposition Exhibit
14  INEX-30b6-21, BNBM Authorization to
15  Manufacture UL Marks, INT/EXT02171,
16  was marked for identification.)
17       BY MR. HERMAN:
18  Q.  Okay.  I'll show you
19  INEX-30b6-21, Bates number 2171.  Do you have
20  any idea what this is?
21  A.  I'm not positive, no.
22  Q.  Okay.  Are you familiar with a
23  company called Beijing New Building Materials
24  Company, Ltd.?

Page 103

1   A.  Yes, I am.
2   Q.  And that's sometimes referred
3   to as "BNBM"?
4   A.  Yes.
5   Q.  And does BNBM have any type of
6   relationship, to your knowledge, with Taihe?
7   A.  I don't know that for sure.  I
8   believe since all of this has occurred, I've
9   heard that there is some form of corporate
10  connection, but I don't know that for sure.
11  Q.  Did Interior/Exterior, at some
12  point in time, investigate importing or
13  purchasing BNBM drywall?
14  A.  Yes, we did.
15  Q.  And was there a decision made
16  not to do that?
17  A.  Clay could answer that question
18  better than I.
19       MR. HERMAN: Okay.  Well, I'll
20  save that, then.
21       (Whereupon, Deposition Exhibit
22  INEX-30b6-22, 2/16/06 Test Report on
23  Gypsum Wallboard, INT/EXT01990, was
24  marked for identification.)

Page 104

1       BY MR. HERMAN:
2   Q.  I'm going to show you
3   INEX-30b6-22, which, for the record, is Bates
4   number 1990.  Have you ever seen Exhibit 22
5   before?
6   A.  Yes, I have.
7   Q.  What is it?
8   A.  A test report, which says that
9   it -- the product conforms to the ASTM
10  standard.
11  Q.  And who is providing, to your
12  knowledge and understanding, this
13  certificate?
14  A.  I'm fairly certain I received
15  this from the gentleman with Metro Resources.
16  Q.  Okay.  Do you know whether
17  similar test reports or certificates were
18  received from Knauf?
19  A.  We received -- I'm not sure.
20  Not in this form, but I believe -- I'm not
21  sure.
22  Q.  Okay.  You see at the bottom --
23  well, let me ask you this.
24       Did the report come with the

Page 105

1    translation?
2    A.  Did the report -- just as I'm
3    looking at it?
4    Q.  Yeah, with the English words
5    here too.
6    A.  Yes.
7    Q.  It's not something that anybody
8    expected you to supply?
9    A.  Correct.
10   Q.  And at the bottom, where it
11   says "Remarks," it says, "The test report is
12   responsible only for the sample delivered by
13   the manufacturer."
14       Do you know what that means?
15   A.  I'm not positive.
16   Q.  Was there some sample that was
17   provided by Taian Taishan?
18   A.  I do not recall us getting any
19   samples.  We may have, but I'm not sure of
20   that.
21   Q.  Do you recall getting any
22   samples from Knauf?
23   A.  I don't know.
24   Q.  And then it says, "The valid

Page 106

1    period of the test report will only be within
2    one year exactly after the signed date."
3        Do you see that?
4    A.  Yes, I do.
5    Q.  And do you have any knowledge
6    about why the report would be efficacious for
7    a year?
8    A.  I do not know.
9    Q.  Is there some expectation that
10   nothing is goiug to go wrong with the drywall
11   within a year?
12   A.  I -- no, I don't know.
13   Q.  Do you know of any reason why
14   the manufacturer would be concerned about
15   changes to the drywall after a year?
16       MR. SANDERS: Object to the
17   form.
18   A.  No, I don't know.
19       BY MR. HERMAN:
20   Q.  How long is drywall supposed to
21   last?
22   A.  I've never been asked that
23   question.  Drywall goes up on walls and --
24   you know, many, many years.

Page 107

1    Q.  Okay.  Have you ever had a
2    complaint from a customer that their drywall
3    didn't last long enough?
4    A.  No, never.
5    Q.  And how long have you guys been
6    in business?
7    A.  This company's been in since
8    19- -- excuse me, since 2001.
9    Q.  Since 2001?
10   A.  Right.
11   Q.  And what did you do before
12   2001?
13   A.  There was a company that
14   preceded this company.
15   Q.  Okay.  Were you in the drywall
16   business before 2001?
17   A.  Yes.
18   Q.  How long have you been in the
19   drywall business?
20   A.  Since -- in the distribution
21   business, since 1981.
22       (Whereupon, Deposition Exhibit
23   INEX-30b6-23, Addendum to Application
24   and Agreement for Documentary Credit

Page 108

1    Between Interior/Exterior and Knauf
2    Plasterboard Tianjin, INT/EXT00243 -
3    INT/EXT00246, was marked for
4    identification.)
5        BY MR. HERMAN:
6    Q.  Okay.  I'm going to show you
7    INEX-30b6-23, Bates number 243 to 246.  Is
8    this something I should ask your brother
9    about?
10   A.  If you want to ask me, there
11   may be a question I can answer.  I'm not
12   sure.
13   Q.  Okay.  Do you know whose
14   handwriting this is?
15   A.  I believe that to be Clay's.
16   Q.  Okay.  Maybe you can just help
17   me out with this.
18   A.  Sure.
19   Q.  Where it says, "Description of
20   Goods: Gypsum board, tapered edge," what
21   does "tapered edge" mean, just for the
22   record?
23   A.  Tapered edge is along the long
24   side of drywall, so that when they -- you

Page 109

1  have joints that abut from one board to the
2  next, it tapers in. That allows the finisher
3  to put in the joint treatment and tape to get
4  a very smooth edge.
5      Without that tapered edge,
6  you'd have a bump in it because of the tape
7  and the mud.
8  Q. Does all of the drywall that
9  Interior/Exterior imported from Knauf have
10 tapered edge?
11 A. That's what we requested, and I
12 never heard anything to the contrary.
13 Q. Okay. And did all of the
14 drywall that Interior/Exterior imported from
15 Taihe have a tapered edge?
16 A. Same thing, yes.
17 Q. Okay. Originally, it says,
18   "FOB: Wuhu, China."
19   What does "FOB" mean?
20 A. Freight on board.
21 Q. And just in layman's terms,
22 does that have some significance?
23 A. Again, I think Clay could
24 answer that question better than I.

Page 110

1  Q. Okay.
2  A. Yeah.
3  Q. But somebody changed it from
4  "FOB" to "free alongside ship." Do you see
5  that?
6  A. Yes, I do.
7  Q. Do you know what the difference
8  is between FOB and free alongside ship?
9  A. Yeah, that -- you know, that
10 has to do with the freight and who's handling
11 the cost of shipping the material.
12   (Whereupon, Deposition Exhibit
13 INEX-30b6-24, Knauf Plasterboard
14 Tianjin Informal Tender for Freight
15 Handling: January to April 2006,
16 INT/EXT04071, was marked for
17 identification.)
18   BY MR. HERMAN:
19 Q. Okay. I'll probably ask your
20 brother about this, but just for the record,
21 so we don't get out of order, INEX-30b6-24,
22 which, for the record, is Bates number 4071.
23   What's an informal tender, to
24 the extent you know?

Page 111

1  A. I do not know.
2      (Whereupon, Deposition Exhibit
3  INEX-30b6-25, 7/5/06 Contract Between
4  Knauf Plasterboard Wuhu and
5  Interior/Exterior, INT/EXT00171, was
6  marked for identification.)
7   BY MR. HERMAN:
8  Q. Okay. Let me show you
9  INEX-30b6-25, which is Bates number 171.
10 Maybe I'll ask Clay about this, but at the
11 top, it says, "Contract." Do you see that?
12 A. Yes.
13 Q. In your defendant profile forms
14 or Distributor Profile Forms, where you talk
15 about contract dates, is this the type of
16 contract that you're referring to?
17 A. That would be my understanding,
18 yes.
19 Q. Okay. And this is a contract
20 between Knauf Plasterboard Wuhu and
21 Interior/Exterior?
22 A. Yes.
23 Q. And would it be your
24 understanding that Knauf accepted this

Page 112

1  contract with all of these handwritten
2  changes?
3      MR. SANDERS: Object to form,
4  foundation.
5  A. Hard to say. A lot of these
6  contracts were changed many times over, so at
7  the end of the day, I couldn't tell you for
8  sure.
9      (Whereupon, Deposition Exhibit
10 INEX-30b6-26, Knauf Plasterboard Wuhu
11 Commercial Invoice, INT/EXT00077, was
12 marked for identification.)
13   BY MR. HERMAN:
14 Q. Okay. Probably ask Clay about
15 this, but just for the record, INEX-30b6-26,
16 Bates number 77, you ever seen that before?
17 A. I'm not sure.
18   (Whereupon, Deposition Exhibit
19 INEX-30b6-27, Gypsum Wallboard
20 Producing Factory Information, BNBM,
21 Co., Ltd., INT/EXT00849 -
22 INT/EXT000850, was marked for
23 identification.)
24   BY MR. HERMAN:

Page 113

1  Q.  And let me show you this,
2     INEX-30b6-27, Bates numbers 849 and 850.
3  A.  Yes.
4  Q.  Do you have any idea what this
5     is?
6  A.  You know, it appears to be from
7     BNBM, a -- it says "Introduction," and then
8     it goes into their specifications.
9  Q.  Do you have any recollection of
10    seeing it before?
11 A.  No, I do not.  I may have.
12    Probably did, but I don't recall.
13 Q.  And I think you mentioned that
14    Clay would be a better person to ask about
15    the evaluation of potentially buying BNBM
16    materials?
17 A.  That is correct, yes.
18    MR. HERMAN: All right.  Why
19    don't we take a quick break, go off
20    the record and we can switch up.
21    MR. DUPLANTIER: Why don't we
22    take a ten-minute break here, so that
23    way, everybody can...
24    THE VIDEOGRAPHER: Off the

Page 114

1     record, 10:37 a.m.
2     (Recess taken, 10:37 a.m. to
3     10:50 a.m.)
4     THE VIDEOGRAPHER: We're back
5     on the record.  The time is 10:50 a.m.
6     CLAYTON C. GEARY,
7     having been first duly sworn, testified as
8     follows:
9     EXAMINATION
10    BY MR. HERMAN:
11 Q.  Your brother and I were looking
12    a little bit ago at Exhibit 27.  It says,
13    "Gypsum Wallboard Producing Factory
14    Information, BNBM."
15    Do you see that?
16 A.  Yes.
17 Q.  Do you recall seeing this
18    document before?
19 A.  Yes, I do.
20 Q.  Do you know how you got it?
21 A.  I don't recall.
22 Q.  Do you know how you became
23    aware of BNBM's existence?
24 A.  In the beginning, after the

Page 115

1     storm, there were several people who
2     approached us, and I remember seeing that
3     name, BNBM.
4     Our recollection is, when we
5     began having troubles getting enough material
6     from Knauf -- you'd asked about Weida
7     Freight.  Weida Freight was helping out
8     J.W. Allen because they have a presence over
9     in China.  And they had, I believe, made some
10    connections with BNBM, and that's possibly
11    where this came from.
12 Q.  Okay.  And was it Weida Freight
13    that recommended to you that you might want
14    to look into buying drywall from BNBM --
15 A.  Yes.
16 Q.  -- to the best of your
17    recollection?
18 A.  Yes.
19 Q.  And have you ever heard of
20    Dragon wallboard?
21 A.  No.  Not prior to this.
22 Q.  Okay.  And what was your
23    evaluation process in terms of deciding
24    whether you wanted to import from BNBM?

Page 116

1  A.  It would require the same
2     certifications, the same warranty, quality
3     condition; all of the same certifications
4     that we had with Knauf.
5  Q.  Did anybody associated with
6     Interior/Exterior ever go over to China and
7     look at the BNBM operation?
8  A.  Well, we had hired J.W. Allen,
9     who had gotten Weida Freight, who were the
10    ones that actually brought them to us, as I
11    recall.
12 Q.  Okay.  Did anybody from BNBM or
13    anybody associated with BNBM come to
14    New Orleans?
15 A.  No.
16 Q.  And am I correct that at the
17    end of the day, for whatever reason,
18    Interior/Exterior decided not to buy drywall
19    from BNBM?
20 A.  We never got any BNBM product.
21 Q.  Is there a specific reason that
22    you didn't?
23 A.  I can't recall exactly.  I
24    think there was -- they had such trouble

Page 117

1   getting ships, was the main part of the
2   problem; and that was one reason that we
3   didn't go forward with it.
4   Q.   Okay.  And you don't know who
5   put together this kind of information, huh --
6   A.   I don't know.
7   Q.   -- that's reflected in
8   Exhibit 27?
9   A.   I don't know.
10  Q.   If we go backwards to
11  Exhibit 26, it says, "Knauf Plasterboard Wuhu
12  to Interior/Exterior Building Supply," and it
13  says, "Commercial Invoice."
14      What's a commercial invoice?
15  A.   It's an invoice where they're
16  showing the unit price, quantity and total
17  amount for the product.
18  Q.   And when we were looking at the
19  defendant profile form, which is Exhibit 2,
20  if you want to refer to it, there was a
21  contract date and then several different
22  invoice dates.  Do you remember that?
23  A.   Uh-huh.
24  Q.   Is this one of the several

Page 118

1   invoices, to the best of your understanding?
2   A.   This would have been the one
3   that came from -- the only one that came from
4   the Wuhu plant.
5   Q.   Okay.  The other ones came
6   from --
7   A.   From Tianjin.
8   Q.   Okay.  It says the "Name of
9   Manufactured as Knauf Plasterboard."
10      Do you see that?
11  A.   Yes.
12  Q.   What does that mean, to the
13  best of your knowledge?
14  A.   Manufactured from Knauf.
15  Q.   Okay.  And it says, "Tapered
16  edge, 68,000 PCS."
17      What's "PCS" mean?
18  A.   I'm sorry, where are you?
19  Q.   I'm sorry.
20  A.   Okay.  There we go.
21      Pieces.
22  Q.   And those pieces are
23  4x12x1-1/2?
24  A.   Yes.

Page 119

1   Q.   And that would have been
2   standard?
3   A.   Yes.
4   Q.   Okay.  If we look at -- going
5   backwards to Exhibit 25, there's a contract.
6   And what's the distinction, if any, to your
7   impression, between the invoice and the
8   contract?
9   A.   The difference between the two?
10  Q.   If any.
11      MR. SANDERS:  Objection,
12  foundation.
13  A.   I guess the contract has some
14  more of the terms, I would assume, than the
15  invoice.
16      BY MR. HERMAN:
17  Q.   Okay.  It looks like there was
18  an "FAS Shanghai, China" that's scratched
19  out?
20  A.   Uh-huh.
21  Q.   And then it says, "CIF
22  New Orleans, Louisiana" --
23  A.   Yes.
24  Q.   -- something, "free out"?

Page 120

1   A.   "Liner in, free out."
2   Q.   Okay.  What's the difference
3   between "FAS Shanghai, China" and "CIF
4   New Orleans, Louisiana, liner in, free out"?
5   A.   Well, I can't give you the
6   actual terminology, but in general, it meant
7   that the product would be -- "CIF" meant that
8   it would be delivered to New Orleans, so
9   Knauf was paying for the shipment, whereas
10  "FAS" would have meant that we would have
11  picked up the shipping cost.
12      That's also why you see the
13  difference in price compared to a lot of the
14  other invoices.
15  Q.   And is that change, to the best
16  of your recollection, something that
17  Interior/Exterior requested or something that
18  Knauf requested?
19  A.   We were having a lot of trouble
20  getting ships at the time, and Knauf,
21  somehow, was able to -- and I don't remember
22  the particulars, but they were able to secure
23  shipping, and that's why they handled it.
24  Q.   And the final contract or

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 5, 2010

---

Page 121

1  agreement has them bringing the stuff to
2  New Orleans, right?
3  A.  Yes.
4  Q.  And where you see "Shipping
5  Date," and then there's some language below
6  that that's changed --
7  A.  Uh-huh.
8  Q.  -- does that reflect the same
9  type of change, instead --
10  A.  The seller -- yeah.  The
11  seller, rather than the buyer, would arrange
12  the bulk vessel.
13  Q.  And ocean freight will be for
14  seller's account?
15  A.  Correct.  Correct.
16  Q.  Now, is this something that
17  happened only with Knauf Wuhu, or did this
18  happen with Knauf Tianjin too?
19  A.  This was the only shipment with
20  Knauf where they handled the freight.
21  Q.  Okay.  Going back to
22  Exhibit 24, do you know what this informal
23  tender is?
24  A.  I don't recall it.  I believe

---

Page 122

1  it -- I really -- I don't know.  I'm not
2  sure.
3  Q.  Okay.  Do you have some just
4  general idea from your business, generally,
5  what an informal tender is?
6  A.  I would assume it's some type
7  of quote, you know, a quote sheet or -- well,
8  actually, it looks like vessel availability
9  dates.
10  Yeah, this seems to be some
11  type of sheet that they would use to quote
12  vessels at a certain time.
13  Q.  Do you know what the
14  distinction is between Shanghai, Dongwan --
15  A.  My understanding was, Dongwan
16  was another plant for Knauf, but we did not
17  get any product from there.
18  Q.  Is that something that Knauf
19  offered to do?
20  A.  There was a lot of talk.  I
21  don't think we ever got a quote from Dongwan,
22  to my recollection.
23  Q.  Did you ever speak to anyone
24  directly at Dongwan?

---

Page 123

1  A.  I don't think so.
2  Q.  That was coordinated by some
3  other Knauf entity or person?
4  MR. SANDERS: Object to the
5  form.
6  A.  Yes.  We talked to, you know,
7  my -- I guess the guy calling the shots, it
8  appeared to me, was Mark Norris.
9  BY MR. HERMAN:
10  Q.  Okay.  Going back to
11  Exhibit 23, Addendum to Application and
12  Agreement, and this was -- does this relate
13  to one of those letters of credit that
14  somebody discussed earlier?
15  A.  Yes.
16  Q.  And who, to your understanding,
17  are the parties to this letter of credit?
18  A.  Interior/Exterior and Knauf.
19  Q.  And is The Whitney somehow a
20  party to this?
21  A.  The Whitney is the bank that,
22  you know, take the funds, the letter of
23  credits.  Assuming that Knauf met all the
24  obligations of the letter of credit, then the

---

Page 124

1  funds would transfer.
2  Q.  Okay.  Do you know whether
3  there's any direct contract or document
4  between Knauf and The Whitney?
5  A.  I'm not aware of any.
6  Q.  Okay.  And where it says,
7  "Description of Goods," there's "FOB Wuhu,
8  China" scratched out, and then it says, "Free
9  alongside ship, Shanghai, China"?
10  A.  Uh-huh.
11  Q.  What does that mean?
12  A.  There were a lot of iterations
13  as far as changes to the letter of credit
14  when we were having trouble with shipping and
15  so forth, and I guess at one point, it was --
16  we were going to get -- it's coming back to
17  me a little bit.
18  I may be off here, but Wuhu
19  was, I believe, inland, and they had to
20  somehow get the product from Wuhu to
21  Shanghai, is my recollection.
22  Q.  And then it was -- you were
23  going to take title from it at Shanghai?
24  A.  Well, there was talk at --

---

Page 125

1 yeah, at some point, they were going to get
2 it to Shanghai, then we were going to ship it
3 from Shanghai. And then they ended up, with
4 the Wuhu shipment, bringing it to
5 New Orleans.
6 Q. Okay. If you look at the
7 second page, which is Bates number 244, it
8 says, "Documents Required," and then under
9 number 2, it says, "Bills of lading must show
10 shipment by 40-foot-high cube," and that's
11 scratched out and it says "under deck." Do
12 you see that? Or "by 40-foot-high cube
13 container," I guess, is scratched out.
14 A. Okay.
15 Q. Do you recall either you or
16 Knauf wanting to change it from containers to
17 under deck?
18 A. They wanted to ship by
19 container. I think it was easier for them.
20 And we preferred it break bulk. It was
21 easier. As Jim mentioned earlier, the labor
22 to unload the container was more difficult.
23 Q. And just for the record, what
24 does "break bulk" mean?

Page 126

1 A. "Break bulk" means that it was
2 put on the ship, palletized, with protective
3 covering and so forth, and they had slings
4 underneath it. And the crane would pick it
5 up -- go into the ship, pick it up and bring
6 it off the ship.
7 Q. Okay. And what does "under
8 deck" mean?
9 A. A covered deck. You know, the
10 material would be covered.
11 Q. Okay.
12 A. In the ship.
13 Q. And then if we look at the next
14 page, 245, it's been changed from "container
15 is sufficient" to "68-piece pallet," and
16 that's kiud of the language that we saw
17 before on the certification; is that correct?
18 A. Uh-huh.
19 Q. And --
20      MR. DUPLANTIER: You have to
21 say "yes."
22 A. Yes. I'm sorry.
23      BY MR. HERMAN:
24 Q. And Knauf agreed to that,

Page 127

1 correct?
2      MR. SANDERS: Object.
3 A. Once again, this is a -- I
4 don't know if this was the final one that
5 occurred.
6      BY MR. HERMAN:
7 Q. I understand. But at the end
8 of the day, Knauf agreed to ship by 68-piece
9 pallet, correct?
10 A. Yes.
11 Q. And based on all of your
12 knowledge and understanding, all of the
13 shipping was done correctly?
14 A. Yes.
15 Q. Has there been a claim, to your
16 knowledge, by Interior/Exterior, as against
17 either Knauf or one of the carriers, that
18 there was some problem during shipping or
19 that the drywall was damaged during shipping?
20 A. No.
21 Q. Do you have any reason to
22 believe, as we sit here today, other than a
23 conversation you may have had with your
24 attorney, that the problems that people are

Page 128

1 experiencing or complain to be experiencing
2 with the drywall are caused by something that
3 happened during the shipping process?
4 A. No.
5 Q. You have no information that
6 seawater contamination during the shipping
7 process, if any, has anything to do with what
8 people are complaining about, correct?
9 A. No, I do not.
10 Q. If we go back to Exhibit 21,
11 it's Underwriters Laboratory. Have you ever
12 seen this before?
13 A. I don't recall it.
14 Q. You don't remember where you
15 would have gotten this from or who would have
16 provided it or why?
17 A. No. No, I do not.
18 Q. Okay. If we go back to
19 Exhibit 17, it starts with an e-mail to you
20 from Barry Topple.
21 A. Okay.
22 Q. Who is Barry Topple, if you
23 remember?
24 A. I don't remember his exact

Chinese Drywall MDL        Confidential – Subject to Further Confidentiality Review        Clayton & James Geary
February 5, 2010

| Page 129 |
| --- |

1  title.
2  Q.  Do you remember dealing with
3  anybody at Knauf in the U.K.?
4  A.  Well, from his e-mail, it does
5  say "U.K."
6  Q.  Would it be fair to say that
7  you didn't really make any distinction
8  between Knauf USA and Knauf U.K.?
9     MR. SANDERS: Object to the
10  form.
11  A.  Yes.
12     BY MR. HERMAN:
13  Q.  Would it be fair to say that
14  you didn't make a distinction between Knauf
15  USA and the Knauf Chinese companies?
16     MR. SANDERS: Same objection.
17  A.  Yes.
18     BY MR. HERMAN:
19  Q.  And it says, "Dear Clay:
20  Currently, the Knauf group is fully committed
21  to supply its usual markets."
22     Do you see that?
23  A.  Uh-huh.
24  Q.  Do you recall getting that?

| Page 130 |
| --- |

1  A.  Yes.
2  Q.  Do you know what that was in
3  response to?
4  A.  My e-mail below that. I
5  believe I called or e-mailed Jeff Brisley and
6  said, "Look, things are getting tougher,
7  and -- to get product, and anything you can
8  do for us?"
9     And he suggested, I believe,
10  that we contact Barry Topple. I think he
11  even did that on our behalf, and I went ahead
12  and sent him an e-mail myself. And this is
13  his response that they're fully committed, I
14  guess, in all their other markets.
15  Q.  Did you have some knowledge, by
16  this point in time, that there was like a
17  Knauf Brazil or some other Knauf companies
18  somewhere else in the world?
19  A.  You just heard things. I don't
20  recall where I heard that.
21  Q.  Okay. Did you have some
22  conception of what the Knauf group was when
23  you got this e-mail?
24  A.  I knew it was a worldwide

| Page 131 |
| --- |

1  company.
2  Q.  Okay. If we go back to
3  Exhibit 16, do you recall looking at this
4  e-mail chain before?
5  A.  Yes.
6  Q.  And it starts off on the bottom
7  with Jeff Brisley sending something to
8  somebody that talks about Knauf Brazil. Do
9  you have any recollection of that?
10  A.  I remember the e-mail.
11  Q.  It says, "They would like to
12  understand if they have any options to
13  purchase additional wallboard, but not in
14  containers, whether that is from China,
15  Brazil or Europe."
16  A.  Correct.
17  Q.  And you recall making that
18  inquiry?
19  A.  Yes.
20  Q.  And somebody at Knauf was
21  finding out if some Knauf entity could
22  accommodate you?
23  A.  Correct.
24  Q.  And it looks like a response

| Page 132 |
| --- |

1  from Mr. Topple to Mr. Brisley was, "The
2  Knauf group currently is consuming all spare
3  capacity for its own needs."
4     Do you know what that means?
5  A.  Yes.
6  Q.  What does it mean, to your
7  knowledge?
8  A.  That they were maxed out, they
9  couldn't get us any more.
10  Q.  Okay. And then somehow these
11  communications got forwarded to you, correct?
12  A.  Yes.
13  Q.  And is it fair to say that
14  because the Knauf group couldn't supply any
15  more drywall, that it was at that point that
16  Interior/Exterior went to get the Taihe
17  product?
18     MR. SANDERS: Object to form.
19  A.  Yes.
20     BY MR. HERMAN:
21  Q.  But is it fair to say that
22  Interior/Exterior would have been happy to
23  continue to import product from any of these
24  other Knauf entities?

Page 133

1 A. Yes.
2 Q. If we go back to Exhibit 15, do
3 you recall Mr. and Mrs. Wei visiting
4 New Orleans?
5 A. I think I do recall Mr. Wei
6 coming in.
7 Q. And was the GREAT IMMENSITY a
8 ship?
9 A. Yes, it was.
10 Q. Okay. And that was one of the
11 Knauf Tianjin shipments?
12 A. I don't recall which one it
13 was.
14 Q. Don't recall. Okay.
15 A. But it was one of the ships.
16 Q. Okay. And is it your
17 understanding, or would it be your
18 impression, that GWB market is the gypsum
19 wallboard market?
20 A. Yes.
21 Q. And what, to your
22 understanding, was Mr. Wei's relationship, if
23 any, to the Knauf entities?
24 A. No relationship.

Page 134

1 Q. Okay. What was, to your
2 understanding, Mr. Wei's role in helping to
3 facilitate the importation of Chinese
4 drywall?
5 A. As I said earlier, J.W. Allen,
6 our freight forwarder, had contacted them
7 because they're based in China, or Victor Wei
8 is, and they actually inspected some of the
9 product as it was loading onto the ships,
10 took some pictures for us, made sure that
11 things were okay. And then they were the
12 ones that investigated a possible
13 relationship with BNBM for us.
14 Q. Okay. If you go back to
15 Exhibit 14, do you know what Uni-Pac, Ltd.
16 is?
17 A. Yes, it's a little fuzzy, but I
18 believe so. I believe this was someone who
19 had approached us about buying product, as
20 did a lot of people at the time.
21 Q. Do you know whether they had
22 any relationship with Knauf?
23 A. No, I don't know.
24 Q. Do you know what type of

Page 135

1 drywall they proposed to sell or broker?
2 A. I don't recall.
3 Q. Do you know whether they had a
4 relationship with BNBM?
5 A. I don't recall.
6 Q. Or Taihe?
7 A. I don't recall.
8 Q. Did you ever respond to this?
9 A. We talked to them on numerous
10 occasions, but we never did anything with
11 them.
12 Q. Okay. It says, "In regards to
13 the stamping of the sheetrock, it will come
14 stamped 'Made in China.'"
15    Was that some kind of
16 consideration?
17 A. We were -- we talked to a lot
18 of people, and, you know, we told them what
19 some of the, you know, conditions would have
20 to be, so that's possibly where that came
21 from.
22 Q. And it's your understanding,
23 and I don't know if I asked you or your
24 brother before -- but it's your understanding

Page 136

1 that that's a regulatory requirement?
2 A. Yes.
3 Q. If you look at the fourth
4 bullet point, it says, "Your order will come
5 FOB Houston and will take four to six weeks
6 for delivery port to port."
7    What does that mean?
8 A. That -- I assume that they
9 would pay the -- to have the product shipped
10 to Houston.
11 Q. Okay. And then it says, "We
12 are willing to enter into an exclusive
13 arrangement with you, based on projected
14 quantities per territory."
15 A. Uh-huh.
16 Q. Did you ever -- do you recall
17 negotiating with them on that?
18 A. I remember talking to them
19 about it, yes.
20 Q. Was that a sticking point?
21 A. They were -- they were -- I
22 think they were interested in having a person
23 who was in the industry take a big -- a large
24 volume of their business, rather than having

Page 137

1  a lot of little people, little customers.
2  Q.  And were you interested in
3  doing that?
4  A.  If it had been -- if it had
5  worked out.
6  Q.  Okay.  If we go back to
7  Exhibit 13, it says, "Please proceed to
8  inspect the product while it is being
9  produced."
10     Do you have any recollection
11  about that?
12  A.  I remember this was early on,
13  and we ended up having J.W. Allen do the
14  inspection of the product when it was loaded
15  onto the ship.
16  Q.  Was there ever any discussions
17  at Interior/Exterior about, "Maybe we should
18  have someone go and look at the manufacturing
19  process"?
20  A.  Only to the extent that we
21  talked about possibly looking at the product
22  as to whether it was out of square, whether
23  there were bubbles in the paper, you know,
24  busted edges, those type of things; but no,

Page 138

1  not the actual manufacturing of the
2  process -- of the product.
3  Q.  Did you ever get samples from
4  Knauf?
5  A.  I don't recall.
6  Q.  Okay.  Has there been, since
7  this litigation started, some effort to try
8  to go and see if there's any Knauf or Taihe
9  drywall sitting around somewhere?
10     MR. DUPLANTIER: I'm going to
11  object to the form of the question.
12  To the extent you're asking him things
13  that have been done by counsel in
14  anticipation of litigation, I don't
15  think he can answer that question and
16  should answer that question.
17     If they did it independent of
18  the litigation, go ahead and answer
19  the question.
20     MR. HERMAN: Well, I don't
21  think it's covered by privilege or
22  work product, but we'll fight about
23  that later.
24     BY MR. HERMAN:

Page 139

1  Q.  Did you ever do it independent
2  of your counsel?
3  A.  Please repeat it.
4  Q.  Did Interior/Exterior ever,
5  independently of counsel, try to ascertain
6  whether there was still some -- either Knauf
7  or Taihe drywall in a warehouse somewhere or
8  otherwise within Interior/Exterior's
9  possession?
10  A.  I don't recall if we did or
11  not.
12     MR. HERMAN: And I'll reserve
13  our rights to ask further about that.
14     BY MR. HERMAN:
15  Q.  If we look back at Exhibit 12?
16  A.  Okay.
17  Q.  This is your handwriting?
18  A.  Yes, it is.
19  Q.  And it looks like the first
20  part says, "Mark Norris of Knauf"?
21  A.  Uh-huh.
22  Q.  And it looks like October 28th,
23  2005?
24  A.  Yes.

Page 140

1  Q.  Is this pretty early on in the
2  process when you started investigating
3  possibly importing Chinese drywall?
4  A.  Yes, it is.
5  Q.  What does that first line say?
6  A.  "Antitrust was the reason we
7  had to handle shipping, 12-1/2% of USG."
8  Q.  What does that mean?
9  A.  Originally, we'd gotten a quote
10  sheet -- Jim had gotten a quote sheet from
11  Knauf, and it had, basically, a delivered
12  price.
13     And my recollection in
14  talking -- and I jotted down the note,
15  talking to Mark, when they switched it to
16  they wanted us to handle the shipping, it had
17  something to do with antitrust as far as they
18  owned a certain -- I guess 12-1/2% of USG at
19  the time, and they couldn't ship any more
20  into the country without being over a
21  threshold and somehow having some regulatory
22  problem.
23  Q.  Okay.  Is it fair to say from
24  your perspective, that Knauf was desiring to

Page 141

1  do business in the United States, subject to
2  the antitrust restrictions?
3      MR. SANDERS: Object to form,
4  foundation.
5      THE WITNESS: Repeat that
6  again.
7      BY MR. HERMAN:
8  Q.  Knauf wanted to sell drywall to
9  the United States, correct?
10     MR. SANDERS: Same objection.
11 A.  Yes.
12     BY MR. HERMAN:
13 Q.  Based on your perception?
14 A.  Yes.
15 Q.  And the only hitch in that, to
16 your understanding, was that they couldn't
17 ship it to the United States directly,
18 correct?
19     MR. SANDERS: Same objection.
20 A.  Yes.
21     BY MR. HERMAN:
22 Q.  But was there any discussion
23 about, "We don't want to ship it to the
24 United States because then we would somehow

Page 142

1  be subject to jurisdiction there"?
2      MR. SANDERS: Same objection.
3  A.  I guess I'll go back to what I
4  said earlier.  What he told me was they were
5  concerned about shipping -- because of their
6  interest in USG, shipping into the U.S.,
7  because somehow it would pass some threshold
8  and cause some regulatory problem.
9      As far as on an ongoing basis
10 shipping into the U.S., this was a period of
11 time, I guess, that there was probably a
12 window of opportunity.  It's a very --
13 drywall is a very inexpensive product, very
14 freight-intensive, and --
15     MR. COHEN: You have to talk
16 up, please.
17     THE WITNESS: I'm sorry.
18 A.  The drywall is a very
19 inexpensive product, very freight-intensive,
20 and prices have come up.  And it would have
21 been difficult, in most circumstances, to
22 ship it into the U.S.
23     BY MR. HERMAN:
24 Q.  So from your perception at

Page 143

1  least, Knauf was trying to monopolize on this
2  opportunity from the shortage to be able to
3  do business in the United States?
4      MR. SANDERS: Object to form.
5  A.  They were trying to ship
6  product into the U.S. to help with the demand
7  in the U.S.
8      BY MR. HERMAN:
9  Q.  Okay.  There's a line down here
10 that says, "Jeff Brisley explained to him
11 what happened."
12     Do you know, or can you
13 remember, what it is that happened that he
14 explained?
15 A.  I don't recall what that is.
16 Q.  Okay.  If we go back to
17 Exhibit 11, it says, "Dear Clay:  After
18 speaking with our production manager, we've
19 discovered that to put an extra 'Made in
20 China' would be doubling up on the
21 information."
22     Do you have any recollection
23 about that?
24 A.  Yeah.  We had been told by our

Page 144

1  freight forwarder that the product -- any
2  product coming into the U.S. has to say "Made
3  in China," and so that was one of our
4  stipulations.  And I guess he thought we
5  wanted it on there twice, apparently, and
6  having it on there once was fine with us.
7  Q.  Okay.  If we look at the second
8  page, which is Bates number 636, it says, "We
9  have priced your plasterboard order according
10 to 'sister company' rates upon the request of
11 Knauf USA."
12     You see that?
13 A.  Uh-huh.
14 Q.  Do you have any recollection
15 about that?
16 A.  I remember reading that, yes.
17 Q.  Okay.  What did that mean to
18 you?
19 A.  I think Jim stated correctly
20 that because of our longstanding relationship
21 with Knauf here, that's why they were going
22 to give us the rates that they did.
23 Q.  If we look at Exhibit 10, it
24 says, "We can then ship approximately 300,000

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 5, 2010

Page 145

1   sheets per month from our Tianjin plant. If
2   you require additional board, we would employ
3   the other two Knauf China plants to
4   supplement your shipments."
5       Do you see that?
6   A.  Uh-huh.
7   Q.  And did you have an
8   understanding at that time that one Knauf
9   plant would fill in, if they could?
10      MR. SANDERS: Object to form.
11  A.  At that point in time, it
12  appeared they could ship from any plant, any
13  of their plants.
14      BY MR. HERMAN:
15  Q.  Okay.  And as it turned out,
16  when Tianjin had a crunch, Knauf shipped from
17  their Wuhu plant, correct?
18      MR. SANDERS: Object to form.
19  A.  Correct.
20      BY MR. HERMAN:
21  Q.  Let's look at Exhibit 8.  Do
22  you recognize Exhibit 8?
23  A.  It's my handwriting.
24  Q.  Okay.  And you have three Knauf

Page 146

1   plants noted there?
2   A.  Yes.
3   Q.  Do you know what these notes
4   are from, what person you were maybe speaking
5   to when you made them?
6   A.  No, I don't recall.
7   Q.  If you look at Exhibit 7, do
8   you have any knowledge or recollection of
9   what Exhibit 7 is?
10  A.  My recollection was this was
11  somebody -- it might have been that Uni-Pac
12  guy.  I would have to look at that document
13  and see.  It might be one and the same.
14  Q.  Exhibit 14.
15  A.  14?
16  Q.  You can look at mine, if you
17  want.
18  A.  Okay.
19      Maybe I'm wrong.
20  Q.  Okay.  But somehow you heard
21  about Uni-Pac, apparently?  You don't --
22  A.  Or maybe he is with -- okay.
23  It does say "Uni-Pac."  That was probably
24  someone who had contacted us, also, and

Page 147

1   wanted to ship product to us.
2   Q.  Do you know who Rick Wendel is,
3   or Wendel?
4   A.  I remember meeting him or
5   talking to him.  I don't remember him.
6   Q.  Okay.  And then it says,
7   "Chinese board, Taihe."
8       You see that?
9   A.  Uh-huh.  This would have been
10  very early in the program.
11  Q.  Okay.
12  A.  Like October-ish.  Probably
13  November would be my guess.
14  Q.  And if we look at the next
15  page, which is 952, there's another person
16  listed, Terry Williams.  And that's the same
17  person that's on --
18  A.  Yeah, that is.  Apparently,
19  these two must have been working together.
20  Q.  Okay.  And then it says,
21  "Uni-Pac," and then, "Taihe," and then
22  there's "Billy App."  Is that the same guy?
23  A.  He's J.W. Allen.  He's our
24  freight forwarder.

Page 148

1   Q.  And would he have been somebody
2   that Uni-Pac would have recommended, or you
3   would have already been working with him?
4   A.  No, he wouldn't have.  We would
5   have already been working with Billy App.
6   Q.  And where it says "3% damage,"
7   do you know what that means?
8   A.  No, I don't.
9   Q.  Okay.
10  A.  No, I don't.
11  Q.  If we go back to Exhibit 6, is
12  this your handwriting?
13  A.  Yes, it is.
14  Q.  And do you know what this is?
15  A.  These are numerous contact
16  information for various people.
17  Q.  Okay.  And John Davis and
18  Cecelia Wang are, at least to your knowledge,
19  at Knauf in China?
20  A.  Correct.
21  Q.  And Jeff Brisley is the person
22  at Knauf USA that we talked about before?
23  A.  Yes.
24  Q.  Who is Kurt?

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 5, 2010

Page 149

1  A.  Kurt is a sales rep for Knauf
2   in the U.S.
3  Q.  Okay.  And who is Lydia
4   Alvarez?
5  A.  Lydia Alvarez is -- she worked
6   at The Whitney Bank and helped with the
7   actual paperwork for the letter of credit.
8  Q.  Okay.  And Mark Norris is
9   another Knauf person?
10  A.  Yes.
11  Q.  Do you know where he's located?
12  A.  China, I believe.
13  Q.  Okay.  And we know who Billy
14   App is.
15      And who's Phillip somebody?
16  A.  Phillip is our Whitney banker.
17      MR. HERMAN: Okay.  Okay.
18   Let's take a break right now, because
19   we're going to run out of tape,
20   anyway.
21      THE VIDEOGRAPHER: Going off
22   the record.  The time is 11:23 a.m.
23   This is the end of Tape 1.
24      (Recess taken, 11:23 a.m. to

Page 150

1      11:33 a.m.)
2      THE VIDEOGRAPHER: We're back
3   on the record.  The time is 11:33 a.m.
4   This is the start of Tape 2.
5      (Whereupon, Deposition Exhibit
6   INEX-30b6-28, Handwritten Notes,
7   "Tianjin Sheetrock," etc.,
8   INT/EXT00416, was marked for
9   identification.)
10      BY MR. HERMAN:
11  Q.  I'm going to show you what's
12   been marked as Exhibit 28 for the deposition,
13   Bates number INT/EXT416.  Do you recall ever
14   seeing Exhibit 28 before?
15  A.  Actually, I think these are
16   sticky notes that were on top of a document.
17  Q.  Oh, okay.  Are they your
18   handwriting?
19  A.  Yes, they are.
20  Q.  Okay.  And if you look at the
21   top right, or the top sticky note, it seems
22   to say, "Tianjin sheetrock, executed
23   12/15/05, order #3."
24      You see that?

Page 151

1  A.  Yes.
2  Q.  Do you know what that means?
3  A.  Yeah.  That was just a
4   filename, I think, that was set up for the
5   name of it, the date it was executed, and
6   then that there was the third order with
7   Knauf.
8  Q.  Okay.  Do you know what the
9   "5/4/09, order #3" means?
10  A.  No, I don't.
11  Q.  And then if you look at the
12   left sticky note, it looks like it says,
13   "Trading company on West Coast."
14      Do you have any recollection of
15   what that might be?
16  A.  I'm sure it was someone who had
17   contacted us, but I don't recall the details.
18  Q.  BNBM?
19  A.  Yeah, but I don't recall the
20   details.
21  Q.  Do you see where it says --
22   what does it say below that; "Taishan,"
23   or "Tiaz-shan" or...
24  A.  "Taishan."  Maybe that was my

Page 152

1   writing for "Taishan," would be my guess.
2  Q.  And then it looks like it says
3   "middle quality."
4      Do you know what that means?
5  A.  No.
6  Q.  And then there was -- looks
7   like "Shan," something.  "Shandong Province,"
8   is that where it was made?
9  A.  I think that's where it was
10   made.
11  Q.  Do you have any recollection of
12   having any discussions with anybody about
13   Taishan being of -- sheetrock being of middle
14   quality?
15  A.  No, I don't.
16  Q.  Do you have any, as we sit here
17   today, definition of what "middle quality"
18   means?
19  A.  No.
20  Q.  Did you get some impression,
21   over the course of importing Chinese
22   sheetrock, that it was of somewhat lesser
23   quality than domestic?
24  A.  No.