# EXHIBIT C
# PART:II

Page 153

1  Q.  Would you consider domestic
2  sheetrock to be middle quality?
3  A.  They're all very similar.
4  Q.  Was there any distinction that
5  you recall discussing or hearing between
6  Taishan sheetrock and Knauf sheetrock, in
7  terms of quality?
8  A.  Don't recall.
9       (Whereupon, Deposition Exhibit
10  INEX-30b6-29, E-mail Chain Ending
11  4/28/06 Li E-mail to C. Geary,
12  Subject: IEBS company information,
13  INT/EXT02069 - INT/EXT02073, was
14  marked for identification.)
15      BY MR. HERMAN:
16  Q.  Okay.  Let me show you
17  INEX-30b6-29, which, for the record, are
18  Bates numbers 2069 through 2073.  Do you
19  recall dealing with somebody named Susan at
20  Weida Freight?
21  A.  Yes.
22  Q.  And was that person in China --
23  A.  I believe so, yes.
24  Q.  -- to your understanding?

Page 154

1       And IEBS is you guys?
2  A.  Yes.
3  Q.  It says, "Have got GWB sample
4  from BNBM just now and will mail them to you
5  today"?
6  A.  Uh-huh.
7  Q.  Do you see that?
8  A.  Yes.
9  Q.  And is "GWB" gypsum wallboard?
10  A.  Yes.
11  Q.  Do you recall getting a BNBM
12  sample?
13  A.  I don't recall.
14  Q.  Do you recall trying to locate
15  this BNBM sample since the litigation
16  started?
17  A.  All of my files were all
18  together in one spot, so it was -- it would
19  have been there.
20  Q.  Have you ever gotten a
21  wallboard sample from any other manufacturer?
22  A.  We did get some samples during
23  the process.  I don't recall from whom.
24  Q.  And how did the samples come?

Page 155

1  A.  Small piece, I don't know, four
2  inches, six inches by six inches.
3  Q.  Were they wrapped in something?
4  A.  Possibly wrapped in plastic,
5  you know, overnighted or something like that.
6  We did get some.  I don't recall from whom.
7  Q.  Were you able to identify any
8  after the litigation started?
9  A.  Any samples?
10  Q.  Yeah.
11  A.  No.
12  Q.  When you got the samples, what
13  did you do with them?
14  A.  Nothing.
15  Q.  Did you run any testing on them
16  or --
17  A.  No.
18  Q.  What did you want them for?
19  A.  Just to have a sample of the
20  product.
21  Q.  Did you ever compare the
22  Chinese samples to domestic samples?
23  A.  No.
24  Q.  If you look at 2071, it says

Page 156

1  it's from Mr. App.  It says, "Clay, does IEBS
2  have a website that we can let BNBM have to
3  give them a good introduction of the company
4  and its history, or what do you suggest?"
5       Do you know why BNBM would have
6  been interested in your business?
7  A.  The only thing I can guess is a
8  lot of people were trying to obtain drywall
9  at that time, and I assume they wanted to
10  know that we were a legitimate company.
11      (Whereupon, Deposition Exhibit
12  INEX-30b6-30, E-mail Chain Ending
13  5/8/06 App E-mail to Li,
14  Subject: Gypsum Wallboard,
15  INT/EXT02061 - INT/EXT02063, was
16  marked for identification.)
17      BY MR. HERMAN:
18  Q.  Let's look at INEX-30b6-30,
19  Bates numbers 2061 through 2063.  Do you
20  recall ever receiving or looking at
21  Exhibit 30?
22  A.  Yes.
23  Q.  What do you recall about it?
24  A.  I just reviewed the document in

Page 157

1    preparation for this, this deposition. I
2    reviewed all my documents.
3    Q.   And at the time, do you recall
4    trying to negotiate and ultimately execute a
5    contract to import BNBM drywall?
6    A.   Yes, we did.
7    Q.   And that fell through, for some
8    reason, right?
9    A.   Yes, it did.
10   Q.   And maybe you already answered
11   this. I apologize, if you did. But why did
12   it fall through, again?
13   A.   I'm not positive, but I think
14   it had to do with the difficulty in getting
15   shipping. But I'm not positive.
16   Q.   Okay. And it talks about to --
17   item 5, "New Orleans, Louisiana, USA was
18   added."
19       Do you remember who --
20   A.   I'm sorry, where are you?
21   Q.   On the first page from App, it
22   says, "Dear Susan," and then there's a kind
23   of like four items?
24   A.   Yeah, I see it. Okay.

Page 158

1    Q.   One of them says, "Item 5,
2    New Orleans, Louisiana, USA was added"?
3    A.   Uh-huh.
4    Q.   Do you know why somebody wanted
5    that to be added, or what that means or...
6    A.   I don't recall if that was to
7    define where we were from or what. I don't
8    recall.
9    Q.   Do you recall there being some
10   type of desire on Interior/Exterior's part to
11   make it clear, for some reason, that product
12   was going to be shipped to or somehow come
13   into New Orleans, Louisiana?
14   A.   That would be my guess, that we
15   were defining where it was coming, but I'm
16   not positive.
17   Q.   Is that for shipping purposes
18   or for some other purposes, or both?
19   A.   For shipping purposes.
20   Q.   Do you recall there being any
21   other concerns or discussions about
22   specifically identifying New Orleans or
23   Louisiana or the United States?
24   A.   As far as any markings?

Page 159

1    Q.   Well, as far as making it clear
2    in a contract that you have a Chinese company
3    doing business with a U.S. company.
4    A.   The letter of credit stated
5    where we were from, and that's possibly why
6    it was in there.
7    Q.   Okay. It says, "Susan, we need
8    to get this contract signed and whatever else
9    we need to do to get BNBM to start producing
10   product. Please review the document included
11   in this transmission, and we will forward you
12   a copy."
13       Was there -- to your
14   recollection, they wouldn't begin production
15   until they had a formal contract? Is that
16   the way you recall it or --
17   A.   Yes, and the letter of credit
18   was until that was opened.
19   Q.   Well, they would have been in
20   production with the shortage all the time,
21   you would think, huh?
22       MR. DUPLANTIER: Well, object
23   to the form of the question.
24       BY MR. HERMAN:

Page 160

1    Q.   Based on your knowledge and
2    impression.
3    A.   But I can't -- I don't know
4    that they would make this -- you know, that
5    one specific product unless they had an
6    order.
7    Q.   Okay. If we go to 2062,
8    "Dear Clay Geary: We have contacted
9    SGS Company, but SGS Company can't determine
10   which side about quality and condition."
11       Do you have any idea what that
12   means?
13   A.   SGS, as I recall, was trying to
14   define the scope of what they needed to do
15   for us.
16   Q.   They were going to do some type
17   of inspection?
18   A.   Yes.
19   Q.   And then they didn't do it
20   because you got Allen to do it or they didn't
21   do it because you ended up not buying the
22   product, or both?
23   A.   I don't recall. We didn't end
24   up getting the product. I believe we would

Page 161

1  have had Weida Freight do it, but I'm not
2  sure.
3  Q. Okay. "Please tell us which
4  side about quality and condition."
5      Do you have any recollection
6  about --
7  A. Where is that?
8  Q. It's in --
9  A. Oh, there it is. Okay.
10  Q. Do you know what they were
11  talking about, in terms of quality and
12  condition? It says, "because quality and
13  condition is very wide"?
14  A. I assume they're trying to
15  better define what we meant by "quality and
16  condition."
17  Q. Okay. It says, "If you can
18  delete 'in good order,' because SGS Company
19  will examine goods according to contract."
20      Do you have any idea what that
21  means?
22  A. I don't recall.
23  Q. Do you recall ever agreeing to
24  accept Chinese drywall where there was no

Page 162

1  specific representation from the manufacturer
2  that the drywall was in good order?
3  A. We would not do that.
4  Q. I don't remember if it was you
5  or your brother, but I think somebody said
6  earlier in the deposition that there had
7  never been any claim by Interior/Exterior
8  that any of the drywall was damaged during
9  shipping, correct?
10  A. Correct.
11  Q. Or at least with respect to the
12  complaints here, correct?
13  A. Correct.
14  Q. And certainly if there had been
15  drywall that had been damaged during the
16  shipping process, Interior/Exterior wouldn't
17  have sold that to a customer, correct?
18  A. We did have some that was
19  banged up. We didn't make an insurance
20  claim, but we did have some banged up.
21  Q. And you sold that damaged
22  drywall to customers?
23  A. Yes.
24  Q. And did they know it was

Page 163

1  damaged?
2  A. Yeah. Some people wanted, you
3  know, a distressed price for banged-up
4  drywall. Happens all the time.
5  Q. Okay. And so when you're
6  talking about damage, what's the type of
7  damage that you're talking about?
8  A. Banged-up ends, you know, hit
9  in some kind of way, by a forklift or -- or
10  what.
11  Q. Was there any of the drywall
12  that, based on your impression, when it
13  reached the United States, it had been
14  contaminated by seawater?
15  A. No.
16  Q. If there had been drywall that
17  had been contaminated by seawater during the
18  shipping process, would you have sold that to
19  customers?
20  A. No.
21  Q. Did you change the marking or
22  the labeling with respect to any of the
23  damaged drywall?
24  A. Did we change the marking or

Page 164

1  the labeling on the product?
2  Q. Yeah.
3  A. No.
4  Q. Like sell it as Crescent City
5  gypsum as opposed to --
6  A. No. No.
7  Q. -- something else.
8      Do you know what Crescent City
9  gypsum is?
10  A. I've seen an e-mail in there.
11  I think someone had sent us a flier or
12  something on that.
13      (Whereupon, Deposition Exhibit
14  INEX-30b6-31, Application and
15  Agreement for Documentary Credit
16  Between BNBM and Interior/Exterior,
17  INT/EXT00814 - INT/EXT00817, was
18  marked for identification.)
19      BY MR. HERMAN:
20  Q. Okay. Let me show you
21  INEX-30b6-31, Bates numbers 814 to 817. What
22  is Exhibit 31?
23  A. Application and Agreement for
24  Documentary Credit.

Page 165

1 Q. And is this similar to the
2 letters of credit that we had discussed
3 before, when we were looking at certificates?
4 A. Yes.
5 Q. And this one is for BNBM,
6 correct?
7 A. Yes.
8 Q. And so the letter of credit was
9 executed by Interior/Exterior, but then it
10 ended up not being needed, correct?
11 A. Correct.
12 Q. Is this similar to the letters
13 of credit that would have been executed with
14 respect to Knauf or Taihe?
15 A. Similar.
16 Q. Did you always use The Whitney
17 Bank?
18 A. Yes, we did.
19 (Whereupon, Deposition Exhibit
20 INEX-30b6-32, Addendum to Application
21 and Agreement for Documentary Credit
22 Between Interior/Exterior and BNBM,
23 INT/EXT00809 - INT/EXT00812, was
24 marked for identification.)

Page 166

1 BY MR. HERMAN:
2 Q. Okay. I'm going to show you
3 INEX-30b6-32, which, for the record, is Bates
4 numbers 809 through 812. Just for the
5 record, what is Exhibit 32?
6 A. A letter of credit.
7 Q. And there is within this letter
8 of credit some representations that are
9 similar to the Knauf representations that we
10 looked at earlier?
11 A. Uh-huh.
12 Q. Am I correct about that?
13 A. Yes.
14 Q. The way that the gypsum boards
15 were going to be shipped, correct?
16 A. Yes.
17 Q. And that they were free from
18 defects in materials and workmanship?
19 A. Yes.
20 Q. And that they complied with
21 ASTM C36?
22 A. Yes.
23 Q. I realize that, ultimately,
24 Interior/Exterior never imported the drywall

Page 167

1 from BNBM; but from your perspective, did
2 BNBM agree to these terms?
3 A. Yes.
4 (Whereupon, Deposition Exhibit
5 INEX-30b6-33, SGS North America
6 Inspection Request Application,
7 INT/EXT06089 - INT/EXT06091, was
8 marked for identification.)
9 BY MR. HERMAN:
10 Q. I'm going to show you
11 INEX-30b6-33, Bates number 6089 through 6091.
12 Do you know what Exhibit 33 is?
13 A. It says, "Inspection Request
14 Application."
15 Q. Do you have any idea what that
16 means?
17 A. A request, I believe by us, to
18 have SGS do an inspection.
19 Q. And it says, "Company Name for
20 Exporter Supplier: Taihe Shandong Plant 2, a
21 Division of BNBM."
22 You see that?
23 A. Uh-huh.
24 Q. Do you know what that is?

Page 168

1 A. A Taihe plant, Taihe Shandong
2 plant.
3 Q. If you look back at Exhibit 2,
4 which is your responses, Distributor Profile
5 Form, at page 4.
6 MR. HERMAN: Thanks.
7 BY MR. HERMAN:
8 Q. There's -- it says under 3,
9 "Name of Chinese Drywall Product, if known,"
10 and it says "Taihe"?
11 A. Uh-huh.
12 Q. And then --
13 MR. DUPLANTIER: "Yes."
14 A. Yes.
15 BY MR. HERMAN:
16 Q. -- with respect to the Chinese
17 Drywall Manufacturer, if known, it says -- I
18 don't know if I'm pronouncing it right, but
19 "Taian Taishan Plasterboard Company"?
20 A. I'm sorry, where are you?
21 Q. On number --
22 A. Okay. I see.
23 Q. -- 2 on page 1. I'm sorry.
24 A. Okay.

Page 169

1 Q. Do you know what, if any,
2 relationship there is between the Taihe
3 that's reflected on Exhibit 33 and the Taihe
4 that's reflected on page 4 of Exhibit 2, if
5 any?
6 A. I assume they're affiliated.
7 Q. Do you know whether there's a
8 relationship between Taian Taishan
9 Plasterboard Company and Beijing New Building
10 Materials?
11 A. I don't know.
12 Q. Did SGS ever do the inspection
13 that's requested here?
14 A. No.
15 Q. Is this something that you guys
16 filled out or that SGS filled out?
17 A. I don't recall.
18 Q. Okay. If you look at 6090,
19 where it says, "Scope of Inspection"?
20 A. Uh-huh.
21 Q. "Verify correct quantity is
22 shipped and received," is that something that
23 you guys put in or that they typed in before
24 they sent it to you, if you know or if you

Page 170

1 remember?
2 A. I don't remember.
3 Q. Well, it says under number 2,
4 "Problems to look for include dents, cracks,
5 paper peel and bubbles on the paper."
6 Do you see that?
7 A. Yes.
8 Q. Are those the types of things
9 that you were looking for?
10 A. No, we did not. We ended up
11 just inspecting the loading of the trucks.
12 Q. Okay.
13 A. I mean, the loading of the
14 ships. Excuse me.
15 Q. Okay. When you talked about
16 damaged drywall that had come in and was sold
17 by Interior/Exterior at reduced prices, is
18 the damage that you're referring to things
19 like dents, cracks, paper peels and bubbles?
20 A. No. It was mainly damage,
21 forklift damage or possibly some damage on
22 the ship. But no, not -- we didn't have any
23 paper peeling or bubbles or out of square or
24 any of those issues.

Page 171

1 Q. Okay. It says, "Verify that
2 each sheet has been marked 'Made in China.'"
3 Is there somebody that did that
4 with respect to the Knauf shipments that were
5 made?
6 A. Yes.
7 Q. In addition to the
8 certification that you got from Knauf?
9 A. Oh, I'm sorry. Did someone
10 verify that each sheet was marked "Made in
11 China?"
12 Q. Yeah.
13 A. No, they did not.
14 Q. It says, "Verify all pallets
15 unloaded at port of discharge have no
16 apparent physical damage."
17 Is that the type of damage you
18 were referring to?
19 A. Yeah, damage, you know, either
20 in the loading or unloading process of the
21 ship.
22 Q. Okay. "Verify that all pallets
23 have been loaded onto ship 'preslung,'" in
24 quotes.

Page 172

1 What's "preslung" mean?
2 A. Meaning it had the slings
3 underneath each pallet so that the crane in
4 New Orleans could take it off easily.
5 (Whereupon, Deposition Exhibit
6 INEX-30b6-34, 6/13/06 Taian Taishan
7 Plasterboard Letter of Certificate,
8 INT/EXT06045, was marked for
9 identification.)
10 BY MR. HERMAN:
11 Q. Okay. I'm going to show you
12 INEX-30b6-34, which is Bates number 6045.
13 Do you have any idea what
14 Exhibit 34 is?
15 A. Letter of certificate. A
16 letter of certificate. Jim handled more of
17 the Taian or the Taihe shipments than I did.
18 Q. Okay. Okay. It says -- well,
19 I'll just ask you about this, and then maybe
20 I'll ask your brother about it further, but
21 it says, "All gypsum wallboard does not
22 contain asbestos."
23 Do you see that?
24 A. Yes.

Page 173

1 Q. Do you recall there being some
2 concern at some point about whether the
3 wallboard contained asbestos?
4 A. I think Jim can better answer
5 that.
6     MR. HERMAN: Okay. Thanks.
7     (Whereupon, Deposition Exhibit
8 INEX-30b6-35, Listing of
9 Interior/Exterior Branches and
10 Managers, INT/EXT04561, was marked for
11 identification.)
12    BY MR. HERMAN:
13 Q. Let me show you INEX-30b6-35,
14 which is Bates number 4561. What is
15 Exhibit 35?
16 A. These are locations, branch
17 locations.
18    MR. DUPLANTIER: This is your
19 original.
20    MR. HERMAN: Oh, okay. Thanks.
21    BY MR. HERMAN:
22 Q. Is this as of a certain point
23 in time?
24 A. Yes, it was.

Page 174

1 Q. If we're talking about the
2 period from Katrina through the beginning of
3 2007, were some of these branches not in
4 operation?
5 A. Well, Elmwood is where we went
6 after the storm, because our facility got
7 flooded. So that's, you know, kind of one
8 and the same with New Orleans.
9 Q. Okay.
10 A. Those were in existence. We
11 did open up Lafayette. I don't remember the
12 time, but they never received any shipments
13 of Chinese board.
14 Q. Okay. And at some point,
15 didn't you have a place in Rome, Georgia?
16 A. No.
17 Q. No? Okay.
18    Is there a place where you
19 shipped to in Rome, Georgia, like a customer?
20 A. I believe we did.
21 Q. Okay. Do you remember who that
22 customer was?
23 A. I'm not sure.
24 Q. Okay. I don't have copies of

Page 175

1 these. I apologize. I just got them
2 yesterday. But at some point, did you have a
3 location in Longview, Texas?
4 A. We do now.
5 Q. Was that a place that was open
6 between Katrina and the beginning of 2007?
7 A. It was not -- it did not get
8 any Chinese drywall. It was opened, I think,
9 about a year and a half ago.
10 Q. Okay. What about Tuscaloosa?
11 A. It was opened subsequent to all
12 this.
13 Q. What about Shreveport?
14 A. Subsequent also.
15 Q. And Birmingham -- oh, you have
16 Birmingham on here?
17 A. Uh-huh.
18 Q. Did all the locations on
19 Exhibit 35 receive Chinese drywall?
20 A. Yes, they did.
21 Q. What about Abita Springs?
22 A. That's the same as Mandeville.
23 We just had moved.
24 Q. Okay. Is there any other place

Page 176

1 like Rome, Georgia, where you would have made
2 shipments even though you didn't have a
3 definite location there, of Chinese drywall?
4 A. There were a few shipments that
5 we made directly from the port to specific
6 customers. Other than that -- and there
7 weren't that many. Other than that,
8 everything went through our warehouses.
9    (Whereupon, Deposition Exhibit
10 INEX-30b6-36, Interior/Exterior
11 Product Shipment Documentation,
12 INT/EXT00331 - INT/EXT00344, was
13 marked for identification.)
14    BY MR. HERMAN:
15 Q. Okay. Let me show you
16 INEX-30b6-36, which, for the record, is
17 Bates-numbered 331 through 344.
18    Are you familiar with
19 Exhibit 36?
20 A. Yes.
21 Q. What is it?
22 A. This was a -- I guess a
23 delivery form used --
24    MR. McKENNA: I'm sorry, could

Page 177

1  you speak up a little, please?
2  A. This was a delivery form used,
3  or spreadsheet, that was set up when we were
4  shipping product from the wharf to various
5  locations.
6     BY MR. HERMAN:
7  Q. And there's a -- I assume a
8  vessel, it says the "M/V MYSTRAS"?
9  A. Yes.
10  Q. And do you recall whether there
11  was drywall that came in on the M/V MYSTRAS?
12  A. Yes, there was.
13  Q. And do you know from which
14  manufacturer that came?
15  A. Knauf.
16  Q. Okay. And then it says, just
17  so we can -- it may be kind of tedious, but
18  might be helpful to people understanding
19  later.
20     If we go through these columns,
21  the delivery date is when the drywall was
22  actually delivered or when it was expected to
23  be delivered, if you know?
24  A. It appears to be the same as

Page 178

1  the scheduled pickup date, so, apparently --
2  it appears to be the date that it was
3  scheduled.
4  Q. Okay. And then it says, "From
5  WHSE." What does that mean?
6  A. I'm sorry, "From Warehouse A."
7  Q. And where is warehouse A
8  located?
9  A. We set up -- in our system, we
10  set up a warehouse for each ship that came
11  in, to make the accounting easier.
12  Q. Okay.
13  A. So it's shipped from
14  warehouse 1. That first delivery, for
15  instance, went from warehouse 1 to Baton
16  Rouge, our Baton Rouge branch.
17  Q. Okay. And then there's a
18  product number, 41212R, which seems to --
19  A. That's the only product that we
20  got.
21  Q. That is kind of a product ID
22  for drywall?
23  A. Yes, it is.
24  Q. And is that like kind of an

Page 179

1  Interior/Exterior internal number?
2  A. Yes.
3  Q. Is that a number that's used by
4  or for anybody else?
5  A. For everybody else.
6  Q. So like RSMeans, Xactimate,
7  people like that?
8  A. I'm sorry, what?
9  Q. Who else would use --
10  A. That's just a number that we
11  generated years ago, and that's how we define
12  4x12x1/2" regular sheetrock.
13  Q. Okay. So it is just
14  Interior/Exterior?
15  A. Just us. Just us.
16  Q. Okay. I'm sorry, I
17  misunderstood you.
18     Then it says, "Quantity
19  Pallet"?
20  A. Uh-huh.
21  Q. Is that the number of pallets
22  or the quantity that's in each pallet?
23  A. Quantity per pallet.
24  Q. Okay. And then it says,

Page 180

1  "Quantity Per Truck." Is that the number of
2  pallets per truck or...
3  A. Total number of pieces per
4  truck.
5  Q. Oh, pieces per truck. Okay.
6     Then there's a BL number. What
7  does a BL number mean?
8  A. Bill of lading number.
9  Q. And that shows what bill of
10  lading the shipment is associated with?
11  A. Yes.
12  Q. What's "WT Number"?
13  A. That's a transfer number that
14  we use in our system.
15  Q. What is it supposed to
16  describe?
17  A. Just like you would have an
18  invoice number. It's a number that shows,
19  you know, where it came from and where it
20  went to.
21  Q. Okay. And then it says, "To
22  Branch"?
23  A. Baton Rouge.
24  Q. And that's the

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 5, 2010

---

Page 181

1  Interior/Exterior Baton Rouge branch?
2  A.  Yes.
3  Q.  And then it says, "Inland
4  Carrier"?
5  A.  That's the freight company that
6  handled it.
7  Q.  Okay.  "Scheduled Pickup Date,"
8  "Pickup Confirmed, Yes."
9     What's the "Coastal Dock
10  Receipt Number"?
11  A.  Coastal Cargo handled the -- I
12  guess the stevedoring for us, so that's their
13  number.
14  Q.  Okay.  And was that true for
15  all the shipments?
16  A.  I don't think so.
17  Q.  Okay.  What other stevedoring
18  outfits do you recall doing work for you?
19  A.  I don't recall.
20  Q.  Okay.  And what's "JWA Invoice
21  Number"?
22  A.  That's J.W. Allen, the freight
23  forwarder.  That's their invoice number to
24  us.

---

Page 182

1  Q.  Okay.  And then is the invoice
2  date -- what's that relate to?
3  A.  I would assume that that's
4  related to the J.W. Allen invoice number, but
5  I'm not positive.
6  Q.  Okay.  Why would the same
7  shipment have different invoice dates, if you
8  know?
9  A.  Have different -- I'm sorry?
10  Q.  Why would the same shipment on
11  the same ship have different invoice dates,
12  if you know?
13  A.  Because, you know, we got in
14  quite a bit of material at one time, and
15  there's several -- you know, one truck at a
16  time would go out.
17  Q.  So it's an invoice that's
18  associated with the distribution, not the
19  importing?
20  A.  Correct.
21  Q.  Okay.  Are any of these numbers
22  on the drywall itself?
23  A.  Are any of these numbers?
24  Q.  I mean, is there any way to

---

Page 183

1  look at the drywall and say, "Okay.  This
2  came in on this ship," or "in this shipment"?
3  A.  No.
4  Q.  I thought this was the thing
5  that talked about Rome, Georgia.  Oh, here it
6  is.
7     If you look at the last page,
8  344, does this refresh your recollection
9  about any shipments to Rome, Georgia?
10  A.  Yeah, I believe we shipped it
11  to -- I think it was a distributor in Rome,
12  Georgia, not to an end-user.  But I'm not
13  positive.
14     (Whereupon, Deposition Exhibit
15  INEX-30b6-37, Freight Company Shipping
16  Documents, INT/EXT00004 -
17  INT/EXT00005, was marked for
18  identification.)
19     BY MR. HERMAN:
20  Q.  Okay.  INEX-30b6-37, Bates
21  number 4 and 5.  Do you have any idea what
22  Exhibit 37 is?
23  A.  It looks like some sort of
24  receipt for the freight company that took

---

Page 184

1  it -- that took the product to our Houston
2  office.
3  Q.  Okay.  And can you tell which
4  type of sheetrock we're dealing with, in
5  terms of Knauf versus Taihe or anything like
6  that?
7  A.  No.
8  Q.  Okay.  On the front page, it
9  says, "Material Received in Good Condition,"
10  and somebody signed off on that.  Do you know
11  who that person is?
12  A.  I'm sorry, where are you seeing
13  that?
14  Q.  "Material Received in Good
15  Condition."  It looks like "Peter Gonzo" or
16  Ganza or something.  Garza?
17     It's not an employee of
18  Interior/Exterior in Houston that you
19  recognize?
20  A.  Not that I recognize.
21  Q.  Okay.  And it looks like
22  there's a notation that says, "No paperwork."
23     Do you know what that means?
24  A.  No.

---

| Page 185 |
|---|

1  Q.  And if we look at the second
2  page, it says, "Carrier agrees to notify
3  Sutex of any problems as they occur and when
4  the load has been delivered.  Failure to do
5  so will result in $100 deduction from carrier
6  pay."
7      Do you see that?
8  A.  Okay.
9  Q.  Is it fairly standard that the
10  carrier was supposed to notify of any
11  problems as soon as they occurred, if there
12  was some problem during shipping?
13  A.  I'm not sure who Sutex is.
14  Q.  Okay.  Well, you certainly
15  don't recall anybody -- you receiving any
16  notice of any problems during shipping,
17  correct?
18  A.  No.  No.
19  Q.  And --
20  A.  I will say there were a couple
21  of loads that -- you know, that were untarped
22  that we talked to the freight lines about,
23  but that's the only issue we ever had with
24  the freight lines.

| Page 186 |
|---|

1  Q.  If they were untarped, does
2  that mean that they would have incurred any
3  type of water intrusion?
4  A.  Possibly.
5  Q.  And did you inspect any of
6  those affected boards or potentially affected
7  boards?
8  A.  The manager would have at the
9  branch.
10  Q.  Okay.  And were you ever
11  advised by any manager at any branch that any
12  of the drywall had been affected by seawater
13  or other water?
14  A.  There were some untarped loads,
15  not seawater, but untarped loads, and it
16  could have had some rain on them.
17  Q.  Okay.  And what, if anything,
18  did Interior/Exterior do about that?
19  A.  I don't recall whether those
20  were thrown away or we back-charged the
21  freight company.  I don't recall.  It was a
22  minor amount in the big picture.
23      (Whereupon, Deposition Exhibit
24  INEX-30b6-38, Interior/Exterior

| Page 187 |
|---|

1  Invoices, INT/EXT19884, INT/EXT24995,
2  INT/EXT17768, INT/EXT17901,
3  INT/EXT19699, INT/EXT17467,
4  INT/EXT17432, INT/EXT21205,
5  INT/EXT31881, INT/EXT33080,
6  INT/EXT24700, was marked for
7  identification.)
8      BY MR. HERMAN:
9  Q.  Okay.  I'm going to show you
10  INEX-30b6-38.  And this consists of, for the
11  record, Bates numbers 19884, 24995, 17768,
12  17901, 19699, 17467, 17432, 21205, 31881,
13  33080 and 24700, which are just kind of a
14  sampling of invoices so we can try to get
15  some kind of understanding about how the
16  drywall is delivered to the customer.
17      Do you recognize these as basic
18  Interior/Exterior invoices?
19  A.  Yes.
20  Q.  And there's kind of a "Ship To"
21  date and then a "Bill To" date.  Do you see
22  that?
23  A.  Yes.
24  Q.  What's the distinction between

| Page 188 |
|---|

1  the "ship to" and the "bill to"?
2  A.  The "bill to" is where the
3  company wanted their invoices sent.  "Ship
4  to" is where the product was shipped.
5  Q.  Okay.  And if we look at the
6  first one, which is Bates-numbered 19884, it
7  looks like it was shipped to Lowe's
8  store 594.  Do you see that?
9  A.  Yes.
10  Q.  And then it says it's billed to
11  Lowe's Companies?
12  A.  Yes.
13  Q.  And there's a -- it shows
14  4x12x1/2" regular sheetrock.  You see that?
15  A.  Yes.
16  Q.  Can you tell by looking at this
17  invoice whether it's Chinese or domestic?
18  A.  No, I can't.
19  Q.  Do you recall selling Chinese
20  drywall to Lowe's?
21  A.  We sold domestic, and we sold
22  imported, and we did not make a distinction.
23  Q.  Well, for a certain time
24  period, it's my understanding that you were

Page 189

1  generally selling the one-1/2" regular from
2  China, and it was the 5/8ths that was
3  domestic; is that right?
4      MR. DUPLANTIER: I'm going to
5  object to the form of the question. I
6  don't think that's been the testimony
7  today.
8      MR. HERMAN: Okay. How am I
9  wrong?
10      THE WITNESS: I'm sorry, can
11  you repeat?
12      MR. HERMAN: Yeah.
13      BY MR. HERMAN:
14  Q.  In terms of the time period
15  from January 26th, 2006, to the end of 2006
16  or early 2007, I had thought that you guys
17  said, or one of you said that you basically
18  made a decision that you would import Chinese
19  drywall for 4x12x1/2 regular, and then you
20  would use domestic for the 5/8ths; is that
21  not correct?
22  A.  We only brought in 4x12x1/2"
23  regular from overseas. We did, however -- it
24  did not meet our demand, so we bought

Page 190

1  domestic 4x12x1/2" also, along with 5/8ths
2  and all the other products.
3  Q.  Okay. And do you have some
4  quantification of, you know, for that time
5  period, you got x amount from China -- I'm
6  just talking about the one-half regular. You
7  know, x percentage from Chinese versus x
8  percentage from wherever you brought it from
9  domestically?
10  A.  I did a spreadsheet on that,
11  and I'm trying to remember what it was. But
12  my recollection was -- I think in that time
13  frame, was we shipped somewhere in the
14  neighborhood of 1.8, 1.9 million sheets of
15  4x12x1/2". That's including what was brought
16  from overseas.
17  Q.  And do you know how much of
18  that was brought from overseas?
19  A.  I believe, including Wuhu,
20  including Taihe, was in the neighborhood of
21  511,000 sheets.
22  Q.  And you didn't -- when I say
23  "you," I mean Interior/Exterior didn't
24  capture in its standard invoice whether it

Page 191

1  was Chinese-manufactured or
2  domestic-manufactured or who the specific
3  manufacturer was; is that correct?
4  A.  No. No. There were notes on
5  occasion. If a customer had a preference and
6  requested something, there were notes on
7  occasion, but nothing uniformly.
8  Q.  Okay. Did you ever have anyone
9  from Lowe's say, "We don't want Chinese
10  wallboard"?
11  A.  No.
12  Q.  Do you ever recall delivering
13  Chinese wallboard to Lowe's and having them
14  send it back?
15  A.  I don't recall, no.
16  Q.  Was there a cost difference
17  between the Chinese wallboard and the
18  domestic wallboard during this 2006 time
19  frame?
20  A.  No.
21  Q.  Not to the customer?
22  A.  Are you talking about sale
23  price?
24  Q.  Well, I was going to try to

Page 192

1  break it down.
2  A.  Okay.
3  Q.  Let's talk about sale price
4  first to the customer.
5  A.  Okay. Okay.
6      No. I mean, the market
7  fluctuated, and each market is different. So
8  the sale price fluctuated by market and by
9  time frame.
10  Q.  Okay. But you don't recall
11  having a clear distinction where you broke it
12  down where, you know, "I'll give you American
13  for x price and Chinese for less"?
14  A.  No. No. The only distinction
15  would have been the damaged product that we
16  talked to you about that was busted.
17  Q.  Okay. What about on the
18  purchase side, was there a general difference
19  between the purchase price of the Chinese
20  versus the American?
21  A.  No, it was at or near the
22  market price.
23  Q.  And what were the American
24  brands that you were selling at that time?

Page 193

1 A.  National Gypsum.
2 Q.  And that's gold board?
3 A.  Gold Bond.
4 Q.  Gold Bond?
5 A.  National Gypsum, U.S. Gypsum, I
6 think Temple-Inland, and maybe CertainTeed
7 also, and possibly American Gypsum.
8 Q.  And this spreadsheet that you
9 did, was that done for litigation purposes,
10 or that was done just in ordinary business
11 purposes?
12 A.  It was done for litigation.
13 Q.  Okay.
14     MR. HERMAN: Do you know
15 whether you produced it or whether
16 it's work product?  I mean, I can't
17 recall whether we got it or not.  We
18 may have, but I'm just --
19     MR. DUPLANTIER: I believe we
20 produced it.
21     MR. HERMAN: Okay.
22     THE WITNESS: I don't know that
23 we did.
24     MR. DUPLANTIER: Okay.

Page 194

1     MR. HERMAN: Well, we'll figure
2 it out.  Okay.
3     THE WITNESS: It wasn't
4 something that anybody -- I just put
5 it together to see how much domestic
6 versus imported that we bought.
7     MR. HERMAN: Okay.
8     MR. DUPLANTIER: Oh, that
9 spreadsheet, you're talking about.
10     THE WITNESS: Yeah.
11     MR. DUPLANTIER: I thought you
12 were talking about the calculation of
13 the cost, because we did produce that.
14     THE WITNESS: Oh.  No.  No.
15     MR. HERMAN: Well, is it work
16 product?
17     MR. DUPLANTIER: The
18 calculation of the cost?  No, we don't
19 consider that to be work product.  I
20 believe that's been produced.
21     MR. HERMAN: Okay.  And what
22 about the breakdown of U.S. to
23 Chinese?
24     MR. DUPLANTIER: I -- we have

Page 195

1 no objection to producing that to you.
2 We've produced all invoices for all
3 sales of drywall during the relevant
4 period of time.
5     THE WITNESS: Yeah, the sum of
6 all those invoices should equal the
7 number that you're talking about.
8     MR. DUPLANTIER: So you can
9 take those and do your calculation.
10     BY MR. HERMAN:
11 Q.  The second one is Bates
12 number 24995.  There's a "ship to," which is
13 a Home Depot in Baton Rouge.  See that?
14 A.  Yes.
15 Q.  And then there's a "bill to,"
16 Home Depot in Atlanta, Georgia.  Is that just
17 the corporate headquarters of Home Depot?
18 A.  That's where they accept their
19 invoices.
20 Q.  Okay.  And then it says in the
21 invoice, "Off George O'Neal, T/L into White
22 Oak Place, first house on right."
23     Do you know what that is?
24 A.  Appears to be kind of more

Page 196

1 specific directions to get to the -- possibly
2 to the house where it was delivered.
3 Q.  Did Home Depot somehow, on some
4 occasions, purchase drywall that
5 Interior/Exterior would deliver or arrange
6 for the delivery to specific properties?
7 A.  Normally, the only time we
8 shipped to Home Depot was -- we have crane
9 trucks, boom trucks with labor, and we'll go
10 and -- we call it stocking a job for them,
11 and spread the material out in the house and
12 then bill Home Depot, and Home Depot will
13 bill their customer.
14 Q.  Okay.  And did the same thing
15 happen with Lowe's?
16 A.  Yes.  We did not usually ship
17 directly to a Lowe's store.  They would buy
18 their own drywall for their own customers
19 that come in, but it would be product that
20 they wanted stocked at a house.
21 Q.  Okay.  But it looks like, to me
22 at least, if you look at the first page,
23 19884, it looks like it's actually going to a
24 store, huh?  Oh.  Oh, okay.

Chinese Drywall MDL          Confidential – Subject to Further Confidentiality Review          Clayton & James Geary
February 5, 2010

Page 197

1  A.  "Lot 2, Acton Meadows."
2  Q.  I see.  Okay.  So it's actually
3  going to a lot?
4  A.  Yeah.
5  Q.  Okay.  And then Lowe's is going
6  to bill the customer for that?
7  A.  The customer, yeah.
8  Q.  Okay.  And then if we look at
9  the third one, 17768, it looks like it's
10 billed to Creola Ace Hardware.  Do you know
11 what that is?
12 A.  Creola Ace is a -- I think
13 they're a -- some type of hardware store, and
14 they bought product and sold it to -- looks
15 like Mitchell.
16 Q.  Okay.  And what's Mitchell, to
17 your knowledge?
18 A.  It's a construction company.
19 Q.  Okay.  And where -- there's an
20 address there.  Do you know whether that's
21 the actual Mitchell Corporation address or
22 whether that's a house that they were
23 building?
24 A.  I don't know.

Page 198

1  Q.  Okay.  Do you know what was
2  ordinarily the procedure, in terms of
3  Mitchell?
4  A.  In terms of Mitchell, no, I
5  don't.
6  Q.  Okay.  Then we've got Bailey
7  Lumber in 17901.  Do you know what Bailey
8  Lumber is?
9  A.  Bailey Lumber is a customer of
10 ours.  They're a lumber yard, and we --
11 similar to what you mentioned with Home
12 Depot, we will -- they'll call us and say,
13 "Hey, deliver 200 sheets to Mrs. Smith's
14 house on number 12 Elmwood Lane," and we'll
15 go deliver it and bill them and they bill the
16 customer.
17 Q.  Okay.  So on 17901, where it
18 talks about 98 Mount Vernon Court in Ocean
19 Springs, based on your experience, that would
20 be the house that Bailey was building and not
21 the actual Bailey facility?
22 A.  Not building.  They're a supply
23 company also.  They're a lumber yard.
24 Q.  Okay.  They're -- okay.

Page 199

1  A.  Once again, we have the crane
2  trucks and the labor, and they're not set up
3  for that.
4  Q.  Okay.  What is 84 Lumber?
5  A.  A lumber company also.  Similar
6  situation.
7  Q.  And you supplied them with
8  drywall?
9  A.  Yes.
10 Q.  Do you know whether you gave
11 them Chinese, domestic or both?
12 A.  Do not know.
13 Q.  Do you know whether you gave
14 Bailey Chinese, domestic or both?
15 A.  Do not.
16 Q.  Do you know whether you gave
17 Mitchell Chinese, domestic or both?
18 A.  I do not.
19 Q.  Do you know whether you gave
20 Creola Ace Hardware Chinese, domestic or
21 both?
22 A.  Do not.
23 Q.  Do you know whether you gave
24 Home Depot Chinese, domestic or both?

Page 200

1  A.  Do not.
2  Q.  All right.  17467 is Llano
3  Construction Company.  Do you know what that
4  is?
5  A.  A construction company here in
6  New Orleans.
7  Q.  And you supplied them with
8  drywall?
9  A.  Yes.
10 Q.  Do you know whether you gave
11 them Chinese, domestic or both?
12 A.  Do not.
13 Q.  Did you guys supply Habitat for
14 Humanity with drywall?
15 A.  Yes.
16 Q.  Do you know whether you gave
17 them Chinese, domestic or both?
18 A.  Do not.
19 Q.  Okay.  If you look at 24700, it
20 says "Ship To:  Royal Homes."
21    Do you know what Royal Homes
22 is?
23 A.  Royal Homes, I believe, is a
24 builder.

Page 201

1  Q.  Okay.  And it says, "Bill To:
2  Louisiana Lumber."
3      Do you know what Louisiana
4  Lumber is?
5  A.  Yes.
6  Q.  What's that?
7  A.  A lumberyard.
8  Q.  And you supplied Louisiana
9  Lumber with drywall?
10  A.  Yes.
11  Q.  Would you generally give the
12  drywall to Louisiana Lumber, or you would
13  deliver it to the actual house that was being
14  built or under construction?
15  A.  Typically, deliver straight to
16  the house.
17  Q.  Okay.  So here we have "68034
18  Marion, corner of Strain Road and Marion" --
19  A.  Uh-huh.
20  Q.  -- in Mandeville?
21      So that's the house that the
22  drywall would have been delivered to?
23  A.  Yes.
24  Q.  And you can't tell from looking

Page 202

1  at this invoice whether it was Chinese,
2  domestic or both?
3  A.  No.
4      (Whereupon, Deposition Exhibit
5  INEX-30b6-39, 10/24/05 Davis E-mail to
6  C. Geary, Subject: USA Wallboard,
7  INT/EXT00623, was marked for
8  identification.)
9      BY MR. HERMAN:
10  Q.  I show you INEX-30b6-39.  Do
11  you recall getting this or seeing it or...
12  A.  I recall seeing it.
13  Q.  Okay.  It says, "We have found
14  it difficult to find both marine insurance
15  and a vessel."
16      This is from the guy at Knauf?
17  A.  This is from John Davis, who I
18  understood to be kind of the salesman.
19  Q.  Okay.  "There may be up to
20  60 days' wait for a vessel to the Gulf of
21  Mexico.  You may want to consider organizing
22  the shipping from your end.  Again, as
23  mentioned before, we've always sold strictly
24  FOB for all of our export orders."

Page 203

1      And do you recall that you did
2  arrange for the shipping on your end?
3  A.  Yes.
4  Q.  And it says, "Previously, we
5  have sent over the ASTM test report via
6  e-mail.  Is that sufficient?"
7      Do you know whether that's the
8  test report that we looked at earlier?
9  A.  I don't know.
10      (Whereupon, Deposition Exhibit
11  INEX-30b6-40, 11/23/05 App E-mail to
12  C. Geary, Subject: Wallboard
13  Business - Continuation, INT/EXT04048,
14  was marked for identification.)
15      BY MR. HERMAN:
16  Q.  Okay.  This is INEX-30b6-40,
17  Bates number 4048.  It says, "Rudy leaves
18  for," I guess, "China tomorrow and will
19  return on December 7th."
20      Do you know who Rudy is?
21  A.  Rudy worked for J.W. Allen.
22  Q.  It says, "I want him to learn
23  as much as he can on how this business is
24  done in China."

Page 204

1      Do you know specifically what
2  Rudy was doing over there?
3  A.  As I recall, Rudy was going
4  over to, you know, inspect the product as it
5  was -- that first shipment -- well, that
6  would be too early, actually.
7      I don't recall.
8  Q.  It says, "Rudy and Weida
9  Freight Systems have an appointment to visit
10  Knauf on November 28th."
11      Do you know what they were
12  supposed to be doing when they were visiting
13  Knauf?
14  A.  I don't remember.
15  Q.  In terms of observing the
16  actual shipping, that would be where the
17  plasterboard was loaded onto the ship?
18  A.  Yes.
19  Q.  Is the plasterboard loaded onto
20  the ship at the plant?  Is the plant on a
21  port?
22  A.  I don't know.
23  Q.  It says, "Would it be okay for
24  Rudy to visit Beijing New Building Materials

Chinese Drywall MDL        Confidential – Subject to Further Confidentiality Review        Clayton & James Geary
                                                                                          February 5, 2010

Page 205

1  Company?  The only reason we want to visit is
2  that the more you meet and have some dialogue
3  is the better we become and can better handle
4  your business."
5      Do you recall that?
6  A.  Yes.  I guess once again, at
7  that point in time, to try and develop any
8  relationships to try and get board from
9  another manufacturer.
10     (Whereupon, Deposition Exhibit
11  INEX-30b6-41, E-mail Chain Ending
12  1/10/06 App E-mail to C. Geary,
13  Subject: Update - Pallet Weights -
14  Imported Wallboard, INT/EXT00030, was
15  marked for identification.)
16     BY MR. HERMAN:
17  Q.  Okay.  I'm going to show you
18  INEX-30b6-41, which, for the record, is Bates
19  number 30.  And if you look at the e-mail on
20  the bottom from Mr. App, it says, "The
21  M/V MYSTRAS, our first vessel, will discharge
22  at 7th Street, January 13th."
23     Do you recall that?
24  A.  I recall the e-mail, yes.

Page 206

1  Q.  And is this the first shipment
2  of Chinese drywall coming in, to the best of
3  your recollection?
4  A.  Yes.
5  Q.  And then do you know who Ray
6  Hardin is?
7  A.  Where?
8  Q.  He's the middle e-mail.
9  A.  Oh.  No.  No, I don't know him.
10  Q.  Okay.  Do you recall using CSX
11  Transportation for something?
12  A.  I don't recall if we did or
13  not.
14  Q.  Okay.  It says, "CSX
15  Transportation will not accept for
16  transportation any AAR Section 5 Figure 101 A
17  or B loads with incomplete layers."
18     Do you have any idea what that
19  means?
20  A.  No, I do not.
21  Q.  "Loads must be level."
22     Do you know what that means?
23  A.  I'll assume it just means that
24  they need to be level.

Page 207

1  Q.  Okay.  "It will also be
2  necessary to replace the water barrier
3  because CSX does not pay for water damage
4  claims on open-top loads."
5      Do you know what that means?
6  A.  No.
7      (Whereupon, Deposition Exhibit
8  INEX-30b6-42, E-mail Chain Ending
9  3/9/06 App E-mail to C. Geary,
10  Subject: IEBS and Pan Ocean,
11  INT/EXT03928, was marked for
12  identification.)
13     BY MR. HERMAN:
14  Q.  Let's look at
15  Exhibit 42, which, for the record, is Bates
16  number 3928.
17     Do you recall ever seeing this
18  e-mail?
19  A.  Yes.
20  Q.  Okay.  If you look under 8, it
21  says, "When you lift the Knauf package with a
22  forklift, the package bends from the lift,
23  machine forks out.  This breaks the outside
24  packaging and loosens the bands."

Page 208

1      Do you see that?
2  A.  Uh-huh.
3  Q.  Do you recall ever being
4  advised about that?
5  A.  What was happening at this time
6  was there's some shipments, apparently, in
7  other parts of the country that had a lot of
8  damage, and there was a lot of going back and
9  forth as far as the packaging and did need
10  need to be done as far as the packaging.
11  Q.  Did you have any concern that
12  this was an indication of some problem with
13  the drywall itself?
14  A.  No.
15  Q.  It says, "When you lift the
16  BNBM units with wood pallets, the unit
17  remains flexed and solid across the length of
18  the unit, thus not loosening the bands or
19  outer protection."
20     Do you know what that means?
21  A.  I assume that it means it's not
22  going to bend on the ends.
23  Q.  Okay.  Because of the way that
24  it's packaged?

Page 209

1  A.  Yes.
2  Q.  Okay.  And then it says, "I am
3  by far not an expert, but I have seen the
4  rehandled Knauf packages."
5      Do you know what that means?
6  A.  He's seen our ships being
7  loaded and unloaded in New Orleans.
8  Q.  Okay.  This would have been
9  after -- this is March of 2006, so it's after
10  you've already gotten a couple?
11  A.  Right.  I'm not sure if we got
12  a couple.  I know we had one at that point.
13      (Whereupon, Deposition Exhibit
14  INEX-30b6-57, 7/21/06
15  M/V ALEXANDERGRACHT Pre-Loading Survey
16  of Gypsum Boards, INT/EXT00091 -
17  INT/EXT00097, was marked for
18  identification.)
19      BY MR. HERMAN:
20  Q.  Okay.  Let me show you --
21      MR. HERMAN: Oh, I'm way ahead
22  of myself, but that's okay.  Does it
23  matter if the exhibit numbers are
24  messed up?

Page 210

1      THE REPORTER: (Shakes head.)
2      MR. HERMAN: Okay.
3      BY MR. HERMAN:
4  Q.  Skipping ahead to INEX-30b6-57,
5  which, for the record, is Bates number 91 to
6  97, do you have any idea what we're looking
7  at?
8  A.  It looks like a surveyor's
9  report on a shipment.  The ship name was
10  ALEXANDERGRACHT.
11  Q.  And do you know whether this
12  relates to a specific shipment of Chinese
13  drywall?
14  A.  I believe it does.
15  Q.  It talks about "July 20th,
16  2006, in order to survey and report on the
17  preloading condition of gypsum boards to be
18  exported from Shanghai, China to New Orleans,
19  USA."
20      Do you see that?
21  A.  Uh-huh.
22  Q.  And do you know whether this
23  was a Knauf shipment or a Taihe shipment?
24      MR. SANDERS: Object to form.

Page 211

1  A.  If it was Shanghai, I would
2  assume it was the Wuhu shipment.
3      BY MR. HERMAN:
4  Q.  Okay.  And what was the purpose
5  of getting this report?
6  A.  Weida Freight -- well,
7  J.W. Allen had gone over there before to
8  inspect the shipments that had left.  And
9  Weida Freight, on our behalf, had -- well,
10  J.W. Allen contracted Weida Freight, who
11  apparently contracted these China Marine
12  Surveyors to inspect the product before it
13  got loaded on the ship.
14  Q.  China Marine Surveyors and
15  Sworn Measurers Corp.?
16  A.  Yes.
17  Q.  Okay.  And they were supposed
18  to make sure that there was nothing wrong
19  with the drywall at the time it got put on
20  the ship, right?
21  A.  Loaded onto the ship.
22  Q.  At least nothing obvious?
23  A.  Correct.
24      (Whereupon, Deposition Exhibit

Page 212

1  INEX-30b6-43, E-mail Chain Ending
2  3/10/06 App E-mail to to Bernas,
3  Subject: LOI of 8 tires hold -
4  Wallboard, INT/EXT03916, was marked
5  for identification.)
6      BY MR. HERMAN:
7  Q.  I'm going to show you
8  INEX-30b6-43, which, for the record, is Bates
9  number 3916.  You ever recall seeing this
10  e-mail?
11  A.  Vaguely.
12  Q.  It says, "Unfortunately on the
13  third vessel, on the water now, was delayed,
14  and the manufacturer had to put about a third
15  of the cargo into public storage."
16      Do you recall that happening?
17  A.  Yes.  We had a lot of trouble
18  getting a ship at that point.
19  Q.  Do you recall having any
20  concerns, other than the delays, about the
21  cargo having to sit in public storage?
22  A.  No.
23  Q.  And there's never any
24  indication that there was any contamination

Page 213

1  or anything happened to the drywall while it
2  was sitting in public storage, is there?
3  A.  No.
4  Q.  Okay.  "Rudy was present in
5  China for the first loading, and we were both
6  at the wharf in New Orleans for discharge.
7  In our opinion, the package looks beat up,
8  but the contents is in good shape.  The scrap
9  board does what it is supposed to do and
10 protect the contents."
11     I think I have an
12 understanding, but just for the record, can
13 you explain how the packaging works to
14 protect the contents?
15 A.  They had rejected board, you
16 know, that they would put around the product
17 to protect it, and then I think they banded
18 it, as I recall, and it was palletized, so
19 you could get a forklift underneath the
20 pallet, or sling, as we talked about earlier.
21 Q.  And nobody was going to use
22 that external drywall anyway, correct?
23 A.  No.  No.
24 Q.  And did Interior/Exterior ever

Page 214

1  sell that wrapped drywall --
2  A.  No.
3  Q.  -- at discounted prices or
4  anything?
5  A.  No.
6  Q.  Okay.  And based on your
7  recollection for this shipment, even though
8  some of the outer stuff was banged up, the
9  internal contents appeared to be in good
10 shape?
11 A.  Yes.
12 Q.  Okay.  It says, "Our Chinese
13 manufacturer is Knauf, and they use scrap
14 board cut in strips as risers under the
15 wallboard for pallets."
16     Is that pretty much what you
17 just described, or is that something else?
18 A.  Yeah, when they made the
19 pallets, they cut it into what they call
20 dunnage, and it was, I don't know, four or
21 six inches high, and spaced those so that you
22 can get a forklift under it.
23 Q.  Okay.  "Another Chinese
24 manufacturer, BNBM, uses wood strips and

Page 215

1  plywood under the package and is a better
2  package, but, again, I believe that Knauf's
3  is adequate."
4      Did this have anything to do
5  with your shipping -- with your -- excuse me.
6  Strike that.
7      Did the packaging that Knauf
8  used have anything to do with
9  Interior/Exterior switching from Knauf to
10 Taihe?
11 A.  No.
12 Q.  Do you have any idea what this
13 Pan Ocean Company is, that they're talking
14 about?
15 A.  Pan Ocean, I think, was one of
16 the vessels that they were trying to get, and
17 I don't know whether they got them or not.
18 But it was a time when, once again, we were
19 having trouble getting ships.
20 Q.  Okay.  And there's some talk
21 about how high the pallets are stacked or how
22 high the boards are stacked on the pallet.
23     Why is that a concern, if at all?
24 A.  Frankly, you know, we didn't

Page 216

1  end up having a problem with our shipments,
2  but apparently in some other places, there
3  were problems. And so the freight -- or the
4  shipping companies were concerned about the
5  packaging, more than we were. We felt like
6  it discharged, for the most part, fine.
7      (Whereupon, Deposition Exhibit
8  INEX-30b6-44, E-mail Chain Ending
9  3/24/06 Norris E-mail to C. Geary,
10 Subject: Interior/Exterior Building
11 Supply (IEBS), INT/EXT02445 -
12 INT/EXT02447, was marked for
13 identification.)
14     BY MR. HERMAN:
15 Q.  Okay.  Let me show you
16 INEX-30b6-44, Bates number 2445 through 2447.
17 First of all, do you remember this
18 correspondence from Mr. App to Cecilia Wang?
19 A.  Yes.
20 Q.  And do you recall the
21 circumstances under which this was generated?
22 A.  I guess I have to read it in
23 detail.
24 Q.  Was there a concern on

Page 217

1  J.W. Allen's part, to your knowledge, that
2  Knauf wasn't going to want to do business
3  with J.W. Allen or you guys anymore, for some
4  reason?
5  A.  Knauf got mad at Weida Freight
6  for a while, having to do with the logistics.
7  Everybody was getting frustrated because we
8  couldn't get a shipping line to take the ship
9  because it was a very busy time, apparently.
10  So there was some -- some difficulty between
11  those two, Weida and Knauf.
12  Q.  And they wanted to ship in
13  containers and you wanted to do the break
14  bulk, was the other thing, or...
15  A.  They said it would be a lot
16  easier for them to do it in container.
17  Q.  Okay.  There's something in
18  here one, two, three -- six paragraphs down,
19  that says, "Further, the inland distance to
20  Alabama, Texas and Georgia is 300 to
21  600 miles, and the containers need to be
22  returned to the Port of New Orleans at a
23  cost of $1.25 per mile."
24      We talked about Rome, Georgia.

Page 218

1  Were there any other places in Georgia that
2  you were shipping to or concerned about
3  delivering to?
4  A.  I don't know if we shipped
5  anywhere else in Georgia.  I don't think so,
6  but I'd have to check the invoices.
7  Q.  Okay.  It says at the bottom,
8  "GWB is not the preferred cargo of vessel
9  owners."
10      Do you know why that is?
11  A.  I think it had gotten a bad
12  reputation because of some damage they'd had
13  off-loading or in transit with one shipment.
14  Q.  Well, later in this, they talk
15  about, "We observed severe damage in
16  Virginia, 45%; and Port Manatee, 35%."
17      Do you have any idea whose
18  drywall that is or what shipments they're
19  talking about?
20  A.  We'd gotten some pictures sent
21  to us.  I'm sure they're in the -- what we
22  produced.  But I don't know any details about
23  them.
24      (Whereupon, Deposition Exhibit

Page 219

1  INEX-30b6-45, E-mail Chain Ending
2  3/31/06 App E-mail to Wei & Li,
3  Subject: Great Immensity,
4  INT/EXT03865, was marked for
5  identification.)
6      BY MR. HERMAN:
7  Q.  Okay.  I'm going to show you
8  INEX-30b6-45, which, for the record, is Bates
9  number 3865.  Do you have any recollection of
10  this?
11  A.  Vaguely.  It had to do with we
12  were having, once again, trouble getting a
13  ship.  And, as I recall, Knauf had another
14  customer that we were trying to get that
15  ship, and apparently the other customer got
16  the ship, and we think it was with -- I think
17  he thought it was with the assistance of
18  Knauf.
19  Q.  So were you concerned that
20  Knauf had other preferred customers that they
21  were using a limited amount of ships to get
22  their product to, or were you trying to think
23  of a way -- or is this an opportunity for
24  Weida Freight or J.W. Allen to get a new

Page 220

1  avenue towards getting shipping?
2      MR. SANDERS: Object to form.
3  A.  I think he was frustrated and
4  felt like Knauf wasn't working with Weida,
5  was the concern.
6      BY MR. HERMAN:
7  Q.  Okay.  And then there's a
8  question, or two questions, in the middle of
9  the Williams e-mail that says, "Did Knauf
10  sell the product to a Chinese company who
11  sold it to a company in the United States, or
12  was Knauf the principal party that took
13  responsibility and sold direct to the company
14  in Tampa?"
15      Do you know if you ever got an
16  answer to that question or if Mr. App ever
17  got an answer to that question?
18  A.  I don't know.
19  Q.  Have you ever heard of Knauf
20  selling a product to another Chinese company,
21  which would then sell it to the United
22  States?
23  A.  No.
24  Q.  From your point of view, when

Page 221

1  you were doing business with Knauf, is it
2  fair to say that Knauf was the principal
3  party that took responsibility selling
4  directly to Interior/Exterior?
5     MR. SANDERS: Object to the
6  form.
7  A.  Yes.
8     (Whereupon, Deposition Exhibit
9  INEX-30b6-46, E-mail Chain Ending
10  4/6/06 App E-mail to to Li,
11  Subject: IEBS/Knauf Container
12  Shipments, INT/EXT02442 -
13  INT/EXT02443, was marked for
14  identification.)
15     BY MR. HERMAN:
16  Q.  I show you INEX-30b6-46.  For
17  the record, it is Bates number 2442 and 2443.
18     If you look at the top of
19  page 2, which is Bates number 2443, the
20  second bullet point says, "The terms of sale
21  are FOB Wuhu, but Knauf will handle the
22  pickup of the containers, loading at Wuhu and
23  delivery of the containers to Shanghai.
24     "Further, Knauf is responsible

Page 222

1  for all costs expensed to deliver other
2  containers FAS Shanghai."
3     Do you have any recollection
4  about that?
5  A.  Yeah.  This is when we were
6  talking about containers, and I think I said
7  earlier, I believe the Knauf Wuhu plant was
8  inland, and they had to get -- you know, in
9  this case, the containers inland to the port.
10  Q.  Do you know whether the Knauf
11  Tianjin plant was inland?
12  A.  I don't know.
13     (Whereupon, Deposition Exhibit
14  INEX-30b6-47, E-mail Chain Ending
15  6/19/06 App E-mail to to C. Geary,
16  Subject: Knauf and BNBM Business,
17  INT/EXT02000 - INT/EXT02003, was
18  marked for identification.)
19     BY MR. HERMAN:
20  Q.  I'll show you INEX-30b6-47,
21  Bates number 2000 through 2003.
22     MR. HERMAN: While you're
23  reviewing that, let's go off the
24  record for just one second.

Page 223

1     THE VIDEOGRAPHER: Off the
2  record, 12:48 p.m.
3     (Recess taken, 12:48 p.m. to
4  1:11 p.m.)
5     THE VIDEOGRAPHER: Stand by.
6  We're back on the record.  The time is
7  1:11 p.m.
8     MR. HERMAN: Okay.  We're back
9  on the record.  I had identified
10  Exhibit 47.
11     (Whereupon, Deposition Exhibit
12  INEX-30b6-48, 6/20/06 App E-mail to
13  Wei & Li, No Subject, INT/EXT01999,
14  was marked for identification.)
15     MR. HERMAN: Exhibit 48 is
16  going to be -- INEX-30b6-48 is going
17  to be Bates number 1999.  I don't
18  think it's necessary to ask any
19  questions on it at this time, given
20  your previous answers.
21     (Whereupon, Deposition Exhibit
22  INEX-30b6-49, Handwritten Notes,
23  "M/V MYSTRAS," INT/EXT00053, was
24  marked for identification.)

Page 224

1     BY MR. HERMAN:
2  Q.  Deposition Exhibit INEX-30b6-49
3  is Bates number 53.  Do you know whose
4  handwriting that is?
5  A.  That's my handwriting.
6  Q.  Do you have any idea what
7  Exhibit 49 is?
8  A.  The top of it was calculation
9  on the -- looks like the weight per piece.
10  Q.  Okay.  And why were you
11  concerned about that, if you remember?
12  A.  For shipping, truck lines being
13  able to -- the weight we could put on the
14  truck.
15  Q.  Okay.  And then down at the
16  bottom, it looks like it says like "Temple"
17  or something, and then "USG" and "BPB"?
18  A.  Yes.
19  Q.  What does all that mean?
20  A.  Those are three different
21  manufacturers, and those are their weights.
22  Q.  All domestic?
23  A.  Yes.
24     (Whereupon, Deposition Exhibit

Chinese Drywall MDL        Confidential – Subject to Further Confidentiality Review        Clayton & James Geary
February 5, 2010

Page 225

1   INEX-30b6-50, Handwritten Notes,
2   "Break Bulk," etc., INT/EXT00278, was
3   marked for identification.)
4        BY MR. HERMAN:
5   Q.  All right. Let's look at
6   Deposition Exhibit INEX-30b6-50, which, for
7   the record, is Bates number 278.  Do you have
8   any idea what this is?
9   A.  Looks like I was trying to
10  calculate the price per square foot.  It
11  looks like containers versus break bulk at
12  the top.  Two variables on the top appear to
13  be the ocean freight.
14       The middle looks to be --
15  calculate the cost of the product with the
16  product and the ocean freight from BNBM; and
17  then at the bottom, break bulk versus
18  container on Taihe.
19  Q.  And what's the bottom line
20  price?  That's per square foot?
21  A.  Per square foot, yes.  That
22  does not include -- that would not include
23  transportation to our branches and probably a
24  lot of fees at the wharf.

Page 226

1   Q.  Okay.  And then if you look at
2   the top right, this is where -- does this
3   account for the situation where Knauf shipped
4   directly from Wuhu to New Orleans?
5        MR. SANDERS: Object to form.
6        BY MR. HERMAN:
7   Q.  Or is that just the two legs of
8   the trip? I think I --
9   A.  I think if you -- if you add up
10  those two numbers, I think it comes out to
11  about $4178 per container, if I'm not
12  mistaken.
13  Q.  Okay. I think I may have
14  misread it. I'm sorry.  All right.
15  A.  Okay.
16  Q.  And then given this
17  information, did you use it to make any
18  decisions?
19  A.  We're evaluating costs all
20  along the process.
21       (Whereupon, Deposition Exhibit
22  INEX-30b6-51, 7/6/06 Interior/Exterior
23  Memo to Whitney National Bank,
24  INT/EXT00177, was marked for

Page 227

1   identification.)
2        BY MR. HERMAN:
3   Q.  I'm just going to mark this, so
4   we don't lose our place later, but I don't
5   need to ask you about it.  It's
6   Deposition Exhibit 51, which, for the record,
7   is Bates number 177.
8        (Whereupon, Deposition Exhibit
9   INEX-30b6-52, 9/20/06 Remont E-mail to
10  C. Geary, et al., Subject: Sheetrock /
11  Wed / Sep 20, 2006 / Evening,
12  INT/EXT02379, was marked for
13  identification.)
14       BY MR. HERMAN:
15  Q.  I'm going to show you
16  Deposition Exhibit 52, which is Bates
17  number 2379.  There's a notation in this PS,
18  where it says, "Please keep this
19  confidential.  They do not know the exact
20  relationship of me with IEBS."
21       Do you have any idea what this
22  is referring to?
23  A.  Phoenix Imports came and
24  approached us about buying board from them,

Page 228

1   and apparently Rudy Remont, who's with
2   J.W. Allen, had seen them, I guess, at the
3   port, and they didn't realize that he was
4   working with us.  He was our freight
5   forwarder.
6   Q.  So what was he trying to do on
7   INEX's behalf?
8   A.  I think he was just trying to
9   relate to me that they're very interested in
10  moving the product and getting it to
11  New Orleans -- I mean, just selling the
12  product.
13  Q.  It was still in short supply at
14  this time?
15  A.  It had eased up, so it was --
16  at this point, we weren't interested in
17  ordering any more.
18  Q.  Okay.  This is getting towards
19  the end of 2006?
20  A.  This is September 20th, 2006,
21  it looks like.
22  Q.  So it's fair to say that as
23  soon as you didn't really have to get drywall
24  from China anymore, you went right back to

Chinese Drywall MDL      Confidential – Subject to Further Confidentiality Review      Clayton & James Geary
February 5, 2010

Page 229

1  domestic?
2  A.  Yes.
3  Q.  They talk about 4x8 and 4x12.
4  My understanding and recollection is that
5  Interior/Exterior only imported 4x12; is that
6  correct?
7  A.  That's correct.
8      (Whereupon, Deposition Exhibit
9  INEX-30b6-53, E-mail Chain Ending
10  7/11/06 Davis E-mail to App,
11  Subject: IEBS Wuhu Wallboard,
12  INT/EXT03767, was marked for
13  identification.)
14      (Whereupon, Deposition Exhibit
15  INEX-30b6-54, E-mail Chain Ending
16  7/11/06 App E-mail to Li,
17  Subject: Wuhu Wallboard Order,
18  INT/EXT03757, was marked for
19  identification.)
20      MR. HERMAN: Just for the
21  purposes of the record, I'm going to
22  identify Exhibit 53 as Bates
23  number 3767, and Exhibit 54 as Bates
24  number 3757.

Page 230

1      (Whereupon, Deposition Exhibit
2  INEX-30b6-55, 7/26/06 "Kevin" E-mail
3  to "WL", Subject: M/V ALEXANDERGRACHT,
4  INT/EXT03699, was marked for
5  identification.)
6      BY MR. HERMAN:
7  Q.  Let me show you
8  Deposition Exhibit 55, which is Bates
9  number 3699.
10      MR. SANDERS: Are you just
11  identifying it?  Are you going to ask
12  any questions?
13      MR. HERMAN: I am going to ask
14  about this one, which is --
15      MR. SANDERS: But the ones you
16  just introduced into the record, that
17  was for what purpose?
18      MR. DUPLANTIER: They were
19  identified.
20      MR. HERMAN: Just so they're
21  noted.
22      MR. DUPLANTIER: Keep them in
23  order.
24      MR. SANDERS: But you're not

Page 231

1  asking anybody here questions?
2      MR. HERMAN: Somebody may
3  later.  I guess that's the potential
4  downside of marking them early, hope
5  that the advantages outweigh the
6  risks.
7      BY MR. HERMAN:
8  Q.  It talks about -- at some
9  point, it says, "Our Knauf boards can be
10  recognized easily."
11      You see that?
12  A.  No, I'm sorry, I don't.
13  Q.  Is that on yours?
14  A.  Yes.  Okay.
15  Q.  Do you know who this person is
16  that's sending this e-mail, Xu Long Chun?
17  A.  No.
18  Q.  Well, I guess my question is:
19  Based on your experience in dealing with
20  Knauf drywall, is it your impression and do
21  you agree that Knauf boards can be recognized
22  easily?
23      MR. SANDERS: Object to the
24  form.

Page 232

1  A.  I think they're referring to
2  the packaging outside, and there was -- yes,
3  it was easily recognizable.
4      BY MR. HERMAN:
5  Q.  From a packaging, shipping
6  standpoint?
7  A.  Yes.
8      (Whereupon, Deposition Exhibit
9  INEX-30b6-56, Teamhead Surveyors Co.,
10  Ltd., Cargo Condition Report,
11  INT/EXT00447, was marked for
12  identification.)
13      BY MR. HERMAN:
14  Q.  I'm going to show you
15  Deposition Exhibit 56, which, for the record,
16  is Bates number 447.  Do you recall dealing
17  with Teamhead Surveyors?
18  A.  I don't recall it, but I -- it
19  says "DUAL CONFIDENCE," so I assume that was
20  us.
21  Q.  Is DUAL CONFIDENCE one of the
22  ships that brought over Knauf drywall?
23  A.  I believe it was.
24  Q.  Do you recall there being any

Chinese Drywall MDL      Confidential – Subject to Further Confidentiality Review      Clayton & James Geary
February 5, 2010

Page 233

1   complaints about the condition of the Knauf
2   drywall that came on the DUAL CONFIDENCE?
3   A.  No.
4       (Whereupon, Deposition Exhibit
5   INEX-30b6-58, 7/21/06
6   M/V ALEXANDERGRACHT Pre-Loading Survey
7   of Gypsum Boards, INT/EXT00091 -
8   INT/EXT00097, was marked for
9   identification.)
10      BY MR. HERMAN:
11  Q.  We may have looked --
12      MR. DUPLANTIER: We did that
13  already.
14      MR. HERMAN: We did this
15  already?
16      MR. DUPLANTIER: 57.  Yeah,
17  this is the survey report.
18      MR. HERMAN: Okay.  And I think
19  that's just a different version of 58;
20  which I apologize, but -- whatever.
21      MR. DUPLANTIER: That's all
22  right.
23      BY MR. HERMAN:
24  Q.  Anyway, 58, for whatever

Page 234

1   purposes, is Bates number 3959 to 3965.
2       (Whereupon, Deposition Exhibit
3   INEX-30b6-59, Mediterranean Shipping
4   Company Original Bill of Lading,
5   INT/EXT00975, was marked for
6   identification.)
7       BY MR. HERMAN:
8   Q.  I show you Exhibit 59, which is
9   Bates number 975.
10      Just for purposes of explaining
11  for the record, what's a bill of lading, to
12  the best of your knowledge and understanding?
13  A.  Identification of the product
14  that the shipping company carried.
15  Q.  Okay.  And it says notify -- or
16  it looks like, "Notified Metro Resources
17  Corp."
18  A.  As I mentioned, Jim handled
19  more of the Taihe and Metro Resources
20  purchases.
21  Q.  Okay.  And it's your
22  understanding that Taihe gypsum board that's
23  manufactured in China was purchased through
24  Metro Resources by Interior/Exterior?

Page 235

1   A.  Yes.
2   Q.  And do you know where Metro
3   Resources is located?
4   A.  I do not.
5       (Whereupon, Deposition Exhibit
6   INEX-30b6-60, Addendum to Application
7   and Agreement for Documentary Credit
8   Between Interior/Exterior and Knauf
9   Plasterboard Tianjin, INT/EXT00233 -
10  INT/EXT00236, was marked for
11  identification.)
12      BY MR. HERMAN:
13  Q.  . Okay.  I'm going to show you
14  Deposition Exhibit 60, Bates numbers 233 to
15  236.
16      What is Exhibit 60?
17  A.  A letter of credit.
18  Q.  And this relates to a purchase
19  from Knauf Tianjin?
20  A.  Well, I see where it says
21  "Beneficiary:  Knauf Tianjin," but the FOB
22  was Wuhu, China.
23  Q.  Okay.
24  A.  This was not a letter of credit

Page 236

1   that actually got executed.  I think there
2   was a later one that got executed for Wuhu.
3   Q.  Okay.  On 236, it looks like at
4   least Interior/Exterior executed, huh?
5   A.  Yeah, it does.  I think this
6   had to do with the problem with the shipping,
7   because as you can see -- I can tell by the
8   price, because the price ended up being, I
9   think, $10.67 because they handled the
10  shipping.
11      In the beginning, we were going
12  to, and then they secured a ship for us, so
13  Knauf handled the shipping.
14  Q.  Okay.  Do you recall a
15  situation where somebody said, "Oh, no, we've
16  got to change this letter of credit because
17  it's got to be a different company for Knauf
18  Wuhu instead of Knauf Tianjin"?
19  A.  I don't recall that.  I do --
20  we had to, obviously, make the description of
21  goods -- the terms, liner in, free out, or
22  whatever it was, those had to be changed and
23  put to New Orleans.
24  Q.  But from your point of view,

Page 237

1  whether the letter of credit was executed
2  with Knauf Tianjin as the beneficiary or
3  Knauf Wuhu as the beneficiary didn't make any
4  difference, right?
5  A.  Didn't matter to us.
6  Q.  Okay.  And based on your
7  recollection, you never got any indication
8  that it mattered to them, correct?
9     MR. SANDERS: Object to form,
10  foundation.
11  A.  I don't recall if the final
12  letter of credit had -- was listed "Knauf
13  Wuhu" or not.
14     (Whereupon, Deposition Exhibit
15  INEX-30b6-61, DestinAsia Material
16  Gypsum Board Price List, INT/EXT00940,
17  was marked for identification.)
18  BY MR. HERMAN:
19  Q.  I'm going to show you
20  Deposition Exhibit 61, which is Bates
21  number 940.
22     Do you ever recall seeing
23  Exhibit 61 before?
24  A.  Yes.

Page 238

1  Q.  What is it?
2  A.  This was someone else trying to
3  sell us board.
4  Q.  Did you ever purchase drywall
5  from DestinAsia?
6  A.  No.
7  Q.  Do you know where DestinAsia
8  got their drywall?
9  A.  No.
10  Q.  Did you ever sell any drywall
11  in Destin, that you recall?
12  A.  I don't think so, but I'm not
13  positive.  It would be in the invoices, if we
14  did.
15     (Whereupon, Deposition Exhibit
16  INEX-30b6-62, 5/26/06 Zhang E-mail to
17  J. Geary, Subject: D&B, INT/EXT05897,
18  was marked for identification.)
19     BY MR. HERMAN:
20  Q.  Okay. I show you
21  Deposition Exhibit 62, which is Bates
22  number 5897.  Looks like Jim might be more
23  familiar with this than you are, but let me
24  just ask you.

Page 239

1     Do you have any recollection of
2  initially being solicited by Metro to try to
3  sell Chinese drywall?
4  A.  I can't remember how it all
5  came about, to tell you the truth.
6  Q.  Do you know why they were
7  providing, I guess Jim, with Dun & Bradstreet
8  information?
9  A.  I think that would be better
10  asked to Jim.
11  Q.  Okay.  Well, I can ask these to
12  Jim too.  Let me just ask you real quickly,
13  and then I may be able to switch over to Jim,
14  and then I may be able to finish up and pass
15  the baton to somebody else.
16     Are you familiar with ISO 9000
17  or ISO 9001 standards?
18  A.  I've heard of them.
19  Q.  Do you know what they are?
20  A.  Quality control, but I don't
21  know much about that, much more.
22  Q.  Do you recall, in any of your
23  dealings in terms with either Chinese
24  companies or people that were representing

Page 240

1  Chinese companies in some way, having any
2  discussions about whether the Chinese
3  manufacturers complied with ISO standards?
4  A.  I don't recall.
5  Q.  Would it have been your
6  expectation that the Chinese manufacturers
7  would have complied with ISO standards?
8  A.  No.
9  Q.  Is it your expectation that
10  U.S. domestic manufacturers comply with
11  ISO standards?
12  A.  No.
13     MR. HERMAN: I think if we just
14  go off the record for a second, switch
15  up, then I can hopefully finish with
16  Jim and pass the baton.
17     THE VIDEOGRAPHER: Off the
18  record, 1:29 p.m.
19     (Recess taken, 1:29 p.m. to
20  1:31 p.m.)
21     THE VIDEOGRAPHER: Stand by.
22  We're back on the record.  The time is
23  1:31 p.m.
24     ///

Chinese Drywall MDL      Confidential – Subject to Further Confidentiality Review      Clayton & James Geary
February 5, 2010

Page 241

1      JAMES F. GEARY, SR.,
2   having been first duly sworn, testified as
3      follows:
4      EXAMINATION
5      BY MR. HERMAN:
6   Q.   We were looking with your
7   brother at Exhibit 62.  Do you recall getting
8   this e-mail from somebody at Metro Resources?
9   A.   Yes, I do.
10  Q.   And how did this come about, to
11  the best of your recollection?
12  A.   You know, I've thought about
13  it, and I do not recall how we first made
14  contact with Metro Resources.  I just -- I do
15  not recall.
16  Q.   Okay.  And do you recall asking
17  for Dun & Bradstreet information, for some
18  reason?
19  A.   I believe I did.
20  Q.   Okay.  And why were you
21  interested in that?
22  A.   Just -- I mean, just normal
23  course of business.
24  Q.   Okay.  What types of things are

Page 242

1   you looking for, in terms of requesting the
2   Dun & Bradstreet information?
3   A.   What their business activity
4   is, how long they've been in business, would
5   be primary.
6      (Whereupon, Deposition Exhibit
7   INEX-30b6-63, 6/20/06 Metro Resources
8   Correspondence to Interior/Exterior,
9   INT/EXT00967 - INT/EXT00971, was
10  marked for identification.)
11     BY MR. HERMAN:
12  Q.   Okay.  Let me show you
13  Deposition Exhibit 63, which is Bates
14  numbers 967 through 971.  There's -- on the
15  first page, which is Bates number 967,
16  there's a certification, which we've seen
17  before associated with Knauf drywall.
18     Am I correct that this is a
19  certification that similarly covers the Taihe
20  drywall that you imported?
21  A.   Yes, sir.
22  Q.   And if we look at 968, there's
23  a certification for Metro of warranty that
24  it's going to be free from defects in

Page 243

1   materials and workmanship.  Do you see that?
2   A.   Yes, I do.
3   Q.   And from your point of view,
4   that covers the Taihe drywall that was
5   imported?
6   A.   That is correct.
7   Q.   And from INEX's point of view,
8   did Taihe and/or Metro breach that warranty?
9   A.   Yes, they did.
10  Q.   If we look at 970, it says,
11  "Transportation by ocean vessel MSC INGRID
12  from Qingdao, China to New Orleans,
13  Louisiana, USA."
14     You see that?
15  A.   I'm sorry, where are you?  Down
16  here?
17  Q.   Yeah.
18  A.   Okay.  Yes.
19  Q.   And what was the transportation
20  arrangement with Metro regarding Taihe
21  drywall?
22  A.   It was a different situation
23  from what we had done with Knauf, in that we
24  purchased from him -- from Metro containers.

Page 244

1   These containers were shipped directly to our
2   warehouse, and everything was price
3   delivered.
4   Q.   So you took title in
5   New Orleans?
6   A.   We took -- if I'm saying that
7   correctly, we took title in New Orleans, yes,
8   because they had paid the freight for it.
9   Q.   Okay.  And you don't know to
10  what extent Metro Resources took title or was
11  simply acting as an agent for Taihe?
12  A.   I do not know.
13  Q.   If you look at 971, it says,
14  "No solid wood packing materials and no wood
15  packing materials."
16     What does that mean?
17  A.   You know, I believe that was
18  something that we requested on advice from
19  the freight forwarders, but I'm not positive
20  about that.
21  Q.   Okay.  And "CIF New Orleans,"
22  what does "CIF" mean, if you know?
23  A.   I couldn't tell you that.  You
24  know, I don't recall.

Page 245

1 Q.  And then at the bottom, it
2 says, "Two pieces boards one set."
3     What does that mean?
4 A.  I would only assume that to
5 mean that the drywall is -- has two pieces
6 back to back or face to face, and then you
7 have the end tape; and that would be my
8 assumption, if that's what that means.
9 Q.  Okay.  And it says, "The board
10 is going to be labeled 'Made in China, meet
11 or exceed ASTM C1396-04 standard."
12     Did you see that?
13 A.  Yes, I do.
14 Q.  Based on your recollection, did
15 the board that came in from Taihe actually
16 have that designation?
17 A.  Yes, my -- yes, I believe it
18 did have that designation on it.
19 Q.  Do you recall whether there was
20 some other designation?
21 A.  I do not recall.
22 Q.  Like "Taian" or "Taihe" or...
23 A.  No.  The end tape said "Taihe,"
24 but stamped on the back of the board, was

Page 246

1 this right here, "Made in China.  Meet or
2 exceed," et cetera, et cetera.
3 Q.  Okay.  Have you heard the term
4 "Dragon board"?
5 A.  I have heard the term, yes.
6 Q.  And did you ever see any
7 drywall marked "Dragon" or labeled "Dragon"?
8 A.  I have not, no.
9 Q.  Okay.  And the end tape, I
10 think you were saying, said "Taihe"?
11 A.  Yes, it did.
12 Q.  And is that end tape on all of
13 the board that you imported?
14 A.  Yes, it did.  Yes.  All of
15 the --
16 Q.  Taihe board?
17 A.  Yes.
18     MR. HERMAN: Right.  Okay.
19 Thanks.
20     I apologize for the delay.
21     (Whereupon, Deposition Exhibit
22 INEX-30b6-64, E-mail Chain Ending
23 11/23/05 Zeng E-mail to C. Geary &
24 Stetin, Subject: Inspection of Gypsum

Page 247

1 Board, INT/EXT00738, was marked for
2 identification.)
3     BY MR. HERMAN:
4 Q.  Okay.  I'm going to show you
5 Exhibit 64.  It's actually to Clay, but for
6 the record, anyway, this is exhibit 738.
7     Do you know who Jeffrey Zeng
8 is?
9 A.  I don't, no.
10 Q.  Do you have any recollection of
11 dealing with him?
12 A.  I don't -- I'm fairly certain I
13 did not.  Clay may have, but I don't know.
14 Q.  Okay.  Do you consider drywall
15 to be a hard good?
16 A.  I don't know the answer to
17 that.
18 Q.  It says this guy was in charge
19 of inspection of toys and hard goods.  You
20 see that?
21 A.  I do.  I do.  I don't know what
22 that means.
23     (Whereupon, Deposition Exhibit
24 INEX-30b6-65, 6/20/06 Metro Resources

Page 248

1 Certificate of Warranty to
2 Interior/Exterior, INT/EXT00969, was
3 marked for identification.)
4     BY MR. HERMAN:
5 Q.  This is Deposition Exhibit 65,
6 Bates number 969.  And this is the same type
7 of warranty that we saw before, "free from
8 defects in materials and workmanship"?
9 A.  Yes.
10 Q.  And this is a warranty that you
11 consider to be binding with respect to the
12 Taihe drywall, correct?
13 A.  That is correct.
14     (Whereupon, Deposition Exhibit
15 INEX-30b6-66, E-mail Chain Ending
16 1/19/07 J. Geary E-mail to C. Geary,
17 Subject: Sheetrock, INT/EXT02293 -
18 INT/EXT02294, was marked for
19 identification.)
20     BY MR. HERMAN:
21 Q.  Okay.  I show you Exhibit 66,
22 which, for the record, is Bates numbers 2293
23 to 2294.
24     Who is Allan Colley?

Page 249

1  A.  Allan Colley is with Dupuy
2  Storage Company.
3  Q.  And what's Dupuy Storage
4  Company?
5  A.  They are a warehousing
6  operation.  My belief is and understanding is
7  that their primary business is in coffee
8  storage at the wharf, at the port.
9  Q.  Okay.  Did you use them to
10  store Chinese drywall at all?
11  A.  We did not.
12  Q.  Okay.  What was the
13  circumstances surrounding these
14  communications, if you remember?
15  A.  Allan Colley is an acquaintance
16  of mine.  And long after we had sold all of
17  our Chinese drywall, I remember having a
18  discussion with Allen and him telling me that
19  he had some Chinese drywall that he had in
20  storage for a client.
21      When all the news reports
22  started surfacing towards the end of January,
23  I remembered that conversation and called
24  Allen just to -- just for general

Page 250

1  information, to find out what he had, if he
2  had it.
3  Q.  And do you know who the client
4  was that had the -- that owned the sheetrock
5  or was storing the sheetrock?
6  A.  I do not.
7  Q.  And do you know what the
8  manufacturer was of the sheetrock that he
9  had, or who the manufacturer was?
10  A.  No, I do not.  Well, actually,
11  I think there was another e-mail, and he made
12  reference to Crescent City Gypsum.
13  Q.  Which is on --
14  A.  Oh, I'm sorry.  Pardon me.
15  Okay.
16  Q.  That's okay.
17      And do you have any idea what
18  Crescent City Gypsum is or who owns it or...
19  A.  No, I do not.
20  Q.  And did you guys ever have any
21  Crescent City Gypsum sheetrock?
22  A.  No, sir, we did not.
23      (Whereupon, Deposition Exhibit
24  INEX-30b6-67, COMEX Int'l "Attention:

Page 251

1  Purchasing Department" Fax,
2  INT/EXT00707, was marked for
3  identification.)
4      BY MR. HERMAN:
5  Q.  Okay.  Here is
6  Deposition Exhibit 67, which is Bates number
7  707.  This looks like something else
8  involving Crescent City Gypsum.  Do you ever
9  remember seeing this before?
10  A.  I've seen this communication in
11  the last few months.  The writing down at the
12  bottom addresses Trey, who is our -- who at
13  the time was our purchasing manager, and then
14  it says, "Sent to Mandeville branch."
15      So our Mandeville branch
16  received this fax from this company, COMEX.
17  Q.  Have you ever dealt with COMEX
18  before?
19  A.  No, sir, we did not.
20  Q.  Do you know anything about
21  COMEX?
22  A.  I do not.
23  Q.  Okay.  And, to your knowledge,
24  did the Mandeville branch ever decide to

Page 252

1  purchase this Crescent City gypsum board?
2  A.  No, they did not.
3      (Whereupon, Deposition Exhibit
4  INEX-30b6-68, Bubba Board
5  Information & Certification Packet,
6  INT/EXT00897 - INT/EXT 00939, was
7  marked for identification.)
8      BY MR. HERMAN:
9  Q.  Okay.  I'll hand you
10  Deposition Exhibit 68, which is Bates
11  numbers 897 through 939.
12      Have you ever seen Exhibit 68
13  before?
14  A.  No, sir, I have not.
15  Q.  Have you ever heard of Bubba
16  Board?
17  A.  You know, in the back of my
18  mind, I think I may have heard the term, but
19  I'm not familiar with it at all.
20  Q.  Have you ever heard of World
21  Trade Brokers?
22  A.  No, I do not -- or I have not.
23  I'm sorry.
24  Q.  Did Interior/Exterior, to your

Page 253

1   knowledge, ever do any business with Bubba
2   Board or --
3   A.   We did not.
4   Q.   -- World Trade Brokers?
5   A.   Did not.
6   Q.   If you look at Bates
7   number 902, which is, I think, page 3 of
8   the --
9   A.   Yes.
10   Q.   It says, "Conclusion:
11   According to the national standard GB/T
12   9775-1999, paper plaster plate."
13       Do you have any idea what that
14   is, what that standard is?
15   A.   I'm not familiar with that at
16   all.
17   Q.   Okay.  Then there's some stuff
18   in here about ISO standards, and I'll ask you
19   the same question that I asked your brother:
20   Do you recall ever making -- anyone making
21   any representations that any of the Knauf
22   drywall complied with ISO standards?
23   A.   I do not recall.
24   Q.   What about Taihe drywall?

Page 254

1   A.   I do not recall that either.
2   Q.   Is it your expectation that
3   they would have complied with ISO 9000 or
4   9001 standards?
5   A.   Not necessarily.
6   Q.   What's your understanding of
7   what the ISO standards are?
8   A.   I'm not exactly sure.  It's
9   some form of international testing or
10   something of that nature.
11   Q.   Do you know whether domestic
12   drywall manufacturers comply with
13   ISO standards?
14   A.   I do not know.
15       (Whereupon, Deposition Exhibit
16   INEX-30b6-69, 4/16/07 Camden Builders
17   Fax re: Drywall Verification,
18   INT/EXT05747 - INT/EXT05750, was
19   marked for identification.)
20       BY MR. HERMAN:
21   Q.   I'm going to show you
22   Deposition Exhibit 69, which, for the record,
23   is Bates numbers 5747 through 5750.
24       Do you know who or what Camden

Page 255

1   Builders, Inc. is?
2   A.   I do not.
3   Q.   Do you know who Ronnie Marek or
4   Ronnie Mauk is?
5   A.   No, I don't.
6   Q.   Do you recall seeing this
7   information about potential asbestos in
8   drywall?
9   A.   Yes, I do.  Sometime well after
10   we had sold all of the Chinese drywall, I
11   received this e-mail from a gentleman who
12   works for National Gypsum who knew that we
13   had imported some Chinese drywall.  So he had
14   forwarded me this e-mail, just, I think, as a
15   form of information.
16   Q.   Is there anything that
17   Interior/Exterior did, in terms of following
18   up with their clients or samples or anything
19   else, to try to determine whether there was
20   any asbestos in the drywall that they
21   imported?
22   A.   No, we did not.
23   Q.   Did you ever follow up with any
24   of the manufacturers to see whether there

Page 256

1   were any reports or they had any information
2   about asbestos?
3   A.   We had documentation that
4   stated that it did not contain asbestos.
5   Q.   From whom?
6   A.   I know we had from Taihe,
7   specifically; and I think we had something
8   from Knauf, but I can't tell you for sure.
9   Q.   Was that something that you
10   were interested in or concerned about when
11   you originally purchased the drywall, that it
12   might contain asbestos?
13   A.   No.  You know, that's something
14   that's so far off the radar screen, because I
15   don't think asbestos -- to my knowledge,
16   asbestos is not in any products these days.
17       (Whereupon, Deposition Exhibit
18   INEX-30b6-70, 11/06 AWCI Tech Update,
19   INT/EXT06042, was marked for
20   identification.)
21       BY MR. HERMAN:
22   Q.   Let me show you
23   Deposition Exhibit 70.  I don't know why
24   there's two copies of it, but in any case...

Page 257

1     This is Bates number 6042.  Do
2  you know anything about phosphogypsum
3  wallboard?
4  A.  I do now.
5  Q.  How did you come to find out
6  about it?
7  A.  Once all of the articles
8  started appearing that we saw in January of
9  last year, and then there was a lot of talk
10  about, you know, phosphogypsum, did it have
11  or did it not.  But that was the first time
12  we'd seen it.
13  Q.  Do you know how this article
14  got to be in Interior/Exterior's files or
15  where it was in Interior/Exterior's file?
16  A.  It was in our files, and I
17  found it.  It was an attachment with a number
18  of other attachments from Metro Resources
19  when I was getting verification on the ASTM
20  standards -- I'm sorry, the certificates.
21  Q.  Okay.  And did
22  Interior/Exterior make any efforts, either
23  with its customers or with the manufacturers,
24  to try to determine or make sure that there

Page 258

1  was no phosphogypsum in the wallboard that it
2  imported from China?
3  A.  What point of time are you
4  referring to?
5  Q.  Why don't we take it up to
6  January of 2009.
7  A.  No, we did not.
8  Q.  Outside of discussions with
9  counsel, have you made any efforts since
10  then?
11  A.  Have we made any efforts to
12  discuss this with our --
13  Q.  No.  No.  Outside of
14  information that you got from your counsel --
15  A.  Yes.
16  Q.  -- has Interior/Exterior made
17  any efforts since January of 2009 to try to
18  determine whether there is phosphogypsum in
19  the drywall that it imported from China?
20  A.  No, sir, we have not.
21     MR. HERMAN: I think we need to
22  change the tape.  And as far as I'm
23  concerned, we can come right back on.
24     THE VIDEOGRAPHER: Off the

Page 259

1  record, 1:50 p.m.  End of Tape 2.
2     (Recess taken, 1:50 p.m. to
3     1:53 p.m.)
4     THE VIDEOGRAPHER: Stand by.
5  We're back on the record.  The time is
6     1:53.  This is the start of Tape 3.
7     (Whereupon, Deposition Exhibit
8  INEX-30b6-71, 6/13/06 Becnel E-mail to
9  C. Geary, et al., Subject: Coastal
10  Cargo - $75.00 "No-Show" Appt. Fee
11  Approved, Effective July 01, 2006,
12  INT/EXT04689, was marked for
13  identification.)
14     BY MR. HERMAN:
15  Q.  Deposition Exhibit 71, Bates
16  number 4689.  Do you ever recall seeing this?
17  A.  Do not, no.
18  Q.  There's a quote here that says,
19  "I fought the law, but the law won."
20     Do you have any idea what that
21  means?
22  A.  No idea.
23  Q.  Or what it relates to?
24  A.  Well, it says, "Subject:

Page 260

1  Coastal Cargo, $70 no-show, fee approved."  I
2  do not know what that means.
3     (Whereupon, Deposition Exhibit
4  INEX-30b6-72, 3/21/06 App E-mail to
5  C. Geary, Subject: Corrected page two
6  of letter to BNBM, INT/EXT03888, was
7  marked for identification.)
8     BY MR. HERMAN:
9  Q.  Okay.  Let me show you
10  Exhibit 72, Bates number 3888.  I think this
11  is addressed to your brother, but do you ever
12  recall seeing this before?
13  A.  No, sir, I do not.
14  Q.  Do you have any idea why Billy
15  App would not have wanted something forwarded
16  or copied or given to anyone?
17  A.  No, I don't.
18     MR. DUPLANTIER: Object to the
19  form.
20     BY MR. HERMAN:
21  Q.  Have you ever heard of
22  something called Cretin Homes?
23  A.  Cretin Homes is a homebuilder
24  on the north shore.

Page 261

1  Q.  Did Interior/Exterior, to the
2  best of your recollection, supply them with
3  drywall?
4  A.  Yes, I believe so.
5  Q.  Do you know whether it was
6  Chinese, domestic or both?
7  A.  Do not know.
8  Q.  Just real quickly, and then I'm
9  going to let Jim take over his -- I don't
10  think we need these as exhibits, but I made a
11  couple copies, just in case you want to refer
12  to them.  These are your document responses.
13  I just wanted to try to get a few things
14  clear on the record.
15      It says, "Documents" -- I'm
16  looking at Request for Production No. 2.
17  "Documents generated by, prepared for,
18  reviewed by, received by or concerning
19  defendants' board of directors or any
20  committee thereof or authorized thereby
21  concerning Chinese drywall or of problems
22  with the drywall," and after a bunch of
23  stuff, the bottom-line answer is,
24  "Interior/Exterior is not in possession of

Page 262

1  any documents responsive to No. 2."
2      You guys don't have any minutes
3  of meetings or any type of formal recordation
4  of the drywall issues?
5  A.  No, sir, we do not.
6  Q.  Okay.  If we look at on page 5,
7  Request for Production No. 7, "All filings
8  made to any state, federal, domestic and/or
9  foreign governmental agencies, departments,
10  divisions, bodies, entities or
11  representatives," and after some other
12  objections, it says, "Those governmental
13  investigations are confidential and not
14  subject to disclosure by Interior/Exterior."
15      Do you know of any law or
16  regulation or anything that protects or makes
17  confidential communications that you have
18  with governmental agencies?
19      MR. DUPLANTIER: I'm going to
20  object to the form of the question.
21  You're asking for a legal conclusion.
22  We've objected to the production of
23  these reports, and we're not waiving
24  that objection.

Page 263

1      MR. HERMAN: Okay.
2      MR. DUPLANTIER: We believe
3  that while an investigation is ongoing
4  with the Consumer Products Safety
5  Commission, that their investigation
6  material and interim material, until
7  their investigation is concluded, is
8  privileged and not to be released by
9  anyone except for the CPSC.
10      MR. HERMAN: Okay.  And there's
11  some regulation or something that says
12  that?  I mean, I asked you, "What's
13  your authority" -- or no, I said, "Do
14  you have authority," and your answer
15  was yes, but you didn't tell me what
16  it was.
17      MR. SCHILLING: That was the
18  only question you asked, if we did it.
19      MR. HERMAN: Well, I'll sic
20  Anthony Irpino on you, and you can
21  fight out the privileges.  Okay.  I
22  just wanted to get them on the record.
23  Okay.
24      MR. DUPLANTIER: I will

Page 264

1  reiterate that every piece of paper
2  and every document that we have
3  provided to any governmental agency
4  has been produced in accordance with
5  this request.
6      The only things that have not
7  been produced are the actual letters
8  written by the attorneys for
9  Interior/Exterior in response to the
10  inquiries from the governmental
11  agencies.
12      You can see most of our
13  response in the Attorney General
14  lawsuit and the Attorney General
15  response.
16      MR. HERMAN: Thank you.
17      BY MR. HERMAN:
18  Q.  On Request for Production
19  No. 9, it seems to be talking for documents
20  which might relate to Interior/Exterior's
21  participation or supervision of the design,
22  development, test, inspection, manufacture
23  and some other things of Chinese drywall, and
24  it says that you're not in possession of any

Page 265

1  documents responsive.
2    I guess my question is: Is it
3  Interior/Exterior's position that they were
4  never involved in any way with any aspect of
5  design, development, testing or inspection or
6  manufacture of Chinese drywall?
7    MR. DUPLANTIER: I think we've
8  answered those questions today during
9  the deposition, and we reiterate our
10  objection to the vagueness of the way
11  the question was worded.
12    I think we have otherwise
13  answered those questions for the last
14  four hours.
15    MR. HERMAN: So you're
16  instructing him not to answer?
17    MR. DUPLANTIER: I'm
18  instructing him not to answer beyond
19  what he's answered already today.  I
20  think we have answered those
21  questions.
22    MR. HERMAN: Well, if we have
23  to fight about it, we'll fight about
24  it later.

Page 266

1    MR. DUPLANTIER: We should.
2    BY MR. HERMAN:
3  Q.  On 14, it talks about any types
4  of indemnity agreements or joint defense
5  agreements or anything like that.
6    Are you aware of any agreements
7  with any of the other defendants or
8  cross-defendants in the litigation where one
9  party is going to indemnify the other or
10  they're going to work together or anything
11  like that?
12  A.  No, I'm not.
13  Q.  In terms of -- well, I think
14  you've already answered this, but on page 11,
15  Request for Production 24 -- oh.  I know what
16  I wanted to ask you.
17    You've already said you can't
18  differentiate sales of Chinese drywall from
19  domestic drywall; that's correct, right?
20  A.  Yes.
21  Q.  What is the system on which
22  these invoices are maintained?
23  A.  I'm sorry?
24  Q.  We've looked at a bunch of

Page 267

1  invoices?
2  A.  Right.
3  Q.  Is there some kind of database
4  that's like the invoice database or are they
5  generated piece by piece or...
6    If you know.
7  A.  I'm still not sure I understand
8  the question.  I apologize.
9  Q.  I'm trying to find out if
10  Interior/Exterior has some type of database
11  in electronic form that keeps track of all
12  its customers and all the shipments.
13  A.  Then the answer is:  Yes, we
14  do.
15  Q.  Okay.  And the materials that
16  were provided are presumably printed out from
17  that database?
18  A.  That is correct, yes.
19  Q.  There's a request on page 14,
20  Request for Production No. 34, "All notices,
21  claims, complaints, communications or
22  documents of any kind between defendants'
23  employees and employees of affiliate
24  companies or consultants and any property

Page 268

1  owners, homeowners associations, corporate
2  condo boards, property managers, tenants,
3  concerning problems with the drywall,
4  including any symptoms of the drywall's
5  presence and smells or odors,
6  air-conditioning unit or component
7  replacement, corrosion of metals, electrical
8  and/or plumbing systems or components and any
9  related health and safety concerns, issues or
10  claims."
11    Here, there's an objection.  My
12  understanding is that you claim that you
13  don't have any of those, even beyond the
14  objection?
15    MR. DUPLANTIER: Let me clarify
16  one thing for the record.  You're
17  going through a set of discovery
18  responses that we have discussed with
19  both you and other members of the PSC.
20    MR. HERMAN: Okay.
21    MR. DUPLANTIER: Had you guys
22  wanted to address that in a memorandum
23  in a motion to the Court, we've made
24  our position on that -- on this issue

Page 269

1  patently clear.
2     We do not have any of these
3  complaints prior to the first notice
4  of this litigation being instituted.
5  That is the way we interpreted the
6  question. Beyond that, we believe
7  that it's privileged information.
8     We're going to maintain our
9  objection to this discovery request,
10 and I will again explain, like I've
11 explained to you in writing, that we
12 do not have any complaints prior to
13 the first notice that litigation was
14 imminent.
15    MR. HERMAN: Okay. Can I ask
16 the witness on the record if he's
17 aware of any complaints prior to the
18 first notice of the litigation?
19    MR. DUPLANTIER: Yes.
20    BY MR. HERMAN:
21 Q. Are you?
22 A. Absolutely not.
23    MR. HERMAN: Okay. This is
24 going to be somewhat out of order,

Page 270

1  which I apologize for, but I just got
2  this yesterday afternoon. I can make
3  it the next exhibit, if you think that
4  makes things easier, and just relabel
5  it.
6     MR. DUPLANTIER: It's up to
7  you. I don't care. What's it labeled
8  now?
9     MR. HERMAN: It's 94. I'll
10 just make it the right number, which
11 is 73.
12    (Whereupon, Deposition Exhibit
13 INEX-30b6-73, E-mail Chain Ending
14 1/26/09 Heider E-mail to Brisley,
15 Subject: Bessemer Family Sales, Knauf
16 Plasterboard problem, INT/EXT34599 -
17 INT/EXT34605, was marked for
18 identification.)
19    BY MR. HERMAN:
20 Q. For the record, Exhibit No. 73
21 to the deposition is Bates-numbered 34599
22 through 34605. I apologize. I thought this
23 was one document, but then I realized last
24 night, when I was reviewing it, it's a bunch

Page 271

1  put together, but that's the way I thought it
2  was produced.
3     Anyway, are you familiar with
4  the e-mails that are -- that comprise
5  Exhibit 73?
6  A. Yes, I am.
7  Q. Okay. If you go to the last
8  one, 34605, what is that?
9  A. That is a communication that I
10 had with Doug Sanders.
11 Q. Okay. And how did this
12 communication come about?
13 A. Well, when things started
14 happening and one of the first things we did
15 was try and contact -- that's right. We
16 contacted Knauf and -- seeking their
17 assistance.
18 Q. Okay. What was the first
19 indication that you got that there might be a
20 problem with the drywall that you got from
21 Knauf?
22 A. We had communication from --
23 our Mobile office, I believe, was the first
24 communication. And then Jill Donaldson -- I

Page 272

1  got a phone call from Jill Donaldson right
2  around the same time.
3     She contacted our company,
4  stating that she had some problems and said
5  that she had gotten drywall from us and it
6  was Chinese, and essentially wanted to know
7  what we were going to do to take care of it.
8  Q. Do you know around when that
9  was?
10 A. It was very close to Mardi Gras
11 of last year.
12 Q. Okay. And how did -- who do
13 you recall contacting at Knauf, initially?
14 A. Well, we went through the
15 chain, and the first person to contact was
16 our insulation local sales rep.
17 Q. That's the -- is that
18 Jeffrey --
19 A. No, that's Kurt Heider, who's
20 the local sales rep, and he reports to Jeff
21 Brisley.
22 Q. Okay. And somehow that got
23 funneled around to Doug Sanders?
24 A. That's my understanding, yes.

Page 273

1   Q.   And is it your impression, or
2   was it your impression when you received
3   this, that this -- what's reflected in this
4   e-mail was kind of Knauf's formal statement
5   position at the time, in February of 2009?
6        MR. SANDERS: Object to the
7   form.
8   A.   Which -- I'm sorry, which
9   statement are you referring to?
10       MR. DUPLANTIER: He's talking
11   about the last.
12       THE WITNESS: Pardon me. I'm
13   sorry.
14       BY MR. HERMAN:
15   Q.   In early 2006. "KPT has been
16   investigating complaints"?
17   A.   Right. And, I'm sorry, your
18   question again, please?
19   Q.   Is this what you understand to
20   be Knauf's kind of position at the time?
21   A.   At the time, yes, obviously
22   that's what they told us.
23   Q.   Okay. And did you rely on that
24   in some way?

Page 274

1   A.   Yes, we did.
2   Q.   Did you pass what's
3   communicated in here along to your own
4   clients or customers?
5   A.   If -- well, specifically what
6   do you mean? You know, in this
7   communication, it makes reference to Strategy
8   Claims, so if people were to contact us with
9   concerns that they had Chinese drywall, we
10   would then have them contact either Doug
11   Sanders or Charles Fossler of Strategy Claims
12   directly.
13   Q.   And were you aware of Strategy
14   Claims doing some type of investigation with
15   respect to some of the houses that
16   Interior/Exterior had provided Knauf drywall
17   to?
18   A.   Yes.
19   Q.   And were you present or
20   involved with those investigations?
21   A.   No, we were not.
22   Q.   Is there some reason why you
23   guys weren't involved?
24   A.   We felt like it was not our

Page 275

1   position. It was Knauf's position to handle
2   these complaints.
3   Q.   Was there some type of letter
4   or something written to Knauf indicating that
5   it was Interior/Exterior's position that
6   under the warranties, et cetera, whatever
7   happened was going to be Knauf's
8   responsibility?
9        MR. DUPLANTIER: Let me object
10   to the form of the question to the
11   extent that you're asking for any
12   attorney-client privilege. Other than
13   that, you can answer the question.
14   A.   No, we did not send any letter,
15   formal letter, to Knauf for that regard.
16       BY MR. HERMAN:
17   Q.   Okay. If you'll look at 34602,
18   who's Bert Allen, if you know?
19   A.   I'm not sure.
20   Q.   Do you know who Charles Farr
21   is?
22   A.   No, I'm not sure.
23   Q.   Is "BFS," to your knowledge,
24   Bessemer Family Sales?

Page 276

1   A.   I don't know. That would be a
2   guess.
3   Q.   Have you ever done business, to
4   your recollection, with Bessemer Family
5   Sales?
6   A.   I know that we sold to Creola
7   Ace, who sold to contractor Mitchell Homes,
8   who was doing a project for Bessemer Family
9   Sales, to the best of my knowledge.
10   Q.   Okay. If you look at
11   page 34600, it looks like Bert Allen may be
12   with Mitchell Company. Does that refresh
13   your recollection?
14   A.   That's what it appears to be,
15   yes.
16   Q.   And the other place that you
17   mentioned was Creola Ace Hardware?
18   A.   Yes.
19   Q.   Okay. And do you recall seeing
20   this e-mail at some point?
21   A.   Yes, I do.
22   Q.   And it says, "I met with Chris
23   on site last week. He pointed out the
24   concerns regarding the copper on the