# EXHIBIT D



**INTERIOR / EXTERIOR**
**BUILDING SUPPLY**
*LIMITED PARTNERSHIP*
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/28/06 | 1441361-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/10/06 | RICHARD THERIOT | 1 |

CUST.# 5725

SHIP TO: RICHARD THERIOT
4409 LAKE VISTA DRIVE
JIMMY MONTRUELLE 985-966-1854
METAIRIE, LA 70006

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO: CASH SALES ABITA SPRINGS

| INSTRUCTIONS | TERMS |
|---|---|
| 504-915-6613 RICHARD / RAW | NET 1 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/27/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | B16<br>R30 10" X 16" X 48" KRAFT 69.33 SF/BG | 29 | 0 | 29 | BG | 560.00 | MSF | 1125.92 |
| 2 | B06<br>R13 3 5/8" X 15" X 94" KRAFT 107.71 SF/BG | 20 | 0 | 20 | BG | 280.00 | MSF | 603.20 |
| 3 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 150 | 0 | 150 | PC | 260.00 | MSF | 1872.00 |

```
************************************************************
    AMERICAN MADE ROCK ONLY!!!!
    JIMMY MONTRUELLE SAYS DO NOT SEND ANY "CHINC" ROCK
************************************************************
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | 4812MR<br>4' X 8' X 1/2" M/R GYP. BD. 32 SF | 10 | 0 | 10 | PC | 320.00 | MSF | 102.40 |
| 5 | CT114<br>1 1/4" COARSE THREAD SCREWS 8000/CS | 1 | 0 | 1 | CS | 40.50 | CS | 40.50 |

5 Lines Total      Qty Shipped Total     210

Total        3744.02
Taxes         327.60
Downpayment  4071.62
Invoice Total   0.00

Full Amount Tendered For All Orders:    4071.62
*** Back Order/Release Exists ***

Cash Discount    0.00   If Paid By 03/28/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT23834