# EXHIBIT "E"

## 2005 & 2006 RECALLS OF CHINESE MANUFACTURED PRODUCTS

Midwest Cannon Falls Recall of Chinese Manufactured Votive Candles
Sold By:            Gift Stores (Nationwide)
Category:           Housewares
Units Recalled:     10,000
Reason for Recall:  Fire Hazard
CPSC Release #:     05-200
Recall Date:        June 20, 2005

Tahsin Industrial Corp. Recall of Chinese Manufactured Ameristep Hang-on Tree Stands
Sold By:            Gift Stores (Nationwide)
Category:           Housewares
Units Recalled:     480
Reason for Recall:  Injury Hazard
CPSC Release #:     05-201
Recall Date:        June 21, 2005

DeWALT Industrial Tool Company Recall of Chinese & Korean Manufactured Three-Gallon Hand-Carry Oil Free Air Compressors
Sold By:            Homecenter and Hardware Stores (Nationwide)
Category:           Hardware/Tools
Units Recalled:     3,840
Reason for Recall:  Wiring Defects
CPSC Release #:     05-202
Recall Date:        June 21, 2005

Battery-Biz, Inc. Recall of Chinese Manufactured Notebook Computer Batteries
Sold By:            Various Resellers & Retail Stores (Nationwide)
Category:           Computer Products
Units Recalled:     10,000
Reason for Recall:  Overheating and Melting
CPSC Release #:     05-204
Recall Date:        June 22, 2005

American Promotional Events, Inc. Recall of Chinese Manufactured Bat Out of Hell and Powder House Fireworks
Sold By:            Fireworks Retailers
Category:           Fireworks
Units Recalled:     9,000
Reason for Recall:  Fire Hazard
CPSC Release #:     05-206
Recall Date:        June 22, 2005

Prestige Toy Corp. Recall of Chinese Manufactured Spinning Water Teethers
Sold By:            Carter's Stores (Nationwide)
Category:           Hardware/Tools
Units Recalled:     1,500
Reason for Recall:  Choking Hazard
CPSC Release #:     05-203
Recall Date:        June 23, 2005

Target Recall of Chinese Manufactured Birch and Bark Candles
Sold By:            Target Stores
Category:           Housewares
Units Recalled:     256,000
Reason for Recall:  Fire Hazard
CPSC Release #:     05-207
Recall Date:        June 24, 2005

CSK Auto Inc. Recall of Chinese Manufactured Aqua Water Scooters
Sold By:            Checker Auto Parts and Kragen Auto Parts Stores
Category:           Watercraft
Units Recalled:     2,200
Reason for Recall:  Hydrogen Gas Build-Up
CPSC Release #:     05-210
Recall Date:        June 29, 2005

Pottery Barn Recall of Chinese Manufactured Cameron Toy Chests
Sold By:            Pottery Barn Kids' Website and Retail Stores
Category:           Children's Products
Units Recalled:     5,800
Reason for Recall:  Hydrogen Gas Build-Up
CPSC Release #:     05-211
Recall Date:        June 29, 2005

Nautilis Inc. Recall of Chinese Manufactured Nautilus Exercise Benches
Sold By:            Specialty Health and Fitness Stores (Nationwide)
Category:           Exercise Equipment
Units Recalled:     5,800
Reason for Recall:  Stability Issues
CPSC Release #:     05-214
Recall Date:        July 1, 2005

Graco Childrens' Products, Inc. Recall of Chinese Manufactured Duo Tandem Strollers and MetroLife Strollers
Sold By:            Discount and Department Stores (Nationwide)

| | |
|---|---|
| Category: | Baby Products |
| Units Recalled: | 1,143,000 |
| Reason for Recall: | Stability Issues |
| CPSC Release #: | 05-221 |
| Recall Date: | July 7, 2005 |

**Pokemon USA, Inc. Recall of Chinese Manufactured Pokemon Plush Toys**

| | |
|---|---|
| Sold By: | Nintendo World |
| Category: | Toys |
| Units Recalled: | 9,200 |
| Reason for Recall: | Puncture Hazards |
| CPSC Release #: | 05-222 |
| Recall Date: | July 8, 2005 |

**Lamplight Farms, Inc. Recall of Chinese Manufactured Tiki Cone Metal Torches**

| | |
|---|---|
| Sold By: | Wal-Mart Stores |
| Category: | Outdoor Products |
| Units Recalled: | 350,000 |
| Reason for Recall: | Fire Hazards |
| CPSC Release #: | 05-227 |
| Recall Date: | July 19, 2005 |

**Target Recall of Chinese Manufactured So Hot Way Cool Free Wheel Trucks**

| | |
|---|---|
| Sold By: | Target |
| Category: | Toys |
| Units Recalled: | 17,400 |
| Reason for Recall: | Choking Hazards |
| CPSC Release #: | 05-228 |
| Recall Date: | July 19, 2005 |

**H & M Recall of Chinese Manufactured Baby Denim Knit Jackets**

| | |
|---|---|
| Sold By: | H & M Stores |
| Category: | Clothing |
| Units Recalled: | 750 |
| Reason for Recall: | Choking Hazards |
| CPSC Release #: | 05-231 |
| Recall Date: | July 26, 2005 |

**The Holmes Group Recall of Chinese Manufactured Rival Slow Cookers**

| | |
|---|---|
| Sold By: | Wal-Mart, K-Mart and Target Stores |
| Category: | Outdoor Products |
| Units Recalled: | 2,600,000 |
| Reason for Recall: | Fire Hazards |

CPSC Release #:         05-236
Recall Date:            July 29, 2005

The Holmes Group Recall of Chinese Manufactured Tower Heater Fans
Sold By:                Wal-Mart, Bed Bath & Beyond, Linens N Things and Target Stores
Category:               House Products
Units Recalled:         180,000
Reason for Recall:      Fire Hazards
CPSC Release #:         05-240
Recall Date:            August 11, 2005

The Gymboree Corp. Recall of Chinese Manufactured Baby Sandals
Sold By:                Gymboree Stores and Websites
Category:               Clothing
Units Recalled:         5,600
Reason for Recall:      Choking Hazards
CPSC Release #:         05-242
Recall Date:            August 12, 2005

Almar Sales Co. Recall of Chinese Manufactured Childrens' Water Watches
Sold By:                Dollar General Stores (Nationwide)
Category:               Childrens' Products
Units Recalled:         50,400
Reason for Recall:      Toxic / Petroleum Contamination
CPSC Release #:         05-244
Recall Date:            August 17, 2005

West Bend Housewares, LLC Recall of Chinese Manufactured Coffeemaker Carafes
Sold By:                Dillards Stores
Category:               Home Appliances
Units Recalled:         14,000
Reason for Recall:      Stability/Burn Hazards
CPSC Release #:         05-246
Recall Date:            August 19, 2005

Worldwide Cycle Supply, Inc. Recall of Chinese Manufactured Bicycles
Sold By:                Toys "R" Us Stores
Category:               Toys
Units Recalled:         25,000
Reason for Recall:      Stability/Welding Hazards
CPSC Release #:         05-256
Recall Date:            September 2, 2005

Bradshaw International, Inc. Recall of Chinese Manufactured "Bottle Sippers" Pull Up Bottle Caps
Sold By:                Grocery Stores (Nationwide)
Category:               Child Products
Units Recalled:         500,000
Reason for Recall:      Choking Hazard
CPSC Release #:         05-270
Recall Date:            September 15, 2005

Pier 1 Imports Recall of Chinese Manufactured Glass Candle Holders
Sold By:                Pier 1 Import Stores
Category:               Housewares
Units Recalled:         10,000
Reason for Recall:      Breaks Easily - Laceration Hazard
CPSC Release #:         05-272
Recall Date:            September 15, 2005

Pacific Market International, LLC Recall of Chinese & Korean Manufactured Stanley Thermos Bottles
Sold By:                Wal-Mart, K-Mart, Target
Category:               Camping Products
Units Recalled:         45,000
Reason for Recall:      Breaks Easily - Release of Charcoal Powder
CPSC Release #:         05-275
Recall Date:            September 21, 2005

Monogram International, Inc. Recall of Chinese Manufactured Disney Princess Bracelet Keyrings
Sold By:                Wal-Mart, Walgreens, others
Category:               Child Products
Units Recalled:         145,000
Reason for Recall:      Toxic / Lead Contamination
CPSC Release #:         05-277
Recall Date:            September 22, 2005

Dollar General Corp. Recall of Chinese Manufactured Costume Jewelry
Sold By:                Dollar General Stores
Category:               Child Products
Units Recalled:         455,000
Reason for Recall:      Toxic / Lead Contamination
CPSC Release #:         05-278
Recall Date:            September 22, 2005

Delta Enterprise Corp. Recall of Chinese Manufactured Baby Cribs
Sold By:                Toys "R" Us Stores

| | |
|---|---|
| Category: | Child Products |
| Units Recalled: | 335 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-036 |
| Recall Date: | November 22, 2005 |

Stravina Operating Co. Recall of Chinese Manufactured Children's Metal Necklaces and Zipper Pulls

| | |
|---|---|
| Sold By: | Discount, toy, party, grocery and drug stores |
| Category: | Child Products |
| Units Recalled: | 6,000,000 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-042 |
| Recall Date: | November 30, 2005 |

Provo Craft and Novelty, Inc. Recalls Art Accentz ChangIz Metal Charms

| | |
|---|---|
| Sold By: | Craft and Scrapbook Retailers |
| Category: | Jewelry |
| Units Recalled: | 29,000 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-093 |
| Recall Date: | February 23, 2006 |

The Little Tikes Co. Recalls Chinese Manufactured Glowin' Dino and Glowin Doggy Animal Flashlights

| | |
|---|---|
| Sold By: | Target Stores |
| Category: | Toys |
| Units Recalled: | 20,800 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-100 |
| Recall Date: | March 1, 2006 |

Dollar Tree Stores, Inc. Recalls Chinese Manufactured Children Toy Necklaces and Rings

| | |
|---|---|
| Sold By: | Dollar Tree Stores |
| Category: | Jewelry |
| Units Recalled: | 580,000 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-118 |
| Recall Date: | March 23, 2006 |

Reebok International, Ltd. Recalls Chinese Manufactured Heart-Shaped Charmed Bracelets

| | |
|---|---|
| Sold By: | Major Shoe Stores (Nationwide) |
| Category: | Jewelry |

| | |
|---|---|
| Units Recalled: | 300,000 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-119 |
| Recall Date: | March 23, 2006 |

American Girl Recalls Chinese Manufactured Children's Necklaces, Bracelets, Earrings and Hair Accessories

| | |
|---|---|
| Sold By: | American Girl Stores |
| Category: | Child Products |
| Units Recalled: | 180,000 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-123 |
| Recall Date: | March 30, 2006 |

Selective Trading Corp. Recalls Chinese Manufactured Childrens' Necklaces

| | |
|---|---|
| Sold By: | Dollar General Stores |
| Category: | Child Products |
| Approx. Units Recalled: | 55,000 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-150 |
| Recall Date: | April 27, 2006 |

Twentieth Century Fox Recalls Chinese Manufactured Metal Charms sold with DVD's

| | |
|---|---|
| Sold By: | Various Retail Stores |
| Category: | Child Products |
| Approx. Units Recalled: | 760,000 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-156 |
| Recall Date: | May 5, 2006 |

Liz Claiborne, Inc. Recalls Chinese Manufactured Juicy Couture Children's Bracelets and Necklaces

| | |
|---|---|
| Sold By: | Various Retail Department Stores |
| Category: | Child Products |
| Approx. Units Recalled: | 2,800 |
| Reason for Recall: | Toxic / Lead Contamination |
| CPSC Release #: | 06-160 |
| Recall Date: | May 10, 2006 |

Fun Express, Inc. Recalls Chinese Manufactured Bendable Dog and Cat Toys

| | |
|---|---|
| Sold By: | Given away at various libraries |
| Category: | Child Products |
| Approx. Units Recalled: | 340,000 |
| Reason for Recall: | Toxic / Lead Contamination |

CPSC Release #:         06-236
Recall Date:            August 17, 2006

Atico International USA, Inc. Recalls Chinese Manufactured Patio Umbrellas
Sold By:                Longs Drug Stores (Nationwide)
Category:               Outdoor Products
Approx. Units Recalled: 27,700
Reason for Recall:      Toxic / Lead Contamination
CPSC Release #:         06-251
Recall Date:            September 7, 2006

Delta Enterprise Corp. Recalls Chinese Manufactured "Cars" Toy Storage Benches
Sold By:                Toys "R" Us Stores
Category:               Child Products
Approx. Units Recalled: 3,000
Reason for Recall:      Toxic / Lead Contamination
CPSC Release #:         07-029
Recall Date:            November 9, 2006

Target Recalls Chinese Manufactured "Kool Toyz" Children's Products
Sold By:                Target Stores
Category:               Toys
Approx. Units Recalled: 190,500
Reason for Recall:      Toxic / Lead Contamination & Laceration Hazards
CPSC Release #:         07-035
Recall Date:            November15, 2006

Provo Craft Recalls Chinese Manufactured Decorative Snaps and Metal Clips
Sold By:                Craft Stores
Category:               Household Products
Approx. Units Recalled: 76,000
Reason for Recall:      Toxic / Lead Contamination & Laceration Hazards
CPSC Release #:         07-033
Recall Date:            November15, 2006

Really Useful Products, Inc. Recalls Chinese Manufactured Children's Mood Necklaces and Diva Necklaces
Sold By:                Various Stores
Category:               Children's Products
Approx. Units Recalled: 51,600
Reason for Recall:      Toxic / Lead Contamination & Laceration Hazards
CPSC Release #:         07-042
Recall Date:            December 4, 2006

Rhode Island Novelty Recalls Chinese Manufactured Children's Powderpuff Girls Necklaces
Sold By:                  Carnivals, Amusement Parks, Family Entertainment Centers
Category:                 Children's Products
Approx. Units Recalled:   48,000
Reason for Recall:        Toxic / Lead Contamination & Laceration Hazards
CPSC Release #:           07-054
Recall Date:              December 13, 2006

U.S. Toy Company, Inc. Recalls Chinese Manufactured Children's Butterfly Necklaces
Sold By:                  U.S. Toy Company Stores
Category:                 Children's Products
Approx. Units Recalled:   29,000
Reason for Recall:        Toxic / Lead Contamination & Laceration Hazards
CPSC Release #:           07-051
Recall Date:              December 13, 2006

Celebrate Express, Inc. Recalls Chinese Manufactured Gigantic Gemstone Rings
Sold By:                  Celebrate Express Stores, Magazines and Websites
Category:                 Children's Products
Approx. Units Recalled:   194,000
Reason for Recall:        Toxic / Lead Contamination & Laceration Hazards
CPSC Release #:           07-513
Recall Date:              December 19, 2006