# EXHIBIT F



可耐福石膏板（芜湖）有限公司
Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                             German WFOE

## CERTIFICATE OF ORIGIN

WE HEREBY CERTIFY THAT THE FOLLOWING GYPSUMBOARDS HAVE BEEN SHIPPED FROM SHANGHAI, CHINA TO NEW ORLEANS, LOUISIANA.

QUANTITY: 1000 PACKAGES (68000PCS)

COUNTRY OF ORIGIN: CHINA

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: JULY 20, 2006

中国·安徽省芜湖市经济技术开发区港湾路2号   电话:(0553) 584 2053   传真:(0553)584 1416   邮编:241009



可 耐 福 石 膏 板 ( 芜 湖 ) 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                           German WFOE

## MILL CERTIFICATE

WE HEREBY CERTIFY THAT THE 1/2" GYPSUMBOARDS WERE MANUFACTURED IN ACCORDANCE TO ASTM C36.

KNAUF PLASTERBOARDS (WUHU) CO. LTD.

DATE: 2006-7-20

中国·安徽省芜湖市经济技术开发区港湾路2号   电话:(0553) 584 2053   传真:(0553)584 1416   邮编:241009

INT/EXT00085



可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

德 商 独 资                                          German WFOE

## BENEFICIARY'S SIGNED STATEMENT

WE HEREBY CERTIFY THAT:

A) THE GYPSUMBOARDS (GOODS) SHIPPED WERE PROPERLY PALLETIZED, WRAPPED, SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT, AND

B) THAT THE PACKING OF EACH 68 PIECE PALLET CONSISTED OF WRAPPING THEM WITH 6 PIECES OF REJECTED BOARDS ON EACH SIDE TO PROTECT AGAINST DAMAGE, PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING, AND

C) THAT EACH PALLET WAS WRAPPED IN PLASTIC SHEET AND BELTS TO FURTHER PROTECT AGAINST DAMAGE AND MOISTURE. EACH PALLET WAS MARKED FOR SIZE, WIDTH, THICKNESS, AND

D) THE GYPSUMBOARDS HAVE END TAPE.

REMARK: CREDIT NO. CM52114



KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE

中国·安徽省芜湖市经济技术开发区港湾路2号    电话:(0553) 584 2053    传真:(0553)584 1416    邮编:241009



**可耐福石膏板（芜湖）有限公司**
Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                                         German WFOE

## CERTIFICATE OF QUANTITY, QUALITY AND CONDITION

WE HEREBY CERTIFY THAT THE FOLLOWING GYPSUMBOARDS HAVE BEEN SHIPPED FROM SHANGHAI, CHINA TO NEW ORLEANS, LOUISIANA.

QUANTITY: 1000 PACKAGES (68000 PCS)

QUALITY : IN ACCORDANCE TO ASTM C36.

CONDITION : IN GOOD CONDITIONS .

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: 2006-7-20



可耐福石膏板（芜湖）有限公司
Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                    German WFOE

## CERTIFICATE

WE HEREBY CERTIFY THAT ONE SET TO NON-NEGOTIABLE COPIES OF REQUIRED DOCUMENTS HAS BEEN SENT TO APPLICANT BY COURIER SERVICE AT THE ADDRESS OF: 727 SOUTH CORTEZ ST., NEW ORLEANS, LA. 70119.

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: 2006-7-20

中国·安徽省芜湖市经济技术开发区港湾路2号    电话:(0553) 584 2053   传真:(0553)584 1416   邮编:241009

INT/EXT00088



可 耐 福 石 膏 板 ( 芜 湖 ) 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

德商独资　　　　　　　　　　　　　　　　　　　German WFOE

## CERTIFICATE OF WARRANTY

WE HEREBY CERTIFY THAT THE GYPSUMBOARDS MANUFACTURED AND SOLD TO INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. ARE GUARANTEED TO BE FREE FROM DEFECTS IN MATERIALS AND WORKMANSHIP.

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: 2006-7-20

中国·安徽省芜湖市经济技术开发区港湾路2号　电话:(0553) 584 2053　传真:(0553)584 1416．邮编:241009

INT/EXT00089