# EXHIBIT G

Jim Geary

**From:** Clay Geary
**Sent:** Tuesday, November 29, 2005 4:37 PM
**To:** 'Srinivasan, Rajan RS (Houston)'
**Cc:** Jim Geary
**Subject:** RE: Sheet rock inspection in China

Please proceed to inspect the product while it is being produced. In addition to the inspection that we discussed, I need you to do an identical inspection sample for Kobrin Supply. This order is probably under HLP also. Please let me know if you need anything further. I await your quote. Thanks, Clay

-----Original Message-----
From: Srinivasan, Rajan RS (Houston) [mailto:Rajan.Srinivasan@sgs.com]
Sent: Tuesday, November 29, 2005 12:14 PM
To: jgeary@interiorexterior.net; cgeary@interiorexterior.net
Cc: Cisneros, Carlos CC (Houston)
Subject: Sheet rock inspection in China


Dear Gents :

This is the response wehave sofar from China.
How do you wish to proceed?


At first, we contact with manufacturer, they declared that they did not know this order. But Yesterday the supplier form HLP – Ms. Wei Lijuan had contact with us, she declared that the factory did not start the production until now, and could not provide the detail information to you.
Regards,


Rajan Srinivasan

**SGS North America Inc.**
12621 Featherwood Drive, Suite 150
Houston, TX 77034

T: 281 484 7475 extn 109; F 281 464 9649 jgeary@interiorexterior.net

rajan.srinivasan@sgs.com

Now available: sign-up for our SGS Industrial Services global newsletter

Information in this email and any attachments is confidential and
intended solely for the use of the individual(s) to whom it is addressed
or otherwise directed. Please note that any views or opinions presented
in this email are solely those of the author and do not necessarily
represent those of the Company.
Finally, the recipient should check this email and any attachments for
the presence of viruses. The Company accepts no liability for any damage

1

INT/EXT05980