# EXHIBIT H

 # MATERIAL SAFETY DATA SHEET

### Product Name: Plasterboard Standard Core

**STATEMENT OF HAZARDOUS NATURE**

This product is not classified as hazardous according to the criteria of the National Occupational Health and Safety Commission (NOHSC).

Knauf Plasterboard (Tianjin) Co.,Ltd.
North Yinhe Bridge, East Jingjin Road,
Beichen District, Tianjin
300400
P.R.China
Telephone:         +86 22 26972777
Facsimile:         +86 22 26972653

**IMPORTANT NOTICE:** This Material Safety Data Sheet (MSDS) is issued by Knauf (Tianjin) Company Limited as such, the information in it must not be altered, deleted or added to. Knauf (Tianjin) company limited will issue a new MSDS when there is a change in product specifications and/or guidelines/regulations. Knauf (Tianjin) Company Limited will not accept any responsibility for any changes made to its MSDS by any other person or organisation.

| | |
|---|---|
| **Product name:** | Knauf Plasterboard (Standard Core) |
| **Manufacturer's Product Code:** | Not applicable |
| **UN number:** | None allocated |
| **Dangerous goods class & Subsidiary Risk:** | None allocated |
| **Hazchem code:** | None allocated |
| **Poisons schedule number:** | None scheduled |
| **Use:** | Interior linings for walls and ceilings. Some products are also water resistant or fire-resistant. Consult the Knauf Manual for recommendations on application, use and installation. |

**PHYSICAL DESCRIPTION/ PROPERTIES:**

| | |
|---|---|
| **Appearance:** | A rigid sheet of plasterboard or cornice consisting of a gypsum core encased in a paper plasterboard liner |
| **Boiling Point: (°C)** | Not applicable |
| **Melting Point: (°C)** | 1450 (calcium sulphate dihydrate) |
| **Vapour pressure:** | Not applicable |
| **Specific gravity ($H_2O = 1$)** | 2.3 (approximately) |
| **Flashpoint:** | Not applicable |
| **Flammability Limits:** | Not flammable |
| **Solubility in water:** | Not soluble |
| **Reactivity with common substances, for example, air or water:** | Not reactive |
| **Auto-ignition temperature (°C):** | - |
| **Odour Threshold:** | Slight plaster odour |
| **Lower Explosion Limit:** | - |
| **Upper Explosion Limit:** | - |
| **Self Accelerating Decomposition:** | - |

*Per an e-mail from Knauf → spec. sheet and MSDS are one in the same.*

 # MATERIAL SAFETY DATA SHEET

## INGREDIENTS:

| Chemical Name: | CAS Number: | Proportion: | Exposure Limits * |
|---|---|---|---|
| Calcium sulphate dihydrate | 10101-41-4 | >95% | - |
| Paper lining | - | 4-9% | - |
| Starch | 9005-25-8 | <1% | 10 mg/m3 measured as inspirable dust |
| Paper pulp | - | <1% | 10 mg/m3 measured as inspirable dust |
| Continuous filament glass fibre | 65997-17-3 | <0.2% | - |

Note: The quartz content of Knauf plasterboard is less than 0.1%.

## HEALTH HAZARD INFORMATION

Intact Knauf Plasterboard does not give off dust or fume during installation or when installed.
The potential health hazards are related to dust generated from these materials during the use of power tools and sanding. Inhaling dust liberated from Knauf plasterboard may aggravate pre-existing respiratory conditions.

### Health Effects

*Acute:*

Swallowed: Unlikely under normal conditions of use, but swallowing the dust may result in abdominal discomfort.

Eye: The dust can irritate the eyes causing watering and redness.

Skin: The dust, particularly in association with heat and sweat, can cause irritation, but it is not absorbed through the skin.:

Inhaled: Inhalation of the dust can cause irritation of the nose, throat and lungs resulting in excess mucus and coughing.

*Chronic:*

Inhaled: Repeated exposure to the dust can result in increased nasal and respiratory secretions and coughing.

### First Aid

Swallowed: Give copious amounts of water to drink.

Eye: Flush thoroughly with flowing water for at least ten minutes. If symptoms persist, seek medical attention.

Skin: Wash thoroughly with soap and water.

Inhaled: Remove to fresh air.

**Advice to Doctor**   Treat symptomatically.

 # MATERIAL SAFETY DATA SHEET

## PRECAUTIONS FOR USE

**Engineering Controls:** Unless Knauf plasterboard is cut, no dust is generated. Work practices should minimise the release of, and exposure to, dust. Avoid the use of power saws.

**Special Considerations for Repair / Maintenance:** Avoid breathing dust. Where possible vacuum or wipe down all gear and equipment prior to maintenance and repair work. If compressed air cleaning cannot be avoided, wear eye and respiratory protection, and clothing as listed below.

**Personal Protection:**

Skin Protection: Wear loose comfortable clothing.

Respiratory Protection: None required if engineering and handling controls are adequate.
If dust is generated, wear a P1 or P2 particulate respirator (dust mask)

Personal Hygene: Do not smoke whilst handling Knauf branded plasterboard or cornice. Wash skin with mild soap and water after working with Knauf branded plasterboard.

**Flammability:** The gypsum plaster core is non-flammable. The paper lining will smoulder and burn in a fire.

## SAFE HANDLING INFORMATION

**Storage and Transport:** This product should be stored in its factory packaging in a dry area. No special transport requirements are necessary.

**Spills and disposal:** Dust and waste should be cleaned up by bagging, wet sweeping and/or vacuuming. Waste should be placed in containers and disposed of with other construction waste in accordance with local authority guidelines.

**Fire/explosion hazard:** Gypsum is not flammable, though the paper coating may smoulder and burn in a fire.

**Smoking and Other Dust:** Inhalation of airborne particles from other sources, including those from cigarette smoke, may increase the risk of lung disease. All storage and work areas should be smoke-free zones and other airborne contaminants should be kept to a minimum.

IMPORTANT NOTICE : The information in this document is based on data which, to the best of Knauf (Tianjin) Company Limited's knowledge, was accurate and reliable at this document's issue date stated below. However Knauf Tianjin Company Limited does not accept any responsibility for errors and omissions. Users are advised to make their own determination as to the suitability of this information in relation to their particular purposes and specific circumstances. If a user is uncertain about the use of a product or the meaning of anything in this document, the user should seek guidance from the contact point referred to above.

Issue Date:   June 2003