# EXHIBIT I

**Jim Geary**

**From:** David Zhang [dzhang@metroresourcescorp.com]
**Sent:** Friday, December 01, 2006 8:51 AM
**To:** Jim Geary
**Subject:** Re: local trucking service

Jim, I am still working on it. David

----- Original Message -----
**From:** Jim Geary
**To:** David Zhang
**Sent:** Friday, December 01, 2006 8:33 AM
**Subject:** RE: local trucking service

I would still like to have the MSDS sheets for our files.

-----Original Message-----
**From:** David Zhang [mailto:dzhang@metroresourcescorp.com]
**Sent:** Thursday, November 30, 2006 10:04 PM
**To:** Jim Geary
**Subject:** Re: local trucking service

Jim,

I wonder if you are familiar with Guardian Supply and Stock Supply, both of them importing drywall from Taian Taishan 3 vessels nearly 1,000,000 pcs this year. Guardian Supply and Stock Supply tested Taian Board by themselves and find Chinese Boards quality is higher than US. Maybe you can provide this information to your clients first.

Taian Taishan is not familiar with MSDS US way, in China all materials tested and licensed by Governments. I already provided Taian Taishan US plants MSDS and ask them try best to provide the report, it will take some time.

Because all our board are manufacturer's brand name, from the website, your clients will know it is from Chinese largest drywall manufacturer. Once your clients know above information, maybe they will not request you to provide them MSDS.

Hope to have some other commodities together, such as steel frame, etc..

Thanks!
David

----- Original Message -----
**From:** Jim Geary
**To:** David Zhang
**Sent:** Tuesday, November 21, 2006 11:09 AM
**Subject:** RE: local trucking service

David,
 I am still waiting to get the MSDS information from you; please advise. Also, received an invoice from TCI for $160. What should I do with this?

Jim

-----Original Message-----
**From:** David Zhang [mailto:dzhang@metroresourcescorp.com]
**Sent:** Wednesday, September 13, 2006 8:02 PM

1

**To:** Jim Geary
**Subject:** Re: local trucking service

Jim:

Do you have other local trucking company? It seems TCI couldn't move out all these containers before Demurrage due day. This Friday is the last day.

Please contact with TCI and find out if they can deliver you on time or not. Otherwise you can request Custom Clearance company change order and request new local trucking company to port and pick up containers to you.

My son was born this morning, very busy recently. If you have any question, please call my cell phone, I will call you back as soon as I leave hospital, maybe late afternoon, or early morning. After this Friday, I will be available.

Thanks!
David

----- Original Message -----
**From:** David Zhang
**To:** JODY ; Tina Zeller ; JON ; jgeary@interiorexterior.net
**Cc:** tliang@metroresourcescorp.com
**Sent:** Wednesday, September 13, 2006 8:43 PM
**Subject:** Re: local trucking service

Jody, can you contact with Jim directly?

All these ctns need to be pick up and move out of port before demurrage due day. Both Jim and I don't like to see any extra charge.

Thanks!
David

----- Original Message -----
**From:** JODY
**To:** David Zhang ; Tina Zeller ; JON ; jgeary@interiorexterior.net
**Cc:** tliang@metroresourcescorp.com
**Sent:** Wednesday, September 13, 2006 5:15 PM
**Subject:** RE: local trucking service

david, we have delivered 10 containers to exterior building supplies yesterday, 9/12. as of yet, there are no empties. i know we will not have them all out by friday so i just wanted to let you know.

thanks, jody

**From:** David Zhang [mailto:dzhang@metroresourcescorp.com]
**Sent:** Wednesday, September 06, 2006 4:42 PM
**To:** Tina Zeller; JON; jgeary@interiorexterior.net
**Cc:** JODY; tliang@metroresourcescorp.com
**Subject:** Re: local trucking service

Tina, we have contract with MSC, they provide us 7 working days per diem, the last 10 ctns is 10 working days per diem.

Because port only provides 5 working days for demurrage, you can deliver to our client warehouse 6 or 10 ctns per day, our client will try their best to unload ctns as quick as possible, so you can return

INT/EXT05797

these container within detention days. Please contact with Jim regarding drop off and pick up schedule.

Thanks!
David

----- Original Message -----
**From:** Tina Zeller
**To:** David Zhang ; JON ; jgeary@interiorexterior.net
**Cc:** JODY ; tliang@metroresourcescorp.com
**Sent:** Wednesday, September 06, 2006 5:17 PM
**Subject:** RE: local trucking service

Please note that is the free time to p/u containers from pier wants released.
But you will only have 3 working days from the p/u date to return date not to incur in any per diem.


TINA ZELLER
TCI TRUCKING INC
1000 EDWARDS AVE
HARAHAN, LA 70123
504-734-0561 PHONE
504-734-7901 FAX



**From:** David Zhang [mailto:dzhang@metroresourcescorp.com]
**Sent:** Wednesday, September 06, 2006 3:19 PM
**To:** JON; jgeary@interiorexterior.net
**Cc:** JODY; Tina Zeller; tliang@metroresourcescorp.com
**Subject:** local trucking service

John:

MSC told me that New Orleans Port has 5 working days for demurrage, please check in your side again. Our 30 containers will come on September 7, everything is the same as former 20 containers, Robert W. Cisco Customs will do customs clearance and deliver to the same location.

We have six bill of lading total which number isMSCUQB630625, 630633, 630641, 630658, 630666, 630674. Only 2 bill of lading which number is MSCUQB630666 and MSCUQB630674, MSC agrees to give us 10 working days for free detention day, the other 4 bill of lading only have 7 working days. Please be careful containers returning date. We don't hope any demurrage and detention charge happen in our side.

Interior & Exterior can unload max 6 ctns per working day and have large space to storage containers, please contact with Jim Geary at 504 488-1998 x 125 regarding container delivering and returning back to port schedule.

Thanks!

David Zhang
Metro Resources Corp.
Cell: 248 863-8562

INT/EXT05798