# EXHIBIT J




# 中华人民共和国出入境检验检疫
## ENTRY-EXIT INSPECTION AND QUARANTINE OF THE PEOPLE'S REPUBLIC OF CHINA

副 本
COPY

## 熏蒸／消毒证书
## FUMIGATION/DISINFECTION CERTIFICATE

编号 No.: 31040 0206047945

| | |
|---|---|
| 发货人名称及地址<br>Name and Address of Consignor | KNAUF PLASTERBOARD (WUHU) CO., LTD.<br>NO. 2 GANGWAN ROAD, DEVELOPMENT ZONE, WUHU ANHUI 241009, P. R. CHINA<br>TEL: 0553-5842053 FAX: 0553-5841416 ATTN: ZHANG GUANG MIN |
| 收货人名称及地址<br>Name and Address of Consignee | INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.<br>P.O. BOX 4002, NEW ORLEANS, LOUISIANA, USA<br>TEL: 001-985-8922334 FAX: 001-985-8097599 |
| 品名<br>Description of Goods | 300 PCS OF DUNNAGE FOR GYPSUMBOARD 12.5MM |
| 产地 Place of Origin | CHINA |
| 报检数量<br>Quantity Declared | -1000- PACKAGES<br>-2780000- KGS G.W.    -2580000- KGS N.W. |
| 标记及号码<br>Mark & No. | N/M |
| 启运地<br>Place of Despatch | SHANGHAI |
| 到达口岸<br>Port of Destination | NEW OLRLEANS |
| 运输工具<br>Means of Conveyance | BY SEA |

## FUMIGATION / DISINFECTION TREATMENT

Date: 14-15 JUL., 2006     Duration & Temperature: -24 HOURS  29 °C

Treatment: FUMIGATION     Chemical & Concentration: METHYL BROMIDE  48  g/m³

### ADDITIONAL DECLARATION

ALEXANDERGRACHT V.0602
B/L: BMA0076SH
********



印章 Official Seal   签证地点 Place of Issue  WU SONG, SHANGHAI     签证日期 Date of Issue  21 Jul., 2006

授权签字人 Authorized Officer  YU SU PING     签 名 Signature

中华人民共和国出入境检验检疫机关及其官员或代表不承担签发本证书的任何财经责任. No financial liability with respect to this certificate shall attach to the entry-exit inspection and quarantine

INT/EXT00080