# EXHIBIT M

# PART:II



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

**INVOICE**

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/06/06 | 1445024-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 06/30/06 | 919 FILMORE | 1 |

CUST.#:  7472

SHIP TO:  919 FILMORE
DAVID 264-4260
CALL B4 WE LEAVE TO UNLOCK
COVINGTON, LA 70433

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO:  F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 07/05/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ******************************** | | | | | | | |
| | ******************************** | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 50 | 0 | 50 | PC | 322.00 | MSF | 772.80 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |

| 1 | Lines Total | Qty Shipped Total | | 50 | | | | |

Total      772.80
Taxes       67.62
Invoice Total  840.42

Cash Discount      7.73   If Paid By 08/04/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26919



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/25/06 | 144547/3-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/17/06 | LOT 27A | 1 |

CUST.#:  7472

SHIP TO: LOT 27A 6TH STREET
HWY 435 TO FIFTH AVE TO 6TH ST
DAVID 264-4260
ABITA SPRINGS, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%.29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 07/24/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ********************************* | | | | | | | |
| | ********************************* | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 110 | 0 | 110 | PC | 322.00 | MSF | 1700.16 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 414.00 | MSF | 79.49 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| | 2  Lines Total | Qty Shipped Total | | 116 | | Total | | 1779.65 |
| | | | | | | Taxes | | 155.72 |
| | | | | | | Invoice Total | | 1935.37 |

Cash Discount    17.80  If Paid By 08/23/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26920



**NEW ORLEANS • MANDEVILLE**
**BATON ROUGE • BIRMINGHAM**
**MOBILE • GULFPORT • HOUSTON**
**FOLEY • LAFAYETTE • LONGVIEW**
**TUSCALOOSA • SHREVEPORT**

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/25/06 | 1445474-00 |
| PO DATE | P.O. NO. | PAGE # |
| 07/17/06 | LOT 29A | 1 |

CUST.#:  7472

SHIP TO:  LOT 29A 6TH STREET
HWY 435 TO 5TH AVE TO 6TH ST.
DAVID 264-4260
ABITA SPRINGS, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO:  F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 07/24/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ****************************** | | | | | | | |
| | ****************************** | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 110 | 0 | 110 | PC | 322.00 | MSF | 1700.16 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 6 | 0 | 6 | PC | 414.00 | MSF | 79.49 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| | | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 116 | | | Total | 1779.65 |
| | | | | | | | Taxes | 155.72 |
| | | | | | | | Invoice Total | 1935.37 |

Cash Discount     17.80  If Paid By 08/23/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26921



**NEW ORLEANS • MANDEVILLE**
**BATON ROUGE • BIRMINGHAM**
**MOBILE • GULFPORT • HOUSTON**
**FOLEY• LAFAYETTE • LONGVIEW**
**TUSCALOOSA • SHREVEPORT**

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 10/03/06 | 1445744-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 07/25/06 | 1443498 SOUTH FACTORY | 1 |

CUST.#   7472

SHIP TO: SOUTH FACTORY RD.
OFF HWY 40
DRIVEWAY END OF SOUTH FACTORY
FOLSOM, LA 70433

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS DAVID 264-4260 | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 10/02/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ******************************** ******************************** GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 50- | 0 | 50- | PC | 311.00 | MSF | 746.40 - |
| 1 | Lines Total | Qty Shipped Total | | 50- | | | | |

Total 746.40-
Taxes 69.05-
Invoice Total 815.45-

CREDIT - DO NOT PAY

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26922



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/18/06 | 1446478-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 08/17/06 | 1445473   LOT 27A | 1 |

CUST.#:     7472

SHIP TO:  LOT 27A 6TH STREET
HWY 435 TO FIFTH AVE TO 6TH ST
DAVID 264-4260
ABITA SPRINGS, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 08/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ******************************** | | | | | | | |
| | ******************************** | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 18- | 0 | 18- | PC | 322.00 | MSF | 278.21 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 18- | | | Total | 278.21- |
| | | | | | | | Taxes | 24.34- |
| | | | | | | | Invoice Total | 302.55- |

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26923



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 09/26/06 | 1447660-00 |
| PO DATE | P.O. NO. | PAGE # |
| 09/21/06 | #3 HELEN | 1 |

CUST.#: 7472

SHIP TO:
#3 HELEN
DAVID 264-4260
OAK PARK OFF BREWSTER
MADISONVILLE, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 09/25/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ***************************** | | | | | | | |
| | ***************************** | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 160 | 0 | 160 | PC | 322.00 | MSF | 2472.96 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 414.00 | MSF | 132.48 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| | | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 170 | | | Total | 2605.44 |
| | | | | | | | Taxes | 227.98 |
| | | | | | | | Invoice Total | 2833.42 |

Cash Discount    26.05  If Paid By 10/25/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26924



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 11/30/06 | 1449947-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 11/29/06 | LOT B | 1 |

CUST.#:    7472

SHIP TO:  STEPHANIE LANE
LOT B

GOODBEE, LA

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 11/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ****************************** | | | | | | | |
| | ****************************** | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 200 | 0 | 200 | PC | 301.00 | MSF | 2889.60 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 16 | 0 | 16 | PC | 400.00 | MSF | 204.80 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

| | | | |
|---|---|---|---|
| 2  Lines Total | Qty Shipped Total | 216 | |
| | | Total | 3094.40 |
| | | Taxes | 270.76 |
| | | Invoice Total | 3365.16 |

Cash Discount    30.94  If Paid By 12/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26925



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 11/30/06 | 1449948-00 |
| PO DATE | P.O. NO. | PAGE # |
| 11/29/06 | LOT C | 1 |

CUST.#:  7472

SHIP TO: STEPHANIE LANE
LOT C
OFF HWY 1077
GOODBEE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 11/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ******************************** | | | | | | | |
| | ******************************** | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 216 | 0 | 216 | PC | 301.00 | MSF | 3120.77 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 400.00 | MSF | 128.00 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 3 | 41258FC | 10 | 0 | 10 | PC | 350.00 | MSF | 168.00 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |

| 3 | Lines Total | Qty Shipped Total | 236 | | Total | 3416.77 |
|---|---|---|---|---|---|---|
| | | | | | Taxes | 298.97 |
| | | | | | Invoice Total | 3715.74 |

Cash Discount    34.17  If Paid By 12/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26926



**NEW ORLEANS • MANDEVILLE**
**BATON ROUGE • BIRMINGHAM**
**MOBILE • GULFPORT • HOUSTON**
**FOLEY • LAFAYETTE • LONGVIEW**
**TUSCALOOSA • SHREVEPORT**

# INVOICE

504-488-1998

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 01/10/07 | 1451000-00 |

| PO DATE | P.O. NO. | PAGE #: |
|---|---|---|
| 01/04/07 | LOT D | 1 |

CUST.#:        7472

SHIP TO:  LOT D STEPHANIE ST.
OFF HWY 1077
DAVID 264-4260
GOODBEE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%.29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 01/09/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ******************************* | | | | | | | |
| | ******************************* | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 240 | 0 | 240 | PC | 301.00 | MSF | 3467.52 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 16 | 0 | 16 | PC | 400.00 | MSF | 204.80 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 Lines Total | Qty Shipped Total | 256 | | Total | 3672.32 |
| | | | | Taxes | 321.33 |
| | | | | Invoice Total | 3993.65 |

Cash Discount        36.72   If Paid By 02/08/07

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26927



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/08/07 | 1452053-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/05/07 | SHIP TO OFFICE | 1 |

CUST.#:  7472

SHIP TO: SHOP/FLAT BED JOB, NO BOOM
1010 S POLK ST
BRANDYN
COVINGTON, LA 70433

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RLG/BTS | | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/07/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ****************************** | | | | | | | |
| | ****************************** | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 8 | 0 | 8 | PC | 292.00 | MSF | 112.13 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 41258FC | 12 | 0 | 12 | PC | 333.00 | MSF | 191.81 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 3 | 4812MR | 7 | 0 | 7 | PC | 350.00 | MSF | 78.40 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

| 3 | Lines Total | Qty Shipped Total | 27 | | | Total | 382.34 |
|---|---|---|---|---|---|---|---|
| | | | | | | Taxes | 33.45 |
| | | | | | | Invoice Total | 415.79 |

Cash Discount     3.82  If Paid By 03/09/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26928



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/12/07 | 1452061-00 |

| PO DATE | | P.O. NO. | PAGE # |
|---|---|---|---|
| 02/05/07 | 1451000 | LOT D | 1 |

CUST.#:  7472

SHIP TO:  LOT D STEPHANIE ST.
OFF HWY 1077
DAVID 264-4260
GOODBEE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

BILL TO:  F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 02/09/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ****************************** | | | | | | | |
| | ****************************** | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 40- | 0 | 30- | PC | 301.00 | MSF | 433.44 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 30- | | | Total | 433.44- |
| | | | | | | | Taxes | 37.93- |
| | | | | | | | Invoice Total | 471.37- |

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26929



**INVOICE**

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/07/07 | 1452068-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/06/07 | lot a | 1 |

CUST.#:        7472

SHIP TO:  LOT A STEPHANIE LANE
DAVID 264-4260
OFF HWY 1077
GOODBEE, LA 70433

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/06/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ******************************* | | | | | | | |
| | ******************************* | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 240 | 0 | 240 | PC | 292.00 | MSF | 3363.84 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 385.00 | MSF | 123.20 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 3 | 41258FC | 12 | 0 | 12 | PC | 350.00 | MSF | 201.60 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |

| 3  Lines Total | Qty Shipped Total | 262 | | Total | 3688.64 |
|---|---|---|---|---|---|
| | | | | Taxes | 322.76 |
| | | | | Invoice Total | 4011.40 |

Cash Discount        36.89  If Paid By 03/08/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26930



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/28/07 | 1452588-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 02/22/07 | 1452068   lot a | 1 |

CUST.#:      7472

SHIP TO: LOT A STEPHANIE LANE
DAVID 264-4260
OFF HWY 1077
GOODBEE, LA 70433

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  F & M BADON CONSTRUCTION INC
802 W. 10TH AVENUE, STE. 3

COVINGTON, LA 70433

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 02/27/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ******************************* | | | | | | | |
| | ******************************* | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 46- | 0 | 46- | PC | 292.00 | MSF | 644.74 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 46- | | | Total | 644.74- |
| | | | | | | | Taxes | 56.42 |
| | | | | | | | Invoice Total | 701.16- |

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26931



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/19/06 | 1442797-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 04/20/06 | LOT 10 | 1 |

CUST.#:        7505

SHIP TO:   THE SAVANNAH'S
LOT 10 CARRIAGE PINES
WAYNE 373-7266
COVINGTON, LA 70434

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   OAK TREE HOMES INC
P O BOX 1812

COVINGTON, LA 70434

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 06/16/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 541212R | 98 | 0 | 98 | PC | 350.00 | MSF | 1852.20 |
| | 54" X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | 41212R | 104 | 0 | 104 | PC | 311.00 | MSF | 1552.51 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | Lines Total | Qty Shipped Total | 202 | | Total | 3404.71 |
| | | | | | Taxes | 297.91 |
| | | | | | Invoice Total | 3702.62 |

Cash Discount      34.05  If Paid By 07/18/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT26938



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/22/06 | 1176936-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/07/06 | 37 FIBER ST | 1 |

CUST.#:    7784

SHIP TO:  KENNY SALAUN
37 FIBER ST CELL 985-285-9230
KENNY 228 467 6521 WK
MANDEVILLE, LA 70471

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
|  | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| GULFPORT BRANCH |  | 03/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
|  | goldbond goldbond goldbond goldbond goldbond goldbond |  |  |  |  |  |  |  |
| 1 | 41212R | 40 | 0 | 40 | PC | 300.00 | MSF | 576.00 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC |  |  |  |  |  |  |  |

| 1 | Lines Total | Qty Shipped Total | 40 |  | Total | 576.00 |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Taxes | 40.32 |
|  |  |  |  |  | Invoice Total | 616.32 |

Cash Discount       5.76  If Paid By 04/20/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28212



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/03/06 | 1440171-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 02/01/06 | lafitte | 1 |

CUST #:  7784

SHIP TO: RICHLYN CONSTRUCTION INC
1100 lafitte st behind sonic
1 block 90
MANDEVILLE, LA 70471

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| rjh | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/02/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41258fc | 60 | 0 | 60 | PC | 337.00 | MSF | 970.56 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 2 | 41212r | 150 | 0 | 150 | PC | 296.00 | MSF | 2131.20 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

2  Lines Total          Qty Shipped Total          210

Total          3101.76
Taxes           271.40
Invoice Total  3373.16

Cash Discount     31.02  If Paid By 03/04/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28213



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/14/06 | 1440520-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/10/06 | LOT 223 | 1 |

CUST.#:     7784

SHIP TO: NORMANDY OAKS
LOT 223

COVINGTON, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/13/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | goldbond goldbond goldbond goldbond goldbond goldbond 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 250 | 0 | 250 | PC | 296.00 | MSF | 3552.00 |
| 1 | Lines Total   Qty Shipped Total | | | 250 | | | Total | 3552.00 |
| | | | | | | | Taxes | 310.80 |
| | | | | | | | Invoice Total | 3862.80 |

Cash Discount     35.52  If Paid By 03/15/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28214



**INVOICE**

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/28/06 | 1440523-00 |

| PO DATE | P.O. NO. | | PAGE # |
|---|---|---|---|
| 02/10/06 | 1439593 | LOT 162 | 1 |

CUST.#: 7784

SHIP TO: NORMANDY OAKS
LOT 162

COVINGTON, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 02/27/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 38- | 0 | 38- | PC | 296.00 | MSF | 539.90 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

| 1 Lines Total | Qty Shipped Total | 38- |
|---|---|---|

Total 539.90-
Taxes 47.25-
Invoice Total 587.15-

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28215



**INTERIOR / EXTERIOR**
**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/11/06 | 1443297-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/08/06 | 1319 MONROE ST. | 1 |

CUST.#:  7784

SHIP TO:  1319 MONROE ST.
JERRY 601-799-6696

MANDEVILLE, LA 70471

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | | | TERMS |
|---|---|---|---|---|
| BTS | | | | 1%,29/NET 30 |
| SHIP POINT | | | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | | | DEL/OUR TRCK | 05/10/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND HALF IN HOUSE HALF IN GARAGE | | | | | | | |
| 1 | 41212R | 110 | 0 | 110 | PC | 296.00 | MSF | 1562.88 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | | Qty Shipped Total | 110 | | | | |
| | | | | | | Total | | 1562.88 |
| | | | | | | Taxes | | 144.57 |
| | | | | | | Invoice Total | | 1707.45 |

Cash Discount     15.63   If Paid By 06/09/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM).

INT/EXT28216



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/15/06 | 1443380-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/10/06 | lot 81 | 1 |

CUST.#:          7784

SHIP TO: HIGHLAND OAKS
LOT 81
JERRY 601-799-6696
MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%.29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 05/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 190 | 0 | 190 | PC | 296.00 | MSF | 2699.52 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 395.00 | MSF | 126.40 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

2  Lines Total          Qty Shipped Total          200

Total          2825.92
Taxes          247.27
Invoice Total  3073.19

Cash Discount     28.26  If Paid By 06/13/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28217



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/15/06 | 1443382-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/10/06 | LOT 82 | 1 |

CUST.#     7784

SHIP TO: HIGHLAND OAKS
LOT 82
JERRY 601-799-6696
MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 05/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 190 | 0 | 190 | PC | 296.00 | MSF | 2699.52 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 395.00 | MSF | 126.40 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

| 2 | Lines Total | Qty Shipped Total | 200 | | |
|---|---|---|---|---|---|
| | | | | Total | 2825.92 |
| | | | | Taxes | 247.27 |
| | | | | Invoice Total | 3073.19 |

Cash Discount    28.26   If Paid By 06/13/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28218



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/07/06 | 1444124-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 06/02/06 | LOT 50 | 1 |

CUST.#    7784

SHIP TO:
HIGHLAND OAKS
LOT 50
JERRY 601-799-6636
MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:
INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1% 29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 06/06/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 180 | 0 | 180 | PC | 296.00 | MSF | 2557.44 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 395.00 | MSF | 126.40 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 190 | | | | |

Total   2683.84
Taxes   234.83
Invoice Total   2918.67

Cash Discount    26.84   If Paid By 07/06/06

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28219



**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/09/06 | 1444125-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/02/06 | LOT 51 | 1 |

CUST.#:  7784

SHIP TO: HIGHLAND OAKS
LOT 51
JERRY 601-799-6696
MADISONVILLE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 06/08/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 180 | 0 | 180 | PC | 296.00 | MSF | 2557.44 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 1 | 9 | PC | 395.00 | MSF | 113.76 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Lines Total | Qty Shipped Total | 189 | Total | 2671.20 |
| | | | | Taxes | 233.73 |
| | | | | Invoice Total | 2904.93 |

Cash Discount     26.71  If Paid By 07/08/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28220



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/13/06 | 1444314-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 06/09/06 | 1444125   LOT 51 | 1 |

CUST.#:       7784

SHIP TO:  HIGHLAND OAKS
LOT 51
JERRY 601-799-6696
MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%.29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 06/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 26- | 0 | 26- | PC | 296.00 | MSF | 369.41 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

| 1 | Lines Total | | Qty Shipped Total | 26- |
|---|---|---|---|---|

Total            369.41-
Taxes             32.33-
Invoice Total    401.74-

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28221



NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOORA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | | ORDER NO. |
|---|---|---|---|
| 000000 | 06/13/06 | | 1444318-00 |
| PO DATE | P.O. NO. | | PAGE # |
| 06/09/06 | 1443382 | LOT 82 | 1 |

CUST.#:        7784

SHIP TO:  HIGHLAND OAKS
LOT 82
JERRY 601-799-6696
MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | RETURN | 06/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 9- | 0 | 9- | PC | 296.00 | MSF | 127.87 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 9- | | | | |

Total        127.87-
Taxes         11.18-
Invoice Total  139.05-

CREDIT - DO NOT PAY

Last Page

INT/EXT28222



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE •  GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/13/06 | 1444319-00 |

| PO DATE | P.O. NO. | | PAGE # |
|---|---|---|---|
| 06/09/06 | 1443380 | lot 81 | 1 |

CUST.#:      7784

SHIP TO:  HIGHLAND OAKS
LOT 81
JERRY 601-799-6696
MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 06/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 5- | 0 | 5- | PC | 296.00 | MSF | 71.04 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

| 1 | Lines Total | Qty Shipped Total | 5- |
|---|---|---|---|

Total          71.04-
Taxes           6.21-
Invoice Total   77.25-

CREDIT - DO NOT PAY

Last Page

INT/EXT28223



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/30/06 | 1444934-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/28/06 | LOT 203 | 1 |

CUST.#:        7784

SHIP TO: NORMANDY OAKS
LOT 203

COVINGTON, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 06/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 250 | 0 | 250 | PC | 322.00 | MSF | 3864.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 250 | | | Total | 3864.00 |
| | | | | | | | Taxes | 338.10 |
| | | | | | | | Invoice Total | 4202.10 |

Cash Discount       38.64  If Paid By 07/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28224



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE• LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/12/06 | 1445090-00 |

| PO DATE | P.O. NO. | PAGE |
|---|---|---|
| 07/05/06 | LOT 54 | 1 |

CUST.#:        7784

SHIP TO:    HIGHLAND OAKS
LOT 54
DANNY 966-1843
MADISONVILLE, LA

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:    RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 07/11/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 160 | 0 | 160 | PC | 322.00 | MSF | 2472.96 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812XP | 10 | 0 | 10 | PC | 414.00 | MSF | 132.48 |
| | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |

| 2 Lines Total | Qty Shipped Total | 170 | | Total | 2605.44 |
|---|---|---|---|---|---|
| | | | | Taxes | 227.98 |
| | | | | Invoice Total | 2833.42 |

Cash Discount      26.05  If Paid By 08/10/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28225



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/20/06 | 1445392-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 07/14/06 | 1443382     LOT 82 | 1 |

CUST.#:        7784

SHIP TO: HIGHLAND OAKS
LOT 82
JERRY 601-799-6696
MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 07/19/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 5- | 0 | 5- | PC | 296.00 | MSF | 71.04 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 5- | | | | |

Total              71.04-
Taxes               6.21-
Invoice Total      77.25-

CREDIT - DO NOT PAY

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28226



**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 07/19/06 | 1445462-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 07/17/06 | HIGHLAND OAKS | 1 |

CUST.#:    7784

SHIP TO: 54 HIGHLAND OAKS
MADISONVILLE
BRANDYN
,

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RLG | | 1%.29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 07/18/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 20 | 0 | 20 | PC | 322.00 | MSF | 309.12 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

| 1 | Lines Total | Qty Shipped Total | 20 | | | |
|---|---|---|---|---|---|---|
| | | | | Total | 309.12 |
| | | | | Taxes | 27.04 |
| | | | | Invoice Total | 336.16 |

Cash Discount    3.09  If Paid By 08/17/06

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28227



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/31/06 | 1445803-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 07/27/06 | 1444934   LOT 203 | 1 |

CUST.#     7784

SHIP TO: NORMANDY OAKS
LOT 203

COVINGTON, LA

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 08/31/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 34- | 0 | 34- | PC | 322.00 | MSF | 525.50 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 34- | | | Total | 525.50- |
| | | | | | | | Taxes | 45.98- |
| | | | | | | | Invoice Total | 571.48- |

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28228



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/31/06 | 1445804-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 07/27/06 | 1445090   LOT 54 | 1 |

CUST.#:     7784

SHIP TO: HIGHLAND OAKS
LOT 54
DANNY 966-1843
MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 08/31/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 13- | 0 | 13- | PC | 322.00 | MSF | 200.93 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 13- | | | Total | 200.93- |
| | | | | | | | Taxes | 17.58- |
| | | | | | | | Invoice Total | 218.51- |

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28229



**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/08/06 | 1446078-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 08/03/06 | LOT 55 | 1 |

CUST.#:  7784

SHIP TO: HIGHLAND OAKS
LOT 55

MADISONVILLE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%.29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 08/07/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 145 | 0 | 145 | PC | 322.00 | MSF | 2241.12 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812XP | 10 | 0 | 10 | PC | 414.00 | MSF | 132.48 |
| | 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | | | | | | | |

2  Lines Total        Qty Shipped Total        155

Total        2373.60
Taxes         207.69
Invoice Total 2581.29

Cash Discount        23.74  If Paid By 09/06/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1-1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28230



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/10/06 | 1446180-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 08/07/06 | LOT 55    JERRY | 1 |

CUST.#:     7784

SHIP TO:  RICHLYN CONSTRUCTION INC
LOT 55,   HIGHLAND OAKS
JERRY   601 799-6696
COVINGTON, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BFD | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 08/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 46 | 6 | 40 | PC | 322.00 | MSF | 618.24 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 40 | | | Total | 618.24 |
| | | | | | | | Taxes | 54.10 |
| | | | | | | | Invoice Total | 672.34 |

Cash Discount     6.18  If Paid By 09/08/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28231



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/29/06 | 1446721-00 |
| PO DATE | P.O. NO. | PAGE # |
| 08/24/06 | Lot 14 Windermane | 1 |

CUST.#     7784

SHIP TO: RICHLYN CONSTRUCTION INC
Lot 14 Mindermare

Madisonville, LA 70471

REMIT TO:    P.O. BOX 4002
               NEW ORLEANS, LA 70178-4002

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| vmr/bts | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 08/28/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. UM. | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212r | 320 | 0 | 320 | PC | 322.00 | MSF | 4945.92 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 41258fc | 14 | 0 | 14 | PC | 370.00 | MSF | 248.64 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 3 | 4812mr | 22 | 0 | 22 | PC | 414.00 | MSF | 291.46 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

   3   Lines Total       Qty Shipped Total      356

                                            Total         5486.02
                                            Taxes         480.03
                                            Invoice Total    5966.05

                                     Cash Discount       54.86  If Paid By 09/27/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28232



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 10/18/06 | 1448306-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 10/11/06 | LOT 33 ALAMOSA | 1 |

CUST.#:  7784

SHIP TO:  LOT 33 ALAMOSA
DALE WILLIAM

MANDEVILLE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| RLG | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 10/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 370 | 0 | 370 | PC | 322.00 | MSF | 5718.72 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 370 | | | Total | 5718.72 |
| | | | | | | | Taxes | 528.98 |
| | | | | | | | Invoice Total | 6247.70 |

Cash Discount     57.19  If Paid By 11/16/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28233



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE . GULFPORT . HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 10/30/06 | 1448811-00 |

| P.O. DATE | P.O. NO. | PAGE # |
|---|---|---|
| 10/25/06 | LOT 45 | 1 |

CUST.#:  7784

SHIP TO:
GRAND MAISON
LOT 45
JERRY 601-799-6696
MANDEVILLE, LA 70471

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 10/27/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| | 42 1/2 8 UP | | | | | | | |
| 2 | 4812MR | 14 | 0 | 14 | PC | 400.00 | MSF | 179.20 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 3 | 4812R | 42 | 0 | 42 | PC | 311.00 | MSF | 417.98 |
| | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |
| 7 | 41212R | 250 | 0 | 250 | PC | 280.00 | MSF | 3360.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |

3  Lines Total          Qty Shipped Total          306

Total          3957.18
HANDLING          52.50
Taxes          370.90
Invoice Total          4380.58

Cash Discount      39.57  If Paid By 11/28/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28234



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 11/06/06 | 1448949-00 |
| PO DATE | P.O. NO. | PAGE # |
| 10/30/06 | LOT 33 | 1 |

CUST.#:  7784

SHIP TO: ALAMOSA
LOT 33 TAMMANY TRACE
DAVID
MANDEVILLE, LA 70471

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 11/03/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond 100 1/2 12 UP | | | | | | | |
| 1 | 41212R | 274 | 0 | 274 | PC | 311.00 | MSF | 4090.27 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4858FC | 30 | 0 | 30 | PC | 350.00 | MSF | 336.00 |
| | 4' X 8' X 5/8" F/C GYP. BOARD 32 SF/PC | | | | | | | |
| 3 | 41258FC | 14 | 0 | 14 | PC | 350.00 | MSF | 235.20 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |

3  Lines Total       Qty Shipped Total       318

Total         4661.47
HANDLING        150.00
Taxes          445.06
Invoice Total  5256.53

Cash Discount       46.61  If Paid By 12/05/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28235



**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE •LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 11/30/06 | 1449913-00 |
| PO DATE | P.O. NO. | PAGE # |
| 11/29/06 | LOT 1 | 1 |

CUST.#:         7784

SHIP TO:  BEDICO CREEK
          LOT 1
          JERRY 601-799-6696
          COVINGTON, LA

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

                     NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
          3929 HIGHWAY 59

          MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 11/29/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 250 | 0 | 250 | PC | 301.00 | MSF | 3612.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812R | 42 | 0 | 42 | PC | 301.00 | MSF | 404.54 |
| | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |
| 3 | 4812MR | 14 | 0 | 14 | PC | 400.00 | MSF | 179.20 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 4 | 41258FC | 16 | 0 | 16 | PC | 350.00 | MSF | 268.80 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |

4  Lines Total          Qty Shipped Total          322

Total          4464.54
Taxes           390.65
Invoice Total  4855.19

Cash Discount       44.65  If Paid By 12/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28236



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS · MANDEVILLE
BATON ROUGE · BIRMINGHAM
MOBILE · GULFPORT · HOUSTON
FOLEY · LAFAYETTE · LONGVIEW
TUSCALOOSA · SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 12/07/06 | 1450166-00 |
| PO DATE | P.O. NO. | PAGE # |
| 12/05/06 | LOT 264 | 1 |

CUST.#:     7784

SHIP TO: NORMANDY OAKS
LOT 264
JERRY 601-799-6696
COVINGTON, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59                    NEW ORLEANS, LA 70178

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 12/06/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 240 | 0 | 240 | PC | 301.00 | MSF | 3467.52 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 14 | 0 | 14 | PC | 400.00 | MSF | 179.20 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| 2 | Lines Total | Qty Shipped Total | 254 | |

Total            3646.72
Taxes            319.09
Invoice Total    3965.81

Cash Discount        36.47  If Paid By 01/05/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28237



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 12/11/06 | 1450198-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 12/06/06 | 1448949    LOT 33 | 1 |

CUST.#:       7784

SHIP TO:  ALAMOSA
LOT 33 TAMMANY TRACE
DAVID
MANDEVILLE, LA 70471

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%.29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 12/08/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 19- | 0 | 19- | PC | 311.00 | MSF | 283.63 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4858FC | 6- | 0 | 5- | PC | 350.00 | MSF | 56.00 - |
| | 4' X 8' X 5/8" F/C GYP. BOARD 32 SF/PC | | | | | | | |
| 3 | 41258FC | 14- | 0 | 14- | PC | 350.00 | MSF | 235.20 - |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |

3  Lines Total          Qty Shipped Total            38-

Total          574.83-
Taxes           53.17-
Invoice Total   628.00-

CREDIT - DO NOT PAY

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28238



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 12/07/06 | 1450207-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 12/06/06 | lot 1 | 1 |

CUST.#:  7784

SHIP TO: BEDICO CREEK
LOT 1
JERRY 601-799-6696
COVINGTON, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59
MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 12/06/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 5 | 0 | 5 | PC | 301.00 | MSF | 72.24 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

1  Lines Total        Qty Shipped Total        5

Total  72.24
Taxes  6.32
Invoice Total  78.56

Cash Discount  0.72  If Paid By 01/05/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28239



**BUILDING SUPPLY**
*LIMITED PARTNERSHIP*
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| DPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 12/19/06 | 1450501-00 |
| PO DATE | P.O. NO. | PAGE # |
| 12/14/06 | 1450166   LOT 264 | 1 |

CUST.#:      7784

SHIP TO:  NORMANDY OAKS
LOT 264
JERRY 601-799-6696
COVINGTON, LA

REMIT TO:    P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:    INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | RETURN | 12/18/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | goldbond goldbond goldbond goldbond goldbond goldbond<br>41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 62- | 0 | 62- | PC | 301.00 | MSF | 895.78 - |

| 1  Lines Total | Qty Shipped Total | 62- |
|---|---|---|

Total          895.78 -
Taxes           78.38 -
Invoice Total  974.16-

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28240



**504-488-1998**

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 01/25/07 | 1451528-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 01/22/07 | LOT 209 | 1 |

CUST.#:  7784

SHIP TO: NORMANDY OAKS
LOT 209
JERRY 601-799-6696
COVINGTON, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 01/24/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
|  | goldbond goldbond goldbond goldbond goldbond goldbond |  |  |  |  |  |  |  |
| 1 | 41212R | 230 | 0 | 230 | PC | 301.00 | MSF | 3323.04 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC |  |  |  |  |  |  |  |

| 1 | Lines Total | Qty Shipped Total | 230 | Total | 3323.04 |
|---|---|---|---|---|---|
|  |  |  |  | Taxes | 290.76 |
|  |  |  |  | Invoice Total | 3613.80 |

Cash Discount     33.23  If Paid By 02/23/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28241



**INVOICE**

NEW ORLEANS   •   MANDEVILLE
BATON ROUGE   •   BIRMINGHAM
MOBILE  •  GULFPORT  •  HOUSTON
FOLEY •  LAFAYETTE • LONGVIEW
TUSCALOOSA   •   SHREVEPORT

BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 01/30/07 | 1451671-00 |
| PO DATE | P.O. NO. | PAGE # |
| 01/25/07 | LOT 265 | 1 |

CUST.#:   7784

SHIP TO: NORMANDY OAKS
LOT 265
DANNY 966-1843
COVINGTON, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1% 29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 01/29/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 260 | 0 | 260 | PC | 301.00 | MSF | 3756.48 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 14 | 0 | 14 | PC | 400.00 | MSF | 179.20 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

2  Lines Total        Qty Shipped Total        274

Total        3935.68
Taxes         344.37
Invoice Total   4280.05

Cash Discount      39.36  If Paid By 02/28/07

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28242



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/06/07 | 1451881-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 01/31/07 | 1451528  LOT 209 | 1 |

CUST.#:        7784

SHIP TO:  NORMANDY OAKS
LOT 209
JERRY 601-799-6696
COVINGTON, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 02/05/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 8- | 0 | 8- | PC | 301.00 | MSF | 115.58 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 8- | | | Total | 115.58- |
| | | | | | | | Taxes | 10.11- |
| | | | | | | | Invoice Total | 125.69- |

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28243



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/08/07 | 1452042-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/05/07 | LOT 267 | 1 |

CUST.#: 7784

SHIP TO: NORMANDY OAKS
LOT 267
DANNY   985-966-1843
COVINGTON, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RLG/BTS | | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/07/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 240 | 0 | 240 | PC | 292.00 | MSF | 3363.84 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 14 | 0 | 14 | PC | 350.00 | MSF | 156.80 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

2  Lines Total          Qty Shipped Total          254

Total         3520.64
Taxes          308.06
Invoice Total  3828.70

Cash Discount       35.21  If Paid By 03/09/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28244



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/12/07 | 1452049-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 02/05/07 | 1451671  LOT 265 | 1 |

CUST.#:    7784

SHIP TO:  NORMANDY OAKS
LOT 265
DANNY 966-1843
COVINGTON, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 02/09/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 25- | 0 | 25- | PC | 301.00 | MSF | 361.20 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 25- | | | | |

Total         361.20-
Taxes          31.61-
Invoice Total  392.81-

CREDIT - DO NOT PAY

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28245



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/14/07 | 1452253-00 |

| PO DATE | P.O. NO. | PAGE #. |
|---|---|---|
| 02/09/07 | LOT 203 | 1 |

CUST.#:   7784

SHIP TO:  BEDICO CREEK
LOT 203
DANNY 966-1843
COVINGTON, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/13/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond 158 1/2 12 UP   WALK UP!!!!!!!!!!!!!!!! | | | | | | | |
| 1 | 41212R | 538 | 0 | 538 | PC | 279.00 | MSF | 7204.90 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK   48SF/PC | | | | | | | |
| 2 | 4812MR | 30 | 0 | 30 | PC | 365.00 | MSF | 350.40 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

2  Lines Total          Qty Shipped Total          568

Total          7555.30
HANDLING          197.50
Taxes          678.37
Invoice Total          8431.17

Cash Discount          75.55  If Paid By 03/15/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28246



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/16/07 | 1452365-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/14/07 | LOT 248 | 1 |

CUST.#:  7784

SHIP TO: NORMANDY OAKS
LOT 248
DANNY 966-1843
COVINGTON, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/15/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M. | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 230 | 0 | 230 | PC | 292.00 | MSF | 3223.68 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 14 | 0 | 14 | PC | 385.00 | MSF | 172.48 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

| 2 | Lines Total | Qty Shipped Total | 244 | | | Total | 3396.16 |
|---|---|---|---|---|---|---|---|
| | | | | | | Taxes | 297.17 |
| | | | | | | Invoice Total | 3693.33 |

Cash Discount     33.96  If Paid By 03/17/07

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28247



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/19/07 | 1452368-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 02/14/07 | 1448811   LOT 45 | 1 |

CUST.#:      7784

SHIP TO:  GRAND MAISON
LOT 45
JERRY 601-799-6696
MANDEVILLE, LA 70471

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 02/16/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 2 | 41212r | 10- | 0 | 10- | PC | 395.00 | MSF | 189.60 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

| | | | |
|---|---|---|---|
| 1  Lines Total | Qty Shipped Total | 10- | |
| | | Total | 189.60- |
| | | Taxes | 17.53 |
| | | Invoice Total | 207.13- |

CREDIT - DO NOT PAY

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28248



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/19/07 | 1452375-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 02/14/07 | 1452042   LOT 267 | 1 |

CUST.#:        7784

SHIP TO:  NORMANDY OAKS
LOT 267
DANNY  985-966-1843
COVINGTON, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:   RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| RLG/BTS | | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 02/16/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 19- | 0 | 19- | PC | 292.00 | MSF | 266.30 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 19- | | | Total | 266.30- |
| | | | | | | | Taxes | 23.30- |
| | | | | | | | Invoice Total | 289.60- |

CREDIT - DO NOT PAY

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28249



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/23/07 | 1452589-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/22/07 | LOT 248 NORMANDY OAKS | 1 |

CUST.#:  7784

SHIP TO: NORMANDY OAKS
LOT 248

COVINGTON, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| RLG/BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/22/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | goldbond goldbond goldbond goldbond goldbond goldbond<br>41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 10 | 0 | 10 | PC | 292.00 | MSF | 140.16 |
| 1 | Lines Total | Qty Shipped Total | | 10 | | | Total | 140.16 |
| | | | | | | | Taxes | 12.27 |
| | | | | | | | Invoice Total | 152.43 |

Cash Discount     1.40  If Paid By 03/24/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28250



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 02/27/07 | 1452656-00 |
| PO DATE | P.O. NO. | PAGE # |
| 02/23/07 | lot 203 | 1 |

CUST.#:      7784

SHIP TO:  RICHLYN CONSTRUCTION INC
LOT 203/BEDICO CREEK
JERRY 601-799-6696
COVINGTON, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 02/26/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 20 | 0 | 20 | PC | 292.00 | MSF | 280.32 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Lines Total | Qty Shipped Total | 20 | Total     280.32 |
| | | | | Taxes      24.53 |
| | | | | Invoice Total    304.85 |

Cash Discount        2.80  If Paid By 03/28/07

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28251



| NEW ORLEANS   •   MANDEVILLE |
| BATON ROUGE   •   BIRMINGHAM |
| MOBILE • GULFPORT • HOUSTON |
| FOLEY • LAFAYETTE • LONGVIEW |
| TUSCALOOSA   •   SHREVEPORT |

**INVOICE**

BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/08/07 | 1453062-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/06/07 | LOT 60 | 1 |

CUST.#:   7784

SHIP TO: HIGHLAND OAKS
LOT 60
DANNY 966-1843
MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:   RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

NEW ORLEANS, LA 70178

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/07/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 160 | 0 | 160 | PC | 280.00 | MSF | 2150.40 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 350.00 | MSF | 112.00 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

2  Lines Total          Qty Shipped Total          170

Total          2262.40
Taxes          197.96
Invoice Total          2460.36

Cash Discount          22.62  If Paid By 04/06/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28252



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/12/07 | 1453182-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/08/07 | LOT 60 HIGHLAND OAKS | 1 |

CUST.#:      7784

SHIP TO:  HIGHLAND OAKS
LOT 60

MADISONVILLE, LA

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| RLG/BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/09/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
|  | goldbond goldbond goldbond goldbond goldbond goldbond |  |  |  |  |  |  |  |
| 1 | 41212R | 10 | 0 | 10 | PC | 280.00 | MSF | 134.40 |
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC |  |  |  |  |  |  |  |

| 1 | Lines Total | Qty Shipped Total | 10 | | Total | 134.40 |
|---|---|---|---|---|---|---|
| | | | | | Taxes | 11.76 |
| | | | | | Invoice Total | 146.16 |

Cash Discount      1.34  If Paid By 04/10/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28253



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/15/07 | 1453240-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/12/07 | LOT 57 | 1 |

CUST.#:  7784

SHIP TO: HIGHLAND OAKS
LOT 57
DANNY 966-1843
MADISONVILLE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/14/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 188 | 0 | 188 | PC | 280.00 | MSF | 2526.72 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 340.00 | MSF | 108.80 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

2  Lines Total        Qty Shipped Total        198

Total        2635.52
Taxes         230.61
Invoice Total 2866.13

Cash Discount        26.36  If Paid By 04/13/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28254



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/22/07 | 1453429-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/16/07 | LOT 195 | 1 |

CUST.#:  7784

SHIP TO: NORMANDY OAKS
LOT 195
DANNY 966-1843
COVINGTON, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/21/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 230 | 0 | 230 | PC | 264.00 | MSF | 2914.56 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 340.00 | MSF | 108.80 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |

2  Lines Total        Qty Shipped Total        240

Total          3023.36
Taxes           264.54
Invoice Total   3287.90

Cash Discount     30.23  If Paid By 04/20/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28255



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/29/07 | 1453772-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/27/07 | 1453240  LOT 57 | 1 |

CUST.#:  7784

SHIP TO: HIGHLAND OAKS
LOT 57
DANNY 966-1843
MADISONVILLE, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: RICHLYN CONSTRUCTION INC
3929 HIGHWAY 59

MANDEVILLE, LA 70471

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | RETURN | 03/28/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | goldbond goldbond goldbond goldbond goldbond goldbond | | | | | | | |
| 1 | 41212R | 28- | 0 | 28- | PC | 280.00 | MSF | 376.32 - |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

| 1 | Lines Total | Qty Shipped Total | 28- |
|---|---|---|---|

Total          376.32-
Taxes           32.93
Invoice Total   409.25-

CREDIT - DO NOT PAY

Last Page

INT/EXT28256



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/23/06 | 1441622-01 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/17/06 | LOT 47 | 1 |

CUST.#:      7903

SHIP TO:  WOODSTONE
LOT 47
CHRIS 630-1512
MANDEVILLE, LA 70471

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  SAIA HOMES
140 LOCHMERE DR

MANDEVILLE, LA 70471

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 05/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 290 | 0 | 290 | PC | 296.00 | MSF | 4120.32 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 290 | | | Total | 4120.32 |
| | | | | | | | Taxes | 381.13 |
| | | | | | | | Invoice Total | 4501.45 |

Cash Discount     41.20  If Paid By 06/21/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28397



| NEW ORLEANS • MANDEVILLE | **INVOICE** |
|---|---|
| BATON ROUGE • BIRMINGHAM | |
| MOBILE • GULFPORT • HOUSTON | |
| FOLEY • LAFAYETTE • LONGVIEW | |
| TUSCALOOSA • SHREVEPORT | |

504-488-1998

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/18/06 | 1442503-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/11/06 | LOT 54 | 1 |

CUST.#:       8347

SHIP TO: MADISON VILLAS
LOT 54
OFF HWY 1077
MADISONVILLE, LA 70447

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  B & B CONTRACTING INC
288 DUMMYLINE RD.

MADISONVILLE, LA 70447

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 04/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | 50 1/2 12 UP | | | | | | | |
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 206 | 0 | 206 | PC | 311.00 | MSF | 3075.17 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 10 | 0 | 10 | PC | 395.00 | MSF | 126.40 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 2 | Lines Total | | Qty Shipped Total | 216 | | | Total | 3201.57 |
| | | | | | | | Taxes | 280.13 |
| | | | | | | | Invoice Total | 3481.70 |

Cash Discount       32.02  If Paid By 05/17/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT29359



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS   •   MANDEVILLE
BATON ROUGE   •   BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA   •   SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/18/06 | 1442618-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 04/14/06 | LOT 3 | 1 |

CUST.#:          8422

SHIP TO:  GRAND CHAMPION
LOT 3

SLIDELL, LA 70461

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:  CUSTOM CRAFT HOMES INC
208 S. MIDLAND BLUFF CT.

SLIDELL, LA 70461

| INSTRUCTIONS | | TERMS |
|---|---|---|
| BTS | | 1% 29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 04/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND GOLDBOND | | | | | | | |
| 1 | 41212R | 8 | 0 | 8 | PC | 311.00 | MSF | 119.42 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

| 1 | Lines Total | Qty Shipped Total | | 8 | | Total | | 119.42 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Taxes | | 10.45 |
| | | | | | | Invoice Total | | 129.87 |

Cash Discount       1.19  If Paid By 05/17/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT29628



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 09/13/06 | 493665-00 |
| PO DATE | P.O. NO. | PAGE # |
| 08/31/06 | ARTHUR MATTHEWS | 1 |

CUST.#:          854

SHIP TO:  ARTHUR 225-936-9437

4708 MENDEZ    (N.O. EAST)
NEW ORLEANS, LA 70178-4002

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002

                     NEW ORLEANS, LA 70178

BILL TO:  CASH SALES NEW ORLEANS

          , 70178-4002

| INSTRUCTIONS | TERMS |
|---|---|
| TGD****STOCK INSIDE**** | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 09/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|

THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07

My signature certifies that all material has been checked,
inspected and counted in regard to this sales order.  If
there are any discrepancies, damages to the material or
damage to the property (if material is delivered) it is
noted below:
*
*
*
*
*
*

***************************************************
***************************************************
PLEASE CALL ON YOUR WAY
************************
PLEASE USE GOLD BOND OR USG
***************************************************
***************************************************

| 1 | 41212R |  | 160 | 2 | 158 | PC | 335.00 | MSF | 2540.64 |
|---|---|---|---|---|---|---|---|---|---|
|  | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC |  |  |  |  |  |  |  |  |

| 1 | Lines Total |  | Qty Shipped Total |  | 158 |  |  |  |  |

Total         2540.64
Taxes          228.66
Downpayment   2769.30
Invoice Total    0.00

Full Amount Tendered For All Orders:     2909.52
*** Back Order/Release Exists ***

Cash Discount      0.00  If Paid By 09/13/06

Last Page