# EXHIBIT P



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS  •  MANDEVILLE
BATON ROUGE  •  BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA  •  SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/11/06 | 1441931-00 |
| P.O DATE | P.O. NO. | PAGE # |
| 03/27/06 | LOT 282 TURTLE CREEK | 1 |

CUST.#:  4951

SHIP TO:  LOT 282 TURTLE CREEK
ROB NEXTEL 21*18865
CLAYTON CT
SLIDELL, LA 70461

REMIT TO:  **P.O. BOX 4002**
**NEW ORLEANS, LA 70178-4002**

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  MIRAMON CONSTRUCTION CO INC
1400-B GAUSE BLVD

SLIDELL, LA 70458

NEW ORLEANS, LA 70178

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | 1%.29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 04/10/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ******************************************** | | | | | | | |
| | GOLDBOND BOARD ONLY!!! | | | | | | | |
| | ******************************************** | | | | | | | |
| 1 | 41212R | 280 | 0 | 280 | PC | 311.00 | MSF | 4179.84 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| | ******************************************** | | | | | | | |
| | DO NOT SEND KNAUF ROCK OUT | | | | | | | |
| | ******************************************** | | | | | | | |
| 2 | 4812MR | 30 | 0 | 30 | PC | 370.00 | MSF | 355.20 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 310 | | | | |

| | | |
|---|---|---|
| | Total | 4535.04 |
| | Taxes | 396.81 |
| | Invoice Total | 4931.85 |

Cash Discount    45.35  If Paid By 05/10/06

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT22118