# EXHIBIT Q



| | |
|---|---|
| NEW ORLEANS • MANDEVILLE | |
| BATON ROUGE • BIRMINGHAM | **INVOICE** |
| MOBILE • GULFPORT • HOUSTON | |
| FOLEY • LAFAYETTE • LONGVIEW | |
| TUSCALOOSA • SHREVEPORT | |

504-488-1998

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/28/06 | 485151-00 |
| PO DATE | P.O. NO. | PAGE # |
| 04/25/06 | ROMAN GONZALES | 1 |

CUST.#: 854

SHIP TO: ROMAN GONZALES
LISA 415-3620/889-6837
51 FURMAN CIRCLE
KENNER, LA 70065

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO: CASH SALES NEW ORLEANS
. 70178-4002

| INSTRUCTIONS | TERMS |
|---|---|
| PTL ***SINGLE STORY*** | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 04/28/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07 | | | | | | | |
| | My signature certifies that all material has been checked, inspected and counted in regard to this sales order. If there are any discrepancies, damages to the material or damage to the property (if material is delivered) it is noted below: | | | | | | | |
| | * * * * * * | | | | | | | |
| 1 | 41212R  4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 90 | 0 | 90 | PC | 290.00 | MSF | 1252.80 |
| 2 | 4812MR  4' X 8' X 1/2" M/R GYP. BD. 32 SF | 14 | 0 | 14 | PC | 398.60 | MSF | 178.57 |
| 3 | B85  R19 6 1/4" X 24" X 48" UNFACED 128 SF/BG | 10 | 0 | 10 | BG | 306.00 | MSF | 391.68 |
| 4 | B06  R13 3 5/8" X 15" X 94" KRAFT 107.71 SF/BG | 14 | 0 | 14 | BG | 337.00 | MSF | 508.20 |

************************************************************
    goldbond preferred, usg accepted and temple last
    No knauf board
************************************************************

| 4 Lines Total | Qty Shipped Total | 128 | | Total | 2331.25 |
|---|---|---|---|---|---|
| | | | | Taxes | 203.98 |
| | | | | Downpayment | 2535.23 |
| | | | | Invoice Total | 0.00 |

Cash Discount    0.00  If Paid By 04/28/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT31020