# EXHIBIT R



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/23/06 | 1179622-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/19/06 | 02-43253-74 | 1 |

CUST.#: 2213

SHIP TO:
CREDIT FROM ORIG INV#1174376
CARL HAMILTON
LOT 8 THE ARBOR
OCEAN SPRINGS, MS 39506

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:
BAILEY LUMBER & HOME CENTER
P. O. DRAWER 6039
GULFPORT, MS 39506-6039

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
|  | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| GULFPORT BRANCH | DEL/OUR TRCK | 05/23/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 104- | 0 | 104- | PC | 290.00 | MSF | 1447.68 - |
| 2 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC<br>DOMESTIC BOARD ONLY | 78 | 0 | 78 | PC | 290.00 | MSF | 1085.76 |

2  Lines Total          Qty Shipped Total       78                       Total            361.92-
                                                                         Invoice Total    361.92-

CREDIT - DO NOT PAY

Cash Discount    3.62- If Paid By 06/21/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT18228