# EXHIBIT S



**INTERIOR / EXTERIOR BUILDING SUPPLY LIMITED PARTNERSHIP**
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 12/29/06 | 583838-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 12/12/06 | FROM INVOICE# 583620 | 1 |

CUST.#: 6858

SHIP TO: LOT 83 PARKS OF DUTCHTOWN
37160 AUDUBON PARK DRIVE
GEISMAR, LA

BILL TO: NSH CORPORATION dba SIGNATURE HOMES
3545 MARKET STREET
HOOVER, AL 35226

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| TKC | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| BATON ROUGE BRANCH | DEL/OUR TRCK | 12/28/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************************ | | | | | | | |
| | SWAP OUT KNAUF BOARD FOR DOMESTIC!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ************************************************************ | | | | | | | |
| 1 | 41212R  4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 94- | 0 | 94- | PC | 295.00 | MSF | 1331.04- |
| 2 | 41212R  4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 94 | 0 | 94 | PC | 295.00 | MSF | 1331.04 |
| 2 | Lines Total | Qty Shipped Total | | 94 | | | Total | 0.00 |
| | | | | | | | Invoice Total | 0.00 |

Cash Discount    0.00   If Paid Within Terms

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY SERVICE CHARGE (18% PER ANNUM)

INT/EXT25368