# EXHIBIT T



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/28/07 | 1453607-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/22/07 | 2709-83513 | 1 |

CUST.#:  2975

SHIP TO: CREATIVE HOME BUILDERS
1601 ESTABAN
TOMMY 504-452-5261
ARABI, LA

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: 84 LUMBER CO
A/P DEPARTMENT, BLDG. #3
1019 ROUTE 519
EIGHTY-FOUR, PA 15330-2813

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| RLG | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/27/07 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | $$$$$$$$$$$$$$$$USE CHINA ROCK$$$$$$$$$$$$$$$$$$$$$ | | | | | | | |
| | ****************NOTES**************** | | | | | | | |
| | CALL TOMMY ABOUT 30MIN TO 1HR BEFORE | | | | | | | |
| | REACHING JOBSITE | | | | | | | |
| | TOMMY  504-452-5261 | | | | | | | |
| | ***************************************** | | | | | | | |
| 1 | 41212R | 110 | 0 | 110 | PC | 167.00 | MSF | 881.76 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812MR | 5 | 0 | 5 | PC | 340.00 | MSF | 54.40 |
| | 4' X 8' X 1/2" M/R GYP. BD. 32 SF | | | | | | | |
| 3 | MAGP | 2 | 0 | 2 | PAIL | 10.56 | PAIL | 21.12 |
| | MAGNUM PRIMER 5 GAL PAIL | | | | | | | |
| 4 | MAGJTLCOM4 | 10 | 0 | 10 | BX | 6.67 | BX | 66.70 |
| | MAGNUM R125 LITE WEIGHT JNT COMPOUND 4GAL 50#BOX | | | | | | | |
| 5 | JTAPE | 8 | 0 | 8 | ROLL | 1.52 | ROLL | 12.16 |
| | JOINT TAPE 250' ROLL 20 ROLLS/CASE | | | | | | | |
| 6 | CB8 | 10 | 0 | 10 | PC | 104.00 | MLF | 8.32 |
| | 1 1/4" X 1 1/4" X 8' CORNER BEAD 63 PC/CN | | | | | | | |
| 7 | CT114 | 1 | 0 | 1 | CS | 32.00 | CS | 32.00 |
| | 1 1/4" COARSE THREAD SCREWS 8000/CS | | | | | | | |
| 8 | DN138 | 1 | 0 | 1 | CS | 35.00 | CS | 35.00 |
| | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | |

| 8 | Lines Total | Qty Shipped Total | 147 | Total | 1111.46 |
|---|---|---|---|---|---|
| | | | | Invoice Total | 1111.46 |

Cash Discount    11.11  If Paid By 04/26/07

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT19773