# EXHIBIT V



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/13/06 | 1609569-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 06/06/06 | 472109-26414 SAGEWOOD | 1 |

CUST.# 8130

SHIP TO:
WESTHEIMER LAKES/OFF 99
WHITLOCK   832-309-0806
26414 SAGE WOOD
RICHMOND, TX

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:
TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| TYC | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| HOUSTON BRANCH | DEL/OUR TRCK | 06/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************** | | | | | | | |
| | NO BOOM TRUCK!!!!!!!!! | | | | | | | |
| | ALL MATERIAL ON SECOND FLOOR WALK UP. | | | | | | | |
| | HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!! | | | | | | | |
| | NO CUTTING OF SHEATHING!!!!!! | | | | | | | |
| | MUST STOCK MATERIAL FROM THE STREET | | | | | | | |
| | NO DRIVING IN YARDS!!!!!!!!!!!! | | | | | | | |
| | NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ************************************************** | | | | | | | |
| 1 | 41258FC | 15 | 0 | 15 | PC | 325.00 | MSF | 234.00 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 2 | 41212R | 5 | 0 | 5 | PC | 275.00 | MSF | 66.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 3 | 41212R | 125 | 0 | 125 | PC | 275.00 | MSF | 1650.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 4 | 41012R | 170 | 0 | 170 | PC | 285.00 | MSF | 1938.00 |
| | 4' X 10' X 1/2" GYPSUM BOARD 40 SF/EA | | | | | | | |
| | ****************************** | | | | | | | |
| | LINE 1 AND 2 IN GARAGE | | | | | | | |
| | LINE 3 DOWN | | | | | | | |
| | LINE 4 UP | | | | | | | |
| | ****************************** | | | | | | | |
| | NO KNAUF  NO KNAUF  NO KNAUF | | | | | | | |
| 4 | Lines Total | Qty Shipped Total | | 315 | | | | |

Total         3888.00
DEL             25.00
Taxes          322.82
Invoice Total  4235.82
Cred Apl 1610692-00  69.28-
Net Amount Due 4166.54

Cash Discount      38.88  If Paid By 07/12/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28834



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/13/06 | 1609570-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/06/06 | 472110-6318 VIRGINIA F | 1 |

CUST.#:  8130

SHIP TO: WESTHEIMER LAKES/OFF 99
6318 VIRGINIA FIELD
WHITLOCK 832-309-0806
RICHMOND, TX

BILL TO: TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| TYC | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| HOUSTON BRANCH | DEL/OUR TRCK | 06/12/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************** | | | | | | | |
| | NO BOOM TRUCK!!!!!!!! | | | | | | | |
| | ALL MATERIAL ON SECOND FLOOR WALK UP. | | | | | | | |
| | HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!! | | | | | | | |
| | NO CUTTING OF SHEATHING!!!!!! | | | | | | | |
| | MUST STOCK MATERIAL FROM THE STREET | | | | | | | |
| | NO DRIVING IN YARDS!!!!!!!!!!! | | | | | | | |
| | NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ************************************************** | | | | | | | |
| 1 | 41258FC | 15 | 0 | 15 | PC | 325.00 | MSF | 234.00 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 2 | 41212R | 5 | 0 | 5 | PC | 275.00 | MSF | 66.00 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 3 | 41212R | 154 | 0 | 154 | PC | 275.00 | MSF | 2032.80 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 4 | 41012R | 174 | 0 | 174 | PC | 285.00 | MSF | 1983.60 |
| | 4' X 10' X 1/2" GYPSUM BOARD 40 SF/EA | | | | | | | |
| | ************************************************** | | | | | | | |
| | LINE 1 AND 2 IN GARAGE | | | | | | | |
| | LINE 3 DOWN | | | | | | | |
| | LINE 4 UP | | | | | | | |
| | ************************************************** | | | | | | | |
| | NO KNAUF  NO KNAUF  NO KNAUF | | | | | | | |
| 4 | Lines Total | Qty Shipped Total | | 348 | | | | |

Total       4316.40
DEL           25.00
Taxes        358.17
Invoice Total  4699.57
Cred Apl 1610693-00   77.68-
Net Amount Due  4621.89

Cash Discount     43.16   If Paid By 07/12/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28835



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/14/06 | 1608320-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/07/06 | 393660-1426 loxley | 1 |

CUST.# 8130

SHIP TO:
GLEN ABBEY SUBDIV
1426 LOXLEY
JOHN 832-309-0806
HOUSTON, TX

REMIT TO:  P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

| INSTRUCTIONS | TERMS |
|---|---|
| TYC | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| HOUSTON BRANCH | DEL/OUR TRCK | 03/13/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|

```
****************************************************
NO BOOM TRUCK!!!!!!!!
ALL MATERIAL ON SECOND FLOOR WALK UP.
HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!!
NO CUTTING OF SHEATHING!!!!!!
MUST STOCK MATERIAL FROM THE STREET
NO DRIVING IN YARDS!!!!!!!!!!!
NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
****************************************************
```

| 1 | 41258FC | 20 | 0 | 20 | PC | 285.00 | MSF | 273.60 |
|---|---|---|---|---|---|---|---|---|
|   | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| 2 | 41212R | 149 | 0 | 149 | PC | 245.00 | MSF | 1752.24 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |

```
****************************************************
LOAD ONLY AMERICAN BOARD
NO KNAUF   NO KNAUF   NO KNAUF   NO KNAUF
****************************************************
```

THANKS
NO KNAUF BOARD

2  Lines Total        Qty Shipped Total        169

Total         2025.84
DEL             25.00
Taxes          169.20
Invoice Total  2220.04

Cash Discount    20.26   If Paid By 04/12/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28739



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/16/06 | 1608330-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/07/06 | 393668 | 1 |

CUST.#: 8130

SHIP TO:
GLEN ABBY
13918 EAST MOORE
ASHTON WOODS
HOUSTON, TX

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:
TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| 832-309-0806 | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| HOUSTON BRANCH | DEL/OUR TRCK | 03/15/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************* | | | | | | | |
| | NO BOOM TRUCK!!!!!!!! | | | | | | | |
| | ALL MATERIAL ON SECOND FLOOR WALK UP. | | | | | | | |
| | HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!! | | | | | | | |
| | NO CUTTING OF SHEATHING!!!!!! | | | | | | | |
| | MUST STOCK MATERIAL FROM THE STREET | | | | | | | |
| | NO DRIVING IN YARDS!!!!!!!!!!!! | | | | | | | |
| | NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ************************************************* | | | | | | | |
| 1 | 41212R | 149 | 0 | 149 | PC | 245.00 | MSF | 1752.24 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 41258FC | 20 | 0 | 20 | PC | 285.00 | MSF | 273.60 |
| | 4' X 12' X 5/8" F/C GYP. BOARD 48 SF/PC | | | | | | | |
| | ******************* | | | | | | | |
| | NO KNAUF ROCK | | | | | | | |
| | NO KNAUF ROCK | | | | | | | |
| | NO KNAUF ROCK | | | | | | | |
| | ******************* | | | | | | | |

| 2 Lines Total | Qty Shipped Total | 169 | | Total | 2025.84 |
|---|---|---|---|---|---|
| | | | | DEL | 25.00 |
| | | | | Taxes | 169.20 |
| | | | | Invoice Total | 2220.04 |

Cash Discount   20.26   If Paid By 04/14/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28744



| | |
|---|---|
| NEW ORLEANS • MANDEVILLE | **INVOICE** |
| BATON ROUGE • BIRMINGHAM | |
| MOBILE • GULFPORT • HOUSTON | |
| FOLEY • LAFAYETTE • LONGVIEW | |
| TUSCALOOSA • SHREVEPORT | |

504-488-1998

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/14/06 | 1608356-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/09/06 | 393677 | 1 |

CUST.#:   8130

SHIP TO:
MARYS CREEK
3507 LAUREN TRAILS
HAMMOND HOMES
PEARLAND, TX

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:
TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| 832-309-0806 | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| HOUSTON BRANCH | DEL/OUR TRCK | 03/13/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************** | | | | | | | |
| | NO BOOM TRUCK!!!!!!!! | | | | | | | |
| | ALL MATERIAL ON SECOND FLOOR WALK UP. | | | | | | | |
| | HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!! | | | | | | | |
| | NO CUTTING OF SHEATHING!!!!!! | | | | | | | |
| | MUST STOCK MATERIAL FROM THE STREET | | | | | | | |
| | NO DRIVING IN YARDS!!!!!!!!!!!! | | | | | | | |
| | NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ************************************************** | | | | | | | |
| 1 | 41212R | 264 | 0 | 264 | PC | 245.00 | MSF | 3104.64 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| | ******************* | | | | | | | |
| | NO KNAUF | | | | | | | |
| | NO KNAUF | | | | | | | |
| | ******************** | | | | | | | |

| 1 | Lines Total | Qty Shipped Total | 264 | | | Total | 3104.64 |
|---|---|---|---|---|---|---|---|
| | | | | | | DEL | 25.00 |
| | | | | | | Taxes | 258.19 |
| | | | | | | Invoice Total | 3387.83 |

Cash Discount   31.05   If Paid By 04/12/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28746



| | |
|---|---|
| NEW ORLEANS • MANDEVILLE | |
| BATON ROUGE • BIRMINGHAM | **INVOICE** |
| MOBILE • GULFPORT • HOUSTON | |
| FOLEY • LAFAYETTE • LONGVIEW | |
| TUSCALOOSA • SHREVEPORT | |

**BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/20/06 | 1608439-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/16/06 | 088629-7718 FALLEN LEA | 1 |

CUST.# 8130

SHIP TO: PARK SIDE HOMES
7718 FALLEN LEAF
SIENNA PLANTATION
MISSOURI CITY, TX

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| TYC | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| HOUSTON BRANCH | DEL/OUR TRCK | 03/20/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|

```
********************************************
NO BOOM TRUCK!!!!!!!!
ALL MATERIAL ON SECOND FLOOR WALK UP.
HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!!
NO CUTTING OF SHEATHING!!!!!!
MUST STOCK MATERIAL FROM THE STREET
NO DRIVING IN YARDS!!!!!!!!!!!!
NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
********************************************
```

| 1 | 41212R | 90 | 0 | 90 | PC | 245.00 | MSF | 1058.40 |
|---|---|---|---|---|---|---|---|---|
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812R | 94 | 0 | 94 | PC | 255.00 | MSF | 767.04 |
| | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |

```
********************************
NO KNAUF  NO KNAUF  NO KNAUF
********************************
LINE 1 DOWN
LINE 2 UP
```

| 2 Lines Total | Qty Shipped Total | 184 | | Total | 1825.44 |
|---|---|---|---|---|---|
| | | | | DEL | 25.00 |
| | | | | Taxes | 152.66 |
| | | | | Invoice Total | 2003.10 |

Cash Discount    18.25  If Paid By 04/18/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28750



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/20/06 | 1608440-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/16/06 | 088630-7714 FALLEN LEA | 1 |

CUST.#: 8130

SHIP TO:
PARK SIDE HOMES
7714 FALLEN LEAF
SIENNA PLANTATION
HOUSTON, TX

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:
TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| TYC | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| HOUSTON BRANCH | DEL/OUR TRCK | 03/20/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ****************************************** | | | | | | | |
| | NO BOOM TRUCK!!!!!!!! | | | | | | | |
| | ALL MATERIAL ON SECOND FLOOR WALK UP. | | | | | | | |
| | HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!! | | | | | | | |
| | NO CUTTING OF SHEATHING!!!!!! | | | | | | | |
| | MUST STOCK MATERIAL FROM THE STREET | | | | | | | |
| | NO DRIVING IN YARDS!!!!!!!!!!!! | | | | | | | |
| | NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ****************************************** | | | | | | | |
| 1 | 41212R | 81 | 0 | 81 | PC | 245.00 | MSF | 952.56 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812R | 93 | 0 | 93 | PC | 255.00 | MSF | 758.88 |
| | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |
| | ****************************************** | | | | | | | |
| | NO KNAUF NO KNAUF  NO KNAUF  NO KNAUF | | | | | | | |
| | ****************************************** | | | | | | | |
| | LINE 1 1ST FLOOR | | | | | | | |
| | LINE 2 2ND FLOOR | | | | | | | |
| | THANKS | | | | | | | |
| | TERRY | | | | | | | |

2 Lines Total          Qty Shipped Total          174

Total          1711.44
DEL            25.00
Taxes         143.26
Invoice Total 1879.70

Cash Discount          17.11   If Paid By 04/18/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28751



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/20/06 | 1608441-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/16/06 | 088631-7638 FALLEN LEA | 1 |

CUST.#: 8130

SHIP TO:
PARK SIDE HOMES
7638 FALLEN LEAF
SIENNA PLANTATION
HOUSTON, TX

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

| INSTRUCTIONS | TERMS |
|---|---|
| TYC | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| HOUSTON BRANCH | DEL/OUR TRCK | 03/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************ | | | | | | | |
| | NO BOOM TRUCK!!!!!!!! | | | | | | | |
| | ALL MATERIAL ON SECOND FLOOR WALK UP. | | | | | | | |
| | HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!! | | | | | | | |
| | NO CUTTING OF SHEATHING!!!!!! | | | | | | | |
| | MUST STOCK MATERIAL FROM THE STREET | | | | | | | |
| | NO DRIVING IN YARDS!!!!!!!!!!! | | | | | | | |
| | NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ************************************************ | | | | | | | |
| 1 | 41212R | 113 | 0 | 113 | PC | 245.00 | MSF | 1328.88 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812R | 110 | 0 | 110 | PC | 255.00 | MSF | 897.60 |
| | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |
| | ***************************** | | | | | | | |
| | NO KNAUF  NO KNAUF  NO KNAUF | | | | | | | |
| | ***************************** | | | | | | | |
| | LINE 1 1ST FLOOR | | | | | | | |
| | LNE 2 2ND FLOOR | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 223 | | | Total | 2226.48 |
| | | | | | | | DEL | 25.00 |
| | | | | | | | Taxes | 185.75 |
| | | | | | | | Invoice Total | 2437.23 |

Cash Discount    22.26  If Paid By 04/18/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28752



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/20/06 | 1608442-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/16/06 | 088632-7634 FAllen lea | 1 |

CUST.#: 8130

SHIP TO:
PARK SIDE HOMES
7634 FALLEN LEAF
SIENNA PLANTATION
HOUSTON, TX

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:
TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

| INSTRUCTIONS | TERMS |
|---|---|
| TYC | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| HOUSTON BRANCH | DEL./OUR TRCK | 03/17/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************** | | | | | | | |
| | NO BOOM TRUCK!!!!!!!! | | | | | | | |
| | ALL MATERIAL ON SECOND FLOOR WALK UP. | | | | | | | |
| | HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!! | | | | | | | |
| | NO CUTTING OF SHEATHING!!!!!! | | | | | | | |
| | MUST STOCK MATERIAL FROM THE STREET | | | | | | | |
| | NO DRIVING IN YARDS!!!!!!!!!!!! | | | | | | | |
| | NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ************************************************** | | | | | | | |
| 1 | 41212R | 113 | 0 | 113 | PC | 245.00 | MSF | 1328.88 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | 4812R | 110 | 36 | 74 | PC | 255.00 | MSF | 603.84 |
| | 4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | | | | | | | |
| | ***************************** | | | | | | | |
| | NO KNAUF  NO KNAUF  NO KNAUF | | | | | | | |
| | ***************************** | | | | | | | |
| | LINE 1 1ST FLOOR | | | | | | | |
| | LNE 2 2ND FLOOR | | | | | | | |
| 2 | Lines Total         Qty Shipped Total         187 | | | | | Total | | 1932.72 |
| | | | | | | DEL | | 25.00 |
| | | | | | | Taxes | | 161.51 |
| | | | | | | Invoice Total | | 2119.23 |

Cash Discount    19.33  If Paid By 04/18/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28753



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/24/06 | 1608455-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/17/06 | 088635-7602 fallen lea | 1 |

CUST.#: 8130

SHIP TO:
PARKSIDE HOMES
7602 FALLEN LEAF
SIENNA PLANTATION
MISSOURI CITY, TX

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO:
TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

| INSTRUCTIONS | TERMS |
|---|---|
| TYC | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| HOUSTON BRANCH | DEL/OUR TRCK | 03/23/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************ | | | | | | | |
| | NO BOOM TRUCK!!!!!!!! | | | | | | | |
| | ALL MATERIAL ON SECOND FLOOR WALK UP. | | | | | | | |
| | HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!! | | | | | | | |
| | NO CUTTING OF SHEATHING!!!!!! | | | | | | | |
| | MUST STOCK MATERIAL FROM THE STREET | | | | | | | |
| | NO DRIVING IN YARDS!!!!!!!!!!!! | | | | | | | |
| | NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ************************************************ | | | | | | | |
| 1 | 41212R | 93 | 0 | 93 | PC | 245.00 | MSF | 1093.68 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 41012R | 97 | 0 | 97 | PC | 255.00 | MSF | 989.40 |
| | 4' X 10' X 1/2" GYPSUM BOARD 40 SF/EA | | | | | | | |
| | ********************* | | | | | | | |
| | NO KNAUF NO KNAUF NO KNAUF | | | | | | | |
| | ************************ | | | | | | | |
| | LINE 1 DOWN | | | | | | | |
| | LINE 2 UP | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 190 | | | Total | 2083.08 |
| | | | | | | | DEL | 25.00 |
| | | | | | | | Taxes | 173.92 |
| | | | | | | | Invoice Total | 2282.00 |

Cash Discount    20.83  If Paid By 04/22/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28754



**INTERIOR/EXTERIOR BUILDING SUPPLY LIMITED PARTNERSHIP**
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/24/06 | 1608456-00 |
| PO DATE | P.O. NO. | PAGE # |
| 03/17/06 | 088636-7142 FALLEN LEA | 1 |

CUST.#: 8130

SHIP TO:
PARKSIDE HOMES
7142 FALLEN LEAF
SIENNA PLANTATION
MISSOURI CITY, TX

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO:
TITAN DRYWALL INC
P.O. BOX 1610

ALVIN, TX 77512

| INSTRUCTIONS | TERMS |
|---|---|
| TYC | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| HOUSTON BRANCH | DEL/OUR TRCK | 03/23/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************* | | | | | | | |
| | NO BOOM TRUCK!!!!!!!! | | | | | | | |
| | ALL MATERIAL ON SECOND FLOOR WALK UP. | | | | | | | |
| | HARD HATS REQUIRED AND SAFTEY GLASSES REQUIRED!!!!! | | | | | | | |
| | NO CUTTING OF SHEATHING!!!!!! | | | | | | | |
| | MUST STOCK MATERIAL FROM THE STREET | | | | | | | |
| | NO DRIVING IN YARDS!!!!!!!!!!! | | | | | | | |
| | NO EXCEPTIONS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!! | | | | | | | |
| | ************************************************* | | | | | | | |
| 1 | 41212R | 91 | 0 | 91 | PC | 245.00 | MSF | 1070.16 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | |
| 2 | 41012R | 98 | 0 | 98 | PC | 255.00 | MSF | 999.60 |
| | 4' X 10' X 1/2" GYPSUM BOARD 40 SF/EA | | | | | | | |
| | ******************** | | | | | | | |
| | NO KNAUF  NO KNAUF  NO KNAUF | | | | | | | |
| | *********************** | | | | | | | |
| | LINE 1 DOWN | | | | | | | |
| | LINE 2 UP | | | | | | | |

2 Lines Total      Qty Shipped Total      189

Total         2069.76
DEL             25.00
Taxes          172.82
Invoice Total 2267.58

Cash Discount    20.70    If Paid By 04/22/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT28755