# EXHIBIT Y



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/26/06 | 486387-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/15/06 | CLAY | 1 |

CUST.#:   4343

SHIP TO: CLAY GEARY
450 FAIRWAY DR
CALL CARLA BEFORE DELIVERY
512-2471,  70124

BILL TO: CLAY GEARY
450 FAIRWAY DR

NEW ORLEANS, LA 70124

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | | 05/25/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC<br>****************************************************<br>STOCK MATERIAL ON 1ST FL.   USG BOARD ONLY SEE MARK<br>PETERSON    ----- TO BE DELIVERED 5/19/06 FRIDAY<br>**************************************************** | 160 | 0 | 160 | PC | 234.00 | MSF | 1797.12 |
| 2 | 4812MR<br>4' X 8' X 1/2" M/R GYP. BD. 32 SF | 16 | 0 | 16 | PC | 277.00 | MSF | 141.82 |
| 3 | B02<br>R11 3 1/2" X 15" X 94" KRAFT 156.67 SF/BG | 11 | 0 | 11 | BG | 167.00 | MSF | 287.80 |
| 4 | B09<br>R19 6 1/4" X 15" X 94" KRAFT 97.92 SF/BG | 8 | 0 | 8 | BG | 248.00 | MSF | 194.27 |
| 5 | B16<br>R30 10" X 16" X 48" KRAFT 69.33 SF/BG | 13 | 0 | 13 | BG | 432.00 | MSF | 389.36 |
| 6 | B17<br>R30 10" X 24" X 48" KRAFT 88 SF/BG | 2 | 0 | 2 | BG | 385.00 | MSF | 67.76 |
| 6 | Lines Total       Qty Shipped Total | | | 210 | | | Total<br>Taxes<br>Invoice Total | 2878.13<br>259.04<br>3137.17 |

Cash Discount       28.78   If Paid By 06/24/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT21416