# EXHIBIT Z



**INTERIOR EXTERIOR BUILDING SUPPLY**
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 06/12/06 | 488021-00 |
| PO DATE | P.O. NO. | PAGE # |
| 06/09/06 | 450 FAIRWAY DRIVE | 1 |

CUST.# 4343

SHIP TO: CLAY GEARY
450 FAIRWAY DR
CARLA 512-2471
NEW ORLEANS, LA 70124

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO: CLAY GEARY
450 FAIRWAY DR
NEW ORLEANS, LA 70124

NEW ORLEANS, LA 70178

| INSTRUCTIONS | TERMS |
|---|---|
| AJH **STOCKED 1ST FLOOR** | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 06/09/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC<br>*************************************************<br>STOCK MATERIAL ON FIRST FLOOR. USE USG BOARD ONLY. SEE<br>MARK PETERSON.  TO BE DELIVERED NEXT AVAILABLE. CALL CARLA<br>BEFORE DELIVERY.<br>************************************************* | 50 | 0 | 50 | PC | 234.00 | MSF | 561.60 |
| 1 | Lines Total | Qty Shipped Total | | 50 | | | Total<br>Taxes<br>Invoice Total | 561.60<br>50.54<br>612.14 |

Cash Discount   5.62  If Paid By 07/11/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT21417