# EXHIBIT AA



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

604-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 01/31/06 | 1439853-00 |
| PO DATE | P.O. NO. | PAGE # |
| 01/30/06 | LOT 97  121C00097078 | 1 |

CUST.#: 7434

SHIP TO: TALLOW CREEK LLC
LOT 97, 302 TALLOW CREEK BLVD
DEERFIELD   CHRIS  960-0559
COVINGTON, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO: TALLOW CREEK LLC
2053 GAUSE BLVD EAST
SUITE 200
SLIDELL, LA 70461

| INSTRUCTIONS | TERMS |
|---|---|
| BFD | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| MANDEVILLE BRANCH | DEL/OUR TRCK | 01/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ********************** | | | | | | | |
| | GOLDBOND ROCK ONLY | | | | | | | |
| | ********************** | | | | | | | |
| | SISTER CO. to Southern Homes, Gray's Creek & Springhill | | | | | | | |
| | ****************************************************** | | | | | | | |
| | STOCKING INSTRUCTIONS    DEERFIELD | | | | | | | |
| | 147 PCS 41212R ----- 1ST FLOOR | | | | | | | |
| | 55 PCS 41212HSCB -- 1ST FLOOR | | | | | | | |
| | 16 PCS 41212R ----- GARAGE | | | | | | | |
| | 10 PCS 41212HSCB -- GARAGE | | | | | | | |
| 1 | 41212R | 163 | 0 | 163 | PC | 204.00 | MSF | 1596.10 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK   48SF/PC | | | | | | | |
| 2 | 41212HSCB | 65 | 0 | 65 | PC | 224.00 | MSF | 698.88 |
| | 4' X 12' X 1/2" HIGH STR CEILING BOARD 48SF | | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 228 | | | Total | 2294.98 |
| | | | | | | | Taxes | 200.81 |
| | | | | | | | Invoice Total | 2495.79 |

Cash Discount      22.95   If Paid By 03/01/06

Last Page