# EXHIBIT AB



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 03/17/06 | 1441299-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 03/08/06 | LOT 177 | 1 |

CUST.#: 8551

SHIP TO:
GUSTE ISLAND LOT 177
BROWN THRASHER LOOP
CARLTON 966-1088
MADISONVILLE, LA 70447

REMIT TO:   P.O. BOX 4002
            NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
                     P. O. BOX 4002
                     NEW ORLEANS, LA 70178

BILL TO:
MAYCO CONSTRUCTION LLC
P O BOX 279
MADISONVILLE, LA 70447

| INSTRUCTIONS | TERMS |
|---|---|
| BTS | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 03/16/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 194 | 0 | 194 | PC | 296.00 | MSF | 2756.35 |
| 2 | 4812MR<br>4' X 8' X 1/2" M/R GYP. BD. 32 SF | 10 | 0 | 10 | PC | 395.00 | MSF | 126.40 |

2 Lines Total      Qty Shipped Total      204

Total         2882.75
Taxes          252.24
Invoice Total 3134.99

Cash Discount     28.83   If Paid By 04/15/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT31275