# EXHIBIT AC



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 05/09/06 | 577287-00 |
| PO DATE | P.O. NO. | PAGE # |
| 05/02/06 | 20940 | 1 |

CUST.#: 4169

SHIP TO: WAYNE 278-3967
LOT 212
BELLINGRATH LAKES
BATON ROUGE, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO: HOLMES BUILDING MATERIALS
P O BOX 64559
BATON ROUGE, LA 70896

| INSTRUCTIONS | TERMS |
|---|---|
| WRG | 1%,29/NET 30 |
| SHIP POINT | SHIP VIA | SHIPPED |
| BATON ROUGE BRANCH | DEL/OUR TRCK | 05/08/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 4858FC<br>4' X 8' X 5/8" F/C GYP. BOARD 32 SF/PC | 20 | 0 | 0 | PC | 340.00 | MSF | 0.00 |
| 2 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 230 | 0 | 230 | PC | 296.00 | MSF | 3267.84 |
| 3 | 4812R<br>4' X 8' X 1/2" REGULAR GYP. BOARD 32 SF/PC | 20 | 0 | 20 | PC | 296.00 | MSF | 189.44 |
| 4 | 4812XP<br>4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | 7 | 0 | 7 | PC | 365.00 | MSF | 81.76 |

4 Lines Total        Qty Shipped Total        257                    Total            3539.04
                                                                     Invoice Total    3539.04

Cash Discount        35.39   If Paid By 06/07/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT21181