# EXHIBIT AD



NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

504-488-1998

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 11/30/06 | 1449900-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 11/28/06 | Lot 57 Grand Champion | 1 |

CUST.#: 4407

SHIP TO: Lot 57 Grand Champion
Cooter 225-413-4682
Slidell,

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO: SEALS DRYWALL
125 GEORGE MITCHELL RD
CARRIERE, MS 39426

| INSTRUCTIONS | TERMS |
|---|---|
| vmr | 1%,29/NET 30 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| MANDEVILLE BRANCH | DEL/OUR TRCK | 11/30/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212r<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 220 | 0 | 220 | PC | 275.00 | MSF | 2904.00 |
| 2 | 4812mr<br>4' X 8' X 1/2" M/R GYP. BD. 32 SF | 10 | 0 | 10 | PC | 355.00 | MSF | 113.60 |

2 Lines Total     Qty Shipped Total     230

Total      3017.60
Taxes       264.04
Invoice Total  3281.64

Cash Discount     30.18  If Paid By 12/29/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT21525