# EXHIBIT AE

# TECHUPDATE

November 2010 • Vol. 111, No. 5

**(AWCI)** ASSOCIATION OF THE WALL AND CEILING INDUSTRY

ON THE FLIPSIDE

...

## Three-Year Study Will Determine the Optimal EIFS Solution

Kicking off a historic, joint three-year analysis to determine the optimal performance of exterior insulation and finish systems, the EIFS Industry Members Association has teamed with the U.S. Department of Energy, Office of Building Technology, the Oak Ridge National Laboratory, and the Charleston, S.C., School District to establish a Natural Exposure Test Facility at the Baptist Hill High School in Hollywood, S.C.

With the project overseen by USDOE and ORNL engineers, the Baptist Hill High School facility was constructed utilizing a variety of EIF systems on disparate walls, each of which was clad with a consistent EIFS finish to ensure that the structure remains aesthetically consistent on the exterior.

The goal of the study is to investigate and monitor the thermal and moisture performance of walls with the new technology involving the fluid-applied air/moisture barriers and to factor the outside weather conditions into a hygrothermal computer-modeling program that will assist architects, engineers and builders in the selection of wall assemblies appropriate for the geographic region. The emphasis will be on energy savings, the reduction of greenhouse gases, lowering the cost of utilities and making structures more comfortable.

"We see this study as an important step in assisting the architectural and building communities to devise carefully considered solutions in the selection of EIFS wall assemblies," said Stephan E. Klamke, EIMA's executive director. "By taking into consideration local climatic and atmospheric data and applying it to the performance of various wall assemblies, we believe we can create a useful tool that ensures the optimal EIF system will be selected that will yield the greatest long-term performance. We are extremely excited about the data that USDOE and ORNL will capture over the course of this study and what it will contribute to the selection of appropriate EIFS wall assemblies in the future."

The NET Facility will feature various panels that incorporate diverse wall assemblies. Everything

continued on back

## Phosphogypsum Wallboard: A Potential Health Risk

*By William Umbach, President, DISCA/NJ*

We are all familiar with the term "synthetic gypsum" wallboard, which generally refers to the use of Flue Gas Desulphurization gypsum. The production of FGD gypsum is a byproduct of the generation of electricity; the gypsum industry has refitted many of its manufacturing facilities to allow the replacement of gypsum rock with this coal combustion product. Recently I was made aware that other countries may be using a material called phosphogypsum in the manufacture of "synthetic gypsum" wallboard.

Phosphogypsum is a byproduct of the phosphate manufacturing process and contains two to three times EPA-acceptable radiation levels and is a source of radon gas, posing numerous health risks. The recent increase of imported gypsum wallboard has raised concerns regarding the potential that foreign manufacturers may be using phosphogypsum in the manufacture of their product. In the United States, the EPA bans the use of phosphogypsum in the manufacture of wallboard and it is believed that Europe and other developed countries have similar restrictions; however, that may not be the case everywhere. Some countries do permit the use of phosphogypsum in other forms such as mixing it with soil or as a base for roadways; however, other countries such as Mexico and China, both large producers of phosphates, are not believed to have similar regulations and may be using it to manufacture wallboard.

continued on back

## Tips to Protect Workers in Cold Environments

Prolonged exposure to freezing or cold temperatures may cause serious health problems such as trench foot, frostbite and hypothermia. In extreme cases, including cold water immersion, exposure can lead to death. Danger signs include uncontrolled shivering, slurred speech, clumsy movements, fatigue and confused behavior. If these signs are observed, call for emergency help.

OSHA's Cold Stress Card provides a reference guide and recommendations to combat and prevent many illnesses and injuries. Available in English and Spanish, this laminated fold-up card is free to employers, workers and the public. Tips include the following:

  &#9642; Recognize the environmental and workplace conditions that may be dangerous.

  &#9642; Learn the signs and symptoms of cold-induced illnesses and injuries and what to do to help workers.

  &#9642; Train workers about cold-induced illnesses and injuries.

  &#9642; Encourage workers to wear proper clothing for cold, wet and windy conditions, including layers that can be adjusted to changing conditions.

  &#9642; Be sure workers in extreme conditions take a frequent short break in warm, dry shelters to allow their bodies to warm up.

  &#9642; Avoid exhaustion or fatigue because energy is needed to keep muscles warm.

  For free copies of OSHA's Cold Stress Card in English or Spanish, go to OSHA's Web site, www.osha.gov, or call 800.321.OSHA.

INT/EXT06042

# Safety Management, Fiscal Performance Linked in New Business Case Studies

The debate over whether corporate investment in safety, health and environmental management can be linked to fiscal performance and the company bottom line is rapidly moving from the anecdotal to the measurable. Two recently released business case studies provide conclusive evidence that SH&E management is strongly tied to corporate profitability and sustainability. The case studies are based on 2004 and 2005 Robert W. Campbell Award winners Noble Corporation and Johnson & Johnson, respectively.

As evidence mounts, leading business schools are moving to incorporate SH&E into their business management curricula. Georgetown University's McDonough School of Business is among the first.

"Evidence-based findings are powerful learning tools for business executives and business school students," said Brooks C. Holtom, Ph.D., assistant professor of business at Georgetown. "Until now, there has been a lack of solid case studies examining the role SH&E plays in corporate performance."

Mei-Li Lin, Ph.D., executive director of National Safety Council Research and Statistical Services, said the studies are revolutionizing the status of SH&E as a critical business discipline by providing current and future business leaders with the evidence they need to accept it as a core way of doing business. New case studies will be produced following the announcement of the 2006 winners at the National Safety Council's 94th Annual Congress & Expo.

"We truly believe that the acceptance of Campbell case studies into top tier business schools represents the first step in changing the SH&E paradigm," Lin said. "We will continue to develop case studies to advance SH&E as a critical principle of business excellence."

The Campbell award was co-founded by the National Safety Council and Exxon Mobil Corporation to recognize companies that suc-cessfully integrate SH&E into their overall business operations.

The Johnson & Johnson case study looks at the company's long history of safety and health initiatives and analyzes the company's return on its investment in those initiatives. For example, in 1979 the company developed "Live for Life," an employee wellness program intent on making J&J staff the "healthiest in the world." From 1979 to 1983, J&J reported hospitalization costs at one-third the rate of companies that did not have similar programs.

For more information about the Robert W. Campbell Award, visit www.campbellaward.org.



## Wallboard Shipment Volume Announced for 3Q 2006

According to statistics compiled by the Gypsum Association, the United States gypsum board industry shipped a total of 8.362 billion square feet of material during the third calendar quarter (July–September) of 2006. During the same period, Canadian manufacturers shipped 802 million square feet of material.

During the first nine months of 2006, U.S. manufacturers have shipped a total of 27.394 billion square feet of material, and Canadian manufacturers have shipped 2.607 billion square feet of material.

## EIFS Study, continued from page 1

from conventional EIFS and ventilated EIFS assemblies, to various types of moisture drainage systems, to brick, cement board siding and stucco will be featured on the project. Data will be captured on their performance and will be plotted in the computer model to determine optimal performance characteristics for the South Carolina climate conditions for each of the system types featured. The same approach could be applied to glean relevant data in other climate conditions as well.

The project has also been supported by Buffington Homes, L.P., the contractor for the project, Applied Building Sciences, the project architect and engineer, and National Building Science Corporation, the project coordinator. Other contributing companies included CertainTeed, DuPont, Fortifiber and Jeld-Wen.

"EIMA is grateful to all the organizations that will contribute their time, energy and talents to this important analysis," Klamke said. "We eagerly await the findings of the study and the long-term benefit it will provide to the building and architectural communities."

## Phosphogypsum, continued from page 1

The United States manufactures most of the gypsum wallboard it consumes domestically. Less than 5 percent of that consumption is imported, in which case it is predominantly from Canada and Mexico. Historically, a very small portion has been imported from Germany, Israel, Denmark and, to a limited extent, China. However, in the first quarter of 2006, China suddenly became a major source of imported wallboard accounting for approximately 10 percent of total wallboard imports. The EPA regulations do not impact the importation of gypsum wallboard, and it is possible that wallboards manufactured using phosphogypsum are being imported into the United States. In a recent report, a leading industry consultant confirmed that some countries actually provide a subsidy to use phosphogypsum for the manufacture of wallboard, and China may be one of those countries. The report also stated that the Department of Commerce confirmed that no information is collected as to the type of raw materials used to manufacture the imported wallboard. Considering the high likelihood that Chinese gypsum wallboard is manufactured using phosphogypsum, it may be wise for distributors and contractors to avoid it until further information is available.

INT/EXT06043