UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*Silva, et al. v. Interior Exterior Building Supply, LP et al.*,
Civ. Action No. 09-08030 (E.D.La.)

*Silva et al v. Arch Insurance Company, et al.*,
Civ. Action No. 09-08034 (E.D.La.)

## **O R D E R**

Considering the Trial Plaintiffs' and The Plaintiffs' Steering Committee's Motion for Partial Summary Judgment Concerning Plaintiffs' Redhibition Claims;

IT IS ORDERED BY THE COURT that the Trial Plaintiffs' and The Plaintiffs' Steering Committee's Motion for Partial Summary Judgment Concerning Plaintiffs' Redhibition Claims be and is hereby GRANTED.

New Orleans, Louisiana, this____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge