APPENDIX

## MDL-2047 Chinese Manufactured Drywall Products Liability Litigation

Comments by Defendants Taishan Gypsum Co. Ltd and Tai'an Taishan Plasterboard Co. Ltd
to the Chinese Drywall Markings: Photographic Examples, located at
http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm

| No. ON MDL COURT WEB-SITE | CURRENT NAME ON MDL WEBSITE | TAIAN TAISHAN PLASTERBOARD CO., LTD. | TAISHAN GYPSUM CO. LTD. |
|---|---|---|---|
| 1 | Bedrock Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 2 | Beijing New Building Materials PLC (BNBM) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 3 | C&K Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 4 | Crescent City Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 5 | Dragon Brand Drywall | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 6 | IMG Drywall | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 7 | International Materials Trading (IMT) Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 8 | Knauf Dongguan | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 9 | Knauf Tianjin | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 10 | Knauf WuHu | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |

APPENDIX (CONT'D)

## MDL-2047 Chinese Manufactured Drywall Products Liability Litigation

| No. ON MDL COURT WEB-SITE | CURRENT NAME ON MDL WEBSITE | TAIAN TAISHAN PLASTERBOARD CO., LTD. | TAISHAN GYPSUM CO. LTD. |
|---|---|---|---|
| 11 | Pro Wall | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 12 | Taihe | TTP's records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD" with edge tape similar to that depicted at entry 12 on the Website. | |
| 13 | Taian Taishan | TTP's records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MANUFACTURED BY: TAIAN TAISHAN PLASTERBOARD" CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 14 | Taishan | TTP records indicate that it sold drywall to U.S. dimensions with the following:<br><br>"DRYWALL 4feetX12feetX1/2inch"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 15 | Unknown | TTP records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"DRYWALL 4feetX12feetX1/2inch"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 16 | Unknown | TTP records indicate that it sold drywall to U.S. dimensions with the following marking: | TG has no record of selling drywall to U.S. dimensions with these markings. |

APPENDIX (CONT'D)

## MDL-2047 Chinese Manufactured Drywall Products Liability Litigation

| NO. ON MDL COURT WEB-SITE | CURRENT NAME ON MDL WEBSITE | TAIAN TAISHAN PLASTERBOARD CO., LTD. | TAISHAN GYPSUM CO. LTD. |
|---|---|---|---|
| | | "MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD" However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | |
| 17 | Unknown | TTP records indicate that it sold drywall to US dimensions with the following marking: "DRYWALL 4feetX12feetX1/2inch" However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 18 | Unknown | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 19 | Unknown | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 20 | Unknown | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 21 | Unknown | TTP records indicate that it sold drywall to US dimensions with the following marking: "MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD" However, TTP cannot reliably determine whether the markings depicted on entry 21 were placed on drywall sold by TTP due to the poor quality of the image. Further, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have | TG has no record of selling drywall to U.S. dimensions with markings similar to those depicted on entry 21. |

APPENDIX (CONT'D)

## MDL-2047 Chinese Manufactured Drywall Products Liability Litigation

| No. on MDL Court Web-site | Current name on MDL website | Taian Taishan Plasterboard Co., Ltd. | Taishan Gypsum Co. Ltd. |
|---|---|---|---|
| | | produced drywall with these markings. | |
| 22 | Unknown | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 23 | Unknown (9th) | TTP records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 24 | Unknown (10th) | TTP records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD"<br><br>However, TTP cannot reliably determine whether the markings depicted on entry 24 were placed on drywall sold by TTP because the image is incomplete. Further, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 25 | Unknown (11th) | TTP records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced | TG has no record of selling drywall to U.S. dimensions with these markings. |

APPENDIX (CONT'D)

## MDL-2047 Chinese Manufactured Drywall Products Liability Litigation

| No. on MDL Court Web-site | Current name on MDL website | Taian Taishan Plasterboard Co., Ltd. | Taishan Gypsum Co. Ltd. |
|---|---|---|---|
|  |  | drywall with these markings. |  |
| 26 | Venture Supply Inc. (Tajhe/Taihe) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG sold drywall to U.S. dimensions with the following description:<br><br>"VENTURE SUPPLY INC. MFG. TAIHE CHINA"<br><br>However, there is insufficient evidence that the drywall depicted on the images at entry 26 was sold by TG because, among other reasons, other manufacturers may have produced drywall with these markings. |
|  | **Non-Chinese Manufactured Drywall** |  |  |
| 27 | Georgia Pacific | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 28 | Lafarge | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 29 | National Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 30 | USG | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
|  | **Drywall From Unknown Origins** |  |  |
| 31 | Pro-Roc | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 32 | Unknown (12th) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 33 | Unknown (13th) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |

APPENDIX (CONT'D)

## MDL-2047 Chinese Manufactured Drywall Products Liability Litigation

| No. on MDL Court Web-site | Current name on MDL website | Taian Taishan Plasterboard Co., Ltd. | Taishan Gypsum Co. Ltd. |
|---|---|---|---|
| 34 | Unknown (14th) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 35 | Unknown (15th) | TTP's records indicate that it sold drywall to to U.S. dimensions with the following markings:<br><br>"DRYWALL 4feetX12feetX1/2inch"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |