# TAISHAN GYPSUM

