# TAISHAN GYPSUM WANG

