## TAISHAN GYPSUM FIVE STAR

