# TAISHAN GYPSUM WEST LAKE

