# TAISHAN GYPSUM DUN

