**TAISHAN GYPSUM MA**

