**TAISHAN GYPSUM**

法斯特