# LEWIS & ROBERTS

PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| Richard M. Lewis | Jeffrey A. Misenheimer | 3700 Glenwood Avenue, Suite 410 | **Charlotte Office** |
| James A. Roberts, III | Paul R. Dickinson, Jr. | Raleigh, North Carolina 27612 | 5960 Fairview Road, Suite 102 |
| Winston L. Page, Jr. | Matthew C. Bouchard ** | Mailing Address | Charlotte, NC 28210-3102 |
| Timothy S. Riordan | Paul C. McCoy | Post Office Box 17529 | Telephone (704) 347-8990 |
| Daniel K. Bryson | Sarah C. Blair | Raleigh, NC 27619-7529 | Facsimile (704) 347-8929 |
| John D. Elvers | Scott C. Harris | | |
| Brian D. Lake | Melissa K. Walker | (888) 981-0939 | |
| John H. Ruocchio | William J. Blakemore | Telephone (919) 981-0191 | |
| Gary V. Mauney | J. Timothy Wilson | Facsimile (919) 981-0199 | |
| Kimberly R. Wilson * | Brooke N. Albert | | Daniel K. Bryson |
| | | | Direct Dial: (919) 719-8526 |
| | | | Email: dkb@lewis-roberts.com |

\* Also Admitted in W. VA   \*\* Also Admitted in MA

March 9, 2011

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re:  Chinese Manufactured Drywall Products Liability Litigation
             David Gross, et al. v. Knauf Gips, KG, et al.
             Case No.: 09-6690

Dear Lenny and Russ:

    My clients, Charles and Diane Vessel, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Stine Lumber, LLC, in the above referenced Omni Complaint. Charles and Diana Vessel shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein

                                            Very truly yours,

                                            Daniel K. Bryson

{00399820.DOC}