# LEWIS & ROBERTS

PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| Richard M. Lewis | Jeffrey A. Misenheimer | 3700 Glenwood Avenue, Suite 410 | **Charlotte Office** |
| James A. Roberts, III | Paul R. Dickinson, Jr. | Raleigh, North Carolina 27612 | 5960 Fairview Road, Suite 102 |
| Winston L. Page, Jr. | Matthew C. Bouchard ** | Mailing Address | Charlotte, NC 28210-3102 |
| Timothy S. Riordan | Paul C. McCoy | Post Office Box 17529 | Telephone (704) 347-8990 |
| Daniel K. Bryson | Sarah C. Blair | Raleigh, NC 27619-7529 | Facsimile (704) 347-8929 |
| John D. Elvers | Scott C. Harris | | |
| Brian D. Lake | Melissa K. Walker | (888) 981-0939 | |
| John H. Ruocchio | William J. Blakemore | Telephone (919) 981-0191 | |
| Gary V. Mauney | J. Timothy Wilson | Facsimile (919) 981-0199 | |
| Kimberly R. Wilson * | Brooke N. Albert | | Daniel K. Bryson |
| | | | Direct Dial: (919) 719-8526 |
| | | | Email: dkb@lewis-roberts.com |

\* Also Admitted in W. VA        \*\* Also Admitted in MA

March 10, 2011

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

    In Re:  Chinese Manufactured Drywall Products Liability Litigation
           Kenneth Abel, et al. v. Taishan Gypsum Co., LTD, et al.
           Case No.: 11-080

Dear Lenny and Russ:

    My client, Thomas Bell, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss without prejudice all of his claims against defendant, Johnson Lumber Co., Inc., in the above referenced Omni Complaint. Thomas Bell shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein

                                               Very truly yours,

                                               Daniel K. Bryson

{00400004.DOC}