

| SCOTT C. BARNES | MARTIN H. LEVIN | MIKE PAPANTONIO | OF COUNSEL: |
|---|---|---|---|
| AMANDA S. BARR | ROBERT M. LOEHR | MARK J. PROCTOR | ROBERT F. KENNEDY, JR. |
| BRIAN H. BARR | KATHERINE McFARLAND | TROY A. RAFFERTY | (LICENSED ONLY IN NEW YORK) |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | BEN W. GORDON, JR. |
| BRANDON L. BOGLE | Wm. JEMISON MIMS, JR. | W. CAMERON STEPHENSON | |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | LEO A. THOMAS | LEFFERTS L. MABIE, JR. (1925-1996) |
| WILLIAM F. CASH III | R. LARRY MORRIS | BRETT VIGODSKY | D.L. MIDDLEBROOKS (1926-1997) |
| RACHAEL R. GILMER | K. LEA MORRIS | CHRISTOPHER M. VLACHOS | DAVID H. LEVIN (1928-2002) |
| KRISTIAN KRASZEWSKI | PETER J. MOUGEY | AARON L. WATSON | STANLEY B. LEVIN (1938-2009) |
| KIMBERLY R. LAMBERT | DANIEL A. NIGH | | |
| FREDRIC G. LEVIN | TIMOTHY M. O'BRIEN | | |

March 16, 2011

Russ M. Herman
Herman, Herman, Katz & Cotler, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

RE: Notice of Voluntary Dismissal

Dear Russ:

Please find enclosed a Notice of Voluntary Dismissal Without Prejudice of Defendant, Axis Surplus Insurance Company. At this time we request that you file the enclosed document on behalf of our clients, Steven & Gayle Felicetti.

Sincerely

William F. Cash III

WFC/cac
Enclosure