UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Amato v. Liberty Mutual Insurance Co.*, No. 10-932

## QUANTA INDEMNITY COMPANY'S
## MOTION TO DISMISS FOR IMPROPER VENUE

In *Amato v. Liberty Mutual Insurance Co.*, No. 10-932, Quanta Indemnity Company moves to dismiss certain plaintiffs' claims for insurance coverage relating to Chinese Drywall installed in buildings in Florida by alleged Quanta insureds for improper venue pursuant to Rule 12(b)(3) and 28 U.S.C. § 1391. Plaintiffs have asserted venue over these claims under 28 U.S.C. § 1391(a)(1) and (2) and/or under 28 U.S.C. § 1391(b)(1) and (2). But plaintiffs can satisfy the requirements of neither because:

1)  all defendants do not reside in this state within the meaning of 28 U.S.C. § 1391(b); and

2)  as to the Florida-based claims, no substantial part of the events giving rise to the claims occurred in this district and no substantial part of the properties are situated in this district.

Accordingly, Quanta moves to specifically dismiss the following Florida-based plaintiffs' claims:

Peace, Stephanie & John
Transland, LLC
Kelly, Christopher & Jesica
Mercedes, William and Carmen
Montalvo, Samuel, Jr.

{N2275730.3}                              1

Penny, Andrew and Rachel
El1iot, Dezman
Eisenberg, Brian and Lauren
Frenchman, Beth
Johnson, Charles and Molly
Mizne, Michael and Jeannine
Gonzalez, Luis and Caridad
Segundo, Rafael & Ana
Felicetti, Steven & Gayle
Plotkin, Peter
McNeel, Diane
Fallmann, James & Barbara
Miller, Bradley & Tricia
Orlowski, David

Respectfully submitted,

*/s/ Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Quanta Indemnity Company's Motion to Dismiss for Improper Venue has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance

with the procedures established in MDL 2047, on this 23rd day of March, 2011.

                                              /s/ *Madeleine Fischer*
                                                      MADELEINE FISCHER