**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LITIGATION** | * | |
| _____ | * | **SECTION: "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| **Payton, et al. v. Knauf GIPS KG, et al.** | * | |
| | * | |
| **Case No. 09-7628, Sect. L MAG. 2** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**TUSCAN-HARVEY ESTATE HOMES, INC.'S NOTICE OF INABILITY TO PAY
IN RESPONSE TO THE COURT'S ORDER OF MARCH 9, 2011**</u>

COMES NOW, Defendant, Tuscan-Harvey Estate Homes, Inc. ("Tuscan-Harvey")

through undersigned counsel, and in response to the Court's Order of March 9, 2011 (Rec. Doc.

No. 8006) which requires Homebuilder Defendants in the Chinese Drywall MDL to deposit

certain funds with the Clerk of Court to account for the fees and expenses of liaison counsel for

Homebuilder Defendants, avers as follows:

1. Tuscan-Harvey is named as a Homebuilder Defendant by two sets of Homeowner

    Plaintiffs in the Chinese Drywall MDL.  Therefore, the funds due to be deposited by

    Tuscan-Harvey are $1650.00 pursuant to the Court's Order of March 9, 2011.

2. Tuscan-Harvey has been denied defense and indemnity coverage by its insurer, Mid-Continent Casualty Company, with respect to the Chinese Drywall claims asserted against Tuscan-Harvey in this Court.

3. As a result of the denial of coverage by Mid-Continent Casualty Company, Tuscan-Harvey has been unable to pay undersigned counsel for the majority of fees and expenses incurred to date in this litigation.

4. Tuscan-Harvey, through undersigned counsel, has made a formal request to Mid-Continent Casualty Company that the latter deposit Tuscan-Harvey's share of funds into the Court's registry pursuant to the March 9, 2011 Order.  However, it is anticipated that Mid-Continent Casualty Company will not deposit said funds based on its past denials of defense and indemnity coverage to Tuscan-Harvey.

5. Due to the state of the economy and real estate industry, Tuscan-Harvey avers that it does not have sufficient funds to pay its counsel, nor does it have adequate funds to deposit $1650.00 into the Court's registry pursuant to the Court's Order of March 9, 2011.

6. This filing respectfully serves as Notice of Tuscan-Harvey's financial inability to satisfy the Court's Order of March 9, 2011.

Respectfully submitted,

**KUCHLER POLK SCHELL WEINER & RICHESON, LLC**

BY: /s/ Michele Hale DeShazo
   LEIGH ANN SCHELL (La. Bar No. 19811)
   MICHELE HALE DESHAZO (La. Bar No. 29893)
   1615 Poydras St., Suite 1300
   New Orleans, LA  70112
   Telephone:  (504) 592-0691
   Facsimile: (504) 592-0696
   *Counsel for Tuscan-Harvey Estate Homes, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District  Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  23rd day of March, 2011.

     /s/ Michele Hale DeShazo
     MICHELE HALE DESHAZO