## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL No. 2047
PRODUCTS LIABILITY LITIGATION     Section L

This Document Relates to     JUDGE FALLON
ALL CASES     MAG. JUDGE WILKINSON
_____/

### DEFENDANT K. HOVNANIAN FIRST HOMES, LLC'S
### MOTION FOR CLARIFICATION

Defendant, K. Hovnanian First Homes, LLC ("KHFH"), reserving all rights and defenses, including specifically its objection to the jurisdiction of this Court as set forth in its Motions to Dismiss For Lack of Personal Jurisdiction, respectfully moves this Court to clarify its Order dated March 9, 2011 (the "Order") [DE 8006] regarding payment of fees for Homebuilders' Liaison Counsel. The grounds for this Motion are set forth in the accompanying Memorandum in support of this Motion.

WHEREFORE, Defendant KHFH respectfully requests that this Court clarify its Order and grant such other and further relief that this Court deems appropriate.

Dated: March 23, 2011                    Respectfully submitted,

                                              BILZIN SUMBERG BAENA PRICE
                                              & AXELROD LLP
                                              Attorneys for Defendant, KHFH
                                              1450 Brickell Avenue
                                              Suite 2300
                                              Miami, Florida 33131
                                              Tel.: (305)374-7580   Fax: (305)374-7593

                                        BY:    /s/ *Melissa Pallett-Vasquez*
                                                      ROBERT W. TURKEN, ESQ.
                                                      Florida Bar No. 306355
                                                      rturken@bilzin.com
                                                      ADAM F. HAIMO, ESQ.
                                                      Florida Bar No. 502731
                                                      ahaimo@bilzin.com
                                                      MELISSA PALLETT-VASQUEZ, ESQ.
                                                      Florida Bar No.  715816
                                                     mpallett@bilzin.com

## CERTIFICATE OF SERVICE

     I hereby certify that this Motion for Clarification has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2011.


                                                                    By: /s/ *Melissa Pallett-Vasquez*
                                                                            Melissa Pallett-Vasquez

MIAMI 2475388.1 7860333069