# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| This Document Relates to<br>ALL CASES<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DEFENDANT HOVNANIAN DEVELOPMENTS OF FLORIDA, INC'S
### MOTION FOR CLARIFICATION

Defendant, Hovnanian Developments of Florida, Inc. ("Hovnanian Developments"), reserving all rights and defenses, including specifically its objection to the jurisdiction of this Court as set forth in its Motions to Dismiss For Lack of Personal Jurisdiction, respectfully moves this Court to clarify its Order dated March 9, 2011 (the "Order") [DE 8006] regarding payment of fees for Homebuilders' Liaison Counsel. The grounds for this Motion are set forth in the accompanying Memorandum in support of this Motion.

WHEREFORE, Defendant Hovnanian Developments respectfully requests that this Court clarify its Order and grant such other and further relief that this Court deems appropriate.

Dated: March 23, 2011

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant, Hovnanian Developments
1450 Brickell Avenue
Suite 2300
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:   /s/ *Melissa Pallett-Vasquez*
ROBERT W. TURKEN, ESQ.
Florida Bar No. 306355
rturken@bilzin.com
ADAM F. HAIMO, ESQ.
Florida Bar No. 502731
ahaimo@bilzin.com
MELISSA PALLETT-VASQUEZ, ESQ.
Florida Bar No. 715816
mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that this Motion for Clarification has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2011.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez