## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL :      MDL No. 2047
PRODUCTS LIABILITY LITIGATION           Section L


This Document Relates to                  JUDGE FALLON
ALL CASES                          MAG. JUDGE WILKINSON
_____/

### DEFENDANT HOVNANIAN DEVELOPMENTS OF FLORIDA, INC'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR CLARIFICATION

Defendant Hovnanian Developments of Florida, Inc. ("Hovnanian Developments") hereby files this Memorandum in Support of its Motion for Clarification filed contemporaneously herewith.

Plaintiffs filed multiple Omnibus Class Action Complaints in this MDL (the "Complaints") against multiple Defendants, including Hovnanian Developments. Because there is absolutely no connection between Hovnanian Developments and the State of Louisiana, Hovnanian Developments moved to dismiss the Complaints for lack of personal jurisdiction ("Motions to Dismiss"). [*See, e.g.,* DE 2090]. The Court has not yet ruled on the Motions to Dismiss. The Court, however, has recently ordered all Homebuilders to deposit with the Clerk of the Court funds to pay the fees and expenses for Homebuilders' Liaison Counsel (the "Order"). [DE 8006].

Although Hovnanian Developments does not object to payment of the required funds, Hovnanian Developments respectfully requests clarification of the Order to ensure that any actions taken in response to the Order will not somehow jeopardize its substantial jurisdictional defenses set forth in the Motions to Dismiss. Specifically, Hovnanian Developments wants to make certain that by depositing the funds set forth in the Order with the Clerk of the Court,

MDL NO.: 2047 (Section: L) Fallon/ Wilkinson
(This Document Relates to ALL CASES)

Hovnanian Developments will not later be considered to have waived or surrendered a personal jurisdiction defense.

Based on the foregoing arguments, Hovnanian Developments respectfully requests that the Court clarify its Order to make clear that compliance with such Order will in no way jeopardize Hovnanian Developments' personal jurisdiction defense, and grant such other and further relief that this Court deems appropriate.

Dated: March 23, 2011

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant, Hovnanian Developments
1450 Brickell Avenue
Suite 2300
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:  /s/ *Melissa Pallett-Vasquez*
ROBERT W. TURKEN, ESQ.
Florida Bar No. 306355
rturken@bilzin.com
ADAM F. HAIMO, ESQ.
Florida Bar No. 502731
ahaimo@bilzin.com
MELISSA PALLETT-VASQUEZ, ESQ.
Florida Bar No.  715816
mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Memorandum in Support of Hovnanian Developments's Motion for Clarification, has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2011.

MDL NO.: 2047 (Section: L) Fallon/ Wilkinson
(This Document Relates to ALL CASES)


By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez