## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL :     MDL No. 2047
PRODUCTS LIABILITY LITIGATION     Section L

This Document Relates to     JUDGE FALLON
ALL CASES     MAG. JUDGE WILKINSON
_____/

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Hovnanian Developments of Florida, Inc., has filed the attached Motion for Clarification, and that the Motion will be heard on April 13, 2011 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated: March 23, 2011

    Respectfully submitted,

    BILZIN SUMBERG BAENA PRICE
    & AXELROD LLP
    Attorneys for Defendant, KHFH
    1450 Brickell Avenue
    Suite 2300
    Miami, Florida 33131
    Tel.: (305)374-7580   Fax: (305)374-7593

    BY:    /s/ *Melissa Pallett-Vasquez*
          ROBERT W. TURKEN, ESQ.
          Florida Bar No. 306355
          rturken@bilzin.com
          ADAM F. HAIMO, ESQ.
          Florida Bar No. 502731
          ahaimo@bilzin.com
          MELISSA PALLETT-VASQUEZ, ESQ.
          Florida Bar No. 715816
          mpallett@bilzin.com

MDL NO.: 2047 (Section: L) Fallon/ Wilkinson
(This Document Relates to ALL CASES)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Hearing, has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2011.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez