**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL : <br> PRODUCTS LIABILITY LITIGATION | MDL No. 2047 <br> Section L |
| This Document Relates to <br> ALL CASES _____/ | JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendant Hovstone Properties of Florida, LLC, has filed the attached Motion for Clarification, and that the Motion will be heard on April 13, 2011 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated: March 23, 2011

                                                            Respectfully submitted,

                                                             BILZIN SUMBERG BAENA PRICE
                                                             & AXELROD LLP
                                                             Attorneys for Defendant, KHFH
                                                             1450 Brickell Avenue
                                                             Suite 2300
                                                             Miami, Florida 33131
                                                             Tel.: (305)374-7580   Fax: (305)374-7593

                                            BY:     /s/ *Melissa Pallett-Vasquez*
                                                             ROBERT W. TURKEN, ESQ.
                                                             Florida Bar No. 306355
                                                             rturken@bilzin.com
                                                             ADAM F. HAIMO, ESQ.
                                                             Florida Bar No. 502731
                                                             ahaimo@bilzin.com
                                                             MELISSA PALLETT-VASQUEZ, ESQ.
                                                            Florida Bar No.  715816
                                                            mpallett@bilzin.com

MDL NO.: 2047 (Section: L) Fallon/ Wilkinson
(This Document Relates to ALL CASES)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Hearing, has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2011.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez