**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED DRYWALL          MDL No. 2047
PRODUCTS LIABILITY LITIGATION                         Section L


This Document Relates to                                        JUDGE FALLON
ALL CASES                                                            MAG. JUDGE WILKINSON
_____/

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendant Shelby Homes, Inc, has filed the attached

Motion for Clarification and Stay, and that the Motion will be heard on April 13, 2011 at 9:00

a.m. before the Honorable Eldon E. Fallon.

Dated: March 23, 2011              Respectfully submitted,

                                            BILZIN SUMBERG BAENA PRICE
                                            & AXELROD LLP
                                            Attorneys for Defendant Shelby
                                            1450 Brickell Avenue
                                            Suite 2300
                                            Miami, Florida 33131
                                            Tel.: (305)374-7580   Fax: (305)374-7593

                                            BY:    /s/ *Melissa Pallett-Vasquez*
                                                     ROBERT W. TURKEN, ESQ.
                                                     Florida Bar No. 306355
                                                     rturken@bilzin.com
                                                     ADAM F. HAIMO, ESQ.
                                                     Florida Bar No. 502731
                                                     ahaimo@bilzin.com
                                                     MELISSA PALLETT-VASQUEZ, ESQ.
                                                     Florida Bar No.  715816
                                                     mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2011.


By: /s/ *Melissa Pallett-Vasquez*
     Melissa Pallett-Vasquez