UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

DEAN AMATO, NO. 10-0932

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

**NOW INTO COURT,** comes Thomas L. Gaudry, Jr., and Wade A. Langlois, III of the law firm of Gaudry, Ranson, Higgins & Gremillion, LLC, and J. Stephen Berry and J. Randolph Evans of the law firm McKenna, Long & Aldridge, LLP, and hereby file this Notice of Appearance as counsel on behalf of Defendant, Assurance Company of America. It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel at the law firms set forth below with this action.

This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

Respectfully submitted,

_____
**THOMAS L. GAUDRY, JR., (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for American Guarantee and Liability Insurance Company; Steadfast Insurance Company; American Zurich Insurance Company, Zurich American Insurance Company, Maryland Casualty Company, and Assurance Company of America

**AND**

**J. STEPHEN BERRY, GA. Bar No. 053106**
**J. RANDOLPH EVANS, GA. Bar No. 252336**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for American Guarantee and Liability Insurance Company; Steadfast Insurance Company; American Zurich Insurance Company, Zurich American Insurance Company, Maryland Casualty Company, and and Assurance Company of America

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, via e-mail and/or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this__24th_ day of March, 2011.

_____
Wade A. Langlois, III, LSBA #17681

G:\0262\2048\Pleadings\Notice of Appearance 002.wpd