# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Rogers, et al v. Knauf Gips, Kg, et al;<br>Cause No. 10-0362 | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, CABOT HOMES, LLC (IMPROPERLY IDENTIFIED AS CABOT HOMES IN THE COMPLAINT)

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, FERNANDA PEREIRA, hereby dismisses without prejudice all of her claims against **DEFENDANT CABOT HOMES, LLC (improperly identified as Cabot Homes in the Complaint)**, in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Plaintiff, Fernanda Pereira, shall continue to pursue her claims against the remaining Defendants not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Bruce Steckler, counsel for Plaintiff, Fernanda Pereira, dated March 21, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: March 24, 2011            /s/ Russ M. Herman
                                 Russ M. Herman, Esquire (Bar No. 6819)
                                 Leonard A. Davis, Esquire (Bar No. 14190)
                                 Stephen J. Herman, Esquire (Bar No. 23129)
                                 HERMAN, HERMAN, KATZ & COTLAR, LLP
                                 820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
                                 Phone: (504) 581-4892
                                 Fax: (504) 561-6024
                                 LDavis@hhkc.com
                                 *Plaintiffs' Liaison Counsel*
                                 *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of March, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT A



**BARON BUDD, P.C.**  DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

March 21, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
> OMNI COMPLAINT IV; Joyce W. Rogers, et al v. Knauf Gips KG, et al
> Cause No. 10-0362; MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

My client, Fernanda Pereira, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against defendant Cabot Homes, LLC, in the above matter, reserving her rights and claims against any and all other defendants therein.

Very truly yours,

Bruce Steckler