UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
*Amato v. Liberty Mutual Insurance Co.*, **No. 10-932**

### QUANTA INDEMNITY COMPANY'S NOTICE OF SUBMISSION OF MOTION TO DISMISS FOR IMPROPER VENUE

Please take notice that Defendant Quanta Indemnity Company submits for decision its Motion To Dismiss For Improper Venue to The Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section J, as of April 13, 2011 at 9:00 a.m.

Respectfully submitted,

*/s/ Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Quanta Indemnity Company*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Quanta Indemnity Company's Motion to Dismiss for Improper Venue has been served on Plaintiffs'

{N2275730.3}                                          1

2

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/ *Madeleine Fischer*
MADELEINE FISCHER