UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| AMATO, ET AL. v. LIBERTY MUTUAL INS. CO., ET AL.<br><br>CASE NO. 2:10-cv-00932 (E.D. La.) | MAGISTRATE WILKINSON |

### AFFIDAVIT OF ANTONIO SCOGNAMIGLIO IN SUPPORT OF DEFENDANT AMERICAN STRATEGIC INSURANCE CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Antonio Scognamiglio, being first duly sworn under oath, depose and state the following:

1. My name is Antonio Scognamiglio and I am over the age of eighteen. I have personal knowledge of all the information contained herein.

2. I am the Vice-President of Claims for American Strategic Insurance Corp. (AMERICAN STRATEGIC). As such, I have full knowledge of the operations, corporate structure and organization of AMERICAN STRATEGIC and its related companies.

3. AMERICAN STRATEGIC is a Florida corporation with its principal place of business in Florida. Further, AMERICAN STRATEGIC is a Florida insurer licensed to issue policies in Florida, with policies approved by the State of Florida and registered with the Florida Office of Insurance Regulation and is governed under Florida law.

4.   AMERICAN STRATEGIC only writes policies in Florida, Arizona, Colorado, New Jersey, Virginia, Delaware, Georgia, Pennsylvania, Maryland and South Carolina.

5.   AMERICAN STRATEGIC does not insure Louisiana properties or businesses and does not sell policies in Louisiana.

6.   AMERICAN STRATEGIC does not, and is not authorized to, write policies in Louisiana or conduct business in Louisiana.

7.   AMERICAN STRATEGIC does not maintain any offices in Louisiana.

8.   AMERICAN STRATEGIC is owned by ARX Holdings, Ltd., a Delaware corporation, and XL Capital, a Bermuda corporation.

9.   While AMERICAN STRATEGIC has a co-subsidiary located in Louisiana, ASI Lloyds, AMERICAN STRATEGIC and ASI Lloyds maintain separate corporate accounts.

10.   AMERICAN STRATEGIC and ASI Lloyds have no control over one another's general policies.

11.   AMERICAN STRATEGIC and ASI Lloyds control their own daily operations independent from one another.

FURTHER AFFIANT SAYETH NOT.

_____
ANTONIO SCOGNAMIGLIO

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF               )

SWORN TO and SUBSCRIBED before me by Antonio Scognamiglio, who is personally known to me or has produced ___N/A___, as identification and who did/ did not take an oath and verified that the foregoing Affidavit is true and correct.

SWORN TO AND SUBSCRIBED before me this _17_ day of _March_ 2011.

_____
NOTARY PUBLIC
PRINT NAME: Sandra Roman
State of FLORIDA at Large
My Commission No.: _____
My Commission Expires:

Notary Public State of Florida
Sandra Roman
My Commission DD850686
Expires 03/20/2013