UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT A],

Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT B],

Defendants.

CASE NO.: 10-932

CLASS ACTION COMPLAINT

JURY TRIAL DEMAND

## PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (V)

Pursuant to Federal Rule of Civil Procedure 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Insured Defendants, as defined herein. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the manufacturer(s) of the Chinese manufactured drywall located in plaintiffs' homes, as set forth in *Payton, et al. v. Knauf Gips KG, et al.*, No.09-7628 (E.D. La.) (Omni I); *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, No. 10-361 (E.D. La.) (Omni II); *Benes, et al. v. Knauf Gips KG, et al.*, No. 09-6690 (E.D. La.) (Omni III); *Rogers, et al. v. Knauf Gips KG, et al.*, No. 10-362 (E.D. La.) (Omni IV) (the "National Class

1

incorporated herein by reference.

36. Plaintiff, Aurora Barcia is a resident of Florida and owns real property located at 6119 NW Densaw Terrace, Port St. Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

37. Plaintiffs, Regine and John Barlow are citizens of Louisiana and own real property located at 2644 Pelican Bay Blvd., Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

38. Plaintiffs, John and Heather Barone are citizens of Louisiana and own real property located at 297 Rue Piper, Slidell, Louisiana 70461. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

39. Plaintiffs, Fernando and Barbara Barragan are residents of Florida and together own real property located at 8935 SW 228th Lane, Cutler Bay, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

40. Plaintiffs, Antoine and Nicole Barreca are citizens of Louisiana and own real property located at 2102 A and B Muster Blvd., Chalmette, Louisiana 70043 and 3807 Jupiter Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

249. Plaintiff, Samuel Ledford is a citizen of Alabama and owns real property located at 10308 Renfroe Road, Alpine, Alabama 35014. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

250. Plaintiff, Kevin Lee is a citizen of Florida and owns real property located at 13712 Trinity Leaf Place, Riverview, Florida 33579. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

251. Plaintiffs, David Lefton and Michelle Garcia are citizens of Florida and own real property located at 106 Southwest Milburn Circle, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

252. Plaintiffs, Michael and Melissa LeJeune are citizens of Louisiana and own real property located at 680 Silverthorne Lane, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

253. Plaintiff, Lynn Lukaszewski is a resident of New Jersey and owns real property located at 3421 SW Haines Street, Port St. Lucie, Florida 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

254. Plaintiffs, Arlene and Charles Mackoff are citizens of Florida and own real property located at 15582 Fiorenza Circle, Delray Beach, Florida 33446. Plaintiffs are participating as class

| Plaintiffs/Current Address | Insured Defendants | Insurance Company Defendants | Subclass #'s |
|---|---|---|---|
| Anderson, Alexander<br>309 Preservation Reach<br>Chesapeake, Virginia 23320 | The Porter-Blaine Corporation | Fireman's Fund Insurance Company<br>Hanover Insurance Company | 41<br>49 |
| Anello, Joe and Delma<br>3957 Border Way<br>Virginia Beach, Virginia 23456 | The Porter-Blaine Corporation | Fireman's Fund Insurance Company<br>Hanover Insurance Company | 41<br>49 |
| Atkins, Taddarreio and Mattea<br>955 Hollymeade Circle<br>Newport News, Virginia 23602 | The Porter-Blaine Corporation | Fireman's Fund Insurance Company<br>Hanover Insurance Company | 41<br>49 |
| Atwell, Roger<br>5516 Brixton Road<br>Williamsburg, Virginia 23185 | The Porter-Blaine Corporation | Fireman's Fund Insurance Company<br>Hanover Insurance Company | 41<br>49 |
| Barcia, Aurora<br>13005 Coronado Lane<br>North Miami, FL 33181 | Vicinity Drywall, Inc. | American Strategic Insurance Corp. | 11 |
| Lukaszewski, Lynn<br>P.O. Box 4157<br>Cherry Hill, NJ 08034 | Vicinity Drywall, Inc. | American Strategic Insurance Corp. | 11 |