MINUTE ENTRY
FALLON, J.
MARCH 23, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L  JUDGE FALLON  MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearances:  Arnold Levin, Esq. & Fred Longer, Esq. For PSC
Neal Sivyer, Esq. For Taylor interests
Mike Sexton, Esq. & Nick Panayotopoulos, Esq. For Banner Supply
Benjamin Grau, Esq. For In/Ex
Bob Fitzsimmons, Esq., Installers' Liason Counsel
Kevin Risley, Esq. For North River
Judy Burnthorne, Esq. For Landmark American
Gary Russo, Esq. & Megan Donohue, Esq. For National Surety Corp.
Steve Nicholas, Esq. For Mitchell Co.
Steven Glickstein, Esq. For Knauf defendants

I.   Plaintiff Rookery Park Estates, LLC's Motion to Compel Mediation of All Claims Against Defendant Knauf, Master Builders of South Florida, Inc. and F. Vicinio & Co., Inc. (R. Doc. 7501)

   Argument-GRANTED with the understanding the parties are to meet-and-confer to select a mutually agreeable date and location for mediation.

II.  The North River Insurance Co.'s Motions for Leave to File Third Party Claims (R. Docs. 7705, 7638); Landmark American Insurance Co. and National Surety Corp.'s Motion for Leave to File Third Party Complaint (R. Doc. 8085); and Interior Exterior's Motion to Lift Stay to File its Answer and Affirmative Defenses to Plaintiffs' Complaint and a Third-Party Complaint Against the Knauf Group of Companies (R. Doc. 8118).

   Argument-DENIED for oral reasons given.
JS10:   :33

In Re: Chinese Drywall Litigation                                               March 23, 2011
MDL 2047 - L                                                                    Page 2

III.   The Plaintiffs' Steering Committee's ("PSC") Motion for Protective Order Regarding Certain Knauf Depositions (R. Doc. 7746); and Banner Defendants' Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions (R. Doc. 8130)

       Argument-DENIED as moot.  The Court directed the parties to meet-and-confer within 10 days to select mutually agreeable dates for the depositions, and thereafter report to the Court.

IV.    The PSC's Motion for Extension of Time for Service of Process Under Rule 4(m) (R. Doc. 7750)

       No argument-GRANTED for oral reasons given.

V.     Interior Exterior's Motion to Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms Pursuant to F.R.C.P. Rule 37(b) (R. Doc. 8025); and The Banner Supply Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply with Discovery and This Court's Order to File Profile Forms (R. Doc. 7892)

       Argument-DENIED with the right to refile a motion for a hearing on a rule to show cause why the claims should not be dismissed, if after meeting-and-conferring the parties determine that there are still outstanding profile forms.

VI.    The Mitchell Company's Motions to Intervene in *Silva* and *Payton* (R. Docs. 8143, 8144)

       Argument-Taken under submission.

VII.   Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc., and Taylor Woodrow Communities at Vasari, LLC's Motion to Intervene (R. Doc. 8128); Completed Communities II, LLC f/k/a Centerline Homes at Tradition, LLC, Centerline Port St. Lucie, Ltd., Centerline Homes at Georgetown, LLC, and Centerline Homes Construction, Inc.'s Motion to Intervene (R. Doc. 8131); and Lennar Corp., Lennar Homes, LLC, and U.S. Home Corp.'s Motion to Intervene (R. Doc. 8135).

       Argument-Taken under submission.