UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED   MDL No. 2:09-md-02047
DRYWALL PRODUCTS LIABILITY
LITIGATION

**This document relates to:**   JUDGE FALLON

AMATO, ET AL. v.
LIBERTY MUTUAL INS. CO., ET AL.
                                MAGISTRATE WILKINSON
CASE NO. 2:10-cv-00932 (E.D. La.)

## DEFENDANT AMERICAN STRATEGIC INSURANCE CORPORATION'S MOTION TO DISMISS FOR IMPROPER VENUE [1]

COMES NOW the Defendant, AMERICAN STRATEGIC INSURANCE CORPORATION (hereinafter, "AMERICAN STRATEGIC"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(3), hereby moves to dismiss the above referenced matter for improper venue, and in support thereof states as follows:

1. This matter arises out of a dispute concerning insurance coverage under a Commercial General Liability policy for Chinese drywall-related damages.

2. Defendant AMERICAN STRATEGIC is a Florida corporation with its principal place of business in Florida. Further, AMERICAN STRATEGIC is a Florida insurer licensed to issue policies in Florida and registered with the Florida Office of Insurance Regulation and is governed under Florida law.

3. The insured, Vicinity Drywall, Inc., is a Florida corporation with its principal place of business in Florida.

---

[1] This Motion and supporting Memorandum of Law are being filed pursuant to the Court's March 2, 2011 Order (Doc. No. 7793), which expressly allows the filing of partial Rule 12(b) motions without waiving any right to assert other Rule 12(b) motions raising other issues at a later time. Accordingly, AMERICAN STRATEGIC expressly reserves all of its rights to assert different Rule 12(b) motions at a later time and does not intend to waive any such motions.

4. AMERICAN STRATEGIC issued a Florida Commercial General Liability policy to Vicinity Drywall, Inc. with effective dates of March 24, 2006 through March 24, 2007 and March 24, 2007 through March 24, 2008.

5. The Plaintiff homeowners' properties that were allegedly damaged by Vicinity Drywall, Inc. are also both located in Florida. Plaintiff Aurora Barcia's property is located at 6119 NW Densaw Terrace, Port Saint Lucie, Florida 34986. Plaintiff Lynn Lukaszewski's property is located at 3421 SW Haines Street, Port Saint Lucie, Florida 34953.

6. AMERICAN STRATEGIC does not insure Louisiana properties or businesses and does not sell policies in Louisiana.

7. AMERICAN STRATEGIC does not maintain any offices in Louisiana, does not, and is not authorized to, issue policies in Louisiana and does not conduct business in Louisiana.

8. Since the location where the complained of conduct allegedly occurred was in Florida, the United States District Court for the Eastern District of Louisiana is the improper venue in which to litigate this matter.

9. Venue is also improper in the Eastern District of Louisiana under the doctrine of forum non conveniens.

10. Therefore, for all of the foregoing reasons and as set forth more fully in Defendant AMERICAN STRATEGIC's accompanying Memorandum of Law in support hereof, the Complaint should be dismissed as it pertains to AMERICAN STRATEGIC.

WHEREFORE, for all of the foregoing reasons, the Defendant, AMERICAN STRATEGIC INSURANCE CORP., respectfully requests this Honorable Court to enter an Order granting Defendant's Motion to Dismiss, finding that the venue in the Eastern

District of Louisiana is improper in this matter as it pertains to Defendant AMERICAN STRATEGIC INSURANCE CORP., and granting such further relief deemed necessary, proper and just by the Court.

Respectfully submitted,

**Rubinton & Laufer, P.A.**
Emerald Hills Executive Plaza II
4651 Sheridan Street, Suite 200
Hollywood, Florida 33021
Telephone: 954-966-9908
Fax: 954-966-9904
E-mail: jrubinton@rl-associates.com

By: /s/Jeffrey A. Rubinton
Jeffrey A. Rubinton, Esq.
Florida Bar: 821756
*Attorneys for Defendant, American Strategic Insurance Corporation*

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: /s/Jason P. Foote

**JASON P. FOOTE (#25050)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3827
Facsimile: (504) 836-9579
E-Mail: jfoote@chopin.com
*Attorneys for Defendant, American Strategic Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Improper Venue has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

/s/Jeffrey A. Rubinton
**JEFFREY A. RUBINTON**

/s/Jason P. Foote
**JASON P. FOOTE**