UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| AMATO, ET AL. v. LIBERTY MUTUAL INS. CO., ET AL. CASE NO. 2:10-cv-00932 (E.D. La.) | MAGISTRATE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the following motion will be submitted before the HONORABLE JUDGE, Eldon E. Fallon, one of the Judges of the above-styled Court, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, Louisiana, on **Wednesday, April 13, 2011 at 9:00 a.m. central time**, or as soon thereafter as same may be submitted:

**Defendant, AMERICAN STRATEGIC INSURANCE CORPORATION'S, Motion to Dismiss for Improper Venue.**

    Respectfully submitted,

    **Rubinton & Laufer, P.A.**
    Emerald Hills Executive Plaza II
    4651 Sheridan Street, Suite 200
    Hollywood, Florida 33021
    Telephone: 954-966-9908
    Fax: 954-966-9904
    E-mail: jrubinton@rl-associates.com

    By: /s/Jeffrey A. Rubinton
        Jeffrey A. Rubinton, Esq.
        Florida Bar: 821756

    *Attorneys for Defendant, American Strategic Insurance Corporation*

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By:  /s/Jason P. Foote
_____
**JASON P. FOOTE (#25050)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 830-3827
Facsimile:  (504) 836-9579
E-Mail:  jfoote@chopin.com
*Attorneys for Defendant, American Strategic Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Barrasso, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2011.

    /s/Jeffrey A. Rubinton
**JEFFREY A. RUBINTON**

    /s/Jason P. Foote
**JASON P. FOOTE**